HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000846

**AMERICAN CULTURAL EXCHANGE, LLC**
**GOAUPAIR OPERATIONS, LLC**

**Report of Independent Accountants**
**On Applying Agreed-Upon Procedures**
**December 31, 2014**

**KAPLER DEC. EXHIBIT O**

GAP_00028590

HIGHLY CONFIDENTIAL - ATTORNEY-EYES ONLY
Defs. Appx. 00000847



# Stayner Bates & Jensen P.C.

CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

## Report of Independent Accountants
## On Applying Agreed-Upon Procedures

Mr. A. William Kapler III
American Cultural Exchange, LLC
goAuPair Operations, LLC
Murray, UT 84107

We have performed the procedures included in the Au Pair Compliances Audit Procedures which were supplementally issued in connection with the Exchange Visitor Program Regulations (the "Regulations"), Au Pair "Final Rule" (CFR 22 62.31(m), dated February 15, 1995, as amended June 27, 1997 by the former United States Information Agency, now administered by the United States Department of State (the "Department of State"), and enumerated below, for American Cultural Exchange, LLC, dba goAuPair. These procedures were agreed to by the management of American Cultural Exchange, LLC, dba goAuPair, solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2014. This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

1. We requested confirmation from the Department of State that American Cultural Exchange, LLC, dba goAuPair (the Sponsor") is designated as a bona-fide program Sponsor authorized by the Department of State as of December 31, 2014. Stacey Gomelsky, Program Analyst, Private Sector Programs Division, Office of Designation, confirmed on May 4, 2015 that American Cultural Exchange, LLC, dba goAuPair was a Department of State designated program for the year ended December 31, 2014.

From the Sponsor's listing of Au Pair Participants who arrived in the United States during the year ended December 31, 2014, we randomly selected 64 of Program Participant files, as well as the associated Host Family files. In connection with those files:

510 South 200 West Suite 200 • Salt Lake City, Utah 84101 • 801.531.9100 • Fax 801.531.9147
Mail: P.O. Box 2995 • Salt Lake City, Utah • 84110-2995

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs. Appx. 00000848

22. We read the program literature to determine that the Sponsor's counselors are responsible for contacting the Au Pair Participant and the Host Family within 48 hours of the Au Pair Participant's arrival and must meet, in person, at the Host Family's home, with the Au Pair Participant and the Host Family within two weeks of the Au Pair's arrival.   We read the local representative's Two-Week Placement Evaluation Report and the Host Family/Au Pair Status Reports to determine that compliance with these procedures was documented.

None of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports could not be located.   Of the 64 Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports, 26 did not contain evidence of contact within 48 hours or a visit within two weeks of the Au Pair's arrival and 38 contained evidence of both contact and a visit.

20 Placement Evaluation Reports and Host Family/Au Pair Status Reports did not contain evidence of contact within 48 hours but did contain evidence of a visit within two weeks of the Au Pair's arrival.

3 Placement Evaluation Reports and Host Family/Au Pair Status Reports contained evidence of contact within 48 hours but did not contain evidence of a visit within two weeks.   Of these, 2 contained evidence of a visit within three weeks, none contained evidence of a visit within one month and the remainder contained evidence of a visit beyond one month.   We have confirmed directly with the Au Pair Participants and Host Families whether this requirement was adhered to (see results at number 28h and I and 29 a and b, respectively).

23. We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that the Au Pair Participants will:
    a. be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75 per week;
    b. not provide more than ten hours of childcare on any given day;
    c. receive a minimum of one and a half days off per week, in addition to one complete weekend off each month;
    d. receive two weeks of paid vacation; and
    e. receive up to $500 toward the costs of required academic course work.

GAP_00028598

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
Defs. Appx. 00000849

None of the Host Family/Au Pair Agreements could not be located.  We have confirmed with the Au Pairs whether these provisions were adhered to (see results at number 28b, c, d, e and f).

24.   We read the program literature to determine that the Sponsor requires the Au Pair Participants to enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.  We read Host Family/Au Pair Status Reports and sponsor documentation to confirm that this requirement is being met.  Of the 64 Au Pair Participants covered by the Host Family/Au Pair Status Reports, 13 returned home or left the program prior to the completion of one year and the educational requirement was not met. 23 of the Host Family/Au Pair Status reports contained evidence that the Au Pair Participants arrived at the Host Family's home in the last quarter of 2014 and have not yet enrolled in an accredited U.S. post-secondary institution.  Through our review of the Host Family/Au Pair Agreement, we noted that these Au Pair Participants have agreed that they will enroll in an accredited U.S. post-secondary institution.  Of the remaining Host Family/Au Pair Status Reports and sponsor documentation reviewed, none did not contain evidence of enrollment in or attendance at an accredited U.S. post-secondary institution or its equivalent.  The remaining 28 contained evidence that the Au Pair Participant has enrolled in or attended classes.

