Defs.' Appx. 00000953

**Au Pair USA**

## Host Family Agreement

This Au Pair USA Host Family Agreement (herein after the "Agreement") is entered into by InterExchange, Inc. ("InterExchange"), a not for profit 501(c) (3) corporation with its principle place of business located at 161 Avenue of the Americas, New York, NY 10013 and the named signatories for the Host Family (herein after the "Host Family"). For the purposes of this Agreement, the signatures for the Host Family authorizes this agreement on behalf of all members of the Host Family's household including any other individuals residing in or frequently staying at the Host Family's residence.

## Background

InterExchange is a designated sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs (the "Program"). The Program allows foreign Participants ("Participant" herein defined below) to enter the United States to work as Au Pairs so that the Participant may increase their understanding of American culture and society and enhances the American Host Family's knowledge of foreign cultures through an open interchange of ideas.

This J-1 Visa Program requires employment for Au Pairs as part of the Cultural Exchange Program so that cost and expenses incurred during the Participant's time in the U.S. may be offset by the Program Stipend paid by the Host Family.

## Agreement

Now, the Host Family and InterExchange agree to the following terms and conditions:

1. **Definitions**. Host Family agrees to the Definitions:
    a. "**Adjustment Period**" begins when an Au Pair (see definition) first arrives to live in a Host Family's (see definition) home and ends thirty (30) days after the Au Pair has been living in a Host Family's home. During this period, an Au Pair cannot Transition (see definition) to a Rematch (see definition) Host Family except, in rare cases, Au Pairs may be moved as required by InterExchange.
    b. "**Applicable Fees, Discounts, Refunds & Stipends Schedule**" means terms and conditions of the Fees, Discounts, Refunds & Stipends Schedule in effect when a Host Family submits a complete application (e.g., the fees for an Extension shall be determined by the Applicable Schedule in effect at the time of submission of a

**EXHIBIT B**

Defs.' Appx. 00000954

complete Extension Application). The Applicable Schedule terms shall be incorporated into the Agreement in Exhibit A.

c. An "**Applicant**" or "**Candidate**" is anyone who applies to the Au Pair USA Program about whom InterExchange has not yet determined his or her suitability for the Program.

d. "**At-Will Employment**" means either the Host Family or the Au Pair may end the employment relationship between the two parties at any time.

e. An "**Au Pair**" is a carefully screened Participant (see definition), who is between the ages of 18 and 26, is a secondary school graduate or the equivalent, and is proficient in spoken English. Au Pairs are Matched (see definition) with a Host Family for cultural exchange purposes. The Au Pair lives with and provides child care services to a Host Family for up to ten (10) hours a day and forty-five (45) hours per Week (see definition below) per Program regulations. The Au Pair is provided numerous cross-cultural activities, including, without limitation, taking at least six (6) credit hours of educational course work at a U.S. educational institution while participating in the Au Pair USA Program.

f. "**Culture Exchange Program**" is a non-immigrant program operated by the U.S. Department of State's Bureau of Education and Cultural Affairs that increases a Participant's understanding of American culture and society and enhances the Host Family's knowledge of foreign cultures through an open interchange of ideas between Au Pairs and Host Families and the communities in which they live.

g. "**Extension**" is a period of time in which the U.S Department of State allows a one-time extension of the Au Pair Program for six (6), nine (9), or twelve (12) additional months contingent upon successful completion of the initial 12-month Program and subject to certain additional limitations.

h. "**30-Day Travel/Grace Period**" is the 30-day cultural exchange travel or "grace" period to which Au Pairs are entitled upon successful completion of the requirements of the Au Pair USA Program. During this 30-day period, Au Pairs are not permitted to engage in any employment.   Au Pairs are required to leave the U.S. before the end of this 30-day period.

i. "**Host Family**" is a carefully screened family of U.S. citizens or legal permanent residents who participate in the Au Pair USA Program by matching with an Au Pair to utilize the Au Pair's child care services for cultural exchange purposes.

j. "**In-Country**" means an Au Pair is already in the U.S.  An In-Country Au Pair may be in the U.S. due to an Extension or Transition.

k. "**Insurance**" is accident and sickness coverage from an insurance company authorized by InterExchange (or, in rare cases, an International Cooperator (see definition below)) that meets or exceeds U.S. Department of State requirements.

Defs.' Appx. 00000955

I. "**International Cooperator**" or "**IC**" is an independent contractor that performs services for InterExchange including, without limitation, recruiting Au Pairs for the Program, assisting the Candidates and InterExchange with the application process and providing additional pre-arrival support after the Au Pair is matched with a Host Family.

m. "**J-1 Visa Sponsorship**" means a non-immigrant cultural exchange visa issued pursuant to 8 U.S.C. 1101(a)(15)(J).

n. "**Local Coordinator**" is the InterExchange independent contractor or representative who liaises with the Au Pair and Host Family in the Host Family community. The Local Coordinator provides information in compliance with InterExchange Au Pair USA rules and requirements and coordinates monthly gatherings for InterExchange Au Pairs in the cluster area.

o. "**Match**" is the process by which the Host Family chooses to host the Au Pair, who as a result of being matched receives sponsorship for cultural exchange purposes under a J-1 visa sponsored by InterExchange.

p. "**Orientation**" is the period of time during which Participants visit New York City to be trained by InterExchange and are provided detailed information about the Program before the Participants start employment as an Au Pair for Host Families.

q. "**Paid Vacation Days**" means the days under the Regulations and InterExchange requirements that a Host Family must provide paid time off to an Au Pair. The calculation for determining both the number of days off and payment to be received by the Au Pair is defined in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

r. "**Participant**" is a suitable and qualified Candidate who matches with a Host Family and takes part in the InterExchange Au Pair USA Program under U.S. Department of State regulations and InterExchange's requirements.

s. "**Program**" or "**Au Pair USA Program**" or "**Au Pair USA**" means the Cultural Exchange Program as administered by InterExchange. The Program includes the initial twelve (12) month Program, Transitions and Extensions.

t. "**Rematch**" is the process by which an in-country Au Pair is Matched to a Host Family other than the one to which he or she was originally Matched. Please see the definition of "Match."

u. "**Replacement**" is an Au Pair who replaces another Au Pair after a Host Family enters Transition.

v. "**Social Media**" means a wide range of new and evolving communication tools including, without limitation, multi-media and social networking websites such as MySpace, Facebook, Yahoo! Groups, LinkedIn, Flickr and YouTube and other media or video sharing sites; Blogs; Wikis such as Wikipedia and any other site where text

Defs.' Appx. 00000956

or photos can be posted; Sites and/or apps like Twitter on smart devices such as cell phones, digital tablets and similar communication devices.

w. "**Special Needs Child**" is a Host Family child with emotional, physical or psychological needs, as identified by the Host Family, that require additional child care services from the Au Pair other than child care services generally provided to Host Families.

x. "**Sponsor**" is a legal entity designated by the U.S. Department of State to conduct Cultural Exchange Programs under the J-1 Visa.

y. The "**Stipend**" is the minimum amount that the Host Family is required to pay the Au Pair pursuant to U.S. Department of State regulations and employment and labor laws of the U.S. The current minimum required Weekly amount is one hundred ninety-five dollars and seventy-five cents ($195.75).

z. "**Suitable Candidate**" means a candidate who meets the Program requirements of the both the U.S. Department of State regulations and InterExchange guidelines.

aa. "**Transition**" is the process by which a Host Family or Au Pair may either leave the Program or be Rematched with a new placement.

ab. "**Work Week**" or "**Weekly**" means the five and a half (5 1/2) days that the Au Pair is expected to perform Au Pair Services for the Host Family under the Agreement. If not capitalized, the word "week" means the five and half (5 1/2) days plus the one and a half (1 1/2) day off, which equalings a total of seven (7) days.

ac. "**Withdrawal**" means that a Host Family or Au Pair voluntarily ends its relationship with InterExchange.

ad. "**3-Point Meeting**" is an optional meeting facilitated by a Local Coordinator or InterExchange to mediate differences between a Host Family and an Au Pair.

2. **Cultural Exchange Program, Key Documentation, Suitability & Respect**

   a. **Cultural Exchange Program. Host Family understands and agrees with the following:**

      i. Host Family understands that InterExchange operates Au Pair USA as a Cultural Exchange Program. Host Family agrees that any conflict between the cultural exchange purposes of the Au Pair USA Program and the child care services offered by the Au Pair shall be decided in favor of the cultural exchange purposes of the Program.

      ii. Host Family understands that InterExchange is a designated Sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs. To participate in the Au Pair USA Cultural Exchange Program, Host Family agrees to comply with all of the regulations published by U.S. Department of State as set forth in 22 CFR Part 62, which may be amended. By signing this Agreement, Host Family acknowledges a

Defs.' Appx. 00000957

receipt of a copy of 22 CFR Part 62.31 and the Department of State publication "The Au Pair Exchange Program" from InterExchange.

b. **Additional Key Documents**. Host Family agrees that InterExchange e-mail communications, publications (e.g., Host Family handbook), application/s and website information (e.g., the Passport system) about the Au Pair USA Program (herein "Requirements") are incorporated into this Agreement, provided, however, that the Requirements do not conflict with either the terms and conditions of the Agreement or U.S. Department of State regulations.

c. Host Family agrees that U.S. Department of State regulations are controlling if there is a conflict between the regulations and this Agreement.

d. **Suitability**. Host Family agrees that InterExchange has the right to determine Host Family's suitability for the Au Pair USA Program. The right of suitability shall continue during, without limitation, the application process, Au Pair placement with the Host Family and Host Family's ongoing participation in the Program. InterExchange, at its discretion, may make reasonable inquiries to third parties to determine Host Family's suitability. Host Family agrees to supply references and job verification upon submission of Host Family's application.

e. **Respect**. The Host Family agrees to treat Au Pair(s) with respect and dignity as cultural ambassadors of the international community.

