Defs.' Appx. 00000989



# Au Pair Schedule & Weekly Planner

**CONFIDENTIAL**

**InterExchange0000614**
**EXHIBIT C**

# Host Family and Emergency Information

Defs' Apex 00000800

## Host Family Information

Home Phone Number: _____

Host Parent 1 Cell: _____

Host Parent 1 Work: _____

Host Parent 2 Cell: _____

Host Parent 2 Work: _____

Grandparents: _____

Grandparents: _____

Relative: _____

Relative: _____

Neighbor: _____

Neighbor: _____

School: _____

School: _____

School: _____

Doctor: _____

Home Address: _____

_____

## Emergency Information

Police/Fire: 911

Poison Control: 1.800.222.1222

Hospital: _____

## Au Pair USA Program Contact Information

Your Local Coordinator: _____

InterExchange: 1.212.924.0446

Au Pair USA (toll-free): 1.800.AU.PAIRS (287.2477)

InterExchange AU PAIR USA

CONFIDENTIAL                    InterExchange0000615

Defs.' Appx. 00000991

# Important Information

## Using This Book

All au pairs are required to keep a written weekly schedule to document compliance with the U.S. Department of State regulations regarding hours on-duty, time-off and pay received. A schedule will also allow au pairs to better plan educational and social activities during their free time, as well as resolve any scheduling questions.

## Instructions

‣ Each week, au pairs and host families need to plan a schedule for the upcoming work week and write it in the Au Pair Weekly Schedule section.

‣ Au pairs should document the "Hours Worked" each day to compare with the "Hours Scheduled." For example, if a schedule states work hours are 8 a.m. to 4 p.m. (8 hours), but the au pair actually worked from 8 a.m. to 5 p.m. (9 hours), the difference should be documented.

‣ At the end of the work week, au pairs should total the "Total Hours Worked" to make sure it does not exceed 45 hours.

‣ Au pairs need to record whether they received their required 1.5 days off each week.

‣ Au pairs need to record their weekly stipend amount and the date they received it.

‣ At the end of each week, both au pair and host family need to initial the completed schedule, verifying that the record is accurate.

‣ Any program violations regarding hours on-duty, time-off and pay received need to be addressed and rectified the following week.

‣ On the Weekly Summary page, au pairs should write down events or concerns regarding their host family's children. These items can be addressed daily or during the weekly meeting with the host family.

‣ InterExchange, in its role as program sponsor, reserves the right to request copies of and access to these initialed schedules.

## U.S. Department of State Regulations to Remember

‣ Au pairs cannot provide more than 10 hours of child care per day.

‣ Au pairs cannot provide more than 45 hours of child care in any one week.

‣ Au pairs must receive at least one and one half days off per week.

‣ Au pairs must receive one full weekend (Friday early evening until Monday morning) off per month.

‣ Au pairs must receive at least 11 paid vacation days per year. These days accrue at the rate of 1 vacation day for each complete month worked after the first full month.

‣ Au pairs must receive the U.S. Department of State-mandated weekly stipend each week on a set day for all weeks in which they work.

‣ Au pairs must be given time to attend classes and local cluster meetings as per U.S. Department of State regulations.



CONFIDENTIAL                              InterExchange0000616

Defs.'s Appx. 20000002

# Time-Off Policies & Regulations

## Full Weekend Off Per Month

Please record date of required monthly full weekend off.

*Example: 4/5/2013-4/7/2013*

| | | | |
|---|---|---|---|
| Month 1: | _____ | Month 7: | _____ |
| Month 2: | _____ | Month 8: | _____ |
| Month 3: | _____ | Month 9: | _____ |
| Month 4: | _____ | Month 10: | _____ |
| Month 5: | _____ | Month 11: | _____ |
| Month 6: | _____ | Month 12: | _____ |

## Vacation Days Per Year

Au pairs earn one vacation day for each full month they work, starting after the first 30 days of work, for a total of 11 vacation days.* Please keep track of your vacation days by recording the dates below:

*Example: 6/10/2013*

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

7. _____
8. _____
9. _____
10. _____
11. _____

*\* Since au pairs can be scheduled to work 5.5 days per week, the U.S. Department of State-mandated two weeks of vacation equals 11 days of vacation (5.5 days x 2 = 11 days).*



