# DOS Site Visit
## GreatAuPair Material Compliance Review & Approval

After the Department of State spent several months evaluating GreatAuPair's application for designation, on September 23, 2013 at 9 am CST, Department of State, ECA Division Chief, Diane Culkin, and her associate, Mary Grant, visited GreatAuPair's office in Austin for a "site visit" to review and verify that GreatAuPair's website content, agreements, documentation, training materials and compliance procedures met Department of State requirements.

After the Department of State's thorough evaluation and verification of GreatAuPair's complete compliance with regulations and guidelines, the Department of State confirmed that GreatAuPair met all requirements and standards to operate as a program sponsor. On October 1, 2013, Deputy Assistant Secretary, Robin Lerner designated GreatAuPair as an Exchange Visitor Program sponsor.

*Beltran, et al. v. Interexchange, Inc., et al.*
Civil Action No. 1:14-cv-03074-CMA-KMT

Appendix In Support of Defendant GreatAuPair LLC's Motion For Summary Judgment

Appx. P. 002 - 048

Filed Under Level 1 Restriction

**To:** Anna Grineva[anna.grineva@lcc.culturalcare.com]
**From:** GreatAuPair Support
**Sent:** Mon 9/8/2014 11:37:41 PM
**Importance:** Normal
**Subject:** Violation - Local childcare coordinators Not allowed to use GreatAuPair
**Received:** Mon 9/8/2014 11:37:00 PM

GAP Appx. 0049

Dear Anna,

You have violated the GreatAuPair Terms of Use by registering "as an aupair" on our site. Our terms of use specifically restrict against agencies or their area coordinators/representatives posting family or aupair profiles in an effort to direct candidates or families to your agency, or on behalf of the aupairs you are trying to match.

Please update your company information and make sure all your fellow LCC's know it's against our rules for you to register or have your AuPairs register on GreatAuPair.

We have notified the Cultural Care Management team countless times in the past about the continued violations of their area coordinators and they have assured us repeatedly that they have informed you that posting profiles for a host family or an aupair is not allowed and puts a strain on any relations we have had with Cultural Care in the past.

Now that GreatAuPair has their own agency designation, we will continue to direct families outside our service network to the J1 agencies who respect our site rules.

Please honor our Terms of Use and refrain from posting profiles for both au pairs and host families on the GreatAuPair website.

The Terms of Conduct you agreed to when you registered on GreatAuPair state in part:

Unacceptable actions, conditions and content on this website, listed below, will constitute grounds for blocking your access to this website, removal of posted material and cancellation of your registration and or membership subscription without refund. As condition of your use of this website, GreatAuPair's Service, you agree that **you shall not:**

(c) Upload or post any information or advertisement that may be considered as competitive to the GreatAuPair service. Solicitation for services by any means, other than those offered or directly approved by GreatAuPair, to its registered users is strictly forbidden. And under no circumstances shall the harvesting and commercial re-use of emails be allowed;

Thank you for your understanding and cooperation.

Warm Regards,

Jerrica

Customer Support Representative

Office 800-935-6303 :: 775-636-8302

Email support@greataupair.com

Skype greataupair.com



**From:** Anna Grineva [mailto:anna.grineva@lcc.culturalcare.com]
**Sent:** Monday, September 08, 2014 3:42 PM
**To:** GreatAuPair Support
**Subject:** Re: GreatAuPair Use Violation: Transition Au Pair

Confidential                                                                                                                         GAP00007536

I am an LCC with Cultural Care Au Pair. Cultural Care Au Pair can post au pair profiles on Great Au Pair, but I did not see and option to create an LCC profile. If you have guidelines about that, please let me know.

On Mon, Sep 8, 2014 at 4:19 PM, <support@greataupair.com> wrote:

Dear Fuyan,

It appears that you are under contract with Cultural Care and you are seeking a new host family on GreatAuPair. Since your DS-2019 form is sponsored by Cultural Care, only your sponsor can place you with a new host family.

GreatAuPair is designated by the U.S. Department of State as an Au Pair Program sponsor and we are not permitted to take over your DS-2019 form and place you with a new host family from GreatAuPair.

