IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**DEFENDANT GREATAUPAIR, LLC'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO SELECT EXHIBITS TO THE APPENDIX IN SUPPORT OF DEFENDANT GREATAUPAIR, LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.C.COLO.LCivR 7.2, Defendant GreatAuPair, LLC (hereinafter "GAP") hereby moves this Court for an order restricting public access, under Level 1 restricted access, to exhibits numbered GAP Appx. 0002–0019; 0020–0033; 0034–0040; 0041–0045; and 0046–0048 to the Appendix In Support of Defendant GreatAuPair, LLC's Motion for Summary Judgment, filed contemporaneously herewith (hereinafter "Appendix")[1]. In support thereof, GAP states as follows:

---

[1] Exhibits numbered GAP Appx. 0002–0019; 0020–0033; 0034–0040; 0041–0045; and 0046–0048 are also included in the Joint Appendix Of Restricted Documents In Support of Defendants' Joint Motion for Summary Judgment as Defs.' R. Appx 00000852–00000873; 00000874–00000887; 00000888–00000894; 00000895–00000899; and 00000900–00000902, filed contemporaneously herewith. GAP respectfully moves this Court for an order restricting public access, under Level 1 restricted access, to those exhibits as well.

1

1.     Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel has conferred with counsel for Plaintiffs regarding this Motion.  Plaintiffs do not oppose the relief requested herein.

2.     All parties to this action have stipulated to an Amended Stipulated Protective Order (ECF No. 694) (hereinafter "Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3.     The Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." (Protective Order ¶ 1.)

4.     Pursuant to the Protective Order, all parties have agreed to file documents and/or information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.   ( *Id.* ¶ 8.)

5.     On February 16, 2018, GAP filed its Motion for Summary Judgment against Plaintiffs on the single antitrust claim asserted against GAP (hereinafter "Motion").  GAP has included (1) the excerpted 30(b)(6) Deposition Transcript of GreatAuPair (GAP Appx. 0002–0019 & Defs.' R. Appx. 00000852–00000873); (2) GAP's Responses to Plaintiffs' Fourth Set of Interrogatories (GAP Appx. 0020–0033 & Defs.' R. Appx. 00000874–00000887); (3) an email dated March 21, 2013, produced in this case as ALLI-006081–006087 (GAP Appx. 0034–0040 & Defs.' R. Appx. 00000888–00000894); (4) an email dated September 18, 2014, produced in this case as ALLI-006482–006486

(GAP Appx. 0041–0045 & Defs.' R. Appx. 00000895–00000899); and (5) an email dated October 18, 2016, produced in this case as ALLI-030478–030480 (GAP Appx. 0046–0048 & Defs.' R. Appx. 00000900–00000902), as evidence in support of GAP's Motion.

6. GAP Appx. 0002–0019 and Defs.' R. Appx. 00000852–00000873 is a copy of excerpts from the Federal Rules of Civil Procedure 30(b)(6) deposition testimony of GreatAuPair representative Shannon Pitts (hereinafter "Transcript"), portions of which have been designated as "CONFIDENTIAL." The Transcript reveals confidential business and trade secret information of GAP and the publication of this information would cause GAP serious injury. GAP respectfully requests that the Transcript remain under Level 1 restricted access.

7. GAP Appx. 0020–0033 and Defs.' R. Appx. 00000874–00000887 is a copy of GAP's Responses to Plaintiff's Fourth Set of Interrogatories (hereinafter "Responses"), portions of which have been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The Responses contain confidential business and trade secret information of GAP and the publication of this information would cause GAP serious injury. GAP respectfully requests that the Responses remain under Level 1 restricted access.

8. GAP Appx. 0034–0040 and Defs.' R. Appx. 00000888–00000894; GAP Appx. 0041–0045 and Defs.' R. Appx. 00000895–00000899; and GAP Appx. 0046–0048 and Defs.' R. Appx. 00000900–00000902 are copies of emails (hereinafter "Emails"), produced in this case and designated as "CONFIDENTIAL" by the Alliance for International Exchange (hereinafter "Alliance"). The Emails contain confidential business and trade secret information of the Alliance and GAP and the publication of the

information contained therein would cause serious injury to the Alliance and GAP. GAP respectfully requests that the Emails remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, GAP respectfully request that this Court issue an order restricting public access to Level 1 to exhibits numbered (1) GAP Appx. 0002–0019 and Defs.' R. Appx. 00000852–00000873; (2) GAP Appx. 0020–0033 and Defs.' R. Appx. 00000874–00000887; (3) GAP Appx. 0034–0040 and Defs.' R. Appx. 00000888–00000894; (4) GAP Appx. 0041–0045 and Defs.' R. Appx. 00000895–00000899; and (5) GAP Appx. 0046–0048 and Defs.' R. Appx. 00000900–00000902.

Respectfully submitted this 16th day of February, 2018.

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, Colorado 80237
720-722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant*
*GreatAuPair, LLC*

Certificate Of Service

I hereby certify that on this 16th day of February 2018, a true and correct copy of the foregoing **DEFENDANT GREATAUPAIR, LLC'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO SELECT EXHIBITS TO THE APPENDIX IN SUPPORT OF DEFENDANT GREATAUPAIR, LLC'S MOTION FOR SUMMARY JUDGMENT** was served on all counsel of record through the Court's electronic case filing (ECF) system.

*/s/ Barbara L. Werner*
Barbara L. Werner