IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANT GREATAUPAIR, LLC'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO SELECT EXHIBITS TO THE APPENDIX IN SUPPORT OF DEFENDANT GREATAUPAIR, LLC'S MOTION FOR SUMMARY JUDGMENT**

---

The Court having reviewed Defendants' Unopposed Motion To Restrict Public Access (Level 1) To Select Exhibits To The Appendix In Support of Defendant GreatAuPair, LLC's Motion For Summary Judgment, hereby GRANTS the same, and

ORDERS that documents numbered (1) GAP Appx. 0002–0019 and Defs.' R. Appx. 00000852–00000873; (2) GAP Appx. 0020–0033 and Defs.' R. Appx. 00000874–00000887; (3) GAP Appx. 0034–0040 and Defs.' R. Appx. 00000888–00000894; (4) GAP Appx. 0041–0045 and Defs.' R. Appx. 00000895–00000899; and (5) GAP Appx. 0046–0048 and Defs.' R. Appx. 00000900–00000902 are restricted under Level 1 public access.

2

DATED this _____ day of _____, 2018_____

                                      BY THE COURT:

                                      _____
                                      Christine M. Arguello
                                      United States District Judge