IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

Defendants.

_____

**DECLARATION OF LAWRENCE D. STONE IN SUPPORT OF APEX AND 20/20'S MOTION FOR SUMMARY JUDGMENT [ECF 872] AND APPENDIX [ECF 874]**
_____

1. I am a shareholder of Nixon Shefrin Hensen Ogburn, P.C. and the lead attorney in this action for two of the Defendants, A.P.EX. American Professional Exchange, LLC dba ProAuPair (hereinafter "APEX") and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter "20/20"). I am over the age of 18 and make the statements in this declaration based on my personal knowledge of the documents filed or served in this action as described below.  If called upon to testify, I could and would testify competently thereto. This declaration is made and submitted in support of APEX and 20/20's Motion for Summary Judgment [ECF 872] and the Appendix to that Motion ("APEX Appx.") [ECF 874]

2. Submitted contemporaneously herewith is the APEX Appendix, consisting of the following documents:

a. APEX Appx. 1 – 19 is a true and correct copy of excerpted pages from the Deposition of Plaintiffs' expert William O. Kerr, taken December 21, 2017;

b. APEX Appx. 20 – 45 is a true and correct copy of excerpted pages from the Deposition of Heidi Mispagel, taken May 2, 2017;

c. APEX Appx. 46 – 64 is a true and correct copy of a spreadsheet produced by APEX and 20/20 in their Sixteenth Supplemental Disclosures, February 16, 2018, APEX-20/20 10700-10718. This document is a true and correct summary of information obtained from APEX and 20/20 records kept in the ordinary course of business, in conformity with F.R.E. 803(6), and produced in discovery in this action.

d. APEX Appx. 65 is a true and correct copy of a spreadsheet produced by APEX and 20/20 in their Sixteenth Supplemental Disclosures, February 16, 2018, APEX-20/20 10698. This document is a true and correct summary of information obtained from APEX and 20/20 records kept in the ordinary course of business, in conformity with F.R.E. 803(6), and produced in discovery in this action.

e. APEX Appx. 66-68 is a true and correct copy of excerpted pages from the Expert Report of William O. Kerr, dated January 17, 2017, as produced by Plaintiffs;

f.  APEX Appx. 69 – 78 is a true and correct copy of a blog dated February 15, 2011 from the "AuPairMom" website, as downloaded from the Internet on February 14, 2018, http://aupairmom.com/au-pair-pocket-money-do-you-pay-more-than-the-required-stipend-poll/2011/02/15/celiaharquail/.

g.  APEX Appx. 79 – 81 is a true and correct copy of the undated memorandum report of David Keil (Plaintiffs' private investigator), produced by Plaintiffs at Mr. Keil's deposition on July 21, 2016;

h.  APEX Appx. 82-87 is a true and correct copy of excerpted pages from the Deposition of David Keil (Plaintiffs' private investigator), taken July 21, 2016;

i.  APEX Appx. 88-91 is a true and correct copy of excerpted pages from the Rebuttal Merits Report of William O. Kerr, dated October 30, 2017, as produced by Plaintiffs ;

j.  APEX Appx. 92-99 is a true and correct copy of APEX and 20/20's Second Amended Response to Plaintiffs' Second Set of Interrogatories, dated July 31, 2017;

k.  APEX Appx. 100-106 is a true and correct copy of excerpted pages from the Rebuttal Expert Report of Mark A. Glick, dated October 30, 2017, as produced by Defendants APEX and 20/20.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2018.

*s/ Lawrence D. Stone*
Lawrence D. Stone

Respectfully submitted this 16th day of February, 2018.

NIXON SHEFRIN HENSEN OGBURN, P.C.

*s/ Lawrence D. Stone*
Lawrence D. Stone
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, I have electronically filed the foregoing **DECLARATION OF LAWRENCE D. STONE IN SUPPORT OF APEX AND 20/20'S MOTION FOR SUMMARY JUDGMENT [ECF 872] AND APPENDIX [ECF 874]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook