IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS INCLUDED IN CERTAIN DEFENDANTS' RESTRICTED APPENDIX IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 862]**

---

Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") move this Court for an order restricting public access, under Level 1 restricted access, to certain pages of or exhibits to the Declaration of Bill Kapler ("Kapler Declaration") in Support of Go Au Pair's Motion for Summary Judgment. These documents are included in Certain Defendants' Restricted Appendix in Support of Motions for Summary Judgment, filed February 16, 2018. (See ECF No. 862 at Defs.' R. Appx 818-30.)

In support thereof, Go Au Pair states as follows:

1.    Pursuant to D.C.COLO.LCivR. 7.1(a), counsel for Go Au Pair has conferred with Plaintiffs' counsel via email regarding this Motion. Plaintiffs do not oppose the relief requested herein.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On February 16, 2018, Go Au Pair filed its Motion for Summary Judgment, along with supporting materials that include the Kapler Declaration and accompanying exhibits. Go Au Pair also joined in Certain Defendants' Motion for Summary Judgment [ECF No. 860] filed that same day. Go Au Pair believes in good faith that Mr. Kapler's declaration contains highly confidential information related to Go Au Pair's business operations.

6. For example, Go Au Pair has designated the Mr. Kapler's declaration, as well as Exhibit P to that declaration, as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. These documents provide detailed information regarding Go Au Pair's business, including the size of Go Au Pair's business and the number of au pairs that come through Go Au Pair's program, supply and demand dynamics of Go Au Pair's host

families and au pairs, and an analysis of the reasons potential host families choose not to use au pairs for their childcare needs. (*See* ECF No. 862 at Defs.' R. Appx 818-30.) As such, Mr. Kapler's declaration, including Exhibit P thereto, contain proprietary business information of competitive value and significance.

7.      Accordingly, to preserve the confidentiality of Go Au Pair's sensitive business information, portions of Mr. Kapler's declaration (and Exhibit P thereto) should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to certain pages of the Declaration of Bill Kapler in Support of Go Au Pair's Motion for Summary Judgment and Exhibit P thereto [ECF No. 862 at Defs.' R. Appx 818-30].

Dated: February 16, 2018     Respectfully submitted,


*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Brett M. Mull
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   Reilly@wtotrial.com
             Mull@wtotrial.com
             West@wtotrial.com

Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

4

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 16, 2018, I electronically filed the foregoing GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS INCLUDED IN CERTAIN DEFENDANTS' RESTRICTED APPENDIX IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 862] with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia Jones*