**TABLE OF CONTENTS
TO APPENDIX FILED IN SUPPORT OF DEFENDANT EURAUPAIR
INTERCULTURAL CHILD CARE PROGRAMS' MOTION FOR SUMMARY
JUDGMENT AND BRIEF IN SUPPORT OF SAME**

**Description** **Page**

RESTRICTED Declaration of Celia Parker ...................................................................... 1

Exhibit A to Parker Declaration - 2007 DOS Notice ...................................................... 2

RESTRICTED Exhibit B to Parker Declaration - Host Family Recruiter Manual ............ 3

Exhibit C to Parker Declaration - EurAupair's 2013 brochure ................................... 4 - 31

RESTRICTED Exhibit D to Parker Declaration -
2014 Community Counselor Manual .............................................................................. 32

RESTRICTED Exhibit E to Parker Declaration -
Host Family Agreement ................................................................................................. 33

RESTRICTED Exhibit F to Parker Declaration -
EurAupair Au Pair Orientation Sheet ............................................................................ 34

RESTRICTED Exhibit G to Parker Declaration -
EurAupair Host Family Orientation Sheet ..................................................................... 35

RESTRICTED Exhibit H to Parker Declaration – Au Pair Handbook ............................ 36

Exhibit I to Parker Declaration – Host family warning letter .......................................... 37

Exhibit J to Parker Declaration – Email re EurAupair Payment ............................. 38 - 43

RESTRICTED Exhibit K to Parker Declaration -
2010 Compliance Report ............................................................................................... 44

RESTRICTED Exhibit L to Parker Declaration -
2011 Compliance Report ............................................................................................... 45

RESTRICTED Exhibit M to Parker Declaration -
2012 Compliance Report ............................................................................................... 46

RESTRICTED Exhibit N to Parker Declaration -
2013 Compliance Report ............................................................................................... 47

RESTRICTED Exhibit O to Parker Declaration -
2014 Compliance Report ............................................................................................... 48

RESTRICTED Exhibit P to Parker Declaration - 2015 Compliance Report ................................................................................ 49

RESTRICTED Exhibit Q to Parker Declaration - Quarterly Questionnaire ................................................................................ 50

Excerpts Videotaped Deposition of 30(b)(6) Expert of EurAupair – Celia Parker taken April 30, 2017 .................................................. 51 - 58

Excerpts Videotaped Deposition of Susan Hayes taken August 24, 2017 ............................................................... 59 - 67

Excerpts Videotaped Deposition of Holly Hawthorne Brown taken August 24, 2017 ............................................... 68 - 79

16537670.1

# **RESTRICTED**

## DECLARATION OF CELIA PARKER

## See Restricted Appendix at R. App. 1

16532059



**NOTICE**

**FEDERAL MINIMUM WAGE INCREASE**

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour.  The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- ∞ On the 60th day following enactment of P.L. 110-28  (July 24), the minimum wage will increase to $5.85
- ∞ 12 months after that 60th day, it increases to $6.55 an hour
- ∞ 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage.  The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs.  The room and board credit currently is 40% of an au pair's credited compensation.  The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|                         | Au Pair   | EduCare   |
|-------------------------|-----------|-----------|
| Phase I –July 24, 2007  | $157.95   | $118.46   |
| Phase II – July 24, 2008| $176.85   | $132.64   |
| Phase III – July 24, 2009| $195.75  | $146.81   |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007

App. p. 2

Exhibt A

# <u>**RESTRICTED**</u>

## EX. B TO PARKER DEC. – HOST FAMILY RECRUITER MANUAL

## See Restricted Appendix at R. App. 9



## A Sensible and Flexible Child Care Solution



Intercultural Child Care Programs

Exhibit C

EAP0000072

# A European Solution
## for American Families



Experience the difference by partaking in an enriching cultural exchange by opening your home - and your heart, to the world with an au pair.

EurAupair is child care on your schedule! It's adaptable, affordable, and dependable full-time, in-home care for your children. Where you can conveniently choose online from a generous pool of qualified au pairs to ensure you find the perfect au pair for your individual family needs.

We are one of the oldest and largest au pair organizations in the U.S. with an established and respected reputation abroad. With EurAupair, your family is getting the care you require, backed by an experienced organization that specializes in connecting families to nurturing au pairs. For over twenty-five years, EurAupair has fostered versatile child care programs. Our enriching family options provide parents with a fully screened Au Pair with child development and safety instruction, or our Au Pair Par Experiénce, an older, educated au pair that has the experience, or a teaching degree.

We utilize decades of old world practices of having a responsible young person with an extensive love of children from another culture to aid the lifestyles of today's active parents with caring for their children. The rewards that EurAupair families have discovered, have made this established European tradition increasingly popular in America.

An au pair helps you balance your work and your family life by providing parents the much needed extra pair of hands. When you welcome an au pair into your home, you can be assured that your children will be cared for by an accomplished and responsible young adult, one who will enrich your family by expanding your knowledge of other countries and cultures. And, because your au pair is considered an extension of your family, your children soon look upon the au pair as a trusted older sister (or brother.) Leaving your children in your au pair's care becomes natural for your children and minimizes the worries you as a parent may have.

## Share your home and your culture
—
### Host a EurAupair Au Pair

**1**

App. p. 5

Exhibit C

EAP0000073

# TRADITION

Juggling a busy schedule is now easier with an au pair. She can easily transport your children to music lessons, sports practice, Scout meetings, or doctors' appointments. With an au pair, your children won't miss out on anything! Au pairs can quickly get children ready for school in the morning, cheerfully greet them when they come home in the afternoon, and help them with homework in the evenings. They can even look after a child with a cold or moderate case of the flu when you can't be there due to other obligations. With this kind of personal assistance at home, you'll be able to collectively spend the precious time you have with your family, as you choose, giving you a higher degree of quality time together.

Our continued commitment to children and their care transcends into our long-standing partnership with the Ronald McDonald House®, where we've raised thousands of dollars for sick children due to the EurAupair patronage of caring families - just like yours. By choosing EurAupair, a donation will be made on your behalf.

Because EurAupair is an official United States government designated exchange visitor program sponsor, your au pair arrives with the proper legal documentation, and you avoid the costly immigration hassles that often result with an undocumented caregiver.



Average cost per week
for up to four children

The approximate $344 weekly cost (including the $195.75 U.S. government required weekly au pair pocket money, and excluding any educational or domestic flight fees) is an exceptional value for such flexible and loving in-home care. This weekly cost is for children of all ages and per family, not per child, giving you significant savings annually from the exorbitant fees of traditional child care.

**EurAupair offers today's families a child care alternative that is culturally enriching, convenient, legal... and affordable too! Approximately $344/week.**

App. p. 6

Exhibit C

**2**

EAP0000074

# The Au Pair Tradition

For generations, many young adults around the world have eagerly chosen to spend a year in another country living as an au pair and part of a supportive family while looking after the children.

This shared experience provides them with an opportunity to learn about a different culture, enhance their foreign language skills and expand their own understanding of the world around them. In turn, the host family not only broadens its cultural awareness but develops a unique view of the au pair's customs. Children gain the relationship of an older "sister" or "brother" who will care for them and offer companionship, love and guidance.

Like an older sibling, an au pair is included in family activities, unlike an "employee" or a "servant" who might be excluded from family meals, holiday celebrations and other activities. Globally, tens of thousands of new families and au pairs continue this enriching and mutually valuable tradition.

As your children age, they will look back fondly on their time with their au pair as a treasured gift - a friendship that will have long lasting effects. Children who've had an international au pair are given an invaluable life lesson on diversity, and have a deeper understanding of the world from their own personal experiences. Your children will be more adept at accepting others and will openly learn from different cultures and traditions.



## Becoming an Au Pair in the USA

Over 25 years ago, it was impossible for an American family to take advantage of this child care resource legally. Since then, government sponsor organizations like EurAupair, may bring young adults from abroad to host families looking for a trusted au pair.

Like the au pair tradition itself, the EurAupair Intercultural Child Care Program has a long-standing heritage. EurAupair brings to the United States bright, personable and responsible au pairs who assist in caring for your children, in exchange

**Founded to improve understanding among people of different countries through cultural exchange.**

3

Exhibit C

EAP0000075







for inclusion in "The American Dream" - actively participating in American family life and being given the opportunity to study at an American college (or other accredited post-secondary institution) where they can gain exposure and learn about your own culture and beliefs.

## The EurAupair Organization

EurAupair was founded to improve understanding among people of different countries through cultural exchange. Through its network of affiliated overseas offices, EurAupair carefully screens young people from many countries throughout the world who wish to become au pairs. Generally females, au pairs are 18 through 26 years old, and are conversant in English. All EurAupair au pairs are licensed drivers. They are well-educated and have all attained at minimum a secondary school degree or its equivalent. A number have post-secondary education from some of the finest schools in the world, or are a university graduate. Many plan to begin their careers or continue their schooling following their inspiring year abroad. EurAupair au pairs are in good health and are fully insured for medical costs. EurAupair's au pair insurance is the most comprehensive available, also including coverage for travel, personal liability and accidental death insurance. While au pairs are not professional child care providers, they have experience caring for children, from babysitting to vocational experience.

In short, they are many of the world's most sincere, enthusiastic and conscientious young adults who are eager to join your loving family and look after your cherished children.

**"How much does it mean to me to be an au pair for the Winters family? It means the world. I have the most wonderful children an au pair could ever ask for. My experience in America has been a wonderful one, and definitely something I will remember for the rest of my life. "**
**Au Pair Laura from Finland**

App. p. 8

Exhibit C

**4**

EAP0000076

# The Benefits of the EurAupair Program



## Security and Stability

Your EurAupair au pair will live in your home and will be available to easily assist with the care of your children, for up to 45 hours per week. You'll quickly appreciate the benefits of this arrangement. An au pair allows your children to play and learn in the familiar surroundings of their home. Your children will feel secure with an au pair who will devote full attention to them — knows their likes and dislikes, daily routines and unique personalities, all while participating in their daily growth and development.

## Flexibility and Convenience

You and your au pair can schedule her child care duties over a period of 5 ½ days a week, or up to 10 hours per day in a timetable that is convenient for your changing needs. In addition to your daily schedule, an au pair is there to assist when an unexpected event happens, such as a sick child or an unplanned late meeting. If you have school-age children, the au pair's schedule can be rearranged around their school breaks. However, au pairs must receive at least 1 ½ continuous days off - each week. One of the days off must be a weekend day and they must have at least one full weekend free each month.

## Meeting Individual Needs

An au pair is not just a babysitter, she is like family. Au pairs may be given the responsibility of infant care (minimum three months and older) — from bathing and dressing to feeding and diapering. They interact by entertaining and instructing preschoolers, reading, playing games and taking them for walks and outings to the park.

