**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

     Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

     Defendants.

_____

**DEFENDANT EURAUPAIR INTERCULTURAL CHILD CARE PROGRAM'S
UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN
EXHIBITS FILED IN SUPPORT OF EURAUPAIR'S MOTION FOR SUMMARY
JUDGMENT**
_____

Pursuant to D.C.COLO.LCivR 7.2, Defendant EurAupair Intercultural Child Care

Programs ("EurAupair"), hereby moves the Court for an Order restricting public access,

under Level 1, to certain exhibits filed in support of EurAupair's Motion for Summary

Judgment [ECF No. 877] and the same exhibits found at pages 571 – 816 of the

Appendix of Restricted Documents filed as Restricted – Level 1 at ECF No. 862. In

support thereof, EurAupair states as follows:

1.     Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for EurAupair

conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to

state that Plaintiffs do not oppose the relief requested herein.

2.     All parties to this action have stipulated to the Amended Stipulated

Protective Order ("Protective Order") that is consistent with the requirements set forth in

*Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000). The Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Amended Stipulated Protective Order ¶ 1 [ECF No. 694].

3.      Pursuant to the Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. *Id.* ¶ 8.

4.      Contemporaneously with this motion, EurAupair is filing its Motion for Summary Judgment. Pursuant to CMA Civ. Practice Standard 7.1E(d)(1), EurAupair is filing this Motion to Restrict public access and attaching the portions of the appendix filed in support of its motion for summary judgment it believes should be filed under restriction that contain EurAupair's confidential, proprietary business information. Publicizing this confidential, proprietary business information would cause EurAupair— and potentially third parties—serious injury. Following, in accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), are the exhibits EurAupair identifies for which Level 1 restriction is sought and the interests to be protected.

5.      The Declaration of Celia Parker ("Parker Dec.") in support of EurAupair's Motion for Summary Judgment has been marked HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.

6.      Exhibit B to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is EurAupair's Host Family Recruiter Manual. This document has been marked CONFIDENTIAL without objection.

7.      Exhibit D to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is the 2014 Community Counselor Manual. This document has been marked CONFIDENTIAL without objection.

8.      Exhibit E to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is a EurAupair's Host Family Agreement. This document has been marked CONFIDENTIAL without objection.

9.      Exhibit F to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is EurAupair's Au Pair Orientation sheet. This document has been marked CONFIDENTIAL without objection.

10.      Exhibit G to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is EurAupair's Host Family Orientation sheet. This document has been marked CONFIDENTIAL without objection.

11.      Exhibit H to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is EurAupair's Au Pair Handbook. This document has been marked CONFIDENTIAL without objection.

12.      Exhibits K, L, M, N, O and P to the Parker Dec. in support of EurAupair's Motion for Summary Judgment are EurAupair's compliance reports from 2010 – 2015. These document have been marked CONFIDENTIAL without objection.

13.     Exhibit Q to the Parker Dec. in support of EurAupair's Motion for Summary Judgment is a sample quarterly questionnaire. This document has been marked CONFIDENTIAL without objection.

14.     All of the above-listed exhibits constitute EurAupair's confidential, sensitive and proprietary business information. If access is not restricted, this proprietary business information would be publicly accessible. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

WHEREFORE, for good cause shown, EurAupair respectfully requests this court enter an order restricting access, Level 1, to the exhibits to EurAupair's Motion for Summary Judgment identified above.

DATED this 16th day of February, 2018.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Martha L. Fitzgerald*
      Martha L. Fitzgerald
      David B. Meschke
      Brownstein Hyatt Farber Schreck, LLP
      410 Seventeenth Street, Suite 2200
      Denver, Colorado  80202-4432
      Phone:  303-223-1100
      Email:     mfitzgerald@bhfs.com
               dmeschke@bhfs.com

