**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT EURAUPAIR INTERCULTURAL CHILD CARE PROGRAM'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS FILED IN SUPPORT OF EURAUPAIR'S MOTION FOR SUMMARY JUDGMENT**

The Court has reviewed Defendant EurAupair Intercultural Child Care Programs ("EurAupair"), Unopposed Motion to Restrict Public Access (Level 1) to certain exhibits filed in support of EurAupair's Motion for Summary Judgment, and the same exhibits found at pages 571 – 816 of the Appendix of Restricted Documents filed as Restricted – Level 1 at ECF No. 862, and is otherwise advised on the matter, hereby GRANTS the unopposed motion. The following Exhibits shall retain Level 1 restricted access: Declaration of Celia Parker and Exhibits B, D, E, F, G, H, K, L, M, N, O, P, Q.

    DATED this ____ day of _____, 2018.

                                                    Christine M. Arguello
                                                    United States District Judge