## ADDENDUM A

### I. NEGLIGENT MISREPRESENTATION

Plaintiffs must prove each of the following elements by a preponderance of the evidence:

(1) the defendant, owing a duty of care to the plaintiff, negligently asserts a false statement;

(2) the defendant intends that his or her statement will be acted upon by the plaintiff;

(3) the defendant has knowledge that the plaintiff will probably rely on the statement which, if erroneous, will cause loss or injury;

(4) the plaintiff, justifiably, takes action in reliance on the statement; and

(5) the plaintiff suffers damage proximately caused by the defendant's negligence.

*White v. Kennedy Krieger Inst., Inc.*, 110 A.3d 724, 751 (Md. 2015) (evidentiary burden);

*Lloyd v. Gen. Motors Corp.*, 916 A.2d 257, 273 (Md. 2007) (elements).

### II. FRAUDULENT CONCEALMENT

Plaintiffs must prove each of the following elements by clear and convincing evidence:

(1) the defendant owed a duty to the plaintiff to disclose a material fact;

(2) the defendant failed to disclose that fact;

(3) the defendant intended to defraud or deceive the plaintiff;

(4) the plaintiff took action in justifiable reliance on the concealment; and

(5) the plaintiff suffered damages as a result of the defendant's concealment.

*Md. Envt'l Trust v. Gaynor*, 803 A.2d 512, 516 (Md. 2002) (evidentiary burden); *Green v. H & R Block*, 735 A.2d 1039, 1059 (Md. 1999).

### III. CONSTRUCTIVE FRAUD

Plaintiffs must prove by clear and convincing evidence that:

(1) the defendant breached a legal or equitable duty;

(2) breach of that duty has a tendency to deceive others, to violate public or private confidence, or to injure the public interest; and

(3) Plaintiffs were deceived or misled by the defendant's actions.

*Canaj, Inc. v. Baker & Div. Phase III, LLC*, 893 A.2d 1067, 1096 (Md. 2006) (elements);

*Dixon v. Process Corp.*, 382 A.2d 893, 901 (Md. 1978) (evidentiary burden).

### IV. MARYLAND CONSUMER PROTECTION ACT

Plaintiffs must prove the following elements by a preponderance of the evidence:

(1) an unfair or deceptive practice or misrepresentation by the defendant;

(2) plaintiff's reliance on that deceptive act or misrepresentation; and

(3) actual injury as a result of defendant's conduct

*White v. Kennedy Krieger Inst., Inc.*, 110 A.3d 724, 751 (Md. 2015) (evidentiary burden);

*Stewart v. Bierman*, 859 F. Supp. 2d 754, 768 (D. Md. 2012) (elements).