IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

---

**DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 860] AND CULTURAL CARE, INC.'S INDIVIDUAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 879]**

---

    Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Defendant Cultural Care, Inc. ("Cultural Care") hereby moves the Court for an Order restricting public access, under Level 1, to certain exhibits to Certain Defendants' Motion for Summary Judgment [ECF No. 860] and Cultural Care, Inc.'s Individual Brief In Support of Defendants' Motion for Summary Judgment [ECF No. 879]. In support thereof, Cultural Care states as follows:

    1.    As required by D.C.COLO.LCivR 7.1(a), counsel for Cultural Care conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to state that Plaintiffs do not oppose the relief requested herein.

    2.    All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the

requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3.      The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure."  Amended Stipulated Protective Order ¶ 1 [ECF No. 694].

4.      Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.  *Id.* ¶ 8.

5.      On February 16, 2018, certain Defendants filed their Motion for Summary Judgment [ECF No. 860] and Cultural Care filed its Individual Brief in Support of Defendants' Motion for Summary Judgment [ECF No. 879].  The moving Defendants filed consolidated appendices: (1) an unrestricted appendix, ECF No. 861 ("Defs.' App."), with placeholders for restricted documents pursuant to CMA Civ. Practice Standard 7.1E(d)(1) and (2) a restricted appendix, ECF No. 862 ("Defs.' R. App"). Cultural Care included certain confidential documents in support of the Defendants' Motion for Summary Judgment and its individual brief in the restricted appendix.

6.      In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), Cultural Care identifies the documents for which restriction is sought and the interests to be protected as follows:

      **a.**      **Email Correspondence**

CC00008224, CC00010503, and CC00019041 contain email correspondence and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  [Defs.' App. 446-447, 449, ECF No. 861-7; Defs.' R. App. 336, 340, 514, ECF Nos. 862-17, 862-18].  These emails contain personal identifying information about au pairs and their host families.  These emails also reflect confidential business information about Cultural Care's internal processes and procedures.

      **b.**      **CC00014815 - Au Pair Training School Workbook**

CC00014815 is Cultural Care's Au Pair Training School Workbook and is marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  [Defs.' App. 448, ECF No. 861-7; Defs.' R. App. 343, ECF No. 862-19].  This workbook contains confidential and proprietary business information of Cultural Care.

      **c.**      **CC00034827 – DOS Letter**

CC00034827 is a DOS letter regarding a review of Cultural Care and its compliance with program regulations.  [Defs.' App. 450, ECF No. 861-7; Defs.' R. App. 516, ECF No. 862-19].  The letter reflects confidential information about Cultural Care.

      **d.**      **Cultural Care, Inc.'s Answers to Plaintiff's First Set of Interrogatories**

Cultural Care's Answers contain confidential and personal information about au pairs and host families.  [Defs.' App. 451, ECF No. 861-7; Defs.' R. App. 517, ECF No. 862-19].  These answers also describe aspects of Cultural Care's business operations and internal procedures.

  **e. Exhibits B, C, D, and E to Jordan Declaration**

Exhibits B – E are Independent Auditors Reports from 2010-2013 and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  [Defs.' App. 164-167, ECF No. 861-2; Defs.' R. App. 15-52, ECF Nos. 862-1, 861-2, 861-3].  These reports contain confidential and proprietary business information about Cultural Care.

  **f. Exhibits F, G, H, I, J, K, and L to Jordan Declaration**

Exhibits F-L are au pair satisfaction surveys from 2009 – 2015 and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  [Defs.' App. 168-174, ECF No. 861-2; Defs.' R. App. 65-71, ECF No. 862-4].   These surveys reflect confidential business and competitive information.

  **g. Exhibits M and N to Jordan Declaration**

Exhibits M and N contain Cultural Care LCC monthly contact reports and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  [Defs.' App. 175, 176, ECF No. 861-2; Defs.' R. App. 72, 86, ECF No. 862-4].  These reports reflect confidential information about au pairs and contain personally identifying information about au pairs and host families.

  **h. Exhibit O to Jordan Declaration**

Exhibit O is an email marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibit O describes business meetings with the Alliance and Department of State regarding the au pair program.  [Defs.' App. 177, ECF No. 861-2; Defs.' R. App. 121, ECF No. 862-5].   The email contains confidential information about the meetings, what was discussed, and the possible impact on Cultural Care.

### i. Exhibits P, Q, and R to Jordan Declaration

Exhibits P – R are marked CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  [Defs.' App. 178-180, ECF No. 861-2; Defs.' R. App. 124, 195, 264, ECF Nos. 862-5, 862-7, 862-9].  Exhibits P – R contain internal compliance presentations that reflect confidential business and proprietary information of Cultural Care.

### j. Excerpts of 30(b)(6) Deposition of Natalie Jordan (4-14-2017)

The excerpts of the 30(b)(6) deposition of Cultural Care contain confidential business information about Cultural Care's legal structure, its operations, and its affiliate organizations.  [Defs.' App. 1071, 1176, 1212, ECF No. 861-7; Defs.' R. App. 530, 1018, 1060, ECF No. 862-19].  The excerpts also include information as to the selection and placement of au pairs and the matching process.

### k. Deposition of Goran Rannefors (6-12-2017)

The excerpts of the Goran Rannefors deposition contain confidential information about Cultural Care and its operations.  [Defs.' App. 453, ECF No. 861-7; Defs.' R. App. 561, ECF No. 862-19].

