IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 860] AND CULTURAL CARE, INC.'S INDIVIDUAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 879]**
_____

The Court has reviewed Defendant Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Certain Exhibits to Certain Defendants' Motion for Summary Judgment [ECF No. 860] and Cultural Care, Inc.'s Individual Brief in Support of Defendants' Motion for Summary Judgment [ECF No. 879] ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

The following documents shall retain Level 1 access:

- CC00008224
- CC00010503
- CC00019041
- CC00014815

- CC00034827

- Cultural Care, Inc.'s Answers to Plaintiff's First Set of Interrogatories

- Exhibits B-R of Natalie Jordan Declaration

- Excerpts of 30(b)(6) Deposition of Natalie Jordan (4-14-2017)

- Excerpts of Deposition of Goran Rannefors (6-12-2017)

- Stiroh Merits Report

- Stiroh Merits Rebuttal Report

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Christine M. Arguello
United States District Court Judge