**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**PLAINTIFFS' MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO**
**PLAINTIFFS' MOTION FOR**
**PARTIAL SUMMARY JUDGMENT [ECF No. 886]**

---

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R 7.2, hereby respectfully submit this Motion to Restrict Public Access to Plaintiffs' Motion For Partial Summary Judgment ("Partial Summary Judgment Motion"), as follows:

1.  Plaintiffs have submitted the Partial Summary Judgment Motion and the supporting Movants' Appendix as ECF No. 886.

2.  All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).  ECF No. 305.

3.  This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed

pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure."  ECF No. 305.

4.   Pursuant to the parties' Stipulated Protective Order, all Defendants have indicated they seek to have the many exhibits in the Movants' Appendix, as well as discussion of such exhibits in the Partial Summary Judgment Motion, restricted from public viewing.

5.   Plaintiffs do not take any position, either for or against, restricted treatment of those documents (or portions thereof).

6.   Plaintiffs have caused the Partial Summary Judgment Motion and the Movants' Appendix, including the exhibits attached thereto, to be restricted to Level 1 in anticipation of Defendants filing their own motion to restrict within the time frame provided by the governing rules.


Dated: New York, New York
          February 16, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

    /s/ Joshua J. Libling
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

bpacheco@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel.  (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*