IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

---

**PARTIES' JOINT MOTION FOR ORAL ARGUMENT ON THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 859, 860, 863, 864, 866, 867, 869, 871, 872, 873, 877, 879, 883, 884, 886]**

---

Plaintiffs and Defendants (collectively, "Parties"), through their undersigned counsel and pursuant to CMA Civ. Practice Standard 7.1(A)(f), hereby respectfully request that the Court set oral argument on their Motions for Summary Judgment [ECF Nos. 859, 860, 863, 864, 866, 867, 869, 871, 872, 873, 877, 879, 883, 884, 886] and, in support thereof, state as follows:

    1.    As required by D.C.COLO.LCivR 7.1(A), counsel for Defendants conferred with Plaintiffs' counsel in good faith regarding this motion. The parties decided to file one joint motion.

    2.    Defendants filed their Motions for Summary Judgment on February 16, 2018. ECF Nos. [859, 860, 863, 864, 866, 867, 869, 871, 872, 873, 877, 879, 883, 884]. Plaintiffs filed their Motion for Summary Judgment on February 16, 2018. ECF No. [886].

3.     Pursuant to CMA Civ. Practice Standard 7.1A(f), if a party believes oral argument or a hearing is necessary and would assist the Court, a specific request for such hearing shall be made promptly by separate motion.

4.     The Parties' respective Motions for Summary Judgment are dispositive motions that could resolve several, if not all, of the claims and issues before the Court. Oral argument on the Motions would assist the Court in addressing the significant legal issues presented in the Parties' Motion, the effect of which may dispose of the case. At the very least, the disposition of the Parties' Motions will undoubtedly impact the scope of the litigation moving forward to trial as well as the related burden and expense.

4.     For the reasons above, the Parties request that the Court set oral argument on their Motions for Summary Judgment.

Respectfully submitted this 17th day of February, 2018.

BOIES, SCHILLER & FLEXNER LLP

/s/ Joshua J. Libling
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street,
Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd.,
Suite 1200
Fort Lauderdale, Florida
33301
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*


*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Brett M. Mull (mull@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

*s/ Joan A. Lukey*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr.

3

(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Stephen J. Macri*
Stephen J. Macri
(stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletreedeakins.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway
New York, New York
(212) 492-2071

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

*s/ James E. Hartley*
James E. Hartley
(jhartley@hollandhart.com)

Adam A. Hubbard (aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

Jonathan S. Bender (jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

***Attorneys for Defendant Cultural Homestay International***

*s/ Susan M. Schaecher*
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Peggy E. Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn (tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Jennifer Arnett-Roehrich (jarnett-roehrich@grsm.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

5

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

***Attorneys for Defendant EurAuPair Intercultural Child Care Programs***

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

*s/ William J. Kelly III*
William J. Kelly III (wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

***Attorneys for Defendant USAuPair, Inc.***

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
Vance O. Knapp
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com

6

mestevao@armstrongteasdale.com
vknapp@armstrongteasdale.com

***Attorneys for Defendant GreatAuPair, LLC***

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 17, 2018, I caused to be electronically filed the foregoing PARTIES' JOINT MOTION FOR ORAL ARGUMENT ON THEIR MOTIONS FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

Jennifer Arnett-Roehrich (jarnett-roehrich@grsm.com)
Jonathan S. Bender (jsbender@hollandhart.com)
Brian Alan Birenbach (brian@rietzlawfirm.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Joseph B. Cartafalsa (joseph.cartafalsa@ogletree.com)
Brooke A. Colaizzi (bcolaizzi@shermanhoward.com)
Kathleen E. Craigmile (kcraigmile@nixonshefrin.com)
Raymond M. Deeny (rdeeny@shermanhoward.com)
Bogdan Enica (Bogdan@expertaupair.com)
Martin J. Estevao (mestevao@armstrongteasdale.com)
Vance O. Knapp (vknapp@armstrongteasdale.com)
Chandra Marie Feldkamp (cfeldkamp@kellywalkerlaw.com)
Martha L. Fitzgerald (mfitzgerald@bhfs.com)
John B. Fulfree (jfulfree@putneylaw.com)
Jessica L. Fuller (jfuller@lrrc.com)
Michael T. Gass (mgass@choate.com)
James E. Hartley (jhartley@hollandhart.com)
Diane Hazel (dhazel@lrrc.com)
Adam A. Hubbard (aahubbard@hollandhart.com)
Nathan A. Huey (nhuey@gordonrees.com)
Joseph Hunt (jhunt@shermanhoward.com)
Heather K. Kelly (hkelly@gordonrees.com)
William J. Kelly III (wkelly@kellywalkerlaw.com)

Susan Penniman Klopman (sklopman@hklawllc.com)
Peggy E. Kozal (pkozal@gordonrees.com)
Lyndsey M. Kruzer (lkruzer@choate.com)
Alyssa L. Levy (alevy@shermanhoward.com)
Joan A. Lukey (joan.lukey@choate.com)
James M. Lyons (jlyons@lrrc.com)
Stephen J. Macri (stephen.macri@ogletree.com)
Aubrey Jane Markson (amarkson@nixonshefrin.com)
David B. Meschke (dmeschke@bhfs.com)
Brett M. Mull (mull@wtotrial.com)
Kevin Patrick O'Keefe (kokeefe@choate.com)
Thomas Baker Quinn (tquinn@gordonrees.com)
Kathryn A. Reilly (reilly@wtotrial.com)
Meshach Y. Rhoades (mrhoades@armstrongteasdale.com)
Samuel Newland Rudman (srudman@choate.com)
Susan M. Schaecher, Esq. (sschaecher@laborlawyers.com)
Eric J. Stock (estock@gibsondunn.com)
Lawrence Daniel Stone (lstone@nixonshefrin.com)
Robert M. Tucker (robert.tucker@ogletreedeakins.com)
Heather F. Vickles (hvickles@shermanhoward.com)
Natalie Elizabeth West (west@wtotrial.com)
Justin J. Wolosz (jwolosz@choate.com)

*Counsel for Defendants*

                                          *s/ Joshua J. Libling*
                                          Joshua J. Libling