IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

---

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR ORAL ARGUMENT ON THEIR MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 888]**

---

The Court has reviewed the Parties' Joint Motion for Oral Argument On Their Motions for Summary Judgment [ECF No. 888] and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The Court will set oral argument on the Parties' Motions for Summary Judgment [ECF Nos. 859, 860, 863, 864, 866, 867, 869, 871, 872, 873, 877, 879, 883, 884, 886] on _____, 2018.

DATED this \_\_\_\_ day of \_\_\_\_\_ 2018.

                                              BY THE COURT

                                              _____

                                              Christine M. Arguello
                                              United States District Court Judge