IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

**EXPERT AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO THE MOTION FOR SUMMARY JUDGMENT**
_____

      Pursuant to D.C.COLO.LCivR 7.2, this Court's directives issued from the bench on August 25, 2017, and the Minute Order entered by Magistrate Judge Tafoya on August 31, 2017 [ECF no. 693], Expert Group International Inc. d/b/a Expert AuPair ("Expert AuPair") hereby moves the Court for an Order restricting public access, under Level 1, for certain exhibits attached to Certain Defendants' Motion for Summary Judgment [ECF No. 860]. In support thereof, Expert AuPair states as follows:

      1.    All parties to this action have stipulated to a Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

      2.    The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other

information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1 [ECF No. 694].

3. Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. *Id.* ¶ 8.

4. On February 16, 2018 certain Defendants filed their Motion for Summary Judgment [ECF No. 860] and Expert AuPair filed its Individual Brief in Support of Defendants' Motion for Summary Judgment [ECF No. 866]. The moving Defendants filed consolidated appendices: (1) an unrestricted appendix, ECF No. 861 ("Defs.' App."), with placeholders for restricted documents pursuant to CMA Civ. Practice Standard 7.1E(d)(1) and (2) a restricted appendix, ECF No. 862 ("Defs.' R. App"). Expert AuPair included certain confidential documents in support of the Defendants' Motion for Summary Judgment and its individual brief in the restricted appendix.

5. In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), Expert AuPair identifies the documents for which restriction is sought and the interests to be protected as follows:

   a. Defs.' R. App. 903 to 904, Defs.' R. App.1016 to 1017, and Defs.' R. App. 1053 to 1059 are excerpts from Confidential Depositions of Mark Gaulter. Defendants designated these transcripts as CONFIDENTIAL, and Expert AuPair request that these exhibits be afforded Level 1 restriction.

   b. Defs.' R. App. 1040 to 1046 are part of document previously designated as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY, and Expert AuPair request that these exhibits be afforded Level 1 restriction.

c. Defs.' R. App. 1047 to 1052 are excerpts from Confidential Depositions of Mark Jeffrey. Defendants designated these transcripts as CONFIDENTIAL, and Expert AuPair request that these exhibits be afforded Level 1 restriction.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to Defs.' R. App. 903 to 906, Defs.' R. App.1016 1017, and Defs.' R. App. 1040 to 1059.

Dated: February 17, 2018             Respectfully submitted,

                                     s/Bogdan Enica
                                     Bogdan Enica, Esq.
                                     111 Second Avenue NE, Suite 900
                                     St Petersburg, FL 33701
                                     Phone: 727-388-3472
                                     bogdane@hotmail.com
                                     ATTORNEY FOR DEFENDANT EXPERT
                                     GROUP INTERNATIONAL INC. D/B/A
                                     EXPERT AUPAIR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of February, 2018, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

           s/Bogdan Enica

           Bogdan Enica, Esq.