IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

Defendants.

_____

**APEX AND 20/20'S NOTICE OF FILING OF
CORRECTED MOTION FOR SUMMARY JUDGMENT**
_____

Defendants, A.P.EX. American Professional Exchange, LLC dba ProAuPair (APEX), and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (20/20), respectfully submit this Notice of Filing of Corrected Motion for Summary Judgment. After filing the original motion, the undersigned discovered an unintended formatting error in the motion, which occurred during conversion of the document to .pdf format, changing the pagination and causing several lines to spill over to the 21st page. Undersigned counsel has corrected the error. No substantive changes have been made to the original motion; the corrected motion is 20 pages.

This corrected motion replaces ECF 872, and is related to the APEX and 20/20's Appendix (ECF 874), Declaration of Lawrence D. Stone (ECF 875), APEX and 20/20's Motion to Restrict Public Access (Level 1) (ECF 880), and Restricted Documents (ECF 878), all of which are unchanged.

Respectfully submitted this 17th day of February, 2018.

        NIXON SHEFRIN HENSEN OGBURN, P.C.

        *s/ Lawrence D. Stone*
        Lawrence D. Stone
        5619 DTC Parkway, Suite 1200
        Greenwood Village, CO 80111
        (303) 773-3500
        lstone@nixonshefrin.com

        Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2018, I have electronically filed the foregoing **APEX AND 20/20'S NOTICE OF FILING OF CORRECTED MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        *s/ Kathleen E. Craigmile*
        Kathleen E. Craigmile