IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

  Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC., D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY, DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC., DBA THE INTERNATIONAL AU PAIR EXCHANGE,

  Defendants.

---

**DEFENDANT INTEREXCHANGE, INC.'S MOTION TO RESTRICT PUBLIC ACCESS**

---

  Pursuant to D.C.COLO.LCivR 7.2(c), Defendant InterExchange, Inc. ("InterExchange") hereby moves for a permanent Level 1 restriction on access to Defs.' R. Appx. #00000831-51. In support thereof, InterExchange states as follows:

1. Defs.' R. Appx. #00000831-51 is an exhibit to InterExchange's Motion for Summary Judgment filed on February 16, 2018 (Doc. #859) and the master summary judgment brief filed on behalf of certain Defendants on February 16, 2018 (Doc. #860). This sensitive document is an audit report containing confidential financial and business information for InterExchange in connection with its au pair placement program.

2. The information would be damaging if seen by InterExchange's competitors. The audit report at Defs.' R. Appx. #00000831-51 contains information about InterExchange's business, including costs and revenues and placement numbers. Restriction of the information is appropriate to protect the privacy of the business and their competitive standing in the industry.

3. The court has substantial discretion in determining whether public access to a particular court record should be restricted. *L-3 Comms. Corp. v. Jaxon Eng. & Maint., Inc.*, No. 10-cv-02868-MSK-KMT, 2014 WL 1363666, at *1 (D. Colo. Apr. 7, 2014).

4. Privacy is among the interests that have been found, in certain circumstances, to overcome the presumption of openness in court records. *SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-cv-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) (*citing Huddleston v. City of Pueblo*, 270 F.R.D. 635, 637 (D. Colo. 2010). "Access properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing." SOLIDFX, LLC, 2012 WL 2917116, at *2 (*SBM Site Services, LLC v. Garrett,* 2011 WL 1375117 at *3 (D. Colo. April 12, 2011).

5. The public has no legitimate interest in knowing InterExchange's financial information. Allowing public access to such information harms InterExchange's ability to market programs and pricing, and provides improper insight into confidential business tactics and strategies.

6. Defs.' R. Appx. #00000831-51 was previously designated as Confidential for Attorneys' Eyes Only under the Stipulated Protective Order (Doc. #305) and Amended Stipulated Protective Order (Doc. #694) entered in this case. Plaintiffs did not object to or challenge this designation under the process set out in paragraph 12 of the Amended Stipulated Protective Order, which provides that parties shall file for Level 1 restriction of any documents marked Attorneys' Eyes Only.  Thus, this matter is not disputed.

Therefore, InterExchange respectfully requests that Defs.' R. Appx. #00000831-51 be restricted at Level 1.

DATED this 19th day of February, 2018.

Respectfully submitted,

*s/Brooke A. Colaizzi*
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  bcolaizzi@shermanhoward.com
Email:  hvickles@shermanhoward.com

3

Email: rdeeny@shermanhoward.com
Email: jhunt@shermanhoward.com
Email: alevy@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

4

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2018, I electronically filed the foregoing **DEFENDANT INTEREXCHANGE, INC.'S MOTION TO RESTRICT PUBLIC ACCESS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO  80218
Email: alex@towardsjustice.org

Lawrence D. Stone
Kathleen E. Craigmile
Aubrey J. Markson
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com
E-mail: amarkson@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email: brian@rietzlawfirm.com

Kathryn A. Reilly
Natalie E. West
Brett M. Mull
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email: reilly@wtotrial.com
Email: West@wtotrial.com
Email: Mull@wtotrial.com

Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

Active/48071587.1

| | |
|---|---|
| Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>1745 Broadway, 22nd Floor<br>New York, NW 10019<br>Email: joseph.cartafalsa@ogletree.com<br>Email: Robert.tucker@ogletree.com<br>Email: Stephen.macri@ogletree.com | Martha L. Fitzgerald<br>David B. Meschke<br>Margo J. Arnold<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202-4432<br>Email: mfitzgerald@bhfs.com<br>Email: dmeschke@bhfs.com<br>Email: marnold@bhfs.com |
| Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>Samuel N. Rudman<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 82110<br>Email: joan.lukey@choate.com<br>Email: rbuchanan@choate.com<br>Email: mgass@choate.com<br>Email: jwolosz@choate.com<br>Email: lkruzer@choate.com<br>Email: kokeefe@choate.com<br>Email: srudman@choate.com | Thomas B. Quinn<br>Peggy E. Kozal<br>Jennifer W. Vedra<br>Nathan A. Huey<br>Jennifer Arnett-Roehrich<br>GORDON & REES, LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>Email: tquinn@gordonrees.com<br>Email: pkozal@gordonrees.com<br>Email: jvedra@gordonrees.com<br>Email: nhuey@gordonrees.com<br>Email: jarnett-roehrich@gordonrees.com |
| James M. Lyons<br>Jessica L. Fuller<br>Diane R. Hazel<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One Tabor Center, Suite 3000<br>1200 Seventeenth Street<br>Denver, CO 80202<br>Email: jlyons@lrrc.com<br>Email: jfuller@lrrc.com<br>Email: dhazel@lrrc.com | Meshach Y. Rhoades<br>Martin Estevao<br>Vance O. Knapp<br>ARMSTRONG TEASDALE LLP<br>4643 S. Ulster St., Suite 800<br>Denver, CO 80237<br>Email: mrhoades@armstrongteasdale.com<br>Email: mestevao@armstrongteasdale.com<br>Email: vknapp@armstrongteasdale.com |

| | |
|---|---|
| Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 Second Avenue, NE, Suite 213<br>St. Petersburg, FL  33701<br>Email: Bogdane@hotmail.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Email: estock@gibsondunn.com |
| Susan Penniman Klopman<br>H & K Law, LLC<br>3900 East Mexico Ave, Suite 330<br>Denver, CO 80210<br>Email: sklopman@hklawllc.com | Sean P. Rodriguez<br>Juan P. Valdivieso<br>Boies Schiller Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Email:  srodriguez@bsfllp.com<br>Email:  jvaldivieso@bsfllp.com |
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL  33301<br>Email: llouis@bsfllp.com<br>Email: smccawley@bsfllp.com<br>Email: smcelroy@bsfllp.com | Matthew L. Schwartz<br>Peter M. Skinner<br>Dawn L. Smalls<br>Randall W. Jackson<br>Joshua J. Libling<br>Byron Pacheco<br>Boies, Schiller & Flexner, LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY  10022<br>Email:  mlschwartz@bsfllp.com<br>Email:  pskinner@bsfllp.com<br>Email: dsmalls@bsfllp.com<br>Email:  rjackson@bsfllp.com<br>Email: jlibling@bsfllp.com<br>Email: bpacheco@bsfllp.com |
| John B. Fulfree<br>PUTNEY, TWOMBLY, HALL & HIRSON LLP<br>521 Fifth Avenue<br>New York, NW 10175<br>Email: jfulfree@putneylaw.com | James E. Hartley<br>HOLLAND & HART LLP<br>1800 Broadway, Suite 300<br>Boulder, CO  80302<br>Email: jhartley@hollandhart.com |

*s/ Laura Lewis*