IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL AND FOR RELIEF UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37 (ECF NO. 856)**
_____

The Court has reviewed Defendant Cultural Care, Inc.'s Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Further Support of Plaintiffs' Motion to Compel and for Relief under Federal Rules of Civil Procedure 26 and 37 (ECF No. 856) and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Cultural Care, Inc. shall file its Sur-Reply Memorandum of Law promptly following the issuance of this Order.

DATED this ____ day of _____ 2018.

                         BY THE COURT

                         _____
                         Hon. Christine M. Arguello
                         United States District Court Judge