**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 20, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jonathan S. Bender
Mr. James E. Hartley
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Ms. Brooke A. Colaizzi
Ms. Alyssa L. Levy
Ms. Heather Fox Vickles
Mr. Joseph H. Hunt
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

Ms. Kathleen Ellen Craigmile
Mr. Lawrence D. Stone
Nixon Shefrin Hensen Ogburn
5619 DTC Parkway
Suite 1200
Greenwood Village, CO 80111

Mr. Raymond M. Deeny
Sherman & Howard
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903

Mr. Bogdan Enica
111 Second Avenue NE, Room 213
St Petersburg, FL 33701

Mr. Martin Jose Estevao
Ms. Meshach Y. Rhoades
Armstrong Teasdale
4643 South Ulster Street, Suite 800
Denver, CO 80237

Mr. Theane Evangelis
Mr. Bradley J. Hamburger
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Ms. Chanda Marie Feldkamp
Kelly & Walker
1512 Larimer Street, Suite 200
Denver, CO 80202

Ms. Martha L. Fitzgerald
Mr. David Brandon Meschke
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Ms. Jessica L. Fuller
Ms. Diane Rebecca Hazel
Mr. James Michael Lyons
Lewis Roca Rothgerber Christie
1200 17th Street, Suite 3000
Denver, CO 80202

Mr. Adam A. Hubbard
Holland & Hart LLP
1800 Broadway
Suite 300
Boulder, CO 80302

Mr. Nathan Andrew Huey
Ms. Peggy E. Kozal
Mr. Thomas B. Quinn
Gordon & Rees
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Mr. William J. Kelly III
Kelly & Walker
1512 Larimer Street, Suite 200
Denver, CO 80202

2

Ms. Joan A. Lukey
Mr. Justin J. Wolosz
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Mr. Stephen J. Macri
Mr. Robert M. Tucker
Putney, Twombly, Hall & Hirson
521 5th Avenue
10th Floor
New York, NY 10036-0000

Ms. Kathryn A. Reilly
Ms. Theresa R. Wardon
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Ms. Susan M. Schaecher
Fisher & Phillips
1801 California Street, Suite 2700
Denver, CO 80202

Mr. Eric Jonathan Stock
Gibson Dunn
200 Park Avenue
New York, NY 10166-0193


**RE:**   **18-702, AuPairCare, Inc., et al v. Beltran, et al**
          Dist/Ag docket: 1:14-CV-03074-CMA-KMT

Dear Counsel:

Your petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f), has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

3

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:	Alexander Hood
	Randall Wade Jackson
	Joshua James Libling
	Lauren Fleischer Louis
	Sigrid Stone McCawley
	Sabria Alexandria McElroy
	Byron Pacheco
	Sean Phillips Rodriguez
	Matthew Lane Schwartz
	David Hollis Seligman
	Peter Murray Skinner
	Dawn Smalls
	Juan Pablo Valdivieso

EAS/na