# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

February 20, 2018

Chris Wolpert  
Chief Deputy Clerk

Ms. Kathryn A. Reilly
Ms. Theresa R. Wardon
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

**RE:**   **18-703, American Cultural Exchange v. Johana Beltran, et al**
Dist/Ag docket: 1:14-CV-03074-CMA-KMT

Dear Counsel:

Your petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:  Alexander Hood
Randall Wade Jackson
Joshua James Libling
Lauren Fleischer Louis
Sigrid Stone McCawley
Sabria Alexandria McElroy
Byron Pacheco
Sean Phillips Rodriguez
Matthew Lane Schwartz
David Hollis Seligman
Peter Murray Skinner
Dawn Smalls
Juan Pablo Valdivieso

EAS/lab