**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                February 20, 2018                Chris Wolpert
Clerk of Court                                                        Chief Deputy Clerk

Mr. Thomas B. Quinn
Gordon & Rees
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

**RE:   18-704, AuPairCare, Inc. v. Beltran, et al**
       Dist/Ag docket: 1:14-CV-03074-CMA-KMT

Dear Counsel:

Your petition for permission to appeal pursuant to Fed. R. Civ. P. 23(f) has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court

cc:    Alexander Hood
       Randall Wade Jackson
       Joshua James Libling
       Lauren Fleischer Louis
       Sigrid Stone McCawley
       Sabria Alexandria McElroy
       Byron Pacheco
       Sean Phillips Rodriguez

Matthew Lane Schwartz
David Hollis Seligman
Peter Murray Skinner
Dawn Smalls
Juan Pablo Valdivieso

EAS/lg