IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**NOTICE OF FLSA OPT-INS**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Cailin Mcentee
2. Florencia Gabosi
3. Gretchen Goliath
4. Héléa Choucair
5. Jade Shivanie Valjee
6. Jennifer Schmidt
7. Karol Gina Barria Somarriba
8. Kristina Jankovic
9. Luzia Katharina Geier
10. Phoebe Cunich
11. Ruth C Poersch
12. Sirilak Keawkampan
13. Tanja Daniela Jaeckle
14. Yoland Louise Cofie

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: February 21, 2018                                         Respectfully submitted,

/s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2018, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls  
Dawn L. Smalls
