# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18625 | WH4583G24 | Cailin Mcentee | Cultural Care Au Pair |
| 18607 | H93DHDE8D | Florencia Gabosi | Cultural Care Au Pair |
| 18618 | G398F9B26 | Gretchen Goliath | Go Au Pair |
| 18639 | H8EA2922B | Héléa Choucair | Cultural Care Au Pair |
| 18621 | WACCH7GFA | Jade Shivanie Valjee | Au Pair in America (APIA/AIFS |
| 18637 | H73B38BFE | Jennifer Schmidt | Cultural Care Au Pair |
| 18669 | RB9BG35BD | Karol Gina Barria Somarriba | Cultural Care Au Pair |
| 18673 | W5FCHG72A | Kristina Jankovic | Cultural Care Au Pair |
| 18631 | LH4E65A6C | Luzia Katharina Geier | Cultural Care Au Pair |
| 18662 | C2C8483C9 | Phoebe Cunich | Cultural Care Au Pair |
| 18646 | B7BG99BB2 | Ruth C Poersch | Au Pair Care, Inc. |
| 18634 | G8ED7BC2A | Sirilak Keawkampan | Au Pair Care, Inc. |
| 18667 | W358B45EG | Tanja Daniela Jaeckle | Au Pair in America (APIA/AIFS |
| 18614 | WF8B36AHG | Yoland Louise Cofie | Cultural Care Au Pair |

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/06/2018

Signature: *DocuSigned by:* [signature] EC03625F4B3C4DA...

Name: Cailin McEntee

Address: 24 Goldfinch Grove Ballajura

Perth, WA AU 6066

Phone Number: 61407310322

Email Address: cailinmcentee@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/01/2011   To: 09/30/2011

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 02/02/2018

Firma: *Florencia Gabosi* (DocuSigned by: 2C1BD0C4B6DE4C5...)

Nome: Florencia Gabosi

Dirección: 4 Levelwind Ct

Greensboro, NC US 27455

Telefone: 5713579769

Email Address: flor_gabosi@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/12/2010        A: 09/12/2012

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 02/06/2018 |
| Signature: | *(DocuSigned by: 39B52512E0594DA...)* |
| Name: | Gretchen Goliath |
| Address: | 2638 46Th Ave SW Seattle WA |
| | Seattle Washington, WA US 98116-2419 |
| Phone Number: | 0794008164 |
| Email Address: | gretchen.goliath@gmail.com |
| Sponsor: | Go Au Pair |

Dates in Au Pair Program:

From: 06/15/2015   To: 10/18/2015

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/07/2018

Signature: *[DocuSigned by: Choco / 947864E80B414AD...]*

Name: Héléa choucair

Address: 2875 Clemson Drive

Cameron Park , CA US 95682

Phone Number: 5309578010

Email Address: Choucair.helea.paris@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/20/2014    To: 01/20/2015

DocuSign Envelope ID: C3930B83-245B-4EE3-91AA-BB5E33D3C5FF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/06/2018

Signature: *JSValjee* (DocuSigned by: 2BA76524CFCD4DF...)

Name: Jade shivanie valjee

Address: 75 Park street

Greyton, Western cape ZA 7233

Phone Number: 0826502217

Email Address: jsvaljee@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/21/2012     To: 12/24/2015

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 02/07/2018 | Signature: | DocuSigned by: *[signature]* AFB3F268BED74A3... |

Name: Jennifer Schmidt

Address: 7 Woody Ln

Larchmont, NY US 10538

Phone Number: +4915735311780

Email Address: J.Schmidt1999@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/28/2017    To: 08/28/2018

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/13/2018

Signature: *DocuSigned by: Karol Barria / 59E0F838D8BE42B...*

Name: Karol gina barria somarriba

Address: 4 jesse rd

Thompson , ME US 04086

Phone Number: 2073317553

Email Address: Kbarrias@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/01/2008      To: 04/01/2010

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/15/2018

Signature: *Jankovic* (DocuSigned by: 95C885B9352346A...)

Name: Kristina Jankovic

Address: Schönbrunner Straße 123/18

Wien, AT 1050

Phone Number: +436601216913

Email Address: kristina.jankovic@modul.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014   To: 07/11/2015

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/07/2018

Signature: *luzia katharina Geier* (DocuSigned by: 42393B14E3C2406...)

Name: Luzia Katharina Geier

Address: 34 Mechanic Street

Millburn, NJ US 07041

Phone Number: 9087392710

Email Address: luzia.ogureck@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/18/2008    To: 07/18/2010

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/12/2018

Signature: *[DocuSigned by: Phoebe Cunich, A6C24C7EE43145D...]*

Name: Phoebe Cunich

Address: 685, Old South Head Rd

Vaucluse, NSW AU 2030

Phone Number: 477994165

Email Address: phoeberosec@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/01/2011    To: 11/01/2011

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/10/2018

Signature: *[DocuSigned by: Ruth P., CED928D824D34A0...]*

Name: Ruth C Poersch

Address: 219 Bronx River Rd apt 4L

Yonkers, NY US 10704

Phone Number: 9143547278

Email Address: ruthpoersch@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/10/2010    To: 05/11/2012

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/07/2018

Signature: *[DocuSigned by: AA7829264F9541F...]*

Name: Sirilak Keawkampan

Address: 4459 forest ave

Waterford, MI US 48328

Phone Number: 2489905344

Email Address: sirilak.keawkampan@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/04/2017   To: 09/29/2017

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/13/2018

Signature: *[DocuSigned by: T. Jaeckle, 0AAE675181854D6...]*

Name: Tanja Daniela Jaeckle

Address: Panoramastr. 38

Ummendorf, DE 88444

Phone Number: 015782341084

Email Address: tanja.jaeckle@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/22/2013    To: 10/30/2013

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/06/2018

Signature: *[DocuSigned by: D5E1D8DA14AD4C1...]*

Name: Yoland Louise Cofie

Address: 9 bunarba road gymea

Sydney , NSW AU 2227

Phone Number: 0466325481

Email Address: yo_cofie@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/30/2014   To: 09/01/2014