# Exhibit B

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 1002 | 8D5D9EAC | Amanda Silveira | Interexchange |
| 916 | BA7D91EC | Doris Ortiz | Interexchange |
| 6714 | B48C45D3 | Glenda Lucía Veintimilla Torres | Go Au Pair |
| 8965 | K4H87GF46 | Miriana Seritti | Cultural Care Au Pair |

**From:** Amanda Silveira <aasilveir@gmail.com>
**Sent:** Monday, February 05, 2018 7:13 PM
**To:** CA - AuPairWageAction
**Subject:** WITHDRAW

I would like to be removed from this Lawsuit!

Regards,
Amanda Silveira.

**From:** Danny Ortíz <danielaortizb@outlook.com>
**Sent:** Tuesday, February 06, 2018 2:52 PM
**To:** CA - AuPairWageAction
**Subject:** Lawsuit withdraw

I'm Doris Daniela Ortiz Bustos, I want to withdraw from the case. You're asking me about my ex host family information, I'm not going to give you that. Please stop sending e mails. Thanks in advance

Enviado desde mi iPhone

| | |
|---|---|
| **From:** | Glenda Veintimilla <glendaveintimillatorres@gmail.com> |
| **Sent:** | Thursday, February 15, 2018 4:48 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdraw case |

Hi my name is Glenda Veintimilla and I don't want to be part of the case anymore. I want that the lawyers and rest of people stop trying to contact me.

Thank you.

**From:** miriana seritti <mirianaseritti@gmail.com>
**Sent:** Tuesday, February 06, 2018 10:12 PM
**To:** CA - AuPairWageAction
**Subject:** Au Pair Wage Action - Withdraw Consent

Hello Maria,

I would like to withdraw my consent to join the au pair wage action lawsuit.
Thank you for your patience.

Kind regards,
Miriana Seritti