# Exhibit C

**Au Pair Wage Action**

**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17268 | IAH9C5DHC | Ruby Mae Ellis | Au Pair in America (APIA/AIFS) |