**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

      Defendants.

---

**UNOPPOSED MOTION BY DEFENDANT APF GLOBAL EXCHANGE, NFP TO**
**RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBIT SUBMITTED IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

---

Pursuant to D.C.COLO.LCivR 7.2 and the Minute Order entered by Magistrate Judge Tafoya on August 31, 2017 [ECF No. 693], Defendant APF Global Exchange, NFP d/b/a/Au Pair Foundation (APF) moves this Court for an order restricting public access, under Level 1 restricted access, to pages 00000001 – 14 of Certain Defendants' Restricted Appendix in Support of Motions for Summary Judgment filed February 16, 2018  [ECF No. 862].  In support thereof, APF states the following.

1.       Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion.  Plaintiffs do not oppose the relief requested herein.

2.       All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3.　　The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Amended Stipulated Protective Order ¶ 1, ECF No. 694)

4.　　Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8)

5.　　On February 16, 2018, APF filed its Motion for Judgement and joined in Certain Defendants' Motion for Summary Judgment [ECF No. 860]. APF believes in good faith that an exhibit submitted in support of those motions contains highly confidential information related to APF's business operations.

6.　　In particular, attached as pages 00000001 – 14 of Defendants' Restricted Appendix [ECF No. 862] to the summary judgment motion is the "Host Family – Au Pair Agreement" of APF which was previously produced in discovery and designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it details APF's policies and practices related to its relationships with au pairs, constitutes material developed at significant investment of time and expense and is considered to be of competitive value. As such, the "Host Family - Au Pair Agreement" contains proprietary business information of competitive value and significance.

2

7.      Accordingly, to preserve the confidentiality of APF's confidential business information, the "Host Family – Au Pair Agreement" should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.  In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

WHEREFORE, for the foregoing reasons, APF respectfully requests this Court issue an Order restricting public access under Level 1 restricted access to pages 00000001 – 14 of Defendants' Restricted Appendix [ECF No. 862].


Dated this 21st day of February, 2018.        Respectfully submitted,

FISHER & PHILLIPS LLP

By: *s/ Susan Schaecher*
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO 80202
Telephone:  (303) 218-3650
Facsimile:  (303) 218-3651
sschaecher@fisherphillips.com

**Attorney for Defendant APF Global Exchange, NFP d/b/a Au Pair Foundation**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2018, I electronically filed the foregoing **UNOPPOSED MOTION BY DEFENDANT APF GLOBAL EXCHANGE, NFP TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBIT SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** through the Court's CF/ECF system which will serve the pleading to the following e-mail addresses:

Byron Pacheco
Dawn Smalls
Joshua James Libling
Matthew Lane Schwartz
Peter Murray Skinner
Randall Wade Jackson
Boies Schiller & Flexner, LLP-New York
575 Lexington Avenue, 7th Floor
New York, NY 10022
bpacheco@bsfllp.com
DSmalls@BSFLLP.com
jlibling@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com


Juan Pablo Valdivieso
Sean Phillips Rodriguez
Boies Schiller & Flexner, LLP-Oakland
1999 Harrison Street , Suite 900
Oakland, CA 94612
jvaldivieso@bsfllp.com
srodriguez@bsfllp.com


Lauren Fleischer Louis
Sabria Alexandria McElroy
Sigrid Stone McCawley
Boies Schiller & Flexner, LLP-Ft. Lauderdale
401 East Las Olas Boulevard , Suite 1200
Ft. Lauderdale, FL 33301
llouis@bsfllp.com
smcelroy@bsfllp.com
smccawley@bsfllp.com

4

Alexander Neville Hood
Towards Justice-Denver
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org


Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue, Suite 330
Denver, CO 80210
sklopman@hklawllc.com


