**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

    Defendants.

---

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION BY
DEFENDANT APF GLOBAL EXCHANGE, NFP TO RESTRICT PUBLIC ACCESS
(LEVEL 1) TO EXHIBIT SUBMITTED IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

---

The Court has reviewed Defendant APF Global Exchange, NFP's Unopposed Motion to Restrict Public Access (Level 1) to Certain Exhibits to Certain Defendants' Motion for Summary Judgment and the documents marked 00000001 – 14 of Certain Defendants' Restricted Appendix in Support of Motions for Summary Judgment filed February 16, 2018 (ECF No. 862) and is otherwise fully advised on the matter. It is hereby ORDERED that the motion to restrict is **GRANTED.**

The documents marked 00000001 – 14 of Certain Defendants' Restricted Appendix in Support of Motions for Summary Judgment filed February 16, 2018 (ECF No. 862) are restricted to Level 1 access.

FPDOCS 33780969.1

DATED this _____ day of _____, 2018.

BY THE COURT:

_____
Christine M. Arguello
United States District Court Judge