# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO JUDGE TAFOYA'S RULING ON *DAUBERT* MOTION [D.E. 813]**

---

I, SEAN P. RODRIGUEZ, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am licensed to practice law in the State of California, and I am admitted to practice before this Court. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Response to Defendants' Objections to Judge Tafoya's Ruling on *Daubert* Motion [D.E. No. 813].

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the January 9, 2018 motion hearing before Judge Tafoya.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of February, 2018, at Oakland, California.

/s/ Sean P. Rodriguez
Sean P. Rodriguez

BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel. (510) 874-1000
Fax. (510) 874-1460
srodriguez@bsfllp.com