IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

     Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

     Defendants.

---

**CERTAIN DEFENDANTS' UNOPPOSED MOTION
TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO PLAINTIFFS'
MOTION TO COMPEL AND FOR RELIEF UNDER FEDERAL
RULES OF CIVIL PROCEDURE 26 AND 37 [ECF NO. 837] AND
CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION AND REPLY [ECF NOS. 838 AND 857]**

---

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, American Cultural Exchange, LLC, American Institute for Foreign Study, A.P.E.X. American Professional Exchange, LLC, 20/20 Care Exchange, Inc., APF Global Exchange, NFP, AuPairCare, Inc., Cultural Care, Inc., Cultural Homestay International, EurAuPair Intercultural Child Care Programs, Expert Group International, Inc., GreatAuPair, LLC, and InterExchange, Inc. (collectively, the "Moving Defendants") hereby move the Court for an Order restricting public access, under Level 1, to Plaintiffs' Motion to Compel and for Relief under Federal Rules of Civil Procedure 26 and 37 [ECF No. 837] (the "Motion").  Moving Defendants likewise request an Order restricting public access, under Level 1, to certain of the exhibits attached to the Declaration of Juan P. Valdivieso filed in Support of the Motion [ECF No. 838] (the "Declaration"), specifically Exhibits 1 through 9, 12 through

20, and 26[1] of the Declaration (collectively, the "Exhibits").  Moving Defendants also request an Order restricting public access, under Level 1, to the deposition transcript of Ilir Zherka, which was attached as Exhibit 28 to the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Reply in Further Support of the Motion [ECF No. 857-1] ("Exhibit 28").  In support thereof, Moving Defendants state as follows:

1.      As required by D.C.COLO.LCivR 7.1(a), counsel for Moving Defendants conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to state that Plaintiffs do not oppose the relief requested herein.

2.      All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3.      The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure."  Amended Stipulated Protective Order ¶ 1 [ECF No. 694].

4.      Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.  *Id.* ¶ 8.

5.      On February 10, 2018, Plaintiffs filed the Motion, the Declaration, and the Exhibits attached thereto.  On February 16, 2018 Plaintiffs filed Exhibit 28 as part of its

---

[1]      ECF Nos. 838-1 to 838-9, 838-12 to 838-20, and 838-26.

reply in further support of the Motion.  The Motion, the Exhibits, and Exhibit 28 contain Defendants' confidential, proprietary information.  As detailed below, publicizing this confidential, proprietary information would cause Defendants—and potentially third parties—serious injury.

6.    In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), Moving Defendants identify the documents for which restriction is sought and the interests to be protected as follows:

**a.    Motion**

The Motion [ECF No. 837] quotes extensively from the Exhibits, which, as discussed in more detail *infra*, contain sensitive and proprietary information concerning the Moving Defendants with respect to their ongoing advocacy efforts.  Publicizing this confidential, proprietary information would cause Defendants and third parties serious injury.  Because of the competitively sensitive and confidential business information, Moving Defendants request that the Motion remains under Level 1 restricted access.[2]

**b.    Exhibits 1 through 3**

Exhibits 1 through 3 [ECF Nos. 838-1, 838-2, 838-3] are a series of emails produced by certain Defendants, which have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Amended Stipulated Protective Order.  The emails reflect communications among certain of the Defendants and third-party Alliance for International Exchange ("Alliance") concerning advocacy strategies with respect to their interactions with the U.S. Department of State and other regulatory bodies.  Publicizing this confidential, proprietary information would

---

[2] Alternatively, Moving Defendants are willing to submit a redacted version of the Motion that omits the competitively sensitive and confidential business information for filing on the public docket.

cause Defendants and the Alliance serious injury.  Because of the competitively sensitive and confidential business information in Exhibits 1 through 3, Moving Defendants request that Exhibits 1 through 3 remain under Level 1 restricted access.

