IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO PLAINTIFFS' MOTION TO COMPEL AND FOR RELIEF UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37 [ECF NO. 837] AND CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION AND REPLY [ECF NOS. 838 AND 857]**
_____

The Court has reviewed Certain Defendants' Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion to Compel and for Relief under Federal Rules of Civil Procedure 26 and 37 [ECF No. 837] and Certain Exhibits to Declarations in Support of Plaintiffs' Motion and Reply [ECF Nos. 838 and 857] ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

The following documents shall retain Level 1 access: **(a)** Plaintiffs' Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26 and 37 [ECF No. 837], **(b)** certain exhibits to the Declaration of Juan P. Valdivieso filed in Support of Plaintiffs' Motion [ECF No. 838], specifically Exhibit 1 [ECF No. 838-1], Exhibit 2 [ECF No. 838-2], Exhibit 3 [ECF No. 838-3], Exhibit 4 [ECF No. 838-4], Exhibit 5 [ECF No. 838-5], Exhibit

6 [ECF No. 838-6], Exhibit 7 [ECF No. 838-7], Exhibit 8 [ECF No. 838-8], Exhibit 9 [ECF No. 838-9], Exhibit 12 [ECF No. 838-12], Exhibit 13 [ECF No. 838-13], Exhibit 14 [ECF No. 838-14], Exhibit 15 [ECF No. 838-15], Exhibit 16 [ECF No. 838-16], Exhibit 17 [ECF No. 838-17], Exhibit 18 [ECF No. 838-18], Exhibit 19 [ECF No. 838-19], Exhibit 20 [ECF No. 838-20], and Exhibit 26 [ECF No. 838-26], and **(c)** Exhibit 28 [ECF No. 857-1] to the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Reply in Further Support of the Motion [ECF No. 857].

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Christine M. Arguello
United States District Court Judge

2