IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A LIMITED STAY REGARDING THE DISTRIBUTION OF CLASS NOTICE**
_____

The Court has reviewed Defendants' Motion for a Limited Stay Regarding the Distribution of Class Notice and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Dissemination of notice to the classes certified under the Court's Order (ECF No. 828) shall be stayed until the United States Court of Appeals for the Tenth Circuit rules on the Defendants' Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f). If the Petition is granted, class notice shall be delayed until the appeal is resolved.

DATED this ___ day of _____ 2018.

                                                BY THE COURT

                                                _____
                                                Hon. Christine M. Arguello
                                                United States District Court Judge