THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

Defendants.

**PLAINTIFFS' NOTICE OF FILING CORRECTED MOTION FOR PARTIAL SUMMARY JUDGMENT & COMPLIANCE WITH AMENDED ORDER D.E. 909**

Plaintiffs respectfully submit this Notice of Filing of Corrected Motion for Partial Summary Judgment. After filing the original motion (D.E. 886), counsel for Au Pair Care alerted Plaintiffs to an error in the brief. On pages 29 and 30, Plaintiffs refer to a Michigan Au Pair in America Subclass and a Pennsylvania Au Pair in America Subclass. There are no such classes. The only Michigan Subclass is an Au Pair Care subclass, and the Pennsylvania subclasses are for Au Pair Care and Cultural Care. As noted in footnote 3 of the brief, "The claims brought by AuPairCare au pairs are stayed pending resolution of its appeal to the Tenth Circuit." Similarly, as noted in footnote 2, the Cultural Care Pennsylvania Subclass is without a class representative, as a result of the Court's February 13, 2018 Order Denying Plaintiffs' Motion to Amend the Complaint (ECF No. 850).

1

To correct this error, Plaintiffs have made the following changes, which are the only changes made in this corrected brief:

(1) The "Michigan: Au Pair in America Subclass" section that appeared on page 29 of the original motion has been deleted.

(2) The "Pennsylvania: Au Pair in America Subclasses" section that appeared on pages 29-30 of the original motion has been deleted.

(3) The Table of Contents has been updated to reflect these changes.

Amended Order D.E. 909 requires Plaintiffs to file the original motion for partial summary judgment publicly (no Defendant has requested redactions).  To reduce confusion, but also to comply with the Amended Order, Plaintiffs have publicly filed the corrected motion as a separate docket entry, and attach the original motion as a publicly filed exhibit to this notice.  For the avoidance of doubt, the corrected motion is the operative filing.

Respectfully submitted this 1st day of March, 2018, at New York, New York.

        Respectfully submitted,

        /s/ Joshua J. Libling
        Joshua J. Libling
        BOIES SCHILLER FLEXNER LLP
        575 Lexington Avenue
        New York, NY 10022
        Tel. (212) 446-2300
        Fax. (212) 446-2350
        jlibling@bsfllp.com

        *Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joshua J. Libling
Joshua J. Libling