# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF JUAN P. VALDIVIESO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL AND FOR RELIEF UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37**

---

I, JUAN P. VALDIVIESO, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel of record for Plaintiffs in the above captioned matter. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26 and 37.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the document referred to in the instant motion as the "First Document," Exhibit 40 in the August 24, 2017 deposition of Susan Hayes, bearing production numbers ExpertAuPair028121-22,

1

and first produced by Expert Au Pair on March 20, 2016.

4. Attached hereto as **Exhibits 1a** through **1c** are true and correct copies of near duplicates of **Exhibit 1**, and all contain the same contested material at issue in this motion. **Exhibit 1a** is a true and correct copy of a document bearing production number APEX-20/20 10093-94 produced on June 28, 2017. **Exhibit 1b** is a true and correct copy of a document bearing production number APEX-2020 10312-13 produced on June 28, 2017. **Exhibit 1c** is a true and correct copy of a document bearing production number GAP_00067099-7100 produced on November 7, 2017.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the document referred to in the instant motion as the "Second Document," Exhibit 15 in the August 10, 2017 deposition of Ellen Hoggard ("Hoggard Deposition") bearing production number APEX 20/20 10084-85, produced on June 28, 2017.

6. Attached hereto as **Exhibits 2a** through **2f** are true and correct copies of near duplicates of **Exhibit 2**, and all contain the same contested material at issue in this motion. **Exhibit 2a** is a true and correct copy of a document bearing production number APEX 20/20 494 produced on November 18, 2016. **Exhibit 2b** is a true and correct copy of a document bearing production number ExpertAuPair039002-03 produced on May 16, 2017. **Exhibit 2c** is a true and correct copy of a document bearing production number ExpertAuPair040105 produced on May 16, 2017. **Exhibit 2d** is a true and correct copy of a document bearing production number APEX-20/20 10252 produced on June 28, 2017. **Exhibit 2e** is a true and correct copy of a document bearing production number APEX-20/20 10302 produced on June 28, 2017. **Exhibit 2f** is a true and correct copy of a document bearing production number APEX-20/20 10303 produced on June 28, 2017.

2

7. Attached hereto as **Exhibit 3** is a true and correct copy a document produced to Plaintiffs by Defendant Cultural Care, bearing production numbers CC00008841-43.

8. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced to Plaintiffs by third party the Alliance for International Exchange, bearing production numbers ALLI-000020-26, produced by the Alliance on August 23, 2017, and at issue in Plaintiffs' Pending Objections.

9. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced to Plaintiffs by third party the Alliance for International Exchange, bearing production number ALLI-000006, produced by the Alliance on August 23, 2017.

10. On January 26, 2018, Michael McCarry provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 6**.

11. On January 29, 2018, Ilir Zherka provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 7**.

12. On January 25, 2018, Lisa Heyn provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 8**.

13. On July 31, 2017, Defendants' Expert, Elizabeth H. Newlon, Ph.D., issued an expert report in this matter. A true and correct copy of Dr. Newlon's report is attached hereto as **Exhibit 9**

14. Attached hereto as **Exhibit 10**, is a document that was marked as Exhibit

3

13 to the Hoggard deposition bearing document production number APF000390-393.

15. On November 11, 2017 a Motion Hearing was held before Magistrate Judge Tafoya. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 11**.

16. On May 2, 2017, Heidi Mispagel provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 12**.

17. On May 4, 2017, Sarah McNamara provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 13**.

18. On May 9, 2017, Theresa Nelson provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 14**.

19. On May 11, 2017, William Kapler provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 15**.

20. On May 31, 2017, Shannon Pitts provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 16**.

21. On August 10, 2017, Ellen Hoggard provided testimony in a deposition on this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 17**.

22. On August 24, 2017, Susan Hayes provided testimony in a deposition on

4

this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 18**.

23. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced to Plaintiffs by third party the Alliance for International Exchange, bearing production numbers ALLI-0033261-63, produced on January 17, 2018.

24. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced to Plaintiffs by third party the Alliance for International Exchange, bearing production numbers ALLI-0033258-60, produced on January 17, 2018.

25. Attached hereto as **Exhibit 21** is a true and correct copy of a letter from Faith Reyes to Counsel for all parties, dated January 17, 2018

26. Attached hereto as **Exhibit 22** is a true and correct copy of an email from me to Faith Reyes, dated January 23, 2018.

27. Attached hereto as **Exhibit 23** is a true and correct copy of an email from Brenda Denton to me, dated January 31, 2018.

28. Attached hereto as **Exhibit 24** is a true and correct copy of letter from Joan Lukey to me, dated February 6, 2018.

29. Attached hereto as **Exhibit 25** is a true and correct copy of an email from Joan Lukey to me, dated February 7, 2018.

30. Attached hereto as **Exhibit 26** is a true and correct copy of a document produced to Plaintiffs by third party the Alliance for International Exchange, bearing production numbers ALLI-033326-28.

31. Attached hereto as **Exhibit 27** is a true and correct copy of Defendant AuPairCare's Response to Plaintiffs' Fourth Request for Production of Documents, dated

5

May 19, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February, 2018, at San Francisco, California.

    Respectfully submitted,

    /s/ Juan P. Valdivieso
    Juan P. Valdivieso

    BOIES SCHILLER FLEXNER LLP
    1999 Harrison Street, Suite 900
    Oakland, California 94612
    Tel. (510) 874-1000
    Fax. (510) 874-1460
    jvaldivieso@bsfllp.com

    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              *s/ Juan P. Valdivieso*
                                              Juan P. Valdivieso