# EXHIBIT 1

# FILED UNDER RESTRICTED ACCESS PER ECF NO. 913