# EXHIBIT 2

# FILED UNDER RESTRICTED ACCESS PER ECF NO. 913