Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN, ET AL.,         :

       Plaintiffs,          : Case No.:

       VS.                  : 14-CV-03074-CMA-KMT

INTEREXCHANGE, INC., ET AL.,          :

       Defendants           : Page 1-209

HIGHLY CONFIDENTIAL

- - -

Friday, January 26, 2018

- - -

Videotaped Deposition of MICHAEL MCCARRY taken at Boies, Schiller & Flexner, 1401 New York Avenue, NW, Washington, DC 20005 commencing at 9:34 a.m. before Sherry L. Brooks, Certified LiveNote Reporter and Notary Public, in and for the District of Columbia.

- - -

MAGNA LEGAL SERVICES

WWW.MAGNALS.COM



Confidential

```
                                      Page 2
 1    A P P E A R A N C E S:
 2
 3    BOIES, SCHILLER & FLEXNER, LLP
      BY:  JUAN P  VALDIVIESO, ESQUIRE
 4         DAWN SMALLS, ESQUIRE
      1999 Harrison Street
 5    Suite 900
      Oakland, CA  94612
 6    (510) 874-1010
      E-mail:  Jvaldivieso@bsfllp com
 7    Representing the Plaintiffs
 8
      CHOATE, HALL & STEWART, LLP
 9    BY:  LYNDSEY KRUZER, ESQUIRE
           JOAN A  LUKEY, ESQUIRE     (via telephone)
10    Two International Place
      Boston, MA  02110
11    (617) 248-4790
      (617) 248-4949
12    E-mail:  Lkruzer@choate com
      E-mail:  Joan Lukey@choate com
13    Representing Defendant Cultural Care, Inc
14
      SHERMAN & HOWARD, LLC
15    BY:  ALYSSA L  LEVY, ESQUIRE     (via telephone)
      633 Seventeenth Street
16    Suite 3000
      Denver, CO  80202
17    (303) 299-8256
      (303) 298-0940 (Fax)
18    E-mail:  Alevy@shermanhoward com
      Representing Defendant InterExchange, Inc
19
20
21
22
```

```
                                      Page 3
 1    APPEARANCES CONTINUED:
 2
 3    PUTNEY, TWOMBLY, HALL & HIRSON, LLP
      BY:  JOHN B  FULFREE, ESQUIRE     (via telephone)
 4    521 Fifth Avenue
      New York, NY  10175
 5    (212) 682-0020
      (212) 682-9380 (Fax)
 6    E-mail:  Jfulfree@putneylaw com
      Representing Defendant American Institute for Foreign
 7    Study d/b/a Au Pair in America
 8
      FISHER & PHILLIPS, LLP
 9    BY:  SUSAN SCHAECHER, ESQUIRE     (via telephone)
      1801 California Street
10    Suite 2700
      Denver, CO  80202
11    (303) 218-3676
      E-mail:  Sschaecher@fisherphillips com
12    Representing Defendant APF Global Foundation d/b/a Au
      Pair Foundation
13
14    NIXON SHEFRIN HENSEN OGBURN
      BY:  KATHLEEN E  CRAIGMILE, ESQUIRE   (via telephone)
15    5619 DTC Parkway
      Suite 1200
16    Greenwood Village, CO  80111
      (303) 874-3235
17    (303) 779-0740 (Fax)
      E-mail:  Kcraigmile@nixonshefrin com
18    Representing Defendant APEX, LLC and 20/20 Care
      Exchange, Inc
19
20
21
22
```

```
                                      Page 4
 1    APPEARANCES CONTINUED:
 2
 3    JUSTIA LAWYERS
      BY:  BOGDAN ENICA, ESQUIRE     (via telephone)
 4    111 Second Avenue NE
      Suite 204
 5    St  Petersburg, FL  33701
      (727) 388-3472
 6    E-mail:  Bogdane@hotmail com
      Representing Defendant Expert Group International,
 7    Inc  d/b/a Expert AuPair
 8
      WHEELER TRIGG O'DONNELL, LLP
 9    BY:  KATE A  REILLY, ESQUIRE     (via telephone)
      370 17th Street
10    Suite 4500
      Denver, CO  80202
11    (303) 244-1983
      (303) 244-1879 (Fax)
12    E-mail:  Reilly@wtotrial com
      Representing Defendant American Cultural Exchange,
13    LLC, d/b/a Go Au Pair and Go Au Pair Operations, LLC
      (together "Go Au Pair"), Agent Au Pair, Au Pair
14    International
15
      GORDON & REES, LLP
16    BY:  THOMAS B  QUINN, ESQUIRE
           PEGGY E  KOZAL, ESQUIRE     (via telephone)
17    555 Seventeenth Street
      Suite 3400
18    Denver, CO  80202
      (303) 200-6888
19    E-mail:  Tquinn@gordonrees com
      E-mail:  Pkozal@grsm com
20    Representing Defendant AuPairCare
21
22
```

```
                                      Page 5
 1    APPEARANCES CONTINUED:
 2
 3    VERDI & OGLETREE, PLLC
      BY:  FAITH KALMAN REYES, ESQUIRE
 4         BENJAMIN R  OGLETREE, ESQUIRE
      1325 G Street, NW
 5    Suite 500
      Washington, DC  20005
 6    (202) 449-7703
      E-mail:  Bogletree@verdiogletree.com
 7    Representing Michael McCarry
 8    ALSO PRESENT:
 9       Nancy Holmstock, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
```



