Confidential

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN, ET AL.,    :

                 Plaintiffs,        :    Case No.:

                 VS.                :    14-CV-03074-CMA-KMT

INTEREXCHANGE, INC., ET AL.,     :

                 Defendants        :    Page 1-249

HIGHLY CONFIDENTIAL

- - -

Thursday, January 25, 2018

- - -

          Videotaped Deposition of LISA HEYN taken

at Boies, Schiller & Flexner, 1401 New York Avenue,

NW, Washington, DC 20005 commencing at 10:18 a.m.

before Sherry L. Brooks, Certified LiveNote Reporter

and Notary Public, in and for the District of

Columbia.

- - -

MAGNA LEGAL SERVICES

WWW.MAGNALS.COM



Confidential

Page 2

A P P E A R A N C E S :

BOIES, SCHILLER & FLEXNER, LLP
BY: JUAN P. VALDIVIESO, ESQUIRE
   SEAN P. RODRIGUEZ, ESQUIRE    (via telephone)
1999 Harrison Street
Suite 900
Oakland, CA  94612
(510) 874-1010
(510) 874-1101
E-mail: Jvaldivieso@bsfllp.com
E-mail: Srodriguez@bsfllp.com
Representing the Plaintiffs

CHOATE, HALL & STEWART, LLP
BY: LYNDSEY KRUZER, ESQUIRE
Two International Place
Boston, MA  02110
(617) 248-4790
E-mail: Lkruzer@choate.com
Representing Defendant Cultural Care, Inc.

SHERMAN & HOWARD LLC
BY: BROOKE A. COLAIZZI, ESQUIRE    (via telephone)
633 Seventeenth Street
Suite 3000
Denver, CO  80202
(303) 299-8471
(303) 298-0940 (Fax)
E-mail: Bcolaizzi@shermanhoward.com
Representing Defendant InterExchange, Inc.

Page 4

APPEARANCES CONTINUED:

JUSTIA LAWYERS
BY:  BOGDAN ENICA, ESQUIRE        (via telephone)
111 Second Avenue, NE
Suite 204
St  Petersburg, FL  33701
(727) 388-3472
E-mail: Bogdane@hotmail com
Representing Defendant Expert Group International,
Inc  d/b/a Expert AuPair

WHEELER TRIGG O'DONNELL, LLP
BY: NATALIE WEST, ESQUIRE        (via telephone)
370 17th Street
Suite 4500
Denver, CO  80202
(303) 244-1918
(303) 244-1879 (Fax)
E-mail:  West@wtotrial com
Representing Defendant American Cultural Exchange,
LLC, d/b/a Go Au Pair and Go Au Pair Operations, LLC
(together "Go Au Pair"), Agent Au Pair, Au Pair
International

GORDON & REES, LLP
BY:  THOMAS B  QUINN, ESQUIRE
555 Seventeenth Street
Suite 3400
Denver, CO  80202
(303) 534-5154
(303) 534-5161 (Fax)
E-mail: Tquinn@gordonrees com
Representing Defendant AuPairCare

Page 3

APPEARANCES CONTINUED:

PUTNEY, TWOMBLY, HALL & HIRSON, LLP
BY: JOHN B  FULFREE, ESQUIRE      (via telephone)
521 Fifth Avenue
New York, NY  10175
(212) 682-0020
(212) 682-9380 (Fax)
E-mail: Jfulfree@putneylaw com
Representing Defendant American Institute for Foreign
Study d/b/a Au Pair in America

FISHER & PHILLIPS, LLP
BY: SUSAN SCHAECHER, ESQUIRE        (via telephone)
1801 California Street
Suite 2700
Denver, CO  80202
(303) 218-3676
E-mail: Sschaecher@fisherphillips com
Representing Defendant APF Global Foundation d/b/a Au
Pair Foundation

NIXON SHEFRIN HENSEN OGBURN
BY: LAWRENCE D  STONE, ESQUIRE      (via telephone)
5619 DTC Parkway
Suite 1200
Greenwood Village, CO  80111
(303) 874-3408
(303) 779-0740 (Fax)
E-mail: Lstone@nixonshefrin com
Representing Defendant APEX, LLC and 20/20 Care
Exchange, Inc

Page 5

APPEARANCES CONTINUED:

VERDI & OGLETREE, PLLC
BY: FAITH KALMAN REYES, ESQUIRE
   BENJAMIN R. OGLETREE, ESQUIRE
1325 G Street, NW
Suite 500
Washington, DC  20005
(202) 449-7703
E-mail: Bogletree@verdiogletree.com
Representing Lisa Heyn
ALSO PRESENT:
   Nancy Holmstock, Videographer



2 (Pages 2 to 5)

Confidential

