UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

_____

JOHANA PAOLA BELTRAN, ET AL.,

        Plaintiffs,

vs.

INTEREXCHANGE, INC., ET AL.,

        Defendants.

_____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF

HEIDI MISPAGEL

30(b)(6) REPRESENTATIVE FOR A.P.E.X. and 20/20

MAY 2, 2017

DENVER, COLORADO

9:05 A.M.

Magna Legal Services
866-624-6221
www.magnals.com



Page 2

1            The videotaped deposition of
2   HEIDI MISPAGEL, taken before Leeann Keenan, a
3   Registered Merit Reporter, Certified Realtime Reporter,
4   and a Notary Public in and for the County of Summit and
5   the State of Colorado, at 5619 DTC Parkway, Greenwood
6   Village, Colorado, on Monday, May 2, 2017, at the hour
7   of 9:05 a.m., pursuant to Notice.

Page 3

 1   APPEARANCES:
 2
     BOISE, SCHILLER, FLEXNER, L L P
 3   BY: JOSHUA LIBLING, ESQ
         DANIEL SCHWARTZ, ESQ
 4       575 Lexington Avenue
         New York, New York  10022
 5       (212) 303-3537
         jlibling@bsfllp com
 6       dschwartz@bsfllp com
         appeared on behalf of the Plaintiffs
 7
     GORDON & REES
 8   BY: NATHAN HUEY, ESQ
         555 17th Street
 9       Suite 3400
         Denver, Colorado  80202
10       (303) 200-6888
         nhuey@gordonrees com
11       appeared on behalf of AuPairCare,
         Inc
12
     CHOATE, HALL & STEWART
13   BY: JUSTIN WOLOSZ, ESQ
         Two International Place
14       Boston, Massachusetts  02110
         (617) 248-5221
15       jwolosz@choate com
         appeared by telephone on behalf of
16       Cultural Care
17   LEWIS, ROCA, ROTHGERBER, CHRISTIE
     BY: JESSICA FULLER, ESQ
18       1200 17th Street
         Suite 3000
19       Denver, Colorado  80202
         (303) 628-9527
20       appeared on behalf of Cultural Care
21   EXPERT AUPAIR
     BY: BOGDAN ENICA, ESQ
22       100 2nd Avenue S
         Suite 3025
23       St Petersburg, Florida  33701
         (727) 225-2649
24       bogdan@expertaupair com
         appeared by telephone on behalf of
25       Expert AuPair

Page 4

 1   APPEARANCES CONTINUED:
 2
 3       NIXON, SHEFRIN, HENSEN, OGBURN
         BY: LAWRENCE STONE, ESQ.
 4         5619 DTC Parkway
           Suite 1200
 5         Greenwood Village, Colorado  80111
           (303) 773-3500
 6         lstone@nixonshefrin.com
           appeared by telephone on behalf of
 7         ProAuPair and International Au Pair
           Exchange
 8
         FISHER & PHILLIPS
 9       BY: SUSAN SCHAECHER, ESQ.
           1801 California Street
10         Suite 2700
           Denver, Colorado  80202
11         (303) 218-3650
           sschaecher@fisherphillips.com
12         appeared by telephone on behalf of
           AuPair Foundation and Au Pair in
13         America
14
15   ALSO PRESENT: Davis Baumunk, Videographer

Page 5

 1              I N D E X
 2
     DEPOSITION WITNESS:                          PAGE
 3   HEIDI MISPAGEL
 4   Examination by Mr Libling               10
 5
     PLAINTIFFS' DEPOSITION EXHIBITS MARKED:
 6   NO     DESCRIPTION                        PAGE
 7   Exhibit 1   Plaintiffs' Notice of 30(b)(6)    11
         Deposition of A P E X  and 20/20
 8       d/b/a The International Au Pair
         Exchange
 9
     Exhibit 2   January 2016 ProAuPair Organizational  20
10       Chart
         APEX-20/20 500
11
     Exhibit 3   Plaintiffs' Second Set of       26
12       Interrogatories
13   Exhibit 4   A P E X  "9 Mistakes Parents Make   71
         When Hiring and Au Pair  and How to
14       Avoid Them
         Apex-20/20 117 - 125
15
     Exhibit 5   ProAuPair Pre-Match Pricing       89
16       APEX-20/20 261 - 264
17   Exhibit 6   Family Service Agreement         109
         APEX-20/20 244 - 256
18
     Exhibit 7   ProAuPair Host Family Service     116
19       Agreement
         APEX-20/20 219 - 224
20
     Exhibit 8   Au Pair Service Agreement         119
21       APEX-20/20 4 - 8
22   Exhibit 9   Au Pair Financial Terms & Conditions  125
         APEX-20/20
23
     Exhibit 10   ProAuPair Service Agreement      126
24       APEX-20/20 10 - 15
25



