Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF COLORADO


JOHANA PAOLA BELTRAN, et )
al., )
        Plaintiffs, )
vs. ) Case No.:  14-cv-03074
)         CMA-KMT
)
INTEREXCHANGE, INC., et )
al., )
        Defendants. )
_____ )




VIDEOTAPED DEPOSITION of AUPAIRCARE, INC.,

pursuant to Rule 30(b)(6), designee

SARAH MCNAMARA

Thursday, May 4, 2017




MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com




Taken before:
HEIDI BELTON, CSR, RPR, CRR, CCRR, CLR
CSR No. 12885



---

Page 2

1    Thursday, May 4, 2017
2
3
4        Videotaped deposition of SARAH MCNAMARA,
5    held at the offices of GORDON & REES,
6    275 Battery Street, Suite 2000, San
7    Francisco, California, before Heidi
8    Belton, a Certified Shorthand Reporter,
9    Registered Professional Reporter,
10   Certified Realtime Reporter, California
11   Certified Realtime Reporter, Certified
12   LiveNote Reporter, and NCRA Realtime
13   Systems Administrator.
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1    APPEARANCES:
2    For the Plaintiffs:
         BOISE, SCHILLER, FLEXNER, LLP
3        BY: SEAN PHILLIPS RODRIGUEZ, ESQ
             JUAN P  VALDIVIESO, ESQ
4        1999 Harrison Street, Suite 900
         Oakland, California 94612
5        (510) 874-1010
         srodriguez@bsfllp com
6        jvaldivieso@bsfllp com
7
     For Cultural Care:
8        CHOATE, HALL & STEWART
         BY: LYNDSEY KRUZER, ESQ  (via phone)
9        Two International Place
         Boston, Massachusetts 02110
10       (617) 248-5221
         lkruzer@choate com
11   and
         LEWIS, ROCA, ROTHGERBER, CHRISTIE
12       BY: JESSICA FULLER, ESQ  (via phone)
         1200 17th Street, Suite 3000
13       Denver, Colorado 80202
         (303) 628-9527
14
15   For AuPairCare, Inc :
         GORDON & REES
16       BY: THOMAS B  QUINN, ESQ
         555 17th Street, Suite 3400
17       Denver, Colorado 80202
         (303) 200-6888
18       tquinn@gordonrees com
19
     For InterExchange, Inc :
20       SHERMAN & HOWARD, LLC
         BY: JOSEPH H  HUNT, ESQ  (via phone)
21       633 17th Street, Suite 3000
         Denver, Colorado 80202
22       (303) 299-8302
         jhunt@shermanhoward com
23
24
25

---

Page 4

1    APPEARANCES (Continued):
2
     For APF Global Foundation:
3        FISHER & PHILLIPS LLP
         BY: SUSAN M. SCHAECHER, ESQ.  (via phone)
4        1801 California Street, Suite 2700
         Denver, Colorado 80202
5        (303) 218-3650
         sschaecher@fisherphillips.com
6
7    For ProAuPair, APEX Professional Exchange and 20/20
     Care Exchange d/b/a International Aupair Exchange:
8        NIXON SHEFRIN HENSEN OGBURN P.C.
         BY: MICHAEL S. DREW, ESQ.  (via phone)
9        5619 DTC Parkway, Suite 1200
         Greenwood Village, Colorado 80111
10       (303) 773-3500
         mdrew@nixonshefrin.com
11
12   Also Present:  Marcie Schneider; Daniel Stroud,
     videographer
13
14            ---oOo---
15
16
17
18
19
20
21
22
23
24
25

---

Page 5

1    THURSDAY, MAY 4, 2017            11:47 A.M.
2        P R O C E E D I N G S
3        THE VIDEOGRAPHER:  Good morning, ladies
4    and gentlemen.  We're on video record.
5        The time is 11:47 a.m.  Today's date is
6    May 4, 2017.  This begins video 1, Volume I in the
7    30(b)(6) deposition of Sarah McNamara.  In the case
8    JP Beltran versus InterExchange, Incorporated,
9    et al., appearing before the United States District
10   Court, District of Colorado.  Case number
11   14-CV-03074.
12       We're located today at 275 Battery Street,
13   San Francisco, California.  My name is Daniel
14   Stroud; I'm your video specialist.  Our court
15   reporter is Ms. Heidi Belton.  We're with Magna
16   Legal Services.
17       Would all counsel please identify
18   themselves for the record.
19       MR. RODRIGUEZ:  Sean Rodriguez; Boise,
20   Schiller, Flexner, for the plaintiffs.
21       MR. VALDIVIESO:  Juan Valdivieso; Boise,
22   Schiller, Flexner, for the plaintiffs.
23       MR. QUINN:  Tom Quinn, on behalf of the
24   defendant AuPairCare and Ms. McNamara.
25       MR. RODRIGUEZ:  And if no one on the phone

