Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

_____

JOHANA PAOLA BELTRAN, ET AL.,

        Plaintiffs,

vs.

INTEREXCHANGE, INC., ET AL.,

        Defendants.

_____


VIDEOTAPED DEPOSITION OF

THERESA NELSON

30(b)(6) REPRESENTATIVE FOR AU PAIR FOUNDATION

MAY 9, 2017

DENVER, COLORADO

9:06 A.M.


Magna Legal Services
866-624-6221
www.magnals.com



```
                                          Page 2
 1         The videotaped deposition of THERESA
 2   NELSON, taken before Leeann Keenan, a Registered Merit
 3   Reporter, Certified Realtime Reporter, and a Notary
 4   Public in and for the County of Summit and the State of
 5   Colorado, at 1801 California Street, Suite 2700,
 6   Denver, Colorado, on Tuesday, May 9, 2017, at the hour
 7   of 9:06 a m., pursuant to Notice.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                          Page 3
 1   APPEARANCES:
 2
        BOISE, SCHILLER, FLEXNER, L L P
 3      BY: JUAN P  VALDIVIESO, ESQ
           1999 Harrison Street
 4         Suite 900
           Oakland, California  94612
 5         (510) 874-1010
           appeared on behalf of the Plaintiffs
 6
        TOWARDS JUSTICE
 7      BY: ALEXANDER HOOD, ESQ
           1535 High Street
 8         Suite 300
           Denver, Colorado 80218
 9         (720) 441-2236
           alex@towardsjustice org
10         appeared on behalf of the Plaintiffs
11      CHOATE, HALL & STEWART
        BY: JUSTIN WOLOSZ, ESQ
12         Two International Place
           Boston, Massachusetts  02110
13         (617) 248-5221
           jwolosz@choate com
14         appeared by telephone on behalf of
           Cultural Care
15
        LEWIS, ROCA, ROTHGERBER, CHRISTIE
16      BY: JESSICA FULLER, ESQ
           1200 17th Street
17         Suite 3000
           Denver, Colorado  80202
18         (303) 628-9527
           appeared on behalf of Cultural Care
19
        FISHER & PHILLIPS
20      BY: SUSAN SCHAECHER, ESQ
           1801 California Street
21         Suite 2700
           Denver, Colorado  80202
22         (303) 218-3650
           sschaecher@fisherphillips com
23         appeared on behalf of AuPair
           Foundation and Au Pair in America
24
25
```

```
                                          Page 4
 1   APPEARANCES CONTINUED:
 2
        GORDON & REES
 3      BY: NATHAN HUEY, ESQ
           555 17th Street
 4         Suite 3400
           Denver, Colorado  80202
 5         (303) 200-6888
           nhuey@gordeonrees com
 6         appeared by telephone on behalf of
           AuPairCare, Inc
 7
        SHERMAN & HOWARD, L L C
 8      BY: JOSEPH HUNT, ESQ
           633 17th Street
 9         Suite 3000
           Denver, Colorado  80202
10         (303) 299-8194
           jhunt@shermanhoward com
11         appeared by telephone on behalf of
           InterExchange, Inc
12
        NIXON, SHEFRIN, HENSEN, OGBURN
13      BY: MICHAEL DREW, ESQ
           5619 DTC Parkway
14         Suite 1200
           Greenwood Village, Colorado  80111
15         (303) 773-3500
           michaeldrew@nixonshefrin com
16         appeared by telephone on
           behalf of
17         ProAuPair and International Au Pair
           Exchange
18      GORDON & REES
        BY: PEGGY KOZAL, ESQ
19         555 17th Street
           Suite 3400
20         Denver, Colorado  80202
           (303) 200-6888
21         pkozal@gordonrees com
           appeared by telephone on behalf of
22         AuPairCare, Inc
23
24
25
```

```
                                          Page 5
 1   APPEARANCES CONTINUED:
 2
        BROWNSTEIN, HYATT, FARBER, SCHRECK
 3      BY: MARTHA FITZGERALD, ESQ.
           410 17th Street
 4         Suite 2200
           Denver, Colorado  80202
 5         (303) 223-1472
           mfitzgerald@bhfs.com.com
 6         appeared by telephone on behalf of
           EuRaupair InterCultural Child Care
 7         Programs
 8
 9   ALSO PRESENT: Jerry DeBoer, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



