Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

_____

JOHANA PAOLA BELTRAN, ET AL.,

       Plaintiffs,

vs.

INTEREXCHANGE, INC., ET AL.,

       Defendants.

_____

VIDEOTAPED DEPOSITION OF

A. WILLIAM KAPLER, III

30(b)(6) REPRESENTATIVE FOR GOAUPAIR

MAY 11, 2017

DENVER, COLORADO

10:11 A.M.

Magna Legal Services
866-624-6221
www.magnals.com



Page 2

```
 1            The videotaped deposition of
 2   A. WILLIAM KAPLER, III, taken before Leeann Keenan, a
 3   Registered Merit Reporter, Certified Realtime Reporter,
 4   and a Notary Public in and for the County of Summit and
 5   the State of Colorado, at 370 17th Street, Suite 4500,
 6   Denver, Colorado, on Thursday, May 11, 2017, at the
 7   hour of 10:11 a.m., pursuant to Notice.
```

Page 3

```
 1   APPEARANCES:
 2
         BOISE, SCHILLER, FLEXNER, L L P
 3       BY: JUAN P  VALDIVIESO, ESQ
            1999 Harrison Street
 4          Suite 900
            Oakland, California  94612
 5          (510) 874-1010
            appeared on behalf of the Plaintiffs
 6
         WHEELER, TRIGG, O'DONNELL
 7       BY: KATHRYN REILLY, ESQ
            370 17th Street
 8          Suite 4500
            Denver, Colorado  80202
 9          (303) 244-1983
            reilly@wtotrial com
10          appeared on behalf of USAuPair, Inc ,
            GoAuPair, and Au Pair International
11
         SHERMAN & HOWARD, L L C
12       BY: JOSEPH HUNT, ESQ
            633 17th Street
13          Suite 3000
            Denver, Colorado  80202
14          (303) 299-8194
            jhunt@shermanhoward com
15          appeared by telephone on behalf of
            InterExchange, Inc
16
         HOLLAND & HART
17       BY: JONATHAN BENDER, ESQ
            555 17th Street
18          Suite 3200
            Denver, Colorado  80202
19          (303) 295-8456
            jsbender@hollandhart com
20          appeared on behalf of Cultural
            Homestay International
21
         LEWIS, ROCA, ROTHGERBER, CHRISTIE
22       BY: JESSICA FULLER, ESQ
            1200 17th Street
23          Suite 3000
            Denver, Colorado  80202
24          (303) 628-9527
            appeared on behalf of Cultural Care
25
```

Page 4

```
 1   APPEARANCES CONTINUED:
 2
         GORDON & REES
 3       BY: JENNIFER W  VEDRA, ESQ
            555 17th Street
 4          Suite 3400
            Denver, Colorado  80202
 5          (303) 200-6888
            jverda@gordonrees com
 6          appeared by telephone on behalf of
            AuPairCare, Inc
 7
         BROWNSTEIN, HYATT, FARBER, SCHRECK
 8       BY: MARTHA FITZGERALD, ESQ
            410 17th Street
 9          Suite 2200
            Denver, Colorado  80202
10          (303) 223-1100
            mfitzgerald@bhfs com
11          appeared by telephone on behalf of
            EuRaupair InterCultural Child Care
12          Programs
13       NIXON, SHEFRIN, HENSEN, OGBURN
         BY: MICHAEL DREW, ESQ
14          5619 DTC Parkway
            Suite 1200
15          Greenwood Village, Colorado  80111
            (303) 773-3500
16          mdrew@nixonshefrin com
            appeared by telephone on behalf of
17          ProAuPair and International Au Pair
            Exchange
18
19
         ALSO PRESENT: Davis Baumunk, Videographer
20
21
22
23
24
25
```

