IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - - - - - - - - - - - - - - - - - - - - - - - - x

JOHANA PAOLA BELTRAN, et al.,

         Plaintiffs,

  V.               Civil Case No. 14-cv-03074-CMA-KMT

INTEREXCHANGE, INC., et al.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - x

VIDEOTAPED DEPOSITION OF

ELLEN B. HOGGARD

August 10, 2017

9:35 a.m.

Fisher & Phillips LLP

200 State Street

Boston, Massachusetts

Reporter: Rosemary F. Grogan, RPR, CSR No. 112993

www.MagnaLS.com



| Page 2 | Page 4 |
|---|---|
| 1  APPEARANCES | 1  INDEX OF EXAMINATION |
| 2  On Behalf of the Plaintiffs: | 2  WITNESS: ELLEN B. HOGGARD |
| 3  By: Juan P. Valdivieso, Esquire | 3  EXAMINATION           PAGE NO. |
| 4  BOIES SCHILLER FLEXNER LLP | 4  By Mr. Valdivieso          7/189 |
| 5  1999 Harrison Street, Suite 900 | 5  By Ms. Schaecher            188 |
| 6  Oakland, CA 94612 | 6 |
| 7  510-874-1000 | 7  INDEX TO EXHIBITS |
| 8  jvaldivieso@bsfllp.com | 8  NUMBER   DESCRIPTION        PAGE NO. |
| 9 | 9  Exhibit 1  Exclusive Interview with Ellen  47 |
| 10 On Behalf of the Defendant - CULTURAL CARE: | 10         Hoggard Au Pair Clearinghouse |
| 11 By: Lyndsey M. Kruzer, Esquire | 11 Exhibit 2  Web Pages from Au Pair Foundation 55 |
| 12 CHOATE, HALL & STEWART LLP | 12 Exhibit 3  E-mail String 10/31/13    60 |
| 13 Two International Place | 13         Bates APF000289 - 291 |
| 14 Boston, MA 02110 | 14 Exhibit 4  E-mail 2/3/14           68 |
| 15 617-248-5000 | 15         Bates APC 003252 |
| 16 lkruzer@choate.com | 16 Exhibit 5  State of Illinois Office of   81 |
| 17 | 17         Secretary of State File Records |
| 18 On Behalf of the Deponent - HOGGARD: | 18 Exhibit 6  Ellen Hoggard, President STS 91 |
| 19 By: Susan M. Schaecher, Esquire | 19         Foundation Pages from LinkedIn |
| 20 FISHER & PHILLIPS LLP | 20 Exhibit 7  E-mail String 6/8/11      96 |
| 21 200 State Street | 21         Bates InterExchange0033912 |
| 22 Boston, MA 02109 | 22 Exhibit 8  Alliance Board Meeting 7/28/12  99 |
| 23 617-722-0044 | 23         Bates InterExchange0005155 - 162 |
| 24 sschaecher@fisherphillips.com | 24 Exhibit 9  E-mail 10/15/14         106 |
| 25 | 25         Bates EAP0003223 - 24 |

| Page 3 | Page 5 |
|---|---|
| 1  APPEARANCES (Cont.) | 1  INDEX TO EXHIBITS |
| 2  On Behalf of AUPAIRCARE: | 2  NUMBER   DESCRIPTION        PAGE NO. |
|    By: Peggy E. Kozal, Esquire (Via phone) | 3  Exhibit 10  Alliance Memorandum 10/10/14  109 |
| 3  GORDON & REES | 4          Bates InterExchange0003040 - 41 |
|    555 17th Street, Suite 3400 | 5  Exhibit 11  E-mail 10/27/14          114 |
| 4  Denver, CO 80202 | 6          Bates InterExchange0002949 |
|    303-534-5160 | 7  Exhibit 12  E-mail 4/22/15 and Attachment  118 |
| 5  pkozal@gordonrees.com | 8          APEX-20/20 10273 - 75 |
| 6 | 9  Exhibit 13  E-mail String 12/22/15       143 |
| 7  On Behalf of PROAUPAIR, APEX PROFESSIONAL EXCHANGE | 10         APF000390 - 93 |
|    and 20/20 CARE EXCHANGE d/b/a | 11 Exhibit 14  E-mail String 1/20/16       150 |
| 8  INTERNATIONAL AUPAIR EXCHANGE: | 12         Bates GAP00001446 - 48 |
|    By: Kathleen E. Craigmile, Esquire (Via phone) | 13 Exhibit 15  E-mail String 1/29/16       156 |
| 9  NIXON SHEFRIN HENSEN OGBURN P.C. | 14         Bates APEX-20/20 10084 - 85 |
|    5619 DTC Parkway, Suite 1200 | 15 Exhibit 16  E-mail String 2/5/16        161 |
| 10 Greenwood Village, CO 80111 | 16         Bates GAP00001449 - 50 |
|    303-773-3500 | 17 Exhibit 17  E-mail String 2/19/16       163 |
| 11 kcraigmile@nixonshefrin.com | 18         Bates ExpertAuPair028121 - 22 |
| 12 | 19 Exhibit 18  E-mail String 3/21/13       177 |
| 13 On Behalf of INTEREXCHANGE: | 20         Bates APF000268 - 70 |
|    By: Alyssa L. Levy, Esquire (Via phone) | 21 Exhibit 19  E-mail 5/13/15 and Attachment  183 |
| 14 SHERMAN & HOWARD LLC | 22         APF000408 - (Cut off) |
|    633 Seventeenth Street, Suite 3000 | 23 |
| 15 Denver, CO 80202 | 24 (Original exhibits attached to original transcript and |
|    303-299-8302 | 25     retained by Boies Schiller & Flexner) |
| 16 alevy@shermanhoward.com | |
| 17 | |
| 18 Also present: | |
| 19    Luc-Bernard Val, Videographer | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |



