Confidential - Attorneys' Eyes Only

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
JOHANA PAOLA BELTRAN, et   )
                           )
al.,                       )
                           )
         Plaintiff,        )
                           )
     vs.                   )  Civil Case No.
                           )  14-cv-03074-CMA-KMT
INTEREXCHANGE INC., et     )
al.,                       )
                           )
         Defendants.       )
_____)
```

HIGHLY CONFIDENTIAL EXCERPT

ATTORNEYS' EYES ONLY

Videotaped Deposition of SUSAN HAYES, taken

on behalf of the Plaintiff, at 686 Anton

Boulevard, Costa Mesa, California, commencing

at 8:38 A.M. on Thursday, August 24, 2017,

before SHANNA GRAY, Certified Shorthand

Reporter, Certificate No. 13690.

-   -   -

MAGNA LEGAL SERVICES

(866) 624-6221

www.magnaLS.com



Page 2

```
 1          A P P E A R A N C E S
 2
 3       For the Plaintiff:
 4         BOIES SCHILLER & FLEXNER
           BY:  JUAN P  VALDIVIESO, ESQ
 5         1999 Harrison Street
           Suite 900
 6         Oakland, California  94612
           (510) 874-1010
 7         (510) 874-1460 (Fax)
           jvaldivieso@bsfllp com
 8
 9       For Defendant EurAupair International, Inc :
10         BROWNSTEIN, HYATT, FARBER, SCHRECK
           BY:  MARTHA L  FITZGERALD, ESQ
11         410 Seventeenth Street
           Suite 2200
12         Denver, Colorado  80202
           (303) 223-1472
13         (303) 223-8072 (Fax)
           mfitzgerald@bhfs com
14
15       For the Defendant AuPairCare, Inc :
16         GORDON & REES
           BY:  JENNIFER ARNETT-ROEHRICH, ESQ
17         (Telephonic appearance)
           555 Seventeenth Street
18         Suite 3400
           Denver, Colorado  80202
19         (303) 200-6865
           jarnett-roehrich@gordonrees com
20
21
22
23
24
25
```

Page 4

```
 1             I N D E X
 2
 3    DEPONENT     EXAMINATION BY          PAGE
 4    SUSAN HAYES
 5         BY MR. VALDIVIESO          13
 6         BY MS. FITZGERALD          196
 7
 8
 9         EXHIBITS FOR IDENTIFICATION
10
11    MARKED     DESCRIPTION           PAGE
12    Exhibit 1   E-mail dated 9/28/2011, Subject:      25
13         Translation of the 2011-2012
14         brochure with attachment, Bates
15         labeled EAP0004287-4295
16    Exhibit 2   E-mail dated 7/6/2012 with      30
17         attachment, Bates labeled
18         EAP0001162-1170
19    Exhibit 3   EurAupair brochure 2012, Bates      33
20         labeled EAP0001399-1426
21    Exhibit 4   E-mail chain dated 9/2011,      37
22         Subject Au Pair Handbook with
23         attachment, Bates labeled
24         EAP0001733, 1773-1811
25
```

Page 3

```
 1    APPEARANCES (CONTINUED):
 2
 3      For the Defendant Cultural Care, Inc.:
 4        CHOATE, HALL & STEWART
          BY:  KEVIN P. O'KEEFE, ESQ.
 5        (Telephonic appearance)
          Two International Place
 6        Boston, Massachusetts  02110
          (617) 248-4025
 7        (617) 502-4025 (Fax)
          kokeefe@choate.com
 8
 9
10      For the Defendant Apex and 20/20:
11        NIXON, SHEFRIN, HENSEN, OGBURN
          BY:  LAWRENCE D. STONE, ESQ.
12        (Telephonic appearance)
          5619 DTC Parkway
          Suite 1200
13        Greenwood Village, Colorado 80111
          (303) 773-3500
14        lstone@nixonshefrin.com
15
16      Also Present:
17      ARIAN SAVAR, Videographer
18
19
20
21
22
23
24
25
```

Page 5

