# Verdi & Ogletree PLLC

Faith Kalman Reyes

*FReyes@verdiogletree.com*

1704-B Llano Street, #333
Santa Fe, NM 87505
Direct Dial: (505) 660-0749
Phone: (202) 449-7703
Fax: (202) 449-7701

January 17, 2018

To: Counsel for all Parties

    Re: <u>Alliance Document Production – Redacted Documents</u>

    All of the Alliance's *redacted documents* from its review of electronically stored information (the scope of which was agreed upon in our discussions with Plaintiffs' counsel), responsive to the subpoena served upon the Alliance, have been uploaded to an FTP site. You may access the site using the following information:

        URL: https://ftp.haystackid.com
        Username: **VO_Beltran_Service**
        Password: 43WAwax

    You will require the production zip password to download the files, which I will provide in a separate email.

    All of these materials should be treated as "Confidential" and the production is made pursuant to the Stipulated Agreement Regarding Protective Order executed by the parties and the Alliance.

    Please let me know if you have any questions in this regard.

Sincerely,

Faith Kalman Reyes