**From:** Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
**Sent:** Tuesday, January 23, 2018 12:45 AM
**To:** Faith Reyes <freyes@verdiogletree.com>
**Cc:** Ben Ogletree <bogletree@verdiogletree.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; Beltrandefendants <beltrandefendants@choate.com>
**Subject:** RE: Alliance production - redacted documents

Faith,

I do not believe you have produced your privilege log. Please do so on Tuesday, January 22, 2018.

Also, I believe you were going to follow up regarding ALLI-000025 and 000074. Please do so Tuesday as well.

Thank you,

Juan

**Juan P. Valdivieso, Esq.**
Associate

# BOIES SCHILLER FLEXNER LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
[jvaldivieso@bsfllp.com](mailto:jvaldivieso@bsfllp.com)
[www.bsfllp.com](http://www.bsfllp.com)

---

**From:** Faith Reyes [mailto:freyes@verdiogletree.com]
**Sent:** Wednesday, January 17, 2018 7:38 AM
**To:** Juan Valdivieso; Sean Rodriguez; Beltrandefendants
**Cc:** Ben Ogletree
**Subject:** Alliance production - redacted documents

Please see the attached letter regarding the production of redacted documents. Thank you.

Faith Kalman Reyes
VERDI & OGLETREE PLLC
1704-B Llano St., #333
Santa Fe, NM 87505
Mobile: 505.660.0749
freyes@verdiogletree.com

CONFIDENTIALITY NOTICE:

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by reply or by telephone (call us collect at 202.449.7703) and immediately delete or destroy this e-mail, and all its attachments and copies.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]