|  |  |
|---|---|
| **From:** | Denton, Brenda |
| **To:** | Juan Valdivieso; Lukey, Joan |
| **Cc:** | Beltrandefendants; lstone@nixonshefrin.com; Faith Reyes (freyes@verdiogletree.com); Sean Rodriguez; Dawn Smalls |
| **Subject:** | RE: Clawback of Certain Documents |
| **Date:** | Wednesday, January 31, 2018 1:25:17 PM |

Mr. Valdivieso,

I am Joan Lukey's assistant and I am monitoring her email and noticed the below. She is currently out of the office at a court hearing and I do not expect her back until 5:30 p.m. at the earliest.

I will flag your email for her so that she sees it when she returns to the office.

Regards,
Brenda Denton

**From:** Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
**Sent:** Wednesday, January 31, 2018 12:09 PM
**To:** Lukey, Joan
**Cc:** Beltrandefendants; lstone@nixonshefrin.com; Faith Reyes (freyes@verdiogletree.com); Sean Rodriguez; Dawn Smalls
**Subject:** RE: Clawback of Certain Documents

Joan,

Please let us know times between now and 6 pm eastern that work for calling Magistrate Judge Tafoya's chambers to schedule an informal discovery conference. We need to resolve this issue as quickly as possible given the upcoming summary judgment briefing.

Thank you,

Juan

**Juan P. Valdivieso, Esq.**
Associate

**BOIES SCHILLER FLEXNER LLP**

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com
www.bsfllp.com

**From:** Juan Valdivieso
**Sent:** Tuesday, January 30, 2018 11:44 AM
**To:** joan.lukey@choate.com

**Cc:** Beltrandefendants (beltrandefendants@choate.com); lstone@nixonshefrin.com; Faith Reyes (freyes@verdiogletree.com); Sean Rodriguez; Dawn Smalls
**Subject:** Clawback of Certain Documents

Joan,

Following up on yesterday's deposition, I wanted to confirm that you are clawing back portions of the following documents.

The following three documents correspond to ALLI-033326, produced by the Alliance on January 17, 2018:

ExpertAuPair028121
GAP_00067099
ExpertAuPair039002

As discussed on the record, this document was an exhibit in the depositions of Sarah McNamara (Jessica Fuller and Lyndsey Kruzer appeared by phone on behalf of Cultural Care), Theresa Nelson (Jessica Fuller appeared in person on behalf of Cultural Care), Bill Kapler (Jessica Fuller appeared in person on behalf of Cultural Care), Shannon Pitts (Lyndsey Kruzer appeared by telephone on behalf of Cultural Care), Ellen Hoggard (Lyndsey Kruzer appeared in person on behalf of Cultural Care), and Susan Hayes (Kevin O'Keefe appeared by telephone on behalf of Cultural Care).

The following five documents correspond to ALLI-033261 and ALLI-033258, produced by the Alliance on January 17, 2018:

ExpertAuPair040105
ExpertAuPair039002
APEX-2020 10302
APEX-2020 10303
APEX-2020 10084

As discussed on the record, the portion of ALLI-033261 and ALLI-033258 you seek to redact was contained in exhibits to the depositions of Heidi Mispagel (Jessica Fuller appeared in person and Justin Wolosz appeared by telephone on behalf of Cultural Care) and Ellen Hoggard (Lyndsey Kruzer appeared in person on behalf of Cultural Care). I think I may have misspoken at the deposition and said Ruth Ferry instead of Heidi Mispagel. Moreover, the redacted content in ALLI-033261 was forwarded to linda.i.kinney@gmail.com, so please let us know who that is and why disclosure to her did not also effect a waiver.

Upon confirmation, we will have these documents sequestered and presented to Judge Tafoya for immediate resolution of the claims to privilege, which we understand to be Cultural Care's purported attorney client privilege and work product protection. We believe Cultural Care does not have a valid privilege or work product claim and that there is no common interest for substantially the same reasons stated in our pending objection before Judge Arguello, although we note that the redacted material here goes far beyond what you are seeking to redact from the Alliance's August

23, 2017 production. As we also stated on the record, we believe that Cultural Care waived its claim to privilege (or protection) over these documents by failing to timely assert it following production by other Defendants and Plaintiffs' use of the documents in numerous depositions.

In light of your statements yesterday, we believe the parties are at an impasse. If you would like to meet and confer, please let us know by 9 am Colorado time tomorrow. Otherwise, please let us know a time when you are available to call Magistrate Judge Tafoya's chambers to schedule an informal discovery conference.

Regards,

Juan

**Juan P. Valdivieso, Esq.**
Associate

## BOIES SCHILLER FLEXNER LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460

jvaldivieso@bsfllp.com

www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com