

## CHOATE HALL & STEWART LLP

Joan A. Lukey
t 617-248-4949
f 617-502-4949
joan.lukey@choate.com

February 6, 2018

**VIA EMAIL**

Juan P. Valdivieso Esq.
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
jvaldivieso@bsfllp.com

Re:   *Beltran, et al. v. InterExchange, Inc., et al.*, No. 1:14-cv-3074-CMA-KMT (D. Colo.)

Dear Juan:

In accordance with paragraph 11 of the August 31, 2017 Amended Stipulated Protective Order, ECF No. 694 entered in the above-referenced action (the "Protective Order"), Cultural Care, Inc. ("Cultural Care") hereby notifies Plaintiffs, co-Defendants, and third-party Alliance for International Exchange that the following documents contain information covered by the attorney-client privilege and work product protection. Cultural Care requests that the documents and testimony be treated as clawed back in accordance with the terms Protective Order:

1. ALLI-033326;
2. Pages 76-85, 88-89, 141-49, 155-56, and 159 and Exhibits 4 and 5 of the Deposition of Ilir Zherka;
3. ExpertAuPair028121;
4. ExpertAuPair039002;
5. GAP_00067099;
6. APEX 20/20 10093;
7. APEX 20/20 10312;
8. Pages 90-94 and 96 of the Transcript and Exhibit 19 of the Deposition of Sarah McNamara;
9. Pages 250-52 and Exhibit 26 of the Deposition of Theresa Nelson;
10. Pages 228-32 and Exhibit 20 of the Deposition of Bill Kapler;
11. Page 157 and Exhibit 22 of the Deposition of Shannon Pitts;

Juan P. Valdivieso Esq.
February 6, 2018
Page 2

12. Pages 158-61, 166-72 and 174-76 and Exhibits 15 and 17 of the Deposition of Ellen Hoggard;
13. Pages 186 and 195 and Exhibit 40 of the Deposition of Susan Hayes;
14. ExpertAuPair040105;
15. ExpertAuPair039002;
16. APEX 20/20 494;
17. APEX 20/20 10084;
18. APEX 20/20 10252;
19. APEX 20/20 10302;
20. APEX 20/20 10303; and
21. Pages 213-21 and Exhibit 25 of the Deposition of Heidi Mispagel.

Finally, in response to a question that you raised earlier, Ms. Kinney is Ilir Zherka's wife.

Cultural Care reserves the right to amend this request as additional information is discovered or as other privileged materials are identified.

Sincerely,

Joan A. Lukey /ko

Joan A. Lukey

cc: Counsel for Defendants

Ben Ogletree, Esq.
Faith Reyes, Esq.
Verdi & Ogletree PLLC

8500296v2