| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Juan Valdivieso |
| **Cc:** | Beltrandefendants; Larry Stone (lstone@duffordbrown.com) (lstone@duffordbrown.com); Sean Rodriguez; Maria Guarisco |
| **Subject:** | RE: Beltran, et al. v. InterExchange, Inc., et al. |
| **Date:** | Wednesday, February 7, 2018 2:19:12 PM |

Juan –

Cultural Care agrees that we have already had the meet and confer on these documents, which are identical or virtually identical to the ones discussed in our call with the Clerk last Thursday. It is easy to lose track with all that is going on right now, but didn't you already seek forthwith treatment before? We were all told in the call with the Clerk that the informal phone conference with M.J. Tafoya will be February 12, 3 business days from now which is about as "forthwith" as you can get.

As long as you retain the subject documents within BSF and agree that you will not claim that this agreement constitutes a waiver, in this one instance Cultural Care will agree that you do not have to scrub or sequester any further documents pending a ruling by the court on the privilege issue. That will avoid any costs to you.

With regard to summary judgment, you don't have to do anything for several weeks. If we don't yet have a ruling on our motion as that date approaches, we can discuss a procedure similar to what we did at the Zherka deposition, i.e., filing the relevant pages and exhibits AEO subject to a stipulation that Cultural Care's agreement to such use cannot be argued as evidence of waiver.

As to any other assertions in your email, particularly with regard to your interpretation of the protective order and your contention of waiver, Cultural Care disagrees.

Please let me know if you have any questions.

Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
**Sent:** Wednesday, February 07, 2018 1:53 PM
**To:** Lukey, Joan
**Cc:** Beltrandefendants; Larry Stone (lstone@duffordbrown.com) (lstone@duffordbrown.com); Sean Rodriguez; Maria Guarisco
**Subject:** RE: Beltran, et al. v. InterExchange, Inc., et al.

Joan,

Your letter identifies a few additional duplicates of and deposition testimony referring to documents

we discussed during Mr. Zherka's deposition, and which I confirmed you were clawing back in an email to you dated January 30, 2017.  As stated in that email and during Mr. Zherka's deposition, we believe that neither the attorney client privilege nor the attorney work product doctrine applies to these documents or testimony, nor do we believe that Cultural Care shared a common interest with many of the parties to which this information was disclosed such as the Alliance, the Alliance's outside lobbying firm, and Mr. Zherka's wife.  Cultural Care also waived any claim to privilege over these materials by failing to timely assert it following production by other Defendants and Plaintiffs' use of the documents in numerous depositions.

The Protective Order does not allow you to claw back documents produced by other defendants.  Protective Order ¶ 11.  Nevertheless, we are promptly sequestering the specified information and presenting it to the court under seal for a determination of Cultural Care's claim to privilege pursuant to Federal Rule of Civil Procedure 26(b)(5)(B).

Given that these documents are substantially the same as those we discussed during the Zherka deposition and during the call with Magistrate Judge Tafoya's Chambers, we believe we have fulfilled the meet and confer requirement prior to filing a motion to compel.  Moreover, because Cultural Care permitted eight depositions over nine months to address these documents, the sequester has taken and will take a substantial amount of attorney and paralegal time in scrubbing transcripts, work product, and emails.  We will seek these and other fees by motion unless you agree to immediate reimbursement.  Finally, given the impending deadline for filing summary judgment motions, we will seek forthwith consideration of our motion.  Please let us know by close of business today if you and your co-Defendants oppose forthwith resolution of this issue.

Regards,

Juan

**Juan P. Valdivieso, Esq.**
Associate

**BOIES SCHILLER FLEXNER LLP**

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com
www.bsfllp.com

---

**From:** O'Keefe, Kevin P. [mailto:kokeefe@choate.com]
**Sent:** Tuesday, February 06, 2018 8:15 PM
**To:** 'alex@towardsjustice.org'; Byron Pacheco; Dawn Smalls; Joshua Libling; Juan Valdivieso; Lauren Louis; Matthew L. Schwartz; Peter Skinner; Randall Jackson; Sabria McElroy; Sean Rodriguez; Sigrid McCawley; Brooke Colaizzi; Heather Vickles; Raymond Deeny; Joseph Hunt; Alyssa Levy; William Kelly III; Chanda Feldkamp; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica; David Meschke; Martha Fitzgerald; Adam Hubbard; James Hartley; Jonathan Bender; Thomas Quinn; Peggy Kozal; Nathan Huey; Jarnett Roehrich; Susan Schaecher; John Fulfree; Robert Tucker; Eric Stock; Kathryn

Reilly; Natalie West; 'mull@wtotrial.com'; 'brian@rietzlawfirm.com'; 'lstone@nixonshefrin.com'; 'kcraigmile@nixonshefrin.com'; 'amarkson@nixonshefrin.com'; 'sklopman@hklawllc.com'; Diane Hazel; James Lyons; Jessica Fuller; Lukey, Joan; Wolosz, Justin J.; Kruzer, Lyndsey M.; Gass, Michael T.; Buchanan, Bob; Rudman, Samuel N.; 'Stephen.macri@ogletree.com'; 'Joseph.cartafalsa@ogletree.com'
**Cc:** Ben Ogletree; 'Faith Reyes'
**Subject:** Beltran, et al. v. InterExchange, Inc., et al.

Counsel,

Please see the attached letter from Joan Lukey.

Best,

Kevin P. O'Keefe

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4025
f 617-502-4025
kokeefe@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated

recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at [choate.com](choate.com)