IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

**CERTAIN DEFENDANTS' UNOPPOSED MOTION TO AMEND SUMMARY JUDGMENT PROCEDURE**

Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (together "Go Au Pair"), Interexchange, Inc., Cultural Care, Inc. d/b/a Cultural Care Au Pair, American Institute for Foreign Study d/b/a Au Pair in America, and Expert Group International, Inc. d/b/a Expert Au Pair (collectively, the "Moving Defendants") jointly move for an order amending the procedure for summary judgment briefing set by the Court's Order dated January 31, 2018 [ECF No. 825]. In support thereof, the Moving Defendants state as follows:

1. On behalf of the Moving Defendants, counsel for Go Au Pair has conferred with Plaintiffs' counsel regarding the relief requested herein. Plaintiffs do not oppose this motion.

2. Plaintiffs and all Defendants (except A.P.E.X. and 20/20) previously agreed upon a proposed structure for summary judgment briefing in this case and jointly

moved the Court for an order implementing that proposal. (*See* Joint Mot. Concerning Summ. J. Procedure (Jan. 30, 2018), ECF 822.) The Court granted that motion on January 31, 2018, ordering that summary judgment briefing by Plaintiffs and all Defendants except A.P.E.X. and 20/20 should conform to the structure set forth in the parties' joint motion. (*See* Order (Jan. 31, 2018), ECF No. 825.)

3.   As stipulated by the parties and ordered by the Court, Plaintiffs would be permitted to file a summary judgment motion and opening brief of no more than 30 pages, and Defendants would be permitted to file (i) a joint response of up to 20 pages and (ii) individual responses of up to 10 pages each. (ECF No. 822 at 4.)

4.   On February 16, 2018, Plaintiffs filed their Motion for Partial Summary Judgment, which requests entry of summary judgment <u>only</u> as to Plaintiffs' wage-and-hour claims against the five Moving Defendants. (*See* Pls.' Mot. for Partial Summ. J. (Feb. 16, 2018), ECF No. 886.)

5.   After reviewing Plaintiffs' summary judgment motion, the Moving Defendants have determined that a joint response to Plaintiffs' motion is neither necessary nor appropriate. The nature of Plaintiffs' wage-and-hour claims necessitates individual responses by each Moving Defendant, as the legal issues raised by those claims can be resolved only by evaluating the unique facts and circumstances pertaining to each defendant. *Cf. Sanchez v. Simply Right, Inc.*, No. 15-cv-00974-RM-MEH, 2017 WL 2222601, at *6 (D. Colo. May 22, 2017) (holding that joint employment analysis required evaluation of the totality of circumstances "relevant to a <u>particular</u> plaintiff," not the aggregate of all circumstances involving the putative joint employer

2

and the plaintiffs seeking relief, as certain evidence pertained only to certain plaintiffs (emphasis added)).

6.	Accordingly, the Moving Defendants respectfully ask the Court to modify the summary judgment procedure permitted under its Order of January 30, 2018, to allow each of the Moving Defendants to submit an individual response of no more than 20 pages, as provided by CMA Practice Standard 10.1(c)(2).

7.	Under the Moving Defendants' revised proposal, no joint response will be submitted. Plaintiffs' reply brief(s) shall conform to the parties' stipulation, as previously ordered by the Court, such that Plaintiffs may file a reply brief or reply briefs with a combined length of up to the larger of (i) 15 pages or (ii) one-half of the total number of pages actually used by defendants in their individual responses; except that in no event will Plaintiffs be entitled to more than 50 total pages for their reply brief(s). (*See* ECF No. 822 at 4; ECF No. 825.)

WHEREFORE, the Moving Defendants respectfully request that the Court enter an order modifying the summary judgment procedure as requested herein.

Dated:  March 2, 2018.

Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Brett M. Mull (mull@wtotrial.com)
Natalie West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

*s/ Joan A. Lukey*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Stephen J. Macri*
Stephen J. Macri

4

(stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletreedeakins.com)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway
New York, New York
(212) 492-2071


*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

5

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on March 2, 2018, I electronically filed the foregoing CERTAIN DEFENDANTS' UNOPPOSED MOTION TO AMEND SUMMARY JUDGMENT PROCEDURE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*s/ Kathryn A. Reilly*

6