IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**NOTICE OF FLSA OPT-INS**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Claes Liesbeth
2. Diana Ximena Saravia Ibarra
3. Elizabeth Grace Paynter
4. Emma Hartley
5. Ildiko Gabriella Fulop
6. Laudiane Souza
7. Lizzert Ncube
8. Tatiana Caliari Rusinowski

Executed consent to join forms for each of these persons are attached to this Notice.

|  |  |
|---|---|
| Dated: March 2, 2018 | Respectfully submitted,<br><br>/s/ Dawn Smalls<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua J. Libling<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br><br>Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, Colorado 80218<br>Tel: (720) 239-2606<br>Fax: (303) 957-2289<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2018, I electronically served the foregoing motion on all counsel of record.

                                            /s/ Dawn Smalls
                                            Dawn L. Smalls