# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18691 | I386EHH6G | Claes Liesbeth | InterExchange, Inc. |
| 18695 | Y6BE6C9GC | Diana Ximena Saravia Ibarra | Au Pair in America (APIA/AIFS |
| 18686 | U5AG57454 | Elizabeth Grace Paynter | Au Pair in America (APIA/AIFS |
| 18679 | UFCDA8HFG | Emma Hartley | Au Pair Care, Inc. |
| 18704 | H524CD39C | Ildiko Gabriella Fulop | Go Au Pair |
| 18688 | T6AGFA2DE | Laudiane Souza | Au Pair in America (APIA/AIFS |
| 18675 | P89GAD276 | Lizzert Ncube | Au Pair Care, Inc. |
| 18701 | CE8A34256 | Tatiana Caliari Rusinowski | Cultural Care Au Pair |

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/21/2018

Signature: *Claes Liesbeth* (DocuSigned by: 982D1DBA41A744C...)

Name: Claes Liesbeth

Address: Haverstraat 36

Retie, Antwerp BE 2470

Phone Number: +32476370915

Email Address: claes.beth@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/14/2012   To: 08/31/2012

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/21/2018

Signature: *DocuSigned by: Diana Yes — 361BF0D2EF50474...*

Name: Diana Ximena Saravia Ibarra

Address: August 2 avenue #7995

Santa Cruz, Andrés Ibáñez  BO 0000

Phone Number: 59175305602

Email Address: ddiana_xsi@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/17/2014    To: 12/20/2014

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/20/2018

Signature: *Elizabeth Grace Paynter* (DocuSigned by: A9C5612331574AB...)

Name: Elizabeth Grace Paynter

Address: 11 Welwyn Crescent

Coorparoo, AU 4151

Phone Number: +61423064038

Email Address: lpaynter93@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/04/2012   To: 06/04/2013

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/19/2018

Signature: *Emma Hartley* (DocuSigned by: BC48D30D8D3B42A...)

Name: EMMA HARTLEY

Address: 15 wagstaffe close

blackburn, GB bb24fs

Phone Number: 7470234155

Email Address: E.HARTLEY9121@GMAIL.COM

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/16/2013    To: 10/16/2013

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/22/2018

Signature: *Fulop* (DocuSigned by: 93B4C4CEE58343C...)

Name: Ildiko Gabriella Fulop

Address: 25435 Penshurst drive

Beachwood, OH US 44122

Phone Number: 12163745714

Email Address: bellacska@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/05/2017     To: 08/04/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/20/2018

Signature: *DocuSigned by:* 5B413386F7DB46A...

Name: Laudiane Souza

Address: 809 22nd Street, apt1309

Union City, NJ US 07087

Phone Number: 2017762601

Email Address: laudiane.souza@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/07/2011   To: 02/07/2012

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 02/18/2018 |
| Signature: | *DocuSigned by: [signature] 0EC13645068A4EF...* |
| Name: | Lizzert Ncube |
| Address: | 3019 SW Nebraska st |
| | Portland , OR US 97239 |
| Phone Number: | 5038753885 |
| Email Address: | lizzncube@gmail.com |
| Sponsor: | Au Pair Care, Inc. |

Dates in Au Pair Program:

From: 09/26/2016   To: 09/25/2018

## CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 02/22/2018

Signature: *[DocuSigned signature — 351E10BAC18640C...]*

Name: Tatiana Caliari Rusinowski

Address: 5852 Round Lake Road

Apopka, FL US 32712

Phone Number: 2157185335

Email Address: tcrusinowski@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2011     To: 09/26/2013