# Exhibit B

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11194 | W3H7FEAG9 | Maria Florencia Romero | Cultural Care Au Pair |

| | |
|---|---|
| **From:** | Flor Romero <flor.romero74@gmail.com> |
| **Sent:** | Thursday, March 01, 2018 2:29 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdraw |

Hi!

I've decided to don't be part of the lawsuit any more. I realized I'm not interested on being involved, so I'd like to withdraw.
Thanks,

Maria Florencia Romero.