IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

     Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

     Defendants.

---

**CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 886]**

---

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Moving Defendants Agent Au Pair, American Institute for Foreign Study d/b/a Au Pair in America ("APIA"), A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair (together, "A.P.E.X. and 20/20"), Exchange APF Global Exchange NFP d/b/a/ Au Pair Foundation ("APF"), Au Pair International, Inc. ("API"), Cultural Care, Inc. ("Cultural Care"), Cultural Homestay International ("CHI"), EurAuPair Intercultural Child Care Programs ("EurAuPair"), Expert Group International, Inc. d/b/a Expert Au Pair ("Expert AuPair"), Go Au Pair Operations LLC and American Cultural Exchange, LLC d/b/a Go Au Pair (together, "Go Au Pair"), and GreatAuPair, LLC ("GreatAuPair") hereby move the Court for an Order restricting public access, under Level 1, to certain exhibits to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 886].  In support thereof, Moving Defendants state as follows:

1.      As required by D.C.COLO.LCivR 7.1(a), counsel for Moving Defendants conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to state that Plaintiffs do not oppose the relief requested herein.

2.      All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3.      The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure."  Amended Stipulated Protective Order ¶ 1 [ECF No. 694].

4.      Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.  *Id.* ¶ 8.

5.      On February 16, 2018, Plaintiffs filed their Motion for Partial Summary Judgment [ECF No. 886] ("Motion") and exhibits in support thereof in Plaintiffs' Appendix [ECF Nos. 886-1 through 886-62] as Level 1 restricted.  The Court ordered Plaintiffs to submit a public, redacted version of the Motion [ECF No. 886] by March 1, 2018.  *See* ECF No. 909.  The Defendants did not seek restriction on Plaintiffs' Motion, and Plaintiffs filed a Corrected Motion for Partial Summary Judgment on March 1.  *See*

ECF No. 915 (correcting references to Michigan Au Pair in America subclass and Pennsylvania Au Pair in America subclass).  Moving Defendants, however, seek to restrict certain exhibits included in the Appendix to Plaintiffs' Motion.

6.      In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), Moving Defendants identify the documents in Plaintiff's Appendix to the Motion [ECF Nos. 886-1 through 886-62] for which restriction is sought and the interests to be protected as follows:

### a.      Declaration of Joshua Libling

The Declaration of Joshua Libling (Attachment 1, ECF No. 886-1) reflects personally identifying information of a member of an API host family (*see* ¶ 107).[1]

### b.      Exhibits 8 and 76

Exhibit 8 (Attachment 1, APP 170-189, ECF No. 886-1) and Exhibit 76 (Attachment 13, APP 1776-1781, ECF No. 886-13) are excerpts from the 30(b)(6) deposition of Heidi Mispagel who served as the company representative for A.P.E.X. and 20/20, the transcript of which was designated as CONFIDENTIAL and subject to the Amended Protective Order.  Exhibits 8 and 76 contain confidential business information about A.P.E.X. and 20/20.

### c.      Exhibit 11

Exhibit 11 (Attachment 1, APP 202-208, ECF No. 886-1) is a 2010 Agent Au Pair Host Family Agreement that reflects confidential name and residence information for an

---

[1] API is willing to submit a redacted version of the Declaration that omits the confidential information for filing on the public docket.

Agent Au Pair host family.  Agent Au Pair requests that this information remain restricted from public view to protect the privacy of these individuals.[2]

### d.   Exhibit 23

Exhibit 23 (Attachment 3, APP 447-461, ECF No. 886-3) is APF's "Host Family – Au Pair Agreement" and attached forms.  APF designated Exhibit 23 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it reflects APF's policies and practices related to its relationships with au pairs and host families and thus contains proprietary business information.  The agreement and forms were developed at significant investment of time and expense and are considered to be of competitive value.

### e.   Exhibit 24

Exhibit 24 (Attachments 3 and 4, APP 463-505, ECF Nos. 886-3, 886-4) is APF's "Au Pair Foundation Au Pair Handbook."  APF designated Exhibit 24 as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it reflects APF's policies and practices related to its relationships with au pairs and thus contains proprietary business information.  The Handbook was developed at significant investment of time and expense and is considered to be of competitive value.

