IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 886]**
_____

The Court has reviewed Certain Defendants' Unopposed Motion to Restrict Public Access (Level 1) to Certain Exhibits to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 886] ("Motion") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The following documents shall retain Level 1 access: Declaration of Joshua Libling (ECF No. 886-1), Exhibit 8 (ECF No. 886-1), Exhibit 11 (ECF No. 886-1), Exhibit 23 (ECF No. 886-3), Exhibit 24 (ECF Nos. 886-3, 886-4), Exhibit 30 (no ECF No.), Exhibit 31 (no ECF No.), Exhibit 32 (no ECF No.), Exhibit 38 (ECF Nos. 886-4, 886-5), Exhibit 39 (ECF No. 886-5), Exhibit 42 (ECF No. 886-5), Exhibit 44 (ECF No. 886-6), Exhibit 45 (ECF No. 886-6), Exhibit 46 (ECF No. 886-6), Exhibit 47 (ECF No. 886-6), Exhibit 56 (ECF No. 886-7), Exhibit 61 (ECF No. 886-11), Exhibit 62 (ECF Nos. 886-11, 886-12), Exhibit 63 (ECF Nos. 886-12), Exhibit 70 (ECF No. 886-13), Exhibit 73 (ECF

No. 886-13), Exhibit 75 (ECF No. 886-13), Exhibit 76 (ECF No. 886-13), Exhibit 84 (ECF No. 886-18), Exhibit 86 (ECF Nos. 886-18, 886-19), Exhibit 95 (ECF No. 886-20), Exhibit 96 (ECF No. 886-20), Exhibit 97 (ECF No. 886-20), Exhibit 98 (ECF No. 886-20), Exhibit 99 (ECF No. 886-20), Exhibit 100 (ECF No. 886-20), Exhibit 101 (ECF No. 886-20), Exhibits 106-114 (ECF No. 886-25), Exhibits 115-118 (ECF No. 886-26), Exhibit 119 (ECF Nos. 886-26, 886-27), Exhibit 120 (ECF No. 886-27), Exhibit 126 (ECF Nos. 886-31, 886-33, 886-34), Exhibit 127 (ECF Nos. 886-31, 886-34, 886-35, 886-36), Exhibits 128-130 (ECF No. 886-37), Exhibits 134-135 (ECF Nos. 886-39, 886-40, 886-41), Exhibit 136 (ECF No. 886-41), Exhibit 137 (ECF No. 886-41), Exhibit 147 (ECF No. 886-53), Exhibit 149 (ECF No. 886-53), Exhibit 151 (ECF No. 886-53), Exhibit 153 (ECF No. 886-53), Exhibit 154 (ECF No. 886-53), Exhibit 162 (ECF No. 886-53), Exhibit 163 (ECF No. 886-53), Exhibit 165 (ECF No. 886-54), Exhibit 168 (ECF No. 886-54), and Exhibit 174 (ECF Nos. 886-60, 886-61, 886-62).

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Hon. Christine M. Arguello
United States District Court Judge