# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## DECLARATION OF DAWN L. SMALLS IN SUPPORT OF PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES

---

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this

1

declaration in response to the Court's Order of February 16, 2018, granting Plaintiffs' request for attorneys' fees and costs against Defendant AIFS and ordering "supplemental briefing as to the amount of costs and attorneys' fees" requested.  [D.E. 858].

    3.    Pursuant to D.C. Colo. L. Civ. R. 54.3, support for an attorneys' fees motion must be contained in an affidavit that provides "a summary of relevant qualifications and experience," and "a detailed description of the services rendered, the amount of time spent, the hourly rate charged, and the total amount claimed."

    4.    Plaintiffs seek fees for the following individuals, whose qualifications follow:  Dawn Smalls, Joshua Libling, Byron Pacheco, Daniel Schwartz, Tara Schwartz, and Maria Guarisco.

    5.    <u>Dawn Smalls</u>.  I am a partner at Boies Schiller Flexner, specializing in complex litigation on behalf of plaintiffs and defendants.  In my practice, I provide strategic advice and legal counsel to clients on complex legal, policy, and regulatory matters. Past representations include: investors in two of the largest "feeder funds," Fairfield Greenwich and Kingate, that financed Bernard Madoff's massive Ponzi scheme; Maurice R. "Hank" Greenberg and the C.V. Starr Companies in connection with various regulatory and civil litigations; and a petitioner for clemency as a part of President Obama's clemency initiative. I received a J.D. from Stanford Law School in 2003 and a B.A. *magna cum laude* from Boston University in 1999.  In addition to broad based litigation experience, I have extensive experience in government, politics, and philanthropy that I bring to my practice.  My government experience includes serving as Assistant to the White House Chief of Staff, Special Assistant to the Federal D.C. Interagency Task Force, and as Executive Secretary of the United States Department of

Health and Human Services. Prior political experience includes serving as a Regional Political Director for the Hillary Clinton for President campaign and as the New York Political Director for Obama For America during the 2008 campaign cycle. Foundation experience includes serving as a Program Officer at the Open Society Foundations and as a Director for Democratic Participation at the Ford Foundation.

6. <u>Joshua Libling</u>. Joshua is a counsel at Boies Schiller Flexner. He received a B.A. with general honors from the University of Chicago in 2006 and a J.D. *magna cum laude* from New York University School of Law in 2009. Joshua clerked for the Hon. Kenneth M. Karas on the United States District Court for the Southern District of New York in 2009-10, and for the Hon. Chester J. Straub on the Second Circuit Court of Appeals in 2013-14. The remainder of Joshua's legal career has been spent at Boies Schiller Flexner, where he was an associate until being promoted to counsel effective January 1, 2017. Joshua also serves as the firm-wide pro bono coordinator and is a member of the Diversity Committee. Joshua is admitted to practice in the State of New York, the United States District Courts for the District of Columbia, the Southern District of New York, and the Eastern District of New York, the Second Circuit Court of Appeals, and the Supreme Court of the United States. Joshua has broad experience on both the plaintiff and defendant side representing some of the countries' largest corporations in antitrust, securities, and other commercial litigations at both the trial and appellate level.

7. <u>Byron Pacheco</u>. Byron is an associate at Boies Schiller Flexner. He received his J.D. from Stanford Law School in 2011, and a master's degree in government and social policy from Harvard University in 2007. He obtained his bachelor's degree, *cum laude*, from Hamilton College. Byron joined the Firm in 2014,

after two years clerking on federal courts, first for the Hon. Susan Illston in the Northern District of California from 2012-2013, and later for the Hon. Analisa Torres in the Southern District of New York from 2013-2014.  Byron's litigation experience is varied, having represented both plaintiffs and defendants in a wide array of complex commercial disputes, regulatory investigations, and appellate matters, including complex fraud cases, contract disputes, securities litigation, intellectual property disputes, patent litigation, wage and hour disputes, antitrust class actions, and insider trading investigations.  He is admitted to practice in the State of New York, the Southern and Eastern Districts of New York, and before this Court.

