IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that V. William Scarpato III, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters his appearance on behalf of Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc. in this case.  The undersigned certifies that he is a member in good standing of the bar of this court.

Dated:  March 8, 2018        Respectfully submitted,


                                *s/ V. William Scarpato III*
                                Kathryn A. Reilly
                                Brett M. Mull
                                V. William Scarpato III
                                Natalie West
                                Wheeler Trigg O'Donnell LLP
                                370 Seventeenth Street, Suite 4500
                                Denver, CO  80202-5647
                                Telephone:  303.244.1800
                                Facsimile:  303.244.1879
                                Email:  reilly@wtotrial.com
                                              mull@wtotrial.com
                                              scarpato@wtotrial.com
                                              west@wtotrial.com

                                Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:


                                *s/ Faith Umaguing*

2