IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

      Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

      Defendants.

---

**CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NOS. 860, 862]**

---

      Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Moving Defendants Exchange APF Global Exchange NFP d/b/a/ Au Pair Foundation ("APF"), Cultural Care, Inc. ("Cultural Care"), EurAupair Intercultural Child Care Programs ("EurAupair"), Expert Group International, Inc. d/b/a Expert Au Pair ("Expert AuPair"), Go Au Pair Operations LLC and American Cultural Exchange, LLC d/b/a Go Au Pair (together, "Go Au Pair"), and InterExchange, Inc. ("InterExchange") hereby move the Court for an Order restricting public access, under Level 1, to certain exhibits to Certain Defendants' Motion for Summary Judgment (ECF No. 860) and Moving Defendants' respective individual motions for summary judgment. *See* ECF Nos. 859 (Interexchange), 869 (APF), 866 (Expert AuPair), 877 (EurAupair), 879 (Cultural Care), 884 (Go Au Pair).  In support thereof, Moving Defendants state as follows:

1.      As required by D.C.COLO.LCivR 7.1(a), counsel for Moving Defendants conferred with Plaintiffs' counsel in good faith regarding their originally filed motions to restrict, and Plaintiffs did not oppose the relief requested.  *See* ECF Nos. 876, 881, 885, 889, 892, 902.  Moving Defendants conferred with Plaintiffs again regarding the filing of a joint motion, and Plaintiffs do not oppose the relief requested.

2.      All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3.      The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure."  Amended Stipulated Protective Order ¶ 1 (ECF No. 694).

4.      Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.  *Id.* ¶ 8.

5.      On February 16, 2018, certain Defendants filed their joint Motion for Summary Judgment (ECF No. 860) and individual motions for summary judgment.  In support of their motions, Defendants filed two consolidated appendices: (i) an unrestricted appendix (ECF Nos. 861 through 861-17), with placeholders for restricted

documents pursuant to CMA Civ. Practice Standard 7.1E(d)(1) and (ii) a restricted appendix under Level 1 restriction (ECF Nos. 862 through 862-23) ("Restricted Appendix").  Moving Defendants also filed motions to restrict for those documents in the Restricted Appendix on which they sought restriction.  *See* ECF Nos. 876, 881, 885, 889, 892, 902.  The Court ordered Moving Defendants to file a joint Motion to Restrict by March 13, 2018 and to email the documents on which restriction is sought for in camera review.  *See* ECF No. 912.[1]

6.     In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), Moving Defendants identify the documents in Defendants' Restricted Appendix (ECF Nos. 862-1 through 862-23) for which restriction is sought and the interests to be protected as follows:

a.     **APF "Host Family – Au Pair Agreement"**

Au Pair Foundation's "Host Family – Au Pair Agreement" (Attachment 1, ECF No. 862-1, Defs.' R. App. 00000001-00000014) was previously produced in discovery and designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it details APF's policies and practices related to its relationships with au pairs, constitutes material developed at significant investment of time and expense and is considered to be of competitive value.  The "Host Family – Au Pair Agreement" contains proprietary business information of competitive value and significance.

---

[1] At the time of this filing, Moving Defendants will also email the documents on which restriction is sought to the Court for in camera review.

**b.**    **Exhibits B, C, D, E, and L to Jordan Declaration**

Exhibits B – E and L to the Jordan Declaration (Attachments 1-4, ECF Nos. 862-1, 862-2, 862-3, 862-4, Defs.' R. App. 00000015-64, 00000071) are Independent Auditors Reports from 2010-2013 and au pair survey results from 2015 and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because they are part of the annual reporting packages containing sensitive and proprietary business information. These reports, specifically pages Defs.' R. App. 00000016 (Attachment 1), 28 (Attachment 1), 41 (Attachment 2), 53 (Attachment 3), and 71 (Attachment 4) contain Cultural Care's program designation number, which the Department of State has directed sponsors to keep confidential.  Cultural Care therefore seeks to restrict the above-referenced pages only, or, in the alternative, to submit versions redacting the program designation number for public filing.

**c.**    **Exhibits M and N to Jordan Declaration**

Exhibits M and N to the Jordan Declaration (Attachments 4-5, ECF Nos. 862-4, 862-5, Defs.' R. App. 00000072-120) contain Cultural Care LCC monthly contact reports and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  These reports reflect personal and confidential information about non-party au pairs, host families, and Local Childcare Consultants, including personally identifying information and what appear to be payment records.  Cultural Care therefore seeks to restrict these documents in their entirety, or, in the alternative, to submit versions redacting the personally identifying information.

