IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**[ECF NOS. 860, 862]**
_____

The Court has reviewed Certain Defendants' Unopposed Motion to Restrict Public Access (Level 1) to Exhibits Filed in Support of Certain Defendants' Motion for Summary Judgment (ECF No. 860) and individual motions for summary judgment ("Motion") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The following documents shall retain Level 1 access:

- APF "Host Family – Au Pair Agreement" (Attachment 1, ECF No. 862-1, Defs.' R. App. 00000001-14)

- Exhibits B, C, D, E, and L to Jordan Declaration (Attachments 1-4, ECF Nos. 862-1, 862-2, 862-3, 862-4, Defs.' R. App. 00000016, 28, 41, 53, and 71)

- Exhibits M and N to Jordan Declaration (Attachments 4 and 5, ECF Nos. 862-4, 862-5, Defs.' R. App. 00000072-120)

- Exhibit O to Jordan Declaration (Attachment 5, ECF No. 862-5, Defs.' R. App. 00000121-123)

- Exhibits P, Q, and R to Jordan Declaration (Attachments 5-17, ECF Nos. 862-5, 862-6, 862-7, 862-8, 862-9, 862-10, 862-11, 862-12, 862-13, 862-14, 862-15, 862-16, 862-17, Defs.' R. App. 00000132, 134-36, 179, 195, 203, 205-07, 249, 271, 273-75, 318)

- Cultural Care email correspondence (Attachments 17 and 18, ECF Nos. 862-17, 862-18, Defs.' R. App. 00000336-339, 340-342, 514-515)

- Cultural Care Au Pair Training School Workbook (Attachments 18 and 19, ECF No. 862-18, 862-19, Defs.' R. App. 00000343-513)

- DOS Letter (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000516)

- Cultural Care, Inc.'s Answers to Plaintiff's First Set of Interrogatories (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000520-521)

- Excerpts of 30(b)(6) Deposition of Cultural Care (Attachments 19 and 23, ECF Nos. 862-19, 862-23, Defs.' R. App. 00000530-560, 1018-1019, 1060-1064)

- Stiroh Merits Report (Attachment 22, ECF No. 862-22, Defs.' R. App. 00000957-1012)

- Stiroh Merits Rebuttal Report (Attachment 22, ECF No. 862-22, Defs.' R. App. 00000907-956)

- Declaration of Celia Parker (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000571-578)

- Exhibit B to Parker Declaration (Attachment 19, ECF No. 862-19, Defs.' R. App. 00000579-586)

- Exhibit D to Parker Declaration (Attachments 19 and 20, ECF Nos. 862-19, 862-20, Defs.' R. App. 00000587-693)

- Exhibit E to Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000694-695)

- Exhibit F to Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000696)

- Exhibit G to Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000697)

- Exhibit H to Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000698-741)

- Exhibit K to Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. App. 00000742-753)

- Exhibit L to Parker Declaration (Attachment 20, ECF No. 862-20, Defs.' R. 00000754-755)

- Exhibit M to Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000756-777)

- Exhibit N to Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000778-789)

- Exhibit O to Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000790-801)

- Exhibit P to Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 802-813)

- Exhibit Q to Parker Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000814-816)

- Excerpts of Deposition of Mark Gaulter (Attachments 22 and 23, ECF Nos. 862-22, 862-23, Defs.' R. App. 00000903-904, 1016-1017, 1053-1059)

- Expert AuPair Host Family-Au Pair Employment Contract (Attachment 23, ECF No. 862-23, Defs.' R. App. 00001047-1052)

- Declaration of Bill Kapler and Exhibit P to Kapler Declaration (Attachment 21, ECF No. 862-21, Defs.' R. App. 00000817-830)

- InterExchange Audit Report (Attachments 12 and 13, ECF Nos. 862-12, 862-13, Defs.' R. App. 00000831-851)

DATED this _____ day of _____ 2018.

                                                    BY THE COURT

                                                    _____
                                                    Hon. Christine M. Arguello
                                                    United States District Court Judge