Page 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
------------------------------x

JOHANA PAOLA BELTRAN, et al.,

         Plaintiffs,

  v.            Civil Case No.
                14-cv-03074-CMA-KMT

INTEREXCHANGE, INC., et al.,

         Defendants.

------------------------------x


VIDEOTAPED DEPOSITION OF MICHAEL MCHUGH
NEW YORK, NEW YORK
Thursday, April 6, 2017


HIGHLY CONFIDENTIAL PAGES: 300-301


Reported by:

JEREMY RICHMAN

JOB NO: 308029


MAGNA LEGAL SERVICES

320 West 37th Street, 12th Floor

New York, New York 10018

(866) 624-6221



Page 108

1               M. MCHUGH
2  of it being run?
3     A.   Not necessarily.  The
4  international cooperators are running
5  the ad, are running ads to recruit for
6  their company.  It's not clear at that
7  point whether those ads are
8  specifically for the U.S.A. program,
9  they could be sending Au Pairs to the
10 UK, they could be sending Au Pairs to
11 Australia, so they're not -- they're
12 not InterExchange focused ads.
13    Q.   I see.  Are the arrangements
14 with the international cooperators
15 exclusive in the sense that the
16 international cooperators are not
17 permitted to work with other U.S. Au
18 Pair sponsors?
19    A.   The arrangements are not,
20 they do not necessarily have to be
21 exclusive.
22    Q.   So some of them are and some
23 of them aren't?
24    A.   That's correct.
25    Q.   Have there been



IEX APP. p. 2

```
                                                                    1


 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 14-cv-03074-CMA-KMT
 3      _____

 4    VIDEOTAPE DEPOSITION OF:    JOHANA PAOLA BELTRAN
                                  August 30, 2016
 5      _____

 6    JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
      DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
 7    IVETTE GONZALEZ; on behalf of themselves and others
      similarly situated,
 8
      Plaintiffs,
 9
      v.
10
      INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
11    EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
      EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
12    HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
      CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
13    INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
      AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
14    d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
      LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
15    AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
      and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
16    AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
      d/b/a GOAUPAIR,
17
      Defendants.
18      _____

19

20

21

22      [H+G]

23

24      Hunter + Geist, Inc.

25
          303.832.5966        1900 Grant Street, Suite 1025    ■ www.huntergeist.com
          800.525.8490        Denver, CO 80203                 ■ scheduling@huntergeist.com

                              Your Partner in Making the Record
```

Court Reporting, Legal Videography, and Videoconferencing

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 85

```
12:21:40  1   application process that you found to be confusing or
12:21:43  2   difficult to understand other than what we've just
12:21:45  3   talked about?
12:22:02  4        A.  It could be, but that was quite some time
12:22:05  5   ago, so I can't recall.
12:22:06  6        Q.  Okay.  So there's nothing else you
12:22:08  7   remember about that as you sit here today other than
12:22:10  8   what we've discussed?
12:22:21  9        A.  No.  No, I don't think so.
12:22:24 10        Q.  Can you turn back to Exhibit 15, please.
12:22:32 11            MR. HOOD:  I don't know if she has it in
12:22:34 12   front of her.  Oh, it's underneath.
12:22:40 13        Q.  (BY MS. COLAIZZI)  And I want to talk
12:22:41 14   about Interrogatory 2, which is on pages 2 and 3 of
12:22:46 15   Exhibit 15.  Why don't you -- let me ask you this.  I'd
12:23:00 16   like you to refresh your recollection about the
12:23:04 17   question in Interrogatory 2 and the answer.  Are you
12:23:14 18   able to do that by reading, or do you want the
12:23:17 19   interpreter to translate it for you?
12:23:25 20        A.  Yes, can he help me, please.
12:23:27 21        Q.  Okay.
12:23:32 22            THE INTERPRETER:  Okay.  The interpreter
12:23:33 23   is looking at Interrogatory No. 2 and will then site
12:23:37 24   translate it into Spanish.
12:23:38 25            MS. COLAIZZI:  Thank you.
```

