IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

**DEFENDANT APIA'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**MOVANT'S APPENDIX**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

---

**DECLARATION OF ROBERT TUCKER IN SUPPORT OF APIA'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

I, ROBERT TUCKER, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of New York and am a Counsel with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Defendant American Institute for Foreign Study, d/b/a Au Pair in America ("APIA"). I am admitted to practice in New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado.

2.    The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this Declaration in support of APIA's Response to Plaintiffs' Motion for Partial Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy **[APP 1-2]** of the Declaration of Ruth F. Ferry.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March, 2018, at New York, New York.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

s/ *[signature]*
Stephen J. Macri
Robert M. Tucker
1745 Broadway, 22nd Floor
New York, NY 10019
(212) 492-2071
Email:   stephen.macri@ogletree.com
    robert.tucker@ogletree.com

***Attorneys for American Institute for Foreign Study d/b/a Au Pair in America***

# EXHIBIT 1

Case No. 1:14-cv-03074-CMA-KMT   Document 932-1   filed 03/16/18   USDC Colorado   pg 4 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.;

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.;

    Defendants.

## DECLARATION OF RUTH F. FERRY

I, Ruth F. Ferry, hereby declare as follows:

1. I am Senior Vice President of American Institute For Foreign Study, Inc. ("AIFS") and Director of the Au Pair in America ("APIA") program; I also serve as AIFS' responsible officer for the Department of State. I have worked with AIFS for approximately 36 years, and have held my current position since approximately 1998.

2. My duties and responsibilities for APIA include the ultimate management of the following functions: recruitment of host families; placement or "matching" of host families with au pairs; and compliance with Department of State ("DOS") regulations and guidelines.

3. At times, host families and/or au pairs enlist their Community Counselor to assist in resolving disputes with their au pair / host family. In this role, Community Counselors listen to the particulars of the disputes and, when appropriate, offer

suggestions for resolution. Provided that the disputes do not concern adherence to DOS requirements, Community Counselors do not act as arbiters in such disputes, nor do they wield any decision-making authority. Rather, resolution of disputes is within the exclusive control of the host family and its au pair.

4.  In the event that a Community Counselor discovers that an au pair and/or host family is not adhering to a DOS requirement, the Community Counselor directs the au pair and/or host family to comply with the requirement. If an au pair and/or host family are unwilling or unable to adhere to a DOS requirement, it may be necessary to "break" the match and conclude participation in the APIA program.

5.  Provided that they are complying with DOS requirements, however, each host family and each au pair together retain sole discretion to: terminate the placement and/or participation in the program before the conclusion of the placement period; or continue the placement through the conclusion of the placement period.

6.  APIA cannot and does not force a particular au pair to remain with a particular host family or a particular host family to continue hosting a particular au pair.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing declaration is true and correct. Executed this 14th day of March 2018.

_____
Ruth Ferry