IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS INCLUDED IN DEFENDANT GO AU PAIR'S RESTRICTED APPENDIX IN SUPPORT OF ITS RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 935]**

Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") move this Court for an order restricting public access, under Level 1 restricted access, to materials included in Go Au Pair's Restricted Appendix in support of Response to Plaintiffs' Motion for Partial Summary Judgment (the "Appendix") [ECF No. 935].

In support thereof, Go Au Pair states as follows:

1.    Pursuant to D.C.COLO.LCivR. 7.1(a), counsel for Go Au Pair has conferred with Plaintiffs' counsel via email regarding this Motion. Plaintiffs do not oppose the relief requested herein.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On March 16, 2018, Go Au Pair filed its Response to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 933], along with the Appendix. Go Au Pair believes in good faith that certain evidence in the Appendix reflects highly confidential information related to Go Au Pair's business operations.

6. In particular, the Appendix includes excerpts of annual audit reports that Go Au Pair has submitted to the Department of State ("DOS"), which reports may reveal competitively sensitive information concerning Go Au Pair's business to its competitors, who are also familiar with the DOS-mandated procedures used to compile these reports and collect the information reflected them.[1] (*See* ECF No. 935 at GAP App. 38-53).

---

[1] Go Au Pair is willing to submit redacted copies of these reports that may be filed in the public record.

7. Accordingly, to preserve the confidentiality of Go Au Pair's sensitive business information, Exhibits B and C to the Mr. Kapler's declaration should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

8. The Appendix also includes excerpts of a plaintiff's deposition transcript for which confidentiality designations are not yet due. Go Au Pair is filing those excerpts under restricted access to allow Plaintiffs the opportunity to move for restricted access pursuant to D.C.COLO.LCivR 7.2.

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Go Au Pair's Restricted Appendix in support of Response to Plaintiffs' Motion for Partial Summary Judgment. (*See* ECF 935 at GAP App. 38-53.)

Dated: March 16, 2018                Respectfully submitted,

*s/ Natalie West*
Kathryn A. Reilly
Brett M. Mull
V. William Scarpato III
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
           Mull@wtotrial.com
           Scarpato@wtotrial.com
           West@wtotrial.com

Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 16, 2018, I electronically filed the foregoing GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS INCLUDED IN DEFENDANT GO AU PAIR'S RESTRICTED APPENDIX IN SUPPORT OF ITS RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 935] with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia Jones*