IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**APPENDIX IN SUPPORT OF CULTURAL CARE, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**
_____

- ii -

## TABLE OF CONTENTS FOR CULTURAL CARE, INC.'S APPENDIX

I.    Declaration of Natalie Jordan in Opposition to Plaintiffs' Motion for Partial Summary Judgment……………………………………………………………………1

II.   Email from S. Gomelsky, September 18, 2014………………………………………4

III.  Excerpts of Sarah Carolina Azuela Rascon Deposition, March 3, 2017 (redacted to remove name of non-party host family)………………………………..7

CCI Appx. 00001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

---

**DECLARATION OF NATALIE JORDAN IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

1. My name is Natalie Jordan. I am a Senior Vice President at Cultural Care, Inc. ("Cultural Care").

2. As a Senior Vice President at Cultural Care, I am familiar with and involved in Cultural Care's business operations.

3. Cultural Care is a designated sponsor of the federal au pair program.

4. The United States Department of Labor ("DOL") has never initiated an enforcement action against Cultural Care with respect to the au pair stipend, nor has it otherwise indicated to Cultural Care that use of the Department of State ("DOS")-calculated 40% room and board credit is a violation of law.

5. To my knowledge, the DOL has never initiated an enforcement action against any Cultural Care host family with respect to the au pair stipend, nor to my knowledge has the DOL indicated to any Cultural Care host family that use of the ("DOS")-calculated 40% room and board credit is a violation of law.

6. The Department of State ("DOS"), in its role as the exclusive regulator and administrator of the federal au pair program, requires sponsors to ensure the health, safety, and welfare of au pair program participants. 22 C.F.R. § 62.31.

7. Cultural Care does not exclude or remove married or pregnant au pairs as a matter of policy or practice. Rather, Cultural Care examines each situation of a pregnant or married au pair to determine, first, whether the au pair and host family wish to continue with the program in light of this change of circumstances, and, second, whether the au pair can continue to participate in the program without violating DOS regulations or visa requirements.

8. If an au pair becomes pregnant, the au pair and host family typically approach Cultural Care to discuss whether to end the placement and/or program participation. As a practical matter, many au pairs who become pregnant choose to leave the program to return to their home countries. In at least one instance, a pregnant au pair chose to continue in the program, and her host family supported that decision. Cultural Care did not remove the au pair from the program but simply reminded both parties that they must continue to comply with DOS requirements, including, but not limited to, the au pair's completion of the educational requirement, the au pair's continued residence with the host family, and the au pair's legal obligation to return to her home country at the end of her participation in the au pair program.

9. Likewise, if an au pair marries during her time with a host family, she does not have to end her program participation, as long as she continues to abide by program requirements by, among other obligations, continuing to live with the host family and completing her educational requirement. As a practical matter, however, many au pairs who marry during their program year apply for an adjustment of visa status to a K visa, which I understand from DOS invalidates the J-1 visa status. An au pair can no longer participate in the program if she does not have a valid J-1 visa. Therefore, Cultural Care is required to end her participation if she applies to adjust her visa status.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 16th day of March 2018.

                                    */s/ Natalie Jordan*
                                    Natalie Jordan

CCI Appx. 00004

C06027450 UNCLASSIFIED U.S. Department of State Case No. F-2014-20401 Doc No. C06027450 Date: 09/21/2017

**Gomelsky, Stacey A**

**From:** Gomelsky, Stacey A
**Sent:** Thursday, September 18, 2014 10:49 AM
**To:** Hayne, April M
**Subject:** RE: Au Pair Question

RELEASE IN PART
B6

REVIEW AUTHORITY: Fabio Saturni, Senior Reviewer

Hi April,

Thank you for your message. $195.75 a week meets the FLSA minimum wage standards and accounts for 40% au pair room and board credit. It is the minimum stipend amount that must be paid to Au Pairs.

Warm regards,
Stacey

**From:** Hayne, April M
**Sent:** Tuesday, September 16, 2014 8:01 AM
**To:** Stephens, Holly D; Gomelsky, Stacey A
**Subject:** RE: Au Pair Question

Holly,
Thanks very much!
April

This email is UNCLASSIFIED.

**From:** Stephens, Holly D
**Sent:** Tuesday, September 16, 2014 7:50 AM
**To:** Hayne, April M; Gomelsky, Stacey A
**Subject:** Re: Au Pair Question

Hi April,

Thanks for your email and I hope all is well. I'm copying Stacey Gomelsky on this response. Stacey has recently assumed oversight for the Au Pair Program and will be able to respond to your inquiry below.

All best,
Holly

**From:** Hayne, April M
**Sent:** Monday, September 15, 2014 03:04 PM
**To:** Stephens, Holly D
**Subject:** FW: Au Pair Question

Holly,

Not sure you are the correct person, but if not, could you forward it?

1

UNCLASSIFIED U.S. Department of State Case No. F-2014-20401 Doc No. C06027450 Date: 09/21/2017

RFP000753

CCI Appx. 00005
C06027450 IED U.S. Department of State Case No. F-2014-20401 Doc No. C06027450 Date: 09/21/2017

We have a question about Au Pair weekly stipend requirements. I found in the regs:

> (j) *Wages and hours.* Sponsors shall require that au pair participants:
>
> (1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

Apparently Au Pair in America pays $195.75 a week. Does that meet the FLSA standards? IF so, is there a minimum amount?

Thanks.

April

This email is UNCLASSIFIED.


This email is UNCLASSIFIED.

