IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

      Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

      Defendants.

---

**CULTURAL CARE, INC.'S UNOPPOSED MOTION
TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS
FILED IN SUPPORT OF OPPOSITION OF DEFENDANT
CULTURAL CARE, INC. TO PLAINTIFFS' MOTION
FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 937]**

---

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Defendant Cultural Care, Inc. ("Cultural Care") moves the Court for an Order restricting public access, under Level 1, to the Restricted Appendix in Support of Cultural Care, Inc.'s Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 937] (the " Restricted Appendix").  In support thereof, Cultural Care states as follows:

1.      As required by D.C.COLO.LCivR 7.1(a), counsel for Cultural Care conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to state that (a) Plaintiffs do not oppose the relief requested herein and (b) Plaintiffs will promptly file a motion in support of restriction as to some or all of the Restricted Appendix, as discussed *infra*.

2.      All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3.      The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure."  Amended Stipulated Protective Order ¶ 1, ECF No. 694.

4.      Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.  *Id.* ¶ 8.

5.      On March 16, 2018, Cultural Care filed the Opposition of Defendant Cultural Care, Inc. to Plaintiffs' Motion for Partial Summary Judgment, ECF No. 937.  In support of its opposition brief, Cultural Care filed two appendices: (i) an unrestricted appendix, ECF No. 937-1 and (ii) a restricted appendix under Level 1 restriction, ECF No. 938.

6.      In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), Cultural Care identifies the documents for which restriction is sought and the interests to be protected as follows.

7.      The Restricted Appendix contains excerpts of deposition testimony of current and former au pairs who have consented to join this Action to pursue claims against Cultural Care under the Fair Labor Standards Act.

8.      Plaintiffs' Counsel has designated certain portions of this testimony CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Amended Stipulated Protective Order.  In addition, certain of the deposition transcripts have been delivered within the last thirty days, such that Plaintiffs and their Counsel have not yet had the opportunity to designate testimony as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  *See* Amended Stipulated Protective Order ¶ 10.

9.      Plaintiffs' Counsel has requested that Cultural Care file all of the deposition excerpts under Level 1 restriction, and Plaintiffs' Counsel has indicated that they will promptly move the Court to maintain the restriction as to some or all of the testimony.

10.     Cultural Care takes no position as to whether the deposition excerpts should be filed under Level 1 restriction except to the extent that names and other personal information of non-party host families and Local Childcare Consultants are referenced in the deposition excerpts, specifically at pages CCI Restricted Appx. 9, 12-13, 19, 23.  ECF No. 938.  Cultural Care moves to restrict these specific pages and is willing to submit redacted versions of these pages for public filing that omit personally identifying information of these non-parties.

WHEREFORE, for the foregoing reasons, Cultural Care respectfully requests that this Court issue an Order restricting public access under Level to Restricted Appx. 9, 12-13, 19, 23 and for other relief that the Court deems proper.

Dated: March 16, 2018                    Respectfully Submitted,

                                         *s/ Diane R. Hazel*
                                         Joan A. Lukey
                                         (joan.lukey@choate.com)
                                         Robert M. Buchanan, Jr.
                                         (rbuchanan@choate.com)
                                         Michael T. Gass (mgass@choate.com)
                                         Justin J. Wolosz (jwolosz@choate.com)
                                         Lyndsey M. Kruzer (lkruzer@choate.com)
                                         CHOATE HALL & STEWART LLP
                                         Two International Place
                                         Boston, Massachusetts 02110
                                         Telephone: (617) 248-4790

                                         James M. Lyons (jlyons@lrrc.com)
                                         Jessica L. Fuller (jfuller@lrrc.com)
                                         Diane R. Hazel (dhazel@lrrc.com)
                                         LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                         One Tabor Center, Suite 3000
                                         1200 Seventeenth Street
                                         Denver, CO 80202
                                         Tel: (303) 623-9000
                                         Fax: (303) 623-9222

                                         *Attorneys for Defendant Cultural Care, Inc.*
                                         *d/b/a Cultural Care Au Pair*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on March 16, 2018, I have caused to be electronically filed the foregoing **CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF OPPOSITION OF DEFENDANT CULTURAL CARE, INC. TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 937]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

*s/ Diane R. Hazel* _____