IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

_____

**[PROPOSED] ORDER GRANTING CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF OPPOSITION OF DEFENDANT CULTURAL CARE, INC. TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 937]**
_____

The Court has reviewed Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Exhibits Filed in Support of Opposition of Defendant Cultural Care, Inc. to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 937] ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

Pages 9, 12-13, 19, and 23 of Cultural Care, Inc.'s Restricted Appendix shall retain Level 1 restricted access.

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Hon. Christine M. Arguello
United States District Court Judge