**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF DAWN L. SMALLS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE SUMMARY JUDGMENT TESTIMONY OF STANLEY COLVIN, ESQ.**

---

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this

1

declaration in support of Plaintiffs' Motion to Exclude the Summary Judgment Testimony of Stanley Colvin, Esq.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Stanley Colvin dated June 15, 2017.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Joan Lukey to Plaintiffs' counsel attaching the Declaration of Stanley Colvin, dated June 20, 2017.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Stanley S. Colvin, dated July 25, 2017.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a "Consultant Agreement," marked as Exhibit 11 in the July 25, 2017 deposition of Stanley S. Colvin.

7. Attached hereto as **Exhibit 5** is a true and correct redacted copy of a letter from Stanley S. Colvin to the New York State Department of Labor, dated March 28, 2017, marked as Exhibit 12 in the July 25, 2017 deposition of Stanley S. Colvin.

8. Attached hereto as **Exhibit 6** is a true and correct copy of United States Government Accountability Office Report dated October 2005, marked as Exhibit 17 in the July 25, 2017 deposition of Stanley S. Colvin.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an article entitled "'A Cavalier Attitude': The State Department's Legacy of SWT Failure", marked as Exhibit 19 in the July 25, 2017 deposition of Stanley S. Colvin.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a "Summary Alliance / State Department Au Pair Meeting", dated July 26, 2009, marked as Exhibit 20 in the July 25, 2017 deposition of Stanley S. Colvin.

11. Attached hereto as **Exhibit 9** is a true and correct copy of an unredacted letter from Stanley S. Colvin to the New York State Department of Labor, dated March 28, 2017, produced to Plaintiffs in this litigation bearing bates number COLVIN-U_00370-373.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a letter from the United States Department of State to Joan A. Lukey, dated December 29, 2017.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an email chain dated January 11, 2016, among and between Stanley Colvin, Bill Gustafson, William Gertz, and Ilir Zherka, produced to Plaintiffs in this litigation bearing bates number ALLI-036074-75.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email chain between Ilir Zherka and officials with the Department of State, beginning on February 23, 2016, produced to Plaintiffs in this litigation bearing bates number ALLI-026860-61.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email chain between Michael McCarry and Ellen Hoggard, dated December 22, 2015, produced to Plaintiffs in this litigation bearing bates number APF000390-91.

16. Attached hereto as **Exhibit 14** is a true and correct copy of an email chain between Ilir Zherka and Ellen Hoggard, dated January 29, 2016, produced to Plaintiffs in this litigation bearing bates number ALLI-033261-263.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a Washington Post article entitled, "Au pairs provide cheap childcare.  Maybe illegally cheap", dated March 20, 2015.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March, 2018, at New York, New York.

>
> Respectfully submitted,
>
> /s/ Dawn L. Smalls
> Dawn L. Smalls
> BOIES SCHILLER FLEXNER LLP
> 575 Lexington Avenue
> New York, NY 10022
> Tel. (212) 446-2300
> Fax. (212) 446-2350
> jlibling@bsfllp.com
>
> *Counsel for Plaintiffs*

4