# Exhibit 2

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Tuesday, June 20, 2017 1:00 PM
**To:** Peter Skinner; Dawn Smalls; Joshua Libling
**Cc:** Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.
**Subject:** Declaration

Attached please see the Declaration of Stanley Colvin, obtained by Defendants for use in the Beltran litigation. Thank you.

Joan A. Lukey
logo



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com