# Exhibit 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


--------------------------------X

JOHANA PAOLA BELTRAN, et al.,      )

        Plaintiffs,        ) Civil Case No.

  v.                              ) 14-cv-03074-CMA-KMT

INTEREXCHANGE INC., et al.,        )

        Defendants.        )

--------------------------------X




VIDEOTAPED DEPOSITION OF STANLEY S. COLVIN

Tuesday, July 25, 2017; 9:27 a.m.




Job No.:   328379

Pgs.   1 - 235

Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR,

CCR, CLR, RSA, LiveDeposition Authorized Reporter


MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

1    Videotaped deposition of STANLEY
2    S. COLVIN taken by Counsel for Plaintiffs, held
3    at the law offices of Boies Schiller Flexner LLP,
4    1401 New York Avenue, Northwest, Washington, D.C.
5    20005, before Cindy L. Sebo, Registered Merit
6    Reporter, Certified Real-Time Reporter,
7    Registered Professional Reporter, Certified
8    Court Reporter, Certified Shorthand Reporter,
9    Real-Time Systems Administrator, LiveDeposition
10   Authorized Reporter, and Notary Public in and
11   for the District of Columbia, beginning at
12   approximately 9:27 a.m., when were present on
13   behalf of the respective parties:
14
15
16
17
18
19
20
21
22

Page 4

1    A P P E A R A N C E S (Continued):
2
3    Attorney for Defendant AuPairCare Inc.:
4        GORDON REES SCULLY MANSUKHANI, LLP
5        THOMAS B. QUINN, ESQUIRE
6        555 Seventeenth Street
7        Suite 3400
8        Denver, Colorado 80202
9        303.534.5154
10       tquinn@grsm.com
11
12   Attorney for Defendant InterExchange, Inc.:
13       SHERMAN & HOWARD L.L.C
14       BROOKE A. COLAIZZI, ESQUIRE (Via telephone)
15       633 Seventeenth Street, Suite 3000
16       Denver, Colorado 80202
17       303.299.8471
18       bcolaizzi@shermanhoward.com
19
20
21
22

Page 3

1    A P P E A R A N C E S:
2
3    Attorney for Plaintiffs:
4        BOIES SCHILLER FLEXNER LLP
5        DAWN L. SMALLS, ESQUIRE
6        575 Lexington Avenue
7        New York, New York 10022
8        212.446.2300
9        dsmalls@bsfllp.com
10
11   Attorney for Defendant Cultural Care, Inc.:
12       CHOATE, HALL & STEWART LLP
13       JOAN A. LUKEY, ESQUIRE
14       Two International Place
15       Boston, Massachusetts 02110
16       617.248.4949
17       joan.lukey@choate.com
18
19
20
21
22

Page 5

1    A P P E A R A N C E S (Continued):
2
3    Attorney for Defendant GreatAuPair, LLC:
4        ARMSTRONG TEASDALE LLP
5        MARTIN ESTEVAO, ESQUIRE (Via telephone)
6        4643 South Ulster Street, Suite 800
7        Denver, Colorado 80237
8        720.722.7196
9        mestevao@armstrongteasdale.com
10
11
12   Attorney for Defendants Go Au Pair, Agent Au Pair,
13   Au Pair International:
14       WHEELER TRIGG O'DONNELL LLP
15       KATHRYN A. REILLY, ESQUIRE (Via telephone)
16       370 Seventeenth Street, Suite 4500
17       Denver, Colorado 80202
18       303.244.1800
19       reilly@wtotrial.com
20
21
22



2 (Pages 2 to 5)

Page 6

1    A P P E A R A N C E S (Continued):
2
3    Attorney for Defendants APEX and 20/20:
4       NIXON SHEFRIN HENSEN OGBURN, P.C.
5       LAWRENCE D. STONE, ESQUIRE (Via telephone)
6       5619 DTC Parkway, Suite 1200
7       Greenwood Village, Colorado 80111
8       303.874.3408
9       lstone@nixonshefrin.com
10
11   Attorney for Defendant Au Pair Foundation:
12      FISHER & PHILLIPS LLP
13      SUSAN SCHAECHER, ESQUIRE (Via telephone)
14      1801 California Street, Suite 2700
15      Denver, Colorado 80202
16      303.218.3676
17      sschaecher@fisherphillips.com
18
19
20
21
22

Page 7

1    A P P E A R A N C E S (Continued):
2
3    Attorney for Defendant Expert Group International
4    Inc.  d/b/a Expert AuPair:
5       LAW OFFICES OF BOGDAN ENICA
6       BOGDAN ENICA, ESQUIRE (Via telephone)
7       111 Second Avenue, Northeast, Suite 204
8       Saint Petersburg, Florida 33701
9       727.388.3472
10      bogdane@hotmail.com
11
12   Attorney for Defendant American Institute for
13   Foreign Study-Au Pair in America:
14      PUTNEY, TWOMBLY, HALL & HIRSON LLP
15      STEPHEN J. MACRI, ESQUIRE (Via telephone)
16      521 Fifth Avenue
17      New York, New York 10175
18      212.682.5435
19      smacri@putneylaw.com
20
21
22      ALSO PRESENT:

Page 8

1              INDEX OF EXAMINATION
2
3    STANLEY S. COLVIN
4    EXAMINATION  BY                    PAGE
5    Ms. Smalls                   15, 148
6
7                 - - -
8              INDEX TO EXHIBITS
9                 - - -
10   (Exhibits Attached to the Original Transcript)
11   COLVIN
     EXHIBIT NUMBER       DESCRIPTION        PAGE
12
     Number 1        Declaration of Stanley Colvin,
13
                     Bates stamped COLVIN_00374
14
                     through COLVIN_00390        17
15
16   Number 2       22 CFR, Section 62.3, Sponsor
17      eligibility            28
18
     Number 3       22 CFR, Section 62.31, Au pairs   37
19
20   Number 4       LinkedIn profile of Stanley Colvin,
21                  Bates stamped COLVIN_00260 through
22                  COLVIN_00264            41

Page 9

1                 - - -
2              INDEX TO EXHIBITS
3                 - - -
4    COLVIN
     EXHIBIT NUMBER       DESCRIPTION        PAGE
5
6    Number 5       22 CFR, Section 62.5, Designation
7       application procedure       97
8
9    Number 6       22 CFR, Section 62.6, Designation 99
10
     Number 7       22 CFR, Section 62.9, General
11
                    obligations of sponsors     99
12
13   Number 8       22 CFR, Section 62.12, Control
14      of Forms DS-2019           99
15
16   Number 9       22 CFR, Section 62.15, Reporting
17      requirements           100
18
     Number 10      E-mail, McCarry to multiple
19
                    recipients, March 4, 2009, Bates
20
                    stamped InterExchange0036619
21
                    through InterExchange0036620    102
22                  - - -



3 (Pages 6 to 9)

Page 10

1              INDEX TO EXHIBITS
2                  - - -
3      COLVIN
   EXHIBIT NUMBER       DESCRIPTION        PAGE
4
5    Number 11      Consultant Agreement, Bates
6            stamped DEF-COLVIN000001 through
7            DEF-COLVIN000012        104
8
   Number 12      Letter, Colvin to Alvarado,
9
            March 28, 2017, Bates stamped
10
            COLVIN_00370 through
11
            COLVIN_00373         109
12
13   Number 13      22 CFR, Section 62.1, Purpose   121
14
15   Number 14      Defendant Cultural Care, Inc.'s
16           Objections to Plaintiffs' Notice
17           of 30(B)(6) Deposition        135
18
19
20
21
22

Page 11

1                  - - -
2              INDEX TO EXHIBITS
3                  - - -
4      COLVIN
   EXHIBIT NUMBER       DESCRIPTION        PAGE
5
6    Number 15      United States General Accounting
7            Office Report to Congressional
8            Committees, U.S. Information
9            Agency, Inappropriate Uses of
10           Educational and Cultural
11           Exchange Visas, February 1990    150
12
   Number 16      Audit Report 00-CI-028, The
13
            Exchange Visitor Program Needs
14
            Improved Management and
15
            Oversight, September 2000    160
16
17
18
19
20
21
22

Page 12

1                  - - -
2              INDEX TO EXHIBITS
3                  - - -
4      COLVIN
   EXHIBIT NUMBER       DESCRIPTION        PAGE
5
6    Number 17      United States Government
7            Accountability Office Report
8            to the Chairman, Subcommittee
9            on Immigration, Border Security,
10           and Claims, Committee on the
11           Judiciary, House of
12           Representatives; State
13           Department, Stronger Action
14           Needed to Improve Oversight and
15           Assess Risks of the Summer Work
16           Travel And Trainee Categories of
17           the Exchange Visitor Program,
18           October 2005,       170
19
20   Number 18      E-mail string, Bates stamped
21           API001160 through API001161    203
22

Page 13

1                  - - -
2              INDEX TO EXHIBITS
3                  - - -
4      COLVIN
   EXHIBIT NUMBER       DESCRIPTION        PAGE
5
6    Number 19      White Paper, "A Cavalier Attitude":
7            The State Department's Legacy
8            of SWT Failure, by Kammer, Center
9            for Immigration Studies     205
10
   Number 20      Summary, Alliance/State Department
11
            Au Pair Meeting, July 26, 2006,
12
            Bates stamped CC00017686 through
13
            CC00017689       221
14
15
16
17
18
19
20
21
22



Page 14

1    P R O C E E D I N G S
2
3         Washington, D.C.
4    Tuesday, July 25, 2017; 9:27 a.m.
5
6         THE VIDEOGRAPHER:  Good morning.
7    We are now on the record.  This begins
8    Videotape Number 1 in the deposition of
9    Stanley Colvin, in the matter of
10   Johana Paola Beltran, et al. versus
11   InterExchange, Inc., et al., in the
12   United States District Court for the
13   District of Colorado, Case
14   Number 14-cv-03074-CMA-KMT.
15        Today is July 25th, 2017, and the
16   time is 9:27 a.m.  This deposition is
17   being taken at Boies Schiller & Flexner
18   LLP, located at 1401 New York Avenue,
19   Northwest, Washington, D.C., at the
20   request of Boies Schiller & Flexner LLP.
21        The videographer is Gene Aronov of
22   Magna Legal Services, and the courter

Page 15

1    is -- court reporter is Cindy Sebo of
2    Magna Legal Services.
3         All counsel present will be noted
4    on the stenographic transcript.
5         Will the court reporter please
6    swear in the witness?
7              - - -
8         STANLEY S. COLVIN,
9    after having been first duly sworn, was
10       examined and testified as follows:
11             - - -
12        MS. SMALLS:  Are we stating our
13   name and -- okay.  All right.
14             - - -
15   EXAMINATION BY COUNSEL FOR PLAINTIFFS
16             - - -
17   BY MS. SMALLS:
18   Q.   Good morning.
19   A.   Good morning.
20   Q.   You under -- you understand that
21   you're testifying under oath today?
22   A.   Yes, ma'am.

Page 16

1    Q.   Is there any reason that you cannot
2    testify fully and truthfully today?
3    A.   No.
4         MS. LUKEY:  Dawn, can I just ask,
5    are we proceeding with any stipulations,
6    the standard stipulation or anything
7    else?
8         MS. SMALLS:  I'm more than
9    welcome.
10        MS. LUKEY:  I would propose that
11   we reserve all objections, except as to
12   form, and reserve motions to strike until
13   time of trial; that the witness read,
14   correct and sign within 30 days -- if he
15   fails to sign, it will be deemed to have
16   been signed -- and that we waive the
17   filing.
18        Is that all right?
19        MS. SMALLS:  That's fine.
20        MS. LUKEY:  Thank you.
21        MS. SMALLS:  Thank you.
22

Page 17

1    BY MS. SMALLS:
2    Q.   Can you state your name and place of
3    employment for the record?
4    A.   My name is Stanley Colvin, and I am
5    a consultant here in the District of Columbia.
6    Q.   Okay.  Do you have a -- or when you
7    consult, do you do that through a firm or a
8    business, or what is the -- what is the --
9    A.   Colvin --
10   Q.   -- form of your --
11   A.   -- Colvin Consulting.  It's a sole
12   proprietorship.
13   Q.   Okay.  And in what capacity are you
14   testifying today?
15   A.   I'm testifying as a fact witness.
16        MS. SMALLS:  Mark this.
17        MS. LUKEY:  Do you have a copy for
18   us?
19        MS. SMALLS:  Yes.  Sorry.
20             - - -
21        (Colvin Deposition Exhibit Number 1,
22        Declaration of Stanley Colvin,



5 (Pages 14 to 17)

Page 18

1    Bates stamped COLVIN_00374 through
2    COLVIN_00390, marked for
3    identification, as of this date.)
4    - - -
5    (Whereupon, the witness reviews the
6     material provided.)
7    MS. LUKEY:  Thank you.
8    MS. SMALLS:  Sorry about that.
9    BY MS. SMALLS:
10    Q.    Before we get to that, did you
11    prepare for today's deposition?
12    A.    Yes.
13    Q.    How did you prepare?
14    A.    I reviewed the documents that were
15    attached to my declaration, and I consulted with
16    Ms. Lukey and Mr. Quinn.
17    Q.    Okay.  When you say "consulted with
18    Ms. Lukey and" --
19    THE VIDEOGRAPHER:  Excuse me.
20     Sir, could you fix your mic a
21    little bit?
22    THE WITNESS:  Up or down?

Page 19

1    THE VIDEOGRAPHER:  It's -- the
2    height is good, but it's not --
3    THE WITNESS:  Is that better?
4    THE VIDEOGRAPHER:  Yes.  Try not
5    to touch it too much.
6    THE WITNESS:  Okay.
7    THE VIDEOGRAPHER:  Thank you.
8    BY MS. SMALLS:
9    Q.    When you say that you were
10    consulting or you "consulted with Ms. Lukey and
11    Mr. Quinn," did you meet with them in person?
12    A.    I did.
13    Q.    And for how long was that meeting?
14    A.    Approximately three hours.
15    Q.    Okay.  And when did that meeting
16    occur?
17    A.    Yesterday.
18    Q.    Okay.  Thank you.
19    In addition -- apart from reviewing
20    the documents that are attached to your
21    declaration and then the three-hour meeting with
22    Ms. Lukey and Mr. Quinn, did you review or speak

Page 20

1    with anyone else in cooperation for this -- for
2    this deposition?
3    A.    No.
4    Q.    Okay.  You have a document in front
5    of you --
6    A.    Yes.
7    Q.    -- we've marked that as Exhibit 1.
8    Do you recognize that document?
9    A.    I -- I do.
10    Q.    Okay.  If I can direct you to
11    Paragraph Number 13.
12    MS. SMALLS:  And -- and for those
13    on the phone, this is Mr. Colvin's
14    declaration -- is Exhibit 1.
15    (Whereupon, the witness reviews the
16     material provided.)
17    THE WITNESS:  Yes.
18    BY MS. SMALLS:
19    Q.    Could you read that sentence out
20    loud, Number 13?
21    A.    Yes.
22    During my time at both the USIA and

Page 21

1    the DOS -- Department of State -- I had direct
2    responsibility for the drafting and review of
3    dozens of regulations, proposed regulations and
4    guidance documents pertaining to the Exchange
5    Visitor Program and its au pair component.  Of
6    particular note, and pursuant to Congressional
7    directive, I was the principal author of initial
8    regulations governing the Au Pair Program,
9    published as an interim rule on December 14th,
10    1994 and as a final rule on February 15th, 1995.
11    Q.    Thank you.
12    Are you an expert on the regulations
13    of the Exchange Visitor Program?
14    A.    I am --
15    MS. LUKEY:  Objection.
16    You can answer.
17    THE WITNESS:  -- I am a fact
18    witness regarding them.
19    BY MS. SMALLS:
20    Q.    But are you an expert on the
21    regulations concerning the Au Pair Program?
22    MS. LUKEY:  Objection.



Page 22

1      THE WITNESS:  I don't know how to
2  answer that question other than to say
3  that I'm a fact witness regarding what is
4  in this declaration.
5  BY MS. SMALLS:
6      Q.    I understand that you're a fact
7  witness in this case --
8      A.    Yes.
9      Q.    -- but I'm asking you generally.
10      Do you consider yourself an expert
11  on the regulations of the Au Pair Program?
12      MS. LUKEY:  Objection.
13      THE WITNESS:  Again, I am not here
14  in my capacity as an expert witness; I'm
15  here as a fact witness.
16  BY MS. SMALLS:
17      Q.    In terms of your qualifications and
18  your experience that you offer to people as --
19  as a consultant --
20      A.    Yes.
21      Q.    -- would you say to people or is it
22  part of your experience that you are an expert

Page 23

1  on au pair regulations --
2      A.    I --
3      MS. LUKEY:  Objection.
4  BY MS. SMALLS:
5      Q.    -- relations -- an expert on the
6  regulations that relate to the Au Pair Program?
7      MS. LUKEY:  Objection.  He can't
8      declare himself to be an expert.  That's
9      up to the Court.  I mean, what do you
10      mean, is he an expert?  That is an
11      ambiguous phrase.
12      THE WITNESS:  In -- in my --
13      MS. SMALLS:  It's not ambiguous,
14  but --
15      MS. LUKEY:  Form and foundation.
16      THE WITNESS:  Yes, ma'am.
17  BY MS. SMALLS:
18      Q.    Yeah.
19      A.    -- and my -- my consulting consists
20  of helping with strategic narrative.  I am
21  mostly employed by law firms in the immigration
22  field and assist them in consular processing

Page 24

1  issues.  I also provide -- have, in the past,
2  provided advice regarding compliance issues --
3      Q.    Okay.  And so --
4      A.    -- no one -- yes.
5      Q.    Finish -- I'm sorry, sir.
6      A.    That's all.
7      Q.    And -- and I should have said in the
8  beginning that for the sake of the court
9  reporter and also clarity of the deposition,
10  I'll ask a question, you'll -- if you can wait
11  until I finish, and then I'll try to make sure I
12  wait until you finish your answer just so that
13  we're not talking over each other.
14      A.    Yes, ma'am.
15      Q.    And then I also should have said, if
16  at any point you need to take a break, please
17  just let me know --
18      A.    Okay.
19      Q.    -- and we're happy to do that and
20  have a room designated where you can take a
21  break outside of this room.
22      A.    Thank you.

Page 25

1      Q.    Well, let me -- well, let me ask
2  you, what was the purpose of including this
3  statement in your declaration when you said, I
4  had direct responsibility for the drafting and
5  review of dozens of regulations, proposed
6  regulations and guidance documents pertaining to
7  the Exchange Visitor Program and its Au Pair
8  Program?
9      A.    It provides -- excuse me.
10      It provides context to the
11  declaration.
12      Q.    Is it -- is it intended to provide
13  authority about why you are able to provide the
14  fact witness testimony that you are able to?
15      MS. LUKEY:  Objection.
16      THE WITNESS:  No, ma'am; it merely
17  provides context for the nature of the
18  declaration.
19  BY MS. SMALLS:
20      Q.    So this -- you are not offering this
21  statement to say that you have superior
22  knowledge over anyone else that may have been



Page 26

1 involved in the drafting and review of dozens of
2 regulations pertaining to the Exchange Visitor
3 Program?
4     A.   I am not.
5         MS. LUKEY:  Objection.
6 BY MS. SMALLS:
7     Q.   Okay.  So there are a number -- I
8 don't know how many, but at least one but
9 possibly many others that also had direct
10 responsibility for the drafting and review of
11 dozens of regulations pertaining to the Exchange
12 Visitor Program that could offer -- offer
13 testimony in this matter?
14         MS. LUKEY:  Objection.
15         THE WITNESS:  I -- I wouldn't know
16 how to answer that question.
17 BY MS. SMALLS:
18     Q.   Are you the only one that could
19 offer the testimony that you are offering -- the
20 fact testimony that you are offering in this
21 matter?
22     A.   No, ma'am.  I believe that there are

Page 27

1 Congressional staffers that could perhaps
2 provide the same type of fact testimony.
3     Q.   Have you ever known a Congressional
4 staffer to provide fact testimony about
5 Congressional intent prior to -- strike that.
6         If you go to the second sentence, it
7 says, Of particular note, and pursuant to
8 Congressional directive, I was the principal
9 author of the initial regulations governing the
10 Au Pair Program.
11         Do you see that?
12     A.   Yes, ma'am.
13     Q.   What was the Congressional directive
14 that directed that you be the principal author
15 of the initial regulations governing the Au Pair
16 Program?
17     A.   I --
18         MS. LUKEY:  Objection.
19         THE WITNESS:  -- I don't think
20 that you're constructing this -- that
21 sentence -- that -- that sentence, I
22 believe, Of particular note and pursuant

Page 28

1 to Congressional directive.
2         The "pursuant to Congressional
3 directive" applies to the 1994
4 legislation that directed USIA to develop
5 regulations.
6 BY MS. SMALLS:
7     Q.   Okay.  So there was no Congressional
8 directive that you --
9     A.   Not me --
10     Q.   -- were the --
11     A.   -- not -- not me, personally, no,
12 ma'am --
13     Q.   Okay.
14     A.   -- the Agency.
15         MS. SMALLS:  Mark this.
16         - - -
17         (Colvin Deposition Exhibit Number 2,
18         22 CFR, Section 62.3, Sponsor
19         eligibility, marked for
20         identification, as of this date.)
21         - - -
22         MS. LUKEY:  Thank you.

Page 29

1 BY MS. SMALLS:
2     Q.   I'll give you a moment to review the
3 document.
4         (Whereupon, the witness reviews the
5         material provided.)
6         THE WITNESS:  Yes, ma'am.
7 BY MS. SMALLS:
8     Q.   Is this -- is this document familiar
9 to you?
10     A.   Not this document, no.
11     Q.   Is the -- well, let me rephrase.
12         This document is a printout of 22
13 CFR, Section 62.3.
14         Are you familiar with Section 22,
15 CFR 62.3?
16     A.   I am familiar with that.
17     Q.   Okay.  And this -- this regulation
18 talks about sponsor eligibility.
19     A.   Yes.
20         MS. SMALLS:  Can we pause for a
21 second?
22         The witness is referring to a



Page 30

1    binder rather than the exhibit.  So
2    Mr. Quinn offered me a copy of the binder
3    before we started, but I want to make
4    sure that we're looking at the same
5    thing.
6         THE WITNESS:  Um-hum.
7         MS. LUKEY:  Thank you.
8         Do you -- do you need one?
9    Because I have one.
10        THE VIDEOGRAPHER:  Do you want to
11   go off the record?
12        MR. QUINN:  No -- I shouldn't say.
13   I'm sorry.
14        MS. SMALLS:  No.
15        THE WITNESS:  I was looking to see
16   if, in the binder, there was a copy of
17   the current Department of State
18   regulations, because this is not an au
19   pair regulation (indicating).
20   BY MS. SMALLS:
21   Q.    Right.  But it's an Exchange Visitor
22   Program regulation --

Page 31

1    A.    Yes, ma'am.
2    Q.    -- and so this applies to au pairs
3    as well as other categories in the Exchange
4    Visitor Program; is that correct?
5         MS. LUKEY:  Objection.
6         THE WITNESS:  Does the
7    regulation -- does this regulation apply
8    to au pair programs?
9    BY MS. SMALLS:
10   Q.    Yes.
11   A.    It applies to the designation of au
12   pair programs.
13   Q.    Does this regulation apply to
14   sponsors that would like to be designated by the
15   Department of State --
16   A.    It --
17   Q.    -- to sponsor au pair visas?
18   A.    This regulation would apply to any
19   for-profit/non-profit corporate entity that was
20   seeking designation for an Exchange Visitor
21   Program by -- as issued by the Department of
22   State.

Page 32

1    Q.    And that would include au pair
2    sponsor agencies?
3    A.    Yes, it does.
4    Q.    Okay.  Thank you.
5         And so can you tell me, generally --
6    and you're more than welcome to refer to this
7    regulation (indicating) -- and, actually, we'll
8    start -- we'll start there.
9         But can you tell me, generally, what
10   are the requirements for someone to be
11   designated a au pair sponsor agency?
12   A.    They would be the same as what is
13   presented on this (indicating) document --
14   Q.    Okay --
15   A.    -- it --
16   Q.    -- can you --
17   A.    -- it would be -- it would be
18   governed by 62.3.
19   Q.    Okay.  And is one of the
20   requirements that it either be a reputable --
21   reputable organization that are United States
22   persons; or an international organization of

Page 33

1    which the United States is a member --
2    United States is a member; or, third, a local
3    state or Federal Government agency?
4    A.    What -- what's the question?
5    Q.    I'm going to through 1, 2 and 3 --
6    A.    Yes.
7    Q.    -- The following types of entities
8    are eligible to apply for designation of -- as a
9    sponsor.
10        And so 1, 2 and 3:  The first says,
11   U.S. state -- local, state, and
12   Federal Government agencies; and International
13   agencies or organizations of which -- which the
14   United States is a member; and Reputable
15   organizations that are United States persons.
16        Is that --
17        MS. LUKEY:  What's the question?
18   Is that who --
19   BY MS. SMALLS:
20   Q.    Is -- is -- is that -- strike that.
21        Do you have to be a U.S. entity to
22   be a designate -- to be a sponsor agency by



Page 34

1  the -- designated by the Department of State?
2     A.   No.
3     Q.   And what are the international
4  organizations that meet the designation of -- of
5  being a sponsor agency by the Department of
6  State?
7     A.   Well, if the United -- if -- you
8  would have -- the United States Government would
9  have to be a member of the international
10  organization --
11     Q.   Okay.  So --
12     A.   -- for instance, the UN.
13     Q.   Okay.  Other than when there is an
14  international organization in which the
15  United States is a member, is there any other
16  circumstance in which an international entity or
17  an international organization would be
18  appropriate as the U -- the designated sponsor
19  agency by the U.S. Department of State?
20     A.   I believe that the U.S. Department
21  of State regulations prohibit that.  The --
22  these are the three categories --

Page 35

1     Q.   Okay.
2     A.   -- you have to fall into one of
3  those three categories.
4        What -- and -- and if I can augment
5  that, reputable organizations that are
6  United States persons.  The United States
7  persons are defined in another statute -- in
8  another regulation, the definition of "U.S.
9  person."
10     Q.   Okay.  But United States persons
11  doesn't mean foreign --
12        MS. LUKEY:  Objection.
13  BY MS. SMALLS:
14     Q.   -- a foreign entity?
15        MS. LUKEY:  Objection.
16  BY MS. SMALLS:
17     Q.   As you understand it -- under --
18  I'm -- I'm -- I'm -- understanding that there is
19  a statutory definition that we don't have here
20  today of "United States persons," as you
21  commonly understood it, "United States persons"
22  means some sort of American entity

Page 36

1  person/organization versus one that is --
2     A.   United States person --
3        MS. LUKEY:  Objection.
4        THE WITNESS:  -- United States
5     person means what the definition says.
6  BY MS. SMALLS:
7     Q.   Okay.  Well, we'll stipulate to
8  that, that -- whatever that definition is, which
9  we don't have here today, reputable
10  organizations that are United States persons.
11        And that is outlined in statute, the
12  definition of "United States persons"?
13     A.   It's not in statute, no.
14     Q.   I'm sorry.  I thought that's what
15  you said.
16     A.   No; in regulation.
17     Q.   In regulation.
18        Okay.  And do you know what
19  regulation?
20     A.   It's in 62 CFR -- I mean it's in 22
21  CFR, Part 62.
22     Q.   Okay.  Thank you.

Page 37

1        MS. SMALLS:  Okay.  This is
2  Exhibit 3.
3        -  -  -
4        (Colvin Deposition Exhibit Number 3,
5        22 CFR, Section 62.31, Au pairs,
6        marked for identification, as of
7        this date.)
8        -  -  -
9        MS. SMALLS:  Thank you.
10        For those on the phone, I -- I --
11  we've just marked the --
12        (Sotto voce comments by participants
13        on the phone.)
14        MS. SMALLS:  Okay.  For those on
15  the phone, we just marked 22 CFR 63.21 as
16  Exhibit 3.
17  BY MS. SMALLS:
18     Q.   Do you recognize -- or -- I'm sorry.
19        Are you ready?
20     A.   Yes, ma'am.
21     Q.   Okay.  Do you recognize this
22  statute?

MAGNA
LEGAL SERVICES

1      A.     The regulation.
2      Q.     Okay.  Do you recognize this
3  regulation?
4      A.     I do.
5      Q.     Okay.  I want to direct you to the
6  second page under (d).
7      A.     Yes, ma'am.
8      Q.     Where it says, Au pair selection.
9          And if you can just read (d) aloud.
10      A.     Yes.
11          Au pair selection.  In addition to
12  satisfying the requirements of Section 62.10(a),
13  sponsors shall ensure that all participants in a
14  designated au pair exchange program:  1, Are
15  between the ages of 18 and 26; 2, Are a
16  secondary school graduate, or equivalent; 3, Are
17  a -- are proficient and spoken English; 4, Are
18  capable of fully participating in the program as
19  evidenced by the satisfactory completion of a
20  physical; 5, Have been personally interviewed,
21  in English, by an organizational representative
22  who shall prepare a report of the interview

1  which shall be provided to the host family; and,
2  6, Have successfully passed a background
3  investigation that includes verification of
4  school, three, nonfamily related personal and
5  employment references, a criminal background
6  check or its recognized equivalent and a
7  personality profile.  Such personality profile
8  will be based upon a psychometric test designed
9  to measure differences in characteristics among
10  applicants against those characteristics
11  considered most important to successfully
12  participate in the Au Pair Program.
13      Q.     So the 1 through 6 that you just
14  read under -- I should say (d), 1 through 6 are
15  requirements of U.S. -- of -- of sponsors
16  designated by the Department of State in terms
17  of their operation of the Au Pair Program; is
18  that -- is that correct?
19      A.     They -- they are regulatory
20  requirements, yes, ma'am.
21      Q.     Okay.  And -- and it is conveyed
22  that it is a requirement by the -- the word

1  "shall," sponsors shall ensure that these six
2  requirements have been met?
3      A.     "Shall" is mandatory; "may" is
4  permissive.
5      Q.     Okay.  Thank you.
6          In your experience working in and
7  for the Au Pair Program, how -- how did sponsors
8  ensure that these six things were -- were done
9  appropriately as -- as designated in the
10  regulation?
11      A.     You're asking a compliance question,
12  and I'm not in a position to answer a compliance
13  question.  I'm not here as -- I have -- as a
14  former attorney for the Government, there is an
15  attorney-client privilege, and I'm not in a
16  position to answer that question because I
17  believe it involves proprietary -- proprietary
18  Governmental information.
19          MS. SMALLS:  Okay.  If you can
20      mark this, please.
21
22

1              - - -
2          (Colvin Deposition Exhibit Number 4,
3          LinkedIn profile of Stanley Colvin,
4          Bates stamped COLVIN_00260 through
5          COLVIN_00264, marked for
6          identification, as of this date.)
7              - - -
8          MS. SMALLS:  Thanks.
9  BY MS. SMALLS:
10      Q.     Do you recognize this?
11      A.     Yes, ma'am, I do.
12      Q.     What is it?
13      A.     It is, I believe, my Facebook -- my
14  LinkedIn profile.
15      Q.     Okay.  And does this accurately
16  describe your work experience?
17      A.     It does.
18      Q.     Okay.  So the -- the first -- well,
19  let's -- let's start at the beginning.
20          The first position that you have
21  listed here is the Deputy General Counsel at the
22  Kentucky Department of Education.

**MAGNA** ▶
LEGAL SERVICES

Page 42

1        Is that correct?
2     A.    Yes, ma'am.
3     Q.    Did you serve as a lawyer in that
4  position?
5     A.    I did.
6     Q.    Okay.  The next position on your
7  LinkedIn page is Assistant General Counsel at
8  the United States Information Agency.
9        Did you serve as an attorney in this
10  role?
11     A.    I did.
12     Q.    And then, it says, Attorney-Adviser
13  at the U.S. Department of State from 1999 to
14  September 2006.
15        Is that correct?
16     A.    Yes, ma'am.
17     Q.    Did you serve as an attorney in this
18  role?
19     A.    I did.
20     Q.    During this time frame, were you --
21  were you detailed out of the Office of Legal
22  Adviser?

Page 43

1     A.    I was.
2     Q.    And at -- from what time to what
3  time were you detailed out of the Office of
4  Legal Adviser?
5     A.    From, roughly, September of 2000
6  through September of 2006.
7     Q.    And can you explain what the Office
8  of Legal Adviser is?
9     A.    The Office of Legal Adviser is the
10  Department of State's in-house legal function.
11     Q.    Okay.  Is there an in-house legal
12  function outside of the Office of Legal Adviser?
13     A.    Well, I'm not sure if I understand
14  that question.
15        Are you asking are there lawyers
16  outside of the Legal Adviser's Office?
17     Q.    No; I -- I'm asking you for the --
18  for legal counsel or legal authority, legal
19  interpretation for the Department of State.
20        Is there another office or another
21  entity that would serve that purpose other than
22  the Office of Legal Adviser at the Department of

Page 44

1  State?
2     A.    The simple answer would be yes,
3  there are other legal authorities -- there are
4  other offices that have legal authority, one
5  being Consular Affairs, one being the Office of
6  Civil Rights.
7     Q.    Are there any others?
8     A.    Well, I'm going to say yes, but I
9  can't think of them --
10     Q.    Okay.
11     A.    -- without sitting down and really
12  going through the whole roster again.
13     Q.    When you are -- generally, when you
14  are detailed out of the Office of Legal Adviser,
15  do you continue to function in your legal role?
16     A.    Yes, you do.  I was a Series 905
17  attorney-adviser.
18     Q.    Okay.  And then from -- let's go to
19  the next position, Director of August --
20  Director, Office of Private Sector Exchange at
21  the U.S. Department of State.
22        Were you serving as an attorney in

Page 45

1  that role?
2     A.    No.
3     Q.    Okay.  When you -- and then the next
4  position listed is Deputy Assistant Secretary at
5  the U.S. Department of State.
6        Were you serving as an attorney in
7  that role?
8     A.    No.
9     Q.    And then the last role is Senior
10  Adviser at the U.S. Department of State from
11  2011 to 2015.
12        Were you serving as an attorney in
13  that role?
14     A.    No.
15     Q.    Okay.  So the period of time which
16  you had -- you served as an attorney and which a
17  claim of privilege may or may not be appropriate
18  would be 1990 to 2006?
19     A.    That's correct.
20     Q.    And then from 2006 to 2015, a claim
21  of privilege would not be appropriate?
22     A.    I --

MAGNA ▶
LEGAL SERVICES

Page 46

1         MS. LUKEY:  Objection.
2         THE WITNESS:  -- I believe that a
3    claim of privilege is still appropriate,
4    not an attorney-client privilege, but the
5    privilege of a employee revealing
6    proprietary information regarding
7    Government actions.
8    BY MS. SMALLS:
9         Q.   I'm not familiar with the privilege
10   of employee revealing proprietary information
11   regarding Government actions.
12        Is there something you can refer
13   me -- or refer us to regarding this privilege?
14        A.   There is.  I don't have it at my
15   fingertips, but it's fairly well settled that
16   former employees can't go out and discuss
17   confidential Government -- the inner workings of
18   the Government.
19        Q.   Okay.  And understanding that there
20   is a fairly well-settled doctrine or rule that
21   former employees of the Government can't go out
22   and discuss confidential workings of the

Page 47

1    Government, how is it that you're able to offer
2    this declaration about the inner workings and
3    the intent of the State Department during the
4    time that you were there?
5         A.   I think it's fairly straightforward.
6    If we would go back to the declaration, you'll
7    find that all the statements are footnoted, and
8    those footnotes all refer to public documents.
9    And the -- specifically the stat -- statutes and
10   the regulations themselves.
11        The regulations spell out the
12   thought process that went into the adoption of
13   each of those regulations.  So I'm not revealing
14   anything that is not within the public --
15   this -- that is -- I'm making no revelations of
16   any internal proprietary information.
17   Everything I say in this declaration has a
18   reference to a document in the public domain.
19        Q.   So is it your opinion that the
20   regulations speak for themselves?
21        A.   The regulations provide extensive
22   guidance and information regarding exactly why

Page 48

1    the Government did or did not do something
2    relating to the Au Pair Program.
3         Q.   So I'll go back to my question.
4         So the regulations speak for
5    themselves?
6         MS. LUKEY:  Objections --
7    singular.
8    BY MS. SMALLS:
9         Q.   It's -- it's -- I -- I am asking
10   you -- if we go back to your original answer
11   about why you offering this testimony is
12   different than you providing insight or
13   information about the internal workings of the
14   State Department, your answer was because --
15        A.   I'm providing context.
16        Q.   -- you're referring to publicly
17   available documents, and everything is footnoted
18   or cited?
19        A.   Yes.
20        MS. LUKEY:  Objection.
21   BY MS. SMALLS:
22        Q.   Right?

Page 49

1         A.   Yes, ma'am.
2         Q.   Is that context in -- that you're
3    providing in this declaration in the actual
4    regulation?
5         A.   Context to this situation is the
6    ability to point someone to -- here is the
7    statute that directed the Agency to extend the
8    Au Pair Program.  That's the context.  Here is
9    the statute that directed the Agency, in 1988,
10   to again extend the Au Pair Program.
11        Context is being able to refer you
12   to the 1990 statute that directed the Agency to
13   extend the Au Pair Program; context is being
14   able to direct you to the 1994 statute that
15   directed the Agency to extend and develop -- to
16   extend and promulgate regulations; context is my
17   being able to direct you to the 1994 interim
18   final regulations that were developed by the
19   Agency in response to that Congressional
20   directive; context is my ability to point you to
21   the 1995 regulation that was -- the final
22   regulation, au pair regulation; context is my

MAGNA
LEGAL SERVICES

Page 50

1    being able to direct you to the statute -- the
2    1995 statute that extended -- expanded and
3    required a report from the Agency regarding the
4    Au Pair Program; context is me being able to
5    direct you to the statute that says, Deliver
6    this report no later than October the 1st of
7    1996; context is my being able to direct you to
8    the document in 1997 that presented an interim
9    final rule; context is me being able to direct
10   you to the statute in October 1st, '97 that
11   established permanent authority for the Au Pair
12   Program.
13          That's context.
14   Q.    So the primary purpose of your
15   declaration is to identify sources of
16   information that would be relevant for the
17   ultimate -- for the ultimate arbiter of the
18   questions of law and fact that are presented in
19   this case?
20          MS. LUKEY:  Objection.
21          THE WITNESS:  I -- I believe that
22   my role is that of a fact witness and

Page 51

1    that my role as a fact witness is to be
2    able to supply, in a organized fashion,
3    the context under which the Au Pair
4    Program grew and -- from what it was to
5    what it is.
6    BY MS. SMALLS:
7    Q.    But context is something that's not
8    publicly available in the regulation.
9          That's why you've been brought on in
10   this matter, right?
11         MS. LUKEY:  Objection.
12         THE WITNESS:  Well, no, ma'am.  I
13   think context is ready -- readily
14   available and is provided by those -- by
15   these documents.  That's the context of
16   this particular function.
17   BY MS. SMALLS:
18   Q.    As an attorney, do you understand --
19   do you understand the difference between a
20   statement of fact and a statement of law?
21         MS. LUKEY:  Objection.
22         THE WITNESS:  Yes, I do.

Page 52

1    BY MS. SMALLS:
2    Q.    Okay.  If we can go --
3    A.    But if I may?
4    Q.    Sure.
5    A.    To ensure that we're on the same
6    page, may -- what's your understanding of the
7    difference?
8    Q.    Well, I'm just asking you what -- if
9    you understand.  I'm -- I'm going to -- we're --
10   we're going to go through specific --
11   A.    Okay.
12   Q.    -- statements --
13   A.    Okay.
14   Q.    -- I'm not leaving it out --
15   A.    Okay.
16   Q.    -- generally.
17         But as attorneys, there are -- you
18   said you're here as a fact witness --
19   A.    I am --
20   Q.    -- you've -- you've --
21   A.    -- yes.
22   Q.    -- you've insisted on the fact that

Page 53

1    you are a fact witness --
2    A.    I am.
3    Q.    -- and so I want to understand that
4    the statements that you've offered, whether they
5    are questions of testimony of fact or testimony
6    that would be statements of -- or opining on the
7    law.
8    A.    Yes, ma'am --
9    Q.    Okay --
10   A.    -- okay.
11   Q.    -- so if we can go back to your
12   declaration.  And I'm skipping over Paragraphs 1
13   through 7, since that just recounts your
14   employment history.
15         But Paragraph 8 is the first
16   paragraph in which you start to offer, as you
17   call it, context.
18         MS. LUKEY:  Is that a question?
19         MS. SMALLS:  It is not.
20   BY MS. SMALLS:
21   Q.    Can you read Paragraph 3 out loud?
22         MS. LUKEY:  Three or 8?

MAGNA
LEGAL SERVICES

Page 54

1    BY MS. SMALLS:
2        Q.    Paragraph 8, please.
3        A.    The Au Pair Program was initially
4    created in 1986 as a pilot program overseen by
5    the USIA, pursuant to its authority to further
6    the foreign policy objectives of the
7    United States by implementing educational and
8    cultural exchange opportunities as set forth in
9    the Mutual Educational and Cultural Exchange Act
10   of 1961 (the Fulbright-Hays Act)(codified in 22
11   USC 2451).
12       Q.    Okay.  Is -- is Paragraph 8 a
13   statement of fact or a statement of law?
14       A.    That is a statement of fact.
15       Q.    Okay.  And is that statement
16   providing context, as you term it?
17       A.    That's -- that is a statement of
18   fact.  It provides context.  It -- you may find
19   that same language in the 1994 interim final
20   rule.
21       Q.    Okay.  Let's go to Paragraph 9.
22             If you can read that.

Page 55

1        A.    In 1988, Congress directed the USIA
2    to continue the pilot program for an additional
3    two years in its current form.  Importantly,
4    Congress specifically noted that the Au Pair
5    Program was, quote, in keeping with the goals
6    and directives of the Fulbright-Hays Act and
7    prohibited the USIA from altering the Au Pair
8    Program in any respect.
9        Q.    Is that a statement of law, or is
10   that a statement of fact?
11       A.    That is a statement of fact.
12       Q.    Okay.  And are you providing context
13   in that statement in Paragraph 9?
14       A.    I'm reciting thus -- the -- what the
15   law is.
16       Q.    Okay.  Can you read Paragraph 10?
17       A.    Paragraph 10 -- when I say I'm
18   providing what the law is, I'm referencing
19   specifically the statute that makes that
20   statement.
21       Q.    Um-hum.
22       A.    Paragraph 10, The USIA accordingly

Page 56

1    continued administering the Au Pair Program and
2    expanded it from two sponsoring agencies to
3    eight sponsoring agencies.
4        Q.    Okay.  Is that a statement of fact
5    or a statement of law?
6        A.    That is a statement of fact.  It may
7    be found in the 1994 interim final regulation.
8        Q.    If you can read Paragraph 11.
9        A.    In 1990, Congress again reviewed the
10   Au Pair Program and again directed the USIA to
11   continue administering it in its current form.
12       Q.    Is that a statement of fact or a
13   statement of law?
14       A.    That is a statement of fact.
15       Q.    Thank you.
16             In 1994 -- I'm sorry --
17   Paragraph 12, can you read it?
18       A.    Yes, ma'am.
19             In 1994, Congress reauthorized the
20   Au Pair Program and directed the USIA to
21   continue administering the program in a manner
22   consistent with the requirements of the

Page 57

1    Fulbright-Hays Act and to promulgate regulations
2    for the Au Pair Program.
3        Q.    Is that a statement of law or a
4    statement of fact?
5        A.    That is a statement of fact.  And
6    you'll find the statute is footnoted.
7        Q.    Okay.  Go on in Paragraph 13.
8        A.    Paragraph 13, During my time at both
9    the USIA and the DOS, I had direct
10   responsibility for the drafting and review of
11   dozens of regulations, proposed regulations, and
12   guidance documents pertaining to the Exchange
13   Visitor and its au pair component.  Of
14   particular note, and pursuant to Congressional
15   directive, I was the principal author of the
16   initial regulations governing the Au Pair
17   Program, published as an interim rule on
18   December 14th, 1994 and as a final rule on
19   February 15th, 1995.
20       Q.    Is that a statement of fact or a
21   statement of law?
22       A.    That is a statement of fact.

MAGNA
LEGAL SERVICES

Page 58

1       Q.    Okay.  Paragraph 14?
2       A.    Paragraph 14, Importantly, the USIA
3   was consistent in its position from the very
4   beginning that the au pair stipend — then
5   sometimes referred to as pocket money — must
6   comply with the Federal minimum wage.  This
7   position was developed pursuant to my
8   consultation with the Wage and Hour
9   administrator of the United States Department of
10  Labor.  Both the proposed and final regulations
11  required a fixed minimum weekly stipend based
12  upon prevailing Federal minimum wage to be paid
13  to au pair participants as the USIA was
14  particularly concerned with, quote, the
15  programmatic need for a uniform wage to be paid
16  by host families to au pairs.  Uniformity was,
17  and is, required because the Exchange Visitor
18  Program, including the Au Pair Program, is a
19  Foreign Affairs function of the
20  United States Government implemented nationwide.
21  Lack of uniform implementation -- implementation
22  necessarily raises the specter of negative

Page 59

1   foreign diplomatic relations, which, in turn,
2   would undermine the purpose of the Au Pair
3   Program and its foreign relations value.
4       Q.    And is this a statement of law or a
5   statement of fact?
6       A.    That is a statement of fact, and you
7   can find that language again in the 1994 --
8   December of '94 interim final rule and the 1995
9   final.
10      Q.    I want to go to the sentence where
11  you say that this position was developed
12  pursuant to my consultation with the Wage and
13  Hour administrator of the United States
14  Department of Labor.
15            Is that -- is that communicating any
16  insight or context that is not publicly
17  available that would -- would give insight into
18  the inner workings of the department or how
19  this -- this position came about?
20      A.    No --
21            MS. LUKEY:  Objection.
22            THE WITNESS:  -- no, ma'am.  There

Page 60

1   is an extensive discussion in the
2   supplementary information of the '94 and
3   '95 regulations regarding the Agency's
4   consultation with the Department of
5   Labor; extensive.
6   BY MS. SMALLS:
7       Q.    And then when -- when you say -- you
8   referred to the USIA as being particularly
9   concerned with the programmatic need for a
10  uniform wage to be paid by host families to
11  au pairs.
12            When you talk about the mindset of
13  the Agency being particularly concerned, are you
14  giving any insight to what was happening
15  internally, or are you referring to publicly
16  available --
17      A.    I'm -- I'm --
18      Q.    -- documents?
19      A.    -- I'm referring specifically to the
20  supplementary information of the 1994 and 1995
21  regulations.  Again, that language that -- the
22  supplementary information to these regulations

Page 61

1   are very informative.
2       Q.    And when you -- you have it in
3   quotation marks, but there's no citation when
4   you say, USIA was particularly concerned with,
5   quote, the programmatic need for a uniform wage
6   to be paid by host families to au pairs.
7       A.    Yes, ma'am.  That -- that would be,
8   again, from the supplementary information of the
9   '94 and '95 regulation.
10      Q.    Okay.  And was the -- was there a
11  subsequent regulation after the -- the '94 and
12  '95 regulation that you quote extensively from
13  here?
14      A.    There was --
15      Q.    Okay --
16      A.    -- and --
17      Q.    -- and -- and that subsequent
18  regulation superseded the 1994 and 1995
19  regulation?
20      A.    Oh, positively not.  The -- a new
21  regulation doesn't supersede a prior regulation;
22  it either amends it or -- well, a subsequent

MAGNA ▶
LEGAL SERVICES

Page 62

1   represent -- a subsequent regulation would have
2   meant a prior regulation, unless that regulation
3   had been withdrawn.
4       Q.    Well, when the regulation was -- the
5   new regulation was put forward in 1997, the 1997
6   rule became controlling; is that -- is that
7   correct?
8       A.    The 1997 regulation augmented the
9   existing au pair regulation by adding . . .
10          (Whereupon, the witness reviews the
11           material provided.)
12          THE WITNESS:  The 1997 regulation
13      augment -- amended and augmented the
14      existing regulation, quote, The Agency is
15      amending existing regulations in order --
16      existing regulations in order to enhance
17      the Agency's oversight of au pair
18      programs.  These amendments provide
19      additional specificity to existing
20      regulations that will facilitate
21      consistent compliance with programmatic
22      requirements.

Page 63

1           That was the purpose of the '97
2       interim final rule and -- which became a
3       final rule -- that interim final rule was
4       published June 27th of '97, and the final
5       rule, which was -- the final rule was
6       published September 5th of 1997.  And as
7       the announcement reads, The Agency adopts
8       as final and without change the interim
9       final rule governing Au Pair Program
10      participation adopted June 27th, 1997.
11  BY MS. SMALLS:
12      Q.    Also in Paragraph Number 14, you --
13  you -- you refer to consulting with the Wage and
14  Hour administrator of the United States
15  Department of Labor.
16      A.    Yes.
17      Q.    Why would you do that?
18      A.    That is set forth, again, in the
19  Agency's -- what the Agency did.  And why it did
20  it is set forth in the supplementary information
21  of the 1994 interim final rule.
22      Q.    And -- and that rule provides that

Page 64

1   you consult with the Wage and Hour administrator
2   in what circumstances and for what purpose?
3       A.    That rule -- the supplementary
4   information of that rule discusses, at length,
5   the Agency.  For instance, Accordingly, the
6   Agency has been obligated to examine the
7   question of whether au pairs are employees
8   subject to the provisions of the Fair Labor
9   Standards Act.  The Agency has also sought the
10  views and guidance of the Department of Labor on
11  this matter.  The Department of Labor has
12  specifically advised the Agency that an
13  employment relationship is established.  Because
14  the Department of Labor is the Federal Agency
15  entrusted with regular labor laws, including the
16  definition of employer and employee, and
17  determining when an employment relationship is
18  established, it is appropriate for the Agency to
19  defer to the Department of Labor in this area,
20  chevron and the cite.
21          To assist in pub -- to assist the
22  public in their understanding of this matter, a

Page 65

1   short analysis is set forth.  And it -- the
2   supplementary information of the regulation goes
3   on to explain in specific detail the internal
4   deliberations of the Agency and its view of the
5   application of the Fair Labor Standards Act.
6           It also goes on to discuss in detail
7   the payment of au pair wages and the
8   consultations with the Department of Labor, and
9   that the Department of State is totally reliant
10  upon the Department of Labor's regulations
11  regarding room and board and meeting the minimum
12  wage -- Federal minimum wage.
13      Q.    So the Department of Labor's
14  interpretation and the Department of Labor's
15  regulations regarding a room and board credit
16  and the appropriate payment subject to the
17  minimum wage is controlling?
18          MS. LUKEY:  Objection.
19          THE WITNESS:  The regulation
20      explains that Federal minimum wage will
21      be paid to au pairs and that -- the
22      regulation's supplementary information

MAGNA ►
LEGAL SERVICES

Page 66

1        explains that au pairs will be paid
2        Federal minimum wage and will receive a
3        credit -- and that -- that salary will
4        have an offset for room and board, as
5        provided by 29 CFR 552.100.  And that
6        Federal regulation is in the -- is
7        codified over in the Department of
8        Labor's section of the CFR.
9    BY MS. SMALLS:
10       Q.   Okay.  I'm going to go back to my
11   question, which was, Is the Department of Labor
12   the final word or the controlling authority
13   about the minimum wage and a room and board
14   credit, and whether that's appropriate?
15            MS. LUKEY:  Objection.
16            THE WITNESS:  I believe that that
17       is asking for a legal opinion and not a
18       factual opinion.
19            I can point you to the regulation,
20       where the Agency itself says that the
21       Department of Labor -- that the
22       Department of State will rely on the

Page 67

1        Department of Labor's 29 CFR 552.100.
2            And that's -- that's a fact.
3        Other --
4    BY MS. SMALLS:
5        Q.   Okay --
6        A.   -- than that, I can't go any
7    further.
8        Q.   Right.  But based on you -- I mean,
9    you've offered lots of facts --
10       A.   Well, it's not --
11       Q.   -- in your -- I -- I'm just -- I'm
12   trying to get you to elicit the same facts that
13   you're offering in your opinion.
14            You just cited the -- the
15   regulation, where it says -- you say, The Agency
16   itself says the Department of Labor will rely on
17   the Department of Labor's --
18            (Interruption by cellular
19   telephone.)
20            THE WITNESS:  You got me.
21            MS. SMALLS:  I don't even know
22       what that is.

Page 68

1            It's like TV or something.
2            MS. LUKEY:  Let's take a quick
3        break to see if we can sort out what that
4        is.
5            MS. SMALLS:  Is someone in front
6        of the TV --
7            THE COURT REPORTER:  We've got to
8        go off --
9            MS. SMALLS:  -- or --
10           THE COURT REPORTER:  -- sir,
11       you've got to go off.
12           MS. SMALLS:  Why?
13           THE VIDEOGRAPHER:  We're going off
14       the record.  This is --
15           MS. SMALLS:  Why?
16           THE VIDEOGRAPHER:  -- this is the
17       end of Media Unit Number 1 in the
18       deposition of Stanley Colvin.  The time
19       is 10:25 a.m.
20            - - -
21           (Whereupon, a recess was taken from
22             10:25 a.m. to 10:31 a.m.)

Page 69

1            - - -
2            THE VIDEOGRAPHER:  We're back on
3        the record.  This is the beginning of
4        Media Unit Number 2 in the deposition of
5        Stanley Colvin.  The time is 10:31 a.m.
6    BY MS. SMALLS:
7        Q.   Okay.  So we before we -- we broke,
8    you are saying that the Agency itself says that
9    the Department of Labor -- that the DOS will
10   rely on the Department of Labor's regulation; is
11   that correct?
12           MS. LUKEY:  Objection.
13           THE WITNESS:  The supplementary
14       information to the regulation states that
15       the department, at that time, USIA, will
16       utilize 29 CFR 50 -- 552.10 for the
17       calculation of room and board.
18   BY MS. SMALLS:
19       Q.   Okay.  Is -- is the Department of
20   State supposed to rely on the Department of
21   Labor's interpretation of minimum wage and
22   the -- the application and interpretation of

MAGNA
LEGAL SERVICES

Page 70

```
1    minimum wage and room and board?
2          MS. LUKEY:  Objection.
3          THE WITNESS:  The -- I don't know
4    how to answer that question.
5    BY MS. SMALLS:
6      Q.    Okay.  Let's strike that.
7          Is the Department of State the
8    controlling authority on -- on minimum wage, or
9    is the Department of Labor the controlling
10   authority in its interpretation of its
11   regulations regarding the minimum wage?
12         MS. LUKEY:  Objection.
13         THE WITNESS:  I don't know how to
14   answer that question other than to say
15   that the supplementary information
16   published in the Federal Register clearly
17   states what the depart -- what USIA's
18   position was regarding the payment of
19   Federal minimum wage and the calculation
20   of the credit for room and board.
21   BY MS. SMALLS:
22     Q.    You're referring to the 1994
```

Page 71

```
1    regulation?
2      A.    I am.
3      Q.    Okay.
4          All right.  Let's go to --
5      A.    That's not my legal opinion; that's
6    the -- what the --
7      Q.    I understand that the --
8      A.    -- the document states.
9      Q.    Okay.
10         Okay.  Let's go to Paragraph 15.  If
11   you can read that out loud.
12     A.    In 1995, Congress again directed
13   that USIA continue to implement the Au Pair
14   Program.  In fact, Congress instructed the USIA
15   to expand the Au Pair Program by seeking
16   au pairs from all over the world, expanding it
17   from the original subset of European countries
18   that had been previously authorized.
19     Q.    Is that a statement of fact or a
20   statement of law?
21     A.    That is a statement of fact.
22     Q.    Okay.  Let's move on to
```

Page 72

```
1    Paragraph 16.
2          If you can read --
3      A.    Oh, okay --
4      Q.    -- Paragraph 16?
5      A.    -- yes, ma'am.
6          Thus, by the beginning of 1996,
7    Congress, acting by and through the Senate
8    Foreign Relations and House International
9    Relations Committees, had directed USIA, over a
10   seven-year period and by four separate acts, to
11   continue its implementation of the Au Pair
12   Program, to expand it, and to properly regulate
13   it.  Also, in November of 1996, I provided all
14   au pair sponsors with a notice regarding payment
15   of the au pair stipend.
16     Q.    Is that a statement of fact or a
17   statement of law?
18     A.    That is a statement of fact.
19     Q.    Okay.  Let's move on to
20   Paragraph 17.
21     A.    Seventeen, Further guidance
22   regarding payment of the au pair stipend was
```

Page 73

```
1    provided by a fact sheet I authored and
2    distributed dated March 14th, 1997, which is
3    attached here as Exhibit A.  The fact sheet sets
4    forth in detail the calculation of the stipend,
5    as more fully explained below.
6      Q.    Is that a statement of fact or a
7    statement of law?
8      A.    That is a statement of fact.
9      Q.    Okay.  Let's move on to
10   Paragraph 18.
11     A.    The USIA distributed the fact sheet
12   to Au Pair Program sponsoring agencies to
13   provide guidance as to the minimum stipend
14   required to be paid to Au Pair Program
15   participants consistent with the increase of the
16   Federal minimum wage.
17     Q.    Is that a statement of fact or a
18   statement of law?
19     A.    That is a statement of fact.
20     Q.    Okay.  Paragraph 19.
21     A.    On June 27th, 1997, the USIA
22   published an interim rule which, among other
```

Page 74

1  items, amended the regulation governing the
2  Au Pair Program with respect to the minimum
3  weekly stipend to be paid to au pairs.  In lieu
4  of stating that au pairs be paid a fixed,
5  minimum dollar amount, the amendment restated
6  that provision of the regulation to require that
7  au pairs, quote, are compensated at a weekly
8  rate based upon 45 hours per week and paid in
9  conformance with the requirements of the Fair
10  Labor Standards Act as interpreted and
11  implemented by the United States Department of
12  Labor.  This interim rule was adopted as a final
13  rule by USIA on September 5th, 1997 without
14  change.  This provision of the regulation
15  concerning the minimum stipend to be paid to
16  au pairs is the same language that governs the
17  minimum payment of the au pair stipend today.
18      Q.    Is this a statement of fact or a
19  statement of law?
20      A.    That is a statement of fact.
21      Q.    In that paragraph, you -- in the
22  first sentence, you refer to a "minimum weekly

Page 75

1  stipend," and then the second -- the second
2  sentence, you refer to a "fixed, minimum dollar
3  amount."
4      A.    Yes, ma'am.
5      Q.    Is "fixed" and "minimum" the same
6  thing?
7      A.    No, ma'am.  The -- what this refers
8  to is the language in the 1997 -- the
9  supplementary information that's in the
10  June 27th, 1997 regulation.
11          The Agency explains, by way of its
12  Federal Register notice, that there had been a
13  fixed amount and that it was changing it so that
14  the -- so that the Agency didn't have to go in
15  and amend the regulation each time the Federal
16  minimum wage increased.  That's what the
17  supplementary information of the June 27th, '97
18  interim final rule states.
19      Q.    My question was, Is "fixed" the same
20  thing as "minimum"?
21          MS. LUKEY:  Objection.
22          THE WITNESS:  Is "fixed" the same

Page 76

1  as "minimum"?  I --
2  BY MS. SMALLS:
3      Q.    Is the definition of "fixed" -- if
4  something is fixed, there is a fixed amount,
5  let's say a fixed stipend; is a fixed stipend
6  the same or does that equal the same as a
7  minimum stipend?  Are those the same thing?
8          MS. LUKEY:  Objection.
9          THE WITNESS:  The -- I don't know
10      how to answer that exactly, because,
11      again, you would have to look at the
12      context in which this regulation
13      (indicating) was written.
14          At that time, the Federal minimum
15      wage was $5, something like that, and it
16      was increasing.  And from 1994 until
17      1997, there had been no change.
18          So the Agency set forth a fixed --
19      that was the payment, okay, based on
20      here's minimum -- Federal minimum wage;
21      here's the credit for room and board;
22      here's the amount that the au pair gets.

Page 77

1      That's explained in the '94 and '95
2      regulation.
3          '97 rolls around, and it's time
4      for increases in the Federal minimum
5      wage.  And the Agency explains in its
6      supplementary information that fixed is
7      now going to be calculated, you know,
8      using the new minimum -- Federal minimum
9      wage and continuing to utilize the
10      Department of Labor's credit for room and
11      board.
12  BY MS. SMALLS:
13      Q.    So I want to make sure to allow you
14  a full opportunity to give a -- your full
15  answer, but I would also ask that you answer the
16  question that I'm -- I'm actually asking --
17          MS. LUKEY:  Objection.
18  BY MS. SMALLS:
19      Q.    -- and so let me back up.
20          Can you define what "fixed" means to
21  you?
22          MS. LUKEY:  Objection.

Page 78

1        THE WITNESS:  No.
2   BY MS. SMALLS:
3       Q.    What does "fixed" mean?
4       A.    Fixed would be something that's
5   attached to the wall.
6       Q.    "A fixed amount," what does that
7   mean to you?
8       A.    A fixed amount?
9        In this context, "a fixed amount"
10   means what the 1994 regulation said it means.
11       Q.    Okay.  And so, at one time, the
12   regulations said the stipend was fixed in the
13   1995 rule, and then, in the 1997 rule, they
14   changed that language to a minimum; is that
15   correct?
16       A.    As a factual matter, I would say
17   that -- yes, that's --
18       Q.    Okay.  Thank you.
19        All right.  Let's go on to
20   Paragraph 20 --
21       A.    Let -- well -- but let me make one
22   observation on that --

Page 79

1       Q.    Sure.
2       A.    -- that the -- again, it was the
3   context of what is going on, as evidenced by the
4   documents.
5        The fixed amount was less than the
6   new minimum amount, because as Federal minimum
7   wage went up, the amount paid to au pairs would
8   go up.  And the Agency had adopted a -- as you
9   cite, a fixed amount, which would not be
10   compliant with the Fair Labor Standards Act and
11   the payment of Federal minimum wage.
12       Q.    Okay.  Let's go on to Paragraph 20.
13        Can you read that out loud?
14       A.    Furthermore, this provision's
15   requirement that the au pairs be paid, quote, in
16   conformance with the FLSA refers to the hourly
17   Federal minimum wage, and the room and board
18   credit established by the Department of Labor by
19   final rule effective September 8th, 1995.  This
20   credit is calculated as follows:  One and a half
21   times (one hour of the minimum wage/per day,
22   times seven days for meals), plus 7.5 times (one

Page 80

1   hour of minimum wage for board) equals total
2   room and board credit.  On the basis of a
3   presumed 45-hour work week, this formula will
4   always compute to a 40 percent room and board
5   credit.
6       Q.    Is that a statement of fact or a
7   statement of law?
8       A.    That is a statement of fact.
9       Q.    Okay.  Let's move on to
10   Paragraph 21.
11       A.    The USIA's purpose for amending the
12   au pair stipend language from a fixed dollar
13   amount to the current language referencing the
14   Fair Labor Standards Act was to ensure that, as
15   the minimum wage increased, the au pair stipend
16   would increase as well in accordance with the
17   formula previously set forth in the 1997 fact
18   sheet.  By changing the regulatory language
19   pertaining to the stipend to reference the Fair
20   Labor Standards Act, the USIA (and then the DOS)
21   would not be required to amend the regulation
22   each time that the minimum wage increased.  See

Page 81

1   60 Federal Register at 8551.  Quote, This
2   approach will allow the weekly wage or stipend
3   to automatically adjust, using a formula based
4   on the minimum wage and room and board costs
5   routinely calculated by the -- by the Department
6   of Labor.  The USIA believes this method is fair
7   to host families and au pairs and will ensure
8   adherence to Federal law.
9       Q.    Is that a statement of fact or a
10   statement of law?
11       A.    That is a statement of fact.
12       Q.    And when you refer here to 60
13   Federal Register at 8551, which regulation is
14   that?
15       A.    That would be -- 8551 -- that would
16   be the regulation dated February 15th, 1995.
17       Q.    Okay.  And so the regulation that
18   you're referring to in Paragraph 20 and then in
19   Paragraph 21 -- that you're referencing in both
20   of those are the 1990 -- is the 1995 regulation?
21       A.    That's correct.
22       Q.    And when you say in Paragraph 21

MAGNA ▶
LEGAL SERVICES

Page 82

1  that USIA's purpose for amending the au pair
2  stipend language from a fixed dollar amount to
3  the current language referencing the FLSA was to
4  ensure that, as the minimum wage increased, the
5  au pair stipend would increase as well in
6  accordance with the formula previously set forth
7  in the 1997 fact sheet.
8       Is that information publicly
9  available, or is that --
10      A.    Yes --
11      Q.    -- giving insight that you're
12  providing as a former State Department employee?
13      A.    No.  That information is set forth
14  in the supplementary information.
15      Q.    Okay.  So that's something that
16  somebody could read without having worked at the
17  State Department and make their own
18  determination about the statutory language --
19      MS. LUKEY:  Objection.
20  BY MS. SMALLS:
21      Q.    -- is that correct?
22      A.    Excuse me.  I was distracted because

Page 83

1  I think I've given you the wrong cite --
2       Q.    Okay.
3       A.    -- okay?
4       And let me make sure.
5       (Whereupon, the witness reviews the
6       material provided.)
7       THE WITNESS:  Yes, ma'am, I've
8  given you the wrong cite.  The cite
9  should be to 62 Federal Register
10 Number 124.
11 BY MS. SMALLS:
12      Q.    What are we referring to here?
13      A.    Your prior question.
14      Q.    I'm -- let's look at what my prior
15 question was.  I'm not sure what we're talking
16 about here.
17      When I asked you about 60 Federal
18 Register at 8551?  Is that what you're talking
19 about?
20      A.    Yes.  That's the wrong cite.
21      Q.    Okay.  The --
22      A.    That --

Page 84

1       Q.    -- right cite is 62?
2       A.    Is 62, Federal Register Number 124.
3       Now, in response to your -- the
4  question that you just asked me, again, I would
5  refer you to that regulation and the
6  supplementary information set forth in it, where
7  the Agency states, and I quote, Finally, the
8  Agency is amending 22 CFR 514.31(j), which
9  governs an au pair's wages and hours.  The
10 United States Department of Labor has determined
11 that au pair participants are covered under
12 the -- the provisions of the Fair Labor
13 Standards Act and, therefore, must receive
14 Federal minimum wage.  The agency is amending
15 this regulation to ensure that there is no
16 future confusion regarding the payment of
17 minimum wage.
18      Finally, this regulation is amended
19 to specify that an au pair may not provide more
20 than 10 hours of childcare on any given day or
21 more than 45 hours of childcare in any given
22 week.

Page 85

1       This specific provision amends the
2  existing requirement that an au pair not provide
3  more than a reasonable number of hours per day.
4  Amendment is necessary based upon the Agency's
5  experience that indicates the existing standard
6  is subject to abuse and a source of dispute.
7       Q.    And are you quoting from the 1995
8  reg or the 1997 reg?
9       A.    This is the 1997.  This is the --
10 I -- the -- again, I correct -- I -- I apologize
11 for giving you the wrong cite.  It's not -- in
12 my declaration, that's not the correct cite.
13      The correct cite is 62 Federal
14 Register Number 124, Friday, June 27th, 1997.
15      Q.    Okay.  Thank you.
16      A.    And in -- in -- in specific response
17 to your question, again, I am not providing any
18 information that is not within the public
19 domain.
20      Q.    Okay.  If you can read Paragraph 22.
21      A.    After this amendment to the
22 regulation, with full knowledge of the

MAGNA
LEGAL SERVICES

Page 86

1    regulations adopted by the DOS at Congress'
2    direction, Congress, satisfied -- and that is an
3    incorrect statement, because that -- at that
4    time, it was still the Agency --
5        Q.    I'm sorry.  What was an incorrect
6    statement?
7        A.    This is incorrect.  The -- "with
8    full knowledge of the regulations adopted by the
9    DOS" -- that should actually be adopted by the
10   USIA, because at that time -- it's a technical
11   issue -- at that time, USIA had not been
12   consolidated into the Department of State.  So
13   for perfect accuracy, that should be USIA.
14          Congress, satisfied that this was a
15   cultural exchange program in which participants
16   were being fairly and lawfully compensated,
17   enacted a law in 1997 making the Au Pair Program
18   a permanent part of the Fulbright-Hays Act
19   Cultural Exchange Visitor Program.  Congress did
20   not alter or amend the form of the Au Pair
21   Program, nor did it impose any additional
22   requirements or otherwise modify the USIA's --

Page 87

1    see, that's where it's correct there --
2    regulations and USIA's utilization of the
3    Federal minimum wage and Department of Labor
4    regulations governing the credit for room and
5    board.
6        Q.    Okay.  Is that a statement of -- of
7    fact or a statement of law?
8        A.    That is a statement of fact.
9        Q.    Okay.  And how do you know that
10   Congress was satisfied that this was a cultural
11   exchange program in which participants were
12   being fairly and lawfully compensated?
13       A.    There are -- one, they required an
14   Agency report regarding compliance.  And that
15   report was required by Public Law 10472.  And
16   once they received the report, they, in turn,
17   proceeded with permanent authorization by way of
18   a roll call vote, an overwhelming roll call vote
19   in the House, and, I believe, unanimous consent
20   in the Senate.
21       Q.    How do you know what drove that
22   vote?

Page 88

1        A.    How do I know what drove the vote?
2        Q.    Yeah.  You say here that -- that
3    Congress, satisfied that this was a cultural
4    exchange program in which participants were
5    being fairly and lawfully compensated, enacted a
6    law.
7            So I'm asking you --
8        A.    How do I know that?
9        Q.    -- how do you know that the reason
10   that Congress enacted the law is because it was
11   satisfied that this was a cultural exchange
12   program in which participants were being fairly
13   and lawfully compensated?
14       A.    You would have to go back to the
15   19- -- the supplementary information of the 1994
16   regulation, which has an X -- which goes through
17   the history of the program and its relationship
18   with Congress and Congress' interest in the
19   program.
20       Q.    But in 1997 --
21       A.    Yes.
22       Q.    -- you make a statement about how

Page 89

1    Congress was satisfied that participants were
2    being fairly and lawfully compensated --
3        A.    Yes.
4        Q.    -- how can you -- what -- what is
5    the basis of you making the statement that
6    Congress, in 1997, was satisfied that the
7    program was a cultural exchange program in which
8    participants were being fairly and lawfully
9    compensated?
10       A.    The series of legislation that went
11   on from 1986 to 1997; the Congress' direction to
12   expand the program; Congress' direction to
13   regulate the program; Congress' direction to
14   report -- provide them a report on the program
15   as a condition precedent to permanent
16   authorization.
17       Q.    Okay.  So you're -- you're basing
18   that statement that Congress was satisfied that
19   this was a cultural exchange program in which
20   participants were being fairly and lawfully
21   compensated on the fact that they enacted a law?
22       A.    Well -- yes, ma'am.  If you give me



1   just a minute, I might have . . .
2           (Whereupon, the witness reviews the
3           material provided.)
4           THE WITNESS:  Well, I'm looking at
5   the -- roll call vote in the House,
6   which was September the 29th of 1997, and
7   the bill passed 377 to 33.  The bill is
8   S.1211, 105th Congress, an original bill
9   to provide permanent authority for the
10  administration of au pair programs.
11          So that's all I can tell you on
12  that.
13  BY MS. SMALLS:
14      Q.    Is it accurate to say that Members
15  of Congress vote on legislation for a host of
16  different reasons?
17          MS. LUKEY:  Objection.
18          THE WITNESS:  I'm not a
19  Congressional relations person.
20  BY MS. SMALLS:
21      Q.    Okay.  But here, you say that the
22  law was enacted because Congress was satisfied

1   that this was a cultural exchange program in
2   which participants were being fairly and
3   lawfully compensated --
4       A.    Yes.
5       Q.    -- so I'm -- I'm still trying to get
6   to the root of the basis -- other than the fact
7   that the law was passed -- that they passed a
8   law, that they were satisfied on this particular
9   point that the Au Pair Program was a cultural
10  exchange program in which participants were
11  being fairly and lawfully compensated.
12          What is the basis of that statement?
13      A.    The fact that they enacted the
14  permanent legislation.
15      Q.    Okay.  Thank you.
16          And did au pair compensation drive
17  the enactment?  Was that the reason that
18  the -- the law was enacted, as you understand
19  it?
20          MS. LUKEY:  Objection.
21          THE WITNESS:  I couldn't offer an
22  opinion on that.

1   BY MS. SMALLS:
2       Q.    Okay.
3           All right.  Let's go to
4   Paragraph 23.
5       A.    Under my direction, the 1997 fact
6   sheet was updated and reissued by the ECA in
7   2001, and is attached as Exhibit B.  Following
8   the transition of oversight responsibility for
9   the Au Pair Program from USIA to ECA, the 2001
10  update to the fact sheet again deployed the
11  Department of Labor regulatory formula based on
12  the Federal minimum wage and DOL room and board
13  credit calculation to determine the minimum
14  weekly stipend to be paid to Au Pair Program
15  participants.  That formula has never changed.
16      Q.    Okay.  Is that a statement of fact
17  or --
18      A.    That is a statement of fact.
19      Q.    And in Paragraph 23, you -- you
20  start the sentence by saying, Under my
21  direction.
22      A.    Yes.

1       Q.    Why do you include "under my
2   direction"?  Is that -- is the purpose of that
3   phrase to convey any authority?
4       A.    No.
5       Q.    No?
6       A.    No.
7       Q.    Okay.  And then if you can read
8   Paragraph 24.
9       A.    I was involved in the review and
10  drafting of subsequent interpretations,
11  amendments and guidance documents pertaining to
12  these regulation -- regulations throughout my
13  tenure at the USIA and Department of State.  I
14  left oversight of the Exchange Visitor Program
15  in 2011 and left the Department of State in
16  2015.
17      Q.    And then if you can go on in
18  Paragraph 25.
19      A.    I, therefore, have extensive
20  knowledge of the regulatory and statutory
21  history of the Au Pair Program from initial
22  program guidelines through adoption of formal



Page 94

1    regulations and permanent statutory authority.
2        Q.    Is the reason that you include the
3    fact that you have extensive knowledge of the
4    regulatory and statutory history of the Au Pair
5    Program supposed to convey any expertise or
6    particular authority for you to offer the
7    testimony that you have in this declaration?
8            MS. LUKEY:  Objection.
9            THE WITNESS:  No.  It's there to
10       provide context for the statements made
11       in Paragraphs 1 through 24.
12   BY MS. SMALLS:
13       Q.    Okay.  I want to refer back to the
14   regulation -- the au pair regulation in 62.31
15   where we were talking about the sponsor's
16   requirements with respect to au pair selection.
17       A.    Excuse me.  Which document, ma'am?
18       Q.    The au pair regulation.  So 62- --
19       A.    Thirty-one?
20       Q.    -- -31.
21           MS. LUKEY:  It looks like
22       Exhibit 3, I think.

Page 95

1            MS. SMALLS:  Yes.  Thank you.
2            THE WITNESS:  Okay.
3    BY MS. SMALLS:
4        Q.    Exhibit 3.
5        A.    Yes.
6        Q.    So I want to -- I want to go back to
7    the section on au pair selection and the
8    requirement of sponsors.
9            Is this -- in terms of selecting au
10   pairs, in your understanding, is that something
11   that the designated sponsor is required to
12   conduct, or would that be appropriate for a
13   third party to conduct?
14           MS. LUKEY:  Objection.
15           THE WITNESS:  I don't know.  I --
16   I don't know.  I wasn't here to testify
17   regarding regulatory interpretation.
18       Third parties are permitted in
19       some exchange visitor programming and not
20       permitted in others.
21   BY MS. SMALLS:
22       Q.    And so what is a third party in --

Page 96

1    in this -- and I'll clarify -- a foreign third
2    party permitted to do in the Au Pair Program,
3    and what functions, in your view, would be
4    limited to the purview of the U.S. State
5    Department designated sponsor.
6            MS. LUKEY:  Objection.
7            THE WITNESS:  I would
8        actually have to read 62.31 in its
9        entirety to answer that question --
10   BY MS. SMALLS:
11       Q.    Why don't you read it?
12       A.    -- intel -- intelligently.  And I
13   would also then have to go and read Subpart A --
14   provisions that are in Subpart A to be able to
15   answer that question.
16       Q.    If you can take the time to review
17   the regulation, I'll look and see if I have
18   Subpart A with me.
19       A.    Um-hum.
20           (Whereupon, the witness reviews the
21           material provided.)
22           THE WITNESS:  In Subpart A, there

Page 97

1    should be a reference to use of third
2    parties, I believe.  There is also in
3    Subpart A a definition of third party set
4    forth in 62.2, or whatever the
5    Definitions section is now.
6            - - -
7            (Colvin Deposition Exhibit Number 5,
8            22 CFR, Section 62.5, Designation
9            application procedure, marked for
10           identification, as of this date.)
11           - - -
12           MS. LUKEY:  What number is this?
13           THE COURT REPORTER:  Five.
14           MS. LUKEY:  Thank you.
15       There are two that she just
16   marked.  I don't know which one you have,
17   Stanley.
18       Three?
19           THE WITNESS:  I have a 3.  I don't
20   have a 4.
21           MS. LUKEY:  I think she's marked
22   5, 6 and 7.



Page 98

1      Right?  And 8 now?
2      THE WITNESS:  I have a 4.  I'm
3 sorry.
4      MS. LUKEY:  Could you be sure to
5 tell him which numbers you want him to
6 look at?  Because I'm not sure he's got
7 the ones you just handed --
8      MS. SMALLS:  I'm making sure -- so
9 he said that he needed Subpart A, so I'm
10 giving all the components of Subpart A.
11 And so he can refer to them -- we should
12 mark them all as exhibits, but I want to
13 make sure that he has an opportunity to
14 review each of these so he feels he has
15 the information necessary to answer the
16 question that I'm asking him.
17      So have you marked each of
18 these -- this is how -- 62.5 is Number 5;
19 I have 62.6 as 6; 62.9 as 7; 62.12 as 8.
20      (Sotto voce comments by counsel.)
21
22

Page 99

1      - - -
2      (Colvin Deposition Exhibit Number 6,
3      22 CFR, Section 62.6, Designation,
4      marked for identification, as of
5      this date.)
6      - - -
7      (Sotto voce comments by counsel.)
8      MS. SMALLS:  Seven.
9      - - -
10      (Colvin Deposition Exhibit Number 7,
11      22 CFR, Section 62.9, General
12      obligations of sponsors, marked for
13      identification, as of this date.)
14      - - -
15      MS. SMALLS:  Eight.
16      - - -
17      (Colvin Deposition Exhibit Number 8,
18      22 CFR, Section 62.12, Control of
19      Forms DS-2019, marked for
20      identification, as of this date.)
21      - - -
22      MS. SMALLS:  This is 9.

Page 100

1      - - -
2      (Colvin Deposition Exhibit Number 9,
3      22 CFR, Section 62.15, Reporting
4      requirements, marked for
5      identification, as of this date.)
6      - - -
7      MS. LUKEY:  Dawn, I don't think
8 you gave us 62.1(b), which, I believe,
9 has the section that you're asking him
10 about.
11 BY MS. SMALLS:
12    Q.   Have you reviewed --
13    A.   Do you have Section 62.2?
14    Q.   62.2?
15    A.   That's the Definitions section.
16    Q.   All right.  Let's pause on that.  I
17 will get you -- is it 62.2(b)?  Is that the
18 relevant section that you need?
19    A.   I -- I don't know, because the --
20    Q.   But it's the Definitions section?
21    A.   It's the -- it's the Definitions
22 section --

Page 101

1    Q.   Okay.
2    A.   -- and the -- as I recall, Subpart A
3 has 16 or so subparagraphs.
4      MS. LUKEY:  And I had asked you
5 about 62.1(b).  Unfortunately, my laptop
6 is not working, so I can't pull anything
7 up.
8      THE WITNESS:  And this is -- I'm
9 trying to recall --
10 BY MS. SMALLS:
11    Q.   Well, let's pause on this --
12    A.   -- yeah, If I recall --
13    Q.   -- we'll -- we'll get the full --
14    A.   -- yeah, if I recall correctly --
15    Q.   -- just so we --
16    A.   -- 62.1 is a statement of purpose,
17 and 62.2 is a definitional section.
18    Q.   Well, when we break for lunch,
19 we'll --
20    A.   Okay.
21    Q.   -- get the full section so that
22 we're not dealing with it in a piecemeal way.

MAGNA ▶
LEGAL SERVICES

## Page 102

1    MS. SMALLS:  I think this is 10?
2    MS. LUKEY:  I have an 8.  I don't
3 think I have a 9.
4    THE WITNESS:  I have an 8 and 9.
5    MS. LUKEY:  Maybe --
6    MS. SMALLS:  62.15 is 9.
7    MS. LUKEY:  Okay.  I just hadn't
8 marked it.  Thank you.
9         - - -
10    (Colvin Deposition Exhibit Number
11    10, E-mail, Bates stamped
12    InterExchange0036619 through
13    InterExchange0036620, marked for
14    identification, as of this date.)
15         - - -
16 BY MS. SMALLS:
17    Q.    Can you take a moment to review this
18 document?
19    A.    Which one?
20    Q.    Ten.
21    A.    Ten.
22    (Whereupon, the witness reviews the

## Page 103

1    material provided.)
2    THE WITNESS:  Yes, ma'am.
3 BY MS. SMALLS:
4    Q.    Can you refer to the section where
5 it says, Deputy Assistant Secretary Colvin?
6    In that paragraph -- and this is an
7 e-mail from Michael McCarry at the Alliance, it
8 looks like, to a number of visa sponsors, and he
9 is accounting a meeting with you in which he
10 says that you said that you urged sponsors to,
11 quote, reign in their foreign partners.
12    Do you have any recollection of that
13 conversation or saying that?
14    A.    First, I would correct your
15 characterization of the document --
16    Q.    Okay.
17    A.    -- it is a -- purports to be an
18 e-mail from Mike McCarry, who would have been
19 the Executive Director of the Alliance, to what
20 appears to be his membership.  Okay?
21    It is a summary of a meeting held by
22 the State Department for designated program

## Page 104

1 sponsors, not all, only Summer Work Travel --
2 Summer Work Travel Program participants.
3 Present at the meeting is the Deputy Assistant
4 Secretary for Consular Affairs; also Abby Rupp
5 from Consular Affairs; myself; Ida Abell, who is
6 the program officer for Summer Work Travel
7 programs.
8    And the -- I have no immediate
9 recollection of the meeting at all, but, you
10 know, it -- it is what -- it is what it is.  I
11 have no basis to contest the authenticity of the
12 document, but I can certainly point out that it
13 has nothing do with the Au Pair Program.
14         - - -
15    (Colvin Deposition Exhibit Number
16    11, Consultant Agreement, Bates
17    stamped DEF-COLVIN000001 through
18    DEF-COLVIN000012, marked for
19    identification, as of this date.)
20         - - -
21 BY MS. SMALLS:
22    Q.    Do you recognize this document?

## Page 105

1    A.    It appears to be my consulting
2 agreement.
3    Q.    Do you want to take a moment to
4 review it?
5    A.    I believe it's mine, yes, ma'am.
6    Q.    Okay.  In the consultant agreement,
7 it provides that you will be paid $375 an hour;
8 is that correct?
9    A.    Yes, ma'am.
10    Q.    Is that the standard rate that you
11 charge your other clients?
12    A.    Yes, ma'am, it is.
13    Q.    Do you have a uniform or fixed rate
14 that you charge your other clients?
15    A.    I charge between 375 and $500 an
16 hour.
17    Q.    Okay.  But not less than 375?
18    A.    Never.
19    Q.    Okay.  This consultant agreement is
20 a consultant agreement for investigation,
21 document review, studies and research; is that
22 correct?

Page 106

1    A.    Yes, ma'am.
2    Q.    And it also provides for the
3  preparation of a written report; is that
4  correct?
5    A.    Yes, ma'am.
6    Q.    Is the declaration that you prepared
7  encompassed by this consulting agreement?
8    A.    I believe it is, yes, ma'am.
9    Q.    Is it the written report that's
10 referenced here?
11   A.    I've never given a written report.
12        THE VIDEOGRAPHER:  Sir, I think
13 your mic -- can you do me a favor and put
14 it toward your lapel instead?
15        Maybe your left one is better.
16 Your left.
17        MS. LUKEY:  I don't think it will
18 clip that way.  It will be upside down.
19        THE WITNESS:  Can you hear me now?
20        THE VIDEOGRAPHER:  Okay, that's
21 fine.  We're done.
22        THE WITNESS:  I'm sorry --

Page 107

1         THE VIDEOGRAPHER:  No problem.
2         THE WITNESS:  -- I'm sorry.
3  BY MS. SMALLS:
4    Q.    In addition to your work as a
5  consultant in the Beltran matter, do you do any
6  work for any of the sponsors individually?
7    A.    Any au pair sponsors?
8    Q.    Any au pair sponsors, individually.
9    A.    I have done work for one au pair
10 sponsor.
11   Q.    Just one?
12   A.    Yes.
13   Q.    Okay.  When did you first begin your
14 work for AuPairCare?
15   A.    For AuPairCare?
16        EurAupair?
17   Q.    No; AuPairCare.
18   A.    Which one is that?
19   Q.    I mean, they're called AuPairCare.
20        MS. LUKEY:  Well, I suppose I have
21 to object on foundation.  He apparently
22 doesn't believe that he's done work

Page 108

1  specifically for AuPairCare separate from
2  this.
3  BY MS. SMALLS:
4    Q.    Have you ever heard of AuPairCare?
5    A.    Yes, I have.
6    Q.    But you're -- you haven't done any
7  individual work for --
8    A.    No --
9    Q.    -- AuPairCare?
10   A.    -- no, I have not.
11   Q.    Okay.  But you have heard of
12 AuPairCare?
13   A.    Yes, I have.
14   Q.    Okay.  And for this individual
15 sponsor, have you done advocacy on their behalf?
16   A.    No.
17   Q.    What -- what was the substance of
18 that work that you did for the unnamed --
19   A.    I -- I sent --
20   Q.    -- au pair sponsor?
21   A.    -- I sent a letter to the New York
22 Department of Labor.

Page 109

1    Q.    Okay.
2         - - -
3         (Colvin Deposition Exhibit Number
4         12, Letter, Colvin to Alvarado,
5         March 28, 2017, Bates stamped
6         COLVIN_00370 through COLVIN_00373,
7         marked for identification, as of
8         this date.)
9         - - -
10 BY MS. SMALLS:
11   Q.    Is this the letter that you're
12 referring to?
13   A.    Yes.
14   Q.    For the individual unnamed au pair
15 sponsor --
16   A.    Yes.
17   Q.    -- well, let me ask, is -- is that
18 au pair sponsor a Defendant in this lawsuit?
19   A.    Yes.
20   Q.    Okay.  So did your work for the
21 individual au pair sponsor come before, after or
22 during you began your consultancy under the --

MAGNA
LEGAL SERVICES

Page 110

```
1    the broader consultant agreement that --
2       A.   It came after.
3       Q.   It came after.
4          Okay.  And in this letter, you
5    are -- it appears to be a matter you're writing
6    in relation to a matter before the Department of
7    Labor; is that correct?
8       A.   Yes, ma'am.
9       Q.   Okay.  And the Department of Labor
10   is determining or in a position to make a
11   determination about whether there is a violation
12   of -- of the minimum wage laws or not; is that
13   correct?
14      A.   Yes, ma'am.
15      Q.   And what is the purpose of your
16   letter to the Department of Labor investigator?
17      A.   The purpose of this correspondence
18   is to explain that the Au Pair Program is a
19   foreign relations function of the
20   United States Government and that payment of
21   minimum -- Federal minimum wage is applicable.
22      Q.   Is this letter advocacy?
```

Page 111

```
1       A.   I don't know how one would
2    characterize it.  I view it as informational.
3       Q.   Okay.  When you -- it's -- there are
4    many redactions here, but if you go to the
5    second-to-last paragraph.  And it says,
6    Redacted -- does not dispute that she was paid
7    this weekly wage --
8       A.   Um-hum.
9       Q.   -- accordingly -- redacted --
10   respectfully requests that you withdraw your
11   finding of any underpayment of wages due --
12   redacted.
13      A.   Um-hum.
14      Q.   In that sentence, are you
15   representing the unnamed sponsor agency?
16      A.   I am.
17      Q.   Okay.  And are you advocating to the
18   Department of Labor that they withdraw their
19   finding?
20      A.   I'm advising Mr. Alvarado that the
21   sponsor is requesting that he withdraw his
22   finding, yes.
```

Page 112

```
1       Q.   But in your letter, as a
2    representative of the unnamed --
3       A.   I'm writing --
4       Q.   -- Defendant, you are representing
5    them and requesting that they withdraw their
6    finding?
7       A.   No, not at all --
8       Q.   Okay --
9       A.   -- no.
10      Q.   -- can you tell me what you're doing
11   in that sentence?
12      A.   The au pair sponsor is not a
13   Defendant in this litigation.
14      Q.   I asked that you question.
15      A.   Then I misunderstood you.
16      Q.   Okay.
17      A.   The au pair sponsor is not a
18   Defendant in this litigation.
19         MS. LUKEY:  I'm sorry.  In which
20   litigation?
21         THE WITNESS:  Or in this --
22         MS. SMALLS:  Beltran.
```

Page 113

```
1          MS. LUKEY:  That's why I asked,
2    because he's saying they're not a
3    Defendant in this --
4          THE WITNESS:  They're not in a
5    Defendant in this.
6          MS. LUKEY:  -- in the Department
7    of Labor --
8          THE WITNESS:  The au pair --
9          MS. LUKEY:  -- proceeding.
10         THE WITNESS:  -- the au pair
11   sponsor is not involved in this matter.
12   They're not named.  They're not a
13   Defendant.
14         MS. LUKEY:  They are a Defendant
15   in the Beltran litigation.
16         THE WITNESS:  But they are a
17   Defendant in the Beltran case.
18   BY MS. SMALLS:
19      Q.   So, again, going back to that
20   sentence, whether or not the au pair sponsor who
21   is a Defendant in this action is a defendant in
22   that action, you are asking, on behalf of the
```

Page 114

1    au pair sponsor for the Department of Labor, to
2    withdraw a finding of underpayment; is that
3    correct?
4        A.    Yes.
5        Q.    And why would the au pair sponsor
6    want to interject into a adjudication in which
7    it was not a defendant?
8        A.    Because the payment of Federal
9    minimum wage is the basis under which they
10   operate their program.
11       Q.    And it's also one of the core issues
12   in this lawsuit; is that correct?
13           MS. LUKEY:  Objection.
14           THE WITNESS:  I'm not -- I don't
15       know what your issues are.
16           The best as I can understand your
17       issue is that you are asserting that 16
18       sponsors somehow conspired to be in
19       compliance with the Federal regulation.
20   BY MS. SMALLS:
21       Q.    But a finding of underpayment of
22   wages for the au pair in this matter, in which

Page 115

1    you are -- in which you are, I guess,
2    intervening or writing this letter would have an
3    adverse effect on the visa sponsor that you are
4    representing?
5        A.    No --
6        Q.    Then why --
7        A.    -- no, not at all.
8        Q.    -- it's a little bit confusing
9    because there's so many redactions, and we have
10   two different matters here.
11           But -- so why did the visa sponsor
12   that you are representing in -- what should I
13   call this?
14       A.    Why don't we call it new -- the
15   letter to Mr. Alvarado --
16       Q.    Okay.  So --
17       A.    -- March 28th correspondence to Mr.
18   Alvarado?
19       Q.    Okay.  So I have -- I now have a
20   designation that I can use for that.  And I'll
21   call this the Beltran matter so that we -- we
22   can name each of the respective proceedings.

Page 116

1        So you stated that the visa sponsor
2    that you represent in the letter to Mr. Alvarado
3    is not a Defendant in this matter?
4        A.    They are not; that's correct.  "This
5    matter" being the Alvarado --
6        Q.    The letter to Mr. Alvarado --
7        A.    They are not --
8        Q.    -- they are -- they are not --
9        A.    -- they are not.
10       Q.    And so why was -- did the visa
11   sponsor ask you to write this letter --
12           MS. LUKEY:  Objection --
13   BY MS. SMALLS:
14       Q.    -- on their behalf?
15           MS. LUKEY:  -- objection.  This is
16       his hunt, not mine, but if it's a client
17       of his, I assume that he's got to think
18       about privilege.
19           I am not advising him.
20   BY MS. SMALLS:
21       Q.    Are you -- are you acting as a -- as
22   an attorney for your client?

Page 117

1        A.    Yes.  It says Attorney-At-Law right
2    at the top of the page there.
3        Q.    Okay.  So in writing this letter,
4    you're acting as an attorney; is that correct?
5        A.    Yes, ma'am.
6        Q.    And in writing this letter, you are
7    acting on the behalf of an au pair visa
8    sponsor --
9        A.    Yes, ma'am --
10       Q.    -- is that correct?
11       A.    -- that's correct.
12       Q.    And you are writing this letter as
13   an attorney on behalf of an au pair visa sponsor
14   to the Department of Labor --
15       A.    That is correct --
16       Q.    -- is that correct?
17       A.    -- New York --
18           MS. LUKEY:  New York.
19           THE WITNESS:  -- Department -- New
20       York Department --
21   BY MS. SMALLS:
22       Q.    The New York -- the New York

MAGNA
LEGAL SERVICES

Page 118

1   Department of Labor.  Okay.
2        Is that correct?
3        A.   Yes, ma'am.
4        Q.   Okay.  And in this letter, as an
5   attorney on behalf of an au pair visa sponsor to
6   the Department -- New York Department of Labor,
7   you are asking them to take an action; is that
8   correct?
9        A.   No, that's not correct.
10       Q.   Okay.  The statement says,
11  Accordingly, blank respectively requests that
12  you withdraw your finding --
13       A.   Oh.
14       Q.   -- is that an action that you are
15  requesting on behalf of the au pair visa
16  sponsor?
17       A.   Yes, that is.
18       Q.   Okay.  Okay.
19            Thank you.
20       A.   Yes, that is.  I -- I don't -- I
21  wasn't understanding your question.
22       Q.   Okay.  And do you generally

Page 119

1   understand advocacy to entail persuasive
2   argument?
3        A.   Advocacy --
4            MS. LUKEY:  Objection.
5            THE WITNESS:  -- advocacy includes
6       information and education of someone
7       unaware of a particular issue.
8   BY MS. SMALLS:
9        Q.   Okay.  But it's fair -- it's fair to
10  say that you -- in this letter, you are writing
11  the Department of Labor to take a certain action
12  on behalf of your client?
13       A.   Well, I think the letter's going to
14  have to speak for itself.  The intent of the
15  letter is clear, and that is to inform the
16  Department of Labor -- New York Department of
17  Labor that there is a Federal statute and
18  regulation that preempts their application of --
19  that the Federal regulation and statute, which
20  falls within the foreign relations function of
21  United States Government preempts and
22  necessitates the payment of Federal minimum

Page 120

1   wage.
2        Q.   Then you conclude the letter by
3   asking them to take an action; is that correct?
4        A.   The --
5        Q.   The second-to-last sentence.
6        A.   -- does not -- yes, that you
7   withdraw your finding.  That is requesting an
8   action.
9        Q.   Okay.  Is -- when you request an
10  action, is that different than providing
11  information?
12       A.   I don't know how to answer that.
13       Q.   Is providing -- is requesting an
14  action a step further than providing
15  information?
16            MS. LUKEY:  Objection.
17            THE WITNESS:  I -- I -- I don't
18       know how to answer your question because
19       I'm not understanding the context of it.
20  BY MS. SMALLS:
21       Q.   Okay.  I'm going to mark this.
22            MS. SMALLS:  If we can mark

Page 121

1   this --
2            - - -
3        (Colvin Deposition Exhibit Number
4        13, 22 CFR, Section 62.1, Purpose,
5        marked for identification, as of
6        this date.)
7            - - -
8            MS. SMALLS:  And this is -- this
9   is Part 62, Subpart A, the full . . .
10           MS. LUKEY:  Here you go.
11           MR. QUINN:  Thank you.
12           MS. LUKEY:  Thank you.
13  BY MS. SMALLS:
14       Q.   I'll give you a moment to review it.
15  And just let me know when you have.
16           MS. LUKEY:  It -- it's pretty
17  long.
18           Was there anything in particular
19  you wanted him to look for?
20           MS. SMALLS:  Whatever he needs to
21  reference to answer the question that I
22  was -- he -- I asked him a specific

MAGNA
LEGAL SERVICES

Page 122

1    question around --
2         MS. LUKEY:  The use --
3         MS. SMALLS:  -- the functions of
4    sponsors designated by the Department of
5    State and responsibilities that they are
6    responsible for and functions that are
7    appropriate for foreign partners, third
8    parties to undertake.  And he said -- he
9    replied, in answer to that question, I
10   need to refer to 62, Subpart A.
11        So I have no particular piece of
12   62, Subpart A that I need to reference,
13   but I -- I want him to be able to answer
14   my question, so I've given him the full
15   Subpart A.
16        He can take whatever time he
17   needs -- we're on the record -- so that
18   he can answer my question about what
19   activities are appropriate for sponsors
20   designated by the U.S. Department of
21   State and those that are foreign
22   entities.

Page 123

1         MS. LUKEY:  He apparently wants to
2    make some marking.
3         May I suggest, since he's got the
4    tagged one, that I'll hand him this copy
5    to use for marking on it?  I assume you
6    don't want marks on the exhibit.
7         Or do you not care?
8         MS. SMALLS:  I don't care.
9         MS. LUKEY:  Okay.
10        You can go ahead and mark, then.
11        And for the record, looking at
12   this, I think I earlier referenced
13   61.1(b), but what you've handed him,
14   62.1(b), is what I actually had in mind.
15   So I cited to the wrong regulation.
16        (Whereupon, the witness reviews the
17        material provided.)
18        THE WITNESS:  Okay.
19   BY MS. SMALLS:
20        Q.   So I asked you a question about --
21   in the au pair regulation, there are a series
22   of -- in Subpart (d), 1 through 6, where it

Page 124

1    talks about what sponsors shall do with respect
2    to au pair selection.
3         Is that --
4         A.   62.31 (d)?
5         Q.   16.31 (d) [sic] --
6         A.   (d)?
7         Q.   -- and then 1 through 6 --
8         A.   One through 6.  Okay.
9         Yes, ma'am.
10        Q.   -- the section that we referred to
11   earlier.
12        A.   Okay.
13        Q.   And so it says, Sponsors shall
14   ensure --
15        A.   Um-hum.
16        Q.   -- that all participants in a
17   designated au pair exchange program, and then it
18   lists 1 through 6 --
19        A.   Yes.
20        Q.   -- and so my question for you are --
21   is the selection process something that is
22   solely within the purview, given the "shall," of

Page 125

1    a sponsor designated -- a U.S.-based sponsor
2    designated by the Department of State or whether
3    that's appropriate for a foreign third-party
4    partner?
5         A.   Some --
6         MS. LUKEY:  Objection.
7         THE WITNESS:  -- well, if you're
8    asking a fact-based question, okay,
9    versus a -- are you asking for my legal
10   opinion?  Because I'm not in a position
11   to give you a legal opinion on this
12   regulation.
13   BY MS. SMALLS:
14        Q.   No.  I'm -- I'm -- you -- I forget
15   how you say it in your declaration, but you had
16   legal oversight of the Exchange Visitor Program;
17   day-to-day administration of the Office of
18   Exchange Coordination and Designation; you
19   clearly had -- you know, we can go through -- I
20   mean, you had a role in -- a senior role in the
21   administration of the Au Pair Program.  This is
22   something that would come up on a regular basis

MAGNA ▶
LEGAL SERVICES

Page 126

1    in the administration of the Au Pair Program.
2         So I'm not asking for a legal
3    analysis of anything; I'm -- I'm asking for,
4    just as you've given context to everything else,
5    that in the administration of the Au Pair
6    Program --
7         A.   That, I can --
8         Q.   -- this --
9         A.   -- okay.
10        Q.   -- this -- this requirement of
11   sponsors --
12        A.   Um-hum.
13        Q.   -- of which there are many --
14        A.   Um-hum.
15        Q.   -- in terms of the -- the
16   administration of the program --
17        A.   Um-hum.
18        Q.   -- is this -- is this something that
19   U.S.-designated -- sponsors designated by the
20   U.S. Department of State are uniquely required
21   by the regulation to perform or whether this is
22   something that can be designated to a foreign

Page 127

1    entity?
2         A.   Okay --
3         MS. LUKEY:  Objection.
4         THE WITNESS:  -- for purposes of
5    context, I'll refer you to 62.9 --
6    BY MS. SMALLS:
7         Q.   Okay.
8         A.   -- and 62.10 and 62.2, the
9    definition of third party.
10        And for purposes of context, those
11   three regulations demonstrate that the
12   utilization of third parties in the
13   administration of a sponsor's Exchange Visitor
14   Program is not only contemplated but routine.
15        Q.   And that would include au pair
16   selection?
17        A.   Yes, that would -- this -- 60 --
18   row -- those regulations set forth in Subpart A
19   are regulations of general applicability.  They
20   apply to all program aspects -- to all
21   programs --
22        Q.   Okay.

Page 128

1         A.   -- all 15 categories of Exchange
2    Visitor Program participation.
3         Q.   And in the use of a third party,
4    could a sponsor agency designated by the U.S.
5    Department of State ever disclaim responsibility
6    for any of the requirements of a U.S. sponsor
7    based on the fact that a foreign third party was
8    handling it?
9         MS. LUKEY:  Objection.
10        THE WITNESS:  The -- again, the
11   answer to that lies in 62.9 and .10 and
12   62.2.  And there -- let me read 62.2
13   again.
14   BY MS. SMALLS:
15        Q.   Please.  Take whatever time you
16   need.
17        (Whereupon, the witness reviews the
18        material provided.)
19        THE WITNESS:  Okay.  I -- and can
20   you state your question again?  I'm
21   sorry.
22

Page 129

1    BY MS. SMALLS:
2         Q.   No, no, no.  That's fine.
3         My question was, In the use of a
4    third party, could a sponsor agency designated
5    by the U.S. Department of State ever disclaim
6    responsibility for any of the requirements of a
7    U.S. sponsor based on the fact that a foreign
8    third party was handling it?
9         A.   The answer to that question is found
10   in 62.2, third -- the definition of third party.
11        Q.   And what is the answer to that
12   question?
13        A.   The answer would be no.
14        Q.   Okay.  And can you refer to the
15   specific language that -- in -- I'm -- I'm
16   looking at the same thing -- within that
17   definition of third party that leads you to that
18   conclusion?
19        A.   Yes.  A sponsor's -- this is the --
20   it's the third sentence -- A sponsor's use of a
21   third party does not relieve the sponsor of its
22   obligations to comply and to ensure third-party

MAGNA
LEGAL SERVICES

Page 130

1    compliance with the provisions of this part.
2        Q.    Can you read the next sentence as
3    well?
4        A.    Failure by any third party to comply
5    with the regulations set forth in this part or
6    with any additional terms and conditions
7    governing administration of the Exchange Visitor
8    Program that the Department of State may, from
9    time to time, impose will be imputed to the
10   sponsor.  Sponsors are required to ensure that
11   third parties know and comply with all
12   applicable provisions of these regulations.
13       Q.    And I want to -- you referred to
14   62.9.  I just want to make sure that -- it's --
15   it's Exhibit Number 7.
16       A.    Yeah.
17       Q.    Would that -- would those
18   requirements to a third party also apply to the
19   requirements of sponsors in 62.9 (d)?
20       A.    I -- I'm missing something there.
21             Are you asking -- you're asking
22   whether the third party --

Page 131

1        Q.    Let's back up --
2        A.    Okay.
3        Q.    -- let's -- I'll walk through it --
4        A.    Okay.
5        Q.    -- so just strike that last
6    question.
7        A.    Okay.
8        Q.    So 22 CFR 62.9 (d) includes another
9    series of requirements for sponsors; is that
10   correct?
11       A.    Yes, ma'am.
12       Q.    And can you tell me -- and if you
13   need to -- you can summarize it or you can read
14   it, but can you tell me what the requirements of
15   sponsors in (d) are?
16       A.    It's -- I would characterize it as a
17   sponsor's obligation to provide accurate
18   information regarding its program.
19       Q.    Okay.  And this requirement on
20   sponsors to provide accurate information to
21   prospective applicants is -- is for prospective
22   au pairs.

Page 132

1        It -- it -- this is a requirement to
2    provide accurate information before they have
3    signed up for the program; is that correct?
4        A.    It would -- yes, it is the -- but
5    it's not -- again, it's not just au pair;
6    it's -- this is a -- a regulation of general
7    applicability.  It applies to all categories of
8    program participants from the Government-funded
9    to Summer Work Travel to interns to research
10   scholars.  So it's a -- and it applies to all
11   1200 program sponsors --
12       Q.    Okay.
13       A.    -- it's -- it's not unique to
14   au pair --
15       Q.    But it does --
16       A.    -- it's --
17       Q.    -- apply to au pair --
18       A.    Yes --
19       Q.    -- sponsors?
20       A.    -- yes, ma'am.
21       Q.    So this part would require au pair
22   sponsors to provide, as you said, accurate

Page 133

1    information --
2        A.    That --
3        Q.    -- to people that were interested in
4    participating in the Au Pair Program before they
5    signed up; is that correct?
6        A.    If the sponsor provided information,
7    it must be accurate.  There's no obligation that
8    they provide it.
9        Q.    Can you read -- can you write --
10   read (d)(2) and (3), please?
11       A.    (d)(2), Provide accurate information
12   to the public when advertising their exchange
13   visitor or responding to public inquiries.
14             That's --
15       Q.    So let's stop there --
16       A.    Okay.
17       Q.    -- so there is a requirement for
18   au pair sponsors designated by the Department of
19   State to be accurate when advertising their
20   programs?
21       A.    If they are advertising, the
22   advertising must be accurate.

Page 134

1      Q.    Okay.  And then if you can go on to
2  Number 3.
3      A.    Provide accurate program information
4  and materials to prospective exchange visitors,
5  host organizations and host employers, if
6  applicable, at the time of recruitment and
7  before exchange visitors enter into agreement
8  and/or pay nonrefundable fees.
9      Q.    Okay.  So this -- this seems to be a
10  requirement that they provide program
11  information and materials, not if --
12         MS. LUKEY:  Objection.
13  BY MS. SMALLS:
14     Q.    -- I'm -- I'm --
15     A.    Well, (2) discusses if they're
16  engaged in advertising --
17     Q.    Right.
18     A.    -- (3) is -- relates to 10,
19  actually -- 62.10, I believe, which requires
20  that all program participants receive prearrival
21  orientation information.
22     Q.    And that's a requirement of the

Page 135

1  sponsor; is that --
2      A.    For -- that -- that prearrival
3  orientation information can -- it's the
4  sponsor's -- it's a sponsor obligation.  They
5  can meet that obligation through the utilization
6  of third parties.
7      Q.    Okay.  But going back to the third
8  party definition --
9      A.    Um-hum.
10     Q.    -- if they do that and -- and
11  utilize a third party, the use of a third party
12  does not relieve the sponsor of its obligations
13  to comply and to ensure third-party compliance
14  with the provisions of this party?
15     A.    That's correct.
16     Q.    Okay.
17         - - -
18         (Colvin Deposition Exhibit Number
19          14, Defendant Cultural Care, Inc.'s
20          Objections to Plaintiffs' Notice of
21          30(B)(6) Deposition, marked for
22

Page 136

1          identification, as of this date.)
2         - - -
3  BY MS. SMALLS:
4      Q.    Have you ever seen this document
5  before?
6      A.    No, ma'am.
7      Q.    Okay.  I'm going to provide you with
8  as much time as you need to review it -- to
9  fully review it, and then I'm going to ask you a
10  question about it.
11         (Whereupon, the witness reviews the
12          material provided.)
13         MS. LUKEY:  So are you going to
14  ask him to comment on Cultural Care's
15  objection to the 30(b)(6) deposition
16  notice?
17         MS. SMALLS:  I'll ask him my
18  question when he's --
19         MS. LUKEY:  I'm sorry.  I think
20  that's inappropriate.  I can't stop you,
21  but I think it's inappropriate.
22         MS. SMALLS:  Okay.  You've made

Page 137

1  your comment for the record.
2         (Whereupon, the witness continues to
3          review the material provided.)
4         THE WITNESS:  Well . . .
5  BY MS. SMALLS:
6      Q.    Are you ready?
7      A.    Yes.
8      Q.    Okay.  I'm going to refer you
9  specifically to --
10     A.    Well, let me -- if I may interrupt
11  you --
12     Q.    Uh-huh.
13     A.    -- I -- I think we can cut this off
14  right now, because I have no firsthand knowledge
15  of anything in this -- in this document.
16     Q.    I'm not asking for your firsthand
17  knowledge; I'm asking for -- let me ask my
18  question.
19     A.    Okay.
20     Q.    So I want to direct you to a
21  statement --
22     A.    Okay.

MAGNA
LEGAL SERVICES

1    Q.    -- on Page 6 under Response.
2          Okay?
3    A.    Um-hum.
4    Q.    The second-to-last sentence under
5  Response, can you read that sentence?
6    A.    Cultural Care -- is that what it --
7    Q.    Yes.
8    A.    Cultural Care is not involved in
9  advertising for, recruiting, collecting any fees
10 charged to, or contracting with au pairs.
11 Cultural Care reserves its right to assert
12 additional objections during the course of the
13 deposition.
14   Q.    Is the statement, Cultural Care is
15 not involved in advertising for, recruiting,
16 collecting any fees charged to, or contracting
17 with au pairs, consistent with the obligations
18 of a U.S. sponsor as outlined in 22 CFR 62?
19         MS. LUKEY:  Objection.
20         THE WITNESS:  Again, I have no
21 firsthand knowledge of this.  I don't --
22 I'm -- quite frankly, I don't even

1    understand the context of it.  And I
2    can't give you have any --
3  BY MS. SMALLS:
4    Q.    Okay.  We'll start -- we'll start
5  again.
6          Given the requirements which we've
7  just gone through --
8    A.    Uh-huh --
9    Q.    -- in detail --
10   A.    -- uh-huh.
11   Q.    -- of U.S. sponsors, which include
12 au pair placement, requiring that certain
13 requirements are met for au pairs and so on --
14   A.    Okay.  Okay.  Okay.
15         So let me ask you this --
16   Q.    Right.
17   A.    -- are you asking me whether those
18 functions can be performed by someone acting on
19 the sponsor's behalf?
20   Q.    No, that's not what I'm asking you.
21   A.    Okay.  Then --
22   Q.    So what we discussed in reviewing

1  the third party --
2    A.    Okay --
3    Q.    -- definition --
4    A.    -- um-hum.
5    Q.    -- is -- we discussed that that --
6  that part said a sponsor's use of a third party
7  does not relieve the sponsor of its obligations
8  to comply and to ensure third-party compliance
9  with the provisions of this part, and failure by
10 any third party to comply will be -- dot, dot,
11 dot -- will be imputed to the sponsor.
12         Is that correct?
13   A.    Is that what that regulation says?
14   Q.    We'll go back and look at it.
15   A.    No.  I --
16         MS. LUKEY:  No.  He's asking you
17 is that your question --
18         THE WITNESS:  Is that your --
19         MS. LUKEY:  -- is that what the --
20         MS. SMALLS:  It's --
21         MS. LUKEY:  -- reg says.
22         MS. SMALLS:  -- yes --

1          THE WITNESS:  Yes --
2          MS. SMALLS:  -- yes.
3          THE WITNESS:  -- yes.
4  BY MS. SMALLS:
5    Q.    Is that -- is that an accurate
6  reflection --
7    A.    Yes --
8    Q.    -- of what's in that regulation?
9    A.    -- yes, yes.
10   Q.    And so I am asking you -- let's take
11 it away from if a sponsor designated by the U.S.
12 Department of State was to say I have nothing to
13 do with the recruitment or advertising of au
14 pairs --
15   A.    Yes.
16   Q.    -- is that consistent with the
17 language in the third party definition.
18   A.    Yes.
19         MS. LUKEY:  Objection.
20 BY MS. SMALLS:
21   Q.    And how is that consistent?
22   A.    All program sponsors may utilize

Page 142

1    third parties.
2        Q.    And the actions of the third party
3    are imputed to the sponsor --
4            MS. LUKEY: Objection --
5    BY MS. SMALLS:
6        Q.    -- is that correct?
7            MS. LUKEY: -- objection.
8            THE WITNESS: To the extent that
9        there is a established -- the simple
10       answer is yes --
11   BY MS. SMALLS:
12       Q.    Okay.
13       A.    -- okay?
14           The -- that definition -- now, I'm
15   going to point out that that definition is
16   -- the imposition of a penalty shouldn't be in
17   the definition, but that's where it is.
18           Okay? So it's -- it's awkward.
19       Q.    Okay --
20       A.    All right.
21       Q.    -- but what I want to understand is
22   whether the obligation always rests with the

Page 143

1    sponsor designated by the U.S. Department of
2    State or whether that obligation can ever be
3    imputed to a third party such that it no longer
4    rests with the sponsor designated by the
5    Department of State.
6            MS. LUKEY: Objection.
7            THE WITNESS: Again, the -- I
8        don't -- I don't know how State
9        Department runs their program these days.
10   BY MS. SMALLS:
11       Q.    When you were there. I'm talking
12   about -- this is all about your context --
13       A.    In my con --
14       Q.    -- of -- of -- in -- in -- of the
15   administration of the Au Pair Program. Let's
16   put --
17       A.    Okay.
18       Q.    -- it in a moment in time --
19       A.    Okay.
20       Q.    -- whatever moment in time that you
21   want to put it where you're sitting in that
22   seat. Let's not talk about the State Department

Page 144

1    in 2017.
2            And so my question to you -- let me
3    go --
4        A.    Is whether -- if a third party did
5    something wrong, is the sponsor going to get out
6    from underneath it?
7        Q.    No. I want to --
8            MS. LUKEY: Objection.
9    BY MS. SMALLS:
10       Q.    -- understand -- there are
11   obligations of sponsors --
12       A.    Yes.
13       Q.    -- if they are designated by the
14   Department of State --
15       A.    Yes.
16       Q.    -- there are obligations with being
17   a sponsor designated by the Department of State;
18   is that right?
19       A.    Yes.
20       Q.    Okay. Can you ever --
21           MS. LUKEY: Objection --
22

Page 145

1    BY MS. SMALLS:
2        Q.    -- can you ever --
3            MS. LUKEY: -- there's nowhere in
4        the regulations where those functions are
5        an obligation of the sponsor. You're
6        implying to him that the functions of
7        advertising for recruiting, collecting
8        fees charged to, and contracting with
9        au pairs are sponsor obligations.
10           MS. SMALLS: We just read in -- we
11       talked about advertising and recruitment
12       --
13           MS. LUKEY: To host families.
14       You're conflating.
15           MS. SMALLS: I'm not --
16           THE WITNESS: Again, I get back
17       to -- I don't have any firsthand
18       knowledge on --
19   BY MS. SMALLS:
20       Q.    I don't need firsthand knowledge.
21       A.    -- on this.
22       Q.    Let's take it away from just, again,

MAGNA
LEGAL SERVICES

Page 146

1  the statements -- the regulations that we just
2  reviewed.  I want to understand whether,
3  generally, the obligations as set forth in the
4  regulation for a sponsor designated by the
5  United States Department of State rest with the
6  sponsor even if they decide to delegate or
7  contract with a third party.
8          MS. LUKEY:  Objection.
9          THE WITNESS:  As -- as
10  stated -- the only way I can answer that
11  question is the regulations set forth at
12  62.9 and 62.10 and 62.2 speak for
13  themselves.  It is what it is.  I
14  don't -- I can't give you any more than
15  that.
16  BY MS. SMALLS:
17     Q.    Okay.  Thank you.
18          MS. SMALLS:  So we're at 12:00.
19  Do you want to break for lunch?
20          MS. LUKEY:  Whenever you want's
21  fine.  We started a little earlier than
22  10:00.  So if you want to break now, it's

Page 147

1  fine.
2          MS. SMALLS:  Why don't we break
3  now for an hour?
4          THE VIDEOGRAPHER:  We're going off
5  the record.  This is the end of
6  Media Unit Number 2.  The time is
7  12:06 p.m.
8          (Whereupon, at 12:06 p.m., a
9          luncheon recess was taken.)

Page 148

1      A F T E R N O O N       S E S S I O N
2              (1:17 p.m.)
3              - - -
4          STANLEY S. COLVIN,
5  was called for continued examination and,
6  after having been previously duly sworn, was
7              examined
8      and testified further as follows:
9              - - -
10          THE VIDEOGRAPHER:  This is
11  Media Unit Number 3 in the deposition of
12  Stanley Colvin.  The time is 1:17 p.m.
13  We are on the record.
14              - - -
15  EXAMINATION (CONTINUED) BY COUNSEL FOR PLAINTIFFS
16              - - -
17  BY MS. SMALLS:
18     Q.    Okay.  Before the break -- well, let
19  me just start over.
20          If we can refer to Exhibit Number 1,
21  which is your declaration.
22     A.    Yes, ma'am.

Page 149

1      Q.    In -- in that declaration, you
2  recount the history of the Au Pair Program,
3  including when it was housed at USIA; is that
4  correct --
5      A.    Yes, ma'am.
6      Q.    -- starting in 1998.
7          And you note that Congress
8  specifically noted that the Au Pair Program was
9  in keeping with the goals and directives of the
10  Fulbright-Hays Act and prohibited USIA from
11  altering the Au Pair Program in any respect.
12          Is that correct?
13      A.    That's correct.
14      Q.    And then in Paragraph 11, you state,
15  In 1990, Congress again reviewed the Au Pair
16  Program and, again, directed USIA to continue
17  administering it in its current form.
18          Is that correct?
19      A.    Yes.
20      Q.    And the -- as you testified earlier,
21  the basis for your attributions to Congress is
22  in the language of the Act --



38 (Pages 146 to 149)

Page 150

1    A.    Of the -- of the various statutes.
2    Q.    -- of the various statutes, and --
3    but that's information that's publicly
4    available.
5         And you're not offering anything in
6    addition to what is publicly available?
7    A.    No.
8    Q.    Okay.
9         MS. SMALLS:  Are we are at 15?
10        THE COURT REPORTER:  Yes, we are.
11             - - -
12        (Colvin Deposition Exhibit Number
13         15, United States General
14         Accounting Office Report to
15         Congressional Committees, U.S.
16         Information Agency, Inappropriate
17         Uses of Educational and Cultural
18         Exchange Visas, February 1990,
19         marked for identification, as of
20         this date.)
21             - - -
22        THE WITNESS:  Thank you.

Page 151

1    BY MS. SMALLS:
2    Q.    I'll give you a moment to review it.
3    A.    I -- I know the document.
4    Q.    Okay.  What is the Government
5    Accountability Office?
6    A.    It used to be the General Accounting
7    Office.  Now it's the Government Accountability
8    Office.
9         It is a -- basically a research and
10   investigatory arm of the Congress.
11   Q.    Okay.  And the Department of State
12   is a agency of the Executive Branch, correct?
13   A.    The Department of State is a
14   department of the Executive Branch.
15   Q.    Okay.  I want to direct you to
16   Page 18 and the section entitled Au Pair
17   Program.
18   A.    Yes.
19        Yes.
20   Q.    In the second paragraph -- you can
21   take a moment and review that entire section.
22   There are only certain sections that I am going

Page 152

1    to ask you to read out loud, but if you want to
2    refresh yourself on what's in the report from
3    the Government Accountability Offices with
4    respect to the Au Pair Program, please do.
5         (Whereupon, the witness reviews the
6          material provided.)
7         THE WITNESS:  Okay.
8    BY MS. SMALLS:
9    Q.    Can you read aloud the two
10   paragraphs starting at During the two-year pilot
11   program at the beginning of Page 19?
12   A.    Yes.
13        During the two-year pilot program,
14   an interagency review panel, including
15   representatives of the Departments of State and
16   Labor, INS and USIA, determined that -- that
17   full-time childcare work programs did not meet
18   the educational and cultural requirements of the
19   statute and should not be continued on that
20   basis.  USIA concluded that 45 hours of
21   childcare a week constituted full-time domestic
22   employment and was not authorized by the Act or

Page 153

1    by USIA regulations.  It determined that the
2    1961 Act and its legislative history suggests
3    that exchanges under the Act are primarily to be
4    educational or cultural.  USIA maintained that
5    household domestic work was not intended.
6    Q.    Okay.  And then if you can read the
7    paragraph starting with A Department of Labor
8    official.
9    A.    A Department of Labor official
10   informed us that the current Au Pair Program
11   violates the spirit of the J Visa statute.  The
12   official pointed out that a 40-hour week
13   constitutes full-time employment and, as such,
14   makes au pairs temporary foreign workers.  These
15   workers would normally have to receive
16   certification from the Department of Labor that
17   enough qualified U.S. workers were not available
18   and that the wages and working conditions
19   attached to job offers would not adversely
20   affect similarly employed U.S. workers.
21   Q.    Is the Au Pair Program a cultural
22   exchange program or a work program?

Page 154

1    A.    It is a cultural exchange program.
2    Q.    And when was the determination made
3  that it was a cultural exchange program rather
4  than it constituting full-time domestic
5  employment?
6    A.    When the United States Congress
7  directed USIA to extend and promulgate
8  regulations, which was October the 25th of 1994.
9    Q.    Would the GAO have more authority to
10  speak on Congressional intent than the Executive
11  Branch?
12       MS. LUKEY:  Objection.
13       THE WITNESS:  That's a difficult
14    question.  It's not the GAO -- they would
15    both have the same authority to discuss
16    Congressional intent --
17  BY MS. SMALLS:
18    Q.    Okay.
19    A.    -- neither would be higher in the
20  scale than the other.
21    Q.    And then if you can read from the
22  last page, the --

Page 155

1    A.    It's --
2    Q.    -- the remainder of the paragraph
3  starting We believe?
4    A.    The top of Page 20?
5    Q.    Yes, We believe.
6    A.    We believe that the currently
7  structured au pair programs are not compatible
8  with their original intent of the 1961 Act.  We
9  hold this view because current au pair programs
10  are essentially childcare work programs that do
11  not correlate with the qualifying categories
12  mentioned in the J Visa statute.  As currently
13  structured, au pair programs would normally be
14  subject to Department of Labor administrative
15  review and certification.
16    Q.    Have you ever referred to the
17  Au Pair Program as a -- as a work program?
18    A.    Never.
19       In the context that they do here?
20    Q.    The context is just in the scope of
21  your duties of running the Au Pair Program.
22       Have you ever -- rather, have you

Page 156

1  ever referred to it as a work-related program --
2    A.    There --
3    Q.    -- or a work-based exchange?
4    A.    Absolutely -- on that point,
5  absolutely.  And it's no different than the
6  other 16 different categories of Exchange
7  Visitor Program participation that all have an
8  element of work, except for Government visitor.
9  All of -- all of the remaining categories
10  authorized -- categories of authorized activity
11  have inherent work authority associated with
12  them.
13       For instance, universities bring
14  researchers.  They work on the college campus
15  and the research facilities of the campus.  Camp
16  counselors come.  They work in camps.  Summer
17  Work Travel comes.  They work during their
18  summer vacations here -- here in the
19  United States in seasonal positions.
20       Alien physicians, you know, the --
21  their work authorization is -- is derived from
22  their J-1 visa status.  And au pairs, their work

Page 157

1  authorization is derived from their J-1 visa
2  status.
3       So all of these activities, even to
4  some degree including high school exchange
5  students that are -- they're actually authorized
6  to have baby-sitting jobs, all of these
7  positions have a work component to them.
8    Q.    When you say or refer to a
9  "work-based exchange" --
10    A.    Yes.
11    Q.    -- does that communicate that work
12  is a component -- component or the primary
13  component?
14    A.    It is work-based; the activity
15  itself is work.  The examples of that, again,
16  would be alien physicians, researchers, interns,
17  trainees, Summer Work Travel, camp counselor and
18  au pair.  Those are work-based exchanges.
19    Q.    Okay.  I'll refer you to
20  Exhibit Number 4, which is your CV on your
21  LinkedIn page.
22    A.    Yes.

MAGNA ►
LEGAL SERVICES

Page 158

1      Q.     So it says here that from 1999 to
2   2006, you were serving as an attorney-adviser
3   for the State Department; is that correct?
4      A.     That is correct.
5      Q.     And in 2000, you were detailed to
6   ECA; is that correct?
7      A.     That's the right answer there, 2000.
8      Q.     And can you tell me what the
9   substance of your detail or your
10   responsibilities when you were detailed at ECA
11   and if there was any -- I'm looking at the time
12   frame from 2000 to 2006.  So if there was
13   periods of time where those responsibilities
14   differed or changed, it would be helpful to
15   understand --
16      A.     From --
17      Q.     -- your responsibilities at each
18   period of time.
19      A.     My -- my responsibilities did not
20   change once I was detailed to ECA.  I was
21   detailed to ECA at the request of the
22   UnderSecretary for Public Diplomacy and with the

Page 159

1   concurrence of the Legal Adviser, who agreed
2   that the function needed a lawyer to run it.
3      Q.     And -- and what was that function?
4      A.     The function was the oversight and
5   administration of the Exchange Visitor Program.
6      Q.     And what does that mean?  What does
7   that involve, oversight -- when you say
8   "oversight"?
9      A.     Oversight administration of the
10   Exchange Visitor Program is -- there are -- at
11   that time, there were 1400 designated programs
12   across the 15/16 categories of program
13   participation.  It involved the designation of
14   new programs, the redesignation of existing
15   programs, the promulgation of regulations,
16   oversight of designated sponsors for compliance
17   with those regulations.
18           And during that period of time, it
19   involved the standup of the Student and Exchange
20   Visitor Information System, which is a
21   defense -- a security-related tracking system,
22   for lack of a better term.

Page 160

1      Q.     And in the scope, when you were
2   detailed to ECA to provide oversight for the
3   Exchange Visitor Program, that included the
4   Au Pair Program, but that also included the
5   Summer Work Travel Program --
6      A.     It did --
7      Q.     -- is that correct?
8      A.     -- it did.
9           And the -- and I'll -- let me
10   augment my prior answer.
11           Also during that period of time in
12   the immediate aftermath of 9-11, I was the State
13   Department's representative to the President's
14   coordinating committee on students, which ended
15   up over with me and ECA because the Bureau of
16   Consular Affairs was kind of in the dog house.
17               - - -
18       (Colvin Deposition Exhibit Number
19        16, Audit Report 00-CI-028, The
20        Exchange Visitor Program Needs
21        Improved Management and Oversight,
22        September 2000, marked for

Page 161

1          identification, as of this date.)
2               - - -
3   BY MS. SMALLS:
4      Q.     Are you familiar with this document?
5      A.     I can't tell.
6           Is it -- I can't tell if this is an
7   IG report or not from the front page.  It looks
8   to be a --
9      Q.     It says, Office of Inspector
10   General --
11      A.     Where -- where --
12      Q.     -- on the first page.
13      A.     -- where are we seeing that?
14      Q.     If you look at the text box --
15      A.     Um-hum.
16      Q.     -- Important Notice.  This report is
17   intended solely for the official use of the
18   Department of State and the Broadcasting --
19      A.     Yeah --
20      Q.     -- Board of Governors.
21      A.     -- directly from the Office of
22   Inspector General, okay.

MAGNA
LEGAL SERVICES

Page 162

1    Q.    Are you familiar with this document?
2    A.    Yes.
3    Q.    Okay.  When you said you were
4    detailed over to ECA to deal with oversight of
5    the program, when did that happen in 2000 --
6    A.    In 2000, the fall of 2000.
7    Q.    Was it around the time of the --
8    A.    Following --
9    Q.    -- dissemination of this report?
10   A.    -- following the issuance of this
11   report.
12   Q.    Okay.  Was your detail in response
13   to the issuance of this report?
14   A.    In part, yes.
15   Q.    And -- and what were the key
16   findings of this report?
17   A.    Well --
18   Q.    I mean, I'm happy to direct you to
19   specific language.
20   A.    That would -- that would -- that
21   would be easier, ma'am --
22   Q.    Okay.

Page 163

1    A.    -- because the -- this was also a
2    period of time when the old USIA had been
3    consolidated into the Department of State --
4    Q.    Okay.
5    A.    -- which occurred October 1 of '99.
6          So the Department of State had scant
7    understanding of the Exchange Visitor Program
8    because they never managed or ran it.
9          So when this function was now part
10   of the State Department, it was natural for the
11   Office of Inspector General to perform an audit,
12   as opposed to an inspection, of the program.
13   Q.    Okay.  Well, if you can just go to
14   Page 2 and just read the paragraph that refers
15   to --
16   A.    Inappropriate Uses?
17   Q.    No; the Principal Findings, ECA
18   Management and Control Weaknesses.
19   A.    We found that EVP cannot effectively
20   monitor and oversee the Exchange Visitor
21   Program.  This lax monitoring has created an
22   atmosphere in which program regulations can

Page 164

1    easily be ignored and/or abused.  At the
2    locations visited, we found widespread
3    violations of program regulations by program
4    sponsors in the Trainee category, including a
5    lack of training plans, insufficient training
6    plans, and improper selection of exchange
7    visitors.  Although many categories of the
8    Exchange Visitor Program had reputations for
9    working well in accomplishing the basic
10   objectives of the Mutual Educational and
11   Cultural Exchange Act of 1961, due to the extent
12   of the violations of the trainee regulations, we
13   believe ECA should create a compliance unit in
14   the Exchange Visitor Program to ensure proper
15   monitoring and oversight for all program
16   categories.  The goals of the compliance unit
17   should be to ensure that program regulations are
18   being adhered to and that the health, welfare
19   and safety of the exchange visitors are being
20   considered by sponsors, as well as third
21   parties.
22   Q.    So as a summary of this doc -- does

Page 165

1    that -- that paragraph there represent a fair --
2    A.    Sounds --
3    Q.    -- summary --
4    A.    -- sounds --
5    Q.    -- of the report?
6    A.    -- sounds fair.
7    Q.    Okay.  And so the overall finding
8    was essentially that there was lax monitoring in
9    the program and that EVP could not effectively
10   monitor and oversee the Exchange Visitor
11   Program?
12   A.    It's -- that is -- that's what they
13   said.
14   Q.    Okay.  And the Exchange Visitor
15   Program includes the Au Pair Program?
16   A.    It does.
17   Q.    Okay.  Was one of the concerns
18   outlined in this report the profit-making
19   incentives of the sponsor agencies?
20   A.    Can you point me to a -- I've not
21   seen this document in a number of years,
22   actually.

MAGNA ▶
LEGAL SERVICES

Page 166

1    Q.    Okay.  If you can go to Page 3, the
2  third bullet on the bottom?
3    A.    Okay.
4         Yes.  Yes.
5    Q.    So is one of the stated concerns out
6  of this report the profit-making incentives of
7  the sponsoring agencies?
8    A.    What it states is Labor, INS,
9  Consular Affairs and officials -- and Consular
10  Affairs officials should meet with Bureau of
11  Educational and Cultural Affairs officials and
12  discuss inappropriate uses of the J Visa,
13  increase profit-making through the use of the J
14  Visa and whether sponsors solely in business to
15  provide trainees to third parties are
16  appropriate for the J Visa.
17         This -- this report focused
18  principally on training.  And there was a
19  long-running dispute about whether training
20  programs were masquerading as work programs that
21  should be over at INS under an H-2A or -B
22  designation.  That's what all this is talking

Page 167

1  about.
2    Q.    Now if I can direct you to Page 20,
3  the section called Income Generating Aspects of
4  the J-1 Visa [sic].
5         And I'll just give you a moment to
6  review that section.
7         (Whereupon, the witness reviews the
8          material provided.)
9         THE WITNESS:  Yes.
10  BY MS. SMALLS:
11    Q.    So is it fair to say that this
12  report expresses concern about the profit
13  incentives of some Exchange Visitor Program
14  sponsors?
15    A.    This report specifically identified
16  Trainee programs and how they operated as an
17  issue.  And this discussion of income-generating
18  aspects is a discussion within the Trainee
19  category.
20    Q.    Can you read the language starting
21  with Some sponsors in that first paragraph under
22  Income Generating Aspects of the J-1 Visa -- or

Page 168

1  J Visa?
2    A.    Some sponsors of J Visa participants
3  may be motivated by the income that can be
4  derived from the J Visa.  For example, one
5  sponsor told us that many for-profit and
6  not-for-profit sponsors of the Exchange Visitor
7  Program exist, quote, to make money.  Some
8  consular officers overseas have also raised
9  concerns about profit-making incentives
10  associated with the program.  For example, a
11  February 2000 cable from a U.S. consulate stated
12  that --
13    Q.    You don't have to read that.
14         So is it accurate to say that this
15  report raises a concern about the profit-making
16  incentives of sponsors in the J Visa program?
17    A.    In Trainee programs.
18    Q.    Okay.  Is that -- is that language
19  there, when it says J Visa?
20    A.    It's in the paragraph that the
21  sentence is in.
22    Q.    Where -- where does it . . .

Page 169

1    A.    And/or participants we reviewed
2  range from 400 to $2,000 depending on the length
3  of the Trainee Program.  The average fee was
4  approximately $1,000 per trainee sponsored.
5         This entire paragraph is about the
6  income generation arising from sponsorship of
7  trainees.
8    Q.    So you went to ECA in 2000 to help
9  clean this up, right?
10    A.    Yes, ma'am.
11    Q.    Okay.  And so in 2005 -- well, when
12  you went to ECA to help clean this up, that
13  included oversight of the Summer Work Travel and
14  Trainee categories of the Exchange Visitor
15  Program?
16    A.    All of the categories, yes --
17    Q.    Okay --
18    A.    -- yes.
19    Q.    -- and so in 2005, you had been in
20  this role --
21    A.    Five years.
22    Q.    -- for five years?

Page 170

1                - - -
2           (Colvin Deposition Exhibit Number
3           17, United States Government
4           Accountability Office Report to the
5           Chairman, Subcommittee on
6           Immigration, Border Security, and
7           Claims, Committee on the Judiciary,
8           House of Representatives; State
9           Department, Stronger Action Needed
10          to Improve Oversight and Assess
11          Risks of the Summer Work Travel And
12          Trainee Categories of the Exchange
13          Visitor Program, October 2005,
14          marked for identification, as of
15          this date.)
16               - - -
17          THE WITNESS:  Another oldie but
18     goldie.
19     BY MS. SMALLS:
20          Q.    Are you familiar with this document?
21          A.    Oh, yes.
22          Q.    Okay.  And you can go through

Page 171

1     specific portions of the report, but what is, in
2     your recollection, since you seem very familiar
3     with it and --
4          A.    I recognize the document.  The J --
5     GAO --
6          Q.    Well, take a moment and refresh
7     yourself on the document to the extent that you
8     need to.
9          (Whereupon, the witness reviews the
10          material provided.)
11          THE WITNESS:  Um-hum.  Okay.
12     BY MS. SMALLS:
13          Q.    I'm going to direct you to the last
14     paragraph on Page 4 of the Results in Brief
15     section and ask you to read that aloud.  It's
16     the paragraph immediately above the Background.
17          A.    In commenting on a draft of this
18     report, State acknowledged weaknesses in its
19     oversight and administration of the Exchange
20     Visitor Program and reported that it has
21     designated program oversight and administration
22     as a weakness under the Federal Managers'

Page 172

1     Financial Integrity Act.  State described a
2     number of actions it is taking to implement each
3     of our recommendations.
4          Q.    What is the Federal Managers'
5     Financial Integrity Act?
6          A.    That's FEMA [sic], and it requires
7     each department of the Government to identify
8     material weaknesses in its management of program
9     or budget and report them to the President in an
10     annual report due October the 1st of each year.
11          I carried this thing through the
12     State Department up to the Secretary level to
13     have it listed as a material weakness of the
14     department, because once you're listed as a
15     material weakness, it stays there, and you get
16     marked down for not getting rid of your material
17     weakness until you've fixed your problem.
18          So it's a way of bringing to
19     management's attention the need for immediate
20     and -- immediate and continuing efforts to
21     address the issue.
22          This issue was insufficient

Page 173

1     resources.  I think there was perhaps a staff of
2     10 at that time.  There's now a staff of 103 for
3     this function.  There were -- so you have to
4     present a plan, and then there are milestones on
5     that plan for once you get to each step along
6     the way.  That's what FEMA [sic] is.
7          Q.    Okay.
8          A.    There's three categories of problems
9     on a FEMA [sic] report as well, and this was a --
10     this was a -- highest categories is -- this was
11     high -- this is ranked in the -- as one of the
12     highest categories.
13          It also shows up in the Chief
14     Financial Officer's management reports.  It's --
15     it's the equivalent of a management audit.
16          Q.    So -- well, let me just ask you
17     first.
18          You, in your role as an
19     attorney-adviser at the U.S. Department of
20     State, could not approve the designation for the
21     financial -- the Federal Managers' Financial
22     Integrity Act alone; is that correct?

MAGNA
LEGAL SERVICES

Page 174

1      A.    Could I do what?
2      Q.    You said that you --
3      A.    Took it to management's attention.
4  Yes, I did that.  That's what I was over there
5  being paid to do.
6      Q.    You said, I carried this thing
7  through the State Department up to the Secretary
8  level to have it listed as a material weakness
9  of the department.
10     A.    That's correct.
11     Q.    And so what does it mean that you
12 carried this thing through?  Who had to approve
13 the fact that there was a material weakness in
14 the Exchange Visitor Program to get that
15 designation?
16     A.    You -- there is a management
17 committee within the department.  It's a
18 standing committee comprised of eight or so
19 Assistant Secretaries that rotate, the director
20 of personnel, the director general or his or her
21 designee.  And that committee is where these
22 kind of things go.  And they have to be

Page 175

1  convinced that the problem is sufficient to
2  warrant inclusion on the FEMA report.
3      Q.    So that panel -- enough information
4  or sufficient information for them to agree with
5  or concur with that determination has to be
6  presented to that panel --
7      A.    That's correct.
8      Q.    -- for the department to be listed
9  as a material weakness?
10     A.    For this function to be listed as
11 material weakness, that's correct.
12     Q.    Okay.  And this was your function?
13     A.    That's correct.
14     Q.    That you were responsible for?
15     A.    That's correct.
16     Q.    For five years?
17     A.    That's correct.
18          But I think you're missing the
19 point, that this -- I was the one that took it
20 to them saying, This isn't getting any better,
21 and it needs to be listed as a material
22 weakness.

Page 176

1          Nobody wants a material weakness.
2  No Government agency wants a material weakness
3  listed on their FEMA [sic] report.  It's a big
4  deal.
5      Q.    I understand that that's your
6  explanation for why the Exchange Visitor Program
7  got that designation.  I -- what I know is that
8  you took over to clean it up in 2000 --
9      A.    Uh-huh.
10     Q.    -- is that correct?
11     A.    Well --
12     Q.    You came into the office, you were
13 detailed into the office --
14     A.    Um-hum.
15     Q.    -- they wanted an attorney --
16     A.    Um-hum.
17     Q.    -- to deal with the problems
18 outlined in the 2000 GAO report --
19     A.    That's correct.
20     Q.    -- and you had five years?
21     A.    Five interesting years.  9-11
22 happened, and the -- whether trainees were being

Page 177

1  properly supervised or not wasn't so important
2  at that particular time.
3          What -- what was important and the
4  number prior -- Number 1 priority of this
5  function in the Department of State was the
6  adoption of the Student and Exchange Visitor
7  Information System, and that took quite a lot of
8  doing.  And once that was stood up, then it was
9  time to circle back around to what were
10 considered to be problems but not as -- as
11 pressing as the problems of having aliens enter
12 the country and not know where they are or how
13 they got in here.
14          So that was the Number 1 priority
15 during those five years.
16     Q.    If I can refer you to Page 9 of this
17 report, under the section, State's Monitoring
18 Efforts Are Minimal.
19          And I'm specifically interested in
20 that first paragraph.  If you can read it out
21 loud.
22     A.    State Has Maintained Limited

Page 178

1  Oversight?
2     Q.    No; State's Monitoring Efforts
3  Are --
4     A.    Oh.
5     Q.    -- Are Minimal --
6     A.    Yes.
7     Q.    -- Page 9.
8     A.    State's monitor -- State's
9  monitoring efforts largely consist of reviewing
10 written information provided by sponsors, with
11 minimal efforts of verifying such information
12 through program visits.  State relies on
13 sponsors to provide written information,
14 primarily through annual reports, which describe
15 the number of individuals a sponsor has placed
16 and a brief narrative on program activities,
17 difficulties encountered, and their resolution.
18 Exchange program regulations require that
19 sponsors promptly notify State about any serious
20 problem or controversy that could cause State or
21 the sponsor's Exchange Visitor Program notoriety
22 or disrepute.  When a sponsor reports a problem,

Page 179

1  State officials follow up by telephone, e-mail,
2  fax or letter, according to sponsors and State
3  officials.  However, State rarely visits
4  sponsors to observe program activities and
5  verify the information that they provide,
6  although such visits are a good internal control
7  practice for ensuring that management's
8  directives are being carried out.  We found out
9  that in the past four years, State officials
10 made visits to only eight of its 206 Summer Work
11 Travel and/or Trainee sponsors.
12    Q.    So this report is specifically
13 focused on Summer Work Travel and -- and the
14 Trainee Program, but that specific paragraph
15 about how States undertook its monitoring of the
16 programs, could that also be applied to the
17 Au Pair Program?
18       MS. LUKEY:  Objection.
19       THE WITNESS:  The -- the -- the
20       monitoring of all programs is as stated
21       here (indicating).  There -- at that
22       time, there were 1400 program sponsors

Page 180

1  and a staff of eight working for the
2  Government to monitor those 1400
3  programs.
4        Now, there are 103 employees
5  monitoring 1200 programs.  Now, they do
6  site visits because they're staffed to do
7  it.
8        Then, there was no staff to do it,
9  and that was part of the material
10 weakness that put this function onto the
11 Federal Managers' Financial Fiscal
12 Integrity Act report.
13 BY MS. SMALLS:
14    Q.    Well, understanding that there were
15 potentially some structural issues that may have
16 led to this particular approach, the approach
17 that's outlined here in terms of State's
18 monitoring applies to the Summer Work Travel and
19 Trainee Program, but also the Au Pair Program?
20    A.    It does.  The same monitoring
21 practices were applied across all categories,
22 yes, ma'am.

Page 181

1     Q.    Okay.  Thank you.
2        When were you appointed to the SES?
3     A.    In 2000- and -- September 2006.
4     Q.    So upon taking the job of director,
5  Office of Private -- Private Sector Exchange,
6  you were promoted to the SES to take that job?
7     A.    I -- yes.  They created an SES
8  position because of the continued need for
9  oversight of the function.  And when I was
10 promoted to the Senior Executive Service, my
11 class -- personnel classification series changed
12 from a 905, attorney-adviser, to a SES 301,
13 manage -- general management.
14    Q.    And just -- I want to go back to
15 U.S. -- the Assistant General Counsel job at
16 USIA.
17       Who did you report to in that role?
18    A.    In that role, I reported to Les Jin,
19 who was the general counsel for a period of
20 time, and to Alberto Mora, who was my -- who was
21 the general counsel from the time I started
22 through 1992.

Page 182

1      Q.    So the Assistant General Counsel --
2      A.    Reports to --
3      Q.    -- the general counsel?
4      A.    To the general counsel.
5      Q.    And the general counsel reports to
6  the head of the Agency?
7      A.    To the director.
8      Q.    And then, as an attorney-adviser in
9  the department -- or the Office of Legal Adviser
10  before you were detailed, who did you report to?
11      A.    I -- while I was still in the
12  Legal Adviser -- physically located in the Legal
13  Adviser's Office, I reported to the Assistant
14  Legal Adviser for Near Eastern Affairs.  When I
15  was at U.S. -- when I moved to --
16      Q.    Well, let -- let's stay -- let's
17  stay with when you were still -- and what was
18  that person's name?
19      A.    Todd Buchwald.
20      Q.    Okay.  And who did Mr. Buchwald
21  report to?
22      A.    To the Legal Adviser.

Page 183

1      Q.    Directly to the Legal Adviser?
2      A.    He -- well, he may have reported to
3  the -- to the principal Deputy Assistant --
4      Q.    Isn't there generally a deputy
5  Legal Adviser?
6      A.    There -- there is a deputy
7  Legal Adviser.  I'm just saying whether he
8  reported to the deputy or not.
9            There were some pretty informal
10  reporting structures at State.  He may
11  actually, on paper, have been required to report
12  to Jim Thesson.
13      Q.    And what was his title?
14      A.    He would be the principal deputy.
15      Q.    And then Jim would have reported to
16  whom?
17      A.    To the Legal Adviser.
18      Q.    And who was the Legal Adviser at
19  that time?
20      A.    Don't know.
21      Q.    Okay.  And the Legal Adviser would
22  have reported to the Secretary?

Page 184

1      A.    No; the Legal Adviser would have
2  reported to the Undersecretary for Management.
3  And it -- or, in the alternative, to the
4  Deputy Secretary.  But I'm pretty sure that the
5  Legal Adviser reported to the Undersecretary for
6  Management.
7      Q.    And who did the Undersecretary of
8  Management report to?
9      A.    The Undersecretary of Management
10  technically reported to the Deputy Secretary of
11  State, but, again, the informal reporting
12  structure -- they would either go to the
13  consular or to the Secretary himself, him or
14  herself, depending on the relationship between
15  the individuals --
16      Q.    Okay.  So --
17      A.    -- so there's --
18      Q.    -- I think, by my count, there's --
19  I might have missed somebody, but I think
20  there's five reporting lines from the
21  attorney-adviser position at the Department of
22  State, the --

Page 185

1      A.    To the Secretary?
2      Q.    -- to the Secretary?
3      A.    It depends on where you are.  You
4  could be an attorney-adviser in Arms Control and
5  be one away.
6      Q.    I'm talking about your position when
7  you were still in the Office of Legal Adviser,
8  before you were detailed.
9      A.    When I was in the Office of Legal
10  Adviser, before I was detailed, I reported to
11  the Assistant Legal Adviser, who reported to the
12  deputy legal adviser -- again, I'm not sure
13  whether he reported to the deputy legal adviser,
14  but just to make it consistent with other
15  offices, we'll say that he did.
16            The deputy legal adviser reported to
17  the Legal Adviser, and the Legal Adviser, again,
18  depending on their relationship, reported either
19  to the Undersecretary for Management, the Deputy
20  Secretary or, because the Legal Adviser is a
21  political appointee, depending on their
22  relationship, they may or may not have reported

MAGNA ▶
LEGAL SERVICES

Page 186

1  directly to the Secretary.
2      Q.    And when you were attorney-adviser,
3  specifically -- actually, let -- I'll come back.
4          Let's just go to the next role,
5  which is when you were detailed to ECA.
6          And when you were detailed, what was
7  your title?
8      A.    As -- as -- on detail?
9      Q.    On detail?
10     A.    Office director.
11     Q.    Of ECA?
12     A.    Um-hum -- of that function, yes.
13     Q.    And -- and who did you report to?
14     A.    The Assistant Secretary.
15     Q.    Of what?
16     A.    Educational and Cultural Affairs.
17     Q.    And then who did the Assistant
18  Secretary report to?
19     A.    To the Undersecretary for Public
20  Diplomacy.
21     Q.    And who did the Undersecretary for
22  Public Diplomacy report to?

Page 187

1      A.    To the Secretary of State.
2      Q.    The Undersecretary for Public
3  Diplomacy didn't report to the Deputy Secretary?
4      A.    No.
5      Q.    Okay.
6      A.    The Undersecretaries are higher than
7  Assistant Secretary and the Legal Adviser.
8      Q.    Okay.
9      A.    An Undersecretary is basically on
10  par with the deputy and the consular.
11     Q.    And then -- and then you were a
12  Deputy Assistant Secretary, or a DAS, at the
13  Department of State.
14          And what was your full title?
15     A.    Deputy Assistant Secretary for
16  Public Sector Exchange.
17     Q.    And who did you report to?
18     A.    To the Assistant Secretary.
19     Q.    And the Assistant Secretary for?
20     A.    Educational and Cultural Affairs.
21     Q.    Okay.  And who did the Assistant
22  Secretary report to?

Page 188

1      A.    To the Undersecretary for Public
2  Diplomacy.
3      Q.    And then who did the
4  Undersecretary --
5      A.    To the Secretary.
6      Q.    Okay.
7      A.    And, again, those reporting
8  structures are subject to personal
9  relationships.  All of those are political
10  appointees.  So depending on the relationship,
11  you know, the -- you're going to have formal and
12  informal reporting amongst the politicals.
13     Q.    Okay.  So you were -- did you --
14  when you were the DAS for Private Sector
15  Exchange, did you still have purview over the
16  Au Pair Program?
17     A.    Yes.
18     Q.    Okay.  So you were the
19  highest-ranked career employee with purview over
20  the Exchange Visitor Programs --
21     A.    Yes.
22     Q.    -- as DAS and then also as the

Page 189

1  director of the Office of Private Sector
2  Exchange?
3      A.    Yes.
4      Q.    And was that also true of when you
5  were director -- when you were detailed and
6  director of the office, that you were the
7  senior-most career official?
8      A.    No -- well, that's a hard question.
9          There were -- there were division
10  chiefs that reported to me, but they had been
11  around a lot longer.  So I don't know where
12  you're going on the seniority part.
13     Q.    I don't mean seniority by length of
14  time; I mean in terms of reporting structure.
15     A.    For reporting structure, they
16  reported to me, yes.
17     Q.    Okay.  And then above your reporting
18  structure, as the senior-most career employee,
19  was at least three levels of political
20  appointees; is that correct?
21     A.    That's correct.
22     Q.    Okay.  Can you tell me, at the

MAGNA ▶
LEGAL SERVICES

Page 190

1  Department of State, generally, what the
2  division of -- what -- what the -- what the
3  division is between a political appointee and a
4  career employee?
5      A.   The division?
6      Q.   Or how they're -- I mean, what --
7  what's the significance of being -- if -- if
8  there is any, between being a career employee
9  versus a political appointee?
10     A.   Political appointees are just that,
11 they are appointed and viewed -- they're
12 political appointees by nature of, quote, a
13 confidential relationship with their principal.
14     So that's what makes them
15 politicals.  You have Schedule Cs -- in State
16 Department, you have Schedule Cs, as -- which is
17 the case across the Government; a limited number
18 -- across the entire Government, there are 7200
19 or so Senior Executive Service slots.  By law,
20 no more than 10 percent of those can be
21 political.  So there are 700 political SES slots
22 across the entire Government, and DASs,

Page 191

1  generally speaking, in -- everywhere except the
2  Department of State.
3      DASs are generally political
4  appointees.  They are -- they're political but
5  do not require confirmation of the Senate as
6  Assistant Secretaries and above do.
7      So I -- I don't -- I don't know if
8  I'm being responsive to your question about
9  what's the difference between career and
10 political, but the big difference is politicals
11 are there to implement the administration's
12 policy.
13     Q.   Thank you.
14     And then I want to go back a little
15 bit and just talk about regulations and how --
16 what the process was for regulations, generally,
17 at Department of State and then, specifically,
18 what the process was for regulations affecting
19 the Au Pair Program.
20     A.   The regulations affecting the
21 Au Pair Program were generally enacted at USIA.
22 They were legacy regulations that went forward

Page 192

1  to State.
2      Those regulations are promulgated --
3  or were promulgated under the Administrative
4  Procedures Act of 1946 and Executive
5  Order 12866, which was a Clinton Administration
6  Executive Order.
7      That's why those au pair
8  regulations -- these au pair regulations were
9  written in a different time.  There was a much
10 higher standard in place as administered by OMB
11 and the Office of Information and Regulatory
12 Affairs.  You had to explain in detail the
13 deliberative process of the Agency, why they
14 were doing it, what it is -- you know, who,
15 what, when, where, why, how, how come and how
16 much.  And if the document didn't have it in
17 there, it didn't get published.
18     So that's not the standard anymore.
19 But because it was a new administration, and the
20 regulatory reform and reinventing Government
21 were the initial programs of the Clinton
22 administration, there was particular attention

Page 193

1  paid to adherence to the terms of Executive
2  Order 12866.
3      Q.   So what was the process, given the
4  fact that when USIA merged or became a part of
5  the Department of State, the -- the Department
6  of State itself has not issued a regulation?
7      A.   I don't know if the Department of
8  State has issued an au pair regulation or not.
9  I would actually have to go back and check
10 that --
11     Q.   Okay.
12     A.   -- I know that while I was in the
13 position, that there were not any -- I don't
14 believe there were any new au pair-specific
15 regulations.
16     Q.   But while you were there, there were
17 notices that were put out?
18     A.   There were notices.
19     Q.   And so what -- what is the process
20 for -- well, let me ask you, does a notice carry
21 the same weight as a regulation?
22     A.   No.

**MAGNA**
LEGAL SERVICES

Page 194

1    Q.    Okay.  What was the process for
2  issuing a notice in any of these three -- or I
3  should say four roles, in general, with respect
4  to any State Department regulations or with
5  respect specifically to the Au Pair Program?
6    A.    For -- well, Au Pair Program would
7  be treated no differently than all other --
8    Q.    Um-hum.
9    A.    -- okay.  So the process for notice
10  would be it would be drafted; it would have to
11  be cleared through the Legal Adviser's Office
12  and through the Management.  Over the Bureau of
13  Management, there is a directives bureau which
14  would have to clear it as well.
15        So you would have clearance from the
16  Bureau Assistant Secretary, who may or may not
17  send it to their boss -- may or may not.  It
18  depends on whether they thought it was worth
19  their attention -- and that clearance would
20  also -- the clearance process would also require
21  clearance out of the Management Bureau and
22  clearance from the Office of Legal Adviser.

Page 195

1    Q.    And when you say "it would be
2  drafted," who would draft it?
3    A.    The -- the function -- the
4  functional office.
5    Q.    So a programmatic --
6    A.    The Programmatic Office -- Program
7  Office.
8    Q.    -- would that person be somebody
9  that specifically specialized or is trained in
10  regulations?
11    A.    If they were a lawyer, yes.
12    Q.    Well, is it a requirement?  If -- if
13  a program person is going to draft a notice --
14    A.    A --
15    Q.    -- does that person have to be an
16  attorney or someone trained in --
17    A.    No, no --
18    Q.    -- regulatory --
19    A.    -- no --
20    Q.    -- practice?
21    A.    -- no.  They would have to be a
22  subject-matter expert in whatever area the

Page 196

1  notice pertained to --
2    Q.    Okay.
3    A.    -- that's why it would have to then
4  go to the Legal Adviser and to directives to see
5  that it comported with all the necessary State
6  Department protocols.
7    Q.    And for a notice, as you outlined
8  the clearance process, somebody from each of
9  those offices would have to sign off but not
10  necessarily anyone senior or a policy-making
11  official from each of those offices; is that
12  correct?
13    A.    I don't think there are any
14  policies -- well, there aren't any policymaking
15  people in Directives.  Technically, there aren't
16  supposed to be any policymaking people in the
17  Legal Adviser's Office, but that's not quite how
18  it works out.
19    Q.    Let me rephrase the question.
20    A.    Okay.
21    Q.    A notice, as it goes through the
22  clearance process, would have to get some sort

Page 197

1  of sign-off from each office --
2    A.    Yes.
3    Q.    -- but that sign-off would not
4  necessarily need to be senior level sign-off
5  within that office; is that correct?
6    A.    It would have to be approved --
7  well, if it's -- and whatever bureau is
8  originates in, there would be a requirement for
9  senior clearance --
10    Q.    Understood.
11    A.    -- from the functional bureau --
12    Q.    Right.
13    A.    -- once it goes to the Legal
14  Adviser's Office, it's going to be reviewed by
15  one of the attorney-advisers that work on
16  Management -- that -- it's L/M, which is Legal
17  Adviser's Office/Management.  And then it would
18  also, as I say, go to the Management Bureau to
19  the Office of Directives for their clearance.
20        And they're the ones, in the case of
21  a regulation -- this is the same in all
22  agencies -- there's one central point that talks

Page 198

1  to OMB.  They get -- they get -- you know, they
2  send and receive.
3      Q.    And so my question to you is, other
4  than the programmatic home of where the notice
5  generates, the clearance process through those
6  other points in the Department do not
7  necessarily need to be senior; is that correct?
8      A.    Well, I guess that's correct.
9  The -- it's not going to get looked at by
10 anybody less than a GS-15, so I guess it depends
11 on what you call senior.
12     Q.    Are all attorney-advisers GS-15s?
13     A.    You betcha --
14     Q.    Okay.
15     A.    -- unless they just got out --
16 unless they just got out of school --
17     Q.    But there are attorney-advisers that
18 are straight out of school?
19     A.    They wouldn't be clearing that.
20     Q.    But there are -- but there are
21 attorney-advisers that are straight -- they are
22 given that title straight out of law school?

Page 199

1      A.    There -- there are.  There are, no
2  question.
3      Q.    Okay.  So attorney-advisers, if you
4  are coming straight out of law school, the State
5  Department gives --
6      A.    They start as --
7      Q.    -- first year --
8      A.    -- 13.
9      Q.    A 13?
10     A.    (No audible response.)
11     Q.    Okay.  But going back to my broader
12 point, the most senior level person out of the
13 program would have signed off --
14     A.    Yes.
15     Q.    -- but the other programmatic
16 offices would have somebody sign off but not
17 necessarily --
18     A.    The -- those aren't programmatic
19 offices.  The other signoffs are coming from
20 functional offices --
21     Q.    Right.
22     A.    -- the Legal Adviser is a functional

Page 200

1  office; Management is a functional office, not a
2  policy or regional office.
3      Q.    Okay.  What -- for a notice that was
4  posted for it to be unposted, you, in your
5  declaration, took issue with the word
6  "withdrawn."
7            But for it to be no longer posted,
8  what would have had to have occurred?
9      A.    These days, I -- I can't speak to
10 the exact protocols employed at the State
11 Department today or when that particular notice
12 was taken down.
13     Q.    Well, you were at the State
14 Department when that particular --
15     A.    Not when that notice was taken down,
16 I wasn't.
17     Q.    You weren't -- you weren't at the
18 State Department --
19     A.    Not then.
20     Q.    Okay.
21           All right.  So let's go back to
22 Document Number 4, which is your CV.

Page 201

1      A.    I'll just say that it was odd that
2  it was taken down.
3      Q.    And so how long were you in the SES?
4      A.    From 2006 -- nine years.
5      Q.    You were in the SES through 2015?
6      A.    Yes.
7      Q.    And what was the genesis of the move
8  from Deputy Assistant Secretary to Senior
9  Adviser at State?
10     A.    At the Department of State, Deputy
11 Assistant Secretaries stay in their positions
12 three years.
13     Q.    And so that was a time-limited
14 position?
15     A.    There -- there -- the simple answer
16 is yes, it's time-limited, because there's a
17 reason for the Deputy Assistant Secretary slots
18 rotating.  To be promoted in the Foreign
19 Service, you have to serve as a Deputy Assistant
20 Secretary and as a deputy chief admission to be
21 eligible for promotion to ambassador.
22           So to move people through the

**MAGNA**
**LEGAL SERVICES**

Page 202

1    process, they -- you -- you're -- you're
2    rotated.
3         Q.    And so your departure from the
4    Deputy Assistant Secretary position in
5    September 2001 [sic] was due to a time limit
6    versus performance issues?
7         A.    There was never any suggestion of
8    performance issues with me, ever.  I have
9    nothing but outstanding performance reviews.
10        Q.    You've never had a performance
11   issue --
12        A.    Never.
13        Q.    -- at the Department of State?
14        A.    Positively not.
15        Q.    You've never had a negative review?
16        A.    Never.  One doesn't get promoted to
17   DAS with negative reviews.
18        Q.    But you left DAS, and then you --
19        A.    And went --
20        Q.    -- were a Senior Adviser?
21        A.    Reporting to the Assistant Secretary
22   following my return from the National Defense

Page 203

1    University, where I received my Master's in
2    strategic security studies.
3         Q.    Okay.
4              - - -
5              (Colvin Deposition Exhibit Number
6              18, E-mail string, Bates stamped
7              API001160 through API001161, marked
8              for identification, as of this
9              date.)
10             - - -
11   BY MS. SMALLS:
12        Q.    I'll give you a moment to review
13   this e-mail.
14             MR. QUINN:  What number are we at,
15   Dawn?
16             MS. SMALLS:  I think it's 18.
17   Isn't it?
18             THE COURT REPORTER:  Yes, it is.
19             THE WITNESS:  Yes, ma'am.
20   BY MS. SMALLS:
21        Q.    Okay.  And in this document, it
22   states, While Stanley Colvin was, in fact,

Page 204

1    reinstated for legal reasons after being let go,
2    it turns out he's a bit of a lame duck in his
3    current position.
4              Were you let go?
5         A.    Positively not.
6         Q.    Is there a reason there would be an
7    impression within the au pair community that you
8    were let go?
9         A.    I have no idea.  I have --
10             MS. LUKEY:  Objection.
11             THE WITNESS:  -- I have no idea.
12   I have no idea who Shannon Pitts is --
13   BY MS. SMALLS:
14        Q.    Okay.
15        A.    -- never heard of him.
16             MS. LUKEY:  Or her.
17             THE WITNESS:  Or her.  And I doubt
18   she's privy to the Department of State's
19   personnel records.
20             MS. SMALLS:  Here you go.

Page 205

1              - - -
2              (Colvin Deposition Exhibit Number
3              19, White Paper, "A Cavalier
4              Attitude": The State Department's
5              Legacy of SWT Failure, by Kammer,
6              Center for Immigration Studies,
7              marked for identification, as of
8              this date.)
9              - - -
10   BY MS. SMALLS:
11        Q.    Are you familiar with this document?
12        A.    I am, indeed.
13        Q.    Okay.  And what is it?
14        A.    It is a -- basically a white paper
15   drafted by Jerry Kramer [sic], who's a research
16   fellow over at the Center for Immigration
17   Studies.
18        Q.    Okay.  And the -- the white paper is
19   entitled "A Cavalier Attitude": The State
20   Department's Legacy of SWT Failure --
21        A.    Yes.
22        Q.    -- is that correct?

MAGNA
LEGAL SERVICES

Page 206

1    A.    That's correct.
2    Q.    And in the article, he specifically
3 says that with respect to the deficiencies found
4 in the SWT Program, that sponsoring agencies --
5 quote, Sponsoring agencies that partner with the
6 State Department in administering the SWT point
7 a finger at the man who was the program's key
8 regulator for many years until he was removed
9 last June, Stanley S. Colvin.
10        Is that correct?  Is that what it
11 said?
12        It's the third paragraph.
13        MS. LUKEY:  Objection: it says
14    what it says.
15        THE WITNESS:  I agree.  It says
16    what it says.
17 BY MS. SMALLS:
18    Q.    Okay.  Is there a reason that there
19 would -- that Mr. Kammer or anyone else would
20 think that you were removed from your position
21 as DAS?
22    A.    I have no idea what other people

Page 207

1 think.  I have no idea why he wrote this.
2    Q.    Okay.  And then it specifically says
3 that you were removed in 2001 from your DAS
4 position and given the title of strategic
5 adviser to the Bureau of Educational and
6 Cultural Affairs.
7        Does that time frame meet up --
8    A.    Yes, it does.
9    Q.    -- with the time frame you have
10 outlined in your --
11    A.    Yes, it does.
12    Q.    Okay.  And then the article --
13    A.    Am I to ask -- but to go -- not to
14 interrupt your chain [verbatim] of thought, but
15 I was replaced -- I was being replaced by a
16 political who elected not to take the job;
17 Rick Ruth was forced into the position as an
18 acting.  And when the political finally did show
19 up, they sat in the job for three years and were
20 transferred -- was transferred on.
21        Again, this is normal State
22 Department personnel practice.

Page 208

1    Q.    But if it's normal State Department
2 practice, why is there a wide view or accounting
3 of your time there that you were removed from
4 your position?
5        MS. LUKEY:  Objection.  I would
6    note that it would appear that Ms. Pitts'
7    e-mail relates to Mr. Kammer's white
8    paper.  So I don't think you can call it
9    a wide perception.
10        THE WITNESS:  Again, I have no
11    idea who Shannon Pitts is, if it's a boy
12    or a girl.  And -- but I'll tell you
13    point-blank that they don't know what
14    goes on in the personnel department at
15    the Department of Defense, nor does
16    Mr. Kramer [sic].
17 BY MS. SMALLS:
18    Q.    Well, let me ask you, I mean, have
19 you heard of that perception before?  Are you
20 familiar with that perception that you were
21 removed from your position, or are you hearing
22 about it -- about this idea that you were

Page 209

1 removed from your position in September 2011 --
2    A.    Well, of course, I have --
3    Q.    -- for the first time now?
4    A.    -- of course, I've heard about it.
5 I read this (indicating).  I read it when it
6 came out.
7    Q.    But that's not the only thing out --
8    A.    It most certainly is.  And it was
9 news to me the way he wrote it.
10    Q.    And in this article, Mr. Kammer
11 talks to several sponsor agencies who did not
12 speak on the record, Mr. Kammer says, because
13 they did not want to risk antagonizing the State
14 Department.  But they specifically state that
15 under your tenure, there was a cavalier attitude
16 that there wasn't proper oversight over the
17 program and that you were a laissez-faire
18 manager --
19        MS. LUKEY:  Objection.
20 BY MS. SMALLS:
21    Q.    -- is all of that -- does that line
22 up with your recollection of your time at State?



Page 210

1    MS. LUKEY: Objection.
2    THE WITNESS: Well, of course, it
3 does not line up with my recollection of
4 my time at State.
5    Again, I have no idea who unnamed
6 sources are in this article. I have no
7 idea who he talked to.
8    I do know that this was the fourth
9 in a series of critical articles about --
10 this is an advocacy paper. He is an
11 advocate for closing the borders. And
12 the Center for Immigration Studies, if
13 you want to examine who funds them,
14 it's -- you know, I think, going to be
15 pretty obvious what their position is
16 going to be. And they have been fighting
17 over Summer Work Travel programs --
18 whether Summer Work Travel programs
19 should even exist for almost 50 years.
20    The Trump administration and its
21 platform has a provision in its platform
22 saying that it's going to close Summer

Page 211

1 Work Travel programs. So, you know,
2 controversy over the Summer Work Travel
3 Program and innuendo over how it's
4 managed or not managed has been going on
5 for 50 years.
6 BY MS. SMALLS:
7    Q. Is -- is the Government
8 Accountability Office innuendo or --
9    MS. LUKEY: Objection --
10 BY MS. SMALLS:
11    Q. -- rumors --
12    MS. LUKEY: -- Objection --
13 BY MS. SMALLS:
14    Q. -- or the findings -- excuse me --
15 are the findings of the GAO office -- would
16 those constitute rumors and innuendo about the
17 Summer Work Travel Program?
18    MS. LUKEY: Objection.
19    THE WITNESS: Well, no.
20 BY MS. SMALLS:
21    Q. The GAO is an independent
22 investigatory agency --

Page 212

1    A. GAO is -- is a -- is an arm of the
2 United States Congress. It's not independent.
3    Q. And so as DAS, what were your
4 responsibilities?
5    A. There was the oversight of the
6 Exchange Visitor Program, and there was -- at
7 that time, the Department was trying to develop
8 its public-private partnering, and that ended up
9 over with me.
10    Q. Any other main responsibilities?
11    A. Those were the two principal
12 responsibilities.
13    Q. How many people did you supervise in
14 this role?
15    A. At that time, 44.
16    Q. Okay. And during this time that you
17 were a DAS from August 2008 to September 2011,
18 there was also a change in administration; is
19 that correct?
20    A. Yes --
21    Q. Okay. And then --
22    A. -- I was appointed by

Page 213

1 Condoleezza Rice, and then Secretary Clinton
2 came in January of 2009.
3    Q. So you were appointed by the
4 outgoing Secretary of State in August of 2009
5 with four months left in her tenure to this
6 Deputy Assistant Secretary role; is that
7 correct?
8    A. I was appointed by Condoleezza Rice,
9 yes, that's correct.
10    Q. In August of 2008 when she had
11 four -- four months left on her tenure to --
12    A. What's the point about that?
13    Q. -- to this Deputy Assistant
14 Secretary role?
15    A. Yes.
16    Q. Okay. And --
17    A. So if I was, you know -- again, if I
18 was going to be removed, you know, new
19 administration, they didn't make a move. So,
20 again, I get back to, you know, I don't know
21 where this innuendo was coming from. But, yes,
22 I am aware of it.

Page 214

1    Q.    Did anyone in the new administration
2  talk to you about transitioning out of that role
3  in 2009?
4    A.    Nope.
5    Q.    As a Senior Adviser at the
6  Department of State, how many people did you
7  manage?
8    A.    None.  That's a policy position.
9    Q.    So you went from managing 40 people
10 at the -- at the DAS level from 2000 -- for the
11 three years from August 2008 to September 2011
12 to managing no people --
13   A.    As a policy person, that's correct.
14 Policy people generally don't have a staff.
15   Q.    And what were your main
16 responsibilities as a Senior Adviser during
17 those four years?
18   A.    For one year of that time, I was at
19 the National Defense University in a class of 69
20 foreign intelligence colonels and generals
21 getting my degree in strategic securities
22 studies, specifically combating terrorism.

Page 215

1    Q.    So for that year, you had no
2  responsibilities at the Department of State --
3    A.    I was at --
4    Q.    -- you were studying for the
5  certificate or program?
6    A.    I was studying for the degree, the
7  Master's degree --
8    Q.    Okay.
9    A.    -- on -- at the National -- I don't
10 know if you're familiar with the National
11 Defense University.
12        As you can see from my résumé, I
13 went to Harvard to the Kennedy School.  The
14 National Defense University is far more
15 selective, you know, limited only to the most
16 senior people in the Federal Government.  And
17 it's very costly to go to and a great honor to
18 be selected.
19        And I went, came back to ECA to
20 assist in their efforts at combating what we no
21 longer refer to as radical Muslim terrorism, but
22 came back to assist in the development of their

Page 216

1  youth outreach initiatives as part of the
2  Department's overall efforts at combating
3  terrorism.
4    Q.    So you went from terrorism to youth
5  outreach programs?
6    A.    No.  You -- no.  Youth outreach --
7  the -- youth outreach is a component of
8  combating terrorism.  The -- if you can't reach
9  them on social media and persuade them that the
10 United States is not a great Satan, then you're
11 losing your battle, because you're losing --
12 you've lost your audience.
13        So I would refer you to the national
14 strategy on combating terrorism or the national
15 strategy for public diplomacy and strategic
16 communications, both which of reference youth
17 audiences as critical to our efforts.
18   Q.    And so the scope of your position as
19 a Senior Adviser was decidedly more limited than
20 your role as Deputy Assistant Secretary; is that
21 correct?
22   A.    It depends on whether you think

Page 217

1  combating terrorism is important or not.
2    Q.    No, I don't think it depends on
3  whether you think combating terrorism -- I'm
4  just going based on the scope --
5    A.    One is a policy job, and one is a
6  management job --
7    Q.    Okay.
8    A.    -- it's an apple-and-orange
9  comparison.
10   Q.    Okay.  And SES is a management
11 program, correct?
12   A.    SES is a status, Senior Executive
13 Service.  They hold policy jobs; they hold
14 management jobs.
15   Q.    From one SES to another?
16   A.    I know.  I know.  You were an SES
17 over --
18   Q.    Right --
19   A.    -- at HHS --
20   Q.    -- that's right.  So --
21   A.    -- one of the 700 political ones.
22   Q.    I understand --

Page 218

1    A.    Okay.
2    Q.    -- but an SES is generally a
3  management job; a designation that you are given
4  as a manager, a senior manager of the Agency?
5    A.    Yes, the SES is -- many SES are
6  management; many SES are policy people.
7    Q.    Are the majority management --
8    A.    The majority are management, there's
9  no question.
10    Q.    Okay.
11    A.    Yeah.
12    Q.    Is it close?
13    A.    That's a hard question, because you
14  look at the Internal Revenue Service, okay,
15  they -- they have just a handful of SES there,
16  and they're all management. Okay? You go
17  someplace like National Institute of Health or
18  National Institute for Science, and those people
19  are policy SESs.
20    Q.    Well, let's talk about at the
21  Department of State.
22    A.    At the Department of State, there's

Page 219

1  a boatload of SES policy people, because that's
2  what they do.
3    Q.    Okay. And how often does a SES move
4  from a management position to a policy position?
5    A.    I couldn't tell you. I know that in
6  the Bureau of Educational and Cultural Affairs,
7  Rick Ruth did exactly that several times over
8  the course of his career -- SES career.
9    Q.    And who did you report to when you
10  were a Senior Adviser?
11    A.    To the Assistant Secretary.
12    Q.    And were there other members of your
13  team, or was it just a role that you had, and
14  you were dealing with the Assistant Secretary?
15    A.    This was my role. I had colleagues,
16  counterparts in other parts of the Department.
17    Q.    Were you part of a team -- a broader
18  team, or were you --
19    A.    Yes, I was part of the front office
20  of ECA.
21      MS. SMALLS: If we can take a --
22  go off the record and take a 15-minute

Page 220

1  break.
2      MS. LUKEY: Okay.
3      THE VIDEOGRAPHER: We're going off
4  the record. This is the end of Media
5  Unit 3. The time is 2:45 p.m.
6        - - -
7      (Whereupon, a recess was taken from
8      2:45 p.m. to 3:03 p.m.)
9        - - -
10      THE VIDEOGRAPHER: We're back on
11  the record. This is the beginning of
12  Media Unit Number 4 in the deposition of
13  Stanley Colvin -- Colvin. The time is
14  3:03 p.m.
15      MS. SMALLS: Okay. Thank you.
16  BY MS. SMALLS:
17    Q.    Mr. Colvin, in your time supervising
18  the Au Pair Program, did you ever review with
19  the au pair sponsors the local care
20  coordinators, or LCCs as some of the sponsors
21  refer to them?
22    A.    No. There was --

Page 221

1    Q.    Did you ever -- hold on a second.
2      Sorry. Let me strike my prior
3  question and rephrase.
4      Did you ever discuss or review with
5  the sponsor agencies their monitoring
6  capabilities of au pairs once they were in the
7  United States?
8    A.    There was a regulation that
9  addressed that. And the -- the 1997 interim
10  final, I think, raises monitoring issues, but I
11  would have to actually -- I believe it does.
12    Q.    Okay. I'm going to give you a
13  document.
14        - - -
15      (Colvin Deposition Exhibit Number
16      20, Summary, Alliance/State
17      Department Au Pair Meeting, July
18      26, 2006, Bates stamped CC00017686
19      through CC00017689, marked for
20      identification, as of this date.)
21        - - -
22      MS. SMALLS: Twenty? Okay.

MAGNA ▶
LEGAL SERVICES

1  BY MS. SMALLS:
2      Q.    I'll give you a moment to review it.
3  I'm specifically interested in --
4          MS. SMALLS:  And just for people
5      on the phone, this is a summary document.
6      It appears to be providing notes of an
7      Alliance/State Department Au Pair Meeting
8      in July 26, 2006.
9  BY MS. SMALLS:
10     Q.    And I'm specifically interested in
11  the section about Complaints and Concerns.
12     A.    Okay.
13         I don't remember the meeting, but --
14  I don't know who drafted the document.
15         Is this an Alliance document?
16     Q.    Well, this is a Cultural Care
17  document --
18     A.    Cultural Care.
19     Q.    -- but somebody has provided -- that
20  doesn't necessarily mean it's not also an
21  Alliance document.
22         But the -- the thing that I'm

1  specifically interested in getting your feedback
2  on is the second paragraph under Complaints and
3  Concerns --
4          MS. LUKEY:  I should add, I don't
5      know whether this -- I don't know one way
6      or the other whether this was generated
7      by Cultural Care.  It was produced by
8      Cultural Care.
9          MS. SMALLS:  Right.
10         THE WITNESS:  So that's your
11     tracking ID down at --
12         MS. LUKEY:  That's the --
13         THE WITNESS:  -- the bottom, CC --
14         MS. LUKEY:  -- litigation ID --
15         THE WITNESS:  Yeah, okay --
16         MS. LUKEY:  -- right.
17         THE WITNESS:  -- all right.  Good
18     enough.
19         I'm sorry.
20  BY MS. SMALLS:
21     Q.    So it -- the paragraph -- the second
22  paragraph under Complaints and Concerns, it

1  recounts -- this summary document recounts
2  several points that you purportedly made in
3  the -- in the meeting.  And it also says that
4  Stanley, being you --
5      A.    Um-hum.
6      Q.    -- said that he notices occasional
7  communication problems at the local level and
8  suggested that the sponsors may wish to
9  intensify training of local coordinators, and
10  that further -- that you said that the program
11  may be a bit weaker at the local coordinator
12  level than it has been in the past.
13     A.    Um-hum.
14     Q.    Do you remember there ever being an
15  issue with local coordinators?  Does that jog
16  your memory regarding anything that you -- was
17  of particular concern to you at the Department
18  at the time?
19     A.    I -- I really can't make any
20  observation about it.  I just don't -- I -- I
21  just don't know.
22         Looking at the participants, it --

1  that would have been a pretty good-sized
2  representation from the Department.
3      Q.    If you don't recall, you don't
4  recall.
5      A.    So I see the 50 complaints with
6  18,000 au pairs is not much of a problem, half
7  of them involving financial issues.
8          From a programmatic perspective,
9  that's not bad, I guess.  I just truly do not
10  recognize the document --
11     Q.    Okay.  Thank you.
12     A.    -- or have any recollection of the
13  meeting.
14     Q.    Okay.  Well, it was a long time ago.
15     A.    Um-hum.
16         I see that we have a compliance unit
17  in place there now, Lari Martinez.  So that
18  would have been 2006, head of the Compliance
19  Unit.
20         Okay.
21     Q.    Okay.  I'm going to pivot away from
22  this document --

MAGNA
LEGAL SERVICES

Page 226

1      A.    Okay.
2      Q.    -- on the basis that you don't
3  recollect the meeting.  So I'm not going to ask
4  you any additional questions about the meeting.
5      A.    Okay.
6      Q.    I -- I did want to ask you about the
7  allocation of visas to au pair sponsors.
8          Do you recall how, under your
9  purview, that -- those determinations were made
10  about the allocations given to each visa
11  sponsor?
12     A.    There -- yes, I do.  There is a
13  responsible officer's handbook, and that
14  explains -- that's a document that's utilized by
15  all 1200 responsible officers and probably 3500
16  or so alternate responsible officers.  And in
17  that responsible -- it's my recollection that in
18  that responsible officer handbook, it describes
19  how to apply for your allocation.
20          And the allocation -- I believe
21  it -- I believe it explains -- it's my
22  recollection that that handbook explains that,

Page 227

1  you know, you ask for as many as you had last --
2  if you want -- whatever your program size is --
3  it could go up or down -- if you wanted the same
4  as the prior year, you request the same as the
5  prior year.  You send certain documents.  If you
6  want an increase, you ask for an increase.  And
7  you have to be able to explain how your
8  organization has sufficient staff and resources
9  to absorb the increase and explain where you
10  think that increase is going to come from.
11          And the Au Pair Program officer and
12  the -- the program officer that would have
13  oversight over the au pair programs would be the
14  one that would make the decision.
15     Q.    Okay.  And they would make the
16  decision on what criteria?
17     A.    On the criteria that are in that
18  handbook, one of which would be whether there
19  had been complaints, problems, issues with the
20  program over the prior year.
21     Q.    And do you know whether any requests
22  for increases were generally approved or, if you

Page 228

1  recall, whether any were declined?
2      A.    The -- the Au Pair Program has been
3  fairly stable in size for several --
4  several years.  And by 2006 -- I'll just use
5  that because that was the date of that
6  document -- by 2006, the program size was pretty
7  set.  You didn't see, you know, expansions or
8  diminutions in program size.
9      Q.    I'm not talking about the program
10  overall; I'm talking about --
11     A.    In -- in --
12     Q.    -- specific sponsors.
13     A.    -- yeah, in the individual sponsored
14  programs, that's what I'm talking about as well.
15  They were -- they were pretty static.
16          MS. SMALLS:  Okay.  I'm done, but
17  I would note that Plaintiffs have made an
18  objection to the redactions on
19  Mr. Colvin's DOL letter.  Prior to this
20  deposition, Plaintiffs had requested,
21  based on the fact that the letter related
22  to au pair compensation and specifically

Page 229

1  involved a au pair sponsor that is a
2  Defendant in that lawsuit, that that
3  information should not be redacted from
4  that letter.
5          Defendants and Mr. Colvin decline
6  to remove those redactions, so Plaintiffs
7  maintain the option to pursue a motion to
8  compel the unredacted version of that
9  document and to continue this deposition
10  if and when that document -- a
11  determination on that document is made.
12         MS. LUKEY:  All right.  I would
13  just note that the Defendants, other than
14  whoever the sponsor is whose name is
15  redacted, have no control over that.
16  That is not -- was not our decision.  And
17  Mr. Colvin has to do what he feels
18  comfortable with vis-a-vis a client.  It
19  isn't the Defendant's choice.
20          So we would take the position that
21  the deposition should not be resumed.
22  But, of course, we can't prevent you from



Page 230

1  filing a motion to compel as long as we
2  have a meet-and-confer in advance.
3        MS. SMALLS:  Okay.
4        MS. LUKEY:  Thank you.
5        THE VIDEOGRAPHER:  Are we
6  finished?
7        MS. SMALLS:  No.  I -- I'm -- I'm
8  turning it over to --
9        MR. QUINN:  I have nothing.
10       MS. LUKEY:  Nothing.
11       MS. SMALLS:  Anyone on the phone?
12  Providing an opportunity for
13  people to get off mute.
14       MS. LUKEY:  I think we can assume
15  after this much time that no one has any
16  questions.
17       MS. SMALLS:  Okay.  You're trying
18  to get on that plane.
19       All right.
20       THE VIDEOGRAPHER:  We're done?
21       MS. SMALLS:  I think we're done.
22  We're off the record.

Page 231

1        MS. LUKEY:  Actually, looking at
2  it going, I'm not going to get to sit in
3  the first-class after all, because I'm
4  going to be there after --
5        THE VIDEOGRAPHER:  We're going off
6  the record at 3:15 p.m.  This concludes
7  Media Unit Number 4 and today's
8  deposition of Stanley Colvin.
9
10           - - -
11       (Witness excused.)
12           - - -
13           - - -
14       (Deposition concluded at 3:16 p.m.)
15
16
17
18
19
20
21
22

Page 232

1           C E R T I F I C A T E
2  DISTRICT OF COLUMBIA:
3        I, Cindy L. Sebo, a Notary Public within
4  and for the Jurisdiction aforesaid, do hereby
5  certify that the foregoing deposition was
6  taken before me, pursuant to notice, at the
7  time and place indicated; that said deponent
8  was by me duly sworn to tell the truth, the
9  whole truth, and nothing but the truth;
10  that the testimony of said deponent was
11  correctly recorded in machine shorthand by
12  me and thereafter transcribed under my
13  supervision with computer-aided transcription;
14  that the deposition is a true record of the
15  testimony given by the witness; and that I am
16  neither of counsel nor kin to any party in said
17  action, nor interested in the outcome thereof.
18
19       _____
20       Cindy L. Sebo, RMR, CRR, RPR, CSR,
21         CCR, CLR, RSA, Notary Public
22

Page 233

1         INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4  carefully and make any necessary corrections.  You
5  should state the reason in the appropriate space on
6  the errata sheet for any corrections that are made.
7        After doing so, please sign the errata
8  sheet and date it.
9        You are signing same subject to the
10  changes you have noted on the errata sheet, which will
11  be attached to your deposition.
12        It is imperative that you return the
13  original errata sheet to the deposing attorney within
14  thirty (30) days of receipt of the deposition
15  transcript by you.  If you fail to do so, the
16  deposition transcript may be deemed to be accurate and
17  may be used in court.
18
19
20
21
22

MAGNA
LEGAL SERVICES

Page 234

```
1              E R R A T A
2    PAGE LINE CHANGE
3    ____ ____ _____
4    Reason For
     Change: _____
5
     PAGE  LINE  CHANGE
6
     ____ ____ _____
7
     Reason For
8    Change: _____
9    PAGE  LINE  CHANGE
10   ____ ____ _____
11   Reason For
     Change: _____
12
     PAGE  LINE  CHANGE
13
     ____ ____ _____
14
     Reason For
15   Change: _____
16   PAGE  LINE  CHANGE
17   ____ ____ _____
18   Reason For
     Change: _____
19
     PAGE  LINE  CHANGE
20
     ____ ____ _____
21
     Reason For
22   Change: _____
```

Page 235

```
1          ACKNOWLEDGMENT OF DEPONENT
2
3          I, _____, do
4    hereby certify that I have read the foregoing
5    pages, 1 to 231, and that the same is a correct
6    transcription of the answers given by me
7    to the questions therein propounded, except for
8    the corrections or changes in form or substance,
9    if any, noted in the attached errata sheet.
10
11   _____   _____
12    DATE            SIGNATURE
13
14
15   Subscribed and sworn to before me
16   this _____ day of_____, 20____.
17
18     My Commission expires:
19
     _____
20
21
     _____
22
```

MAGNA ▶
LEGAL SERVICES

**A**

**Abby** 104:4
**Abell** 104:5
**ability** 49:6,20
**able** 25:13,14 47:1
  49:11,14,17 50:1
  50:4,7,9 51:2
  96:14 122:13
  227:7
**absolutely** 156:4,5
**absorb** 227:9
**abuse** 85:6
**abused** 164:1
**accomplishing**
  164:9
**Accountability**
  12:7 151:5,7
  152:3 170:4 211:8
**accounting** 11:6
  103:9 150:14
  151:6 208:2
**accuracy** 86:13
**accurate** 90:14
  131:17,20 132:2
  132:22 133:7,11
  133:19,22 134:3
  141:5 168:14
  233:16
**accurately** 41:15
**acknowledged**
  171:18
**ACKNOWLED...**
  235:1
**Act** 54:9,10 55:6
  57:1 64:9 65:5
  74:10 79:10 80:14
  80:20 84:13 86:18
  149:10,22 152:22
  153:2,3 155:8
  164:11 172:1,5
  173:22 180:12
  192:4
**acting** 72:7 116:21
  117:4,7 139:18
  207:18

**action** 12:13 113:21
  113:22 118:7,14
  119:11 120:3,8,10
  120:14 170:9
  232:17
**actions** 46:7,11
  142:2 172:2
**activities** 122:19
  157:3 178:16
  179:4
**activity** 156:10
  157:14
**acts** 72:10
**actual** 49:3
**add** 223:4
**adding** 62:9
**addition** 19:19
  38:11 107:4 150:6
**additional** 55:2
  62:19 86:21 130:6
  138:12 226:4
**address** 172:21
**addressed** 221:9
**adhered** 164:18
**adherence** 81:8
  193:1
**adjudication** 114:6
**adjust** 81:3
**administered**
  192:10
**administering** 56:1
  56:11,21 149:17
  206:6
**administration**
  90:10 125:17,21
  126:1,5,16 127:13
  130:7 143:15
  159:5,9 171:19,21
  192:5,19,22
  210:20 212:18
  213:19 214:1
**administration's**
  191:11
**administrative**
  155:14 192:3
**administrator** 2:9

58:9 59:13 63:14
  64:1
**admission** 201:20
**adopted** 63:10
  74:12 79:8 86:1,8
  86:9
**adoption** 47:12
  93:22 177:6
**adopts** 63:7
**advance** 230:2
**adverse** 115:3
**adversely** 153:19
**advertising** 133:12
  133:19,21,22
  134:16 138:9,15
  141:13 145:7,11
**advice** 24:2
**advised** 64:12
**adviser** 42:22 43:4
  43:8,9,12,22
  44:14 45:10 159:1
  182:9,12,14,22
  183:1,5,7,17,18
  183:21 184:1,5
  185:7,10,11,12,13
  185:16,17,17,20
  187:7 194:22
  196:4 199:22
  201:9 202:20
  207:5 214:5,16
  216:19 219:10
**Adviser's** 43:16
  182:13 194:11
  196:17 197:14,17
**advising** 111:20
  116:19
**advocacy** 108:15
  110:22 119:1,3,5
  210:10
**advocate** 210:11
**advocating** 111:17
**Affairs** 44:5 58:19
  104:4,5 160:16
  166:9,10,11
  182:14 186:16
  187:20 192:12

207:6 219:6
**affect** 153:20
**aforesaid** 232:4
**aftermath** 160:12
**agencies** 32:2 33:12
  33:13 56:2,3
  73:12 165:19
  166:7 197:22
  206:4,5 209:11
  221:5
**agency** 11:9 28:14
  32:11 33:3,22
  34:5,19 42:8 49:7
  49:9,12,15,19
  50:3 60:13 62:14
  63:7,19 64:5,6,9
  64:12,14,18 65:4
  66:20 67:15 69:8
  75:11,14 76:18
  77:5 79:8 84:7,8
  84:14 86:4 87:14
  111:15 128:4
  129:4 150:16
  151:12 176:2
  182:6 192:13
  211:22 218:4
**Agency's** 60:3
  62:17 63:19 85:4
**Agent** 5:12
**ages** 38:15
**ago** 225:14
**agree** 175:4 206:15
**agreed** 159:1
**agreement** 10:5
  104:16 105:2,6,19
  105:20 106:7
  110:1 134:7
**ahead** 123:10
**al** 1:4,7 14:10,11
**Alberto** 181:20
**alien** 156:20 157:16
**aliens** 177:11
**Alliance** 103:7,19
  222:15,21
**Alliance/State**
  13:10 221:16

222:7
**allocation** 226:7,19
  226:20
**allocations** 226:10
**allow** 77:13 81:2
**aloud** 38:9 152:9
  171:15
**alter** 86:20
**altering** 55:7
  149:11
**alternate** 226:16
**alternative** 184:3
**Alvarado** 10:8
  109:4 111:20
  115:15,18 116:2,5
  116:6
**ambassador** 201:21
**ambiguous** 23:11
  23:13
**amend** 75:15 80:21
  86:20
**amended** 62:13
  74:1 84:18
**amending** 62:15
  80:11 82:1 84:8
  84:14
**amendment** 74:5
  85:4,21
**amendments** 62:18
  93:11
**amends** 61:22 85:1
**America** 7:13
**American** 7:12
  35:22
**amount** 74:5 75:3
  75:13 76:4,22
  78:6,8,9 79:5,6,7
  79:9 80:13 82:2
**analysis** 65:1 126:3
**and/or** 134:8 164:1
  169:1 179:11
**announcement**
  63:7
**annual** 172:10
  178:14
**answer** 21:16 22:2



24:12 26:16 40:12 40:16 44:2 48:10 48:14 70:4,14 76:10 77:15,15 96:9,15 98:15 120:12,18 121:21 122:9,13,18 128:11 129:9,11 129:13 142:10 146:10 158:7 160:10 201:15
**answers** 235:6
**antagonizing** 209:13
**anybody** 198:10
**anymore** 192:18
**apart** 19:19
**APEX** 6:3
**API001160** 12:21 203:7
**API001161** 12:21 203:7
**apologize** 85:10
**apparently** 107:21 123:1
**appear** 208:6
**appears** 103:20 105:1 110:5 222:6
**apple-and-orange** 217:8
**applicability** 127:19 132:7
**applicable** 110:21 130:12 134:6
**applicants** 39:10 131:21
**application** 9:7 65:5 69:22 97:9 119:18
**applied** 179:16 180:21
**applies** 28:3 31:2 31:11 132:7,10 180:18
**apply** 31:7,13,18 33:8 127:20

130:18 132:17 226:19
**appointed** 181:2 190:11 212:22 213:3,8
**appointee** 185:21 190:3,9
**appointees** 188:10 189:20 190:10,12 191:4
**approach** 81:2 180:16,16
**appropriate** 34:18 45:17,21 46:3 64:18 65:16 66:14 95:12 122:7,19 125:3 166:16 233:5
**appropriately** 40:9
**approve** 173:20 174:12
**approved** 197:6 227:22
**approximately** 2:12 19:14 169:4
**arbiter** 50:17
**area** 64:19 195:22
**argument** 119:2
**arising** 169:6
**arm** 151:10 212:1
**Arms** 185:4
**ARMSTRONG** 5:4
**Aronov** 14:21
**article** 206:2 207:12 209:10 210:6
**articles** 210:9
**asked** 83:17 84:4 101:4 112:14 113:1 121:22 123:20
**asking** 22:9 40:11 43:15,17 48:9 52:8 66:17 77:16 88:7 98:16 100:9 113:22 118:7

120:3 125:8,9 126:2,3 130:21,21 137:16,17 139:17 139:20 140:16 141:10
**aspects** 127:20 167:3,18,22
**assert** 138:11
**asserting** 114:17
**Assess** 12:15 170:10
**assist** 23:22 64:21 64:21 215:20,22
**Assistant** 42:7 45:4 103:5 104:3 174:19 181:15 182:1,13 183:3 185:11 186:14,17 187:7,12,15,18,19 187:21 191:6 194:16 201:8,11 201:17,19 202:4 202:21 213:6,13 216:20 219:11,14
**associated** 156:11 168:10
**assume** 116:17 123:5 230:14
**atmosphere** 163:22
**attached** 8:10 18:15 19:20 73:3 78:5 92:7 153:19 233:11 235:9
**attention** 172:19 174:3 192:22 194:19
**attitude** 13:6 205:4 205:19 209:15
**attorney** 3:3,10 4:3 4:12 5:3,12 6:3,11 7:3,12 40:14 42:9 42:17 44:22 45:6 45:12,16 51:18 116:22 117:4,13 118:5 176:15 195:16 233:13

**attorneys** 52:17
**attorney-adviser** 42:12 44:17 158:2 173:19 181:12 182:8 184:21 185:4 186:2
**attorney-advisers** 197:15 198:12,17 198:21 199:3
**Attorney-At-Law** 117:1
**attorney-client** 40:15 46:4
**attributions** 149:21
**au** 5:12,12,13 6:11 8:18 13:11 21:5,8 21:21 22:11 23:1 23:6 25:7 27:10 27:15 30:18 31:2 31:8,11,17 32:1 32:11 37:5 38:8 38:11,14 39:12,17 40:7 48:2 49:8,10 49:13,22 50:4,11 51:3 54:3 55:4,7 56:1,10,20 57:2 57:13,16 58:4,13 58:16,18 59:2 60:11 61:6 62:9 62:17 63:9 64:7 65:7,21 66:1 71:13,15,16 72:11 72:14,15,22 73:12 73:14 74:2,3,4,7 74:16,17 76:22 79:7,15 80:12,15 81:7 82:1,5 84:9 84:11,19 85:2 86:17,20 90:10 91:9,16 92:9,14 93:21 94:4,14,16 94:18 95:7,9 96:2 104:13 107:7,8,9 108:20 109:14,18 109:21 110:18 112:12,17 113:8

113:10,20 114:1,5 114:22 117:7,13 118:5,15 123:21 124:2,17 125:21 126:1,5 127:15 131:22 132:5,14 132:17,21 133:4 133:18 138:10,17 139:12,13 141:13 143:15 145:9 149:2,8,11,15 151:16 152:4 153:10,14,21 155:7,9,13,17,21 156:22 157:18 160:4 165:15 179:17 180:19 188:16 191:19,21 192:7,8 193:8,14 194:5,6 204:7 220:18,19 221:6 221:17 222:7 225:6 226:7 227:11,13 228:2 228:22 229:1
**audible** 199:10
**audience** 216:12
**audiences** 216:17
**audit** 11:12 160:19 163:11 173:15
**augment** 35:4 62:13 160:10
**augmented** 62:8,13
**August** 44:19 212:17 213:4,10 214:11
**AuPair** 7:4
**AuPairCare** 4:3 107:14,15,17,19 108:1,4,9,12
**authenticity** 104:11
**author** 21:7 27:9,14 57:15
**authored** 73:1
**authorities** 44:3
**authority** 25:13



43:18 44:4 50:11
54:5 66:12 70:8
70:10 90:9 93:3
94:1,6 154:9,15
156:11
**authorization**
87:17 89:16
156:21 157:1
**authorized** 1:19
2:10 71:18 152:22
156:10,10 157:5
**automatically** 81:3
**available** 48:17
51:8,14 59:17
60:16 82:9 150:4
150:6 153:17
**Avenue** 2:4 3:6 7:7
7:16 14:18
**average** 169:3
**aware** 213:22
**awkward** 142:18
**a.m** 1:13 2:12 14:4
14:16 68:19,22,22
69:5

---
**B**
---
**B** 4:5 92:7 166:21
**baby-sitting** 157:6
**back** 47:6 48:3,10
53:11 66:10 69:2
77:19 88:14 94:13
95:6 113:19 131:1
135:7 140:14
145:16 177:9
181:14 186:3
191:14 193:9
199:11 200:21
213:20 215:19,22
220:10
**background** 39:2,5
171:16
**bad** 225:9
**based** 39:8 58:11
67:8 74:8 76:19
81:3 85:4 92:11
125:1 128:7 129:7

217:4 228:21
**basic** 164:9
**basically** 151:9
187:9 205:14
**basing** 89:17
**basis** 80:2 89:5 91:6
91:12 104:11
114:9 125:22
149:21 152:20
226:2
**Bates** 8:13,21 9:19
10:5,9 12:20
13:12 18:1 41:4
102:11 104:16
109:5 203:6
221:18
**battle** 216:11
**bcolaizzi@sherm...**
4:18
**began** 109:22
**beginning** 2:11
24:8 41:19 58:4
69:3 72:6 152:11
220:11
**begins** 14:7
**behalf** 2:13 108:15
113:22 116:14
117:7,13 118:5,15
119:12 139:19
**believe** 26:22 27:22
34:20 40:17 41:13
46:2 50:21 66:16
87:19 97:2 100:8
105:5 106:8
107:22 134:19
155:3,5,6 164:13
193:14 221:11
226:20,21
**believes** 81:6
**Beltran** 1:4 14:10
107:5 112:22
113:15,17 115:21
**best** 114:16
**betcha** 198:13
**better** 19:3 106:15
159:22 175:20

**big** 176:3 191:10
**bill** 90:7,7,8
**binder** 30:1,2,16
**bit** 18:21 115:8
191:15 204:2
224:11
**blank** 118:11
**board** 65:11,15
66:4,13 69:17
70:1,20 76:21
77:11 79:17 80:1
80:2,4 81:4 87:5
92:12 161:20
**boatload** 219:1
**BOGDAN** 7:5,6
**bogdane@hotma...**
7:10
**Boies** 2:3 3:4 14:17
14:20
**Border** 12:9 170:6
**borders** 210:11
**boss** 194:17
**Boston** 3:14
**bottom** 166:2
223:13
**box** 161:14
**boy** 208:11
**Branch** 151:12,14
154:11
**break** 24:16,21
68:3 101:18
146:19,22 147:2
148:18 220:1
**brief** 171:14 178:16
**bring** 156:13
**bringing** 172:18
**Broadcasting**
161:18
**broader** 110:1
199:11 219:17
**broke** 69:7
**BROOKE** 4:14
**brought** 51:9
**Buchwald** 182:19
182:20
**budget** 172:9

**bullet** 166:2
**bureau** 160:15
166:10 194:12,13
194:16,21 197:7
197:11,18 207:5
219:6
**business** 17:8
166:14

---
**C**
---
**C** 3:1 4:1 5:1 6:1
7:1 14:1 232:1,1
**cable** 168:11
**calculated** 77:7
79:20 81:5
**calculation** 69:17
70:19 73:4 92:13
**California** 6:14
**call** 53:17 87:18,18
90:5 115:13,14,21
198:11 208:8
**called** 107:19 148:5
167:3
**camp** 156:15
157:17
**camps** 156:16
**campus** 156:14,15
**capabilities** 221:6
**capable** 38:18
**capacity** 17:13
22:14
**care** 3:10 10:15
123:7,8 135:19
138:6,8,11,14
220:19 222:16,18
223:7,8
**career** 188:19
189:7,18 190:4,8
191:9 219:8,8
**carefully** 233:4
**Care's** 136:14
**carried** 172:11
174:6,12 179:8
**carry** 193:20
**case** 1:5 14:13 22:7
50:19 113:17

190:17 197:20
**categories** 12:16
31:3 34:22 35:3
128:1 132:7
155:11 156:6,9,10
159:12 164:7,16
169:14,16 170:12
173:8,10,12
180:21
**category** 164:4
167:19
**cause** 178:20
**cavalier** 13:6 205:3
205:19 209:15
**CC** 223:13
**CC00017686** 13:12
221:18
**CC00017689** 13:13
221:19
**cellular** 67:18
**Center** 13:8 205:6
205:16 210:12
**central** 197:22
**certain** 119:11
139:12 151:22
227:5
**certainly** 104:12
209:8
**certificate** 215:5
**certification** 153:16
155:15
**Certified** 2:6,7,8
**certify** 232:5 235:4
**CFR** 8:16,18 9:6,9
9:10,13,16 10:13
28:18 29:13,15
36:20,21 37:5,15
66:5,8 67:1 69:16
84:8 97:8 99:3,11
99:18 100:3 121:4
131:8 138:18
**chain** 207:14
**Chairman** 12:8
170:5
**change** 63:8 74:14



76:17 158:20
212:18 234:2,4,5
234:8,9,11,12,15
234:16,18,19,22
**changed** 78:14
92:15 158:14
181:11
**changes** 233:10
235:8
**changing** 75:13
80:18
**characteristics**
39:9,10
**characterization**
103:15
**characterize** 111:2
131:16
**charge** 105:11,14
105:15
**charged** 138:10,16
145:8
**check** 39:6 193:9
**chevron** 64:20
**chief** 173:13 201:20
**chiefs** 189:10
**childcare** 84:20,21
152:17,21 155:10
**CHOATE** 3:11
**choice** 229:19
**Cindy** 1:18 2:5 15:1
232:3,20
**circle** 177:9
**circumstance** 34:16
**circumstances** 64:2
**citation** 61:3
**cite** 64:20 79:9 83:1
83:8,8,20 84:1
85:11,12,13
**cited** 48:18 67:14
123:15
**Civil** 1:5 44:6
**claim** 45:17,20 46:3
**Claims** 12:10 170:7
**clarify** 96:1
**clarity** 24:9
**class** 181:11 214:19

**classification**
181:11
**clean** 169:9,12
176:8
**clear** 119:15 194:14
**clearance** 194:15
194:19,20,21,22
196:8,22 197:9,19
198:5
**cleared** 194:11
**clearing** 198:19
**clearly** 70:16
125:19
**client** 116:16,22
119:12 229:18
**clients** 105:11,14
**Clinton** 192:5,21
213:1
**clip** 106:18
**close** 210:22 218:12
**closing** 210:11
**CLR** 1:19 232:21
**codified** 54:10 66:7
**COLAIZZI** 4:14
**colleagues** 219:15
**collecting** 138:9,16
145:7
**college** 156:14
**colonels** 214:20
**Colorado** 1:1 4:8
4:16 5:7,17 6:7,15
14:13
**Columbia** 2:11
17:5 232:2
**Colvin** 1:12 2:2 8:3
8:11,12,20 9:4
10:3,8 11:4 12:4
13:4 14:9 15:8
17:4,9,11,21,22
28:17 37:4 41:2,3
68:18 69:5 97:7
99:2,10,17 100:2
102:10 103:5
104:15 109:3,4
121:3 135:18
148:4,12 150:12

160:18 170:2
203:5,22 205:2
206:9 220:13,13
220:17 221:15
229:5,17 231:8
**Colvin's** 20:13
228:19
**COLVIN_00260**
8:21 41:4
**COLVIN_00264**
8:22 41:5
**COLVIN_00370**
10:10 109:6
**COLVIN_00373**
10:11 109:6
**COLVIN_00374**
8:13 18:1
**COLVIN_00390**
8:14 18:2
**combating** 214:22
215:20 216:2,8,14
217:1,3
**come** 109:21
125:22 156:16
186:3 192:15
227:10
**comes** 156:17
**comfortable** 229:18
**coming** 199:4,19
213:21
**comment** 136:14
137:1
**commenting**
171:17
**comments** 37:12
98:20 99:7
**Commission**
235:18
**committee** 12:10
160:14 170:7
174:17,18,21
**Committees** 11:8
72:9 150:15
**commonly** 35:21
**communicate**
157:11

**communicating**
59:15
**communication**
224:7
**communications**
216:16
**community** 204:7
**comparison** 217:9
**compatible** 155:7
**compel** 229:8 230:1
**compensated** 74:7
86:16 87:12 88:5
88:13 89:2,9,21
91:3,11
**compensation**
91:16 228:22
**complaints** 222:11
223:2,22 225:5
227:19
**completion** 38:19
**compliance** 24:2
40:11,12 62:21
87:14 114:19
130:1 135:13
140:8 159:16
164:13,16 225:16
225:18
**compliant** 79:10
**comply** 58:6 129:22
130:4,11 135:13
140:8,10
**component** 21:5
57:13 157:7,12,12
157:13 216:7
**components** 98:10
**comported** 196:5
**comprised** 174:18
**compute** 80:4
**computer-aided**
232:13
**con** 143:13
**concern** 167:12
168:15 224:17
**concerned** 58:14
60:9,13 61:4
**concerning** 21:21

74:15
**concerns** 165:17
166:5 168:9
222:11 223:3,22
**conclude** 120:2
**concluded** 152:20
231:14
**concludes** 231:6
**conclusion** 129:18
**concur** 175:5
**concurrence** 159:1
**condition** 89:15
**conditions** 130:6
153:18
**Condoleezza** 213:1
213:8
**conduct** 95:12,13
**confidential** 46:17
46:22 190:13
**confirmation** 191:5
**conflating** 145:14
**conformance** 74:9
79:16
**confusing** 115:8
**confusion** 84:16
**Congress** 55:1,4
56:9,19 71:12,14
72:7 86:1,2,14,19
87:10 88:3,10,18
88:18 89:1,6,11
89:12,13,18 90:8
90:15,22 149:7,15
149:21 151:10
154:6 212:2
**Congressional** 11:7
21:6 27:1,3,5,8,13
28:1,2,7 49:19
57:14 90:19
150:15 154:10,16
**consent** 87:19
**consider** 22:10
**considered** 39:11
164:20 177:10
**consist** 178:9
**consistent** 56:22
58:3 62:21 73:15



138:17 141:16,21
185:14
**consists** 23:19
**consolidated** 86:12
163:3
**conspired** 114:18
**constitute** 211:16
**constituted** 152:21
**constitutes** 153:13
**constituting** 154:4
**constructing** 27:20
**consular** 23:22
44:5 104:4,5
160:16 166:9,9
168:8 184:13
187:10
**consulate** 168:11
**consult** 17:7 64:1
**consultancy** 109:22
**consultant** 10:5
17:5 22:19 104:16
105:6,19,20 107:5
110:1
**consultation** 58:8
59:12 60:4
**consultations** 65:8
**consulted** 18:15,17
19:10
**consulting** 17:11
19:10 23:19 63:13
105:1 106:7
**contemplated**
127:14
**contest** 104:11
**context** 25:10,17
48:15 49:2,5,8,11
49:13,16,20,22
50:4,7,9,13 51:3,7
51:13,15 53:17
54:16,18 55:12
59:16 76:12 78:9
79:3 94:10 120:19
126:4 127:5,10
139:1 143:12
155:19,20
**continue** 44:15

55:2 56:11,21
71:13 72:11
149:16 229:9
**continued** 4:1 5:1
6:1 7:1 56:1 148:5
148:15 152:19
181:8
**continues** 137:2
**continuing** 77:9
172:20
**contract** 146:7
**contracting** 138:10
138:16 145:8
**control** 9:13 99:18
163:18 179:6
185:4 229:15
**controlling** 62:6
65:17 66:12 70:8
70:9
**controversy** 178:20
211:2
**conversation**
103:13
**convey** 93:3 94:5
**conveyed** 39:21
**convinced** 175:1
**cooperation** 20:1
**coordinating**
160:14
**Coordination**
125:18
**coordinator** 224:11
**coordinators**
220:20 224:9,15
**copy** 17:17 30:2,16
123:4
**core** 114:11
**corporate** 31:19
**correct** 16:14 31:4
39:18 42:1,15
45:19 62:7 69:11
78:15 81:21 82:21
85:10,12,13 87:1
103:14 105:8,22
106:4 110:7,13
114:3,12 116:4

117:4,10,11,15,16
118:2,8,9 120:3
131:10 132:3
133:5 135:15
140:12 142:6
149:4,12,13,18
151:12 158:3,4,6
160:7 173:22
174:10 175:7,11
175:13,15,17
176:10,19 189:20
189:21 196:12
197:5 198:7,8
205:22 206:1,10
212:19 213:7,9
214:13 216:21
217:11 235:5
**corrections** 233:4,6
235:8
**correctly** 101:14
232:11
**correlate** 155:11
**correspondence**
110:17 115:17
**costly** 215:17
**costs** 81:4
**counsel** 2:2 15:3,15
41:21 42:7 43:18
98:20 99:7 148:15
181:15,19,21
182:1,3,4,5
232:16
**counselor** 157:17
**counselors** 156:16
**count** 184:18
**counterparts**
219:16
**countries** 71:17
**country** 177:12
**course** 138:12
209:2,4 210:2
219:8 229:22
**court** 1:1 2:8 14:12
15:1,5 23:9 24:8
68:7,10 97:13
150:10 203:18

233:17
**counter** 14:22
**covered** 84:11
**create** 164:13
**created** 54:4
163:21 181:7
**credit** 65:15 66:3
66:14 70:20 76:21
77:10 79:18,20
80:2,5 87:4 92:13
**criminal** 39:5
**criteria** 227:16,17
**critical** 210:9
216:17
**CRR** 1:18 232:20
**Cs** 190:15,16
**CSR** 1:18 232:20
**cultural** 3:10 10:15
11:10 54:8,9
86:15,19 87:10
88:3,11 89:7,19
91:1,9 135:19
136:14 138:6,8,11
138:14 150:17
152:18 153:4,21
154:1,3 164:11
166:11 186:16
187:20 207:6
219:6 222:16,18
223:7,8
**current** 30:17 55:3
56:11 80:13 82:3
149:17 153:10
155:9 204:3
**currently** 155:6,12
**cut** 137:13
**CV** 157:20 200:22

─────────
**D**
─────────
**d** 6:5 14:1 38:6,9
39:14 123:22
124:4,5,6 130:19
131:8,15 133:10
133:11
**DAS** 187:12 188:14
188:22 202:17,18

206:21 207:3
212:3,17 214:10
**DASs** 190:22 191:3
**date** 18:3 28:20
37:7 41:6 97:10
99:5,13,20 100:5
102:14 104:19
109:8 121:6 136:1
150:20 161:1
170:15 203:9
205:8 221:20
228:5 233:8
235:12
**dated** 73:2 81:16
**Dawn** 3:5 16:4
100:7 203:15
**day** 79:21 84:20
85:3 235:16
**days** 16:14 79:22
143:9 200:9
233:14
**day-to-day** 125:17
**deal** 162:4 176:4,17
**dealing** 101:22
219:14
**December** 21:9
57:18 59:8
**decide** 146:6
**decidedly** 216:19
**decision** 227:14,16
229:16
**declaration** 8:12
17:22 18:15 19:21
20:14 22:4 25:3
25:11,18 47:2,6
47:17 49:3 50:15
53:12 85:12 94:7
106:6 125:15
148:21 149:1
200:5
**declare** 23:8
**decline** 229:5
**declined** 228:1
**deemed** 16:15
233:16
**defendant** 3:10 4:3



4:12 5:3 6:11 7:3
7:12 10:15 109:18
112:4,13,18 113:3
113:5,13,14,17,21
113:21 114:7
116:3 135:19
229:2
**Defendants** 1:8
5:12 6:3 229:5,13
**Defendant's** 229:19
**defense** 159:21
202:22 208:15
214:19 215:11,14
**defer** 64:19
**deficiencies** 206:3
**define** 77:20
**defined** 35:7
**definition** 35:8,19
36:5,8,12 64:16
76:3 97:3 127:9
129:10,17 135:8
140:3 141:17
142:14,15,17
**definitional** 101:17
**Definitions** 97:5
100:15,20,21
**DEF-COLVIN00...**
10:6 104:17
**DEF-COLVIN00...**
10:7 104:18
**degree** 157:4
214:21 215:6,7
**delegate** 146:6
**deliberations** 65:4
**deliberative** 192:13
**Deliver** 50:5
**demonstrate**
127:11
**Denver** 4:8,16 5:7
5:17 6:15
**depart** 70:17
**department** 12:13
13:10 21:1 30:17
31:15,21 34:1,5
34:19,20 39:16
41:22 42:13 43:10

43:19,22 44:21
45:5,10 47:3
48:14 58:9 59:14
59:18 60:4 63:15
64:10,11,14,19
65:8,9,10,13,14
66:7,11,21,22
67:1,16,17 69:9
69:10,15,19,20
70:7,9 74:11
77:10 79:18 81:5
82:12,17 84:10
86:12 87:3 92:11
93:13,15 96:5
103:22 108:22
110:6,9,16 111:18
113:6 114:1
117:14,19,20
118:1,6,6 119:11
119:16,16 122:4
122:20 125:2
126:20 128:5
129:5 130:8
133:18 141:12
143:1,5,9,22
144:14,17 146:5
151:11,13,14
153:7,9,16 155:14
158:3 161:18
163:3,6,10 170:9
172:7,12,14
173:19 174:7,9,17
175:8 177:5 182:9
184:21 187:13
190:1,16 191:2,17
193:5,5,7 194:4
196:6 198:6 199:5
200:11,14,18
201:10 202:13
204:18 206:6
207:22 208:1,14
208:15 209:14
212:7 214:6 215:2
218:21,22 219:16
221:17 222:7
224:17 225:2

**Departments**
152:15
**Department's** 13:7
160:13 205:4,20
216:2
**departure** 202:3
**depending** 169:2
184:14 185:18,21
188:10
**depends** 185:3
194:18 198:10
216:22 217:2
**deployed** 92:10
**deponent** 232:7,10
235:1
**deposing** 233:13
**deposition** 1:12 2:1
10:17 14:8,16
17:21 18:11 20:2
24:9 28:17 37:4
41:2 68:18 69:4
97:7 99:2,10,17
100:2 102:10
104:15 109:3
121:3 135:18,21
136:15 138:13
148:11 150:12
160:18 170:2
203:5 205:2
220:12 221:15
228:20 229:9,21
231:8,14 232:5,14
233:3,11,14,16
**deputy** 41:21 45:4
103:5 104:3 183:3
183:4,6,8,14
184:4,10 185:12
185:13,16,19
187:3,10,12,15
201:8,10,17,19,20
202:4 213:6,13
216:20
**derived** 156:21
157:1 168:4
**describe** 41:16
178:14

**described** 172:1
**describes** 226:18
**DESCRIPTION**
8:11 9:4 10:3 11:4
12:4 13:4
**designate** 33:22
**designated** 24:20
31:14 32:11 34:1
34:18 38:14 39:16
40:9 95:11 96:5
103:22 122:4,20
124:17 125:1,2
126:19,19,22
128:4 129:4
133:18 141:11
143:1,4 144:13,17
146:4 159:11,16
171:21
**designation** 9:6,9
31:11,20 33:8
34:4 97:8 99:3
115:20 125:18
159:13 166:22
173:20 174:15
176:7 218:3
**designed** 39:8
**designee** 174:21
**detail** 65:3,6 73:4
139:9 158:9
162:12 186:8,9
192:12
**detailed** 42:21 43:3
44:14 158:5,10,20
158:21 160:2
162:4 176:13
182:10 185:8,10
186:5,6 189:5
**determination**
82:18 110:11
154:2 175:5
229:11
**determinations**
226:9
**determine** 92:13
**determined** 84:10
152:16 153:1

**determining** 64:17
110:10
**develop** 28:4 49:15
212:7
**developed** 49:18
58:7 59:11
**development**
215:22
**differed** 158:14
**difference** 51:19
52:7 191:9,10
**differences** 39:9
**different** 48:12
90:16 115:10
120:10 156:5,6
192:9
**differently** 194:7
**difficult** 154:13
**difficulties** 178:17
**diminutions** 228:8
**diplomacy** 158:22
186:20,22 187:3
188:2 216:15
**diplomatic** 59:1
**direct** 20:10 21:1
25:4 26:9 38:5
49:14,17 50:1,5,7
50:9 57:9 137:20
151:15 162:18
167:2 171:13
**directed** 27:14 28:4
49:7,9,12,15 55:1
56:10,20 71:12
72:9 149:16 154:7
**direction** 86:2
89:11,12,13 92:5
92:21 93:2
**directive** 21:7 27:8
27:13 28:1,3,8
49:20 57:15
**directives** 55:6
149:9 179:8
194:13 196:4,15
197:19
**directly** 161:21
183:1 186:1



**director** 44:19,20 103:19 174:19,20 181:4 182:7 186:10 189:1,5,6
**disclaim** 128:5 129:5
**discuss** 46:16,22 65:6 154:15 166:12 221:4
**discussed** 139:22 140:5
**discusses** 64:4 134:15
**discussion** 60:1 167:17,18
**dispute** 85:6 111:6 166:19
**disrepute** 178:22
**dissemination** 162:9
**distracted** 82:22
**distributed** 73:2,11
**District** 1:1,1 2:11 14:12,13 17:5 232:2
**division** 189:9 190:2,3,5
**doc** 164:22
**doctrine** 46:20
**document** 20:4,8 29:3,8,10,12 32:13 47:18 50:8 71:8 94:17 102:18 103:15 104:12,22 105:21 136:4 137:15 151:3 161:4 162:1 165:21 170:20 171:4,7 192:16 200:22 203:21 205:11 221:13 222:5,14,15,17,21 224:1 225:10,22 226:14 228:6 229:9,10,11
**documents** 18:14

19:20 21:4 25:6 47:8 48:17 51:15 57:12 60:18 79:4 93:11 227:5
**dog** 160:16
**doing** 112:10 177:8 192:14 233:7
**DOL** 92:12 228:19
**dollar** 74:5 75:2 80:12 82:2
**domain** 47:18 85:19
**domestic** 152:21 153:5 154:4
**DOS** 21:1 57:9 69:9 80:20 86:1,9
**dot** 140:10,10,11
**doubt** 204:17
**dozens** 21:3 25:5 26:1,11 57:11
**draft** 171:17 195:2 195:13
**drafted** 194:10 195:2 205:15 222:14
**drafting** 21:2 25:4 26:1,10 57:10 93:10
**drive** 91:16
**drove** 87:21 88:1
**dsmalls@bsfllp.c...** 3:9
**DS-2019** 9:14 99:19
**DTC** 6:6
**duck** 204:2
**due** 111:11 164:11 172:10 202:5
**duly** 15:9 148:6 232:8
**duties** 155:21
**D.C** 2:4 14:3,19
**d/b/a** 7:4

___
**E**
___
**E** 3:1,1 4:1,1 5:1,1 6:1,1 7:1,1 14:1,1

148:1,1 232:1,1 234:1
**earlier** 123:12 124:11 146:21 149:20
**easier** 162:21
**easily** 164:1
**Eastern** 182:14
**ECA** 92:6,9 158:6 158:10,20,21 160:2,15 162:4 163:17 164:13 169:8,12 186:5,11 215:19 219:20
**education** 41:22 119:6
**educational** 11:10 54:7,9 150:17 152:18 153:4 164:10 166:11 186:16 187:20 207:5 219:6
**effect** 115:3
**effective** 79:19
**effectively** 163:19 165:9
**efforts** 172:20 177:18 178:2,9,11 215:20 216:2,17
**eight** 56:3 99:15 174:18 179:10 180:1
**either** 32:20 61:22 184:12 185:18
**elected** 207:16
**element** 156:8
**elicit** 67:12
**eligibility** 8:17 28:19 29:18
**eligible** 33:8 201:21
**employed** 23:21 153:20 200:10
**employee** 46:5,10 64:16 82:12 188:19 189:18 190:4,8

**employees** 46:16,21 64:7 180:4
**employer** 64:16
**employers** 134:5
**employment** 17:3 39:5 53:14 64:13 64:17 152:22 153:13 154:5
**enacted** 86:17 88:5 88:10 89:21 90:22 91:13,18 191:21
**enactment** 91:17
**encompassed** 106:7
**encountered** 178:17
**ended** 160:14 212:8
**engaged** 134:16
**English** 38:17,21
**enhance** 62:16
**ENICA** 7:5,6
**ensure** 38:13 40:1,8 52:5 80:14 81:7 82:4 84:15 124:14 129:22 130:10 135:13 140:8 164:14,17
**ensuring** 179:7
**entail** 119:1
**enter** 134:7 177:11
**entire** 151:21 169:5 190:18,22
**entirety** 96:9
**entities** 33:7 122:22
**entitled** 151:16 205:19
**entity** 31:19 33:21 34:16 35:14,22 43:21 127:1
**entrusted** 64:15
**equal** 76:6
**equals** 80:1
**equivalent** 38:16 39:6 173:15
**errata** 233:6,7,10 233:13 235:9
**ESQUIRE** 3:5,12

4:5,14 5:5,15 6:5 6:13 7:6,15
**essentially** 155:10 165:8
**established** 50:11 64:13,18 79:18 142:9
**ESTEVAO** 5:5
**et** 1:4,7 14:10,11
**EurAupair** 107:16
**European** 71:17
**evidenced** 38:19 79:3
**EVP** 163:19 165:9
**exact** 200:10
**exactly** 47:22 76:10 219:7
**examination** 8:1,4 15:15 148:5,15
**examine** 64:6 210:13
**examined** 15:10 148:7
**example** 168:4,10
**examples** 157:15
**exchange** 11:11,13 12:17 21:4,13 25:7 26:2,11 30:21 31:3,20 38:14 44:20 54:8 54:9 57:12 58:17 86:15,19 87:11 88:4,11 89:7,19 91:1,10 93:14 95:19 124:17 125:16,18 127:13 128:1 130:7 133:12 134:4,7 150:18 153:22 154:1,3 156:3,6 157:4,9 159:5,10 159:19 160:3,20 163:7,20 164:6,8 164:11,14,19 165:10,14 167:13 168:6 169:14



170:12 171:19
174:14 176:6
177:6 178:18,21
181:5 187:16
188:15,20 189:2
212:6
**exchanges** 153:3
157:18
**excuse** 18:19 25:9
82:22 94:17
211:14
**excused** 231:11
**Executive** 103:19
151:12,14 154:10
181:10 190:19
192:4,6 193:1
217:12
**exhibit** 8:11 9:4
10:3 11:4 12:4
13:4 17:21 20:7
20:14 28:17 30:1
37:2,4,16 41:2
73:3 92:7 94:22
95:4 97:7 99:2,10
99:17 100:2
102:10 104:15
109:3 121:3 123:6
130:15 135:18
148:20 150:12
157:20 160:18
170:2 203:5 205:2
221:15
**exhibits** 8:8,10 9:2
10:1 11:2 12:2
13:2 98:12
**exist** 168:7 210:19
**existing** 62:9,14,15
62:16,19 85:2,5
159:14
**expand** 71:15 72:12
89:12
**expanded** 50:2 56:2
**expanding** 71:16
**expansions** 228:7
**experience** 22:18
22:22 40:6 41:16

85:5
**expert** 7:3,4 21:12
21:20 22:10,14,22
23:5,8,10 195:22
**expertise** 94:5
**expires** 235:18
**explain** 43:7 65:3
110:18 192:12
227:7,9
**explained** 73:5 77:1
**explains** 65:20 66:1
75:11 77:5 226:14
226:21,22
**explanation** 176:6
**expresses** 167:12
**extend** 49:7,10,13
49:15,16 154:7
**extended** 50:2
**extensive** 47:21
60:1,5 93:19 94:3
**extensively** 61:12
**extent** 142:8 164:11
171:7
**e-mail** 9:18 12:20
102:11 103:7,18
179:1 203:6,13
208:7

———————
**F**
**F** 148:1 232:1
**Facebook** 41:13
**facilitate** 62:20
**facilities** 156:15
**fact** 17:15 21:17
22:3,6,15 25:14
26:20 27:2,4
50:18,22 51:1,20
52:18,22 53:1,5
54:13,14,18 55:10
55:11 56:4,6,12
56:14 57:4,5,20
57:22 59:5,6 67:2
71:14,19,21 72:16
72:18 73:1,3,6,8
73:11,17,19 74:18
74:20 80:6,8,17

81:9,11 82:7 87:7
87:8 89:21 91:6
91:13 92:5,10,16
92:18 94:3 128:7
129:7 174:13
193:4 203:22
228:21
**facts** 67:9,12
**factual** 66:18 78:16
**fact-based** 125:8
**fail** 233:15
**fails** 16:15
**failure** 13:8 130:4
140:9 205:5,20
**fair** 64:8 65:5 74:9
79:10 80:14,19
81:6 84:12 119:9
119:9 165:1,6
167:11
**fairly** 46:15,20 47:5
86:16 87:12 88:5
88:12 89:2,8,20
91:2,11 228:3
**fall** 35:2 162:6
**falls** 119:20
**familiar** 29:8,14,16
46:9 161:4 162:1
170:20 171:2
205:11 208:20
215:10
**families** 58:16
60:10 61:6 81:7
145:13
**family** 39:1
**far** 215:14
**fashion** 51:2
**favor** 106:13
**fax** 179:2
**February** 11:11
21:10 57:19 81:16
150:18 168:11
**Federal** 33:3,12
58:6,12 64:14
65:12,20 66:2,6
70:16,19 73:16
75:12,15 76:14,20

77:4,8 79:6,11,17
81:1,8,13 83:9,17
84:2,14 85:13
87:3 92:12 110:21
114:8,19 119:17
119:19,22 171:22
172:4 173:21
180:11 215:16
**fee** 169:3
**feedback** 223:1
**feels** 98:14 229:17
**fees** 134:8 138:9,16
145:8
**fellow** 205:16
**FEMA** 172:6 173:6
173:9 175:2 176:3
**field** 23:22
**Fifth** 7:16
**fighting** 210:16
**filing** 16:17 230:1
**final** 21:10 49:18
49:21 50:9 54:19
56:7 57:18 58:10
59:8,9 63:2,3,3,4
63:5,8,9,21 66:12
74:12 75:18 79:19
221:10
**finally** 84:7,18
207:18
**financial** 172:1,5
173:14,21,21
180:11 225:7
**find** 47:7 54:18
57:6 59:7
**finding** 111:11,19
111:22 112:6
114:2,21 118:12
120:7 165:7
**findings** 162:16
163:17 211:14,15
**fine** 16:19 106:21
129:2 146:21
147:1
**finger** 206:7
**fingertips** 46:15
**finish** 24:5,11,12

**finished** 230:6
**firm** 17:7
**firms** 23:21
**first** 15:9 33:10
41:18,20 53:15
74:22 103:14
107:13 161:12
167:21 173:17
177:20 199:7
209:3
**firsthand** 137:14
137:16 138:21
145:17,20
**first-class** 231:3
**Fiscal** 180:11
**FISHER** 6:12
**five** 97:13 169:21
169:22 175:16
176:20,21 177:15
184:20
**fix** 18:20
**fixed** 58:11 74:4
75:2,5,13,19,22
76:3,4,4,5,5,18
77:6,20 78:3,4,6,8
78:9,12 79:5,9
80:12 82:2 105:13
172:17
**Flexner** 2:3 3:4
14:17,20
**Florida** 7:8
**FLSA** 79:16 82:3
**focused** 166:17
179:13
**follow** 179:1
**following** 33:7 92:7
162:8,10 202:22
**follows** 15:10 79:20
148:8
**footnoted** 47:7
48:17 57:6
**footnotes** 47:8
**forced** 207:17
**foregoing** 232:5
235:4
**foreign** 7:13 35:11



35:14 54:6 58:19
59:1,3 72:8 96:1
103:11 110:19
119:20 122:7,21
125:3 126:22
128:7 129:7
153:14 201:18
214:20
**forget** 125:14
**form** 16:12 17:10
23:15 55:3 56:11
86:20 149:17
235:8
**formal** 93:22
188:11
**former** 40:14 46:16
46:21 82:12
**Forms** 9:14 99:19
**formula** 80:3,17
81:3 82:6 92:11
92:15
**forth** 54:8 63:18,20
65:1 73:4 76:18
80:17 82:6,13
84:6 97:4 127:18
130:5 146:3,11
**forward** 62:5
191:22
**for-profit** 168:5
**for-profit/non-pr...**
31:19
**found** 56:7 129:9
163:19 164:2
179:8 206:3
**foundation** 6:11
23:15 107:21
**four** 72:10 179:9
194:3 213:5,11,11
214:17
**fourth** 210:8
**frame** 42:20 158:12
207:7,9
**frankly** 138:22
**Friday** 85:14
**front** 20:4 68:5
161:7 219:19

**Fulbright-Hays**
54:10 55:6 57:1
86:18 149:10
**full** 77:14,14 85:22
86:8 101:13,21
121:9 122:14
187:14
**fully** 16:2 38:18
73:5 136:9
**full-time** 152:17,21
153:13 154:4
**function** 43:10,12
44:15 51:16 58:19
110:19 119:20
159:2,3,4 163:9
173:3 175:10,12
177:5 180:10
181:9 186:12
195:3
**functional** 195:4
197:11 199:20,22
200:1
**functions** 96:3
122:3,6 139:18
145:4,6
**funds** 210:13
**further** 54:5 67:7
72:21 120:14
148:8 224:10
**Furthermore** 79:14
**future** 84:16

————————————
**G**
**G** 14:1
**GAO** 154:9,14
171:5 176:18
211:15,21 212:1
**Gene** 14:21
**general** 9:10 11:6
41:21 42:7 99:11
127:19 132:6
150:13 151:6
161:10,22 163:11
174:20 181:13,15
181:19,21 182:1,3
182:4,5 194:3

**generally** 22:9 32:5
32:9 44:13 52:16
118:22 146:3
183:4 190:1 191:1
191:3,16,21
214:14 218:2
227:22
**generals** 214:20
**generated** 223:6
**generates** 198:5
**Generating** 167:3
167:22
**generation** 169:6
**genesis** 201:7
**getting** 172:16
175:20 214:21
223:1
**girl** 208:12
**give** 29:2 59:17
77:14 89:22
121:14 125:11
139:2 146:14
151:2 167:5
203:12 221:12
222:2
**given** 83:1,8 84:20
84:21 106:11
122:14 124:22
126:4 139:6 193:3
198:22 207:4
218:3 226:10
232:15 235:6
**gives** 199:5
**giving** 60:14 82:11
85:11 98:10
**go** 5:12 27:6 30:11
44:18 46:16,21
47:6 48:3,10 52:2
52:10 53:11 54:21
57:7 59:10 66:10
67:6 68:8,11 71:4
71:10 75:14 78:19
79:8,12 88:14
92:3 93:17 95:6
96:13 111:4
121:10 123:10

125:19 134:1
140:14 144:3
163:13 166:1
170:22 174:22
181:14 184:12
186:4 191:14
193:9 196:4
197:18 200:21
204:1,4,8,20
207:13 215:17
218:16 219:22
227:3
**goals** 55:5 149:9
164:16
**goes** 65:2,6 88:16
196:21 197:13
208:14
**going** 33:5 44:8,12
52:9,10 66:10
68:13 77:7 79:3
113:19 119:13
120:21 135:7
136:7,9,13 137:8
142:15 144:5
147:4 151:22
171:13 188:11
189:12 195:13
197:14 198:9
199:11 210:14,16
210:22 211:4
213:18 217:4
220:3 221:12
225:21 226:3
227:10 231:2,2,4
231:5
**goldie** 170:18
**good** 14:6 15:18,19
19:2 179:6 223:17
**good-sized** 225:1
**GORDON** 4:4
**governed** 32:18
**governing** 21:8
27:9,15 57:16
63:9 74:1 87:4
130:7
**Government** 12:6

33:3,12 34:8
40:14 46:7,11,17
46:18,21 47:1
48:1 58:20 110:20
119:21 151:4,7
152:3 156:8 170:3
172:7 176:2 180:2
190:17,18,22
192:20 211:7
215:16
**Governmental**
40:18
**Government-fun...**
132:8
**Governors** 161:20
**governs** 74:16 84:9
**graduate** 38:16
**great** 215:17
216:10
**GreatAuPair** 5:3
**Greenwood** 6:7
**grew** 51:4
**Group** 7:3
**GS-15** 198:10
**GS-15s** 198:12
**guess** 115:1 198:8
198:10 225:9
**guidance** 21:4 25:6
47:22 57:12 64:10
72:21 73:13 93:11
**guidelines** 93:22

————————————
**H**
**half** 79:20 225:6
**HALL** 3:11 7:14
**hand** 123:4
**handbook** 226:13
226:18,22 227:18
**handed** 98:7
123:13
**handful** 218:15
**handling** 128:8
129:8
**happen** 162:5
**happened** 176:22
**happening** 60:14



**happy** 24:19 162:18
**hard** 189:8 218:13
**Harvard** 215:13
**head** 182:6 225:18
**health** 164:18 218:17
**hear** 106:19
**heard** 108:4,11 204:15 208:19 209:4
**hearing** 208:21
**height** 19:2
**held** 2:2 103:21
**help** 169:8,12
**helpful** 158:14
**helping** 23:20
**HENSEN** 6:4
**HHS** 217:19
**high** 157:4 173:11
**higher** 154:19 187:6 192:10
**highest** 173:10,12
**highest-ranked** 188:19
**HIRSON** 7:14
**history** 53:14 88:17 93:21 94:4 149:2 153:2
**hold** 155:9 217:13 217:13 221:1
**home** 198:4
**honor** 215:17
**host** 39:1 58:16 60:10 61:6 81:7 90:15 134:5,5 145:13
**hour** 58:8 59:13 63:14 64:1 79:21 80:1 105:7,16 147:3
**hourly** 79:16
**hours** 19:14 74:8 84:9,20,21 85:3 152:20
**house** 12:11 72:8

87:19 90:5 160:16 170:8
**housed** 149:3
**household** 153:5
**HOWARD** 4:13
**hunt** 116:16
**H-2A** 166:21

**I**
**ID** 223:11,14
**Ida** 104:5
**idea** 204:9,11,12 206:22 207:1 208:11,22 210:5,7
**identification** 18:3 28:20 37:6 41:6 97:10 99:4,13,20 100:5 102:14 104:19 109:7 121:5 136:1 150:19 161:1 170:14 203:8 205:7 221:20
**identified** 167:15
**identify** 50:15 172:7
**IG** 161:7
**ignored** 164:1
**immediate** 104:8 160:12 172:19,20
**immediately** 171:16
**immigration** 12:9 13:9 23:21 170:6 205:6,16 210:12
**imperative** 233:12
**implement** 71:13 172:2 191:11
**implementation** 58:21,21 72:11
**implemented** 58:20 74:11
**implementing** 54:7
**implying** 145:6
**important** 39:11 161:16 177:1,3

217:1
**Importantly** 55:3 58:2
**impose** 86:21 130:9
**imposition** 142:16
**impression** 204:7
**improper** 164:6
**Improve** 12:14 170:10
**Improved** 11:14 160:21
**imputed** 130:9 140:11 142:3 143:3
**inappropriate** 11:9 136:20,21 150:16 163:16 166:12
**incentives** 165:19 166:6 167:13 168:9,16
**include** 32:1 93:1 94:2 127:15 139:11
**included** 160:3,4 169:13
**includes** 39:3 119:5 131:8 165:15
**including** 25:2 58:18 64:15 149:3 152:14 157:4 164:4
**inclusion** 175:2
**income** 167:3,22 168:3 169:6
**income-generating** 167:17
**incorrect** 86:3,5,7
**increase** 73:15 80:16 82:5 166:13 227:6,6,9,10
**increased** 75:16 80:15,22 82:4
**increases** 77:4 227:22
**increasing** 76:16
**independent**

211:21 212:2
**INDEX** 8:1,8 9:2 10:1 11:2 12:2 13:2
**indicated** 232:7
**indicates** 85:5
**indicating** 30:19 32:7,13 76:13 179:21 209:5
**individual** 108:7,14 109:14,21 228:13
**individually** 107:6 107:8
**individuals** 178:15 184:15
**inform** 119:15
**informal** 183:9 184:11 188:12
**information** 11:8 40:18 42:8 46:6 46:10 47:16,22 48:13 50:16 60:2 60:20,22 61:8 63:20 64:4 65:2 65:22 69:14 70:15 75:9,17 77:6 82:8 82:13,14 84:6 85:18 88:15 98:15 119:6 120:11,15 131:18,20 132:2 133:1,6,11 134:3 134:11,21 135:3 150:3,16 159:20 175:3,4 177:7 178:10,11,13 179:5 192:11 229:3
**informational** 111:2
**informative** 61:1
**informed** 153:10
**inherent** 156:11
**initial** 21:7 27:9,15 57:16 93:21 192:21
**initially** 54:3

**initiatives** 216:1
**inner** 46:17 47:2 59:18
**innuendo** 211:3,8 211:16 213:21
**inquiries** 133:13
**INS** 152:16 166:8 166:21
**insight** 48:12 59:16 59:17 60:14 82:11
**insisted** 52:22
**inspection** 163:12
**Inspector** 161:9,22 163:11
**instance** 34:12 64:5 156:13
**Institute** 7:12 218:17,18
**instructed** 71:14
**INSTRUCTIONS** 233:1
**insufficient** 164:5 172:22
**Integrity** 172:1,5 173:22 180:12
**intel** 96:12
**intelligence** 214:20
**intelligently** 96:12
**intended** 25:12 153:5 161:17
**intensify** 224:9
**intent** 27:5 47:3 119:14 154:10,16 155:8
**interagency** 152:14
**interest** 88:18
**interested** 133:3 177:19 222:3,10 223:1 232:17
**interesting** 176:21
**InterExchange** 1:7 4:12 14:11
**InterExchange00...** 9:20 102:12
**InterExchange00...** 9:21 102:13



interim 21:9 49:17
50:8 54:19 56:7
57:17 59:8 63:2,3
63:8,21 73:22
74:12 75:18 221:9
interject 114:6
internal 47:16
48:13 65:3 179:6
218:14
internally 60:15
international 3:13
5:13 7:3 32:22
33:12 34:3,9,14
34:16,17 72:8
interns 132:9
157:16
interpretation
43:19 65:14 69:21
69:22 70:10 95:17
interpretations
93:10
interpreted 74:10
interrupt 137:10
207:14
Interruption 67:18
intervening 115:2
interview 38:22
interviewed 38:20
investigation 39:3
105:20
investigator 110:16
investigatory
151:10 211:22
involve 159:7
involved 26:1 93:9
113:11 138:8,15
159:13,19 229:1
involves 40:17
involving 225:7
in-house 43:10,11
issuance 162:10,13
issue 86:11 114:17
119:7 167:17
172:21,22 200:5
202:11 224:15
issued 31:21 193:6

193:8
issues 24:1,2
114:11,15 180:15
202:6,8 221:10
225:7 227:19
issuing 194:2
items 74:1

———————
**J**
J 7:15 153:11
155:12 166:12,13
166:16 168:1,2,4
168:16,19 171:4
January 213:2
Jerry 205:15
Jim 183:12,15
Jin 181:18
JOAN 3:12
joan.lukey@cho...
3:16
job 1:16 153:19
181:4,6,15 207:16
207:19 217:5,6
218:3
jobs 157:6 217:13
217:14
jog 224:15
Johana 1:4 14:10
Judiciary 12:11
170:7
July 1:13 13:11
14:4,15 221:17
222:8
June 63:4,10 73:21
75:10,17 85:14
206:9
Jurisdiction 232:4
J-1 156:22 157:1
167:4,22

———————
**K**
Kammer 13:8
205:5 206:19
209:10,12
Kammer's 208:7
KATHRYN 5:15

keeping 55:5 149:9
Kennedy 215:13
Kentucky 41:22
key 162:15 206:7
kin 232:16
kind 160:16 174:22
know 22:1 24:17
26:8,15 36:18
67:21 70:3,13
76:9 77:7 87:9,21
88:1,8,9 95:15,16
97:16 100:19
104:10 111:1
114:15 120:12,18
121:15 125:19
130:11 143:8
151:3 156:20
176:7 177:12
183:20 188:11
189:11 191:7
192:14 193:7,12
198:1 208:13
210:8,14 211:1
213:17,18,20,20
215:10,15 217:16
217:16 219:5
222:14 223:5,5
224:21 227:1,21
228:7
knowledge 25:22
85:22 86:8 93:20
94:3 137:14,17
138:21 145:18,20
known 27:3
Kramer 205:15
208:16

———————
**L**
L 1:18 2:5 3:5
232:3,20
labor 58:10 59:14
60:5 63:15 64:8
64:10,11,14,15,19
65:5,8 66:11,21
67:16 69:9 70:9
74:10,12 79:10,18

80:14,20 81:6
84:10,12 87:3
92:11 108:22
110:7,9,16 111:18
113:7 114:1
117:14 118:1,6
119:11,16,17
152:16 153:7,9,16
155:14 166:8
Labor's 65:10,13
65:14 66:8 67:1
67:17 69:10,21
77:10
lack 58:21 159:22
164:5
laissez-faire 209:17
lame 204:2
language 54:19
59:7 60:21 74:16
75:8 78:14 80:12
80:13,18 82:2,3
82:18 129:15
141:17 149:22
162:19 167:20
168:18
lapel 106:14
laptop 101:5
largely 178:9
Lari 225:17
law 2:3 7:5 23:21
50:18 51:20 53:7
54:13 55:9,15,18
56:5,13 57:3,21
59:4 71:20 72:17
73:7,18 74:19
80:7 81:8,10
86:17 87:7,15
88:6,10 89:21
90:22 91:7,8,18
190:19 198:22
199:4
lawfully 86:16
87:12 88:5,13
89:2,8,20 91:3,11
LAWRENCE 6:5
laws 64:15 110:12

lawsuit 109:18
114:12 229:2
lawyer 42:3 159:2
195:11
lawyers 43:15
lax 163:21 165:8
LCCs 220:20
leads 129:17
leaving 52:14
led 180:16
left 93:14,15 106:15
106:16 202:18
213:5,11
legacy 13:7 191:22
205:5,20
legal 1:21 14:22
15:2 42:21 43:4,8
43:9,10,11,12,16
43:18,18,18,22
44:3,4,14,15
66:17 71:5 125:9
125:11,16 126:2
159:1 182:9,12,12
182:14,22 183:1,5
183:7,17,18,21
184:1,5 185:7,9
185:11,12,13,16
185:17,17,20
187:7 194:11,22
196:4,17 197:13
197:16 199:22
204:1
legislation 28:4
89:10 90:15 91:14
legislative 153:2
length 64:4 169:2
189:13
Les 181:18
letter 10:8 108:21
109:4,11 110:4,16
110:22 112:1
115:2,15 116:2,6
116:11 117:3,6,12
118:4 119:10,15
120:2 179:2
228:19,21 229:4



letter's 119:13
let's 41:19,19 44:18
  54:21 68:2 70:6
  71:4,10,22 72:19
  73:9 76:5 78:19
  79:12 80:9 83:14
  92:3 100:16
  101:11 131:1,3
  133:15 141:10
  143:15,22 145:22
  182:16,16 186:4
  200:21 218:20
level 172:12 174:8
  197:4 199:12
  214:10 224:7,12
levels 189:19
Lexington 3:6
lies 128:11
lieu 74:3
limit 202:5
limited 96:4 177:22
  190:17 215:15
  216:19
line 209:21 210:3
  234:2,5,9,12,16
  234:19
lines 184:20
LinkedIn 8:20 41:3
  41:14 42:7 157:21
listed 41:21 45:4
  172:13,14 174:8
  175:8,10,21 176:3
lists 124:18
litigation 112:13,18
  112:20 113:15
  223:14
little 18:21 115:8
  146:21 191:14
LiveDeposition
  1:19 2:9
LLC 5:3
LLP 2:3 3:4,11 4:4
  5:4,14 6:12 7:14
  14:18,20
local 33:2,11
  220:19 224:7,9,11

224:15
located 14:18
  182:12
locations 164:2
long 19:13 121:17
  201:3 225:14
  230:1
longer 143:3
  189:11 200:7
  215:21
long-running
  166:19
look 76:11 83:14
  96:17 98:6 121:19
  140:14 161:14
  218:14
looked 198:9
looking 30:4,15
  90:4 123:11
  129:16 158:11
  224:22 231:1
looks 94:21 103:8
  161:7
losing 216:11,11
lost 216:12
lot 177:7 189:11
lots 67:9
loud 20:20 53:21
  71:11 79:13 152:1
  177:21
lstone@nixonshe...
  6:9
Lukey 3:12 16:4,10
  16:20 17:17 18:7
  18:16,18 19:10,22
  21:15,22 22:12
  23:3,7,15 25:15
  26:5,14 27:18
  28:22 30:7 31:5
  33:17 35:12,15
  36:3 46:1 48:6,20
  50:20 51:11,21
  53:18,22 59:21
  65:18 66:15 68:2
  69:12 70:2,12
  75:21 76:8 77:17

77:22 82:19 90:17
  91:20 94:8,21
  95:14 96:6 97:12
  97:14,21 98:4
  100:7 101:4 102:2
  102:5,7 106:17
  107:20 112:19
  113:1,6,9,14
  114:13 116:12,15
  117:18 119:4
  120:16 121:10,12
  121:16 122:2
  123:1,9 125:6
  127:3 128:9
  134:12 136:13,19
  138:19 140:16,19
  140:21 141:19
  142:4,7 143:6
  144:8,21 145:3,13
  146:8,20 154:12
  179:18 204:10,16
  206:13 208:5
  209:19 210:1
  211:9,12,18 220:2
  223:4,12,14,16
  229:12 230:4,10
  230:14 231:1
lunch 101:18
  146:19
luncheon 147:9
L.L.C 4:13
L/M 197:16

_____

M

machine 232:11
MACRI 7:15
Magna 1:21 14:22
  15:2
main 212:10
  214:15
maintain 229:7
maintained 153:4
  177:22
majority 218:7,8
making 47:15
  86:17 89:5 98:8

man 206:7
manage 181:13
  214:7
managed 163:8
  211:4,4
management 11:14
  160:21 163:18
  172:8 173:14,15
  174:16 181:13
  184:2,6,8,9
  185:19 194:12,13
  194:21 197:16,18
  200:1 217:6,10,14
  218:3,6,7,8,16
  219:4
management's
  172:19 174:3
  179:7
manager 209:18
  218:4,4
Managers 171:22
  172:4 173:21
  180:11
managing 214:9,12
mandatory 40:3
manner 56:21
MANSUKHANI
  4:4
March 9:19 10:9
  73:2 109:5 115:17
mark 17:16 28:15
  40:20 98:12
  120:21,22 123:10
marked 18:2 20:7
  28:19 37:6,11,15
  41:5 97:9,16,21
  98:17 99:4,12,19
  100:4 102:8,13
  104:18 109:7
  121:5 135:21
  150:19 160:22
  170:14 172:16
  203:7 205:7
  221:19
marking 123:2,5
marks 61:3 123:6

MARTIN 5:5
Martinez 225:17
masquerading
  166:20
Massachusetts 3:14
Master's 203:1
  215:7
material 18:6 20:16
  29:5 62:11 83:6
  90:3 96:21 103:1
  123:17 128:18
  136:12 137:3
  152:6 167:8
  171:10 172:8,13
  172:15,16 174:8
  174:13 175:9,11
  175:21 176:1,2
  180:9
materials 134:4,11
matter 14:9 26:13
  26:21 51:10 64:11
  64:22 78:16 107:5
  110:5,6 113:11
  114:22 115:21
  116:3,5
matters 115:10
ma'am 15:22 23:16
  24:14 25:16 26:22
  27:12 28:12 29:6
  31:1 37:20 38:7
  39:20 41:11 42:2
  42:16 49:1 51:12
  53:8 56:18 59:22
  61:7 72:5 75:4,7
  83:7 89:22 94:17
  103:2 105:5,9,12
  106:1,5,8 110:8
  110:14 117:5,9
  118:3 124:9
  131:11 132:20
  136:6 148:22
  149:5 162:21
  169:10 180:22
  203:19
McCarry 9:18
  103:7,18



meals 79:22
mean 23:9,10 35:11
  36:20 67:8 78:3,7
  107:19 125:20
  159:6 162:18
  174:11 189:13,14
  190:6 208:18
  222:20
means 35:22 36:5
  77:20 78:10,10
meant 62:2
measure 39:9
media 68:17 69:4
  147:6 148:11
  216:9 220:4,12
  231:7
meet 19:11 34:4
  135:5 152:17
  166:10 207:7
meeting 13:11
  19:13,15,21 65:11
  103:9,21 104:3,9
  221:17 222:7,13
  224:3 225:13
  226:3,4
meet-and-confer
  230:2
member 33:1,2,14
  34:9,15
members 90:14
  219:12
membership
  103:20
memory 224:16
mentioned 155:12
merely 25:16
merged 193:4
Merit 2:5
mestevao@armst...
  5:9
met 40:2 139:13
method 81:6
mic 18:20 106:13
Michael 103:7
Mike 103:18
milestones 173:4

mind 123:14
mindset 60:12
mine 105:5 116:16
minimal 177:18
  178:5,11
minimum 58:6,11
  58:12 65:11,12,17
  65:20 66:2,13
  69:21 70:1,8,11
  70:19 73:13,16
  74:2,5,15,17,22
  75:2,5,16,20 76:1
  76:7,14,20,20
  77:4,8,8 78:14
  79:6,6,11,17,21
  80:1,15,22 81:4
  82:4 84:14,17
  87:3 92:12,13
  110:12,21,21
  114:9 119:22
minute 90:1
missed 184:19
missing 130:20
  175:18
misunderstood
  112:15
modify 86:22
moment 29:2
  102:17 105:3
  121:14 143:18,20
  151:2,21 167:5
  171:6 203:12
  222:2
money 58:5 168:7
monitor 163:20
  165:10 178:8
  180:2
monitoring 163:21
  164:15 165:8
  177:17 178:2,9
  179:15,20 180:5
  180:18,20 221:5
  221:10
months 213:5,11
Mora 181:20
morning 14:6

  15:18,19
motion 229:7 230:1
motions 16:12
motivated 168:3
move 71:22 72:19
  73:9 80:9 201:7
  201:22 213:19
  219:3
moved 182:15
multiple 9:18
Muslim 215:21
mute 230:13
Mutual 54:9
  164:10

## N

N 3:1 4:1 5:1 6:1
  7:1 14:1 148:1,1,1
name 15:13 17:2,4
  115:22 182:18
  229:14
named 113:12
narrative 23:20
  178:16
national 202:22
  214:19 215:9,10
  215:14 216:13,14
  218:17,18
nationwide 58:20
natural 163:10
nature 25:17
  190:12
Near 182:14
necessarily 58:22
  196:10 197:4
  198:7 199:17
  222:20
necessary 85:4
  98:15 196:5 233:4
necessitates 119:22
need 24:16 30:8
  58:15 60:9 61:5
  100:18 122:10,12
  128:16 131:13
  136:8 145:20
  171:8 172:19

  181:8 197:4 198:7
needed 12:14 98:9
  159:2 170:9
needs 11:13 121:20
  122:17 160:20
  175:21
negative 58:22
  202:15,17
neither 154:19
  232:16
never 92:15 105:18
  106:11 155:18
  163:8 202:7,10,12
  202:15,16 204:15
new 2:4 3:7,7 7:17
  7:17 14:18 61:20
  62:5 77:8 79:6
  108:21 115:14
  117:17,18,19,22
  117:22 118:6
  119:16 159:14
  192:19 193:14
  213:18 214:1
news 209:9
nine 201:4
NIXON 6:4
nonfamily 39:4
nonrefundable
  134:8
Nope 214:4
normal 207:21
  208:1
normally 153:15
  155:13
Northeast 7:7
Northwest 2:4
  14:19
Notary 2:10 232:3
  232:21
note 21:6 27:7,22
  57:14 149:7 208:6
  228:17 229:13
noted 15:3 55:4
  149:8 233:10
  235:9
notes 222:6

notice 10:16 72:14
  75:12 135:20
  136:16 161:16
  193:20 194:2,9
  195:13 196:1,7,21
  198:4 200:3,11,15
  232:6
notices 193:17,18
  224:6
notify 178:19
notoriety 178:21
not-for-profit
  168:6
November 72:13
number 8:11,12,16
  8:18,20 9:4,6,9,10
  9:13,16,18 10:3,5
  10:8,13,15 11:4,6
  11:12 12:4,6,20
  13:4,6,10 14:8,14
  17:21 20:11,20
  26:7 28:17 37:4
  41:2 63:12 68:17
  69:4 83:10 84:2
  85:3,14 97:7,12
  98:18 99:2,10,17
  100:2 102:10
  103:8 104:15
  109:3 121:3
  130:15 134:2
  135:18 147:6
  148:11,20 150:12
  157:20 160:18
  165:21 170:2
  172:2 177:4,4,14
  178:15 190:17
  200:22 203:5,14
  205:2 220:12
  221:15 231:7
numbers 98:5

## O

O 14:1 148:1,1,1
oath 15:21
object 107:21
objection 21:15,22



22:12 23:3,7
25:15 26:5,14
27:18 31:5 35:12
35:15 36:3 46:1
48:20 50:20 51:11
51:21 59:21 65:18
66:15 69:12 70:2
70:12 75:21 76:8
77:17,22 82:19
90:17 91:20 94:8
95:14 96:6 114:13
116:12,15 119:4
120:16 125:6
127:3 128:9
134:12 136:15
138:19 141:19
142:4,7 143:6
144:8,21 146:8
154:12 179:18
204:10 206:13
208:5 209:19
210:1 211:9,12,18
228:18
**objections** 10:16
16:11 48:6 135:20
138:12
**objectives** 54:6
164:10
**obligated** 64:6
**obligation** 131:17
133:7 135:4,5
142:22 143:2
145:5
**obligations** 9:11
99:12 129:22
135:12 138:17
140:7 144:11,16
145:9 146:3
**observation** 78:22
224:20
**observe** 179:4
**obvious** 210:15
**occasional** 224:6
**occur** 19:16
**occurred** 163:5
200:8

**October** 12:18 50:6
50:10 154:8 163:5
170:13 172:10
**odd** 201:1
**offer** 22:18 26:12
26:12,19 47:1
53:16 91:21 94:6
**offered** 30:2 53:4
67:9
**offering** 25:20
26:19,20 48:11
67:13 150:5
**offers** 153:19
**office** 11:7 12:7
42:21 43:3,7,9,12
43:16,20,22 44:5
44:14,20 125:17
150:14 151:5,7,8
161:9,21 163:11
170:4 176:12,13
181:5 182:9,13
185:7,9 186:10
189:1,6 192:11
194:11,22 195:4,6
195:7 196:17
197:1,5,14,19
200:1,1,2 211:8
211:15 219:19
**officer** 104:6
226:18 227:11,12
**officers** 168:8
226:15,16
**officer's** 173:14
226:13
**offices** 2:3 7:5 44:4
152:3 185:15
196:9,11 199:16
199:19,20
**Office/Managem...**
197:17
**official** 153:8,9,12
161:17 189:7
196:11
**officials** 166:9,10
166:11 179:1,3,9
**offset** 66:4

**OGBURN** 6:4
**Oh** 61:20 72:3
118:13 170:21
178:4
**okay** 15:13 17:6,13
18:17 19:6,15,18
20:4,10 24:3,18
26:7 28:7,13
29:17 32:4,14,19
34:11,13 35:1,10
36:7,18,22 37:1
37:14,21 38:2,5
39:21 40:5,19
41:15,18 42:6
43:11 44:10,18
45:3,15 46:19
52:2,11,13,15
53:9,10 54:12,15
54:21 55:12,16
56:4 57:7 58:1
61:10,15 66:10
67:5 69:7,19 70:6
71:3,9,10,22 72:3
72:19 73:9,20
76:19 78:11,18
79:12 80:9 81:17
82:15 83:2,3,21
85:15,20 87:6,9
89:17 90:21 91:15
92:2,16 93:7
94:13 95:2 101:1
101:20 102:7
103:16,20 105:6
105:17,19 106:20
107:13 108:11,14
109:1,20 110:4,9
111:3,17 112:8,16
115:16,19 117:3
118:1,4,10,18,18
118:22 119:9
120:9,21 123:9,18
124:8,12 125:8
126:9 127:2,7,22
128:19 129:14
131:2,4,7,19
132:12 133:16

134:1,9 135:7,16
136:7,22 137:8,19
137:22 138:2
139:4,14,14,14,21
140:2 142:12,13
142:18,19 143:17
143:19 144:20
146:17 148:18
150:8 151:4,11,15
152:7 153:6
154:18 157:19
161:22 162:3,12
162:22 163:4,13
165:7,14,17 166:1
166:3 168:18
169:11,17 170:22
171:11 173:7
175:12 181:1
182:20 183:21
184:16 187:5,8,21
188:6,13,18
189:17,22 193:11
194:1,9 196:2,20
198:14 199:3,11
200:3,20 203:3,21
204:14 205:13,18
206:18 207:2,12
212:16,21 213:16
215:8 217:7,10
218:1,10,14,16
219:3 220:2,15
221:12,22 222:12
223:15 225:11,14
225:20,21 226:1,5
227:15 228:16
**old** 163:2
**oldie** 170:17
**OMB** 192:10 198:1
**once** 87:16 158:20
172:14 173:5
177:8 197:13
221:6
**ones** 98:7 197:20
217:21
**operate** 114:10

**operated** 167:16
**operation** 39:17
**opining** 53:6
**opinion** 47:19
66:17,18 67:13
71:5 91:22 125:10
125:11
**opportunities** 54:8
**opportunity** 77:14
98:13 230:12
**opposed** 163:12
**option** 229:7
**order** 62:15,16
192:5,6 193:2
**organization** 32:21
32:22 34:10,14,17
227:8
**organizational**
38:21
**organizations**
33:13,15 34:4
35:5 36:10 134:5
**organized** 51:2
**orientation** 134:21
135:3
**original** 8:10 48:10
71:17 90:8 155:8
233:13
**originates** 197:8
**outcome** 232:17
**outgoing** 213:4
**outlined** 36:11
138:18 165:18
176:18 180:17
196:7 207:10
**outreach** 216:1,5,6
216:7
**outside** 24:21 43:12
43:16
**outstanding** 202:9
**overall** 165:7 216:2
228:10
**overseas** 168:8
**oversee** 163:20
165:10
**overseen** 54:4



oversight 11:15
12:14 62:17 92:8
93:14 125:16
159:4,7,8,9,16
160:2,21 162:4
164:15 169:13
170:10 171:19,21
178:1 181:9
209:16 212:5
227:13
overwhelming
87:18
O'DONNELL 5:14

**P**

P 3:1,1 4:1,1 5:1,1
6:1,1 7:1,1 14:1
page 8:4,11 9:4
10:3 11:4 12:4
13:4 38:6 42:7
52:6 117:2 138:1
151:16 152:11
154:22 155:4
157:21 161:7,12
163:14 166:1
167:2 171:14
177:16 178:7
234:2,5,9,12,16
234:19
pages 235:5
paid 58:12,15 60:10
61:6 65:21 66:1
73:14 74:3,4,8,15
79:7,15 92:14
105:7 111:6 174:5
193:1
pair 5:12,12,13
6:11 7:13 13:11
21:5,8,21 22:11
23:1,6 25:7 27:10
27:15 30:19 31:8
31:12,17 32:1,11
38:8,11,14 39:12
39:17 40:7 48:2
49:8,10,13,22
50:4,11 51:3 54:3

55:4,7 56:1,10,20
57:2,13,16 58:4
58:13,18 59:2
62:9,17 63:9 65:7
71:13,15 72:11,14
72:15,22 73:12,14
74:2,17 76:22
80:12,15 82:1,5
84:11,19 85:2
86:17,20 90:10
91:9,16 92:9,14
93:21 94:4,14,16
94:18 95:7 96:2
104:13 107:7,8,9
108:20 109:14,18
109:21 110:18
112:12,17 113:8
113:10,20 114:1,5
114:22 117:7,13
118:5,15 123:21
124:2,17 125:21
126:1,5 127:15
132:5,14,17,21
133:4,18 139:12
143:15 149:2,8,11
149:15 151:16
152:4 153:10,21
155:7,9,13,17,21
157:18 160:4
165:15 179:17
180:19 188:16
191:19,21 192:7,8
193:8 194:5,6
204:7 220:18,19
221:17 222:7
226:7 227:11,13
228:2,22 229:1
pairs 8:18 31:2
37:5 58:16 60:11
61:6 64:7 65:21
66:1 71:16 74:3,4
74:7,16 79:7,15
81:7 95:10 131:22
138:10,17 139:13
141:14 145:9
153:14 156:22

221:6 225:6
pair's 84:9
pair-specific
193:14
panel 152:14 175:3
175:6
Paola 1:4 14:10
paper 13:6 183:11
205:3,14,18 208:8
210:10
par 187:10
paragraph 20:11
53:15,16,21 54:2
54:12,21 55:13,16
55:17,22 56:8,17
57:7,8 58:1,2
63:12 71:10 72:1
72:4,20 73:10,20
74:21 78:20 79:12
80:10 81:18,19,22
85:20 92:4,19
93:8,18 103:6
111:5 149:14
151:20 153:7
155:2 163:14
165:1 167:21
168:20 169:5
171:14,16 177:20
179:14 206:12
223:2,21,22
paragraphs 53:12
94:11 152:10
Parkway 6:6
part 22:22 36:21
86:18 121:9 130:1
130:5 132:21
140:6,9 162:14
163:9 180:9
189:12 193:4
216:1 219:17,19
participants 37:12
38:13 58:13 73:15
84:11 86:15 87:11
88:4,12 89:1,8,20
91:2,10 92:15
104:2 124:16

132:8 134:20
168:2 169:1
224:22
participate 39:12
participating 38:18
133:4
participation 63:10
128:2 156:7
159:13
particular 21:6
27:7,22 51:16
57:14 91:8 94:6
119:7 121:18
122:11 177:2
180:16 192:22
200:11,14 224:17
particularly 58:14
60:8,13 61:4
parties 2:13 95:18
97:2 122:8 127:12
130:11 135:6
142:1 164:21
166:15
partner 125:4
206:5
partnering 212:8
partners 103:11
122:7
parts 219:16
party 95:13,22 96:2
97:3 127:9 128:3
128:7 129:4,8,10
129:17,21 130:4
130:18,22 135:8
135:11,11,14
140:1,6,10 141:17
142:2 143:3 144:4
146:7 232:16
passed 39:2 90:7
91:7,7
pause 29:20 100:16
101:11
pay 134:8
payment 65:7,16
70:18 72:14,22
74:17 76:19 79:11

84:16 110:20
114:8 119:22
penalty 142:16
people 22:18,21
133:3 196:15,16
201:22 206:22
212:13 214:6,9,12
214:14 215:16
218:6,18 219:1
222:4 230:13
percent 80:4
190:20
perception 208:9
208:19,20
perfect 86:13
perform 126:21
163:11
performance 202:6
202:8,9,10
performed 139:18
period 45:15 72:10
158:18 159:18
160:11 163:2
181:19
periods 158:13
permanent 50:11
86:18 87:17 89:15
90:9 91:14 94:1
permissive 40:4
permitted 95:18,20
96:2
person 19:11 35:9
36:2,5 90:19
195:8,13,15
199:12 214:13
personal 39:4
188:8
personality 39:7,7
personally 28:11
38:20
personnel 174:20
181:11 204:19
207:22 208:14
persons 32:22
33:15 35:6,7,10
35:20,21 36:10,12



person's 182:18
person/organizat...
36:1
perspective 225:8
persuade 216:9
persuasive 119:1
pertained 196:1
pertaining 21:4
25:6 26:2,11
57:12 80:19 93:11
Petersburg 7:8
Pgs 1:17
PHILLIPS 6:12
phone 20:13 37:10
37:13,15 222:5
230:11
phrase 23:11 93:3
physical 38:20
physically 182:12
physicians 156:20
157:16
piece 122:11
piecemeal 101:22
pilot 54:4 55:2
152:10,13
Pitts 204:12 208:6
208:11
pivot 225:21
place 3:13 17:2
192:10 225:17
232:7
placed 178:15
placement 139:12
Plaintiffs 1:5 2:2
3:3 10:16 15:15
135:20 148:15
228:17,20 229:6
plan 173:4,5
plane 230:18
plans 164:5,6
platform 210:21,21
please 15:5 24:16
40:20 54:2 128:15
133:10 152:4
233:3,7
plus 79:22

pocket 58:5
point 24:16 49:6,20
66:19 91:9 104:12
142:15 156:4
165:20 175:19
197:22 199:12
206:6 213:12
pointed 153:12
points 198:6 224:2
point-blank 208:13
policies 196:14
policy 54:6 191:12
200:2 214:8,13,14
217:5,13 218:6,19
219:1,4
policymaking
196:14,16
policy-making
196:10
political 185:21
188:9 189:19
190:3,9,10,12,21
190:21 191:3,4,10
207:16,18 217:21
politicals 188:12
190:15 191:10
portions 171:1
position 40:12,16
41:20 42:4,6
44:19 45:4 58:3,7
59:11,19 70:18
110:10 125:10
181:8 184:21
185:6 193:13
201:14 202:4
204:3 206:20
207:4,17 208:4,21
209:1 210:15
214:8 216:18
219:4,4 229:20
positions 156:19
157:7 201:11
positively 61:20
202:14 204:5
possibly 26:9
posted 200:4,7

potentially 180:15
practice 179:7
195:20 207:22
208:2
practices 180:21
prearrival 134:20
135:2
precedent 89:15
preempts 119:18
119:21
preparation 106:3
prepare 18:11,13
38:22
prepared 106:6
present 2:12 7:21
15:3 104:3 173:4
presented 32:13
50:8,18 175:6
President 172:9
President's 160:13
pressing 177:11
presumed 80:3
pretty 121:16 183:9
184:4 210:15
225:1 228:6,15
prevailing 58:12
prevent 229:22
previously 71:18
80:17 82:6 148:6
primarily 153:3
178:14
primary 50:14
157:12
principal 21:7 27:8
27:14 57:15
163:17 183:3,14
190:13 212:11
principally 166:18
printout 29:12
prior 27:5 61:21
62:2 83:13,14
160:10 177:4
221:2 227:4,5,20
228:19
priority 177:4,14
Private 44:20 181:5

181:5 188:14
189:1
privilege 40:15
45:17,21 46:3,4,5
46:9,13 116:18
privy 204:18
probably 226:15
problem 107:1
172:17 175:1
178:20,22 225:6
problems 173:8
176:17 177:10,11
224:7 227:19
procedure 9:7 97:9
Procedures 192:4
proceeded 87:17
proceeding 16:5
113:9
proceedings 115:22
process 47:12
124:21 191:16,18
192:13 193:3,19
194:1,9,20 196:8
196:22 198:5
202:1
processing 23:22
produced 223:7
Professional 2:7
proficient 38:17
profile 8:20 39:7,7
41:3,14
profit 167:12
profit-making
165:18 166:6,13
168:9,15
program 11:13
12:17 21:5,8,13
21:21 22:11 23:6
25:7,8 26:3,12
27:10,16 30:22
31:4,21 38:14,18
39:12,17 40:7
48:2 49:8,10,13
50:4,12 51:4 54:3
54:4 55:2,5,8 56:1
56:10,20,21 57:2

57:17 58:18,18
59:3 63:9 71:14
71:15 72:12 73:12
73:14 74:2 86:15
86:17,19,21 87:11
88:4,12,17,19
89:7,7,12,13,14
89:19 91:1,9,10
92:9,14 93:14,21
93:22 94:5 96:2
103:22 104:2,6,13
110:18 114:10
124:17 125:16,21
126:1,6,16 127:14
127:20 128:2
130:8 131:18
132:3,8,11 133:4
134:3,10,20
141:22 143:9,15
149:2,8,11,16
151:17 152:4,11
152:13 153:10,21
153:22,22 154:1,3
155:17,17,21
156:1,7 159:5,10
159:12 160:3,4,5
160:20 162:5
163:7,12,21,22
164:3,3,8,14,15
164:17 165:9,11
165:15,15 167:13
168:7,10,16 169:3
169:15 170:13
171:20,21 172:8
174:14 176:6
178:12,16,18,21
179:4,14,17,22
180:19,19 188:16
191:19,21 194:5,6
195:6,13 199:13
206:4 209:17
211:3,17 212:6
215:5 217:11
220:18 224:10
227:2,11,12,20
228:2,6,8,9



**programmatic**
58:15 60:9 61:5
62:21 195:5,6
198:4 199:15,18
225:8
**programming**
95:19
**programs** 31:8,12
62:18 90:10 104:7
127:21 133:20
152:17 155:7,9,10
155:13 159:11,14
159:15 166:20,20
167:16 168:17
179:16,20 180:3,5
188:20 192:21
210:17,18 211:1
216:5 227:13
228:14
**program's** 206:7
**prohibit** 34:21
**prohibited** 55:7
149:10
**promoted** 181:6,10
201:18 202:16
**promotion** 201:21
**promptly** 178:19
**promulgate** 49:16
57:1 154:7
**promulgated** 192:2
192:3
**promulgation**
159:15
**proper** 164:14
209:16
**properly** 72:12
177:1
**propose** 16:10
**proposed** 21:3 25:5
57:11 58:10
**propounded** 235:7
**proprietary** 40:17
40:17 46:6,10
47:16
**proprietorship**
17:12

**prospective** 131:21
131:21 134:4
**protocols** 196:6
200:10
**provide** 24:1 25:12
25:13 27:2,4
47:21 62:18 73:13
84:19 85:2 89:14
90:9 94:10 131:17
131:20 132:2,22
133:8,11 134:3,10
136:7 160:2
166:15 178:13
179:5
**provided** 18:6
20:16 24:2 29:5
39:1 51:14 62:11
66:5 72:13 73:1
83:6 90:3 96:21
103:1 123:17
128:18 133:6
136:12 137:3
152:6 167:8
171:10 178:10
222:19
**provides** 25:9,10,17
54:18 63:22 105:7
106:2
**providing** 48:12,15
49:3 54:16 55:12
55:18 82:12 85:17
120:10,13,14
222:6 230:12
**provision** 74:6,14
85:1 210:21
**provisions** 64:8
84:12 96:14 130:1
130:12 135:14
140:9
**provision's** 79:14
**psychometric** 39:8
**pub** 64:21
**public** 2:10 47:8,14
47:18 64:22 85:18
87:15 133:12,13
158:22 186:19,22

187:2,16 188:1
216:15 232:3,21
**publicly** 48:16 51:8
59:16 60:15 82:8
150:3,6
**public-private**
212:8
**published** 21:9
57:17 63:4,6
70:16 73:22
192:17
**pull** 101:6
**purportedly** 224:2
**purports** 103:17
**purpose** 10:13 25:2
43:21 50:14 59:2
63:1 64:2 80:11
82:1 93:2 101:16
110:15,17 121:4
**purposes** 127:4,10
**pursuant** 21:6 27:7
27:22 28:2 54:5
57:14 58:7 59:12
232:6
**pursue** 229:7
**purview** 96:4
124:22 188:15,19
226:9
**put** 62:5 106:13
143:16,21 180:10
193:17
**PUTNEY** 7:14
**P.C** 6:4
**p.m** 147:7,8 148:2
148:12 220:5,8,8
220:14 231:6,14

———————
**Q**
———————
**qualifications**
22:17
**qualified** 153:17
**qualifying** 155:11
**question** 22:2 24:10
26:16 33:4,17
40:11,13,16 43:14
48:3 53:18 64:7

66:11 70:4,14
75:19 77:16 83:13
83:15 84:4 85:17
96:9,15 98:16
112:14 118:21
120:18 121:21
122:1,9,14,18
123:20 124:20
125:8 128:20
129:3,9,12 131:6
136:10,18 137:18
140:17 144:2
146:11 154:14
189:8 191:8
196:19 198:3
199:2 218:9,13
221:3
**questions** 50:18
53:5 226:4 230:16
235:7
**quick** 68:2
**Quinn** 4:5 18:16
19:11,22 30:2,12
121:11 203:14
230:9
**quite** 138:22 177:7
196:17
**quotation** 61:3
**quote** 55:5 58:14
61:5,12 62:14
74:7 79:15 81:1
84:7 103:11 168:7
190:12 206:5
**quoting** 85:7

———————
**R**
———————
**R** 3:1 4:1 5:1 6:1
7:1 14:1 148:1
232:1 234:1,1
**radical** 215:21
**raised** 168:8
**raises** 58:22 168:15
221:10
**ran** 163:8
**range** 169:2
**ranked** 173:11

**rarely** 179:3
**rate** 74:8 105:10,13
**reach** 216:8
**read** 16:13 20:19
38:9 39:14 53:21
54:22 55:16 56:8
56:17 71:11 72:2
79:13 82:16 85:20
93:7 96:8,11,13
128:12 130:2
131:13 133:9,10
138:5 145:10
152:1,9 153:6
154:21 163:14
167:20 168:13
171:15 177:20
209:5,5 233:3
235:4
**readily** 51:13
**reads** 63:7
**ready** 37:19 51:13
137:6
**really** 44:11 224:19
**Real-Time** 2:6,9
**reason** 16:1 88:9
91:17 94:2 201:17
204:6 206:18
233:5 234:4,7,11
234:14,18,21
**reasonable** 85:3
**reasons** 90:16
204:1
**reauthorized** 56:19
**recall** 101:2,9,12,14
225:3,4 226:8
228:1
**receipt** 233:14
**receive** 66:2 84:13
134:20 153:15
198:2
**received** 87:16
203:1
**recess** 68:21 147:9
220:7
**recipients** 9:19
**reciting** 55:14



recognize 20:8
37:18,21 38:2
41:10 104:22
171:4 225:10
recognized 39:6
recollect 226:3
recollection 103:12
104:9 171:2
209:22 210:3
225:12 226:17,22
recommendations
172:3
record 14:7 17:3
30:11 68:14 69:3
122:17 123:11
137:1 147:5
148:13 209:12
219:22 220:4,11
230:22 231:6
232:14
recorded 232:11
records 204:19
recount 149:2
recounts 53:13
224:1,1
recruiting 138:9,15
145:7
recruitment 134:6
141:13 145:11
redacted 111:6,9
111:12 229:3,15
redactions 111:4
115:9 228:18
229:6
redesignation
159:14
REES 4:4
refer 32:6 46:12,13
47:8 49:11 63:13
74:22 75:2 81:12
84:5 94:13 98:11
103:4 122:10
127:5 129:14
137:8 148:20
157:8,19 177:16
215:21 216:13

220:21
reference 47:18
80:19 97:1 121:21
122:12 216:16
referenced 106:10
123:12
references 39:5
referencing 55:18
80:13 81:19 82:3
referred 58:5 60:8
124:10 130:13
155:16 156:1
referring 29:22
48:16 60:15,19
70:22 81:18 83:12
109:12
refers 75:7 79:16
163:14
reflection 141:6
reform 192:20
refresh 152:2 171:6
reg 85:8,8 140:21
regarding 21:18
22:3 24:2 46:6,11
46:13 47:22 50:3
60:3 65:11,15
70:11,18 72:14,22
84:16 87:14 95:17
131:18 224:16
regional 200:2
Register 70:16
75:12 81:1,13
83:9,18 84:2
85:14
Registered 2:5,7
regular 64:15
125:22
regulate 72:12
89:13
regulation 29:17
30:19,22 31:7,7
31:13,18 32:7
35:8 36:16,17,19
38:1,3 40:10 49:4
49:21,22,22 51:8
56:7 61:9,11,12

61:18,19,21,21
62:1,2,2,4,5,8,9
62:12,14 65:2,19
66:6,19 67:15
69:10,14 71:1
74:1,6,14 75:10
75:15 76:12 77:2
78:10 80:21 81:13
81:16,17,20 84:5
84:15,18 85:22
88:16 93:12 94:14
94:14,18 96:17
114:19 119:18,19
123:15,21 125:12
126:21 132:6
140:13 141:8
146:4 193:6,8,21
197:21 221:8
regulations 21:3,3
21:8,12,21 22:11
23:1,6 25:5,6 26:2
26:11 27:9,15
28:5 30:18 34:21
47:10,11,13,20,21
48:4 49:16,18
57:1,11,11,16
58:10 60:3,21,22
62:15,16,20 65:10
65:15 70:11 78:12
86:1,8 87:2,4
93:12 94:1 127:11
127:18,19 130:5
130:12 145:4
146:1,11 153:1
154:8 159:15,17
163:22 164:3,12
164:17 178:18
191:15,16,18,20
191:22 192:2,8,8
193:15 194:4
195:10
regulation's 65:22
regulator 206:8
regulatory 39:19
80:18 92:11 93:20
94:4 95:17 192:11

192:20 195:18
reign 103:11
REILLY 5:15
reilly@wtotrial.c...
5:19
reinstated 204:1
reinventing 192:20
reissued 92:6
relate 23:6
related 39:4 228:21
relates 134:18
208:7
relating 48:2
relation 110:6
relations 23:5 59:1
59:3 72:8,9 90:19
110:19 119:20
relationship 64:13
64:17 88:17
184:14 185:18,22
188:10 190:13
relationships 188:9
relevant 50:16
100:18
reliant 65:9
relies 178:12
relieve 129:21
135:12 140:7
rely 66:22 67:16
69:10,20
remainder 155:2
remaining 156:9
remember 222:13
224:14
remove 229:6
removed 206:8,20
207:3 208:3,21
209:1 213:18
rephrase 29:11
196:19 221:3
replaced 207:15,15
replied 122:9
report 11:7,12 12:7
38:22 50:3,6
87:14,15,16 89:14
89:14 106:3,9,11

150:14 152:2
160:19 161:7,16
162:9,11,13,16
165:5,18 166:6,17
167:12,15 168:15
170:4 171:1,18
172:9,10 173:9
175:2 176:3,18
177:17 179:12
180:12 181:17
182:10,21 183:11
184:8 186:13,18
186:22 187:3,17
187:22 219:9
reported 1:18
171:20 181:18
182:13 183:2,8,15
183:22 184:2,5,10
185:10,11,13,16
185:18,22 189:10
189:16
reporter 1:19 2:6,6
2:7,8,8,10 15:1,5
24:9 68:7,10
97:13 150:10
203:18
reporting 9:16
100:3 183:10
184:11,20 188:7
188:12 189:14,15
189:17 202:21
reports 173:14
178:14,22 182:2,5
represent 62:1
116:2 165:1
representation
225:2
representative
38:21 112:2
160:13
representatives
12:12 152:15
170:8
representing
111:15 112:4
115:4,12



reputable 32:20,21
33:14 35:5 36:9
reputations 164:8
request 14:20
120:9 158:21
227:4
requested 228:20
requesting 111:21
112:5 118:15
120:7,13
requests 111:10
118:11 227:21
require 74:6
132:21 178:18
191:5 194:20
required 50:3
58:11,17 73:14
80:21 87:13,15
95:11 126:20
130:10 183:11
requirement 39:22
79:15 85:2 95:8
126:10 131:19
132:1 133:17
134:10,22 195:12
197:8
requirements 9:17
32:10,20 38:12
39:15,20 40:2
56:22 62:22 74:9
86:22 94:16 100:4
128:6 129:6
130:18,19 131:9
131:14 139:6,13
152:18
requires 134:19
172:6
requiring 139:12
research 105:21
132:9 151:9
156:15 205:15
researchers 156:14
157:16
reserve 16:11,12
reserves 138:11
resolution 178:17

resources 173:1
227:8
respect 55:8 74:2
94:16 124:1
149:11 152:4
194:3,5 206:3
respectfully 111:10
respective 2:13
115:22
respectively 118:11
responding 133:13
response 49:19
84:3 85:16 138:1
138:5 162:12
199:10
responsibilities
122:5 158:10,13
158:17,19 212:4
212:10,12 214:16
215:2
responsibility 21:2
25:4 26:10 57:10
92:8 128:5 129:6
responsible 122:6
175:14 226:13,15
226:16,17,18
responsive 191:8
rest 146:5
restated 74:5
rests 142:22 143:4
Results 171:14
resumed 229:21
return 202:22
233:12
revealing 46:5,10
47:13
revelations 47:15
Revenue 218:14
review 19:22 21:2
25:5 26:1,10 29:2
57:10 93:9 96:16
98:14 102:17
105:4,21 121:14
136:8,9 137:3
151:2,21 152:14
155:15 167:6

202:15 203:12
220:18 221:4
222:2
reviewed 18:14
56:9 100:12 146:2
149:15 169:1
197:14
reviewing 19:19
139:22 178:9
reviews 18:5 20:15
29:4 62:10 83:5
90:2 96:20 102:22
123:16 128:17
136:11 152:5
167:7 171:9 202:9
202:17
Rice 213:1,8
Rick 207:17 219:7
rid 172:16
right 15:13 16:18
30:21 48:22 51:10
67:8 71:4 78:19
84:1 92:3 98:1
100:16 117:1
134:17 137:14
138:11 139:16
142:20 144:18
158:7 169:9
197:12 199:21
200:21 217:18,20
223:9,16,17
229:12 230:19
Rights 44:6
risk 209:13
Risks 12:15 170:11
RMR 1:18 232:20
role 42:10,18 44:15
45:1,7,9,13 50:22
51:1 125:20,20
169:20 173:18
181:17,18 186:4
212:14 213:6,14
214:2 216:20
219:13,15
roles 194:3
roll 87:18,18 90:5

rolls 77:3
room 24:20,21
65:11,15 66:4,13
69:17 70:1,20
76:21 77:10 79:17
80:2,4 81:4 87:4
92:12
root 91:6
roster 44:12
rotate 174:19
rotated 202:2
rotating 201:18
roughly 43:5
routine 127:14
routinely 81:5
row 127:18
RPR 1:18 232:20
RSA 1:19 232:21
rule 21:9,10 46:20
50:9 54:20 57:17
57:18 59:8 62:6
63:2,3,3,5,5,9,21
63:22 64:3,4
73:22 74:12,13
75:18 78:13,13
79:19
rumors 211:11,16
run 159:2
running 155:21
runs 143:9
Rupp 104:4
Ruth 207:17 219:7
résumé 215:12

_____
S
_____
s 1:12 2:2 3:1 4:1
5:1 6:1 7:1 8:3
10:15 14:1 15:8
135:19 148:1,1,1
148:4 206:9
safety 164:19
Saint 7:8
sake 24:8
salary 66:3
sat 207:19
Satan 216:10

satisfactory 38:19
satisfied 86:2,14
87:10 88:3,11
89:1,6,18 90:22
91:8
satisfying 38:12
saying 69:8 92:20
103:13 113:2
175:20 183:7
210:22
says 27:7 33:10
36:5 38:8 42:12
50:5 66:20 67:15
67:16 69:8 103:5
103:10 111:5
117:1 118:10
124:13 140:13,21
158:1 161:9
168:19 206:3,13
206:14,15,16
207:2 209:12
224:3
scale 154:20
scant 163:6
SCHAECHER
6:13
Schedule 190:15,16
Schiller 2:3 3:4
14:17,20
scholars 132:10
school 38:16 39:4
157:4 198:16,18
198:22 199:4
215:13
Science 218:18
scope 155:20 160:1
216:18 217:4
SCULLY 4:4
seasonal 156:19
seat 143:22
Sebo 1:18 2:5 15:1
232:3,20
second 7:7 27:6
29:21 38:6 75:1,1
151:20 221:1
223:2,21



**secondary** 38:16
**second-to-last** 111:5 120:5 138:4
**Secretaries** 174:19 191:6 201:11
**Secretary** 45:4 103:5 104:4 172:12 174:7 183:22 184:4,10 184:13 185:1,2,20 186:1,14,18 187:1 187:3,7,12,15,18 187:19,22 188:5 194:16 201:8,17 201:20 202:4,21 213:1,4,6,14 216:20 219:11,14
**section** 8:16,18 9:6 9:9,10,13,16 10:13 28:18 29:13 29:14 37:5 38:12 66:8 95:7 97:5,8 99:3,11,18 100:3 100:9,13,15,18,20 100:22 101:17,21 103:4 121:4 124:10 151:16,21 167:3,6 171:15 177:17 222:11
**sections** 151:22
**Sector** 44:20 181:5 187:16 188:14 189:1
**securities** 214:21
**security** 12:9 170:6 203:2
**security-related** 159:21
**see** 27:11 30:15 68:3 80:22 87:1 96:17 196:4 215:12 225:5,16 228:7
**seeing** 161:13
**seeking** 31:20 71:15

**seen** 136:4 165:21
**selected** 215:18
**selecting** 95:9
**selection** 38:8,11 94:16 95:7 124:2 124:21 127:16 164:6
**selective** 215:15
**Senate** 72:7 87:20 191:5
**send** 194:17 198:2 227:5
**senior** 45:9 125:20 181:10 190:19 196:10 197:4,9 198:7,11 199:12 201:8 202:20 214:5,16 215:16 216:19 217:12 218:4 219:10
**seniority** 189:12,13
**senior-most** 189:7 189:18
**sent** 108:19,21
**sentence** 20:19 27:6 27:21,21 59:10 74:22 75:2 92:20 111:14 112:11 113:20 120:5 129:20 130:2 138:4,5 168:21
**separate** 72:10 108:1
**September** 11:15 42:14 43:5,6 63:6 74:13 79:19 90:6 160:22 181:3 202:5 209:1 212:17 214:11
**series** 44:16 89:10 123:21 131:9 181:11 210:9
**serious** 178:19
**serve** 42:3,9,17 43:21 201:19
**served** 45:16

**Service** 181:10 190:19 201:19 217:13 218:14
**Services** 1:21 14:22 15:2
**serving** 44:22 45:6 45:12 158:2
**SES** 181:2,6,7,12 190:21 201:3,5 217:10,12,15,16 218:2,5,5,6,15 219:1,3,8
**SESs** 218:19
**set** 54:8 63:18,20 65:1 76:18 80:17 82:6,13 84:6 97:3 127:18 130:5 146:3,11 228:7
**sets** 73:3
**settled** 46:15
**seven** 79:22 99:8
**Seventeen** 72:21
**Seventeenth** 4:6,15 5:16
**seven-year** 72:10
**Shannon** 204:12 208:11
**sheet** 73:1,3,11 80:18 82:7 92:6 92:10 233:6,8,10 233:13 235:9
**SHEFRIN** 6:4
**SHERMAN** 4:13
**short** 65:1
**shorthand** 2:8 232:11
**show** 207:18
**shows** 173:13
**sic** 124:5 167:4 172:6 173:6,9 176:3 202:5 205:15 208:16
**sign** 16:14,15 196:9 199:16 233:7
**SIGNATURE** 235:12

**signed** 16:16 132:3 133:5 199:13
**significance** 190:7
**signing** 233:9
**signoffs** 199:19
**sign-off** 197:1,3,4
**similarly** 153:20
**simple** 44:2 142:9 201:15
**singular** 48:7
**sir** 18:20 24:5 68:10 106:12
**sit** 231:2
**site** 180:6
**sitting** 44:11 143:21
**situation** 49:5
**six** 40:1,8
**size** 227:2 228:3,6,8
**skipping** 53:12
**slots** 190:19,21 201:17
**smacri@putneyl...** 7:19
**Smalls** 3:5 8:5 15:12,17 16:8,19 16:21 17:1,16,19 18:8,9 19:8 20:12 20:18 21:19 22:5 22:16 23:4,13,17 25:19 26:6,17 28:6,15 29:1,7,20 30:14,20 31:9 33:19 35:13,16 36:6 37:1,9,14,17 40:19 41:8,9 46:8 48:8,21 51:6,17 52:1 53:19,20 54:1 60:6 63:11 66:9 67:4,21 68:5 68:9,12,15 69:6 69:18 70:5,21 76:2 77:12,18 78:2 82:20 83:11 90:13,20 92:1 94:12 95:1,3,21

96:10 98:8 99:8 99:15,22 100:11 101:10 102:1,6,16 103:3 104:21 107:3 108:3 109:10 112:22 113:18 114:20 116:13,20 117:21 119:8 120:20,22 121:8,13,20 122:3 123:8,19 125:13 127:6 128:14 129:1 134:13 136:3,17,22 137:5 139:3 140:20,22 141:2,4,20 142:5 142:11 143:10 144:9 145:1,10,15 145:19 146:16,18 147:2 148:17 150:9 151:1 152:8 154:17 161:3 167:10 170:19 171:12 180:13 203:11,16,20 204:13,20 205:10 206:17 208:17 209:20 211:6,10 211:13,20 219:21 220:15,16 221:22 222:1,4,9 223:9 223:20 228:16 230:3,7,11,17,21
**social** 216:9
**sole** 17:11
**solely** 124:22 161:17 166:14
**somebody** 82:16 184:19 195:8 196:8 199:16 222:19
**someplace** 218:17
**sorry** 17:19 18:8 24:5 30:13 36:14 37:18 56:16 86:5 98:3 106:22 107:2



112:19 128:21
136:19 221:2
223:19
**sort** 35:22 68:3
196:22
**Sotto** 37:12 98:20
99:7
**sought** 64:9
**sounds** 165:2,4,6
**source** 85:6
**sources** 50:15
210:6
**South** 5:6
**space** 233:5
**speak** 19:22 47:20
48:4 119:14
146:12 154:10
200:9 209:12
**speaking** 191:1
**specialized** 195:9
**specific** 52:10 65:3
85:1,16 121:22
129:15 162:19
171:1 179:14
228:12
**specifically** 47:9
55:4,19 60:19
64:12 108:1 137:9
149:8 167:15
177:19 179:12
186:3 191:17
194:5 195:9 206:2
207:2 209:14
214:22 222:3,10
223:1 228:22
**specificity** 62:19
**specify** 84:19
**specter** 58:22
**spell** 47:11
**spirit** 153:11
**spoken** 38:17
**sponsor** 8:16 28:18
29:18 31:17 32:2
32:11 33:9,22
34:5,18 95:11
96:5 107:10

108:15,20 109:15
109:18,21 111:15
111:21 112:12,17
113:11,20 114:1,5
115:3,11 116:1,11
117:8,13 118:5,16
125:1,1 128:4,6
129:4,7,21 130:10
133:6 135:1,4,12
138:18 140:7,11
141:11 142:3
143:1,4 144:5,17
145:5,9 146:4,6
165:19 168:5
178:15,22 209:11
221:5 226:11
229:1,14
**sponsored** 169:4
228:13
**sponsoring** 56:2,3
73:12 166:7 206:4
206:5
**sponsors** 9:11
31:14 38:13 39:15
40:1,7 72:14 95:8
99:12 103:8,10
104:1 107:6,7,8
114:18 122:4,19
124:1,13 126:11
126:19 130:10,19
131:9,15,20
132:11,19,22
133:18 139:11
141:22 144:11
159:16 164:4,20
166:14 167:14,21
168:2,6,16 178:10
178:13,19 179:2,4
179:11,22 220:19
220:20 224:8
226:7 228:12
**sponsorship** 169:6
**sponsor's** 94:15
127:13 129:19,20
131:17 135:4
139:19 140:6

178:21
**sschaecher@fish...**
6:17
**stable** 228:3
**staff** 173:1,2 180:1
180:8 214:14
227:8
**staffed** 180:6
**staffer** 27:4
**staffers** 27:1
**stamped** 8:13,21
9:20 10:6,9 12:20
13:12 18:1 41:4
102:11 104:17
109:5 203:6
221:18
**standard** 16:6 85:5
105:10 192:10,18
**Standards** 64:9
65:5 74:10 79:10
80:14,20 84:13
**standing** 174:18
**standup** 159:19
**Stanley** 1:12 2:1
8:3,12,20 14:9
15:8 17:4,22 41:3
68:18 69:5 97:17
148:4,12 203:22
206:9 220:13
224:4 231:8
**start** 32:8,8 41:19
53:16 92:20 139:4
139:4 148:19
199:6
**started** 30:3 146:21
181:21
**starting** 149:6
152:10 153:7
155:3 167:20
**stat** 47:9
**state** 12:12 13:7
17:2 21:1 30:17
31:15,22 33:3,11
33:11 34:1,6,19
34:21 39:16 42:13
43:19 44:1,21

45:5,10 47:3
48:14 65:9 66:22
69:20 70:7 82:12
82:17 86:12 93:13
93:15 96:4 103:22
122:5,21 125:2
126:20 128:5,20
129:5 130:8
133:19 141:12
143:2,5,8,22
144:14,17 146:5
149:14 151:11,13
152:15 158:3
160:12 161:18
163:3,6,10 170:8
171:18 172:1,12
173:20 174:7
177:5,22 178:12
178:19,20 179:1,2
179:3,9 183:10
184:11,22 187:1
187:13 190:1,15
191:2,17 192:1
193:5,6,8 194:4
196:5 199:4
200:10,13,18
201:9,10 202:13
205:4,19 206:6
207:21 208:1
209:13,14,22
210:4 213:4 214:6
215:2 218:21,22
233:5
**stated** 116:1 146:10
166:5 168:11
179:20
**statement** 25:3,21
51:20,20 54:13,13
54:14,15,17 55:9
55:10,11,13,20
56:4,5,6,12,13,14
57:3,4,5,20,21,22
59:4,5,6 71:19,20
71:21 72:16,17,18
73:6,7,8,17,18,19
74:18,19,20 80:6

80:7,8 81:9,10,11
86:3,6 87:6,7,8
88:22 89:5,18
91:12 92:16,18
101:16 118:10
137:21 138:14
**statements** 47:7
52:12 53:4,6
94:10 146:1
**states** 1:1 11:6 12:6
14:12 32:21 33:1
33:2,14,15 34:8
34:15 35:6,6,10
35:20,21 36:2,4
36:10,12 42:8
54:7 58:9,20
59:13 63:14 69:14
70:17 71:8 74:11
75:18 84:7,10
110:20 119:21
146:5 150:13
154:6 156:19
166:8 170:3
179:15 203:22
212:2 216:10
221:7
**State's** 43:10
177:17 178:2,8,8
180:17 204:18
**static** 228:15
**stating** 15:12 74:4
**status** 156:22 157:2
217:12
**statute** 35:7 36:11
36:13 37:22 49:7
49:9,12,14 50:1,2
50:5,10 55:19
57:6 119:17,19
152:19 153:11
155:12
**statutes** 47:9 150:1
150:2
**statutory** 35:19
82:18 93:20 94:1
94:4
**stay** 182:16,17



201:11
stays 172:15
stenographic 15:4
step 120:14 173:5
STEPHEN 7:15
STEWART 3:11
stipend 58:4,11
72:15,22 73:4,13
74:3,15,17 75:1
76:5,5,7 78:12
80:12,15,19 81:2
82:2,5 92:14
stipulate 36:7
stipulation 16:6
stipulations 16:5
STONE 6:5
stood 177:8
stop 133:15 136:20
straight 198:18,21
198:22 199:4
straightforward
47:5
strategic 23:20
203:2 207:4
214:21 216:15
strategy 216:14,15
Street 4:6,15 5:6,16
6:14
strike 16:12 27:5
33:20 70:6 131:5
221:2
string 12:20 203:6
Stronger 12:13
170:9
structural 180:15
structure 184:12
189:14,15,18
structured 155:7
155:13
structures 183:10
188:8
Student 159:19
177:6
students 157:5
160:14
studies 13:9 105:21

203:2 205:6,17
210:12 214:22
studying 215:4,6
Study-Au 7:13
Subcommittee 12:8
170:5
subject 64:8 65:16
85:6 155:14 188:8
233:9
subject-matter
195:22
subparagraphs
101:3
Subpart 96:13,14
96:18,22 97:3
98:9,10 101:2
121:9 122:10,12
122:15 123:22
127:18
Subscribed 235:15
subsequent 61:11
61:17,22 62:1
93:10
subset 71:17
substance 108:17
158:9 235:8
successfully 39:2
39:11
sufficient 175:1,4
227:8
suggest 123:3
suggested 224:8
suggestion 202:7
suggests 153:2
Suite 4:7,15 5:6,16
6:6,14 7:7
summarize 131:13
summary 13:10
103:21 164:22
165:3 221:16
222:5 224:1
summer 12:15
104:1,2,6 132:9
156:16,18 157:17
160:5 169:13
170:11 179:10,13

180:18 210:17,18
210:22 211:2,17
superior 25:21
supersede 61:21
superseded 61:18
supervise 212:13
supervised 177:1
supervising 220:17
supervision 232:13
supplementary
60:2,20,22 61:8
63:20 64:3 65:2
65:22 69:13 70:15
75:9,17 77:6
82:14 84:6 88:15
supply 51:2
suppose 107:20
supposed 69:20
94:5 196:16
sure 24:11 30:4
43:13 52:4 77:13
79:1 83:4,15 98:4
98:6,8,13 130:14
184:4 185:12
SUSAN 6:13
swear 15:6
sworn 15:9 148:6
232:8 235:15
SWT 13:8 205:5,20
206:4,6
system 159:20,21
177:7
Systems 2:9
S.1211 90:8

T

T 148:1 232:1,1
234:1
tagged 123:4
take 24:16,20 68:2
96:16 102:17
105:3 118:7
119:11 120:3
122:16 128:15
141:10 145:22
151:21 171:6

181:6 207:16
219:21,22 229:20
taken 2:2 14:17
68:21 147:9
200:12,15 201:2
220:7 232:6
talk 60:12 143:22
191:15 214:2
218:20
talked 145:11
210:7
talking 24:13 83:15
83:18 94:15
143:11 166:22
185:6 228:9,10,14
talks 29:18 124:1
197:22 209:11
team 219:13,17,18
TEASDALE 5:4
technical 86:10
technically 184:10
196:15
telephone 4:14 5:5
5:15 6:5,13 7:6,15
67:19 179:1
tell 32:5,9 90:11
98:5 112:10
131:12,14 158:8
161:5,6 189:22
208:12 219:5
232:8
temporary 153:14
Ten 102:20,21
209:15 213:5,11
term 54:16 159:22
terms 22:17 39:16
95:9 126:15 130:6
180:17 189:14
193:1
terrorism 214:22
215:21 216:3,4,8
216:14 217:1,3
test 39:8
testified 15:10
148:8 149:20

testify 16:2 95:16
testifying 15:21
17:14,15
testimony 25:14
26:13,19,20 27:2
27:4 48:11 53:5,5
94:7 232:10,15
text 161:14
Thank 16:20,21
18:7 19:7,18
21:11 24:22 28:22
30:7 32:4 36:22
37:9 40:5 56:15
78:18 85:15 91:15
95:1 97:14 102:8
118:19 121:11,12
146:17 150:22
181:1 191:13
220:15 225:11
230:4
Thanks 41:8
thereof 232:17
Thesson 183:12
thing 30:5 75:6,20
76:7 129:16
172:11 174:6,12
209:7 222:22
things 40:8 174:22
think 27:19 44:9
47:5 51:13 83:1
94:22 97:21 100:7
102:1,3 106:12,17
116:17 119:13
123:12 136:19,21
137:13 173:1
175:18 184:18,19
196:13 203:16
206:20 207:1
208:8 210:14
216:22 217:2,3
221:10 227:10
230:14,21
third 33:2 95:13,18
95:22 96:1 97:1,3
122:7 127:9,12
128:3,7 129:4,8



129:10,10,17,20
129:21 130:4,11
130:18,22 135:6,7
135:11,11 140:1,6
140:10 141:17
142:1,2 143:3
144:4 146:7
164:20 166:2,15
206:12
**third-party** 125:3
129:22 135:13
140:8
**thirty** 233:14
**Thirty-one** 94:19
**THOMAS** 4:5
**thought** 36:14
47:12 194:18
207:14
**three** 19:14 34:22
35:3 39:4 53:22
97:18 127:11
173:8 189:19
194:2 201:12
207:19 214:11
**three-hour** 19:21
**time** 14:16 16:13
20:22 42:20 43:2
43:3 45:15 47:4
57:8 68:18 69:5
69:15 75:15 76:14
77:3 78:11 80:22
86:4,10,11 96:16
122:16 128:15
130:9,9 134:6
136:8 143:18,20
147:6 148:12
158:11,13,18
159:11,18 160:11
162:7 163:2 173:2
177:2,9 179:22
181:20,21 183:19
189:14 192:9
202:5 207:7,9
208:3 209:3,22
210:4 212:7,15,16
214:18 220:5,13

220:17 224:18
225:14 230:15
232:7
**times** 79:21,22,22
219:7
**time-limited**
201:13,16
**title** 183:13 186:7
187:14 198:22
207:4
**today** 14:15 15:21
16:2 17:14 35:20
36:9 74:17 200:11
**today's** 18:11 231:7
**Todd** 182:19
**told** 168:5
**top** 117:2 155:4
**total** 80:1
**totally** 65:9
**touch** 19:5
**tquinn@grsm.com**
4:10
**tracking** 159:21
223:11
**trained** 195:9,16
**trainee** 12:16 164:4
164:12 167:16,18
168:17 169:3,4,14
170:12 179:11,14
180:19
**trainees** 157:17
166:15 169:7
176:22
**training** 164:5,5
166:18,19 224:9
**transcribed** 232:12
**transcript** 8:10
15:4 233:15,16
**transcription**
232:13 235:6
**transferred** 207:20
207:20
**transition** 92:8
**transitioning** 214:2
**Travel** 12:16 104:1
104:2,6 132:9

156:17 157:17
160:5 169:13
170:11 179:11,13
180:18 210:17,18
211:1,2,17
**treated** 194:7
**trial** 16:13
**TRIGG** 5:14
**true** 189:4 232:14
**truly** 225:9
**Trump** 210:20
**truth** 232:8,9,9
**truthfully** 16:2
**try** 19:4 24:11
**trying** 67:12 91:5
101:9 212:7
230:17
**Tuesday** 1:13 14:4
**turn** 59:1 87:16
**turning** 230:8
**turns** 204:2
**TV** 68:1,6
**Twenty** 221:22
**two** 3:13 55:3 56:2
97:15 115:10
152:9 212:11
**TWOMBLY** 7:14
**two-year** 152:10,13
**type** 27:2
**types** 33:7

─────────────
            U
─────────────
**U** 34:18
**uh-huh** 137:12
139:8,10 176:9
**Ulster** 5:6
**ultimate** 50:17,17
**um-hum** 30:6
55:21 96:19 111:8
111:13 124:15
126:12,14,17
135:9 138:3 140:4
161:15 171:11
176:14,16 186:12
194:8 224:5,13
225:15

**UN** 34:12
**unanimous** 87:19
**unaware** 119:7
**undermine** 59:2
**underneath** 144:6
**underpayment**
111:11 114:2,21
**Undersecretaries**
187:6
**UnderSecretary**
158:22 184:2,5,7
184:9 185:19
186:19,21 187:2,9
188:1,4
**understand** 15:20
22:6 35:17 43:13
51:18,19 52:9
53:3 71:7 91:18
114:16 119:1
139:1 142:21
144:10 146:2
158:15 176:5
217:22
**understanding**
35:18 46:19 52:6
64:22 95:10
118:21 120:19
163:7 180:14
**understood** 35:21
197:10
**undertake** 122:8
**undertook** 179:15
**Unfortunately**
101:5
**uniform** 58:15,21
60:10 61:5 105:13
**Uniformity** 58:16
**unique** 132:13
**uniquely** 126:20
**unit** 68:17 69:4
147:6 148:11
164:13,16 220:5
220:12 225:16,19
231:7
**United** 1:1 11:6
12:6 14:12 32:21

33:1,2,14,15 34:7
34:8,15 35:6,6,10
35:20,21 36:2,4
36:10,12 42:8
54:7 58:9,20
59:13 63:14 74:11
84:10 110:20
119:21 146:5
150:13 154:6
156:19 170:3
212:2 216:10
221:7
**universities** 156:13
**University** 203:1
214:19 215:11,14
**unnamed** 108:18
109:14 111:15
112:2 210:5
**unposted** 200:4
**unredacted** 229:8
**update** 92:10
**updated** 92:6
**upside** 106:18
**urged** 103:10
**USC** 54:11
**use** 97:1 115:20
122:2 123:5 128:3
129:3,20 135:11
140:6 161:17
166:13 228:4
**uses** 11:9 150:17
163:16 166:12
**USIA** 20:22 28:4
54:5 55:1,7,22
56:10,20 57:9
58:2,13 60:8 61:4
69:15 71:13,14
72:9 73:11,21
74:13 80:20 81:6
86:10,11,13 92:9
93:13 149:3,10,16
152:16,20 153:1,4
154:7 163:2
181:16 191:21
193:4
**USIA's** 70:17 80:11



82:1 86:22 87:2
**utilization** 87:2
　127:12 135:5
**utilize** 69:16 77:9
　135:11 141:22
**utilized** 226:14
**U.S** 11:8 33:11,21
　34:19,20 35:8
　39:15 42:13 44:21
　45:5,10 96:4
　122:20 125:1
　126:19,20 128:4,6
　129:5,7 138:18
　139:11 141:11
　143:1 150:15
　153:17,20 168:11
　173:19 181:15
　182:15

_____
**V**

**v** 1:6
**vacations** 156:18
**value** 59:3
**various** 150:1,2
**verbatim** 207:14
**verification** 39:3
**verify** 179:5
**verifying** 178:11
**version** 229:8
**versus** 14:10 36:1
　125:9 190:9 202:6
**videographer** 14:6
　14:21 18:19 19:1
　19:4,7 30:10
　68:13,16 69:2
　106:12,20 107:1
　147:4 148:10
　220:3,10 230:5,20
　231:5
**Videotape** 14:8
**Videotaped** 1:12
　2:1
**view** 65:4 96:3
　111:2 155:9 208:2
**viewed** 190:11
**views** 64:10

**Village** 6:7
**violates** 153:11
**violation** 110:11
**violations** 164:3,12
**visa** 103:8 115:3,11
　116:1,10 117:7,13
　118:5,15 153:11
　155:12 156:22
　157:1 166:12,14
　166:16 167:4,22
　168:1,2,4,16,19
　226:10
**visas** 11:11 31:17
　150:18 226:7
**visited** 164:2
**visitor** 11:13 12:17
　21:5,13 25:7 26:2
　26:12 30:21 31:4
　31:20 57:13 58:17
　86:19 93:14 95:19
　125:16 127:13
　128:2 130:7
　133:13 156:7,8
　159:5,10,20 160:3
　160:20 163:7,20
　164:8,14 165:10
　165:14 167:13
　168:6 169:14
　170:13 171:20
　174:14 176:6
　177:6 178:21
　188:20 212:6
**visitors** 134:4,7
　164:7,19
**visits** 178:12 179:3
　179:6,10 180:6
**vis-a-vis** 229:18
**voce** 37:12 98:20
　99:7
**vote** 87:18,18,22
　88:1 90:5,15

_____
**W**

**wage** 58:6,8,12,15
　59:12 60:10 61:5
　63:13 64:1 65:12

65:12,17,20 66:2
66:13 69:21 70:1
70:8,11,19 73:16
75:16 76:15,20
77:5,9 79:7,11,17
80:1,15,22 81:2,4
82:4 84:14,17
87:3 92:12 110:12
110:21 111:7
114:9 120:1
**wages** 65:7 84:9
　111:11 114:22
　153:18
**wage/per** 79:21
**wait** 24:10,12
**waive** 16:16
**walk** 131:3
**wall** 78:5
**want** 30:3,10 38:5
　53:3 59:10 77:13
　94:13 95:6,6 98:5
　98:12 105:3 114:6
　122:13 123:6
　130:13,14 137:20
　142:21 143:21
　144:7 146:2,19,22
　151:15 152:1
　181:14 191:14
　209:13 210:13
　226:6 227:2,6
**wanted** 121:19
　176:15 227:3
**wants** 123:1 176:1
　176:2
**want's** 146:20
**warrant** 175:2
**Washington** 2:4
　14:3,19
**wasn't** 95:16
　118:21 177:1
　200:16 209:16
**way** 75:11 87:17
　101:22 106:18
　146:10 172:18
　173:6 209:9 223:5
**weaker** 224:11

**weakness** 171:22
　172:13,15,17
　174:8,13 175:9,11
　175:22 176:1,2
　180:10
**weaknesses** 163:18
　171:18 172:8
**week** 74:8 80:3
　84:22 152:21
　153:12
**weekly** 58:11 74:3
　74:7,22 81:2
　92:14 111:7
**weight** 193:21
**welcome** 16:9 32:6
**welfare** 164:18
**well-settled** 46:20
**went** 47:12 79:7
　89:10 169:8,12
　191:22 202:19
　214:9 215:13,19
　216:4
**weren't** 200:17,17
**we'll** 32:7,8 36:7
　101:13,13,19
　139:4,4 140:14
　185:15
**we're** 24:13,19 30:4
　52:5,9,10 68:13
　69:2 83:15 101:22
　106:21 122:17
　146:18 147:4
　220:3,10 230:20
　230:21,22 231:5
**we've** 20:7 37:11
　68:7 139:6
**WHEELER** 5:14
**white** 13:6 205:3,14
　205:18 208:7
**wide** 208:2,9
**widespread** 164:2
**wish** 224:8
**withdraw** 111:10
　111:18,21 112:5
　114:2 118:12
　120:7

**withdrawn** 62:3
　200:6
**witness** 15:6 16:13
　17:15 18:5,22
　19:3,6 20:15,17
　21:17,18 22:1,3,7
　22:13,14,15 23:12
　23:16 25:14,16
　26:15 27:19 29:4
　29:6,22 30:6,15
　31:6 36:4 46:2
　50:21,22 51:1,12
　51:22 52:18 53:1
　59:22 62:10,12
　65:19 66:16 67:20
　69:13 70:3,13
　75:22 76:9 78:1
　83:5,7 90:2,4,18
　91:21 94:9 95:2
　95:15 96:7,20,22
　97:19 98:2 101:8
　102:4,22 103:2
　106:19,22 107:2
　112:21 113:4,8,10
　113:16 114:14
　117:19 119:5
　120:17 123:16,18
　125:7 127:4
　128:10,17,19
　136:11 137:2,4
　138:20 140:18
　141:1,3 142:8
　143:7 145:16
　146:9 150:22
　152:5,7 154:13
　167:7,9 170:17
　171:9,11 179:19
　203:19 204:11,17
　206:15 208:10
　210:2 211:19
　223:10,13,15,17
　231:11 232:15
　233:1
**word** 39:22 66:12
　200:5
**work** 12:15 41:16



80:3 104:1,2,6
107:4,6,9,14,22
108:7,18 109:20
132:9 152:17
153:5,22 155:10
155:17 156:8,11
156:14,16,17,17
156:21,22 157:7
157:11,15,17
160:5 166:20
169:13 170:11
179:10,13 180:18
197:15 210:17,18
211:1,2,17
**worked** 82:16
**workers** 153:14,15
153:17,20
**working** 40:6 101:6
153:18 164:9
180:1
**workings** 46:17,22
47:2 48:13 59:18
**works** 196:18
**work-based** 156:3
157:9,14,18
**work-related** 156:1
**world** 71:16
**worth** 194:18
**wouldn't** 26:15
198:19
**write** 116:11 133:9
**writing** 110:5 112:3
115:2 117:3,6,12
119:10
**written** 76:13 106:3
106:9,11 178:10
178:13 192:9
**wrong** 83:1,8,20
85:11 123:15
144:5
**wrote** 207:1 209:9
**www.MagnaLS.c...**
1:22

---

**X**

**X** 1:3,9 88:16

---

**Y**

**yeah** 23:18 88:2
101:12,14 130:16
161:19 218:11
223:15 228:13
**year** 172:10 199:7
214:18 215:1
227:4,5,20
**years** 55:3 165:21
169:21,22 175:16
176:20,21 177:15
179:9 201:4,12
206:8 207:19
210:19 211:5
214:11,17 228:4
**Yesterday** 19:17
**York** 2:4 3:7,7 7:17
7:17 14:18 108:21
117:17,18,20,22
117:22 118:6
119:16
**youth** 216:1,4,6,7
216:16

---

**$**

**$1,000** 169:4
**$2,000** 169:2
**$375** 105:7
**$5** 76:15
**$500** 105:15

---

**0**

**00-CI-028** 11:12
160:19
**02110** 3:14

---

**1**

**1** 1:17 8:12 14:8
17:21 20:7,14
33:5,10 38:14
39:13,14 53:12
68:17 94:11
123:22 124:7,18
148:20 163:5
177:4,14 235:5
**1st** 50:6,10 172:10

---

**1:17** 148:2,12
**10** 9:18 55:16,17,22
84:20 102:1,11
128:11 134:18
173:2 190:20
**10:00** 146:22
**10:25** 68:19,22
**10:31** 68:22 69:5
**100** 9:17
**10022** 3:7
**10175** 7:17
**102** 9:21
**103** 173:2 180:4
**104** 10:7
**10472** 87:15
**105th** 90:8
**109** 10:11
**11** 10:5 56:8 104:16
149:14
**111** 7:7
**12** 10:8 56:17 109:4
**12:00** 146:18
**12:06** 147:7,8
**1200** 6:6 132:11
180:5 226:15
**121** 10:13
**124** 83:10 84:2
85:14
**12866** 192:5 193:2
**13** 10:13 20:11,20
57:7,8 121:4
199:8,9
**135** 10:17
**14** 10:15 58:1,2
63:12 135:19
**14th** 21:9 57:18
73:2
**14-cv-03074-CM...**
1:6 14:14
**1400** 159:11 179:22
180:2
**1401** 2:4 14:18
**148** 8:5
**15** 8:5 11:6 71:10
128:1 150:9,13
**15th** 21:10 57:19

---

81:16
**15-minute** 219:22
**15/16** 159:12
**150** 11:11
**16** 11:12 72:1,4
101:3 114:17
156:6 160:19
**16.31** 124:5
**160** 11:15
**17** 8:14 12:6 72:20
170:3
**170** 12:18
**18** 12:20 38:15
73:10 151:16
203:6,16
**18,000** 225:6
**1801** 6:14
**19** 13:6 73:20 88:15
152:11 205:3
**1946** 192:4
**1961** 54:10 153:2
155:8 164:11
**1986** 54:4 89:11
**1988** 49:9 55:1
**1990** 11:11 45:18
49:12 56:9 81:20
149:15 150:18
**1992** 181:22
**1994** 21:10 28:3
49:14,17 54:19
56:7,16,19 57:18
59:7 60:20 61:18
63:21 70:22 76:16
78:10 88:15 154:8
**1995** 21:10 49:21
50:2 57:19 59:8
60:20 61:18 71:12
78:13 79:19 81:16
81:20 85:7
**1996** 50:7 72:6,13
**1997** 50:8 62:5,5,8
62:12 63:6,10
73:2,21 74:13
75:8,10 76:17
78:13 80:17 82:7
85:8,9,14 86:17

---

88:20 89:6,11
90:6 92:5 221:9
**1998** 149:6
**1999** 42:13 158:1

---

**2**

**2** 8:16 28:17 33:5
33:10 38:15 69:4
133:10,11 134:15
147:6 163:14
**2:45** 220:5,8
**20** 13:10 78:20
79:12 81:18 155:4
167:2 221:16
235:16
**20/20** 6:3
**2000** 11:15 43:5
158:5,7,12 160:22
162:5,6,6 168:11
169:8 176:8,18
181:3 214:10
**20005** 2:5
**2001** 92:7,9 202:5
207:3
**2005** 12:18 169:11
169:19 170:13
**2006** 13:11 42:14
43:6 45:18,20
158:2,12 181:3
201:4 221:18
222:8 225:18
228:4,6
**2008** 212:17 213:10
214:11
**2009** 9:19 213:2,4
214:3
**2011** 45:11 93:15
209:1 212:17
214:11
**2015** 45:11,20
93:16 201:5
**2017** 1:13 10:9 14:4
14:15 109:5 144:1
**203** 12:21
**204** 7:7
**205** 13:9



**206** 179:10
**21** 80:10 81:19,22
**212.446.2300** 3:8
**212.682.5435** 7:18
**22** 8:16,18 9:6,9,10
  9:13,16 10:13
  28:18 29:12,14
  36:20 37:5,15
  54:10 84:8 85:20
  97:8 99:3,11,18
  100:3 121:4 131:8
  138:18
**221** 13:13
**23** 92:4,19
**231** 235:5
**235** 1:17
**24** 93:8 94:11
**2451** 54:11
**25** 1:13 14:4 93:18
**25th** 14:15 154:8
**26** 13:11 38:15
  221:18 222:8
**27th** 63:4,10 73:21
  75:10,17 85:14
**2700** 6:14
**28** 8:17 10:9 109:5
**28th** 115:17
**29** 66:5 67:1 69:16
**29th** 90:6

---
### 3
**3** 8:18 33:5,10 37:2
  37:4,16 38:16
  53:21 94:22 95:4
  97:19 133:10
  134:2,18 148:11
  166:1 220:5
**3:03** 220:8,14
**3:15** 231:6
**3:16** 231:14
**30** 16:14 233:14
**30(b)(6)** 10:17
  135:21 136:15
**3000** 4:15
**301** 181:12
**303.218.3676** 6:16

**303.244.1800** 5:18
**303.299.8471** 4:17
**303.534.5154** 4:9
**303.874.3408** 6:8
**31** 94:20
**328379** 1:16
**33** 90:7
**33701** 7:8
**3400** 4:7
**3500** 226:15
**37** 8:18
**370** 5:16
**375** 105:15,17
**377** 90:7

---
### 4
**4** 8:20 9:19 38:17
  41:2 97:20 98:2
  157:20 171:14
  200:22 220:12
  231:7
**40** 80:4 214:9
**40-hour** 153:12
**400** 169:2
**41** 8:22
**44** 212:15
**45** 74:8 84:21
  152:20
**45-hour** 80:3
**4500** 5:16
**4643** 5:6

---
### 5
**5** 9:6 38:20 97:7,22
  98:18
**5th** 63:6 74:13
**50** 69:16 210:19
  211:5 225:5
**514.31(j)** 84:8
**521** 7:16
**552.10** 69:16
**552.100** 66:5 67:1
**555** 4:6
**5619** 6:6
**575** 3:6

---
### 6
**6** 9:9 39:2,13,14
  97:22 98:19 99:2
  123:22 124:7,8,18
  138:1
**60** 81:1,12 83:17
  127:17
**61.1(b)** 123:13
**617.248.4949** 3:15
**62** 36:20,21 83:9
  84:1,2 85:13
  94:18 121:9
  122:10,12 138:18
**62.1** 10:13 101:16
  121:4
**62.1(b)** 100:8 101:5
  123:14
**62.10** 127:8 134:19
  146:12
**62.10(a)** 38:12
**62.12** 9:13 98:19
  99:18
**62.15** 9:16 100:3
  102:6
**62.2** 97:4 100:13,14
  101:17 127:8
  128:12,12 129:10
  146:12
**62.2(b)** 100:17
**62.3** 8:16 28:18
  29:13,15 32:18
**62.31** 8:18 37:5
  94:14 96:8 124:4
**62.5** 9:6 97:8 98:18
**62.6** 9:9 98:19 99:3
**62.9** 9:10 98:19
  99:11 127:5
  128:11 130:14,19
  131:8 146:12
**624-6221** 1:21
**63.21** 37:15
**633** 4:15
**69** 214:19

---
### 7
**7** 9:10 53:13 97:22

98:19 99:10
  130:15
**7.5** 79:22
**700** 190:21 217:21
**720.722.7196** 5:8
**7200** 190:18
**727.388.3472** 7:9

---
### 8
**8** 9:13 53:15,22
  54:2,12 98:1,19
  99:17 102:2,4
**8th** 79:19
**800** 5:6
**80111** 6:7
**80202** 4:8,16 5:17
  6:15
**80237** 5:7
**8551** 81:1,13,15
  83:18
**866** 1:21

---
### 9
**9** 9:16 54:21 55:13
  99:22 100:2 102:3
  102:4,6 177:16
  178:7
**9-11** 160:12 176:21
**9:27** 1:13 2:12 14:4
  14:16
**905** 44:16 181:12
**94** 59:8 60:2 61:9
  61:11 77:1
**95** 60:3 61:9,12
  77:1
**97** 9:7 50:10 63:1,4
  75:17 77:3
**99** 9:9,11,14 163:5

