# Exhibit 4

COLVIN
DEPOSITION EXHIBIT
11
DATE: 7/25/17
CINDY SEBO, CERTIFIED MERIT
COURT REPORTER

# CONSULTANT AGREEMENT

Re:   *Johana Paola Beltran, et al. v. Interexchange, Inc., et al.*, U.S. Dist. Ct. Case Number 1:14-CV-03074-CMA-KMT

## 1.   Parties

This contract for consulting services in connection with the ***Beltran, et al. v. Interexchange, Inc. et al.*** matter is made by and between Stanley Colvin, Esq. ("Consultant") and the undersigned attorneys/law firms ("Clients") (hereinafter collectively referred to as the "Parties"). Consultant will only become retained when Consultant receives this fully executed Consultant Agreement ("Agreement").

## 2.   Scope of Work

In consideration of such retention and our mutual agreements, the Parties agree that Consultant will perform consulting services as requested by Clients and in connection with such services agrees to perform such investigation, document review, studies and research so as to be able to consult with Clients and/or advise Clients as a Consultant with respect to Consultant's findings. Consultant agrees to verbally report his facts, conclusions and findings to Clients and if requested, to prepare a written report and deliver it to Clients. The full scope of Consultant's work will be determined as the matter proceeds, and will be subject to the needs and requests of Clients. The Parties agree that Consultant will be performing services under this Agreement as an Independent Contractor.

## 3.   Terms of Payment & Fee Schedule

Clients shall be solely responsible for payment for all work done and expenses reasonably incurred by Consultant on behalf of Clients according to the following fee schedule (all work done will be billed in one-tenth of an hour increments):

$375/hour     Documentary Review, Consultation, Report Preparation (if requested)

$0.56/ mile    Personal automobile usage portal to portal

Consultant shall provide Clients with an invoice itemizing the work completed, the time billed for completion of the work, and the amount owed to Consultant for such work. Invoices should be provided no less than every 30 days.

Consultant shall be paid an initial retainer in the amount of $10,000.00 (the "Retainer") to secure payment of reasonably incurred fees and costs in connection with this matter. The Retainer shall be paid to Consultant within fourteen (14) days of returning this Agreement to Clients. Consultant shall maintain records as described above with respect to amounts billed against the Retainer and shall provide said records to Clients no less than every 30 days until Consultant has billed amounts equal to the amount of the Retainer.

After receipt of Consultant's bills, Clients will approve reasonably incurred fees and costs and will provide written notification to Consultant within ten (10) days permitting Consultant to apply the Retainer to the approved balance due on Consultant's bills. Consultant agrees to notify Clients when he is within $1,000 of exhausting the initial and any subsequent Retainer amounts. At such point, Clients agree to cause the amount of $10,000 to be replenished so that Consultant is allowed to draw against the Retainer in connection with further services provided pursuant to the above-described process. At the conclusion of Consultant's retention, Consultant agrees to return any unearned portion of the Retainer within fourteen (14) days.

### 4. Time of Performance

Time is of the essence for the completion of the work described in this Agreement. It is anticipated by the Parties that Consultant will complete any written report requested by Clients within three (3) weeks of the date of assignment by Clients unless otherwise agreed to by the Parties, and that any delay in the completion of the work described herein shall constitute a material breach of this Agreement.

### 5. Merger and Integration

This Agreement and any exhibits attached hereto contain the entire agreement of the Parties with respect to the subject matter of this Agreement, and supersede all prior negotiations, agreements, and understandings with respect thereto. This Agreement may only be amended by a written document duly executed by all Parties.

### 6. Severability

If any provision of this Agreement is held unenforceable, then such provision will be modified to reflect the Parties' intention. All remaining provisions of this Agreement shall remain in full force and effect.

### 7. Jurisdiction & Choice of Law

This Agreement, which constitutes the entire understanding between the Parties, shall be construed under Colorado law as if written by both Parties and all services provided in Denver, County, Colorado, where venue and jurisdiction shall lie for any controversy, claim or dispute arising out of or in connection with this matter.

