# Exhibit 8

**Summary**
**Alliance/State Department Au Pair Meeting**
**July 26, 2006**

Miller Crouch and Stanley Colvin opened the meeting by noting that this was the first in a projected series of meetings organized by the Alliance to share information and perspectives on individual J-1 program categories. Miller indicated that ECA welcomes this initiative and that he looks forward to attending future meetings.

Ruth Ferry (AIFS/Au Pair in America) made opening comments on behalf of the sponsors. She noted that the au pair program celebrates its 20th anniversary in 2006, and that the program has been very successful because of the partnership between sponsors and ECA. She said that sponsors were pleased that the extension program has been made permanent, and added that this feature of the program is very popular with au pairs and host families. She noted that several sponsors now operate summer au pair programs under the pilot initiated by ECA.

Ruth said that demand for au pairs is high and that meeting the demand remains a challenge for sponsors. She traced the geographic evolution of the program, noting that the primary sources of au pairs have shifted over time. Au pair began as a program drawing participants mainly from Western Europe. As interest there waned, the newly emerging democracies of Central Europe began providing the majority of au pairs. Participation from these countries, while still significant, has declined somewhat as new exchange opportunities for young people have opened through accession to the European Union. Large numbers of au pairs still come from European nations that have not joined the EU, such as Bulgaria, Romania, and Ukraine. Latin America is the region exhibiting the most rapid growth, and meaningful numbers of au pairs are now coming from South Africa.

In response to Ruth's opening comments, Stanley called the au pair program State's 'most successful work-based exchange', and attributed that success to the 'people in this room'.

**Visa issues**
Sponsors noted that as the program expands in new countries, they often encounter visa problems. One sponsor cited Russia as a particular concern in this regard. Sponsors indicated that they have difficulty assessing the visa process, as there often appears to be no meaningful difference between the qualifications of those candidates who are issued visas and those who are denied. The point was made that based on Alliance consular

CONFIDENTIAL

COLVIN
DEPOSITION EXHIBIT
20
DATE: 7/25/17
CINDY SEBO, CERTIFIED MERIT
COURT REPORTER

CC00017686

visits and sponsor experience, adjudication of au pair applicants appears to be the least consistent of any J-1 category.

Karen Christensen of the Bureau of Consular Affairs said that some consular officers do not understand the au pair program well, and offered to provide additional information to consular posts. She also suggested that sponsors share more information with posts, and work to connect outstanding returnees with the public diplomacy and consular staffs at our embassies.

Lari Martinez, head of the Compliance Unit, suggested that sponsors may be able to assist posts and build understanding by providing validation studies showing return rates.

Stanley commented that the au pair program deserves recognition and suggested that a 20th anniversary brochure highlighting the program's success would be a useful promotional tool. Miller added that a publication such as this would be a good way to educate consular affairs and ambassadors, letting them know that the au pair program has a positive story, works well, and is very respected and widely used in this country. Sponsors agreed to consider developing such a publication.

**Complaints/Concerns**

Stanley asked Ida Abell, the au pair program officer, to detail complaints the office has received concerning the educational component of the program. Ida did not identify any complaints about the educational component, and noted that complaints tended to be about refunds, driving, and English language ability. In response to Stanley's question, she indicated that the office has received 50-60 complaints over the past year, roughly half of which concerned financial issues. Stanley commented, 'Fifty complaints with 18,000 au pairs is not much of a problem.'

Stanley said that he notices occasional communication problems at the local level, and suggested that sponsors may wish to intensify training of local coordinators. He said that the program may be a bit weaker at the local coordinator level than it has been in the past.

Stanley also stressed that as the program moves into new countries, local partners are critical. He said that the Department intends to hold U.S. sponsors responsible for the actions of their overseas partners. Miller added that there is much concern with the Department about visa fraud in countries without a history of market economies.

**Educational Component**

David Fougere (Cultural Care Au Pair) noted that the educational component is a vital part of the au pair program, and is a very attractive feature for the au pairs. He indicated that sponsors hope to be able to offer participants the broadest and most diverse range of opportunities to fulfill the educational requirement.

CONFIDENTIAL

CC00017687

Stanley said that the purpose of the educational component is to get the au pair out of the home and mixing with American counterparts in an age-appropriate environment.

There was a great deal of discussion about the cost of fulfilling the educational requirement. These costs vary widely depending on location: six credit hours or their equivalent typically costs $2500 in California, and only $500 in Virginia in a community college extension program. Stanley requested that sponsors send in information concerning the current range of costs, adding that this data will be necessary to justify raising the current 'up to $500' cap in the regulations.

There was much discussion of the types of activities that can appropriately meet the requirements of the educational component. All agreed that the TrekAmerica study tours are inappropriate because the connection to the University of Connecticut is insufficient, and because registration was made through the tour company, rather than through the university. It was agreed that university offerings that include travel as part of an academic course are eligible, as are credit equivalents and course auditing. Because of the Department's interest in engaging au pairs in their community, distance learning is not eligible.

Stanley indicated that he wants to utilize the knowledge base of sponsors concerning the educational component, and indicated that as a rule of thumb, 'if an accredited college puts its name on it,' such courses will be judged appropriate.

Stanley indicated that au pairs applying for extensions must complete their first-year educational component during their first 12 months, but do not need to have completed the program at the time of application for the extension. He added that sponsors should confirm at the time of application that the au pair will complete the education requirements, and maintain such documentation in their files.

**Compliance Unit**

Miller briefly discussed the genesis of the Bureau's new Compliance Unit. He indicated that the 2005 GAO study of the work/travel and training programs recommended that a compliance unit be established. He said that the unit works closely with program officers and analyzes complaints.

He noted that the Department's Management Control Steering Committee (MCSC) had designated the Exchange Visitor Program as a 'reportable condition', and that the Bureau was working to improve its administration of the program. He said that the Bureau does not want the program to become a 'management weakness'.

He said that the Compliance Unit is 'consistently and methodically' looking through all the program categories.

He added that with the renewed focus on public diplomacy, people are looking for exchanges to produce results to support the national interest. He said that the leveraging

**CONFIDENTIAL**

**CC00017688**

of the J-1 programs is 'tremendous', in terms of the numbers of exchanges generated without federal funding. Miller concluded by noting that additional scrutiny comes with additional priority and visibility.

**Participants**

**Department of State**
Miller Crouch
Stanley Colvin
Lari Martinez
Elizabeth Dickerson
Sally Lawrence
Ida Abell
Karen Christensen

**Alliance**
Susan Hayes, EurAuPair
Geoff Watson, Au Pair Care
Goran Rannefors, Cultural Care Au Pair
David Fougere, Cultural Care Au Pair
Susan Robinson, Cultural Care Au Pair
Ruth Ferry, Au Pair in America
Paul Christianson, InterExchange
Michael McHugh, InterExchange
Jackie Saint-Meyerhoff, CHI
Christine Burbach, CHI
Elizabeth Chazottes, AIPT (Alliance chair)
Michael McCarry

**CONFIDENTIAL**

CC00017689