# Exhibit 9

**STANLEY S. COLVIN**
*Attorney-At-Law*
**Watergate South, Suite 1414**
**700 New Hampshire Avenue, NW**
**Washington, DC 20037**

202-309-1733                                                                                       Stanley.Colvin@RCN.com

March 28, 2017

<u>Via U.S. Mail & Fax Delivery (212)-775-3552</u>

Mr. Jorge Gordilla Alvarado
Labor Standards Investigator
New York State Department of Labor
75 Varick Street, 7th Floor
New York, New York 10013

    Re:  LS00 2017002517 vs Benjamin Zagorski and Adriana Pentz

Dear Mr. Alvarado:

I represent EurAupair, a California not for profit public benefit corporation doing business in the State of New York.  EurAupair is a U.S. Department of State designated Exchange Visitor Program sponsor authorized to conduct international exchange visitor programs that further the foreign relations public diplomacy mission of the United States Government.  These activities are authorized by Public Law 105-48 (October 1, 1997) and are governed by federal regulations set forth at 22 CFR 62.31 et seq.

Mr. Zagorski, Ms. Pentz, and Complainant, Ms. Sindy Paola Rey Gil were bona fide participants in the Au Pair Exchange Visitor Program defined in and regulated by 22 CFR 62.31.  These regulations require extensive vetting and monitoring of the American host families and the foreign nationals that elect to participate in the Au Pair program.  As the designated program sponsor, EurAupair fully complied with these program regulations.  A federally imposed condition of program participation is the participant's and host family's agreement to comply with the Department of State's lawfully promulgated program regulations.

EurAupair properly vetted, pursuant to federal regulation, Mr. Zagorski and Ms. Pentz and pursuant to federal regulation sponsored and facilitated Ms. Gil's entry into the United States for the purpose of participation in this Federal Government program (Ms. Gil has now returned to her home country).  As explained in federal regulation set forth at 22 CFR 62.31(a), the purpose of this program is to:

Mr. Jorge Alvarado
March 28, 2017
Page 2

    (a) *Introduction.*

    This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation.

As a foreign relations function of the United States Government the terms and conditions of Au Pair program participation is, as noted above, governed by federal law and regulation. Federal preemption of state and local law regarding the terms and conditions of employment is a necessary prerequisite to the successful implementation of this foreign relations based activity. Federal preemption is evidenced by the participation of the U.S. Department of Labor in the development of these program regulations and is explained in the Supplementary Information section of the Federal Register announcement whereby these regulations were formally promulgated. (See: 60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999.)

U.S. Department of State regulations govern all aspects of any employment relationship between Ms. Gil, Ms. Pentz and Mr. Zagorski. These regulations are set forth at 22 CFR 62.31(j) and direct:

    (j) *Wages and hours.* Sponsors shall require that au pair participants:

    (1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

    (2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

    (3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

    (4) Receive two weeks of paid vacation.

Ms. Gil's lawful presence in the United States, and the terms and conditions of her employment in the United States, are governed by Department of State regulations. These regulations require employment compensation as calculated by application of the Fair Labor Standards Act as implemented by the United States Department of Labor (see above).

Mr. Jorge Alvarado
March 28, 2017
Page 3

Accordingly, Ms. Gil's weekly wage (stipend) would be $326.25 (45 hours at $7.25 per hour) less a $130.50 deduction for room and board, as specified by the Fair Labor Standards Act and its implementing regulations, for a net weekly wage of $195.75.

Ms. Gil does not dispute that she was paid this weekly wage. Accordingly, EurAupair respectfully requests that you withdraw your finding of any underpayment of wages due Ms. Gil.

I am happy to discuss this matter and its foreign relations nuances with you should you determine such discussion useful for the prompt resolution of this matter.

Sincerely,



Stanley S. Colvin




cc:  Ms. Ce Parker, Compliance Officer, EurAupair

CONFIDENTIAL                                                                                        COLVIN-U_00372

# Fax Cover Sheet

TO:     Mr. Jorge Gordilla Alvarado            Fax No.  (212)-775-3552
        Labor Standards Investigator
        New York State Department of Labor
        75 Varick Street, 7th Floor
        New York, New York 10013

FROM:  Stanley S. Colvin
       (202)-309-1733

**Cover sheet plus 3 pages**

CONFIDENTIAL                                                                      COLVIN-U_00373