# Exhibit 11

Message

| | |
|---|---|
| **From**: | Ilir Zherka [izherkadc@gmail.com] |
| **Sent**: | 1/11/2016 11:15:12 PM |
| **To**: | William Gertz [wgertz@aifs.com] |
| **CC**: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f] |
| **Subject**: | Re: Au pair conference call - Tuesday at 3:30pm EST |

We should discuss this by phone tomorrow. BTW, this went to my personal email address. . .

Ilir

On Mon, Jan 11, 2016 at 4:43 PM, William Gertz <wgertz@aifs.com> wrote:
Should we contact Colvin. Ilir he was the Robin Lerner?

Bill




William L. Gertz
President & CEO
AIFS

Begin forwarded message:

**From:** Bill Gustafson <Bill@ASSE.COM>
**Date:** January 11, 2016 at 4:26:48 PM EST
**To:** "William Gertz (wgertz@aifs.com)" <wgertz@aifs.com>
**Subject: RE: Au pair conference call - Tuesday at 3:30pm EST**

Bill,

From Stanley. Perhaps you want to eliminate the middle man (that would be me ) and contact Stanley directly (202 309-1733). He knows the history and has been very helpful to us in other pursuits.

Was good talking with you today. Hope all else is well with you.

Bill

---

**From:** Stanley Colvin [mailto:stanley.colvin@rcn.com]
**Sent:** Monday, January 11, 2016 11:12 AM
**To:** Bill Gustafson
**Subject:** Re: Au pair conference call - Tuesday at 3:30pm

CONFIDENTIAL                                                                                                                          ALLI-036074

I have more thoughts on the au pair issue.  Perhaps we can chat after your conference call.

**From:** Stanley Colvin [mailto:stanley.colvin@rcn.com]
**Sent:** Monday, January 11, 2016 10:01 AM
**To:** Bill Gustafson
**Subject:** Re: Au pair conference call - Tuesday at 3:30pm EST

I did have a good weekend.  I would strongly suggest that everyone go back and read the Supplementary Information that explained the au pair regulations when they were published 20 years ago.  There is a full discussion of minimum wage and the au pair stipend.  The most compelling argument is federal preemption and that as a U.S. wide program federal minimum wage should apply.

On Jan 11, 2016, at 12:46 PM, Bill Gustafson wrote:

<Memo_aupair_members_2016_01_08.docx>

--
Best,

ILIR ZHERKA

CONFIDENTIAL                                                                                                                      ALLI-036075