# Exhibit 12

| | |
|---|---|
| **Message** | |
| From: | Ilir Zherka [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ILIR ZHERKA0B3] |
| Sent: | 3/3/2016 8:52:08 PM |
| To: | Bill Gertz [wgertz@aifs.com]; rferry@aifs.com |
| CC: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f]; Lisa Heyn [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lisa Heyn] |
| Subject: | Fwd: Response to Au Pair Meeting Invitation |
| Attachments: | FW: Au Pair Sponsors-Federal Minimum Wage; ATT00001.htm |

See below. Mark will send to others.

Best,

Ilir

Sent from my iPhone

Begin forwarded message:

**From:** "Saba, G. Kevin" <SabaGK@state.gov>
**Date:** March 3, 2016 at 1:48:32 PM EST
**To:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>, Mark Overmann <MOvermann@Alliance-Exchange.org>, "Lerner, Robin J" <LernerRJ@state.gov>
**Subject: Response to Au Pair Meeting Invitation**

Hi Ilir,

Robin asked me to respond to your e-mail of February 23 on our behalf.

We are happy to host a meeting with the au pair sponsor community. Upon reflection, however, given your response that any discussion specifically related to the au pair stipend other than a prospective conversation will not be possible with the Alliance's members at this time because of ongoing litigation, we feel it best to tentatively plan on holding the meeting for a later time than May 2. As you may be aware we are endeavoring to complete a new au pair rule, and we would have a more productive meeting once the rule has been published for comment in the Federal Register. We could then utilize this meeting to receive input about the rule. We do not control all elements of timing, but the OMB will have up to 90 days to review our submission before it is published. Once we have a better sense of where we are in the process, we can then schedule the meeting.

Regarding your comments on the "stipend policy", we want to make sure that there is no misunderstanding about the Department's views on this question. Thus, we refer you and the sponsors to the e-mail the Department sent to sponsors on March 13, 2015 (attached again to this message) on au pair wages, and to the Department's regulation on au pair wages and the Fair Labor Standards Act (FLSA). The March e-mail reminded sponsors that their obligations with respect to au pair wages are set forth at 22 CFR §62.31(j)(1), and that, in addition to meeting those regulatory requirements for au pair wages, they must operate their au pair programs in conformance with all other applicable federal, state, and local laws.

Please feel free to share this e-mail and the March 13, 2015 e-mail with sponsors. We look forward to scheduling our meeting after the notice of proposed rulemaking has been published.

Thank you. Kevin

CONFIDENTIAL                                                                                       ALLI-026860



**From:** Ilir Zherka [mailto:IZherka@Alliance-Exchange.org]
**Sent:** Tuesday, February 23, 2016 9:51 AM
**To:** Lerner, Robin J
**Cc:** Saba, G. Kevin; Mark Overmann; Lisa Heyn
**Subject:** Response to Au Pair Meeting Invitation

Hi Robin:

We appreciate the Department's recent invitation to the au pair sponsor community to meet on May 2 at 11:00 am at your offices. Our members are eager to engage in a discussion with the Department regarding prospective program regulations and the future of the program in general.

We would like to make our collective view clear, however, that a conversation regarding the history of the program and any discussion specifically related to the stipend other than a prospective conversation is inappropriate and will not be possible with our members. Given the ongoing litigation, our members are simply not able to engage in a discussion on this issue.

Furthermore, our members have not requested any clarification regarding the history of the stipend as the Department of State has made the appropriate implementation of the stipend policy clear through its directives, its own website, as well as ongoing program audits. At no time has this been a question for our members. The sponsor community does have questions about potential new policies and regulatory changes on this issue, and the impact of such changes and policies on the Au Pair program overall.

**Subject to these discussion parameters, our members accept your invitation. We look forward to meeting with you on May 2.** Also, thank you for offering to work with us on an agenda. I am attaching a draft of suggested discussion items and welcome your thoughts.

Our members look forward to the possibility of engaging with the Department in a spirit of cooperation to advance this important cultural exchange program.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org
202-293-6141

CONFIDENTIAL

ALLI-026861