# Exhibit 13

| | |
|---|---|
| **From:** | Ellen Hoggard(/O=OEXCH081/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=577211555AAE44E5ABB1CC4725837E61-ELLEN@APFMAIL) |
| **To:** | Michael McCarry |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Re: Au pair updates |
| **Sent:** | 12/22/2015 04:44:33 PM -0500 (EST) |
| **Attachments:** | |

Thank you Michael!



Ellen B. Hoggard
President RO

Au Pair Foundation
100 Main Street, Suite 420
Concord, MA, 01742
Phone: 866-428-7247 x201
Fax: 707-658-2393
www.aupairfoundation.org

---

**From:** Michael McCarry <MMcCarry@Alliance-Exchange.org>
**Sent:** Tuesday, December 22, 2015 2:19 PM
**To:** Michael McCarry
**Subject:** Au pair updates

Colleagues - these updates:


1. In early December, Bill Gertz (AIFS CEO and new Alliance chair), Ilir Zherka (incoming Alliance Executive Director], and I met with ECA Assistant Secretary Evan Ryan to introduce Ilir. We had an excellent and wide-ranging conversation, during which we raised the subject of the au pair program. The Assistant Secretary agreed to meet with us to discuss the issues facing the program, and we are now trying to confirm that meeting for early next year.
To follow up on that conversation, I sent the attached letter to the Assistant Secretary.
2. We have decided not to engage a public relations firm at this time, primarily due to a lack of consensus among sponsors about the need for PR help, the scope of work for such an engagement, and the cost. We are at work on talking points for Congressional meetings and for families, and additional advocacy material.
3. Two policy developments in Washington that affect the future of the au pair program
   a. A new rulemaking finally appears to be in the works. The following announcement that appeared on the OMB website confirms:
      *"The Department is proposing to amend existing Exchange Visitor Program regulations to provide more flexibility for au pairs to meet the required educational component of their exchange programs. This proposed rule also increases the limit on the amount of the contribution that host families must provide au pairs toward*

*the cost of completing the required educational component, while significantly expanding the options available to au pairs to meet this requirement. In addition to the proposed changes in the educational component, the Department is proposing language that clarifies the intent of some existing regulatory requirements and requires the development of organizational specific statements of policy."*
http://www.reginfo.gov/public/do/eAgendaViewRule?pubId=201510&RIN=1400-AC82

Informal conversation with ECA suggests that the rule has not yet received final clearance in the Department. Timing, as always, is anyone's guess, but if the rule has not yet gone to OMB, we are still at least several months away from publication.

b. The omnibus funding bill that passed Congress at the end of last week includes report language that requests that ECA provide the State-Foreign Operations Subcommittee with its perspective on the issue of a national stipend v. state and local minimum wages. Congress requests that report within 45 days of enactment of the bill, which means early to mid-February.

> *"Au Pair Program.-The Committee is aware of reports that participants in the Au Pair program have been compensated at the Federal minimum wage level which in some instances is below State and local minimum wage levels. The Committee directs the Secretary of State to report to the Committee not later than 45 days after enactment of the act on whether State and local minimum wage levels apply to the Au Pair program, and, if so, the Department of State guidelines for applying such wage levels".*

We are at work now on an advocacy strategy for 2016, about which you will be hearing more in January.
Best, Michael


Michael McCarry
Executive Director
Alliance for International Exchange
1828 L St NW, Suite 1150
Washington, DC 20036
202-293-6141
www.alliance-exchange.org

APF000391