# Exhibit 14

Message

| | |
|---|---|
| **From**: | Ilir Zherka [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ILIR ZHERKA0B3] |
| **Sent**: | 1/29/2016 8:31:26 PM |
| **To**: | Linda Kinney [linda.i.kinney@gmail.com] |
| **Subject**: | Fwd: Update - Good News and Next Steps |

Best,

Ilir

Sent from my iPhone

Begin forwarded message:

**From:** Ellen Hoggard <ellen@aupairfoundation.org>
**Date:** January 29, 2016 at 3:29:25 PM EST
**To:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Subject: Re: Update - Good News and Next Steps**

You are off to a great start Ilir. Honestly I could not be happier for the Alliance and for YOU!

Bon weekend,

Ellen



**Ellen B. Hoggard**
President RO

Au Pair Foundation
100 Main Street, Suite 420
Concord, MA, 01742
Phone: 866-428-7247 x201
Fax: 707-658-2393
www.aupairfoundation.org

CONFIDENTIAL

ALLI-033261

**From:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Sent:** Friday, January 29, 2016 3:26 PM
**To:** Ellen Hoggard
**Subject:** Re: Update - Good News and Next Steps

Thanks, Ellen, for the shout out!

Best,

Ilir

Sent from my iPhone

On Jan 29, 2016, at 3:15 PM, Ellen Hoggard <ellen@aupairfoundation.org> wrote:

Dear Ilir:

Thank you for sharing this great news on a Friday afternoon! Well done!  Looking forward to hearing next steps.

All boats always rise with the tide when we as programs work together under the umbrella of the Alliance. This shows how we truly are The Voice of International Education!

Warm regards,

Ellen



## Ellen B. Hoggard
President RO

Au Pair Foundation
100 Main Street, Suite 420
Concord, MA, 01742
Phone: 866-428-7247 x201
Fax: 707-658-2393
www.aupairfoundation.org

CONFIDENTIAL

**From:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Sent:** Friday, January 29, 2016 2:39 PM
**To:** 'wgertz@aifs.com'; 'rferry@aifs.com'; 'bill@asse.com'; Ellen Hoggard; 'smcnamara@aupaircare.com'; 'chitom@chinet.org'; 'chilinda@chinet.org'; 'goran.rannefors@ef.com'; 'dan.sodervall@ef.com'; 'natalie.jordan@ef.com'; 'shayes@euraupair.com'; 'mark@expertaupair.com'; 'bkapler@goaupair.com'; 'twilson@goaupair.com'; 'shannon@greataupair.com'; 'jennifer@greataupair.com'; 'clamonica-lunn@interexchange.org'; 'mmchugh@interexchange.org'; 'jwilhelm@intraxinc.com'; 'mschneider@intraxinc.com'; 'heidi@proaupair.com'; 'susan@proaupair.com'; 'stacey@agentaupair.com'; 'Christina Reilly'
**Cc:** Mark Overmann; Lisa Heyn; 'Kate Eltrich'
**Subject:** Update - Good News and Next Steps

Greetings:

We have some very good news to share. The appropriations subcommittee staff jointly asked ECA for a verbal briefing on the stipend question, rather than a written report. Additionally, the majority staff communicated to ECA that they believe it would be inappropriate to make new policy through a report to their committee. Those are both things we wanted and got. So, two big wins thus far, with the caveat that unexpected things can still happen. We'll remain vigilant.

The briefing hasn't been scheduled yet. We will be providing information and support to both set of staffers, and will try to thoroughly brief the majority staff beforehand. We'll let you all know how their meeting went once we hear back.

Additionally, we will keep pushing forward on the larger congressional engagement strategy because we know that Robin hopes to change the stipend calculation at some point. So, next Thursday, we are meeting with most of the offices we identified last week. EF and AIFS have helped set those meetings up and will be attending them with us. That is great news. We're putting our heads together with the other lobbyists next week to decide on messages and requests for each office.

We'll set up a conference call on either Feb. 5 or 8 to share reports from the various meetings and to discuss next steps. Stay tuned for details.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036

www.alliance-exchange.org

202-293-6141

CONFIDENTIAL

ALLI-033263