IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

**MOTION FOR WITHDRAWAL OF JOHN B. FULFREE AS CO-COUNSEL FOR DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA**

Pursuant to D.C.COLO.LAttyR 5(b), Defendant American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") hereby moves to withdraw John B. Fulfree as co-counsel of record for AIFS. In support of its unopposed motion, AIFS states as follows:

1. Since this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and accordingly, the undersigned has not done so. See D.C.COLO.LCivR 7.1(b)(4).

2. Mr. Fulfree is associated with the law firm of Putney, Twombly, Hall & Hirson, LLP, which will no longer represent AIFS upon Mr. Fulfree's withdrawal as co-counsel for AIFS.

3. Stephen J. Macri, Joseph B. Cartafalsa, and Robert M. Tucker who are now affiliated with Ogletree, Deakins, Nash, Smoak & Stewart, P.C., are already AIFS's attorneys of record in this matter, and will continue to represent AIFS and will ensure

compliance with all court orders, time limitations, and other obligations, including federal and local rules. Therefore, withdrawal can be accomplished without any adverse effect on the interests of AIFS.

4. A copy of this Motion will be served on all counsel of record via electronic filing, and an appropriate representative for AIFS via U.S. Mail.

WHEREFORE, for the foregoing reasons, AIFS respectfully requests that the Court enter an order permitting John B. Fulfree to withdraw as counsel for Defendant AIFS in this matter and that the Clerk of the Court to delete his email address from future ECF filings and electronic notifications in this case.

Dated: March 19, 2018   Respectfully Submitted,

*s/ John B. Fulfree*
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020
Email: jfulfree@putneylaw.com

**Outgoing Attorneys for American Institute for Foreign Study d/b/a Au Pair in America**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of March, 2018, I electronically served a true and correct copy of **MOTION FOR WITHDRAWAL OF JOHN B. FULFREE AS CO-COUNSEL FOR DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA** upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record:

*s/ John B. Fulfree*

John B. Fulfree