# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18747 | WBD57G9CC | Beatriz De Oliveira Ávila | Au Pair in America (APIA/AIFS |
| 18726 | X8D8726G2 | Lilian Morgana Schroder-Leon | Au Pair Care, Inc. |
| 18729 | TD7D78G7F | Luiza Mall | Au Pair Care, Inc. |
| 18722 | CFE5BA6CH | Paola Andrea Baquero Guevara | Cultural Care Au Pair |
| 18735 | CE58F3C6D | Unathi Zibi | InterExchange, Inc. |
| 18739 | K2796BGCE | Vivian Romero | InterExchange, Inc. |

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

| | |
|---|---|
| Fecha: | 03/14/2018 |
| Assinatura: | *Beatriz Ávila* (DocuSigned by: 169236D02206412...) |
| Nombre: | Beatriz de Oliveira Ávila |
| Endereço: | Antonio Alves Ferreira |
| | Belo Horizonte, Minas Gerais BR 31742312 |
| Teléfono: | +5531973579481 |
| Email Address: | bia.oliveira.avila@hotmail.com |
| Patrocinador: | Au Pair in America (APIA/AIFS |

Fechas de participación en el programa au pair:

De: 03/07/2016   A: 03/09/2017

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 03/04/2018 | Signature: | *DocuSigned by:* Lilian m.j.L  —003EDEA175B74D4... |
| Name: | Lilian Morgana Schroder-Leon | | |
| Address: | 314 East Pearson Ave, apt 13 | | |
| | Anaheim, CA US 92802 | | |
| Phone Number: | 2524895339 | | |
| Email Address: | lilianmorg@gmail.com | | |
| Sponsor: | Au Pair Care, Inc. | | |

Dates in Au Pair Program:

From: 04/21/2014          To: 06/18/2015

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 03/06/2018

Signature: *[DocuSigned signature]* 2B40148C6FAD46D...

Name: Luiza Mall

Address: 134 Delta Park drive, apt 19

Shelby, NC US 28150

Phone Number: 9199874297

Email Address: luiza.vaz@live.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/06/2012     To: 08/06/2014

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 03/03/2018

Firma: *[DocuSigned by: signature]* 285A1CA9C2384FC...

Nome: Paola Andrea Baquero Guevara

Dirección: 12 Kurraba Rd

Sydney, NSW AU 2018

Telefone: 0420410681

Email Address: Andrea.baquero9025@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/31/2015    A: 05/29/2016

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 03/07/2018

Signature: *Unathi Zibi* (DocuSigned by: E184B61E9AFE4E7...)

Name: Unathi Zibi

Address: 1800 Stokes Street  Apartment 103

San Jose, CA US 95126

Phone Number: 6692346800

Email Address: unathi.zee@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/01/2015     To: 07/31/2015

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| Field | Value |
|---|---|
| Date: | 03/08/2018 |
| Signature: | *(DocuSigned by: CE3F36D215064E3...)* |
| Name: | Vivian romero |
| Address: | 1024 park rd nw Washington d.c |
|  | Washington d.c, DC US 20010 |
| Phone Number: | 2023942647 |
| Email Address: | Esmeraldareit@gmail.com |
| Sponsor: | InterExchange, Inc. |

Dates in Au Pair Program:

From: 02/02/2016       To: 10/30/2017