THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CULTURAL CARE, INC.'S MOTION FOR CLARIFICATION OF TOPICS THAT REMAIN OPEN AND APPROPRIATE FOR DEPOSITIONS OF FLSA OPT-IN PLAINTIFFS**

I, SEAN P. RODRIGUEZ, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs and for the Class. I am duly licensed to practice law in the State of California, and I am admitted to practice before this Court. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Opposition to Defendant Cultural Care, Inc.'s Motion for Clarification of Topics that Remain Open and Appropriate for Depositions of FLSA Opt-In Plaintiffs.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel regarding FLSA opt-in depositions,

1

beginning on February 13, 2018 and ending on February 19, 2018.

    3.    Attached hereto as **Exhibit B** are true and correct excerpts of the January 13, 2018 deposition of Yentl Swartz.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of March, 2018, at Bournemouth, England, UK.

    Respectfully submitted,

    /s/ Sean P. Rodriguez
    Sean P. Rodriguez
    BOIES SCHILLER FLEXNER LLP
    1999 Harrison Street, Suite 900
    Oakland, CA 94612
    Tel. (510) 874-1000
    Fax. (510) 874-1460
    srodriguez@bsfllp.com

    *Counsel for Plaintiffs*