# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANT CULTURAL CARE'S DEPOSITIONS OF FLSA OPT-IN CLASS MEMBERS

---

The Court has reviewed Plaintiffs' Motion For a Protective Order Regarding Defendant Cultural Care's Depositions of FLSA Opt-In Class members [ECF No. __] and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

Cultural Care's depositions of FLSA Opt-In Class Members shall be limited as follows:

    **1.**    All questions shall be limited to the period when the deponent was being recruited to participate in the *au pair* program, through the end of the time that the *au pair* was on a J-1 visa sponsored by Cultural Care ("Relevant Period"), except that Cultural Care may inquire into Relevant Issues (hours worked, wages paid, and joint employer indicia) outside the Relevant Period so long as the questions pertain solely to the Relevant Period.

    **2.**    No questions about a deponent's personal life or subjective state of mind may be asked, except those concerning the deponent's present state of mind at the time of a statement or writing concerning a Relevant Issue, provided that the deponent's state of mind is probative either of the accuracy or reliability of that statement or writing, or of the accuracy or reliability of the *au pair*'s testimony at the time of the deposition.

1

**3.** Questions about the *au pair*'s background shall be limited to name, age during the Relevant Period or at the time of the deposition, and country or city of origin. Questions about romantic relationships or marital status, immigration status, and the names, locations, and status of family and friends, or current and past employers (unless otherwise related to proper questioning during the Relevant Period) are improper.

Further, no opt-in residing in a country that restricts depositions (*i.e.*, a country with a so-called "blocking statute"), will be required to travel internationally to attend a deposition.

DATED this __ day of _____ 2018.

BY THE COURT

_____
Hon. Christine M. Arguello
United States District Court Judge

2