# Exhibit O

| | |
|---|---|
| **From:** | Dawn Smalls |
| **To:** | Beltran: Agent Au Pair |
| **Subject:** | FW: international depositions |
| **Date:** | Tuesday, January 23, 2018 1:26:10 PM |

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Tuesday, January 23, 2018 1:25 PM
**To:** Dawn Smalls
**Cc:** Joshua Libling; Sean Rodriguez; Juan Valdivieso; Wolosz, Justin J.; Cahill, Mark; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.; Smychkovich, Natalia
**Subject:** RE: international depositions

Dawn –

Our selection of opt-in Plaintiffs whom we wish to depose was not made because of their countries of residence.   Where we cannot depose them in their home countries at all – which I believe is Austria and Denmark – we'll notice the depositions to occur in Denver.  Where there is no prohibition on depositions, but rather logistical problems, e.g., Germany, we'll notice them in Denver or by Skype-equivalent. (Please elect by Friday, or we'll do so.)  So, here's the status:

1. *Ximena Uribe Zacarias*, *Colima Mexico*:  She will skype. Confirmed.
2. *Liliana Paulin Lozano*,  *Rivera Maya*, *Mexico*: She is available on Wednesday, February 7 in Playa del Carmen not Cancun. Confirmed. (May have to use a hotel conference room)
3. *Maria Camila Diez Montoya, Medellin, Colombia*:  As we have previously noted, we will send availability for opt-ins as we receive it.  We need these depositions for summary judgment.  We will notice and move to default if we can't accomplish that.
4. *Rosina Kellman, Essex, UK*:  As we have previously noted, we will send availability for opt-ins as we receive it.  We need these depositions for summary judgment.  We will notice and move to default if we can't accomplish that.
5. *Anna Kozlowska, Glasgow, Scotland*:   Confirmed for Tuesday, January 30 in Glasgow.   Confirmed
6. *Indra Sinnathurai Kandasamy, Bondy*, *France*:  Confirmed for Feb. 3 in Paris Confirmed.
7. *Charlotte Fevre, Nancy France*: Charlotte is available on Friday February 2 at 4pm or Saturday February 3 at 3pm . Confirmed
8. Inti Denise Escalante, Biella, Italy: Inti is available for a deposition on February 1 or 2 in London. Confirmed
9. *Katarzyna Izabela Dulewska, Szczecin, Poland*: Neither of the proposed locations are suitable as both would require excessive travel.  We'll notice for Denver or by Skype. We need your election by
Friday, or we'll elect.
10. *Julie Asterdal, Copenhagen, Denmark*: *Julie Asterdal, Copenhagen, Denmark*:  The proposed location is not suitable as it requires travel to another country. We'll notice for Denver
11. *Nadine Brunner, Vienna, Austria*:  Neither of the proposed locations are suitable as both would require excessive travel (or, in one case, application for a visa). We'll

12. *Claudia Habl, Baumgarten, Austria*:  Neither of the proposed locations are suitable as both would require excessive travel (or, in one case, application for a visa). We'll notice for Denver.

13. Andreas Bringmann, Hamburg, Germany. Neither of the proposed locations are suitable as both would require excessive travel. We'll notice for Denver or by Skype. We need your election by Friday, or we'll elect.

14. *Jonathan Russek, Friedrichshafen, Germany*. The proposed location is not suitable as it would require excessive travel. We'll notice for Denver or by Skype.  We need your election by Friday, or we'll elect.

Please note that my partner Mark Cahill is joining the team and will be actively involved in the deposition logistics and process.  Thank you.

Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, January 23, 2018 12:56 PM
**To:** Lukey, Joan
**Cc:** Joshua Libling; Sean Rodriguez; Juan Valdivieso
**Subject:** RE: international depositions

Joan,

In our correspondence to you on January 4th, we cautioned that "Defendants who wish to conduct international depositions are responsible for ensuring that those depositions are appropriate under the local law of the jurisdiction in question, including the Hague Convention where appropriate." The following day you acknowledged this obligation and then noticed several au pairs resident and citizens of countries that do not allow depositions of their citizens. Two others you noticed can only be deposed at a consulate for which there is no availability for the next several months (or more). As a solution to these impediments, you would have au pairs travel 9 plus hours, apply for visas, and travel to neighboring countries to sit for a four hour deposition for information for which you already have written discovery. This is on its face unreasonable, particularly in a class where there are almost 2000 opt ins, many of which are located in the United States or in countries that do allow depositions of their citizens.

You note two additional au pairs for which you have not yet received their availability. If you do not have their availability, it means that we have not been able to reach them or have not yet received their dates of availability. Other than theater, there is no point in noticing depositions for specific dates and locations when these au pairs may not even have notice that you would like to depose them yet.

