# Exhibit S



# Communications and Media Workshop

*March 8, 2016*

*CCI Greenheart*
*Chicago, IL*

**Alliance for International Exchange**
*www.alliance-exchange.org*

CONFIDENTIAL

ALLI-019039

# About the Alliance





The **voice**

of the U.S. international exchange community

⇒ **90** full member organizations (U.S.-based exchange orgs)

⇒ **9** partners (exchange program service providers)



Activities and issues

Advocacy, member and program development, public awareness

⇒ Appropriations for Department of State international exchanges

⇒ J-1 visa regulatory issues

⇒ Engage with: Congress, Department of State, U.S. Embassies and Consulates

CONFIDENTIAL

ALLI-019040

## Goals for today



- Targeted messaging
    - ➡ *Importance of staying on message*
    - ➡ *What are the messages anyway?*

- Engagement with the media
    - ➡ *Proactive cultivation & rapid response*
    - ➡ *It's not as scary as it seems!*

- Ideas and activites that are:

    1. **<u>Achieveable</u>** building blocks
    2. **<u>Integrated</u>** with the work you're already doing

CONFIDENTIAL

ALLI-019041

# Messaging



- Controlling our message

- Staying on message as a community, no matter the programs we run:

  1. **National security impact**

  2. **Benefit to the U.S. economy**

  3. **Mutual understanding**

CONFIDENTIAL

ALLI-019042



CONFIDENTIAL

ALLI-019043

# Exchange Visitor Program



*Engaging future leaders around the world and advancing key U.S. foreign policy priorities – **at virtually no cost to the taxpayer***

- **14 J-1 visa program categories include:** au pair, camp counselor, college/university student, high school, intern, professor/research scholar, short-term scholar, summer work travel, teacher, trainee

- ~300,000 exchanges annually: *huge alumni network*

- Targets countries key to U.S. national security & foreign policy

- Targets key demographics:
  o 86% under age 30
  o 46% under age 21
  o 53% female

- Reciprocity requirement to facilitate exchanges for Americans



CONFIDENTIAL

ALLI-019044

# Words to Use & Lose



## Words to Use

- ✓ International
- ✓ Students
- ✓ Participants
- ✓ Scholars and researchers
- ✓ Exchange
- ✓ Culture
- ✓ Education
- ✓ University coursework
- ✓ Educational component
- ✓ Cultural component
- ✓ Public diplomacy
- ✓ Foreign policy
- ✓ Federal program
- ✓ National standard
- ✓ Stipend
- ✓ Host family
- ✓ Short stays
- ✓ School breaks / summer vacations

## Words to Lose

- ✕ Foreign
- ✕ Workers
- ✕ Guests
- ✕ Nanny
- ✕ Employment
- ✕ Domestic
- ✕ Seasonal
- ✕ Temporary
- ✕ Wage
- ✕ Labor
- ✕ Cheap/affordable child care
- ✕ Immigration

CONFIDENTIAL

ALLI-019045

# Breakout discussion #1



- Determine with your group a compelling story

  o  *Who is the audience? (Legislator? Media?)*
  o  *How would you pitch it to gain interest from your audience?*
  o  *What key messages are most important?*

CONFIDENTIAL

ALLI-019046

# Media engagement



- Proactive engagement of the media: why it's essential

- Fear of engaging the media: acknowledging and mitigating the dangers

CONFIDENTIAL

ALLI-019047

# Simple strategies



**Identify local media: outreach and education**

1. Identify key local reporters and organically build a press list based on who is writing about exchanges, international affairs, education, etc.
2. Add those reporters to your email list so they receive periodic updates
3. Invite to cover officials speaking at major events
4. Invite to cover exchange participants and hosts engaging in community service
5. Invite to cover officials receiving an honor or recognition
6. Send a press release with local quotes as part of an advocacy push
7. Write an op-ed for local paper as part of an advocacy push
8. Invite to cover event featuring member and compelling exchange participants

CONFIDENTIAL

ALLI-019048

# Simple strategies



**Rapid response/crisis communications**

1. Create a communications plan
2. Have talking points and answer to tough questions at the ready
3. Control the message!

CONFIDENTIAL

ALLI-019049

# Breakout discussion #2



- Discuss the potential benefits and dangers of engaging the media from the perspective of your programs/orgs

  - *How and why should you engage? What's the potential benefit?*
  - *What are the dangers and drawbacks?*
  - *Do the rewards outweigh the risks?*

CONFIDENTIAL

ALLI-019050