# Exhibit T



Au Pair reference number: ILY40991

# Agreement

Cultural Care (registered business name of International Care, Ltd.), with registration number CH-1003.023.491-6, having its registered address at Haldenstrasse 4, 6006 Lucerne, Switzerland, together with its successors and assignees ("CC"), and the undersigned au pair,

CAMILLA MACCHIAVELLI
(Please print full au pair name)

with date of birth: 11/04/1993 (Hereafter refered to as "I", "me" or "my"), for good and valuable consideration, understand and agree to the following terms and conditions (the "Agreement") relating to the au pair's participation in Cultural Care Au Pair au pair program (the "Program").

1. In addition to the terms of this Agreement, I agree to abide by additional reasonable terms and conditions stipulated by CC during the Program, including the Extension program. If there is any confusion between this Agreement and the terms of any other contracts, agreements, or materials of any kind, the terms of this Agreement shall prevail.

2. I acknowledge that any materials I submit to Cultural Care will be used to make a suitable host family match for me and therefore agree that any submitted materials may be disclosed to prospective host families during the selection process, including my submitted medical forms.

3. I agree to comply with the Program regulations issued by the United States Department of State (22 CFR Part 62) ("Regulations"). I acknowledge receipt of a copy of the Regulations as they apply to me. I also understand that I must comply with CC's rules as outlined in this Agreement, the Au Pair Handbooks and other materials that CC has supplied to me. This includes staying within the legal number of working hours per day and week without exception. This also includes participation in all child safety and child development training and orientation sessions sponsored by CC. I will inform my Local Childcare Coordinator or CC if I encounter anything that does not comply with the Program regulations as outlined by the U.S. Department of State Regulations.

4. I agree to perform the child care responsibilities as outlined by CC and my host family to the best of my ability. I understand that providing childcare is my primary obligation in this Program and that any personal plans or activities will take secondary priority to caring for my host children. Should I be found to act in a way that puts my host children at risk or is inappropriate in any way, I understand that I will be removed from the Program immediately. I understand that my host family may ask me to respect a curfew and/or assign other reasonable restrictions designed to protect the safety and well-being of my host children. I agree to abide by such reasonable restrictions. I also understand that I may not post photos or personal information about my host family, host children, or host home on any web site, blog or the like without the express written consent of my host parents.

5. During my participation in the Program I will abide by all local, state and federal laws and other regulations. I understand that breaking these laws (such as shoplifting, driving under the influence of alcohol, drinking alcohol under the age of 21, possession, or use of illegal substances, etc.) shall be grounds for my immediate dismissal from the program and my return flight will be forfeited.

6. I understand that I may not use the family's automobile(s) for any reason without express permission from the host family and that any agreement to use the host family's automobile is strictly between the host family and me. I will not use the automobile unless the host family has obtained all of the mandatory automobile insurance coverage required under the laws of the state where the host family resides. I understand that if I have a car accident while using the car for personal use not related to my child care duties that I will be required to pay a deductible up to $500 US.

7. I agree to pay any personal expenses I incur while participating in the Program, including but not limited to, health expenses not covered by insurance, phone bills and/or car damages. CC is not responsible for any financial disputes I have with my host family such as outstanding money for educational component, weekly stipend, etc. I understand that I must settle all disputes directly with my host family prior to my departure from their home.

8. I understand that my Local Childcare Coordinator and the Cultural Care staff in the U.S. are my primary contacts during the Program, and are responsible for ensuring a positive and successful program year for me and my host family. I will notify the staff of CC in the U.S. in case of disagreement, misunderstanding or serious problems including but not limited to my health, safety, welfare, adjustment to my host family, school, culture or language, or misunderstandings or problems with my host family. I acknowledge that CC is solely responsible for choosing appropriate host families for me and I will not make attempts to obtain placements on my own after my arrival in the U.S. In situations where I am having problems with my host family, I agree to consult with and meet with my Local Childcare Coordinator and to follow CC's mediation guidelines as outlined in the Au Pair Handbook. I understand that it is CC's policy to try to resolve issues in the existing placement if possible before considering a new placement.

