IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

　　　　　Defendants.
_____

## NOTICE OF WITHDRAWAL OF AUBREY J. MARKSON
_____

　　　　　Aubrey J. Markson hereby withdraws as counsel for Defendants A.P.EX.

American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc.

dba The International Au Pair Exchange (hereinafter "Defendants").  Lawrence D. Stone will continue as counsel of record for Defendants.

Respectfully submitted this 28th day of March, 2018.

                                             NIXON SHEFRIN HENSEN OGBURN, P.C.

                                             *s/ Aubrey J. Markson*
                                             Lawrence D. Stone
                                             Aubrey J. Markson
                                             5619 DTC Parkway, Suite 1200
                                             Greenwood Village, CO 80111
                                             (303) 773-3500
                                             lstone@nixonshefrin.com
                                             amarkson@nixonshefrin.com

                                             Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2018, I have electronically filed the foregoing **NOTICE OF WITHDRAWAL OF AUBREY J. MARKSON** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy
Dawn L. Smalls
Joshua J. Libling
Sean P. Rodriguez
Daniel R. Schwartz
Juan P. Valdivieso
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
srodriguez@bsfllp.com
dschwartz@bsfllp.com
jvaldivieso@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
***Attorneys for Plaintiffs***

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
bogdane@hotmail.com
***Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
*kokeefe@choate.com*
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Thomas B. Quinn
Peggy E. Kozal
Jennifer W. Vedra
Nathan A. Huey
Heather K. Kelly
GORDON & REES LLP
tquinn@gordonrees.com
pkozal@gordonrees.com
nhuey@gordonrees.com
jvedra@gordonrees.com
hkelly@gordonrees.com
***Attorneys for Defendant AuPairCare, Inc.***

3

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com  fox@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair, Inc.***

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
***Attorneys for Defendant GreatAuPair, LLC***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER
SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair InterCultural Child Care Programs***

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
***Attorneys for Defendant Cultural Homestay International***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America***

Joseph B. Cartafalsa
Stephen J. Macri
Robert M. Tucker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
joseph.cartafalsa@ogletree.com
stephen.macri@ogletree.com
robert.tucker@ogletree.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
***Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

5