THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**MOTION FOR WITHDRAWAL OF LAUREN F. LOUIS AS COUNSEL FOR PLAINTIFFS**

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Dawn L. Smalls of Boies Schiller Flexner LLP respectfully moves this Court for an Order to withdraw Lauren F. Louis as counsel of record for Plaintiffs and, in support of the motion, states as follows:

1. Lauren F. Louis left Boies Schiller Flexner LLP, effective February 22, 2018, to become a U.S. Magistrate Judge in the District Court for the Southern District of Florida.

2. Boies Schiller Flexner attorneys Matthew L. Schwartz, Peter M. Skinner, Dawn L. Smalls, Sean P. Rodriguez, Randall W. Jackson, Joshua J. Libling, Juan P. Valdivieso, Byron Pacheco, Sigrid S. McCawley, and Sabria McElroy, along with Towards Justice attorney Alexander N. Hood, will continue to

1

represent Plaintiffs.  Accordingly, withdrawal can be accomplished without any adverse effect on Plaintiffs' interests.

      3.      Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so.  See D.C.COLO.LCivR 7.1(b)(4).

      4.      A copy of this Motion has been served upon the named Plaintiffs in this action.

      5.      Based on the foregoing, the undersigned respectfully requests that the Court enter an order permitting Lauren F. Louis to withdraw as counsel for Plaintiffs in this matter and directing the Clerk of the Court to delete her email address from future ECF filings and electronic notifications in this case.

DATED this 29th day of March, 2018.

Respectfully Submitted,

/s/ Dawn L. Smalls
Dawn L. Smalls

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel. (212) 446-2300
Fax. (212) 446-2350
dsmalls@bsfllp.com

*Counsel for Plaintiffs*

**Certificate of Service**

  I hereby certify that on March 29, 2018, I served a true and correct copy of the forgoing on counsel of record through ECF pursuant to F.R.C.P. 5.

                /s/ Dawn L. Smalls
                Dawn L. Smalls