IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

     Defendants.
_____

**MOTION FOR WITHDRAWAL OF AUBREY J. MARKSON AS COUNSEL
FOR DEFENDANTS APEX AND 20/20**
_____

     Pursuant to D.C.COLO.LAttyR 5(b), Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair (hereinafter "APEX") and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter "20/20") hereby move to withdraw

Aubrey J. Markson as counsel of record for APEX and 20/20, and in support thereof, states as follows:

1. Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and accordingly, the undersigned has not done so. See D.C.COLO.LCivR 7.1(b)(4).

2. Ms. Markson is leaving the law firm of Nixon Shefrin Hensen Ogburn, P.C. and will no longer be counsel for APEX and 20/20.

3. Lawrence D. Stone and Kathleen E. Craigmile, who are already the attorneys of record in this matter, will continue to represent APEX and 20/20 and will ensure compliance with all court orders, time limitations, and other obligations, including federal and local rules. Therefore, withdrawal can be accomplished without any adverse effect on the interests of APEX and 20/20.

4. A copy of this Motion will be served on all counsel of record and an appropriate representative for APEX and 20/20 via U.S. Mail.

WHEREFORE, for the foregoing reasons, APEX and 20/20 respectfully request that the Court enter an order permitting Aubrey J. Markson to withdraw as counsel for Defendants APEX and 20/20 in this matter and that the Clerk of the Court delete her e-mail address from future ECF filings and electronic notifications in this case.

Respectfully submitted this 29th day of March, 2018.

                        NIXON SHEFRIN HENSEN OGBURN, P.C.

                        *s/ Aubrey J. Markson*
                        Lawrence D. Stone
                        Aubrey J. Markson
                        5619 DTC Parkway, Suite 1200
                        Greenwood Village, CO 80111
                        (303) 773-3500
                        lstone@nixonshefrin.com
                        amarkson@nixonshefrin.com

                        Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2018, I have electronically filed the foregoing **MOTION FOR WITHDRAWAL OF AUBREY J. MARKSON AS COUNSEL FOR DEFENDANTS APEX AND 20/20** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy
Dawn L. Smalls
Joshua J. Libling
Sean P. Rodriguez
Daniel R. Schwartz
Juan P. Valdivieso
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com  smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com  rjackson@bsfllp.com
smcelroy@bsfllp.com  dsmalls@bsfllp.com
jlibling@bsfllp.com
srodriguez@bsfllp.com
dschwartz@bsfllp.com
jvaldivieso@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
*Attorneys for Plaintiffs*

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Defendant Expert Group*
*International Inc. d/b/a*
*Expert AuPair*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com  jwolosz@choate.com
lkruzer@choate.com
*kokeefe@choate.com*
*Attorneys for Defendant Cultural*
*Care, Inc. d/b/a Cultural Care Au Pair*

Thomas B. Quinn
Peggy E. Kozal
Jennifer W. Vedra
Nathan A. Huey
Heather K. Kelly
GORDON & REES LLP
tquinn@gordonrees.com
pkozal@gordonrees.com
nhuey@gordonrees.com
jvedra@gordonrees.com
hkelly@gordonrees.com
*Attorneys for Defendant AuPairCare, Inc.*

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
 jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
*Attorneys for Defendant Cultural*
*Care, Inc. d/b/a Cultural Care Au Pair*

4

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair, Inc.***

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
***Attorneys for Defendant GreatAuPair, LLC***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair InterCultural Child Care Programs***

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
***Attorneys for Defendant Cultural Homestay International***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America***

Joseph B. Cartafalsa
Stephen J. Macri
Robert M. Tucker
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
joseph.cartafalsa@ogletree.com
stephen.macri@ogletree.com
robert.tucker@ogletree.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
***Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook