IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

   Defendants.
_____

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF
AUBREY J. MARKSON AS COUNSEL FOR DEFENDANTS APEX AND 20/20**
_____

  The Court, having reviewed the Motion for Withdrawal of Aubrey J. Markson as

counsel for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair

("APEX") and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange ("20/20"), and being otherwise fully advised in the premises,

HEREBY GRANTS the Motion for Withdrawal. Aubrey J. Markson is permitted to withdraw as counsel for Defendants APEX and 20/20, and the Clerk of the Court is directed to delete her e-mail address from future CM/ECF filings and electronic notifications in this case.

Dated this _____ day of _____, 2018.

BY THE COURT:

_____
United States District Court Judge