THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO DEFENDANTS CULTURAL CARE, EXPERT AU PAIR, AND GO AU PAIR'S APPENDIXES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' DECLARATION IN SUPPORT OF AND APPENDIXES TO OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

---

The Court has reviewed Plaintiffs' Unopposed Motion to Restrict Public Access (Level One) to Defendants Cultural Care, Expert Au Pair, and Go Au Pair's Appendixes in Opposition to Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Declaration in Support of and Appendixes to Opposition to Defendants' Motions for Summary Judgment ("Motion") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The redacted versions of Go Au Pair's Appendix in Support of Response to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 959-2], Go Au Pair's Restricted Appendix in Support of Response to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 959-3], Cultural Care's Restricted Appendix in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 959-4], and Expert Au Pair's Restricted Appendix in Support of Response in Opposition to Plaintiffs'

Motion for Summary Judgment [ECF No. 959-5], which are attached to the moving party's motion as Exhibits A-D, are accepted as public filings to replace ECF Nos. 934, 935, 938, and 941.  The redacted versions of Plaintiffs' Declaration in Support of and Appendixes to Opposition to Defendants' Motions for Summary Judgment [ECF Nos.959-6 to 959-25], which are attached to the moving party's motion as Exhibits E-X, are accepted as public filings to replace ECF Nos. 943-3, 943-11, 943-13, 943-16, 943-17, 943-18, 943-21, 943-22, 943-23, 943-26, 943-27, 943-28, 943-30, 943-34, 943-38, 943-44, 943-45, 943-46, 943-47, and 943-48 (collectively, the "Redacted Exhibits").

The original versions of Go Au Pair's Appendix in Support of Response to Plaintiffs' Motion for Partial Summary Judgment, Go Au Pair's Restricted Appendix in Support of Response to Plaintiffs' Motion for Partial Summary Judgment, Cultural Care's Restricted Appendix in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment, and Expert Au Pair's Restricted Appendix in Support of Response in Opposition to Plaintiffs' Motion for Summary Judgment shall retain Level 1 restricted access. The unredacted versions of the Redacted Exhibits to Plaintiffs' Declaration in Support of and Appendixes to Opposition to Defendants' Motions for Summary Judgment shall retain Level 1 restricted access.

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Kathleen M. Tafoya
United States Magistrate Judge