# Exhibit A

(replacing ECF No. 934)

Case 1:14-cv-03074-CMA-KMT Document 954 Filed 03/16/18 USDC Colorado Page 1 of 1
Case No. 1:14-cv-03074-CMA-KMT Document 959-23 filed 03/30/18 USDC Colorado pg 2
of 102

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

Defendants.

---

**DEFENDANTS AMERICAN CULTURAL EXCHANGE, LLC D/B/A/ GO AU PAIR
AND GO AU PAIR OPERATIONS LLC'S APPENDIX IN SUPPORT OF RESPONSE
TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

# **TABLE OF CONTENTS**

1.  Declaration of Bill Kapler ........................................................................ 1

2.  Exhibit A to Kapler Declaration – Audit Compliance Procedure Template.............. 6

3.  Exhibit B to Kapler Declaration - 2015 Report of Independent Accountants (excerpt) [FILED UNDER RESTRICTED ACCESS] ............................................ 38

4.  Exhibit C to Kapler Declaration - 2016 Report of Independent Accountants (excerpt) [FILED UNDER RESTRICTED ACCESS] ............................................ 46

5.  Exhibit D to Kapler Declaration – April 2016 Email Recevied From DOS............. 54

6.  Exhibit E to Kapler Declaration – Information Notice #3 – June 2006 .................. 80

7.  Exhibit F to Kapler Declaration – Guidance Directive 2011-02 ........................... 83

8.  Exhibit G to Kapler Declaration – Guidance Directives 2015-01 and 2015-02 ....................................................................................................... 86

9.  Exhibit H to Kapler Declaration – Cross-Cultural Exchange Guidance................. 94

10. Excerpts of M. Balta 03-05-18 Deposition [FILED UNDER RESTRICTED ACCESS]............................................................................................... 100

11. Excerpts of I. Gonzalez 09-28-16 Deposition ................................................... 110

12. Exhibit 109 to I. Gonzalez 09-28-16 Deposition ................................................ 120

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

---

**DECLARATION OF BILL KAPLER IN SUPPORT OF GO AU PAIR'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

I, Bill Kapler, declare as follows:

1.     My name is Bill Kapler. I am over the age of 18, and I make this declaration based upon personal knowledge.

2.     I am the manager of both American Cultural Exchange, LLC and Go Au Pair Operations, LLC (together, "Go Au Pair"), defendants in the above-captioned action. Go Au Pair is one of 16 designated sponsors of the United States Department of State's ("DOS") J-1 visa au pair exchange program ("Au Pair Program").

3.     Given my responsibilities with Go Au Pair, I am familiar with all processes it uses to administer its program in compliance with DOS regulations governing the program, as well as DOS's oversight procedures and guidance on regulatory compliance.

4.     DOS regulations require that every host family and au pair enter into a written agreement detailing the au pair's obligation to provide childcare services. 22

C.F.R. § 62.31(e)(5). Go Au Pair gives every prospective host family a template for this agreement, which template requires the host family to manually write in the material terms of that agreement, including the stipend amount, and asks that host families complete the template before interviewing prospective au pairs.

5.     As required by DOS regulations, Go Au Pair monitors au pairs and host families through regular contact to understand overall satisfaction with their experience and ensure compliance with regulatory requirements. In terms of regulatory compliance, this monitoring typically consists of basic questions to confirm that the au pair: (1) has the opportunity to participate in cultural-exchange activities scheduled by his or her local area representative ("LAR"); (2) has a plan for meeting the educational component of the program; (3) is receiving a stipend that is at least $195.75 per week, is working no more than 45 hours per week and 10 hours per day, and has or will receive the DOS-required minimum amount of weekly, monthly, and annual time off. LARs typically communicate with their assigned au pairs or host families through email, phone, and text, but the orientation and cultural-exchange events are done in person.

6.     Go Au Pair is required to submit annual audit reports to DOS, which reports include a summation of results from an annual survey of au pairs and host families conducted by independent auditors. The report of the independent auditors must conform to a specified format identified by DOS. *See* 22 C.F.R. § 62.31(m)(4). A copy of the "Audit Compliance Procedure Template" provided by DOS, which specifies in italics the language that must be included in the independent auditors' report, is

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

Case 1:14-cv-03074-CMA-KMT   Document 932-23   Filed 03/16/18   USDC Colorado   Page 5 of 102

attached as <u>Exhibit A</u>.

7.      These audit procedure instructions require the independent auditors to identify the number of survey respondents who "responded that they received at least $139.05 per week as compensation." (*See* Ex. A at 26.) The stipend amount of $139.05 per week is the amount DOS identified as the minimum required stipend before the last increase in the federal minimum wage took effect in 2009. All of the audit reports Go Au Pair has submitted since 2009, including those submitted after this lawsuit was filed, conform to this same required text but reflect a minimum weekly stipend of $195.75 instead of $139.05. True and correct copies of the relevant excerpts of the independent auditors' reports from 2015 and 2016, which Go Au Pair submitted to DOS, are attached hereto as <u>Exhibits B-C</u>, respectively.

8.      Go Au Pair asks DOS every year whether there are any changes to the required format for the independent auditors' report, and DOS has informed Go Au Pair that there are no changes to that format. A true and correct copy of an April 2016 email Go Au Pair received from DOS confirming that the template for the independent auditors' report has not changed is attached hereto as <u>Exhibit D</u>.

9.      At no time has DOS informed Go Au Pair that it believes a minimum weekly stipend of $195.75 is not compliant with regulations governing the Au Pair Program or told Go Au Pair that a different minimum amount is required. Further, DOS has not issued any guidance directive or notice advising sponsors that it has withdrawn its previous notices stating that the required minimum weekly stipend is $195.75.

**HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY**

3

10.     In my experience, when DOS changes or withdraws its previous guidance on compliance with the Au Pair Program regulations, or if it determines that sponsors' practices do not comply with those regulations, it does so clearly and strongly with guidance directives. For example, in June 2006, DOS sent sponsors an information bulletin containing guidance on compliance with the educational component of the Au Pair Program regulations. In particular, this notice clarified what types of educational opportunities could be used to satisfy the educational requirements of the program, and advised sponsors that certain types of opportunities, including study tours, distance learning courses, and volunteer work, do not meet regulatory requirements. A true and correct copy of Information Notice #3 – June 2006, which set forth guidance on compliance with the education component, is attached hereto as Exhibit E.

11.     In 2011, DOS issued Guidance Directive 2011-02, which advised all sponsors that they may not collect performance bonds for au pair participants, such as completion bonuses or security deposits. There, DOS expressly advised sponsors that securing such a bond violated applicable labor laws. A true and correct copy of Guidance Directive 2011-02 is attached hereto as Exhibit F.

12.     As an exchange-program sponsor, Go Au Pair is required by regulation to report certain information regarding exchange visitors and program participants in SEVIS, which is the electronic system used by the Departments of State and Homeland Security to maintain and track information concerning J-1 visa holders. In 2015, DOS issued multiple guidance directives clarifying administrative instructions on how

**HIGHLY CONFIDENTIAL –**
**ATTORNEYS' EYES ONLY**

4

sponsors should enter information in SEVIS, and it expressly advised sponsors they could no longer enter certain information in the manner DOS previously recommended. True and correct copies of Guidance Directives 2015-01 and 2015-02 are attached collectively hereto as Exhibit G.

13.     DOS also provides guidance to Go Au Pair and other exchange-program sponsors on ways to enhance the cultural-exchange aspects of the Au Pair Program. A true and correct copy of one example of such guidance is attached hereto as Exhibit H.

14.     I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2018.

Bill Kapler

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

**GAP App. 0005**

Case No. 1:14-cv-03074-CMA-KMT   Document 959-23   filed 03/30/18   USDC Colorado   pg 9 of 102

# EXHIBIT A

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

# AUDIT COMPLIANCE PROCEDURE TEMPLATE
## *Au Pair Participants*

### Introduction

**This section governs Department of State designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family.  All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution.  Au pair participants provide up to 45 hours of child care services per week and pursue not less than six semester** hours of academic credit or its equivalent during their year of program participation.

*This document is the standard instrument of measurement to be used in the management audit, and is to be used by all sponsors as part of their annual report to the Department.  This instrument does not address the EduCare component of the Au Pair Program.  Sponsors authorized to administer the EduCare component must also complete the Supplementary Instrument for Educare au pair participants in addition to the standard audit.*

### Program Designation:  [22 CFR 62.31(b)]

**The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth above.  Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.**

a.  Confirm with Department of State that the sponsor's designation is currently in effect.

   *We requested confirmation from the Department of State that (the Sponsor) is designated as a bona-fide program Sponsor authorized by the Department of State.  (Director), Private Sector Division, Office of Exchange Coordination and Designation, confirmed on (date) that (the Sponsor) was a Department of State designated program for the year ended December 31, _____.*

GAP_00012724

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

2

## **Sampling**

Based on information provided by the American Institute of Certified Public Accountants, auditors should draw the following (random) sample sizes to conduct the management audit required by Department of State program regulations:

| Number of Participants | Sample Size |
| --- | --- |
| Up to 100 | 45 |
| 101 - 500 | 64 |
| 501 - 1,000 | 87 |
| 1,001 - 2,000 | 90 |
| 2,001 - 5,000 | 92 |
| 5,001 and Above | 94 |

In addition, auditors are to circulate confirmations in an amount twice the number of the sample size in order to ensure that the number of confirmations returned is equal to the sample size.  If the number of confirmations returned exceeds the sample size, they shall be considered in the order returned.

A random sampling of EduCare au pair participants is to be drawn according to the parameters stated above, and evaluated independently of the sampling of au pair participants.  A supplementary Audit Compliance Procedure Template for Educare participants is used for this evaluation.

GAP_00012725

Case 1:14-cv-03074-CMA-KMT   Document 934-3   filed 05/16/18   USDC Colorado   Page 11 of
102
HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

3

## Program Eligibility  [22 CFR 62.31(c)]

**Sponsors designated by Department of State to conduct the Au Pair program shall:**

**(1) Limit the participation of foreign nationals in such programs to not more than one year.**

a.  Determine/document that the DS-2019 forms issued by the sponsor are for not more than one year.

*We read the DS-2019 Forms issued by the Sponsor, to determine that the program duration indicated on the form does not exceed 12 months (one year). Of the forms examined, ___ stated a program duration period that did not exceed 12 months, and ___ state a program duration period that exceeded 12 months.*

**(2) 22 CFR 62.31(c)(2) is addressed under section J, Wages and Hours.**

**(3) Require that the au pair participant register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.**

a.  Determine that program literature, including all materials addressed to host families and all materials addressed to au pair participants, websites, applications, and contractual agreements clearly state that the au pair must register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.

*We read the program literature, including all materials directed to the host families and all materials directed to the au pair participants, websites, applications, and the Host Family/ Au Pair Agreement to determine that these documents clearly state this requirement.  All materials, websites, applications and contractual agreements comply with program regulations.  ___ Program materials (specify) do not state this requirement.*

b.  Determine that this provision is documented in the Host Family and Au Pair contractual agreements.

*We read the Host Family/ Au Pair Agreements to determine that the Host Family and Au Pair Contractual Agreements include the requirement that the au pair participant register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.  Of the host family files reviewed, ___ of the Host Family/Agreements were present and signed; ___ were present in the files, but not signed, and ___ could not be located.*

4

Case No. 1:14-cv-03074-CMA-KMT   Document 934-2   filed 05/16/18   USDC Colorado   pg 13
of 102

Case 1:14-cv-03074-CMA-KMT   Document 934   Filed 05/16/18   USDC Colorado   Page 12 of
13
HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

c.  Confirm, directly with au pair participants, host families and local organizational representatives that au pair participants have registered and attended/will register and attend classes offered by an accredited U.S. post secondary institution for not less than six semester hours of academic credit, or its equivalent.

*We have confirmed directly with au pair participants and host families that the au pair participant has enrolled or will enroll in an accredited U.S. post-secondary institution.  Of the ___ au pair participants and host families contacted, ___ au pair participants and ___ host families did not respond to the survey. Of the ___ au pair participants and ___ host families who did respond, ___ au pair participants and ___ host families affirmed that the au pair participant has or will register and attend classes offered by an accredited U.S. post secondary institution for not less than six semester hours of academic credit, or its equivalent.  ___ au pair participants and ___ host families indicated that the au pair participant has not or will not enroll in an accredited U.S. post-secondary institution. (See results under Reporting Requirements [22 CFR 62.31(m)].*

**(4)  Require that all officers, employees, agents and volunteers acting on their (the Sponsor's) behalf, are adequately trained and supervised.**

(a)  Ascertain through inquiry and discussion with sponsor's personnel as to training and supervision of all involved in Au Pair program.

*We inquired of Sponsor personnel how all officers, employees, agents and volunteers acting on their behalf are trained and supervised.  (Summarize findings)*

(b)  Review training materials to determine compliance with all Department of State Exchange Visitor Program regulations.

*We reviewed all training materials used by the sponsor in their training of officers, employees, agents, and volunteers to determine whether they comply with all Department of State Exchange Visitor Program regulations.  (Summarize findings)*

(b)  Ascertain through examination of a listing of all local and regional organizational representatives, those hired during the program year, and of the attendance rosters of the Sponsor's annual training conference and regional meetings the attendance of Local and Regional Organizational Representatives at either the one or the other.

*We reviewed the listing of the local and regional area representatives hired during the program year.  We reviewed the attendance roster of the Sponsor's annual training conference to identify the local and regional organizational representatives who attended.  Those who did not attend the annual conference were required to attend regional meetings.  We reviewed the attendance rosters of the regional training meetings to determine which of the local and regional organizational representatives unable to attend the training conference participated in a regional*

5

GAP_00012727

*training meeting. We determined that of those local and regional organizational representatives required to attend the training conference or the regional training session, ___ attended the conference, ___ did not attend the conference, but attended a regional training session, and ___ did not attend either. Of the ___ local organizational representatives hired during the program year, we verified that ___ completed the required training. Specifically, ___ attended the training conference, ___ did not attend the conference, but attended a regional training session, and ___ did not attend either.*

**(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program.**

(a)  Ascertain through discussion with sponsor's personnel and review of the Sponsor's files and cluster and area mileage reports prepared the local organizational representatives that au pair participants are placed with host families within one hour's driving time of the home of their local organizational representative.

*We inquired of Sponsor personnel and were informed that each au pair participant selected for the purpose of this audit was placed with a host family within one hour's driving time of the home of their local organizational representative authorized to act on the Sponsor's behalf. We reviewed the Sponsor's files and cluster and area mileage reports prepared by the local organizational representatives to confirm that the distance between the host families selected for the completion of this audit and their respective local organizational representative is within one hour's driving time. Of the ___ host families selected for this audit, ___ were found to live within one hour's driving time from the local organizational representative's home, and ___ were found to live further than one hour's driving time from the local organizational representative's home.*

**(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family which he or she is responsible and issues or programs discussed.**

a.  Review the Sponsor's Host Family/Au Pair Status reports and monthly contact records prepared by the local organizational representatives to determine that they are complying with this requirement.

