# Exhibit C

(replacing ECF No. 938)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

---

**RESTRICTED APPENDIX IN SUPPORT OF CULTURAL CARE, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

## TABLE OF CONTENTS FOR CULTURAL CARE, INC.'S RESTRICTED APPENDIX

I.      Excerpts of Anais Marine Patience Zanga Tayida Deposition,
        February 2, 2018…………………………………………………………………1

II.     Excerpts of Cecile Pavot Deposition,
        January 19, 2018…………………………………………………………………..6

III.    Excerpts of Carly Faye Fitzpatrick Deposition,
        February 13, 2018………………………………………………………………..10

IV.     Excerpts of Inti Denise Escalante Deposition,
        February 1, 2018………………………………………………………………..…14

V.      Excerpts of Vanessa Wiggett Deposition,
        February 19, 2018………………………………………………………………..16

VI.     Excerpts of Liliana Paulin Lozano Deposition,
        February 14, 2018………………………………………………………………..20

VII.    Excerpts of Felecia Thandeka Mhlanzi Deposition,
        February 13, 2018………………………………………………………………..24

VIII.   Excerpts of Erika Johana Esuerra Leon Deposition,
        December 21, 2017………………………………………………………………26

IX.     Excerpts of Marion Brigitte Sylvie-Parnaud Simpson Deposition,
        February 11, 2018………………………………………………………………..30

X.      Excerpts of Kubra Sahin Deposition,
        January 26, 2018………………………………………………………………32

Case No. 1:14-cv-03074-CMA-KMT   Document 958-4   filed 03/18/18   USDC Colorado   pg 3 of 4
Case 1:14-cv-03074-CMA-KMT   Document 933   Filed 03/16/18   USDC Colorado   Page 3 of 35
of 36
CCI Restricted Appx. 00001

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3                      ---oOo---

