# Exhibit D

(replacing ECF No. 941)

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 2
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 1 of 17
of 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**RESTRICTED APPENDIX
IN SUPPORT OF EXPERT AUPAIR'S RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**
_____

A

Expert AuPair Restricted Appx. 001

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

*Confidential Video Deposition of Nicole Renee Mapledoram*

*October 03, 2016*



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Stevens-Koenig Reporting

Case No. 1:14-cv-03074-CMA-KMT   Document 959-5   filed 03/30/18   USDC Colorado   pg 3 of 17
Case 1:14-cv-03074-CMA-KMT   Document 941   Filed 03/16/18   USDC Colorado   Page 3 of 18
Expert AuPair Restricted Appx. 002

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 1:14-cv-03074-CMA-KMT
 3   _____

 4   JOHANA PAOLA BELTRAN, et al.,

 5       Plaintiffs,

 6   vs.

 7   INTEREXCHANGE, INC., et al.,

 8       Defendants.
     _____
 9
     CONFIDENTIAL VIDEO DEPOSITION OF NICOLE RENEE MAPLEDORAM
10                        October 3, 2016
     _____
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 5 of 18
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 4 of 17

Expert AuPair Restricted Appx. 003

Johana Paola Beltran, et al. vs.     Confidential Video Deposition of Nicole Renee Mapledoram
Interexchange, Inc., et al.     October 03, 2016

Page 51

```
 1   contacted me and said they had a family in Denver that
 2   was looking for somebody in -- around Easter time.
 3           Q.   So Christian au Pair found another family?
 4           A.   Yes.
 5           Q.   And did you call the family, have
 6   interviews as well?
 7                MS. DiSALVO:  Objection.
 8   ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
     ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
17   looking with Cultural Care, but I don't know how far in
18   my application -- if I had submitted an application, I
19   don't know.
20           Q.   (By Mr. Enica)  Okay.  But this was the
21   only family that Christian au Pairs provided you after
22   the first two families, the one in Maine?
23           A.   Yes.
24           Q.   And did you interview with them, with the
25   family?
```

```
 1        A.   I did.
 2        Q.   Do you remember how many times?
 3        A.   One.
```

[redacted]

```
 8        Q.   And do you remember how long was the
 9   interview?  Was it like a job interview before?
10        A.   It was a job interview.  I don't remember
11   how long it was.
12        Q.   Did you discuss anything about the number
13   of hours that you're required to work during the
14   interview?
15        A.   I don't remember.
16        Q.   Did you discuss anything about payment?
17        A.   I don't remember.
18        Q.   You told me today earlier that you had
19   various jobs, both as a nanny and other --
20             MS. DiSALVO:  Objection.
21        Q.   (By Mr. Enica)  Did you ever discuss
22   payment during your interviews?
23        A.   I don't remember.
24             MS. DiSALVO:  Objection.
```

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 7 of 18
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 6 of 17
Expert AuPair Restricted Appx. 005

Johana Paola Beltran, et al. vs.  Confidential Video Deposition of Nicole Renee Mapledoram
Interexchange, Inc., et al.  October 03, 2016

Page 53



```
21         Q.   (By Mr. Enica)  Is it possible that you
22   never discussed payment and number of hours?
23              MS. DiSALVO:  Objection.
24         A.   I don't remember.  It's possible.  I mean,
25   most jobs I ever applied for, to the best that I can
```

Johana Paola Beltran, et al. vs.  
Interexchange, Inc., et al.

Confidential Video Deposition of Nicole Renee Mapledoram  
October 03, 2016

Page 54

1  remember, have advertised the number of hours and the pay
2  wherever it was advertised before I applied.



18         Q.   So you agreed you were a match but prior
19  to contacting Expert AuPair; is that correct?
20              MS. DiSALVO:  Objection.
21         A.   I don't remember.
22         Q.   (By Mr. Enica)  Did you -- were you a
23  pre-match with Expert AuPair?
24         A.   Yes.
25              MS. DiSALVO:  Objection.

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 9
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 8 of 17
of 18
Expert AuPair Restricted Appx. 007

Johana Paola Beltran, et al. vs.  Confidential Video Deposition of Nicole Renee Mapledoram
Interexchange, Inc., et al.  October 03, 2016

Page 55

 1        Q.  (By Mr. Enica)  So a pre-match means from
 2    what you described that you matched with the family
 3    before?
 4        A.  Yes.

