# **Exhibit E**

(replacing ECF No. 943-4)

# Exhibit 51

PLAINTIFFS' RESP. APP.0000613

Message

| | |
|---|---|
| **From**: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK OVERMANN6626BF2F] |
| **Sent**: | 2/29/2016 10:41:51 PM |
| **To**: | Ilir Zherka [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ilir Zherka0b3]; 'Natalie Jordan' [Natalie.Jordan@EF.com] |
| **Subject**: | Re: Au Pair Update |

Hi to you both,

I can think of only one time we worked with non-Alliance au pair members: a number of years ago (4,5 years ago?), ECA held an all sponsor meeting and we convened a pre-meeting of Alliance members to prep. We decided (don't remember the process for making that decision) that we'd extend a courtesy invite to non-Alliance sponsors, both to better coordinate messaging and hopefully get them to join (which several of them have since then). Nat, you must have been at that meeting.

That's the only precedent I can remember for engaging non-members.

Mark

--

**Mark Overmann**

Deputy Director

Alliance for International Exchange

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)

www.alliance-exchange.org

---

**From:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Date:** Monday, February 29, 2016 at 5:07 PM
**To:** 'Natalie Jordan' <Natalie.Jordan@EF.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** RE: Au Pair Update

I haven't. I'm copying Mark so that he can tell us what we normally do.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000614
CONFIDENTIAL

ALLI-035039

202-293-6141

---

**From:** Natalie Jordan [mailto:Natalie.Jordan@EF.com]
**Sent:** Monday, February 29, 2016 3:14 PM
**To:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Subject:** RE: Au Pair Update

Hi,
Did you reach out to non members to let them know about this?
Nat


Natalie Jordan
*Senior Vice President*

——

Cultural Care Au Pair
EF Center Boston
One Education Street
Cambridge, MA 02141

Office: 617-619-1159
Skype: Natalie.Jordan.ef
www.culturalcare.com

---

**From:** Ilir Zherka [mailto:IZherka@Alliance-Exchange.org]
**Sent:** Monday, February 29, 2016 3:12 PM
**To:** 'wgertz@aifs.com'; 'rferry@aifs.com'; 'bill@asse.com'; 'ellen@aupairfoundation.org'; 'smcnamara@aupaircare.com'; 'chitom@chinet.org'; 'chilinda@chinet.org'; Goran Rannefors; Dan Sodervall; Natalie Jordan; 'shayes@euraupair.com'; 'mark@expertaupair.com'; 'bkapler@goaupair.com'; 'twilson@goaupair.com'; 'shannon@greataupair.com'; 'jennifer@greataupair.com'; 'clamonica-lunn@interexchange.org'; 'mmchugh@interexchange.org'; 'jwilhelm@intraxinc.com'; 'mschneider@intraxinc.com'; 'heidi@proaupair.com'; 'susan@proaupair.com'; 'stacey@agentaupair.com'; Christina Reilly
**Cc:** Mark Overmann; Lisa Heyn; 'Kate Eltrich'
**Subject:** Au Pair Update

Greetings:

We have not heard back yet from Robin or her office regarding the May 2 meeting.

We are going to explore this week the possibility of getting a congressional letter to ECA urging them to talk prospectively only on May 2 about the stipend given the limitations of the lawsuit on a retrospective conversation. We'll let you know if we get any traction.

Also, some of you have asked if you should respond to ECA's meeting invitation. If you do so, please consider focusing your communication on these points:

· We look forward to the possibility of meeting with you on May 2
· We appreciate that you are working with the Alliance on the agenda for that meeting and encourage you to continue doing so
· As a reminder, given the pending lawsuit, we are not in a position to discuss retrospectively any issues that are subject to the suit

Of course, please use your own words to convey these points. If you have any questions or concerns, let me know.

Best,

CONFIDENTIAL

ALLI-035040

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org
202-293-6141

PLAINTIFFS' RESP. APP.0000616
CONFIDENTIAL

ALLI-035041

Case No. 1:14-cv-03074-CMA-KMT   Document 958-6   filed 03/30/18   USDC Colorado   pg 6 of 167

# Exhibit 52

PLAINTIFFS' RESP. APP.0000617

Message

---

**From**: Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960]
**Sent**: 1/22/2015 1:34:23 PM
**To**: Shannon Pitts [Shannon@GreatAuPair.com]
**Subject**: Re: Law Suit - All Au Pair Agencies Named
**Attachments**: 82951922-0262-4224-966F-FD6FCE2C856F.png

Shannon – first, sincere apologies for my failure to respond to your earlier message.

There's no role for the Alliance in this matter.  Our mission is entirely about policy, and as a matter of long-standing practice, the Alliance does not involve itself in disputes involving individual programs – be they legal or regulatory in nature.  We have no legal counsel on our staff and none to recommend.

If it turns out that the case generates publicity, we will play a role as a spokesman for the field.  My request to sponsors for success stories and survey data from participants late last year was made to strengthen our ability to make a positive case for the program.

My understanding is that sponsors are each finding their own representation in this matter.

If you'd like to discuss further, give me a call.   If I'm tied up in a meeting or call, I'll try to get back to you promptly.  Best, Michael

---

**From:** Shannon Pitts <Shannon@GreatAuPair.com>
**Date:** Wednesday, January 21, 2015 7:00 PM
**To:** Michael <MMcCarry@alliance-exchange.org>
**Subject:** FW: Law Suit - All Au Pair Agencies Named

Hi Michael,

I didn't hear back from you on this matter and it appears that the law suit is moving forward.

Is the Alliance going to provide any guidance or support on this matter?

It appears that the underlying issue made by the plaintiff's attorney revolves around a claim that au pair sponsors have colluded to set an unfair wage of $195.75 per week which the attorney claims is below state and federal minimum wages. It appears that the plaintiff's attorney does not understand that the DoS, in cooperation with the Department of Labor, has considered the cost of au pair room and board and following the FLSA, has arrived at the $195.75 stipend. Sponsors are abiding by DoS regulations, requiring host families to pay the stipulated $195.75 to their au pair.

Does the Alliance have legal counsel that can be assigned to address this matter on behalf of all sponsors?  Is there a precedent for handling class action law suits like this?

Sincerely,

Shannon Pitts
CEO
Office 512-772-1191   ::   Email shannon@greataupair.com
Mobile 925-202-3977   ::   Skype shannon_pitts

PLAINTIFFS' RESP. APP.0000618
CONFIDENTIAL

ALLI-035254

On 11/16/14, 11:46 PM, "Shannon Pitts" <Shannon@GreatAuPair.com> wrote:

Hi Michael,

I'm not sure if you've seen this yet, but figured it would be a good idea
for you to be aware of this and get involved.

As sponsors, we're going to need to have a single voice aligned under a
common strategy to address the claims in the law suit.

Please review and let me know when you're free to discuss.

Sincerely,
Shannon Pitts
CEO
Office 512-772-1191    ::   Email shannon@greataupair.com
Mobile 925-202-3977  ::   Skype shannon_pitts

On 11/14/14, 9:21 PM, "USAuPair" <admin@usaupair.com> wrote:

Hello Colleagues - On Friday afternoon our office received a Press
Request from Global Competition Review, an antitrust publication in
Washington, DC,   The press request was about a Colorado lawsuit
alleging au pair sponsor antitrust law violations.   I asked our
legal counsel to obtain a copy of the filing - see attached.   The
Colorado lawsuit filed Nov 13, 2014 lists all J1 au pair sponsors as
defendants along with a host family.

USAuPair did not respond to the Press Request but the lawsuit will be
in a Monday morning news briefing.

Calls were made to DoS and VM messages left.  There has been no reply.

Helene

USAuPair
PO Box 2126
Lake Oswego, OR  97035
Tel:  503-675-5333
Fax: 503-699-7776
Skype:  usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may
contain confidential and privileged information.  Any unauthorized
use or disclosure of this email is prohibited.  If you have received
this email in error, please notify the sender immediately and destroy
all copies of this email.

CONFIDENTIAL
ALLI-035255

Case No. 1:14-cv-03074-CMA-KMT Document 958-6 filed 03/30/18 USDC Colorado pg 9 of 167

# Exhibit 53

PLAINTIFFS' RESP. APP.0000620

Message

**From**: William Gertz [wgertz@aifs.com]
**Sent**: 3/18/2015 8:07:19 PM
**To**: Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960]
**CC**: Ruth Ferry [rferry@aifs.com]; Bob Dotchin [robert@advocacy.com]
**Subject**: Re: Talked again w reporter

Summer work travel is much different than au pair. As you said au pairs live with a family and are to be treated like a family member. Summer work travel folks are in the same facility as American workers. It is a short term work program with a cultural component. It has always been so.

Au pairs have an educational supplement, a private room car use of a car with car insurance paid. Vacations with the family, gifts, extra money and activities plus local support activities cluster meetings etc.

It is apples and oranges. Has always been so.

Would be happy to meet with Evan but would need to clear with attorneys.

I can also say with certainty that host families would be unhappy and would oppose  any rule change that would significantly increase their costs.

This is a cultural exchange program and we have been  having the same argument for 30 years.

Bill.

William L. Gertz
President & CEO
AIFS

> On Mar 18, 2015, at 3:25 PM, Michael McCarry <MMcCarry@Alliance-Exchange.org> wrote:
>
> Spent most of the day talking to people at State and trying to get the straight story re the quote on state minimum wage.  RJL says they were misquoted, but the reporter insists State said what she quoted, and offered to send me the email.  She says State is now revising its comments but she doesn't have the revision or know what's going on.
>
> I then worked thru my talking points:  we have never been contacted by State about using state minimum wage rates, we were confused to learn about this from her rather than State (given our long productive relationship, esp in au pair category).  She asked if it would be bad to switch to state rates and I said yes - dropped the preemption concept of federal regs over state and local.  She followed (has done her homework) by noting that SWT rules specify that students earn the higher of local and federal minimum wage, so why should au pair be different?  This will be a vulnerable point for us.  I suggested that the programs are very different:  SWT students work for businesses, while au pairs live with a family and work in a home, but she didn't seem convinced by that.
>
> She asked if I had anything else, so I said that if any major change is contemplated in the program - whatever the change - we believe it should happen through the usual rule making process, with plenty of opportunity for public comment, consultation, etc.  Noted that we support good regs, which help good sponsors.
>
> She may call me back again when she hears from State.  She said I could email her tomorrow during my London layover, so I guess we have another day or two before story appears.
>
> Bill, given that State apparently gave the state minimum wage quote, I think we should try to get a meeting w Evan Ryan - maybe you, Goran, and Au Pair Care (John or Marcie).  Let me know your thoughts.
>
> M

PLAINTIFFS' RESP. APP.0000621
CONFIDENTIAL

ALLI-035299

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 11 of 167

# Exhibit 54

PLAINTIFFS' RESP. APP.0000622

Case 1:14-cv-03074-CMA-KMT Document 945-6 Filed 03/17/18 USDC Colorado Page 11 of 167

Message

| | |
|---|---|
| **From**: | Natalie Jordan [Natalie.Jordan@EF.com] |
| **Sent**: | 4/10/2015 5:59:09 PM |
| **To**: | Bill Gertz; Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960] |
| **Subject**: | RE: Blumenthal letter |

HI,

I agree with your approach so far. Obviously points 1 and 2 we can work with but 3 is a nonstarter. I think we have to be clear that we would object and that any application of local labor laws would be problematic for program participants and would be strongly opposed by our community.

Happy to talk later if you have an opportunity,

Nat

---

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Friday, April 10, 2015 10:00 AM
**To:** Bill Gertz; Goran Rannefors; Ruth Ferry; Natalie Jordan; Bob Dotchin; Suzy Glucksman; Mark Overmann; alec@thorsen-french.com
**Subject:** Blumenthal letter
**Importance:** High

Colleagues – Blumenthal staff sent along this draft letter (below) that will apparently announce their transparency bill re the au pair program. They've asked for comments, and I'd like to get back to them today if possible. Bill introduction likely next week.

Some suggested comments:

1. We fully support transparency in fees. Au pair program materials that host families receive from sponsors typically indicate that au pairs pay a program fee. We have no problem with disclosing this to families. As we discussed, the fees themselves are market-driven, and vary from country to country. Fees of 'several thousand dollars' are very unusual; many au pairs pay less than $1000.

2. We have discussed w ECA for years an expansion of the educational component to provide a broader range of options for au pairs. We believe that au pairs should have the option of fulfilling this requirement through other extracurricular activities, such as community service – experiences that demonstrate important American values. State has not yet acted on this, but we hope that it will in its next au pair rule making. We also believe it will appropriate to reassess the amount of the allowance at that time.

3. We look forward to discussing issues around the weekly stipend with ECA in the context of its au pair category review and a rule making. As we discussed, we believe that all the issues raised in the draft letter are better addressed through the rule making process, which will include robust public comment, than by statute.

Practical note: I'm moderating a workshop in Chicago today and will have limited availability to talk. Best to start with e-mail, and pls let me know in those messages if you'd like me to call you. I'll try to do so during breaks here, and will find a way to make that work.

Thanks, M

DRAFT letter from Sen. Blumenthal:

PLAINTIFFS' RESP. APP.0000623
CONFIDENTIAL

ALLI-035322

I appreciate your ongoing efforts to both revise regulations pertaining to the Department of State J-1 visa au pair program and bring about greater enforcement to protect program participants and provide greater transparency. To this end, I urge you to continue your leadership in reforming the program by adopting the following measures.

First, I understand that to participate in the au pair program, au pairs may pay up to several thousands of dollars to providers or third parties and that these fees are not regulated. Transparency is necessary to ensure that the au pair organizations deliver all services associated with these fees. While I oppose the imposition of recruitment fees, if the Department of State allows this practice to continue, it must ensure that any fees paid are customary and reasonable. In addition, host families must be made fully aware of all such fees paid by their au pair. I am aware of the recent revisions to the Exchange Visitor Program regulations that require a list of all fees charged to the exchange visitor be sent to the host employers. As such, I want to ensure that host families are covered as host employers because it is vital that they received this information.

Second, the Department of State must revise the current academic allowance given to au pairs. Given the cultural exchange experience intended through the au pair program, I urge you to immediately revise the allowance from the current threshold of $500 to a minimum figure that will allow au pairs to take part in educational opportunities they are intended to experience. The rising cost of education simply does not permit au pairs to take full advantage of meaningful educational opportunities with the $500 figure established 14 years ago in 2001.

Third, the Department of State must enforce compliance of all state and federal labor laws for au pair organizations. Without question, these organizations must ensure compliance with state minimum wage standards. Connecticut has led the nation in a successful effort to increase the national minimum wage to $10.10 per hour. As the au pair program is run under the auspices of the Department of State J-1 visa program, the Department of State must ensure that au pair organizations are held responsible for providing at least minimum wages to their au pairs for each respective state in which they are placed.

I look forward to working with you to ensure these reforms are implemented. In addition, please let me know if further statutory changes are necessary to carry out these or other improvements. I welcome additional measures that will help strengthen the au pair program.

PLAINTIFFS' RESP. APP.0000624
CONFIDENTIAL

ALLI-035323

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 14 of 167

# Exhibit 55

PLAINTIFFS' RESP. APP.0000625

Message
_____

**From:** Ruth Ferry [rferry@aifs.com]
**Sent:** 4/20/2015 10:13:42 PM
**To:** Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f]
**CC:** Natalie Jordan [Natalie.Jordan@EF.com]; Sarah McNamara [smcnamara@aupaircare.com]; Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960]
**Subject:** Re: For your feedback: Au pair position paper for J-1 Advocacy Day


Hi Mark -

I'd like to see the second bullet (after hours) to state working hours/duties are limited to the care of the host's children.

In bullet with room,board - remove 'in most cases' - some transportation is required.

In bullet of local coordinator - contacts ap within 48 hrs of her arrival and conducts an in-home assessment with ap and HF within 2 weeks following arrival.

Might we add paragraph states DOS's purpose of program so we emphasize cultural exchange program with a limited work component?

That's my 2-cents!

Ruth


Sent from my iPhone

On Apr 20, 2015, at 11:37 PM, "Mark Overmann" <MOvermann@Alliance-Exchange.org> wrote:

Hi Ruth, Natalie, and Sarah,

Attached is our au pair position paper for J-1 Advocacy Day from last year. We'd like to use it again this year, with the below tweaks to the back page language. Please let me know ASAP (by 12noon tomorrow, if possible), if this paper/these changes look good to you, or if you have any additional suggested changes.

Thank you!
Mark


## Protecting the interests of au pairs and host families

The Alliance and its members support strong program regulations that protect the interests of au pairs, as well as their American host families. Au pair sponsor organizations are designated by the Department of State, which ~~regularly~~ monitors regulatory compliance ~~and makes adjustments to the regulations governing the au pair program~~. These regulations require that:

• Au pair working hours are limited to 45 hours per week (no more than 10 hours in one day);

• Au pairs receive a weekly stipend from host families of $195.75, as mandated by the Department of State, in consultation with the Department of Labor and the IRS;

• In addition to the stipend, host families provide room, board, and utility costs and, in most cases, local transportation;

• Au pair household responsibilities are limited to those related to care of the children;

PLAINTIFFS' RESP. APP.0000626
CONFIDENTIAL

ALLI-035374

- Au pairs are granted 1.5 days off per week, at least 1 full weekend off each month, and 2 weeks of paid vacation per year;

- Au pairs receive at least $500 from their host families toward the completion of their educational requirement;

- Each host family has an assigned local program coordinator who lives within a one-hour drive;

- Local program coordinators conduct an orientation with each host family and au pair within 14 days of an au pair's arrival;

- Local program coordinators maintain monthly personal contact with host families and host monthly check-in meetings for their au pairs;

- All au pair sponsor organizations must submit an annual independent audit to the Department of State, to ensure regulatory compliance.


--
**Mark Overmann**
Deputy Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org


<Au Pair.pdf>

CONFIDENTIAL

ALLI-035375

Case 1:14-cv-03074-CMA-KMT   Document 945-42   Filed 03/17/18   USDC Colorado   Page 16 of 166

# Exhibit 56

Message

| | |
|---|---|
| **From**: | Kate Eltrich [kate@sixkillerconsulting.com] |
| **Sent**: | 7/20/2015 8:26:02 PM |
| **To**: | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960] |
| **CC**: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f] |
| **Subject**: | Re: au pair update |

sheesh

---

**From:** Michael McCarry <MMccarry@alliance-exchange.org>
**Date:** Monday, July 20, 2015 at 4:25 PM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: au pair update

Not sure if it's sufficient for State. State made it clear they were not going to talk about issues related to litigation. DOL brought this up and State made no comment, I'm told.

---

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Monday, July 20, 2015 4:23 PM
**To:** Michael <MMcCarry@alliance-exchange.org>
**Cc:** Alliance/Mark <movermann@alliance-exchange.org>
**Subject:** Re: au pair update

interesting, thanks for the read-out. So asserting state minimum wage is sufficient for State? I would think they'd want to lean more heavily on putting out new regs. I'll send a note now to the broader group.

---

**From:** Michael McCarry <MMccarry@alliance-exchange.org>
**Date:** Monday, July 20, 2015 at 3:58 PM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: au pair update

Kate – from what I've heard, it was not an earth-shaking event. RJL did not appear. DOL staff spoke for 30 minutes and asserted requirement of state minimum wage and overtime.

Someone later in the day raised a question about the stipend and several sponsors walked out of the room (given the nature of the lawsuit). That brought discussion to a halt.

State provided comments from au pairs drawn from focus groups they've conducted. Pluses and minuses, as you'd expect, but no surprises and nothing that looked like a serious problem.

No clear timetable for new regs.

I'd say yes re circling back to Bob Dotchin and Alec/Carl re the language. Tks, M

---

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Monday, July 20, 2015 2:37 PM
**To:** Michael <MMcCarry@alliance-exchange.org>

PLAINTIFFS' RESP. APP.0000629
CONFIDENTIAL

ALLI-035491

**Cc:** Alliance/Mark <movermann@alliance-exchange.org>
**Subject:** Re: au pair update

Hi Michael and Mark, did you hear anything from the meeting Friday with sponsors? And would you like me to circle back with the other lobbyists to let them know how I'd characterize the genesis of this language? Thanks, Kate

---

**From:** Michael McCarry <MMccarry@alliance-exchange.org>
**Date:** Friday, July 17, 2015 at 3:18 PM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: au pair update

Very interesting. And your guess re RJL right on the mark. Tks M

Sent from my iPhone

On Jul 17, 2015, at 2:34 PM, Kate Eltrich <kate@sixkillerconsulting.com> wrote:

Hi Michael and Mark, if you have a chance to chat, I'd like to give you the download of my conversation with Tim Rieser and Janet Stormes about the genesis of the au pair language. Suffice to say they thought there was a lot of ambiguity on pay and it needs clarity. They totally support our position this should be done in a transparent way, and ultimately didn't have view about how it comes out (raise stipend or stays the same). They have not heard from anti-trafficking groups on this issue. It came from reading about the law suit and talking with Robin Lerner. (Tim noted Suzy's calls asking him to identify the source and he said he doesn't like to do that… more I can provide on this point.) However, Janet had done a fair bit of investigating of the regs and thought it interesting Robin asserted to them the state minimums are required. They are hoping State's meeting with sponsors today starts a transparent process.
Hope your board meeting went well and we'll talk soon! best, Kate

**Kate Eltrich  partner**

440 First Street, NW, Suite 360
 Washington, DC 20001
p 202.787.5300 · m 571.970.7063
kate@sixkillerconsulting.com

<73B05779-780A-487A-AD55-F1575E0161D3.png>

PLAINTIFFS' RESP. APP.0000630
CONFIDENTIAL

ALLI-035492

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/20/18 USDC Colorado pg 20 of 167

# Exhibit 57

PLAINTIFFS' RESP. APP.0000631

---

**Message**

| | |
|---|---|
| **From:** | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960] |
| **Sent:** | 10/23/2015 11:13:02 AM |
| **To:** | Goran Rannefors [Goran.Rannefors@culturalcare.com] |
| **Subject:** | my idea re au pair |

Goran – sorry we kept missing each other yesterday. Thought getting this into an email might be the most efficient procedure.

As we approach a rule making on au pair, I'm concerned the RJL is seen as the only authoritative voice in the Department (who would/could challenge her?), and that Evan (to the extent she pays attention to this) would have no real basis to question anything RJL says about the program.

So here's what I'm thinking:  what if I write to Evan, copies to RJL and Rick Ruth, a letter that basically lays out the argument I made to RJL in Cape Town, I.e., FLSA is in the rule, but the rule also includes 'programmatic need for national stipend,' details of interagency process to set stipend based on federal minimum wage, and a clear statement that the mandated stipend is compliant with FLSA.

I could note in passing that ECA has, till now, never challenged this since the publication of the rule and over 20 years of audits.

Could express concern that the Dept has now all but taken a public position reversing this without consultation, said the same thing to MA AG (might not be fully specific there), and we are concerned about the future of the program, especially since this decision has been reached without any consultation w sponsors, rule making, etc., and goes against 20 years of well established practice that has built a successful program.

I think I would have to say that with the political impasse around federal minimum wage, we would like to work with ECA to develop a new method of calculating a national stipend that is compliant with FLSA and is regularly revisited to ensure that au pairs are treated fairly.   I could even throw in a reference to the CT case if we think it helpful.

What I'm trying to do is let leaders at ECA know, respectfully, that RJL is wrong about this and has backed them into a political corner.  As needed, we would tell them this again in our comment letter, but know there are reasonable people who will understand and possibly support our perspective.  This may be an easier fight if we can weigh in on the front end.

Welcome your thoughts – I'm in and out today with a morning meeting and CSIET presentation in the pm.   Best, M

PLAINTIFFS' RESP. APP.0000632
CONFIDENTIAL

ALLI-035518

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 22 of 167

# Exhibit 58

PLAINTIFFS' RESP. APP.0000633

Message
_____

| | |
|---|---|
| **From**: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK OVERMANN6626BF2F] |
| **Sent**: | 12/18/2015 4:35:50 PM |
| **To**: | Ilir Zherka [izherkadc@gmail.com] |
| **CC**: | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960]; Kate Eltrich [kate@sixkillerconsulting.com]; Lisa Heyn [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lisa Heyn] |
| **Subject**: | Au pair meeting follow-up message |

Hi Ilir,

Below is the summary of yesterday's meeting we worked up. I'll send to the whole group on Monday.

Thanks and see you in a bit at the party!

Mark


Dear colleagues,

Thanks for the very good meeting on Thursday. To re-cap, the two main goals we agreed on are:

1) Ensure that the 45-day report required of State in the Senate SFOPS bill is delivered as a briefing, not in writing; and
2) Influence the upcoming au pair rulemaking so that a single national standard is upheld.

We'll garner key Congressional offices in the coming weeks willing to weigh in with State on these issues. For #1, we'll ask Sen. Graham's office (and possibly others) to tell State to deliver a briefing rather than a written report. We will also need to consult with Sen. Leahy's staff since they sought the report. For #2, we'll identify a targeted group of key Members willing to weigh in with the State Department in support of maintaining au pair as a federal cultural exchange program with a single national standard.

Our immediate tactics over the remainder of December and in the first few weeks of January to accomplish these goals are:

• Kate Eltrich to set up Alliance meeting for early January with Paul Grove, Adam Yezerski, and Jason Wheelock (R SFOPS staffers) – ask will be for Graham to tell State that 45-day requirement should be delivered as briefing

• Alliance to press again in late December/early January (with Kit Bartels and Jordan Fox) for an au pair meeting with Evan Ryan (preferable to continue to seek this meeting with Evan before going over her head to Heather Higginbottom – let's defer Higginbottom contact for the moment)

• Alliance to begin immediately drafting talking points and host family action alerts/letters

• Ruth Ferry to send top 10 au pair sending states to the Alliance, which will forward to the group, group to meet first week in January to brainstorm on key Congressional voices for au pair

PLAINTIFFS' RESP. APP.0000634
CONFIDENTIAL

• Alliance to convene meeting for first week of January with small group to finalize Congressional targets (suggest either *January 5 or 6) – please let me know if you would like to participate in that meeting and your availability those days*

• Alliance to schedule conference call of key au pair members (on either January 7 or 8) to present strategy and Congressional targets to date and seek feedback on both. Suggested participants in call are: AIFS, EF, InterExchange, ASSE, and Au Pair Foundation.