We also read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the Host Family agrees to facilitate the enrollment and attendance of the Au Pair Participant and to reimburse or pay up to $500 toward the costs of required academic coursework incurred by the Au Pair in meeting this education requirement for the Au Pair Participant's year.  None of the Host Family/Au Pair Agreements could not be located.

25.   We read the Host Family/Au Pair Status Reports and actual contact records prepared by the local and regional counselors that document contact between the Au Pair Participants, Host Families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them and quarterly contact between the Au Pair Participant, Host Families, and the regional counselors. None of the Host Family/Au Pair Status Reports and None of the actual contact records could not be located for a minimum of one quarter of the year.  As a result of applying this procedure to the remaining Host Family/Au Pair Status Reports and actual contact records, 61 of the Host Family/Au Pair

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000850

Status Reports and 61 of the actual contact records contained evidence that the Au Pair Participant/Host Family were contacted monthly.   The remaining 3 Host Family/Au Pair Status Reports and 3 actual contact records did not contain evidence that the Au Pair Participant/Host Family were contacted on a monthly basis throughout the placement period.   We noted that 64 of the four required regional quarterly contacts were documented.

26.   We read the Host Family/Au Pair Status Reports, which counselors are required to prepare for unusual or serious situations, as defined in the Regulations, or incidents involving either the Au Pair of Host Family.  Any incidents involving or alleging a crime of moral turpitude or violence, as defined in the Regulations, are to promptly be reported to the Department of State.  None of the Host Family/Au Pair Status Reports could not be located for a minimum of one quarter of the year.  See number 25 above for results of monthly contact testing on the remaining Host Family/Au Pair Status reports.

27a. We have reviewed all complaints submitted to the sponsor, including those initiated by Au Pair Participants and those initiated by the Host Family Participants for completeness.   A summation each complaint setting forth the following details is appended.
   a.   The name of the host family and the number of years participating in the program;
   b.   The name of the au pair, and whether placement is first or subsequent (rematch);
   c.   Who initiated complaint and date of complaint;
   d.   Whether complaint was reported to the Department of State, and if so, date of report; and
   e.   How complaint was resolved (action taken by Sponsor) and date of resolution.

27b. We have reviewed all reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by the Au Pair Participants and those committed by any member of the Host Family, for completeness and to determine if they were submitted by the Sponsor to the Department of State.

28.   We sent confirmations to the 128 Au Pair Participants selected for testing.  Of the 128 confirmations sent, 76 have responded. The following outlines the responses to the confirmation questions.
   a.   74 responded that they worked 45 hours or less per week;

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000851

    b.  56 responded that they were required to provide no more than 10 hours per day of childcare.  Of the remaining 20, 11 responded that they worked more than 10 hours per day at least once a week.  7.9 is the average number of hours per day the Au Pair Participants reported they were expected to provide childcare;

    c.  76 responded that they received at least $195.75 per week as compensation;

    d.  72 responded that they received at least one-and-a-half days off per week;

    e.  69 responded that they received one complete weekend off per month;

    f.  73 responded that they did, or will, receive two weeks paid vacation;

    g.  76 responded that they had a private room;

    h.  67 responded that their Local organizational representative contacted them within 48 hours of their arrival at the Host Family's home;

    i.  72 responded that they Local organizational representative met, in person, with them and their Host Family within two weeks of their arrival at the Host Family's home;

    j.  61 responded that they had monthly contact with their Local organizational representative;

    k.  70 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning;

    l.  70 responded that the orientation program they attended included 8 hours of child safety and 24 hours of child development instruction; and

    m.  70 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

29.  We sent confirmations to the 148 Host Families (including rematches) selected for testing. Of the 148 confirmations sent, 109 responded.  The following outlines the responses to the confirmation questions:

    a. 103 responded that their counselor contacted them within 48 hours of the Au Pair Participant's arrival at their home;

    b. 106 responded that their counselor met, in person, with them and their Au Pair Participant within two weeks of the Au Pair Participant's arrival at their home;

    c. 84 responded they had monthly contact with their counselor; and

    d. 93 responded that their Au Pair Participant had enrolled or will enroll before the completion of the year in a U.S. post-secondary institution of higher learning.