3. **Interview Process**. The Host Family agrees to make reasonable direct contact with Au Pair candidate(s) that the Host Family believes are potential Matches or Rematches during the interview process or prior to making an offer to host. At a minimum, Host Family agrees to interview each potential Au Pair for by telephone or electronic telephony (e.g., Skype) prior to agreeing to a Match or Rematch.

4. **Communications with InterExchange.**

a. **Family Day Conference**. The Host Family agrees to attend at least one of the two family day conferences organized by InterExchange's Local Coordinator during the Program year and understands that failing to do so is grounds for termination of continued or future participation in the Program.

b. **InterExchange Contact**. The Host Family agrees to facilitate regular contact between InterExchange, Au Pair(s) and Host Family to ensure the success of the exchange, and to provide orientation, assistance and counsel. Host Family agrees to cooperate fully with InterExchange and its representatives in their role of monitoring and implementing the Au Pair USA Program.

c. **Emergency or Dispute Contact**. Host Family agrees to notify InterExchange by telephone and in writing if a serious problem and/or dispute develops between Host Family and Au Pair(s). If the Au Pair is injured, ill or is in an accident or arrested, Host Family agrees to contact the Local Coordinator and an InterExchange manager

immediately.

    d. **Local Coordinator Contact**. Host Family agrees to respond to monthly contact inquiries from the Local Coordinator.

5. **Local Coordinator**. While Host Family should seek general direction and advice about the Program from the Local Coordinator, Host Family understands and agrees that InterExchange managers make all final decisions. Host Family agrees that statements by the Local Coordinator are not binding on InterExchange unless confirmed in written policy and under the terms and conditions of this Agreement. If Host Family has any questions or concerns regarding the Local Coordinator, Host Family must contact an InterExchange manager directly.

6. **Host Family Obligations to Au Pair(s)**. Host Family agrees to ensure that Au Pair(s) employed by the Host Family must receive the following from the Host Family:

    a. **Host Family/Au Pair Agreement**. Prior to Au Pair's departure from Au Pair's home country, Host Family must enter into a signed written agreement with the Au Pair. Host Family must provide an outline of Au Pair duties and schedule in the Host Family application, which may be amended from time to time, but shall in no way conflict with terms and conditions that are acceptable under Program rules, regulations and the terms and conditions of this Agreement. Host Family agrees to clearly and accurately set forth the obligations expected of Au Pair as detailed through the Host Family Application and any additional terms and conditions set forth in the agreement between the Host Family and the Au Pair. Host Family agrees that the Host Family/Au Pair Agreement shall include, without limitation, compliance under the Fair Labor Standards Act. Host Family agrees that the agreement between the Au Pair and the Host Family must be signed only after a Match with an Au Pairprior to Au Pair's departure from his or her home country. Host Family understands that InterExchange does not offer an Educare program.

    b. **Room and Board**. Each Au Pair must be given room and board. Au Pair's room must occupy a separate room, which must be private, not subject to dual use (e.g., a bedroom and a room where the family does its laundry, a family entertainment room, or a bedroom occupied by two Au Pairs) and approved satisfactorily by InterExchange's Local Coordinator. If the Au Pair is joining the Host Family on a vacation, Host Family understands and agrees that no adult may share a room with Au Pair, and Au Pair must not share a bed with anyone, including, without limitation, children.

    c. **Stipend**. Host Family agrees that Au Pair must be given at least the minimum appropriate U.S. State Department mandated Stipend. Host Family must pay the Weekly Stipend on a set day. If paying by check, Host Family must maintain sufficient funds in the applicable checking account to fund all outstanding Stipend checks.

Defs.' Appx. 00000959

InterExchange highly recommends that the Host Family account for the Stipend payment on a monthly basis to avoid any failures to pay due to insufficient funds and the resulting charges and fees for which the Host Family would be responsible for paying. In compliance with the terms of this Agreement, Host Family understands and agrees to additional terms regarding the Stipend as set for in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into this Agreement

d. **Hours of Work**. Au Pair must not work more than forty-five (45) hours per Work Week or ten (10) hours per day. Au Pair must receive a written schedule at least one week in advance. Generally, Host Family agrees to arrange a consistent schedule of work hours per Week too conform to Program requirements. (e.g., if Host Family schedules Au Pair work hours from Monday through Saturday, this means the Au Pair work hours must be Monday through Saturday for the duration of the Program without variation). The Host Family and Au Pair may renegotiate the hours on a mutually agreed upon basis provided that the changes in hours does not violate this Agreement, U.S. Department of State regulations, or employment and labor laws.

e. **Time Off Per Week**. Host Family agrees that Au Pair must be given at least one and a half (1 1/2) days off every week and one free weekend (Friday early evening to Monday morning) each month;

f. **30-Day Travel/Grace Period**. As part of the Culture Exchange Program, Au Pairs, who meet the requirements of the Program, are allowed a 30 day Travel/Grace Period during which the Au Pair may travel in the U.S. after their employment with Host Family. The Host Family agrees that Host Family is not permitted to employ the Au Pair during the 30-Day Travel/Grace Period.

g. **Vacation**. Host Family agrees to give Au Pair Paid Vacation Days under the terms set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule, during which time period the Au Pair is not working, to be taken at a mutually agreed upon time during the exchange. Host Family understands that vacation pay is not paid in advance.

h. **Education.**

   i. **Required Educational Courses**. Host Family must give Au Pair adequate time to complete the U.S. Department of State required six (6) semester hours of academic courses at an accredited post-secondary institution during the twelve (12) month stay. In addition, Host Family must give an Education Stipend up to five hundred dollars ($500.00) as described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. Host Family understands that the Au Pair must use the Education Stipend for educational courses. Further, Host Family agrees to facilitate transportation to such classes.

   ii. **Educational Requirements After Transition (if applicable)**. If a Host Family is

Defs.' Appx. 00000960

Rematched with a new Au Pair after Transition (see Transition below), the Host Family shall be responsible for assisting the Rematched Au Pair in meeting the educational requirements as set forth in the Required Educational Courses section of this Agreement, including, without limitation, completion of the six (6) semester hours in the manner required by the U.S. Department of State. Host Family agrees that Host Family shall pay a pro rated amount of the five hundred dollar ($500) balance left based on the time that the Rematched Au Pair has remaining in the Program, which shall be calculated at a pro rated value equaling nine dollars and sixty-two cents ($9.62) per Work Week in a standard 52-Work Week Program (e.g., if Transition to a Rematch with 27 Work Weeks left on the Program, the Host Family will be responsible for paying two hundred fifty-nine dollars and seventy-four cents ($259.74) towards the Au Pair educational courses for the twenty-seven (27) Work Weeks remaining). The pro rated Weekly amount applies to Transitions that occur during Extensions.

iii. **Additional Cost of Courses**. Host Family understands that all additional costs for educational requirement are the responsibility of the Au Pair.

iv. **Optional Educational Courses**. If a remaining balance is left from the five hundred dollars ($500.00) after an Au Pair completes the requisite six (6) semester hours, Host Family agrees that the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement for academic courses at an accredited post-secondary institution. If the Au Pair elects to take additional course, Host Family agrees to facilitate transportation to such classes.

v. **Driver's Education**. If the Host Family or state law requires that the Au Pair take a driver's education course and driving is required as part of the Au Pairs duties, Host Family shall be responsible for paying the cost of the course. If state law and the Host Family do not require that the Au Pair take a course in driver's education, the Au Pair shall be responsible for costs of taking any driver's education course.

7. **Child Care Services**. Host Family agrees to the following terms and conditions regarding Au Pair child care services:

a. **Under Age of Two (2)**. Au Pair must not work in a family home with a child under the age of two (2) unless the Au Pair has at least two hundred (200) hours of documented experience working with children under the age of two. Host Family must promptly notify InterExchange if a child under the age of two years joins the household at any time during the Program. If a child under the age of two joins the home, the previously placed Au Pair shall not be permitted to remain in the home without 200 hours of documented experience working with children under the age of two.