**CONFIDENTIAL**                    **InterExchange0000617**

Defs.' App. 0000993

# Au Pair Weekly Schedule

## Week of: _April 22-28, 2013_

| MONDAY | | | Notes: | Annie: Soccer practice 2-4 p.m. |
|---|---|---|---|---|
| | Start Time: | 7:30 am | | |
| | Finish Time: | 4:30 pm | | |
| | Hours Scheduled: | 9 | | |
| | Hours Worked: | 9 | | |

| TUESDAY | | | Notes: | Melissa: Pre-school 12-2 p.m. Jake: Football after school |
|---|---|---|---|---|
| | Start Time: | 7:30 am | | |
| | Finish Time: | 4:30 pm | | |
| | Hours Scheduled: | 9 | | |
| | Hours Worked: | 9 | | |

| WEDNESDAY | | | Notes: | Melissa: Play date 10 a.m.-12 p.m. |
|---|---|---|---|---|
| | Start Time: | 8:30 am | | |
| | Finish Time: | 1:30 pm | | |
| | Hours Scheduled: | 5 | | |
| | Hours Worked: | 5 | | |

| THURSDAY | | | Notes: | Melissa: Pre-school 12-2 p.m. |
|---|---|---|---|---|
| | Start Time: | 7:30 am | | |
| | Finish Time: | 4:30 pm | | |
| | Hours Scheduled: | 9 | | |
| | Hours Worked: | 9 | | |

| FRIDAY | | | Notes: | Jake: Football after school |
|---|---|---|---|---|
| | Start Time: | 7:30 am | | |
| | Finish Time: | 4:30 pm | | |
| | Hours Scheduled: | 9 | | |
| | Hours Worked: | 9 | | |

| SATURDAY | | | Notes: | You're welcome to join us for Annie's soccer game at 1:00! |
|---|---|---|---|---|
| | Start Time: | NA | | |
| | Finish Time: | NA | | |
| | Hours Scheduled: | 0 | | |
| | Hours Worked: | 0 | | |

| SUNDAY | | | Notes: | Pizza and movie night! |
|---|---|---|---|---|
| | Start Time: | 5:30 Pm | | |
| | Finish Time: | 9:30 pm | | |
| | Hours Scheduled: | 4 | | |
| | Hours Worked: | 4 | | |

**WEEKLY SUMMARY**

Total Hours Scheduled: _45_

Total Hours Worked: _45_

Did au pair receive at least 1.5 days off?

Host Family Initials: _J.E.D._

Date stipend paid: _4/28/2013_

Amount of stipend paid: _$195.75_

[X] YES  [ ] NO

Au Pair Initials: _S.E.P._

InterExchange AU PAIR USA

# Weekly Summary

Defs.' Appx. 00000994

Week of: _April 22-28, 2013_

Monday: Annie had a hard time getting up, so we were 5 minutes late for school. I wrote a note for the teacher.

Tuesday: Finished the children's laundry for the week! Melissa helped me fold!

Wednesday: Helped Annie with her Social Studies homework. Things seem to be improving!

Thursday: Jake came home with a permission slip for you to sign. Had a hard time getting him to do his math homework. Advice?

Friday: Annie and Melissa had a great time playing princess in the backyard, but Annie might be coming down with a cold.

InterExchange AU PAIR USA

Defs.' App. 0000995

# Au Pair Weekly Schedule

## Week of: _____

| | | |
|---|---|---|
| **MONDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |
| **TUESDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |
| **WEDNESDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |
| **THURSDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |
| **FRIDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |
| **SATURDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |
| **SUNDAY** | Start Time: _____  <br> Finish Time: _____  <br> Hours Scheduled: _____  <br> Hours Worked: _____ | Notes: |

**WEEKLY SUMMARY**

Total Hours Scheduled: _____          Date stipend paid: _____

Total Hours Worked: _____          Amount of stipend paid: _____

Did au pair receive at least 1.5 days off?          ☐ YES   ☐ NO

Host Family Initials: _____          Au Pair Initials: _____

InterExchange AU PAIR USA

**CONFIDENTIAL**                    InterExchange0000620

Defs.' Appx. 00000996

# Weekly Summary

Week of: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

InterExchange AU PAIR USA

**CONFIDENTIAL**          InterExchange0000621

Defs.' App. 00010997

# Au Pair Weekly Schedule

## Week of: _____

| | | |
|---|---|---|
| **MONDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |
| **TUESDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |
| **WEDNESDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |
| **THURSDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |
| **FRIDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |
| **SATURDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |
| **SUNDAY** | Start Time: _____ <br> Finish Time: _____ <br> Hours Scheduled: _____ <br> Hours Worked: _____ | Notes: |

**WEEKLY SUMMARY**

Total Hours Scheduled: _____        Date stipend paid: _____

Total Hours Worked: _____        Amount of stipend paid: _____

Did au pair receive at least 1.5 days off?        ☐ YES   ☐ NO

Host Family Initials: _____        Au Pair Initials: _____

InterExchange AU PAIR USA

**CONFIDENTIAL**                    **InterExchange0000622**

Defs.' Appx. 00000998

# Weekly Summary

Week of: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**InterExchange AU PAIR USA**