If you would like to be an au pair with GreatAuPair through our sponsored J-1 au pair program and use our website to search for host families, you will need to return home and re-apply as a J-1 au pair through GreatAuPair's program. However, you need to complete your initial contract and wait two years before you can return.

Until then, we must remove your profile from GreatAuPair and you may not seek a replacement host family on our website. We are unable to provide refunds for transition au pairs who pay to contact GreatAuPair's host families.

We look forward to having you join our J-1 au pair program where we can provide you all the benefits of the most comprehensive au pair matching system with great host families throughout the United States.

Thank you for your understanding and cooperation in this matter.

Sincerely,
GreatAupair
www.GreatAupair.com


--

**Anna Grineva**

Local Childcare Consultant

------

**Cultural Care Au Pair**

202-316-4583

agrineva.aupairnews.com

**To:** Janice Vitiello[janice.vitiello@lcc.culturalcare.com]
**From:** GreatAuPair Support
**Sent:** Tue 6/28/2011 2:43:23 PM
**Importance:** Normal
**Subject:** Re: Agency Violation - Local Coordinators Not allowed to use our site
**Received:** Tue 6/28/2011 2:43:23 PM

GAP Appx. 0051

Dear Janice,

Thank you for your email and apology.

It's important that our host families are able to speak and communicate directly with the candidates.

If your au pairs are using our service, your interaction shouldn't begin until after a host family makes a job offer for sponsoring your candidates for the J-1 visa.

We appreciate your understanding and cooperation.

Kind regards,


Susie
GreatAuPair Support
www.GreatAuPair.com


----- Original Message -----

**From:** Janice Vitiello

**To:** GreatAuPair Support

**Sent:** Tuesday, June 28, 2011 6:07 AM

**Subject:** Re: Agency Violation - Local Coordinators Not allowed to use our site

Dear Susie,

I apologize for posting one of my au pairs and not having her do it herself.

Kind Regards,
Janice Vitiello

On Tue, Jun 28, 2011 at 12:13 AM, GreatAuPair Support <support@greataupair.com> wrote:

Dear Janice,

You have violated the GreatAupair Terms of Service by registering "as an aupair" on our site. Our terms of service specifically restrict against agencies or their area coordinators/representatives posting family or aupair profiles in an effort to direct candidates or families to your agency, or on behalf of the aupairs you are trying to match.

GreatAupair is not in competition with the J-1 agencies. We work cooperatively with the agencies and often direct our families who have found an aupair match to the agency programs. However, your agency continues to violate our terms of service by registering directly, rather than allowing your aupair candidates to create their own profiles and personally make contact with the families.

We have notified the Cultural Care Management team countless times in the past about the continued violations of their area coordinators and they have assured us repeatedly that they have informed you that posting profiles for a host family or an aupair is not allowed and puts a strain on any relations we have had with Cultural Care in the past.

Please honor our terms of service and refrain from posting profiles as a representative for an aupair or host family. Your aupairs are welcome to create their own listing on the site, or send us their personal email address to have their account reinstated, but all communications need to be directly between the aupairs and our host families.

Thank you for your understanding and cooperation.

Kind regards,

Susie

GreatAupair
www.greataupair.com


--

Kind Regards,

Janice Vitiello
Local Childcare Coordinator
Cultural Care Au Pair
973.386.9458
http://jvitiello.aupairnews.com


Cultural Care Au Pair is the largest and most experienced au pair organization in the U.S., having successfully placed more than 75,000 au pairs in welcoming American homes since 1989.

Highly Confidential - Attorneys' Eyes Only                                                                                   GAP00007352

GAP Appx. 0053

**To:** Jacob Reid[jacob@GreatAuPair.com]
**From:** Shannon Pitts
**Sent:** Wed 5/28/2014 2:13:22 PM
**Importance:** Normal
**Subject:** FW: Au pair agencies program costs pages
**Received:** Wed 5/28/2014 2:13:22 PM

Here you go...