**Your children will have the security of a new family member who can devote full attention to them.**

5

App. p. 9

Exhibit C

EAP0000077

www.EurAupair.com

When things get hectic, they can assist with the grocery shopping, and occasionally, even prepare a family meal. Although heavy housework is not permitted, au pairs may share in a few routine family chores and light housework such as making the kids beds or helping them straighten their rooms. In addition, the hours of au pair care are so flexible, an au pair can watch the children when parents go out for an evening, or if needed, for an occasional short business trip. The au pair, however, must not be left with total child care responsibilities for extended periods of time, overnights or for more than 10 hours per day.

Quite simply, au pairs not only provide a cultural advantage, they provide a unique affordability and flexibility in child care. An au pair's generous spirit can handle many aspects of diverse child care by responsibly and efficiently adapting to your specific needs. Whatever child care and support you might ask of an older son or daughter, you may gladly ask of an au pair — because we ask that you, as a EurAupair host family, honor and include your au pair in your daily lives as you would a cherished family member.

As a result, you will trust and gain a more meaningful relationship than with a traditional caregiver — your entire family will forge a unique bond with your new young friend for life. They will forever be a special part of your family. You will embrace the differences, celebrate the similarities and see the world in a new light.



Intercultural Child Care Programs

"I love having someone help out with the kids. The counselors are always accessible and helpful. It really makes my life so much better, helps get through the day in a great way. I know I have an au pair who can help."
**The Fillman Host Family, Ohio**

**6**

Exhibit C

EAP0000078



# Becoming a EurAupair Host Family



Families that are interested in hosting an au pair must complete a EurAupair Host Family Application Form - located at the back of this brochure or at www.euraupair.com. You will also need to arrange for two references, one from an employer and one from a personal friend when you submit the application form (and a $350 Application Fee to EurAupair.) Following the receipt of your application form, a local EurAupair Community Counselor in your area will be assigned to your family. The EurAupair Community Counselor is available to answer any questions and provide assistance to both you and your au pair throughout your year together.

One of the first responsibilities of your EurAupair Community Counselor is to arrange a convenient time for an interview in your home, to meet you and your family. During the interview, you will assist the EurAupair Community Counselor in completing a Host Family Profile which will be utilized in the placement process. Upon review of your application form, Host Family Profile and positive personal reference forms, your EurAupair Community Counselor will consult in *your* selection of a qualified, caring au pair. The final choice is always yours, as you will know who best suits your family structure and immediate needs. Placement is complete upon EurAupair's receipt of your EurAupair Community Counselor packet and the Program Fee Deposit.

**The EurAupair Community Counselor is available to answer questions and provide assistance to both you and your au pair throughout your year together.**

7

Exhibit C

EAP0000079

# A Closer Look at the EurAupair Program

## Au Pair Selection and Placement

To help you select the most compatible au pair for your family, you can easily review and select your au pair by using our user-friendly Online Au Pair Selection Service. The application package consists of personally written "Dear Host Family" letters, photos, references, a health certificate and detailed interview reports. This vital information will provide you with a personality profile and insights of your new potential family member from overseas. The host family is also required to interview the au pair by phone prior to making their final decision to gauge full compatibility.

Upon confirmation of your selection of an au pair, EurAupair encourages you to continue communication with your newly chosen au pair. A warm and informal email or letter with photos of you, your children, pets, etc. will let your au pair get to know you and your family before arrival. This dialogue will aid in the transition process of your exciting year together.

You will also receive the comprehensive EurAupair Host Family Handbook, an invaluable resource as you prepare to share your life with your au pair. It contains essential information and advice on many aspects of the EurAupair program, starting with a pre-arrival checklist and continuing through all the nuances of your year with your new family member. You'll find helpful hints to ease an au pair's adjustment to your family and a new culture; explanation of program support and resources. Useful sample forms for scheduling household chores and child care duties and listing important contact information and submitting insurance claims are also a few of the advantageous topics included in the Handbook.

## EurAupair Host Family Orientation

To make the most of this special year with your au pair, you will be provided with the opportunity to attend an informative EurAupair Host Family Orientation meeting. Your local EurAupair Community Counselor will introduce you to other EurAupair host families in your area, give you information and advice on helping your au pair become part of your family, helping your children feel comfortable with your au pair's arrival, recognizing and appreciating cultural differences, managing your au pair's schedule, EurAupair's emergency procedures, au pair medical insurance coverage and claims procedures. Your EurAupair Community Counselor will review the EurAupair program in detail; your au pair's educational requirement, monthly activities, cultural events, au pair vacations and travel. You'll discuss what you can expect from your au pair and ways to maximize this year-long exchange of cultures. You and your family will be prepared and eager for your new family member to arrive!



Intercultural Child Care Programs

www.EurAupair.com

"As a single Dad to two little girls, I'm not sure how I would have managed over the last 7 years without EurAupair. The experience has been fantastic for us."

The Honse Host Family, Virginia

8

App. p. 12

Exhibit C

EAP0000080



## Au Pair Travel

Following placement, EurAupair will advise you of the week your au pair will arrive at your choice of one of 85 U.S. metropolitan airports (see page 17.) Upon final booking and ticketing, your au pair's arrival date and flight information will be confirmed in writing to you approximately three weeks before arrival. EurAupair arranges everything so there's no hassle.

## EurAupair's Au Pair Workshop®

While au pairs are not child care professionals, they are all caring individuals who have been carefully screened and are indeed well prepared for their EurAupair program year. Each au pair attends a comprehensive 5 day EurAupair "Au Pair Workshop" in New York City when they arrive in the United States. They attend these workshop sessions with other newly arrived au pairs and receive a minimum of 24 hours of basic child development instruction, and 8 hours of child safety instruction prior to arrival in your home.

The child safety workshop sessions include common safety hazards and injury prevention, as well as basic first aid for childhood injuries. EurAupair's child development instructors discuss the various developmental stages of early childhood with emphasis on techniques for "getting off to a good start" and building the foundation for success for children of any age. Your au pair will be instructed on how to engage your children in age appropriate activities, like playing pat-a-cake with a baby, or make-believe and puzzles with a preschooler, or art projects with a school-aged child. The child safety and development program also gives your au pair a chance to recover from a long journey before continuing on to their new "home away from home." The instructions received, along with the textbook and au pair handbook will prepare your au pair for the needs of her new loving host family.

**Orientation will provide everyone with the essential practical information about such things as cultural differences, program guidelines, insurance claims processing, community resources and educational opportunities in the area.**

9

App. p. 13

Exhibit C

EAP0000081

## Au Pair Arrival

Within a few days of the au pair's arrival at your home, you will be notified of the date of the EurAupair Au Pair Orientation meeting. This mandatory orientation meeting, conducted by your local EurAupair Community Counselor will include other recently arrived au pairs in your area. The orientation will provide everyone attending with the essential practical information about such things as cultural differences, program guidelines, insurance claims processing, community resources and educational opportunities in the area. Just as importantly, it will give your au pair a chance to make friends with other au pairs in your community.

## On-Going Support

During your year together, your au pair will benefit from the on-going availability and support of your local EurAupair Community Counselor and our knowledgeable area and regional staff. Your au pair will be included in periodic get-togethers; pot-luck dinners, ball games, shopping trips — and your EurAupair Community Counselor will organize cultural events twice a year, such as a museum visit, concert or even an authentic western rodeo, for your au pair. The EurAupair organized activities give your au pair an opportunity to socialize with peers while seeing more of what America has to offer.

You and your au pair receive additional support with regular, routine phone calls from your EurAupair Community Counselor. The EurAupair Community Counselor is also available to answer your questions and offer guidance throughout the year.

## EurAupair Newsletter

The EurAupair Gazette®, EurAupair's quarterly newsletter, is an entertaining and informative "newspaper" that connects everyone in the EurAupair community, from the staff in America and abroad to the host family children.

It's a great way to get to know the world-wide members of the EurAupair family. We publish news from host families around the USA, profiles of EurAupair Community Counselors as well as regularly highlighted au pairs and informative facts of their originating country. This newsletter will provide a wealth of cross-cultural and international information for the whole family.

## Au Pair Education

U.S. government regulations require that au pairs be provided with opportunities for cultural and educational enrichment. As part of this educational and cultural requirement, the host family is asked to ensure that the au pair enrolls in, and satisfactorily completes, academic coursework relating to the study of American culture, values, history, geology, politics or the arts. Host families are required to cover any necessary fees, totaling up to no more than $500 over the year. All au pairs must successfully complete six credit hours of coursework during the program year, the equivalent of 3 hours of class time per week.



Intercultural Child Care Programs

"Our au pair, Steffi, is really great and we feel so fortunate to have her here! It makes me happy to know she is also really enjoying her time in Seattle and she has made a lot of friends."

The Graham Host Family, Washington

App. p. 14

Exhibit C

**10**

EAP0000082

# A Year of Growth and Caring

Just as your au pair will be learning about life in the United States, your family will be acquiring knowledge about your au pair's country. And as you share your culture with one another, you and your family will gain a new appreciation for your own way of life. Not only will you watch the emotional and educational growth of your children as they learn from your au pair, you'll also share in the enthusiasm as your au pair discovers unique aspects of your own country.

You will be able to relax, feeling confident that your children are responsibly cared for. You'll know you've chosen the best and most enriching child care experience imaginable. Your children will thrive in this cultural arrangement and will grow to love and admire your au pair and will take this moment of time with them to adulthood.

The time for your au pair to return to her country will come quickly. At the end of the program year, saying good-bye may be difficult, but you and your children have gained a life-long friend and 'pen pal' from overseas, and an extended family abroad to visit in the future. After all, this is what cultural exchange is all about: sharing traditions, making friends, and gaining a greater international understanding of our world. You will feel gratified that your children, your au pair, and you have all benefited tremendously from this exceptional experience.



## Program Continuation

The majority of EurAupair host families choose to repeat their program participation over the years, and with each new year, their overseas family grows. You may choose to participate with a new and exciting culture or prefer to extend your family's exposure to the culture you've come to appreciate. Either way, arranging for a new au pair through EurAupair gives you continuity in care, so your family life runs smoothly. And you have the on-going support of your local EurAupair Community Counselor who you've known to trust for their guidance and expertise.

The EurAupair program also benefits greatly from the continued support of its returning families who have successfully hosted for a year or more, and we show our appreciation by offering a $600 reduction in program fees for our special "repeat families" (see page 18 for more details.)

Just as your au pair will be learning about life in the United States,
your family will be acquiring new knowledge about your
au pair's native country and language.

App. p. 15

Exhibit C

EAP0000083

# Caring for Your Children Means Caring for Others

By choosing EurAupair, you provide exceptional care and invaluable cultural opportunities for your own children. You will also be contributing to the welfare of children who have been stricken with life-threatening, and often terminal, illnesses as it's our belief to give back and aid children everywhere.

EurAupair proudly makes a personal contribution to Ronald McDonald House Charities® in your family's name. Our involvement with the Ronald McDonald House dates back to 1989 and has raised thousands of dollars annually to provide an affordable place for families to stay while their children are undergoing treatment. Because of the efforts of Ronald McDonald House, seriously ill children can have their families where they need them most — by their sides. Through this charitable donation, you will be touching the lives of parents and the hearts of their children by creating a nurturing atmosphere of love, compassion and healing. Together - your family and EurAupair can make a positive difference in the life of a child for a healthier tomorrow.