*Attorneys for Defendant EurAupair*
*Intercultural Child Care Programs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 16, 2018 a true and correct copy of the foregoing **DEFENDANT EURAUPAIR INTERCULTURAL CHILD CARE PROGRAM'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS FILED IN SUPPORT OF EURAUPAIR'S MOTION FOR SUMMARY JUDGMENT** was electronically filed using the CM/ECF system which will send notification of such filing to the following:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn Smalls
Sabria A. McElroy
Joshua J. Libling
Juan Valdivieso
Sean Rodriguez
Byron Pacheco
BOIES SCHILLER &
FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
smcelroy@bsfllp.com
jlibling@bsfllp.com
jvaldivieso@bsfllp.com
srodriguez@bsfllp.com
bpacheco@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE -
DENVER
alex@towardsjustice.org

**Counsel for Plaintiffs**

Lawrence Daniel Stone
Kathleen E. Craigmile
Aubrey J. Markson
NIXON SHEFRIN HENSEN
OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
amarkson@nixonshefrin.com

**Counsel for Defendant
A.P.E.X. American
Professional Exchange,
LLC, and 20/20 Care
Exchange, Inc. dba The
International Au Pair
Exchange, Inc.**

Thomas B. Quinn
Peggy Kozal
Nathan Huey
Jennifer Arnett-Roehrich
GORDON & REES SCULLY
MANSUKHANI
tquinn@gordonrees.com
pkozal@gordonrees.com
nhuey@gordonrees.com
jarnett-roehrich@grsm.com

**Counsel for Au PairCare,
Inc.**

Joseph B. Cartafalsa
Stephen J. Macri
Robert M. Tucker
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Joseph.carafalsa@ogletree.com
Stephen.macri@ogletree.com
robert.tucker@ogletree.com

John B. Fulfree
PUTNEY, TWOMBLEY, HALL
& HIRSON, LLP
jfulfree@putneylaw.com

Eric J. Stock
GIBSON, DUNN &
CRUTCHER, LLP
estock@gibsondunn.com

**Counsel for Defendants
American Institute for
Foreign Study dba Au Pair in
America, and APF Global
Exchange, NFP dba Aupair
Foundation AND American
Institute for Foreign Study
dba Au Pair in America**

Joan A. Lukey
Lyndsey M. Kruzer
Kevin P. O'Keefe
Robert M. Buchanan, Jr.
Justin J. Wolosz
Michael T. Gass
Samuel N. Rudman
CHOATE HALL & STEWART
joan.lukey@choate.com
lkruzer@choate.com
kokeefe@choate.com
rbuchanan@choate.com
jwolosz@choate.com
mgass@choate.com
srudman@choate.com

Diane Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA
ROTHGERBER CHRISTIE
LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com

**Counsel for Cultural Care, Inc. dba Cultural Care Au Pair**

Kathryn A. Reilly
Natalie E. West
Brett M. Mull
WHEELER TRIGG
O'DONNELL LLP
reilly@wtotrial.com
west@wtotrial.com
mull@wtotrial.com

Brian A. Birenbach
THE REITZ LAW FIRM LLC
brian@rietzlawfirm.com

**Counsel for Defendants American Cultural Exchange, LLC dba GoAuPair, Au Pair International, Inc., and Agent Au Pair**

Brooke A. Colaizzi
Heather F. Vickles
Alyssa L. Levy
Joseph H. Hunt
Raymond M. Deeny
SHERMAN & HOWARD LLC
bcolaizzi@shermanhoward.com
hvickles@shermanhoward.com
alevy@shermanhoward.com
jhunt@shermanhoward.com
rdeeny@shermanhoward.com

**Counsel for Defendant InterExchange, Inc.**

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

**Counsel for Defendant US AuPair, Inc.**

Adam A. Hubbard
Jonathan S. Bender
James E. Hartley
HOLLAND & HART
aahubard@hollandhart.com
jsbender@hollandhart.com
jhartley@hollandhart.com

**Counsel for Defendant Cultural Homestay International**

Bogdan Enica
bogdane@hotmail.com

**Counsel for Defendant Expert Group International, Inc.**

Meshach Y. Rhoades
Martin J. Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
mrhoades@armstrongteadale.com
mestevao@armstrongteasdale.com
vknapp@armstrongteasdale.com

**Counsel for Defendant GreatAuPair, LLC**

*s/ Shirley M. Newman*