### l. Stiroh Expert Reports

The Stiroh Merits Report (7-31-17) and the Stiroh Merits Rebuttal Report (10-30-17) contain confidential, proprietary business information relating to Cultural Care's, and other Defendants', business practices, finances, and operations.  [Defs.' App. 1105, 1104, ECF No. 861-17; Defs.' R. App. 957, 907, ECF No. 862-22].  Many of the

documents Dr. Stiroh relied on for her analysis and opinions were marked CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

WHEREFORE, for the foregoing reasons, Cultural Care respectfully requests that this Court issue an Order restricting public access, under Level 1, to the foregoing documents.

Dated:  February 16, 2018                    Respectfully submitted,

*s/ Diane R. Hazel*
Joan A. Lukey
(joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass
(mgass@choate.com)
Justin J. Wolosz
(jwolosz@choate.com
Lyndsey M. Kruzer
(lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

6

## CERTIFICATE OF SERVICE

   I hereby certify that on February 16, 2018, I caused to be electronically filed the foregoing **DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 860] AND CULTURAL CARE, INC.'S INDIVIDUAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 879]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

| | |
|---|---|
| Matthew L. Schwartz (mlschwartz@bsfllp.com)<br>Peter M. Skinner (pskinner@bsfllp.com)<br>Randall W. Jackson (rjackson@bsfllp.com)<br>Dawn L. Smalls (dsmalls@bsfllp.com)<br>Joshua J. Libling (jlibling@bsfllp.com)<br>Lauren F. Louis (llouis@bsfllp.com)<br>Sigrid S. McCawley (smccawley@bsfllp.com)<br>Sabria A. McElroy (smcelroy@bsfllp.com)<br>Byron Pacheco (bpacheco@bsfllp.com)<br>Sean P. Rodriguez (srodriguez@bsfllp.com)<br>Juan P. Valdivieso (jvaldivieso@bsfllp.com)<br>Boies Schiller & Flexner, LLP<br><br>Alexander N. Hood (alex@towardsjustice.org)<br>Towards Justice-Denver<br><br>*Counsel for Plaintiffs* | Brooke A. Colaizzi (bcolaizzi@shermanhoward.com)<br>Raymond Myles Deeny (rdeeny@shermanhoward.com)<br>Alyssa Lauren Levy (alevy@shermanhoward.com)<br>Heather Fox Vickles (hvickles@shermanhoward.com)<br>Joseph H. Hunt (jhunt@shermanhoward.com)<br><br>*Counsel for InterExchange, Inc.* |
| Chanda Marie Feldkamp (cfeldkamp@kellywalkerlaw.com)<br>William James Kelly, III (wkelly@kellywalkerlaw.com)<br><br>*Counsel for USAuPair, Inc.* | Martin Jose Estevao (mestevao@armstrongteasdale.com)<br>Meshach Yustine Rhoades (mrhoades@armstrongteasdale.com)<br>Vance Orlando Knapp (vknapp@armstrongteasdale.com)<br><br>*Counsel for GreatAuPair, LLC* |
| Bodgan Enica (bogdane@hotmail.com) | David Meschke (dmeschke@bhfs.com) |

| | |
|---|---|
| *Counsel for Expert Group International, Inc. d/b/a Expert AuPair* | Martha Louise Fitzgerald (mfitzgerald@bhfs.com)<br><br>*Counsel for Euraupair InterCultural Child Care Programs* |
| Adam Hubbard (ahubbard@hollandhart.com)<br>James Edward Hartley (jhartley@hollandhart.com)<br>Jonathan S. Bender (jsbender@hollandhart.com)<br><br>*Counsel for Cultural Homestay International* | Jennifer Arnett Roehrich (jarnett@roehrich@grsm.com)<br>Nathan Andrew Huey (nhuey@gordonrees.com)<br>Peggy Kozal (pkozal@gordonrees.com)<br>Thomas Baker Quinn (tquinn@gordonrees.com)<br><br>*Counsel for AuPairCare, Inc.* |
| Brett Michelle Mull (mull@wtotrial.com)<br>Kathryn A. Reilly (reilly@wtotrial.com)<br>Natalie Elizabeth West (west@wtotrial.com)<br><br>*Counsel for Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Agent Au Pair, and GoAuPair Operations, LLC* | Susan M. Schaecher (sschaecher@fisherphillips.com)<br><br>*Counsel for APF Global Exchange d/b/a Aupair Foundation* |
| Eric Jonathan Stock (estock@gibsondunn.com)<br>John B. Fulfree (jfulfree@putneylaw.com)<br>Joseph B. Cartafalsa (joseph.cartafalsa@ogletreedeakins.com)<br>Robert M. Tucker (Robert.tucker@ogletreedeakins.com)<br>Stephen J. Macri (Stephen.macri@ogletree.com)<br><br>*Counsel for American Institute for Foreign Study d/b/a Au Pair in America* | Brian Alan Birenbach (brian@rietzlawfirm.com)<br><br>*Counsel for Au Pair International, Inc. and American Cultural Exchange, LLC d/b/a GoAuPair* |
| Aubrey Jane Markson (amarkson@nixonshefrin.com)<br>Kathleen E. Craigmile (kcraigmile@nixonshefrin.com)<br>Lawrence Daniel Stone (lstone@nixonshefrin.com) | Harvey J. Wolkoff (Harvey.wolkoff@ropesgray.com)<br><br>*Counsel for International Care Limited* |

| | |
|---|---|
| *Counsel for A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, LLC d/b/a International Au Pair Exchange* | |

*s/ Diane R. Hazel*
Diane R. Hazel