Brooke A. Colaizzi
Raymond Myles Deeny
Alyssa Lauren Levy
Heather Fox Vickles
Joseph H. Hunt
Sherman & Howard, L.L.C.-Denver
633 17th Street, Suite 3000
Denver, CO 80202-3622
BColaizzi@shermanhoward.com
rdeeny@shermanhoward.com
alevy@shermanhoward.com
hvickles@shermanhoward.com
jhunt@shermanhoward.com


Chanda Marie Feldkamp
William James Kelly, III
Kelly & Walker, LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
cfeldkamp@kellywalkerlaw.com
wkelly@kellywalkerlaw.com


Martin Jose Estevao
Meshach Yustine Rhoades
Vance Orlando Knapp
Armstrong Teasdale, LLP-Denver
4643 South Ulster Street, Suite 800
Denver, CO 80237

FPDOCS 33760688.1

mestevao@armstrongteasdale.com
mrhoades@armstrongteasdale.com
vknapp@armstrongteasdale.com


Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St Petersburg, FL 33701-3440
bogdane@hotmail.com


David Meschke
Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street, Suite 2200
Denver, CO 80202-4432
dmeschke@bhfs.com
mfitzgerald@bhfs.com


Adam A. Hubbard
James Edward Hartley
Jonathan S. Bender
Holland & Hart, LLP-Boulder
1800 Broadway
One Boulder Plaza, Suite 300
Boulder, CO 80302
aahubbard@hollandhart.com
jhartley@hollandhart.com
jsbender@hollandhart.com


Diane Rebecca Hazel
James Michael Lyons
Jessica Lynn Fuller
Lewis Roca Rothgerber Christie LLP-Denver
1200 17th Street
One Tabor Center
Suite 3000
Denver, CO 80202-5855
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com

FPDOCS 33760688.1

Joan A. Lukey
Justin J. Wolosz
Kevin Patrick O'Keefe
Lyndsey Marie Kruzer
Michael T. Gass
Robert M. Buchanan, Jr.
Samuel Newland Rudman
Choate, Hall & Stewart, LLP
Two International Place
Boston, MA 02110
joan.lukey@choate.com
jwolosz@choate.com
kokeefe@choate.com
lkruzer@choate.com
mgass@choate.com
rbuchanan@choate.com
srudman@choate.com


Jennifer Arnett Roehrich
Nathan Andrew Huey
Peggy E. Kozal
Thomas Baker Quinn
Gordon & Rees LLP-Denver
555 17th Street, Suite 3400
Denver, CO 80202
jarnett-roehrich@grsm.com
nhuey@gordonrees.com
pkozal@gordonrees.com
tquinn@gordonrees.com


Brett Michelle Mull
Kathryn A. Reilly
Natalie Elizabeth West
Wheeler Trigg O'Donnell, LLP-Denver
370 17th Street, Suite 4500
Denver, CO 80202-5647
mull@wtotrial.com
reilly@wtotrial.com
west@wtotrial.com

FPDOCS 33760688.1

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com


Eric Jonathan Stock
Gibson Dunn & Crutcher, LLP-New York
200 Park Avenue, 48th Floor
New York, NY 10166-0193
estock@gibsondunn.com


John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue, 10th Floor
New York, NY 10175
jfulfree@putneylaw.com


Stephen J. Macri
Joseph B. Cartafalsa
Robert M. Tucker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, New York  10019
Stephen.macri@ogletree.com
Joseph.cartafalsa@ogletree.com
Robert.tucker@ogletree.com


Aubrey Jane Markson
Kathleen E. Craigmile
Lawrence Daniel Stone
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111-3061
amarkson@nixonshefrin.com
kcraigmile@nixonshefrin.com
lstone@nixonshefrin.com

Harvey J. Wolkoff
Ropes & Gray, LLP-Boston
800 Boylston Street
Prudential Tower
Suite 3600
Boston, MA 02199-3600
harvey.wolkoff@ropesgray.com

_s/ Kimberly Hanson_
Kimberly Hanson
For Fisher & Phillips LLP