### c.    Exhibits 4 and 5

Exhibits 4 and 5 [ECF Nos. 838-4, 838-5] are handwritten notes concerning meetings among certain Defendants and the Alliance which have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to a stipulated agreement entered among the parties and the Alliance, which is in relevant part identical to the Amended Stipulated Protective Order.  The notes reflect communications among certain of the Defendants and the Alliance concerning advocacy strategies with respect to their interactions with the U.S. Department of State and other regulatory bodies.  Publicizing this confidential, proprietary information would cause Defendants and the Alliance serious injury.  Because of the competitively sensitive and confidential business information in Exhibits 4 and 5, Moving Defendants request that Exhibits 4 and 5 remain under Level 1 restricted access.

### d.    Exhibits 6 through 8, and Exhibit 28

Exhibits 6 through 8 [ECF Nos. 838-6, 838-7, 838-8] are excerpts of the deposition transcripts of former Alliance officer Michael McCarry and current Alliance officers Ilir Zherka and Lisa Heyn, which have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Amended Stipulated Protective Order.  Exhibit 28 [ECF No. 857-1] is the entire deposition transcript of Mr. Zherka, which has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Amended Stipulated Protective Order.  The transcripts reflect communications among certain of the Defendants and the Alliance concerning

advocacy strategies with respect to their interactions with the U.S. Department of State and other regulatory bodies.  Publicizing this confidential, proprietary information would cause Defendants and the Alliance serious injury.  Because of the competitively sensitive and confidential business information in Exhibits 6 through 8 and Exhibit 28, Moving Defendants request that Exhibits 6 through 8 and Exhibit 28 remain under Level 1 restricted access.[3]

### e.   Exhibit 9

Exhibit 9 [ECF No. 838-9] is the July 31, 2017 Expert Report of Dr. Elizabeth H. Newlon, which has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Amended Stipulated Protective Order.  Dr. Newlon's report contains proprietary and competitively sensitive confidential business information of the Defendants.  Publicizing this confidential, proprietary information would cause Defendants serious injury.  Because of the competitively sensitive and confidential business information in Exhibit 9, Moving Defendants request that Exhibit 9 remains under Level 1 restricted access.

### f.   Exhibits 12 through 18

Exhibits 12 through 18 [ECF Nos. 838-12, 838-13, 838-14, 838-15, 838-16, 838-17, 838-18] are excerpts of the deposition transcripts of officers of certain Defendants, specifically Heidi Mispagel of A.P.E.X. American Professional Exchange, LLC and 20/20 Care Exchange, Inc.; Sarah McNamara of AuPairCare, Inc.; Theresa Nelson of APF Global Exchange, NFP; A. William Kapler of GoAuPair Operations, LLC; Shannon Pitts of GreatAuPair, LLC; Ellen Hoggard of APF Global Exchange, NFP; and Susan Hayes

---

[3] Alternatively, Moving Defendants are willing to submit redacted versions of these exhibits that omit the competitively sensitive and confidential business information for filing on the public docket.

of EurAuPair Intercultural Child Care Programs, which have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Amended Stipulated Protective Order and/or reflect documents produced by Defendants that have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  The transcripts reflect proprietary and competitively sensitive confidential business information of the Defendants.  Publicizing this confidential, proprietary information would cause Defendants serious injury.  Because of the competitively sensitive and confidential business information in Exhibits 12 through 18, Moving Defendants request that Exhibits 12 through 18 remain under Level 1 restricted access.

    **g.**  **Exhibits 19, 20, and 26**

   Exhibits 19, 20, and 26 [ECF Nos. 838-19, 838-20, 838-26] are a series of emails produced by the Alliance which have been designated CONFIDENTIAL pursuant to a stipulated agreement entered among the parties and the Alliance, which is in relevant part identical to the Amended Stipulated Protective Order.  The emails reflect communications among certain of the Defendants and the Alliance concerning advocacy strategies with respect to their interactions with the U.S. Department of State and other regulatory bodies.  Publicizing this confidential, proprietary information would cause Defendants and the Alliance serious injury.  Because of the competitively sensitive and confidential business information in Exhibits 19, 20, and 26, Moving Defendants request that Exhibits 19, 20, and 26 remain under Level 1 restricted access.