2 (Pages 2 to 5)

Case No. 1:14-cv-03074-CMA-KMT Document 918-6 filed 03/01/18 USDC Colorado pg 3 of 7
Case 1:14-cv-03074-CMA-KMT Document 838-6 Filed 02/10/18 USDC Colorado Page 3 of 7

Confidential

|  Page 10 | Page 12 |
|---|---|
| 1  If you could please do the same, I would appreciate<br>2  it.<br>3      A.  Sure.<br>4      Q.  If one of my questions isn't clear, let me<br>5  know and I will try to rephrase it.<br>6          Finally, if you need to take a break at<br>7  any point, let me know, and we'll go off the record.<br>8  The only thing that I do ask is if there is a<br>9  question pending that you answer that question and<br>10 then we'll go off the record.  Okay?<br>11     A.  Yes.<br>12     Q.  Okay.  Is there any reason that you may<br>13 not be able to give accurate testimony today?<br>14     A.  No.<br>15     Q.  Any reason that your memory might be less<br>16 sharp today than on other days?<br>17     A.  No.<br>18     Q.  And you are the executive director of the<br>19 Alliance?<br>20     A.  I was.<br>21     Q.  And what is the Alliance?<br>22     A.  The Alliance for International Exchange is | 1  your member associations?<br>2      A.  In some ways the agenda sets itself.  But<br>3  a lot of the work is reactive to what's going on in<br>4  the policy world as it affects exchanges.<br>5          But speaking broadly, the issues we dealt<br>6  with were appropriations.  We wanted to get the --<br>7  many of the Alliance members -- I'm going to continue<br>8  to use first-person pronouns, even though I'm retired<br>9  from the Alliance just because it's a habit.<br>10         Many of our members are -- get grants from<br>11 the state department to administer exchanges like the<br>12 Fulbright Program.  And so we have an interest in<br>13 making sure that that is a robust appropriation for<br>14 those kinds of activities.  And occasionally, there<br>15 are specific sorts of issues that could crop up in<br>16 the appropriations process.<br>17         And then we work on regulatory issues on<br>18 behalf of those sponsors that do privately-funded<br>19 exchanges under the Exchange Visitor Program.<br>20         And which issues we tackle kind of depends<br>21 on which issues come up.  Sometimes we might be<br>22 proactive in introducing an issue.  Other times we're |
| Page 11 | Page 13 |
| 1  an association of U.S.-based exchange organizations.<br>2  I lost track of the number of members, but it's over<br>3  90.<br>4          Exchange organizations do all types of<br>5  exchanges, and the Alliance is an association that<br>6  does advocacy and policy work on behalf of its<br>7  members.  Our mission is to promote international<br>8  exchange.<br>9      Q.  And so you said that your members are<br>10 exchange organizations; is that right?<br>11     A.  Yes.<br>12     Q.  And that includes au pair sponsor<br>13 agencies?<br>14     A.  Yes, it does.<br>15     Q.  Okay.<br>16     A.  Not all au pair sponsor agencies.<br>17 Membership is voluntary, of course.<br>18     Q.  I see.  And you said the mission includes<br>19 advocacy and policy work; is that right?<br>20     A.  Correct.<br>21     Q.  And how do you set the agenda for the<br>22 advocacy and policy work that you do on behalf of | 1  reacting to an issue on the hill.<br><br><br>4      Q.  And do your member organizations share a<br>5  common agenda?<br>6      A.  Sectors share a common agenda.  Everybody<br>7  would agree that the statement changes are a good<br>8  thing and then the interests -- our members are all<br>9  competitors in one way or another, sometimes in<br>10 multiple ways.<br>11         So summer work travel sponsors care about<br>12 things -- they're happy if the exchange appropriation<br>13 is high, but they care about things that matter to<br>14 summer work and travel.<br>15         People who do the Fulbright Program are<br>16 happy if work travel is going well, but they do<br>17 really care about appropriations.  So the interest<br>18 varied depending on the number of interest in<br>19 programs.<br>20     Q.  I see.  And so in your experience at the<br>21 Alliance, did the au pair sponsors share a common<br>22 agenda? |