2 (Pages 2 to 5)

| Page 182 | Page 184 |
|---|---|
| 1  A.  They covered -- I'm trying to remember.<br>2  They covered -- they talked about their -- their<br>3  organizational structure and the different<br>4  departments and what the different departments<br>5  within the ECA do and who the -- they had different<br>6  staff members speaking about the role of their<br>7  department as it pertains to the private sector<br>8  designation and au pair programs.<br>9       They talked, like I said, about<br>10 the surveys that they had done and the meetings that<br>11 they had had with au pairs.  They kind of came back<br>12 and spoke about the strengths and weaknesses.  They<br>13 had somebody from the Department of -- of Labor come<br>14 and presented there.  They -- I'm trying to think of<br>15 what else.  Those were kind of the main things.<br>16  Q.  This question's just for the record.  Can<br>17 you just says what "ECA" stands for?<br>18  A.  Oh, the Bureau of Educational and<br>19 Cultural Affairs, I believe.<br>20  Q.  And that is a bureau within the<br>21 Department of State?<br>22  A.  Yes.<br>23  Q.  Is that the bureau that oversees the --<br>24 the au pair program?<br>25  A.  Yes, they do. | 1  traveling internationally and could live abroad by<br>2  themselves, those sort of things.<br>3   Q.  And what about the weaknesses?<br>4   A.  So the weaknesses that I recall are<br>5  au pairs' concerns about what happens when there's<br>6  a -- a -- their match -- there's a match break and<br>7  what's going to happen to them, duties beyond<br>8  regulations or beyond what would be acceptable.  I'm<br>9  trying to think of what else.  Placement changes.<br>10 You know, when their program ends and they go home<br>11 early, kind of concerns about that.<br>12  Q.  Were there any action items that came out<br>13 of this meeting?<br>14  A.  I don't recall.  I mean, there weren't as<br>15 far as sponsors were concerned.<br>16      Well, one thing that they -- they<br>17 did cover at the meeting was they had an updated<br>18 incident reporting document that the Department of<br>19 State provides to au pair sponsors, so we can report<br>20 incidents to them and kind of further clarify what<br>21 in -- incidents constitute needing to be reported<br>22 to the Department of State.  That was one action<br>23 item, that we received that new document.<br>24  Q.  Were all of the sponsors at this meeting?<br>25      MS. FULLER:  Objection.  Form. |
| Page 183 | Page 185 |
| 1  Q.  What is your understanding of the role of<br>2  the ECA?<br>3  A.  My understanding -- so -- so ECA is -- is<br>4  the arm of the Department of State that is<br>5  overseeing the J-1 cultural exchange programs in<br>6  their -- the various J-1 visa types.  They're<br>7  ensuring -- or they are selecting, vetting,<br>8  monitoring sponsors.  They are fulfilling the<br>9  mission set forth by, you know, the Fulbright Act,<br>10 when the -- the -- the J-1 programs were created to<br>11 facilitate cultural exchange.  And those are kind of<br>12 the main things.<br>13  Q.  You mentioned that one of the topics<br>14 covered at this meeting was the strengths and<br>15 weaknesses of the au pair program?<br>16  A.  Uh-huh.<br>17  Q.  What were some of the strengths?<br>18  A.  I'm trying to remember.  It's in a<br>19 PowerPoint presentation, you probably have in your<br>20 binder.<br>21      But I think they talked about the<br>22 strengths were that an overwhelming majority of<br>23 au pairs reported that they had a positive<br>24 experience, that their English improved, you know,<br>25 that they met Americans, that they gained confidence | 1  Foundation.<br>2  A.  I don't know.<br>3  Q.  Were -- was it --<br>4  A.  Actually, I -- I do know.  Not all of<br>5  them were there.<br>6  Q.  Do you know which ones were there?<br>7  A.  I can probably list the people I remember<br>8  seeing there.<br>9  Q.  Sure.<br>10  A.  So I believe that AuPairCare was there,<br>11 Au Pair in America, InterExchange, Cultural Care,<br>12 Expert Au Pair.  There was a representative from the<br>13 organization based in Petaluma.  I don't recall<br>14 their name.  Au -- Au Pair Foundation, I think.<br>15 Those are the people I remember specifically at that<br>16 meeting.<br>17  Q.  How frequently do multiple sponsors get<br>18 together for a meeting with the Department of State?<br>19  A.  It's -- it's kind of random.  It's<br>20 whenever the Department of State decides to hold a<br>21 meeting.  There have been, I think, two meetings<br>22 specifically called for sponsors in D.C. since I've<br>23 been at A.P.E.X.  And then we usually see the<br>24 Department of State at the annual Alliance meetings.<br>25 They tend to -- to go to those as well. |