---



2 (Pages 2 to 5)

---

Page 86

1    It appears on the second page; that's Bates ending
2    135.  On Exhibit 18 it appears on the first page.
3         Under "Payment Type," the last row on the
4    2016 version of the website just says, "Au Pair
5    Stipend."  But on the 2017 version it says, "Minimum
6    Au Pair Stipend."  Do you see that?
7         A.  Yes.
8         Q.  Do you have any understanding about why
9    the word "minimum" was added?
10        A.  Yes.
11        Q.  What is your understanding?
12        A.  That we look at our competitors' sites and
13   we look at the landscape and we make updates
14   accordingly.
15        Q.  Any other reason?
16        A.  No.
17        Q.  Well, do you think that there is a
18   material difference between "Au Pair Stipend" and
19   "Minimum Au Pair Stipend"?
20        A.  I don't.
21        Q.  Okay.  So then why make the change?
22        A.  Because we look at our competitors'
23   website.  We also look and see what they're doing
24   and taking into consideration that March 2015
25   letter.  Those are some factors that -- that went

---

Page 87

1    into it.
2         Q.  AuPairCare took into consideration the
3    March 2015 letter at some point between 2016 and
4    2017?
5         A.  Mm-hmm.
6         Q.  Why not earlier?
7         A.  I don't know why.
8         Q.  I believe you just testified that one of
9    the reasons why AuPairCare would change "stipend" to
10   "minimum stipend" is that AuPairCare's competitors
11   changed their language; is that fair?
12        A.  Yes.
13        Q.  Okay.  So on that reasoning it has nothing
14   to do with the Department of State guidance; right?
15            MR. QUINN:  Object to form.
16            MR. RODRIGUEZ:  You know, I'll withdraw
17   that question.
18        Q.  So if AuPairCare competitors had not added
19   the word "minimum," would AuPairCare have added the
20   word "minimum"?
21            MR. QUINN:  Object to form.
22            THE WITNESS:  I don't -- I don't know.
23   BY MR. RODRIGUEZ:
24        Q.  More or less likely that AuPairCare would
25   have added the word "minimum" if its competitors had

---

Page 88

1    not?
2             MR. QUINN:  Object to form.
3             THE WITNESS:  I don't -- I don't know.
4    BY MR. RODRIGUEZ:
5         Q.  I thought you testified earlier that
6    AuPairCare added the word "minimum" because
7    competitors' websites changed?
8         A.  Mm-hmm.
9         Q.  So doesn't that make it more likely that
10   AuPairCare added the word "minimum" because its
11   competitors did?
12        A.  Yes.
13            MR. QUINN:  Object to form.
14   BY MR. RODRIGUEZ:
15        Q.  In other words, AuPairCare and its
16   competitors are representing the same thing to
17   potential host families; is that fair?
18            MR. QUINN:  Object to form.
19            THE WITNESS:  No.
20   BY MR. RODRIGUEZ:
21        Q.  Why?
22        A.  I think we're representing what the US
23   Department of State has -- our understanding of the
24   US Department of State's guidance for what families
25   should pay au pairs for the weekly stipend.

---

Page 89

1         Q.  Has APC ever discussed statements on its
2    website -- let me strike that.
3             Has APC ever discussed statements
4    concerning the stipend -- let me strike that too.
5             It must be getting late in the day.
6             Has AuPairCare and its competitors ever
7    discussed how to present the stipend in marketing
8    materials?
9         A.  I have not had that discussion.
10        Q.  Have others at AuPairCare had that
11   discussion?
12        A.  Not to my knowledge.
13            (Exhibit 19 marked.)
14   BY MR. RODRIGUEZ:
15        Q.  I am handing out Exhibit 19.
16            For those of you on the phone, Exhibit 19
17   was produced by Expert AuPair with a confidential,
18   not an AEO, designation.  And, further,
19   Ms. McNamara's aupaircare.com e-mail address appears
20   on the face of the document as someone to whom the
21   document was sent.
22            This Exhibit 19 was produced at the Bates
23   beginning Expert AuPair 028121.
24            Ms. McNamara, do you recognize Exhibit 19?
25        A.  Yes.