2 (Pages 2 to 5)

Case No. 1:14-cv-03074-CMA-KMT Document 918-14 filed 03/01/18 USDC Colorado pg 3
Case 1:14-cv-03074-CMA-KMT Document 838-14 Filed 02/10/18 USDC Colorado Page 3 of
of 5
5

|  |  |
|---|---|
| Page 246 | Page 248 |

Page 246

1  Q. Have you received any communications from
2  anybody at the Department of Labor during your time
3  at the NFP?
4  A. No. Not I recall, no.
5  Q. And you stated very early on in today's
6  deposition that NFP is a member of the Alliance; is
7  that right?
8  A. Yes.
9  Q. Do you know when NFP joined the Alliance?
10  A. No, I don't recall the date we joined.
11      MR. VALDIVIESO: I am marking a
12  document Bates stamped InterExchange0033912. The
13  document does not bear any confidentiality
14  designation. Furthermore, I represent that
15  Ms. Hoggard is a recipient of the e-mail.
16      (Exhibit No. 25 was marked.)
17  Q. I'm handing you what's been stamped
18  Exhibit 25.
19      Are you familiar with this
20  document, Ms. Nelson?
21  A. No, I'm not.
22  Q. Above, to recap. On the first page, two
23  sentences before the end of that paragraph, it says
24  in brackets, "In the case of Ellen and STS, they are
25  prospective member. Their application is now being

Page 247

1  processed."
2      Do you see that?
3  A. Yes, I do.
4  Q. Does that sentence help refresh your
5  recollection as to when NFP became a member of the
6  Alliance?
7      MS. SCHAECHER: Objection to the
8  form.
9  A. No, it still doesn't. I don't know how
10  long --
11  Q. Did --
12  A. -- it then took from this application
13  being processed to accepted.
14  Q. Do you have an understanding as to
15  whether STS and NFP applied for membership in the
16  Alliance at the same time?
17  A. No, I do not.
18  Q. Do you know if Inc. was a member of the
19  Alliance?
20  A. No, I do not.
21  Q. So sitting here today, you don't know one
22  way or another whether as of June 2011 Au Pair
23  Foundation, Inc. or Au Pair Foundation NFP had a
24  pending application with the Alliance?
25      MS. SCHAECHER: Objection. Form and

Page 248

1  foundation.
2  A. No, I do not.
3  Q. Okay.
4  A. I don't have a recollection.
5  Q. And you have no knowledge?
6  A. I would not have a recollection.
7      MR. VALDIVIESO: Tab 48, please.
8  Q. I'm sorry, I think you testified earlier
9  that you attended at least once Alliance meeting?
10  A. Yes, I did.
11  Q. Do you recall when that meeting was?
12  A. Not specifically. It would have been the
13  last few years.
14  Q. Do you have a more specific recollection
15  than just the last few years?
16  A. No.
17  Q. Do you recall where the meeting was?
18  A. I -- I don't have a recollection.
19      (Exhibit No. 26 was marked.)
20  Q. I'm handing you what's been marked
21  Exhibit 26.
22      MR. VALDIVIESO: This is a document
23  that is Bates stamped ExpertAuPair028121. It does
24  not bear -- it -- it bears a Confidential
25  designation, but it does not bear an Attorneys' Eyes

Page 249

1  Only designation.
2      Furthermore, I represent that
3  there is a recipient in the "To" line from
4  AuPairFoundation.org with the e-mail address of
5  Ellen@AuPairFoundation.org.
6  Q. Ms. Nelson, are you familiar with this
7  document?
8  A. Yes. This document looks familiar.
9  Q. Do you recall discussing this document
10  with -- well, do you know who
11  Ellen@AuPairFoundation.org is?
12  A. Yes.
13  Q. Who is Ellen@AuPairFoundation.org?
14  A. That's Ellen Hoggard.
15  Q. Do you recall discussing this document
16  with Ms. Hoggard?
17  A. Other than acknowledging receipt of it.
18  Q. Is your testimony you don't -- you don't
19  recall anything other than acknowledging receipt of
20  it? Is that what you said?
21  A. Yeah. There was nothing to discuss.
22  Q. Turning to the second page of this
23  document, the very last paragraph before
24  "Sincerely," it states, "Please let Ethan
25  Bursofsky," and then "(BursofskyEJ@state.gov) know