Page 5

```
 1                 I N D E X
 2
     DEPOSITION WITNESS:                      PAGE
 3   A  WILLIAM KAPLER, III
 4   Examination by Mr  Schwartz               7
 5
     PLAINTIFFS' DEPOSITION EXHIBITS MARKED:
 6   NO       DESCRIPTION                     PAGE
 7   Exhibit 1   Notice of 30(b)(6) Deposition of   10
                GoAuPair Operations, LLC d/b/a
 8              GoAuPair
 9   Exhibit 2   July 23 through 24, 2009 e-mail chain  41
                between Cara Stewart, Devon Kapler,
10              and others
                GAP_00009924 - 9925
11
     Exhibit 3   "About Us" section of GoAuPair    51
12              website
13   Exhibit 4   June 3 through August 4, 2009 e-mail  75
                chain between Tyillere Hansen and
14              Edina Stone and Devon Kapler
                GAP_00009902 - 9904
15
     Exhibit 5   "Apply Now" 2012 section of GoAuPair   79
16              website
                GAP_00046733 - 46734
17
     Exhibit 6   "What is AuPair Child Care?"     83
18
     Exhibit 7   "Steps to Become and AuPair"     101
19
     Exhibit 8   September 3 through September 5,    107
20              2014 e-mail string between Tessa Dean
                and Dena Loveless
21              GAP_00009109 - 9119
22   Exhibit 9   Local Area Representative Manual   126
                GAP_00015599 - 15644
23
     Exhibit 10  2012 International Representative   128
24              Manual
                GAP_00006982 - 7017
25
```



Page 222

1  record at 5:01. Excuse me, 5:21.
2         (Break from 5:21 p.m. to
3         5:30 p.m.)
4         THE VIDEOGRAPHER: Back on the record
5  at 5:30.
6         MR. VALDIVIESO: So I just wanted
7  to -- before I continued with the questioning, I
8  wanted to address something on the record, if that's
9  all right.
10        MS. REILLY: Sure.
11        MR. VALDIVIESO: I just want to be
12 clear on the protection or the privilege that you're
13 asserting with respect to the line of questioning
14 that we just ended.
15        MS. REILLY: I don't -- yeah, I
16 made -- I gave my explanation already and don't have
17 anything to add.
18        MR. VALDIVIESO: What is -- what is
19 the difference between a privilege and a protection?
20 Because I believe you were claiming a protection.
21 Is that right?
22        MS. REILLY: Yeah. I'm not going
23 into an academic back and forth with -- with Sean
24 right now via the note. So I -- I've stated the
25 position on the record. I gave my instruction, and

Page 223

1  I'll stand based on what's already said.
2         MR. VALDIVIESO: Are you asserting a
3  state protection?
4         MS. REILLY: I -- I -- I don't even
5  know what the question is that you're asking. I've
6  made several -- I've given several instructions as
7  the witness was giving -- giving testimony, and I
8  explained the basis as I made them. So answering
9  questions in the abstract --
10        MR. VALDIVIESO: My question is --
11        MS. REILLY: -- is not happening.
12        MR. VALDIVIESO: -- is are you
13 relying on state or federal authority?
14        MS. REILLY: For what?
15        MR. VALDIVIESO: For your protection
16 or privilege that you're asserting.
17        MS. REILLY: I'm not asserting a
18 privilege or protection in this moment. I did as
19 the questions were being asked, and I gave
20 instructions. And there were several of them, so I
21 don't even know what you're referring to now.
22        MR. VALDIVIESO: Well, to the extent
23 you were objecting to the previous line of
24 questioning, I am reserving our right to hold
25 open -- open the deposition.

Page 224

1         MS. REILLY: Understood.
2         MR. VALDIVIESO: I'm marking
3  Exhibit 20. It's a document Bates stamped Expert
4  Au Pair 28121. It's designated Confidential. It
5  doesn't bear any other confidentiality designation.
6         (Exhibit No. 20 was marked.)
7  BY MR. VALDIVIESO:
8     Q. Mr. Kapler, do you recognize Exhibit 20?
9     A. I'm reading it now.
10        (Witness peruses document.)
11    A. Okay. I'm assuming I was on this e-mail.
12 Yes, I was. Okay.
13    Q. Do you recognize Exhibit 20, Mr. Kapler?
14    A. It's an e-mail that -- from Irin or -- or
15 Ilir, I can't remember what his name is, that I'm
16 listed on.
17    Q. What is it regarding?
18    A. It looks like he's trying to set up a
19 meeting with the Department of State.
20    Q. Let's turn to the February -- the e-mail
21 at the bottom of page 1, from DesignationAuPair. Do
22 you see that?
23    A. Expert?
24    Q. DesignationAuPair. The bottom -- the
25 e-mail at the bottom of the page, of the first page.