2 (Pages 2 to 5)





Page 158

Page 160

```
16        (Exhibit 16 marked for identification)
17   BY MR. VALDIVIESO:
18     Q.   I'm handing you Exhibit 16.
19         MR. VALDIVIESO:  Again, this a --
20     A.   Thank you.
21         MR. VALDIVIESO:  -- document, a GreatAuPair
22   document, that's entitled "highly confidential -
23   attorneys' eyes only," but, again, it's proper to
24   use in this deposition under the protective order
25   because Ms. Hoggard is the sender of the e-mail.
```

MAGNA LEGAL SERVICES

```
                                              Page 162
 1                (Witness reviewing)
 2
 3   BY MR. VALDIVIESO:
 4       Q.  When you've had a chance to look at this
 5   document, Ms. Hoggard, please let me know if you are
 6   familiar with Exhibit 16?
 7       A.  Yes.
```

[lines 8–25 redacted]

```
                                              Page 164
```

[lines 1–10 redacted]

```
11       Q.  DesignationAuPair@state.gov, that's an e-mail
12   you're familiar with?
13       A.  Yes.
14       Q.  Do you see at the bottom of page 1, it says:
15   "The Department learned recently that a number of
16   sponsors designated in the au pair category of the
17   Exchange Visitor Program are seeking further
18   clarification on the requirements for calculating wages
19   paid to au pairs by host families, reflected in the
20   governing regulations at 22 CFR section 62.31(j)(1)."
21           Do you see that?
22       A.  Yes.
23       Q.  Did I read it --
24       A.  Excuse me.
25       Q.  Did I read that correctly?
```

```
 7           (Exhibit 17 marked for identification)
 8   BY MR. VALDIVIESO:
 9       Q.  I'm handing you Exhibit 17.  And this is a
10   document -- an ExpertAuPair document ending in 28121.
11           MR. VALDIVIESO:  For those of you on the
12       phone, this bears a confidential designation, but
13       no attorneys' eyes only designation, and
14       ellen@aupairfoundation.org is listed.
15           (Witness reviewing)
16   BY MR. VALDIVIESO:
17       Q.  You've had a chance to review this exhibit,
18   Ms. Hoggard.
19           Would you please let me know if you're
20   familiar with Exhibit 17?
21       A.  Yes.
22       Q.  And did you receive it, Exhibit 17, in your
23   e-mail?
24       A.  Yes.
25       Q.  And what is Exhibit 17?
```

```
                                              Page 165
 1       A.  Yes.
 2       Q.  Do you know if APF was seeking further
 3   clarification on that issue?
 4       A.  I do not -- no, we were not.  I do not believe
 5   we were, no.
 6       Q.  And do you have an understanding as to why
 7   certain sponsors were seeking further clarification on
 8   the requirements for calculating wages paid to au pairs
 9   by host families?
10       A.  No, I do not.
11       Q.  And the e-mail from the Department of State,
12   in that same paragraph we were just reading, at the
13   bottom, it says:  "We propose a date and time for this
14   meeting:  Monday, May 2nd at 11:00 a.m. at SA-5 (2201
15   C Street Northwest, Washington, D.C."
16           Do you see that?
17       A.  Yes.
18       Q.  Do you recall attending a meeting on May 2nd,
19   2016, with the Department of State?
20       A.  No.
21       Q.  Do you know if that meeting took place?
22       A.  I believe it did not.
23       Q.  Why do you believe that?
24           (Witness reviewing)
25       A.  As I recall, the meeting was canceled.
```

Page 166

1  Q.  Who canceled the meeting?
2  A.  I do not know.
3  Q.  Do you know why it was canceled?
4  A.  I do not recall.
5  Q.  Do you have any understanding as to why it was
6  canceled?
7  A.  No, not that I recall.