```
 1       EXHIBITS FOR IDENTIFICATION
 2            (CONTINUED)
 3
 4    MARKED     DESCRIPTION           PAGE
 5    Exhibit 5   E-mail dated 6/23/2014 with      41
 6         attachment, Bates labeled
 7         EAP0001236-1280
 8    Exhibit 6   E-mail dated 7/16/2014 with      47
 9         attachment, Bates labeled
10         EAP0003291-3339
11    Exhibit 7   2015 EurAupair Host Family      51
12         Handbook, EAP0000764-812
13    Exhibit 8*   E-mail dated 2/4/2009, Subject:      58
14         Au Pair mtg next week, with
15         attachment, Bates labeled
16         GAP_00003771-3775
17    Exhibit 9   E-mail dated 8/11/2009, Subject:      66
18         Alliance WYSTC in Manchester,
19         Bates labeled InterExchange
20         0036149
21    Exhibit 10*  E-mail chain dated 10/2009,      67
22         Subject: Re: Alliance Au Pair
23         Task Force Meeting - October
24         21st, Bates labeled AIFS
25         0003537-3538
```





Page 182

4    Q.   I'm handing you Exhibit 39.  It's a EurAupair
5    document ending in 417.
6        (Exhibit 39 marked.)
7    A.   Thank you.
8    Q.   Have you had a chance to look at Exhibit 39,
9    Ms. Hayes?
10    A.   Yes, I have.
11    Q.   And what is Exhibit 39?
12    A.   It's an e-mail from the Department of State to
13    Alliance Conference Au Pair Panel.  Hmm.  Well, anyways
14    it's addressed to all au pair sponsors regarding
15    statistics, the annual report template, and the annual
16    report guidance.
17    Q.   Do you recall attending the October 2015 Alliance
18    conference?
19    A.   October '15.  I believe I did.
20    Q.   Do you recall --
21    A.   I can't remember.
22    Q.   Do you recall if there was any discussion at that
23    conference regarding au pair wages and hours?
24    A.   No.
25    Q.   No, you do not recall or no, that issue was not

Page 183

1    discussed?
2    A.   The issue, I'm sure, was not discussed.
3    Q.   And why are you sure that the issue was not
4    discussed?
5    A.   Because it's one we really don't discuss, and I
6    don't recall.
7    Q.   I'm going to hand you Exhibit 41.  It's an Expert
8    Au Pair document ending in 28121.  It's designated
9    confidential.
10    THE COURT REPORTER:  I think it should be, 40,
11    right?
12    MR. VALDIVIESO:  Oh, can we go off the record for
13    a second.
14    THE VIDEOGRAPHER:  Going off the record at
15    3:00 p.m.
16        (Recess taken.)
17    THE VIDEOGRAPHER:  We are back on the record at
18    3:01 p.m.
19    BY MR. VALDIVIESO:
20    Q.   I'm handing you Exhibit 40.  It's Expert Au Pair
21    28121.  And it's designated confidential, but Ms. Hayes
22    appears to be a recipient.
23        (Exhibit 40 marked.)
24    A.   Thank you.  Okay.
25    Q.   Have you had a chance to look at Exhibit 40,

Page 184

1    Ms. Hayes?
2    A.   Yes.

6    Q.   And on the bottom of that page there's an earlier
7    e-mail from an e-mail address, Designationaupair@state.gov
8    dated February 19; 2016 and time stamped 11:47 a.m.  Do
9    you see that?
10    A.   Yes.
11    Q.   And in the first paragraph it states, quote, "The
12    department learned recently that a number of sponsors
13    designated in the au pair category of the exchange visitor
14    program are seeking further clarification on the
15    requirements for calculating wages paid to au pairs by
16    host families, reflected in the governing regulations of
17    22 CFR 62.31(j)(1)."  Do you see that?
18    A.   Mm-hm, I do.
19    Q.   And then it continues.  "The department did
20    endeavor to address this matter in the sponsor meeting
21    held in July 2015 and through an e-mail sent in March
22    2015."  You see that?
23    A.   I do.
24    Q.   First, I'd like to ask did EurAupair seek any
25    further clarification on the requirements for calculating

MAGNA
LEGAL SERVICES

47 (Pages 182 to 185)

Page 186

1  wages paid to au pairs by host families?
2      A.  No, we did not.
3      Q.  And so the Department of State appears to have
4  proposed a meeting on May 2; is that right?
5      A.  Correct.