### f.   Exhibits 30, 100, and 168

Exhibit 30 (No attachment, APP 627-642),[3] Exhibit 100 (Attachment 20, APP 2101-2106, ECF No. 886-20), and Exhibit 168 (Attachment 54, APP 3330-3338, ECF

---

[2] Agent Au Pair is willing to submit a redacted version of Exhibit 11 that omits the confidential information for filing on the public docket.
[3] Although referenced in the Libling Declaration, Exhibit 30 is not included in Plaintiffs' Appendix. Plaintiffs Appendix omits pages 587 to 892 in ECF No. 886-4.

No. 886-54) contain excerpts from Cultural Care's 30(b)(6) deposition of Natalie Jordan, portions of which Cultural Care designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  These excerpts contain confidential business information about Cultural Care and its internal policies and procedures.

### g.   Exhibit 31

Exhibit 31 (No attachment, APP 643-655)[4] is an intercompany agreement that Cultural Care designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. Exhibit 31 reflects proprietary and confidential business information.

### h.   Exhibit 32

Exhibit 32 (No attachment, APP 656-665)[5] is Cultural Care Au Pair Agreement executed by an au pair and International Care, Ltd., an affiliate of Cultural Care.  The agreement includes personally identifying information and confidential information concerning a non-party.

### i.   Exhibit 38

Exhibit 38 (Attachments 4 and 5, APP 730-943, ECF Nos. 886-4, 886-5)[6] is EurAuPair's Community Counselor Manual and has been designated CONFIDENTIAL. Exhibit 38 contains confidential, proprietary, and sensitive business information about EurAuPair.

---

[4] Although referenced in the Libling Declaration, Exhibit 31 is not included in Plaintiffs' Appendix. Plaintiffs Appendix omits pages page 587 to 892 in ECF No. 886-4.
[5] Although referenced in the Libling Declaration, Exhibit 32 is not included in Plaintiffs' Appendix. Plaintiffs Appendix omits page 587 to 892 in ECF No. 886-4.
[6] Although referenced in the Libling Declaration, part of Exhibit 38 is not included in Plaintiffs' Appendix. Plaintiffs Appendix omits page 587 to 892 in ECF No. 886-4.

### j.    Exhibit 39

Exhibit 39 (Attachment 5, APP 945, ECF No. 886-5) is EurAuPair's Host Family/Au Pair Agreement and has been designated CONFIDENTIAL.  Exhibit 39 contains confidential, proprietary, and sensitive business information about EurAuPair.

### k.    Exhibit 42

Exhibit 42 (Attachment 5, APP 980, ECF No. 886-5) contains excerpts from the deposition of Bill Kapler.  Go Au Pair designated pages 20 and 21 of that transcript HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because the testimony on these pages reflects Go Au Pair's financial arrangement with Mr. Kapler's consulting firm.

### l.    Exhibit 44

Exhibit 44 (Attachment 6, APP 1036-1045, ECF No. 886-6) is Go Au Pair's Child Care Services Agreement.  Exhibit 44 reflects confidential name and residence information for a Go Au Pair host family, including a minor child.  Go Au Pair requests that this information remain restricted from public view to protect the privacy of these individuals.[7]

### m.    Exhibit 45

Exhibit 45 (Attachment 6, APP 1046-1053, ECF No. 886-6) contain excerpts from the GreatAuPair 30(b)(6) deposition of Shannon Pitts.  Exhibit 45 reflects GreatAuPair's confidential and proprietary business information.

---

[7] Go Au Pair is willing to submit a redacted version of Exhibit 44 that omits the confidential information for filing on the public docket.

### n.    Exhibit 46

Exhibit 46 (Attachment 6, APP 1055-1062, ECF No. 886-6) is an Au Pair

Agreement that GreatAuPair designated HIGHLY CONFIDENTIAL – ATTORNEYS'

EYES ONLY.  Exhibit 46 contains GreatAuPair's confidential and proprietary business

information.

### o.    Exhibit 47

Exhibit 47 (Attachment 6, APP 1064-1065, ECF No. 886-6) is a draft host family

brochure and marketing document that GreatAuPair designated HIGHLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibit 47 reflects GreatAuPair's

confidential and proprietary business information.

### p.    Exhibit 56

Exhibit 56 (Attachment 7, APP 1188-1276, ECF No. 886-7) is the Class

Certification Report of Dr. William Kerr and has been designated CONFIDENTIAL.

Sponsor Defendants' confidential business information appears throughout Exhibit 56.

Publicizing this confidential, proprietary information would cause Defendants serious

injury.  It was previously designated as restricted.  *See* ECF No. 583.