8. <u>Tara Schwartz</u>. Tara is an associate at Boies Schiller Flexner.  She received a B.A. *magna cum laude* with honors in economics from the University of Pennsylvania in 2014 and received a J.D. from Columbia Law School in 2017.  Tara joined Boies Schiller Flexner in September of 2017.

9. <u>Maria Guarisco</u>. Maria is a paralegal at Boies Schiller Flexner.  She has worked at the firm since 2016.  Prior to working as BSF, she received a B.A. *cum laude* with departmental honors from Franklin and Marshall College in 2016.  Maria has provided comprehensive support for over a year on this matter and is well-versed on the intricacies of the case.

10. <u>Daniel Schwartz</u>.  Daniel was an associate at Boies Schiller Flexner until he left in June 2017 to pursue a clerkship on the Ninth Circuit Court of Appeals.  Dan received a B.A. from Vassar College in 2007, an M.A. in Near Easter and Judaic Studies from Brandeis University in 2010, and a J.D. from New York University School of Law in

2015. He is admitted to practice in New York and represented clients in several significant matters during his time at the Firm.

11. Boies Schiller Flexner is representing the Plaintiffs in this action on a contingency basis. Nonetheless, the Firm provides an hourly rate for each attorney and legal staff based on their function, title, and years of experience. These are the rates that will be used in calculating attorneys' ultimate compensation for their work on this matter, which will be determined based on several factors, including hours worked, the billable rate recorded, and the ultimate recovery, if any. Moreover, these rates are charged to paying clients. The rates used for contingency matters such as this are not "rack rates," i.e., the amount that a new client not receiving a discount would receive. Rather, the internal rates referenced herein are discounted to those that might be provided to a core client providing repeat work.

12. Firm policy requires contemporaneous recording of time and a description of the tasks performed. The records contained herein are taken from those time entries and have been edited either for clarity or to eliminate time spent on other matters.

13. The Court granted costs and fees for "Plaintiffs' expenses associated with this discovery dispute." (D.E. 858 at 11.) Plaintiffs incurred several categories of fees in connection with this discovery dispute and fees are broken out by category below. Those categories are: the original motion to compel; discovery efforts to uncover the extent of AIFS' actual financial information after Judge Tafoya's July 24, 2017 Order Granting In Part, Denying In Part Plaintiffs' Motion to Compel; correspondence with AIFS regarding its financial information in an attempt to avoid the motion for reconsideration; and the motion for reconsideration.

14. <u>Original Motion</u>.  The original motion to compel is the one in which AIFS made the "representations" that the "new evidence . . . flatly contradicts." (D.E. 858 at 8.) That original motion was directed at eight Defendants (APEX/2020, Agent Au Pair, AIFS, Au Pair Care, Au Pair International, Cultural Care, Expert Au Pair, and Go Au Pair). Although similar costs would likely have been incurred for a motion directed at one party as a motion directed against eight, for the sake of simplicity Plaintiffs' seek only 1/8 of their fees for this motion, and only 1/6 of their fees for the reply, which was only directed at six defendants (two dropped their opposition). Those fees are detailed below:

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Dawn Smalls** | 2/16/17 | Review and provide comments to draft Motion to Compel. | 2.5 | $900 | $2,250 |
|  | 2/26/17 | Review memo by D. Schwartz re the production of financial statements. | 0.6 | $900 | $540 |
|  | 3/2/17 | Email correspondence w. team re: AIFS financial statements. Call to court re: outstanding deficiencies in Defendants productions including financial statements. | 0.8 | $900 | $720 |
|  | 3/8/17 | Drafted email to team re: basis and arguments to file motion to compel financial statements. | 0.7 | $900 | $630 |

| Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|
| 3/9/17 | Call w. experts to discuss why they need financial statements from each sponsor for their analysis. Reviewed memo prepared by D. Schwartz re: the need to produce financial statements; reviewed caselaw. Review of Defendants' production on financial statements. Reviewed outline or argument for why financial statements should be compelled. | 4.5 | $900 | $4,050 |
| 3/13/17 | Reviewed/Edited motion to compel financial statements. | 0.8 | $900 | $720 |
| 3/23/17 | Email correspondence w. experts re: new financial information produced by Defendants since filing of motion to compel. Reviewed email from AIFS containing a partial production and making arguments for why the documents cannot be produced. | 1.8 | $900 | $1,620 |
| 3/28/17 | Reviewed opposition briefs filed by Defendants; reviewed/analyzed arguments; provided overview to B. Pacheco for reply brief. Email to experts outlining arguments made by Defendants in the reply brief. | 4.8 | $900 | $4,320 |
| 3/30/17 | Call w. experts to discuss arguments made by Defendants in their reply brief. | 1.0 | $900 | $900 |
| 3/31/17 | Provided comments for draft reply to motion to compel. | 0.2 | $900 | $180 |
| 4/1/17 | Reviewed/edited reply in support of motion to compel. | 3.5 | $900 | $3,150 |

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | 4/2/17 | Reviewed/edited reply in support of motion to compel. | 2.7 | $900 | $2,430 |
|  | 4/3/17 | Reviewed/Edited reply in support of motion to compel. Reviewed certain arguments with experts. | 4.7 | $900 | $4,230 |
| **Daniel Schwartz** | 2/27/17 | Composition of motion to compel financial information. | 3.7 | $460 | $1,702 |
|  | 2/28/17 | Research in support of motion to compel financial statements. | 2.0 | $460 | $920 |
|  | 3/9/17 | Research relating to motion to compel. | 2.6 | $460 | $1,196 |
|  | 3/10/17 | Composition of motion to compel financial information. | 10.1 | $460 | $4,646 |
|  | 3/12/17 | Composition and research associated with motion to compel financial information. | 5.0 | $460 | $2,300 |
|  | 3/13/17 | Composing and filing motion to compel financial statements. | 3.5 | $460 | $1,610 |
|  | 4/3/17 | Review of reply brief for motion to compel financial information. | 0.8 | $460 | $368 |
| **Byron Pacheco** | 3/28/17 | Review discovery dispute briefing and prior financial document productions to aid in drafting reply brief on motion to compel financial information. | 3.0 | $600 | $1,800 |
|  | 3/29/17 | Legal research re: motion to compel discovery of financial information, draft reply brief in support of motion to compel. | 3.5 | $600 | $2,100 |
|  | 3/30/17 | Legal research re: motion to compel discovery of financial information, draft reply brief in support of motion to compel. | 6.5 | $600 | $3,900 |

| Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|
| 3/31/17 | Confer with D. Smalls re: motion to compel, conduct legal and factual research re: same; draft and circulate reply brief in support of motion to compel and address comments re: same. | 7.0 | $600 | $4,200 |
| 4/1/17 | Confer with D. Smalls re: motion to compel; revise and edit reply brief in response to comments, re-circulate draft for further comments. | 6.5 | $600 | $3,900 |
| 4/2/17 | Edit reply brief to respond to and incorporate comments, re-circulate draft for further comments. | 3.2 | $600 | $1,920 |
| 4/3/17 | Draft, revise, and circulate motion to compel reply brief, cite check and address comments, legal and factual research re: same; prepare and file brief with the Court. | 5.5 | $600 | $3,300 |
| **TOTAL for Motion (pre 3/13/17 hours divided by 8)** | | | | $21,284 / 8 = $2,660.50 |
| **TOTAL for Reply (post 3/13/17 hours divided by 6)** | | | | $38,318 / 6 = $6,386.33 |
| **TOTAL** | | | | **$9,046.83** |