####        d.        Exhibit O to Jordan Declaration

Exhibit O to the Jordan Declaration (Attachment 5, ECF No. 862-5, Defs.' R. App. 000000121-123) is an internal Cultural Care email marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibit O is a report for Cultural Care management describing business meetings with the Alliance and Department of State regarding the au pair program generally as well as specific program initiatives.  The email contains candid assessments and analyses of the State Department and Cultural Care's competitors, including possible impacts on Cultural Care.  Disclosure would cause Cultural Care competitive harm.

####        e.        Exhibits P, Q, and R to Jordan Declaration

Exhibits P – R to the Jordan Declaration (Attachments 5 – 17, ECF Nos. 862-5, 862-6, 862-7, 862-8, 862-9, 862-10, 862-11, 862-12, 862-13, 862-14, 862-15, 862-16, 862-17,[2] Defs.' R. App. 000000124-194, 00000195-263, 00000264-335) are marked CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Exhibits P – R are internal compliance presentations that reflect confidential business and proprietary information of Cultural Care, particularly with respect to Cultural Care's reviews and assessment of Department of State requirements and internal observations concerning compliance efforts.  Cultural Care specifically seeks restriction as to Defs.' R. App. 00000132 (Attachment 5), 134-36 (Attachment 5), 179 (Attachment 7), 195

---

[2] Because of the ECF size limitations when uploading attachments, these exhibits were divided across thirteen attachments.  Exhibit P is contained in Attachments 5-7 (ECF Nos. 862-5, 862-6, 862-7).  Exhibit Q is contained in Attachments 7-9 (ECF Nos. 862-7, 862-8, 862-9).  Exhibit R is contained in Attachments 9-17 (ECF Nos. 862-9, 862-10, 862-11, 862-12, 862-13, 862-14, 862-15, 862-16, 862-17).

(Attachment 7), 203 (Attachment 7), 205-07 (Attachment 7), 249 (Attachment 8), 271 (Attachment 10), 273-75 (Attachment 10), and 318 (Attachment 15).

### f.   Cultural Care Email Correspondence

CC00008224, CC00010503, and CC00019041 (Attachments 17 and 18, ECF Nos. 862-17, 862-18, Defs.' R. App. 00000336-339, 00000340-342, 00000514-515). contain email correspondence and are marked HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  These emails contain personal identifying information about au pairs and their host families, including sensitive private information concerning circumstances surrounding the terminations of au pair placements.  Cultural Care therefore seeks to restrict these documents in their entirety, or, in the alternative, to submit versions redacting all personally identifying information.

### g.   Cultural Care Au Pair Training School Workbook

CC00014815 (Attachments 18 and 19, ECF No. 862-18, 862-19, Defs.' R. App. 00000343-513) is Cultural Care's Au Pair Training School Workbook and was designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  This workbook includes Cultural Care's training school curriculum for au pairs and contains confidential and proprietary business information of Cultural Care.  Public disclosure of the workbook would allow Cultural Care's competitors to adopt the materials in whole or in part thereby causing competitive harm to Cultural Care.

### h.   DOS Letter

CC00034827 (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000516) is a DOS letter regarding a review of Cultural Care and its compliance with program

regulations.  The letter reflects confidential and competitively sensitive information about Cultural Care with respect to its compliance processes.  In addition, the letter identifies Cultural Care's program designation number, which the Department of State has instructed sponsors not to disclose.

### i. Cultural Care, Inc.'s Answers to Plaintiff's First Set of Interrogatories

Cultural Care's Answers (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000517-529) contain confidential and personal information about au pairs and non-party host families.  Cultural Care specifically seeks restriction of Defs.' R. App. 00000520-521.  Cultural Care is willing to submit redacted versions omitting personally identifying information for public filing.

### j. Excerpts of 30(b)(6) Deposition of Cultural Care (4-14-2017)

The excerpts of the 30(b)(6) deposition of Cultural Care (Attachments 19 and 23, ECF Nos. 862-19, 862-23, Defs.' R. App. 00000530-560, 00001018-1019, 00001060-1064) contain confidential business information about Cultural Care's legal structure, its operations, and its affiliate organizations.  Specifically, pages Defs.' R. App. 00000532-38 (Attachment 19) and Defs.' R. App. 00001061-64 (Attachment 23) include proprietary, confidential information concerning Cultural Care's transactions with international affiliates, including contractual provisions relating to inter-company transactions and internal operating systems of Cultural Care.