Page 86

```
12:23:39  1            THE INTERPRETER:  You're welcome.
12:24:35  2            MS. COLAIZZI:  Thank you.  And then if you
12:24:38  3   could do the same with respect to Ms. Beltran's
12:24:39  4   response.
12:24:50  5            THE INTERPRETER:  The response begins at
12:24:52  6   the bottom of page 2.
12:26:35  7            MR. HOOD:  I'm going to object to the
12:26:38  8   translation only to the extent that "interchange" and
12:26:40  9   "InterExchange" were being used interchangeably, and my
12:26:45 10   understanding is all of those meant InterExchange.
12:26:48 11            MS. COLAIZZI:  I would agree with respect
12:26:49 12   to the second; however, the first one, there's a typo
12:26:53 13   in Ms. Beltran's response, so he did, in fact,
12:26:55 14   interpret it correctly.
12:26:57 15            MR. HOOD:  Okay.  Well --
12:26:57 16            MS. COLAIZZI:  But that's fine.
12:26:58 17            MR. HOOD:  Okay.  I apologize.
12:27:06 18        Q.  (BY MS. COLAIZZI)  I'd like to refer you
12:27:09 19   to the sentence towards the end of your response that
12:27:12 20   begins, "During her au pair interview . . ."  Are you
12:27:30 21   referring to the interview that you've already
12:27:33 22   described as having taken place during your third visit
12:27:35 23   to the office in downtown Bogota?
12:27:55 24        A.  Can you repeat the question?
12:27:57 25            MS. COLAIZZI:  Can you read it back,
```

Page 87

```
12:27:59  1   please.
12:27:07  2            (The last question was read back as
12:27:07  3   follows:  "I'd like to refer you to the sentence
12:27:10  4   towards the end of your response that begins, 'During
12:27:12  5   her au pair interview . . .'  Are you referring to the
12:27:33  6   interview that you've already described as having taken
12:27:33  7   place during your third visit to the office in downtown
12:27:38  8   Bogota?")
12:28:38  9        A.  Yeah, that was the only interview.
12:28:40 10        Q.  (BY MS. COLAIZZI)  Okay.  And is that
12:28:44 11   sentence a true statement?
12:28:52 12        A.  Yes.
12:28:53 13        Q.  I want you to describe for me the
12:28:55 14   conversation you had with the InterExchange
12:28:57 15   representative about what you would be paid per week.
12:29:15 16        A.  195 and 75 cents.
12:29:19 17        Q.  How did that conversation about the amount
12:29:21 18   come about?
12:29:28 19        A.  That was a long time ago, and I can't
12:29:31 20   remember very well.
12:29:32 21        Q.  Do you recall if the representative made
12:29:33 22   that statement to you on her -- on her or his own, or
12:29:38 23   did you ask about the weekly pay?
12:29:54 24        A.  It was within one of the agreements that I
12:29:56 25   signed with them.
```

Page 88

```
12:29:57  1        Q.  Okay.  Did you discuss the amount with
12:29:59  2   anyone?
12:30:05  3        A.  No.
12:30:06  4        Q.  Did you ask any questions about the weekly
12:30:08  5   amount?
12:30:13  6        A.  No.
12:30:15  7        Q.  At the time of that interview was there
12:30:16  8   anything about the amount of 195.75 per week that
12:30:21  9   concerned you in any way?
12:30:36 10        A.  I don't understand the question.
12:30:38 11        Q.  When you heard during that interview that
12:30:40 12   you would be paid 195.75 per week, were you okay with
12:30:45 13   that?
12:31:04 14        A.  I didn't understand it very well, because
12:31:05 15   they told me in dollars.
12:31:07 16        Q.  Did you ask what that translated to in
12:31:10 17   pesos?
12:31:14 18        A.  No, they didn't tell me.
12:31:16 19        Q.  Did you ask?
12:31:18 20        A.  Yes.
12:31:18 21        Q.  And what did they tell you in response to
12:31:21 22   your question?
12:31:26 23        A.  No, they didn't explain it to me, and I
12:31:29 24   don't remember.
12:31:29 25        Q.  You don't remember what?
```

22 (Pages 85 to 88)