---

**From:** Jones, Christopher A
**Sent:** Friday, September 12, 2014 9:05 AM
**To:** Hayne, April M
**Subject:** RE: Au Pair Question

Hi April,

She told me she would make $200 p/week for 43 hours of work. She also has this in writing in the form of a letter from the sponsor. The family is also paying for English classes in order to satisfy the educational component of the program. I've attached scans of both documents to this e-mail. The app is:

[redacted] B6

Thanks!

-Chris

---

**From:** Hayne, April M
**Sent:** Thursday, September 11, 2014 4:31 PM
**To:** Jones, Christopher A
**Subject:** RE: Au Pair Question

Chris,

2

UNCLASSIFIED U.S. Department of State Case No. F-2014-20401 Doc No. C06027450 Date: 09/21/2017

RFP000754

CCI Appx. 00006

C06027450=IED U.S. Department of State  Case No. F-2014-20401  Doc No. C06027450  Date: 09/21/2017

The below is from the J1 regulations.

(j) *Wages and hours.* Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

Did the applicant tell you this, or is there a written agreement. If so, please scan it into the case if it's not there already and send me the applicant's name, and DOB  Also please scan the DS 2019 into the case if it's not there already.

Who is Bere?


This email is UNCLASSIFIED.

---

**From:** Jones, Christopher A
**Sent:** Thursday, September 11, 2014 5:06 PM
**To:** Hayne, April M
**Subject:** Au Pair Question.

Hi April,

Sorry to hit you with another question. This one should be easy:

- What is the minimum salary for an au pair?

I have an applicant who is going to make $200 per week for 43 hours per week of work, which seems low. I've searched the FAM and the J1 website but can't find the salary requirements. I also asked Bere but she doesn't know.

Can you help, or direct me towards where I can find the information?

Thanks!

-Chris

**Christopher A. Jones**
Sección Consular
Embajada de los Estados Unidos Lima, Perú
Telf.: +51 1 618-2768
jonesca@state.gov

UNCLASSIFIED U.S. Department of State  Case No. F-2014-20401  Doc No. C06027450  Date: 09/21/2017

RFP000755

CCI Appx. 00007

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

*Video Teleconferenced Deposition of Sarah Carolina Azuela*

*March 03, 2017*



Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

**Johana Paola Beltran, et al. vs.**  **Video Teleconferenced Deposition of Sarah Carolina Azuela**
**Interexchange, Inc., et al.**  **March 03, 2017**

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
 2   ---------------------------------------X
     JOHANA PAOLA BELTRAN, et al.,
 3
                              PLAINTIFFS,
 4

 5        -against-         Case No.:
                            1:14-cv-03074-CMA-KMT
 6
     INTEREXCHANGE, INC., et al.,
 7
                              DEFENDANTS.
 8   ---------------------------------------X

 9

10            DATE: March 3, 2017

11            TIME: 9:04 A.M

12

13

14            VIDEO TELECONFERENCED DEPOSITION of

15   the Plaintiff, SARAH CAROLINA AZUELA, taken by the

16   Defendants, pursuant to a Notice and to the Federal

17   Rules of Civil Procedure, held at the offices of

18   Boies, Schiller & Flexner, LLP, 575 Lexington Avenue,

19   New York, New York 10022, before Suzanne Pastor, a

20   Notary Public of the State of New York.

21

22

23

24

25
```

Case No. 1:14-cv-03074-CMA-KMT   Document 937-1   filed 03/16/18   USDC Colorado   pg 11 of 12

CCI Appx. 00009

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Video Teleconferenced Deposition of Sarah Carolina Azuela
March 03, 2017

Page 137

```
 1      A.    Yes.
 2      Q.    And the amounts written on these pages
 3  reflect the amounts that you were paid during those
 4  weeks, correct?
 5      A.    Yes.
 6      Q.    Now, at no time were you paid $195.75
 7  exactly by REDACTED , correct?
 8      A.    Correct.
 9      Q.    For some weeks we see here that the
10  lowest was $200 a week, is that right?
11      A.    Yes.
12      Q.    But then there's a range; for example, if
13  you turn to the second page you can see there's one
14  instance where it was $450.  Do you see that?
15            MR. LIBLING:  Objection to the form.
16      A.    Yes.
17      Q.    But that particular one says she missed a
18  payment and pay it next week.  Is that what that $450
19  refers to?
20      A.    Yes.
21      Q.    But then there are a number of weeks
22  where the payment was $225, correct?
23      A.    Yes.
24      Q.    And then there's -- I see one where the
25  payment was $300, is that right?  I'm looking on the
```

Case No. 1:14-cv-03074-CMA-KMT   Document 937-1   filed 03/16/18   USDC Colorado   pg 12 of 12

CCI Appx. 000010

Johana Paola Beltran, et al. vs.  
Interexchange, Inc., et al.

Video Teleconferenced Deposition of Sarah Carolina Azuela  
March 03, 2017

Page 138

```
 1   second page.
 2       A.    Yes.
 3       Q.    And then the last payment was $600, is
 4   that right?  The last week.
 5       A.    That's right.
 6       Q.    So during the time that you were an au
 7   pair with the REDACTED family, you were paid anywhere
 8   from $200 up to, in one instance, $600 per week,
 9   right?
10             MR. LIBLING:  Objection to the form.
11       A.    I was paid that amount for the work that
12   I was doing.
13       Q.    I understand.  And the amount that you
14   were paid varied by week.  That is to say some weeks
15   you were paid more and some weeks you were paid less,
16   correct?
17       A.    Yeah.
18       Q.    And the amount that you were paid as we
19   see looking at all of pages 1, 2 and 3 --
20             I don't remember my question so I'll just
21   start over.
22             The amount that you were paid as an au
23   pair also varied from one host family to another,
24   right?
25             MR. LIBLING:  Objection to the form.
```