CONFIDENTIAL

DEF-COLVIN000002

## 8. Arbitration Clause

Any controversy, claim or dispute shall be resolved through binding arbitration in Denver County, Colorado, in accordance with the then applicable rules of the American Arbitration Association. Any resulting arbitration award will be enforceable in any state or federal court, and the prevailing party shall be entitled to recover reasonable attorney's fees and costs.

Dated this _____ day of August, 2016.

**CONSULTANT:**

By: Stanley Colvin, Esq.
Colvin Consulting

[Address]

**POINT OF CONTACT FOR INVOICES:**

GORDON & REES LLP

By: _____

Thomas Quinn
Peggy Kozal
GORDON & REES LLP – Denver
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@gordonrees.com
pkozal@gordonrees.com

3

CONFIDENTIAL

DEF-COLVIN000003

**Counsel for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair:**

By: _____

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com

*and*

By: _____

Joan A. Lukey
Justin J. Wolosz
Lyndsey M. Kruzer
Michael T. Gass
Robert M. Buchanan, Jr.
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5221
Fax: (617) 502-4949
joan.lukey@choate.com
jwolosz@choate.com
lkruzer@choate.com
mgass@choate.com
rbuchanan@choate.com

**Counsel for Defendant AuPairCare, Inc.:**

By: _____[signature]_____

Brian Maschler
GORDON & REES LLP – San Francisco
275 Battery Street, Suite 2000
San Francisco, CA 94579
Tel: (415) 875-3127
Fax: (415) 986-8054
bmaschler@gordonrees.com

*and*

Thomas Quinn
Peggy Kozal
GORDON & REES LLP – Denver
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@gordonrees.com
pkozal@gordonrees.com

**Counsel for Defendant American Institute for Foreign Study d/b/a Au Pair in America:**

By: _____

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202-3025
Tel: (303) 218-3650
Fax: (303) 218-3651
llee@laborlawyers.com
sschaecher@laborlawyers.com

6

CONFIDENTIAL

DEF-COLVIN000004

**Counsel for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair:**

By: _____

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com

*and*

By: _____

Joan A. Lukey
Justin J. Wolosz
Lyndsey M. Kruzer
Michael T. Gass
Robert M. Buchanan, Jr.
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5221
Fax: (617) 502-4949
joan.lukey@choate.com
jwolosz@choate.com
lkruzer@choate.com
mgass@choate.com
rbuchanan@choate.com

**Counsel for Defendant AuPairCare, Inc.:**

By: _____

Brian Maschler
GORDON & REES LLP – San Francisco
275 Battery Street, Suite 2000
San Francisco, CA 94579
Tel: (415) 875-3127
Fax: (415) 986-8054
bmaschler@gordonrees.com

*and*

Thomas Quinn
Peggy Kozal
GORDON & REES LLP – Denver
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@gordonrees.com
pkozal@gordonrees.com

**Counsel for Defendant American Institute for Foreign Study d/b/a Au Pair in America:**

By: _____

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202-3025
Tel: (303) 218-3650
Fax: (303) 218-3651
llee@laborlawyers.com
sschaecher@laborlawyers.com

6

CONFIDENTIAL                                                           DEF-COLVIN000005

**CLIENTS:**


**Counsel for Defendant InterExchange, Inc.:**

By: _____

Brooke A. Colaizzi
Raymond M. Deeny
Erica L. Herrera
Heather F. Vickles
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
Tel: (303) 297-2900
Fax: (303) 298-0940
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
eherrera@shermanhoward.com
hvickles@shermanhoward.com


**Counsel for Defendant EurAuPair Intercultural Child Care Programs:**

By: _____

David Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Tel: (303) 223-1100
Fax: (303) 223-1111
dmeschke@bhfs.com
mfitzgerald@bhfs.com

4

CONFIDENTIAL

DEF-COLVIN000006

**CLIENTS:**

Counsel for Defendant InterExchange, Inc.:

By: _____

Brooke A. Colaizzi
Raymond M. Deeny
Erica L. Herrera
Heather F. Vickles
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3622
Tel: (303) 297-2900
Fax: (303) 298-0940
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
eherrera@shermanhoward.com
hvickles@shermanhoward.com