For ease of reference, I use your numbering system to respond for each au pair named below:

*Ximena Uribe Zacarias, Colima Mexico*:  She will skype.

2. *Liliana Paulin Lozano, Rivera Maya, Mexico*: She is available on Wednesday, February 7 in Playa del Carmen not Cancun.
3. *Maria Camila Diez Montoya, Medellin, Colombia*: As we have previously noted, we will send availability for opt-ins as we receive it.
4. *Rosina Kellman, Essex, UK*:  As we have previously noted, we will send availability for opt-ins as we receive it.
5. *Anna Kozlowska, Glasgow, Scotland*:  Confirmed for Tuesday, January 30 in Glasgow.
6. *Indra Sinnathurai Kandasamy, Bondy, France*:  Confirmed for Feb. 3 in Paris
7. *Charlotte Fevre, Nancy France*: Charlotte is available on Friday February 2 at 4pm or Saturday February 3 at 3pm
8. Inti Denise Escalante, Biella, Italy: Inti is available for a deposition on February 1 or 2 in London.
9. *Katarzyna Izabela Dulewska, Szczecin, Poland*: Neither of the proposed locations are suitable as both would require excessive travel.
10. *Julie Asterdal, Copenhagen, Denmark*: *Julie Asterdal, Copenhagen, Denmark*:  The proposed location is not suitable as it requires travel to another country.
11. *Nadine Brunner, Vienna, Austria*:  Neither of the proposed locations are suitable as both would require excessive travel (or, in one case, application for a visa).
12. *Claudia Habl, Baumgarten, Austria*:  Neither of the proposed locations are suitable as both would require excessive travel (or, in one case, application for a visa).
13. Andreas Bringmann, Hamburg, Germany. Neither of the proposed locations are suitable as both would require excessive travel.
14. *Jonathan Russek, Friedrichshafen, Germany*. The proposed location is not suitable as it would require excessive travel.

Dawn

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Monday, January 22, 2018 12:10 PM
**To:** Dawn Smalls
**Cc:** Joshua Libling; Sean Rodriguez; Juan Valdivieso
**Subject:** international depositions

Dawn –

As you know, we need to get the international deposition schedule finalized, which requires resolving the issues set forth below.  Please note that we are agreeable to any deponent electing to be deposed in Denver as the venue of the lawsuit, if you and s/he so choose.  We are also amenable to any deponent electing to be deposed in New York or Boston.  With regard to those who will be deposed abroad, please note that our proposed locales are the nearest cities of any significant size to the towns of residence.  Where local laws restrict or prohibit depositions, we have proposed alternative nearby sites.

**Central America**

1.  *Ximena Uribe Zacarias, Colima Mexico*: Although you proposed the week of January 15, we have determined that the U.S. State Department has a "Level 4: Do Not Travel" advisory for Colima State, and a "Level 3: Reconsider Travel" advisory for neighboring Jalisco, the locus of Guadalajara (the nearest large city).   Neither Choate, Lewis Rocca, nor (I suspect) Veritext, considers it prudent to send personnel into either locale.  We therefore offer you the following for a deposition on Tuesday, February 6, **or such other mutually agreeable date as you may propose to us by the end of this week.**  You and Ms. Uribe Zacarias may select any of these **options:**
    **a.  As indicated above, the deposition may occur in person in Denver, Boston, or New York (the first two being our preference, and the third you have indicated to be yours).**
    **b.   The deposition may occur in Houston, which I understand to be the closest major U.S. city to her residence in Mexico.**
    **c.   The deposition may occur in Cancun, the day before or after the deposition of Liliana Paulin Lozano as discussed below.**
    **c.    If she has a strong Internet connection that would enable us to use Skype (or a similar service) and to read exhibits electronically, she can be deposed from home.  This requires that you stipulate that we will be in Boston with a court reporter who will administer the oath remotely.  If she requires a translator, the latter individual would also be with us.  You can be either with us or in your own office as you prefer.**
2. *Liliana Paulin Lozano, Rivera Maya, Mexico*: You have offered Wednesdays and Thursdays.  We select Wednesday, February 7,  **or such other mutually agreeable date as you may propose to us by the end of this week**.   We propose Cancun as the locale.

**South America**

3. *Maria Camila Diez Montoya, Medellin, Colombia*: We are still awaiting word on availability from you.  We shall send a notice for Friday, February 9 (in order to "cluster" with Ms. Paulin Lozano's deposition), **or such other mutually agreeable date as you may propose to us by the end of this week**. **We suggest Bogata or Cali, Colombia as the locale and request that you let us know by the end of the week whether you have a preference**.    If you do not indicate a preference, we shall select on the basis of such factors as availability of conference space.