9. If CC determines that my placement within the host family will not continue, CC shall determine whether or not to pursue a new host family match for me. I understand that CC may not pursue a new host family for me due to safety concerns, a lack of positive recommendations or for other reasons relating to my suitability on the Program. I acknowledge that CC has sole discretion to pursue a new placement or not. Should CC decide to pursue a new placement, I understand that CC will use reasonable efforts for two weeks to find another host family for me. During such time, I shall continue to live with my current host family who, in its discretion, may request me to provide, or not to provide, any childcare services and I shall remain reachable by phone/email with CC at all times. If I do not perform childcare duties during the transition period (even if I am staying with a host family) I understand that I will not receive the weekly stipend. CC will make every effort to match me with appropriate host families. Should I reject these host families for reasons of geographical region, car/computer use or other non-essential reasons I understand that CC may opt to discontinue a search for replacement. I understand that CC cannot guarantee a new family placement for me within the two-week transition period and inability to be replaced will result in my early return to my home country. Notwithstanding the above, I further understand that the first month of any placement is a period of adjustment and therefore CC will not process any non-emergency transitions during this period.

10. I understand that CC has the exclusive right to determine my suitability for acceptance and for my continued participation in the Program. I understand that if CC determines that my emotional or physical state does not make me suitable for providing quality childcare, I will be removed from the Program. I also

Au Pair's signature for this page: *Camilla Macchiavelli*
Date: 26/03/2012

Version SY13, Last updated August 2012

CONFIDENTIAL

CC00033089

understand that should I marry or become pregnant while on the Program I will also be removed from the Program. If my performance as an au pair and/or participation in the program is deemed unsatisfactory by CC for whatever reason, CC will reassess my suitability for future placement. I understand that I may be terminated from the Program if I do not successfully complete the Program requirements and uphold Program expectations for reasons including, but not limited to, the following: leaving the host family without prior consent from CC; engaging in behavior that CC deems inappropriate during the Program duration, performance reasons including but not limited to breaking host family rules, neglectful or inappropriate behavior towards the children, etc.; non-participation in training, not fulfilling educational credit, non-attendance at monthly meetings, or if I in any way violate this Agreement. I further understand that should it be discovered that I have falsified or withheld critical information from my application materials including, but not limited to, health conditions, criminal history, educational documentation, childcare experience, etc. I may be terminated from the Program. Should I be terminated from the Program because of my actions including, but not limited to, those outlined above, I forfeit my return to my home country and must pay for this flight on my own.

11. I understand that the Program is designated as a full year program with the possibility to extend for a further six (6), nine (9) or twelve (12) months. I confirm receiving information about the optional Extended Insurance coverage, including a copy of the general conditions booklet. If I extend after my first program year, I will be contacted regarding the activation of Extended Insurance coverage for my extension term under a new policy. Should I voluntarily decide to return home before the regular end date of my program (including extension period) I understand that my flight will not be paid for by CC. The exception to this will be in cases of my own extreme illness or the extreme illness or a death in my immediate family. Should I terminate or be terminated from the Program for any reason as outlined in this agreement, such termination will result in the following:

a) I will forfeit the return ticket and I will be required to make my own arrangements to return to my home country at my own expense; and b) My CC insurance coverage will no longer be valid and no part of it refunded other than the additional month optional insurance; and c) My status will be reported to U.S. Immigration and my participation in the au pair program will be canceled. d) CC will not provide me with housing in the USA.

12. CC will arrange my flights from and to my home country, from a CC approved gateway. I am responsible for my own transportation and the cost involved to the specified departure gateway in my home country. My departure date to the US (Group Arrival Date), will be determined by my availability and my host family's request. Should I cancel either of the included flights once the ticket has been issued, I understand that I will then be held responsible for any penalties and costs relating to this cancellation. CC will determine my return date based on the end date of my program and my host family gateway will be my return gateway. Special requests may be considered, however additional fees may apply and these costs will be my responsibility. I agree to provide proof of medical insurance coverage, either purchased as additional month optional insurance through CC or as a comparable policy from a third party, in order for CC to book my return flight for a date later than the completion of my Program. I understand that CC cannot book my return flight for a date later than thirty (30) days after completion of my Program. I understand that CC will not arrange for my return flight in case that I do not successfully complete the Program (including completion of required educational component). In this case I shall be responsible for my own flight home.

13. This agreement is made between me and CC. In regards to confidentiality, CC agrees not to divulge medical or confidential information (with the exception of my submitted medical forms, and any accompanying documents) about me or my Program experience to any third party except in case of medical emergency, or in the event I am incapacitated for any reason. As a person of the age of majority I understand that this also includes my parents or family members as well as any partner or friends. Any disputes will be settled between me and CC or any legal entity bound to represent us and no other third party.