*We read the Host Family/Au Pair Status Reports prepared by the sponsor and the actual Contact Records prepared by the local organizational representatives to determine that each local organizational representative maintained a schedule of monthly personal contact with each au pair participant and host family for which he or she was/is responsible. ___ of the Host Family/Au Pair Status Reports and*

6

GAP_00012728

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

___ of the Contact Records could not be located.  We examined all Host Family/Au Pair Status Reports and Contact Records that were located to determine their consistency. (summarize findings).

*Of the Contact Records that were located, ___ contained evidence that the local organizational representative contacted the au pair/host family monthly.  The remaining ___ Contact Records did not contain evidence that the local organizational representative contacted the au pair/host family monthly throughout the placement period.*

b.   Confirm directly with au pair participants and host families that there has been monthly contact (or more frequently s required).

*We confirmed directly with the au pair participants and Host Families whether the local organizational representative maintained monthly contact.  (See results under Reporting Requirements [22 CFR 62.31(m)].*

**(7)   Require that all Local Organizational Representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.**

(a)   Review contact reports and other documentation to determine that the local organizational representatives contacted the host family and au pair participants twice monthly for the first two months following a rematch.

*We read the Host family/Au Pair Status Reports and actual Contact Records to determine that all Local Organizational Representatives contacted au pair participants and host families twice monthly for the first two months following a placement other than the initial placement (a "rematch") for which the au pair entered the United States. ___ of the Host Family/Au Pair Status Reports ___ of the Contact Records could not be located.  We examined all Host Family/Au Pair Status Reports and Contact Records that were located to determine their consistency. (summarize findings).*

*Of the ___ Contact Records located, evidence for ___ rematches was found.  The records for these rematches indicated that the local organizational representatives contacted the host family and au pair participants twice monthly for the first two months, as required by the regulations. ___ Contact Records indicated that the local organizational representatives contacted the host family and au pair participants, but did so less frequently than required by the program regulations.*

GAP_00012729

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

7

b.  Confirm directly with au pair participants and host families that the local organizational representatives contacted au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

*We confirmed directly with the au pair participants and host families that the local organizational representatives contacted au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States. (See results under Reporting Requirements [22 CFR 62.31(m)].*

**(8) Require that Local Organizational Representatives not devoting their full time and attention to their program obligations are responsible for not more than 15 au pair participants and host families.**

(a)  Determine the sponsor's policy regarding the application of this regulation.

(b)  Review sponsor's records of allocation of au pair participants and host families to local organizational representatives to determine that they do not have more than 15 au pair participants assigned to them if they are not devoting their full time and attention to their program obligations.

*We inquired of Sponsor's personnel regarding the sponsor's policy regarding the application of this regulation (summarize). We randomly selected ___ local organizational representatives and asked them directly, via telephone, whether they devoted their full time and attention to the program. If they indicated that they did not devote their full time and attention to the program, we confirmed with them that they are responsible for not more than 15 au pair participants and host families. We also verified their response with the Sponsor's records of au pair/ host family allocation.*

**(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.**

(a)  Review allocation of local organizational representatives to regional organizational representatives.

*We reviewed the sponsor's allocation of local organizational representatives to regional organizational representatives. We then randomly selected ___ local organizational representatives and read the personnel evaluation reports prepared by the regional organization representatives to determine that local organizational representatives are supervised.*

GAP_00012730

8

## Au Pair Selection [22 CFR 62.31 (d)]

**In addition to satisfying the requirements of 22 CFR 62.10(a), sponsors shall ensure that all participants in a designated Au Pair exchange program:**

    **a.   Are between the ages 18 and 26;**
    **b.   Are secondary school graduates, or equivalent;**
    **c.   Are proficient in spoken English;**
    **d.   Are capable of fully participating in the Program as evidenced by the satisfactory completion of a physical examination**
    **e.   Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and**
    **f.   Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.**

(a)   Examine the au pair participant files to determine that each au pair participant selected met the selection criteria for age, education, English-language ability, and health.

    *We examined the au pair participant files to determine that each au pair participant selected met the selection criteria for age, education, English-language ability, and health. Of the au pair participant files examined, ___ were complete with all documentation and demonstrated that the au pair participant met each criterion. The remaining ___ files were missing information and/or did not show that the au pair participant met the selection criteria (itemize which documentation was missing in each file).*

(b)   Examine the au pair participant files to determine that each au pair participant selected successfully passed a background investigation that included:

    a.   Verification of school/presence of high school diploma
    b.   Three non-family related personal and employment references and notations of verification for each reference
    c.   A criminal background check or its recognized equivalent
    d.   A personality profile based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the Au Pair program.

GAP_00012731

9

*We examined the au pair participant files to determine that each au pair participant selected successfully passed a background investigation. Of the au pair participant files examined, ___ were complete with all documentation and demonstrated that the au pair participant successfully passed the background investigation. The remaining ___ files were missing information and/or did not show that the au pair participant successfully passed the background investigation (itemize which documentation was missing in each file).*

(c) Examined the au pair files to determine that they include:

    e.    A signed Au Pair/Host family Agreement and any other contractual agreements between the au pair and the sponsor.

    f.    Notation that host family interviewed the au pair by telephone prior to his/her departure from the home country.

    g.    verification that the individual has not previously participated in an au pair program.

*We examined the au pair participant files to determine that each file contained a signed Au Pair/Host Family Agreement and any other contractual agreements between the sponsor and the au pair participant, notation that the host family interviewed the au pair participant before the au pair participant left the home country, and verification that the au pair has not previously participated in an au pair program. Of the au pair participant files examined, ___ all included the above mentioned documentation. The remaining ___ files were missing information (itemize which documentation was missing in each file).*

GAP_00012732

10

## Au Pair Placement  [22 CFR 62.31(e)]

**Sponsors shall secure, prior to the Au Pair's departure from the home country, a host family placement.  Sponsors shall not:**

1. **Place an au pair with a host family unless the host family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival.**

(a) Determine that the host family agrees that a parent or other responsible adult will remain in the home for the first three days following the au pair participant's arrival.

*We read the signed Host Family Agreements to determine that the host family agrees/d to comply with the requirement that a parent or other responsible adult remained/will remain in the home for the first three days following the au pair participant's arrival.*

(b) Review program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements to determine that the requirement that a parent or other responsible adult remain in the home for the first three days following the au pair participant's arrival is clearly stated.

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements, to determine that they clearly state this requirement.  All materials, websites, applications and contractual agreements comply with program regulations.  ___ program materials (specify) do not state this requirement.*

2. **Place an au pair with a host family having a child aged less than three months unless a parent or other responsible adult is present in the home.**

(a) Determine that host families with a child less than three months of age agrees that parent or other responsible adult is present in the home.

*We read the signed Host Family Agreements to determine that any host family with a child less than three months of age agrees/d that a parent or other responsible adult was/will be present in the home.*

(b) Review program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements to determine that the requirement that a parent or other responsible adult remain in the home if the host family has a child less than three months of age is clearly stated.

11

GAP_00012733

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements, to determine that they clearly state this requirement. All materials, websites, applications and contractual agreements comply with program regulations. ___ program materials (specify) do not state this requirement.*

**3. Place an au pair with a host family having children under the age of two, unless the Au Pair has at least 200 hours of documented infant child care experience.**

(a)  Review the au pair participant files to determine that the au pair participant placed with a host family that has a child/ren under the age of two years has at least 200 hours of documented infant child care experience.

*We examined the au pair participant files, with special attention to the application and child care references, of au pair participants who are placed with host families that have a child/ren under the age of two, to determine that the au pair participant satisfied the requirement of at least 200 hours of documented infant child care experience. Of the files reviewed, ___ au pair participants were placed in host families with a child/ren under the age of two. Of these, ___ demonstrated that the au pair participant had the required 200 hours of documented infant child care experience. The remaining ___ au pair participant files did not include the appropriate documentation demonstrating that the au pair participant satisfied this requirement.*

(b)  Review program literature, including all materials addressed to the host families and all materials addressed to the  au pair participant, websites, applications, and agreements to determine that this requirement is clearly stated.

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements, to determine that they clearly state this requirement. All materials, websites, applications and contractual agreements comply with program regulations. ___ program materials (specify) do not state this requirement.*

**4. Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, training in the care of special needs children and the host family has reviewed and acknowledged in writing, the au pair's prior experience, skills or training so identified.**

(a)  Determine that the host family has identified, in writing, the presence of a special needs child in the home.

(b)  Determine that the host family has signed a verification form stating that the au pair participant is aware of the special needs conditions and has agreed to them.

12

GAP_00012734

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

(c)   Determine that the host family has reviewed and acknowledged in writing the au pair participant's prior experience, skills, or training in the care of special needs children, and as identified in the au pair participant's application.

*We reviewed the host family files to determine that the host family has (1) identified, in writing, the presence of a special needs child in the home; and (2) signed a verification form stating that the au pair participant is aware of the special needs conditions and has agreed to them; and (3) reviewed and acknowledged in writing the au pair participant's prior experience, skills, or training in the care of special needs children, and as identified in the au pair participant's application.   Of the ___ host family files reviewed, ___ were found to contain reference to a special needs child.   Of these, ___ files included the required written identification of the special needs child, the written verification that the au pair participant is aware of the special needs conditions and has agreed to them, and written acknowledgement of the au pair participant's prior experience, skills, or training in the care of special needs children.   ___ host family files were missing the required written notices (specify which were missing).*

(d)   Determine that the au pair participant has identified prior experience, skills, or training in the care of special needs children in his/her application.

*We reviewed the au pair participant files, with special attention to child care references and the application, of au pair participants placed with Host Families having a special needs child, as so identified by the host family, to determine that the au pair participants have specifically identified their prior experience, skills, or training in the care of special needs children.   Of the ___ au pair participant files reviewed, ___ were found to contain reference to a special needs child.   Of these, ___ files included the required written identification of the au pair participant's prior experience, skills, or training in the care of special needs children.   ___ au pair participant files were missing the required written notices (specify which were missing).*

**5.   22 CFR 62.31(e)(5) is addressed under section J, Wages and Hours.**

**6.   Place an au pair with a family who cannot provide the au pair with a suitable private bedroom.**

(a)   Review program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements to determine that the requirement that an au pair participant be provided with a suitable private bedroom is clearly stated.

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements, to determine that they clearly state this requirement.   All materials, websites, applications and contractual agreements comply with program regulations.   ___ program materials (specify) do not state this requirement.*

13

GAP_00012735

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

(b)   Determine that the host family has agreed to provide the au pair participant
with a suitable private bedroom.

*We reviewed the host family files with special attention to the signed Host
Family Agreement to determine that each host family agreed to provide a
suitable private bedroom for the au pair participant.  Of the ___ files reviewed,
___ files included the signed agreement.  In ___ files, the agreement was
included but not signed, and in the remaining ___ files, the agreement was not
included.*

(c)   Confirm with the au pair participant that a private bedroom was made
available for his/her use.

*We confirmed with the au pair participants that a private bedroom has/had
been made available for their use.  (see results under Reporting Requirements
[22 CFR 62.31(m)]).*

**7.   Place an au pair with a host family unless the host family has interviewed
the au pair by telephone prior to the au pair's departure from his or her
home country.**

(a)   Review program literature, including all materials addressed to the host
families and all materials addressed to the au pair participant, websites,
applications, and agreements to determine that the requirement that an  au
pair participant will not be placed with a host family unless the host family
has interviewed that au pair participant by telephone prior to the au pair
participant's departure from his or her home country is clearly stated.

*We read the program literature, including all materials addressed to the host
families and all materials addressed to the au pair participant, websites,
applications, and agreements, to determine that they clearly state this
requirement.  All materials, websites, applications and contractual agreements
comply with program regulations.  ___ program materials (specify) do not state
this requirement.*

(b)   Review file documentation for a written notation that the host family has made
the required contact with the au pair participant.

*We reviewed the files for a written notation that the host family made the
required contact with the au pair participant  Of the ___ files reviewed, ___ did
include a notation documenting the required contact between the host family
and the au pair participants prior to the au pair participant's departure from the
home country.  In the remaining ___ files, no such written notation was found.
(Specify which files, host family and/or au pair participant files, were reviewed).*

GAP_00012736

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

14

c.   Confirm directly with the au pair participants that this requirement was met.

*We confirmed directly with au pair participants that they had been contacted by the host family prior to their departure from their homes.  Of the \_\_\_ au pair participants contacted, \_\_\_ confirmed that they had been contacted by the host family prior to their departure from their home countries; \_\_\_ indicated that they had not been contacted by the host family prior to their departure from their home countries.  \_\_\_ au pair participants did not respond.*

GAP_00012737

## Au Pair Orientation [22 CFR 62.31(f)]

**In addition to satisfying the requirements of [22 CFR 62.10(a)], all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:**

    **a.   A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program**

    **b.   A detailed profile of the family and community in which the au pair will be placed**

    **c.   A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions**

    **d.   A detailed summary of travel arrangements**

    **e.   A copy of the Department of State's written statement and brochure regarding the au pair program**

(a)   Review files and placement process to determine if all required information was made available to the au pair participant.

*We reviewed the files to determine that the Sponsor provided au pair participants with the required orientation information prior to their departure from their home country. Of the ___ files examined, ___ included documentation demonstrating that the required information had been provided to the au pair participants. In ___ files, documentation demonstrating that the required information had been provided to the au pair participants was missing.*

GAP_00012738

Case 1:14-cv-03074-CMA-KMT   Document 534   Filed 05/16/16   USDC Colorado   Page 24 of 102
HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

16

## Au Pair Training [22 CFR 62.31(g)]

**Sponsors shall provide the au pair participants with child development and child safety instructions, as follows:**

    **a.** **Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related**

    **b.** **Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.**

(a) Review curriculum and training materials used by the sponsor to satisfy the above requirements.

(b) Review attendance documentation to determine that au pair participants were present at the training program.

(c) Confirm directly with au pair participants that child safety and child development were covered in the training program as required by program regulations.

*We read the materials used by the instructor for the au pair participants' training program including a detail of time by activity and discussed the orientation time and activities with the appropriate Sponsor's personnel (management) to determine that the training program provided to au pair participants by the Sponsor satisfied the requirements. Of the ___ au pair participants files reviewed, ___ included documentation showing that the required eight hours of child safety instruction training was completed prior to placement with the host family. In ___ the remaining au pair participant files, documentation showing that the required eight hours of child safety instruction training was completed prior to placement with the host family was missing. Also, ___ of the au pair participant files reviewed included documentation showing that the required 24 hours of child development instruction training was completed prior to placement with the host family. In the remaining ___ au pair participant files, documentation showing that the required child development instruction training was completed prior to placement with the host family was missing. We confirmed with the Au pair participants whether the orientation program included child safety and child development instruction (see results under Reporting Requirements [22 CFR 62.31(m)(J)]).*

GAP_00012739

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

17

## Host family Selection [22 CFR 62.31(h)]

**Sponsors shall adequately screen all potential host families and at a minimum shall:**

   a. Require that the host parents are U.S. citizens or legal permanent residents;
   b. Require that host parents are fluent in spoken English;
   c. Require that all adult family members resident in the home have been personally interviewed by an organizational representative;
   d. Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;
   e. Require that the host family have adequate financial resources to undertake all hosting obligations;
   f. Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and
   g. Provide the host family with the prospective au pair participant's complete application, including all references.