 4

     JOHANA PAOLA BELTRAN,

 5   at al.,

 6              Plaintiffs,

 7   vs.                    No. 1:14-cv-03074-CMA-KMT

 8   INTEREXCHANGE, INC., ex rel.,

 9              Defendants.
     _____/

10

11

12          VIDEOTAPED DEPOSITION OF

13       ANAIS MARINE PATIENCE ZANGA TAYIDA

14            OAKLAND, CALIFORNIA 94607

15            FRIDAY, FEBRUARY 2, 2018

16

17

18

19

20

21

22   BY:  ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~

23       CSR LICENSE NO. 9830

24

25
```

Case No. 1:14-cv-03074-CMA-KMT   Document 959-4   filed 03/18/18   USDC Colorado   pg 4 of 5
Case 1:14-cv-03074-CMA-KMT   Document 938   Filed 03/16/18   USDC Colorado   Page 4
of 36

CCI Restricted Appx. 00002

Page 2

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3                        ---oOo---

4     JOHANA PAOLA BELTRAN,

      at al.,

5

                     Plaintiffs,

6

      vs.                           No. 1:14-cv-03074-CMA-KMT

7

      INTEREXCHANGE, INC., ex rel.,

8

                     Defendants.

9     _____/

10

11

12            Videotaped Deposition of Anais Marine

13      Patience Zanga Tayida, taken on behalf of the

14      Defendants, on Friday, February 2, 2018, at

15      Boies Schiller & Flexner LLP, 1999 Harrison Street,

16      Suite 900, Oakland, California, beginning

17      10:03 a.m., and commencing at 3:00 p.m., Pursuant

18      to Notice, and before me, ANDREA M. IGNACIO, CSR,

19      RPR, CRR, CLR ~ License No. 9830.

20

21

22

23

24

25

CCI Restricted Appx. 00003

Page 62

1    natural.  Speak English is very important today."

2        Q    Thank you.

3             Did you write this statement?

4        A    Yes, I did.

5        Q    And is it accurate?

6        A    Yeah.

7        Q    Is it true that you wanted to work with

8    children?

9        A    Yes.

10       Q    And that you love to work with them?

11       A    I really love it.

12       Q    What did you mean when you said that you want

13   to help children to reach their goal?

14       A    I'm really helpful person, so I love help

15   them to learn how to -- to read, to write, to be

16   successful in life.

17       Q    And that's what you meant by helping them

18   develop?

19       A    Yeah.

20       Q    And it's true that you wanted to learn about

21   American culture?

22       A    Yes, it is true.

23       Q    And to improve your English?

24       A    Yes, very true.

25       Q    I believe that you previously testified,

Page 63

1    Ms. Zanga Tayida, that when you applied to the

2    program, you understood that, as an au pair, you would

3    live with the host family?

4         A    Yes, I understood.

5         Q    And you wanted that; correct?

6         A    Yes.

7         Q    Did you understand that the host family would

8    provide food for you?

9         A    Understood.

10        Q    Was that also something that you wanted?

11        A    Not necessarily.

12        Q    What do you mean "not necessarily"?

13        A    I know how to manage my money, so that's not

14   the benefits I was looking for.

15        Q    Did you like the idea of living with a host

16   family instead of living alone in a new country?

17        A    I do and I don't.

18        Q    Why do you?

19        A    I -- I did.  At the beginning, I was, "Oh,

20   that's wonderful."  But now, I don't love it anymore.

21        Q    But when you applied --

22        A    Yeah.

23        Q    -- you saw that as a benefit of the program?

24        A    I saw it, like, I could make a relationship

25   with people, like a family.

CCI Restricted Appx. 00005

Page 91



18          MS. SELDEN:  Okay.  Exhibit 5, I think.

19          MR. RODRIGUEZ:  Lunch is here whenever people

20    want to take a break.

21          MS. SELDEN:  Let's get through this, and then

22    we'll take one, if that's okay, because I don't want

23    to keep you here.

24          (Document marked Exhibit 5

25            for identification.)

Page 1

1          IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF COLORADO

2

    ------------------------------------

3   JOHANA PAOLA BELTRAN, et al.,      : Civil Action

                                          No. 1:14-cv-03074

4          Plaintiffs,                 :

5       v.                             : VIDEOTAPED

                                          DEPOSITION OF:

6   INTEREXCHANGE, INC., et al.,       : CECILE PAVOT

7          Defendants.                 :

    ------------------------------------

8

9              TRANSCRIPT of the stenographic notes of

10  the proceedings in the above-entitled matter, as taken

11  by and before TERESA M. CATULLO, a Certified Court

12  Reporter, Registered Professional Reporter and Notary

13  Public of the State of New Jersey, held at the

14  SPRINGHILL SUITES BY MARRIOTT, 1000 Charles Ewing

15  Boulevard, Ewing, New Jersey, on Friday, January 19,

16  2018, commencing at 8:06 in the forenoon.

17

18

19

20

21

22

23

24

25

CCI Restricted Appx. 00007



CCI Restricted Appx. 00008

Page 64



1    consultant, or LCC, did she ever ask you about the

2    hours that you worked?

3          A.    No.

4          Q.    Did she ever ask you about the stipend?

5          A.    No.

CCI Restricted Appx. 00009

Page 65



Page 1

1                UNITED STATES DISTRICT COURT

2                    DISTRICT OF COLORADO

3               Case No. 1:14-cv-03074-CMA-KMT

4

5    - - - - - - - - - - - - - - - - - - X

6    JOHANA PAOLA BELTRAN, et al.,

7                          Plaintiffs,

8        v.

9    INTEREXCHANGE, INC., et al.,

10                         Defendants.

11   - - - - - - - - - - - - - - - - - - X

12

13

14       AUDIO CONFERENCE AUDIOTAPED DEPOSITION OF

15             CARLY FAYE FITZPATRICK

16       Tuesday, February 13, 2018, 6:47 p.m.

17             Choate Hall & Stewart LLP

18             Two International Place

19             Boston, Massachusetts 02110

20

21

22

23   --- Reporter: Kimberly A. Smith, CRR, CRC, RDR ---

24           Realtime Systems Administrator

25

CCI Restricted Appx. 000011



CCI Restricted Appx. 000012

Page 82

1    Q.   So you testified earlier that you worked on

2   average five days a week --

3    A.   Yes.

4    Q.   -- is that right?  And then you testified

5   that you --

6    A.   Approximately five days a week, yes.

7    Q.   And approximately how many hours per day

8   did you work?

9   ██ ███████████████████████ ███

██ ████████████████████████████

██ ██████████████████ ███████████

██ ████████████████████████████

██ ████████████████████████████

██ ██████████████████████████ ██

██ ████████████████████████████

██ ████████████████

17    Q.   So I'd like to turn your attention again to

18   the survey answers that you filled out earlier.

19   And I'm going to read Question No. 79.  This has to

20   do with the second host family.  It says, "How many

21   hours did you work on average per week (not

22   including vacation weeks)?"  And the answer you

23   wrote was "20."

24         Would you say that's accurate?

25    A.   Probably more so, yes.  Yes.  I would say

CCI Restricted Appx. 000013

Page 83



1    about 20.

25         Q.  You don't happen to have any of those

Case No. 1:14-cv-03074-CMA-KMT  Document 938-4  filed 03/30/18  USDC Colorado  pg 18 of 17
Case 1:14-cv-03074-CMA-KMT  Document 938  Filed 03/16/18  USDC Colorado  Page 109 of 85
of 36

CCI Restricted Appx. 000014

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO

2

   - - - - - - - - - - - - - - - - - - -
3  IN THE MATTER OF                    )
                                       )
4  JOHANA PAOLA BELTRAN; ET AL         )
                    Plaintiffs,        )
5                                      )CIVIL ACTION NO:
   v.                                  )1:14-cv-03074-CMA-KMT
6                                      )
   INTEREXCHANGE, INC.; ET AL          )
7                    Defendants.       )
   - - - - - - - - - - - - - - - - - - -
8       VIDEOTAPED DEPOSITION OF INTI DENISE ESCALANTE
9                        VOLUME I
10               Thursday, February 1, 2018
11                    AT:  9:11 a.m.
12                     Taken at:
13           LONDON VIDEO COMMUNICATIONS CENTRE
                     233 High Holborn
14                  London EC4A 2DJ
                    United Kingdom
15
16
17
18
19
20  Court Reporter:
21  Lisa Garforth
   Accredited Real-time Reporter
22
23
24
25

CCI Restricted Appx. 000015



CCI Restricted Appx. 000016

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF COLORADO

 3             Case No. 1:14-cv-03074-CMA-KMT

 4

 5   - - - - - - - - - - - - - - - - - - X

 6   JOHANA PAOLA BELTRAN, et al.,

 7                      Plaintiffs,

 8        v.

 9   INTEREXCHANGE, INC., et al.,

10                      Defendants.

11   - - - - - - - - - - - - - - - - - - X

12

13

14       VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

15                  VANESSA WIGGETT

16        Monday, February 19, 2018, 5:04 p.m.

17               Choate Hall & Stewart LLP

18                Two International Place

19              Boston, Massachusetts 02110

20

21

22

23    --- Reporter: Kimberly A. Smith, CRR, CRC, RDR ---

24            Realtime Systems Administrator

25              Veritext Legal Solutions
```