10        Q.  Okay.  Why did you speak with Expert
11    AuPair?
12        A.  Because Christian au Pairs told me that
13    they were a sponsor that I could use, or they -- they
14    told me that they were an agency I could use.
15        Q.  Okay.  So you talked to them because they
16    were an agency?
17        A.  Yes.
18        Q.  But they were not matching you?
19        A.  No.
20        Q.  Okay.  So you came to them as a pre-match?
21        A.  Correct.
22

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 10 of 18
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 9 of 17
Expert AuPair Restricted Appx. 008

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.
Confidential Video Deposition of Nicole Renee Mapledoram
October 03, 2016

Page 251

[lines 1-20 redacted]

```
21         Q.   And if you look at the middle section here
22   of the email, you can see a square with an X on it.  Do
23   you know what that is?
24         A.   I don't know.
25         Q.   Okay.  Do you know who put it there?  Did
```

Expert AuPair Restricted Appx. 009

| Johana Paola Beltran, et al. vs. | Confidential Video Deposition of Nicole Renee Mapledoram |
|---|---|
| Interexchange, Inc., et al. | October 03, 2016 |

Page 265

```
 1    for the Kelloffs.
 2            A.    Correct.
 3            Q.    Do you remember how many hours you were
 4    working?
 5            A.    It changed at different times.  Sometimes
 6    I worked half of my hours and received half of my pay.
 7    Sometimes I worked a quarter of my hours and got a
 8    quarter of my pay.  I think at one point -- I don't know
 9    what's between half and a quarter.
10            Q.    Half and a quarter?
11            A.    I can't do that math right now, but I
12    received different -- I worked different hours and
13    received --
14            Q.    And did you inform Expert AuPair about the
15    change in the number of hours?
16            A.    I don't believe I did because I believe it
17    was after my --
```

[redacted]

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 12 of 18
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/18/18 USDC Colorado Page 11 of 17
Expert AuPair Restricted Appx. 010
HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

# The Employment Contract

Date of Employment Commencement: _____

This document serves as a childcare employment contract between _____ _____, hereafter referred to as "The Employer," and _____, hereafter referred to as "The Au Pair."

IT IS AGREED, that The Employer will employ The Au Pair according to the terms and conditions outlined herein.

## 1 Terms of Employment

### Hours

The workweek shall be from Monday until Sunday. The Au Pair is employed to work in the The Employer's home according to the following schedule:

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Start time | | | | | | | |
| End time | | | | | | | |
| Start time | | | | | | | |
| End time | | | | | | | |

*Please Note:* **Au pairs may not work more than 10 hours in any day, or 45 hours in any workweek.** *They must have at least 1.5 full consecutive days off a week and they must have at least 1 free weekend a month. Any schedule changes should be given in writing to the au pair not later than the Friday before the workweek starts. Any time the Au Pair is responsible for the children – is a work hour, even if the children are sleeping.*

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 13 of 18
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 12 of 17
Expert AuPair Restricted Appx. 011
HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

## *Children*

The children under care of The Au Pair during working hours are listed below:

| First name: | | Last name: | | Birth date: | |
|---|---|---|---|---|---|
| First name: | | Last name: | | Birth date: | |
| First name: | | Last name: | | Birth date: | |
| First name: | | Last name: | | Birth date: | |

*Please Note: Au Pairs may not care for a child under the age of 2 without at least 200 hours of documented infant care experience. A parent or responsible adult must be present when an au pair is caring for a child under three months. Special needs children may only be placed in the care of an au pair with specifically identified experience, skills, or training in caring for children with special needs.*

## 2 Duties

The Au Pair will be required to attend to the following additional childcare-related duties during work hours:

_____
_____
_____

*Please Note: These duties may include, but are not limited to, washing children's laundry, straightening children's rooms, bathing children, and cleaning children's play areas. Only childcare-related duties are allowable. For example, "children's laundry" is acceptable, but "laundry" is not.*

## 3 Remuneration

### *Salary*

The Employer agrees to pay The Au Pair a salary of $_____ per week. This salary will be paid every:   ☐ week   ☐ two weeks

Pay day will be _____

Payment will be made by   ☐ check   ☐ other (please specify) _____

*Please Note: Au pairs must be paid at least $195.75 per week and payment should be documented.*

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 14 of 18
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 13 of 17
Expert AuPair Restricted Appx. 012
HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

### *Deductions*

The Employer agrees to pay the Au Pair's full wages with no deductions except for deductions specifically required by Federal, State or local taxation law.

The Employer shall be responsible for reporting to the IRS and the relevant State body of taxation the following: Federal withholding, State withholding and if applicable, Social Security and Medicare contributions.

## 4 Accommodation

### *Bedroom*

The Au Pair will have a private bedroom in The Employer's home.

### *Bathroom*

The Au Pair will have access to bathroom facilities. These facilities will be:
- ☐ shared with children       ☐ shared with another family member _____
- ☐ private                    ☐ en suite

## 5 Privileges

### *Car*

The Au Pair
    ☐ will have access to a car       ☐ will not have access to a car

If access to a car is allowed, the car will be:
☐ Shared       ☐ Private
☐ Available for use after hours according to the following schedule:
_____
_____
_____

The Au Pair will be insured for use of this car by The Host Family, and The Au Pair's deductible will be $_____ (not greater than $500).

Car  Make/Model/Color/Year  _____/_____/_____/_____.