Thanks for your feedback on all of this, and your response to whether you'll participate in a meeting on January 5 or 6.

Happy holidays,
Mark


--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000635
CONFIDENTIAL

ALLI-035644

# Exhibit 59

PLAINTIFFS' RESP. APP.0000636

Message

| From: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK OVERMANN6626BF2F] |
|---|---|
| Sent: | 12/30/2015 4:00:35 PM |
| To: | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960]; Kate Eltrich [kate@sixkillerconsulting.com]; Bob Dotchin [robert@advocacy.com]; Suzy Glucksman [suzy@advocacy.com]; alec@thorsen-french.com; carl@thorsen-french.com |
| CC: | Lisa Heyn [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lisa Heyn]; Ilir Zherka [izherkadc@gmail.com]; Natalie Jordan [natalie.jordan@ef.com]; Goran Rannefors [Goran.Rannefors@culturalcare.com]; Bill Gertz [wgertz@aifs.com]; Ruth Ferry [rferry@aifs.com] |
| Subject: | Re: Summary of Thursday meeting |

Hi everyone,

We'll hold our Congressional target brainstorming meeting **January 5 at 2:30 pm** at 1828 L Street. Let me know if you'll attend—once I have a headcount, I'll book an appropriate room.

Happy new year!
Mark

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, December 21, 2015 at 11:36 AM
**To:** Michael McCarry <MMcCarry@Alliance-Exchange.org>, Kate Eltrich <kate@sixkillerconsulting.com>, Bob Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, "alec@thorsen-french.com" <alec@thorsen-french.com>, "carl@thorsen-french.com" <carl@thorsen-french.com>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>, Ilir Zherka <izherkadc@gmail.com>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, Bill Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Summary of Thursday meeting

Hi all,

Thanks for the very good meeting on Thursday. To re-cap, the two main goals we agreed on are:

1)Ensure that the 45-day report required of State in the Senate SFOPS bill is delivered as a briefing, not in writing; and
2)RE: the upcoming au pair rulemaking, prevent an adverse rulemaking and influence the rulemaking so that a single national standard is upheld.

PLAINTIFFS' RESP. APP.0000637
CONFIDENTIAL

ALLI-035691

We'll garner key Congressional offices in the coming weeks willing to weigh in with State on these issues. For #1, we'll ask Sen. Graham's office (and possibly others) to tell State to deliver a briefing rather than a written report. We will also need to consult with Sen. Leahy's staff since they sought the report. For #2, we'll identify a targeted group of key Members willing to weigh in with the State Department in support of maintaining au pair as a federal cultural exchange program with a single national standard.

Our immediate tactics over the remainder of December and in the first few weeks of January to accomplish these goals are:

- Kate Eltrich to set up Alliance meeting for early January with Paul Grove, Adam Yezerski, and Jason Wheelock (R SFOPS staffers) – ask will be for Graham to tell State that 45-day requirement should be delivered as briefing

- Alliance to press again in late December/early January (with Kit Bartels and Jordan Fox) for an au pair meeting with Evan Ryan (preferable to continue to seek this meeting with Evan before going over her head to Heather Higginbottom – let's defer Higginbottom contact for the moment)

- Alliance to begin immediately drafting talking points and host family action alerts/letters

- Ruth Ferry to send top 10 au pair sending states to the Alliance, which will forward to the group, group to meet first week in January to brainstorm on key Congressional voices for au pair

- Alliance to convene meeting for first week of January with small group to finalize Congressional targets (suggest either *January 5 or 6) – please let me know if you would like to participate in that meeting and your availability those days*

- Alliance to schedule conference call of key au pair members (on either January 7 or 8) to present strategy and Congressional targets to date and seek feedback on both, as well as the timing and necessity of a full-on grassroots, congressional, and media engagement strategy. Suggested participants in call are: AIFS, EF, InterExchange, ASSE, and Au Pair Foundation.

Thanks for your feedback on all of this, and your response to whether you'll participate in a meeting on January 5 or 6.

Happy holidays!
Mark


--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000638
CONFIDENTIAL

ALLI-035692

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 28 of 167

# Exhibit 60

PLAINTIFFS' RESP. APP.0000639

# Au Pair Strategy

**Overview**

The most recent comprehensive au pair regulations were published in 1995.  Those
regulations continue to govern two key aspects of the au pair program:  the au pair stipend
and the Educational Component.

The au pair program, and especially the weekly stipend paid to an au pair, is coming under
increased scrutiny and attack. Those attacking the program include anti-trafficking groups,
some Members of Congress, the media, and au pairs themselves. The Educational
Component is also coming under increased scrutiny.

In Congress, the Border Security, Economic Opportunity, and Immigration Modernization
Act of 2013 included a section on "the prevention of trafficking of persons" that defines au
pairs as "workers," effectively dismissing the cultural exchange aspect of the program.

And in Colorado, a class action lawsuit alleges that au pair agencies failed to obey state
minimum wage laws, keeping their pay at $4.35 an hour. Plaintiffs also allege that the U.S.-
based au pair organizations acted in collusion to set the stipend for au pairs, a violation of
anti-trust laws.

There is considerable confusion within the au pair community about the appropriate
stipend for au pairs. The Department of State, which has jurisdiction over the au pair
program, has created most of it.

On March 13, 2015 an email notice to au pair sponsors from the Department of State noted
au pairs must be paid in conformance with the Fair Labor Standards Act, the relevant
section of which was attached to the email.  This is the first communication sponsors
received from the Department linking the au pair stipend to state and local minimum
wage.  All previous guidance referred to Federal minimum wage standards.

*__In addition, the Senate Report accompanying the fiscal year 2016 State, Foreign__*
*__Operations and Related Programs (SFOPs) appropriations bill directs the Department__*
*__of State to report within 45 days of enactment, to report on whether State and local__*
*__minimum wage levels apply to the Au Pair program, and, if so, the Department of State__*
*__guidelines for applying such wage levels.__*

This language will stand if the Report accompanying the fiscal year 2016 omnibus spending
bill defers to the Report and does not contravene this language in the final spending
package.

There have been multiple requests to State to clarify the stipend policy from au pair
sponsoring agencies, families, trade associations, Members of Congress, and others.  On

[PAGE ]        Revised [ TIME \@ "M/d/yyyy" ]

PLAINTIFFS' RESP. APP.0000640
CONFIDENTIAL

ALLI-035723

August 3, Michael McCarry, Executive Director, Alliance for International Educational &
Cultural Exchange, wrote to Evan Ryan, Assistant Secretary, Bureau of Educational and
Cultural Affairs at Department of State, to encourage the Bureau to publish a Notice of
Proposed Rulemaking on the au pair category.  He received a brief response thanking him
for his letter.

Yet despite all the outreach, the Department of State has not clarified policy surrounding
these issues, nor has it updated au pair regulations that regulate the au pair stipend and
Educational Component since 1995.

**Background**

**Au Pair Stipend:**

In 1995 the U.S. Information Agency (USIA), which had jurisdiction over the program,
engaged in an interagency process with U.S. Department of Labor (DOL) and Internal
Revenue Service to set a formula to calculate the au pair stipend.

The stipend is calculated as the Federal minimum wage multiplied by 45 hours per week
less a 40% credit for room and board, as determined by DOL.  The current stipend is
$195.75 per week, effective since the last minimum wage increase in 2009.

The 1995 rule also asserts that the stipend determined through this interagency process is
compliant with the Fair Labor Standards Act, and stresses the 'programmatic need' for a
single national stipend.

Critics of the au pair program argue that the au pair stipend should be determined in
accordance with state and local minimum wage laws, as per the Fair Labor Standards Act.

In Colorado, a class action lawsuit alleges that au pair agencies failed to obey state
minimum wage laws, keeping their pay at $4.35 an hour.

The Report accompanying the fiscal year 2016 Senate SFOPs appropriations bill directs the
Department of State to issue a report within 45 days after the enactment of the bill
regarding the au pair stipend specific to State and local minimum wage, as follows:

> *Au Pair Program.-*The Committee is aware of reports that participants in the Au Pair
> program have been compensated at the Federal minimum wage level, which in some
> instances is below State and local minimum wage levels. The Committee directs the
> Secretary of State to report to the Committee not later than 45 days after enactment
> of the act on whether State and local minimum wage levels apply to the Au Pair
> program, and, if so, the Department of State guidelines for applying such wage levels.

**Au Pair Benefits and Protections:**

[PAGE ]        Revised [ TIME \@ "M/d/yyyy" ]

PLAINTIFFS' RESP. APP.0000641
CONFIDENTIAL

ALLI-035724

In addition to the weekly stipend, Au pairs receive three meals a day, a private room, roundtrip airfare, medical insurance, access to transportation, placement and support services, training, and up to $500 toward their education. Extras could include a cell phone, computer, gym membership, use of a family car, toiletries, personal food items, additional bedroom furnishings, birthday and holiday gifts, and clothing.

The au pairs program is carefully managed by 14 sponsor agencies. All sponsors must undergo an independent audit, and submit the results to the State Department. Program sponsors screen host families, inspect homes, place au pairs, and provide training. An assigned local program coordinator maintains at a minimum monthly contact with the au pair. If an arrangement doesn't work out, au pairs may be rematched or provided with transportation to return home.

***Educational Component:***

Au pair participants are required to pursue six semester hours (or equivalent) of academic course work at an accredited post-secondary institution. USIA concluded in the 1995 regulations that this requirement is the minimum programmatic component necessary to comply with the provisions of the Fulbright-Hays Act.

Without the requirement, USIA determined it would not have statutory authority to oversee the au pair program.

***Conflicts between Federal au pair standards and Domestic Workers Rights Bills***

Federal au pair regulations are designed to protect the safety and welfare of all participants, and provide au pairs a rewarding cultural experience. Including au pairs in domestic workers rights bills – and, in the process, eroding federal authority over the program - can jeopardizes the safety and welfare of the participants, as well as the very future of a program that benefits families nationally and is important to U.S. public diplomacy. Potential conflicts between Federal au pair standards and domestic worker rights bills include:

- *Definition of term 'domestic worker:'* Au pairs should not be categorized as domestic workers in domestic worker rights bills. Au pairs are cultural exchange participants who utilize their previous childcare experience as an opportunity to participate in the au pair program.

- *Work hours:* Au pairs' work hours as defined under federal regulations are limited to 45 hours (30 hours in the EduCare program) per week for school-age children. Regulations and allowable hours in domestic workers rights bills may exceed those limits, diminishing the program's core purpose – cultural exchange.

- *Work flexibility* – Domestic workers bills of rights may allow workers to 'subcontract' with other households, threatening the safety of au pair participants by placing them with unvetted families.

- *Compensation*: Under federal regulations, au pairs' weekly stipend is based on the maximum work hours of 45 per week (30 for EduCare), irrespective of whether the au

[PAGE ]     Revised [ TIME \@ "M/d/yyyy" ]

pair's "on duty" schedule is less than 45 hours. Domestic workers rights bills may have different minimum or maximum requirements.

- *Termination*: State laws pertaining to employer termination may result in an uncomfortable situation for the au pair.

- *Earned sick time:* State law may be in direct conflict with federal au pair program requirements, to the au pair's disadvantage.

- *Worker's compensation:* State law may be in direct conflict with federal au pair program requirements, to the au pair's disadvantage.

- *Record keeping and workplace notice:* Posting state workplace protection laws that may be in direct conflict with the federal au pair regulations could cause undo confusion for the exchange visitor and the host family.

## **Goals:**

### *1. Department of State maintains jurisdiction over the au pair program*

- The au pair program is a cultural exchange program with a child care component

- The program is an activity for educational and cultural purposes as defined by the Fulbright-Hays Act as an activity for educational and cultural purposes

- The Department of State maintains its full statutory authority to regulate and oversee cultural exchange programs

### *2. Department of State issues new regulations establishing a national uniform au pair stipend*

- The 1995 au pair regulations cite the programmatic need for a national uniform au pair stipend and link the stipend to the Federal minimum wage

- New regulations would set a national uniform au pair stipend, to be determined by the Department of State in consultation with the Department of Labor, and include credit for room and board

- <u>This new regulation would explicitly state that au pairs be paid the national uniform au pair standard, which preempts any state or local wage laws.</u>

- <u>The Department of State cites this new national preemption standard in its report to the Senate SFOPs Committee as mandated in the Senate SFOPs Report language, and/or issues new regulatory language citing the establishment of a new national preemption standard for the au pair stipend.</u>

[PAGE ]     Revised [ TIME \@ "M/d/yyyy" ]

PLAINTIFFS' RESP. APP.0000643
CONFIDENTIAL

ALLI-035726

- The au pair stipend increase would be based on an appropriate increase to the current stipend, set the last year the Federal minimum wage increased in 2009.

- The regulations would provide for annual increases in the au pair stipend linked to cost of living adjustments

- The national uniform au pair stipend would preempt any state efforts to regulate the au pair stipend in domestic worker rights legislation

**3. Department of State issues new regulations to increase the Education Component allocation and expand the scope of permissible education activities to meet programmatic requirements**

- The current $500 allocation was established in 1995, and should increase to reflect higher costs to meet the statutory requirements of this provision

- Focusing excessively on traditional forms of education eliminates alternate means to increase mutual understanding between Americans and others through people-to-people contact. An expanded educational component should include community service, adult education, on-line learning, etc. The Alliance and ECA agreed on an expanded approach to the Educational Component in 2011.


**Strategy**

**1. Educate Members of Congress on the importance of J-1 visa programs, and work with Congressional leaders to protect the program's integrity**

- Develop list of potential key Congressional supporters

  o Members on the Appropriations committee

  o Members on the authorizing committee

  o Members in states and/or Congressional districts with high concentrations of au pairs

- Outreach to Members and staff by program supporters, including trade associations, au pair sponsors, au pairs, parents

  o Congressional Meetings in DC and the District

  o Written communication (letters, emails) to Members


[PAGE  ]     Revised [ TIME \@ "M/d/yyyy" ]

PLAINTIFFS' RESP. APP.0000644
CONFIDENTIAL

ALLI-035727

2. ***Influence Department of State to issue new regulations that include a nationwide uniform au pair stipend in consultation with Department of Labor and updates the Education Component***

   ***Influence Department of State to expand the dollar allocation and scope of permissible activities to meet the Education Component requirement***

- Identify potential senior Department of State official to support issuing new regulations that create a uniform national standard for the au pair stipend

  o Evan Ryan, Assistant Secretary of State for Educational and Cultural Affairs

  o Other senior staff from the Department of State Educational and Cultural Affairs Bureau (TBD)

- Initiate public affairs campaign to include social media, the press, blogs such as Au Pair Mom, and other means to build support for new regulations

  o Develop and share positive au pair narratives that highlight the many beneficial aspects of the program, including important significance of the family relationships and cultural exchange aspects to the au pair

  o Identify key Congressional district with a strong au pair or sponsoring organization presence in which to launch a public affairs campaign

Identify key supporters to weigh in with Congress and Department of State to issue new regulations with appropriate updates to key provisions

[PAGE  ]       Revised [ TIME \@ "M/d/yyyy" ]

PLAINTIFFS' RESP. APP.0000645
CONFIDENTIAL                                                                              ALLI-035728

Case No. 1:14-cv-03074-CMA-KMT Document 958-6 filed 03/30/18 USDC Colorado pg 35 of 167

# Exhibit 61

PLAINTIFFS' RESP. APP.0000646

Message
_____

| | |
|---|---|
| **From**: | Ilir Zherka [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ILIR ZHERKA0B3] |
| **Sent**: | 2/25/2016 8:22:39 PM |
| **To**: | 'Thomas Areton' [chitom@chinet.org]; 'Jim Hartley' [JHartley@hollandhart.com]; 'tom harriman' [tomharrimanattorney@hotmail.com]; 'CHI Directors' [directors@chinet.org] |
| **CC**: | 'Christina Reilly' [chichristina@chinet.org]; Lisa Heyn [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lisa Heyn]; Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f] |
| **Subject**: | RE: From Tom - re Au Pair... |

Tom:

I haven't read the decision, but intend to do so soon. I will schedule a call with you to discuss our strategy once I do that and we hear back from Robin regarding the May meeting.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org
202-293-6141

_____

**From:** Thomas Areton [mailto:chitom@chinet.org]
**Sent:** Tuesday, February 23, 2016 5:52 PM
**To:** Jim Hartley <JHartley@hollandhart.com>; tom harriman <tomharrimanattorney@hotmail.com>; Ilir Zherka <IZherka@Alliance-Exchange.org>; CHI Directors <directors@chinet.org>
**Subject:** From Tom - re Au Pair...
**Importance:** High

Good afternoon, Gentlemen...

I have been analyzing the judge's decision. It became apparent that the judge had incorrect idea as what the AP organizations do and what their function is in the Au Pair program. There are two salient points I wish the attorneys made to the District Judge.

1)        Even the weekly AP pay of $195.75, as low as it is, is very difficult for many Au Pair families to meet. This is not a program for the 1% of wealthy "millionaires and billionaires"… It is a program for the middle class working women. Taking an Au Pair is already a big financial burden, but it is doable. Most Au Pair tend 2 or 3 children.   Under the proposed new régime, $10 per hour wage would amount to $475 per week (O/T and no deduction for room and board) – more than a double. $12 per hour would translate into $570 per week. (SEA and SFO families would have to pay $750 per week!) This would make the AP program completely unaffordable to 99% of AP families. These working women would stop working and perhaps go on welfare. Is this what the judge intended?

2)        Every demand will find its supply. Shady characters will start trafficking in Au Pairs almost immediately. Hapless South American and East European young women will come to the U.S. on visitor visas, they will overstay. These women will not be screened, trained nor vetted in their home countries. AP families will no longer get screened through the Criminal Background Check or interviewed. The program will become rife for exploitation, sexual and otherwise. The Au Pairs will have no one to go to, to check on their welfare nor help them when they become victims of abuse. The young

CONFIDENTIAL
ALLI-035950

American toddlers will become the unintended victims of this short-sighted decision. The US DoS J-1 AP program will close down as it will become economically unfeasible for organizations to continue.

This is an impending disaster and it is an emergency! DAS Learner should be interested, as she was a member of Sen. Kerry's anti-trafficking task force before she became our Deputy Assistant Secretary for J-1 programs. What illegal abortion did to women in back alleys, this decision will do to young overseas Au Pairs who will be smuggled to the U.S. on tourist visas. I can already see the oncoming disaster.

The time is now to contact Secretary Clinton or our legislators.

Tom

**Tom Areton**
**Executive Director**
**Phone: 415-459-5397, ext 0**
**Fax: 415-453-9445**

**Cultural Homestay International (CHI)**
**Toll Free: 1-800-432-4643**
**Website: chinet.org**
**CHI Blog** | **Facebook** | **YouTube** | **Twitter**

PLAINTIFFS' RESP. APP.0000648
CONFIDENTIAL                                                                    ALLI-035951

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/80/18 USDC Colorado pg 38 of 167

# Exhibit 62

PLAINTIFFS' RESP. APP.0000649

| Message | |
|---------|---|
| **From**: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK OVERMANN6626BF2F] |
| **Sent**: | 1/4/2016 10:06:36 PM |
| **To**: | Kate Eltrich [kate@sixkillerconsulting.com] |
| **Subject**: | Re: Summary of Thursday meeting |

We thought about that same thing today...I think one of the things Ilir wants to talk to you about in advance—and then with the whole lobby group—is not only our action plan but our goal. Ie, is trying to get the report not in writing but just voice the right way to go? So I think the lobby group can still play a very useful role tomorrow in further clarifying what our goal should be and how we might accomplish that. We'd then be able to go into the call with a stronger sense of what we believe we should do and allow the members to react to that—and hopefully guide them in what we think is the right direction. (And if we have AIFS and EF on board in advance via their lobbyists, then that's a major step toward consensus.)

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

---

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Monday, January 4, 2016 at 5:02 PM
**To:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: Summary of Thursday meeting

okay, thanks for the heads-up! I was thinking today that our two meetings this week are a bit cart before the horse. Tomorrow the lobby group may come up with a great action plan but not have execution orders from the membership. If the Alliance members are not comfortable with a robust outreach then we'll have to go back to the lobby group.

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, January 4, 2016 at 4:59 PM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>
**Subject:** Re: Summary of Thursday meeting

Okay! FYI, just spent a long time talking with Ilir about au pair, background, member dynamics, strategy, etc. He'll likely be reaching out very shortly for a call with you tomorrow morning prior to our lobbyist.

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000650
CONFIDENTIAL

ALLI-036070

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Monday, January 4, 2016 at 1:59 PM
**To:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: Summary of Thursday meeting

Hi Mark, Casey and Sally are planning to join me as well. thanks!

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, January 4, 2016 at 10:48 AM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>, Robert Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, Alec French <alec@thorsen-french.com>, Carl Thorsen <carl@thorsen-french.com>
**Cc:** Ilir Zherka <IZherka@Alliance-Exchange.org>, Lisa Heyn <LHeyn@Alliance-Exchange.org>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, William Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Re: Summary of Thursday meeting

Hi everyone,

Happy new year! Just to confirm we'll hold this meeting **tomorrow (Tuesday Jan. 5) at 2:30pm in the 12th floor conference room of 1828 L Street NW**. Our goal will be to brainstorm Congressional targets and further discuss engagement strategy. Attached is a DOS report from October showing volume of placements by state (this is for visas issued Jan 1 – Oct 2015), to help our Congressional targeting. I'll print copies for tomorrow.

So far I have attending: Alec, Bob, Kate, Lisa, Ilir, Mark

Let me know if I missed anyone!

Thanks,
Mark

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Wednesday, December 30, 2015 at 11:00 AM
**To:** Michael McCarry <MMcCarry@Alliance-Exchange.org>, Kate Eltrich <kate@sixkillerconsulting.com>, Bob Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, "alec@thorsen-french.com" <alec@thorsen-french.com>, "carl@thorsen-french.com" <carl@thorsen-french.com>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>, Ilir Zherka <izherkadc@gmail.com>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, Bill Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Re: Summary of Thursday meeting

PLAINTIFFS' RESP. APP.0000651
CONFIDENTIAL

ALLI-036071

Hi everyone,

We'll hold our Congressional target brainstorming meeting **January 5 at 2:30 pm** at 1828 L Street. Let me know if you'll attend—once I have a headcount, I'll book an appropriate room.

Happy new year!
Mark

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, December 21, 2015 at 11:36 AM
**To:** Michael McCarry <MMcCarry@Alliance-Exchange.org>, Kate Eltrich <kate@sixkillerconsulting.com>, Bob Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, "alec@thorsen-french.com" <alec@thorsen-french.com>, "carl@thorsen-french.com" <carl@thorsen-french.com>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>, Ilir Zherka <izherkadc@gmail.com>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, Bill Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Summary of Thursday meeting

Hi all,

Thanks for the very good meeting on Thursday. To re-cap, the two main goals we agreed on are:

1)Ensure that the 45-day report required of State in the Senate SFOPS bill is delivered as a briefing, not in writing; and
2)RE: the upcoming au pair rulemaking, prevent an adverse rulemaking and influence the rulemaking so that a single national standard is upheld.

We'll garner key Congressional offices in the coming weeks willing to weigh in with State on these issues. For #1, we'll ask Sen. Graham's office (and possibly others) to tell State to deliver a briefing rather than a written report. We will also need to consult with Sen. Leahy's staff since they sought the report. For #2, we'll identify a targeted group of key Members willing to weigh in with the State Department in support of maintaining au pair as a federal cultural exchange program with a single national standard.

Our immediate tactics over the remainder of December and in the first few weeks of January to accomplish these goals are:

• Kate Eltrich to set up Alliance meeting for early January with Paul Grove, Adam Yezerski, and Jason Wheelock (R SFOPS staffers) – ask will be for Graham to tell State that 45-day requirement should be delivered as briefing

PLAINTIFFS' RESP. APP.0000652
CONFIDENTIAL

ALLI-036072

• Alliance to press again in late December/early January (with Kit Bartels and Jordan Fox) for an au pair meeting with Evan Ryan (preferable to continue to seek this meeting with Evan before going over her head to Heather Higginbottom – let's defer Higginbottom contact for the moment)

• Alliance to begin immediately drafting talking points and host family action alerts/letters

• Ruth Ferry to send top 10 au pair sending states to the Alliance, which will forward to the group, group to meet first week in January to brainstorm on key Congressional voices for au pair

• Alliance to convene meeting for first week of January with small group to finalize Congressional targets (suggest either *January 5 or 6) – please let me know if you would like to participate in that meeting and your availability those days*

• Alliance to schedule conference call of key au pair members (on either January 7 or 8) to present strategy and Congressional targets to date and seek feedback on both, as well as the timing and necessity of a full-on grassroots, congressional, and media engagement strategy. Suggested participants in call are: AIFS, EF, InterExchange, ASSE, and Au Pair Foundation.


Thanks for your feedback on all of this, and your response to whether you'll participate in a meeting on January 5 or 6.