30.  We read a draft of the annual report to be filed by the Sponsor with the Department of State noting that the following requirements were included therein:

a.  A summation of the results of an annual survey of all Host Families and Au Pair Participants regarding their satisfaction with the Program, and its strengths and weaknesses, as defined in the Regulations;

b.  A summation of all complaints involving Host Family or Au Pair Participants in the program.  SEE TABLE D and new SUMMATION REPORT;

c.  A summation of all situations which resulted in the placement of an Au Pair with more than one Host Family;

d.  A Report detailing the name of the Au Pair Participant, his or her Host Family placement, location and names of the local and regional organizational representatives; and

e.  A complete set of all promotional materials, brochures or pamphlets distributed to either Host Family or Au Pair Participants.

We were not engaged to, and did not perform an examination, the objective of which would be the expression of an opinion on management's assertions.  Accordingly, we do not express such an opinion.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the management of American Cultural Exchange, LLC, dba goAuPair, and the Department of State and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*Stayner, Bates & Jensen, PC*

Stayner, Bates & Jensen, P.C.
June 17, 2015

GAP_00028602

Defs.' Appx. 00000853

**RESTRICTED - EXHIBIT P TO DECLARATION OF BILL KAPLER IN SUPPORT OF GO AU PAIR'S MOTION FOR SUMMARY JUDGMENT. SEE RESTRICTED APPENDIX AT Defs.' R. Appx. 00000823.**

Defs.' Appx. 00000854

# DOS Site Visit

## GreatAuPair Material Compliance Review & Approval

After the Department of State spent several months evaluating GreatAuPair's application for designation, on September 23, 2013 at 9 am CST, Department of State, ECA Division Chief, Diane Culkin, and her associate, Mary Grant, visited GreatAuPair's office in Austin for a "site visit" to review and verify that GreatAuPair's website content, agreements, documentation, training materials and compliance procedures met Department of State requirements.

After the Department of State's thorough evaluation and verification of GreatAuPair's complete compliance with regulations and guidelines, the Department of State confirmed that GreatAuPair met all requirements and standards to operate as a program sponsor. On October 1, 2013, Deputy Assistant Secretary, Robin Lerner designated GreatAuPair as an Exchange Visitor Program sponsor.

Exhibit A

Defs.' Appx. 00000855

**RESTRICTED - EXHIBIT B TO GREAT AU PAIR'S MOTION FOR SUMMARY JUDGMENT. SEE RESTRICTED APPENDIX AT Defs.' R. Appx. 00000852**

Defs.' Appx. 00000856

**RESTRICTED - EXHIBIT C TO GREAT AU PAIR'S MOTION FOR SUMMARY JUDGMENT. SEE RESTRICTED APPENDIX AT Defs.' R. Appx. 00000874**

**RESTRICTED - EXHIBIT D TO GREAT AU PAIR'S MOTION FOR SUMMARY JUDGMENT. SEE RESTRICTED APPENDIX AT Defs.' R. Appx. 00000888**

Defs.' Appx. 00000858

**RESTRICTED - EXHIBIT E TO GREAT AU PAIR'S MOTION FOR SUMMARY JUDGMENT. SEE RESTRICTED APPENDIX AT Defs.' R. Appx. 00000895**

Defs.' Appx. 00000859

**RESTRICTED - EXHIBIT F TO GREAT AU PAIR'S MOTION FOR SUMMARY JUDGMENT. SEE RESTRICTED APPENDIX AT Defs.' R. Appx. 00000900**

**To:**      Anna Grineva[anna.grineva@lcc.culturalcare.com]
**From:**    GreatAuPair Support
**Sent:**    Mon 9/8/2014 11:37:41 PM
**Importance:**       Normal
**Subject:**     Violation - Local childcare coordinators Not allowed to use GreatAuPair
**Received:**        Mon 9/8/2014 11:37:00 PM

Defs.' Appx. 00000860

Dear Anna,

 You have violated the GreatAuPair Terms of Use by registering "as an aupair" on our site. Our terms of use specifically restrict against agencies or their area coordinators/representatives posting family or aupair profiles in an effort to direct candidates or families to your agency, or on behalf of the aupairs you are trying to match.

 Please update your company information and make sure all your fellow LCC's know it's against our rules for you to register or have your AuPairs register on GreatAuPair.