Defs.' Appx. 00000961

b. **Under Age of Three (3) Months**. If there are any children under three (3) months old living in the home, Host Family agrees that there must be a responsible adult (e.g., grandparent or home nurse) in the home at all times and the Au Pair must not be left as the sole child care provider, even for a limited amount of time, including sleeping hours.

c. **Special Needs Children**. Prior to the arrival of the Au Pair, Host Family agrees to inform InterExchange about Special Needs Children to whom the Au Pair is expected to provide child care services. Host Family agrees that Au Pair shall provide child care services to the extent of Au Pair's training or lack thereof.

d. **First 3 Days In Home**. During the first three (3) days of an Au Pair's stay in the home, a parent or another responsible adult (e.g., grandparent or home nurse) must remain in the home to facilitate the adjustment of the Au Pair into the family, household and community.

e. **Medicine or Therapeutic Treatment**. Host Family agrees that the Au Pair shall not be responsible for the administration of any medicine or medical or therapeutic treatment.

f. **Child Care Includes**. Au Pair's duties shall be restricted to childcarechild care and responsibilities related to care of the children of the Host Family. This may include active duties such as general supervision of play and homework, driving children to school, preparing children's meals, straightening their rooms, and doing the children's laundry as well as passive duties such as being present when the children are sleeping. All time spent on childcarechild care duty counts toward the 45 hours per Work Week maximum.

g. **Child Care Does Not Include**. Au Pair must not perform heavy choresirs, including, without limitation, the care of any children that are not the Host Family's children, yard work, window washing, scrubbing floors, or care for pets.

h. **Disciplining Children**. Host Family agrees not to ask the Au Pair under any circumstances to physically discipline children in any way (e.g., hitting or withholding food as punishment). If Host Family has questions about appropriate behavior, Host Family must ask the Local Coordinator for guidance.

8. **Monthly Cluster Meetings**. Host Family agrees to facilitate attendance and provide time off and transportation for an Au Pair's monthly cluster meetings with InterExchange's Local Coordinator.

9. **Auto Requirements.**

a. **Legally Allowed to Drive**. Host Family agrees to be responsible for determining whether an Au Pair will be able to legally drive in the Host Family state of residence. Host Family agrees to conform to any and all state or local laws regarding the Au Pair's use of Host Family's automobile, including the Au Pair obtaining a local driver's

Defs.' Appx. 00000962

license and familiarization with local roads and traffic patterns.

b. **Vehicle Insurance**. Host Family agrees to provide automobile insurance at the Host Family's sole expense if the Au Pair uses any of the Host Family's vehicles. The insurance coverage must not be less than the minimum mandatory insurance coverage required by law in the Host Family's state and city of residence.

c. **Cost of Gas and Vehicle Expenses**. Host Family agrees to pay for fuel and any other vehicle expenses accrued during the period under which the vehicle is used by the Au Pair and while Au Pair is performing her/his duties or when driving to/from meetings and/or educational courses that are requirements of the Program.

d. **Vehicle Damage**. Host Family agrees that Au Pair shall only be responsible for damages as described under the Liability section of this Agreement.

10. **Insurance.**

a. **Accident and Sickness Insurance**. Except for covering Au Pair's Insurance during the 30-Day Grace/Travel Period, Host Family agrees to cover the cost of Insurance through Program Fees as described in the Fee section of this Agreement. Host Family may, at Host Family's sole election, pay for the Au Pair's Insurance during the 30-Day Travel/Grace Period, provided, however, that the Host Family understands that this fee is not part of the Program Fee. Host Family understands that the Insurance is provided through a vendor that is authorized by InterExchange, but InterExchange is neither a seller nor reseller of the Insurance. While Insurance meets or exceeds the limitations required by the U.S. Department of State regulations, Host Family understands that the Insurance coverage contains limitations and exclusions, which may affect Host Family as Au Pair's Employer. InterExchange highly recommends that the Host Family explore the limitation and exclusions of the coverage at the following link: http://www.interexchange.org/au-pair-usa/jobs/insurance-information

b. **Insurance Disputes**. While InterExchange may make a good faith effort to help resolve disputes, Host Family agrees that any disputes regarding coverage issues are strictly between Au Pair and the third-party insurance company. Host Family agrees with the Liability section limitation that InterExchange is not liable for the disputed matter.

c. **Additional Insurance**. Host Family agrees to be responsible for determining whether any additional types of employee insurance are required under federal, state and/or local laws. Host Family understands that InterExchange is not responsible for providing guidance regarding insurance matters.

11. **Travel Requirements.**

a. **Outside Local Community**. If a problem or emergency arises when traveling with the Au Pair outside of their local community, Host Family shall be responsible for making

Defs.' Appx. 00000963

arrangements at Host Family's expense to promptly return the Au Pair to Host
Family's community, provided, however that returning the Au Pair to Host Family's
community is not prohibited by medical professionals or legal authorities. Host Family
shall also immediately notify the Local Coordinator and an InterExchange manager
about any problems and/or emergencies.

b. **Travel In Excess of Thirty (30) Days**. Host Family agrees that travel with the Au Pair
in excess of 30-days within the U.S. or outside of the U.S. shall require prior written
consent from InterExchange.

c. **After Program Ends**. Host Family agrees to assist InterExchange in ensuring that
the Au Pair leaves the United States at the conclusion of the Program year, including
Extensions (See Extensions as described in this Agreement), in compliance with the
regulations.

12. **Au Pair Well-Being and Living Situation**. Host Family agrees to notify InterExchange in
writing in the event that Host's ffamily situation changes in any way that may impact Au Pair
well being or living situation. Such changes include, without limitation, someone joining the
household, a change of family address, divorce/separation of the Host Family, illness in the
Host Family, death in the Host Family, arrest of a member of the Host Family, legal
proceedings involving the Host Family (e.g., divorce or bankruptcy) or other significant
events that may occur during the Program.

13. **Emergency Plan.**

a. In case of emergencies (e.g., hurricanes, floods, earthquakes, landslides, fires,
terrorist attacks), Host Family must follow guidance issued by InterExchange
regarding Au Pair for the purpose of ensuring the safety and wellbeing of Au Pairs.
Host Family shall also follow any updates included in the Host Family Handbook
regarding safety and emergencies.

b. The most important aspects of promoting safety are communication, preparedness
and coordination. Host Family shall have an emergency contingency plan and make
plan known to Au Pairs. Timely communication with InterExchange throughout an
emergency event is necessary and a requirement of the Program. Host Family shall
always respond to InterExchange's inquiries about the safety of Au Pairs as soon as
reasonably possible.

c. InterExchange also requires that the Host Family make the Au Pair aware of
emergency and evacuation procedures issued by authorities. and that the Host
Family must encourage compliance.  Any procedures advocated by authorities shall
take precedent over any procedures communicated to the Host Family by
InterExchange.

14. **Au Pair Status & Removal**

a. **Au Pair Status**. Host Family agrees that any decision regarding the Au Pair's

Defs.' Appx. 00000964

Program status, dismissal or replacement shall be made at the sole discretion of
InterExchange and shall be final.

b. **Removal in case of accident or illness**. Host Family agrees that in the event of an
accident or serious illness that, in the judgment of InterExchange, prevents the Au
Pair from continuing her/his duties, the Au Pair may end or be asked to end the
Program early and return home. In such a circumstance InterExchange will use
reasonable efforts to Rematch the Host Family with an Au Pair through
InterExchange's Transition process.

c. **Removal for exploitative or unreasonable circumstances**. Host Family agrees that
if InterExchange finds that an Au Pair is subject to exploitative or other unreasonable
circumstances or conditions (e.g. failure to pay the appropriate Weekly Stipend, a
failure to provide the agreed upon free time or educational benefits required under
this Agreement or otherwise fail to meet Department of State regulations),
InterExchange may, at its sole discretion, immediately withdraw the Au Pair from the
household, and Host Family shall not be entitled to a replacement Au Pair or any
refund. Under the conditions described in this paragraph, this Agreement shall
terminate automatically, provided, however that all terms regarding payment of fees
shall survive the Agreement and Host Family shall pay the cost of immediately
removing the Au Pair from Host Family. Any legal expenses arising out of actions as
described herein shall be subject to the Indemnification Clause as set forth in Liability
section of this Agreement.

d. **Illegal Activities**. Host Family shall not ask Au Pair to engage in any illegal activities
(e.g., illegal drugs, prostitution). InterExchange will immediately remove Au Pair from
the Host Family's home if Au Pair discovers or believes Host Family is engaged in
any illegal activities regardless of the Au pair's involvement in the illegal activities.