Defs.' Appx. 00000999

**CONFIDENTIAL**        **InterExchange0000624**

Defs.' Appx. 00001000

InterExchange AU PAIR USA

**TEL** 212.924.0446 or 1.800.AU.PAIRS **FAX** 212.924.0575
161 Sixth Avenue, New York, NY 10013
**www.InterExchange.org**

© InterExchange, Inc. Published January 2013

**CONFIDENTIAL**                    **InterExchange0000625**

Defs.' Appx. 00001001

**United States
Information
Agency**

*Washington, D.C. 20547*

*Office of the General Counsel*



**USIA**

CC: Jean

December 4, 1997

Dear Au Pair Program Sponsors:

By letter to USIA dated August 13, 1997, Acting Executive Associate Commissioner,
Paul W. Virtue, Immigration and Naturalization Service (INS), advised USIA that an
employer/employee relationship exists between host families and au pairs (8 CFR §
274A, et. seq.; 8 CFR § 274a.1(g) (1997); and, 8 CFR § 274a.1(f) . Accordingly, INS
advised that host families must comply with the employment verification requirements
established under the Immigration and Nationality Act (INA) and must file Form I-9
(Section 274A(b) of the Immigration and Nationality Act, 8 U.S.C. § 1324a(b)).

As au pair participants provide paid child care services for host families and also receive
room and board, INS has determined that au pairs are performing services for which they
are remunerated.  These circumstances bring au pair program participants within the
verification requirements of INA § 274A, which requires that the INS Form I-9 be
completed by the host family within three days of the commencement of employment.
INS further advised that the INS regulation exempting "casual employment" (INA §
274A; 8 C.F. R. § 274a.1(h)) does not apply.

Due to the requirement that the INS Form I-9 be completed within three days of the
commencement of employment, INS has requested that any family currently hosting an
au pair should complete the INS Form I-9 immediately and date the form the date it is
completed.

INS has also determined that as program sponsors are not "employing" au pairs, they are
not required by law or regulation to complete the INS Form I-9 for the au pair participant.
However, host families are expected to comply with this requirement as they are
receiving the services of and providing remuneration to the au pair participant, hence
fulfilling the regulatory definition of "employers" (8 C.F.R. § 274a.1(g)).  This obligation
includes completing, filing, and retention of the Form I-9.

INS offered to work with USIA to distribute employer education materials to host
families.  As the Agency is unable to perform this service, we are enclosing two copies of

InterExchange0000468
**EXHIBIT D**

2

the "employer's handbook" in order to assist you in notifying host families of this requirement.

As INS has sole jurisdiction regarding this matter, any questions concerning this issue should be directed to the U.S. Department of Justice, Office of Business Liaison, 425 "I" Street, N.W., Room 7021, Washington, D.C. 20536. Their toll free number is 1-800-357-2099 or if you have questions, you can fax them to 1-202/305-2523.

Sincerely,

Les Jin
General Counsel

Enclosures: as stated

Distribution:

Ms. Isabelle Bridge, Au Pair Intercultural
Ms. Barbara Cartledge, Au Pair in America
Mr. William Gustafson, Euraupair Intercultural Child Care Programs
Mr. John Wilhelm, Au Pair Care
Mr. Steven Meyer, EF Au Pair
Ms. Pamela McCloud, Au Pair Homestay
Ms. Uta Christianson, Interexchange Au Pair
Mr. Michael Bray, Au Pair Programme USA

InterExchange0000469

Defs.' Appx. 00001003

**RESTRICTED - EXHIBIT E TO DECLARATION OF MICHAEL MCHUGH.
SEE RESTRICTED APPENDIX AT
Defs.' R. Appx. 00000831.**

**FACT SHEET: AU PAIR STIPEND**

Def's App. 001004

(3/14/97)

On November 18 and 19, 1996, the United States Information Agency provided all au pair program sponsors with a notice regarding payment of the au pair stipend. To dispel any confusion, please be advised specifically that:

1.  The U.S. Department of Labor determined in 1994 that an employer/employee relationship is established between the host family and the au pair. Accordingly, the stipend* given an au pair must conform with minimum wage law and adjustments. The Department of Labor, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly stipend. A full discussion of this matter was set forth in the February 15, 1995 Federal Register notice announcing au pair regulations.

2.  Effective October 1, 1996, the au pair stipend is $128.25. This increase was based upon the increase in minimum wage payment.
    (Calculation: 45 hours @ $4.75 = $213.75 less a Department of Labor determined credit for room and board in the amount of $85.50 per week equals the weekly stipend.)

3.  Effective September 1, 1997, the au pair stipend will be increased to $139.05. This increase is also based upon the increase in minimum wage to take effect on this date.
    (Calculation: 45 hours @ $5.15 = $231.75 less a Department of Labor determined credit for room and board in the amount of $92.70 per week equals the weekly stipend.)