Sincerely,

Shannon Pitts

CEO

Office 512-772-1191   ::   Email shannon@greataupair.com

Mobile 925-202-3977   ::   Skype shannon_pitts



**From:** Jamie Pitts <Jamie@GreatAuPair.com>
**Date:** Wednesday, May 28, 2014 at 12:26 AM
**To:** Shannon Pitts <shannon@greataupair.com>
**Subject:** Au pair agencies program costs pages

Hi Shan,

Below are the competitors' program costs pages. Only Cultural Care and Au pair Care were easy to find with Program Costs links easily visible on the home page

**Au pair Care**: http://www.aupaircare.com/host-families/program-costs

| | |
|---|---|
| **Message** | |
| **From**: | Susie Crow [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A62DA75F79DE41C899E18E1F669A5C74-SUSIE] |
| **Sent**: | 4/26/2010 8:52:27 PM |
| **To**: | Shannon Pitts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd2c9d7d2d914b9c85be2f96e8dd124d-Shannon_bcc] |
| **Subject**: | FAQ Edits - Au pair & Nanny Salary: How much should I pay? |

Hi Shannon, the high-lighted areas all have corrections in them.
Except for my question in the last line: Are we ordering International from Intellicorp?
Susie


http://new.greataupair.com/nanny-aupair-agency/Aupair-Nanny-Salary.htm

Salary is not dependent on the need of the individual, rather on the value they provide based on their experience. Remember that the starting salary for a live-in aupair as defined by the US State Department is US $~~176.85~~ $195.75

| | |
|---|---|
| Agency program fee | $ 6,815 |
| Agency application fee | $300 |
| Domestic aupair airfare cost | $500 |
| Education fee | $500 |
| Annual aupair salary at $196/wk | $10,192 |
| Total annual cost | $18,307 |
| Weekly cost | $352 |

http://new.greataupair.com/support.cfm/topic/FAQ/faqID/68
Remove reference to Personality Analysis Reports (on 2nd line) & in 2nd paragraph

Once you order a report with a token, that token is expired and cannot be used again. The report is ordered and will be delivered to you via email within 3-5 business days (U.S. & Canadian reports) from the time GreatAupair receives a signed release authorization form from the subject, and usually within 14 business days for international reports.  Are we ordering International from Intellicorp?

Highly Confidential - Attorneys' Eyes Only

GAP00025855

| | |
|---|---|
| **Message** | |
| **From**: | Mauricio Soto [mausotog@hotmail.com] |
| **Sent**: | 3/27/2014 2:40:03 AM |
| **To**: | Au Pair Support [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e18d8ed52de0499e986ce0801297c0c6-Au Pair Sup] |
| **Subject**: | RE: GreatAuPair inquiry |

Thank you very much for your response Mr. Gall,
we appreciate your honesty and professionalism.

Mauricio and Diana

---

From: aupairsupport@GreatAuPair.com
To: mausotog@hotmail.com
Subject: RE: GreatAuPair inquiry
Date: Thu, 27 Mar 2014 01:15:10 +0000

Dear Mauricio and Diane,

Thank you for your question.

The au pair program weekly stipend benefit is set by the US Department of State at $195.75 per week. This is what is communicated to all host families who elect to join GreatAuPair's J-1 program. While a host family can certainly elect to pay more than the minimum stipend amount, we do not request this from them.

While we can appreciate that Diana has extensive childcare experience and credentials, the au pair stipend is set according to Department of State requirements under the terms of our program. We would be thrilled to have Diana participate in our program but cannot accept her with the promise that she will make more money than other program participants.

Best regards,

Justin Gall

Manager Au Pair Services

Office +1-512-900-8331   ::   Email aupairsupport@greataupair.com

Skype aupairsupportga

Highly Confidential - Attorneys' Eyes Only

GAP00029143

| | |
|---|---|
| Message | |
| **From**: | Susie Crow [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A62DA75F79DE41C899E18E1F669A5C74-SUSIE] |
| **Sent**: | 8/21/2012 4:49:40 PM |
| **To**: | Jodi Teders [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=be5ff30fc2e5402a9711f4821e89ba3a-jodi] |
| **Subject**: | Fw: Salary Concerns |

Hi Jodi,

Are you still working on the salary chart you started last week?
I'd like to have an idea of what we show to present to Jamie, so we can change that nanny salary FAQ.