Intercultural Child Care Programs

w w w . E u r A u p a i r . c o m



RONALD MCDONALD
HOUSE CHARITIES

You will also be contributing to the welfare of
children who have been stricken with life-threatening,
and often terminal, illnesses.

App. p. 16

Exhibit C



EAP0000084

# Choosing EurAupair Gives Your Family the Advantage





## Large and Experienced Au Pair Organization.

EurAupair is one of the oldest, largest and most experienced au pair organizations with over 70,000 qualified participants over a 25 year period.

## Final decision is yours.

With EurAupair, the final decision in selecting an au pair is always yours. We realize that you know your family best, and we are committed to helping you choose the au pair that is most suited to your family.

## Online Au Pair Selection.

It's fast, easy and convenient! Once you have been accepted into the program, you will be able to review all available applicants and select your au pair online!

## Low weekly cost.

The approximate $344 weekly cost is a real value for such flexible, loving, in-home care. And, unlike other forms of child care, the fee is for children of all ages, and per family - not per child.

## Large pool of au pair candidates.

EurAupair provides families with a large selection of au pair candidates, from a variety of countries.

## Most conscientious local support.

EurAupair's Community Counselors provide host family and au pair orientation meetings, cultural activities, advice, assistance with any problems, and valued support throughout the program year.

## Round-trip airfare - No hidden costs.

EurAupair provides complete travel arrangements for your au pair — from her closest major airport to yours and back again at the successful completion of her program year. Neither you, nor your au pair have to worry about setting up any other complicated, and often expensive, travel arrangements (as with other au pair programs).

## Comprehensive au pair insurance coverage.

You can feel secure knowing that your EurAupair's au pair insurance package provides her with full medical coverage, as well as travel, personal liability and accidental death insurance. This coverage is so comprehensive that host families need not rely on their au pair to voluntarily upgrade her coverage.

**EurAupair is one of the oldest, largest and most experienced au pair organizations with over 70,000 qualified participants over a 25 year period.**

13

App. p. 17

Exhibit C

EAP0000085

## EurAupair Au Pair Workshop.

EurAupair's Au Pair Workshop in New York City, provided by instructors who are American Red Cross certified and experienced in the field of cross-cultural exchange and child development, is among the most extensive and comprehensive.

## Largest "repeat family" discount.

EurAupair shows its appreciation to experienced or "repeat families" through a generous fee discount and priority placements. Not only do you enjoy continuity of care, you also receive a $600 reduction in program fees after having hosted for a full year, the largest offered by any au pair organization.

## Ronald McDonald House® donation.

EurAupair host families help provide other parents and children with a "home away from home" during critical childhood illnesses, as EurAupair makes a donation to Ronald McDonald House on behalf of each family who hosts a EurAupair au pair.

## The EurAupair Gazette.

EurAupair's quarterly newsletter helps keep your au pair and family entertained and informed.

**With all of these benefits, no wonder so many EurAupair host families return to our program year after year.**

"We like her very much. She is always happy and in a good mood. She is creative, inventive, attentive and sweet. We feel happy and lucky to have her as part of our family. I already hope she will extend!"
**The Sasaki Host Family, California**

App. p. 18

Exhibit C

14

EAP0000086

# Host Family Qualifications

## Families must:

1) Be parents or legal guardians (couples or single parents) with the children living at home. Au pairs may not provide care for infants under three months or children older than 15 years of age.

2) Be U.S. citizens or Legal Permanent Residents with host parents/guardians who are fluent in English.

3) Be congenial, hospitable and of good moral character. Provide a spare, separate, adequately furnished bedroom for the au pair and have a home or apartment in a safe location, which is suitable for an additional person.

4) Personally interview their au pair by telephone prior to making a final selection.

5) Attend a local orientation meeting prior to the au pair's arrival. The orientation explains the philosophy of the EurAupair exchange program, emergency and support services, insurance coverage and provides practical and helpful guidance on helping the au pair adjust to your family. Child care and cross-cultural issues, au pair activities and educational opportunities are also discussed.

6) Familiarize the au pair with your children and family routines. You'll need to be available at home, or make another responsible adult available, for the first three days after the au pair arrives in order to supervise this important transition process.

7) Agree in advance to a child care schedule that will not exceed 45 hours per week, and 10 hours per day.

8) Accept that the au pair is an exchange program participant. Although the au pair will assist in the care of your children (up to four children maximum), an au pair must be accepted as a full member of the family and be included in family meals, outings and activities.

9) Provide the au pair with $195.75* pocket money, per week.. The EurAupair au pair weekly pocket money is per family, not per child. Pocket money is provided on a weekly basis, and may not be prorated depending upon the number of hours of child care provided.

10) Agree to one full weekend free, per month, for the au pair. This will consist of a Friday night through Monday morning, and a minimum of 1 ½ consecutive days, per week, free for the remainder of the month with 1 day and night falling on a Friday, Saturday or Sunday.

11) Ensure that the au pair completes at least six credit hours, per year, of educational or cultural instruction, and reimburse the au pair for any required tuition or fees of up to $500 over the year.

12) During the year, provide the au pair with two weeks of vacation with weekly pocket money, the timing to be mutually agreed upon in advance between the family and the au pair.

13) Understand that an au pair is not an experienced, professional child care provider, but rather a young person from abroad who has basic child care skills and wants to learn about the American culture by living with a family and assisting the children.

* The au pair weekly pocket money amount is established by regulations promulgated by the United States Department of State in compliance with the Fair Labor Standards Act and is subject to change.

"Everything is going great with my host family. It's been a wonderful year and I'm very happy that I'm having the chance to stay one more. EurAupair has always been there for me to give me assistance when needed and every day I have the chance to live new experiences with the kids and with my friends."

**Au Pair Maria from Brazil**

Exhibit C

**15**

EAP0000087

# Profile of an Au Pair

## Au pairs are:

1) 18 through 26 years old.

2) Generally female, although some males apply.

3) High school graduates or equivalent.

4) English speaking (most as a second language).

5) Experienced, though not extensively or professionally, in caring for children, although some have more experience than others (see page 22).

6) Willing to share their language and culture with an American family.

7) Responsible young adults of good character. All have had references verified, have passed a criminal background check (or its equivalent) and a psychometric test and evaluation*.

8) In good health with a medical certificate.

9) Fully insured including medical, travel, personal liability and accidental death coverage.

10) Available with a driver's license. The host family must provide automobile insurance.



11) Available from a variety of countries:

| Argentina | Finland | Portugal | Sweden |
| Brazil | France | Romania | Taiwan |
| China | Germany | Russia | Thailand |
| Colombia | Italy | South Africa | Turkey |
| Denmark | Mexico | Spain | |

12) Energetic, conscientious and enthusiastic.

13) Required to attend the EurAupair Au Pair Workshop upon arrival in the United States. The workshop includes instruction on cross cultural topics, insights into American lifestyles, basic child safety and development and will assist the au pair in adjusting to her new home, family and culture.

14) Willing to make a 12-month family participation and child care commitment and legally authorized to live in the USA with an issued J-1 Visa.

15) Exchange participants who are eager to learn about America while participating in daily life and as part of a loving American family.

* Experts in the field of psychometric evaluation believe that no test can accurately predict the future behavior or level of functioning of any individual.

**"I cannot speak highly enough of Jasmin as a child care provider, educator and big sister to my boys."**

**The Russell Host Family, Missouri**

App. p. 20

Exhibit C

16

EAP0000088

# 2013 Host Family Fees & Costs

(Prices for programs commencing February 2013 through January 2014)



| | Au Pair (Regular) | Au Pair 'Par Expérience' |
|---|---|---|
| **Application Fee** (Submitted with Host Family Application Form) | $350* | $350* |
| **Program Fee** | $7695 | $8595 |
| **Round Trip Domestic Flight Fees** | | (see chart below) |
| Fares are based upon round trip travel. All taxes and handling fees are included. | | |
| **Repeat Family Discount** | | ($600, if applicable) |

## Payment of Program and Flight Fees:

| | | |
|---|---|---|
| **Deposit** (Payable upon selection of au pair) | $1500 | $1500 |
| **Final Payment** (Payable 30 days prior to the U.S. workshop arrival) | Balance of Program and Flight Fees | |

## Other Family Costs:

| | | |
|---|---|---|
| **Au pair "pocket money"** (Payable weekly) | $195.75† | $250 |
| **Educational fees** (if any) As required | $0-500 | $0-500 |

### Round Trip Domestic Flight Fees

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Albany | $300 | Des Moines | $375 | Minneapolis | $375 | Raleigh-Durham | $350 |
| Anchorage | $600 | Detroit | $375 | Mobile, AL | $350 | Reno | $450 |
| Aspen | $600 | Eugene, OR | $475 | Nashville | $350 | Richmond, VA | $300 |
| Atlanta | $400 | Ft. Lauderdale | $325 | New Orleans | $325 | Rochester, NY | $300 |
| Austin | $450 | Ft. Myers | $325 | New York (JFK) | $ 0 | Sacramento | $475 |
| Baltimore** | $125 | Grand Rapids, MI | $400 | Newark | $ 0 | Saginaw | $325 |
| Boise | $500 | Hartford | $100 | Norfolk | $300 | San Antonio | $425 |
| Boston | $125 | Honolulu | $600 | Oakland | $475 | San Diego | $475 |
| Buffalo | $300 | Houston (IAH) | $425 | Oklahoma City | $400 | San Francisco | $475 |
| Burlington, VT | $300 | Indianapolis | $375 | Omaha | $350 | San Jose | $500 |
| Cedar Rapids, IA | $425 | Jacksonville, FL | $325 | Orange County, CA | $475 | Santa Barbara, CA | $475 |
| Charleston (SC) | $350 | Kansas City | $400 | Orlando | $325 | Savannah | $400 |
| Charlotte | $350 | Knoxville | $350 | Palm Springs | $475 | Seattle/Tacoma | $475 |
| Chicago (ORD) | $375 | Las Vegas | $450 | Panama City | $375 | St. Louis | $400 |
| Cincinnati | $400 | Lexington, KY | $325 | Pensacola, FL | $325 | Tampa | $300 |
| Cleveland | $375 | Los Angeles (LAX) | $475 | Philadelphia** | $125 | Tucson | $450 |
| Colorado Springs | $475 | Louisville | $375 | Phoenix | $450 | Tulsa | $400 |
| Columbus, OH | $400 | Madison | $400 | Pittsburgh, PA | $300 | Vail | $600 |
| Corpus Christi | $475 | Memphis | $350 | Portland, ME | $325 | Washington, D.C.** | $125 |
| Dallas/Ft. Worth | $425 | Miami | $325 | Portland, OR | $475 | Wausau, WI | $350 |
| Denver | $450 | Milwaukee | $375 | Providence | $125 | West Palm Beach | $325 |
| | | | | | | Wilmington, NC | $350 |

**Ground or air transfer, at EurAupair's discretion

* Waived for EurAupair repeat host families.