   WHEREFORE, for the foregoing reasons, Moving Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to the Motion; Exhibits 1 through 9, 12 through 20, and 26 of the Declaration; and Exhibit 28.

Dated: February 23, 2018          Respectfully Submitted,

                          *s/ Diane R. Hazel*
                          Joan A. Lukey
                          (joan.lukey@choate.com)
                          Robert M. Buchanan, Jr.
                          (rbuchanan@choate.com)
                          Michael T. Gass (mgass@choate.com)
                          Justin J. Wolosz (jwolosz@choate.com)
                          Lyndsey M. Kruzer (lkruzer@choate.com)
                          CHOATE HALL & STEWART LLP
                          Two International Place
                          Boston, Massachusetts 02110
                          Telephone: (617) 248-4790

                          James M. Lyons (jlyons@lrrc.com)
                          Jessica L. Fuller (jfuller@lrrc.com)
                          Diane R. Hazel (dhazel@lrrc.com)
                          LEWIS ROCA ROTHGERBER CHRISTIE LLP
                          One Tabor Center, Suite 3000
                          1200 Seventeenth Street
                          Denver, CO 80202
                          Tel: (303) 623-9000
                          Fax: (303) 623-9222

                          *Attorneys for Defendant Cultural Care, Inc.*
                          *d/b/a Cultural Care Au Pair*

                          *s/ Kathryn A. Reilly*
                          Kathryn A. Reilly (reilly@wtotrial.com)
                          Grace A. Fox (fox@wtotrial.com)
                          Natalie E. West (west@wtotrial.com)
                          WHEELER TRIGG O'DONNELL LLP
                          370 Seventeenth Street, Suite 4500
                          Denver, CO 80202-5647

                          *Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair*

_s/ Stephen J. Macri_
Stephen J. Macri (smacri@ogletree.com)
Robert M. Tucker (rtucker@ogletree.com)
Joseph B. Cartafalsa
(jcartafalsa@ogletree.com)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
(212) 492-2510

_s/ Eric J. Stock_
Eric J. Stock (estock@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

_Attorneys for Defendant American Institute for
Foreign Study d/b/a Au Pair in America_

_s/ Lawrence D. Stone_
Lawrence D. Stone (lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

_Attorneys for Defendants A.P.E.X. American
Professional Exchange, LLC d/b/a ProAuPair
and 20/20 Care Exchange, Inc. d/b/a The
International Au Pair Exchange_

*s/ Susan M. Schaecher*
Susan M. Schaecher
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

*Attorneys for Defendants APF Global Exchange, NFP*

*s/ Peggy Kozal*
Peggy E. Kozal (pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, CO 80202

*Attorneys for Defendant AuPairCare, Inc.*

*s/ James E. Hartley*
James E. Hartley (jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302

*Attorneys for Defendant Cultural Homestay International*

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald (mfitzgerald@bhfs.com)
David B. Meschke (dmeschke@bhfs.com)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

*Attorneys for Defendant EurAuPair Intercultural Child Care Programs*

*s/ Bogdan Enica*
Bogdan Enica (Bogdan@expertaupair.com)
EXPERT AUPAIR
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

*Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair*

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
(mrhoades@armstrongteasdale.com)
Martin J. Estevao
(mestevao@armstrongteasdale.com)
ARMSTRONG TEASDALE
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195

*Attorneys for Defendant GreatAuPair, LLC*

_s/ Brooke A. Colaizzi_
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt (jhunt@shermanhoward.com)
Alyssa L. Levy (alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

_Attorneys for Defendant InterExchange, Inc._

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on February 23, 2018, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

*s/ Diane R. Hazel*