4 (Pages 10 to 13)

Confidential

| Page 14 | Page 16 |
|---|---|
| 1   A.   Generally, yes.<br>2   Q.   And what is your understanding of what<br>3   that common agenda was?<br>4   A.   The common agenda was to maintain a<br>5   strong, well-run Au Pair Program.<br>6   Q.   And how did the Alliance help further the<br>7   agenda of maintaining a strong and well-run Au Pair<br>8   Program?<br>9   A.   Well, we worked with -- we worked with the<br>10   Bureau of Educational and Cultural Affairs -- before<br>11   that, the general counsel's office at USIA before the<br>12   agencies merged in 1999 -- on regulatory changes that<br>13   would -- you know, we would suggest things and<br>14   promote those in a positive way.<br>15      We'd also resist things that we thought<br>16   were questionable -- of questionable value to the<br>17   program.<br>18   Q.   What do you consider the components of a<br>19   well-run Au Pair Program to be?<br>20   A.   Well-run Au Pair Program -- well, I'm<br>21   really not -- I have to say I'm speaking as a<br>22   non-expert there because we didn't really get | 1   statutes.<br>2   Q.   I see.  And what was the Alliance's role<br>3   in determining the common agenda on behalf of the au<br>4   pair sponsors, if any?<br>5   A.   Our role in determining common agenda was<br>6   what it was for each tribe of sponsors, if you will,<br>7   within the Alliance.  We would convene our members<br>8   sometimes in annual meetings and often in groups --<br>9   you know, specific groups, au pairs and work travel<br>10   appropriations as examples, and discuss with them<br>11   what their issues were.<br>12      We'd work out a common agenda over the<br>13   course of discussion usually.<br>14   Q.   So were the in-person meetings a primary<br>15   way of determining a common agenda?<br>16   A.   Often that was the case, yes.<br>17   Q.   Were there any other ways that you<br>18   received input from the au pair sponsor agencies in<br>19   determining the common agenda?<br>20   A.   Phone, email.<br>21   Q.   And in phone or email, would that be<br>22   speaking -- you speaking with an individual sponsor |
| **Page 15** | **Page 17** |
| 1   involved in operations.<br>2       MS. REYES:  I would encourage you not to<br>3   speculate then.<br>4       THE WITNESS:  Okay.<br>5   A.   I'm not an expert on that.  We really<br>6   dealt with policy issues and not how -- what makes a<br>7   well-run program.<br>8       BY MR. VALDIVIESO:<br>9   Q.   But you said the common agenda was to<br>10   maintain a strong and well-run Au Pair Program.  What<br>11   did you mean by --<br>12   A.   Well, well-run -- what I meant was -- by<br>13   well-run, what I meant was a program that had a<br>14   strong and sensible set of regulations.<br>15   Q.   And were you familiar with the governing<br>16   regulations that governed the Au Pair Program?<br>17   A.   Yes.<br>18   Q.   Did you read those regulations?<br>19   A.   Yes.<br>20   Q.   Were you familiar with the statutes that<br>21   were underlying those regulations?<br>22   A.   I'm more familiar with the regs than the | 1   or would you sometimes have calls with multiple<br>2   sponsors at the same time?<br>3   A.   Both.<br>4       MS. KRUZER:  Objection.  Form.<br>5   A.   Would you repeat the question, please?<br>6       BY MR. VALDIVIESO:<br>7   Q.   When you had calls with sponsor members,<br>8   at times would that be with multiple sponsors at the<br>9   same time?<br>10   A.   Yes.<br>11   Q.   And I think you said that membership was<br>12   voluntary?<br>13   A.   Correct.<br>14   Q.   And how did the Alliance go about<br>15   accepting members?<br>16   A.   Well, there was an application process.<br>17   The member -- the prospective member would file a<br>18   letter of application.  There are some elements that<br>19   had to be in the letter, why they wanted to join the<br>20   Alliance, a basic description of their activities,<br>21   which programs they were interested in.<br>22      We had a membership -- we had to establish |



5 (Pages 14 to 17)

Case No. 1:14-cv-03074-CMA-KMT Document 918-6 filed 03/01/18 USDC Colorado pg 5 of 7
Case 1:14-cv-03074-CMA-KMT Document 838-6 Filed 02/10/18 USDC Colorado Page 5 of 7