47 (Pages 182 to 185)

Page 186

1 Q. You said the Department of Labor was
2 there. What was the Department of Labor's
3 representative there to do?
4 A. Honestly, it was very muddy to me. So
5 she was presenting on FSLA [sic].
6 Q. What did she say about the FLSA?
7 A. I don't remember specifically, to be
8 honest.
9 Q. Do you remember generally?
10 A. It was very weird at that meeting because
11 the Department of Labor showed up, and a bunch of
12 sponsors walked out because people were -- felt it
13 was related to the lawsuit, and it was inappropriate
14 that the Department of Labor would come in and be
15 speaking to things that were related to the lawsuit.
16 And so it was just a really weird
17 session. And I don't remember the specifics of what
18 all she covered, but it was -- yeah.
19 Q. Did you walk out?
20 A. No, I did not.
21 Q. Is there any -- is there a sponsor you
22 specifically remember seeing walk out, or you just
23 know that some did?
24 A. I recall that Expert Au Pair and Cultural
25 Care walked out of the room.

Page 187

1 Q. Do you have any recollection of the
2 substance of the Department of Labor's
3 communication?
4 MR. STONE: Objection. Form.
5 A. I mean, it was around wages, you know,
6 wages and payments and that sort of thing.
7 Q. Did -- did they say anything about the
8 minimum wage?
9 A. I don't recall, to be honest.
10 Q. You don't recall whether the topic of
11 minimum wage came up at all?
12 A. I -- I -- can you rephrase your last
13 question?
14 Q. Do you recall whether the -- whether
15 during this discussion with the Department of Labor
16 the topic of the minimum wage came up at all?
17 A. Yes, I believe the topic of the minimum
18 wage came up.
19 Q. What was said about the minimum wage?
20 A. Well, I believe -- and, like I said, it
21 was a really weird session because people were upset
22 and kind of, you know, half the room walked out.
23 So I believe what they were trying
24 to convey is that minimum wage varies by state.
25 There was a federal requirement and -- you know,

Page 188

1 what I heard was very counter to what my
2 understanding of the au pair stipend is.
3 And because of the lawsuit and
4 because -- it felt very inappropriate that they had
5 showed up, where the Department of Labor had never
6 been to any other Department of State-sponsored
7 meeting. You know, it def -- it wasn't the time and
8 the place to start talking to sponsors about what
9 they perceived to be a regulatory thing that is
10 completely different than what our understanding was
11 from the Department of State.
12 Q. But the Department of Labor conveyed that
13 its understanding was that state minimum wages
14 applied to au pairs?
15 MR. STONE: Objection. Form.
16 Foundation.
17 A. I don't know if they specifically said
18 that, to be honest.
19 Q. My understanding is that you testified
20 that the Department of Labor said that minimum wage
21 varies by state?
22 A. Uh-huh.
23 Q. How does the minimum wage vary by state,
24 if it doesn't vary based on state minimum wages?
25 MR. STONE: Objection. Form.

Page 189

1 Foundation.
2 A. So it's -- so they did say that minimum
3 wage varies by state. Whether or not that applies
4 to au pairs is -- was unclear.
5 Q. Was the topic of this meeting anything
6 other than au pairs and the au pair program?
7 A. It was specific to au pairs.
8 Q. Okay. At this meeting between some
9 sponsors and the Department of Labor, was the topic
10 of a deduction or credit for room and board
11 discussed?
12 A. I believe so.
13 Q. And what was said about that?
14 A. Honestly, I don't remember what it
15 specifically said, what they specifically said about
16 room and board deductions.
17 Q. Do you remember generally what they said?
18 A. I don't remember generally. I do know
19 that the topic of room and board comes up in the
20 conversation around FSLA [sic], and that it can vary
21 by state.
22 Q. Did the Department of Labor express an
23 opinion as to whether the deduction or credit for
24 room and board was appropriate?
25 A. I honestly don't recall if they had a