---





Page 90

1    Q.  What is Exhibit 19?
2    A.  It looks to be an e-mail from Ilir of the
3  Alliance to au pair industry executives.
4    Q.  Including you; correct?
5    A.  Yes.
6    Q.  Do you recall receiving Exhibit 19 in your
7  e-mail?
8    A.  Yes.
9    Q.  Do you recall the context of Exhibit 19?
10    A.  I'll take a moment to read it.
11    Q.  Of course.
12    A.  (Witness reviews document.)
13       Yes.
14    Q.  What was the context of Exhibit 19?
15    A.  The context is the Department of State
16  reaching out to seek a meeting to get further
17  clarification on questions that the sponsor
18  community had.
19    Q.  Well, is it DoS that wants further
20  clarification?
21    A.  No, that they would provide sponsors.
22    Q.  Now who is Mr. Zherka?
23    A.  He's the director of the Alliance for
24  International Exchange.

Page 92



Page 94

Page 96

24
25     Q.   Are you saying that DoS reviews the
trifold and the brochure?

MAGNA ❯
LEGAL SERVICES

| Page 98 | Page 100 |
|---|---|
| 1     A. Yes, they get marketing materials. | 1   BY MR. RODRIGUEZ: |
| 2     Q. And they reviewed your website? | 2     Q. Has DoS ever sent APC anything in writing |
| 3     A. They get our marketing materials. So | 3   that says any of the marketing materials we reviewed |
| 4   there might be printout of the websites, but I don't | 4   today are okay? |
| 5   think they have the full website. | 5     A. No, I don't believe so. |
| 6     Q. And you know for a fact that DoS actually | 6           (Exhibit 20 marked.) |
| 7   looks at them and says that's okay? | 7   BY MR. RODRIGUEZ: |
| 8     A. They -- that's what the audit process is | 8     Q. Exhibit 20 begins on the page bearing |
| 9   for. | 9   Bates APC 001268. |
| 10     Q. I believe we saw earlier that the audit | 10        Ms. McNamara, do you recognize Exhibit 20? |
| 11   has some language that you and I may disagree about, | 11     A. So the question is do I recognize all of |
| 12   at least the audit report. In addition -- do you | 12   these different documents? |
| 13   recall that audit report? | 13     Q. Do you -- well, we can start with that |
| 14     A. Yes. | 14   question, sure. |
| 15     Q. In addition to the audit report, what else | 15     A. Well, they look to be older versions of |
| 16   is submitted to DoS? | 16   different communications to either au pairs |
| 17     A. In addition to the audit from the third | 17   and/or -- and our host families. |
| 18   party, we submit au pair placement records, we | 18     Q. Would you please turn to the second page |
| 19   submit match-break concerns, complaints, we | 19   of Exhibit 20. This is the page with Bates ending |
| 20   submit -- just wracking my brain of all the things. | 20   69. And kindly read the first sentence under |
| 21   It's very long. We submit our marketing materials. | 21   "financial issues." |
| 22   We submit cultural exchange activities that the | 22     A. May I ask a question? Is there a date |
| 23   au pairs participate in. Survey results. | 23   on -- on this or -- to give a reference point. |
| 24     Q. If your boss Ms. Schneider asked you to | 24     Q. Technically I can't answer questions |
| 25   pull a set of all the audit materials that were sent | 25   today. |

| Page 99 | Page 101 |
|---|---|
| 1   to DoS in a particular year, could you do that? | 1     A. Oh. |
| 2     A. Yes. | 2     Q. I'm not aware of a date on this. |
| 3     Q. Okay. And how far back in time would you | 3     A. It looks -- just seemed to be a |
| 4   pull such audit materials for? | 4   very old document. So I'm trying to -- |
| 5     A. I think for at least the past four years | 5     Q. Well, actually, maybe -- maybe take a look |
| 6   and -- yeah, I think for at least the past four | 6   at the second-to-last page ending Bates 85. |
| 7   years. | 7     A. Because it's -- this also doesn't seem to |
|   | 8   be -- there are various documents. So this isn't |
|   | 9   one whole package. |
|   | 10     Q. Thank you. That's helpful clarification. |
|   | 11     A. Okay. |
|   | 12        So -- |
|   | 13     Q. Well, I don't think it's important for the |
|   | 14   question I'm going to ask you. |
|   | 15     A. Okay. |
|   | 16     Q. Would you please read the first sentence |
|   | 17   under "Financial Issues" on the second page; that is |
|   | 18   the one ending in Bates 69. |
|   | 19     A. "The au pair will receive the |
|   | 20   government-mandated pocket money each week." |
|   | 21     Q. Have you seen the phrase "pocket money" in |
|   | 22   other contexts besides this document? |
|   | 23     A. Perhaps maybe. |
|   | 24     Q. Have you seen the phrase "pocket money" -- |
|   | 25   let me ask it this way. Have you seen or heard the |