```
                                                  Page 250
 1   if a representative of your organization will be
 2   attending the May 2 meeting."
 3              Do you see that?
 4       A.   Yes, I do.
 5       Q.   Do you know if a May 2 meeting of the
 6   Alliance occurred?
 7       A.   I don't have a memory.
 8       Q.   And, I'm sorry, do you know if a May 2
 9   meeting with the State -- Department of State
10   occurred?
11       A.   I -- I don't know, from memory.
12       Q.   The -- turning back to the first page of
13   this document, the third paragraph states, "We will
14   be reaching out early next week to DOS to get some
15   clarification about the meeting and to explore a
16   possible agenda."
17              And, sorry, now jumping all the
18   way to the bottom, it states, "The department
19   learned recently that a number of sponsors
20   designated in the au pair category of the exchange
21   visitor program are seeking further clarification on
22   the requirements for calculating wages paid to
23   au pairs by host families reflected in the governing
24   regulations at 22 CFR Section 62.31(j)(1)."
25              Do you see that?
```

```
                                                  Page 251
 1       A.   Yes.
 2       Q.   Sitting here today, do you have any
 3   understanding as to whether Au Pair Foundation NFP
 4   was seeking further clarification on the
 5   requirements for calculating wages paid to au pairs?
 6       A.   No.
```



```
                                                  Page 252
10       Q.   And the Alliance meeting that you
11   attended personally, do you recall taking any notes
12   of that meeting?
13       A.   I have taken notes at the meetings.
14       Q.   And "the meetings" refer to Alliance
15   meetings?
16       A.   If I attended a meeting, yes.
17       Q.   And did you attend any meetings with the
18   Department of State?
19       A.   Yes.
20       Q.   And did you take notes at the meetings
21   with the Department of State?
22       A.   Yes.
23       Q.   Have you kept those notes?
24       A.   No.
25       Q.   What have -- what have you done with
```