Page 225

1     A. From DesignationAuPair, at the state?
2     Q. Yes.
3     A. Okay.
4     Q. I'm going to read it into the record.
5  "The department learned recently that a number of
6  sponsors designated in the au pair category of the
7  exchange visitor program are seeking further
8  clarification on the requirements for calculating
9  wages paid to au pairs by host families reflected in
10 the governing regulations at 22 CFR Section
11 62.31(j)(1)."
12        Do you see that?
13    A. Yes, I do.
14    Q. Do you understand what that sentence
15 means?
16    A. Just what it says here.
17    Q. Do you know if sponsors were seeking
18 further clarifications on the requirements for
19 calculating wages?
20    A. Just what it says here.
21    Q. Other than reading it here, do you have
22 any knowledge, outside of looking at it in this
23 sentence, that that was occurring?
24    A. Not to the best of my knowledge.
25    Q. Was GoAuPair seeking further



Page 226

1  clarification on the requirements for calculating
2  wages paid to au pairs by host families?
3      A.  Unless you -- not that I'm aware of.  If
4  we did, we put it -- probably sent an e-mail.  But I
5  don't -- I don't recall at the present moment.
6      Q.  The next sentence states, "The department
7  did endeavor to address this matter in the sponsor
8  meeting held in July 2015 and through an e-mail sent
9  in March 2015."
10         Do you see that?
11     A.  Yes, I do.
12     Q.  Did you attend a meeting with the
13 Department of State in July of 2015?
14     A.  I don't know exactly.  I'll need to kind
15 of see an agenda and stuff like that to refresh my
16 mind.  But I -- I would guess that I did, but I
17 can't verify it without some additional information.
18     Q.  Do you recall receiving an e-mail from
19 the Department of State in 20 -- March 2015?
20     A.  Not specifically.  If I had a copy of it,
21 I could probably tell you.
22     Q.  In the e-mail at the very last line, it
23 references a May 2nd, meeting.  Do you see that?
24 It's the very last page before the closing.
25     A.  "Please let" -- this is from -- "If a

Page 227

1  representative of your organization will be
2  attending the May 2 meeting."  Okay.
3      Q.  Do you recall attending a May 2, 2016
4  meeting with the Department of State?
5      A.  I don't believe that one actually
6  happened.
7      Q.  Why do you believe that one did not
8  happen?
9      A.  I believe that this e-mail back and forth
10 was where it was trying to be set up to be
11 organized, but then I don't think it ever happened.
12     Q.  Do you have any understanding as to why
13 it didn't happen?
14     A.  Department of State either cancelled it
15 or didn't want to do it is -- if -- if it's the one
16 we're talking about that's -- that's -- that's what
17 I believe happened.
18     Q.  Your recollection is that the Department
19 of State cancelled?
20     A.  Or they didn't -- they didn't allow it to
21 get finally locked in, one or the other.
22     Q.  Did the sponsors -- strike that.
23         Did GoAuPair play any role in the
24 cancellation of the meeting?
25     A.  No.

Page 228

1      Q.  Do you know if any other sponsor played a
2  role in the cancellation of the meeting?
3      A.  I have no idea.





58 (Pages 226 to 229)

Page 230

2  Q. Do you recall whether you thought at the
3 time that a May 2nd meeting with the Department of
4 State would be a good idea?
5  A. Say that again.
6  Q. Do you recall whether you thought at the
7 time that a May 2nd meeting with the Department of
8 State would be a good idea?
9  A. Generally, yes.
10  Q. Why?
11  A. Whenever you have a dialogue back and
12 forth between the sponsors and the Department of
13 State, that's a good thing.
14  Q. Did you think it was a good idea to have
15 a meeting in which the stipend would be discussed?
16  A. In the context here that the Department
17 of State wanted to change the rules, I think it
18 would be a good idea. Up until then, the rules had
19 stayed as they were from 1997, 2001, and the
20 increase in -- in the minimum wage. It's been very
21 consistent.
22  Q. Do you agree with the content of the two
23 sentences in that paragraph?
24  A. Which two? Which ones?