Page 168



43 (Pages 166 to 169)

MAGNA
LEGAL SERVICES



Page 170

Page 172

24  MS. SCHAECHER: Object to the form.
25  MR. VALDIVIESO: Sorry, what's your objection?

Page 173

1   MS. SCHAECHER: That you've been over this and
2   over this. I'm not sure there are many more ways
3   you can ask the same question.
4   MR. VALDIVIESO: I don't believe I've repeated
5   a single question.
6   MS. SCHAECHER: You've asked the same question
7   several times. She's already told you she doesn't
8   have an opinion of it, she doesn't recall it, it
9   doesn't mean anything to her.
10  MR. VALDIVIESO: And I'm trying to ask what
11  words in the sentence are problematic for her
12  understanding.
13  MS. SCHAECHER: You can answer that question.
17  MR. VALDIVIESO: Unless you're going to
18  instruct her not to answer that question?
19  MS. SCHAECHER: I've objected to it, and it's
20  been a while since we've heard the question.
21  Perhaps you could repeat it?
22  MR. VALDIVIESO: Would the court reporter
23  please read back the question.
24      (Record Read)
25  MS. SCHAECHER: Object to the form.



44 (Pages 170 to 173)

```
                                                Page 174
 1      A.   Which sentence?
             [REDACTED]
19           MS. SCHAECHER:  Counsel, this isn't an English
20      test.  You've asked the questions many times now.
21      She's told you she finds the entire sentence to be
22      confusing and unclear.  Going through it word by
23      word isn't going change that answer.
24   BY MR. VALDIVIESO:
25      Q.   Is that your testimony, Ms. Hoggard?
```

```
                                                Page 175
 1      A.   Yes.
 2      Q.   Your counsel's words are your testimony?
 3           MS. SCHAECHER:  No, it -- they're not.  She's
 4      testified repeatedly in response to your questions.
 5      My words are not her testimony.  By definition,
 6      they are not her testimony.
 7   BY MR. VALDIVIESO:
             [REDACTED]
```

```
                                                Page 176
             [REDACTED]
 9      Q.   Do you have a leadership position with IAPA?
10      A.   No.
11      Q.   Did you attend any IAPA meetings relating to
12   the -- strike that.
13           Did you ever attend any IAPA meeting
14   before your time at APF?
15      A.   No.
16      Q.   And since joining APF, have you attended IAPA
17   meetings?
18      A.   Two.
19      Q.   Which ones have you attended?
20      A.   Atlanta and Munich.
21      Q.   What year was Atlanta?
22      A.   I believe it was two years ago.
23      Q.   And Munich?
24      A.   Last year.  Yeah.
25      Q.   Do you receive communications from IAPA?
```

```
                                                Page 177
 1      A.   Yes.
 2      Q.   To which e-mail do you receive your
 3   communications from IAPA?
 4      A.   Aupairfoundation.org.
 5         (Exhibit 18 marked for identification)
 6   BY MR. VALDIVIESO:
 7      Q.   I'm handing you Exhibit 18.
 8      A.   Thank you.
 9           MR. VALDIVIESO:  For those of you on the
10      phone, Exhibit 18 is an APF document ending in 268.
11           (Witness reviewing)
12   BY MR. VALDIVIESO:
13      Q.   Are you familiar with Exhibit 18, Ms. Hoggard?
14      A.   It's from 2013, but I see -- I see that I'm on
15   the subject -- I mean, it was sent to me.
16      Q.   And I believe you testified earlier that Eva
17   Hedin -- or Hedin --
18      A.   Mm-hmm.
19      Q.   -- was a board member of APF Global Exchange,
20   NFP; is that right?
21      A.   Yes.
22      Q.   And is it fair to say that Ms. Hedin was
23   sending over a report to Ms. Crompton, yourself, and
24   Ms. Nelson regarding the IAPA conference?
25      A.   Yes.
```