6      Q.  Do you recall discussing with other au pair
7  sponsors whether a May 2nd meeting would be a good idea?
8      A.  No.

Page 188

1  counsel on the phone that this document was produced to us
2  from the Alliance in response to a third-party subpoena in
3  this case.
4      MS. FITZGERALD:  Yesterday, right?
5      MR. VALDIVIESO:  I believe it was produced
6  yesterday.  If not, it was produced within the last two to
7  three days.
8      MS. FITZGERALD:  And just for the record we have
9  not received this document.
10      THE WITNESS:  Okay.
11      MR. STONE:  This is Larry Stone.  I'm going to
12  object to use of the document during the deposition as I'm
13  not sure if it's been produced to any of the defendants.
14      MR. VALDIVIESO:  And, Mr. Stone, I note your
15  objection.  I'm using the document merely to refresh the
16  witness' recollection.
17      MR. STONE:  When are the documents that were
18  subpoenaed from the Alliance going to be produced to the
19  defendants?  I mean, we have a right to them.  We're
20  litigants in the case and if you subpoenaed them, they
21  need to be produced.
22      MR. VALDIVIESO:  Could we go off the record for a
23  second?
24      THE VIDEOGRAPHER:  We're going off the record at
25  3:12 p.m.

Page 189

1      (Recess taken.)
2      THE VIDEOGRAPHER:  We are going back on the
3  record at 3:19 p.m.
4      MS. FITZGERALD:  So did you want to indicate on
5  the record that you've e-mailed the documents?
6      MR. VALDIVIESO:  So prior to taking a break,
7  Mr. Stone interposed an objection with regard to the
8  document which is Exhibit 41, which is a document that
9  plaintiffs received, I believe, yesterday from the
10  Alliance in response to a subpoena.  The production
11  received from the subpoena has since been e-mailed to the
12  defendants.  And we are going to proceed with the
13  questioning.
14      MS. FITZGERALD:  Yeah, and we'll proceed with
15  questioning with the standing objection for use of the
16  documents for now for the reasons that we do not have and
17  did not have the documents as of the deposition today.  So
18  there's also a foundational issue.  And did you have just
19  Exhibit 41 or Exhibit 41 and 42?
20      MR. VALDIVIESO:  I have not presented Exhibit 42.
21      MS. FITZGERALD:  But there will be a 42.  So that
22  would apply to Exhibits 41 and 42.
23      MR. VALDIVIESO:  And just to be extra clear,
24  Exhibits 41 and 42 are a subset of a production.  The
25  production was produced as one very large PDF, and these

21  BY MR. VALDIVIESO:
22      Q.  Sure.  I'm going to hand you a document.  I'm
23  going to give it to your counsel first so she can take a
24  quick look at it.  It's been marked Exhibit 41.
25      MR. VALDIVIESO:  And I'm going to represent to

MAGNA
LEGAL SERVICES

Case 1:14-cv-03074-CMA-KMT   Document 838-18   Filed 02/10/18   USDC Colorado   Page 5 of 5

Confidential - Attorneys' Eyes Only



**Page 193**

**Page 195**

16       MR. VALDIVIESO:  Can we go off the record for a
17   second?
18       THE VIDEOGRAPHER:  We're going off the record at
19   3:31 p m.
20       (Recess taken.)
21       THE VIDEOGRAPHER:  We are back on the record at
22   3:33 p m.
23   BY MR. VALDIVIESO:
24       Q.  Ms. Hayes, do you recall participating in any
25   conference calls in 2016 where you expressed any position

**Page 196**

1    with respect to the au pair stipend?
2        A.  No.  Honestly, no.
3        MR. VALDIVIESO:  I have no further questions.
4    Does -- Ms. Fitzgerald, do you have any questions?
5            EXAMINATION
6    BY MS. FITZGERALD:
7        Q.  Ms. Hayes, before you were presented with
8    Exhibits 41 and 42 today at the end of this deposition,
9    did you have any independent recollection of any
10   conference call among and between sponsors relating to the
11   discussion of the au pair stipend?
12       A.  No.
13       Q.  Or relating to discussions regarding
14   applicability of regulations to the au pair stipend
15   whether DOL or DOS?
16       A.  No.
17       (End of confidential testimony.)
18
19
20
21
22
23
24
25

MAGNA
LEGAL SERVICES