### q.    Exhibit 61

Exhibit 61 (Attachment 11, APP1415-1462, ECF No. 886-11) is the Class

Certification Rebuttal Report of Dr. William Kerr and has been designated HIGHLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Sponsor Defendants' confidential

business information appears throughout Exhibit 61.  Publicizing this confidential,

proprietary information would cause Defendants serious injury.

r.      **Exhibit 62**

Exhibit 62 (Attachments 11 and 12, APP 1463-1612, ECF Nos. 886-11, 886-12) is the Merits Report of Dr. William Kerr and has been designated CONFIDENTIAL. Sponsor Defendants' confidential business information appears throughout Exhibit 62. Publicizing this confidential, proprietary information would cause Defendants serious injury.  It was previously designated as restricted.  *See* ECF No. 909.

s.      **Exhibit 63**

Exhibit 63 (Attachment 12, APP 1613-1711, ECF No. 886-12) is the Merits Rebuttal Report of Dr. William Kerr and has been designated CONFIDENTIAL. Sponsor Defendants' confidential business information appears throughout Exhibit 63. Publicizing this confidential, proprietary information would cause Defendants serious injury.

t.      **Exhibit 70**

Exhibit 70 (Attachment 13, APP 1754-1762, ECF No. 886-13) contains excerpts of the deposition of Michael McCarry, former Director of the Alliance for International Exchange (the "Alliance").  The deposition transcript has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibit 70 reflects confidential lobbying strategies and positions of the sponsor Defendants who are members of the Alliance.

u.      **Exhibit 73**

Exhibit 73 (Attachment 13, APP 1768-1770, ECF No. 886-13) is an internal Cultural Care document that Cultural Care designated HIGHLY CONFIDENTIAL –

ATTORNEYS' EYES ONLY.  Exhibit 73 reflects Cultural Care's lobbying strategies as well as confidential and competitive information about Cultural Care.

### v.    Exhibit 75

Exhibit 75 (Attachment 13, APP 1774-1775, ECF No. 886-13) is an internal Cultural Care meeting agenda that has been designated CONFIDENTIAL.  Exhibit 75 reflects Cultural Care's lobbying strategy as well as confidential and competitive information about Cultural Care.

### w.    Exhibit 84

Exhibit 84 (Attachment 18, APP 1865-1869, ECF No. 886-18) is a competition internal analysis for au pair programs prepared by APIA designated ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL.  Exhibit 84 contains sensitive, competitive information of APIA.

### x.    Exhibit 86

Exhibit 86 (Attachments 18 and 19, APP 1873-1962, ECF Nos. 886-18, 886-19) is an orientation guideline used by APIA that has been designated CONFIDENTIAL. Exhibit 86 contains confidential, proprietary information of APIA.

### y.    Exhibit 95

Exhibit 95 (Attachment 20, APP 2016-2030, ECF No. 886-20) is an email to a potential host family about APF to which is attached the "2013 Au Pair Foundation brochure" and "Inquiry Packet.pdf."  Exhibit 95 has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it reflects APF's policies and practices related to its relationships with au pairs and host families and thus contains

proprietary business information.  The attachments were developed at significant investment of time and expense and are considered to be of competitive value.  The email also contains identifying information about a potential host family.

        **z.**      **Exhibit 96**

Exhibit 96 (Attachment 20, APP 2032-36, ECF No. 886-20) is APF's "Au Pair Application – Au Pair Pledge."  Exhibit 96 has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it reflects APF's policies and practices related to its relationships with au pairs and host families and thus contains proprietary business information.  The application and pledge were developed at significant investment of time and expense and are considered to be of competitive value.

        **aa.**      **Exhibit 97**

Exhibit 97 (Attachment 20, APP 2038-43, ECF No. 886-20) is APF's "Host Family Application, Host Family Agreement."  Exhibit 97 has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it reflects APF's policies and practices related to its relationships with host families and thus contains proprietary business information.  The application and agreement were developed at significant investment of time and expense and are considered to be of competitive value.

        **bb.**      **Exhibit 98**

Exhibit 98 (Attachment 20, APP 2045-2095, ECF No. 886-20) contains APF's "Host Family Agreement'" and "Host Family Application" and attached forms.  Exhibit 98 has been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because

it reflects APF's policies and practices related to its relationships with host families and thus contains proprietary business information.  The agreement and application were developed at significant investment of time and expense and are considered to be of competitive value.