15.  <u>Discovery Efforts Related to AIFS Financial Information</u>.  After the Magistrate Judge's decision on the original motion to compel, Plaintiffs sought to test AIFS's representations concerning the availability of financial information.  Plaintiffs did so by reviewing the financial information AIFS previously produced to Plaintiffs with AIFS's CEO, William Gertz, at a deposition on September 14, 2017.  Although the deposition

9

touched on a number of topics, Plaintiffs have limited their request to the time spent questioning Mr. Gertz on the financial information AIFS had produced.  Because this accounted for approximately 90 minutes of the approximately 350 minutes of record time, Plaintiffs only seek fees for 25% of all time associated with this deposition.

| | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Dawn Smalls** | 9/13/17 | Review AIFS document production and prepare outline for deposition of William Gertz. Meet w. B. Pacheco to discuss Gertz Prep. | 6.6 | $900 | $5,940 |
| | 9/14/17 | Deposition of William Gertz. | 7.0 | $900 | $6,300 |
| **Byron Pacheco** | 9/7/17 | Coordinate searches of defendants' productions for information related to W. Gertz. | 1.2 | $600 | $720 |
| | 9/12/17 | Review AIFS financial documents production, discovery responses, and parties' motion to compel for Gertz deposition preparation (2.0); draft Gertz deposition outline (2.2). | 4.2 | $600 | $2,520 |
| | 9/13/17 | Review production documents and court filings for material for use at Gertz deposition (2.0); revise deposition outline, and confer with D. Smalls re: same (2.7). | 4.7 | $600 | $2,820 |
| | 9/14/17 | Prepare for and attend deposition of W. Gertz (AIFS/Alliance), draft and circulate deposition summary. | 8.5 | $600 | $5,100 |
| **Maria Guarisco** | 9/11/17 | Performing document searches of defendants' productions, gathering relevant deposition testimony, and assembling hardcopy materials for review prior to the deposition of W. Gertz. | 5.3 | $230 | $1,219 |

10

| | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
| | 9/12/17 | Helping draft W. Gertz deposition outline; gathering and organizing additional hardcopy materials for attorney review. | 3.9 | $230 | $897 |
| | 9/13/17 | Managing logistics for the deposition of W. Gertz; assembling materials to be used as exhibits during the deposition. | 3.9 | $230 | $897 |
| | 9/14/17 | Providing essential documents intermittently throughout W. Gertz deposition. | 0.5 | $230 | $115 |
| **TOTAL** | | | | | $26,528 |
| **TOTAL (reduced by 75%)** | | | | | **$6,632** |

16.     <u>Attempts to Avoid Motion for Reconsideration</u>.  Once Plaintiffs obtained the information that "flatly contradicted" AIFS's prior representations, Plaintiffs sought to avoid further motion practice.  Plaintiffs contacted AIFS's counsel, pointed out the inconsistencies, and again sought its financial information.  AIFS refused, necessitating further motion practice.

| | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Dawn Smalls** | 10/13/17 | Review AIFS' discovery responses and prepare letter outlining deficiencies. | 1.5 | $900 | $1,350 |
| | 10/19/17 | Draft email outlining deficiencies in AIFS' productions and privilege log. | 2.0 | $900 | $1,800 |
| | 11/7/17 | Email to J. Fulfree to request meet and confer on deficiencies in AIFS' production. | 0.4 | $900 | $360 |