### k.    Expert Reports of Dr. Lauren Stiroh

The Stiroh Merits Report (7-31-17) (Attachment 22, ECF No. 862-22, Defs.' R. App. 00000957-1012) and the Stiroh Merits Rebuttal Report (10-30-17) (Attachment 22, ECF No. 862-22, Defs.' R. App. 00000907-956) contain confidential, proprietary business information relating to Cultural Care's, and other Defendants', business practices, finances, and operations.  Many of the documents Dr. Stiroh relied on for her analysis and opinions were marked CONFIDENTIAL OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

### l.    Declaration of Celia Parker

The Declaration of Celia Parker (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000571-578) was designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by EurAupair.  The Declaration of Celia Parker must remain restricted because (1) it references, quotes, and attaches documents marked confidential, and (2) the contents of Ms. Parker's declaration, when read together, constitute trade secrets and other sensitive confidential business information by explaining EurAupair's thought process, actions to train staff, and information provided to host families and au pairs.  Disclosure of this information could result in significant competitive or business injury to EurAupair.

### m.    Exhibit B to Parker Declaration

Exhibit B to the Parker Declaration (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000579-586) is EurAupair's Host Family Recruiter Manual, which EurAupair designated CONFIDENTIAL.  The Manual contains EurAupair's confidential, sensitive

and proprietary business information.  EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

**n.    Exhibit D to Parker Declaration**

Exhibit D to the Parker Declaration (Attachments 19 and 20, ECF Nos. 862-19, 862-20, Defs.' R. App. 00000587-693) is EurAupair's 2014 Community Counselor Manual, which EurAupair designated CONFIDENTIAL.  The Community Counselor Manual contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

**o.    Exhibit E to Parker Declaration**

Exhibit E to the Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000694-695) is EurAupair's Host Family Agreement, which EurAupair designated CONFIDENTIAL.  The Host Family Agreement reflects EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could

harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### p.   Exhibit F to Parker Declaration

Exhibit F to the Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000696) is EurAupair's Au Pair Orientation Sheet, which EurAupair designated as CONFIDENTIAL.  The Au Pair Orientation Sheet contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### q.   Exhibit G to Parker Declaration

Exhibit G to the Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000697) is EurAupair's Host Family Orientation Sheet.  The Host Family Orientation Sheet contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### r. Exhibit H to Parker Declaration

Exhibit H to the Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000698-741) is EurAupair's Au Pair Handbook, which it designated CONFIDENTIAL. The Handbook contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### s. Exhibit K to Parker Declaration

Exhibit K to the Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000742-753) is EurAupair's 2010 Compliance Report, which EurAupair designated CONFIDENTIAL. The 2010 Compliance Report contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### t. Exhibit L to Parker Declaration

Exhibit L to the Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000754-755) is EurAupair's 2011 Compliance Report, which EurAupair designated CONFIDENTIAL. The 2011 Compliance Report contains EurAupair's

confidential, sensitive and proprietary business information.  EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

> **u.      Exhibit M to Parker Declaration**

Exhibit M to the Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000756-777) is EurAupair's 2012 Compliance Report, which EurAupair designated CONFIDENTIAL.  The 2012 Compliance Report contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

> **v.      Exhibit N to Parker Declaration**

Exhibit N to the Parker Declaration (Attachment 21, ECF No. 862-21, Defs. R. App. 00000778-789) is EurAupair's 2013 Compliance Report, which EurAupair designated CONFIDENTIAL.  The 2013 Compliance Report contains EurAupair's confidential, sensitive and proprietary business information.  EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could

harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### w.      Exhibit O to Parker Declaration

Exhibit O to the Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000790-801) is EurAupair's 2014 Compliance Report, which EurAupair designated CONFIDENTIAL.  The 2014 Compliance Report contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### x.      Exhibit P to Parker Declaration

Exhibit P to the Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 802-813) is EurAupair's 2015 Compliance Report, which EurAupair designated CONFIDENTIAL.  The 2015 Compliance Report contains EurAupair's confidential, sensitive and proprietary business information. EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### y.      Exhibit Q to Parker Declaration

Exhibit Q to the Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000814-816) is EurAupair's Quarterly Questionnaire, which EurAupair designated CONFIDENTIAL.  The Questionnaire reflects EurAupair's confidential, sensitive and proprietary business information.  EurAupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm EurAupair's competitive standing by revealing confidential business information about EurAupair, and competitively sensitive information about its business operations.