Counsel for Defendant Expert Group International, Inc. d/b/a Expert AuPair:

By: _____

Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Tel: (727) 225-2649
Fax: (727) 822-8959
bogdane@hotmail.com

Counsel for Defendant EurAuPair Intercultural Child Care Programs:

By: _M L Fitzgerald_ (signature)

David Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Tel: (303) 223-1100
Fax: (303) 223-1111
dmeschke@bhfs.com
mfitzgerald@bhfs.com

CONFIDENTIAL                                              DEF-COLVIN000007

**Counsel for Defendant Cultural Homestay International:**

By: _____

Adam A. Hubbard
HOLLAND & HART, LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, CO 80302
Tel: (303) 473-4827
Fax: (303) 473-2720
aahubbard@hollandhart.com

James E. Hartley
Jonathan S. Bender
HOLLAND & HART, LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, CO 80201-8749
Tel: (303) 295-8000
Fax: (303) 295-8261
jhartley@hollandhart.com
jsbender@hollandhart.com

5

CONFIDENTIAL

DEF-COLVIN000008

**Counsel for Defendant Au Pair International, Inc. and American Cultural Exchange, LLC:**

By: _____

Kathryn A. Reilly
WHEELER TRIGG O'DONNELL, LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Tel: (303) 244-1800
Fax: (303) 244-1879
reilly@wtotrial.com

**Counsel for Defendant A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a/ The International Au Pair Exchange:**

By: _____

Kathleen E. Craigmile
Lawrence D. Stone
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway
Suite 1200
Greenwood Village, CO 80111-3061
Tel: (303) 773-3500
Fax: (303) 779-0740
kcraigmile@nixonshefrin.com
lstone@nixonshefrin.com

CONFIDENTIAL

DEF-COLVIN000009

| | |
|---|---|
| **Counsel for Defendant Au Pair International, Inc. and American Cultural Exchange, LLC:** | **Counsel for Defendant A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a/ The International Au Pair Exchange:** |
| By: _____ | By: _____[signature]_____ 10/9/16 |
| Kathryn A. Reilly<br>WHEELER TRIGG O'DONNELL, LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202-5647<br>Tel: (303) 244-1800<br>Fax: (303) 244-1879<br>reilly@wtotrial.com | Kathleen E. Craigmile<br>Lawrence D. Stone<br>NIXON SHEFRIN HENSEN OGBURN, P.C.<br>5619 DTC Parkway<br>Suite 1200<br>Greenwood Village, CO 80111-3061<br>Tel: (303) 773-3500<br>Fax: (303) 779-0740<br>kcraigmile@nixonshefrin.com<br>lstone@nixonshefrin.com |

CONFIDENTIAL

DEF-COLVIN000010

**STANLEY S. COLVIN**
Watergate South, Suite 1414
700 New Hampshire Avenue, NW
Washington, DC 20037

Stanley.Colvin@RCN.com                                   202-309-1733

Statement for Services – July through December 2016

| | |
|---|---|
| 1. July 13, 2016: Document review and research | 4.0 hours |
| 2. July 14:, 2016   Meeting with Redacted , et al | 3.0 hours |
| 3. October 1, 2016: Review retainer agreement and edit | .18 hours |
| 4. October 4, 2016: Draft scope of work statement | .12 hours |
| 5. October 4, 2016: Phone conference w Redacted | .06 hours |

Total : 7.36 Hours

Total due this Statement:  7.36 hours @ $375 per hour = $2,760

CONFIDENTIAL

## STANLEY S. COLVIN
### Watergate South, Suite 1414
### 700 New Hampshire Avenue, NW
### Washington, DC 20037

**202-309-1733**                                    **Stanley.Colvin@RCN.com**

June Statement for Services (Beltran))

1. February 10, 2017:  Conference call – (Redacted)          .25 hours

2. June 14, 2017:  Review au pair documents                  .50 hours

3. June 15, 2017:  Prepare Declaration                      5.25 hours

                                                            _____

                                                              6.0 hours

                              6.0 hours @ $375 per hour = $2,250

                              Total due this statement:  $2,250