**Europe**

4.   *Rosina Kellman, Essex, UK*:  We are still awaiting word on availability from you.  We shall send a notice for Monday, January 29 (in order to "cluster" with Ms. Kozlowska's deposition as referenced below), **or such other mutually agreeable date as you may propose to us by the end of this week**. We suggest London as the locale.
5.   *Anna Kozlowska, Glasgow, Scotland*:  This deposition is scheduled for Tuesday, January 30 in Glasgow.
6.   *Indra Sinnathurai Kandasamy, Bondy*, *France*:  You have suggested February 3 or 10.  We select February 3.  We suggest Paris as the locale.
7.   *Charlotte Fevre, Nancy France*:  We are awaiting a response from you on availability.  In order to cluster with the depositions above, we will notice the deposition to occur on Friday, February 2, **or such other mutually agreeable date as you may propose to us by the end of this**

**week**.  We propose Paris in order to cluster with Ms. Sinnathurai Kandasamy, but **we are amenable to Luxembourg if you so indicate by Friday**.

   8.  Inti Denise Escalante, Biella, Italy:  We are awaiting a response from you on availability.  In order to cluster with the depositions above, we will notice the deposition to occur on Monday, February 5, **or such other mutually agreeable date as you may propose to us by the end of this week**.  We propose Milan as the locale.

   9.  *Katarzyna Izabela Dulewska, Szczecin, Poland*:   You have indicated availability on Saturdays.  In order to cluster with the depositions referenced below, we suggest Saturday, February 10 **or such other mutually agreeable date as you may propose to us by the end of this week**.  We propose Warsaw, Poland as the locale but **are amenable to Gdansk if you let us know by Friday and if we can confirm conference space**.

   10.  *Julie Asterdal, Copenhagen, Denmark*:  You have proposed February 3 or 17 at 11 a.m. and February 5 through 8 at 5 p.m.   We select February 8, **or such other mutually agreeable date as you may propose to us by the end of this week,** in order to cluster with Ms. Dulewska.  However, Danish law does not permit depositions of its citizens at all in Denmark.  We therefore suggest Malmo Sweden, which we understand to be a short train ride away.

   11.  *Nadine Brunner, Vienna, Austria*:  You have suggested February 5, 6, 7 or 9.  In order to cluster with other depositions, we suggest February 6, **or such other mutually agreeable date as you may propose to us by the end of this week**.  Like Denmark, Austrian law does not permit depositions of its citizens in Austria.  We therefore propose Budapest, Hungary, which is a 2 hour 40 minute drive, or a 1 hour 45 minute flight.  Alternatively, **if you let us know by Friday that this is your preference, we will seek available conference space is Bratislavia, Slovakia and ascertain the ability to get transient visas quickly.**  They are the two closest capital cities in Europe and have multiple means of travel between them, including a one hour drive.

   12.  *Claudia Habl, Baumgarten, Austria*:  You have suggested January 29 or 30, and February 1.  We choose February 1, **or such other mutually agreeable date as you may propose to us by the end of this week**.  As noted above, Austrian law does not permit depositions of its citizens in Austria.  We therefore propose Budapest, Hungary, which is a 2 hour 40 minute drive, or a 1 hour 45 minute flight.  **Alternatively, if you let us know by Friday that this is your preference, we will seek available conference space is Bratislavia, Slovakia and ascertain the ability to get transient visas quickly**.  Again as noted above, they are the two closest capital cities in Europe and have multiple means of travel between them, including a one hour drive.

   13.  Andreas Bringmann, Hamburg, Germany:  You have indicated January 26 or future dates with advance notice.  In order to cluster with other depositions, we suggest February 6, **or such other mutually agreeable date as you may propose to us by the end of this week**.  Because German law requires depositions to occur at the Consulate in Frankfurt, which has no availability until after the close of discovery, we propose Amsterdam, which is an hour and five minutes away by air, as the locale.  **If you prefer, he could travel to Zurich and his deposition be clustered with Mr. Russek's if you let us know by the end of the week.**

   14.  *Jonathan Russek, Friedrichshafen, Germany*:  You have proposed February 15 or 16.  We select February 15, **or such other mutually agreeable date as you may propose to us by the end of this week**, with Zurich as the locale.  As noted above, the Consulate in Frankfurt has no availability before the end of discovery.  (**We suggest that Andreas Bringmann be moved to February 14 or 16 if he is prepared to travel to Zurich and you let us know by the end of the week.**)

   Where indicated in bold above, please let us know your responses by Friday.

Thank you.

Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com