14. I agree to irrevocably, unconditionally, and fully remise, release and forever discharge CC and its affiliates; and said persons' respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates, or others to the extent acting or purporting to act on the afore mentioned persons' behalf (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which I have or may hereafter have, which arise out of illness, injury, damage or loss of any other kind to me or my property resulting from or during participation in the Program. This includes, without limitation, my performance of services for and involvement with the host family, regardless of how such illness, injury, damage or loss may arise. I further agree to indemnify and hold harmless the Released Parties from and against any losses, claims, damages or liabilities related to or arising out of my participation in the Program, including (without limitation) any illness, injury or damage to me, that my host family causes, that any third party causes, that I cause or to which I contribute, and any illness, injury or damage to my host family which I cause or to which I contribute.

15. This Agreement shall take effect as a sealed instrument under and shall be governed by the laws of Switzerland. In the event of any claim, dispute, or proceeding arising out of the relationship of me and CC, or any claim which in contract, tort, or otherwise at law or in equity arises between the parties, whether or not related to this Agreement, the parties submit and consent to the exclusive jurisdiction and venue of the arbitrational tribunals of Switzerland.

16. My signature on this agreement indicates acceptance of this Agreement and is legally binding. No alterations to the terms of this agreement will be valid unless approved in writing by CC. If any provision of this agreement shall be deemed unenforceable, such paragraph shall be omitted and the remainder of the agreement shall be valid and enforceable to the fullest extent allowed by law.

_Camilla Macchiavelli_
Au pair signature

_26/09/2017_
Date

CAMILLA MACCHIAVELLI
Au pair name printed

*If au pair will not be of the legal age of majority in his/her home country at the time of anticipated departure to the USA, please include below signature of parent or legal guardian.*

Legal guardian signature

Date

Legal guardian name printed

Version SY13, Last updated August 2012

# REPUBBLICA ITALIANA

## MINISTERO DELL'ISTRUZIONE, DELL'UNIVERSITÀ E DELLA RICERCA

MINISTRY OF EDUCATION, UNIVERSITY AND RESEARCH
MINISTÈRE DE L'INSTRUCTION, DE L'UNIVERSITÉ ET DE LA RECHERCHE
MINISTERIUM FÜR UNTERRICHT, WISSENSCHAFT UND FORSCHUNG
MINISTERIO DE EDUCACIÓN, UNIVERSIDAD E INVESTIGACIÓN

### ANNO SCOLASTICO 2011/2012
SCHOOL YEAR - ANNÉE SCOLAIRE - SCHULJAHR – CURSO ACADÉMICO

**Il Presidente della Commissione n. II**
The President of Board of Examiners no.
Le Président du Jury n.
Die Präsidentin/Der Präsident der Kommission Nr.
El Presidente del Tribunal n.

**operante nel Liceo/Istituto**
based at Lyceum/Vocational Institute/Technical Institute
auprès du Lycée/de l'Institut
eingesetzt an der Oberschule
con sede en el Liceo/Instituto

## LICEO GINNASIO STATALE " L. GALVANI "

### CERTIFICA
CERTIFIES
ATTESTE
BESCHEINIGT
CERTIFICA

**che** (nome e cognome del candidato)   **CAMILLA MACCHIAVELLI**
that (candidate's name and surname)
que (prénom et nom du candidat)
dass (Vor- und Nachname der Kandidatin/des Kandidaten)
que (nombre y apellidos del candidato)

**nata  a BOLOGNA**            **Provincia   BO**            **il 14/04/1993**
born in                         District                     on
né(e) à                         Province de                  le
geboren in                      Provinz                      am
nacido/a en                     Provincia de                 el día

**ha superato l'esame di Stato conclusivo degli studi di istruzione secondaria di secondo grado nell'indirizzo:**
has passed the State Exam at the conclusion of secondary school studies in the course:
a obtenu l'examen d'État de fin d'études secondaires, série :
die staatliche Abschlussprüfung der Oberschule mit Fachrichtung:
ha superado el Examen de Estado tras finalizar los estudios de secundaria superior en la modalidad de:

## LICEO CLASSICO

**con la votazione complessiva di 96/100 (*), derivante dalla somma dei seguenti punteggi parziali:**
*(il punteggio minimo complessivo per superare l'esame è di 60/100)*
with an overall mark of  ........./100........ corresponding to the sum of the following partial scores:
*(minimum overall mark 60/100)*
avec la note globale de ..../100 , résultant de la somme des points partiels suivants :
*(la note globale pour réussir à l'examen est d'au moins 60/100)*
mit der Gesamtpunktezahl von.......... /100.............. bestanden hat, wobei folgende Teilergebnisse erzielt wurden:
*(die Mindestpunktezahl, um die Prüfung zu bestehen, beträgt 60/100)*
con la calificación global de ............/100.............., obtenida a partir de la suma de las siguientes puntuaciones parciales:
*(la puntuación mínima global para superar el examen es de 60/100)*

(*) - Menzionare la lode, qualora attribuita dalla Commissione.
(*) - Cite commendation if awarded by Board of Examiners
(*) - Ajouter la mention éventuelle attribuée par le Jury
(*) - Die Auszeichnung angeben, sofern sie von der Kommission vergeben wurde.
(*) - Anotar la Mención, en caso de ser concedida por la Comisión

TIMBRO DELLA SCUOLA E FIRMA ............................     Allegato del diploma N.
SCHOOL STAMP AND SIGNATURE ..............................     Diploma attachment no..............
Cachet de l'établissement scolaire et signature............     Pièce jointe au diplôme n°...........
STEMPEL DER SCHULE UND UNTERSCHRIFT ........     Anlage zum Diplom Nr.................
SELLO DEL CENTRO Y FIRMA ..................................     Anexo al diploma n°....................

CONFIDENTIAL

CC00033091

| | | |
|---|---|---|
| Nome e Cognome CAMILLA MACCHIAVELLI<br>Name and Surname..........................<br>Prénom et nom ..............................<br>Vor- und Nachname ........................<br>Nombre y appellidos .......................  | Corso 3B CLASSICO<br>Course of studies ................................<br>Cursus scolaire ...................................<br>Studiengang .......................................<br>Nivel ..................................................  | Anno scolastico 2011/2012   Pag<br>School year............   Pag<br>Année Scolaire ......   Pag<br>Schuljahr .............   Seit<br>Curso académico ...   Pàg |

**Prove scritte punti        40    /45**

Written exams.............../45 points
Épreuves écrites ............../45 points
Schriftliche Prüfungen.........../45 Punkte
Pruebas escritas........../45 puntos

La prima prova è intesa ad accertare la padronanza della lingua ufficiale d'insegnamento e le capacità espressive, logico-linguistiche, critiche e creative.

The first paper is aimed at testing the candidate's mastery of the official language and his/her expressive, logical, linguistic, critical and creative skills.
La première épreuve vise à vérifier la maîtrise de la langue officielle d'enseignement et les capacités d'expression, d'organisation du discours, de critique et de créativité.
Die erste schriftliche Prüfung weist die Sprachkompetenz in der offiziellen Unterrichtssprache nach, sie überprüft die Ausdrucksfähigkeit, die Sprachlogik, das kritische Denkvermögen und die kreativen Fähigkeiten.
La primera prueba tiene como objetivo medir el dominio de la lengua oficial de la enseñanza y las capacidades expresivas, lógicolingüísticas, críticas y creativas.
La primera prueba sirve para medir el dominio de la lengua oficial de la enseñanza y las capacidades expresivas, lógico-lingüísticas, críticas y creativas.

La seconda prova è intesa ad accertare le conoscenze specifiche relative alla seguente materia caratterizzante il corso di studi seguito:

The second paper is aimed at testing the candidate's specific knowledge concerning the following core subject in his/her course:
La deuxième épreuve vise à vérifier les connaissances spécifiques relatives à la discipline suivante, caractérisant le cursus scolaire suivi:
Die zweite schriftliche Prüfung stellt die spezifischen Kenntnisse im hier angeführten und für die Oberschulrichtung kennzeichnenden Fach fest:
La segunda prueba tiene como objetivo medir los conocimientos específicos relativos a la siguiente materia propia de la modalidad de los estudios cursados.

La terza prova, a carattere pluridisciplinare, è intesa ad accertare le conoscenze, competenze e capacità acquisite relativamente alle materie dell'ultimo anno del corso di studi, nonché le capacità di collegare ed integrare conoscenze e competenze.