(a)  Review the host family files for completeness and to determine that each host family selected met the criteria itemized above.

*We examined the host family files for completeness, and to determine that each file examined contains the application, personal interview form, signed Host Family Agreement/s and documentation showing adequate financial resources to undertake all hosting obligations. We determined that each host family selected had successfully passed a background investigation that included employment and personnel references. We also examined the files for notation that the information itemized in (f) and (g) above was provided to the host families. Of the ___ files reviewed, ___ were complete. They contained all of the required documents and a notation that the information itemized in (f) and (g) was provided to the host families. In the remaining files, the following documents and/or notation were missing  (item with a count of number of occurrences item is missing).*

GAP_00012740

18

## Host family Orientation [22 CFR 62.31(i)]

**In addition to the requirements of [22 CFR 62.10], sponsors shall:**

1. **Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the Au Pair program.**

(a)  Review the sponsor's placement process to determine that all families have been informed of the philosophy, rules and regulations governing the sponsor's exchange program, and provided with a copy of the Department of State's written statement and Au Pair Brochure.

(b)  Review the program literature addressed to the host families, websites, applications, and signed Host Family Agreement to determine that Sponsor has made provisions to inform all families of the philosophy, rules, and regulations governing the Sponsor's exchange program.

*We reviewed the sponsor's placement process to determine that all families were informed of the philosophy, rules and regulations governing the sponsor's exchange program. We determined that the Sponsor provided all families with a copy of the Department of State's written statement and Au Pair Brochure. We read the program literature addressed to host families, websites, applications and the signed Host Family Agreement to determine that the Sponsor has informed all host families of the philosophy, rules and regulations governing the Sponsor's Au Pair exchange program. All materials, websites, applications and contractual agreements comply with program regulations. ___ program materials (specify) do not state this requirement.*

2. **Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information hereto.**

(a)  **Review the host family files to determine that all selected families received a complete copy of the Department of State's Exchange Visitor Program regulations, including all supplemental information.**

*We reviewed the Host Family files read to determine that the Sponsor provided all selected Host Families with a complete copy of the Department of State Exchange Visitor Program regulations, including the published supplemental information.*

GAP_00012741

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

19

**3.  Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year.  Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation.**

(a)  Review the program literature addressed to host families, websites, applications, and signed Host Family Agreement to determine that Sponsor has made provisions to inform all families of their obligation to attend at least one family day conference to be sponsored by the Au Pair Organization during the course of the placement year.

*We reviewed all program literature addressed to host families, websites, applications, and the signed Host Family Agreement to determine that the requirement that they attend at least one family day conference sponsored by the Au Pair Organization during the program year is clearly stated.  All materials, websites, applications and contractual agreements comply with program regulations.  ___ program materials (specify) do not state this requirement.*

(b)  Review the host family files for notation documenting that they have been advised of their obligation to attend at least one family day conference to be sponsored by the Au Pair Organization during the course of the placement year.

*We reviewed the host family files for notation documenting that the Sponsor has advised them of obligation to attend at least one family day conference sponsored by the Au Pair Organization during the placement year.*

(c)  Review the host family files and contact records maintained by the local organizational representative to determine that families not honoring their obligation to attend at least one family day conference sponsored by the Au Pair Organization during the placement year have been notified that their failure to attend such a gathering is grounds for possible termination of their continued or future participation as a host family.

*We examined the host family files and contact records maintained by the local organizational representative to determine that the families have attended at least one family day conference, as required by the program regulations.  Of the files and contact records examined, ___ files and ___ contact records contained notation that the family attended at least one family day conference and ___ files and ___ contact records indicated that the family had not honored its obligation to attend at least one family day conference.  ___ host family files and ___ contact records had no notation regarding the host family's attendance at one family day conference.  Of the families found to have not attended any family day conference, ___ have  been notified that their failure to attend such a gathering is grounds for possible termination of their continued or future participation and ___ have not been so notified.*

20

GAP_00012742

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

**4. Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forty-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.**

(a) Review program literature, including all materials addressed to the host families and all materials addressed to the au pair participants, websites, applications, and agreements to determine that the Sponsor requires the local organizational representatives to contact the au pair participant and the host family within 48 hours of the au pair participant's arrival and to meet, in person, at the host family's home, with the au pair participant and the host family within two weeks of the au pair participant's arrival.

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participant, websites, applications, and agreements to determine that this requirement is clearly stated. All materials, websites, applications and contractual agreements comply with program regulations. ___ program materials (specify) do not state this requirement.*

(b) Review the Contact Records maintained by the local organizational representatives to determine that the local counselors contacted the host family and au pair participant within 48 hours of the au pair participant's arrival and met with them in person within two weeks of the au pair participant's arrival at the host family home.

*We read the Contact Records maintained by the local organizational representatives to determine compliance with these two requirements. ___ of the Contact Records maintained by the local area representative could not be located. Of the remaining ___ Contact Records:*

*___ did not contain evidence of contact within 48 hours or a visit within two weeks of the au pair participant's arrival and ___ contained evidence of both contact and a visit.*
*___ did not contain evidence of contact within 48 hours, but did contain evidence of a visit within two weeks of the au pair participant's arrival.*
*___ contained evidence of contact within 48 hours but did not contain evidence of a visit within two weeks. Of these, ___ contained evidence of a visit within three weeks, ___ contained evidence of a visit within one month and the remainder contained evidence of a visit beyond one month.*

*We confirmed with au pair participants and Host families that these requirements were met (see results under <u>Reporting Requirements [22 CFR 62.31(m)(l)]</u>).*

GAP_00012743

Case 1:14-cv-03074-CMA-KMT   Document 934   Filed 05/16/18   USDC Colorado   Page 29 of
102

21

## Wages and Hours [22 CFR 62.31(j)]

**Sponsors shall require that au pair participants:**

1. **Are compensated at a weekly rate based upon 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor;**
2. **Do not provide more than 10 hours of child care on any given day, nor more than 45 hours of child care in any one week;**
3. **Receive a minimum of one an a half days off per week in addition to one complete weekend off each month; and**
4. **Receive two weeks of paid vacation.**

(a) Review the host family files to determine that the host family has agreed to these requirements, as evidenced in the signed Host family/Au Pair Agreement.

*We read the signed Host Family/Au Pair Agreements to determine that the host family agreed that the au pair participants will receive the required wages and time off, and that they will not be required to work beyond the stated number of work hours per day and per week. Of the host family files reviewed, ___ Host Family/Au Pair Agreements were included and signed and ___ were included, but not signed, and ___ Host Family/Au Pair Agreements could not be located.*

(b) Review the program literature including all materials addressed to the host families and all materials addressed to the au pair participants, websites, applications, and agreements to determine that the required wage, number of work hours, and time off are clearly stated.

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participants, websites, applications, and agreements to determine that the required wage, number of work hours, and time off are clearly stated. All materials, websites, applications and contractual agreements comply with program*

(c) Confirm directly with the au pair participants that they received the required wage and time off, and that they were not required to work beyond the stated number of work hours per day and per week.

*We have confirmed with the au pair participants that these provisions were adhered to (see results under Reporting Requirements [22 CFR 62.31(m)(j)]).*

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

22

## Educational Component [22 CFR 62.31(k)]

**Sponsors shall require that during the period of program participation, all au pair participants are enrolled in an accredited post-secondary institution for not less than six hours of academic credit or its equivalent.  As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of the au pair and to pay the cost of such academic course work in an amount not to exceed $500.**

(a)  Review program literature, including all materials addressed to the host families and all materials addressed to the au pair participants, websites, applications, and agreements to determine that the au pair participant's educational requirement to enroll in an accredited post-secondary institution for not less than six semester hours of academic credit or its equivalent are clearly stated.

(b)  Review program literature, including all materials addressed to the host families and all materials addressed to the au pair participants, websites, applications, and agreements to determine that the host family obligation to facilitate the enrollment and attendance of the au pair participant in an accredited U.S. post-secondary institution and to pay the first $500 toward the costs of required academic course work are clearly stated.

*We read the program literature, including all materials addressed to the host families and all materials addressed to the au pair participants, websites, applications, and agreements to determine that the au pair participant's educational requirement and the host family's obligations to the au pair participant are clearly stated in all materials.  All materials, websites, applications and contractual agreements comply with program regulations. ___ program materials (specify) do not state this requirement.*

(c)  Review host family and au pair participant files to determine that requirement has been communicated to all participants, and that it is included in the signed agreements.

*We read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the host family participant agrees to facilitate the enrollment and attendance of the au pair participant at an accredited U.S. post-secondary educational institution and to reimburse or pay the first $500 toward the costs of required academic coursework incurred by the au pair participant in meeting this education requirement.*

GAP_00012745

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

23

(c)  Review  the  contact  records  maintained  by  the  local  organizational
representative and any other documentation held by the Sponsor to determine that
the local organizational representative is monitoring the au pair participant's
progress toward the fulfillment of this requirement

*We read contact records maintained by the local organizational representative and
other documentation held by the Sponsor, such as, but not limited to a Host
Family/Au Pair Status Report to confirm that this requirement is being met.  We
determined that ___ au                pair participants enrolled in or attended an
accredited U.S. post-secondary institution or its equivalent.  Of the remaining ___ au
pair participants, ___ returned home or left the program prior to the completion of one
year and the educational requirement was not met.  ___ au pair participants arrived
at the host family's home in the last quarter of (year) and have not yet enrolled in an
accredited  U.S.  post-secondary  institution.   Through  our  review  of  the  Host
Family/Au Pair Agreement, we noted that these au pair participants have agreed
that they will enroll and attend in an accredited U.S. post-secondary institution for
not less than 12 semester hours of academic credit or its equivalent.  There was no
evidence  that  the  remaining  ___  au  pair  participants  enrolled  in  or  attended  an
accredited  U.S.  post-secondary  institution  for  not  less  than  12  semester  hours  of
academic credit or its equivalent.*

## Monitoring [22 CFR 62.31(l)]

**Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:**

1. **Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;**

2. **Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;**

(a) Review the host family and au pair participant files to determine that monthly and quarterly contact between the sponsor's representatives and the au pair participant and host family are documented.

(b) Review the records submitted by the local organizational representative and the records submitted by the regional organizational representative to determine that the contacts are documented, and consistent with the records in the au pair participant and host family files.

*We read the Host Family/Au Pair Status Reports and actual contact records prepared by the local and regional counselors that document contact between the au pair participants, host families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them and quarterly contact between the au pair participants, host families, and the regional organizational representatives. ___ of the Host Family/Au Pair Status Reports and ___ of the actual contact records could not be located for a minimum of one quarter of the year. ___ of the Host Family/Au Pair Status Reports and ___ of the actual contact records contained evidence that the au pair participant and host family were contacted monthly by the local organizational representative and quarterly by the regional representative throughout the placement period. The remaining ___ Host Family/Au Pair Status Reports and ___ actual contact records did not contain evidence that the au pair participants and host families were contacted monthly by the local organizational representative or quarterly by the regional organizational representative throughout the placement period. We noted that ___ of the four required regional quarterly contacts were documented.*

3. **Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family;**

(a) Review the Sponsor's training manuals and any other materials provided to their local and regional organizational representatives to determine that requirement is communicated to them.

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

25

(b)   Review the contact reports submitted by the local and regional organizational representatives, host family and au pair participant files, and any other documentation held by the Sponsor to determine that the Local and Regional Organizational Representatives follow through on the requirement to report unusual or serious situations or incidents involving either the au pair participant or host family as needed.

*We read the Host Family/Au Pair Status Reports and the contact reports submitted by the local and regional organizational representatives and any other reports that the representatives are required to prepare in order to determine whether unusual or serious situations or incidents involving either the au pair participant or the host family have been reported, as required.  Of the documentation reviewed, ___ (itemize) was missing or could not be located for a minimum of one quarter of the year.  We identified references to ___ unusual or serious situations incidents involving either the au pair participant or host family in the documentation that was found.  Of the situations identified, ___ we determined that all had been reported by the local and/or regional organizational representatives, as required, and ___ had not been reported.*

**4.   Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.**

(c)   Review Sponsor records to determine that incidents involving or alleging a crime of moral turpitude or violence  (1) have been reported to the Department of State, as required; and (2) that the report is complete and represents an accurate summary of the facts of the case.

*We have reviewed all reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by au pair participants and those committed by any member of the host family, for completeness and to determine if they were submitted by the Sponsor to the Department of State.*

GAP_00012748

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

26

## <u>Reporting Requirements [22 CFR 62.31(m)]</u>

**Along with the Annual Report required by the Exchange Visitor Regulations set forth in 22 CFR62.15, sponsors shall file with the Department of State the following information:**

**(1)   A summation of the results of an annual survey of all host families and au pair participants regarding satisfaction with the program, its strengths and weaknesses;**

*We sent confirmations to ___ au pair participants selected for testing.  ___ au pair participants have responded to the confirmations. The following presents the responses received from the au pair participants to the confirmation questions*
.

a.     ___ *responded that they worked 45 hours or less per week.*

b.     ___ *responded that they were required to provide no more than 10 hours per day of childcare.  Of the remaining ___, ___ responded that they worked more than 10 hours per day at least once a week.  ___ is the average number of hours per day the au pair participants reported they were expected to provide childcare.*

c.     ___ *responded that they received at least $139.05 per week as compensation.*

d.     ___ *responded that they received at least one-and-a-half days off per week.*

e.     ___ *responded that they received one complete weekend off per month.*

f.     ___ *responded that they did, or will receive two weeks paid vacation.*

g.     ___ *responded that they had a private room.*

h.     ___ *responded that their local organizational representative contacted them within 48 hours of their arrival at the host family's home.*

i.     ___ *responded that they Local organizational representative met, in person, with them and their host family within two weeks of their arrival at the Host
Family's home.*

j.     ___ *responded that they had monthly contact with their local organizational
         representative.*

k.     ___ *responded that they had enrolled, or will enroll before the completion of the*

         *year, in a U.S. post-secondary institution of higher learning.*

GAP_00012749

l.   ___ responded that they were reimbursed or paid for the first $500 toward
the costs of the required academic coursework.
27

m.   ___ responded that the orientation program they attended included
___hours of child safety and ___ hours of child development instruction, and
that the training was completed prior to their arrival at the host family's
home.

We sent confirmations to ___ host families (including rematches) selected for
testing.   ___ host families responded to the confirmations.  The following
presents the responses received from the host families to the confirmation
questions.

a.   ___ responded that their counselor contacted them within 48 hours of the au
pair participant's arrival at their home.

b.   ___ responded that their counselor met, in person, with them and their au
pair
participant within two weeks of the Au Pair Participant's arrival at their
home.

c.   ___ responded they had monthly contact with their counselor.

d.   ___ responded that their au pair participant had enrolled or will enroll
before the completion of the year in a U.S. post-secondary institution of
higher learning.