CCI Restricted Appx. 000017



Page 25

CCI Restricted Appx. 000018

```
                                              Page 26

 1      A.   Yes.

 2      Q.   Did you know that the host family would be

 3   providing you meals?

 4      A.   Yes.

 5      Q.   Did you consider the included meals to be a

 6   benefit of the program?

 7           MR. HAMMER:   Objection, vague as to

 8   "benefit."

 9   BY MS. SMYCHKOVICH:

10      Q.   Do you understand my question?

11      A.   No.  Can you please rephrase it.

12      Q.   Sure.  Did you consider that the included

13   meals to be a positive aspect of the program?

14      A.   Yes.

15      Q.   Did you consider the housing to be a

16   positive aspect of the program?

17      A.   Yes.

18      Q.   Did you find it helpful that you would have

19   a place to stay when you arrived?

20      A.   Yes.

21      Q.   How much did the stipend amount impact your

22   decision to try to become an au pair in the United

23   States?

24      A.   A lot.

25      Q.   In what way did it impact your decision?
```

CCI Restricted Appx. 000019

Page 39

```
 1     home or not, getting them ready for bed and putting
 2     them to bed.
 3          Q.   And how many hours did you work on an
 4     average week?
 5          A.   25.
 6          Q.   Did you have the weekends off?
 7          A.   Some weekends.
 8          Q.   Do you have any documents that show the
 9     hours of childcare that you provided?
10          A.   No.
11          Q.   Who set your schedule at the Harvey house?
12          A.   The parents.
13          Q.   Cultural Care did not set your schedule;
14     is that correct?
15          A.   Yes.
16     ██    ████████████████████████████████████
██     ███████
██     ██   ██████████████████
██     ██   ███████████████████████████
██     ██   ████
██     ██   ████████████████████████████████████
██     ████
██     ██   █████████████████████████████████
██     ██████████████████████████████████
25          Q.   Cultural Care did not set your job duties
```