The Au Pair will have or will obtain an appropriate driving license before operating a vehicle.

Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 15
Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 14 of 17
of 18
Expert AuPair Restricted Appx. 013

HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

### *Phone Privileges*

The Au Pair will have access to a phone according to the following schedule and restrictions:

_____
_____
_____

Long distance calls are to be paid for by:
  ☐ The Au Pair     ☐ The Employer

### *Educational Expenses*

The Employer shall reimburse documented expenses for tuition and/or fees for courses that the Au Pair enrolls in, at accredited institutions of higher education, once these fees have been paid by the Au Pair. Such reimbursement shall be immediately provided on request by the Au Pair, and the total amount of reimbursement over the duration of this contract shall not exceed $500. Alternatively, the Au Pair may present a bill from the institution to The Employer for immediate payment.

### *Additional Privileges*
The following additional privileges will be included as part of this agreement:

_____
_____

## 6 Restrictions

### *Curfew*

The Au Pair
  ☐ will be subject to a curfew   ☐ will not be subject to a curfew.
If The Au Pair is subject to a curfew, the curfew schedule will be as follows:

### *Additional Restrictions*
The following additional restrictions will be included as part of this agreement:

_____
_____

# 7 Vacation

The Au Pair is entitled to two weeks of paid vacation. *(If vacation is not taken in full weeks, then the number of days of vacation shall be based on the number of days in The Au Pair's workweek.)*

Vacations must be taken at a mutually agreed time.

The following vacation time or constraints have been agreed *(this section may be left blank)*:

_____
_____
_____

Neither the Employer nor the Au Pair can unilaterally require that vacation is taken at a particular time, except within the parameters of the stipulations above.

The Au Pair is entitled to the following two additional holidays, which shall be Federal Holidays, religious holidays, or culturally important days: _____ and _____.

If no holidays are chosen by the Host Family, the holidays will default to July 4th and December 25th.

# 8 Sick Leave

The Au Pair may take sick leave when necessary. In the event of illness, The Au Pair must notify The Employer as soon as possible before the beginning of the next work day of The Au Pair's impending absence. The Employer may not lower The Au Pair's salary in response to The Au Pair's sick leave.

The Au Pair understands that excessive or abusive use of the sick policy may result in termination of this contract or mediation of this contract.

# 9 Confidentiality

The Au Pair shall not during his/her employment with The Employer, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law) without the prior written approval of The Employer divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to The Employer. This clause shall not be construed to prevent the Au Pair from reporting employment abuse or unsafe working conditions to Expert AuPair or to the appropriate authorities.

The Employer shall not during his/her employment with The Au Pair, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law) without the prior written approval of The Au Pair divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to The Au Pair. This clause shall not be construed to prevent the Employer from reporting neglect, abuse, other job incompetence, or health and safety concerns, to the appropriate authorities.

Expert AuPair Restricted Appx. 015
HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

# 10 Disciplinary Procedures / Termination of Contract

Reasons which might give rise to the need for measures under the Disciplinary & Capability Procedure include the following:
(a) causing a disruptive influence in the household
(b) job incompetence
(c) conduct, inside or outside normal working hours, prejudicial to the interests or reputation of The Employer .
(d) unreliability in time keeping or attendance
(e) failure to comply with instructions and procedures
(f) suspension or revocation of driver's license
(g) breach of confidentiality

In the event of The Employer needing to take disciplinary action the procedure shall, save in cases involving gross misconduct, be:
(i) Verbal warning and report to local representative, and then if there is no improvement,
(ii) Written warning, copied to local and regional representative, and then if there is no improvement
(iii) Termination

Termination of this agreement requires written notification with a full explanation and must be submitted in writing to both the Local Representative and to the corporate office of Expert AuPair. Both parties must give the standard two weeks notice of termination. Fees or charges owed but not reconciled by the Au Pair may be deducted from the final paycheck.

# 11 Addenda

_____
_____
_____
_____

Case 1:14-cv-03074-CMA-KMT Document 941 Filed 03/16/18 USDC Colorado Page 17 of 18
Case No. 1:14-cv-03074-CMA-KMT Document 959-5 filed 03/30/18 USDC Colorado pg 18 of 18
Expert AuPair Restricted Appx. 016
HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

## 12 General Terms

This contract shall be construed in accordance with and governed by the laws of the United States of America and the state of _____. The parties submit to the exclusive jurisdiction of the justice system of the United States of America and the state of _____.

I/We have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by our signatures below. I/We have interviewed The Au Pair over the phone and agreed to these conditions with The Au Pair before her/his arrival.

_____     _____
The Employer Signature                                              Date

_____     _____
The Employer Signature                                              Date

I, The Au Pair, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by my signature below. I have spoken with The Employer via telephone and agreed verbally to these conditions of my employment before my arrival in the United States (or transfer to a new family, if a rematched au pair). I have read the The Employer's application and all pre-departure orientation information.

_____     _____
The Au Pair Signature                                                Date