Happy holidays!
Mark


--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000653
CONFIDENTIAL

ALLI-036073

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/20/18 USDC Colorado pg 43 of 167

# Exhibit 63

PLAINTIFFS' RESP. APP.0000654

Message

---

| From: | Ilir Zherka [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ILIR ZHERKA0B3] |
|---|---|
| Sent: | 1/22/2016 5:31:31 PM |
| To: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f] |
| Subject: | Re: Letter |

Once we receive Natalie's edited letter, let's discuss the points Stacey
is making below.

Thanks,

Ilir

On 1/22/16, 12:11 PM, "Mark Overmann" <MOvermann@Alliance-Exchange.org>
wrote:

>FYI.
>
>--
>Mark Overmann
>Deputy Director
>Alliance for International Exchange
>1828 L Street, NW, Suite 1150
>Washington, DC 20036
>(202) 293-6141
>(202) 293-6144 (fax)
>www.alliance-exchange.org <http://www.alliance-exchange.org/>
>
>
>
>
>
>On 1/22/16, 12:10 PM, "stacey@agentaupair.com" <stacey@agentaupair.com>
>wrote:
>
>>Mark,
>>I hope you guys are weathering the storm out there!
>>I think this letter is excellent. I believe concise is good, but in the
>>Dec email evaluating our audits as a group, the marketing material is
>>specifically mentioned (i.e., affordable cost, comparing cost to nannies
>>and day care, etc.). To extrapolate, we must submit our marketing
>>material (which may include links to our websites), and everyone has the
>>stipend listed there (and not 'minimum stipend'). So they reviewed it.
>>I
>>don't know if you want to drill this down, but referencing that email is
>>excellent.
>>I also reviewed our annual survey letters to au pairs, and they say "Did
>>you receive a minimum of $195.75..". It has said this for 13 years, and
>>it's not really in our favor, but I thought I would point it out to you.
>>Please email me or call if you need copies of anything!
>>Thanks,
>>Stacey
>>
>>
>> Hi everyone,
>>>
>>> Just a quick reminder that weâ€™ll convene a conference call in 15
>>>minutes
>>> (2:00 pm EST) to brief you on our meeting this morning with Evan Ryan
>>>and
>>> to talk about next steps.
>>>
>>> Call-in information is:
>>>
>>> Dial 800-377-8846
>>> Code 538-71886#
>>>
>>> Many thanks,
>>> Mark

PLAINTIFFS' RESP. APP.0000655
CONFIDENTIAL                                                                    ALLI-036080

```
>>>
>>> --
>>> Mark Overmann
>>> Deputy Director
>>> Alliance for International Exchange
>>> 1828 L Street, NW, Suite 1150
>>> Washington, DC 20036
>>> (202) 293-6141
>>> (202) 293-6144 (fax)
>>> www.alliance-exchange.org<http://www.alliance-exchange.org/>
>>>
>>>
>>> From: Mark Overmann
>>>
>>><MOvermann@Alliance-Exchange.org<mailto:MOvermann@Alliance-Exchange.org>
>>>>
>>> Date: Wednesday, January 13, 2016 at 9:44 AM
>>> To: "'wgertz@aifs.com<mailto:'wgertz@aifs.com>'"
>>> <wgertz@aifs.com<mailto:wgertz@aifs.com>,
>>> "'rferry@aifs.com<mailto:'rferry@aifs.com>'"
>>> <rferry@aifs.com<mailto:rferry@aifs.com>,
>>> "'bill@asse.com<mailto:'bill@asse.com>'"
>>> <bill@asse.com<mailto:bill@asse.com>,
>>> "'ellen@aupairfoundation.org<mailto:'ellen@aupairfoundation.org>'"
>>> <ellen@aupairfoundation.org<mailto:ellen@aupairfoundation.org>>,
>>> "'smcnamara@aupaircare.com<mailto:'smcnamara@aupaircare.com>'"
>>> <smcnamara@aupaircare.com<mailto:smcnamara@aupaircare.com>>,
>>> "'chitom@chinet.org<mailto:'chitom@chinet.org>'"
>>> <chitom@chinet.org<mailto:chitom@chinet.org>,
>>> "'chilinda@chinet.org<mailto:'chilinda@chinet.org>'"
>>> <chilinda@chinet.org<mailto:chilinda@chinet.org>,
>>> "'goran.rannefors@ef.com<mailto:'goran.rannefors@ef.com>'"
>>> <goran.rannefors@ef.com<mailto:goran.rannefors@ef.com>,
>>> "'dan.sodervall@ef.com<mailto:'dan.sodervall@ef.com>'"
>>> <dan.sodervall@ef.com<mailto:dan.sodervall@ef.com>,
>>> "'natalie.jordan@ef.com<mailto:'natalie.jordan@ef.com>'"
>>> <natalie.jordan@ef.com<mailto:natalie.jordan@ef.com>,
>>> "'shayes@euraupair.com<mailto:'shayes@euraupair.com>'"
>>> <shayes@euraupair.com<mailto:shayes@euraupair.com>,
>>> "'mark@expertaupair.com<mailto:'mark@expertaupair.com>'"
>>> <mark@expertaupair.com<mailto:mark@expertaupair.com>,
>>> "'bkapler@goaupair.com<mailto:'bkapler@goaupair.com>'"
>>> <bkapler@goaupair.com<mailto:bkapler@goaupair.com>,
>>> "'twilson@goaupair.com<mailto:'twilson@goaupair.com>'"
>>> <twilson@goaupair.com<mailto:twilson@goaupair.com>,
>>> "'shannon@greataupair.com<mailto:'shannon@greataupair.com>'"
>>> <shannon@greataupair.com<mailto:shannon@greataupair.com>,
>>> "'jennifer@greataupair.com<mailto:'jennifer@greataupair.com>'"
>>> <jennifer@greataupair.com<mailto:jennifer@greataupair.com>,
>>>
>>>"'clamonica-lunn@interexchange.org<mailto:'clamonica-lunn@interexchange.
>>>o
>>>rg>'"
>>>
>>><clamonica-lunn@interexchange.org<mailto:clamonica-lunn@interexchange.or
>>>g
>>>>;
>>> "'mmchugh@interexchange.org<mailto:'mmchugh@interexchange.org>'"
>>> <mmchugh@interexchange.org<mailto:mmchugh@interexchange.org>,
>>> "'jwilhelm@intraxinc.com<mailto:'jwilhelm@intraxinc.com>'"
>>> <jwilhelm@intraxinc.com<mailto:jwilhelm@intraxinc.com>,
>>> "'mschneider@intraxinc.com<mailto:'mschneider@intraxinc.com>'"
>>> <mschneider@intraxinc.com<mailto:mschneider@intraxinc.com>,
>>> "'heidi@proaupair.com<mailto:'heidi@proaupair.com>'"
>>> <heidi@proaupair.com<mailto:heidi@proaupair.com>,
>>> "'susan@proaupair.com<mailto:'susan@proaupair.com>'"
>>> <susan@proaupair.com<mailto:susan@proaupair.com>,
>>> "'stacey@agentaupair.com<mailto:'stacey@agentaupair.com>'"
>>> <stacey@agentaupair.com<mailto:stacey@agentaupair.com>>
>>> Cc:
>>>"'kate@sixkillerconsulting.com<mailto:'kate@sixkillerconsulting.com>'"
>>> <kate@sixkillerconsulting.com<mailto:kate@sixkillerconsulting.com>>,
>>>Lisa
>>> Heyn <LHeyn@Alliance-Exchange.org<mailto:LHeyn@Alliance-Exchange.org>>,
>>> Ilir Zherka
>>> <IZherka@Alliance-Exchange.org<mailto:IZherka@Alliance-Exchange.org>>
>>> Subject: Re: Au Pair Call Tomorrow 3:30 to 4:30 EST, 800-377-8846, code
>>> 53871886#
```

PLAINTIFFS' RESP. APP.0000656
CONFIDENTIAL

ALLI-036081

>>>
>>> Colleagues,
>>>
>>> Many thanks for a very productive call yesterday, and for those who
>>> volunteered to come to DC on Friday.
>>>
>>> In communicating with the Assistant Secretaryâ€™s office after our
>>>call,
>>> they insisted that the meeting only include Alliance staff (Ilir and
>>> myself), not au pair sponsors. After some thought and discussion,
>>>weâ€™ve
>>> agreed to take that meeting (11:00 am on Friday) in the hopes of moving
>>> things forward and gaining valuable intelligence. So for those
>>>considering
>>> travel plans to DC, please stand down for now.
>>>
>>> Weâ€™d still like to convene a call later on Friday to debrief you on
>>>our
>>> meeting. Weâ€™ll hold that call at 2:00 pm EST. Call-in information is:
>>>
>>> Dial 800-377-8846
>>> Code 538-71886#
>>>
>>> Let me know if you have any questions and thanks again for your
>>>support,
>>> Mark
>>>
>>> --
>>> Mark Overmann
>>> Deputy Director
>>> Alliance for International Exchange
>>> 1828 L Street, NW, Suite 1150
>>> Washington, DC 20036
>>> (202) 293-6141
>>> (202) 293-6144 (fax)
>>> www.alliance-exchange.org<http://www.alliance-exchange.org/>
>>>
>>>
>>> From: Ilir Zherka
>>> <IZherka@Alliance-Exchange.org<mailto:IZherka@Alliance-Exchange.org>>
>>> Date: Monday, January 11, 2016 at 5:44 PM
>>> To: "'wgertz@aifs.com<mailto:'wgertz@aifs.com>'"
>>> <wgertz@aifs.com<mailto:wgertz@aifs.com>>,
>>> "'rferry@aifs.com<mailto:'rferry@aifs.com>'"
>>> <rferry@aifs.com<mailto:rferry@aifs.com>>,
>>> "'bill@asse.com<mailto:'bill@asse.com>'"
>>> <bill@asse.com<mailto:bill@asse.com>>,
>>> "'ellen@aupairfoundation.org<mailto:'ellen@aupairfoundation.org>'"
>>> <ellen@aupairfoundation.org<mailto:ellen@aupairfoundation.org>>,
>>> "'smcnamara@aupaircare.com<mailto:'smcnamara@aupaircare.com>'"
>>> <smcnamara@aupaircare.com<mailto:smcnamara@aupaircare.com>>,
>>> "'chitom@chinet.org<mailto:'chitom@chinet.org>'"
>>> <chitom@chinet.org<mailto:chitom@chinet.org>>,
>>> "'chilinda@chinet.org<mailto:'chilinda@chinet.org>'"
>>> <chilinda@chinet.org<mailto:chilinda@chinet.org>>,
>>> "'goran.rannefors@ef.com<mailto:'goran.rannefors@ef.com>'"
>>> <goran.rannefors@ef.com<mailto:goran.rannefors@ef.com>>,
>>> "'dan.sodervall@ef.com<mailto:'dan.sodervall@ef.com>'"
>>> <dan.sodervall@ef.com<mailto:dan.sodervall@ef.com>>,
>>> "'natalie.jordan@ef.com<mailto:'natalie.jordan@ef.com>'"
>>> <natalie.jordan@ef.com<mailto:natalie.jordan@ef.com>>,
>>> "'shayes@euraupair.com<mailto:'shayes@euraupair.com>'"
>>> <shayes@euraupair.com<mailto:shayes@euraupair.com>>,
>>> "'mark@expertaupair.com<mailto:'mark@expertaupair.com>'"
>>> <mark@expertaupair.com<mailto:mark@expertaupair.com>>,
>>> "'bkapler@goaupair.com<mailto:'bkapler@goaupair.com>'"
>>> <bkapler@goaupair.com<mailto:bkapler@goaupair.com>>,
>>> "'twilson@goaupair.com<mailto:'twilson@goaupair.com>'"
>>> <twilson@goaupair.com<mailto:twilson@goaupair.com>>,
>>> "'shannon@greataupair.com<mailto:'shannon@greataupair.com>'"
>>> <shannon@greataupair.com<mailto:shannon@greataupair.com>>,
>>> "'jennifer@greataupair.com<mailto:'jennifer@greataupair.com>'"
>>> <jennifer@greataupair.com<mailto:jennifer@greataupair.com>>,
>>>
>>>"'clamonica-lunn@interexchange.org<mailto:'clamonica-lunn@interexchange.
>>>o
>>>rg>'"
>>>

ALLI-036082

>>>\<clamonica-lunn@interexchange.org\<mailto:clamonica-lunn@interexchange.or
>>>g
>>>>;
>>> "'mmchugh@interexchange.org\<mailto:'mmchugh@interexchange.org'"
>>> \<mmchugh@interexchange.org\<mailto:mmchugh@interexchange.org>>,
>>> "'jwilhelm@intraxinc.com\<mailto:'jwilhelm@intraxinc.com'"
>>> \<jwilhelm@intraxinc.com\<mailto:jwilhelm@intraxinc.com>>,
>>> "'mschneider@intraxinc.com\<mailto:'mschneider@intraxinc.com'"
>>> \<mschneider@intraxinc.com\<mailto:mschneider@intraxinc.com>>,
>>> "'heidi@proaupair.com\<mailto:'heidi@proaupair.com'"
>>> \<heidi@proaupair.com\<mailto:heidi@proaupair.com>>,
>>> "'susan@proaupair.com\<mailto:'susan@proaupair.com'"
>>> \<susan@proaupair.com\<mailto:susan@proaupair.com>>,
>>> "'stacey@agentaupair.com\<mailto:'stacey@agentaupair.com'"
>>> \<stacey@agentaupair.com\<mailto:stacey@agentaupair.com>>
>>> Cc: Mark Overmann
>>>
>>>\<MOvermann@Alliance-Exchange.org\<mailto:MOvermann@Alliance-Exchange.org>
>>>>
>>>,
>>> "'kate@sixkillerconsulting.com\<mailto:'kate@sixkillerconsulting.com'"
>>> \<kate@sixkillerconsulting.com\<mailto:kate@sixkillerconsulting.com>>,
>>>Lisa
>>> Heyn \<LHeyn@Alliance-Exchange.org\<mailto:LHeyn@Alliance-Exchange.org>>
>>> Subject: Au Pair Call Tomorrow 3:30 to 4:30 EST, 800-377-8846, code
>>> 53871886#
>>>
>>> Greetings:
>>>
>>> I am looking forward to our call tomorrow to discuss the au pair
>>>program.
>>> The call is from 3:30 to 4:30 EST. The Conference number is
>>>800-377-8846,
>>> code 538-71886#.
>>>
>>> Here's our agenda for the call:
>>>
>>>
>>> 1.      Update on Senate appropriations and State Dept
>>>
>>> 2.      Discussion of immediate and short term advocacy options
>>>
>>> 3.      Timeline for achieving agreement on member talking points and
>>> strategy
>>>
>>> 4.      Next steps
>>>
>>> Please feel free to call me or Mark if you have any questions.
>>>
>>> Best,
>>>
>>> Ilir Zherka
>>> Executive Director
>>> Alliance for International Exchange
>>> 1828 L Street, NW, Suite 1150
>>> Washington, DC 20036
>>> www.alliance-exchange.org
>>> 202-293-6141
>>>
>>>
>>
>

PLAINTIFFS' RESP. APP.0000658
CONFIDENTIAL

ALLI-036083

Case No. 1:14-cv-03074-CMA-KMT Document 958-6 filed 03/30/18 USDC Colorado pg 48 of 167

# Exhibit 64

PLAINTIFFS' RESP. APP.0000659

Message

| | |
|---|---|
| **From**: | Ruth Ferry [rferry@aifs.com] |
| **Sent**: | 7/17/2015 9:52:50 PM |
| **To**: | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960] |
| **Subject**: | Fwd: DOS meeting today |

see key notes below
Presentations sent under separate cover

Ruth

Sent from my iPhone

Begin forwarded message:

**From:** Ruth Ferry <rferry@aifs.com>
**Date:** July 17, 2015 at 5:49:06 PM EDT
**To:** William Gertz <wgertz@aifs.com>, Lawrence Lee <llee@laborlawyers.com>, Steve Rasch <srasch@loebblock.com>, Linda Langin <llangin@culturalinsurance.com>
**Subject: DOS meeting today**

Quick synopsis before I board plane

Kevin Saba Director of Policy and Support chaired the meeting. Format was for each office to present key issues, afternoon was a regulatory update (update on Subpart a), department of labor, category review observations, ending with a SWOC/T by the group

Was agreed at outset no discussion of item related to pending litigation.

DOL segment did however address FLSA -
DOL acknowledged they were aware of pending litigation
Stated Au pairs are domestic service employees
Review of min wage and how deductions are calculated
Clear statement that if state & municipal higher, employer subject to state requirement
Stated they would it comment how to interpret State or monitor compliance on State
Did say that if aware of noncompliance to State 'we might report to State"
Discussed documenting work hours (by employer or employee)

Response from sponsor community was concern expressed cultural vs work program

When question of stipend was realized by one sponsor some left the room. Discussion ended.

Apparently Kevin did comment to on sponsor offline he was surprised DOL went I to the detail they did.

These are key pieces of interest to you
Under separate cover I will send PPT prepared by DOS and SWOT completed as a group exercise.

My plane taking off now

Ruth

PLAINTIFFS' RESP. APP.0000660
CONFIDENTIAL

ALLI-036260

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/80/18 USDC Colorado pg 50 of 167

Sent from my iPhone

CONFIDENTIAL
ALLI-036261

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 51 of 167

# Exhibit 65

PLAINTIFFS' RESP. APP.0000662

Message

---

| | |
|---|---|
| **From**: | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960] |
| **Sent**: | 3/18/2015 5:31:09 PM |
| **To**: | Bill Gertz [wgertz@aifs.com]; Ruth Ferry [rferry@aifs.com] |
| **CC**: | Shotwell, Lynn [lshotwell@councilforglobalimmigration.org]; Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f]; Bob Dotchin [robert@advocacy.com] |
| **Subject**: | FW: Au pair concerns |

**Importance**: High

Will let you know what I hear. Have had multiple conversations w ECA today, but not RJL (yet). Have to comment by COB today and really don't want to have to get cross-wise with them in public. M

---

**From:** Michael <MMcCarry@alliance-exchange.org>
**Date:** Wednesday, March 18, 2015 5:27 PM
**To:** Robin Lerner <LernerRJ@state.gov>
**Cc:** "Saba, G. Kevin" <SabaGK@state.gov>, Rick Ruth <ruthra@state.gov>
**Subject:** Au pair concerns

Robin – tried to call you earlier, and as you are likely aware, I'm on the hook for a comment to the Washington Post reporter doing a story on the au pair lawsuit.

I did a phone interview with her yesterday, and she came back to me today for a comment on the following statement purportedly from State Department: "Employers who employ an au pair on a j-1 visa must adhere to local laws. If the local minimum wage is higher than the Federal minimum wage – the way the standards are written – the employer needs to meet the rate of pay for the local or State minimum wage."

Sponsors feel (and I agree) that this has always been a federally administered exchange program and the ECA regs have been seen to have preemption over local requirements. State has always told sponsors what the stipend will be (most recently in 2007) and the notion that state-level minimum wage applies, or that the stipend is a 'floor', are new to sponsors within the last few days. There's nothing about these issues on the IRS website which specifies the stipend. Of course, we would prefer a more consultative process (as has almost invariably been the case) before such a major change in the program is imposed, and hope we can facilitate such a discussion on an urgent basis.

We hope you will consider correcting, revising or retracting the statement above. The implications of the statement are very significant:

I need to comment for this article in the next few hours, and as things stand now, I would have to take issue with it on the merits and the process. The Alliance does not want to be publicly in disagreement with the Department, especially on an issue with this much public visibility. But we can't be silent on a story likely to have this much impact.

If the Department makes this statement now in the context of a lawsuit with an increasingly high profile, it likely will cause an ongoing public mess: there's no implementation plan in place that we know of, the cost of the au pair program will increase for many families, and some families (who have valid agreements with au pair sponsors based on the common understanding of the au pair regs) will lose their au pairs because they cannot afford the stipend increases.

CONFIDENTIAL
ALLI-036271

Moreover, the statement above potentially opens virtually every au pair family in the program's history to retroactive lawsuits to claim additional compensation, and in the current climate, there is no reason to think this will not happen.  If one estimates that the 26-year history of the au pair program has generated 150,000-200,000 host families, we are looking at an enormous issue.  It's also likely that some sponsors will be forced to shut down.

If the quote is published as written, the Department would essentially be announcing a major change in policy in the media, rather than through the usual rule making process or even any consultation with sponsors.  The general interpretation of a standard nationwide stipend has been conventional wisdom in this program for years.  Sponsors submit annual audits that include information on stipend, and no sponsor has ever been questioned by the Department on this point.

We are also concerned that the statement identifies the host family as an 'employer', implying that the au pair is an 'employee', rather than an exchange visitor.  These revised definitions open the door for a fundamental reinterpretation of the nature of the program, making a move of oversight to the Department of Labor (which critics have sought) more plausible.  We believe moving the program from State would be a major mistake and extremely detrimental to the program.

We're open to discussing with you any aspect of the program, and believe that the program has been well served over time by the close consultation between sponsors and ECA.  Making such a major shift in the media will jeopardize the program's future.

Hope you will reconsider how the Department's view is portrayed in the media.  Look forward to your thoughts.  Feel free to call if you prefer to talk:  202-285-9498.

Michael

Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L St NW, Suite 1150
Washington, DC  20036
202-293-6141
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000664
CONFIDENTIAL

ALLI-036272

Case 1:14-cv-03074-CMA-KMT Document 949-2 Filed 03/17/18 USDC Colorado Page 53 of 166

PLAINTIFFS' RESP. APP.0000665
CONFIDENTIAL

ALLI-036273

# Exhibit 66

PLAINTIFFS' RESP. APP.0000666



EXHIBIT

7

5-2-17



### PROaupair Host Family Service Agreement

As a Host Family participating in the J-1 Exchange Visitor Program, you must agree to and abide by the US Department of State program regulations and terms of this Host Family Service Agreement. Please carefully review the terms of this Agreement, then sign and date this Agreement via our secure electronic signature service.

### Host Family Service Agreement

We the undersigned we", "host family" or "host" to include all members of said person's household and family hereinafter, in the aggregate, referred to as "we", "host family" or "host"):

(First and Last Name(s) of Parent(s)) have applied to be a host family with American Professional Exchange dba PROaupair, a California Limited Liability Company.  In exchange for program fees paid by host family, PROaupair agrees to recruit, screen and train au pair candidates for our consideration and to provide reasonable support during our program term. Our electronic signature confirms that we have carefully reviewed the Agreement and understand and agree to the following terms.

### Department of State Program Requirements

1.  We agree that PROaupair has the exclusive right to determine our eligibility to participate in the program.

2.  We agree that we have adequate financial resources to satisfy all hosting obligations as required by the US Department of State.

3.  We confirm that we are US citizens or lawful permanent residents and that English is the primary language spoken in our home.

4.  We agree to reasonably attend to the health, safety and welfare of our au pair and to promptly notify PROaupair of any changes to our au pair's well being. We also agree to immediately report to PROaupair any incidents involving or alleging a crime or moral turpitude or violence, or any unusual situations or incidents involving either the au pair or our family.

5.  As a participant in the Au Pair Program, we understand the importance of providing our au pair with a positive cultural exchange experience and will include our au pair in family activities.  We agree that English is the primary language spoken in our home.

6.  We understand our au pair can perform childcare services and light housekeeping related to childcare for up to 45 hours per week, 5.5 days per week with a maximum of 10 hours per day.  We understand our obligation to provide our au pair with the following benefits as mandated by the Department of State:

    a)  Room and board including a private bedroom that is approved by a PROaupair representative.

    b)  A stipend paid weekly to the au pair as required by the Department of State. We understand the stipend cannot be withheld for any reason and will be paid to the au pair every week. Stipend amounts are as follows: PROaupair Professional au pairs currently receive $250.00 per week. PROaupair Regular au pairs currently receive $195.75 per week.

    c)  A minimum of one full weekend off per month (Friday evening to Monday morning), at least 1.5 days off each week and two weeks (10 days) paid vacation over the 12-month program.  Vacation time shall accrue on a basis of one day per month beginning upon the au pair's third month in the United States.  12 and 9-Month extending au pairs will receive two weeks (10 days) paid vacation, and 6-month extensions shall receive one week (5 days) of paid vacation. Vacation time for extension au pairs shall accrue on the basis of one day per month during the extension program.

PLAINTIFFS' RESP. APP.0000667

d) A $500 educational allowance to allow our au pair to complete up to six credit hours of study at an accredited post-secondary institution. We agree to facilitate our au pair's attendance by providing transportation and scheduling opportunities. The educational component for a 6-month extension is not less than three credit hours of academic credit or its equivalent and the host family contributes up to $250. The educational component for a 12-month and 9-month extension is not less than six credit hours and the host family contributes up to $500.