 We have notified the Cultural Care Management team countless times in the past about the continued violations of their area coordinators and they have assured us repeatedly that they have informed you that posting profiles for a host family or an aupair is not allowed and puts a strain on any relations we have had with Cultural Care in the past.

 Now that GreatAuPair has their own agency designation, we will continue to direct families outside our service network to the J1 agencies who respect our site rules.

 Please honor our Terms of Use and refrain from posting profiles for both au pairs and host families on the GreatAuPair website.

 The Terms of Conduct you agreed to when you registered on GreatAuPair state in part:

Unacceptable actions, conditions and content on this website, listed below, will constitute grounds for blocking your access to this website, removal of posted material and cancellation of your registration and or membership subscription without refund. As condition of your use of this website, GreatAuPair's Service, you agree that **you shall not:**

 (c) Upload or post any information or advertisement that may be considered as competitive to the GreatAuPair service. Solicitation for services by any means, other than those offered or directly approved by GreatAuPair, to its registered users is strictly forbidden. And under no circumstances shall the harvesting and commercial re-use of emails be allowed;

 Thank you for your understanding and cooperation.

 Warm Regards,

 Jerrica

Customer Support Representative

Office 800-935-6303  ::  775-636-8302

Email support@greataupair.com

Skype greataupair.com



**From:** Anna Grineva [mailto:anna.grineva@lcc.culturalcare.com]
**Sent:** Monday, September 08, 2014 3:42 PM
**To:** GreatAuPair Support
**Subject:** Re: GreatAuPair Use Violation: Transition Au Pair

Exhibit G

GAP00007536

I am an LCC with Cultural Care Au Pair. Cultural Care says that I can post au pair profiles on Great Au Pair, but I did not see and option to create an LCC profile. If you have guidelines about that, please let me know.

On Mon, Sep 8, 2014 at 4:19 PM, <support@greataupair.com> wrote:

Dear Fuyan,

It appears that you are under contract with Cultural Care and you are seeking a new host family on GreatAuPair. Since your DS-2019 form is sponsored by  Cultural Care, only your sponsor can place you with a new host family.

GreatAuPair is designated by the U.S. Department of State as an Au Pair Program sponsor and we are not permitted to take over your DS-2019 form and place you with a new host family from GreatAuPair.

If you would like to be an au pair with GreatAuPair through our sponsored J-1 au pair program and use our website to search for host families, you will need to return home and re-apply as a J-1 au pair through GreatAuPair's program. However, you need to complete your initial contract and wait two years before you can return.

Until then, we must remove your profile from GreatAuPair and you may not seek a replacement host family on our website. We are unable to provide refunds for transition au pairs who pay to contact GreatAuPair's host families.

We look forward to having you join our J-1 au pair program where we can provide you all the benefits of the most comprehensive au pair matching system with great host families throughout the United States.

Thank you for your understanding and cooperation in this matter.

Sincerely,
GreatAupair
www.GreatAupair.com

--

**Anna Grineva**

Local Childcare Consultant

------

**Cultural Care Au Pair**

202-316-4583

agrineva.aupairnews.com

Exhibit G

Confidential

GAP00007537

**To:**    Janice Vitiello[janice.vitiello@icc.culturalcare.com]

**From:**    GreatAuPair Support

Defs.' Appx. 00000862

**Sent:**    Tue 6/28/2011 2:43:23 PM

**Importance:**    Normal

**Subject:**    Re: Agency Violation - Local Coordinators Not allowed to use our site

**Received:**    Tue 6/28/2011 2:43:23 PM

Dear Janice,

Thank you for your email and apology.

It's important that our host families are able to speak and communicate directly with the candidates.

If your au pairs are using our service, your interaction shouldn't begin until after a host family makes a job offer for sponsoring your candidates for the J-1 visa.

We appreciate your understanding and cooperation.

Kind regards,

Susie
GreatAuPair Support
www.GreatAuPair.com

----- Original Message -----

**From:** Janice Vitiello

**To:** GreatAuPair Support

**Sent:** Tuesday, June 28, 2011 6:07 AM

**Subject:** Re: Agency Violation - Local Coordinators Not allowed to use our site

Dear Susie,

I apologize for posting one of my au pairs and not having her do it herself.