15. **Transition**. After an initial adjustment time of one month following an Au Pair's arrival,
InterExchange has a Transition procedure in the eventuality that the relationship between
the Host Family and the Au Pair breaks down and/or ends.

a. **Transition- General Procedure**. The Transition process shall be triggered under the
following circumstances:

i. The Host Family or the Au Pair communicates to InterExchange a breakdown in
the relationship between the Host Family and the Au Pair.

ii. Upon receiving communication regarding a breakdown in the Host Family and
Au Pair relationship, a Local Coordinator may mediate a meeting between the
Host Family and Au Pair if it is determined that a medication will help.

iii. If there is not a resolution of the dispute, the Host Family and Au Pair shall be
placed into Transition, which shall mean for the Host Family either a Rematch
or Withdrawal or a determination that Host Family is Unsuitable (see below) for

Defs.' Appx. 00000965

the Program.

iv. During Transition, the original Au Pair may remain in residence with Host Family for several weeks or be removed, if reasonably feasible, into temporary housing arranged by the Local Coordinator and authorized and approved by InterExchange. The Au Pair may continue to fulfill childcarechild care responsibilities if requested by Host Family to perform these services so long as the Au Pair receives the appropriate Weekly Stipend and follows Program requirements and regulations until a new Rematch Au Pair replaces the original Au Pair. InterExchange shall make best efforts to Transition the Au Pair from Host Family as quickly as is reasonably possible. Host Family understands and agrees that InterExchange cannot provide exact timelines regarding the Transition process. Host Family understands and agrees that at no time should the Au Pair be asked to leave without InterExchange having secured accommodations for the Au Pair.

b. Upon entering Transition, Host Family understands and agrees that its future participation in the Au Pair USA Program shall occur as follows:

   i. **Transition- Rematch**

      a. InterExchange will make reasonable attempts to locate another Au Pair for the Host Family.

      b. Subject to the requirements of the interview, the Host Family shall carefully choose an Au Pair from the Au Pair candidate(s) presented.

      c. If a Rematch occurs, Host Family agrees that the Program length shall be adjusted to match the new Au Pair's Program length (e.g., if a new Au Pair has 5 months left within the Program, and the prior Au Pair had 9 months left, then, the contract length for the Host Family would be adjusted to require 5 months, or, if an Au Pair has 11 months left in the Program, and the prior Au Pair had 7 months, then the total time left on the contract for the new Au Pair would require 11 months).

      d. If a Rematch takes place, InterExchange and the Local Coordinator organize the travel details by working with the Host Family and the new Au Pair. Subject to the terms and conditions set forth in the Fees & Payment Section, the Host Family agrees to cover the cost of travel for the new Au Pair replacing the existing Au Pair. Subject to the Fees & Payments Section, Host Family agrees to drive the existing Au Pair to the airport and/or pay incidental cost to facilitate travel.

   ii. **Transition  Withdrawal**. Host Family, at its sole discretion, may elect to withdraw from InterExchange's Au Pair Program.

   iii. **Transition  Unsuitable**. InterExchange, at its sole discretion, may determine

Defs.' Appx. 00000966

that the Host Family is unsuitable to remain in InterExchange's Au Pair Program.

    c. **Additional Fees**. InterExchange policies regarding any additional fees and expenses for Transition are set forth under the Education, and, separately, the Fee and Payment clauses of this Agreement and in the incorporated applicable Fees, Discounts, Refunds & Stipends Schedule.

16. **Extension of Program**

    a. Host Family agrees that Au Pair(s) wishing to participate in the Extension Program must submit their application on or before the Au Pair USA's published deadline date as set forth on InterExchange's website:

http://www.interexchange.org/au-pair-usa/jobs/extending-your-stay

    Host Family agrees that InterExchange does not guarantee that the Department of State will approve any extension request.

    b. If the Host Family is planning to travel outside of the U.S. during the Extension period, the Host Family understands that Au Pairs participating in the Extension Program will receive an updated DS-2019 form that reflects the updated Program dates. Although Au Pairs will have a valid DS-20 19 form, the J-1 visa in his/her passport may have expired during the first 12-months of stay in the U.S. InterExchange discourages Au Pair travel outside of the U.S. after the J-1 visa expires as Au Pair may not be allowed re-entry to the U.S.

    c. Upon conditions of InterExchange receiving and approving a timely submission of the Extension application, InterExchange shall submit the application to the U.S Department of State for approval or denial on behalf of the Host Family, provided, however, that Host Family has paid all fees as required by InterExchange and the U.S. Department of State. After submission of a complete Extension application, the Extension Agreement shall be incorporated into this Agreement as an Attachment. Except as set forth in the Attachment, the general terms of this Master Agreement shall control regarding obligations of the Host Family during the Extension.

    d. **Extension Fees**. InterExchange policies regarding any Extension Fees and expenses are set forth under the Education, and, separately, the Fee, Cost and Payments Sections of this Agreement, the Extension Agreement and in the incorporated Applicable Fees, Discounts, Refunds & Stipends Schedule.

17. **Fees, Costs & Payments**

    a. **Fees**. Fees (e.g., Program Fees, which shall include the cost of Au Pair's Insurance, Prorated Weekly Fees, and Extension Fees) are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

Defs.' Appx. 00000967

b. **U.S Department of State Fees**. U.S. Department of State Fees (e.g. SEVIS), if any, are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. Host Family is responsible for paying all fees due to the U.S. Department of State. U.S. Department of State. Host Family understands and agrees that U.S. Department of State fees are not a part of fees that Host Family owes to InterExchange and, therefore, are not refundable.

c. **Discounts**. Discounts are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. If on a payment plan, all Discounts are deducted from the Program Fee Balance after the Host Family pays the Application Fee, if applicable, and Program Fees in full.

d. **Refund**. The Refund Policy is described in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

e. **Waiver**. Waivers, if any, shall be applied in compliance with the Waiver and Dispute Clauses of this Agreement

f. **Additional Fees & Costs**. If an Au Pair must be removed from the Host Family's home due to, without limitations, unsuitable, unreasonable or exploitative circumstances, InterExchange shall be entitled to recoup any and all additional expenses, including, without limitation, Au Pair housing and transportation costs, collection and attorneys fees and the cost of any consequences arising from the Host Family that InterExchange incurs in removing the Au Pair.

g. **Credit Check**. Host Family agrees that InterExchange, at its sole discretion, may check Host Family's credit. The Host Family shall bare the cost of the credit check. Any subsequent agreement by a third party vendor authorized to perform a credit check on InterExchange's behalf shall be incorporated into this Agreement to the extent that said subsequent agreement does not conflict with this Agreement. In the case of a failure to pay or request for changes in payment by the Host Family that differ from the payment options available under this Agreement, Host Family understands that the credit check shall be automatic.

h. **Payment Plan Options**. Host Family agrees to pay by one of the three payment options offered by InterExchange:

   i. **Pay In Full**. Host Family may pay all fees and costs in full that are due under the following terms:

      a. The Original Program Fees owed by the Host Family are due upon the date of Matching with an Au Pair

      b. Extension Program Fees are due if an Extension is approved

      c. Rematching Program Fees (if any) are due upon the date of Rematching with a new Au Pair The due date of all fees shall be described in invoice(s) that Host Family shall receive either by mail correspondence, E-

Defs.' Appx. 00000968

mail or the Host Family account in the Passport system.

ii. **Split Payment Plan.**

    a. Host Family may elect to make the Down Payment as described under the Fee Schedule as follows:

        i. Due upon Matching Host Family with an Au Pair

        ii. Due if an Extension is approved

        iii. Due upon Rematching with a new Au Pair (if fees are applicable)

    b. Pay the Program Fee balance upon arrival of the Au Pair into the United States, start of the Extension or arrival of the new Au Pair, which ever is applicable under the circumstances to the Host Family.

iii. **6-Month Payment Plan** Host Family may elect to make the Deposit Payment as described under the Fee Schedule upon Matching with an Au Pair and pay the Program Fee balance in 6 monthly installments upon the arrival of the Au Pair into the United States. The Host Family must pay the installments by Automatic Debit as defined below in this Agreement and in Exhibit B.

i. **Methods of Payment**. Host Family shall make payments to InterExchange through one of the following authorized methods of payment:

    i. Electronic debit entries through an online payment system linked to InterExchange's corporate website (including the Au Pair USA Passport) system. Host Family understands and agrees that additional terms may apply related to a third party vendor, and that, while InterExchange encourages the Host Family to understand what those terms are that InterExchange is not responsible for the agreements between Host Family and third parties.

    ii. ACH debits on a U.S. bank account under the terms set forth by InterExchange for the transaction in a separate agreement, which shall be incorporated into this Agreement. Host Family authorizes the financial institution (e.g., bank and/or credit company) ("Bank") named in the agreement to debit entries from the account.

    iii. By checks drawn on U.S. Bank accounts

    iv. Bank account or credit card provided by Host Family as described in payment forms retained by InterExchange. These payment forms include, without limitations, "to Accept Credit Cards by Phone", "Automatic Payment Request", "Fee Payment Information", "Extension or the Bank Account Information" forms. If an Accept Credit Cards by Phone form is used to process an immediate payment, InterExchange will send correspondence verifying that Host Family agreed to the payment. Subject to the terms of this Agreement for disputing payments within 15 business days, Host Family must dispute the credit card payment in writing under the Billing Dispute Process described in this

Defs.' Appx. 00000969

Agreement. If Host Family fails to respond to the correspondence in writing, Host Family hereby agrees that the payment shall be considered binding and final.

j. **Payment by Third Parties**. Host Family understands that any third party making payments on behalf of the Host Family shall be subject to the applicable terms of this, including, without limitation any Cancellation and Refund Policies described in the applicable Fee Schedule.

k. **Additional Fees and Costs Due**. The amount due may change due to additional fees and/or costs incurred by Host Family under the terms and conditions of this Agreement. InterExchange shall provide written notice (e.g., via e-mail or the Passport system) to Host Family regarding additional fees and/or costs before electronically debiting Host Family's bank or credit card account.