In response to the Agency's letter to the Department of Labor which requested an advisory opinion whether a $10 credit may be possible as an offset to educational expenses paid by host families participating in the Au Pair program, the Department of Labor** advised the agency that host families may not take credit in meeting their minimum wage obligations for either tuition costs or medical insurance. Au Pair Program Sponsors were notified on March 13, 1997 by fax and sent a copy of the advisory opinion by certified mail. Accordingly, the minimum weekly stipend has been since October 1, 1996 and remains $128.25.

NOTE: Any host family failing to abide by the effective dates of au pair stipend increases and amount of stipend to be paid to the au pairs is in violation of federally-mandated minimum wage law.

---

*The increase in minimum wage affecting the au pair stipend supersedes the stipend level of $115.00 established in the Au Pair Final Rule (22 CFR 514.31) published in the Federal Register on Wednesday, February 15,1997.

**Letter dated February 28, 1997 from Jordan R. Fraser, Acting Administrator, Employment Standards Administration, Wage and Hour Division, U.S. Department of Labor, addressed to Stanley S. Colvin, Assistant General Counsel, United States Information Agency.

# # #

InterExchange0000066
EXHIBIT F

Defs.' Appx. 00001005

*U.S. Department of State*
*Bureau of Educational and Cultural Affairs*

# OFFICE OF EXCHANGE COORDINATION AND DESIGNATION

## *Private Sector Programs Division*

### *WEEKLY WAGE DUE TO AU PAIR PROGRAM PARTICIPANTS*

On November 18 and 19, 1996, the United States Information Agency[1] provided all Au Pair Program Sponsors with a notice regarding payment of the weekly wage due to au pairs[2]. Please be advised specifically that:

1. The Department of Labor (DoL) determined in 1994 that an employer/employee relationship is established between the host family and the au pair. Accordingly, the wage[3] given an Au Pair must conform to minimum wage law and adjustments. The DoL, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly wage. A full discussion of this matter was set forth in the February 15, 1995 Federal Register notice announcing Au Pair program regulations.

2. Effective September 1, 1997, the weekly wage due to au pairs is $139.05. This amount is based upon the minimum wage payment currently in effect, and is calculated as follows.

   45 hours @ $5.15 = $231.75
   $231.75 less $92.70 per week, credit for room and board determined by the DoL
   = $139.05, the weekly wage due Au Pair program participants

Effective August 17, 2001, the existing Au Pair program regulations were amended to create the EduCare program component. Au pairs participating in the EduCare component are paid in accordance with the provisions of the Fair Labor Standards Act. However, as a matter of administrative convenience for both Department-designated sponsors and participating host families, the weekly compensation for EduCare au pairs is calculated as 75 percent of the weekly wage currently paid to all au pair participants.

   $139.05, the weekly wage due Au Pair program participants
   .75(139.05)
   = $104.29, seventy-five percent of the weekly wage due Au Pair program participants.

In 1997, in response to a request for advisory opinion on whether $10 credit maybe possible as an offset to the educational expenses paid by host families participating in the Au Pair program, the DoL[4] advised that host families may not take credit in meeting their minimum wage obligations for either tuition costs or medical insurance. The Au Pair program sponsors were notified on March 13, 1997, and a copy of the DOL advisory opinion was provided to them.

**NOTE: ANY HOST FAMILY FAILING TO ABIDE BY THE AMOUNT OF WAGE TO BE PAID TO AU PAIRS IS IN VIOLATION OF FEDERALLY-MANDATED MINIMUM WAGE LAW.**

---

[1] The United State Information Agency and the Department of State consolidated in 1999. Any action taken prior to consolidation was on the part of the United States Information Agency.

[2] The term stipend was changed to wage with the publication of the Au Pair program regulations in the Federal Register on Friday, June 27, 1997.

[3] The increase in minimum wage affecting the weekly wage for au pair program participants supercedes the wage level of $115 established in the Au Pair Final Rule (22 CFR 514.31), published in the Federal Register on Wednesday, February 15, 1995.

[4] Letter dated February 28, 1997 from John R. Fraser, Acting Administrator, Employment Standards Administration, Wage and Hour Division, U.S. Department of Labor, addressed to Stanley S. Colvin, Assistant General Counsel, United States Information Agency

Defs.' Appx. 00001006

# REDACTED

---------- Forwarded message ----------
From: **Findlay, Julia M** <FindlayJM@state.gov>
Date: Wed, Jun 24, 2009 at 1:16 PM
Subject: REMINDER: Federal Minimum Wage Increase
To:
Cc: "Hawkins, Karen S" <HawkinsKS@state.gov>, "Findlay, Julia M" <FindlayJM@state.gov>

Dear Au Pair Sponsors,

As a reminder, Phase III of the Federal Minimum Wage Increase goes into effect July 24, 2009.  Please see the attached Notice for details.