Thanks,
Susie


----- Original Message -----
**From:** GreatAuPair Support
**To:** 'Maya'
**Sent:** Friday, August 17, 2012 10:28 AM
**Subject:** Salary Concerns

Dear Maya,

We appreciate your feedback. Please keep in mind that our suggestions are not rules, the salary will be determined by you and the host family.

The starting salary for a live-in aupair as defined by the US State Department is US $195.75 and in the UK it is less: £65-80.

Salaries paid to international candidates are lower than those paid to nannies and typically set by the visa program in your country. Additional information can be found on our visa information pages. http://www.greataupair.com/visas.cfm/visas.cfm  If you are working for families your home country, there are no visa or agency requirements. This means that the salary, job duties, hours and benefits are negotiated directly with the host families.

It's really important to find a balance where you, are content with your compensation while enjoying the benefits and experiences offered by the family and the country you are visiting.

We will look into updating the nanny salary page on GreatAupair.  A more accurate reference to hours worked and pay is listed on the visa pages on the site.

Please don't hesitate to contact us if you need further assistance.

Kind Regards,

Liz
GreatAuPair Support
www.GreatAuPair.com

Highly Confidential - Attorneys' Eyes Only                                                                                                  GAP00028799

Message

| | |
|---|---|
| **From**: | Tina Kesack [tkesack@gmail.com] |
| **Sent**: | 3/13/2014 9:10:04 PM |
| **To**: | Susie Crow [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a62da75f79de41c899e18e1f669a5c74-susie] |
| **Subject**: | Aupair job description |

910

| | |
|---|---|
| *Job Title: | AuPair |
| Job Reference Num ⊕ : | |
| Organization Name: | Great AuPair |
| *No of Openings: | open |
| Work Schedule: | |
| *Hours per Week: | flexible |
| *Wage/Salary: | Negotiable |
| *Employment Start Date: | tbd |
| Employment End Date: | Open |
| *Supervisor: | Greataupair.com |
| *Job Description: | GreatAuPair is currently looking for students who would like the chance to study a language and culture while living as part of a family abroad, otherwise known as an Au Pair. An Au Pair is an individual who moves to a foreign country to look after the children of a family part-time in exchange for a private room, meals and an often very modest stipend. GreatAupair will help guide you through the process, to make sure that your experience as an Au Pair is the best experience of your life. GreatAuPair.com has thousands of families and individuals seeking people just like you, so finding a job that fits into your schedule is quick and easy. In just a few clicks you can set up a profile for free and begin browsing all Au Pair positions outside of the United States. Your profile will also be accessible to local families, businesses and individuals seeking college students with your experience. GreatAuPair is safe, easy to use and offers free background checks. All applicants are protected by built-in safety and security measures. GreatAuPair has a Parent Editorial Team screening every profile created or modified daily, plus you are protected by an exclusive 30-point anti-fraud system, and 256-bit encryption for all secure sessions. Apply today to begin browsing Au Pair positions outside of the United States.<br><br>About GreatAuPair.com. Since 2001, GreatAuPair has helped over 1,000,000 families and care providers safely connect online for local and international care jobs. GreatAuPair provides a valuable service through the entire life cycle of a family â€" from au pairs, nannies, baby sitters, tutors, housekeepers, special needs care, pet sitters, personal assistants, and personal chefs to senior care. GreatAuPair is dedicated to superior service as evidenced by over 6,000 customer reviews and a match success rate of 90 percent over the past 10 years. With thousands of new members each week, |