† Au pair weekly pocket money amount is established by regulations promulgated by the United States Department of State in compliance with the Fair Labor Standards Act and is subject to change.

App. p. 21

Exhibit C

EAP0000089

www.EurAupair.com

# Host Family Fees Include:

Application processing, family interview, full au pair medical, travel, personal liability and accidental death insurance, au pair recruitment, screening (including criminal background check and psychometric evaluation) and selection, visa assistance, round trip airfare from home country (from some countries, host family fees do not fully cover airfare costs), round trip domestic airfare, "SEVIS" (US Homeland Security student database system) Fee, Host Family Orientation, EurAupair Au Pair Workshop, Au Pair Orientation, local Community Counselor support and assistance to host family and au pair, regular au pair cultural and recreational get-togethers, EurAupair quarterly newsletter and 12-Month Au Pair Commitment.

# Host Family Fees Exclude:

Room, meals, educational fees, pocket money and auto insurance (if necessary).

# Payment Method:

All payments (Application, Program and Flight Fees) may be made by check or by credit card (Visa, MasterCard, American Express, Diners Club or Discover). Checks should be made payable to "EurAupair."**

# Repeat Family Discount:

EurAupair values the support of those returning families who have successfully hosted a EurAupair au pair for a year or more. Through their participation in EurAupair's cross-cultural child care program, our repeat families are working with EurAupair to contribute to increased intercultural understanding. EurAupair wishes to recognize the commitment of these families to the EurAupair program, and is pleased to offer them a $600 reduction in program fees. Discounts are also available to participants of other U.S. government designated au pair programs.

# Payment/Installment Plan:

In order to better accommodate those families wishing to spread the payment of their Program Fee over an extended period, EurAupair offers an easy payment plan. This plan allows for payment of fees as follows:

|  | Regular | Par Expérience |
|---|---|---|
| Application Fee: (upon application) | $350* | $350* |
| Deposit: (upon selection) | $1500 | $1500 |
| Domestic Flight Fee (if any) | 30 Days Prior to Arrival | |

Installments on Final Payment
(each installment includes a $60 handling fee)

| 30 days prior to arrival | $1092.50 | $1242.50 |
|---|---|---|
| 1 month after arrival | $1092.50 | $1242.50 |
| 2 months after arrival | $1092.50 | $1242.50 |
| 3 months after arrival | $1092.50 | $1242.50 |
| 4 months after arrival | $1092.50 | $1242.50 |
| 5 months after arrival | $1092.50* | $1242.50* |

*Repeat Family Discount: For final payment deduct $600 for returning EurAupair (or other U.S. government designated) Program host families.

**$25 charge for any returned checks or declined credit cards.

    



eurAuPair
Intercultural Child Care Programs

18

App. p. 22

Exhibit C

EAP0000090

# Joining the EurAupair Program

## EurAupair Application Checklist

❏ 1) Complete and submit the enclosed EurAupair Host Family Application Form together with the $350 Application Fee or apply online at www.euraupair.com.

❏ 2) Arrange for two (2) completed Reference Forms; 1 character and 1 employment to be submitted online at www.euraupair.com by business or professional colleagues, civic or religious leaders, or other prominent and responsible individuals who know you and your family well.

❏ 3) Upon EurAupair's receipt of the completed Host Family Application Form, you will be contacted by your local EurAupair Community Counselor who will arrange a convenient time for an in-home family interview.

❏ 4) During the in-home family interview, your EurAupair Community Counselor will complete a Host Family Profile.

❏ 5) Upon completion of the family interview and review of your Host Family Profile and two Reference Forms which are acceptable to EurAupair, your Community Counselor will assist you in your selection of an au pair. EurAupair's receipt of the $1500 deposit secures the au pair of your choice.

❏ 6) All Program and Flight Fees are due a minimum of 30 days prior to the au pair's arrival, unless your family is enrolled in EurAupair's payment plan (see page 18).

❏ 7) A minimum of 3 weeks prior to your au pair's arrival, you will be advised of all final travel arrangements (including date, flight numbers, arrival times, etc.).



Intercultural Child Care Programs

www.EurAupair.com

## Arrival Months & Application Deadlines

| Arrival Month | Final Deadline to Apply* |
|---|---|
| January 2013 | November 22, 2012 |
| February 2013 | January 5, 2013 |
| March 2013 | February 1, 2013 |
| April 2013 | February 22, 2013 |
| May 2013 | March 22, 2013 |
| June 2013 | April 22, 2013 |
| July 2013 | May 22, 2013 |
| August 2013 | June 22, 2013 |
| September 2013 | July 22, 2013 |
| October 2013 | August 22, 2013 |
| November 2013 | September 22, 2013 |
| January 2014 | November 22, 2013 |

**\*Urgent Care Needed**
**If your preferred arrival deadline has passed and you have an urgent child care need, priority arrangements are possible. Please contact EurAupair immediately for information about availability and additional expediting fees.**

**19**

App. p. 25

Exhibit C

EAP0000091

It is recommended that Host Family Applications be submitted as early as possible since a limited number of au pair applicants are available for any particular arrival month. Families are accepted and placements are made based upon the date of EurAupair's receipt of the Host Family Application Form. If a particular arrival month is unavailable, the family will be advised and a priority will be given for the next available arrival month.

## EurAupair's "12-Month Au Pair Commitment"

EurAupair wants to ensure that each host family receives the greatest benefit from participating in the program, and has made a firm commitment to provide each host family with 12-months of au pair child care assistance and cultural enrichment.

In the vast majority of cases, the host family and the au pair are compatible and develop a warm and close relationship. However, in the unlikely circumstance that problems develop which prove to be irresolvable and irreconcilable, EurAupair stands behind its commitment.

If, after a 60-day adjustment period, the host family and the EurAupair Community Counselor have determined that the au pair is incompatible with the host family's lifestyle, and the problems and differences are irreconcilable and irresolvable, or the au pair withdraws from the program not due to host family cause, the EurAupair Program will provide the host family with a replacement au pair as soon as possible.

### Cancellation/Refund Policy

| | | |
|---|---|---|
| Application Fee | $350 | Non-refundable. |
| Program and Flight Fees | See Program Fee Schedule *Page 17-18* | Program and Flight Fees refundable, less $1500, if cancellation is received in writing by EurAupair at least 30 days prior to the au pair's arrival to the U.S. workshop (35 days prior to arrival to host family). |
| | | Program and Flight Fees refundable, less $1500 and less the cost of any non-refundable airfare, if cancellation is received in writing by EurAupair less than 30 days prior to the au pair's arrival date. |
| Refund Policy | | A refund of $400 per month may be considered during the first 6 months of a 12-month program commitment. No refunds after the first 6 months of program participation; however a full credit will be kept on file for paid program fees less non-refundable charges. |

"It was really difficult choosing from all those EurAupair applicants... so many of them seemed perfect for our family."

The Sager Host Family, Ohio

App. p. 24

Exhibit C

20

EAP0000092

EurAupair will provide you with suitable replacement candidates from which you can choose an au pair based upon the information provided in the Host Family Profile and Agreement, and, if possible, any other reasonable criteria provided by the host family. It can happen that the time remaining on the visa of the replacement au pair extends beyond the original 12-month commitment of the host family. Because EurAupair is required to provide each au pair with a full one-year experience, the host family gains additional



months to their EurAupair program year. In this case, a pro-rata fee of $642 ($592 for repeat families) per additional month (or portion thereof), plus any domestic transportation costs, will be due prior to arrival of the replacement au pair. If the replacement au pair's remaining visa period is less than the time remaining on the family's original au pair's visa, the host family will receive a refund of $642 ($592 for repeat families) for each remaining month of its 12-month commitment and be responsible for domestic travel arrangements, if any. The pro-rata fee for the Au Pair par Expérience program is $717 ($667 for repeat families) per month.

In the event of au pair reassignment, repatriation, or withdrawal, EurAupair cannot guarantee continuous child care assistance between the original au pair's departure from the family and the arrival of a replacement au pair. We will, however, do everything possible to ensure that, should any lapse in child care assistance occur, it will be minimal.

The host family is obligated to continue hosting and to provide for the health, welfare and safety of the au pair exchange participant until the au pair returns home or joins another host family. Host families must conform to all U.S. government regulations, program guidelines and rules. Of course, EurAupair will not provide a replacement au pair to any host family that EurAupair determines has violated U.S. government regulations, federal, state or local laws or its obligations to the au pair or the program. After the initial six-month family stay, all placements are considered final and, consequently, no replacements will be made.

Through EurAupair's 12-Month Au Pair Commitment, host families and au pair participants are ensured an entire year of a mutually beneficial and rewarding intercultural child care exchange experience.

**Through EurAupair's 12-Month Au Pair Commitment, host families and au pair participants are ensured an entire year of a mutually beneficial and rewarding intercultural child care exchange experience.**

**21**

Exhibit C

EAP0000093

# Au Pair par Expérience®

For those families wanting a more experienced au pair, EurAupair goes an extra step with its "Au Pair par Expérience" program. Through this program, host families choose from a pool of au pair candidates who have additional experience and/or more formal training in child care.

To become part of the Au Pair par Expérience program, au pair candidates must meet the following requirements:

- Have at least 2 years of full time child care experience or be a certificated child care provider or hold a kindergarten or elementary school teaching degree

- Be at least 20 years of age (but no older than 26 years) upon arrival

As with any EurAupair au pair, your Au Pair par Expérience au pair will live in your home as a family member, and will be available to assist with the care of your children for up to 45 hours per week. Families interested in hosting an Au Pair par Expérience au pair for a year must check the appropriate box on the EurAupair Host Family Application Form, arrange for two references and submit to EurAupair the Application Form and a $350 Application Fee. Au pairs in the Au Pair par Expérience program receive pocket money in the amount of $250 per week.

As with all EurAupair au pairs, the final decision in selecting an au pair from the Au Pair par Expérience program is yours. With EurAupair's Au Pair par Expérience program, EurAupair offers you one more option in helping you meet your child care needs. Call and ask about the EurAupair Au Pair par Expérience program and start choosing your Par Expérience Au Pair today!

w w w . E u r A u p a i r . c o m

**eurAuPair**
Intercultural Child Care Programs



"I can't say enough about our au pair Melanie. She is one in a million."
The Levitch Host Family, New Jersey

22

Exhibit C

EAP0000094

# EurAupair Online Selection Option!



Choosing a EurAupair au pair to help care for your children is an important decision and one that's best made when and where *you* feel comfortable. By being able to select your au pair online, EurAupair offers you the flexibility and convenience of reviewing applications 24 hours a day in the comfort of your own home. What could be better? By using EurAupair's Online Au Pair Selection, you and your family can review a variety of au pair applications in color and choose the most compatible new member of your family. Our online au pair selection is just one more way that EurAupair strives to give you and your family the world without having to leave the comfort and privacy of your own home.