Confidential

Page 70

```
 1   and Cultural Affairs (sic) Act, the Fulbright Hays
 2   Act, in support of broader mutual understanding
 3   between the people of the United States and the
 4   people of the world.
 5           And to me, it has at least two elements of
 6   genius -- legislative genius in it.  By allowing for
 7   a work component, they allow large numbers of young
 8   people to come to the United States, various forms of
 9   activity:  Internships, summer work travel, au pair,
10   and cover the costs of their program.
11           These are typically, but not always -- and
12   there's no means test for these programs.  But these
13   are typically people who wouldn't be able to afford
14   to come to the United States otherwise, for vacation
15   or to attend an American university.
16           But they get a chance to come here, meet
17   Americans, live with American families, at virtually
18   no cost to the taxpayer because there's no
19   appropriate funds that go into these programs.
20           The students support themselves and that's
21   what the work component is about, but the purpose is
22   cultural exchange.  That's why there are things like
```

Page 71

```
 1   an educational component.  That's why there are
 2   things like a cultural component and some work
 3   travel, to make sure that the participants have
 4   opportunities.
 5           And living with a family is a huge
 6   opportunity, of course, in the au pair case to
 7   partake in cultural exchange, get to know Americans,
 8   get to know our cultural.  Somebody on an H and L or
 9   a Q has none of that.
10       Q.   And so the Au Pair Program is one of the
11   exchange programs you mentioned that has a work
12   component; is that right?
13       A.   Yes.
14       Q.   Did the Alliance take a position on
15   whether -- during your time at the Alliance, did the
16   Alliance take a position on whether an au pair is an
17   employee?
18       A.   No.  No, we never did.
19       Q.   But you did take a position as to whether
20   the program ought to be classified as a work program
21   versus a cultural exchange program, right?
22       A.   That's the position of the U.S.
```

Page 72

```
 1   Government, yes.  We support the U.S. Government's
 2   position.  It's been the policy since 1961.
 3   [REDACTED]
```



Confidential

Page 74

3  Q.  Do you recall any instance where you told
4  a member organization that was asking you to pursue
5  something where you said it was a bad idea?
6  A.  No.  I do recall instances when I said I
7  wasn't going to get involved with that.
8  Q.  Do you have any familiarity with the U.S.
9  Antitrust Laws?
10      MS. KRUZER:  Objection.  Form.
11  A.  No.
12      BY MR. VALDIVIESO:
13  Q.  Do you recall any instances -- or you said
14  you recalled an instance where you said you weren't
15  going to get involved?
16  A.  Yes.

22  Q.  Any others?

Page 75

1  A.  That's the one that comes to mind.
2      MR. VALDIVIESO:  I'm going to hand you
3  Exhibit 4.
4      THE WITNESS:  Before we start this, may I
5  take a quick break?
6      MS. REYES:  Of course.  We can take a
7  break whenever you need to.
8      THE VIDEOGRAPHER:  The time is now 11:29.
9  Going off the record.
10     (Exhibit Number 4 was marked for
11 identification and was attached to the deposition.)
12     (A break was taken.)
13     THE VIDEOGRAPHER:  We're on the record,
14 January 26th, 2018.  The time is 11:39 with video
15 number 2.
16     BY MR. VALDIVIESO:
17 Q.  Mr. McCarry, before you took a break, I
18 just handed you Exhibit No. 4, which is an Alliance
19 document ending in 7199.
20     Have you had a chance to review Exhibit
21 No. 4, Mr. McCarry?
22 A.  Yes.

Page 76

1  Q.  Are you familiar with Exhibit No. 4?
2  A.  Yes.
3  Q.  What is Exhibit No. 4?
4  A.  It's an exchange of emails between me and
5  Elizabeth O'Neill.  At the time Ms. O'Neill was a
6  vice president at CIEE, Council for International
7  Educational Exchange based in Portland, Maine.
8  Q.  And the email exchange is from February
9  2009?  The email is from February 2009?
10 A.  Yes.  Correct.



20 (Pages 74 to 77)

Confidential

Page 162

Page 164

3     MR. VALDIVIESO: I'm going hand you
4  Exhibit 12. It's an Alliance document ending in
5  10107.
6     (Exhibit Number 12 was marked for
7  identification and was attached to the deposition.)
8     BY MR. VALDIVIESO:
9  Q.   Mr. McCarry, have you had a chance to look
10 at Exhibit No. 12?
11 A.   Yes, I have.
12 Q.   What is Exhibit No. 12? Are you familiar
13 with it?
14 A.   I am.
15 Q.   And what is it?
16 A.   A joke.
17 Q.   And why do you say that it's, "a joke"?
18 A.   Well, the date is December 26th, so it's
19 in the season where nobody is working very much. Mr.
20 Rannefors and I are good friends, and we tease each
21 other a lot.
22

19 Q.   Do you understand there to be any tie
20 between the au pair stipend and the minimum wage?
21 A.   The au pair stipend is based on the
22 minimum wage.

MAGNA LEGAL SERVICES