Page 210

```
 1    A.   Can you repeat the question?  I just want
 2  to...
```

[redacted]

```
 8    Q.   And so that there is a national stipend?
 9  Is that your perspective?
10    A.   There's a stipend that's provided -- that
11  governs the J-1 au pair program.
12    Q.   And that stipend is a national stipend?
13    A.   It's based on federal minimum wage.
14    Q.   So is it a national stipend?
15    A.   I don't know if that means national or --
16    Q.   Does it vary state by state?
17    A.   No.
```

[redacted]

```
25  have an understanding of how the Alliance decides
```

Page 212

[redacted]

```
     (Exhibit No. 25 was marked.)
24    Q.   Let's look at Exhibit 25, which is
25  APEX-20/20 494.
```

Page 213

```
 1    A.   Uh-huh.
 2    Q.   And this is a -- do you recognize this
 3  document?
 4    A.   Yes, I do.
 5    Q.   And this is an e-mail from Mr. Zherka?
 6    A.   Uh-huh.
 7    Q.   By this point in time was Mr. Zherka the
 8  Alliance executive director?
 9    A.   I believe so.
```

[redacted]



Page 218

```
1   let's start with Robin.  Did you have any
2   discussions with Robin on this topic?
3       A.  No.
4       Q.  Did you have any discussions with other
5   sponsors on this topic?
6       A.  No.
7       Q.  Did you have any discussions with
8   Alliance on this topic?
9       A.  No.
10      Q.  Did you have any discussions with anyone
11  on this topic?
12      A.  With my staff on this topic.
13      Q.  What were your discussions -- who -- who
14  on your staff did you discuss this with?
15      A.  With Susan.
16      Q.  And what was the subject?  Well, sorry.
17          What did you say to Susan?
18      A.  I don't remember what I specifically said
19  to Susan, but at this time there's a lawsuit in play
20  regarding the au pair stipend.  And so, you know,
21  obviously, you know, we're discussing the basis --
22  not -- not the basis for the lawsuit, but it does
23  come up from time to time about why is there this
24  lawsuit.
25      Q.  Do you remember anything more specific
```

Page 219

```
1   about your discussion?
2       A.  Just that it's A.P.E.X.'s belief, and it
3   always has been, that there's a minimum stipend for
4   au pairs based on federal minimum wage, and that our
5   professionals have always gotten paid more, and
6   that's been the company's understanding.
7       Q.  And just to be clear, that minimum that
8   you referred to is 195.75?
9       A.  Yes.
10      Q.  But you don't have -- do you have any
11  recollections of any specific conversations with
12  Susan about Robin hoping to change the stipend
13  calculation?
14      A.  No.
15      Q.  About anybody trying in any way to change
16  the stipend calculation?
17      A.  No.  But I hesitate because we've been
18  waiting for the Department of State to re-regulate
19  the program for years and years and years on things
20  that do need regulating, like the education
21  component and things like that.  And so, you know...
22      Q.  So?
23      A.  So, you know, that's what I would be more
24  interested in.  I mean, I don't know.
```

Page 220

[redacted]



56 (Pages 218 to 221)

```
                                            Page 222
 1      A.   The -- the Alliance holds different calls
 2   on different topics.  I don't know how often they
 3   have them, maybe, like, once a quarter.  And I may
 4   or may not attend, depending on my schedule or the
 5   topic.
 6      Q.   Approximately, how often do you think you
 7   do attend?
 8      A.   Maybe, like -- well, it's hard to say.
 9   There have been more calls because of Donald Trump's
10   election, and just advocacy around the cultural
11   exchange industry in general in light of an
12   administration change.  But maybe, like, once a
13   quarter at the most.
14      Q.   Okay.
15           MR. HUEY:  Sorry, Josh.  I think we
16   promised the court reporter to take a break every
17   hour and a half or so so she can --
18           MR. LIBLING:  Oh, right.  I'm happy
19   to take a break now.  I probably only have one more
20   document before I'm done.
21              It's up to you guys.  If you want
22   that take a break now, we can take a break.  You do?
23   Okay.  Let's take a short break.
24           THE VIDEOGRAPHER:  Going off the
25   record at 2:40.  This marks the end of media 3.
```

```
                                            Page 223
 1              (Break from 2:40 p.m. to
 2              2:49 p.m.)
 3           THE VIDEOGRAPHER:  This marks the
 4   start of media 4 of the video deposition of Heidi
 5   Mispagel, 30(b)(6) representative for A.P.E.X. and
 6   20/20.  We're back on the record.  The time is 2:49.
 7           MR. LIBLING:  All right.  So would
 8   you mind reading back the last question and answer.
 9              (Record read.)
10   BY MR. LIBLING:
```