Page 102

1  phrase "pocket money" used in the au pair industry
2  prior to today?
3       A.  I have -- I do believe I've seen a
4  reference of it in very old literature on the
5  program.
6       Q.  Do you think that pocket money is an
7  accurate description of au pairs' stipends?
8       A.  No.
9       Q.  Okay.  Why is that?
10      A.  Well, how I grew up, I'd say pocket money
11  is a small amount of money.
12      Q.  You don't think that $195 a week is a
13  small amount of money?
14      A.  If you don't have living expenses or food
15  expenses, no.
16      Q.  Do you think it is demeaning to call
17  someone's earned wages pocket money?
18          MR. QUINN:  Object to form.
19          THE WITNESS:  No.
20  BY MR. RODRIGUEZ:
21      Q.  Do you think it's accurate to call
22  someone's earned wages pocket money?
23      A.  I think it was used in the context of a
24  cultural exchange program where they were trying to
25  illustrate something.

Page 103

1       Q.  What could APC have been trying to
2  illustrate with the phrase "pocket money" in this
3  document?
4       A.  I believe they were trying to illustrate
5  that it's money for their good times.  So not having
6  to -- not money being spent on rent, on utilities,
7  on food, but money that they could utilize for the
8  movies, to travel, to go get coffees.  So I think
9  that's what it was meant to illustrate.
10      Q.  So sort of purely discretionary purchases;
11  right?
12      A.  Depends on the -- depends on the au pair.
13      Q.  Do you personally believe that au pairs
14  are well-paid today?
15          MR. QUINN:  Object to form.  Relevance.
16          THE WITNESS:  I believe -- I believe that
17  their -- their total package for the au pair program
18  is very fair.
19               (Exhibit 21 marked.)
20  BY MR. RODRIGUEZ:
21      Q.  So I've marked Exhibit 21.
22      Exhibit 21 is a document beginning at
23  Bates APC 000496.
24      Ms. McNamara, do you recognize Exhibit 21.
25          MS. KRUZER:  This is Lyndsey Kruzer on the

Page 104

1  phone.  Could you please repeat the Bates numbers.
2  Sometimes when you're shuffling papers, we can't
3  hear.
4          MR. RODRIGUEZ:  Oh, my apologies.
5  Exhibit 21 --
6          MS. KRUZER:  Thank you.
7          MR. RODRIGUEZ:  -- begins at Bates APC
8  000496.
9          MS. KRUZER:  Thank you so much.
10         MR. RODRIGUEZ:  Sure.
11         THE WITNESS:  Yes.
12  BY MR. RODRIGUEZ:
13      Q.  What is Exhibit 21?
14      A.  It's AuPairCare's au pair handbook.
15      Q.  And is an AuPairCare handbook provided to
16  each au pair?
17      A.  Yes.
18      Q.  Please turn --
19          (Telephonic interruption.)
20          Please turn to internal page 7.  This is
21  the page beginning at Bates ending 02.  I should say
22  502.
23      A.  Yes.
24      Q.  Under "Program Guidelines," the second
25  paragraph begins, "As an au pair you can trust that

Page 105

1  your host family has agreed to follow these
2  guidelines."  And then the fourth to last bullet
3  says, "Pay a weekly stipend of $195.75."
4          Now, does anything in the language I just
5  read convey that $195.75 is a minimum?
6       A.  No.
7       Q.  Please turn to internal page 41, Bates
8  ending 536.  Actually, let's take a look at internal
9  page 40, Bates ending 535 first.  Under "Your
10  Financial Life," it says, "The weekly stipend."  It
11  says, "The weekly stipend your host family has
12  agreed to pay you is determined by the United States
13  Department of State."
14          Ms. McNamara, does anything in that
15  sentence suggest that the stipend is a minimum or
16  could vary from $195.75?
17      A.  No.
18      Q.  The next sentence says, "Your weekly
19  stipend will be $195.75."
20          Did I read that right?
21      A.  Yes.
22      Q.  Do you think an au pair would interpret
23  that to mean that their stipend could be higher than
24  $195.75?
25          MR. QUINN:  Objection; form.

MAGNA
LEGAL SERVICES