```
                                                  Page 253
 1   those notes?
 2       A.   Those notes would have either been
 3   report -- reported to Ellen Hoggard in a recap of
 4   the meeting, or just not kept.
 5       Q.   And do those recaps that you have from
 6   time to time provided to Ms. Hoggard, do you provide
 7   that recap in an e-mail form?
 8       A.   I have. I have also done that verbally.
 9       Q.   Focusing still on that last sentence on
10   the bottom of page 1 that says -- where there --
11   where it states, "The department learned recently
12   that a number of sponsors are seeking further
13   clarification."
14              Do you know of any other sponsors
15   who were seeking clarification?
16       A.   No, I do not.
17       Q.   Do you recall hearing or participating in
18   any meeting where the Department of Labor was
19   present at the same time as the Department of State
20   was present?
21       A.   Not specifically. I have attended many
22   meetings over the...
23       Q.   Did you receive reports regarding what
24   happened at the meetings in which NFP attended, but
25   you did not attend personally?
```

|  | Page 254 |  | Page 256 |
|---|---|---|---|
| 1 | A. I may or may not have. | 1 | A. It's an e-mail from Carrie Crompton |
| 2 | Q. Do you recall any instance in which you | 2 | regarding the IAPA conference. |
| 3 | have? | 3 | Q. And Ms. Crompton's e-mail is -- is in |
| 4 | A. I recall Ainura Ozturk, I believe, | 4 | response to an e-mail from Ms. Hedin; is that right? |
| 5 | attended. I -- I don't know if she -- I don't have | 5 | A. Correct. Appears to be so, yes. |
| 6 | any memory if she submitted a report after or not. | 6 | Q. Do you know who Ms. Hedin is? |
| 7 | Q. And I didn't mean just submit a report, | 7 | A. Eva Hedin was a member of STS or an |
| 8 | but also provide a report to you orally as well? | 8 | employee of STS, Student Travel Schools. |
| 9 | A. Yes. | 9 | Q. Does -- did you testify that STS screens |
| 10 | Q. Yes, you have received oral reports of | 10 | and sends au pairs to NFP? |
| 11 | other representatives of NFP at either Alliance or | 11 | A. Yes. We're one of their partners, or |
| 12 | State Department meetings? | 12 | overseas partners. |
| 13 | A. Yes. | 13 | Q. At the bottom of -- |
| 14 | Q. But you're not sure if you've received a | 14 | MR. VALDIVIESO: And I apologize to |
| 15 | written report? | 15 | counsel. This is a document ending in 268. |
| 16 | A. Correct. | 16 | Q. At the bottom of page 268 it states, "All |
| 17 | (Exhibit No. 27 was marked.) | 17 | sponsors in USA (Cultural Care, InterExchange, |
| 18 | Q. I'm handing you what's been marked | 18 | AuPairCare, GoAuPair) that I met was very positive |
| 19 | Exhibit 27. Actually, before we start discussing | 19 | that APF is now a part of the STS global family |
| 20 | Exhibit 27. | 20 | since they know we represent quality and have a good |
| 21 | Just with respect to the | 21 | organization structure and long experience within |
| 22 | Department of State and Alliance meetings. As a | 22 | cultural exchange. They all said," quote, "it will |
| 23 | general practice, do you know whether the Alliance | 23 | be good for the au pair program," end quote. |
| 24 | meets around the same time that the Department of | 24 | Do you see that? |
| 25 | State meetings occur? | 25 | A. Yes, I do. |
|  | Page 255 |  | Page 257 |
| 1 | A. I would not say that I know that for | 1 | Q. Did I read that correctly? |
| 2 | certain. My observation has been for logistics that | 2 | A. Yes, appears to be so. |
| 3 | they have in the past. | 3 | Q. Do you have any understanding as to what |
| 4 | Q. And the Department of State and the | 4 | Ms. Hedin meant or -- or what did it mean to you |
| 5 | Alliance meeting that you recall attending, do you | 5 | when you read "STS" -- or, "APF is now a part of the |
| 6 | recall whether that particular meeting, whether | 6 | STS global family"? |
| 7 | those particular meetings occurred at approximately | 7 | A. That STS Student Travel Schools would be |
| 8 | around the same time? | 8 | sending us applications from Sweden and France and |
| 9 | A. Yes, the meeting I attended. | 9 | perhaps a few other countries. |
| 10 | Q. And did the Alliance meeting occur before | 10 | Q. And is that arrangement something that |
| 11 | or after the Department of State meeting? | 11 | commenced around the time that this e-mail was sent? |
| 12 | A. I -- I don't have a clear recollection of | 12 | MS. FULLER: Objection to form and |
| 13 | which occurred first. | 13 | foundation. |
| 14 | Q. Okay. Turning back to Exhibit 27. | 14 | A. With APF. |
| 15 | Are you familiar with this | 15 | Q. Why -- do you have an understanding as to |
| 16 | document, Ms. Nelson? | 16 | why Cultural Care, InterExchange, AuPairCare |
| 17 | A. No, I'm not. I mean, it was sent to me, | 17 | GoAuPair might view it as a positive thing? |
| 18 | but I don't recall this document specifically. | 18 | MS. SCHAECHER: Objection. Form and |
| 19 | Q. Do you have any reason to doubt that | 19 | foundation. |
| 20 | this -- strike that. | 20 | MS. FULLER: Join. |
| 21 | Is it your testimony that you | 21 | A. No, absolutely none. |
| 22 | believe that you did, in fact, receive this document | 22 | Q. Do you know if Ms. Hedin was representing |
| 23 | in your e-mail? | 23 | NFP at the IAPA conference? |
| 24 | A. Yes. | 24 | A. No, she was not. |
| 25 | Q. And what is Exhibit 27? | 25 | Q. Do you know if anyone from NFP |