Page 232

15  MS. REILLY: You're saying Irin?
16 Ilir? I mean, I just want -- can you clarify?
17  THE WITNESS: Ilir? I think it's
18 Ilir. I'm sorry, what -- whatever I said.
19  MS. REILLY: You said Irin.
20  THE WITNESS: Yeah, I'm sorry. Ilir
21 is what I should say. I-l-i-r, Ilir. Sorry.
22  Q. I'm going to mark...
23  MS. REILLY: All done?
24  MR. VALDIVIESO: Almost.
25  Q. I think I might have asked you this at

Page 233

1 the beginning. I just want to make sure I've
2 covered everything --
3  A. Sure.
4  Q. -- that I need to cover.
5     Do you recall having any
6 communications or meetings with the Department of
7 Labor with respect to the au pair program?
8  A. No, I have not.
9  Q. You mentioned earlier that the other
10 sponsors are your competitors. With respect to what
11 in particular do you compete?
12  A. Finding host families and matching our
13 au pairs with our host families.
14  Q. And how do you compete with your
15 competitors for host families?
16  A. Try to do a better job than them.
17  Q. Do you compete with them with respect to
18 overall program cost?
19  A. It's a factor that a family would use in
20 determining what their overall costs would be, yes.
21  Q. Do you provide any discounts to potential
22 host families as part of your competition with your
23 competitors?
24  A. Yes.
25  Q. What are some examples of discounts you



59 (Pages 230 to 233)

MAGNA
LEGAL SERVICES

```
                                          Page 234
 1   provide?
 2        A.   We discount the application fee.  We have
 3   specials from month to month.  We have special of
 4   the -- feature of the -- feature au pair of the
 5   year -- I mean, of the month.  We have discounts for
 6   military.  We have discounts if the family has
 7   worked at a different agency before.  It's all on
 8   the website.
 9             MR. VALDIVIESO:  I have no further
10   questions.
11             Does anyone on the phone have
12   any -- well, first of all, Ms. Reilly, do you have
13   any questions?
14             MS. REILLY:  I do not.
15             MR. VALDIVIESO:  Any of the other
16   counsel present here today have any questions?
17             MS. FULLER:  No questions.
18             MR. BENDER:  No, thank you.
19             MR. VALDIVIESO:  Anyone on the phone
20   have any questions?
21             Hello?  Countdown from three, two,
22   one.  Having heard no motions for a question, I
23   think this deposition is adjourned.  Is there
24   anything that anyone wants to say before we close
25   the record?
```

```
                                          Page 235
 1             MS. REILLY:  No.
 2             MR. VALDIVIESO:  Thank you very much,
 3   Mr. Kapler.
 4             THE WITNESS:  No problem.
 5             THE VIDEOGRAPHER:  Going off the
 6   record at 5:54.  This marks the end of media 4 of 4.
 7             (Whereupon, the deposition concluded at
 8              5:54 p.m., May 11, 2017.)
```

```
                                          Page 236
 1              SIGNATURE OF WITNESS
 2
 3        I, A. WILLIAM KAPLER, III, the witness in
 4   the above deposition, have read the within transcript
 5   of my testimony.  I have made ____ changes in said
 6   testimony and have stated such changes (if any) and the
 7   reason for each change on a separate sheet attached to
 8   this transcript.  My testimony as given herein is true
 9   and correct, to the best of my knowledge and belief.
10
11
12
13            _____
14                 A. WILLIAM KAPLER, III
15
16   Subscribed and sworn to before me this _____ day of
17   _____, 2017.
18
19            _____
20                 Notary Public
21
22   My commission expires _____.
```

```
                                          Page 237
 1    - AMENDMENT SHEET -
      Deposition of A. WILLIAM KAPLER, III
 2    taken on May 11, 2017
      The deponent wishes to make the following changes in
 3    the testimony as originally given:
 4    PAGE/LINE     SHOULD READ         REASON FOR CHANGE
 5    _____ _____
 6    _____ _____
 7    _____ _____
 8    _____ _____
 9    _____ _____
10    _____ _____
11    _____ _____
12    _____ _____
13    _____ _____
14    _____ _____
15    _____ _____
16    _____ _____
17    _____ _____
18    _____ _____
19    _____ _____
20    _____ _____
21    Subscribed and sworn to before me this _____ day of
      _____, 2017.
22
23            _____
24                 Notary Public
25    My commission expires _____.
```



60 (Pages 234 to 237)