MAGNA LEGAL SERVICES

|  | Page 178 |  | Page 180 |
|---|---|---|---|
| 1 | Q. Did you attend IAPA in Rome? | 1 | Q. Did anyone from Cultural Care, InterExchange, |
| 2 | A. No. | 2 | AuPairCare, or Go Au Pair express to you that they were |
| 3 | Q. Was Ms. Hedin attending IAPA in Rome on behalf | 3 | looking forward to have APF be a member of both the |
| 4 | of APF? | 4 | Alliance and IAPA? |
| 5 | A. No. | 5 | A. I -- I -- I'm sure they -- some did at some |
| 6 | Q. Was she on the board of A -- APF at the time? | 6 | point, yes, when we formed. |
| 7 | A. Yes. | 7 | (Interruption from court reporter) |
| 8 | Q. And how do you know that she was not attending | 8 | MR. VALDIVIESO: All right. The people on the |
| 9 | IAPA on behalf of APF in her capacity as a board member? | 9 | phone, please mute their phones. Thank you. |
| 10 | A. I know she went to the meeting representing | 10 | BY MR. VALDIVIESO: |
| 11 | her work with the au pair program she was director of. | 11 | Q. So where it says: "They are (sic) looking |
| 12 | We did not pay for her to go. | 12 | forward to have us as members both in the Alliance and |
| 13 | But now that I'm reading this again, I | 13 | IAPA," do you understand "us" to refer to APF? |
| 14 | see she was very kind to in some way talk about us -- | 14 | (Witness reviewing) |
| 15 | here -- here -- you know, update us on things because we | 15 | A. There she's wearing her board member hat, so |
| 16 | were not able to send anyone. | 16 | yes, as I read it. |
| 17 | Q. And when you say "us," to whom are you | 17 | Q. STS Student Travel Schools is not a member of |
| 18 | referring? | 18 | IAPA; is that right? |
| 19 | A. Au Pair Foundation. We could not afford to | 19 | A. I'm not sure, but I -- I think -- I don't |
| 20 | go, so it was nice of her to update us. | 20 | know. I don't know actually. |
| 21 | Q. Do you see in the last paragraph on page 1, it | 21 | Q. Do you know if they're members of the |
| 22 | says: "All Sponsors in USA (Cultural Care, | 22 | Alliance? |
| 23 | InterExchange, Au Pair Care, Go Au Pair) that I met was | 23 | A. No, they're not members -- they're not a |
| 24 | very positive that APF is now a part of the STS Global | 24 | member of the Alliance. |
| 25 | Family since they know we present quality and have a | 25 | Q. Are you familiar with a person named Cecelia |

|  | Page 179 |  | Page 181 |
|---|---|---|---|
| 1 | good organization structure and long experience within | 1 | Harkwell? |
| 2 | cultural exchange, they all said, quote, it will be good | 2 | A. No. |
| 3 | for the au pair program" -- | 3 | Q. Are you familiar with the Web site AuPairMom? |
| 4 | A. Mm-hmm, nice. | 4 | A. No, not that I recall. |
| 5 | Q. -- "end quote." | 5 | Q. Do you recall while at any of the IAPA |
| 6 | Do you see that? | 6 | conference whether the issue of the au pair stipend was |
| 7 | A. Yes. Mm-hmm. | 7 | discussed? |
| 8 | Q. What do you understand that sentence to mean? | 8 | A. No, it was not discussed. |
| 9 | A. STS Au Pair was sending many au pairs to quite | 9 | Q. As far as you're aware, it was not discussed? |
| 10 | a number of these sponsors that she mentioned, and these | 10 | A. Well, yes. As far as I'm aware, yes. |
| 11 | sponsors think highly of the STS au pairs. And -- | 11 | Q. Do you recall whether you discussed with any |
| 12 | Q. Do you know -- sorry, go ahead. | 12 | of the individuals from other au pair sponsor agencies |
| 13 | A. And I'm sure she mentioned she sat on our | 13 | during your participation at the -- sorry, strike that. |
| 14 | board and was also sending us some STS au pairs. | 14 | Besides the Alliance and IAPA meetings, |
| 15 | Q. Do you know -- what do you understand the | 15 | in any other context, do you -- have you had con -- |
| 16 | phrase "STS Global Family" to mean? | 16 | communications with employees from other sponsor |
| 17 | A. I don't know what she meant. | 17 | agencies regarding the au pair stipend? |
| 18 | Q. Have you ever heard that expression or phrase | 18 | A. No. |
| 19 | before? | 19 | Q. And other than the e-mails that we've seen |
| 20 | A. Not particularly, not that I recall, no. We | 20 | today, and some of the in-person conversations that you |
| 21 | received STS au pairs as do -- well, as did | 21 | discussed in your testimony, do you communicate with any |
| 22 | InterExchange and as do -- AuPairCare does currently. | 22 | of the people at the sponsor agencies through any other |
| 23 | So we do talk in those terms, "we" being | 23 | means? |
| 24 | international exchange programs. We talk about being a | 24 | A. No. |
| 25 | global family, sending each other our participants. | 25 | Q. Do you send text messages with the people |



46 (Pages 178 to 181)