### cc.    Exhibit 99

Exhibit 99 (Attachment 20, APP 2096-2100, ECF No. 886-20) is an email exchange containing confidential name and contact information for a member of an API host family.  API requests that this information remain restricted from public view to protect the privacy of this individual.[8]

### dd.    Exhibit 101

Exhibit 101 (Attachment 20, APP 2107-2109, ECF No. 886-20) is an internal Cultural Care document designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibit 101 contains Cultural Care's proprietary confidential business information.

### ee.    Exhibits 106-114

Exhibits 106-114 (Attachment 25, APP 2166-2189, ECF No. 886-25) are Cultural Care records reflecting contacts with au pairs that have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibits 106-114 reflect identifying and personal information about host families and au pairs.[9]

---

[8] API is willing to submit a redacted version of Exhibit 99 that omits the confidential information for filing on the public docket.
[9] Cultural Care is willing to submit redacted versions of Exhibits 106-114 that omit the confidential information for filing on the public docket.

### ff.    Exhibits 115-118

Exhibits 115-118 (Attachment 26, APP 2191-2198, ECF No. 886-26) are Cultural

Care records reflecting contacts with au pairs that have been designated HIGHLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibits 115-118 reflect identifying and

personal information about host families and au pairs.[10]

### gg.    Exhibit 119

Exhibit 119 (Attachments 26 and 27, APP 2199-2210, ECF Nos. 886-26, 886-27)

is a Cultural Care host family application designated HIGHLY CONFIDENTIAL –

ATTORNEYS' EYES ONLY.  Exhibit 119 reflects personal and identifying information

about a host family.

### hh.    Exhibit 120

Exhibit 120 (Attachment 27, APP 2211, ECF No. 886-27) is an email exchange

that CHI designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  The

email contains identifying information about a host family.

### ii.    Exhibit 126

Exhibit 126 (Attachments 31, 33, and 34, APP 2292-2330, ECF Nos. 886-31,

886-33, 886-34) is EurAuPair's Au Pair Handbook and has been designated

CONFIDENTIAL.  Exhibit 126 contains confidential, proprietary, and sensitive business

information about EurAuPair.

---

[10] Cultural Care is willing to submit redacted versions of Exhibits 115-118 that omit the confidential information for filing on the public docket.

### jj.    Exhibit 127

Exhibit 127 (Attachments 31, 34, 35, and 36, APP 2333-2380, ECF Nos. 886-31, 886-34, 886-35, 886-36) is EurAuPair's Host Family Handbook that has been designated CONFIDENTIAL.  Exhibit 127 contains confidential, proprietary, and sensitive business information about EurAuPair.

### kk.    Exhibits 128, 129, and 130

Exhibit 128 (Attachment 37, APP 2382-2396, ECF No. 886-37), Exhibit 129 (Attachment 37, APP 2400, ECF No. 886-37), and Exhibit 130 (Attachment 37, APP 2402-2406, ECF No. 886-37) contain excerpts from Expert AuPair's 30(b)(6) deposition of Mark Gaulter, including a Family Service Agreement,  portions of which Expert AuPair designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  These excerpts contain confidential business information about Expert AuPair and its internal policies and procedures.

### ll.    Exhibits 134 and 135

Exhibits 134 and 135 (Attachments 39-41, APP 2432-2599, ECF Nos. 886-39, 886-40, 886-41) are Go Au Pair documents designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibits 134 and 135 contain detailed information regarding Go Au Pair's business, including raw data and analysis showing the size of Go Au Pair's business and the number of au pairs that come through Go Au Pair's program.  Go Au Pair considers this information to be highly sensitive and of competitive value.  The Court has previously granted Go Au Pair's request to maintain

restricted access for a less detailed version of this same analysis.  *See* ECF No. 656 (granting ECF No. 634).

### mm.   Exhibit 136

Exhibit 136 (Attachment 41, APP 2601-2609, ECF No. 886-41) is an Au Pair Agreement produced by GreatAuPair.  Exhibit 136 contains GreatAuPair's confidential and proprietary business information.

### nn.   Exhibit 137

Exhibit 137 (Attachment 41, APP 2611-2619, ECF No. 886-41) is a Host Family Agreement produced by GreatAuPair.  Exhibit 137 contains confidential and proprietary business information of GreatAuPair.