11

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | 11/14/17 | Call w. R. Tucker to discuss deficiencies in AIFS' production including financial statements and Plaintiffs' proposal for opt in discovery. | 1.0 | $900 | $900 |
|  | 12/14/17 | Call w. AIFS for meet and confer re: AIFS financial documents and opt in discovery. | 0.6 | $900 | $540 |
|  | 12/18/17 | Call w. R. Tucker to call the court re: outstanding discovery issues. | 0.5 | $900 | $450 |
| **Byron Pacheco** | 9/29/2017 | Review AIFS production re: financial information and parent/affiliate information, confer with D. Smalls re: same and draft letter to AIFS' re: discovery deficiencies. | 1.8 | $600 | $1,080 |
|  | 10/9/2017 | Review Gertz deposition transcript, AIFS financial records production, Court filings, and AIFS discovery responses, revise letter to AIFS re: discovery deficiencies. | 1.8 | $600 | $1,080 |
|  | 10/10/17 | Revise letter to AIFS re: deficiencies in financial information production in light of Gertz deposition and deficiencies in discovery responses. | 1.5 | $600 | $900 |
|  | 10/16/17 | Revise response letter to AIFS re: financial records production. | 0.5 | $600 | $300 |
|  | 11/2/17 | Review draft email to AIFS re: inadequate discovery responses and AIFS' failure to produce financial records. | 0.3 | $600 | $180 |

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | 12/8/17 | Review AIFS's counsel response re: deficiencies in document production and AIFS privilege log, conduct fact research to locate production materials cited in AIFS response. | 0.8 | $600 | $480 |
|  | 12/12/17 | Review AIFS's counsel response re: deficiencies in document production, legal research re: cases cited and search for documents cited, draft language for email response; legal research re: motion to compel additional AIFS financial records. | 3.5 | $600 | $2,100 |
| **Maria Guarisco** | 10/16/17 | Editing email to AIFS re inadequate discovery responses and AIFS' failure to produce financial records to add in bates numbers of relevant documents. | 1.2 | $230 | $276 |
|  | 12/12/17 | Confirming continued deficiencies within AIFS' most recent document production. | 1.4 | $230 | $322 |
| **TOTAL** |  |  |  |  | **$12,118** |

17.  <u>Motion for Reconsideration</u>.  The fees outlined below were incurred in drafting, editing, and filing the motion for consideration and reply in further support of the same.

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
| **Dawn Smalls** | 1/4/18 | Reviewed/edited the motion to reconsider AIFS financial information. Responded to comments to draft. | 1.0 | $900 | $900 |

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | 1/5/18 | Reviewed/edited and provided comments to revised motion to reconsider AIFS financial statements. Reviewed/provided comments to declaration accompanying motion | 1.7 | $900 | $1,530 |
|  | 1/8/18 | Call w. R. Tucker to reschedule informal discovery conference and discuss the need for redactions in Plaintiffs' Motion for Reconsideration. Reviewed draft motion to restrict. | 0.7 | $900 | $630 |
|  | 1/17/18 | Reviewed redactions proposed by AIFS counsel and provide comments about proposed redactions. | 0.5 | $900 | $450 |
|  | 1/18/18 | Reviewed redactions proposed by AIFS Counsel and provided comments to the proposed redactions | 0.7 | $900 | $630 |
|  | 1/31/18 | Correspondence with experts about financial information included in AIFS' reply | 0.2 | $900 | $180 |
|  | 2/6/18 | Reviewed/edited motion reply to motion to reconsider AIFS financial information | 1.0 | $900 | $900 |
| **Byron Pacheco** | 12/18/17 | Legal and factual research re: AIFS' prior financial records production and legal basis for motion to reconsider discovery order. | 1.8 | $600 | $1,080 |
|  | 12/19/17 | Legal research re: motion to reconsider ruling on a motion to compel on AIFS financial records, review prior briefing and Court decision re: same. | 1.5 | $600 | $900 |