### z.      Excerpts of Deposition of Mark Gaulter

Expert AuPair designated the transcripts from the depositions of Mark Gaulter (Attachments 22 and 23, ECF Nos. ECF 862-22, 862-23, Defs.' R. App. 00000903-904, 00001016-1017, 00001053-1059) as CONFIDENTIAL.  Expert AuPair requests that these excerpts be afforded Level 1 restriction.

### aa.      Expert AuPair Host Family-Au Pair Employment Contract

Expert AuPair previously designated its Host Family-Au Pair Employment Contract (Attachment 23, ECF No. 862-23, Defs.' R. App. 00001040-1046) as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Expert AuPair requests that this contract be afforded Level 1 restriction.

### bb.    Excerpts of Deposition of Mark Jeffrey

Expert AuPair designated the transcripts from the depositions of Mark Jeffrey (Attachment 23, ECF No. 862-23, Defs.' R. App. 00001047-1052) as CONFIDENTIAL. Expert AuPair requests that these excerpts be afforded Level 1 restriction.

### cc.    Declaration of Bill Kapler and Exhibit P to Kapler Declaration

Gu Au Pair has designated the Declaration of Bill Kapler and Exhibit P to that declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000817-830) as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  These documents provide detailed information regarding Go Au Pair's business, including the size of Go Au Pair's business and the number of au pairs that come through Go Au Pair's program, supply and demand dynamics of Go Au Pair's host families and au pairs, and an analysis of the reasons potential host families choose not to use au pairs for their childcare needs.  As such, Mr. Kapler's declaration, including Exhibit P thereto, contain proprietary business information of competitive value and significance.  The Court has previously granted Go Au Pair's request to maintain restricted access to most of this same content.  *See* ECF No. 656 (granting ECF No. 634).

### dd.    InterExchange Audit Report

InterExchange's audit report (Attachments 12 and 13, ECF Nos. 862-12, 862-13, Defs.' R. App. 00000831-851) is a competitively sensitive document containing confidential financial and business information for InterExchange in connection with its au pair placement program.  The information would be damaging if seen by

InterExchange's competitors.  Restriction of the information is appropriate to protect the privacy of the business and their competitive standing in the industry.

### ee.    Deposition Testimony of Plaintiffs

The deposition testimony of FLSA opt-in Plaintiffs Yentl Rose Pagan Swartz, Cecile Pavot, Erika Johana Esguerra Leon, and Mariel Andrea Bobboni (Attachments 57-60 and 65-66, ECF No. 862-23, Defs.' R. App. 00001020-039, 00001065-072) reflect personally identifying information of non-party host family members and Local Childcare Consultants, including some potentially sensitive personal information, specifically at pages Defs.' R. App. 00001024, 1030-31, 1034-35, 1039, and 1067.  Cultural Care is willing to submit redacted versions omitting personally identifying information for public filing.

With respect to Defs. R. App. 00001071-72, Plaintiffs have designated this testimony as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order.  Moving Defendants take no position as to the restriction of these two pages.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to the foregoing documents.

Dated:  March 13, 2018                    Respectfully submitted,

*s/ Diane R. Hazel*
Joan A. Lukey
(joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass
(mgass@choate.com)
Justin J. Wolosz
(jwolosz@choate.com
Lyndsey M. Kruzer
(lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

**Attorneys for Defendant Cultural
Care, Inc. d/b/a Cultural Care Au
Pair**

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Brett M. Mull
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Tel: (303) 244-1800
Fax: (303) 244-1879

*Attorneys for Defendants*
*American Cultural Exchange,*
*LLC d/b/a Go Au Pair and Go Au*
*Pair Operations LLC*

s/ Brooke A. Colaizzi
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Tel: (303) 297-2900
Fax: (303) 298-0940

*Attorneys for Defendant*
*InterExchange, Inc.*

s/ Susan M. Schaecher
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

*Attorneys for Defendants APF*
*Global Exchange, NFP*

s/ Bogdan Enica
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

s/ Martha L. Fitzgerald
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I caused to be electronically filed the foregoing **CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NOS. 860, 862]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

_s/ Diane R. Hazel_
Diane R. Hazel