The third paper, covering various subjects, is aimed at testing the candidate's knowledge, competence and skills in the subjects studied in the final year of the course and his/her ability to connect and integrate knowledge and competence.
La troisième épreuve, "pluridisciplinare" (transversale), vise à vérifier les connaissances, les compétences et les savoir-faire acquis dans les disciplines de la dernière année  du cursus scolaire, ainsi que les capacités de relier et d'intégrer les connaissances et les compétences.
Die dritte schriftliche Prüfung umfasst mehrere Fachbereiche und stellt fest, welche Kenntnisse, Kompetenzen und Fähigkeiten die Kandidatin/der Kandidat sich in den Fächern des letzten Studienjahres angeeignet hat und inwieweit sie/er in der Lage ist, entsprechende Zusammenhänge herzustellen.
La tercera prueba tiene carácter pluridisciplinar y su finalidad es medir los conocimientos, competencias y capacidades adquiridas relativas a las materias del último curso de estudios, además de las capacidades de relacionar e integrar conocimientos y competencias.

**Colloquio punti        30    /30**

Oral exam ............/30 points
Épreuve orale ................/30 points
Prüfungsgespräch............./30 Punkte
Prueba oral......../30 puntos

È inteso ad accertare la padronanza della lingua, la capacità di utilizzare le conoscenze acquisite e di collegarle nell'argomentazione e di discutere ed approfondire sotto vari profili i diversi argomenti.

The interview is aimed at testing the candidate's mastery of the language, his/her ability to use and connect the knowledge acquired in the final year of the course and to discuss in depth the various subjects from different points of view.
Elle vise à vérifier la maîtrise de la langue, la capacité d'utiliser les connaissances acquises et de les développer dans une argumentation, de discuter et d'approfondir sous plusieurs points de vue les différents sujets.
Das  Prüfungsgespräch ermittelt die Sprachkompetenz, weist aber auch die Fähigkeit nach, die erworbenen Kenntnisse zu nutzen und sie in der Argumentation zu verknüpfen sowie die verschiedenen Themen von unterschiedlichen Gesichtspunkten aus zu betrachten und zu vertiefen.
Tiene como objetivo verificar el dominio de la lengua, la capacidad de poner en práctica y relacionar entre sí los conocimientos adquiridos y la competencia para debatir y profundizar sobre éstos desde diversos puntos de vista.

**Credito scolastico punti        22    /25**

School credit ........../25 points
Crédit scolaire ............/25 points
Schulguthaben............../25 Punkte
Crédito escolar............/25 puntos

È la somma dei punteggi attribuiti dal 1) C.d.C. in relazione all'esito degli ultimi tre anni scolastici del corso di studi e ad eventuali crediti formativi documentati.

These are the total marks awarded by the 1) ............................................. with reference to the results attained over  the last three years of the course and to any documented credits.
Total des points attribués par 1) ................................. considérant les résultats des trois dernières années du cursus scolaire ainsi que les attestations d'éventuels crédits de formation.
Es handelt sich um die Summe der Punkte, die 1) ................................. aufgrund der Ergebnisse der letzten drei Oberschuljahre und etwaiger nachgewiesener Bildungsguthaben zugeteilt wurde.
Es la suma de las puntuaciones otorgadas por 1) ............................................. en relación a las calificaciones de los tres últimos cursos y a otros posibles créditos formativos justificados documentalmente.

**Punteggio aggiunto punti        4    /5**

Extra score ........../5 points
Bonus ............/5 points
Zusätzliche Punkte............./5 Punkte
Puntuación añadida.........../5 puntos

È attribuito dalla Commissione a candidati particolarmente meritevoli e integra il punteggio totale conseguito nel limite massimo di 100 punti complessivi.

These are awarded by the Examination Board to students of particular merit and are added to the total mark, up to a maximum of 100 points overall.
Bonus attribué par le Jury  aux candidats particulièrement méritants. Il intègre la note globale, sans permettre de dépasser le maximum de 100 points.
Sie werden besonders verdienstvollen Kandidatinnen/Kandidaten von der Kommission zugewiesen und ergänzen die erreichte Punktezahl im Rahmen des vorgesehenen Maximums von 100 Punkten.
Los concede el Tribunal a los candidatos con méritos especiales y se añaden a la puntuación total obtenida con el límite máximo de 100 puntos.