**(2)  A summation of all complaints regarding host family or au pair
participation in the program, specifying the nature of the complaint, its
resolution, and whether any unresolved complaints are outstanding.**

**(3)  A summation of all situations which resulted in the placement of an au
pair participant with more than one host family.**

We have reviewed all complaints submitted to the sponsor, including those
initiated by au pair participants and those initiated by the host families, and
situations resulting in the placement of an au pair participant with more than
one host family for completeness.  A summation each complaint setting forth the
following details is appended.

a.  The name of the host family and the number of years participating in the
program,
b.  The name of the au pair participant, and whether placement is first or
subsequent (rematch)
c.  Who initiated complaint and date of complaint
d.  A brief description of the nature of the complaint
e.  Whether complaint was reported to the Department of State, and if so, date
of report
f.  How complaint was resolved (action taken by Sponsor) and date of
resolution.

GAP_00012750

Case 1:14-cv-03074-CMA-KMT   Document 934   Filed 05/16/18   USDC Colorado   Page 36 of
HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

28

(4)   A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart.

(5)   A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives

(6)   A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

GAP_00012751

29

## STATISTICAL REPORT BASED ON **ALL** PARTICIPANTS DURING REPORTING PERIOD

| **TABLE A.  Participation Levels** | **Number of Au Pair Participants** |
|---|---|
| Total Number of Au Pair Participants Active in Program (in J-1 Status) during Reporting Period | |
| Number of Au Pair Participants Beginning Program during Reporting Period | |
|    Number of these Participants who were rematched once | |
|    Number of these Participants who were rematched two or more times | |
| Number of Participants Successfully Completing Program (12 month) During the Reporting Period | |
| Number of Participants leaving the program prior to the completion of their 12 months During the Reporting Period | |

| **TABLE B.   Educational Component** | **Number of Au Pair Participants** |
|---|---|
| Number of Au Pair Participants who successfully completed program (from Table A) | |
|    Number of these participants who completed the educational component. | |
|    Number of these participants who did not complete the educational component. | |

| **TABLE C.  Early Terminations** | **Number of Au Pair Participants** |
|---|---|
| Number of Participants leaving the program prior to the completion of their 12 months (from Table A) | |
|    Of these, number of participants leaving program of their own choice | |
|      Please specify reasons, and number of participants leaving program for each reason | |
|    Of these, number of participants terminated by sponsor prior to the completion of their 12-month program | |
|      Please specify reasons, and number of participants terminated by sponsor for each reason | |

30

GAP_00012752

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

| TABLE D.  Complaints<br><br>A Complaint is defined as a statement of dissatisfaction received by the Sponsor directly or indirectly (through the DOS) from either Host Family or Au Pair Participants and requiring action on the part of Sponsor to resolve | Number of<br>Au Pair<br>Participants |
|---|---|
| Total number of Complaints received by Sponsor during the reporting period | |
| Number of complaints initiated by both Au Pair and Host Family Participants | |
| Number of complaints initiated by Au Pair Participants | |
| Number of complaints initiated by the Host Family | |
| Number of complaints resolved by mediation | |
| Number of complaints resolved by rematching the Au Pair Participant | |
| Number of complaints resolved by terminating the Au Pair Participant | |
| Number of complaints resolved by terminating the Host Family | |

| Reason for Complaints | |
|---|---|
| Host Family not cooperative regarding Au Pair Participant's educational component | |
| Host Family requesting/requiring more than 45 hours/week or more than 10 hours/day of childcare | |
| Host Family requesting/requiring housekeeping chores beyond those directly related to childcare responsibilities | |
| Au Pair Participant is unwilling to work required time | |
| Au Pair Participant provides inadequate childcare | |
| Au Pair Participant is not proficient in the spoken English language | |
| Au Pair Participant did not receive required training | |
| Au Pair Participant does not have required experience | |
| Issues concerning scheduling -- time off, vacation, daily routine | |
| Issues regarding money – pay, reimbursements for damages, calls, etc. | |
| Issues concerning hygiene and privacy | |
| Issues concerning behavior and/or inappropriate activity | |
| Other Complaints, Please specify | |

31

SUMMATION OF COMPLAINTS

GAP_00012753

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

***ALL Complaints Should be Included in the Summation***

*Suggested format – to be used by ALL Sponsors*

_____
_____

Host Family Name _____

# of Years Participating in Program _____

Au Pair Name _____

First Placement/Rematch (# of Rematch) _____

Complaint Initiated by: Host Family   |___|   Au Pair   |___|   Date: _____

Reported to the DOS?   Yes  |___|   No  |___|   If Yes, Date:  _____

Description of Issues




How Resolved (Sponsoring Organization's Action) and Date



_____
_____

GAP_00012754

Case 1:14-cv-03074-CMA-KMT   Document 959-2   filed 03/30/18   USDC Colorado   Page 40 of 101

**RESTRICTED – EXHIBIT B TO DECLARATION OF BILL KAPLER. SEE GO AU PAIR'S RESTRICTED APPENDIX AT GAP App. 0038**

**RESTRICTED – EXHIBIT C TO
DECLARATION OF BILL KAPLER. SEE GO
AU PAIR'S RESTRICTED APPENDIX AT
GAP App. 0046**

Case No. 1:14-cv-03074-CMA-KMT Document 959-2 filed 08/30/18 USDC Colorado pg 43 of 102

# EXHIBIT D

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

---

| | |
|---|---|
| **From:** | DesignationAuPair |
| **Sent:** | 4/5/2016 6:24:19 PM |
| **Subject:** | Reminder -- New Guidlines for Au Pair Annual Report Submission |
| **Attachments:** | Annual Reports Guidance.docx; Au Pair Annual Report Template.xlsx |

Dear Au Pair Sponsors,

As the FY 2015 annual report submission deadline approaches, I would like to remind you that we have developed a new template for the annual report submission.  The FY 2015 annual report must be submitted in the new format.  While the submission format of various parts of the report  has been updated (see attached Excel template and guidance), the template for the independent accountant report has not changed.

Please review the attached guidance and let me know if you have any questions regarding the new format.  As in the past, the au pair annual report must be submitted electronically to DesignationAuPair@state.gov no later than by June 30.

Warm regards,
Stacey

**Stacey Gomelsky**
**Program Analyst • Office of Designation, Private Sector Programs**
**Bureau of Educational and Cultural Affairs • U.S. Department of State**
**301 4th St. SW, Suite 663 • Washington, DC • 20547**

**Tel: (202) 203-7939**


This email is UNCLASSIFIED.

---

**From:** DesignationAuPair
**Sent:** Wednesday, October 28, 2015 11:05 AM
**Subject:** 2015 Alliance Conference Au Pair Panel -- Follow-up

Dear Au Pair Sponsors,

As follow-up to the Au Pair panel meeting at the 2015 Alliance Conference last week, please find attached: 1) January 2015-October 2015 Au Pair program statistics, 2) new annual report excel spreadsheet template, and 3) guidance on the new annual reporting procedures.  The CY 2015 statistics include all new au pairs who started their program in 2015 and do not include extensions. Please let me know if you have any questions regarding the attached documents.

Please note that the Au Pair annual report must be submitted electronically to DesignationAuPair@state.gov no later than June 30.

Warm regards,
Stacey

**Stacey Gomelsky**
**Program Analyst • Office of Designation, Private Sector Programs**
**Bureau of Educational and Cultural Affairs • U.S. Department of State**
**301 4th St. SW, Suite 663 • Washington, DC • 20547**

**Tel: (202) 203-7939**

GAP_00079067

Case 1:14-cv-03074-CMA-KMT   Document 934   Filed 05/16/18   USDC Colorado   Page 44 of 102

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

GAP_00079068

**GAP App. 0056**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



**United States Department of State**

*Bureau of Educational and Cultural Affairs*
*Washington, D.C. 20522*

*www.state.gov*

Dear Au Pair Sponsors,

In an effort to streamline the Au Pair Program annual report submission and review process, the Office of Private Sector Designation would like to provide new reporting guidance that will improve the consistency of the collected data across all au pair program sponsors. According to 22 CFR §62.31 (m), the current reporting requirements for the au pair program are as follows:

(m) *Reporting requirements.* Along with the annual report required by regulations set forth at §62.15, sponsors shall file with the Department of State the following information: (1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses; (2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding; (3) A summation of all situations which resulted in the placement of au pair participant with more than one host family; (4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart; (5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and (6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

In addition to §62.31 (m), sponsors shall file an annual report by generating, completing and submitting form **DS-3097 in SEVIS**. The following information must be addressed, as required on Form DS-3097:

1) Summary
   a. Program Effectiveness
   b. Trends/changes
   c. New Initiatives
2) Difficulties
3) Reciprocity
4) Cross-Cultural Activities
5) Staff

The Au Pair annual report must be submitted electronically to DesignationAuPair@state.gov no later than June 30. There is no need to submit a hard copy.

Beginning with CY 2016, the Au Pair program annual report must contain the following documents in the specified order and titled according to the below guidelines:

1) **One PDF file** containing a report by a **certified public accountant**, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in the 22 CFR §62.31 (m).

   ➢ The file should be saved as P-X-XXXXX_Sponsor Name_Annual Report Program Audit

GAP_00079069

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

2

2) **One PDF file** containing the following documents:
   a. Signed **Form DS-3097**
   b. **Annual Report Program Narrative** addressing <u>each</u> of the following sections:
      ➢ Program Summary
      ➢ Program Effectiveness
      ➢ Trends/Changes
      ➢ New Initiatives
      ➢ Difficulties encountered by the sponsor during reporting period in administering the program
      ➢ Reciprocity initiatives (active or future)
      ➢ Cross-Cultural Activities
      ➢ Agency Staff (identifying the number of full time, part time, and contractor employees that work on the au pair program)
   c. Copy of the active **Health Insurance Policy**
   d. Copies of **Promotional Materials** that are NOT published online (for online materials, list website links on the designated template)
   e. Any other documents pertinent to the program

      ➢ The file should be saved as P-X-XXXXX_Sponsor Name_Annual Report Program Narrative

3) **One Excel file** in the DOS- provided template format containing the following information:
   a. Complete Exchange Visitor Placement Report
   b. Multiple Placements/Rematch Report (regardless whether an au pair was rematched due to a complaint or other circumstances)
   c. Summation of Host Family and Au Pair Complaints Report (regardless of whether the complaint was resolved in a rematch or otherwise).
   d. Summation of Au Pair Satisfaction Surveys
   e. Summation of Host Family Satisfaction Surveys
   f. Website links to online promotional materials
   g. Program Statistics

      ➢ P-X-XXXX_Sponsor Name_Annual Report EV Summation and Statistics

4) **One PDF file** containing any additional supplemental documents sponsors wish to include: surveys, graphics, success stories, recruitment and selection materials, orientation and/or training materials, etc. Copies of promotional materials should be included in the Program Report Narrative file - see section (2) d. above.

      ➢ The file should be saved as P-X-XXXXX_Sponsor Name_Annual Report Supplemental Documents

2

GAP_00079070

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**All Au Pair Placements**

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Reporting Year | Program Number | Program Name | AP SEVIS ID | AP Last Name | AP First Name | AP Date of Birth |

1

GAP_00079071

Case 1:14-cv-03074-CMA-KMT   Document 934   Filed 05/16/18   USDC Colorado   Page 48 of 101

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**All Au Pair Placements**

| | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AP Country | HF Last Name | HF Street Address | HF City | HF State | HF Zip | LCC Name | LCC Zip | RC Name |

2

GAP_00079072

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**All Au Pair Placements**

| | Q | R |
|---|---|---|
| 1 | Program Begin Date | Comments |

3

GAP_00079073

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Multiple Au Pair Placements -- Rematch**

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Reporting Year | Program Number | Program Name | AP SEVIS ID | AP Last Name | AP First Name | AP Country |

2

GAP_00079074

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Multiple Au Pair Placements -- Rematch**

| | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|
| 1 | HF Number | HF Last Name | HF City | HF State | LCC Name | Match Start Date | Match End Date | Rematch initiated by HF or AP |

2

GAP_00079075

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Multiple Au Pair Placements -- Rematch**

|  | P |
|---|---|
| 1 | Rematch Reason |

2

GAP_00079076

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Summation of Host Family Au Pair Complaints**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Reporting Year | Program Number | Program Name | AP SEVIS ID | AP Last Name | AP First Name | AP Country | # of Placements for AP |

3

GAP_00079077

**GAP App. 0065**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Summation of Host Family Au Pair Complaints**

|  | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|
| 1 | HF Last Name | HF City | HF State | # of Years HF in AP Program | Date Reported to Sponsor | Reported by HF or AP | Reported to DOS? Y/N | Date Reported to DOS |

3

GAP_00079078

**GAP App. 0066**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Summation of Host Family Au Pair Complaints**

|   | Q | R | S |
|---|---|---|---|
| 1 | Summary of Complaint | Summary of Resolution | Date of Resolution |

3

GAP_00079079

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Au Pair Satisfaction Survey**

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Reporting CY | Sponsor Number | Sponsor Name | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | Would you recommend the program? | | Yes | No |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | **Overall Program Experience** | | | **Predeparture Support from Sponsor** |
| 10 | Excellent | | | Excellent |
| 11 | Good | | | Good |
| 12 | Average | | | Average |
| 13 | Poor | | | Poor |
| 14 | | | | |
| 15 | **Educational Experience** | | | **Arrival Orientation & Training** |
| 16 | Excellent | | | Excellent |
| 17 | Good | | | Good |
| 18 | Average | | | Average |
| 19 | Poor | | | Poor |
| 20 | | | | |
| 21 | **Cultural Exchange Experience** | | | **On-Program Support from Sponsor** |
| 22 | Excellent | | | Excellent |
| 23 | Good | | | Good |
| 24 | Average | | | Average |
| 25 | Poor | | | Poor |
| 26 | | | | |
| 27 | **English Language Practice (if applicable)** | | | **Rematch Process (if applicable)** |
| 28 | Excellent | | | Excellent |
| 29 | Good | | | Good |
| 30 | Average | | | Average |
| 31 | Poor | | | Poor |

4

GAP_00079080

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Au Pair Satisfaction Survey**

| | E | F | G |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | **Support from Local Community Coordinator** |
| 10 | | | Excellent |
| 11 | | | Good |
| 12 | | | Average |
| 13 | | | Poor |
| 14 | | | |
| 15 | | | **Experience with Host Family** |
| 16 | | | Excellent |
| 17 | | | Good |
| 18 | | | Average |
| 19 | | | Poor |
| 20 | | | |
| 21 | | | **Experience with Americans** |
| 22 | | | Excellent |
| 23 | | | Good |
| 24 | | | Average |
| 25 | | | Poor |
| 26 | | | |
| 27 | | | **Program Expectations Met? (Marketing vs. Reality)** |
| 28 | | | Excellent |
| 29 | | | Good |
| 30 | | | Average |
| 31 | | | Poor |