CCI Restricted Appx. 000020

Page 1

 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3

 4    JOHANA PAOLA BELTRAN;
      et al.,

 5

                    Plaintiffs,

 6                                        No.

          vs.                     1:14-cv-03074-CMA-KMT

 7

      INTEREXCHANGE, INC.; et al.,

 8

                    Defendants.

 9    _____/

10

11          -- CONFIDENTIAL ATTORNEYS' EYES ONLY --

12

        VIDEOTAPED DEPOSITION OF LILIANA PAULIN LOZANO

13

           Playa del Carmen, Quintana Roo, Mexico

14

                Wednesday, February 14, 2018

15

16

17

18

19

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25

Page 2

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3

     JOHANA PAOLA BELTRAN;

4    et al.,

5                     Plaintiffs,

                                      No.

6           vs.                       1:14-cv-03074-CMA-KMT

7    INTEREXCHANGE, INC.; et al.,

8                     Defendants.
     _____/

9

10

               -- CONFIDENTIAL ATTORNEYS' EYES ONLY --

11

12       Videotaped deposition of LILIANA PAULIN LOZANO,

13   taken on behalf of the Defendant, at the Grand Hyatt

14   Playa del Carmen Resort, la Avenida Esquina Calle 26,

15   Colonia Centro, Gonzalo Guerrero, Playa del Carmen,

16   Qunitana Roo, Mexico, beginning at 3:43 P.M. and ending

17   at 7:38 P.M., on Wednesday, February 14, 2018, before

18   Leslie Rockwood Rosas, RPR, CSR No. 3462.

19

20

21

22

23

24

25

CCI Restricted Appx. 000022

```
                                              Page 59

  1            MR. VALDIVIESO:  Can we take a quick break?

  2            MR. MCLAUGHLIN:  Sure.

  3            THE VIDEOGRAPHER:  Let's go off the record.  The

  4    time is 5:08.

  5            (Exhibit 6, Profile, Liliana Paulin, CC00037275

  6            - 289, marked for identification.)

  7            (Recess.)

  8            THE VIDEOGRAPHER:  We're now back on the record.

  9    The time is 5:16.  Media Number 2.

 10       Q.  BY MR. MCLAUGHLIN:  Ms. Lozano, let's return to

 11    Exhibits 4 and 5.  It'd be helpful to have both of those

 12    out at the same time.

 13            Looking at Exhibit 4, which is the earlier

 14    partial survey that you filled out, and I'll direct you

 15    to Question 10, which is on the first page.  That

 16    question reads:  "When being recruited, what were the key

 17    benefits of being an au pair as you understood them?"

 18            Could you read your response for the record?

 19       A.  "Having a room in a house without worrying about

 20    other expenses."

 21       Q.  Did you see having a room in the house -- in the

 22    host family's house as a benefit when you were applying?

 23       A.  Yes.

 24       Q.  Let's take a look at Exhibit 5, and I'll also

 25    direct you to the same question, Question 10.  What was
```

CCI Restricted Appx. 000023



Page 100

Case No. 1:14-cv-03074-CMA-KMT   Document 938   filed 03/30/18   USDC Colorado   pg 27
Case 1:14-cv-03074-CMA-KMT   Document 958-4   filed 03/16/18   USDC Colorado   Page 26 of 85
of 36

CCI Restricted Appx. 000024

Page 1

1

2         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO

3

   Civil Action No. 1:14-cv-03074-CMA-KMT

4   - - - - - - - - - - - - - - - - - - - x

5   JOHANA PAOLA BELTRAN; et al.,

6                        Plaintiffs,

7            - against -

8   INTEREXCHANGE INC.; et al.,

9                        Defendants.

   - - - - - - - - - - - - - - - - - - - x

10

11                        One Battery Park Plaza
                          New York, New York

12

                          February 13, 2018

13                        8:05 a.m.