7. In addition to providing our au pair the above benefits, we understand and agree to abide by all PROaupair and Department of State guidelines as published by the Department of State in 22 CFR Part 514 and which may be amended periodically. We acknowledge receipt of a copy of the regulations and the brochure "The Au Pair Exchange Program" from PROaupair (also available at www.proaupair.com) and we agree to the requirements therein which are not limited to, but include the following:

a) We agree that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival.

b) We understand that in the event we have a child under the age of two years old, our au pair must have 200 hours of documented childcare experience working with children in this age group. We agree to notify PROaupair in advance should a baby join our household during our program in order to ensure our au pair has the required experience.

c) We understand that if we have a baby under three months of age, a parent or other responsible adult must be present in the home and that the au pair cannot be the sole caregiver of the baby at any time until the baby is three months of age.

d) **We understand that if we have a special needs child, our chosen au pair must have identified his or her prior experience, skills or training in the care of special needs children and we will need to review and acknowledge in writing the au pair's prior experience, skills and training at the time of matching. We understand that the Department of State does not define "special needs" and makes clear that host families, and not Au Pair Sponsors must identify their child's special needs and must make the selection of an au pair based on their evaluation of the au pair's skills, education, training or prior experience. An au pair is not to replace the child's healthcare, special care or education providers (therapists, teachers, etc.).**

e) We agree to speak with our PROaupair Area Director within 48 hours of our au pair's arrival.

f) We agree to meet in person for an arrival orientation with our PROaupair Area Director within two weeks of our au pair's arrival.

g) We agree to speak with our PROaupair Area Director on a monthly basis for the required contact call.

h) We agree to facilitate our au pair's attendance at monthly PROaupair sponsored events. We also agree that per the Department of State requirements, we are required to attend at least one family day event sponsored by PROaupair during the course of the placement year. We understand that attending the gathering is a condition of our program participation and that failure to attend will be possible grounds for termination of and our continued or future participation in the program.

i) We understand that we must live within one-hour's driving time of the home of the PROaupair Area Director. Should we relocate outside of a PROaupair serviced area during our program year, we understand we may not be eligible to continue in the program. In this case, we are eligible to receive a refund in accordance with PROaupair's refund policy.

j) We understand that our au pair's duties are limited to childcare and related tasks and that his/her responsibilities may not include heavy housework, yard work, or other labor related to the household. We agree not to enter into any agreements with our au pair outside of what is allowed by the Department of State and PROaupair.

APEX-20/20 220

PLAINTIFFS' RESP. APP.0000668

k) We agree not to facilitate any unauthorized employment or any unlawful presence in the US by the au pair. Additionally, we agree that if the au pair does not depart the US by the end of the au pair's 30-day grace period upon program completion, the au pair will forfeit his/her return transportation provided by PROaupair.

## Selection of Au Pair Candidates

8. We understand that it is our responsibility to choose an au pair from the candidates presented to us and that PROaupair cannot guarantee our satisfaction with our selected au pair. We understand that PROaupair shall not be liable for the performance of the au pair and that the au pair is not an employee, independent contractor or agent of PROaupair. We understand that PROaupair is not liable for any act or omission on the part of our au pair. Prior to matching with an au pair, we confirm that we have completed the required interview via telephone or video and that we have had an opportunity to request any additional information before making the decision to match.

## Additional Program Requirements

9. We agree to provide automobile insurance to cover our au pair if she/he is permitted to drive our family car. We agree that our au pair will not be held liable for more than a $500 insurance deductible per accident. We agree not to hold PROaupair liable for any damages or loss due to the au pair's use or misuse of a vehicle.

10. We understand that we are responsible for determining whether our au pair will be able to legally drive in our state of residence as driving laws vary from state to state.

11. We understand and agree that PROaupair shall not be responsible for any personal bills incurred by the au pair or us, such as telephone bills, automobile expenses, travel expenses or health expenses not covered by insurance. We agree not to seek payment from PROaupair for any such expenses.

12. We understand that if we travel with our au pair outside of our local community and a problem arises, we are responsible for making arrangements at our expense to promptly return the au pair to our community. We understand that travel with our au pair in excess of 30-days within the US or outside of the US must have prior written approval from PROaupair.

13. We agree to complete a yearly PROaupair survey designed to measure our satisfaction with the Program and its strengths and weaknesses as required by the Department of State.

14. We agree to respond in a timely and complete manner to PROaupair's request for contact including the 48-hour welcome call, two-week arrival orientation, monthly contacts or any other request for communication.

## Program Extensions

15. We understand that the Department of State, at its sole discretion, provides au pairs with the opportunity to extend their program for an additional 6, 9 or 12 months provided the au pair has completed the educational component of the program at the time of requesting the extension. PROaupair requires that an extension request be received no less than 60 days prior to the end of the au pair's initial program. We understand that that PROaupair charges an extension processing fee of $1,597.00 and that we continue to pay the $997 Monthly Service Fee for the duration of the au pair's extension period.

## Placement Changes and Replacement Au Pairs

16. If we have concerns with our au pair's behavior or performance, we agree to work with a PROaupair representative to help resolve such concerns. If after everyone's best efforts a placement change is deemed necessary, we agree to continue housing the au pair for a period of up to 14 days if necessary. We agree that we will not ask the au pair to leave our home without the knowledge or involvement of a PROaupair staff member.

PLAINTIFFS' RESP. APP.0000669

17. We understand and agree that PROaupair may immediately terminate our participation in the program and remove the au pair from our home if PROaupair determines, at its sole discretion, that the au pair is in an unsuitable environment or if we fail to comply with the terms of this Agreement or the Department of State Regulations that govern the Au Pair Program and that no refund will be provided by PROaupair.

18. We understand and agree that in the event of illness, injury or other medical condition that prevents our au pair from continuing his/her duties, she/he will not be eligible to continue in the program.

19. We understand and agree that PROaupair is the au pair's program sponsor, and as such, any decision regarding the au pair's program status will be made at the sole discretion of PROaupair.

20. We agree to provide our outgoing au pair with any stipend owed as well as payment for any accrued vacation owed.

21. Should a placement change occur, we understand that PROaupair will provide one replacement au pair within the first three months of our 12-month program but that a replacement au pair will be provided at the discretion of PROaupair and is subject to replacement au pair availability. If our placement change takes place beyond the third month in the program, we understand that we are not entitled to receive a replacement au pair and that in order to continue with the program we are required to update our host family profile and begin a new program year. Additionally, we understand that any new program is subject to all applicable fees.

22. We understand and agree that we may be responsible for providing our replacement au pair with up to $500 in tuition reimbursement and up to two weeks (10 days) of paid vacation.

**Credit and Refund Policy**

23. We understand and agree that the refund policies set forth herein will be the exclusive remedy in the event PROaupair is unable or unwilling to provide a replacement au pair, and that PROaupair is not responsible for any economic hardship, damage or loss alleged to arise from the unavailability of the au pair's services.

24. We understand and agree that the majority of PROaupair's operating costs are incurred in the process of recruiting, screening, training and arranging the au pair's travel and that PROaupair's refund policy is limited. A refund, if owed, will be issued within 30 days of receiving the refund request and refunded to the original source of payment.

25. We understand and agree that any program credits expire twelve (12) months from the end date of the last placement, and that they have no cash value and are non-transferrable.

26. We understand and agree that in the event our au pair does not elect to use a return air ticket provided by PROaupair, no refund, credit, or travel voucher will be provided. If we allow our au pair to end her/his program early, no refund or credit will be provided for unused service.

27. We understand and accept that PROaupair's refund policy is as outlined below.

   a. We understand that if we cancel our au pair's arrival prior to his/her arrival to our home, we will be charged a cancelation fee in the amount of $800 plus the cost of any non-refundable airline tickets. We will be eligible to receive a refund of all other fees paid, excluding the application fee.

   b. After our au pair arrives, we understand PROaupair's refund policy to be as outlined below.

| Fee Type | Terms |
| --- | --- |
| Application Fee | Non-refundable |
| Placement Fee | Non-refundable |
| Monthly Service Fee | Non-refundable for previous payments |
| Air Surcharges | Non-refundable |
| Extension Processing Fee | Non-refundable |

APEX-20/20 222

PLAINTIFFS' RESP. APP.0000670

28. We understand that upon the departure of our au pair, PROaupair will cease billing the Monthly Service Fee.

29. We understand that if we paid PROaupair full program fees prior to our au pair's arrival, we are eligible to receive a pro-rated refund for unused service remaining on our program.

**Other Terms and Conditions**

30. We agree to submit all required payments to PROaupair on time and understand that failure to pay fees within 14 days of the due date may result in the removal of our au pair.

31. We understand that au pairs are provided with travel and accident insurance provided by a third-party insurance company, and that such coverage does contain limitations and exclusions. We agree that any disputes pertaining to coverage are strictly between the au pair and the insurance company and agree that PROaupair does not assist in any coverage disputes that may arise.

32. We understand and agree that PROaupair does not guarantee continuous childcare coverage at any time, including but not limited to situations involving arrival delays, au pair cancellations, visa denials, illness, and/or inability or unwillingness by an au pair to fulfill his/her duties. We hereby release PROaupair, its subsidiaries, officers, employees and/or agents from any and all claims for financial, incidental or consequential damages, including but not limited to costs of alternative or interim childcare, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of an au pair's services for any reason whatsoever.

33. We hereby irrevocably, unconditionally, and fully remise, release and forever discharge PROaupair, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense incurred by our family, guest, employee or agent, due to: (i) events beyond PROaupair's reasonable control, including without limitation, acts of God, acts of war or governmental restrictions, and, in the absence of gross negligence or willful misconduct by PROaupair (ii) any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in our household. In this respect, we acknowledge that our au pair is not an employee or agent of PROaupair and actions or omissions of the au pair are not to be attributed in any way to PROaupair. We further agree to indemnify and hold harmless PROaupair, its subsidiaries, officers, employees and/or agents from any and all liability or expense, including court costs and legal fees incurred, that we in anyway caused or contributed to, whether directly or indirectly.

34. We understand that we are responsible for complying with any federal, state labor and/or income tax laws that may apply. We understand that PROaupair does not provide legal or income tax advice regarding any such laws and is not responsible for informing our family of, or overseeing compliance with, any such laws which vary from state to state and are subject to change from time to time.

35. We understand that due to the fact that an employee-employer relationship exists between our family and au pairs, we are responsible for determining whether Workers' Compensation insurance, or any other insurance, is mandatory under federal, state and/or local laws.

36. We understand that in 1994, the US Department of Labor determined that the au pair stipend constitutes "wages" because an employer-employee relationship exists between the au pair and the host family. Au pair wages are essentially in the nature of household employment and au pairs are required to file US individual tax returns.

37. Dispute Resolution. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the Orange Country, California office of Judicial Arbitration and Mediation Services, upon the petition of either party. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. We agree that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of California because among other reasons, PROaupair is domiciled in California.

APEX-20/20 223

PLAINTIFFS' RESP. APP.0000671

**Privacy Consent**

38. In the unlikely event of a legal claim, lawsuit or arrest in connection with our participation in the PROaupair program, we understand it may be necessary to provide our host family application and related information to attorneys, insurers, or the United States Department of State or, if PROaupair receives a valid Court order or subpoena, to whatever entity is determined to have a legal right to obtain this information. The PROaupair Privacy Policy provides that a host family's personal information will not be disclosed to any other parties unless it is given notice and an opportunity to object. PROaupair takes reasonable precautions to protect personal information from loss, misuse and unauthorized access, disclosure, alteration and destruction.

39. We agree that PROaupair has the exclusive right to determine suitability of our family to participate in the program. We agree that in determining suitability, PROaupair may make inquiries to third parties about family members and other individuals residing at or frequently staying at our residence. We confirm that all information submitted in our Host Family application is true and complete.

40. We authorize PROaupair to use, free of charge, statements, photographs, files or videos of our family to promote the PROaupair program, including providing family profile information to perspective au pairs. PROaupair will not sell this information to outside parties. All statements, photographs, files or videos become the property of PROaupair.

**We have read, understand and agree to the terms and conditions contained herein. Our physical or electronic signature below, confirms our acceptance of the terms and conditions of this Agreement, and are legally binding. No alteration of the terms or conditions of this Agreement shall be valid unless approved in writing by PROaupair. We have retained a copy of this Agreement.**

**I confirm I have authority to sign for our family.**

PLAINTIFFS' RESP. APP.0000672

# Exhibit 67

PLAINTIFFS' RESP. APP.0000673

**Subject**: Re: Au pair call rescheduled, Monday Feb. 8 at 4:00 EST
**From**: Ellen Hoggard <ellen@aupairfoundation.org>
**To**: Kaitlyn Chriswell <KChriswell@Alliance-Exchange.org>,'"wgertz@aifs.com"'
<wgertz@aifs.com>,'"rferry@aifs.com"' <rferry@aifs.com>,'"bill@asse.com"'
<bill@asse.com>,'"smcnamara@aupaircare.com"' <smcnamara@aupaircare.com>,'"chitom@chinet.org"'
<chitom@chinet.org>,'Linda Mori' <chilinda@chinet.org>,'"goran.rannefors@ef.com"'
<goran.rannefors@ef.com>,'"dan.sodervall@ef.com"' <dan.sodervall@ef.com>,'"natalie.jordan@ef.com"'
<natalie.jordan@ef.com>,'"shayes@euraupair.com"' <shayes@euraupair.com>,'"mark@expertaupair.com"'
<mark@expertaupair.com>,'"bkapler@goaupair.com"' <bkapler@goaupair.com>,'"twilson@goaupair.com"'
<twilson@goaupair.com>,'"shannon@greataupair.com"'
<shannon@greataupair.com>,'"jennifer@greataupair.com"' <jennifer@greataupair.com>,'"clamonica-
lunn@interexchange.org"' <clamonica-lunn@interexchange.org>,'"mmchugh@interexchange.org"'
<mmchugh@interexchange.org>,'"jwilhelm@intraxinc.com"'
<jwilhelm@intraxinc.com>,'"mschneider@intraxinc.com"'
<mschneider@intraxinc.com>,'"heidi@proaupair.com"' <heidi@proaupair.com>,'"susan@proaupair.com"'
<susan@proaupair.com>,'"stacey@agentaupair.com"' <stacey@agentaupair.com>,'"chichristinar@chinet.org"'
<chichristinar@chinet.org>
**Time**: Friday, February 5, 2016 3:51:11 PM GMT-07:00

---

Thank you Kaitlyn! Happy weekend to all.

Warm regards,

Ellen



Ellen B. Hoggard
President RO

---

Au Pair Foundation
100 Main Street, Suite 420
Concord, MA, 01742
Phone: 866-428-7247 x201
Fax: 707-658-2393
www.aupairfoundation.org

---

**From:** Kaitlyn Chriswell <KChriswell@Alliance-Exchange.org>
**Sent:** Friday, February 05, 2016 5:38 PM
**To:** 'wgertz@aifs.com'; 'rferry@aifs.com'; 'bill@asse.com'; Ellen Hoggard; 'smcnamara@aupaircare.com';
'chitom@chinet.org'; 'Linda Mori'; 'goran.rannefors@ef.com'; 'dan.sodervall@ef.com';
'natalie.jordan@ef.com'; 'shayes@euraupair.com'; 'mark@expertaupair.com'; 'bkapler@goaupair.com';
'twilson@goaupair.com'; 'shannon@greataupair.com'; 'jennifer@greataupair.com'; 'clamonica-
lunn@interexchange.org'; 'mmchugh@interexchange.org'; 'jwilhelm@intraxinc.com';
'mschneider@intraxinc.com'; 'heidi@proaupair.com'; 'susan@proaupair.com'; 'stacey@agentaupair.com';
'chichristinar@chinet.org'

**Cc:** Kate Eltrich; 'Sally Adams'; Lisa Heyn; Ilir Zherka; Mark Overmann
**Subject:** Au pair call rescheduled, Monday Feb. 8 at 4:00 EST

Hi all,

The au pair call originally scheduled for today (Friday, February 5) has been rescheduled. The call will now take place on Monday, February 8, at 4:00 EST.

The call-in info is:

800-377-8846
Code: 53871886#

We hope you'll be able to join.

Best,
Kaitlyn

**Kaitlyn Chriswell**
Policy and Communications Assistant
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 65 of 167

# Exhibit 68

PLAINTIFFS' RESP. APP.0000676

**Subject**: Au Pair Sponsor Meeting Lunch on 12/7
**From**: Laine Cavanaugh <LCavanaugh@Alliance-Exchange.org>
**To**: Ruth Ferry <rferry@aifs.com>,Jean Quinn <jquinn@aifs.com>,Mark Gaulter
<mark@expertaupair.com>,"smcnamara@aupaircare.com"
<smcnamara@aupaircare.com>,"cbiggs@aupaircare.com" <cbiggs@aupaircare.com>,Heidi
Mispagel <heidi@proaupair.com>,"susan@proaupair.com" <susan@proaupair.com>
**Time**: Friday, December 2, 2016 1:56:40 PM GMT-07:00

Dear all—

We are looking forward to seeing you at the Au Pair Sponsor Meeting.  As discussed, we are arranging a
small group lunch prior to the meeting.  **The lunch will be held on 12/7 from 11:15am – 12:30pm at
World Learning (1015 15th St. NW) in the 9th floor conference room.**  Please be in touch with me by
12/5 if you have any dietary restrictions.

Additionally, we plan to discuss potential challenges and opportunities we will be facing with the incoming
administration.  Please let me know if you have any questions or concerns, and we look forward to seeing
you next week!

Wishing you a wonderful weekend and safe travels to DC!

Warm regards,
Laine

**Laine A. Cavanaugh**
Manager for Public and Member Affairs
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
http://www.alliance-exchange.org

**From:** Ilir Zherka
**Sent:** Thursday, November 10, 2016 3:28 PM
**To:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>; Laine Cavanaugh <LCavanaugh@Alliance-Exchange.org>
**Subject:** Two Things - W.Post Ltr and Lunch before Dec. 7 ECA Meeting

Greetings:

I want to call your attention to a couple of things.

We submitted a letter to the Editor of the Washington Post regarding the au pair article in its
magazine. The Alliance letter was published yesterday and can be found here.

Also, each of your organizations should have received an invitation to a meeting at ECA on
December 7 at 1:00 pm. We would like to host you for an early lunch prior to the meeting. It will
be from 11:15 to 12:30. Please let Laine know if you are coming to town and can join us for lunch
by emailing her at lcavanaugh@alliance-exchange.org.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150

Washington, DC 20036
www.alliance exchange.org
202 293 6141

PLAINTIFFS' RESP. APP.0000678

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 68 of 167

# Exhibit 69

PLAINTIFFS' RESP. APP.0000679

**Subject**: Re: Au Pair Call Tomorrow 3:30 to 4:30 EST, 800-377-8846, code 53871886#
**From**: Mark Overmann <MOvermann@Alliance-Exchange.org>
**To**: "'wgertz@aifs.com'" <wgertz@aifs.com>,"'rferry@aifs.com'" <rferry@aifs.com>,"'bill@asse.com'" <bill@asse.com>,"'ellen@aupairfoundation.org'"
<ellen@aupairfoundation.org>,"'smcnamara@aupaircare.com'"
<smcnamara@aupaircare.com>,"'chitom@chinet.org'" <chitom@chinet.org>,"'chilinda@chinet.org'"
<chilinda@chinet.org>,"'goran.rannefors@ef.com'" <goran.rannefors@ef.com>,"'dan.sodervall@ef.com'"
<dan.sodervall@ef.com>,"'natalie.jordan@ef.com'" <natalie.jordan@ef.com>,"'shayes@euraupair.com'"
<shayes@euraupair.com>,"'mark@expertaupair.com'"
<mark@expertaupair.com>,"'bkapler@goaupair.com'"
<bkapler@goaupair.com>,"'twilson@goaupair.com'"
<twilson@goaupair.com>,"'shannon@greataupair.com'"
<shannon@greataupair.com>,"'jennifer@greataupair.com'" <jennifer@greataupair.com>,"'clamonica-lunn@interexchange.org'" <clamonica-lunn@interexchange.org>,"'mmchugh@interexchange.org'"
<mmchugh@interexchange.org>,"'jwilhelm@intraxinc.com'"
<jwilhelm@intraxinc.com>,"'mschneider@intraxinc.com'"
<mschneider@intraxinc.com>,"'heidi@proaupair.com'" <heidi@proaupair.com>,"'susan@proaupair.com'"
<susan@proaupair.com>,"stacey@agentaupair.com" <stacey@agentaupair.com>,Christina Reilly
<chichristinar@chinet.org>
**Time**: Widay, January 15, 2016 11:46:54 AM GMT-07:00

Di everyone,

Just a Fuick reminder that welll convene a conference call in 15 minutes '2:00 pm EST( to brief you on our meeting this morning with Evan Ryan and to talk about next steps.

Call-in information is:

) ial 800-377-8846
Code 538-71886#

Many thanks,
Mark

--
**Mark Overmann**
) eputy ) irector
Alliance for International Exchange
1828 q Street, N9 , Suite 1150
9 ashington, ) C 20036
'202( 2H3-6141
'202( 2H3-6144 'fax(
www.alliance-exchange.org

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Wednesday, January 13, 2016 at 9:44 AM
**To:** "'wgertz@aifs.com'" <wgertz@aifs.com>, "'rferry@aifs.com'" <rferry@aifs.com>, "'bill@asse.com'"
<bill@asse.com>, "'ellen@aupairfoundation.org'" <ellen@aupairfoundation.org>,
"'smcnamara@aupaircare.com'" <smcnamara@aupaircare.com>, "'chitom@chinet.org'"
<chitom@chinet.org>, "'chilinda@chinet.org'" <chilinda@chinet.org>, "'goran.rannefors@ef.com'"
<goran.rannefors@ef.com>, "'dan.sodervall@ef.com'" <dan.sodervall@ef.com>, "'natalie.jordan@ef.com'"
<natalie.jordan@ef.com>, "'shayes@euraupair.com'" <shayes@euraupair.com>,
"'mark@expertaupair.com'" <mark@expertaupair.com>, "'bkapler@goaupair.com'"
<bkapler@goaupair.com>, "'twilson@goaupair.com'" <twilson@goaupair.com>,
"'shannon@greataupair.com'" <shannon@greataupair.com>, "'jennifer@greataupair.com'"
<jennifer@greataupair.com>, "'clamonica-lunn@interexchange.org'" <clamonica-lunn@interexchange.org>, "'mmchugh@interexchange.org'" <mmchugh@interexchange.org>,
"'jwilhelm@intraxinc.com'" <jwilhelm@intraxinc.com>, "'mschneider@intraxinc.com'"

<mschneider@intraxinc.com>, "'heidi@proaupair.com'" <heidi@proaupair.com>,
"'susan@proaupair.com'" <susan@proaupair.com>, "'stacey@agentaupair.com'"
<stacey@agentaupair.com>
**Cc:** "'kate@sixkillerconsulting.com'" <kate@sixkillerconsulting.com>, Lisa Heyn <LHeyn@Alliance-
Exchange.org>, Ilir Zherka <IZherka@Alliance-Exchange.org>
**Subject:** Re: Au Pair Call Tomorrow 3:30 to 4:30 EST, 800-377-8846, code 53871886#

Colleagues,

Many thanks for a very productive call yesterday, and for those who volunteered to come to ) C on Widay.

In communicating with the Assistant Secretaryls office after our call, they insisted that the meeting only
include Alliance staff 'Ilir and myself(, not au pair sponsors. After some thought and discussion, welve
agreed to take that meeting '11:00 am on Widay( in the hopes of moving things forward and gaining
valuable intelligence. So for those considering travel plans to ) C, please stand down for now.

9 eld still like to convene a call later on Widay to debrief you on our meeting. 9 elll hold that call at 2:00 pm
EST. Call-in information is:

) ial 800-377-8846
Code 538-71886#

qet me know if you have any Fuestions and thanks again for your support,
Mark

--
**Mark Overmann**
) eputy ) irector
Alliance for International Exchange
1828 q Street, N9 , Suite 1150
9 ashington, ) C 20036
'202( 2H3-6141
'202( 2H3-6144 'fax(
www.alliance-exchange.org

---

**From:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Date:** Monday, January 11, 2016 at 5:44 PM
**To:** "'wgertz@aifs.com'" <wgertz@aifs.com>, "'rferry@aifs.com'" <rferry@aifs.com>, "'bill@asse.com'"
<bill@asse.com>, "'ellen@aupairfoundation.org'" <ellen@aupairfoundation.org>,
"'smcnamara@aupaircare.com'" <smcnamara@aupaircare.com>, "'chitom@chinet.org'"
<chitom@chinet.org>, "'chilinda@chinet.org'" <chilinda@chinet.org>, "'goran.rannefors@ef.com'"
<goran.rannefors@ef.com>, "'dan.sodervall@ef.com'" <dan.sodervall@ef.com>, "'natalie.jordan@ef.com'"
<natalie.jordan@ef.com>, "'shayes@euraupair.com'" <shayes@euraupair.com>,
"'mark@expertaupair.com'" <mark@expertaupair.com>, "'bkapler@goaupair.com'"
<bkapler@goaupair.com>, "'twilson@goaupair.com'" <twilson@goaupair.com>,
"'shannon@greataupair.com'" <shannon@greataupair.com>, "'jennifer@greataupair.com'"
<jennifer@greataupair.com>, "'clamonica-lunn@interexchange.org'" <clamonica-
lunn@interexchange.org>, "'mmchugh@interexchange.org'" <mmchugh@interexchange.org>,
"'jwilhelm@intraxinc.com'" <jwilhelm@intraxinc.com>, "'mschneider@intraxinc.com'"
<mschneider@intraxinc.com>, "'heidi@proaupair.com'" <heidi@proaupair.com>,
"'susan@proaupair.com'" <susan@proaupair.com>, "'stacey@agentaupair.com'"
<stacey@agentaupair.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>, "'kate@sixkillerconsulting.com'"
<kate@sixkillerconsulting.com>, Lisa Heyn <LHeyn@Alliance-Exchange.org>
**Subject:** Au Pair Call Tomorrow 3:30 to 4:30 EST, 800-377-8846, code 53871886#

Greetings:

Lam looking forward to our call tomorrow to discuss the au pair program. The call is from 3:30 to 4:30 EST.
The Conference number is 800-377-8846, code 538-71886#.

Derels our agenda for the call:

1. Update on Senate appropriations and State ) ept
2. ) iscussion of immediate and short term advocacy options
3. Timeline for achieving agreement on member talking points and strategy
4. Next steps

Please feel free to call me or Mark if you have any Fuestions.