Kind Regards,
Janice Vitiello

Exhibit H

Highly Confidential - Attorneys' Eyes Only

Defs.' Appx. 00000863

On Tue, Jun 28, 2011 at 12:13 AM, GreatAuPair Support <support@greataupair.com> wrote:

Dear Janice,

You have violated the GreatAupair Terms of Service by registering "as an aupair" on our site. Our terms of service specifically restrict against agencies or their area coordinators/representatives posting family or aupair profiles in an effort to direct candidates or families to your agency, or on behalf of the aupairs you are trying to match.

GreatAupair is not in competition with the J-1 agencies. We work cooperatively with the agencies and often direct our families who have found an aupair match to the agency programs. However, your agency continues to violate our terms of service by registering directly, rather than allowing your aupair candidates to create their own profiles and personally make contact with the families.

We have notified the Cultural Care Management team countless times in the past about the continued violations of their area coordinators and they have assured us repeatedly that they have informed you that posting profiles for a host family or an aupair is not allowed and puts a strain on any relations we have had with Cultural Care in the past.

Please honor our terms of service and refrain from posting profiles as a representative for an aupair or host family. Your aupairs are welcome to create their own listing on the site, or send us their personal email address to have their account reinstated, but all communications need to be directly between the aupairs and our host families.

Thank you for your understanding and cooperation.

Kind regards,

Susie

GreatAupair
www.greataupair.com

--

Kind Regards,

Janice Vitiello
Local Childcare Coordinator
Cultural Care Au Pair
973.386.9458
http://jvitiello.aupairnews.com

Cultural Care Au Pair is the largest and most experienced au pair organization in the U.S., having successfully placed more than 75,000 au pairs in welcoming American homes since 1989.

Exhibit H

Highly Confidential - Attorneys' Eyes Only

**To:**        Jacob Reid[jacob@GreatAuPair.com]
**From:**      Shannon Pitts
**Sent:**      Wed 5/28/2014 2:13:22 PM
**Importance:**        Normal
**Subject:**   FW: Au pair agencies program costs pages
**Received:**  Wed 5/28/2014 2:13:22 PM

Defs.' Appx. 00000864

Here you go...


Sincerely,

 Shannon Pitts

CEO

Office 512-772-1191   ::   Email shannon@greataupair.com

Mobile 925-202-3977  ::   Skype shannon_pitts



---

**From:** Jamie Pitts <Jamie@GreatAuPair.com>
**Date:** Wednesday, May 28, 2014 at 12:26 AM
**To:** Shannon Pitts <shannon@greataupair.com>
**Subject:** Au pair agencies program costs pages

Hi Shan,

Below are the competitors' program costs pages. Only Cultural Care and Au pair Care were easy to find with Program Costs links easily visible on the home page

## Au pair Care: http://www.aupaircare.com/host-families/program-costs

Exhibit I

Highly Confidential - Attorneys' Eyes Only

GAP00006929

Defs.' Appx. 00000865

---

**Message**

---

| **From**: | Susie Crow [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A62DA75F79DE41C899E18E1F669A5C74-SUSIE] |
|---|---|
| **Sent**: | 4/26/2010 8:52:27 PM |
| **To**: | Shannon Pitts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd2c9d7d2d914b9c85be2f96e8dd124d-Shannon_bcc] |
| **Subject**: | FAQ Edits - Au pair & Nanny Salary: How much should I pay? |

Hi Shannon, the high-lighted areas all have corrections in them.
Except for my question in the last line: Are we ordering International from Intellicorp?
Susie


http://new.greataupair.com/nanny-aupair-agency/Aupair-Nanny-Salary.htm

Salary is not dependent on the need of the individual, rather on the value they provide based on their experience.
Remember that the starting salary for a live-in aupair as defined by the US State Department is US $~~176.85~~ $195.75

| | |
|---|---|
| Agency program fee | $ 6,815 |
| Agency application fee | $300 |
| Domestic aupair airfare cost | $500 |
| Education fee | $500 |
| Annual aupair salary at $196/wk | $10,192 |
| Total annual cost | $18,307 |
| Weekly cost | $352 |

http://new.greataupair.com/support.cfm/topic/FAQ/faqID/68
Remove reference to Personality Analysis Reports (on 2nd line) & in 2nd paragraph

Once you order a report with a token, that token is expired and cannot be used again. The report is ordered and will be delivered to you via email within 3-5 business days (U.S. & Canadian reports) from the time GreatAupair receives a signed release authorization form from the subject, and usually within 14 business days for international reports. Are we ordering International from Intellicorp?