l. **Invoices**. InterExchange shall provide Host Family with an Invoice of all fees and expenses to be covered under the Program. From time to time, invoices may be adjusted to reflect changes in balances due to, without limitation, the Host Family going into Transition, payments made by the Host Family and the resolution of any disputes about Program Fees. If invoices are adjusted for any reason, the authorization to automatically debit the bank or credit card account shall be automatically amended to authorize the debit of an amount equal to the new total amount due. Host Family shall be sent a Statement for any changes in Host Family's balance via mail, electronic correspondence or through Passport, InterExchange's online platform found at InterExchange's website. Host Family shall be invoiced separately for Extension Fees only after InterExchange and the U.S. Department of State have approved the Extension.

m. **Due Dates**. Host Family Invoice Due Date is listed in the Invoice. Any amount left unpaid after the Due Date shall constitute an overdue payment. Host Family Statement Due Dates are listed in each Statement according to itemized adjustments for fees and expenses paid, new fees and expenses with a new due date, and any prior overdue fees and expenses. Any fees and expenses left unpaid after their Statement Due Dates shall constitute payments that are overdue.

n. **Insufficient Funds & Bank Fees**. If InterExchange incurs any costs related to, including, without limitation, insufficient funds, debit decline(s) and/or bank fees that arise out of any payments that Host Family fails to pay to InterExchange, Host Family shall be invoiced the amount of the costs and the costs shall be added to the total amount owed to InterExchange.

o. **Overdue Amount**. Host Family understands that all payments made under this Agreement shall apply against any Overdue Amount first. Host Family understands that failure to pay InterExchange's Program invoices by the due date will result in the

assessment of interest charges calculated at a rate of 8% per annum, compounded monthly, of the overdue balance. Additionally, InterExchange shall be entitled to reimbursement from the Host Family for all costs incurred in recovering the overdue balances, which may include, without limitation, collection fees of 25% of the overdue balance, attorney fees and/or court costs.

p. **Partial Amount Remaining**. If Host Family fails to pay in full all fees under the Payment Plan on or before said fees are due and/or any additionally incurred fees and/or costs on or before said fees and/or costs are due, Host Family shall be subject to the Failure to Pay clause of this Agreement.

q. **Failure to Pay**

   i. If Host Family fails to make payments as required under the terms and conditions of this Agreement, InterExchange shall have the right to end the Host Family's participation in the Program and terminate this Agreement at InterExchange's sole discretion without written notice. In compliance with the Survival Clause of the Agreement, Host Family shall remain responsible for all fees and/or costs due under this Agreement without regard to termination of the Agreement. At InterExchange's sole discretion, an Au Pair may remain in Host Family's home for an additional two weeks, provided, however, that Host Family shall pay all Weekly Stipends, fees and costs incurred by InterExchange and the Au Pair during the two weeks. Regardless of whether the Au Pair remains in the home of Host Family, the failure to pay fees and costs when due under this Agreement is a material breach. At InterExchange's sole discretion, any cost incurred in addressing Host Family's breach of this Agreement shall be recouped from the Host Family. Said recoupment shall be invoiced to the Host Family, and, the Host Family shall be required to pay the balance due within thirty (30) days or InterExchange may seek additional legal recourse.

   ii. **Cure**. Host Family shall have 7 business days to cure termination of this Agreement so long as the Au Pair has not been removed from the Host Family's home by paying all outstanding amounts due. In addition, any fees and costs incurred by InterExchange for failure to pay overdue amount shall be added to Host Family's total amount due and must be paid in full. At InterExchange's sole discretion, additional time may be added in the case of paying the additional amounts incurred by InterExchange due to the Host Family's failure to pay.

r. **Bankruptcy**. In the event that Host Family files petition for bankruptcy or otherwise InterExchange finds evidence that Host Family is insolvent, this Agreement shall automatically terminate. InterExchange shall remove the Au Pair from the Host Family as quickly as is reasonably possible. To the extent allowed by law, InterExchange shall seek to recover any costs or damages from Host Family that arise from Host

Defs.' Appx. 00000971

Family's bankruptcy. To the extent that obligations incurred in either this Agreement
or the agreement between Host Family and Au Pair are non-dischargeable, this
amount is due immediately, and Host Family shall pay in full. To the extent that State
Department regulations supersede bankruptcy law, the amount is immediately due in
full.

s. **Billing & Payment Disputes**

   i. If Host Family wishes to dispute an invoice, any amount due under this
Agreement, or an Accept Credit Cards by Phone form, Host Family must contact
InterExchange in writing within 15 days after receiving the invoice, the written
statement in which the disputed balance first appears, or the correspondence
regarding paying by an Accept Credit Cards by Phone form. The written
documentation must describe in detail the basis of the dispute. Host Family
must provide supporting documentation. If Host Family fails to dispute the
invoice, the amount due under this Agreement, or the Accept Credit Cards by
Phone form within the 15-day period, the invoice, the amount due under this
Agreement, or the Accept Credit Cards by Phone form shall be considered
binding under this Agreement.

   ii. If a Host Family disputes an amount owed and/or due with written notice and
documentation corroborating Host Family's assertion within the 15-day period
allotted, InterExchange will conduct an investigation about the validity of the
dispute. If invoice amounts change for any reason, invoices shall be
automatically amended to authorize InterExchange the right to the debit an
amount equal to the new total amount due. If InterExchange finds no basis for
the dispute, the disputed amount shall be binding on the Host Family. By
signing this Agreement, Host Family agrees to the terms of this billing dispute
process.

   iii. Host Family understands and agrees that because Host Family has a duty to
screen Au Pair(s) under the Interview section of the Agreement and that
InterExchange does not guarantee suitability of Au Pair(s), Host Family cannot
use suitability as a basis for disputing fees.

18. **Release, Intellectual Property & Disrepute.**

a. **Release**

   i. Host Family gives permission to InterExchange to (i) take and retain any
photographs, videos, audio recordings and other depictions of Host Family
(collectively, the "Reproductions") during activities associated with
InterExchange; (ii) retain any Reproductions that Host Family submits to
InterExchange, or that Host Family posts on any InterExchange-branded or
InterExchange-affiliated media site, social networking site or video upload site

or "channel" or blog, including, without limitation, Facebook, Linked-In, YouTube, Twitter, or any other electronic site; and (iii) publish, distribute and display, either in whole or in part, any Reproductions in any and all media throughout the world, including, without limitation, media sites, social networking sites, video upload sites or "channels," blogs, electronic postings, calendars, brochures, advertisements and other promotional materials.

ii. Host Family hereby waives compensation and any right to inspect or approve any such uses and Reproductions. Host Family shall not submit any Reproduction unless Host Family first obtained permission from each person whose name, image, voice, or likeness is included in the Reproduction, and each such person has granted Host Family and InterExchange all copyright and other intellectual property rights, including renewal rights, necessary to use the Reproduction and his or her name, image, voice and likeness in it.  Host Family hereby releases, discharges and agrees to hold InterExchange harmless from any liability arising out of InterExchange's use of the Reproductions, including any blurring, distortion, alteration, optical illusion or use in composite form with other works. Host Family hereby assigns all copyright and other intellectual property rights, including renewal rights, to InterExchange, in any materials produced that are the subject of this Release.

b. **Intellectual Property**. If Host Family desires to use InterExchange Intellectual Property for any reason, Host Family shall contact InterExchange's Marketing Department to request permission. Host Family shall not use InterExchange's Intellectual Property without having obtained prior written permission. InterExchange Intellectual Property shall mean, without limitation, InterExchange copyrights, trademarks and trade secrets, patents, online content appearing on InterExchange's website, Facebook and other Social Media content and marketing tools, marketing material and the application and other materials that I submitted to InterExchange.

c. **Reputation**. Host Family shall not communicate in any manner with third parties that will disparage or attack the reputation or image of InterExchange to the public without first seeking to resolve the issue by contacting authorized representatives of InterExchange. For the purpose of this paragraph, the mediums covered include, but are not limited to, social media and any medium use in communicating with third parties. Host Family shall under no circumstances communicate disputes over invoices to InterExchange as per resolving disputes under the terms and conditions of this Agreement. If Host Family wishes to resolve invoice issues, Host Family must use the Dispute procedure under this Agreement.

19. **Privacy & Background Check**

a. **Privacy.**

Defs.' Appx. 00000973

i. **InterExchange Privacy Policy**. By signing below, Host Family accepts and agrees to be bound by InterExchange's Privacy Policy pursuant to InterExchange's Terms of Use located at www.InterExchange.org/terms-use, its Privacy Policy located at www.InterExchange.org/privacy-policy, Host Family Application and the terms and conditions set forth in this Agreement. Host Family agrees that Host Family has read each of these documents, which (if applicable) are incorporated herein by this reference, as they form a legal agreement between InterExchange and Host Family regarding the Privacy Policy of the Program. Host Family understands that in the event of any conflict between the Application, this Agreement and those of the Terms of Use and Privacy Policy, the Host Family agrees that the Terms of Use and Privacy Policy shall supersede with regard to the Privacy Policy.

ii. **Host Family duty to provide privacy**. Host Family understands and agrees that Host Family must protect the privacy of the Au Pair. In addition, Host Family agrees to protect the privacy of any party in a relationship with InterExchange and/or Au Pair USA, including, without limitation, InterExchange staff and Local Coordinators. If Host Family has questions about this clause, InterExchange recommends that Host Family contact an authorized InterExchange manager for guidance.

b. **Background Check**. If Host Family requests additional screening of Au Pair at the Host Family's own expense. Host Family understands and agrees that Host Family must conduct such investigation pursuant to the laws of the U.S. and state and local laws in which the Host Family resides.