<<Minimum Wage Increase Notice 2009.docx>>

**Julia Findlay**

Educational and Cultural Exchange Officer

Office of Designation, Private Sector Programs

U.S. Department of State, SA-44

301 4th Street SW, room 734

Washington, DC  20547

**CONFIDENTIAL**                                    **InterExchange0000120**

Defs.' Appx. 00001007

**findlayjm@state.gov**

Direct: **202 203-7238**; Main: 202 203-5096; Fax: 202 203-5087

--

Michael McHugh | Program Director | Au Pair USA

TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org

161 Sixth Avenue, New York, NY 10013

.

Defs.' Appx. 00001008



**NOTICE**
**FEDERAL MINIMUM WAGE INCREASE**

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour. The increase from $5.15 to $7.25 will be phased in in three increments as follows:

- On the 60th day following enactment of P.L. 110-28 (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage. The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs. The room and board credit currently is 40% of an au pair's credited compensation. The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|  | Au Pair | EduCare |
|---|---|---|
| Phase I –July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Julia Findlay at (202) 203-7238.

June 24, 2009

InterExchange0000122



Defs.' Appx. 00001009

**United States Information Agency**

WASHINGTON DC 20547-0001

FEB 24 1997

USIA

February 19, 1997

Dear *Au Pair* Program Sponsor:

On November 18 and 19, 1996, you received (by fax) a notice from this office regarding payment of the *Au Pair* stipend (copy enclosed). We believe that some sponsors have not adequately informed their host families regarding this matter. To dispel any confusion, please be advised specifically that:

1. The Department of Labor determined in 1994 that an employer/employee relationship is established between the host family and the *Au Pair*. Accordingly, the stipend[1] given an *Au Pair* must conform with minimum wage law and adjustments. The Department of Labor, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly stipend. A full discussion of this matter was set forth in the February 15, 1995 *Federal Register* notice announcing *Au Pair* regulations.

2. **Effective October 1, 1996, the Au Pair stipend is $128.25.** This increase was based upon the increase in the minimum wage payment.
   (Calculation: 45 hours @ $4.75 = $213.75 less a Department of Labor determined credit for room and board in the amount of $85.50 per week equals the weekly stipend.)

3. **Effective September 1, 1997, the Au Pair stipend will be increased to $139.05.** This increase is also based upon the increase in minimum wage to take effect this date.
   (Calculation: 45 hours @ $5.15 = $231.75 less a Department of Labor determined credit for room and board in the amount of $92.70 per week equals the weekly stipend.)

The U.S. Department of Labor has <u>not</u> determined whether a $10 credit may be possible as an offset to educational expenses paid by host families. **Accordingly**, the minimum weekly stipend has been since October 1, 1996 and remains $128.25.

**NOTE:** Any host family failing to abide by the effective dates of *Au Pair* stipend increases and amount of stipend to be paid to the *au pairs* is in violation of federally-mandated minimum wage law.

Please make every effort to notify your host families of the exact facts.

Sincerely,

Sally J. Lawrence
Chief, Program Designation Branch
Exchange Visitor Program Services

---

[1]The increase in minimum wage affecting the au pair stipend supersedes the stipend level of **$115** established in the Au Pair Final Rule (22 CFR 514.31) published in the *Federal Register* on Wednesday, February 15, 1995.

InterExchange0000146

**United States
Information
Agency**

Washington, D.C. 20547

Office of the General Counsel



USIA

## NOTICE TO AU PAIR SPONSORS REGARDING MINIMUM WAGE

All sponsors are advised that the Congress has increased the
federal hourly minimum wage to $4.75 an hour effective October 1,
1996.   This rise in the minimum wage covers all au pair
participants as of the effective date.  Accordingly, the new
minimum weekly stipend payable to au pairs has increased,
effective October 1, 1996, to $128.25. (45 hours @ $4.75 =
$213.75 less a credit for room and board in the amount of $85.50
per week for a net weekly stipend of $128.25.)

USIA is currently working with the Department of Labor to
determine whether an additional credit of $10.00 per week may be
applied against the minimum wage for the $500.00 in tuition that
host families pay on behalf of the au pair.  If this additional
credit is authorized by the Department of Labor, the weekly
stipend to be paid to au pair participants will be $118.25 per
week.  The Agency will inform all sponsors regarding this
determination immediately upon receipt of same from the
Department of Labor.

Effective September 1, 1997, the minimum hourly wage will
increase to $5.15 per hour, thereby requiring a minimum weekly
stipend of $231.75 less the allowed credit for room and board.
The allowed credit for room and board will increase to $92.70
effective September 1, 1997, thus the minimum weekly stipend to
be paid to au pairs as of this date will be $139.05.  As
discussed above, this amount may be decreased by $10.00 per week
if the Department of Labor authorizes this additional credit for
tuition paid by the host families.