Highly Confidential - Attorneys' Eyes Only

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Sunday, June 11, 2017 10:33 PM
**To:** William Kelly III; Nathan Huey; Jonathan Bender; 'brian@rietzlawfirm.com'; Buchanan, Bob; 'cartafalsa@putneylaw.com'; Brooke Colaizzi; Kathleen Craigmile; Raymond Deeny; Bogdan Enica; Martin J. Estevao; Martha Fitzgerald; 'fox@wtotrial.com'; John Fulfree; Jessica Fuller; Gass, Michael T.; James Hartley; Diane Hazel; Adam Hubbard; Joseph Hunt; Randall Jackson; Peggy Kozal; Kruzer, Lyndsey M.; Lawrence Lee; Lukey, Joan; James Lyons; Stephen Macri; David Meschke; Thomas Quinn; Kathryn Reilly; Meshach Y. Rhoades; Susan Schaecher; Lawrence Stone; Robert Tucker; Heather Vickles; Natalie West; Wolosz, Justin J.; 'dgentile@lawson-weitzen.com'; 'sklopman@hklawllc.com'; Alyssa Levy; Eric Stock; 'hkelly@gordonrees.com'; O'Keefe, Kevin P.; 'jvedra@gordonrees.com'
**Cc:** Maria Guarisco; Daniel Schwartz; Peter Skinner; Matthew L. Schwartz; Sean Rodriguez; Randall Jackson
**Subject:** Plaintiffs' Supplemental Production to Cultural Care's Second RFP

Counsel:

Plaintiffs' Supplemental production to Cultural Care's Second RFP has been uploaded to the following FTP site: https://filezilla-project.org/download.php?type=client.

    Username to FTP site: **securesite192**
    Password to FTP site: UWs4Xtp3
    Password to zip file: nPe42mBj8wJSq64Y

Step-by-step instructions on how to access the FTP using the FileZilla program are attached to this email in a PDF file. A privilege log is also attached to this message.

Dawn

**Dawn L. Smalls**
Partner

**BOIES SCHILLER FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
(t) +1 212 754 4216
(m) +1 917 406 9977
dsmalls@.bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