- Ease – It's as easy as one, two, three!  One – simply log on and choose your user name and password, two – after being accepted as a EurAupair host family, select and interview your au pair from a variety of candidates, and three – confirm placement online with your credit card.

- Round the clock access – EurAupair au pair applications are online 24 hours a day, 7 days a week, 365 days a year to suit your busy schedule.

- Comfort and convenience – Reviewing applications in your home means everyone can be part of the selection process. You can even print out the au pair's application, colorful photo collage, references and other documentation.

- Security – Have the peace of mind that comes from knowing that you can place a 24-hour hold on a particular au pair application at any given time.

No shuffling of application packets or trying to make a meeting time. With EurAupair's Online Au Pair Selection, choosing your au pair is fun and easy for the whole family! With all the advantages, why not log on today and start finding that special au pair for your family?

**"I couldn't wish for a better host family. I love them. They always included me. I feel like home, my host child is now my little sister."**

**Au Pair Sanaa from France**

23

Exhibit C

EAP0000095



**eurAuPair** Intercultural Child Care Programs

## You can apply online at www.euraupair.com

## Host Family Application Form

Families interested in hosting a EurAupair au pair must complete a Host Family Application Form and submit it with a $350 Application Fee (non-refundable) to EurAupair. Mail Form and Application Fee, payable by check or credit card (Visa, MasterCard, American Express, Diners Club or Discover). If paying by credit card, this form may be submitted via fax, mail, or online at www.euraupair.com. Mail or fax to:

**"EURAUPAIR REGISTRAR"**
**250 North Pacific Coast Highway**
**Laguna Beach, CA 92651 USA**
**Fax: (949) 497-6235**

Upon receipt of this Host Family Application Form, EurAupair will contact you for a convenient in-home interview.

**Please print clearly or type:**

Au Pair Arrival Month Preferred:

_____   _____
month                          year

I / We prefer the: ❏ Regular program    ❏ 'Au Pair par Expérience' program

Name of Mother/Guardian _____
                                          Last                                    First                                         Middle

Name of Father/Guardian _____
                                          Last                                    First                                         Middle

Address _____
                                                                              Street

_____
                          City                                               State                            Zip

Nearest major city _____
                                     City                                               State                    Miles from home

Telephone(s) Mother _____   _____   _____
                                     Home                                        Work                                   Cell

Telephone(s) Father _____   _____   _____
                                    Home                                        Work                                    Cell

Host Family's primary e-mail address _____

Have you previously hosted an au pair through EurAupair? _____    If so, most recent year? _____

Through another organization? _____    If so, most recent year? _____

If you have a preference of nationality(ies), please indicate below (availability may be limited):

| ❏ French | ❏ Italian | ❏ Finnish | ❏ South African | ❏ Turkish | ❏ Brazilian | ❏ Colombian |
| ❏ German | ❏ Danish | ❏ Portuguese | ❏ Thai | ❏ Mexican | ❏ Chinese | ❏ No Preference |
| ❏ Swedish | ❏ Spanish | ❏ Russian | ❏ Taiwanese | ❏ Argentinean | ❏ Romanian | |

App. p. 28                                                                                        Exhibit C

EAP0000096

Do you require a licensed driver? ❏ Yes  ❏ No

Please provide us with the first names of all children living at home, and indicate their sex, age, birthdate and any physical, mental or learning disabilities, illnesses or special needs which they may have.

| Name | Sex | Age | Birthdate | Disabilities or Special Requirements |
|---|---|---|---|---|
| 1.) | | | | |
| 2.) | | | | |
| 3.) | | | | |
| 4.) | | | | |
| 5.) | | | | |

Are you expecting? _____     If yes, what is your due date? _____

Please indicate a few of your family's major interests or hobbies: _____

_____

Do you feel that you can include your au pair in family meals and other activities, considering her a regular member of your family? _____

Do you have pets? _____ If yes, what pets do you have? _____

Do you smoke?_____ Would an au pair be permitted to smoke in your home? _____

Does Mother/Guardian work (volunteer work included)? _____ If yes, full or part time? _____

   Occupation/Title _____ Is work during day or night? _____

   Including commuting time, how many hours are spent away from home for work per day? _____

Does Father/Guardian work (volunteer work included)? _____ If yes, full or part time? _____

   Occupation/Title _____ Is work during day or night? _____

   Including commuting time, how many hours are spent away from home for work per day? _____

Has anyone in your family ever been convicted of a felony?_____ If yes, please explain who and the circumstances. _____

_____

Mother/Guardian Driver's License No. _____ State: _____ Expiration Date: _____

Father/Guardian Driver's License No. _____ State: _____ Expiration Date: _____

---

**Payment Method:**  ($350 Non-Refundable Application Fee)   ❏ Check enclosed.  ❏ Charge my credit card. If credit card, charge my:
   ❏ American Express  ❏ Visa  ❏ MasterCard  ❏ Diners Club  ❏ Discover

My credit card number _____ Expires_____

Name as stated on credit card _____

Signature of cardholder _____

---

I'm interested in EurAupair's Payment Plan  ❏ Yes  ❏ No

If you fully understand and agree to the foregoing program terms and conditions contained in this brochure, and the information you have provided above is true and complete, please sign and date this form and return it together with your Application Fee to the EurAupair Registrar (see address and/or fax number, on previous page):

Signature of Applicant (Mother/Guardian)_____ Date_____

Signature of Applicant (Father/Guardian) _____ Date_____

App. p. 29

Exhibit C

EAP0000097

# EurAupair Extended Stay Program

For those host families finishing their EurAupair year, the Extended Stay Program offers a welcome alternative to selecting a new au pair. With the Extended Stay Program, you and your au pair can enjoy an additional 6 or 12 months together.

During your EurAupair year, your au pair has become more than simply someone to help you with your child care needs. She has become family; someone whom you have come to love and trust with your most precious gift – your children. The EurAupair Extended Stay Program respects this bond by providing the opportunity for you to continue your relationship for another 6 or 12 months.

How will someone else make your son laugh the way that she does? Will another au pair know how to teach your daughter crafts like she did? Now, with EurAupair's new Extended Stay Program, you don't need to worry about these questions and your children don't have to say good-bye so soon to their "big sister" from abroad.

Once you both decide to extend, it's really quite easy. All it takes is a quick phone call to your local EurAupair Community Counselor and a little bit of paperwork. It's that simple!

With the EurAupair Extended Stay Program, you will continue to have reliable, affordable child care assistance by the au pair whom you have come to love and trust. There are no real changes, no new requirements to learn. Just as during your first year, your au pair will receive vacation time and weekly pocket money. And, just as with her first year, she'll need to complete a class or two for her educational requirement.

Approximately three months before your EurAupair au pair is due to return home, you will be sent a EurAupair Extension letter, inviting you to join the EurAupair Extended Stay Program. So watch your mailbox and know that you and your au pair can have another six months or more together!

www.EurAupair.com



Intercultural Child Care Programs

"Our kids just fell in love with Katja and now they can enjoy another year with her thanks to EurAupair!"

The Lee Host Family, Indiana

Exhibit C

26

EAP0000098



Intercultural Child Care Programs

# A Year of Growth and Caring

250 North Coast Highway

Laguna Beach, CA 92651

Telephone: 949-494-5500

**Toll Free: 800-333-3804**

Fax: 949-497-6235

E-mail: info@euraupair.com

 facebook.com/EurAupair

 Visit www.EurAupair.com or use your smart phone to scan the code.

   



**www.EurAupair.com**

Printed on Recycled Paper
Exhibit C
EAP0000099

# <u>**RESTRICTED**</u>

## EX. D TO PARKER DEC. – 2014 COMMUNITY COUNSELOR MANUAL

## See Restricted Appendix at R. App. 17

# <u>RESTRICTED</u>

## EX. E TO PARKER DEC. – HOST FAMILY AGREEMENT

## See Restricted Appendix at R. App. 124

# <u>RESTRICTED</u>

## EX. F TO PARKER DEC. – EURAUPAIR AU PAIR ORIENTATION SHEET

## See Restricted Appendix at R. App. 126

# <u>**RESTRICTED**</u>

EX. G TO PARKER DEC. – EURAUPAIR
HOST FAMILY ORIENTATION SHEET

See Restricted Appendix at R. App. 127

# <u>**RESTRICTED**</u>

## EX. H TO PARKER DEC. – AU PAIR HANDBOOK

See Restricted Appendix at R. App. 128

September 1, 2009



Dear Redacted

It has been brought to our attention that there have been some issues between you and your current au pair, Redacted Even though we have agreed to replace Redacted and allow you the opportunity of selecting an in-country au pair as replacement, we would like to stress some of the Program Regulations.

It is required by the U.S. Department of State that au pair participants are compensated at a weekly rate in conformance with the federal minimum wage of $195.75. It is our responsibility as a sponsor organization to make sure that all au pairs receive the above amount once a week.

In addition, host families are entitled to a maximum of 10 hours a day/45 hours a week of child care. Au pairs do receive a minimum of one and a half days off per week in addition to one complete weekend off each month. It is a Department of State regulation that these days off are guaranteed to the au pair and can be used at their discretion.

It is our responsibility to ensure that the Au Pair Program reflects the regulations of the Department of State as well as EurAupair's standards and we therefore ask you to respect these rules and regulations. We appreciate your understanding in this matter.

Please feel free to contact your Community Counselor, Area Coordinator or myself, if you have any questions.

Best Regards

Miriam Weyand
Regional Director

cc:    Ms. Gila Peller, Community Counselor
       Ms. Vivi Frumkin, Area Coordinator
       Ms. Susan Hayes, Executive Director

App. p. 37

Exhibit I

EAP0001999

Message

| | |
|---|---|
| **From**: | Miriam Weyand [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F068DBE74C2F44E3BEA15CC44C2FB0B2-MIRIAM WEYAND (EAP)] |
| **Sent**: | 7/14/2014 8:40:46 PM |
| **To**: | Redacted |
| **Subject**: | RE: EurAupair Payment |

Hi Redacted

While I appreciate your email, your family can no longer host a EurAupair au pair. We have been trying to get in touch with you for months regarding the outstanding balance; you were copied on all email correspondence which included information on the amount of the payment due. Also, it is a Department of State regulation that the stipend of $195.75 is paid to the au pairs weekly and according to your email below, the full amount has not always been paid to Redacted

My apologies if you feel that EurAupair's methods of communication have been inappropriate; after numerous voice messages and emails that stayed unanswered, we were running out of options to get in touch with you.

We are more than happy to offer rematch to Redacted and are waiting for her response on whether she would like to join a new family or return home at her own expense, by end of business day today.

Best regards,

Miriam

Miriam Weyand

Western Regional Director

EurAupair Intercultural Child Care Programs

800-333-3804 ext. 257

www.euraupair.com



Exhibit J

EAP0001936

**From:** Redacted

**Sent:** Sunday, July 13, 2014 10:28 PM

**To:** Miriam Weyand

**Subject:** Re: EurAupair Payment

Hi Miriam,

I apologize for not replying to your agency for I had left this matter for my husband to handle long ago. However, I do understand that matters have gotten out of hand and I apologize for his behalf. He does work 16 hour shifts so he's not always making decisions with his best mind.