### oo.   Exhibit 147

Exhibit 147 (Attachment 53, APP 3204-3213, ECF No. 886-53) contains excerpts from the deposition of opt-in plaintiff Raquel Eastridge.  Exhibit 147 contains identifying information about host families.[11]

### pp.   Exhibit 149

Exhibit 149 (Attachment 53, APP 3220-3225, ECF No. 886-53) contains excerpts from the deposition of opt-in plaintiff Mariel Bobboni.  Exhibit 149 contains identifying information about host families.[12]

---

[11] Cultural Care is willing to submit a redacted version of Exhibit 147 that omits the host family information for filing on the public docket.
[12] Cultural Care is willing to submit a redacted version of Exhibit 149 that omits the host family information for filing on the public docket.

### qq.    Exhibit 151

Exhibit 151 (Attachment 53, APP 3232-3239, ECF No. 886-53) contains excerpts from the deposition of Cecile Pavot.  Exhibit 151 contains identifying information about host families.[13]

### rr.    Exhibit 153

Exhibit 153 (Attachment 53, APP 3246-3251, ECF No. 886-53) contains excerpts from the deposition of opt-in plaintiff Dafne Di Marco.  Exhibit 153 contains identifying information about host families.[14]

### ss.    Exhibit 154

Exhibit 154 (Attachment 53, APP 3252-3257, ECF No. 886-53) contains excerpts from the deposition of opt-in plaintiff Kubra Sahin.  Exhibit 154 contains identifying information about host families.[15]

### tt.    Exhibit 162

Exhibit 162 (Attachment 53, APP 3287-3290, ECF No. 886-53) is a Host Family Financial Responsibility Agreement that Cultural Care designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibit 162 reflects proprietary and confidential business information about Cultural Care and its policies and practices.

---

[13] Cultural Care is willing to submit a redacted version of Exhibit 151 that omits the host family information for filing on the public docket.
[14] Cultural Care is willing to submit a redacted version of Exhibit 153 that omits the host family information for filing on the public docket.
[15] Cultural Care is willing to submit a redacted version of Exhibit 154 that omits the host family information for filing on the public docket.

### uu.    Exhibit 163

Exhibit 163 (Attachment 53, APP 3291-3303, ECF No. 886-53) is an Alliance internal presentation that has been designated CONFIDENTIAL.  Exhibit 163 reflects confidential lobbying strategies of the Alliance.

### vv.    Exhibit 165

Exhibit 165 (Attachment 54, APP 3306-3311, ECF No. 886-54) contains excerpts from the deposition of opt-in plaintiff Julia Cano Ligarreto.  Exhibit 165 contains identifying information about host families.[16]

### ww.    Exhibit 174

Exhibit 174 (Attachments 60-62, APP 3479-3505, ECF Nos. 886-60, 886-61, 886-62) contains the interrogatory responses of Plaintiff Sarah Carolina Azuela Rascon. These interrogatory responses reflect identifying information about host families.[17]

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to the foregoing documents.

---

[16] Cultural Care is willing to submit a redacted version of Exhibit 165 that omits the host family information for filing on the public docket.
[17] Cultural Care is willing to submit a redacted version of Exhibit 174 that omits the host family information for filing on the public docket.

Dated:  March 2, 2018

Respectfully submitted,

*s/ Diane R. Hazel*
Joan A. Lukey
(joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass
(mgass@choate.com)
Justin J. Wolosz
(jwolosz@choate.com
Lyndsey M. Kruzer
(lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair**

_s/ Kathryn A. Reilly_
Kathryn A. Reilly
(reilly@wtotrial.com)
Brett M. Mull
mull@wtotrial.com
Natalie West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**_Attorneys for Defendants Agent Au Pair, Au Pair International, Inc., Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair_**


_s/ James E. Hartley_
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202


Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

**_Attorneys for Defendant Cultural Homestay International_**

*s/ Stephen J. Macri*
Stephen J. Macri
(Stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Robert M. Tucker
(robert.tucker@ogletree.com)
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
(212) 492-2071

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

**Attorneys for Defendant
American Institute for Foreign
Study d/b/a Au Pair in America**

*s/ Susan M. Schaecher*
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF
Global Exchange, NFP**

s/ Bogdan Enica
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**


s/ Martha L. Fitzgerald
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**


s/ Meshach Y. Rhoades
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**Attorneys for Defendant GreatAuPair, LLC**

*s/ Lawrence D. Stone*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants
A.P.E.X. American Professional
Exchange, LLC d/b/a ProAuPair
and 20/20 Care Exchange, Inc.
d/b/a The International Au Pair
Exchange***

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, I caused to be electronically filed the foregoing **CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 886]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

*s/ Diane R. Hazel*
Diane R. Hazel