14

| Date | Work Performed | Hours | Rate | Total |
| --- | --- | --- | --- | --- |
| 12/20/17 | Legal research to aid in drafting motion to reconsider Court's prior ruling on compelling AIFS financial records production. | 1.3 | $600 | $780 |
| 12/22/17 | Review AIFS's motion to compel briefing and correspondence re: financial records, and review Gertz deposition transcript for testimony on financial records. | 1.5 | $600 | $900 |
| 12/26/17 | Review AIFS's briefing and correspondence re: financial records, and review Gertz deposition transcript for testimony on financial records. | 2.3 | $600 | $1,380 |
| 12/27/17 | Review background materials and legal research, draft memorandum of law and compile related exhibits. | 3.3 | $600 | $1,980 |
| 12/28/17 | Legal and factual research re: motion to reconsider discovery order on AIFS financial records, draft memorandum of law and compile related exhibits. | 4.0 | $600 | $2,400 |
| 12/29/17 | Review background materials and research re: motion to reconsider discovery order on AIFS financial records; draft and circulate memorandum of law and compile related exhibits re: same. | 6.0 | $600 | $3,600 |
| 1/3/18 | Review draft memorandum of law re: motion to reconsider order on AIFS financial records production. | 0.5 | $630 | $315 |
| 1/4/18 | Legal research re: standard for motion to reconsider, circulate summary of case law, review draft memorandum of law re: motion to reconsider. | 1.2 | $630 | $756 |

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | 1/5/2018 | Review draft memorandum of law re: reconsideration of order denying motion to compel AIFS financial records. | 0.5 | $630 | $315 |
|  | 1/26/18 | Review AIFS's response to Plaintiffs motion for reconsideration and accompanying exhibits. | 1.0 | $630 | $630 |
|  | 2/6/18 | Review draft reply in support of motion to reconsider order denying motion to compel AIFS financial records. | 0.5 | $630 | $315 |
|  | 2/9/18 | Review draft reply in support of motion to reconsider order denying motion to compel AIFS's financial records. | 0.5 | $630 | $315 |
| **Joshua Libling** | 1/13/18 | Editing memorandum of law in support of motion for reconsideration. | 4.3 | $710 | $3,053 |
|  | 1/15/18 | Finalizing motion for reconsideration for filing. | 2.0 | $710 | $1,420 |
|  | 2/1/18 | Review of opposition brief and drafting reply. | 4.5 | $710 | $3,195 |
|  | 2/5/18 | Drafting reply brief. | 4.2 | $710 | $2,982 |
|  | 2/8/18 | Editing reply brief. | 3.7 | $710 | $2,627 |
|  | 2/9/18 | Editing reply brief and finalizing; supervision of filing process. | 1.2 | $710 | $852 |
| **Tara Schwartz** | 1/4/18 | Researching Fed. R. Civ. P. 54 and 60 to figure out which rule should be used for motion to reconsider/compel discovery; editing brief to add in Gertz deposition citations; revising timeline in background section. | 4.3 | $420 | $1,806 |

|  | Date | Work Performed | Hours | Rate | Total |
|---|---|---|---|---|---|
|  | 1/5/18 | Revising reconsideration motion; cite-checking order, and reviewing draft order and declaration. | 4.2 | $420 | $1,764 |
| **Maria Guarisco** | 1/3/18 | Drafting declaration in support of motion for reconsideration and assembling exhibits. | 1.8 | $240 | $432 |
|  | 1/5/18 | Editing and reviewing the declaration and exhibits in support of motion for reconsideration; cite-checking the motion; finalizing and filing on the ECF docket. | 4.6 | $240 | $1,104 |
| **TOTAL** |  |  |  |  | **$40,121** |

18. Based on the calculations above, Plaintiffs seek a total of $**67,917.83** in fees.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of March, 2018, at New York, New York.

                                                Respectfully submitted,

                                                /s/ *Dawn L. Smalls*
                                                Dawn L. Smalls
                                                BOIES SCHILLER FLEXNER LLP
                                                575 Lexington Avenue
                                                New York, NY 10022
                                                Tel. (212) 446-2300
                                                Fax. (212) 446-2350
                                                jlibling@bsfllp.com

                                                *Counsel for Plaintiffs*