TIMBRO DELLA SCUOLA E FIRMA ........................................
SCHOOL STAMP AND SIGNATURE
Cachet de l'établissement scolaire et signature..................
STEMPEL DER SCHULE UND UNTERSCHRIFT ........................
SELLO DEL CENTRO Y FIRMA ................................

CONFIDENTIAL

CC00033092

| | Nome e Cognome | CAMILLA MACCHIAVELLI | Corso | 3B CLASSICO | Anno scolastico | 2011/2012 | Pag.3/4 |
|---|---|---|---|---|---|---|---|
| | Name and Surname | | Course of studies | | School year | | Page 3/4 |
| | Prénom et nom | | Cursus scolaire | | Année Scolaire | | Page 3/4 |
| | Vor- und Nachname | | Studiengang | | Schuljahr | | Seite 3/4 |
| | Nombre y apellidos | | Nivel | | Curso académico | | Pág.3/4 |

**Crediti formativi documentati:**
Credits for which documentation has been provided:
Justificatifs de crédits de formation:
Nachgewiesene Bildungsguthaben:
Créditos formativos justificados documentalmente:

**Ulteriori specificazioni valutative della Commissione con riferimento anche a prove sostenute con esito particolarmente positivo:**
Further specific Board of Examiners' evaluation, including tests passed with extremely high results:
Autres appréciations du Jury concernant également des épreuves soutenues avec des résultats particulièrement positifs:
Zusätzliche Anmerkungen der Kommission zur Bewertung und weitere Hinweise zu Prüfungsteilen, die besonders erfolgreich abgelegt wurden:
Otros méritos valorados por el Tribunal referidos a pruebas realizadas con resultados positivos:

**L'indirizzo di istruzione secondaria superiore cui si riferisce il diploma prevede un corso della durata di 5 anni:**
The secondary school course to which the diploma refers covers a period of .................. years.
La série d'enseignement secondaire du second degré à laquelle le diplôme se réfère établit un cursus scolaire de .......... ans.
Die Fachrichtung der Oberschule, auf die sich das Diplom bezieht, umfasst einen Studiengang von ........................ Jahren.
La modalidad de enseñanza secundaria superior a la que se refiere el diploma tiene una duración de ........................ cursos.

| N. | Materie del curricolo degli studi [2]<br>Subjects included in the curriculum [3]<br>Disciplines au programme [2]<br>Fächer des Curriculums [2]<br>Materias del curriculo [2] | Anni del corso di studi<br>Years of course<br>Années du cursus scolaire suivi [3]<br>Anzahl der Studienjahre<br>Cursos académicos | Durata oraria complessiva<br>Total number of hours<br>Volume horaire d'ensemble<br>Gesamtstundenzahl<br>Total de horas |
|---|---|---|---|
| 1 | LINGUA E LETTERATURA ITALIANA* | 45123 | 726 |
| 2 | LINGUA E LETTERATURA LATINA** | 45123 | 726 |
| 3 | LINGUA E LETTERATURA GRECA** | 45123 | 561 |
| 4 | STORIA* | 45123 | 429 |
| 5 | GEOGRAFIA* | 45 | 132 |
| 6 | LINGUA E LETTERATURA INGLESE* | 45123 | 495 |
| 7 | FILOSOFIA** | 123 | 297 |
| 8 | SCIENZE NATURALI* | 123 | 297 |
| 9 | MATEMATICA* | 45123 | 363 |
| 10 | FISICA* | 23 | 165 |
| 11 | STORIA DELL'ARTE** | 123 | 132 |
| 12 | EDUCAZIONE FISICA* | 45123 | 330 |
| 13 | RELIGIONE* | 45123 | 165 |
| **Totale delle ore di insegnamento**<br>Total curricular hours<br>Total des heures d'enseignement<br>Gesamtsumme der Unterrichtsstunden<br>Total do horas de enseñanza | | | 4818 |

TIMBRO DELLA SCUOLA E FIRMA ........................
SCHOOL STAMP AND SIGNATURE ........................
Cachet de l'établissement scolaire et signature ........................
STEMPEL DER SCHULE UND UNTERSCHRIFT ........................
SELLO DEL CENTRO Y FIRMA