4

GAP_00079081

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Host Family Satisfaction Survey**

| | A | B | C |
|---|---|---|---|
| 1 | Reporting CY | Sponsor Number | Sponsor Name |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | Would you recommend the program? | | Yes |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | **Overall Program Experience** | | |
| 10 | Excellent | | |
| 11 | Good | | |
| 12 | Average | | |
| 13 | Poor | | |
| 14 | | | |
| 15 | **Educational Content** | | |
| 16 | Excellent | | |
| 17 | Good | | |
| 18 | Average | | |
| 19 | Poor | | |
| 20 | | | |
| 21 | **Cultural Exchange Benefit** | | |
| 22 | Excellent | | |
| 23 | Good | | |
| 24 | Average | | |
| 25 | Poor | | |
| 26 | | | |
| 27 | **Au Pair English Language Proficiency (as applicable)** | | |
| 28 | Excellent | | |
| 29 | Good | | |
| 30 | Average | | |
| 31 | Poor | | |

5

GAP_00079082

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Host Family Satisfaction Survey**

| | D | E | F |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | No | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | **Predeparture Support from Sponsor** | | |
| 10 | Excellent | | |
| 11 | Good | | |
| 12 | Average | | |
| 13 | Poor | | |
| 14 | | | |
| 15 | **Au Pair Matching Process** | | |
| 16 | Excellent | | |
| 17 | Good | | |
| 18 | Average | | |
| 19 | Poor | | |
| 20 | | | |
| 21 | **On-Program Support from Sponsor** | | |
| 22 | Excellent | | |
| 23 | Good | | |
| 24 | Average | | |
| 25 | Poor | | |
| 26 | | | |
| 27 | **Rematch Process (if applicable)** | | |
| 28 | Excellent | | |
| 29 | Good | | |
| 30 | Average | | |
| 31 | Poor | | |

5

GAP_00079083

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Host Family Satisfaction Survey**

| | G |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | **Support from Local Community Coordinator** |
| 10 | Excellent |
| 11 | Good |
| 12 | Average |
| 13 | Poor |
| 14 | |
| 15 | **Experience with Au Pair** |
| 16 | Excellent |
| 17 | Good |
| 18 | Average |
| 19 | Poor |
| 20 | |
| 21 | **Compatability of Au Pair and Host Family** |
| 22 | Excellent |
| 23 | Good |
| 24 | Average |
| 25 | Poor |
| 26 | |
| 27 | **Program Expectations Met? (Marketing vs. Reality)** |
| 28 | Excellent |
| 29 | Good |
| 30 | Average |
| 31 | Poor |

5

GAP_00079084

**GAP App. 0072**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Promotional Materials**

| | A | B | C |
|---|---|---|---|
| 1 | Reporting CY | Sponsor Number | Sponsor Name |
| 2 | | | |
| 3 | | | |
| 4 | Please list website links to all online promotional materials: | | |

6

GAP_00079085

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Program Statistics**

| | A | B |
|---|---|---|
| 1 | Sponsor Name | Sponsor Number |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | **TABLE A: PARTICIPATION LEVELS** | |
| 6 | | |
| 7 | Total Number of Au Pair Participants Active in Program as of January 1, 2015 | |
| 8 | Total Number of Au Pair Participants Active in Program as of December 31, 2015 | |
| 9 | # of Au Pair Participants Beginning Program During 2015 | |
| 10 | # of These Participants Re-matched Once | |
| 11 | # of These Participants Re-matched Two or More Times | |
| 12 | # of Participants Successfully Completing 12-month Program During 2015 (Including extensions)* | |
| 13 | # of Participants Leaving the Program Prior to the Completion of Their 12-Months During 2015 | |
| 14 | | |
| 15 | **TABLE B: EDUCATIONAL COMPONENT** | |
| 16 | | |
| 17 | # of Participants Successfully Completed 12-Month Program (Including extensions)* | |
| 18 | # of These Participants Who Completed the Educational Component | |
| 19 | # of These Participants Who Did Not Complete the Educational Component | |
| 20 | | |
| 21 | **TABLE C: EARLY TERMINATIONS** | |
| 22 | | |
| 23 | **# of Participants Leaving the Program Prior to Their 12-Months During 2015** | |
| 24 | | |
| 25 | **Voluntary Withdrawals (Au Pairs Who Withdrew in 2015 but Arrived '14-'15)***includes extensions | |
| 26 | Homesickness | |
| 27 | Unknown/AWOL | |
| 28 | Medical Reasons | |
| 29 | Family Emergency/Illness | |
| 30 | Personal Reasons | |
| 31 | Host Family Withdrew, Au Pair Did Not Want to Rematch | |
| 32 | | |
| 33 | **Terminations (Au Pairs Who Were Terminated in 2015 but Arrived '14-'15)***includes extensions | |

7

GAP_00079086

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Program Statistics**

|    | C |
|----|---|
| 1  | Reporting CY |
| 2  |   |
| 3  |   |
| 4  |   |
| 5  |   |
| 6  |   |
| 7  |   |
| 8  |   |
| 9  |   |
| 10 |   |
| 11 |   |
| 12 |   |
| 13 |   |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |
| 29 |   |
| 30 |   |
| 31 |   |
| 32 |   |
| 33 |   |

7

GAP_00079087

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Program Statistics**

| | A | B |
|---|---|---|
| 34 | Inadequate Child Care | |
| 35 | Unable to Find Compatible Replacement Family | |
| 36 | Inability to Follow Family/Program Guidelines | |
| 37 | Death | |
| 38 | | |
| 39 | **TABLE D: COMPLAINTS** | |
| 40 | | |
| 41 | **Total Number of Complaints Received by Sponsor in 2015** | |
| 42 | # of Complaints Initiated by Both Au Pair and Host Family | |
| 43 | # of Complaints Initiated by Au Pair Participants | |
| 44 | # of Complaints Initiated by the Host Family | |
| 45 | | |
| 46 | Number of Complaints Resolved by Mediation | |
| 47 | Number of Complaints Resolved by Rematching the Au Pair Participant | |
| 48 | Number of Complaints Resolved by Terminating the Au Pair Participant | |
| 49 | Number of Complaints Resolved by Terminating the Host Family | |
| 50 | | |
| 51 | **Reasons for Complaint** | |
| 52 | Host Family Not Cooperative Regarding Au Pair Participant's Educational Component | |
| 53 | Host family Requesting/Requiring More Than 45 Hours per Week or 10 Hours Per Day | |
| 54 | Host Family Requesting/Requiring Housekeeping Chores Beyond Those Directly Related to Childcare | |
| 55 | Au Pair is Unwilling to Work Required Time | |
| 56 | Au Pair Provides Inadequate Childcare | |
| 57 | Au pair is Not Proficient in English | |
| 58 | Au Pair Did Not Receive Required Training | |
| 59 | Au Pair Does not Have Experience Needed by the Family | |
| 60 | Issues Concerning Scheduling -- Time Off, Vacation, Daily Routine | |
| 61 | Issues Regarding Money - Pay, Reimbursements for Damages, Calls | |
| 62 | Issues Concerning Hygiene and Privacy | |
| 63 | Issues Concerning Behavior and or Inappropriate Activity | |
| 64 | Placement Location | |
| 65 | Personality Differences | |
| 66 | Au Pair's Driving Skills | |

GAP_00079088

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Program Statistics**

| | C |
|---|---|
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |

7

GAP_00079089

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Program Statistics**

| | A | B |
|---|---|---|
| 67 | Au Pair Medical Reasons | |
| 68 | Family Illness/Death/Emergency | |
| 69 | Participant Does Not Want to Be an Au Pair | |
| 70 | Host Family Home Not Conducive to Cultural Exchange | |
| 71 | Homesickness | |
| 72 | Host Family Leaving the Program | |
| 73 | Au Pair Inability to Follow Guidelines | |
| 74 | Personal Reasons | |

7

GAP_00079090

**GAP App. 0078**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Program Statistics**

|    | C |
|----|---|
| 67 |   |
| 68 |   |
| 69 |   |
| 70 |   |
| 71 |   |
| 72 |   |
| 73 |   |
| 74 |   |

7

GAP_00079091

Case 1:14-cv-03074-CMA-KMT   Document 934   Filed 05/16/16   USDC Colorado   Page 68 of 101

# EXHIBIT E

# AU PAIR EDUCATION REQUIREMENTS



Please be advised that the final rule governing au pair extensions has been published. Given this publication, the Department of State finds it appropriate to remind all sponsors of their obligations in facilitating the educational requirements of the au pair program. Section 62.31(k) states that sponsors must:

(1)    Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2)    Require that during any extension of program participation, all participants (i.e., Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-

## DEPARTMENT OF STATE EXCHANGE VISITOR PROGRAMS
## COMPLIANCE UNIT INFORMATION NOTICE # 3 – JUNE 2006

GAP_00000829

secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

The Department respectfully advises all au pair sponsors that full compliance with the educational component of our regulations is expected, and that au pairs must satisfy this requirement by enrolling in and attending classes in "accredited U.S. post-secondary institutions." Accordingly, participation in certain types of "educational substitutions" – including the following – does not satisfy the educational requirements of the program:

- Study tours
- Distance learning courses
- Volunteer work

The Department wishes to ensure that au pair exchange visitors and host families do not suffer financial hardship due to prior or anticipated participation in such educational substitutions. Thus, for transitional purposes, the Department offers the following guidance:

- Sponsors should immediately inform au pairs who recently arrived or will arrive in the United States of the Department's educational requirement, emphasizing that educational substitutions do not satisfy the requirement.

- Sponsors may continue to recognize educational substitutions as satisfying the educational requirement for au pairs only under the following circumstances:

  o The au pair has already completed an educational substitution; or
  o The au pair has already registered for an educational substitution scheduled to commence no later than August 30, 2006.

We believe this grace period will accommodate those au pairs who had planned to avail themselves of an educational substitution or who lack adequate time or opportunity to make alternative plans. To the extent that individual cases are not covered by the above exceptions, the Department anticipates that sponsors will work with the affected parties to mitigate potential hardships or financial losses.

In the spirit of cooperation and in an effort to achieve the public diplomacy purposes underlying the au pair exchange program, the Department requests that sponsors explain fully to all host families and au pair participants that regulations governing the educational component of au pair programs have been in effect since 1994, and that the information contained in this notice in no way represents a new regulatory requirement.

---

## DEPARTMENT OF STATE EXCHANGE VISITOR PROGRAMS
## COMPLIANCE UNIT INFORMATION NOTICE # 3 – JUNE 2006

---

GAP_00000830

# EXHIBIT F

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**
**Private Sector Exchange**

June 3, 2011

# Guidance Directive 2011-02

## Au Pair Exchange Visitor Program:  Statutory Considerations of Continued Collection of "Performance Bonds"

It has recently come to the Department's attention that sponsors are in the practice of collecting performance bonds for au pair participants (i.e., security deposits, completion bonuses, etc.).  This Guidance Directive is issued to all designated Au Pair sponsors to cease such practices in compliance with federal statutes.

In February 1995, with the publication of a Final Rule governing the Au Pair Program, the United States Information Agency rescinded the program guidelines governing au pair placements which included the requirement that au pair participants place with the au pair sponsor a bond in the amount of five hundred dollars to be returned to the au pair upon successful completion of the program. .The following is an excerpt from the Federal Register publication/Volume 60 No. 31/ Wednesday, February 15, 1995:

> ***Other Statutory Considerations***
>
> *The program guidelines governing au-pair placements for the past eight years have required that the au-pair participants place with the au-pair sponsor a bond in the amount of five hundred dollars.  This bond was forfeited if the au-pair participant failed to successfully complete the agreed upon one year program or failed to return to their home country.*
>
> *In discussions with the Department of Labor regarding payment of minimum wage, the Agency was advised by the Department that this bond requirement was a minimum wage violation.  For the reasons discussed above, under the Chevron doctrine, deference to Department of Labor's interpretation is appropriate.*
>
> *Additionally, the Agency's subsequent review of this matter has led it to conclude that it is without statutory authority to impose a bond.  Pursuant to provisions of the Immigration and Naturalization Act set forth at 8 U.S.C. 1184 (a) the Attorney General is vested with authority governing the admission of aliens into the United States and the giving of a bond to insure the aliens maintenance of status and  departure from the United States.*

GAP_00067121

HIGHLY CONFIDENTIAL–ATTORNEY EYES ONLY

Guidance Directive 2011-02

Au Pair Exchange Visitor Program

---

> *The Director of USIA is without such authority and the regulatory provision set forth at 22 CFR 514.31(1) requiring a performance bond is therefore deleted.*

Please amend all program materials eliminating any reference to the collection of a bond, completion bonus, etc.

Stanley S. Colvin
Deputy Assistant Secretary
  for Private Sector Exchange

2

GAP_00067122

Case No. 1:14-cv-03074-CMA-KMT   Document 959-2   filed 03/30/18   USDC Colorado   pg 75 of 102

# EXHIBIT G

HIGHLY CONFIDENTIAL– ATTORNEY EYES ONLY



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**
**Private Sector Exchange**

**April 22, 2015**

# Guidance Directive 2015-01

## 22 CFR PART 62 – SEVIS FUNCTIONS: PROPER USE OF "SHORTEN", "END", AND "TERMINATE" EXCHANGE PROGRAMS

This Guidance Directive seeks to provide clarification to sponsors on the use, with respect to an exchange visitor's program, of the "shorten", "end", and "terminate" functions in the Student and Exchange Visitor Information System (SEVIS). Regulations at 22 CFR § 62.13 require sponsors to notify the Department via SEVIS of the program status of an exchange visitor, including any withdrawal from, early completion of, or termination of an exchange visitor's program. This Guidance Directive also addresses use of these functions with respect to accompanying spouse and dependent records.

### Shorten Program for Exchange Visitors

The "Shorten Program for EV" option is available when an exchange visitor is in Active status. The option is used to reduce the length of the exchange visitor's program by changing the program end date. Sponsors should utilize "Shorten Program for EV" to report a revised program end date in all cases except those involving the death of an exchange visitor (see "End Program" section below) or termination of an exchange visitor's program (see "Terminate" section below). In addition to reporting the actual program end date, sponsors must enter an explanation for the date change in the Remarks text box. An updated copy of the Form DS-2019 may be reprinted and the updated Form DS-2019 must be signed in blue ink and provided to the exchange visitor and accompanying spouse and dependents, if applicable. The updated Form DS-2019 allows the Department and the exchange visitor to maintain an accurate record of the program dates.

If an exchange visitor's departure from their exchange program is more than 15 calendar days before the date printed on the current Form DS-2019, the sponsor must shorten the program in SEVIS. This action is to ensure that the updated Form DS-2019 displays the actual program end date and the 30-day grace period is properly observed.

If an exchange visitor's departure from their exchange program is within 15 calendar days of the program end date printed on the current Form DS-2019, the sponsor should not take any action in SEVIS. The exchange visitor's SEVIS status will automatically change from "Active" to "Inactive" following the scheduled program end date.

2

To shorten an exchange visitor's program, perform the following:

1. Access the *Exchange Visitor (EV) Information* screen for the EV whose record is being updated (perform a search for the record or use the **EV Lists** link).
2. Click the **Shorten Program for EV** link to access the *Shorten Program for EV* screen, which displays summary data for the selected EV.
3. On the *Shorten Program for EV* screen, change the program end date.
4. Enter an explanation for the date change in the **Remarks** text box; this is a required field.