14

15      DEPOSITION upon oral examination of FELECIA

16   THANDEKA MHLANZI, held at the above time and

17   place, taken before Brittany Saline, a

18   Professional Shorthand Reporter and Notary Public

19   of the State of New York, pursuant to the Federal

20   Rules of Civil Procedure, with written notice as

21   to time and place thereof.

22

23

24

25

Page 62

1              Felecia Thandeka Mhlanzi

2    month?

3         A    Once or twice a month and

4    sometimes like the whole month I wouldn't

5    work a weekend.

6         Q    And on average, what would you

7    say your hours were per day?

8         A    About six hours, plus/minus six

9    hours.

10        Q    And would an average workweek be

11   about 30 hours a week?

12        A    That's correct.

13        Q    Do you remember the highest

14   amount of hours you worked in a week?

15        A    I've worked 45, but I've never

16   gone over 45 hours.

17        Q    And how often have you worked

18   closer to 45 hours?

19        A    During the breaks.

20   ██    ████ ██ ██ ██  ███ ██ ██

██ ████ ██ ████ ████

██  ██  ████ ██ ████

██ ███ ██ ████ ██ ████

██ ████ ██ ██ ██ ███ █ ███ ████ ███ █

██ ███

Case No. 1:14-cv-03074-CMA-KMT   Document 938-4   filed 03/16/18   USDC Colorado   pg 29
of 36
Case 1:14-cv-03074-CMA-KMT   Document 938   Filed 03/16/18   USDC Colorado   Page 29 of 35

CCI Restricted Appx. 000026

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2    _____
3    JOHANA PAOLA BELTRAN,        )
     et al.,                      )
4                                 )
                                  )
5         Plaintiffs,             )
                                  )Case No.:
6    VS.                          )1:14-cv-03074-CMA-KMT
                                  )
7    INTEREXCHANGE, INC.,         )
     et al.,                      )
8                                 )
                                  )
9         Defendants.             )
     _____
10
11               VIDEOTAPED DEPOSITION
12                         OF
13           ERIKA JOHANA ESGUERRA LEON
14                December 21, 2017
15
16
17
18
19
20
21
22
23
24
25

CCI Restricted Appx. 000027

Page 2

1          The videotaped deposition of ERIKA

2    JOHANA ESGUERRA LEON is taken on this, the 21st

3    day of December 2017, on behalf of the Defendant,

4    pursuant to notice and consent of counsel,

5    beginning at approximately 10:00 a.m. in the

6    offices of Alpha Reporting Corporation, 236 Adams

7    Avenue, Memphis, Tennessee.

8          This deposition is taken pursuant to the

9    terms and provisions of the Federal Rules of

10   Civil Procedure.

11         All forms and formalities are waived.

12   Objections are reserved, except as to form of the

13   question, to be disposed of at or before the

14   hearing.

15         The signature of the witness is not

16   waived.

17

18

19

20

21

22

23

24

25

CCI Restricted Appx. 000028

Page 33

1        Do you think living in the United States

2   has improved your potential to get a job in

3   Colombia?

4        A.   Yes.

5   ███   ████████████████████████████████████████

█   ████████████████████████████████████████████

█   ███   ██████

█   ███   ████████████████████████████████

█   ███████████████

█        ███   █████████████

11       Q.   When you applied for the program, you

12  knew that you would be living with a family in

13  the U.S., correct?

14       A.   Yes, sir.

15       Q.   And did you consider that a benefit of

16  the program?

17       A.   Yes, sir.

18       Q.   Did you think living with a family was

19  part of the overall experience?

20       A.   Can you please repeat the question?

21       Q.   Did you consider living with a U.S.

22  family to be part of the cultural experience?