Best,

Uir Zherka
Executive ) irector
Alliance for International Exchange
1828 q Street, N9 , Suite 1150
9 ashington, ) C 20036
www.alliance-exchange.org
202-2H3-6141

PLAINTIFFS' RESP. APP.0000682

APEX-20/20 10285

Case No. 1:14-cv-03074-CMA-KMT Document 958-6 filed 03/30/18 USDC Colorado pg 72 of 167

# Exhibit 70

PLAINTIFFS' RESP. APP.0000683

**Subject**: Re: Au pair call moved to next Tuesday, the 26th, at 3:30 EST
**From**: Ellen Hoggard <ellen@aupairfoundation.org>
**To**: Mark Overmann <MOvermann@Alliance-Exchange.org>,"'wgertz@aifs.com'"
<wgertz@aifs.com>,"'rferry@aifs.com'" <rferry@aifs.com>,"'bill@asse.com'"
<bill@asse.com>,"'smcnamara@aupaircare.com'" <smcnamara@aupaircare.com>,"'chitom@chinet.org'"
<chitom@chinet.org>,"'chilinda@chinet.org'" <chilinda@chinet.org>,"'goran.rannefors@ef.com'"
<goran.rannefors@ef.com>,"'dan.sodervall@ef.com'" <dan.sodervall@ef.com>,"'natalie.jordan@ef.com'"
<natalie.jordan@ef.com>,"'shayes@euraupair.com'" <shayes@euraupair.com>,"'mark@expertaupair.com'"
<mark@expertaupair.com>,"'bkapler@goaupair.com'" <bkapler@goaupair.com>,"'twilson@goaupair.com'"
<twilson@goaupair.com>,"'shannon@greataupair.com'"
<shannon@greataupair.com>,"'jennifer@greataupair.com'" <jennifer@greataupair.com>,"'clamonica-
lunn@interexchange.org'" <clamonica-lunn@interexchange.org>,"'mmchugh@interexchange.org'"
<mmchugh@interexchange.org>,"'jwilhelm@intraxinc.com'"
<jwilhelm@intraxinc.com>,"'mschneider@intraxinc.com'"
<mschneider@intraxinc.com>,"'heidi@proaupair.com'" <heidi@proaupair.com>,"'susan@proaupair.com'"
<susan@proaupair.com>,"'stacey@agentaupair.com'" <stacey@agentaupair.com>,Christina Reilly
<chichristinar@chinet.org>
**Time**: Wednesday, January 20, 2016 1:59:16 PM GMT-07:00

---

Dear Mark:

Thank you so much!

I will look forward to attending.

Warm regards to all,

Ellen



Ellen B. Hoggard
President RO

---

Au Pair Foundation
100 Main Street, Suite 420
Concord, MA, 01742
Phone: 866-428-7247 x201
Fax: 707-658-2393
www.aupairfoundation.org

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Sent:** Wednesday, January 20, 2016 3:52 PM
**To:** 'wgertz@aifs.com'; 'rferry@aifs.com'; 'bill@asse.com'; Ellen Hoggard; 'smcnamara@aupaircare.com';
'chitom@chinet.org'; 'chilinda@chinet.org'; 'goran.rannefors@ef.com'; 'dan.sodervall@ef.com';
'natalie.jordan@ef.com'; 'shayes@euraupair.com'; 'mark@expertaupair.com'; 'bkapler@goaupair.com';

'twilson@goaupair.com'; 'shannon@greataupair.com'; 'jennifer@greataupair.com'; 'clamonica-lunn@interexchange.org'; 'mmchugh@interexchange.org'; 'jwilhelm@intraxinc.com'; 'mschneider@intraxinc.com'; 'heidi@proaupair.com'; 'susan@proaupair.com'; 'stacey@agentaupair.com'; Christina Reilly
**Cc:** 'kate@sixkillerconsulting.com'; Lisa Heyn; Ilir Zherka; sally@sixkillerconsulting.com
**Subject:** Au pair call moved to next Tuesday, the 26th, at 3:30 EST

Dear au pair members,

We've confirmed our meeting with the Senate appropriations minority staff for next Tuesday January 26th at 10:00am. Given that, we'd like **to move our update call to the same day: Tuesday the 26th at 3:30pm EST**. Thanks for your flexibility and please let me know if you'll join!

Best,
Mark

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 75 of 167

# Exhibit 71

PLAINTIFFS' RESP. APP.0000686

Call Us Today! 415-376-0202 | info@agentaupair.com     f   t   +



| Home | Become a Host Family | Become an Au Pair | Local Representative |

Resources     Blog     🔍

> Benefits

> Why Choose Us

> Costs

> Program Details

> Apply Now

# How can an au pair benefit your family?

Agent Au Pair provides flexible, reliable in-home child care and the opportunity for long-term cultural exchange for families and their children.

Hosting an au pair is a cost effective child care solution, which includes a rewarding cultural exchange experience. Family member, friend, caregiver, academic tutor, household helper are all ways to describe an au pair.

Here are just some of the benefits hosting an au pair can offer you and your family

- Experienced, live-in childcare
- Cultural Experience
- Weekly cost of just $340 per week



EXHIBIT

PLAINTIFFS' RESP. APP. 0000687

- Consistent, guaranteed number of childcare hours each week
- Scheduling flexibility
- Support from the Agent Au Pair Central Office and a Local Representative in your community

For approximately $340 per week, families can have an in-home caregiver that looks after their children for up to 45 hours per week in the safety of their own home.

Each of our au pairs is required to have childcare experience and attend our Au Pair Training School which includes of child safety and development classes prior to arriving at your home.

This gives our families the peace of mind that their au pairs are well-qualified to care for their children.

Becoming a host family will expose your family to a new language, culture, traditions and way of living. Unlike hiring a nanny or attending daycare, having an au pair provides you with a set number of childcare hours each week.

The Au Pair program in an affordable and culturally enriching child care option.  Here is a link to our Program Fees.

**New Host Families** can **Save $500 if they Apply by May 31!**

Please visit our host family requirements page to see if your family meets US Department of State Au Pair Program requirements.

**I Am A** *

**Name** *

| Ms. ▼ |

Prefix

**E-mail** *

**Phone Number**

**Address** *

Street Address

City

Postal / Zip Code

How did you h

Referral Name

Yes, please c
additional inf
will not sell yo

PLAINTIFFS' RESP. APP.0000688

> About Us

> Resources for Au Pairs and Host Families

> Become an Au Pair

> Contact Us

## GET INVOLVED

> Host Family – Apply Online

> Au Pair – Apply Online

> Local Representative Overview

> Local Representative – Apply Online

Copyright 2017 LPI Learning | All Rights Reserved | Privacy Policy | Powered by WordPress | Theme Fusion

PLAINTIFFS' RESP. APP.0000689

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 79 of 167

# Exhibit 72

PLAINTIFFS' RESP. APP.0000690

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Michael McCarry <MMcCarry@alliance-exchange.org> |
| **Sent:** | Thursday, April 02, 2009 1:43 PM |
| **To:** | stacey@agentaupair.com |
| **Cc:** | Ruth Ferry |
| **Subject:** | The Alliance |
| **Attachments:** | MEMBERSHIP APPLICATION CHECKLIST with logo.doc; 2009 MEMBERSHIP INFORMATION sheet with logo.doc; ALLIANCE mission.doc; 2009 Dues Worksheet.doc; Members List 2009 with logo.doc |

Hi, Stacey – Ruth Ferry said she had been in touch with you recently, and she encouraged me to contact you about the possibility of Alliance membership for Agent Au Pair. I think you are generally familiar with the work we do – within the Alliance, the au pair group has been especially effective in working with ECA (and as needed, Congress) to support the program. While the sponsors maintain their own relationships with State, I think it's fair to say that they all see value in a collective approach on policy and advocacy. I'm sure our members agree that our efforts would be stronger and the program better served if all the au pair sponsors were at the table.

We've recommended to Stanley that he convene a meeting soon to discuss the educational component, and I will strongly suggest that all sponsors, not just Alliance members, have an opportunity to participate. Should that happen, I hope it will give us an opportunity to discuss this.

I'm attaching some basic information on Alliance membership, including the all-important question of dues levels. There is a scale based on organizational size, and a worksheet to figure out dues is attached. There is a process involved in accepting a member, which according to our by-laws is accomplished by a vote of the current membership. It's relatively straightforward and painless, and I'd be happy to answer any questions should this be of interest.

Best wishes,

Michael

Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W.
Suite 620
Washington, D.C. 20036
(202)293-6141
(202)293-6144(fax)
www.alliance-exchange.org

1



EXHIBIT
3
5-12-17

PLAINTIFFS' RESP. APP.0000691

AAP_0000848

Case No. 1:14-cv-03074-CMA-KMT Document 950-2 filed 03/30/18 USDC Colorado pg 81 of 167

PLAINTIFFS' RESP. APP.0000692

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



## MEMBERSHIP APPLICATION CHECKLIST

The Alliance welcomes applications for membership. Organizations wishing to be considered for membership should submit a cover sheet containing the following information and accompanying material:

**Items to include in cover letter:**

1. Contact information, including names, addresses, telephone and fax numbers

2. Name of CEO and individual who would serve as primary Alliance representative (if not CEO)

3. Year founded

4. Organizational mission statement and description of international activities

5. Description of your interest in and ability to contribute to the mission of the Alliance

6. Description of any pertinent corporate parent or subsidiary relationships

7. Confirmation of J-1 Exchange Visitor Visa designation (if applicable)

8. Description of primary source(s) of funding

9. Estimation of Alliance dues level (see 2008 Dues Level Worksheet)

**Items to accompany cover letter:**

1. Printed materials describing your organization and its activities, including most recent annual report

2. Articles of Incorporation

3. By-laws

4. IRS certification of non-profit status, if applicable

5. Most recent IRS form 990, 1065, or 1120, as appropriate

6. Most recent Audited Financial Statement

7. List of Governing Board

8. Two letters of reference, including one from a current Alliance member

If you are not able to provide an item, please explain in the cover letter. Your application should be submitted to the attention of Michael McCarry, Executive Director.

AAP_0000849

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



## MEMBERSHIP INFORMATION

*The Alliance for International Educational and Cultural Exchange* is a membership association located in Washington, DC, whose mission is to formulate and promote public policies that support the growth and well-being of international exchange linkage between the people of the United States and other nations. The association is a 501 (c) (3) organization incorporated in the District of Columbia. Its membership is composed of leading organizations in the United States dedicated to international educational and cultural exchange activities. The Alliance welcomes inquiries from organizations interested in joining the Alliance who meet its membership criteria.

**Benefits and Privileges:** Alliance membership provides opportunities for organizations in the U.S. exchange community to contribute to a community-wide effort to advance and strengthen educational and cultural exchanges. Every organization admitted to membership is entitled to a position on the Alliance Board of Directors, ensuring each member's ability to participate in the governance of the association. Individuals from each member organization are eligible to serve as Alliance officers or members of the Executive Committee. Additional individuals are eligible to serve on Alliance Task Forces or other working groups on specific issues of concern to the organization, as well as advocacy meetings with the executive and legislative branches. All of these activities serve to set and execute the policy agenda of the exchange community.

Membership in the Alliance provides access to an unsurpassed network of CEOs and senior executives engaged in international activities. Member organizations are entitled to receive the Alliance's comprehensive information services and to fully utilize the extensive government-relations expertise of the Alliance staff.

**Eligibility:** To be considered for membership organizations must: 1) be legally established in the United States; 2) have clearly defined programs and activities directly concerned with conducting, facilitating, or supporting international exchange and which are national or regional in scope; 3) comply with generally accepted ethical standards for the conduct of international exchange activities; and 4) agree with the purposes of the Alliance. For some larger organizations, separate divisions dedicated to international exchange-related activities are also eligible for Alliance membership.

**Other Forms of Affiliation:** Organizations and individuals who are involved with international exchanges but cannot consider full membership may be interested in the Alliance's affiliates and subscribers programs. For information about these programs, contact the Alliance office.

**Consideration and Approval**: Membership in the Alliance is granted on approval by majority vote of the Alliance Board of Directors upon recommendation of the Alliance's Membership and Executive Committees. The Board is composed of one representative from each organization.

**Dues:** Membership dues are the Alliance's primary source of support. Member organizations pay dues annually based on total salaries, benefits, and other compensation paid for personnel devoted to international exchange-related activities. Dues are assessed according to the table on the 2009

AAP_0000850

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

Membership Dues Worksheet. Annual dues amounts are for the 2009 membership period and are subject to possible change in the future by a vote of the Board. For organizations joining the Alliance mid-year, dues are prorated by quarters, i.e., an organization joining in July would pay for two quarters, or one-half of the annual dues for that year.

**Applications:** Organizations wishing to become members of the Alliance should submit a cover letter and accompanying materials detailed on the attached checklist.

The application should be submitted to:

*Michael McCarry*
*Executive Director*
*Alliance for International Educational and Cultural Exchange*
*1776 Massachusetts Avenue, NW*
*Suite 620*
*Washington, DC 20036*

**Additional Information:** For additional information please contact Michael McCarry, Executive Director at tel: (202) 293-6141; e-mail: mmccarry@alliance-exchange.org.

PLAINTIFFS' RESP. APP.0000695

PLAINTIFFS' RESP. APP.0000696

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

## *ALLIANCE for International Educational and Cultural Exchange*
1776 Massachusetts Avenue, NW, Suite 620  Washington, DC  20036
tel: (202) 293-6141    fax: (202) 293-6144    e-mail: info@alliance-exchange.org
website:  www.alliance-exchange.org

**Mission**   The Alliance is an association of non-governmental organizations comprising the international educational and cultural exchange community in the United States. Its mission is to formulate and promote public policies that support the growth and well-being of international exchanges between the people of the United States and other nations.

**Activities**   In fulfilling this mission, the Alliance undertakes activities set forth by the membership and leadership focusing on the following areas:

**Common Agenda**   Formulating a set of public policy concerns and recommendations that supports the broad common interests of the organizations making up the international exchange community in the United States.

**Advocacy**   Organizing an effective program of government relations activities, including both direct representation with policy makers and the marshaling of grassroots constituencies in pursuit of this common agenda.

**Forum**   Providing a meeting ground for the leadership of the international exchange community to discuss issues of mutual concern and develop cooperative approaches to them.

**Coalition Building**   Developing constituencies to support international exchange both within the exchange community and in other sectors of American society.

**Information Services**   Furnishing comprehensive information about policy issues affecting the future of international exchanges and other matters of broad interest to the international exchange community.

**Public Awareness**   Building awareness about the critical role of international exchange in meeting global, national, and individual needs for international knowledge and relationships.

**The *Alliance* staff:**
Michael McCarry, Executive Director
Sherri Powar, Assistant Director/Senior Policy Specialist

AAP_0000852

PLAINTIFFS' RESP. APP.0000698

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

Name of Organization _____ Date _____

*Alliance for International Educational and Cultural Exchange*

## 2009 Dues Work Sheet

**Definitions: Salaries and Benefits** should include all personnel salaries, wages, and benefits, including consultants' fees, part-time and temporary employees, of all affiliated exchange organizations. For separately identifiable divisions or subunits of organizations whose primary purpose is not exchange, dues should be assessed only on the exchange division. **International Exchange-Related Activities** should include all activities related to individuals coming to or going from the United States for educational and cultural purposes, including academic programs, participant training, workplace-based training, cultural and artistic activities, and supporting activities related to such exchanges. It should also include a proportionate share of overhead personnel salaries and benefits attributable to exchange activities.

| 1 | Salaries and Benefits: Enter salaries and benefits for the last completed fiscal year.<br><br>Source    ☐ IRS Form 990<br>           ☐ Completed Audit<br>           ☐ Other:<br><br>Inclusive Dates of fiscal period: | $ |
|---|---|---|
| 2 | Subtractions: Enter the amount of salaries and benefits to be excluded in calculating the dues base because they are not exchange-related as defined above.<br><br>Brief description: | $ |
| 3 | Additions: Enter additions such as the proportionate share of overhead salaries and benefits expenses attributable to exchange-related activities and consultant fees, etc., not included in Line 1.<br><br>Brief description: | $ |
| 4 | Adjusted Salaries and Benefits total: (Line 1 less line 2 plus line 3) | $ |
| 5 | Dues: Enter amount from column III below based on Adjusted Salaries and Benefits Total in Line 4. | $ |

| | | |
|---|---|---|
| 11 | $99,999 or less | $1,800.00 |
| 10 | $100,000-$249,999 | $2,700.00 |
| 9 | $250,000-$499,999 | $3,700.00 |
| 8 | $500,000-$749,999 | $7,000.00 |
| 7 | $750,000-$999,999 | $8,100.00 |
| 6 | $1,000,000-$1,499,999 | $10,250.00 |
| 5 | $1,500,000-$1,999,999 | $12,500.00 |
| 4 | $2,000,000-$2,999,999 | $14,700.00 |
| 3 | $3,000,000-$4,499,999 | $17,600.00 |
| 2 | $4,500,000-$6,999,999 | $20,600.00 |
| 1 | $7,000,000 or more | $22,000.00 |

PLAINTIFFS' RESP. APP.0000699

AAP_0000853

Case 1:14-cv-03074-CMA-KMT   Document 949-6   Filed 03/17/18   USDC Colorado   Page 88 of 156

PLAINTIFFS' RESP. APP.0000700

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



*Alliance for International Educational and Cultural Exchange*

The Alliance for International Educational and Cultural Exchange is an association of 75 organizations comprising the international educational and cultural exchange community in the United States. Its mission is to formulate and promote public policies that support the growth and well-being of international exchanges between the people of the United States and other nations. Alliance member organizations administer or facilitate exchange programs that put a human face on American foreign policy, transmit America's democratic values, foster economic ties with overseas markets, engage millions of Americans in our foreign affairs, and develop foreign language, cross-cultural, and area studies expertise of American citizens.

## MEMBER ORGANIZATIONS

Academic Year in America
Academy for Educational Development
AFS Intercultural Programs-USA
AIESEC United States
Alliance Abroad Group
American Association of Community Colleges
American Association of Intensive English
  Programs
American Council for International Studies
American Council on Education
American Council on International Personnel
American Councils for International Education:
  ACTR/ACCELS
American Immigration Law Foundation
American Institute for Foreign Study Foundation
American Institute for Foreign Study, Inc.
American-Scandinavian Foundation
American Secondary Schools for International
  Students and Teachers
AMIDEAST
ASSE International Student Exchange Programs
ASSE Work Experience Programs
Association for International Practical Training
Association of International Education
  Administrators
AuPairCare
Au Pair in America
AYUSA Global Youth Exchange
BUNAC
Camp America
CCUSA
CDS International
Center for Cultural Interchange
Children's International Summer Villages, Inc.
The College Board
Communicating for Agriculture
Concordia Language Villages
Cordell Hull Foundation for International Education
Council of Graduate Schools
Council of International Programs USA
Council on International Educational Exchange

Council on Standards for International Educational
  Travel
Cultural Care Au Pair
Cultural Exchange Network
Cultural Homestay International
Educational and Cultural Interactions, Inc.
Educational Testing Service
EF Foundation for Foreign Study
EurAupair
French – American Chamber of Commerce
Fulbright Association
GeoVisions
German American Chamber of Commerce
goAUPAIR
iEARN-USA
Institute of International Education
InterExchange
International Cultural Exchange Organization
International Cultural Exchange Services
International Exchange of North America
Intrax Cultural Exchange
IREX: International Research & Exchanges Board
LASPAU: Academic and Professional Programs for the
  Americas
MAST International
Meridian International Center
NAFSA: Association of International Educators
National Association of State Universities and Land-
  Grant Colleges
National Council for Eurasian and East European
  Research
National Council for International Visitors
Ohio Agricultural Intern Program
Pacific Intercultural Exchange
PAX – Program of Academic Exchange
People to People International
Sister Cities International
Summer Institute for the Gifted
University and College Intensive English Programs
World Education Services

AAP_0000854

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

World Heritage
YMCA International
Youth For Understanding USA

PLAINTIFFS' RESP. APP.0000702

AAP_0000855

Case 1:14-cv-03074-CMA-KMT   Document 949-42   Filed 03/17/18   USDC Colorado   Page 91 of
166

# Exhibit 73

PLAINTIFFS' RESP. APP.0000703

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Stacey Frank <stacey@agentaupair.com> |
| **Sent:** | Monday, April 27, 2009 8:30 PM |
| **To:** | Helene Young |
| **Subject:** | Re: Question |

Hi - yes Cultural care has that on their website, and now I notice that
Euraupair has it too (and Au Pair Care). I think they are just
desperate to place their outstanding au pairs (if business has dropped
so much). Plus, I think (our) lower fees are starting to get noticed.
People realize they can do the same for a lot less.
They have a lot of face to save if they don't place the au pairs. They
may think it will cost them more to lose au pairs/agents, then give
refunds. Plus I would read the fine print - they are such snakes. There
is something that says "we will do everything we can to place your au
pair with another family". They may be worried that their au pairs will
go to other agencies (ours) if they don't place and that would be
disastrous for them. Maybe it's already happening.

We don't have any ap from Mexico right now...


Helene Young wrote:
> Hi - Hey, the tax thing sounds very plausible. But you know, I've just
> opted out of this argument. I talked to Ruth at APIA and she basically
> said they instruct families they are not authorized to give out any tax
> advice to families or au pairs. They only tell au pairs they need to
> contact a tax advisor regarding taxes on their au pair earnings. So
> that is what we are going to do. One family got upset with our agency
> and we basically asked them why their tax advisor had not brought this
> to their attention because he/she is the licensed professional on this
> matter. The argument came to an abrupt halt.
>
> today's curve ball - we had au pairs scheduled for visa appts in Mexico
> City. U.S. Embassy is closed for 3 days and visa appts are being
> rescheduled. Don't know when and it could affect their arrival dates.
> Families are expressing some concern. You having any problems?
>
> Oh and FYI, Cultural Care is giving families deep discounts to match our
> program fees PLUS guaranteeing a full refund if host families experience
> a job loss. Have you heard about this?
>
> Helene ;-)
>
> At 12:53 PM 4/27/2009, you wrote:
>> Hi Helene, no did not hear from her. I had a thought about the au
>> pair taxes. You know, the host family doesn't have the ap ss# so they
>> will not tell the IRS how much the ap has earned. So the IRS doesn't

1



EXHIBIT
4
5·12·17

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

>> know how much the au pair earned for the year, unless they tell them!
>> There is no record. Plus we don't even have the ap ss# !
>>
>> Helene Young wrote:
>>> Hi Stacey - Did a woman with a last name ⬛⬛⬛⬛ contact you about
>>> an au pair? Location is Dallas. Let me know. It may be a scam.
>>> Helene :-)
>>> USAuPair
>>> PO Box 2126
>>> Lake Oswego, OR 97035
>>> Tel: 503-675-5333
>>> Fax: 503-699-7776
>>> Skype: usaupair
>>> www.usaupair.com <http://www.usaupair.com/>
>>> This email is for the sole use of the listed addressee(s) and may
>>> contain confidential and privileged information. Any unauthorized
>>> use or disclosure of this email is prohibited. If you have received
>>> this email in error, please notify the sender immediately and destroy
>>> all copies of this email.
>>
>>
>> --
>> Stacey Frank
>> Agent Au Pair, Inc.
>> T 415-552-6500
>> F 415-373-3741
>>
>>
>> No virus found in this incoming message.
>> Checked by AVG - www.avg.com
>> Version: 8.0.238 / Virus Database: 270.12.4/2082 - Release Date:
>> 04/27/09 06:19:00


--
Stacey Frank
Agent Au Pair, Inc.
T 415-552-6500
F 415-373-3741

PLAINTIFFS' RESP. APP.0000705

AAP_0000768

Case 1:14-cv-03074-CMA-KMT   Document 949-42   Filed 03/17/18   USDC Colorado   Page 94 of 166

# Exhibit 74

PLAINTIFFS' RESP. APP.0000706

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| From: | Heidi Woehl <hwoehl@aupaircare.com> |
| Sent: | Thursday, February 12, 2009 1:02 AM |
| To: | Stacey Frank |
| Subject: | RE: Host Family Question |

Dear Stacey,

I hope that you are doing well. I'm actually currently on maternity leave, I had my twins last month! I was checking emails today and came across yours. This host family currently has an au pair with us who is scheduled to leave in March. I reviewed the notes we had in our system for this au pair and it appears that this family has had some issues paying their au pair the weekly stipend on a timely basis, as well as paying program fees. It appears that money is an issue for them and has been for a while. Based on this, I'd proceed with caution. Hope this information is helpful to you.

Take care!

Sincerely,
Heidi

AuPairCare Live-in Childcare

Heidi Woehl || Vice President

Phone: 415-434-5517

Fax: 415-434-5415

Email:hwoehl@aupaircare.com

http://www.aupaircare.com

Intrax | AuPairCare | AYUSA

-----Original Message-----
From: Stacey Frank [mailto:stacey@agentaupair.com]
Sent: Friday, February 06, 2009 10:08 AM
To: Heidi Woehl; rferry@aifs.com
Subject: Re: Host Family Quesion

Hi Heidi and Ruth - How are you both?



1

PLAINTIFFS' RESP. APP.0000707

I have a host family in Novato, CA that has been with both your agencies

(and CC) and now is signed up with us. I wanted to ask you:
If the Feldstien's signed up with you again, would you accept them?
Feel free to give me a call.
Thanks for your help and hope you're well.