Exhibit J

Highly Confidential - Attorneys' Eyes Only

Defs.' Appx. 00000866

Message

| | |
|---|---|
| **From**: | Mauricio Soto [mausotog@hotmail.com] |
| **Sent**: | 3/27/2014 2:40:03 AM |
| **To**: | Au Pair Support [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e18d8ed52de0499e986ce0801297c0c6-Au Pair Sup] |
| **Subject**: | RE: GreatAuPair inquiry |

Thank you very much for your response Mr. Gall,

we appreciate your honesty and professionalism.

Mauricio and Diana

From: aupairsupport@GreatAuPair.com
To: mausotog@hotmail.com
Subject: RE: GreatAuPair inquiry
Date: Thu, 27 Mar 2014 01:15:10 +0000

Dear Mauricio and Diane,

Thank you for your question.

The au pair program weekly stipend benefit is set by the US Department of State at $195.75 per week. This is what is communicated to all host families who elect to join GreatAuPair's J-1 program. While a host family can certainly elect to pay more than the minimum stipend amount, we do not request this from them.

While we can appreciate that Diana has extensive childcare experience and credentials, the au pair stipend is set according to Department of State requirements under the terms of our program. We would be thrilled to have Diana participate in our program but cannot accept her with the promise that she will make more money than other program participants.

Best regards,

Justin Gall

Manager Au Pair Services

Office +1-512-900-8331   ::   Email aupairsupport@greataupair.com

Skype aupairsupportga

Exhibit K

Highly Confidential - Attorneys' Eyes Only                    GAP00029143

Defs.' Appx. 00000867

**Message**

| From: | Susie Crow [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A62DA75F79DE41C899E18E1F669A5C74-SUSIE] |
|---|---|
| Sent: | 8/21/2012 4:49:40 PM |
| To: | Jodi Teders [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=be5ff30fc2e5402a9711f4821e89ba3a-jodi] |
| Subject: | Fw: Salary Concerns |

Hi Jodi,

Are you still working on the salary chart you started last week?
I'd like to have an idea of what we show to present to Jamie, so we can change that nanny salary FAQ.

Thanks,
Susie

----- Original Message -----
**From:** GreatAuPair Support
**To:** 'Maya'
**Sent:** Friday, August 17, 2012 10:28 AM
**Subject:** Salary Concerns

Dear Maya,

We appreciate your feedback. Please keep in mind that our suggestions are not rules, the salary will be determined by you and the host family.

The starting salary for a live-in aupair as defined by the US State Department is US $195.75 and in the UK it is less: £65-80.

Salaries paid to international candidates are lower than those paid to nannies and typically set by the visa program in your country. Additional information can be found on our visa information pages. http://www.greataupair.com/visas.cfm/visas.cfm  If you are working for families your home country, there are no visa or agency requirements. This means that the salary, job duties, hours and benefits are negotiated directly with the host families.

It's really important to find a balance where you, are content with your compensation while enjoying the benefits and experiences offered by the family and the country you are visiting.

We will look into updating the nanny salary page on GreatAupair.  A more accurate reference to hours worked and pay is listed on the visa pages on the site.

Please don't hesitate to contact us if you need further assistance.

Kind Regards,

Liz
GreatAuPair Support
www.GreatAuPair.com

Exhibit L

Highly Confidential - Attorneys' Eyes Only                                                    GAP00028799

Defs.' Appx. 00000868

Message

| | |
|---|---|
| **From**: | Tina Kesack [tkesack@gmail.com] |
| **Sent**: | 3/13/2014 9:10:04 PM |
| **To**: | Susie Crow [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a62da75f79de41c899e18e1f669a5c74-susie] |
| **Subject**: | Aupair job description |

910

*Job Title: AuPair

Job Reference Num ⓘ :

Organization Name: Great AuPair

*No of Openings: open

Work Schedule:

*Hours per Week: flexible

*Wage/Salary: Negotiable

*Employment Start Date: tbd

Employment End Date: Open

*Supervisor: Greataupair.com

*Job Description: GreatAuPair is currently looking for students who would like the chance to study a language and culture while living as part of a family abroad, otherwise known as an Au Pair. An Au Pair is an individual who moves to a foreign country to look after the children of a family part-time in exchange for a private room, meals and an often very modest stipend. GreatAupair will help guide you through the process, to make sure that your experience as an Au Pair is the best experience of your life. GreatAuPair.com has thousands of families and individuals seeking people just like you, so finding a job that fits into your schedule is quick and easy. In just a few clicks you can set up a profile for free and begin browsing all Au Pair positions outside of the United States. Your profile will also be accessible to local families, businesses and individuals seeking college students with your experience. GreatAuPair is safe, easy to use and offers free background checks. All applicants are protected by built-in safety and security measures. GreatAuPair has a Parent Editorial Team screening every profile created or modified daily, plus you are protected by an exclusive 30-point anti-fraud system, and 256-bit encryption for all secure sessions. Apply today to begin browsing Au Pair positions outside of the United States.