20. **Additional Agreement Terms.**

a. **Entire Agreement**. Host agrees that the terms and conditions set forth herein, on the InterExchange website and in the InterExchange Au Pair USA brochure and Host Family Handbook shall constitute part of this Agreement with InterExchange. If a term is found to conflict among the documents, this Agreement is controlling, provided, however, that the definition of the term is not required by law or U.S. Department of State regulations.

b. **Documents Incorporated into Agreement**. I understand and agree that 22 CFR Part 62, the Wilberforce Brochure (see below, "Dispute Process"), the Extension Agreement (if applicable and as described in the Agreement), the Au Pair Handbook, and the Department of State publication "The Au Pair Exchange Program" from InterExchange are incorporated into this Agreement. With regard to the use of InterExchange's website located at www.InterExchange.org ("Site"), I understand and agree that I must follow terms and conditions of www.InterExchange.org/terms-use and www.InterExchange.org/privacy-policy, which are incorporated into this

Defs.' Appx. 00000974

Agreement for the purpose of Privacy Policy and site use only rather than for the general terms and conditions of the Program. Unless required by law or regulation (e.g., required 22 CFR Part 62, Wilberforce, the Department of State or federal, state or foreign law) or involving InterExchange's Privacy Policy, if there is a conflict between this Agreement and other documents incorporated into this Agreement, the Agreement shall be controlling.

c. **Assignment**. This Agreement is restricted solely to Host Family and shall not be assigned, transferred, encumbered, or subject to any third party agreement without the written consent of InterExchange. Any attempted assignment will be void and of no effect. InterExchange may assign this Agreement to a successor (whether by merger, a sale of all or a significant portion of its assets, a sale of a controlling interest of its capital stock, or otherwise) which agrees in writing to assume InterExchange's obligations under this Agreement.

d. **Third Parties and Third Party Beneficiaries**. Except as expressly stated under this Agreement (e.g., liability concerning motor vehicles set forth under this Agreement), Host Family agrees that the terms and conditions of this Agreement, expressed or implied, exist only for the benefit of the parties to this Agreement. No other person or entity will be deemed to be a third party beneficiary of this Agreement.

e. **Waiver**. Host Family agrees that InterExchange's failure to enforce any provision of this Agreement shall not be construed as a waiver or limitation of InterExchange's right to subsequently enforce and compel strict compliance with each and every provision of this Agreement.

f. **Void Provision**. Host Family agrees that if any provision of this Agreement is held to be void or contrary to law, such provision shall be construed as nearly as possible to reflect the intention of the parties, with the other provisions remaining in full force and effect.

g. **Headings**. All headings are for purposes of convenience only and are not to be used in interpretation or enforcement of this Agreement.  Terms defined in the singular have the same meaning in the plural and vice versa.

h. **Change of Sponsor**. Host Family understands and agrees that InterExchange is not required to facilitate a request to change sponsors during the Program. Host Family understands and agrees that if this Agreement is terminated or otherwise the Host Family or Au Pair ends the Program, that the Au Pair must return to Au Pair's home country rather than stay in the U.S. Host Family agrees that Host Family shall owe InterExchange for any costs and/or expenses incurred by InterExchange due to a change of sponsor.

21. **Laws, Regulations & Culture.**

a. **U.S. State Department Regulations**. Host Family acknowledges and agrees that

Host Family is participating in a Cultural Exchange Program and agrees to comply with all of the regulations published by United States Department of State under 22 CFR Sec. 62, which may be amended from time to time in the future.

b. **Federal, state and local laws**. Host Family must comply with federal, state and local laws of the U.S., including income tax filing requirements (see below), licensing for use of motor vehicles (and other motor vehicle requires described in this Agreement) and laws regarding alcohol and drug use (see below for further details). Host Family takes full responsibility in the event that laws, regulations or customs are broken and for obtaining actual knowledge of these laws, regulations or customs as they pertain to the Au Pair.

c. **Taxes**. Host Family is hereby given notice that an Au Pair may be considered, under most circumstances, a non-resident alien who is not subject to Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Under rare circumstances involving Participants who previously entered the U.S. under a J Visa program or as a student under the F Visa, Host Family is given notice that an Au Pair may be considered a resident immigrant for tax purposes and subject to paying Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Host Family understands it is Host Family's responsibility to contact a tax professional to determine the extent (if any) of any payroll taxes. For more information, InterExchange recommends that Host Family should visit the IRS website and search for "Au Pair." Under all circumstances, Host Family understands that an Au Pair is subject to paying federal, state (if applicable) and local (if applicable) income taxes on an Au Pair's Stipend. This information is provided for notice purposes only, "as is" and is subject to change.

d. **Drugs and Alcohol**. In the case of interacting with Au Pairs, Host Family understands that drug and alcohol laws of the U.S. must be adhered to by Host Family even in the case of over the counter drugs and herbal remedies. Host Family agrees to investigate and follow all U.S. federal, state and local laws regarding drugs and alcohol.

22. **Warranties, Guarantees, Liabilities, Acts of God & Indemnification.**

a. **No Guarantee of Match or Participation**. Host Family agrees that InterExchange neither guarantees a Match (or Rematch) nor participation in the Program.

b. **No Guarantee of Satisfaction or Suitability**. Host Family agrees that InterExchange neither guarantees satisfaction, compatibility nor suitability with the Program or the Au Pair.

c. **Information Provided "As Is" Without Warranty or Guarantees**. Host Family agrees that any information (e.g., tax and labor law requirements and emergency information and plans) communicated by InterExchange to Host Family is provided

Defs.' Appx. 00000976

"as is" without warranties or guarantees either expressed or implied that information is "up to date", correct and/or accurate.

d. **Host Family General Liability**. Host Family acknowledges that InterExchange is primarily a cultural exchange organization rather than a domestic services business and waives and releases InterExchange from any and all claims for contract damages such as, for example, cost of providing alternate child care arrangements if InterExchange is unable, for any reason, after reasonable efforts, to place an Au Pair with a Host Family or to obtain a replacement Au Pair if one should be needed. In addition, Host Family waives and releases InterExchange from any and all claims for, torts arising out of or concerning Au Pair's employment with the Host Family and any liability that Host Family incurs that arise out of or concerning Host Family's participation in the Program, including, without limitation, any lost, stolen or damaged property and/or any bodily injuries that harms a third party or Host Family.

e. **Limitation of Liability**. If a court, government agency or legal authority finds that InterExchange has a duty under foreign or U.S. federal, state or local law, Host Family understands and agrees that InterExchange's liability (if any) shall be no greater than its role as a nonprofit Sponsor under the U.S Department of State regulations. Host Family agrees that nothing herein described in this paragraph or in the Agreement creates a duty or obligation under the law, and that the language written herein is provided solely for the purpose of limiting liability to InterExchange's role as the Sponsor. Host Family further agrees that InterExchange's liability is subject to the limitations set forth in separate paragraphs described in this Agreement.

f. **Change of Sponsorship Costs**. In compliance with Change of Sponsor, I agree that I shall owe InterExchange for any costs and expenses that arise from a change of sponsor.

g. **Specific Liability.**

   i. **Au Pair's Use of Auto**. In case of damage to the car during non-working hours the Au Pair will be liable for one half the damages up to $500.00 per accident.

   ii. **InterExchange Not Liable**. Host Family agrees not to hold InterExchange liable for any damage or loss resulting from the Au Pair's use of the vehicle. If Au Pair has an accident while driving Host Family's motor vehicle that Au Pair is driving during Au Pair work hours, the Host Family agrees that the Au Pair will not be liable for any cost concerning the repair of the motor vehicle. If Au Pair has an accident driving the Host Family's motor vehicle outside of the Au Pair's work hours, the Host Family agrees that Au Pair will solely be responsible for a total amount of $500.00 for all damages. Host Family agrees that the $500 shall only be payable upon Host Family presenting proof of repair that shall include receipt and photos of the repaired vehicle.