Questions regarding this matter may be referred to Stanley Colvin
at (202) 619-6531.

**InterExchange0000147**

**REDACTED**

Defs.' Appx. 0000111

---------- Forwarded message ----------
From: **Michael McHugh** <mmchugh@interexchange.org>
Date: Thu, Jan 12, 2012 at 6:47 PM
Subject: Re: InterExchange: 22 CFR 62.31(j) Wage and Hours SOPs
To: "Ammar, Maha G" <AmmarMG@state.gov>
Cc: "Abell, Ida" <AbellIE@state.gov>, Christine La Monica-Lunn <clamonica-lunn@interexchange.org>

Dear Ms. Ammar,
Thank you very much. I appreciate your kudos and your advice. I will certainly research the FLSA definitions regarding "work" and adjust these documents as necessary. The CFR mistake will be changed immediately.

All the best,



**Michael McHugh | Program Director | Au Pair USA**
TEL: **917.305.5450** | FAX: **212.924.0575** | EMAIL: **mmchugh@interexchange.org**
**161 Sixth Avenue, New York, NY 10013**

On Jan 11, 2012, at 5:08 PM, Ammar, Maha G wrote:

**Dear Mr. McHugh,**

**Thank you for sharing the SOPs introduced to better conform with 22 CFR 62.31(j) wage and hours provisions.**

**I would like to congratulate you and InterExchange on this initiative to verify and document the hours worked and remittance of wages… Kudos.**

Upon review of the SOPs, allow me to share the following:

➢··In order to account for work hours in the "Hours Worked Form" a clear definition of work hours and free time needs to be provided in the SOPs to all those concerned.  InterExchange could use and elaborate on the definitions provided in the Fair Labor Standard Act.

➢··22 CFR 62.31  -  CFR is the acronym for Code of Federal Regulations (not foreign relations as mentioned)

Once again, thank you Mr. McHugh.

Best regards,
*Maha*

Ms. Maha Ammar . Intl. Educational & Cultural Exchange Program Analyst . Private Sector Programs Division / Office of Designation .

ECA/EC/PS . SA-5, 5th Floor . 2200 C Street, NW . Washington, DC 20522-0505 . Tel: 202-632-9293 . http://j1visa.state.gov/

**CONFIDENTIAL**                          **InterExchange0000107**
                                         **EXHIBIT G**

Defs.' Appx. 00001012

This email is UNCLASSIFIED.

From: Michael McHugh [mailto:mmchugh@interexchange.org]
Sent: Wednesday, January 11, 2012 2:17 PM
To: Ammar, Maha G
Cc: Abell, Ida; Christine La Monica-Lunn
Subject: SOP Requested

Dear Ms Ammar,

Attached please find a working draft of the SOP you requested. This procedure was implemented into our first arrival of 2012. Moving forward, we will make adjustments as necessary to improve distribution of information.

--

Michael McHugh | Program Director | Au Pair USA

TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org

161 Sixth Avenue, New York, NY 10013

.

# REDACTED

---------- Forwarded message ----------
From: **Michael McHugh** <mmchugh@interexchange.org>
Date: Wed, Jan 11, 2012 at 2:17 PM
Subject: SOP Requested
To: Maha G Ammar <AmmarMG@state.gov>
Cc: Ida Abell <AbellIE@state.gov>, Christine La Monica-Lunn <clamonica-lunn@interexchange.org>


Dear Ms Ammar,
Attached please find a working draft of the SOP you requested. This procedure was implemented into our first arrival of 2012. Moving forward, we will make adjustments as necessary to improve distribution of information.


Michael McHugh | Program Director | Au Pair USA
TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org
161 Sixth Avenue, New York, NY 10013



--

Michael McHugh | Program Director | Au Pair USA

TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org

161 Sixth Avenue, New York, NY 10013

Defs.' Appx. 00001014

# 1.   Introduction

In an effort to address recent problems regarding au pair payment and scheduling disputes, InterExchange Au Pair USA has developed and implemented the following Standard Operating Procedure (SOP).

## 1.1   Purpose

The purpose of this SOP is to introduce the use of the *Au Pair USA Record of Hours Worked and Payment Received* form and the *Au Pair USA Communication Log* as two tools that will improve monitoring and tracking of work hours and remittance of wages as per the Fair Labor Standard Act referenced in 22 CFR 62.31(j).

## 1.2   Scope

This document will cover the distribution of the *Au Pair USA Record of Hours Worked and Payment Received* form and the *Au Pair USA Communication Log* to au pairs. It also describes instructions given to au pairs at the InterExchange Au Pair USA Orientation and Training program about the use and implementation of these tools.

## 1.3   Training

The Participant Services Manager (PSM) is responsible for the distribution and training related to *Au Pair USA Record of Hours Worked and Payment Received* form and the *Au Pair USA Communication Log*. The Participant Services Manager will be trained by Program Director as to the goals and objectives of these tools and their correct implementation.