| _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2017 21:56 | 1317 | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/18/2017 20:19 | 5047 | Go Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 210 | | | |
| 5/18/2017 18:06 | 161 | Go Au Pair | 0 | No | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | |
| 5/18/2017 18:44 | 9131 | Go Au Pair | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $200 per week | |
| 5/18/2017 19:00 | 7bd3 | Go Au Pair | 2013 | | I don't know | | I don't recall | | I don't recall my weekly stipend amount | Approximately $200 per week | |
| 5/15/2017 19:44 | 2ee2 | Go Au Pair | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 1:05 | 80b | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 4:41 | 545b | Go Au Pair | 2010 | | Standard/Regular/Traditional | | Yes | 195197 | | | |
| 5/10/2017 2:17 | fa8 | Go Au Pair | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 12:32 | 4fd5 | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/15/2017 19:42 | 2ee2 | Go Au Pair | 2008 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/18/2017 22:45 | 280d | Go Au Pair | 2014 | | Standard/Regular/Traditional | | | | I don't recall my weekly stipend amount | Approximately $200 per week | |
| 5/10/2017 18:35 | 3ca7 | Go Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 225 | | | |
| 5/10/2017 0:57 | 3c5e | Go Au Pair | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | 45 | | | Sponsor told me the going rate |
| 5/10/2017 3:33 | 624b | Go Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 0:48 | 3c5e | Go Au Pair | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | 45 | | | Sponsor told me the going rate |
| 5/10/2017 13:08 | 7662 | Go Au Pair | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | 50 | | | |
| 5/10/2017 2:32 | 9d6 | Great Au Pair | 0 | Yes | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 0:54 | 451d | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/19/2017 12:48 | 683a | Great Au Pair | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 3:00 | 4fc7 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 19:12 | 5503 | Great Au Pair | 2015 | | I don't know | | Yes | 200 | | | |
| 5/10/2017 2:24 | 642a | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 160 | | | |
| 5/10/2017 12:00 | 6e6f | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/10/2017 4:21 | 2828 | Great Au Pair | 2015 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/15/2017 20:00 | 919 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | I don't recall | | I don't recall my weekly stipend amount | Approximately $300 per week | |
| 5/10/2017 1:22 | 2a0d | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 1:54 | 5bb5 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 196 | | | Sponsor told me the going rate |
| 5/16/2017 1:32 | 8578 | Great Au Pair | 2014 | | Standard/Regular/Traditional | | Yes | 196 | | | |
| 5/10/2017 18:06 | d20f | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 19:02 | c7c4 | InterExchange | 2016 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 19:41 | a83a | InterExchange | 2010 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/10/2017 18:21 | d8f5 | InterExchange | 2011 | | Standard/Regular/Traditional | | Yes | 220 | | | |
| 5/10/2017 3:24 | a094 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 13:09 | b31f | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 220 | | | |
| 5/10/2017 11:22 | c10a | InterExchange | 2012 | | Standard/Regular/Traditional | | Yes | 220 | | | Sponsor told me the going rate |
| 5/10/2017 0:21 | b7d6 | InterExchange | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $150 per week | |
| 5/11/2017 13:07 | d0db | InterExchange | 2012 | | Standard/Regular/Traditional | | No | 195.75 | | | |
| 5/10/2017 1:28 | b170 | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 220 | | | |
| 5/10/2017 1:41 | a143 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/11/2017 16:44 | bf9a | InterExchange | 2016 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/10/2017 2:54 | 9a12 | InterExchange | 2007 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/11/2017 18:50 | a4c4 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/11/2017 19:22 | ac3d | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 195.75 | | | |
| 5/12/2017 2:17 | abf8 | InterExchange | 2016 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/12/2017 12:00 | a13a | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate |
| 5/10/2017 2:49 | ca55 | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 1:42 | d76a | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 221.54 | | | Sponsor told me the going rate |
| 5/10/2017 2:33 | d079 | InterExchange | 2015 | | Standard/Regular/Traditional | | No | 200 | | | |
| 5/10/2017 2:47 | e42e | InterExchange | 2015 | | Standard/Regular/Traditional | | No | 200 | | | Sponsor told me the going rate |
| 5/10/2017 2:41 | af0d | InterExchange | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 2:29 | a678 | InterExchange | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 2:32 | 98c7 | InterExchange | 2009 | Yes | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate |
| 5/10/2017 2:24 | 9fac | InterExchange | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 2:23 | db12 | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | |
| 5/10/2017 0:16 | ab27 | InterExchange | 2009 | I don't recall | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | |
| 5/15/2017 15:57 | bb15 | InterExchange | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | |
| 5/10/2017 2:16 | 983c | InterExchange | 2013 | | Standard/Regular/Traditional | | Yes | 225 | | | |

| sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children |
|---|---|---|---|---|---|---|---|
| | | Amount was in the contract provided to me | | | | | Two |
| | | Amount was in the contract provided to me | | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | | | Three |
| | | | Based on State Department regulations | | | | Four or more |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Four or more |
| | | | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | | Based on State Department regulations | | | | One |
| | | | | | | | Three |
| | | | | | | | Four or more |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | | | | | Four or more |
| | | Amount was in the contract provided to me | | | | | Two |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | | Based on State Department regulations | | | | Two |
| | | | | | | | One |
| | | | | | | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | | | | | Three |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | | | | | | | Two |
| | | | | | | | One |
| | | Amount was in the contract provided to me | | | | | Two |
| | | | Based on State Department regulations | | | | Three |
| | Marketing materials from sponsor | | | | | | Four or more |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | Marketing materials from sponsor | | | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | Marketing materials from sponsor | | | | | | Two |
| | | | | | I don’t recall | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | Amount was in the contract provided to me | | | | | Two |
| | | | Based on State Department regulations | | | | Two |
| | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | Marketing materials from sponsor | | Based on State Department regulations | | | | One |
| | | | | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | | | Two |
| | | Amount was in the contract provided to me | | | | | Two |
| | | Amount was in the contract provided to me | | | | | One |
| | | | Based on State Department regulations | | | | Three |
| | | Amount was in the contract provided to me | | | | | Two |
| | | | Based on State Department regulations | | | | One |
| | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two |
| | | Amount was in the contract provided to me | | | | | Three |
| | | | | | I don’t recall | | One |
| | | | Based on State Department regulations | | | | Two |