I did speak with Sarah Norman last week and immediately after speaking with her, I called you. Unfortunately, our schedules do not match and was unsuccessful in reaching you. Sarah did tell me that the arrangement made was for $300.00 but she was not able to tell me the balance. I immediately wrote a check out for $750.00 and brought it down to the hotel front desk to mail out for me. If you let me know the balance, I'll personally send that to your agency as well.

With all due respect, please check your sources of information in regards to Redacted stipend. I had always given her $200.00 every Friday since the day she landed. It wasn't until recently that she's given anywhere around $150-$200. However, bear in mind that we support her 100%. Whether she has personal needs or money to go out with friends. We supply it all. Clothes, cell phone w/unlimited data, computer, shoes, dinner outs, her airplane tickets, whatever. Her money, she is supposed to save and send home to her parents. So, as you can see, we pay her beyond the contracted $197....amount. She's aware of that. We love her like our own. My entire family loves her and my younger brother and her are building a relationship so I assure you, we would not mistreat her.

Another note I'd like to mention is that I am happy that Sarah was professional on the phone with me. Because she surely was not in her Facebook message. She's lucky that I just read the message now since I rarely check my messages there...Really?! EurAupair uses Facebook to contact their clients??! I'll be sure to spread that when I speak about my experience. It's a bit unprofessional, don't you agree? Then to start the message with "this is ridiculous..." Wow, just wow... If you need to see that, do let me know. I will be happy to send the message to you for your reading pleasure.

Frankly, it seems to me that your agency is trying all that they can to remove Redacted. Of course, we'll cooperate if that's what she wishes.

Exhibit J

EAP0001937

However, if you do take her, please treat her kindly and with some respect. While her counselorshave been helpful, she has now shown me all communication with them and Sarah. She has expressed to me that Sarah is very pushy and rude to her. That she is often not heard. Should you need those text and email logs, let me know as well. I'll be glad to send them as well. I think one of your employees may need some more training.... Starting first with calling **Redacted** not Redacted , at least get the simple nickname correct.....

Let me know how to proceed since your check has already been sent and your information about the stipend is incorrect.

Best,

**Redacted**

Sent from my iPhone

On Jul 11, 2014, at 1:18 PM, Miriam Weyand <miriam@euraupair.com> wrote:

Dear **Redacted** ,

It has been brought to our attention that Redacted has not received her weekly stipend in quite some time. Therefore, your placement will be terminated immediately, you are no longer a EurAupair host family.

We offer Redacted to be placed with a different host family of ours and we need to remove her from your house by Monday, July 14th. We appreciate your cooperation in this matter and hope you will help Redacted to complete her au pair experience.

Thank you,
Miriam

Miriam Weyand

Western Regional Director

EurAupair Intercultural Child Care Programs

App. p. 40                          Exhibit J

EAP0001938

800-333-3804 ext. 257

www.euraupair.com

<image001.jpg>


**From:** Miriam Weyand
**Sent:** Tuesday, July 01, 2014 5:25 PM
**To:** [ Redacted ]
**Cc:** Sarah Norman; Becky Snyder (EAP)
**Subject:** RE: EurAupair Payment
**Importance:** High


Hi [Redacted]


Since we have not heard from you yesterday or today, please ask [Redacted] to pack her things so she is ready to move on Thursday, July 3rd. We are currently working on finding a place for her to stay and we will post her application on our in-country site.


Thank you,
Miriam


Miriam Weyand

Western Regional Director

EurAupair Intercultural Child Care Programs

800-333-3804 ext. 257

www.euraupair.com

<image001.jpg>


**From:** Miriam Weyand
**Sent:** Monday, June 30, 2014 11:32 AM
**To:** [ Redacted ]
**Subject:** RE: EurAupair Payment

Exhibit J

EAP0001939

Hi Redacted

In order to discuss payment options, it is very important that we talk on the phone today. Please call me at 800 333 3804 ext. 257 or let me know what is the best phone number and time to reach you today.

Thank you,
Miriam

Miriam Weyand

Western Regional Director

EurAupair Intercultural Child Care Programs

800-333-3804 ext. 257

www.euraupair.com

<image001.jpg>

**From:** Redacted
**Sent:** Monday, June 30, 2014 6:07 AM
**To:** Miriam Weyand
**Subject:** Re: EurAupair Payment

Hi Miriam,

I am having trouble making a payment this month due to other overdue bills and short on moving costs. My job has been picking up but Redacted job has been slow this summer.

I need more time to make a payment, preferably a month extension to give me time if that's possible.

Redacted

Sent from my iPhone

App. p. 42                                        Exhibit J

EAP0001940

On Jun 26, 2014, at 2:16 PM, Miriam Weyand <miriam@euraupair.com> wrote:

Dear **Redacted**,

We have tried to reach you numerous times this week. If we do not receive payment over the next installment of $920.40 by end of business day on Friday, June 27th, Redacted will be removed from your home on Monday, June 30th.

It is extremely time-consuming having to follow-up on each payment several times and EurAupair does not accept any further delay.

Thank you for your understanding,

Miriam

Miriam Weyand

Western Regional Director

EurAupair Intercultural Child Care Programs

800-333-3804 ext. 257

www.euraupair.com

**Redacted**

App. p. 43

Exhibit J

EAP0001941

# <u>**RESTRICTED**</u>

## EX. K TO PARKER DEC. – 2010 COMPLIANCE REPORT

## See Restricted Appendix at R. App. 172

# <u>**RESTRICTED**</u>

## EX. L TO PARKER DEC. – 2011 COMPLIANCE REPORT

See Restricted Appendix at R. App. 184

# <u>**RESTRICTED**</u>

## EX. M TO PARKER DEC. – 2012 COMPLIANCE REPORT

## See Restricted Appendix at R. App. 196

# <u>**RESTRICTED**</u>

## EX. N TO PARKER DEC. – 2013 COMPLIANCE REPORT

## See Restricted Appendix at R. App. 208

# RESTRICTED

## EX. O TO PARKER DEC. – 2014 COMPLIANCE REPORT

See Restricted Appendix at R. App. 220

# **<u>RESTRICTED</u>**

## EX. P TO PARKER DEC. – 2015 COMPLIANCE REPORT

## See Restricted Appendix at R. App. 232

# <u>RESTRICTED</u>

## EX. Q TO PARKER DEC. – QUARTERLY QUESTIONNAIRE

## See Restricted Appendix at R. App. 244

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO


JOHANA PAOLA BELTRAN, et al.,

        Plaintiffs,

    vs.                No. 14-cv-03074-CMA-KMT

INTEREXCHANGE, INC., et al.,

        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF 30(b)(6) EXPERT OF EURAUPAIR

CELIA PARKER

Volume I


Sunday, April 30, 2017

10:21 a.m. - 7:25 p.m.


686 Anton Boulevard

Costa Mesa, California   92626


Magna Legal Services

866-624-6221

www.MagnaLS.com


Reported by:  Marceline F. Noble, CSR No. 3024



App. 651

Page 13

1          MR. KELLY:  William Kelly on behalf of

2     USAuPair.

3          MS. LEVY:  Alyssa Levy --

4          MR. HUEY:  Nathan Huey on behalf of --

5          MS. LEVY:  Sorry.  Go ahead.

6          MR. HUEY:  Nathan Huey on behalf of

7     AuPairCare.

8          MS. LEVY:  Alyssa Levy from Sherman Howard,

9     on behalf of InterExchange.

10         MR. VALDIVIESO:  Do we have anyone else?

11         That's it.

12         THE VIDEOGRAPHER:  Okay.  Court Reporter may

13    now swear in the witness.

14

15                    CELIA PARKER,

16    having been first duly sworn, testifies as follows:

17

18                    EXAMINATION

19    QUESTIONS BY MR. VALDIVIESO:

20       Q.  What is your name?

21       A.  Celia Parker.

22       Q.  Ms. Parker, who is your employer?

23       A.  I am here on behalf -- representing

24    EurAuPair Intercultural Child Care Programs.

25       Q.  Are you employed by anyone else?



Page 99

```
 1          Go off the record.

 2          THE VIDEOGRAPHER:  All right.

 3          We are off the record at 1:28 p.m.

 4          (Brief recess.)

 5          THE VIDEOGRAPHER:  We are back on the record

 6   at 1:35 p.m.

 7      Q.  (By Mr. Valdivieso) You have two categories

 8   of au pairs; is that right?

 9      A.  Yes.

10      Q.  What are those two categories?

11      A.  One we would simply refer to as being an

12   au pair, and then the second of the two we would call

13   par experience.

14      Q.  What's the difference between the two

15   categories?

16      A.  The level of experience prior to coming into

17   the program and -- and education in child care.

18      Q.  Are most of the au pairs in the EurAuPair

19   program regular au pairs?

20      A.  Yes.

21      Q.  And roughly, what's the breakdown between

22   regular and par experience au pairs?

23      A.  Par experience is -- is very small,

24   typically less than 5 percent of the population.

25      Q.  And do the host families pay the au pairs
```



Page 100

1    any amount?

2         A.  Host families provide pocket money to au

3    pairs, yes, according to federal regulation.

4         Q.  And why do you call it pocket money?

5         A.  Because I was involved in the initial setup

6    of this program, and that's how it was characterized

7    at the -- from the beginning.

8         Q.  Who characterized it that way?

9         A.  U.S. Department of State.

10        Q.  And how did the -- when you said that they

11   characterized it, in what -- in what form were they

12   characterizing it?

13            Was it in written form?

14        A.  I'm sorry, in?

15        Q.  Was it in written form that they

16   characterized it in that manner?

17        A.  Yes.  All dialogue and descriptions of the

18   programs and the operation of the program stipulated

19   that one of the regulations would be host families

20   providing pocket money to the au pair they were

21   hosting.

22        Q.  Do you know if that's how the

23   Department of State still characterizes the amount

24   that's paid to the au pairs each week?

25        A.  I do not know.



App. 54

1     Q.   Yes.

2     A.   No.

3     Q.   Do you know how long the website has stated

4  that this is the weekly stipend amount?

5     A.   I can't give you a specific date.  It would

6  have been there since the stipend amount was changed

7  by the U.S. Department of State.

8     Q.   Do you recall when the U.S. Department of

9  State changed the stipend amount?

10     A.   I don't have a date in my head.  I certainly

11  could look.

12     Q.   Is it EurAuPair's position today that this

13  representation is accurate?

14     A.   Yes.

15     Q.   And I want to go back to something you told

16  me a little bit earlier before the break.

17          I asked you about the international partners

18  and the promotional materials, when I asked you if

19  they provided those materials to you, and I believe

20  you told me that you said it was provided to you on

21  an annual basis.

22          Do you -- are you aware if those promotional

23  materials have been produced?