CONFIDENTIAL
CC00033093

| | | |
|---|---|---|
| Nome e Cognome CAMILLA MACCHIAVELLI<br>Name and Surname..........................<br>Prénom et nom ..........................<br>Vor- und Nachname ..........................<br>Nombre y appellidos .......................... | Corso CLASSICO<br>Course of studies ..........................<br>Cursus scolaire ..........................<br>Studiengang ..........................<br>Nivel .......................... | Anno scolastico ........... Pag.4<br>2011/2012 ........... Page<br>School year: ........... Page<br>Année Scolaire ...... Seite<br>Schuljahr ............... Pàg.4<br>Curso académico ... |

**Ulteriori elementi caratterizzanti il corso di studi seguito:**

Further characteristics of the course attended:
Autres éléments caractérisant le cursus scolaire suivi:
Weitere Angaben, die den Studiengang kennzeichnen:
Otros elementos significativos de los estudios cursados:

**PROGRESSIONE NEGLI STUDI:**

CONTINUATION OF STUDIES:
Poursuite d'études:
STUDIENBERECHTIGUNG:
CONTINUACIÓN DE LOS ESTUDIOS:

**Il titolo acquisito dà diritto alla prosecuzione degli studi in ambito universitario e alla frequenza di corsi postsecondari [3].**

The diploma permits the holder to continue studies at University level or to attend post-secondary courses [3].
Le titre obtenu ouvre un accès de droit à l'enseignement supérieur de type universitaire et permet de fréquenter les cours d'enseignement post-secondaire [3].
Der erworbene Studientitel berechtigt zum Weiterstudium an Universitäten und zum Besuch von postsekundären Kursen [3].
El título obtenido otorga el derecho a continuar estudios en el ámbito universitario y a la asistencia a cursos postsecundarios [3].

BOLOGNA      li 28/05/12

Place      date
Fait à      le
In      am
En      a

BENEVENTO LAURA DOROTEA
**IL PRESIDENTE DELLA COMMISSIONE**
PRESIDENT OF THE BOARD OF EXAMINERS
LE PRÉSIDENT DU JURY
DER PRÄSIDENT DER KOMMISSION
EL PRESIDENTE DEL TRIBUNAL

---

[1] Il consiglio di classe o la Commissione.
    Class Council or Board of Examiners.
    Le conseil de classe ou le jury d'examen.
    Vom Klassenrat oder von der Kommission.
    La Junta de Evaluación o el Tribunal del examen.

[2] La tabella deve essere compilata a cura della scuola. Se esiste la ripartizione delle materie tra area di base e area di indirizzo, le prime devono essere indicate con asterisco (es. :Italiano*) e le seconde con due asterischi (es. :Topografia**).
    The table is to be completed by the school. If there is a division between core and specialization subjects, the former must be marked with an asterisk (e.g.: Italian*) and the latter with two asterisks (e.g.: Topography **).
    Le tableau doit être rempli par l'établissement scolaire. S'il existe une distinction entre les disciplines de base et les disciplines spécifiques, les premières doivent être marquées par un astérisque (ex.: Italien **) et les secondes par deux (ex.: Topographie **).
Die Tabelle muss von der Schule ausgefüllt werden. Bei der Unterscheidung von Kernfächern und fachrichtungsspezifischen Fächern müssen erstere mit einem Sternchen versehen werden (z. B.: Italienisch *), die letzteren mit zwei Sternchen (z. B.: Vermessungslehre **).
    El cuadro se completará por parte del centro. Si las materias estuviesen repartidas entre comunes y específicas de la modalidad, se deberán señalar las primeras con un asterisco (ejemplo: Italiano *) y las segundas con dos asteriscos (ejemplo: Topografia **).

[3] In relazione alla natura dell'indirizzo di studi, indicato nel frontespizio del presente certificato, la Commissione segnalerà anche l'eventuale diritto a partecipare al tirocinio professionale abilitante all'esercizio della professione.
    In keeping with the type of course studied, as specified on page 1 of this certificate, the Board will also indicate possible entitlement to take part in professional training to qualify to practise in the profession.
    Selon la série d'enseignement, mentionnée à la première page du certificat, le jury indiquera également le droit éventuel à participer au stage professionnel conférant l'aptitude à l'exercice de la profession.
    In Bezug auf die angegebene Fachrichtung spricht die Kommission gegebenenfalls auch das Recht auf den Besuch eines berufsbefähigenden Praktikums aus.
    Según el tipo de la modalidad cursada, indicado en el encabezamiento del presente certificado, el Tribunal señalará la posibilidad de realización de las prácticas profesionales que habilitan al ejercicio de la profesión

TIMBRO DELLA SCUOLA E FIRMA ..............
SCHOOL STAMP AND SIGNATURE
Cachet de l'établissement scolaire et signature..............
STEMPEL DER SCHULE UND UNTERSCHRIFT ..............
SELLO DEL CENTRO Y FIRMA ..............

CONFIDENTIAL



## Sistema Informativo del Casellario

### Certificato Penale del Casellario Giudiziale
(ART. 25 D.P.R. 14/11/2002 N.313)

CERTIFICATO NUMERO: 49738/2012/R

Al nome di:

| | |
|---|---|
| Cognome | **MACCHIAVELLI** |
| Nome | **CAMILLA** |
| Data di nascita | **14/04/1993** |
| Luogo di Nascita | **BOLOGNA (BO) - ITALIA** |
| Sesso | **F** |

sulla richiesta di: INTERESSATO
per uso: AMMINISTRATIVO - ESENTE DA BOLLO (ART. 25 D.P.R. 14/11/2002 N.313)

Si attesta che nella Banca dati del Casellario giudiziale risulta:

### NULLA

**ESTRATTO DALL' UFFICIO:**
CASELLARIO GIUDIZIALE - PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI BOLOGNA

**Si attesta l'avvenuto pagamento (art. 273 e 285 T.U. 30/5/2002 n. 115) del**
☒ diritto di certificato      ☒ diritto di urgenza

BOLOGNA, 02/10/2012 15:55

IL RESPONSABILE DEL SERVIZIO CERTIFICATIVO

IL CANCELLIERE
Dott.ssa Camilla Serra

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi (art. 40 D.P.R. 28 dicembre 2000, n. 445), fatta salva l'ipotesi in cui sia prodotto nei procedimenti disciplinati dalle norme sull'immigrazione (d.lgs. 25 luglio 1998, n. 286 e circolare del Ministero per la pubblica amministrazione e la semplificazione e del Ministero dell'Interno n. 3/2012)

Il certificato è valido all'estero
(art 15 L 183/11)
Bologna, - 2 OTT. 2012

IL CANCELLIERE
Dott.ssa Camilla Serra

PAG. 1 DI    1

*** CERTIFICATO NUMERO: 49738/2012/R DEL 02/10/2012

CONFIDENTIAL                                                                                                    CC00033095

**DISCovery Profile for:
Camilla Macchiavelli**

Your responses indicate that you ....

**D**
- enjoy competition and challenge.
- are goal orientated.
- are resourceful, aim high and want authority.
- are self-sufficient and individualistic.
- tend to be direct with people.

**I**
- are comfortable working alone.
- tend to take little at face value.
- have that rare combination of being creative, logical and analytical.
- tend to use your social skills when circumstances dictate. At other times you may tend to be more solitary.

**S**
- enjoy stretching yourself intellectually and physically.
- need change and variety in your work and non-work life.
- get restless when involved in routine and repetitive activities.

**C**
- are innovative but tend to avoid risk-taking.
- are more comfortable when following a plan.
- consider methods that have proven to be successful in the past.
- have a tolerance of rules and regulations.

More about you ▶

25 Jul 2012                                              The Discovery Personality Test Report:2/3

CONFIDENTIAL                                                                 CC00033096

## Profile for: Camilla Macchiavelli

### More about you and how to increase your effectiveness:

You have a strong inner motivation to assertively create and implement new ideas. You take control whenever the opportunity arises.

Your desire to be practical and obtain perfection may lead you to be decisive about small decisions but more cautious about bigger decisions.

You may get so immersed in your project that you may forget to include those around you. A pause to consider other people's thoughts and ideas may increase warmth and harmony.

You handle pressure well - you push yourself and expect others to do the same.

**Your primary strength:**

The great combination of your creative and logical approach to work and solving problems.

**To increase your effectiveness:**

Try to temper your strong drive with a bit more recognition of other people's contributions.

End of your report.

© 2010 Psychological Research Foundation LLC | testsonthenet.com
UK T: +44 (0) 208 402 0122 | USA T: +1 941 331 2165 | ThePeople@prfwebsite.com

25 Jul 2012

The Discovery Personality Test Report:3/3

CONFIDENTIAL

CC00033097