   Participation can be concluded (non-adverse termination) for the following reasons:

   - Completed
   - Inability to continue program
   - Program completed 30 days or more before program end date
   - Withdrawal from the program

5. Click the **Shorten Program for EV** button to save the information to SEVIS. A message displays stating that the information has been saved.
6. On the message screen, click the **Print Final DS-2019** button to print an updated copy of the Form, sign it in **blue** ink, and provide it to the EV and dependents, if any. (See Volume II of the SEVIS User Manual, Section 2.5.6, Print a Draft or Final Form DS-2019, for printing instructions.)

   **Note:** The following will print in the **Purpose of this Form** section of the new Form DS-2019, "Amend a previous form: Shorten Program."

### End Program for Exchange Visitors

Sponsors should utilize the "End Program for EV" SEVIS function only to report the death of an exchange visitor. The exchange visitor's program end date will not change and an updated Form DS-2019 is not required.

Concluding an exchange visitor's program participation affects the accompanying spouse and dependent whose record is in Active status, changing their SEVIS status to the status of the exchange visitor. If an accompanying spouse and dependent's SEVIS status is currently Inactive or Terminated, then there is no change in that spouse and dependent's status.

To end an exchange visitor's program, perform the following:

1. Access the *Exchange Visitor (EV) Information* screen for the EV whose record is being updated (perform a search for the record or use the **EV Lists** link).
2. Click the **End Program for EV** link on the **Actions** menu. **Error! Reference source not found.**It contains summary information for the selected EV.
3. Select "Death of EV" from the drop-down list.
4. Enter the effective date of completion for the exchange visitor.
5. Enter optional comments in the **Remarks** text box.
6. Click the **End Program for EV** button. A confirmation message displays.

7. Click **Yes** to end the program for the exchange visitor, or click **No** to return to the *End Program for Exchange Visitor* screen without changing the exchange visitor's status.

**Note:** The exchange visitor's program end date will not change. The SEVIS status will change to Inactive following the Effective Completion Date.

**Terminate Exchange Visitor**

Sponsors should utilize the "Terminate EV" SEVIS function to report the termination of an exchange visitor's program due to an exchange visitor's violation of the Exchange Visitor Program regulations and/or other reasons set forth in 22 CFR § 62.40 (see also 22 CFR § 62.45(d)). The "Terminate EV" SEVIS function may have an adverse, or negative, effect on the exchange visitor's record and on the record of each dependent of the exchange visitor.

This option is available for exchange visitors whose SEVIS status is either Active or Inactive. Terminated exchange visitors have no benefits and cannot apply for an extension, reinstatement, or change of category. Exchange visitors who are terminated, and the accompanying spouse and dependents, should prepare to leave the United States immediately.

Terminating an exchange visitor's program participation affects the accompanying spouse and dependent whose record is in Active status, changing their SEVIS status to the status of the exchange visitor. If an accompanying spouse and dependent's SEVIS status is currently Inactive (for example, has turned 21 years of age) or Terminated (for example, has committed a crime), then there is no change in that spouse and dependent's status.

To terminate an exchange visitor, perform the following:

1. Access the *Exchange Visitor (EV) Information* screen for the EV whose SEVIS status is being terminated (perform a search for the record or use the **EV Lists** link).
2. Click the **Terminate EV** link on the **Actions** menu. **Error! Reference source not found.**, is an example of the screen that displays.
3. Select the reason for termination from the drop-down list. If **Other** is selected, enter an explanation in the Explanation text box. A maximum of 500 characters may be entered into the text box. This information will be displayed on the *Exchange Visitor Information* screen.
4. Enter the effective date of the termination.
5. Enter optional comments in the **Remarks** text box. This information will be displayed on the *Exchange Visitor Information* screen.
6. Click the **Terminate EV** button to complete the process. The EV and dependents, if any, will be terminated on the effective termination date entered on the *Terminate EV* screen.

**Note:** When terminated, the exchange visitor's program end date will not change; it will reflect the original intention of the program.

GAP_00067133

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

4

### Ending/Terminating J-2 SEVIS Records

Per 22 CFR § 62.13(a)(4), sponsors are required to notify the Department via SEVIS if an accompanying spouse and/or dependent(s) depart from the United States prior to the exchange visitor's departure date.

To end or terminate a J-2 accompanying spouse or dependent, perform the following:

1. Access the *Dependent Information* screen for the dependent whose status is being changed to Inactive (perform a search for the record or use the **EV Lists** link).
2. Click the **End Status** link on the **Actions** menu.
3. Select an end of status reason from the drop-down list. If **Other** is selected, enter an explanation in the text box provided.
4. Enter optional comments in the **End of Status Comment** text box.
5. Click the **End Status** button to complete the process. The status of the accompanying spouse and dependent will have changed to Inactive.


We thank you for your continued commitment to international exchanges and to the Department's public diplomacy mission. Your contribution is vital, and we value your partnership.


Robin J. Lerner
Deputy Assistant Secretary
 for Private Sector Exchange

GAP_00067134



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**
**Private Sector Exchange**

**May 15, 2015**

# Guidance Directive 2015-02

## Formatting Guidelines for Au Pair and Secondary School Student Program Sponsors– Entering Host Family U.S. Address in the Residential Address Information Fields in SEVIS

This Guidance Directive provides updated SEVIS formatting guidelines in reference to host family addresses for the Au Pair and Secondary School Student categories. This Guidance Directive replaces Page 6 (Formatting Guidelines – Entering U.S. Address) of Guidance Directive 2011-06 dated December 15, 2011, *Maintaining SEVIS Records*.

With the upcoming SEVIS Release 6.21, Secondary School Student and Au Pair Program sponsors will no longer be allowed to enter the host family name and address in the Current U.S. Address line 1 field as previously recommended. Au Pair and Secondary School Student Program Sponsors must enter host family names in the primary and secondary contact name fields within the "Residential Information" section of the Form DS-2019. The host family address must be entered in the U.S. Address (Physical Address) section.

SEVIS will also impose a set of standards for U.S. Addresses associated with exchange visitors. The following fields are available in the address modal:

- **Street Address** – field length is limited to 64 characters.
- **#** - field length is limited to 6 characters to capture suite or apartment number
- **Other -** used to add special location information (i.e. host family names, building/dormitory names, PO Box, etc.). Contents entered into the 'Other' field will not be validated.
- **City**
- **State** – drop down field
- **Zip** – field length is limited to 5 numbers

Attached is an Addendum with a screenshot of the formatting guidelines of adding a U.S. address in SEVIS.

GAP_00067135

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

2

We thank you for your continued commitment to international exchanges and to the Department's public diplomacy mission. Your contribution is vital, and we value your partnership.

Robin J. Lerner
Deputy Assistant Secretary
 for Private Sector Exchange

GAP_00067136

3

# Formatting Guidelines – Entering U.S. Address Information into SEVIS

| | | |
|---|---|---|
| **Physical Address** | Secondary School Students and Au Pairs: For secondary school students, enter the street address of the host family or boarding school in the 'Street Address' field and the name of the host family or boarding school in the 'Other' field.

For au pairs, enter the street address of the host family in the 'Street Address' field and the name of the host family in the 'Other' field. | If two parent host family:

Add U.S. address information. Only Street Address and Zip Code are required. SEVIS will automatically add the plus four zip where available. Use the number field for apartment numbers, suite numbers, etc. that follow the street address.

* Street Address: 123 Rainbow Way          Suite/Apt #

Other: Bravo, Joe and Bravo, Jane
The contents of this field are not validated. Use it to add special location information (i.e. host family names, building/dormitory names, etc.). See Help for more details.

City: New York
State: NEW YORK ▾
* Zip: 12345

Cancel                          [Submit] |
| **Residential Address Information** | In addition to entering the name of the host family/boarding school in the 'Other' field, sponsors should enter the Host Family information in the Residential Address Information section:

**Single Parent:** Enter the Last Name and First Name in the 'Primary Contact' fields

**Two Parents**: Enter the Last Name and First Name in the Primary Contact and Secondary Contact Fields

A telephone number may also be provided for the Host Family | Residential Address Information:

Local Community Coordinator Last Name: JOHNSON
Local Community Coordinator First Name: MARY

Residential Address Type: HOST FAMILY ▾

Host Family Information:
Primary Contact Last Name: BRAVO
Primary Contact First Name: JOE
Secondary Contact Last Name: BRAVO
Secondary Contact First Name: JANE
Telephone Number:( 123 ) 456 - 7890 ext.

Boarding School Information:
Boarding School Name:
Telephone Number:( ) - ext. |

GAP_00067137

# EXHIBIT H

GAP App. 0094



**OFFICE OF PRIVATE SECTOR EXCHANGE**

**BUREAU OF EDUCATIONAL AND CULTURAL AFFAIRS**

**U.S. DEPARTMENT OF STATE**

**BUILDING CROSS-CULTURAL COMPONENTS INTO THE**

**EXCHANGE VISITOR PROGRAM**

### ➤ Why Does an Exchange Visitor Program Need a Cross-cultural Component?

The Exchange Visitor Program (EVP) brings true global value to American public diplomacy. People-to-people programs provide unlimited opportunity for exchange visitors and Americans to engage with each other, to inform exchange visitors' thinking about the United States and its place in the global community, to break down prejudices and misunderstandings, and in the long-term expand and strengthen the relationships between Americans and the rest of the world.

In accordance with the Fulbright-Hays Act of 1961, these cultural, educational and professional exchanges are intended to build mutual understanding -- and help create a foundation of trust between Americans and the rest of the world. By bringing people together to share perspectives and experiences, they strengthen our national security and promote prosperity – at home and abroad.

Each EVP category offers participants a unique opportunity to experience the U.S. and its diversity and to connect directly with Americans. The cross-cultural component of the EVP experience is critical to the short-term success of each individual exchange, and to the long-term effectiveness of the Program and of U.S. public diplomacy overall.

Through an Exchange Visitor Program sponsor designation, you are entrusted to implement a cultural exchange program, in collaboration with host organizations, other partners and the participants, themselves. Success in advancing U.S. public diplomacy goals, as all programs in the EVP are intended to do, is best achieved through careful planning and execution of the cultural component of the exchange.

### ➤ What is the Goal of a Cross-Cultural Component?

The cross-cultural component of the exchange visitor program gives participants the opportunity to learn about U.S. society and culture outside of their placement; to share their own culture, traditions and views with Americans; to help see the world from another perspective; to be more tolerant and respectful of differences; and to appreciate similarities that bring people together. These are the goals of people-to-people exchange and are the central reasons the Exchange Visitor Program exists.

GAP_00000848



➢ **Where Can We Begin?**

When you're planning cross-cultural activities, you might ask yourself some of these questions:

- What is the goal of your program?
- Who are your participants?
- How much do they know about the U.S.?
- What are their personal and career goals?
- What do they like to do during "off-hours"?
- How can they have fun, learn more about the community in which they're living, and connect with Americans in enjoyable and meaningful ways?
- What is special about their host community?
- What resources and special activities does the community offer?
- How does what these students/scholars/interns, etc. are doing in the U.S. fit into a larger picture about American values and customs?

Asking your participants about their understanding of American history, society, culture, etc., such as through a questionnaire or conversation before they come, would enable you to tailor a successful and fulfilling program.

- What do your visitors want from their experience in the United States?
- What is their knowledge of specific aspects of American society, history and culture?
- What are their pre-conceived notions?
- What do they know about the unique environment in which they will be placed?
- What do they want to know?

It simply makes sense to ask questions before arrival to determine what type of program would ensure the right engagement and focus while visitors are here.

➢ **What Can We Talk About?**

Cross-cultural programs can be built around any number of general themes that participants might like to learn more about: civic responsibility; civil rights; community service and volunteerism; American history and exploration; youth leadership; science, technology, engineering and math in the local/global economy; personal or individual freedoms; American entrepreneurial spirit; democracy and governance; individual responsibility; holidays and food; the media; government; American film, culture and the arts; and ethnic, racial and religious diversity in the U.S. These conversation threads can help set the stage for the activities you plan.

GAP_00000849



> **What Activities Work?**

Almost anything that is part of a well-crafted program! The objective is to think about your goals, determine themes, and match the interests of your participants with the unique resources of the communities in which they are living. Local communities in which participants are placed offer a wide variety of opportunities to engage at a very personal level such as through clubs, civic associations, shopping excursions, school visits, musical outings, community service, museums, company-sponsored events. Here are just a few examples:

- Talk/teach about the American culture/history of philanthropy and volunteerism and then arrange a day of volunteer work with a local charity.
- Talk/teach about the American economy, crafts and trade, and then plan a day at a county fair and/or a local trade show. Meet the local farmers, small business owners, crafts people.
- Talk/teach about American sports and recreation, then pick a sport to teach visitors to play, creating a league with competitive games. Go to a game/match (high school, college, professional) all together. Set up a fun match between the participants and a local team.
- Talk/teach about American cultural and religious celebrations. Celebrate U.S. holidays with families and community groups. Talk about the meaning of the day.
- Talk/teach about American cultural expression. What music/dance is unique to the host region (country, western, jazz, local high school bands, square dance lessons, etc.)? Arrange dance classes and dance-offs and go to a show. Give the participant a chance to share and compare his/her culture.
- Talk/teach about American theater and arts throughout our history and today; create a theater club. Theater is a great expression of societal values – and conflict. Check out the local and school theater schedules and schedule theater outings regularly throughout the program. Combine the outings with dessert discussions about the playwright, play and themes.
- Everybody loves to eat! Organize a series of American culinary evenings where participants can learn to cook and eat the results! Use food as a conversation thread to talk about American traditions, customs and history. Share the recipes and include some cross-cultural evenings for visitors to share and teach their own culinary traditions.
- Schools and teachers can set up pen pal relationships through social media.

> **Where Can We Go for Assistance?**

You don't have to re-invent the cross-cultural wheel. Many organizations in the host communities may already sponsor exchanges and organize cross-cultural programs. Reach out to community, HBCU (Historically Black Colleges and Universities) and tribal colleges and universities, international student houses on local university campuses, World Affairs Councils, local chambers of commerce and other international visitor and exchange organizations (see Resources List below). You may find great opportunities right in your own communities for collaborating on cross-cultural programs for your participants.

GAP_00000850



**If you have questions, comments and, most importantly, would like to share your cross-cultural program successes, please send them to** EVPbestpractices@state.gov.