23            MR. PACHECO:   Objection.

24            THE WITNESS:   Yes.

25  BY MR. O'KEEFE:

CCI Restricted Appx. 000029

Page 34

```
 1       Q.    Did you consider -- did you believe that
 2   room and board would be a benefit for the
 3   program?
 4           MR. PACHECO:  Objection.
 5           THE WITNESS:  Yes.
 6   BY MR. O'KEEFE:
 7       Q.    Okay.  Were you told that you would be
 8   provided with a room and meals throughout your
 9   stay?
10           MR. PACHECO:  Objection.
11           THE WITNESS:  Yes.
12   BY MR. O'KEEFE:
13       Q.    Okay.
14       ███████████████   ███████████████████
   ████████████████████████████████████████████████
   █████████████████████████████████████████
   ██████████████████████████████████████████
   ██████████████████████████████████████████
   ███████████████████████████████████   █████
   █████████████████████████████████████████████
   ██████████████████████████████████████████
22   BY MR. O'KEEFE:
23       Q.    Did you look at other options to travel
24   to the United States besides the au pair program?
25       A.    Yes, sir.
```

Case No. 1:14-cv-03074-CMA-KMT   Document 938   Filed 03/30/18   USDC Colorado   Page 32 of 35
Case 1:14-cv-03074-CMA-KMT   Document 958-4   filed 08/30/18   USDC Colorado   pg 320 of 36
of 36

CCI Restricted Appx. 000030

```
                                            Page 1

 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF COLORADO

 3            Case No. 1:14-cv-03074-CMA-KMT

 4

 5    - - - - - - - - - - - - - - - - - - X

 6    JOHANA PAOLA BELTRAN, et al.,

 7                         Plaintiffs,

 8        v.

 9    INTEREXCHANGE, INC., et al.,

10                         Defendants.

11    - - - - - - - - - - - - - - - - - - X

12

13

14              VIDEOTAPED DEPOSITION OF

15        MARION BRIGITTE SYLVIE-PARNAUD SIMPSON

16        Sunday, February 11, 2018, 10:03 a.m.

17               Choate Hall & Stewart LLP

18                Two International Place

19              Boston, Massachusetts 02110

20

21

22

23    --- Reporter: Kimberly A. Smith, CRR, CRC, RDR ---

24            Realtime Systems Administrator

25
```

CCI Restricted Appx. 000031

Page 42

1    cultural exchange?

2        A.   Yes.

3        Q.   Ms. Simpson, did you understand that you

4    would be living with the host family during the

5    program?

6        A.   Yes.

7        Q.   Did you want to live with the host family?

8        A.   Yes.

9        Q.   Did you know that the host family would be

10   providing you with meals?

11       A.   Yes.

12       Q.   Did you consider the housing a benefit of

13   the program?

14       A.   Yes.

15       Q.   Did you consider the food as a benefit of

16   the program?

17            MR. PACHECO:   Objection, form,

18   foundation.

19   BY MS. NEVIN:

20       Q.   Ms. Simpson, you just testified that you

21   knew that the host family would be providing you

22   meals, correct?

23       A.   Yes.

24       Q.   Did you consider those meals a benefit of

25   the program?

CCI Restricted Appx. 000032

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

----------------------------------x

JOHANA PAOLA BELTRAN, LUSAPHO

HLATSHANENI, BEAUDETTE DEETLEFS,

DAYANNA PAOLA CARDENAS CAICEDO and

ALEXANDRA IVETTE GONZALEZ, on behalf of

themselves and others similarly situated,

            Plaintiffs,


      - against -


INTEREXCHANGE, INC., et al.,

            Defendants.

----------------------------------x

                    January 26, 2018

                    9:05 a.m.


        Videotaped Deposition of KUBRA SAHIN,

taken by Defendants, pursuant to Notice,

held at the offices of Boies Schiller &

Flexner LLP, 575 Lexington Avenue, New

York, New York, before Todd DeSimone, a

Registered Professional Reporter and Notary

Public of the State of New York.

Page 52

```
 1                       SAHIN
 2         A.      I didn't say that, but I did
 3    like the idea of living with a family.
 4         Q.      You wanted to live with a host
 5    family?
 6         A.      Yes.
 7         Q.      You also knew that the host
 8    family would provide you with meals,
 9    correct?
10         A.      I knew, yes.
11         Q.      Did you prefer the idea of
12    living with the host family over the idea
13    of living alone in the United States?
14         A.      At the time, yes.
15         Q.      How much did the stipend amount
16    impact your decision to become an au pair?
17              MR. PACHECO:  Objection to
18    form.
19         A.      I knew we would get paid, and
20    at the time I thought that the amount we
21    would get paid would be enough for us to
22    get through the year.
23    ████████   ████████  ████  ████  ████
   ██  ████  ██  ████  ████████  ████████
   ██     ████   ██   ████████  ██████
```