--
Stacey Frank
Agent Au Pair, Inc.
T 415-552-6500
F 415-373-3741

2

PLAINTIFFS' RESP. APP.0000708

Case No. 1:14-cv-03074-CMA-KMT Document 959-6 filed 03/30/18 USDC Colorado pg 98
of 167

# Exhibit 75

PLAINTIFFS' RESP. APP.0000709

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Stacey Frank <stacey@agentaupair.com> |
| **Sent:** | Thursday, November 11, 2010 7:25 PM |
| **To:** | Helene Young |
| **Subject:** | Re: Do You Think? |

I think you are better off facing her asap and get it over with. If she
gives you any trouble, just say you had some girls go abroad and didn't
come back for various reasons.
Look at it this way, if Julia says an au pair can go abroad for 30 days,
what if an au pair wants to go abroad for 30 days, but the family
doesn't want her too. Then what do you do?
Just say you've had complaints from host families who have gone aborad
for 2 weeks, worked the au pair, then the au pair wanted to take her 2
weeks vacation abroad (not come back till later). You put the policy in
place to protect host families, b/c the au pair complained.
I would say you are doing the best you can and if they want to make a
special case and the DOS agrees with her, then go ahead. It's the first
time.
Then be sure to tell her you have a meeting 5 minutes after she gets
there. What can she do? At least she's not coming in asking you to
write a refund check?

Helene Young wrote:
> To have the DS-2019 signed after the DoS overruled our policy. Told her
> to mail it. Will deal with Julia later if it will do any good.
>
> Helene :-(
>
> At 11:17 AM 11/11/2010, you wrote:
>> Why is she coming by?
>>
>> Helene Young wrote:
>>> Hi - Do you think I could tell her I don't want her on premise? She
>>> said she's bringing au pair with her. I really do not need another
>>> abusive barrage of slurs about me and the agency.
>>> Helene :-)
>>> USAuPair
>>> PO Box 2126
>>> Lake Oswego, OR 97035
>>> Tel: 503-675-5333
>>> Fax: 503-699-7776
>>> Skype: usaupair
>>> www.usaupair.com <http://www.usaupair.com/>
>>> This email is for the sole use of the listed addressee(s) and may
>>> contain confidential and privileged information. Any unauthorized
>>> use or disclosure of this email is prohibited. If you have received
>>> this email in error, please notify the sender immediately and destroy

1



EXHIBIT
Frank
8
5-12-17

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

>>> all copies of this email.
>>
>>
>> --
>> Stacey Frank
>> www.agentaupair.com
>> 415.376.0202


--
Stacey Frank
www.agentaupair.com
415.376.0202

2

PLAINTIFFS' RESP. APP.0000711

AAP_0000800

Case 1:14-cv-03074-CMA-KMT   Document 948-2   Filed 03/17/18   USDC Colorado   Page 100 of 166

# Exhibit 76

PLAINTIFFS' RESP. APP.0000712

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Susan Hayes <Susan@Euraupair.com> |
| **Sent:** | Tuesday, October 07, 2014 2:54 PM |
| **To:** | Stacey Frank |
| **Subject:** | RE: Hi - It's Stacey from Agent Au Pair! |

Hi Stacey

Hope you are well. I'm currently in Greece so apologize for delayed response. Honestly I've not heard of this. I even believe the CA bill was more restrictive and although Au pairs weren't specifically identified, the language implicitly excluded them. But suppose we need to research it seems. Can it wait til we get together with the others? And yes, I'll see you later this month!

Take care
Susan


Sent from Samsung Mobile



-------- Original message --------
From: Stacey Frank <stacey@agentaupair.com>
Date: 06/10/2014 18:24 (GMT-08:00)
To: Susan Hayes <Susan@Euraupair.com>
Subject: Hi - It's Stacey from Agent Au Pair!


Susan,
How are you?
I thought I would reach out to you to get some feedback if you have a minute.
I have a situation with an au pair in CA who is claiming, through the California Worker Bill of Rights, signed by Gov. Brown in Sept., 2013, that she is entitled to overtime after 9 hours a day. She is claiming more than 45 hours per week, but she has no proof.
In any case, have you faced the problem of the Au Pair Program against the California Labor Code?
I see that the same went into affect for domestic workers in NY but it clearly excludes au pairs, operating under federal regulations.
Any help is appreciated.
I guess I will see you in late October?
Stacey
--
Stacey L. Frank
+1.415.376.0202 Ext. 2
Confidentiality Notice – Privileged and Confidential
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. Be advised that any disclosure, copying, distribution, or taking of any action in reliance upon this communication is strictly prohibited.

1



PLAINTIFFS' RESP. APP.0000713

AAP_0001257

# Exhibit 77

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Stacey Frank <stacey@agentaupair.com> |
| **Sent:** | Tuesday, October 07, 2014 10:32 PM |
| **To:** | Sarah McNamara |
| **Subject:** | Re: Hi - It's Stacey from Agent Au Pair! |

Sarah,
Thank you for your quick reply. It's interesting because it probably
isn't in the best interest to go to court to 'test' the theory of CA
Labor law superseding DOS Federal program. We don't want an adverse
ruling for the community.
I checked with Mark and we are trying to find something in writing, as
according to you, and others, it has never been put to the test.
I will keep you posted.
Stacey

On 10/07/2014 01:11 AM, Sarah McNamara wrote:
> Hi Stacey, I hope you are well. I am in Germany on a work trip. We have not run into this situation but I
believe the au pair program would be exempt as au pairs do not fall under the category of domestic worker but
are here on a cultural exchange.
>
> I would recommend you get guidance from the Alliance and then hopefully it can be shared with the entire
group. Keep me posted and I look forward to seeing you in DC.
>
> Best,
> Sarah McNamara
>
>
> _____
> From: Stacey Frank [stacey@agentaupair.com]
> Sent: Monday, October 06, 2014 6:26 PM
> To: Sarah McNamara
> Subject: Hi - It's Stacey from Agent Au Pair!
>
> Hi Sarah,
> How are you?
> I thought I would reach out to you to get some feedback if you have a
> minute.
> I have a situation with an au pair in CA who is claiming, through the
> California Worker Bill of Rights, signed by Gov. Brown in Sept., 2013,
> that she is entitled to overtime after 9 hours a day. She is claiming
> more than 45 hours per week, but she has no proof.
> In any case, have you faced the problem of the Au Pair Program against
> the California Labor Code?
> I see that the same went into affect for domestic workers in NY but it
> clearly excludes au pairs, operating under federal regulations.
> Any help is appreciated.
> I guess I will see you in late October?

1



PLAINTIFFS' RESP. APP.0000715

AAP_0002109

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

> Stacey
> --
> Stacey L. Frank
> +1.415.376.0202 Ext. 2
> Confidentiality Notice ï¿½ Privileged and Confidential
> This communication and any accompanying documents are confidential and
> privileged. They are intended for the sole use of the addressee. Be
> advised that any disclosure, copying, distribution, or taking of any
> action in reliance upon this communication is strictly prohibited.
>


--
Stacey L. Frank
+1.415.376.0202 Ext. 2
Confidentiality Notice ï¿½ Privileged and Confidential
This communication and any accompanying documents are confidential and
privileged. They are intended for the sole use of the addressee. Be
advised that any disclosure, copying, distribution, or taking of any
action in reliance upon this communication is strictly prohibited.

PLAINTIFFS' RESP. APP.0000716

AAP_0002110

Case 1:14-cv-03074-CMA-KMT   Document 918-4   Filed 03/17/18   USDC Colorado   Page 105 of 166

# Exhibit 78

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Ruth Ferry <rferry@aifs.com> |
| **Sent:** | Thursday, October 09, 2014 3:57 AM |
| **To:** | Stacey Frank |
| **Subject:** | Re: Host Family Quesion |

Hi Stacey,

I am traveling. Will try to call you tomorrow - likely early afternoon your time.

Not an easy situation!

Ruth

Ruth Ferry
Sr Vice President
Au Pair in America

Sent from my iPad

> On Oct 8, 2014, at 3:59 PM, "Stacey Frank" <stacey@agentaupair.com> wrote:
>
> Hi Ruth,
> How are you? I guess I will be seeing you in a few weeks!
> I want to run something by you. I don't have your number handy but my
> cell number is 415-706-5727.
> I have an au pair suing a family for overtime wages. The letter from the
> lawyer claims that employment in the home is also governed by the
> California Labor Law and the au pair was a live-in domestic worker under
> the Domestic Worker Bill of Rights.
> I know that they are "exchange visitors" and that "au pairs" are
> excluded from the law in New York, but I can't find anything in writing
> that au pairs are excluded in California. It doesn't make sense that any
> local State Labor laws would supersede Federal Law (the Au Pair
> Program), as each state would have the same problem.
> There is a lot of language stating that host families are 'employers',
> however.
> We can go to the hearing stating 'our side' (au pairs are 'exchange
> visitors' and not 'domestic workers'), but we would not want to be in a
> position of 'testing' it and get an adverse ruling. That would not be
> good for the au pair community.
> Question: Have you ever faced this, and if so, do you have any advice?
> (I reached out to Sarah McNamara and others, and she said she hasn't
> 'tested' it but goes with the 'cultural exchange' explanation).
> I also reached out to Mark Overman who is trying to get me additional
> information, as well.
> I'm sure you know that Gov. Brown signed the Bill of Rights in Sept 2013.
> Thanks a lot!

1



PLAINTIFFS' RESP. APP.0000718

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

> Stacey
>
>
>
> She is fluffing up the hours owed, of course, but the letter from her
> lawyer is claiming that CaOn 02/06/2009 02:40 PM, Ruth Ferry wrote:
>> Hello Stacey. How are you?
>>
>> I'd be happy to check out this family when I return to the office on Monday.
>>
>> Have a pleasant weekend.
>>
>> Ruth
>>
>> ----- Original Message -----
>> From: Stacey Frank <stacey@agentaupair.com>
>> To: Heidi Woehl <hwoehl@aupaircare.com>; Ruth Ferry
>> Sent: Fri Feb 06 13:08:06 2009
>> Subject: Re: Host Family Quesion
>>
>> Hi Heidi and Ruth - How are you both?
>> I have a host family in Novato, CA that has been with both your agencies
>> (and CC) and now is signed up with us. I wanted to ask you:
>> If the Feldstien's signed up with you again, would you accept them?
>> Feel free to give me a call.
>> Thanks for your help and hope you're well.
>>
>>
>> --
>> Stacey Frank
>> Agent Au Pair, Inc.
>> T 415-552-6500
>> F 415-373-3741
>
>
> --
> Stacey L. Frank
> +1.415.376.0202 Ext. 2
> Confidentiality Notice – Privileged and Confidential
> This communication and any accompanying documents are confidential and
> privileged. They are intended for the sole use of the addressee. Be
> advised that any disclosure, copying, distribution, or taking of any
> action in reliance upon this communication is strictly prohibited.

2

PLAINTIFFS' RESP. APP.0000719

AAP_0001259

Case 1:14-cv-03074-CMA-KMT   Document 948-2   Filed 03/17/18   USDC Colorado   Page 109
of 166

# Exhibit 79

PLAINTIFFS' RESP. APP.0000720

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| From: | Stacey Frank <stacey@agentaupair.com> |
|---|---|
| Sent: | Saturday, November 22, 2014 2:54 AM |
| To: | Mark Overmann |
| Cc: | Michael McCarry; Lisa Heyn |
| Subject: | Re: Subpart A comment letter draft |

Mark,
I read the comments and I didn't have anything in particular to add, and
I know it was due COB Wednesday.
I still have an au pair suing a host family for overtime wages based on
the California labor laws and it goes to a hearing Dec 12. We are not a
party but on the periphery as the lawyers are claiming that the
California law applies.
I am seeking a strategy with a labor attorney, as the au pair is
claiming overtime and penalties, but also the California law says
anything over 9 hours is overtime (among other differences). The minimum
wage is higher in California and the live-in credit is lower.
We are a federal cultural exchange program, but this could get 'big'. I
have spoken with Alliance members at larger agencies and they have never
faced this.
I wanted to reach out just to keep you in the loop, in case anyone else
has a similar problem.
I know the local labor laws are heating up, so I thought I would share
this.
I have informed DOS about this.
We will follow Subpart A closely.
Hope you have a great weekend!
Stacey

On 11/17/2014 01:00 PM, Mark Overmann wrote:
> Dear colleagues,
>
> Attached you'll find the current draft of the Alliance's Subpart A
> comment letter. It is incomplete but includes comments on the largest
> and most pressing issues. We'd appreciate your feedback on this draft
> (general comments and/or specific copy edits) *by COB Wednesday*. We
> plan to have the letter complete before the Thanksgiving holiday next week.
>
> In addition to a conclusion recapping the letter, we also still plan to
> add issues of concern to higher education institutions and others,
> including:
>
> —English proficiency requirement and verification, especially as it
> relates to native English speakers and those who have degrees from
> English language institutions

1

EXHIBIT
16


AAP_0002177

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

>
> —Unclear language on restriction of providing copy of DS-2019 to
> "unauthorized parties" (may inadvertently exclude Exchange Visitors
> themselves)
>
> —Collection of J-2 personal information
>
> —Replacement of RO/ARO within ten days – to request clarification
> that this provision refers only to situations in which an
> organization employs only one RO/ARO
>
> —Reporting the final departure of dependents
>
> —Definition of "teacher" as potentially restrictive
>
> We will plan to circulate another copy of our comment letter later this
> week and/or early next week.
>
> Thank you for your attention to this and let me know if you have any
> questions.
>
> Best,
> Mark
>
>
> --
>
> *Mark Overmann*
>
> Deputy Director
>
> Alliance for International Educational & Cultural Exchange
>
> 1828 L Street, NW, Suite 1150
>
> Washington, DC 20036
>
> (202) 293-6141
>
> (202) 293-6144 (fax)
> www.alliance-exchange.org <http://www.alliance-exchange.org/>
>
>


--
Stacey L. Frank
+1.415.376.0202 Ext. 2
Confidentiality Notice – Privileged and Confidential
This communication and any accompanying documents are confidential and
privileged. They are intended for the sole use of the addressee. Be

2

PLAINTIFFS' RESP. APP.0000722

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

advised that any disclosure, copying, distribution, or taking of any
action in reliance upon this communication is strictly prohibited.

PLAINTIFFS' RESP. APP.0000723

AAP_0002179

# Exhibit 80

PLAINTIFFS' RESP. APP.0000724

2010 AGENT AU PAIR, INC.
HOST FAMILY AGREEMENT

General Provisions

This Agreement ("Agreement") is between Agent Au Pair, Inc, a California Corporation, and (first and last name(s) of host parent(s) ████████ ██ ████████ _____ of (city) _____ (state) ____, acting on behalf of and including all members of said persons' household and family (hereinafter, collectively, referred to as the "Host"). The Host Family "Host" has fully read this Agreement and agrees to the terms and conditions contained herein. The parties agree as follows:

1. Host acknowledges Host received a copy of the U.S. Department of State Regulations for the Au Pair Program – 22 CFR 62.31. Host affirms they are U.S. citizens or permanent legal residents and speak primarily English in the home.

2. Host agrees that the childcare services performed by the au pair shall not exceed either (i) ten hours per day, (ii) 45 hours per week, (iii) five and one half days per week. Host agrees that the au pair will be relieved of duties at least one full weekend per month (Friday evening to Monday morning). Host agrees to provide the au pair with two calendar weeks paid vacation, to be taken at a mutually agreed-upon time. For extension au pairs the following applies: 12 and 9 month extensions: 2 weeks paid vacation; 6 month extension: 1 week paid vacation. If a dispute arises as to any of these limits or requirements, Agent Au Pair shall resolve said dispute, and its decision shall be final.

3. Host agrees to pay au pair the weekly stipend determined by the U.S. Department of State, currently $195.75, on a weekly basis and acknowledges that this payment cannot be withheld for any reason, including but not limited to outstanding phone bills, auto accidents, or lost time due to illness. Host agrees to provide board and lodging in the form of a private separate bedroom. Host agrees to include au pair in family meals and treat the au pair as a member of the family.

4. Host agrees to facilitate and provide time off and transportation for the au pair to study at least 6 credit units at an accredited post-secondary institution and to provide up to $500 for such education. For extended au pairs, the following applies: 12 and 9 month extensions – 6 credit units and up to $500 educational component; 6 month extensions - 3 credit units and up to $250 educational component. Host also agrees to provide adequate time off and transportation for the au pair's mandatory monthly meetings with the local community counselor.

5. Host agrees that if there is a baby less than 3 months old living in the home, a parent or another responsible adult must be present in the home at all times and the au pair shall not be sole care giver for that child at any time (including sleeping hours). Host agrees to inform Agent Au Pair if a child less than 3 months enters the family at any time during the program year. Host will promptly notify Agent Au Pair if a child under the age of 2 enter the household. Host agrees that a responsible adult will remain in the home for the first 3 days after the au pair's arrival.

6. Host shall promptly notify Agent Au Pair in writing in the event another individual, including but not limited to other children, joins the household; there is a change in marital status, location, contact information; or other significant event that may occur during the program.

7. Host must live within one hour's driving time of the home of the local community counselor. In the event that Host moves outside an area of coverage by Agent Au Pair, Host will not be eligible to continue the program and the au pair will be removed. In this case, Host will be eligible to receive a

*Host Family Name:* ████████        *Host Family Agreement Page 1 of 6*



PLAINTIFFS' RESP. APP.0000725

AAP_0004088

refund in accordance with Agent Au Pair's refund policy set forth herein.

8. Host understands that if the au pair decides to travel outside the United States, an officer of Agent Au Pair must sign the DS-2019 Form stating that the au pair is currently in good standing, otherwise the au pair may not be allowed to re-enter the country.

### Agent Au Pair Rules

9. Host agrees to provide car insurance at Host's expense for the au pair as a permissive user if s/he is to drive any vehicle(s) Host owns. Host acknowledges that it is Host's responsibility to conform to any and all state or local laws regarding the au pair's use of the automobile, including obtaining a local driver's license if required. Host shall not hold the au pair liable for more than $500 in damages in the event of an accident. Host further acknowledges that Host will not hold Agent Au Pair liable for any damage or loss resulting from the au pair's use of a vehicle. If driving is a requirement for placement of an au pair in the host family home, the au pair will have a valid driver's license from the au pair's home country. Agent Au Pair cannot warrant or guarantee an au pair's driving ability.

10. Host affirms that the responses to the Host Family Application, Personal Reference and Employment Reference are true and complete, and that Agent Au Pair may make reasonable inquiries to third parties regarding Host's family.

11. Host agrees to maintain open contact with the local community counselor and allow the au pair the same. Host also agrees to allow the local community counselor to monitor the exchange and to provide orientation, assistance and support. Host agrees to cooperate fully with Agent Au Pair and its representatives in supervising and implementing the au pair program.

12. Host agrees to pay the full program fee minus any discounts, if applicable, on the agreed upon dates. Past due balances accrue at 1.5% interest. A supplemental fee of $400 will be charged for au pairs from South Africa, Africa, New Zealand and Australia. A flight surcharge may be due for a flight (from any country) booked with less than 3 weeks notice. Host agrees to pay domestic transportation for the au pair from the Au Pair Training School in San Francisco, CA to current location to Host's home.

13. Host acknowledges that Agent Au Pair's function is to locate and present au pair candidates who meet Agent Au Pair's selection criteria, but that final selection of an au pair is the sole responsibility of Host. Agent Au Pair cannot guarantee that any particular au pair will be compatible in Host's home or meet Host's expectations.

14. Host understands that the au pair may have to pay a contribution to the inbound and/or outbound flight as well as an application fee or other administrative fees to the partner agent in the home country.

15. Host understands that the decision to grant an au pair a J-1 visa is at the sole discretion of the U.S. Embassy or Consulate in the au pair's home country and that there is a risk that the au pair will not be granted a J-1 visa to participate in the program. Host understands that if Host travels outside the United States with the au pair during the au pair's extension period the au pair must obtain another visa from the home country to re-enter the United States. Agent Au Pair can only provide a valid DS-2019 Form but cannot guarantee another visa will be issued. The decision is solely that of the local Diplomatic Consulate Officer.

16. Host understands that au pairs are provided with medical insurance provided by a third-party insurance company, and that such coverage contains limitations and exclusions. Any disputes pertaining to coverage issues are between the au pair and the third-party insurance company, and Agent Au Pair is

*Host Family Name:* _____　　　　　*Host Family Agreement Page 2 of 6*

PLAINTIFFS' RESP. APP.0000726

not responsible for any coverage issues and/or disputes.

17. Host acknowledges that Host is responsible for complying with any Federal or state labor and/or income tax laws that may apply to Host including, but not limited to, income tax or other tax laws which vary from state to state, and are subject to change from time to time. Host is responsible for determining whether Workers' Compensation insurance, or any other insurance requirement, is mandatory under Federal, state and/or local laws regarding the au pair. Host understands that Agent Au Pair is not responsible for providing guidance or legal advice on such insurance matters. Host agrees to release and waive any claims against Agent Au Pair, either directly or indirectly, as a result of failing to insure.

18. An "in-country" au pair is an au pair who has already been working in this capacity in the United States at the time he or she may be placed with Host. Host is required to pay applicable in-country fees prior to the au pair's arrival. If host is using the services of an in-country au pair currently on Extension Program, Host will be required to pay in-country fees.

19. Host understands that during the extension year the same responsibilities towards the au pair and towards the Exchange Visitor Program apply as in the first year.

Replacements

20. Host understands that Agent Au Pair requires an initial adjustment period of 60 days following au pair's arrival before any placement change is considered, and such decision of an au pair's removal from the home is the sole decision of Agent Au Pair. After the adjustment period if Host decides to terminate the au pair's services, Host agrees to give the au pair at least 2 weeks notice. If during the first initial placement, host does not allow mediation to occur for a minimum of 30 days, there will be no replacement au pair or refund.

21. Host recognizes that Agent Au Pair may not be able to immediately find a replacement for Host's departing au pair depending on availability, therefore a gap in childcare may occur. Agent Au Pair cannot guarantee uninterrupted childcare and is not responsible for any economic damage or loss alleged to arise from loss or unavailability of au pair services, or of the au pair's inability or unwillingness to provide services. Host releases Agent Au Pair from any and all claims for financial or consequential damages or emotional distress which may arise from the unavailability of an au pair's services for any reason.

22. In the event that the Host's program year began with an in-country match or an Extension au pair, regardless of the length of the match, a replacement au pair will not be provided. The Host will be required to re-apply to the program and pay new program fees. Host will receive a program credit for unused service time to apply to the new program fees, or a refund according to the refund policy below.

23. Host acknowledges that a replacement au pair, if provided, may be dependent upon current au pair availability and program type. Host understands that the refund policies set forth herein will be the exclusive remedy in the event Agent Au Pair is unable to provide a replacement au pair.

24. Host understands that Agent Au Pair will provide ONE replacement au pair during the first 6 months of the program (excluding in-country au pairs and au pairs on the Extension Program), without requiring Host to re-apply to the program and pay new program fees. Host understands that if less than 6 months remain in Host's original 12 month program year, Agent Au Pair will not provide a replacement au pair. Instead Host will receive a program credit in the amount of $450 for each remaining month of unused service time, which may be applied to future program fees. Host understands that this credit may not be redeemed for cash, and that no monetary refunds will be given. Unused credits expire 24-months from

*Host Family Name:* _____          *Host Family Agreement Page 3 of 6*

PLAINTIFFS' RESP. APP.0000727

the end date of the last placement and are non-transferable.

25. Host understands that if the match with a replacement au pair is unsuccessful, for any reason whatsoever, and Host wishes to continue the program, Host will be required to re-apply and pay new program fees and receive a credit in the amount of $450 for each remaining month of unused service time. Host will not receive a refund after 6 months of childcare – only a credit is available toward a future au pair in the home.

26. Host shall give au pair a minimum of 2-weeks notice (and 2-weeks pay) and Host shall permit the departing au pair to continue to live with Host for a period not to exceed fourteen days (if Host doesn't agree to house the au pair, Host agrees to pay housing costs of $25/day for up to 14 days).

27. In the case of a replacement au pair, Host agrees to pay Agent Au Pair $500 for each additional month of replacement au pair service beyond Host's original twelve (12) month program. Such payment is due before the au pair enters the home and due upon matching with the replacement au pair.

28. Host agrees that if any vacation is due to the replacement au pair, Host will provide the vacation due to the au pair even if Host has already provided vacation time for the departing au pair. Host may be responsible for additional tuition costs for the replacement au pair if the au pair has not completed the educational component with a previous host family (up to $500).

29. Host agrees that Agent Au Pair may immediately terminate the Host's participation in the program and remove the au pair from Host's home if: (i) Agent Au Pair determines, in its sole discretion, that the au pair is being or has been exploited or treated in an abusive, inappropriate, or oppressive manner by Host, or (ii) Host fails to comply with any terms of this Agreement, including, but not limited to, failure to pay the full program fee or any stipend or additional monthly payments required hereunder; or failure to comply with any of the Regulations. In the case of such a termination, Host will not be eligible for a program fee refund or a replacement au pair.

30. Host understands that if Host has a serious change of circumstance (such as illness; personal issue or job change; or relocates to an area not serviced by Agent Au Pair) and is unable to continue the 12-month program, Host's account with Agent Au Pair will remain "on hold" for the unused months for up to 24 months beyond the initial program end date, or Host can request a refund according to the policy below.

Refunds

31. Host must submit any refund request in writing to Agent Au Pair. A refund, if owed, will be issued within thirty (30) days after the receipt of the request by Agent Au Pair. Any unpaid balance owed will be deducted from the refund.

32. Host understands that because the majority of Agent Au Pair's operating costs occur during recruitment, interviewing, orientation, and placement of the au pair, Agent Au Pair's refund policy is limited to no more than $225 per month for each remaining month of credit, regardless of the number of months used for childcare by Host. If a host has 6 months or less remaining of the program, there will be no cash refund. Instead, Host may use this credit only towards a new program year.

33. Refunds are calculated as follows: Months of childcare paid for: _____, Less months of childcare received: _____, Equals: Months of refund due: _____, Multiplied by monthly rate of refund: $225, Equals total refund due: _____.