About GreatAuPair.com. Since 2001, GreatAuPair has helped over 1,000,000 families and care providers safely connect online for local and international care jobs. GreatAuPair provides a valuable service through the entire life cycle of a family — from au pairs, nannies, baby sitters, tutors, housekeepers, special needs care, pet sitters, personal assistants, and personal chefs to senior care. GreatAuPair is dedicated to superior service as evidenced by over 6,000 customer reviews and a match success rate of 90 percent over the past 10 years. With thousands of new members each week,

Exhibit M

Highly Confidential - Attorneys' Eyes Only

GAP00028671

Defs.' Appx. 00000869

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Sunday, June 11, 2017 10:33 PM
**To:** William Kelly III; Nathan Huey; Jonathan Bender; 'brian@rietzlawfirm.com'; Buchanan, Bob; 'cartafalsa@putneylaw.com'; Brooke Colaizzi; Kathleen Craigmile; Raymond Deeny; Bogdan Enica; Martin J. Estevao; Martha Fitzgerald; 'fox@wtotrial.com'; John Fulfree; Jessica Fuller; Gass, Michael T.; James Hartley; Diane Hazel; Adam Hubbard; Joseph Hunt; Randall Jackson; Peggy Kozal; Kruzer, Lyndsey M.; Lawrence Lee; Lukey, Joan; James Lyons; Stephen Macri; David Meschke; Thomas Quinn; Kathryn Reilly; Meshach Y. Rhoades; Susan Schaecher; Lawrence Stone; Robert Tucker; Heather Vickles; Natalie West; Wolosz, Justin J.; 'dgentile@lawson-weitzen.com'; 'sklopman@hklawllc.com'; Alyssa Levy; Eric Stock; 'hkelly@gordonrees.com'; O'Keefe, Kevin P.; 'jvedra@gordonrees.com'
**Cc:** Maria Guarisco; Daniel Schwartz; Peter Skinner; Matthew L. Schwartz; Sean Rodriguez; Randall Jackson
**Subject:** Plaintiffs' Supplemental Production to Cultural Care's Second RFP

Counsel:

Plaintiffs' Supplemental production to Cultural Care's Second RFP has been uploaded to the following FTP site: https://filezilla-project.org/download.php?type=client.

      Username to FTP site: **securesite192**
      Password to FTP site: UWs4Xtp3
      Password to zip file: nPe42mBj8wJSq64Y

Step-by-step instructions on how to access the FTP using the FileZilla program are attached to this email in a PDF file.  A privilege log is also attached to this message.

Dawn

**Dawn L. Smalls**
Partner

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 754 4216
(m) +1 917 406 9977
dsmalls@.bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Exhibit N