Defs.' Appx. 00000977

iii. **Au Pair Personal Bills**. Host Family agrees that InterExchange shall not be liable for any personal bills incurred by the Au Pair while residing with my/our family. Host Family understands that the Au Pair will be responsible directly to the family for all personal debts including but not limited to phone calls, use of the Host Family gym memberships. Regarding telephone or cellular telephone use, Host Family is required to outline cost upfront to the Au Pair and to caution the Au Pair about, including, without limitation, hidden fees, incremental fees and taxes associated with use.

iv. **Specific Liabilities**. Host Family agrees that Host Family is responsible, and that Host Family shall hold InterExchange as not liable or responsible for any claims, liability, damages or costs incurred by reason of any breach, act, error, negligence or omission that arises out of or concerns, without limitation, the following:

    a. **Au Pair Performance**. Host Family agrees that InterExchange shall not be liable for and does not guarantee acceptable performance by the Au Pair. Host agrees that the Au Pair is not an employee, servant or agent of InterExchange or any Local Coordinator, and that InterExchange and/or any Local Coordinator do not exercise dominion and control over the actions of the Au Pair. InterExchange and any Local Coordinator are not responsible for any act or omission on the part of the Au Pair.

    b. **Child Care Services**. Host Family understands that InterExchange does not guarantee continuous childcarechild care coverage in any circumstances, including but not limited to circumstances in which the Au Pair becomes ill or disabled by any circumstance or is otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange is not responsible for the costs of supplemental, replacement, or interim childcarechild care. In addition, InterExchange is not responsible for delays in the Au Pair's arrival such as visa rejections, visa delays, flight delays, or situations otherwise beyond the direct control of InterExchange.

    c. Decisions and actions carried out by the Au Pair

    d. Emergency plans set forth by the Host Family for the Au Pair

    e. Insurance (including car insurance for vehicles) or medical, dental and health care needs that an Au Pair may have during the Program

    f. Alternative flights to and from the U.S. and any delays that results from transportation

    g. Host Family failure to meet immigration status requirements while in Program (e.g., travel outside of U.S. with expired J-1 Visa)

    h. Host Family failure to follow emergency, safety and problems rules

Defs.' Appx. 00000978

suggested or required by InterExchange, the Host Family or local authorities

i. Host Family disclosure of Au Pair information and/or documents to unauthorized parties (e.g., tax payer id number or passport)

j. Host Family failure to apply for and obtain necessary documentation and information (if any) as described in this Agreement

k. Host Family failure to pay the Stipend owed to Au Pair (e.g., problems with state labor departments)

l. Host Family breaching any other term of this Agreement

m. Host Family violations of U.S. federal, state and local laws, regulations and customs

h. **Act of God**. Host Family agrees that InterExchange and/or its officers, employees and agents are neither responsible nor liable for any events beyond their control, including without limitation Acts of God or Government restrictions that may interfere with or preclude operation of the InterExchange Program; nor, in the absence of their own gross or willful negligence are InterExchange, its officers, employees, agents and/or any Local Coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or omissions by an Au Pair placed in my/our household.

i. **Assumption of Risk**. Although InterExchange will make best efforts to screen and train all Au Pairs, Host Family understands that childcarechild care, especially for infants under the age of two (2) years old, is an inherently risky business. Host Family therefore agrees to assume the risks involved in the childcarechild care provided by Au Pair, and hereby irrevocably, unconditionally, and fully waives, releases and forever discharges InterExchange, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense that the Host Family incurs. If a Host Family seeks to a Rematch/Transition with a new Au Pair or withdraw from the Au Pair USA Program, the Host Family assumes the risk for any continued use of the existing Au Pair's child care services.

j. **Indemnification**. To the fullest extent permitted by applicable law, the Host Family agrees to defend, at Host Family's expense and with counsel acceptable to InterExchange, indemnify, and save and hold harmless InterExchange and all of its officers, directors, shareholders, employees, agents, successors, and assigns, from and against any and all claims, suits, losses causes of action, damages, liabilities, and expenses of any kind whatsoever arising out of the performance or non-performance of Au Pair employment and period of time living with Host Family, including without limitation, all expenses of litigation and/or arbitration, court costs, and attorneys' fees, arising on account of or in connection with injuries to or the death

Defs.' Appx. 00000979

of any person whomsoever, and all damages to property, regardless of possession or ownership, which injuries, death or damages arise from, or are in any manner connected with Au Pair employment performed for Host Family or Au Pair period of time living with Host Family, or are caused in whole or part by reason of the acts or omissions or presence of the person or property of the Host Family or any of its employees, agents, representatives, suppliers, including without limitation injuries, death, or damages to property which arise from or in connection with, or are caused by, any act, error, omission or negligence.

23. **General Dispute Process**

   a. In the event that Host Family wishes to lodge a complaint about any services provided by InterExchange, its suppliers, agents, representatives, independent contractors, vendors and/or affiliates (e.g., Insurance vendor, Au Pair, Local Coordinators, International Cooperator or anyone in a relationship with InterExchange), Host Family must first notify both the Local Coordinator and/or an authorized InterExchange manager in writing in order to give InterExchange the chance to rectify the problem.

   b. I understand and agree this Agreement is governed by laws of the state of New York.

   c. **Arbitration**. I agree that any controversy, dispute or claim arising out of or in connection with this Agreement, the relationship of the parties, or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association. Any dispute resolution proceedings, whether in arbitration or court, will be conducted on an individual basis and not in a class or representative action or as a named or unnamed member in a class, consolidated, representative or private attorney general legal action, unless both the Host Family and InterExchange, with which Host Family specifically has a dispute, agree to do so in writing following initiation of the arbitration.

   d. **Cost of Arbitration**. In the event of arbitration as described in 17(d), I understand and agree that the non-prevailing party must reimburse the prevailing party for all reasonable attorneys' fees and costs resulting therefrom.

   e. **Cost of Litigation**. In the event that a court or legal authority fails to enforce the arbitration clause set forth in 17(d), I understand and agree that the non-prevailing party shall reimburse the prevailing party for all reasonable attorneys' fees and costs resulting from the cost of the litigation, including, but not limited to any trial and/or appeals.

24. **Terms, Termination and Survivorship.**

   a. **Effective Date**. Host Family agrees that this Agreement shall be effective as of the date of Host Family submitting an application to InterExchange for the purpose of

Defs.' Appx. 00000980

participating in the InterExchange Au Pair USA Program.

b. **Automatic Termination**. Host Family agrees that this Agreement shall automatically terminate at the end of the Au Pair USA Program for standard 12-month Programs, in-country placements, rematches or Extension Programs, whichever is latest in time. Host Family understands and agrees that the Agreement may automatically terminate once the Program with InterExchange ends, or earlier subject to the terms and conditions of termination of the Agreement, whichever occurs first.

c. **Termination.**

    i. **InterExchange**. This Agreement may be terminated by InterExchange at any time.

    ii. **Host Family**. Provided that Host Family meets Host Family obligations under this Agreement, Host Family may terminate this Agreement by withdrawing from the Program, provided, however that Host Family provides InterExchange with 2-weeks notice prior to termination.

    iii. **Consequences of Termination Agreement**. Host Family understands and agrees that termination of this Agreement shall include removal of the Au Pair from the Host Family's home.

    iv. **Consequences of Withdrawal from the Program or Removal of Au Pair**. This Agreement shall terminate upon receipt of a request for withdrawal from the Program by the Host Family as approved by InterExchange in writing or removal of an Au Pair because InterExchange determines that the Host Family is unsuitable.

d. **Survivorship**. Host Family agrees that any terms and conditions regarding definitions, liability, fees, privacy, releases, intellectual property, Social Media, reputation, confidentiality and expenses/costs shall survive the termination of this Agreement.

25. **Full Disclosure**. Host Family warrants and guarantees that Host Family's responses in the Host Family Application and all information provided to InterExchange from Host Family are true, complete and fully disclosed. Host Family further warrants and guarantees that the information provided is sufficient for InterExchange to determine Host Family's suitability for the Au Pair USA Program. Host Family understands and agrees that Host Family is under a continuing duty to provide true and complete information to InterExchange throughout the duration of the Program. A failure to provide true, complete and full disclosure under this Agreement shall represent a material breach, and, is grounds, at InterExchange discretion for termination of the Agreement.

26. **Signature.**

a. **Authorization Signatures**. Each Host Family member legally responsible for the care of Host Family's children and/or responsible for payment under the terms of this

Defs.' Appx. 00000981

Agreement must authorize the terms and conditions of this Agreement. The parties signing below for the Host Family hereby certify that each is authorized to sign on behalf of the Host Family.

b. **Valid Signature**. This Agreement must be signed by electronic signature under the procedures set forth in InterExchange's online system or by printing, signing and delivering a paper copy in person or by post.

## Exhibit A

## FEES, DISCOUNTS, REFUNDS & STIPENDS SCHEDULE

## PAYMENTS MADE BY HOST FAMILY SHALL BE APPLIED TO OVERDUE AMOUNTS FIRST.

This fee schedule will be in effect for all applications received electronically by InterExchange after 3:00 pm EST December 30, 2011 until 3:00 EST on December 28, 2012. Applications received before or after these days and times will be billed according to the 2011 and 2013 fee schedules, whichever is in effect at the time the application is received.