Field Relations Manager (FRM) is responsible for training Local Coordinators on the use of these tools, ensuring that team members understand the their goals and objectives. Field Relations Manager will be trained directly by the Program Director as to the goals and objectives of these tools and their correct implementation.

## 1.4   Acronyms

| | |
|---|---|
| AP | Au Pair |
| DOS | Department of State |
| FRM | Field Relations Manager |
| IEX | InterExchange |
| HF | Host Family |
| LC | Local Coordinator |
| PD | Program Director |
| PSC | Participant Services Manager |

IEX AP USA SOP 12/27/2011

## 1.5   Responsibility

DOS Regulations state in Title 22: Foreign Relations Part 62.31 (j) *Wages and hours.* Sponsors shall require that au pair participants: Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor.

Note: Current weekly rate is a minimum of $195.75.

## 1.6   Tools

1. *InterExchange Au Pair USA Record of Hours Worked and Payment Received* form

2. *InterExchange Au Pair USA Communication Log*

3. Powerpoint: *Introduction to the Au Pair USA Program*

4. Introductory Letter for *Au Pair USA Record of Hours Worked and Payment Received* form

5. Introductory Letter for *Au Pair USA Communication Log*

IEX AP USA SOP 12/27/2011

Defs.' Appx. 00001016

# 2.  Procedure

InterExchange requires the distribution of the *Au Pair USA Communication Log* and *Au Pair USA Record of Hours Worked and Payment Received* form to each au pair participant upon arrival to the InterExchange Au Pair USA Orientation and Training Program. Form is located in each au pair's Orientation Binder along with explanatory letter. Communication Log is located in their materials bag. During Tuesday's A.M. Session titled *Program Basics* up to one hour is devoted to the topic of wages, work hours, and required time off and the correct use of these tools.

| Step | Location: Au Pair USA Orientation and Training Program | Corresponding Regulation |
|------|--------------------------------------------------------|--------------------------|
| 1 | **CSM will review and discuss the Program Regulations as they apply to AP wages, work hours, and required time off.** | **22 CFR 62.31(j).** |
| 1.1 | Ask APs: **"How much must your Host Family pay you each week?"** <br><br> Give correct information ($195.75 per week). Correct any incorrect information and try to determine source of incorrect information. Record the alleged source of any incorrect information for follow-up. | |
| 1.2 | Ask APs: **"What is the maximum number of hours you can work in one day?"** <br><br> Give correct information (Max 10 hours per day). Correct any incorrect information and try to determine source of incorrect information. Record the alleged source of any incorrect information for follow-up. | |
| 1.3 | Ask APs: **"What is the maximum number of days you can work in one week?"** <br><br> Give correct information (Max 5.5 days per week). Correct any incorrect information and try to determine source of incorrect information. Record the alleged source of any incorrect information for follow-up. | |
| 1.4 | Ask APs: **"How often should you receive one full weekend off (Friday early evening until Monday morning?"** <br><br> Give correct information (One full weekend off every month). Correct any incorrect information and try to determine source of incorrect information. Record the alleged source of any incorrect information for follow-up. | |
| 1.5 | Introduce *Record of Hours Worked and Payment Received* form (located in plastic sleeve in Orientation Program binder) | |
| 1.6 | Explain to APs that they must fill in this form each week after they have finished working and have been paid. Explain that Host Family must "Initial" (definition may be needed) form after paying stipend. <br><br> Purpose of form: <br><br> 1.  Keep accurate records of payment to avoid confusion or mistakes. <br><br> 2.  Keep accurate records of hours worked to avoid confusion or mistakes. <br><br> 3.  Keep accurate records of required time off allotted to avoid confusion or mistakes. <br><br> 4.  Keep accurate records to be used during any discrepancies or | |

IEX AP USA SOP 12/27/2011

Defs.' Appx. 00001017

| | | |
|---|---|---|
| | disagreements | |
| | 5. Keep accurate records to be used as a record of Payment for tax records. | |
| 1.7 | Show PowerPoint Slide of example *Record of Hours Worked and Payment Received* form. Explain example and ask for questions. | |
| 1.8 | Ask APs: "What should you do if your Host Family doesn't pay you the required amount or doesn't give you the required time off?"<br><br>Answer:<br><br>1. Discuss the problem your Host Family and seek resolution. If this does not result in a resolution…<br><br>2. Contact your Local Coordinator, Regional Contact, or Participant Services Manager…IEX will seek to resolve the situation. If this does not result in a resolution…<br><br>3. Contact DOS at Jvisas@state.gov (refer to DOS Compliance one-pager also located in Orientation binder) | |
| 1.9 | Advise: Keep this document in a shared space such as the side of the refrigerator so everyone has access to the information. | |
| 1.10 | Introduce *Au Pair USA Communication Log* (located in Au Pair USA Materials bag) | |
| 1.11 | Explain to APs that they should schedule a time to meet with their Host Family BEFORE the workweek to create a work schedule. Write this agreed schedule on Weekly Summary page. Use the daily summary to create a schedule of activities for that workday.<br><br>Purpose of Communication Log:<br><br>1. Keep accurate records of weekly schedule.<br><br>2. Keep accurate records of daily activities.<br><br>3. Facilitate communication and sharing of children's activities<br><br>4. Keep accurate records to be used during any discrepancies or disagreements | |
| 1.12 | Advise: Keep this document in a shared space (kitchen, hall table, etc) so everyone has access to the information. | |
| 1.13 | Question and answer session and topic closing. | |