24     A.   I'm not aware.

25          And produced to you, I presume, is your


MAGNA®
Apple<del>5/55</del>SERVICES

Page 139

1    Q.   (By Mr. Valdivieso) -- directing you not to

2    answer.

3         MS. FITZGERALD:  No.  I'm not, no.

4         THE WITNESS:  Okay.

5         MS. FITZGERALD:  You -- you can answer.

6         THE WITNESS:  Okay.  The United States

7    Department of State has calculated the amount of the

8    weekly pocket money that's to be provided to

9    au pairs.

10        Is that the question?

11        And -- and given that number to au pair

12   program sponsors throughout the years.

13   Q.   (By Mr. Valdivieso) And does -- No. 9, under

14   "Host family qualifications," does it state that the

15   195.75 is a minimum amount?

16   A.   Does it state that it's a minimum amount?

17        No.

18   Q.   Is it accurate to state that 195.75 is a

19   fixed amount -- an amount fixed by the State

20   Department?

21        MS. FITZGERALD:  Object to the form.

22        THE WITNESS:  Yeah.  I'm not understanding

23   "fixed."

24        The amount of pocket money to be provided to

25   an au pair, being -- calculated as being $195.75, was



Page 236

1           My answer is no.  The minimum stipend amount
2    or pocket money amount, as you choose, is the same
3    regardless which au pair program sponsor a family
4    chooses to host with.

5        Q.  (By Mr. Valdivieso) If the stipend amount
6    that EurAuPair host families were required to pay
7    au pairs on a weekly basis increased from 195.75 by,
8    hypothetically speaking, $20, would you expect fewer
9    host families to apply to be -- to host au pairs?

10           MS. FITZGERALD:  Object to the form and lack
11    of foundation.

12           THE WITNESS:  It's speculation.  So I really
13    can't -- can't know.

14           As of 2008 and no one has employment, I --
15    I -- there's too many factors.  I'm -- I -- I
16    couldn't -- couldn't answer.

17        Q.  (By Mr. Valdivieso) All -- all other things
18    being equal, if the price -- if the weekly stipend
19    were to increase from 195.75, do you, based on your
20    many years of experience in the au pair program,
21    expect that fewer host families would apply to host
22    au pairs?

23           MS. FITZGERALD:  Form and foundation.

24           THE WITNESS:  And given your objection, I'm
25    to respond anyway?



Page 282

1

2                    REPORTER'S CERTIFICATION

3

4        I, MARCELINE F. NOBLE, a Certified Shorthand

5    Reporter in and for the State of California, do

6    hereby certify:

7

8        That the foregoing witness was by me duly sworn;

9    that the deposition was then taken before me at the

10   time and place herein set forth; that the testimony

11   and proceedings were reported stenographically by me

12   and later transcribed into typewriting under my

13   direction; that the foregoing is a true record of the

14   testimony and proceedings taken at that time.

15       That before the conclusion of the

16   deposition, the witness has requested a review of

17   this transcript pursuant to Rule 30(e)(1).

18

19       IN WITNESS WHEREOF, I have subscribed my name

20   this 4th day of May, 2017.

21

22                    _____

23                    MARCELINE F. NOBLE, CSR No. 3024

24

25



Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN, et )
                         )
al.,                     )
                         )
        Plaintiff,       )
                         )
   vs.                   )  Civil Case No.
                         )  14-cv-03074-CMA-KMT
INTEREXCHANGE INC., et   )
al.,                     )
                         )
        Defendants.      )
_____)


        Videotaped Deposition of SUSAN HAYES, taken
        on behalf of the Plaintiff, at 686 Anton
        Boulevard, Costa Mesa, California, commencing
        at 8:38 A.M. on Thursday, August 24, 2017,
        before SHANNA GRAY, Certified Shorthand
        Reporter, Certificate No. 13690.

   CONFIDENTIAL EXCERPT BOUND UNDER SEPARATE COVER


                 -    -    -

             MAGNA LEGAL SERVICES
                (866) 624-6221
               www.magnaLS.com



Page 13

```
 1              THE VIDEOGRAPHER:   The court reporter will now
 2    swear in the witness.
 3                          SUSAN HAYES,
 4       having been first duly sworn by the court reporter,
 5                       testified as follows:
 6
 7                          EXAMINATION
 8    BY MR. VALDIVIESO:
 9         Q.   Good morning, Ms. Hayes.
10         A.   Good morning.
11         Q.   Have you been deposed before?
12         A.   No.
13         Q.   Have you ever given testimony in a nondeposition
14    setting?
15         A.   No.
16         Q.   So given that this is your first time --
17         A.   Yes.
18         Q.   -- I'll walk you through some ground rules so
19    that we're all on the same page so that today can go
20    smoothly.  First of all, we're going to be on the record
21    today.  We have a court reporter who's transcribing what
22    you're saying, and we have a videographer who's taking a
23    video of you.  I would request that your answers be verbal
24    rather than nodding or shaking your head or making any
25    gestures so that we can have an accurate record.  Is that
```



Page 40

1   do you see where it says "provide the au pair with 195.75
2   weekly pocket money"?
3       A.   I do.
4       Q.   And were you responsible for approving the
5   content of that sentence?
6       A.   I was.
7       Q.   And does anything in that sentence indicate the
8   195.75 is a minimum?
9       A.   I think it's implicit.  It doesn't say a maximum
10  either.  So...
11      Q.   But if you go two bullets above that, it says
12  "agree in advance to a child care schedule not exceeding
13  45 hours per week"?
14      A.   Correct.
15      Q.   "And ten hours per day"?
16      A.   Mm-hm.
17      Q.   And is 45 hours per week a maximum?
18      A.   It is a maximum.
19      Q.   And are there words in that sentence that
20  indicate that it's a maximum?
21      A.   "Not exceeding."
22      Q.   So the words "not exceeding" to you indicate that
23  45 hours is a maximum amount of time that an au pair can
24  work?
25      A.   Yes.



Page 49

1    meant to inform the host family what their

2    responsibilities are with respect to the au pair stipend?

3         A.   Yes.

4         Q.   And is there anything in that sentence that

5    indicates to a host family that the 195.75 is a minimum?

6         A.   Again, I believe it's implicit.

7         Q.   And what do you think -- what, if anything, would

8    lead a reader to find that it's implicit?

9              MS. FITZGERALD:   Object to the form.

10             THE WITNESS:   I -- maybe just based on historical

11   action.   I mean, the -- again, it's -- there's nothing

12   that says a maximum there either.

13   BY MR. VALDIVIESO:

14        Q.   The very next sentence says "au pair cannot

15   provide more than 45 hours of child care for extra money."

16   Do you see that?   It's in the same --

17        A.   Oh, I'm sorry.   On the same -- mm-hm.

18        Q.   -- item.

19             Now, is the 45 hours of child care, is that a

20   maximum or a minimum?

21        A.   That's a maximum.

22        Q.   And what in that sentence indicates to a host

23   family that 45 hours of child care is a maximum?

24        A.   Well, it says "cannot provide more than 45 hours

25   of child care."



Page 55

1          Q.    When you decided to add "not less than" to the

2    sentence describing the au pair stipend, did you take into

3    consideration what other sponsors did with respect to

4    their materials and their description of the au pair

5    stipend --

6          A.    Absolutely not.

7          Q.    -- when making that change?

8          A.    Absolutely not.  None.

9          Q.    And did you discuss with any defendant -- sorry.

10   Did you discuss with anyone, any of the sponsor agencies

11   best practices with respect to the description of the

12   au pair stipend?

13         A.    Never.

14         Q.    And did you discuss with any of the au pair

15   sponsors, anyone -- anyone who works for one of the

16   au pair sponsors best practices with respect to the number

17   of hours that an au pair can work?

18         A.    No.

19         Q.    You said earlier that part of your

20   responsibilities as alternate responsible officer you had

21   some responsibility for interacting with the Department of

22   State; is that right?

23         A.    Mm-hm.  It means I have the opportunity to,

24   mm-hm.

25         Q.    Do you consider yourself EurAupair's primary



Page 81

1    Colombian partners.  I'm asking John Fredy what could he

2    provide me before I consider working with another partner

3    in Colombia.

4        Q.    And why do you prefer not to work with multiple

5    companies in the same country?

6        A.    We've always preferred exclusivity if possible.

7        Q.    And why is that?

8        A.    Consistency.

9        Q.    Turning to page 1179, I'm looking at an e-mail

10   from you to Mr. Fredy dated April 8, time stamped 4:03.

11   You wrote "The two applicants you already sent are par

12   experience applicants which are a bit harder to place as

13   the families have to pay a higher program fee and they

14   have to pay the au pairs $250 per week rather than 195.75

15   per week."  Did I read that accurately?

16       A.    Yes, you did.

17       Q.    And do you believe that it is harder to place par

18   experience applicants?

19       A.    Not always.  Maybe at this time it was.  Simply

20   due to the increased cost.

21       Q.    And is the category par experience is that unique

22   to EurAupair?

23       A.    The term is.  I don't know if the category is.

24       Q.    Is the category a category that's created by the

25   Department of State?


MAGNA
LEGAL SERVICES
App. p. 64

Page 82

1       A.    No.

2       Q.    Did that category already exist when you came to

3   EurAupair in 2001 or was it created during your time?

4       A.    Oh, goodness.  I don't remember.  I really don't

5   remember.

6       Q.    And do you recall the rationale for why par

7   experience au pairs were paid $250 per week rather than

8   195.75 per week?

9       A.    I think it was simply more because they had

10  more -- either more education or more experience.

11      Q.    And so these two au pairs that Mr. Fredy was

12  asking you to place, you believed that they had the --

13  they met the requirements for par experience?

14      A.    Mm-hm, yes.

15      Q.    Then I'm looking at the bottom of 1177.  Fredy

16  wrote you at 3:12 p.m.  "Both girls could be PE, but we

17  need to place them asap.  So I would appreciate if you

18  could place them as regular ones in order to place them

19  faster."  Do you see that?

20      A.    I do.

21      Q.    And by "PE" is he referring to par experience?

22      A.    Yes.

23      Q.    And then at 3:23 p.m. you wrote Ms. Fass, a

24  person named Tiare Toulon, Miriam Weyand, and someone

25  named Jill McFadden; is that right?



Page 85

```
 1        A.    Correct.

 2        Q.    Do you see that?

 3        A.    Uh-huh.

 4        Q.    What do you mean by "infant care experience"?

 5        A.    Okay.  These would be for our purpose anyone

 6   between 19 and 26 who has at least 200 hours of infant

 7   care experience or dealing with children under two.

 8        Q.    And what is the stipend that applies to regular

 9   au pairs with infant care experience?

10        A.    Minimum 195.75.

11        Q.    And why -- is it fair to say that you were

12   expressing a preference for a regular program applicant

13   with infant care experience?

14        A.    I just was looking for more applicants, I think,

15   at that time.

16        Q.    Well, why did you use the word "hopefully" in

17   describing the infant care experience?

18        A.    Infant care experience is preferable with most of

19   our families.

20        Q.    And that's based on your experience as executive

21   director of EurAupair?

22        A.    Mm-hm.

23        Q.    So in their application materials do they

24   indicate a preference whether there's infant care

25   experience or not?
```



Page 201

```
 1   STATE OF CALIFORNIA      )
                              ) SS.
 2   COUNTY OF LOS ANGELES    )

 3

 4            I, Shanna Gray, a Certified Shorthand Reporter,

 5   in and for the State of California, do hereby certify:

 6            That the witness named in the foregoing

 7   deposition had, before the commencement of the deposition,

 8   solemnly stated under penalty of perjury that the evidence

 9   given in this issue or matter shall be the truth, the

10   whole truth, and nothing but the truth;

11            That said proceedings were taken down in

12   stenographic writing by me and thereafter reduced to a

13   transcript under my direction;

14            I further certify that the foregoing is a full,

15   true, and correct transcript of said proceedings.

16            I further certify that I am neither counsel for,

17   nor related to, any party to said action, nor in anywise

18   interested in the outcome thereof.

19            That prior to the completion of the foregoing

20   deposition, review of the transcript was not requested.

21            In witness whereof, I have hereunto subscribed my

22   name this 8th day of September, 2017.

23

24                                _____

                                  Shanna Gray, CSR No. 13690

25
```



Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

--------------------------------X

JOHANA PAOLA BELTRAN, et al.,  )

                Plaintiffs,    ) Civil Case No.

        v.                     ) 14-cv-03074-CMA-KMT

INTEREXCHANGE INC., et al.,    )

                Defendants.    )

--------------------------------X

VIDEOTAPED DEPOSITION OF HOLLY HAWTHORNE BROWN
Thursday, August 24, 2017; 9:07 a.m.

Job No.:   328846
Pgs.   1 - 186
Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR,
CCR, CLR, RSA, LiveDeposition Authorized Reporter
MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 11

```
 1                          -  -  -

 2                  HOLLY HAWTHORNE BROWN,

 3          after having been first duly sworn, was

 4              examined and testified as follows:

 5                          -  -  -

 6                          -  -  -

 7          EXAMINATION BY COUNSEL FOR PLAINTIFFS

 8                          -  -  -

 9  BY MR. LIBLING:

10      Q.     Good morning, Ms. Brown.

11      A.     Good morning.

12      Q.     So have you ever been deposed

13  before?

14      A.     I have not.

15      Q.     All right.  So there are many ground

16  rules.  The -- it will go easiest if we don't

17  speak over each other.  So I will endeavor to

18  let you finish.  And even if you know what the

19  question is going to be, if you could let the

20  question finish and then give your answer, we'll

21  have a cleaner record.

22      A.     Very good.
```



Page 24

1    and up to 10 hours a day; they have to have a

2    day and a half off each week and one full

3    weekend a month.

4        Q.    Do you discuss anything about the

5    stipend that au pairs will receive during the

6    screening?

7        A.    We -- yes, it comes up.

8        Q.    What do you discuss during the

9    screening about the stipend?

10       A.    Well, it's -- that the stipend is

11   paid weekly.  It's not based on the number of

12   hours they work.  While they cannot work more

13   than 45, it cannot -- it cannot get any less

14   than the weekly stipend.  And -- what else?

15   They can't bank hours, so they can't work less

16   one week and work more the rest -- the next

17   week.  But the stipend has to be paid each week

18   in full.

19       Q.    Do you discuss the amount of the

20   stipend?

21       A.    It's a minimum of 195.75 per week,

22   provided it's a regular-placed au pair.



Page 25

1          Q.      When you say "it's a minimum," do

2     you tell host families that they can pay more

3     than 195.75?

4          A.      Certainly, yeah.

5          Q.      Do they -- is that something that

6     you volunteer as part of your general -- as part

7     of every screening or only when it comes up?

8          A.      That they -- I word it just like I

9     said to you: The minimum -- the minimum stipend

10    is 195.75 per week.

11         Q.      And is that normally the end of the

12    conversation, or is there --

13         A.      No, sometimes families will ask,

14    just what you said, Is it okay to pay more? And

15    I say, Certainly, absolutely; if you think that

16    they're doing a good job and they're worth it,

17    then absolutely.

18         Q.      You also mentioned orientation for

19    host families and au pairs as something that you

20    would work on?

21         A.      Correct.

22         Q.      What is involved in the orientation



Page 32

1        Q.    I'm asking what you say about the

2    stipend during the orientation.

3        A.    Okay.

4              Then -- well, then we discuss that

5    the stipend should be paid weekly and it's --

6    and it's paid -- it can't be prorated.  So a

7    family can't say, You were sick one day, so you

8    get less of a stipend.

9              The stipend, again, is paid for up

10   to 45 hours of childcare.  It's not paid for a

11   certain -- there's -- it's -- the stipend is the

12   stipend.

13       Q.    Do you discuss the amount of the

14   stipend?

15       A.    I would say that that would vary,

16   because they already know the stipend.  It's

17   not -- so I don't know that I would actually go

18   back and reiterate something that they would

19   already know, but if they asked, absolutely.

20       Q.    If they asked, what would you tell

21   them?

22       A.    That it's a minimum of 195.75 per



Page 33

1    week.

2         Q.    Do you ever discuss negotiating the

3    stipend with an au pair?

4         A.    That -- I don't know that I've been

5    asked that, about --

6         Q.    You said that the --

7         A.    -- negotiating.  I -- I don't

8    know -- I don't think anybody's asked me that.

9         Q.    And it's not something you

10   volunteer?

11        A.    Negotiations?

12        Q.    Yeah.

13        A.    No, I don't.

14        Q.    You said that they already know the

15   stipend by the time they get to the orientation,

16   the au pairs; is that right?

17        A.    Um-hum.

18        Q.    How do they know the stipend

19   already?

20        A.    Well, they are told that before they

21   come over.  They have an agreement, or

22   something, I think, that they sign.  I don't



Page 36

1    that.

2              Anytime anybody wanted to speak,

3    they don't have to wait for the monthly meeting.

4    They can reach out to a community counselor at

5    any time.  But it -- if that was something that

6    was important to her, absolutely.

7         Q.    Okay.  So by "it can be," were you

8    telling me that it's not mandatory that you

9    discuss that at every face-to-face meeting, but

10   it is an opportunity to discuss that if that is

11   something the au pair wants to discuss?

12        A.    Correct.

13        Q.    With that same understanding, can it

14   also be an opportunity to ensure that au pairs

15   are working the appropriate number of hours?

16        A.    Yes.

17        Q.    And can it also be an opportunity to

18   ensure that au pairs are receiving the stipend

19   they're entitled to?

20        A.    Yes.

21        Q.    And if au pairs are not receiving

22   the stipend they're entitled to or they're



Page 37

1    working too many hours or the wrong kind of job

2    responsibilities, what are your obligations when

3    you learn that information?

4         A.    In the case of an au pair that says

5    she's working too many hours, you would have

6    to ask -- you have to ask some questions.  In

7    some cases, they are -- in some cases, it's just

8    a communication hiccup between a family and an

9    au pair.  So you -- first you have to look into

10   it and ask her to write down the number of hours

11   that she's actually working, talk to the host

12   family, and you have to determine first that

13   it's accurate.

14        Q.    So once you have investigated, and

15   let's say it is accurate, in this particular

16   instance, that the au pair is working too many

17   hours, what do you do then?

18        A.    Well, the host family is told they

19   have to stop immediately.

20        Q.    And if it becomes a repeated

21   problem, which I know, hopefully, it doesn't --

22   but if it becomes a repeated problem, what do



Page 38

1    you do at that point?

2          A.     Well, I wouldn't do anything, again,

3    because that's -- EurAupair makes the decisions

4    on what they're going to do, but it's reported

5    to the office, so . . .

6          Q.     Are you aware of what EurAupair does

7    in such situations?

8          A.     Yes.

9          Q.     What does EurAupair do in such

10   situations?

11         A.     If a family is not staying compliant

12   with the State Department regulations and she's

13   working overhours, they will remove her from the

14   home.

15         Q.     That's a decision that's made by

16   somebody else?

17         A.     Oh, yes.

18         Q.     In your answers, you were specific

19   to if the host family is requiring too many

20   hours.

21                Does the process change if what the

22   host family is doing is requiring job



Page 48

1        A.    I -- yes, it would be brought up

2    because I know that's where . . .

3        Q.    What would you be told about the

4    stipend at the in-person training?

5        A.    Again, that it's a minimum of 195.75

6    per week.

7        Q.    Are community counselors -- is it

8    part of community counselors' job

9    responsibilities to be involved in the

10   discussions between au pairs and host families

11   about what the stipend is actually going to be?

12       A.    Repeat that again.

13       Q.    Is it part -- it's part of a

14   community coordinator's -- sorry -- a community

15   counselor's job responsibilities to ensure that

16   the 195.75, as a minimum, is paid, correct?

17       A.    I'm hesitant because I -- it's --

18   really, it's EurAupair that does that --

19   enforces things when something goes wrong.

20   We're just the monitors.  Does that make sense?

21       Q.    It does.

22       A.    Yeah.  So I -- I wouldn't go in



Page 89

1        Q.      You mentioned being paid weekly.

2                Is there anything else about the

3        stipend that you would train community

4        coordinators on?

5        A.      Do you have a specific question?

6        Q.      The amount of the stipend.

7        A.      Well, what I mentioned before, that

8        the stipend is a minimum payment of 195.75, and

9        if it was a par Expérience au pair, it would be

10       a minimum of $250.

11       Q.      Anything else about the stipend that

12       you tell community counselors?

13       A.      That it can't be prorated, it has to

14       be paid in full each week, and, again -- and --

15       and it's not based -- it's based on up to 45

16       hours; if an au pair is sick, she still has to

17       be paid.

18                That's all I can think of off the

19       top of my head.

20       Q.      Are you involved in marketing the

21       au pair program?

22       A.      Marketing?



Page 183

```
 1                    C E R T I F I C A T E

 2    DISTRICT OF COLUMBIA:

 3         I, Cindy L. Sebo, a Notary Public within

 4    and for the Jurisdiction aforesaid, do hereby

 5    certify that the foregoing deposition was

 6    taken before me, pursuant to notice, at the

 7    time and place indicated; that said deponent

 8    was by me duly sworn to tell the truth, the

 9    whole truth, and nothing but the truth;

10    that the testimony of said deponent was

11    correctly recorded in machine shorthand by

12    me and thereafter transcribed under my

13    supervision with computer-aided transcription;

14    that the deposition is a true record of the

15    testimony given by the witness; and that I am

16    neither of counsel nor kin to any party in said

17    action, nor interested in the outcome thereof.

18
                     _____
19

20         Cindy L. Sebo, RMR, CRR, RPR, CSR,

21              CCR, CLR, RSA, Notary Public

22
```



MAGNA

App. p. 79 LEGAL SERVICES