**EVP CROSS-CULTURAL ACTIVITIES GUIDE: RESOURCES LIST**

*Following is a sample selection of useful resources to check out as you are looking for ideas for building cross-cultural activities into your exchange visitor program.*

**National Council for International Visitors (NCIV):** A vibrant network of over 90 non-profit organizations in over 40 states in the United States that connect leaders from all walks of life in U.S. communities with visitors from all around the world. Each member Council for International Visitors (CIV) conducts a variety of programs to introduce international visitors to U.S. society and culture, drawing on resources unique to their community. To find a CIV near you see: http://www.nciv.org/Members/community-test.html

**Friendship Force International (FFI):** Promotes friendship and goodwill through an extensive program of home hosting and exchanges between clubs in over 50 countries, sharing the best experiences of their region. Check out Club Resources page. http://friendshipforce.org/

**Sister Cities International (SCI):** A non-profit national membership organization for individual sister cities, counties, and states across the United States. This network unites tens of thousands of citizen diplomats and volunteers in programs in 136 countries on six continents. SCI helps advance peace and prosperity through cultural, educational, humanitarian, and economic development efforts. http://www.sister-cities.org/

**U.S. Center for Citizen Diplomacy (USCCD):** Promotes opportunities for all Americans to be citizen diplomats and affirms the indispensable value of citizen involvement in international relations in an era of increasing globalization. Find useful curriculum development resources at http://uscenterforcitizendiplomacy.org/pages/curriculum/

**Hostelling International USA (HI-USA):** Founded in 1934 to promote international understanding of the world and its people through hostelling. HI-USA currently operates a network of over 50 quality hostel facilities across the United States, ranging from urban high-rise buildings, to neighborhood settings in smaller centers, to scenic and more remote locations on coastlines and parklands. HI-USA hostels offer a wide range of fun activities, events and educational programs that enrich the travel experience and create opportunities for greater intercultural awareness and understanding. http://www.hiusa.org/

GAP_00000851



**Girl Scouts of the USA:** Helps girls discover the fun, friendship, and power of being together through field trips, sports skill-building clinics, community service projects, cultural exchanges, and environmental stewardships. The NCIV partners with Girl Scouts to promote multigenerational involvement in citizen diplomacy and to facilitate international visitor exchanges focused on girls and women's leadership. Find a local Girl Scout council in your area. http://www.girlscouts.org/councilfinder/

**World Affairs Councils of America (WACA):** The largest nonpartisan, non-profit grassroots organization in the United States dedicated to educating and engaging the American public on global issues. The network consists of almost 100 councils in over 40 states. Find a member Council in your state. www.worldaffairscouncils.org/

**Peace Corps:** Federal government agency devoted to world peace and friendship. Volunteers serve in host countries to work on issues ranging from AIDS education to information technology, environmental preservation and business development, while helping to promote a better understanding of each other's cultures. Their World Wise Schools program provides classroom resources based on Peace Corps Volunteers experiences. http://wws.peacecorps.gov/wws/index.cfm?

**National Archives of the United States:** Education section contains reproducible copies of primary documents from the holdings of the National Archives, teaching activities correlated to the National History Standards and National Standards for Civics and Government, and cross-curricular connections. http://www.archives.gov/education/lessons/

**Federal Resources for Educational Excellence:** Teaching and learning resources from federal agencies, grouped by topic (U.S. history, entrepreneurship, arts and culture) http://www.free.ed.gov/

**American Studies Association:** the nation's oldest and largest association devoted to the interdisciplinary study of American culture and history. Find a chapter near you at http://www.theasa.net/chapters/

**U.S. Community Colleges** (c/o University of Texas at Austin): Find a community college in your area at http://www.utexas.edu/world/comcol/alpha/

**Historically Black Colleges and Universities:** Find a list of accredited institutions at http://www.ed.gov/edblogs/whhbcu/one-hundred-and-five-historically-black-colleges-and-universities/

**Tribal Colleges and Universities (TCU):** Take a look at a map and roster of locations at http://www.aihec.org/colleges/TCUmap.cfm

**RESTRICTED – EXCERPTS OF MARCH 5, 2018 DEPOSOTION OF MANON BALTA.**
**SEE GO AU PAIR'S RESTRICTED APPENDIX AT GAP App. 0100**

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

---

*Confidential Video Deposition of Ivette Alexandra Gonzalez*

*September 28, 2016*

---



Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office) 303-988-8478 (Fax)
SKReporting.com

GAP App. 0110

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016



Page 65

1    was looking for.
2

Page 67

1

Page 68

20        Q.  (By Ms. Reilly)  What happened in the
21    matching process after the Skype call?
22            MS. McELROY:  Objection.
23        A.   Could you repeat the question?
24        Q.  (By Ms. Reilly)  Yes.  What happened next
25    in the matching process after the Skype call?

them, yes.
25        Q.   What?

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016



Page 81

1        MS. McELROY:  Objection.
2        A.  I don't know who filled this out.  Simply
3   they send it to me, and I signed it as part of the
4   procedure.
5

Page 82

1

Page 83

Page 84

3        Q.   Before you went to the United States, did
4   you do any training for the au pair program?
5        A.  Yes, ma'am.
6        Q.   And what training did you do?
7        A.  It was online.  It was by computer, all of
8   it.  Well, it was all online.  And it talked about how
9   you had to put the chair, that the chair was an important
10  thing here in the United States.  And it talked about how
11  it was supposed -- you were supposed to bathe a child.  I
12  don't remember everything that it said, but those are
13  some of the things that come to my mind.
14       Q.   And where did you watch the online
15  training programs?
16       A.  In my home.
17       Q.   And how many days did it take you to get
18  through the training?
19       A.  I don't remember, but it was more than
20  eight.
21       Q.   And how many hours a day would you spend
22  on the training?
23       A.   I cannot tell exactly how many, but I can
24  say that it was around 1:30 -- I'm sorry, 1 and a half
25  hours or 2 or sometimes 3.

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016

Page 85

1    Q.  Do you know how many total hours you spent
2  on the training?
3    A.  The total, no.  But I did have to spend
4  more time on it because I had to translate some words
5  that I did not understand, so it did take me a little bit
6  longer.
7    Q.  And did you have to complete any tests as
8  part of this training?
9    A.  Yes, of course.  They did send me some
10  tests like an evaluation.
11    Q.  And did you complete the tests?
12    A.  All of them, yes.
13    Q.  Was it your understanding that you had to
14  get certain scores on the tests to be able to participate
15  in the program?
16    A.  Yes, ma'am.  That's what Lina had told me,
17  and I also realize that.
18    Q.  And did you pass the test the first try?
19    A.  I don't remember any of those tries.
20    Q.  Did you ultimately pass the test?
21    A.  Yes, because I was an au pair.
22    Q.  But do you remember passing the tests?
23    A.  Well, I suppose that I did because I was
24  an au pair.
25    Q.  Yeah.  And I'm asking you about what your

Page 86

1  memory is.  Do you remember passing the test?
2    A.  Well, yes.
3    Q.  And did you receive any payment for the
4  time you spent on the training?
5    A.  Never.
6    Q.  Did you ask Intercambio to pay you for the
7  time you spent on the training?
8    A.  No, because I thought that was a part of
9  the normal process.
10    Q.  And was the training -- do you remember if
11  it was focused specifically on GoAuPair or whether it was
12  more general childcare skills?
13    A.  I do not remember exactly, but I do know
14  that that training was from GoAuPair.  The books were
15  from GoAuPair, and it was specific to GoAuPair.
16    **Q.  And did you attend any training in the**
17  **United States?**
18    **A.  Never.**
19    MS. REILLY:  So this is a good time for a
20  break.  Can we take just like a 10-minute break?
21    THE VIDEOGRAPHER:  Going off the record.
22  The time is 1:47.
23    (Recess taken from 1:47 p.m. to 2:05 p.m.)
24    (Mr. Lyons left the proceedings.)
25    THE VIDEOGRAPHER:  We are back on the

Page 87

1  record.  The time is 2:05.
2    MS. REILLY:  So here are my concerns:
3  It's after 2:00.  We've been on the record for only three
4  hours due to multiple lengthy breaks taken by the
5  plaintiffs.  And now just before 2:00 p.m. there was a
6  production of -- a supplemental production of documents
7  from Plaintiff Gonzalez that we understand was provided
8  to plaintiffs' counsel either Monday or yesterday that
9  could have been and should have been produced to us in
10  advance of the deposition, that we're now in a position
11  of needing to review and assess whether we need to ask
12  additional deposition questions based on those documents.
13    So I guess we're looking at a situation
14  where we either need to go very late this evening or go
15  for a couple more hours and resume tomorrow morning,
16  which let me see -- so before assessing that, I'd like to
17  hear from the videographer, the court reporter, and the
18  interpreter whether they're even available to go late
19  tonight.
20    THE VIDEOGRAPHER:  I'm able to.  As far as
21  tomorrow, I do not know what the schedule is.  But I'm
22  available to go with the rest of you this evening.
23    MS. REILLY:  And are you available to go
24  this evening?  By late I think it's -- you know, the rate
25  we're going, it could be 9 or 10:00 p.m.  You would?

Page 88

1    THE REPORTER:  I would prefer to do it
2  tonight.
3    MS. REILLY:  And how about you?
4    THE INTERPRETER:  I would prefer to do it
5  tonight.
6    MS. REILLY:  Okay.  So here's what I
7  suggest:  I suggest that we go for another couple of
8  hours.  And to the extent that the witness can give
9  succinct answers to the questions that are being asked
10  and we can make some gains with the timing, I think we
11  see where we are at 5:00 and make a decision as to
12  whether we can finish tonight or resume tomorrow.
13    MS. McELROY:  With respect to the timing,
14  we're around 3 hours.  We have 7 hours total.  So I don't
15  expect we'd be going all night.
16    MS. REILLY:  The rate we're going, though.
17    MS. McELROY:  But we've covered 3 hours in
18  5 hours, correct?  So I don't think we'd be here until
19  10:00.  With the documents, we would suggest you take
20  some time to -- like I said, they're all documents that
21  were in GoAuPair's possession or forms they've seen
22  before.  It's like her Social Security application.
23  There's, as you said, less than a hundred pages.  We
24  would suggest you take some time to print them, or we
25  could email them to you.  You could look through them

**Johana Paola Beltran, et al. vs.**
**Interexchange, Inc., et al.**



Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Confidential Video Deposition of Ivette Alexandra Gonzalez
September 28, 2016



**Page 117**

19   ...se I was part of the family even
19   though it was extra work.
20      Q.   How many hours that time?
21      A.   I don't remember, but it was more than one
22   hour, much more.
23      Q.   Much more than one hour?
24      A.   A little bit more than one hour.
25      Q.   And you had already worked 45 hours that

**Page 118**

1   week?
2      A.   If I am remembering it with such intensity
3   is because surely I have worked more than the 45 hours
4   already.
5      Q.   Some weeks you only worked 40 hours,
6   right?
7      A.   Yes, yes, usually, yes.
8      Q.   Usually you only worked 40 hours?
9      A.   Yes -- oh, no, 45.
10      Q.   But sometimes you worked only 40 hours per
11   week, correct?
12      A.   No, no, no.  45 hours.
13      Q.   You never worked 40 hours?
14      A.   I don't believe so, no.
15      MS. McELROY:  I think the people on the
16   phone can't hear us right now.  I know Lauren can't.
17      MS. REILLY:  Can folks on the phone hear us
18   now?
19      MS. LOUIS:  Yeah.
20      MR. DREW:  Yeah, I can.
21      (Exhibit 109 was marked.)
22      MR. KAPLER:  What is this?
23      MS. REILLY:  This is Exhibit 109.
24      Q.  (By Ms. Reilly)  Do you remember taking a
25   GoAuPair survey 6 months into your au pair experience?

**Page 119**

1      A.   I do remember a questionnaire, survey.
2   But I don't remember exactly what it said.
3      Q.   Well, in the first section where it says,
4   "Audit Schedule," do you see where it says, "How many
5   hours per week on average did you work?"  And it says,
6   "40 hours."
7      A.   Yes, but I don't recall if I did fill it
8   out.  I do remember a questionnaire, but I don't remember
9   exactly what I filled out.
10      Q.   Okay.  Well, when you filled out the
11   survey, did you answer the questions truthfully?
12      MS. McELROY:  Objection.
13      A.   Yes, yes, I did fill it out with the truth
14   at that time.
15      Q.  (By Ms. Reilly)  So at the time of this
16   survey you were working on average 40 hours a week?
17      MS. McELROY:  Objection.
18      A.   If I did -- I suppose if I put that at
19   that time I was working 40 hours.
20      Q.  (By Ms. Reilly)  At the bottom of this page
21   the last question says, "Please explain positive services
22   and/or suggested improvements."  You see that?
23      A.   (In English)  I see.
24      Q.   And do you see your answer is, "The agency
25   has always taken special attention with me"?

**Page 120**

1      A.   Yes.  But since, you know, this was at the
2   beginning of the program, I didn't know what was going to
3   happen.
4      Q.   Was it true when you said it?
5      MS. McELROY:  Objection.
6      A.   Yes, in that moment it was truth because
7   Amanda had made some invitations to some gatherings with
8   the other girls.  And, yes, because she called me at that
9   time that if I was doing okay.  But then I did at that
10   time see that everything was okay.
11      Q.  (By Ms. Reilly)  And going to the second
12   page where it says, "Satisfaction, Host Family," the last
13   question in that section.  Do you see where it says,
14   "Please explain positive experiences and/or suggested
15   improvements"?  And it says, "Please describe your
16   experience with your host family."  Do you see that?
17      A.   (In Spanish)  Si.
18      Q.   And it says your response is, "I love my
19   family because help me every day.  They understand that
20   it is a program of cultural exchange."  Do you see that?
21   Was that accurate at the time you said it?
22      A.   Well, I don't remember exactly what I
23   wrote.  I cannot tell you this is exactly what I wrote.
24   But I do know that at that moment it was the beginning of
25   the program, and I felt great with them.

```
 1                  I, IVETTE ALEXANDRA GONZALEZ, the deponent in

 2      the above deposition, do hereby acknowledge that I have

 3      read the foregoing transcript of my testimony, and state

 4      under oath that it, together with any attached Amendment

 5      to Deposition pages, constitutes my sworn testimony.

 6
            X    I have made changes to my deposition
 7
          _____ I have NOT made any changes to my deposition
 8

 9          _____
                    IVETTE ALEXANDRA GONZALEZ
10

11
                 Subscribed and sworn to before me this   6
12
        day of  November                    , 20 16 .
13
                 My commission expires:    _____.
14

15
                                    _____
16                                   NOTARY PUBLIC

17

18

19

20
              Stevens-Koenig Reporting
21
                 NOV 0 8 2016
22
                 RECEIVED
23

24

25
```

GAP App. 0116

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

Plaintiff,

INTEREXCHANGE, INC., et al.,

Defendants.

_____/

## DECLARATION OF IVETTE ALEXANDRA GONZALEZ

I, IVETTE ALEXANDRA GONZALEZ, respectfully submit this Declaration regarding

my Deposition Transcript dated September 28, 2016. I hereby certify that I have read my

transcript dated September 28, 2016 and that the accompanying correction sheets, if any,

constitute a true and complete copy of my testimony.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on this 8 day of November, 2016.

_____
Ivette Alexandra Gonzalez

GAP App. 0117

**ERRATA SHEET**

**CONFIDENTIAL DEPOSITION OF IVETTE AEXANDRA GONZALEZ**

**SEPTEMBER 28, 2016**

| Page | Line | Original Text | Corrected Text | Reason |
|------|------|---------------|----------------|--------|
| 12 | 10 | Uh huh | Yes | Clarification |
| 14 | 5 | believe you are very good | know if that was right | Translation Error |
| 15 | 7 | I did not have that local coordinator | I had a coordinator but I felt like she was not with me, and was there more in support of the family | Clarification |
| 18 | 21 | professor of artistic gymnastics | physical education teacher | Translation Error |
| 19 | 12-13 | a contract of services rendered | employee benefits | Translation Error |
| 22 | 24 | work | worked | Translation Error |
| 23 | 21 | A caregiver | An entertainer | Translation Error |
| 23 | 24 | animator | entertainer | Translation Error |
| 23 | 25 | children in | children or in | Translation Error |
| 23 | 25 | or adults | for adults | Translation Error |
| 23 | 25 | that | they | Translation Error |
| 24 | 1 | Handles | handle | Translation Error |
| 32 | 12 | Sawn | Suan | Clarification |
| 32 | 21 | deal. | relationship. | Translation Error |
| 33 | 11 | gathering | meeting | Translation Error |
| 34 | 5 | for the family | vacation | Translation Error |
| 44 | 5 | interexchange | | Strike |
| 44 | 6 | solicit | apply | Clarification |
| 47 | 22 | acquired the | was matched with the | Clarification |
| 49 | 20 | work for Intercambio and tourism | worked for Intercambio Y Turismo | Clarification |
| ■ | ■ | ■ | ■ | ■ |
| 56 | 23 | Fortunately, yes | Yes | Clarification |

| Page | Line | Original Text | Corrected Text | Reason |
|------|------|---------------|----------------|--------|
| 60 | 13 | would buy | would sometimes buy | Clarification |
| 61 | 4 | format | form | Translation Error |
| ▮ | ▮ | ▮▮▮▮▮▮▮s | ▮▮▮▮▮▮▮y | ▮▮▮n |
| 63 | 6 | McElroy | Reilley | Transcription Error |
| ▮ | ▮ | | ▮▮▮▮▮s | ▮▮▮n |
| 84 | 9 | put the chair, that the chair | place a carseat, that the car seat | Translation Error |
| | | ▮. | ▮▮▮▮s | ▮▮▮n |
| 98 | 4-5 | how the situation was in the United States, the houses | how the United States was organized into cities and small towns | Translation Error |
| 102 | 13-14 | to me the car | the car to me | Translation Error |
| 108 | 22 | Changed. | changed it. | Translation Error |
| 109 | 8 | she would take | I would work | Translation Error |
| 109 | 12 | ask sometimes | sometimes ask | Clarification |
| 109 | 15 | For example I need to get a call. | For example, she would say I need to take a call. | Clarification |
| 109 | 23 | call | tell | Translation Error |
| 109 | 25 | But I understand that to | I understood that to mean | Clarification |
| 113 | 18 | didn't serve me | check was no good | Translation Error |
| 118 | 2 | with such intensity | in detail, it | Translation Error |
| 118 | 3 | I have | I must have | Clarification |
| 122 | 8 | housekeeping lady Latina | Latina housekeeper | Translation Error |
| 123 | 4 | easy | | Strike |
| 123 | 9 | them over there, | he said this | Translation Error |
| 123 | 16 | she | I | Translation Error |
| 125 | 21 | twice a month, | every two months, | Translation Error |
| 126 | 18-19 | really wasn't useful | it was useless | Translation Error |
| 127 | 1 | me a driving class | paid for a driving class for me | Translation Error |
| 128 | 9 | I had to pay for my own salary a type of | I had to pay from my own salary for a type of | Translation Error |
| 137 | 13 | of telling | from asking | Translation Error |
| 139 | 3 | initiated | started | Clarification |
| 139 | 22 | on it | | Strike |

GAP App. 0119

REDACTED

8/28/2016

Go Au Pair Operation... Internal

Bill Kapler

♥ GOAUPAIR    Search...    Search    Go Au Pair Sales

Home    Knowledge    Campaigns    Leads    Accounts    Contacts    Opportunities    Cases    Reports    Dashboards    Products    Flights    Pardot    Surveys Au Pair

Surveys Au Pair
## SurvAP1403438

Customize Page | Edit Layout | Printable View | Help for this Page

Activity History (0)

### Surveys Au Pair Detail    [ Edit ]  [ Delete ]  [ Clone ]

#### Survey Name

| | | | |
|---|---|---|---|
| Survey Code | AP6Wk - FT | Record Type | AP6Wk [Change] |
| Survey Preview in Qualtrics | AP 6 Week | | |

#### Information

| | | | |
|---|---|---|---|
| Au Pair | Ivette Alexandra Gonzalez Cortes | Opportunity | Sanders, Monte & Palrico |
| Employee | [REDACTED] | LAR | Amanda Gray |

#### Audit - Schedule

| | | | |
|---|---|---|---|
| AUD.SCH.005.Q | Did you work 45 hours or less per week (30 hours for EduCare)? | AUD.SCH.005.A | Yes |
| AUD.SCH.025.Q | Did you have at least 1.5 days of each week off? | AUD.SCH.025.A | Yes |
| AUD.SCH.030.Q | Did you have at least 1 weekend off? | AUD.SCH.030.A | Yes |
| AUD.SCH.010.Q | How many hours per week, on average, did you work? | AUD.SCH.010.A | 40 |
| AUD.SCH.015.Q | How many hours per day, on average, did you work? | AUD.SCH.015.A | 8 |
| AUD.SCH.020.Q | How many days per week did you work more than 10 hours per day? | AUD.SCH.020.A | 0 |

#### Audit - Stipend

| | | | |
|---|---|---|---|
| AUD.STP.005.Q | Were you being paid a weekly stipend of at least $195.75 ($146.81 for EduCare Au Pairs)? | AUD.STP.005.A | Yes |
| AUD.STP.010.Q | How much was your weekly stipend? | AUD.STP.010.A | $195-$214 |
| AUD.STP.015.Q | How often were you being paid your weekly stipend? | AUD.STP.015.A | Every two weeks |

#### Audit - Room

| | | | |
|---|---|---|---|
| AUD.RO.005.Q | Did you have a private room with a door? | AUD.RO.005.A | Yes |

#### Regulations - Room

| | | | |
|---|---|---|---|
| REG.RO.010.Q | Please describe your room. | REG.RO.010.A | [REDACTED] |

#### Regulations - Responsibilities

| | | | |
|---|---|---|---|
| REG.RSP.005.Q | Were your work responsibilities within the program regulations? | REG.RSP.005.A | Yes |
| REG.RSP.010.Q | If no, please explain (Were your work responsibilities within the program regulations?) | REG.RSP.010.A | |

#### Regulations - Education

| | | | |
|---|---|---|---|
| REG.EDU.005.Q | What is your status for the educational requirement? | REG.EDU.005.A | I have registered for class |
| REG.EDU.010.Q | What is your confidence level that you will complete the educational requirement? | REG.EDU.010.A | Excellent |
| REG.EDU.015.Q | Please explain any concerns you may have about completing the educational requirement | REG.EDU.015.A | If possible make to degree |

#### Audit - Training - First Time Au Pairs Only

| | | | |
|---|---|---|---|
| AUD.TRN.005.Q | Did you complete the Au Pair training program (32 hours) prior to arriving to your Host Family? | AUD.TRN.005.A | Yes |
| AUD.TRN.010.Q | Did your Au Pair training program include 8 hours of child safety and 24 hours of child development instruction? | AUD.TRN.010.A | Yes |

#### Satisfaction - Headquarters - First Time, Ext-Trans, Transition Au Pairs Only

| | | | |
|---|---|---|---|
| SAT.HQ.005.Q | Please describe the arrival processes supplied by Go Au Pair: Arrival details | SAT.HQ.005.A | 4 |
| SAT.HQ.010.Q | Please describe the arrival processes supplied by Go Au Pair: Flight / travel support | SAT.HQ.010.A | 4 |
| SAT.HQ.015.Q | Please describe the arrival processes supplied by Go Au Pair: Timeliness of response | SAT.HQ.015.A | 4 |
| SAT.HQ.020.Q | Please explain positive services and / or suggested improvements. | SAT.HQ.020.A | Always the agency has taken special attention with me |

REDACTED

CONFIDENTIAL

Exhibit #: 109
Name: Gonzalez
Rptr: DV  Date: 9-28-16
Stevens-Koenig Reporting

GAP_00003919

1/3

**GAP App. 0120**

8/28/2016

REDACTED

**Marketing - Local - First Time, Ext-Trans, Transition Au Pairs Only**

| | | Opportunity Location | (e) |
|---|---|---|---|
| MAR.LOC.005.Q | Please describe your adjustment to life in your local community in <<Location>>. | MAR.LOC.005.A | Good |
| MAR.LOC.010.Q | Please explain your ranking (Please describe your adjustment to life in your local community in the U.S.) | MAR.LOC.010.A | I have few lime here I need know more. But my family help me every day |

**Satisfaction - Host Family**

| | | | |
|---|---|---|---|
| SAT.HF.005.Q | Please describe your experience with your Host Family: Your relationship with the children | SAT.HF.005.A | 4 |
| SAT.HF.010.Q | Please describe your experience with your Host Family: Your relationship with the parents | SAT.HF.010.A | 4 |
| SAT.HF.015.Q | Please describe your experience with your Host Family: Your life in the Host Family's home | SAT.HF.015.A | 4 |
| SAT.HF.025.Q | Please describe your experience with your Host Family: Matched your expectations based on what you learned about the family before your arrival | SAT.HF.025.A | 4 |
| SAT.HF.020.Q | Please describe your experience with your Host Family: Overall | SAT.HF.020.A | 4 |
| SAT.HF.030.Q | Please explain positive experiences and / or suggested improvements. (Please describe your experience with your Host Family:) | SAT.HF.030.A | |

**Audit - LAR**

| | | | |
|---|---|---|---|
| AUD.LAR.005.Q | Did your LAR contact you within 48 hours of your arrival to your Host Family? | AUD.LAR.005.A | Yes |
| AUD.LAR.010.Q | Did your LAR conduct the in-person Orientation with you and your Host Parents? | AUD.LAR.010.A | Yes |

**Regulations - LAR**

| | | | |
|---|---|---|---|
| REG.LAR.005.Q | How many cultural events arranged by your LAR have you attended? | REG.LAR.005.A | 1 |

**Satisfaction - LAR**

| | | | |
|---|---|---|---|
| SAT.LAR.040.Q | What cultural event would you like your LAR to hold? | SAT.LAR.040.A | Watching a good movie |
| SAT.LAR.005.Q | Please describe the quality of service you have received so far from your LAR: Helping you find local schools | SAT.LAR.005.A | 1 |
| SAT.LAR.010.Q | Please describe the quality of service you have received so far from your LAR: Helping you meet other Au Pairs or friends in the area | SAT.LAR.010.A | 4 |
| SAT.LAR.015.Q | Please describe the quality of service you have received so far from your LAR: Helping you learn more about your local area and the U.S. | SAT.LAR.015.A | 2 |
| SAT.LAR.020.Q | Please describe the quality of service you have received so far from your LAR: Helping you and your Host Family build a good relationship | SAT.LAR.020.A | 4 |
| SAT.LAR.025.Q | Please describe the quality of service you have received so far from your LAR: The in-person Orientation with your Host Family | SAT.LAR.025.A | 4 |
| SAT.LAR.030.Q | Please describe the quality of service you have received so far from your LAR: Overall | SAT.LAR.030.A | 4 |
| SAT.LAR.035.Q | Please explain positive services and / or suggested improvements. (Please describe the quality of service you have received so far from your LAR) | SAT.LAR.035.A | Maybe more accompanying |

**Satisfaction - IR - First Time Au Pairs Only**

| | | IR | Intercambios y Turismo Ltda |
|---|---|---|---|
| SAT.IR.005.Q | Please describe the quality of service you received from the agency in your home country: Personal attention and support | SAT.IR.005.A | 4 |
| SAT.IR.010.Q | Please describe the quality of service you received from the agency in your home country: Timeliness of response | SAT.IR.010.A | 4 |
| SAT.IR.015.Q | Please describe the quality of service you received from the agency in your home country: Knowledge of the Au Pair program | SAT.IR.015.A | 4 |
| SAT.IR.020.Q | Please describe the quality of service you received from the agency in your home country: Explaining the purpose of the Au Pair program to me | SAT.IR.020.A | 3 |
| SAT.IR.025.Q | Please describe the quality of service you received from the agency in your home country: Helping me achieve my goals as an Au Pair | SAT.IR.025.A | 2 |
| SAT.IR.030.Q | Please describe the quality of service you received from the agency in your home country: During the Mutual Match process | SAT.IR.030.A | 4 |
| SAT.IR.035.Q | Please describe the quality of service you received from the agency in your home country: During the embassy appointment and visa process | SAT.IR.035.A | 4 |
| SAT.IR.040.Q | Please describe the quality of service you received from the agency in your home country: Overall | SAT.IR.040.A | 4 |
| SAT.IR.045.Q | Please explain positive services and / or suggested | SAT.IR.045.A | the agency had a good service with me in Colombia, I am so |

REDACTED

2/3

CONFIDENTIAL

GAP_00003920

**GAP App. 0121**

8/28/2016 REDACTED

| | | | |
|---|---|---|---|
| | Improvements (Please describe the quality of service you received from the agency in your home country:) | | grateful with the quality service But my advice is that the agency must be more clear with the status Visa J1 and make the warning about the possible prices that in the colleges exist per classes, also that the prices depend of the visa status |
| SAT.IR.050.Q | Would you recommend <IR NAME> to a friend? | SAT.IR.050.A | Yes |

**Reviewed Information**

| | | | |
|---|---|---|---|
| ReviewedBy-DirIR | Meghan Ramirez | ReviewedBy-ExecDir | Devon Kapler |
| ReviewedDt-DirIR | 9/11/2014 6:48 PM | ReviewedDt-ExecDir | |
| ReviewedResult-DirIR | None | ReviewedResult-ExecDir | |
| ReviewedBy-EduCoord | Whitney Wilson | ReviewedBy-PC | |
| ReviewedDt-EduCoord | 10/8/2014 11:22 AM | ReviewedDt-PC | |
| ReviewedResult-EduCoord | No Action Taken | ReviewedResult-PC | |
| ReviewedBy-LARCoord | Erin Mortensen | | |
| ReviewedDt-LARCoord | 9/17/2015 1:50 PM | | |
| ReviewedResult-LARCoord | Tanna reviewed | | |
| ReviewedBy-Marketing | | | |
| ReviewedDate-Marketing | | | |
| ReviewedResult-Marketing | | | |
| InterviewRqstStat | | | |
| ReviewedBy-MngDir | Tanna Wilson | | |
| ReviewedDt-MngDir | | | |
| ReviewedResult-MngDir | | | |
| Created By | Sys Admin, 9/7/2014 12:06 PM | Last Modified By | Tanna Wilson, 9/17/2015 1:50 PM |
| | | Surveys Au Pair Name | SurvAP1403438 |

Edit | Delete | Clone

**Activity History** Log a Call | Mail Merge | Send an Email — Activity History Help

No records to display

^ Back To Top Always show me more records per related list

REDACTED