34. If host or au pair cancels (or if the visa is denied in the home country) Host will receive a refund of any

*Host Family Name:* _____      *Host Family Agreement Page 4 of 6*

AAP_0004091

fees paid less $750 cancellation fee – less any airfare booked. Host understands that the Application Fee is non-refundable. Host also understands that under no circumstances shall Host receive a refund of more than the amount paid.

35. There will be no refund if Host violates the terms and conditions of this agreement. There will be no refund if the au pair is removed from the home due to the host family's failure to adhere to the program guidelines. There will be no refund if Host does not permit allow Agent Au Pair to mediate within the first 30 days of the placement.

### Other Terms and Conditions

36. Host understands that it is Host's sole responsibility to carefully choose an au pair from the candidates presented and that Agent Au Pair makes no guarantee, express or implied, as to Host's satisfaction with, or the compatibility of, any particular au pair candidate. Host understands that an au pair is a young person from a foreign country living in Host's home to provide limited childcare services. An au pair is not a professional "nanny" and does not possess "nanny" level of childcare experience and thus requires close supervision. Host understands and accepts the responsibility of supervising and monitoring the performance of the au pair in the home, and to promptly notify Agent Au Pair of any problems.

37. Host understands that Agent Au Pair shall not be liable for and does not guarantee acceptable performance by the au pair. Host agrees that the au pair is not an employee, agent or independent contractor of Agent Au Pair and that Agent Au Pair does not exercise dominion or control over the actions of the au pair. Agent Au Pair is not responsible for any act or omission on the part of the au pair.

38. Host acknowledges that Agent Au Pair shall not be responsible for any personal bills incurred by the au pair or Host such as (without limitation) phone bills, automobile expenses, travel expenses, and/or health expenses. Accordingly, Host agrees not to seek payment or assistance in recovering any such expenses or costs from Agent Au Pair.

39. Host understands that the local community counselor (LCC) is not an employee or agent of Agent Au Pair. The LCC is not authorized to represent Agent Au Pair and cannot bind or commit Agent Au Pair in any manner whatsoever. Host acknowledges and agrees to release and hold Agent Au Pair and its agents, principals, sponsors, affiliates, directors, officers, employees, attorneys and local community counselors harmless from any damage, loss, injury, delay or expense incurred by Host or any guest, employee or agent of Host, due to events beyond Agent Au Pair's control, including, without limitation to, acts of God, acts of war, government restrictions and, in the absence of gross or willful negligence by the foregoing individuals or entities, any events directly or indirectly caused by any intentional or negligent act or omission by any au pair placed in Host's home. Host further agrees to indemnify and hold harmless Agent Au Pair and its agents, principals, sponsors, affiliates, directors, officers, employees, attorneys and local community counselors from any liability or expense, including attorney's fees and court costs incurred resulting from any damage, injury, loss or expense incurred by any au pair placed in Host's home that Host directly or indirectly causes or contribute.

40. Host understands that Agent Au Pair does not issue a J-1 visa for the au pair. United States Consular officers issue all visas and Agent Au Pair cannot guarantee any au pair will receive a visa. Host also understands that Agent Au Pair does not issue a J-1 Extension visa for the au pair. United States Department of State officers grant all Extensions of the J-1 visa and Agent Au Pair cannot guarantee that any au pair will receive an Extension visa. If the au pair travels outside of the United States during the extension program, the au pair needs to reapply for a J-1 visa in the au pair's home country to be readmitted to the United States during the program year.

*Host Family Name:* ███████████        *Host Family Agreement Page 5 of 6*

PLAINTIFFS' RESP. APP.0000729

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

Governing Law and Arbitration

41. In the case of a dispute, under no condition shall Host redeem any amount more than the amount paid to Agent Au Pair. This Agreement shall be deemed to have been entered into in the State of California, and its construction, validity, breach, performance or interpretation shall be governed by the laws of the State of California. If any terms or conditions of this agreement are found to be illegal, or void, the remaining terms shall remain in full force and effect. The parties to this Agreement acknowledge and agree that any dispute or claim arising out of this Agreement, whether in tort or contract, such dispute or claim shall be decided by neutral, binding arbitration to be conducted in Marin County, California. The arbitration shall be conducted pursuant to the provisions of Code of Civil Procedure section 1280 et seq. The award of the arbitrator may be enforced in any court of competent jurisdiction located in the United States. In the event that this arbitration clause is deemed void or inapplicable, the parties expressly consent to and submit to the personal jurisdiction of the Superior Court of California in Marin County. Host agrees that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of California. However, in the event of diversity jurisdiction, the parties especially consent to the personal jurisdiction of the federal court of the federal judicial district in which this contract is entered. In any action arising out of the execution of this Agreement, whether for tort or for breach of contract, the prevailing party shall be entitled to recover reasonable attorney's fees incurred and costs, including but not limited to the cost of arbitration. The parties agree that any arbitration dispute and any claim that may arise under or out of, or in connection with or relating to this agreement or any breach hereof shall remain at all times confidential. Any and all lawsuits, claims or actions involving any issue or contractual requirements under this agreement shall be commenced within 2 years and one day from the date of the claim or cause of action accrues. By signing below, the parties expressly agree to the terms, condition, and provisions of this paragraph.

42. This Agreement may be signed in counterparts and may be delivered by facsimile or scan. A scan or facsimile signature will be considered the same as an original.

43. Host Family and Au Pair Agreement: I/we agree that an au pair cannot work more than 45 hours per week or 10 hours per day. Au pairs receive 1.5 days off per week, one weekend off per month and 2 weeks paid vacation.

MARK WEST
_____
Host Name (print)

_____
Host Name (Signature)

████
Date

████████
Host Name (print)

_____
Host Name (Signature)

3/19/12
Date

_Host Family Name:_ ████████          _Host Family Agreement Page 6 of 6_

AAP_0004093

PLAINTIFFS' RESP. APP.0000730

# Exhibit 81

PLAINTIFFS' RESP. APP.0000731

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Michael McCarry <MMcCarry@alliance-exchange.org> |
| **Sent:** | Thursday, April 02, 2009 1:43 PM |
| **To:** | stacey@agentaupair.com |
| **Cc:** | Ruth Ferry |
| **Subject:** | The Alliance |
| **Attachments:** | MEMBERSHIP APPLICATION CHECKLIST with logo.doc; 2009 MEMBERSHIP INFORMATION sheet with logo.doc; ALLIANCE mission.doc; 2009 Dues Worksheet.doc; Members List 2009 with logo.doc |

Hi, Stacey – Ruth Ferry said she had been in touch with you recently, and she encouraged me to contact you about the possibility of Alliance membership for Agent Au Pair. I think you are generally familiar with the work we do – within the Alliance, the au pair group has been especially effective in working with ECA (and as needed, Congress) to support the program. While the sponsors maintain their own relationships with State, I think it's fair to say that they all see value in a collective approach on policy and advocacy. I'm sure our members agree that our efforts would be stronger and the program better served if all the au pair sponsors were at the table.

We've recommended to Stanley that he convene a meeting soon to discuss the educational component, and I will strongly suggest that all sponsors, not just Alliance members, have an opportunity to participate. Should that happen, I hope it will give us an opportunity to discuss this.

I'm attaching some basic information on Alliance membership, including the all-important question of dues levels. There is a scale based on organizational size, and a worksheet to figure out dues is attached. There is a process involved in accepting a member, which according to our by-laws is accomplished by a vote of the current membership. It's relatively straightforward and painless, and I'd be happy to answer any questions should this be of interest.

Best wishes,

Michael

Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W.
Suite 620
Washington, D.C. 20036
(202)293-6141
(202)293-6144(fax)
www.alliance-exchange.org

1

PLAINTIFFS' RESP. APP.0000732

AAP_0000848

# Exhibit 82

PLAINTIFFS' RESP. APP.0000733

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Michael McCarry <MMcCarry@alliance-exchange.org> |
| **Sent:** | Thursday, August 11, 2011 3:10 PM |
| **To:** | Stacey Frank; Helene Young; Mark Gaulter; Jason E. Ankeny; mmkass@aol.com; llehan@aupairint.com; lmason@tiape.com |
| **Cc:** | Ruth Ferry; Goran Rannefors; Mark Overmann |
| **Attachments:** | image001.gif; MEMBERSHIP APPLICATION CHECKLIST - 2011.pdf; 2011 _Dues_Worksheet.pdf |

Colleagues – many of you will recall discussions at our April meeting at the Alliance concerning our membership criteria. Several of you expressed concern about providing your financials as part of the application process.

We have reviewed this issue with our attorney and the Alliance board, and have decided to revise our membership application process. For for-profit organizations, we will no longer require financial information. (For nonprofits, Form 990s are of course publicly available.) Our new membership application checklist is attached.

With this change, we hope that all of you will consider Alliance membership. Much of the au pair program's considerable success has been due to the collaborative efforts of sponsors to develop and pursue policy objectives with ECA, U.S. embassies overseas, and Congress. These efforts will only be strengthened by the participation of you and your organizations.

Also attached fyi is a dues worksheet. Alliance dues are calculated on the basis of an organization's salaries/benefits budget, as detailed in the worksheet. Dues are invoiced on a calendar year basis. For organizations who join in the middle of a year, dues are pro-rated by quarters, e.g., an organization joining in July owes 50 per cent of its annual dues amount for that year.

Please feel free to be in touch with me with any questions. And thanks for your consideration.

Best, Michael

--
**Michael McCarry**
Executive Director
**Alliance for International Educational & Cultural Exchange**
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org

Follow us on Twitter

Like us on Facebook

1

AAP_0000856

Case No. 1:14-cv-03074-CMA-KMT   Document 948-59   filed 03/17/18   USDC Colorado   pg 124
of 167

Case 1:14-cv-03074-CMA-KMT   Document 945-27   Filed 03/30/18   USDC Colorado   Page 123
HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

***2011 International Exchange Locator available for order!***
*http://www.alliance-exchange.org/alliance-store*

2

PLAINTIFFS' RESP. APP.0000735

AAP_0000857

# Exhibit 83

## AIFS – International Student Recruitment
## Concept Paper

### October 7, 2010

### The Opportunity

"DEMAND for higher education is booming around the world. In rich countries like Britain, the number of university students increases every year, and still there are not enough places for all who want one. In fast-growing economies such as China and India, wealthy families can now afford to send their offspring to university but world-class institutions are too few. Whether students cannot find what they want at home or prefer what they see abroad, they are becoming more mobile.

The OECD, a rich-country think-tank, reckons that in 1980 over a million students were enrolled at universities and colleges outside their country of origin. Two decades on, the figure had almost doubled; less than a decade after that, it had tripled."

The Economist, Foreign university students. Will they still come? Aug 5th 2010

The text above from a recent article in The Economist describes a global opportunity created by the rapid growth of middle classes in emerging economies, which has dramatically increased the participation of international students in the educational systems of the world's most advanced economies. The most popular destinations for international students are the native English speaking nations, which include the United States, United Kingdom, Canada, Australia and New Zealand.

The exponential growth in international education presents the largest and most attractive opportunity available to this enterprise. AIFS is uniquely positioned to provide a suite of complementary educational services which would be highly attractive to students, families, schools, universities and global partners.

Our current programs have been negatively impacted by the recession. It is unlikely that significant growth will occur until the recovery rebounds. In addition, global unemployment has created a huge supply of unemployed young people, which is both a threat and an opportunity for AIFS.

With the launch of the International Student Recruitment Services (ISRS) initiative, AIFS is poised to capitalize upon the international student opportunity. However, the model we are employing to generate revenue from student placements is problematic and may place this entire program at risk. In the pages below, a change in strategy to the ISRS program is recommended that will enable AIFS to generate revenue from every student placement, but will also help to feed our current and future programs.



EXHIBIT 9
Perry
5/11/17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0000737

AIFS0062581

In addition, in light of the recession's economic impact and the expected time frame for recovery, which may take up to five years, AIFS should place its strategic focus upon the development of initiatives that will enable us to capitalize upon the rapid growth of international students seeking educational opportunities, which could be provided by AIFS.

**Part 1 - Current Economic Impact upon AIFS Programs**

The recent study on International Student Mobility by Clive Tucker, which utilized U.S. Department of State visa data and Institute for International Education (IIE) Open Doors statistics may be used as a strategic roadmap for future AIFS program development and investment of financial and human resources.

Clive's study found that the inbound U.S. programs with a labor component have decreased significantly as a result of the recession. His analysis of visa program enrollments from 2008 to 2009 illustrated the following trends:

- The Work Travel sector shrank by 34%
- The Camp Counselor sector shrank by 14.5%
- The combined Work Travel/Camp Counselor sector shrank 32%
- The Au Pair sector shrank 18%

Clive's analysis is summarized below by J1 visa category:

### Summary of Clive Tucker's Survey on International Student Mobility
**Educational Exchange Visitors to U.S. by Visa Category**

| Visa Category | 2006 | 2007 | 2008 | 2009 | 2009 vs. 2008 | % 2009 vs. 2008 | AIFS Program |
|---|---|---|---|---|---|---|---|
| SUMMER WORK/ TRAVEL | 129,211 | 150,806 | 153,369 | 101,306 | -52,063 | 66.05% | Camp America - Support |
| CAMP COUNSELOR | 20,694 | 21,213 | 21,483 | 18,353 | -3,130 | 85.43% | Camp America - Counselors |
| AU PAIR | 15,673 | 17,130 | 16,306 | 13,533 | -2,773 | 82.99% | Au Pair in America |
| STUDENT SECONDARY | 29,857 | 29,446 | 28,695 | 27,589 | -1,106 | 96.15% | AYA |
| STUDENT UNDERGRADUATE | 3,201 | 3,111 | 3,945 | 3,995 | 50 | 101.27% | ISRS |
| STUDENT POSTGRADUATE | 4,994 | 5,012 | 5,459 | 5,738 | 279 | 105.11% | ISRS |
| STUDENT NON-DEGREE | 17,623 | 20,811 | 25,232 | 29,081 | 3,849 | 115.25% | ISRS |
| Total | 221,253 | 247,529 | 254,489 | 199,595 | -54,894 | 78.43% | |

*Only Visa categories with current AIFS lines of business are shown above.
*Data is sorted in descending order by 2009 vs. 2008 student participation.

The three sectors with a work component suffered the largest declines in participation from 2008 to 2009, which are Summer Work Travel, Camp Counselor and Au Pair.

High unemployment leads to lower enrollments for all AIFS programs as our clients have less disposable income. However, the issue is compounded for our J1 visa programs with a work component by the increased supply of Americans seeking employment.

PLAINTIFFS' RESP. APP.0000738

AIFS0062582

Au Pair in America and Camp America enrollments have risen in periods of low unemployment and fallen during periods of high unemployment. Both divisions are adversely impacted the large supply of capable American candidates willing to work in positions they would not have considered prior to the recession, including child care, summer camp counseling and hospitality. This trend is illustrated below:

| Year | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 (August) | 2011 (Projected) | 2012 (Projected) |
|------|------|------|------|------|------|------|------|------|
| **U.S. Unemployment Rate vs. Au Pair and Camp Enrollments** | | | | | | | | |
| Unemployment Rate | 5.10% | 4.60% | 4.60% | 5.80% | 9.30% | 9.60% | 9.50% | 8.00% |
| Au Pair/Educare | 4,329 | 4,623 | 4,740 | 4,410 | 3,630 | 3,425 | 3,459 | N/A |
| Camp America | 7,580 | 7,402 | 7,407 | 7,216 | 5,406 | 4,725 | 4,725 | N/A |

\* 2006-2010 US Unemployment Rate Source - US Department of Labor, Bureau of Labor Statistics
\* 2011-2012 US Unemployment Rate Source - Congressional Budget Office Projection
\*AIFS Source - AIFS Enrollment History Payers - July 2010 Blue Book
\* Camp America total includes Resort America

Though the 2010 J1 visa data is not yet available, we can operate under the assumption that the labor related sectors continued to decrease.

The U.S. Department of Labor estimates the American unemployment rate is currently 9.6% and 2011 forecast is 9.5%.

The United States Congressional Budget Office predicts the U.S. unemployment rate will not achieve 2007 levels until 2014, which is detailed in the chart below:

**Summary Figure 3.**

## Unemployment Rate



(Percent)

Source: Congressional Budget Office.

In addition, the International Labor Organization (ILO) in its World of Work Report 2010 forecasted it will take five years for international labor to reach 2007 levels.

AIFS0062583

The chart below from the ILO report illustrates the expected slow growth in job recovery for high income nations, which include the United Kingdom, Western Europe, Australia, Canada and Japan.

**Figure 1.13 Employment outlook in selected high-income countries, 2004–2015**

Panel A. Total employment outlook (Pre-crisis level = 100)

To summarize, AIFS should anticipate a challenging placement environment in the U.S. for both programs, as economic recovery is leveling and global unemployment is projected to continue for several years. We should have little difficulty recruiting quality applicants as Au Pairs and Camp Counselors. While both divisions have excellent business plans in place to achieve respectable profitability, near term "significant" growth is unlikely.

As the "employer", now has the upper hand, it is recommended that:

- Participant fees continue to be increased
- Greater emphasis be placed upon the educational value of the programs
- Promote the money earned in the US
- The professional employment experience gained through participation be highlighted greater, such as the UK 300 ranking Camp America achieved in the hospitality sector

These benefits will help to justify the fee increases and help participants to understand that the programs are an investment that will help to improve their CVs.

AIFS0062584

**Part 2 - International Student Participation Increasing During Recession**

The recession is having the opposite effect upon international inbound student participation at U.S. institutions of higher learning.

International student enrollments at U.S. universities have achieved 20% growth over the last four years, including a 7% increase from 2008 to 2009 according to the International Institute for Education (IIE).

### Institute for International Education (IIE)
**International Student Participation at U.S. Institutions**

| Year | 2006 | 2007 | 2008 | 2009 | 2009 vs. 2008 | % 2009 vs. 2008 | AIFS Program |
|------|------|------|------|------|------|------|------|
| # International Students | 564,766 | 582,984 | 623,805 | 671,616 | 47,811 | 107.66% | ISRS |

AIFS international participation rates also mirror this trend. The Summer Institute for the Gifted (SIG) international enrollments have tripled since 2005. SIG experienced a 55% increase in international students from 2009 to 2010, which is detailed in the chart below:



**Summer Institute for the Gifted**

International Enrollment History 2005 - 2010

2005: 99
2006: 133
2007: 224
2008: 239
2009: 217
2010: 338

**\* 2009 SIG international enrollments were impacted by concerns regarding the H1N1 virus, which led to high cancellations by Asian students.**

The SIG program is offered at leading American universities, which include Princeton, UC Berkeley and UCLA. International students are attracted to the SIG program, as they can add the experience to their college application, which for many is to an American university.

The international enrollment increase in SIG demonstrates the value of a high quality U.S. educational experience, in which families are willing to invest in spite of the global recession.

PLAINTIFFS' RESP. APP.0000741

AIFS0062585

**Part 3 - ISRS Update**

The ISRS program was launched in the spring of 2010. Under the current program model, ISRS receives a commission from universities that have established a "Marketing Agreement" with us to recruit students. Revenue will be received from schools after students have matriculated.

We have aggressively promotes ISRS through personal relationships, direct sales, direct mail and event marketing. ISRS has established agreements with 28 U.S. universities who will pay a commission of approximately $2,000 per student. It is crucial to mention that our 28 university partners are not among America's top tier institutions.

ISRS has had direct contact with admissions directors at many top tier institutions and we have been informed they will not pay commissions to agents, nor will they formally associate with a recruitment firm. The top institutions have no trouble generating applicants and have established their own international recruitment networks. Therefore, the Ivies and U.S. News and World Report's top colleges will probably never pay commissions for international students nor establish official agreements with a recruitment agent.

The following activities have been completed:

- AIFS has applied for American International Recruitment Council (AIRC) certification, which will establish us as a certified recruitment agent. AIRC is the leading agent certification group and its members include recruitment agents and U.S. universities who actively recruit international students.
- The first recruitment trip to China has just been completed, which was organized by Dipont, Colin Speakman and Stacey Einhorn. The trip was attended by 15 high level university enrollment officials (free of charge) who travelled to six cities in China. More than 350 students attended the related events. Student inquiries will receive follow up from Dipont and partner universities' admissions staff
- The ISRS international recruitment network has been expanded to include partners in Brazil, Vietnam, Israel, Turkey, Sweden and Canada. Additional discussions are in progress with: CEI Beijing, RAAIA India and Jon Tabbert in the U.K.
- A comprehensive training manual is being developed for distribution to all partners.
- Stacey Einhorn is scheduled to train Experimento Brazil in college consulting in early 2011
- The first ISRS student application has been submitted to Menlo College, in California. The application's source was the China recruitment trip
- Outreach to U.S. boarding schools has been initiated. Early indications are positive and it is expected that ISRS will be able to establish a boarding school market

Our goal is to focus our student recruitment efforts in 9 key countries, through a combination of agents and independent schools. Agent training is crucial and in established markets, as many do not have college consulting expertise at this time.

PLAINTIFFS' RESP. APP.0000742

AIFS0062586

With the current school commission model, ISRS must target partners that work with students who will attend non top tier universities. This caliber of student does not share the same profile as participants we are currently recruiting for SIG and AYA.

It will take time and investment of at least two years before breakeven can be reached. ISRS is targeting 40 student placements in 2011, which should yield approximately $90,000 in revenue and an operating loss of $188,000. In 2012, the division is budgeted to place 200 students with $500,000 in revenue, and to achieve a net contribution of $14,000.

## ISRS Commission Challenges

The model above presents us with a major challenge: <u>students must attend a school paying AIFS a commission or we realize no revenue.</u>

This issue was first brought forth in March, when AIFS Management met with Dipont in San Francisco. Dipont is a strong AIFS partner for SIG and AYA, both of which have students that would like to attend university in America. AIFS Management operated under the assumption that Dipont students would attend the universities we had received agreements from, which are primarily second tier institutions.

However, we learned that Dipont's clients are on the high end of the economic spectrum and they aspire to attend Ivy League institutions. Dipont's business is also based upon relationships with 14 top schools, so they have no desire to enter the highly competitive low end of the market, which attracts lesser caliber students who are willing to attend lower tier American universities. Finally, Dipont's compensation for college consulting services is based entirely upon the matriculating school's U.S. News and World Report rankings. The higher the ranking, the higher the commission. This disconnect between our lower ranking schools and Dipont's high end clients illustrates the commission problem before us.

The Fulbright Conference in London in September also illustrates this point. The event was attended by hundreds of the U.K.'s most capable students. Many of America's premiere institutions were represented, including many of the Ivies. After the Fulbright Conference, Jon Tabbert, a leading educational consultant in the U.K who works closely with AIFS, also expressed his concerns regarding the caliber of schools willing to pay commissions and his U.K. student clientele's desire to attend such institutions. In a recent communication, Jon stated, "Though British students may not all have Ivy League abilities, they certainly will have Ivy League aspirations." The schools outside of the Ivies that the British students will consider belong to the University of California System, which are prohibited from paying commission.

Though a battle regarding the use of agents and commissions is raging between NACAC and AIRC, the outcome may be irrelevant for us. The international students AIFS partners currently recruit for SIG and AYA are high achievers who position their program experience in the U.S. as a differentiator on their college application. SIG students in particular attend the program to have "Princeton" on their college application and many of them aspire to attend an Ivy

AIFS0062587

PLAINTIFFS' RESP. APP.0000743

institution. As these students are academically gifted, it is unlikely they will wish to attend the caliber of universities willing to pay commission.

Finally, the average college bound student now applies to eight to ten institutions, as the Common App and Naviance have simplified the process. If our international students exhibit the same behavior as their American counterparts, the odds of them attending one of our commissionable institutions are reduced even further.

### Part 4 – Launch New College Consulting Program which Guarantees Revenue from the Student

The only way AIFS can guarantee revenue from every opportunity is if we collect money from the students themselves. This can be accomplished by our entry into the college consulting profession, which we could offer as an AIFS program on a global basis. AIFS entry into college consulting would ensure we receive revenue from all students regardless of the institution they attend and create a new revenue stream.

A potential model for this service is currently utilized by AYA. Our international partners promote AYA as an opportunity to attend high school in America and charge a local fee, which is marked up from what they pay AYA. It is recommended that ISRS employ the same program and recruitment as AYA, as we will realize revenue from every student.

The ISRS move to the AIFS Foundation would assist with the launch of this program and help us gain additional acceptance with U.S. universities. The College Consulting service would be offered by the Foundation as a program which we would make available to international partners for fee, as we do with AYA.

College Counseling would include the following services:

- College Counseling (with a standard methodology developed by AIFS)
- Face-to-face contact
- College selection
- Application process
- Financial advice related to university expenses
- Essay preparation
- Test preparatory recommendation for SAT, TOEFL, A Levels, etc.
- Secondary School Consulting (Boarding Schools, Independent Schools) if applicable

The Counselors would also be in a position to refer their clients to AIFS programs. We would support our counselors with training, marketing support, a system to manage leads, activities with students, scheduling, etc.

As mentioned earlier, Experimento Brazil, which is currently an AYA partner, will be trained by Stacey Einhorn in college consulting. The training will enable them to offer college consulting services to their families and current students. These services should be offered to Brazilian

PLAINTIFFS' RESP. APP.0000744

AIFS0062588

students for a fee. As AIFS has trained Experimento and will be supporting them, we should receive revenue for these services.

Fees earned from college counseling are significantly higher than what AIFS is earning through university commissions, which average $2000 per student. College Consulting rates vary, but $10,000 is generally charged for high end services on a global basis. For a typical high end client, the college counseling fee is by far the largest slice of revenue earned (87%), as test prep and visa consulting services are ancillary services which are much lower in value.



**High End College Consulting & Related Services Pricing**

SAT/TOEFL Test Prep Fee, $1,000

Visa Prep Fee, $500

College Consulting Fee, $10,000

Source: Survey of IECA Members College Consulting Fees

Should AIFS enter the college consulting space, we anticipate pricing would vary by country, but expect to charge a fee ranging from $3,000 to $5,000.

In addition to promotion of AIFS College Consulting through international partners, it is suggested we establish a new distribution channel of our own AIFS College Counselors in the U.S. and abroad.

At this time, there isn't a large player in the college consulting profession. Most consultants work independently and operate in their local communities. None have a national presence, let alone a global presence.

Discussions with Howard Greene, who is perhaps the world's leading educational consultant regarding a partnership to build a global network of consultants have been highly productive. Under this proposal, the AIFS College Counselors would be independent contractors who would function along the lines of the Au Pair in America Community Counselors in both the U.S. and abroad. The Counselors would utilize the Howard Greene "college counseling" methodology.

PLAINTIFFS' RESP. APP.0000745

Utilizing a proven methodology would provide our Counselors with a competitive advantage and allow us to quickly replicate the model in target markets. In addition, our counselors would provide their clients with a credible and consistent college consulting model developed by experts in this field.

**Conclusion**

AIFS is at a crossroads, as our work related J1 visa programs may not achieve significant growth for several years to come. In addition, our travel, study abroad and academic programs will face enrollment challenges until the U.S. economy recovers.

Conversely, international educational participation from the emerging economies has increased during the recession. This trend presents an excellent opportunity for AIFS and is where we should turn our strategic focus.

It is recommended that AIFS enter the college consulting arena which will enable us to generate revenue from all ISRS students as opposed to those attending commission paying schools. AIFS would run the college consulting program under the AIFS Foundation, which would operate like AYA. AIFS international partners would offer AIFS College Counseling as a program.

In addition, we would launch a new AIFS College Counseling channel that would enable us grow as an educational services organization by offering a wide range of complementary programs. The Counselor network would enable AIFS to establish a local presence in key communities around the globe.

It is recommended that AIFS explore the College Counseling opportunity and that a business proposal be drafted for review by December 1, 2010.

AIFS0062590

# Exhibit 84





The child care option
that grows with your family





# Thank you for coming to learn more about our program





- I'm a Community Counselor for Au Pair in America

- I have a wonderful cluster of local families

PLAINTIFFS' RESP. APP.0000749

# Au Pair in America is the child care solution for families who seek...





- Flexible, affordable and reliable live-in child care

  - The au pair can drive your child(ren) to after school activities

  - If you child is not feeling well, you don't have to take a day off from work

- An enriching cultural exchange experience for the entire family

- Experienced au pairs you can trust to care for your children

PLAINTIFFS' RESP. APP.0000750

# Added benefits of live-in child care with Au Pair in America







- Program includes candidate screening, medical and liability insurance, a legal J-1 Visa, flight arrangements, four day au pair orientation including Red Cross child safety training

- Only $347 per week—that's per family, not per child!

- Professional support provided by reliable, experienced Community Counselors in your area.

- Emergency coverage—24 hours a day, year round

PLAINTIFFS' RESP. APP.0000751





# New for 2009!

- The Child Care Protection Plan:

  This is a child care industry first! In the event of job loss, your family will be able to keep your au pair for the remainder of your contract AND receive a refund!

  - Providing you with peace of mind when deciding on your child care provider...

  - ...and uninterrupted child care while you get back on your feet!

PLAINTIFFS' RESP. APP.0000752

# Host Family Loyalty Program

## Great ways to save!



### 6th Year or More Discount

Enter your 6th or more full contract year with Au Pair in America and receive a $385 program discount ($310 discount on EduCare).

Find out more

### Refer a Friend

Get discounts on your next contract when you refer new families to Au Pair in America. Find out how you could get a FREE au pair!

Refer a friend online

### Welcome Back your Former Au Pair or Bring in a New Au Pair



Save $500 if your former au pair returns to your family or refer her to a new family and receive $350. If you find a new au pair, who has not yet applied, save $500.

Find out more

PLAINTIFFS' RESP. APP.0000753





# Au Pairs:

- Are women who enjoy and have experience caring for children.

- Are between the ages of 18 and 26.

- Are recruited from more than 60 countries around the world.

- Are interviewed by you and the local Au Pair in America agent.

- Are required to complete an application with photos, an essay, three references and medical history

- Submit a police record check or certificate of good conduct

- Hold a valid driving license in their country

- Completed secondary education

- Speak English




PLAINTIFFS' RESP. APP.0000754

# What the au pair can do for your family





- Awaken the children, dress infants and toddlers, bath and play with the children

- Prepare meals for the children, look after their belongings, make the children's beds, do their laundry and straighten their rooms, clean up the kitchen after the children eat or straighten up the playroom once playtime is over

- Drive children to and from school, appointments or outings as requested by the host family

- An au pair on the standard or Extraordinaire programs may be home while children are absent from school due to illness or holidays

PLAINTIFFS' RESP. APP.0000755

# Activities the au pairs do with their host children in our area





- Local parks - au pairs meet other au pairs with their children.... some have picnics, some just to play

- Library - Some have story hours for the children, even for little ones; some have summer programs

- Play groups - many au pairs organize little playgroups so the children can have the chance to make new playmates in the safety of ones homes.

- And much more!

PLAINTIFFS' RESP. APP.0000756

# What the host family provides for the au pair

- Provide an appropriate private room and three meals a day for the au pair

- Limit child care to a maximum of 45 hours per week if participating in the standard au pair or Extraordinaire programs; 30 hours per week for the EduCare program.

- Pay a weekly minimum stipend of $195.75

- Give the au pair one complete weekend off each month (Friday evening to Monday morning) and a minimum of two weeks vacation

- Facilitate your care provider's requirement to enroll in and attend an accredited post-secondary institution

- Include the au pair whenever possible in family meals, outings, holidays and other events

- Provide one-way transportation from orientation to the host family's home

- Provide automobile coverage for the au pair if she is driving your vehicle(s) and list her as an operator on your insurance policy to be fully protected

- Provide the opportunity (and transportation) for the au pair to attend regular monthly "cluster" meetings with the Community Counselor

Au Pair
IN AMERICA

PLAINTIFFS' RESP. APP.0000757

# Au Pair in America recruits from




- Argentina
- Australia
- Austria
- Belgium
- Bolivia
- Brazil
- Bulgaria
- Canada
- Chile
- China
- Colombia
- Costa Rica
- Croatia
- Czech Republic
- Denmark

- Ecuador
- Estonia
- Finland
- France
- Georgia
- Germany
- Guatemala
- Hungary
- Iceland
- India
- Israel
- Italy
- Korea
- Latvia
- Lithuania

- Macedonia
- Malaysia
- Mexico
- Netherlands
- New Zealand
- Norway
- Peru
- Poland
- Portugal
- Romania
- Russia
- Singapore
- Slovakia
- Slovenia
- South Africa

- Spain
- Sweden
- Switzerland
- Thailand
- Turkey
- United Kingdom
- Venezuela
- ...and more!

PLAINTIFFS' RESP. APP.0000758



# Au Pair in America offers three program options



## The Standard program

- Our most popular option. Au pairs provide up to 45 hours of child care for approximately $347 per week—and that's per family, not per child! The au pair also becomes part of the family for a mutually rewarding cultural exchange experience.

## Au Pair Extraordinaire

- 45 hours of child care for approximately $424 per week. This is the program of choice for families who seek au pairs who have a formal educational child care degree or two years full-time experience.

## EduCare in America

- 30 hours of child care for approximately $271 per week. This program is the choice for families with school age children who require care primarily before and after school, with some weekend and evening hours. *(Only offered in select communities.)*

PLAINTIFFS' RESP. APP.0000759



# How parents feel about the program

"We welcomed our first au pair in September 1986 and recently said good-bye to our 14th au pair. Thanks for helping us to have such a delightful extended family all over Europe."

*The Wood/Hannay Family*
*Golden, Colorado*

"The screening process is excellent. All child care agencies should be required to screen this thoroughly."

*Veronica Anderson-Corpening*
*Princeton, New Jersey*

"This is an exceptional program from which our whole family has benefited greatly. The program matches family interests. We've had musicians who have been able to practice music with our children and encourage their study."

*Maribeth and Gregory Payne*
*Norwalk, Connecticut*

"We are very happy with our counselor who works hard to ensure the experience is optimal for families and au pairs."

*Michelle Sheridan*
*Rumson, New Jersey*

"Hosting an au pair has been an all around positive experience for our family."

*Dominique Schiffer-Morgan, Maryland*

PLAINTIFFS' RESP. APP.0000760



# Host family satisfaction ratings

- 95% of our host families would recommend the program to a friend

- 88% rated the overall experience as Excellent or Good

- 69% of host families repeat

- The number of years families have been with the Au Pair in America program are as follows:

  - One          32%
  - Two          19%
  - Three-four   23%
  - Five-seven   15%
  - Eight+       11%



# How to get started

- Call Au Pair in America at (800) 9 AU-PAIR or visit us online at www.AuPairinAmerica.com

- Complete your Host Family Application

- Your local Community Counselor will make an appointment to visit you and your family

- Receive au pair applications online that match your families interests

PLAINTIFFS' RESP. APP.0000762



# Make the best choice for your family

Thank you for your time.

PLAINTIFFS' RESP. APP.0000763

# Exhibit 85

PLAINTIFFS' RESP. APP.0000764

June 16, 2009


«NAME_FIRST» «NAME_LAST»
c/o The «Name_Fl» Family
«Address1»
«ADDRESS2»
«City», «STATE» «ZIP»

Dear «NAME_FIRST»,

Au Pair in America (APIA) has good news for you!  The weekly cash stipend paid by your host family as part of your overall compensation will go up in a few weeks.

That's because the United States Congress and the President signed into law on May 24, 2007 a three-step incremental increase in the federal minimum hourly wage paid to all workers. Since your stipend is keyed to the minimum wage, your stipend will also go up.

Effective July 24, 2009 your weekly stipend will increase from $176.85 to $195.75.

Before spending this additional money, which adds up to over $75.00 a month, consider saving a portion to put towards your educational courses or visits to new sites in America before you return to your home country.

While the increase in the minimum wage means more money in your pocket, it is an additional expense for your host family. Just as APIA and your host family live up to our obligations to you, we hope you will continue to live up to your responsibilities.

Thank you for continuing to provide good safe, loving care to your host's children.  If you have any questions please contact your Community Counselor.

Sincerely,

Ruth Frizell Ferry
Sr. Vice President and Director



EXHIBIT
Ferry        14
57 11 17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0000765

# Exhibit 86

# 31.

# AU PAIR STIPEND and OTHER FINANCIAL CONSIDERATIONS

Federal Regulation Section 62.31 (j) Wages and Hours:
(1) Sponsors shall require that au pair participants: Are compensated at a weekly rate based upon 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants.
(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of care per day or more than 30 hours of child care in any one week

Au Pair in America Policy/Procedure:

- Host family pays the au pair stipend on a weekly basis.
- It is recommended the stipend be paid on Friday.
- The au pair is to be paid by check or cash accompanied by a receipt.
- For the 12-month program, the weekly stipend rate for an au pair on the standard program is set based on the Fair Labor Standards Act. Au Pair in America sets a different weekly stipend rate for Extraordinaire and EduCare companions. The minimum weekly stipend is increased for all participants during the extension term.
- Although some families may consider increasing their au pair's stipend, Au Pair in America discourages this practice. Instead the family may consider an end of year bonus for excellent childcare.
- An au pair is not allowed to work extra hours or perform additional duties such as babysitting or housework to earn additional money.

Au pairs, EduCare companions and Extraordinaires receive fifty-one weeks of stipend to be paid by their host families on a weekly basis during the twelve-month program. Au pairs are not paid for the first week of their year, which includes the orientation and the three-day in-home training with the host family. Year2 au pairs are paid for fifty-two weeks.

Current stipend amounts for all programs are published in the *Host Family Brochure* and on the Au Pair in America website: http://www.aupairinamerica.com/fees.htm

As a government authorized program, policies are subject to modification as a result of legislative changes. Of particular note is the amount established for the weekly stipend to au pairs.

31-1



EXHIBIT
Ferry 22
5/11/17
JEREMY RICHMAN

AIFS0058845

The au pair program regulations established by the U.S. government ties the au pair stipend to a formula driven by the federal minimum wage, less an allowance for room and board. The minimum stipend amount is adjusted in conjunction with a change in the federal minimum wage and/or as advised by the Department of State.

For general information about taxes and workmen's comp see
http://www.aupairinamerica.com/hostfamilies/taxqa.htm.

Specific information about au pair tax liability can be found on the IRS website
http://www.irs.gov/

31-2

PLAINTIFFS' RESP. APP.0000768

AIFS0058846

# Exhibit 87

PLAINTIFFS' RESP. APP.0000769

AIFS0058474

# Competitive analysis for au pair programs (October 2009)
## For internal use only

| Program name / Location / Sponsor | Application fees | Program fees | Total fees 2009 | Pocket money | Total fixed cost 2009 | Total fixed cost (per week) | Educational Allowance (variable) | Discounts[3] | Strengths | Weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|
| Au Pair in America Stamford, CT AIFS Founded 1986 Organization: Conn www.aupairinamerica.com | $350 (currently waived until Nov 15th) Other promotions: Flexi-Pay Plan Oct 1 - Nov 15th (New families only) Price Match: Oct 1- Nov 15th, au pair arrival in 2009 Transferring hf must show a "paid" receipt. | $7695 (ST) $8850 (EX) $6350 (EDC) | $8945 $9200 $6700 | $195.75 $250.00 $146.81 | $17,064.35 $21,600.00 $13,114.64 | $347 $424 $271 | $500 $500 $1000 | *Repeat Families:* $350 app fee waiver; *6-year+ Families:* $325 *Referrals:* $100 *Switching:* $350/app fee w + $450 off program fee *Pre-Match:* $500 | - Strong counselor network; - 60 countries, - Good marketing; - Online application - Updated online application and matching - only agency using American Red Cross for training - Child Care Protection Plan We list our strengths as: 1. Thousands of satisfied families 2. Childcare Protection Plan 3. Worldwide recruitment 4. Professional local support 5. Screening & Training 6. Global awareness 7. Organizational strength | - High price; - No short-term programs. |
| EF Cultural Care Cambridge, MA EF Foundation Founded 1989 Organization: Conn www.culturalcare.com | $350 (currently waived until Oct 15th, with 2009 arrival / $150 off program fee.) | $7095 | $7445 | $195.75 | $176,034.00 | $338 | $500 | Repeat families: $350 app fee waiver; $250 off prog fee if they match early. $250 "price guarantee" Prematch: $300 off program fee Switching: $350 app fee waiver + $500 off prog fee - free overseas connection Repeat Family Referral Fee $150 Connects repeat families with the au pairs they are interviewing over seas. Repeat that extend w/ current au pair: up to $1650 off program fee | - Extensive advertising; - Aggressive growth; - Online application; - Strong website - Piece of Mind Guarantee - Free overseas connection service for repeat families/($150 value) They list their strengths as: 1. Exclusive AP training 2. Make all international & domestic travel arrangements for AP. 3. Personalized matching system 4. HF has exclusive access to AP while interviewing 5. Do not charge hf for extra ap qualifications. 6. Provide ongoing safety | - Fewer long-term program options. - weak CC support - requires $3500 domestic transportation fee ($325-$500) deposit upon matching w/ au pair. |

[2] ST = Standard Au Pair

[3] Discounts with a 'w' denote an application fee waiver. All others are program fee discounts.

*Prepared by Alex Ramirez*

*[Auto/Date]*



EXHIBIT
Perry 31
5 / 11 / 17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0000770

AIFS0058475

| Agency | App Fee | Program Fee | | | | | | Discounts / Offers | Strengths (training throughout ap's year) | Weaknesses |
|---|---|---|---|---|---|---|---|---|---|---|
| **AuPair Care** San Francisco, CA AYUSA International Founded 1989 Organization: COM www.aupaircare.com | $350 | $7195 (1yr) $8445 (1S) | $7545 $8795 | $195.75 $195.75 | $17724.00 $18974.00 | $340 $365 *they base prices on 52 weeks | $500 | *Repeat Families:* $350 app fee waiver / $300 off prog fee; *Switching:* $150 app fee waiver; *Pre-Match:* $350 app fee waiver; *Referral:* $200 credit for current hf | -Special pricing; in-country au pair $600 per month; -Strong website; -Online application; -enrle au pairs available; -families do self search. They list their 3 strengths as: 1 Au Pairs 2 Matching 3 Local Representatives | -Fewer long-term program options; - requires $3800 transportation fee (domestic); ($200-$510) deposit upon matching w/ au pair. |
| **Au Pair USA \*\*\*** New York, NY InterExchange, Inc. Founded 1990 Organization: NFP www.interexchange.org | $300(currently waived until Oct 5th) $300- Summer | $7050 (ST) $2600 (Summer) | $7350 $2990 | $195.75 $195.75 | $17333.25 $8819.60 | $339 $363 | $500 $250 | *Repeat:* $300app w/ $500 off program fee; *Switching:* $300 app fee waiver / $500 off prog fee; *Pre-match:*$300 off prog fee; *Referral:* $100 refund check | -Exclusive matching; -One-week orientation; -Summer program; - recruits from 53 countries | -No online application; -Outdated website; -Poor phone service; - $2500 deposit due at matching; -matching done only by placement coordinators, not automated |
| **EurAuPair** Laguna Beach, CA ASSE Founded 1988 Organization NFP www.euraupair.com | $300 (App fee waived when you apply now and welcome an au pair in 2009) | $7400 (ST) $8300 (Exp) | $7,700 $8,600 | $195.75 $250 | $17,879.00 $21,600.00 | $343 $415 (based on 52 weeks) | $500 $500 | *Repeat Families:* $600 off prog fee; *Switching:* $300 app fee waived + $600 off prog fee | -Online application; -Online match; -Child Care Promise. They list their strengths as: 1. one of the oldest, largest and most experienced agencies 2 Family makes final decision of matching w/ au pair 3. Online ap selection 4. Low weekly Cost 5. large pool of candidates 6 Fees include rt airfare from ap's home country to hf 7 Most comprehensive ap insurance coverage 8. Au Pair Workshop 9.Most conscientious local support 10.largest Repeat discount | -Fewer program options; -Outdated website; -$3050 Deposit required upon matching; -Domestic flight fee: $95-$600; -recruit from 30 countries |
| **Goaupair** Salt Lake City, UT Founded 1991 Organization: COM | $250(no app fee - $400 off prog fee for new families) | $6795.00 (ST) $6795 (Plus) $6095 (Prem) $6095 (EDC) | $6,745 $7045 $7245 $5945 | $195.75 $215 $255 $146.81 | $16,778.25 $18,223.00 $20,505.00 $12,902.28 | $328 $350 $394 $266 | $500 $500 $500 $1000 | | -Strong program offerings, including summer and short-term. -Male au pairs | -Small program; -Outdate website; -No online application. |

PLAINTIFFS' RESP. APP.0000771

AIFS0058476

| | than apply by Sept & match by Oct 31st | $2495(summer-16 weeks) | $3745 | $195.75 | $5877.00 | $467 | $250 | | | $2300 ($2100-Educare) deposit required at time of matching -Domestic travel fees. $250-$1000 |
|---|---|---|---|---|---|---|---|---|---|---|
| www.goaupair.com | $295 | | | | | | | | | |
| Expert Au Pair St Petersburg, FL Founded 2006 | | $5690(ST) | $5985 | $195.75 $146.81 (Edu) | $16764.00 $13324.12 | $322 $256 (based on 52 weeks) | $500 $1000 | Prematch: $500 off match fee $50 app fee if you live in Tampa Bay area. $50 off if match fee + final fee are paid by check. | -Service all of FL -$50 deductible on med ins for ap's -Online application -Free domestic transfer within FL AP driven to HF if in Central FL. | - $1995 Deposit due at matching -up to $500 transportation fee outside of FL. -limited coverage outside of FL(Boston, Chicago, some NY metro areas, and CA) |
| Agent Au Pair 1450 Sutter St, # 526 San Francisco, CA 94109 | $250 | $6525 | $6755 | $195.75 | $16738.25 | $3328 | $500 | | -Child safety taught by certified American Red Cross staff. | -No online application - Weak and limited information on website - no essay or photographs required in application |
| Au Pair Foundation 7599 Redwood Blvd, suite 200 Novato, CA 94945 | $250 | $6950.00(infant care , Standard and Educare) | $7200 | $195.75(IC and Standard) $146.81(Edu care) | $17379.00 $14834.12 | $334(52 weeks) $285 | $500 $1000 | | -Offer a single parent discount -male au pairs available - 3 different payment plans available: 2, 3 or 10 payments. | -$3500 match fee -on their website it states "you au pair is your personal assistant" - no online application |

PLAINTIFFS' RESP. APP.0000772

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Au Pair International, Inc<br>4450 Arapahoe Ave Suite 100<br>Denver, Colorado 80303 | $350 | $6990 (Standard and Infant Specialized)<br>$7490(Au Pair Professional) | $7340 | $195.75 | $17519.00 | $337 | $500 | | -They have an Immediate Start program, says they have au pairs ready to start in days | -no online application<br>-very limited info on website |
| Cultural Homestay International<br>104 Butterfield Rd<br>San Anselmo, CA | $300(currently $1, for a limited time,no date listed) | $6407.00 | $6707 | $195.75 | $16806.00 | $325(52 weeks) | $500 | $150 off app fee = $375 off prog fee for repeat, pre-match and switching families. | 2 Payment plans available-4 or 5 payments | - $3390 placement fee due at matching<br>-no online application |
| USAuPair, Inc.<br>11830 SW Kerr Pkwy<br>Suite 397<br>Lake Oswego, OR | $300 | $5950.00 | $6250 | $195.75 | $16233.25 | $318(51 Weeks) | $500 | Switching: $250 off prog fee<br>Repeat: $500 off prog fee | | -no online application |

[AutoDate]

Prepared by Alex Ramirez

PLAINTIFFS' RESP. APP.0000773

AIFS0058477

Case 1:14-cv-03074-CMA-KMT   Document 948-2   Filed 03/17/18   USDC Colorado   Page 162 of 166

# Exhibit 88

# Exhibit 22

| From: | Michael McCarry(MMcCarry@alliance-exchange.org) |
|---|---|
| To: | Ruth Ferry |
| CC: | Goran.Rannefors@culturalcare.com |
| BCC: | |
| Subject: | Re: Meeting |
| Sent: | 3/19/2011 04:28:49 PM 0000 (GMT) |
| Attachments: | |

Thanks, Ruth. I'll proceed along the lines you suggest M

Sent from my iPhone

On Mar 19, 2011, at 3:22 PM, "Ruth Ferry" <rferry@aifs.com> wrote:

> Hi Mike and Goran,
>
> I think we invite them to our pre-meeting. Might be an opportunity for them to see how we work together and promote their involvement in Alliance.
>
> Some of the issues may be stemming from how some of the smaller organizations are operating. Sally had called me recently for input on issues she was working out with one organization and issue of bonds.
>
> Mike, I will call you next week.
>
> Ruth
>
> ----- Original Message -----
> From: Michael McCarry <MMcCarry@alliance-exchange.org>
> To: Ruth Ferry
> Cc: Goran Rannefors <Goran.Rannefors@culturalcare.com>
> Sent: Sat Mar 19 06:12:46 2011
> Subject: Meeting
>
> Since ECA has turned this into all sponsor meeting, should we consider inviting outliers to our pre-meeting?
>
> I'm with Goran at Wetm and he doesn't have strong feeling either way.
>
> Tks M
>
> Ps back at my desk Wednesday
>
>
> Sent from my iPhone

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                    **AIFS0003685**
PLAINTIFFS' RESP. APP.0000776

# Exhibit 89

PLAINTIFFS' RESP. APP.0000777

**From:** Michael McCarry(MMcCarry@alliance-exchange.org)
**To:** Ana Fass; William Gertz; Bill@asse.com; Bill Kapler; bkapler@goaupair.com; ce@asse.com; goran.rannefors@ef.com; Heidi Woehl; InterExchange/Christine La Monica-Lunn; Jackie Sant-Myerhoff; jwilhelm@intraxinc.com; Linda James; Linda Mori; MOvermann@alliance-exchange.org; Michael McHugh; Natalie Jordan; Paul Christianson (Paul Christianson); Ruth Ferry; Susan Hayes; Susan Robinson; Thomas Kiechle; Tom Areton; twilson@goaupair.com; uchristianson@interexchange.org
**CC:**
**BCC:**
**Subject:** Updates on April 19 meeting
**Sent:** 4/1/2011 08:38:42 PM 0000 (GMT)
**Attachments:**

---

Colleagues - Just to confirm our schedule for April 19:

We'll convene at the Alliance at 10 to prepare for our afternoon meeting at ECA. Please come to the American Councils reception desk on the 12th floor and they will direct you to the conference room. We will bring in lunch before we leave for ECA.

Because State has decided to invite all au pair sponsors to the meeting, we will invite non-Alliance sponsors to join us for the prep meeting. Some of you will recall that we did this on an earlier occasion, and our motivations are the same: to ensure that all sponsors have a common understanding of regulatory requirements, and to gently promote Alliance membership by demonstrating how sponsors work together on a common policy agenda.

Look forward to seeing you in a few weeks - if you have not yet RSVP'd, please let us know you'll be coming.

Finally and probably very obvious, this meeting is contingent on the government being open and operating on April 19. No one can predict that situation, and there's no option but to plan for our meeting as scheduled.

Best, Michael

--

**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org
Follow us on Twitter

Like us on Facebook

*__2011 International Exchange Locator available for order!__*
*http://www.alliance-exchange.org/alliance-store*

---

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                                                        **AIFS0003687**
PLAINTIFFS' RESP. APP.0000778