Defs.' Appx. 00000870

| _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2017 21:56 | 1317 | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/18/2017 20:19 | 5047 | Go Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 210 | | | |
| 5/18/2017 18:06 | 161 | Go Au Pair | 0 | No | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | |
| 5/18/2017 18:44 | 9131 | Go Au Pair | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $200 per week | |
| 5/18/2017 19:00 | 7bd3 | Go Au Pair | 2013 | | I don't know | | I don't recall | | I don't recall my weekly stipend amount | Approximately $200 per week | |
| 5/15/2017 19:44 | 2ee2 | Go Au Pair | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 1:05 | 80b | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 4:41 | 545b | Go Au Pair | 2010 | | Standard/Regular/Traditional | | Yes | 195197 | | | |
| 5/10/2017 2:17 | fa8 | Go Au Pair | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 12:32 | 4fd5 | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/15/2017 19:42 | 2ee2 | Go Au Pair | 2008 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/18/2017 22:45 | 280d | Go Au Pair | 2014 | | Standard/Regular/Traditional | | | | I don't recall my weekly stipend amount | Approximately $200 per week | |
| 5/10/2017 18:35 | 3ca7 | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 225 | | | |
| 5/10/2017 0:57 | 3c5e | Go Au Pair | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | 45 | | | Sponsor told me the going rate |
| 5/10/2017 3:33 | 624b | Go Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 0:48 | 3c5e | Go Au Pair | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | 45 | | | Sponsor told me the going rate |
| 5/10/2017 13:08 | 7662 | Go Au Pair | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | 50 | | | |
| 5/10/2017 2:32 | 9d6 | Great Au Pair | 0 | Yes | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 0:54 | 451d | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/19/2017 12:48 | 683a | Great Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 3:00 | 4fc7 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 19:12 | 5503 | Great Au Pair | 2015 | | I don't know | | Yes | 200 | | | |
| 5/10/2017 2:24 | 642a | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 160 | | | |
| 5/10/2017 12:00 | 6e6f | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/10/2017 4:21 | 2828 | Great Au Pair | 2015 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/15/2017 20:00 | 919 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | I don't recall | | I don't recall my weekly stipend amount | Approximately $300 per week | |
| 5/10/2017 1:22 | 2a0d | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 1:54 | 5bb5 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 196 | | | Sponsor told me the going rate |
| 5/16/2017 1:32 | 8578 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 196 | | | |
| 5/10/2017 18:06 | d20f | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 19:02 | c7c4 | InterExchange | 2016 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 19:41 | a83a | InterExchange | 2010 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/10/2017 18:21 | d8f5 | InterExchange | 2011 | | Standard/Regular/Traditional | | Yes | 220 | | | |
| 5/10/2017 3:24 | a094 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 13:09 | b31f | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 220 | | | |
| 5/10/2017 11:22 | c10a | InterExchange | 2012 | | Standard/Regular/Traditional | | Yes | 220 | | | Sponsor told me the going rate |
| 5/10/2017 0:21 | b7d6 | InterExchange | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $150 per week | |
| 5/11/2017 13:07 | d0db | InterExchange | 2012 | | Standard/Regular/Traditional | | No | 195.75 | | | |
| 5/10/2017 1:28 | b170 | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 220 | | | |
| 5/10/2017 1:41 | a143 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/11/2017 16:44 | bf9a | InterExchange | 2016 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/10/2017 2:54 | 9a12 | InterExchange | 2007 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/11/2017 18:50 | a4c4 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/11/2017 19:22 | ac3d | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/12/2017 2:17 | abf8 | InterExchange | 2016 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/12/2017 12:00 | a13a | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 2:49 | ca55 | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 1:42 | d76a | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 221.54 | | | Sponsor told me the going rate |
| 5/10/2017 2:33 | d079 | InterExchange | 2015 | | Standard/Regular/Traditional | | No | 200 | | | |
| 5/10/2017 2:47 | e42e | InterExchange | 2015 | | Standard/Regular/Traditional | | No | 200 | | | Sponsor told me the going rate |
| 5/10/2017 2:41 | af0d | InterExchange | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 2:29 | a678 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 2:32 | 98c7 | InterExchange | 2009 | Yes | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 2:24 | 9fac | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 2:23 | db12 | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 0:16 | ab27 | InterExchange | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | |
| 5/15/2017 15:57 | bb15 | InterExchange | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | |
| 5/10/2017 2:16 | 983c | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 225 | | | |

Exhibit N

Defs.' Appx. 00000871

| sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children |
|---|---|---|---|---|---|---|---|
| | | Amount was in the contract provided to me | | | | | Two |
| | | Amount was in the contract provided to me | | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | | | Three |
| | | | Based on State Department regulations | | | | Four or more |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Four or more |
| | | | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | | Based on State Department regulations | | | | One |
| | | | Based on State Department regulations | | | | Three |
| | | | | | | | Four or more |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | | | | | Four or more |
| | | Amount was in the contract provided to me | | | | | Two |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | | Based on State Department regulations | | | | Two |
| | | | | | | | One |
| | | | | | | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | | | | | Three |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | | | | | | | One |
| | | Amount was in the contract provided to me | | | | | Two |
| | Marketing materials from sponsor | | Based on State Department regulations | | | | Three |
| | | | | | | | Four or more |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | | | | | Two |
| | | | | | I don't recall | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | | | | | Two |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | Marketing materials from sponsor | | Based on State Department regulations | | | | Three |
| | | | Based on State Department regulations | | | | One |
| | | | | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | | | Two |
| | | Amount was in the contract provided to me | | | | | Two |
| | | Amount was in the contract provided to me | | | | | One |
| | | | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | | | Two |
| | | | | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | I don't recall | | One |
| | | | Based on State Department regulations | | | | Two |