## STANDARD PROGRAM FEE

| Fee Type | Amount |
|---|---|
| **Application Fee** (due upon submission of Application) | $350 (non-refundable) |
| **Program Fee Deposit** (due upon Match) | $2500 |
| **Program Fee Balance** (due upon Au Pair arrival) | $4690 |

## Prorated Weekly Fee
## (If applicable)

| Fee Type | Amount |
|---|---|
| **Prorated Weekly Fee:**<br><br>Calculated based upon the Standard Program Fee divided by 52 Work Weeks.<br><br>Applicable to Transition or a Host Family Matched with an In-County Au Pair. | $139 |

Defs.' Appx. 00000982

| Due upon the arrival of the Matched or Rematched Au Pair | |
|---|---|

## EXTENSION FEES

## (if applicable)

| Fee Type | Amount |
|---|---|
| **U.S. Department of State Extension Fee** (due upon submission of Extension Application)* | $233 (non-refundable) |
| **6-Month Extension** (due upon start of Extension Program) $2990 | $2990 |
| **9-Month Extension** (due upon start of Extension Program) | $4250 |
| **12-Month Extension** (due upon start of Extension Program) | $5190 |

## Exhibit A

## FEES, DISCOUNTS, REFUNDS & STIPENDS SCHEDULE

## PAYMENTS MADE BY HOST FAMILY SHALL BE APPLIED TO OVERDUE AMOUNTS FIRST.

This fee schedule will be in effect for all applications received electronically by InterExchange after 3:00 pm EST December 30, 2011 until 3:00 EST on December 28, 2012.  Applications received before or after these days and times will be billed according to the 2011 and 2013 fee schedules, whichever is in effect at the time the application is received.

## STANDARD PROGRAM FEE

| Fee Type | Amount |
|---|---|
| **Application Fee** (due upon submission of Application) | $350 (non-refundable) |
| **Program Fee Deposit** (due upon Match) | $2500 |
| **Program Fee Balance** (due upon Au Pair arrival) | $4690 |

## Prorated Weekly Fee
## (If applicable)

Defs.' Appx. 00000983

| Fee Type | Amount |
|---|---|
| **Prorated Weekly Fee:**<br><br>Calculated based upon the Standard Program Fee divided by 52 Work Weeks.<br><br>Applicable to Transition or a Host Family Matched with an In-County Au Pair.<br><br>Due upon the arrival of the Matched or Rematched Au Pair | $139 |

## EXTENSION FEES

## (if applicable)

| Fee Type | Amount |
|---|---|
| **U.S. Department of State Extension Fee** (due upon submission of Extension Application)* | $233 (non-refundable) |
| **6-Month Extension** (due upon start of Extension Program) | $2990 |
| **9-Month Extension** (due upon start of Extension Program) | $4250 |
| **12-Month Extension** (due upon start of Extension Program) | $5190 |

## Extension Fee Policy

The U.S. Department of State Extension Fee is subject to change without notice by the U.S. Department of State.

## STANDARD DISCOUNTS

| Discount Type | Amount |
|---|---|
| **Reapplying Host Family.**<br>Host Families are eligible for this discount on any contract that begins after completing 40 Work Weeks of Au Pair child care on previous agreements | $450 |
| **Multiple discount.**<br>Eligible Host Families must have twins or triplets (or | $200 |

Defs.' Appx. 00000984

| | |
|---|---|
| more) at the time of applying | |
| **Military Discount**<br>Eligible Host Families must one or more parents working as an active member of the U.S. Military | $200 |
| **Prematch Discount**<br>Eligible Host Families who are already pre-matched with an Au Pair who is not an active Au Pair USA Au Pair Applicant | $300 |
| **Switching Discount**<br>Host Families are eligible for this discount upon submission of proof that they were a registered paying member of any of other au pair sponsors' programs | $450 |

## Standard Discounts Policy

Standard Discounts are based on a Host Family's completion of a Standard Program with InterExchange, or, if in Transition under a Standard Program, the completion of the time remaining under the Program of the Rematched Au Pair.

## Refund Rates

| Refund Type | Amount |
|---|---|
| **Standard Program** | $100 for each unused Work Week of child care |
| **Extension Program** | $80 for each unused Work Week of child care |

## Refund Policy

Standard Discounts described above are forfeited upon the Host Family leaving the Standard Program early. For example, a Reapplying Host Family Discount would be subtracted from any Refund that InterExchange owes to a Host Family involving a Transition under a Standard Program.

## AU PAIR STIPEND

| Stipend | Stipend Amount |
|---|---|

Defs.' Appx. 00000985

| Weekly Stipend (In accordance with the Agreement, "Weekly" herein refers to the 5.5 days that Au Pair is expected to work for Host Family in compliance with the definition under the Agreement) | $195.75 |
|---|---|

## Au Pair Stipend Policy

Weekly Stipend is subject to change without notice by the U.S. Department of State.

## VACATION STIPEND

| Program | Paid Vacation Days |
|---|---|
| 12-Month Standard | 11 Vacation Days 11 days (2 Weeks) paid vacation |
| Transition | After a Rematch, Au Pairs accrue paid vacation days at the rate of one day per full month worked. Paid Vacation Days vary based on the amount of time remaining in Program for the Rematch Au Pair (e.g., if the Au Pair has 6 months remaining from the original Program, the Au Pair is entitled to 5 Paid Vacation Days) |
| 6-Month Extension | 5.5 Paid Vacation Days |
| 9-Month Extension | 7.5 Paid Vacation Days |
| 12-Month Extension | 11 Paid Vacation Days |

## Vacation Stipend Policy

An Au Pair accrues one Paid Vacation Day per month while employed by the Host Family. The first month of any Standard Program, Transition or Extension is excluded from calculating the number of Paid Vacation Days.

To calculate the per day pay rate for each Paid Vacation Day, the Host Family pro rates the Weekly Stipend to equal the amount that an Au Pair earns per day of the Weekly Stipend (i.e., $35.60 per day is obtained by dividing the Weekly Stipend by the 5.5 days that constitutes the Work Week).

The Vacation Stipend is subject to change without notice by the U.S. Department of State.

Defs.' Appx. 00000986

## Education Stipend

| Program | Education Stipend |
|---|---|
| 12-Month Standard | $500 |
| Transition | **Prorated**<br>A Host Family pays a pro rated amount based on the time that the Rematched Au Pair has remaining in the Program, which is calculated at $9.62 per Work Week (e.g., if a Rematched Au Pair has 27 Work Weeks left on the Program, the Host Family pays $259.74 in Education Stipend. |
| 6-Month Extension | $250 |
| 9-Month Extension | $500 |
| 12-Month Extension | $500 |

## Education Stipend Policy

The Education Stipend is subject to change without notice by the U.S. Department of State.

## Exhibit B

## Extension Agreement

The following terms and conditions apply if and when an Au Pair's Cultural Exchange Program with a Host Family is extended under the terms and conditions described in the Extension Section of the Host Family Agreement. Host Family understands that neither the Host Family nor InterExchange shall be obligated to follow the Extension terms and conditions unless and until the Extension is approved (e.g., by both InterExchange and U.S. Department of State).

Now, therefore, the parties hereby agree as follows:

1. **Host Family Agreement**. Except for the additional terms and conditions set forth in this Extension, Host Family agrees to comply with the terms and conditions of the Host Family Agreement for the duration of the Extension.
2. **Extension**. Host Family agrees to all the terms and conditions of the InterExchange Au Pair USA Extension Program as mandated by the U.S. Department of State, other U.S. regulatory agencies, the Host Family Agreement and InterExchange.
3. **Extension Fees**: Host Family shall pay Extension Fees set forth under the Applicable

Defs.' Appx. 00000987

Fees, Discounts, Refunds & Stipends Schedule, the SEVIS fee, and any remaining balance due from the Standard Program. For the most up to date Extension Fee Schedule, Host Family should either contact InterExchange directly or visit InterExchange's website before submitting documentation to InterExchange to seek InterExchange and State Department approval.

4. **Education**. Host Family shall give Au Pair adequate time to complete educational credits in compliance with U.S. Department of State regulations, the requirements of the Program and terms of the Host Family Agreement.

   a. Host Family understands and agrees to assist the Au Pair with meeting the following requirements:
      i. 3 semester hours for 6 month Extension
      ii. 6 semester hours for 9 and 12-month Extensions.

   b. Host Family shall provide transportation, if applicable, to and from the place of instruction and shall make tuition payment contribution for an Au Pair's tuition as follows:
      i. Up to a maximum of $250 for six (6) month Extensions
      ii. Up to a maximum of $500 for nine (9) and twelve (12) month Extensions.

   c. If a remaining balance is left from the Host Family required tuition payment contribution after the Au Pair completes the requisite semester hours, the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement. Host Family shall Au Pair shall take adequate time to attend courses at an accredited post secondary institution based on the following extensions:

5. **Paid Vacation**. The Host Family shall provide Paid Vacation Days in compliance with the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

6. **Refund**. The terms and conditions for refunds (if any) involving Extensions are set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

7. **Approval**. Host Family understands that Extension requests are final and cannot be changed once submitted to the United States Department of State. Host Family understands that the extension is at the sole discretion of the United States Department of State. Host Family understands that InterExchange, Inc. cannot be held accountable for any delay or denial of the extension by the United States Department of State.

**Host Family Signature:** /s/pam noonan

Defs.' Appx. 00000988

**Time & Date:** 12/11/2012 1:44 AM (EST)
**IP Address:** 98.245.188.73