IEX AP USA SOP 12/27/2011

**CONFIDENTIAL**

**InterExchange0000119**

**To:** Tracy[ REDACTED ]

**Cc:** Dawn Middleton[dmiddleton@lc.interexchange.org]; Corrie Whitty[cwhitty@lc.interexchange.org]

**From:** Ekaterine Piccola

**Sent:** Wed 5/28/2014 8:09:17 PM

**Importance:** Normal

**Subject:** Re: Transition Financial Worksheet- Sofia Acevedo

**Received:** Wed 5/28/2014 8:09:28 PM

Defs. Appx. 00001018

Dear Tracy,

Thank you for your message. As mandated by the Department of State, the 195.75 stipend is the minimum amount of money that must be paid to the au pair per week. Unfortunately, you will not be able to apply the stipend overage to Sofia's vacation pay as it was at your family's discretion to pay her $200 per week. As Sofia was paid $200 per week on a consistent basis, it would be fair to assume that this money is hers and is not eligible as a down payment on later debts owed to her.

We understand that this has been a difficult time for your family and we are sorry that things ended the way they did. We truly appreciate that you allowed Sofia to stay in you home even when given the option of letting her leave much earlier. Please speak with Sofia regarding the days that she worked/did not work/will work/will not work during this week so that there is a mutual agreement on how much is owed to her as a stipend.

Best regards,



Ekaterine Piccola | Transitions Coordinator
TEL: 917.305.5451 | FAX: 917.720.9163 | EMAIL: epiccola@interexchange.org
161 Sixth Avenue, New York, NY 10013

If you have further questions, please do not hesitate to contact me.

On 5/28/14 2:22 PM, "Tracy" ·      REDACTED      wrote:

> Dear Ekaterine,
> Sofia did not work on Monday. She told us Monday night that she was leaving on Saturday. She bought a ticket without consulting with us and expects a ride to the airport. I do not find it helpful to have her in our home. It is very uncomfortable for all of us. Sofia has been paid $200 per week since she arrived at our home. I believe that should almost cover her vacation day. Sofia has worked as a 'mother's helper' in my home. I'm not even sure if I want her to work Thursday and Friday. She does not have the skills to watch our children and this has gotten worse since she was told she will be leaving the country.
> Tracy
>
> Sent from my iPhone

On May 28, 2014, at 11:25 AM, Ekaterine Piccola <epiccola@interexchange.org> wrote:

> Re: Transition Financial Worksheet- Sofia Acevedo Dear Tracy,
>
> First off, I would like to thank you for keeping Sofia in transition for an extended period of time and for giving her an opportunity to work on her English and childcare skills and to experience the US culture.
>
> As she is getting ready for her departure, I want to make sure that we are on the same page in terms of the money owed to her.
>
> Sofia worked for you for 6 weeks and earned one vacation day. She communicated to me that she did not use her vacation day. She is, thus, owed $35.60 for one unused vacation day.

CONFIDENTIAL

**EXHIBIT H**

InterExchange0009206

She also communicated to me that she was paid her weekly stipend last Sunday. By May 30th (her last working day), she will have worked for 5 days (May 26-30) and earned a stipend of $178.00 (5 days x $35.60 per day).

Defs.' Appx. 00001019

She has not taken any classes. Thus, she has not earned her education stipend.

In total, she is owed $213.60 ($35.60+$178.00). Please let me know if my understanding is accurate and if I am missing anything on your end.

Please kindly pay Sofia prior to her departure from the US.


Best regards,

<image.jpg>
Ekaterine Piccola | Transitions Coordinator
TEL: 917.305.5451 | FAX: 917.720.9163 | EMAIL: epiccola@interexchange.org
161 Sixth Avenue, New York, NY 10013

---

InterExchange Au Pair USA – Quality, Affordable Childcare

InterExchange is a non-profit organization with more than 40 years experience promoting international understanding and cultural awareness. Our affordable programs connect young people from across the world with life-changing work opportunities. The views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization.