# __Exhibit F__

(replacing ECF No. 943-11)

Case No. 1:14-cv-03074-CMA-KMT Document 959-7 filed 03/30/18 USDC Colorado pg 2 of 198

# Exhibit 103

**From:** Carrie Crompton [carrie@aupairfoundation.org]
**Sent:** Thursday, April 11, 2013 8:45 AM
**To:** Carrie Crompton
**CC:** Ellen Hoggard; Theresa Nelson
**BCC:**



**Subject:** Au Pair Foundation - Thursday Tip

Hello CRs,

I hope your Thursday is off to a great start. I completed a new CR Training last night and I reflected on how excited I get when I get to train new CRs. It is a wonderful time to share the Au Pair Program with them and help them get started in this new adventure with APF. If you are ever interested in attending a new CR Training, please let me know, we would be very excited to have you join us for a little refresher course.

**Onto today's Thursday Tip** – the weekly stipend and weekly hours adherence. These are two items that are very important to our program. We rely heavily on our CRs to help us verify that these two items are being fulfilled.

**Hours**

As you are more than aware, Au Pairs can only work up to 45 hours per week and up to 10 hours per day. They must also receive 1 ½ consecutive days off per week and one FULL weekend off per month. Please be sure to check in with your Au Pairs each month and make sure that everyone is playing by the rules and that the Au Pair is working 45 hours per week, or less.

**Weekly Stipend**

The weekly stipend is currently $195.75. The Department of State sets the weekly stipend at Federal Minimum Wage minus room and board. So this is a federally mandated stipend that ALL au pair agencies must adhere to. The weekly stipend is paid directly from the Host Family to the Au Pair on a weekly basis. This stipend may NOT be withheld for any reason.

Here are some helpful tips to pass along to your Host Families and Au Pairs:

1. Have the Host Family pick one day of the week that the stipend will be paid. Most Host Families choose Friday – at the end of the week.
2. The Host Family can set up an automatic payment/transfer from their bank account to the Au Pair's bank account. We always have our Au Pair get a bank account at our bank and then we link her account to ours as "for deposit only." This is a great way for me to coordinate the payments, have an automatic receipt of the payment and to never forget to pay her. I set up an automatic transfer for each Friday and we are done. Easy Peasy!
3. Even if the Au Pair only works one day of a week, she gets paid the full weekly stipend. There is no pro-rating with the weekly stipend.
4. The Au Pair gets paid the weekly stipend for both of her vacation weeks as well.
5. As stated above, the weekly stipend may not be withheld for ANY reason.

Please pass along this information to your Host Families and Au Pairs during your April check-in. Additionally, ask your Au Pair about her weekly hours and weekly stipend every once in a while so that we can ensure that all is well. Many times, if we don't ask, they won't tell us. Let's be pro-active and control a small issue before it becomes larger.

Have a wonderful day everyone!

*Sincerely,*

PLAINTIFFS' RESP. APP.0001001

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**EXHIBIT**
8
5-8-17

APF000271

*Carrie Crompton*
*National Director of Field Operations*



*APF Global Exchange, NFP*
*Au Pair Foundation*
*205 Keller Street, Suite 204*
*Petaluma, CA 94952*
*carrie@aupairfoundation.org*
*866-428-7247, ext. 208*
*314-802-8603 Direct*
*314-750-0509 Cell*
*415-257-6383 Fax*



The contents of this message are intended only for the use of the individual or entity to whom it is addressed, and may be privileged and confidential. If the reader of this message is not the intended recipient, such reader is hereby notified that any use, disclosure, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me by electronic mail or by telephone and delete this communication at once. Thank you.

PLAINTIFFS' RESP. APP.0001002

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**                    **APF000272**

# Exhibit 104

PLAINTIFFS' RESP. APP.0001003

**From:** Carrie Crompton [carrie@aupairfoundation.org]
**Sent:** Thursday, October 24, 2013 3:04 PM
**To:** tom@sullivan.to
**Subject:** RE: Au Pair Questions
**Attachment(s):** "2013 Au Pair Foundation Brochure.pdf", "Inquiry packet.pdf"

Hello Tom,
Thank you so much for your email. We would be happy to work with you and your potential au pair. We are a Bay-area au pair agency, based in Sonoma County. We work with families all over the country.
Au Pair Foundation is a non-profit au pair agency that is much smaller than the others, but we excel in personalized, one on one service for all of our program participants. We are a boutique agency that takes care of all of participants and strive to do things a bit differently than the cookie cutter agencies. You will always reach me – that is why my cell phone is in my signature. Everyone at APF takes great pride in being available and in contact with our families and au pairs.
I look forward to working with you to arrange for an au pair. It is an exciting opportunity for a host family to host an au pair from another country. It offers inexpensive and flexible childcare, along with a wonderful cultural exchange aspect for host parents and host children. The cost is per family, not per child – so the childcare savings can be refreshing news for families.
Now, to answer your questions:

1. Yes, we have a Local Community Representative in the San Jose area.
2. We work with two agencies right now, but there is one in particular that would be best suited to help. They are in Bangkok and I can put you in contact with them. It is Au Pair Thailand. They will be able to help the au pair with all of her paperwork, visa appointment, the whole nine yards.
   a. The au pair can reach out to Au Pair Thailand herself, or I am happy to make the introduction.
3. We have our program fees listed our on our website. Additionally, I have attached our Host Family Inquiry Packet which outlines them in detail, along with our industry-leading Payment Options – spreading payments out up to 9 months.
   a. For the first year, the program fees are $7,500, plus a $270 application fee.
i. The weekly stipend is $195.75 as with all agencies. The education allowance is $500, which is standard across the board as well.
   b. For the extension/2nd year, the program fees are $6,220. There is no application fee.
i. The weekly stipend and education remain the same for the extension year.
4. For a pre-match, I can offer a $200 program fee discount at this time.

I have attached the Host Family Inquiry Packet and our brochure.
I look forward to hearing from you. Please feel free to reach out at any time. Or let me know a good time to reach you, and I will be happy to call you.
Warm Regards,
Carrie Crompton
National Director of Field Operations



APF GLOBAL EXCHANGE, NFP
205 Keller Street, Suite 204, Petaluma, CA 94952
Email: carrie@aupairfoundation.org
Skype: carrie.crompton
Phone: 866-428-7247 x208, Direct 314-802-8603
Cell: 314-750-0509, Fax: 707-658-2393





The contents of this message are intended only for the use of the individual or entity to whom it is addressed, and may be privileged and confidential. If the reader of this message is not the intended recipient, such reader is hereby notified that any use, disclosure, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me by electronic mail or by telephone and delete this communication at once. Thank you.

**From:** tomatsullivan.to@gmail.com [mailto:tomatsullivan.to@gmail.com] **On Behalf Of** Tom Sullivan
**Sent:** Thursday, October 24, 2013 2:25 PM
**To:** inquiry@aupairfoundation.org
**Subject:** Au Pair Questions
Hello Au Pair Foundation,

PLAINTIFFS' RESP. APP.0001004

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                  APF000274

My family and I have decided to host an au pair through the au pair exchange program. My wife and I have one son, 2 years old, and we live in San Jose, CA. We have actually already identified a candidate in Thailand through friends. She has not yet signed up with an agency, and neither have we. I have several questions about your services that I am hoping you can help me with.

1. Do you have coordinators in the San Jose area?

2. Who would our candidate contact to get her side of the process going? I see two places under Thailand partners with websites. Would one of these be best?

3. Could you list out the costs and fees for us for both the first year and for the the potential second year?

4. Since we will come pre-matched and will very likely complete at least one year, can you offer us any discounts?

Thank you for the help,
Tom Sullivan

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

APF000275

APF000276



# Bring the World to Your Children!



au pair
FOUNDATION

Contact your Local Representative at:

au pair
FOUNDATION



**APF Global Exchange NFP**
205 Keller Street, Suite 204
Petaluma, California 94952

**Telephone:** 866-428-7247 **Fax:** 707-658-2393
**E-mail:** info@aupairfoundation.org
**Please visit us at:** www.aupairfoundation.org



## Program Benefits

- 12 months of consistent, dependable, live-in childcare in your own home

- Peace of mind from knowing your children are being cared for by a screened, experienced and legal provider

- Choice of world cultures to enrich your family

- Full service program that screens and takes care of J-1 visa and international travel arrangements

- Year-long customer-service by trained Au Pair Foundation staff

- An opportunity for your children to learn new languages and culture



**www.aupairfoundation.org**
**866-428-7247**

PLAINTIFFS' RESP. APP.0001006

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



## Au Pair Foundation
### currently recruits from:

| | | |
|---|---|---|
| France | Turkey | Vietnam |
| Spain | Brazil | Thailand |
| Germany | Mexico | Russia |
| Sweden | Colombia | Ukraine |
| Denmark | South Africa | |
| Norway | China | |

## Au Pair Foundation

Au Pair Foundation's primary mission is to promote cultural exchange by providing quality childcare by screened international caregivers. Au Pair Foundation is a United States Department of State designation sponsor for the Au Pair J-1 cultural visa program.

From our administrative headquarters in Petaluma, California, we place au pairs throughout the United States. Our Au Pairs are recruited through our extensive network of international partners that are responsible for assuring that only highly qualified applicants are selected. Au Pair references are reviewed and verified. A government criminal background check is performed and medical examination required.

## Programs Offered

### Infant Care Au Pair

An Infant Care Au Pair provides up to 45 hours a week of quality childcare for children between three months and two years of age. The au pair must have at least 200 hours of documented infant care experience with a non-family member to qualify for this program.

- Two weeks of paid vacation
- Family contributes up to $500 towards the au pair's study of 6 semester units

### Standard Care Au Pair

A Standard Care Au Pair provides up to 45 hours a week of quality childcare for children over 2 years of age.

- Two weeks of paid vacation
- Family contributes up to $500 towards the au pair's study of 6 semester units

### EduCare Au Pair

An EduCare Au Pair provides up to 30 hours a week of quality childcare for school aged children.

- Two weeks of paid vacation
- Family contributes up to $1000 towards the au pair's study of 12 semester units

## Host Family Program Fees

| | |
|---|---|
| Application Fee: | $270 |
| Program Fee: | $7,500 |
| Weekly Stipend to Au Pair: | $195.75/week |
| Educational Stipend: | up to $500 |

**Payment Options are available

## What is required to be a Host Family?

Host Families must have the following qualifications:

- Be an American citizen or Permanent Legal Resident (Green card holder)
- Have a private bedroom for the Au Pair
- Submit two character references
- Pass a criminal background check
- Have children requiring childcare
- Speak English in the home
- Willing to accept Au Pair as a family member
- Have the financial means to host an Au Pair

Accepted Host Families are given access to as many au pair applications as they wish. Once comfortable with an au pair selection, documents are mailed to the Au Pair so she can undergo a non-immigrant visa interview at the nearest US Embassy in her home country. The US Embassy has the say on whether an Au Pair may travel to the United States. Once the visa is issued, international flights are purchased and the Au Pair completes her training.



## Au Pair Foundation's Mission

By offering personalized, one-to-one service, Au Pair Foundation offers American families a flexible and affordable childcare option by placing highly qualified, loving childcare providers from other countries in their home for up to two years. Our host families learn more about the au pair's culture, language and the world around them, while our au pairs learn about life with an American family, experience a unique cultural exchange and create lasting memories throughout the program year. Our boutique agency strives to provide all of our Host Families and Au Pairs with an exceptional cross-cultural exchange and childcare program that will enhance their understanding and acceptance of other cultures and foster life-long friendships.

## What is an Au Pair?

The European tradition of "Au Pair" has existed for many years and has proven to be an effective way for families to get quality child care while expanding intercultural understanding. Au Pair means "on par" in French, which represents one of the primary objectives of our program to provide "equal" cultural exchange for Au Pairs and Host Families.

## Au Pair Minimum Qualifications

- Be between 18-26 years old
- High school diploma
- Ability to commit to a year living and working with an American family
- Complete 32 hours on infant and child safety and development training
- Completion of Physical with a doctor
- Criminal background check
- At least one character and two childcare employment references
- Conversationally fluent in English
- Infant Care Au Pairs must have 200 hours of documented infant experience
- Take and pass a Psychometric Evaluation.

**www.aupairfoundation.org**

**866-428-7247**

PLAINTIFFS' RESP. APP.0001007

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

APF000277



October 24, 2013

Dear ██████ Family,

Thank you so much for your interest in Au Pair Foundation and hosting an Au Pair.  By offering personalized, one-to-one service, Au Pair Foundation offers American families a flexible and affordable childcare option by placing highly qualified, loving childcare providers from other countries in their home for up to two years.  Our host families learn more about the au pair's culture, language and the world around them, while our au pairs learn about life with an American family, experience a unique cultural exchange and create lasting memories throughout the program year.  Our boutique agency strives to provide all of our Host Families and Au Pairs with an exceptional cross-cultural exchange and childcare program that will enhance their understanding and acceptance of other cultures and foster life-long friendships.

In this packet, we have included many resources for you to review.  Please take your time to review the program information.

We are excited for the opportunity to work with your family as you begin the process of hosting your next au pair.  We look forward to hearing from you.


Sincerely,

*Carrie Crompton*

Carrie Crompton
National Director of Field Operations
Carrie@aupairfoundation.org
(866) 428-7247 x 208

---

**APF GLOBAL EXCHANGE, NFP**
205 Keller Street, Suite 204          Phone: 866-428-7247          Fax: 707-658-2393
Petaluma, California 94952, USA     info@aupairfoundation.org   www.aupairfoundation.org



PLAINTIFFS' RESP. APP.0001008

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    APF000278



## AU PAIR PROGRAMS

The Au Pair Foundation program is a United States Department of State designated program created to foster healthy cultural exchanges for young international people and American families. An Au Pair can spend 12 months providing live-in child care for American families. In exchange, the au pair receives a weekly stipend and funding for studying at a post-secondary educational institution.

### Infant Care Au Pair

**Description:** Host Family receives up to 45 hours a week of experienced childcare for infants and children between 3 months 2 years of age. The Au Pair has 200 hours of documented Infant Care experience.

**Educational Component:**
Au Pair studies at least 6 semester units at a post-secondary institution. The Host Family covers up to $500 toward educational expenses.

**Weekly stipend: $195.75**

### Standard Au Pair

**Description:** Host Family receives up to 45 hours of child care a week for children between the ages of 2 and 12 years of age. The Au Pair has at least 2 documented childcare references.

**Educational Component:**
Au Pair must study at least 6 semester units at post-secondary institution. The Host Family covers up to $500 toward educational expenses.

**Weekly stipend: $195.75**

*Au Pair Foundation Au Pairs are selected after undergoing a rigorous screening process, which includes verification of the following:*

- Childcare experience
- Submission of at least two childcare employment references from non-family members
- Submission of at least one character reference
- For Infant Care Au Pairs, proof of at least 200 hours of infant care experience
- Excellent health as verified by a licensed medical doctor during a medical evaluation
- English testing, which includes evaluation of speaking, writing and reading comprehension
- Psychometric Screening
- Submit to and pass a complete Criminal Background Investigation
- Proof of age between 18-26 years of age
- Proof of Completion of High School and preferably University Education
- Complete Au Pair Foundation's Au Pair pre-arrival training

PLAINTIFFS' RESP. APP.0001009

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**                    APF000279



**HOST FAMILIES**

The European tradition of "Au Pair" has existed for many years and has proven to be an effective way for families to get quality child care while expanding intercultural understanding. Au Pair means "on par" in French, which represents one of the primary objectives of our program--to provide "equal" cultural exchange for Au Pairs and Host Families. By offering personalized, one-to-one service, Au Pair Foundation offers American families a flexible and affordable childcare option by placing highly qualified, loving childcare providers from other countries in their home for up to two years. Our host families learn more about the au pair's culture, language and the world around them, while our au pairs learn about life with an American family, experience a unique cultural exchange and create lasting memories throughout the program year. Our boutique agency strives to provide all of our Host Families and Au Pairs with an exceptional cross-cultural exchange and childcare program that will enhance their understanding and acceptance of other cultures and foster life-long friendships.

## Bring the ____ to your children today!

**HOST FAMILY REQUIREMENTS**

- Willingness to accept the Au Pair as member of the family and not a domestic servant
- Complete a Host Family application
- Interview with an Au Pair Foundation Community Representative
- Provide a private room for the Au Pair
- Provide at least two character references
- Financial resources to cover the weekly stipend of $195.75 paid directly to the au pair
- Agree to facilitate the enrollment and attendance of their Au Pair in an accredited U.S. post-secondary institution. Pay up to $500 towards the cost of the academic course(s)
- Abide by current State Department Regulations provided in the Host Family Handbook

**THE MATCH PROCESS**

Once the applications for the Au Pair and Host Family have been processed, we review Host Family needs and select suitable Au Pairs from our applicant pool. The Host Family will be able to evaluate the applicants and contact those that interest them. Regulations require that the Host Family personally interview possible Au Pairs by phone or Skype and have at least two conversations prior to choosing an Au Pair. Once the Host Family selects an Au Pair, Au Pair Foundation makes arrangements for the J-1 visa, air travel and training.

**THE BENEFITS TO HOSTING AN AU PAIR**

Once a match is found, the Host Family can look forward to 45-hours of affordable, flexible childcare. Just think of the peace of mind you'll have knowing that your children are being cared for by a professional in the comfort of your own home.

PLAINTIFFS' RESP. APP.0001010

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

APF000280



**THE BENEFITS OF LANGUAGE EXCHANGE**

At Au Pair Foundation, we believe the cultural exchange is a two-way street. Our Au Pairs are pre-tested to assure English competency. However, one of the motivating factors for these young people to participate in the program is to hone their language skills. While the predominant language in the household should be English, Au Pairs can teach your children their native language through activities and songs. Au Pairs are encouraged to teach their native languages to the children if the host parents desire. The benefits of language exposure are proven to be especially beneficial if done before the age of 10.

**AU PAIR FOUNDATION TRAINING**

At Au Pair Foundation, our mission is to maintain the highest standards in selection and training. Our Au Pairs go through a thorough training, which focuses on safety, childcare, child and infant development, stress management, cultural adaptation, and household safety.

PLAINTIFFS' RESP. APP.0001011

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

APF000281



# HOW TO BECOME AN AU PAIR WITH AU PAIR FOUNDATION

**Step 1: Complete the minimum requirements:**
- Review the minimum requirements to be an au pair:
  - Be between 18-26 years old.
  - Have at least a high school diploma, some university education is preferred.
  - Must enjoy children, have the maturity to be an au pair and show the demonstrated responsibility to take on a full year of living and working in an American home for the purpose of helping the family with childcare.
  - Two non-family Childcare References and at least one Character Reference, which can include work with day-care centers, neighbors and schools.
  - Infant Care Au Pairs must have 200 hours of documented infant experience.
- Fill out an Au Pair Foundation application.
- Hold a personal interview with our international partner in your home country to evaluate English level and suitability for the program.
- Sign and understand the Au Pair Pledge.
- Present an original criminal background investigation document from local authorities.
- Undergo and pass a medical examination.
- Take and pass a Psychometric Evaluation.
- Read and understand the Department of State Regulations governing the Au Pair Visitor Exchange Program. Also please note the Amendment to Section 62.31.

**Step 2: Au Pair application is reviewed and if approved, on-line profile is activated**
- Au Pair Foundation's screened and approved Host Families gain access to au pair applications and contact information. Au Pair Foundation conducts in-home interviews and checks references of all selected Host Family to assure program compatibility.
- Host families interview au pair applicants by telephone or video Skype. At least two telephone or Skype interviews are required before any match can be confirmed.
- Qualified applicants are usually placed within 3-4 months. However, Au Pair Foundation cannot guarantee placement.

**Step 3: The match is made!**
- Selected applicants are notified of a family's interest in hiring them.
- Applicant is mailed a complete host family application, DS-2019 form, insurance information, training itinerary, community profile and au pair manual.

**Step 4: The applicant schedules an interview with the US Embassy**
- Once the DS-2019 form arrives, the applicant schedules an interview with the nearest US Embassy for a J-1 non-immigrant visa.
- The au pair must pay a new fee to the Homeland Security Department called the SEVIS I-901 fee. This $35.00 USD fee can only be paid on line at: http://www.fmjfee.com. Click on the File I-901 Form online and enter the information from the DS-2019 form. You must pay the fee with a credit card and print the receipt after the process is complete. This receipt is presented to the US Embassy at the time of interview.
- Fill out the US Embassy interview forms DS-156, 157 and 158 which can be downloaded at his site: http://travel.state.gov/visa/forms/forms_1342.html

PLAINTIFFS' RESP. APP.0001012

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

APF000282



- In addition to the SEVIS I-901 $35.00 fee, there is an additional fee that is required at the time of interview along with DS-156, 157, 158 applications and the DS-2019 form.
- The US Embassy decides whether an applicant is issued the J-1 visa or not. Depending on the Embassy, applicants are notified immediately or it could take up to three weeks to inform applicants of the decision.

**Step 5: The visa is approved - time for departure and training**
- Prior to Au Pair's departure, all Au Pairs undergo a complete pre-departure orientation with your country's representative. Once the orientation is complete, Au Pair Foundation will arrange your flight and provide the Au Pair with the flight details.
- Au Pairs will need about $200.00 in spending money to cover miscellaneous food, entertainment and transportation expenses.
- Once the visa is approved, the au pair will complete an intensive 45-hour training of infant/child safety and development.

**Step 6: The Au Pair meets the Host Family**
- Once the training is complete, the Au Pair will fly directly to the host family's home and an exciting year begins for the au pair. A local Community Representative will assist the Au Pair and Host Family all year.
- What the Au Pair should expect? You can expect an interesting year living with an English speaking, American family. Your role will be much like that of a big brother or sister to the children; providing loving supervision and care for up to 45-hours a week. You will be speaking and improving your English on a daily basis but also be sharing your language and culture with the family. You will be providing some assistance with household chores as they relate to the children.
- What compensation will Au Pairs Receive?
  - Salary and Vacation Time: Au Pairs will receive a weekly stipend of $195.75 for 45 hours a week of childcare. Au Pairs receive 1 ½ days off per week, one full weekend off per month, and two weeks of paid vacation a year.
  - Educational Component: Au Pairs also attend classes at a post-secondary educational institution for 6 or 12 semester units a year. The host family will contribute up to $500 to the au pair's educational expenses.
- Monthly Support: Your Community Representative will contact you each month to help with your adjustment and answer any questions that you or your host family may have. Au Pair Foundation's goal is to provide all the support needed to the au pairs and families to make the program year a rewarding experience. 24 hour assistance is available to all our Host Families and Au Pairs.
- Roundtrip Airfare & Travel: Au Pair Foundation will arrange and pay for flights, up to $400 each way, to and from the au pair's home country. Au Pairs can stay the 13th month to travel if they choose. Four months before the completion of the program, the au pair will be asked to define return travel plans and dates.
- 12 Months of Health Insurance: Au Pair Foundation has partnered with AVI International to provide comprehensive insurance coverage for the au pair during their stay. There are no co-payments required for illness and the cost of the insurance is covered by the program fees. A claim form must be filled out and signed by the doctor at the time of treatment. Only emergency dental treatment is covered. All applicants should undergo a complete dental check-up before departing for the United States to avoid costly dental bills which will not be covered by the policy.

PLAINTIFFS' RESP. APP.0001013

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**                                      APF000283



## PROGRAM FEES

| Program Fees: Infant Care Au Pair & Standard Care Au Pair - 2013 Prices | |
|---|---|
| The Host Family Application Fee | $ 270.00 |
| Annual Program Fee (1st Payment--$3,750 - 2nd Payment--$3,750) | $ 7,500.00 |
| Program fee includes:<br>    Au Pair screening, interview, vetting, and background check<br>    J-1 Visa Assistance and Processing<br>    Au Pair Foundation's personalized, one-on-one matching guidance<br>    Roundtrip international airfare for the Au Pair to the Host Family's city<br>    32 hours of safety, infant and child development training for the au pair<br>    12 months of Au Pair health insurance<br>    Au Pair Foundation year-long supervision and assistance<br>    Support from a Regional Director and senior staff<br>    24 hours a day/365 day a year emergency phone line<br>    12 month Au Pair commitment, with the option to extend for a second year | |
| Total Fees - Payable to Au Pair Foundation | $ 7,770.00 |
| Weekly Stipend for Standard Au Pair and Infant Au Pair – Payable to Au Pair | $195.75/week |
| Contribution for Educational Component | $ 500.00 |
| This does not include cost of the au pair's room and board or the car insurance if the au pair is expected to drive. | |

PLAINTIFFS' RESP. APP.0001014

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

APF000284



# NEW HOST FAMILY PROGRAM FEE PAYMENT OPTIONS - 2013

**There are four choices for program fee payment:** Direct Payment, Installment Plans A, B & C. *** Please Note: The payment options listed below does not reflect the Au Pair stipend. The weekly stipend for Infant Care and Standard Care Au Pairs is $195.75.

| Direct Payment Plan | | |
|---|---|---|
| **Cost** | **Due Date** | **Amount** |
| Application Fee | Due with Application Submission | $270.00 |
| Match Fee | Due upon Confirmed Match | $3,750.00 |
| Arrival Fee | Due 10 Days Prior to Au Pair's Arrival | $3,750.00 |
| **Total Cost with Direct Payment Plan** | | **$7,770.00** |

| Installment Payment Plan A | | |
|---|---|---|
| **Cost** | **Due Date** | **Amount** |
| Application Fee | Due with Application Submission | $270.00 |
| Match Fee | Due upon Confirmed Match | $3,750.00 |
| Payment Processing Fee | Due 10 Days Prior to Au Pair's Arrival | $275.00 |
| 1st Installment | Due Two Months after Arrival | $1,850.00 |
| 2nd Installment | Due Five Months after Arrival | $1,850.00 |
| **Total Cost using Installment Plan A** | | $8,045.00 |

PLAINTIFFS' RESP. APP.0001015

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

APF000285



## Installment Payment Plan B

| Cost | Due Date | Amount |
|---|---|---|
| Application Fee | Due with Application Submission | $270.00 |
| Match Fee | Due upon Confirmed Match | $3,750.00 |
| Payment Processing Fee | Due 10 Days Prior to Au Pair's Arrival | $315.00 |
| 1st Installment | Due Two Months after Arrival | $1,250.00 |
| 2nd Installment | Due Four Months after Arrival | $1,250.00 |
| 3rd Installment | Due Six Months after Arrival | $1,250.00 |
| **Total Cost using Installment Plan B** | | $8,085.00 |

## Installment Payment Plan C

| Cost | Due Date | Amount |
|---|---|---|
| Application Fee | Due with Application Submission | $270.00 |
| Match Fee | Due upon Confirmed Match | $3,750.00 |
| 1st Installment | Due 10 days prior to Arrival | $420.00 |
| 2nd Installment | Due One Months after Arrival | $420.00 |
| 3rd Installment | Due Two Months after Arrival | $420.00 |
| 4th Installment | Due Three Months after Arrival | $420.00 |
| 5th Installment | Due Four Months after Arrival | $420.00 |
| 6th Installment | Due Five Months after Arrival | $420.00 |
| 7th Installment | Due Six Months after Arrival | $420.00 |
| 8th Installment | Due Seven Months after Arrival | $420.00 |
| 9th Installment | Due Eight Months after Arrival | $420.00 |
| 10th Installment | Due Nine Months after Arrival | $420.00 |
| **Total Cost using Installment Plan C** | | $8,220.00 |

PLAINTIFFS' RESP. APP.0001016

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

APF000286



## Au Pair Foundation Host Family Loyalty Program

Our current host families are our most valuable program participants. We value your choice in allowing Au Pair Foundation to be a part of your family's childcare and cultural exchange. Your continued choice in using Au Pair Foundation as your au pair agency of choice shows us that you trust us to help you through this program and that we are providing the quality au pairs you would expect from Au Pair Foundation. In turn, we want to show you our appreciation for you!

To show our appreciation, we are pleased to announce our **Host Family Loyalty Program**. We realize that there should be rewards for your loyalty to Au Pair Foundation and our wonderful au pairs, so we have created a Repeat Host Family and Extension Host Family loyalty program to do just that.

### Renewing Host Families

Renewing with a new au pair for your second or tenth year with Au Pair Foundation is a great way to expose your family to a new cultural exchange experience and possibly a new language. Each new au pair brings a new dynamic to your home and as your children grow and change, so do your needs. With a new au pair you can adapt your search criteria to best match your current needs. When your children are young you may be looking for a playmate for your child and you can search for similarities between what your child enjoys and what hobbies the au pair has. As your child begins school and other activities you may need a strong driver and you can pinpoint the driving experience that potential au pairs have. Maybe your children need assistance with homework - you can search for au pairs that have teaching experience. It's a wonderful opportunity to create the very best match at every point of your family's stage of life.

The process for renewing with a new au pair from overseas is much the same as when you searched and selected your first au pair. However, for our loyal Au Pair Foundation host families, we are pleased to be able to offer **a savings of $230 off of the program fees.** Additionally, our repeat host families will enjoy no application fee (a $270 value) and will be able to take advantage of all of our different payment options. This brings the savings value to $500! This savings reflects our thanks to our loyal host families who continue to use Au Pair Foundation as their au pair agency of choice.

Our repeat family pricing is as follows:

Renew with a new overseas au pair for 12 months  =  $7,270 program fee
       *A $500 value savings!*

PLAINTIFFS' RESP. APP.0001017

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

APF000287



**Extension Families**

Renewing with your current or an extension au pair couldn't be easier or more economically attractive! *Save up to $4300 in program fees when you extend with your current au pair (or another extension au pair) for 6 months.* Current host families can extend with their current au pair for 6, 9 or 12 months. Additionally, our extension host families will enjoy no application fee (a $270 value) and will be able to take advantage of all of our different payment options.

There are many advantages to extending with your current au pair:

-*the peace of mind* of having the same wonderful childcare provider for another year;
-**the comfort** of having an au pair who already has her **US driver's license**;
-**the ease** of having an au pair who is **adjusted to life in the United States**;
-continuing *the cultural and language development* of your children with your current au pair;
-*major cost savings* (no international airfare, no J1 visa assistance and processing overseas).

Extending with your current au pair makes the transition from au pair year to au pair year seamless!

Our current Host Family extension terms and program fees are as follows:

Renew with your current au pair for 12 months   =   $6,220 program fee
    *A $1,280 program fee savings!*
Renew with your current au pair for 9 months    =   $5,220 program fee
    *A $2,280 program fee savings!*
Renew with your current au pair for 6 months    =   $3,220 program fee
    *A $4,280 program fee savings!*

*All extending au pairs will be responsible for payment of the $367 SEVIS renewal for their extension year. This must be paid prior to and in order for Au Pair Foundation to file the au pair's extension paperwork with the Department of State. The host family is also welcome to pay this fee when extending with their same au pair.*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY        APF000288

# Exhibit 105

PLAINTIFFS' RESP. APP.0001019

EXHIBIT

13

## Au Pair Application – Au Pair Pledge

I,_____, as a participant of the Au Pair Foundation Exchange Visitor Program, as a(n)_____ Au Pair, agree to perform all of my duties under the terms and conditions set out in this Au Pair Pledge.

### A. Basic Principles.

I promise to:

1. Carry out my responsibilities in child care for my Host Family's child(ren) in a conscientious and alert manner with respect, courtesy, safety, and commitment.
2. Act with a level of maturity which is respectful of my Host Family's values.
3. Avoid behavior which may reflect negatively on my Host Family or Au Pair Foundation.
4. Obey all U.S. Federal, State, and local laws.
5. Actively participate in and contribute to the life of my Host Family with a positive attitude, as if I were a member of the family, and join in family meals, holidays, and other cultural and social activities.
6. Enroll in and attend at least 6 semester hours of academic credit (12 semester hours of academic credit for EduCare participants) or the equivalent, at an accredited post-secondary educational institution.
7. Abide by all regulations and instruction of the U.S. Department of State concerning the Au Pair Foundation Exchange Visitor Program.
8. Cooperate fully with all representatives of the Au Pair Foundation Program, and comply with any instructions they may give me.

### B. Forbidden Activities.

During my one year Au Pair Foundation Program stay in the U.S., I will not under any circumstances:

1. Accept any form of paid employment other than for my duties as an Au Pair with my Host Family from whom I will receive a weekly stipend of $195.75 ($146.81 for EduCare participants) according to current U.S. Government regulations.
2. Ask to borrow money from my Host Family or accept any offer from them to lend money to me.
3. Use illegal drugs or engage in the excessive use of alcohol during my stay.
4. Consume alcoholic beverages if I am under the U.S. legal drinking age of 21 years old.
5. Smoke in the home of my Host Family without permission.
6. Violate the terms jointly established in the Host Family Au Pair Agreement.

### C. Basic Duties.

As an Au Pair Foundation participant, I accept the terms of my Au Pair responsibilities to provide up to 45 hours per week (30 hours for EduCare participants), up to 10 hours per day, allowing for 1 ½ consecutive days off per week and 1 full weekend off per month, of child car and light child-related housekeeping in accordance with arrangements I will determine with my Host Family and an Au Pair Foundation Community Representative. I understand that my Host Family reserves the right to include in my child-care duties and I agree to perform:

---

**APF GLOBAL EXCHANGE, NFP**
205 Keller Street, Suite 204
Petaluma, California 94952, USA

Phone: 866-428-7247
info@aupairfoundation.org

Fax: 707-658-2393
www.aupairfoundation.org



1(5)

Revised: 7.19.2013

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

APF 000126

# Au Pair Application – Au Pair Pledge

1.  Supervision of my Host Family's child(ren), including, but not limited to: watching them for safety purposes, playing with them, and reading to them for pleasure and in assistance of schoolwork.
2.  Remaining in the home with the child (ren) during any times of illness that would prevent them from attending school or during school holidays and closures.
3.  Remaining in the home with the child(ren) should the parents be away during the evening hours or overnight.

### D.  Additional Responsibilities.

In addition to the terms of my Au Pair responsibilities, I understand that I have certain responsibilities toward my Host Family as a whole, and I agree to:
1.  Maintain my bedroom in a clean and orderly fashion.
2.  Contribute to the cleanliness of the shared areas of my Host Family's home, including but not limited to areas such as bathrooms, living rooms, kitchen etc.
3.  Openly communicate in advance with my Host Family regarding the scheduling of my free hours and 2 weeks (14 days) vacation.
4.  Promptly reimburse my Host Family for any and all expenses they may incur on behalf of my personal needs such as telephone bills, etc.
5.  Transport the child(ren) to and from school, lessons, playgroups, medical appointments, and errands, if required.
6.  Prepare some meals for the child(ren) and clean up afterwards.
7.  Assist in the upkeep of the child(ren)'s rooms, toys and other belongings, bed, and laundry.
8.  Respect the curfew and house rules regarding my guests.
9.  If given access to the family car, consider its use a privilege, and respect my Host Family's guidelines for appropriate use of the car(s). I understand that the standard AVI medical insurance provided by APF does not cover medical injuries resulting from an accident if I am the drive, and my Host Family must add me to the family's insurance coverage (comprehensive, collision, auto and medical). I will not be covered under my Host Family's auto insurance should I use a car that is not owned and insured by my Host Family.
10. Submit my return travel form within 30 days from the date it is emailed to me.

### E.  Enrichment Expectations.

I attest that I have chosen to enter into the Au Pair Foundation Program of my own free will, and I have done so with the intent of personal, educational, and cultural enrichment, and I agree to:
1.  Complete 6 semester hours of academic credit (12 for EduCare participants) at an accredited post-secondary educational institution and maintain records of completion of these units for home country officials upon return to my country.
2.  Pay for my educational expenses that exceed the $500 educational stipend ($1,000 for EduCare participants) provided by my Host Family.
3.  Return to my home country at the end of my stay on or before the termination date of my Form DS-2019, and will not attempt to return subsequently to the United States without a valid and current U.S. visa.

---

**APF GLOBAL EXCHANGE, NFP**
205 Keller Street, Suite 204
Petaluma, California 94952, USA

Phone: 866-428-7247
info@aupairfoundation.org

Fax: 707-658-2393
www.aupairfoundation.org



2(5)

Revised: 7.19.2013

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

APF 000127

## Au Pair Application – Au Pair Pledge

**F. Pledge of Commitment and Cooperation.**

In exchange for Au Pair Foundation accepting me for the Au Pair Program, I solemnly pledge to:

1.  Present myself honestly in all correspondence and documentation with Au Pair Foundation and all representatives for Au Pair Foundation as well as my Host Family.
2.  Accept whatever Host Family location Au Pair Foundation may arrange for me in any area in the U.S.
3.  Attend all required pre-departure and arrival orientations, online childcare training, and supervision meetings as well as complete a weekly report of working hours and time off, periodic program evaluations and training materials.
4.  Complete all visa requirements as instructed, and be responsible for obtaining a valid passport.
5.  Comply with all vaccination and immunization requirements, undergo a thorough medical examination, and provide all information requested on the Au Pair Foundation Application medical form.
6.  Pay a $400 program fee and a non-refundable APF application fee of $100 prior to my arrival in the U.S.  I agree I have been informed and understand any fees charged and the refund policy of my local agency.
7.  Forfeit a portion of my program fee and application fee for a total of $300, if I cancel the program after I have accepted a Host Family placement and a total of $500 plus the cost of international flight if I cancel after APF has purchased my international flight.  .
8.  Be present in sufficient time for transportation provided or arranged by Au Pair Foundation.  I understand that Au Pair Foundation is no under obligation to provide alternative transportation, except in the case of severe illness or accident, if I am not present in time.
9.  Make arrangements and pay for my transportation to and from my home country airport prior to my departure to the U.S. and upon my return to my home country.

**G. Miscellaneous Obligations.**

1.  If I choose to travel during my vacation time within the one year program term, I will inform my Community Representative and Au Pair Foundation Headquarters. If I choose to travel outside of the U.S. during the one year program term, it is my responsibility to contact the appropriate country's embassy to determine if a visa is required for my entry into that country.  I will submit my Form DS-2019  to the Au Pair Foundation headquarter office at least three weeks prior to my international travel in order for the Au Pair Foundation office to return my Form DS-2019 to me prior my departure date.
2.  I understand that I must return to my home country no later than 30 days after the last day of the one year program term (date indicated on Form DS-2019). The J-1 program allows for this 30 day grace period for exchange visitors to return to their home country. During this 30 day grace period the Host Family is not required to host me, nor are they required to pay my weekly stipend amount.
3.  I understand that I must confirm my return travel arrangements in writing with the Au Pair Foundation headquarters office 3 months prior to my departure.  If I fail to return my Au Pair Travel form earlier than 60 days from the end of my program date, I understand I will be responsible for all airline costs above $400.

---

**APF GLOBAL EXCHANGE, NFP**
205 Keller Street, Suite 204
Petaluma, California 94952, USA

Phone: 866-428-7247
info@aupairfoundation.org

Fax: 707-658-2393
www.aupairfoundation.org



3(5)

Revised: 7.19.2013

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY                    APF 000128

# Au Pair Application – Au Pair Pledge

4.  I understand that medical insurance provided by Au Pair Foundation is valid for 365 days from my arrival in the U.S.

5..  I understand that I am responsible for paying $65 for AVI medical insurance coverage for the 13th month, if I choose to remain in the United States for the 30 day grace period. STS participants are excluded.

6.  I understand that I am responsible for any applicable airline surcharges or fees resulting from changing my travel itinerary.

7.  I understand that should I choose to terminate my participation in the Au Pair Foundation Program prior to the end of my one year program, term, I must give at least 30 days notice to my Host Family and Au Pair Foundation.  I understand I must pay for the international return flight to my home country.

8.  I understand that if I commit any violation of this pledge and agreement, I may be financially responsible for any monetary penalties incurred as a result of my conduct.  I understand I will be responsible for securing my own flight home.

## H. Grievance Procedure.

I understand the Au Pair Foundation grievance policy states that if I am unhappy with any situation or event, the first step is to tell my Host Family. If the problem persists, I will advise my Community Representative verbally or in writing. If the problem continues, I will advise the headquarters office in writing.

## I. Miscellaneous Representations.

1.  I promise that the information I have given in the Au Pair Foundation application form, which was completed by me, is truthful and accurate.

2.  I understand that APF, its affiliates, agency, and employees will act on my behalf in arranging certain transportation and other services for me during my participation in the Au Pair program. I understand that none of them will be under any liability to me for any loss, damage, personal injury, delay or expense suffered or incurred by me resulting from any act or omission of any carrier, any member of the Host Family or any other corporate or non-corporate entity in relation to transportation to and from, and within the U.S.

3.  I realize there is a possibility that program may end prior to my one year term. Whether the early termination of a placement is due to the failure of the host family or me, I agree to cooperate fully with Au Pair Foundation in moving to a new family. In the event that a new family cannot be secured after a reasonable period of time, I realize I may have to return home early.  If APF determines that the program must be ended at no fault of me, APF will purchase my return flight home.  If a match has ended due to my poor performance or a violation of program rules or I am unwilling to rematch with new host family, I will be required to purchase my international flight home at my own expense.

4.  I am fully aware that my failure to abide by any of the guidelines and rules stated in this agreement or the guideline set out in the Au Pair Foundation orientation rules and regulations regarding the conduct of Au Pairs will be grounds for my dismissal from the program, and I will be subject to immediate return to my home country and will be responsible for paying  for my international return flight to my home country..

5.  I further agree that Au Pair Foundation or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my

**APF GLOBAL EXCHANGE, NFP**
205 Keller Street, Suite 204
Petaluma, California 94952, USA

Phone: 866-428-7247
info@aupairfoundation.org

Fax: 707-658-2393
www.aupairfoundation.org

**au pair** FOUNDATION

4(5)

Revised: 7.19.2013

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

APF 000129

## Au Pair Application – Au Pair Pledge

health and safety and may place me in a hospital for medical services and treatment or, if no hospital is readily available, may place me in the hands of a local medical doctor for treatment.

6.   I authorize Au Pair Foundation to post my photograph and profile on the internet for the purposes meeting me with a qualified Host Family.

7.   I certify that I have never before obtained a J-1 Exchange Visitor visa for the purpose of participating in an Au Pair cultural exchange program.

8.   It is agreed that U.S. law shall apply to this agreement, and I agree to submit to the jurisdiction of the State of California courts. I am capable of reading and understanding this agreement in English and that I understand the agreement. I agree that I have read this entire agreement carefully, and I have had the opportunity to ask questions, and/or obtain advice as to its meaning,

**J.  Program Termination.**

1.   I understand that if I get married while on program, or change my visa status, or stay in the United States beyond the 30 day grace period from the end date issued on my Form DS-2019 (i.e.: deliberately miss my plane connection or choose to stay in country without taking the proper steps) I will suffer the following consequences:

(a) Au Pair Foundation will submit a termination of my Form DS-2019.  This will mean that I will then be considered an illegal alien in the U.S and subject to deportation.

(b) All visa violations are reported to the Homeland Security Department and are entered into their systems; thus I apply for a driver's license or credit card or I am checked by customs/immigration at an airport, by a police department, or other places, the authorities will report me as being an illegal alien.

(c) Once apprehended, I may be placed in a detention center until I can be returned to my home country. If I do not have the funds to return home, they will remain in detention until a family member or sponsor can provide the funds for the return airfare. I may also be reported back to the US Embassy in my home country. Once back in their native country, illegal aliens are denied the opportunity to receive a future visa to the United States. The same may reflect their family members as well.

(d) If my flight has been purchased on my behalf, I will be fully responsible for reimbursement of the full cost of the flight purchased.

2.   APF reserves the right to terminate my participation in this program if I should violate any program rules and /or if my mental and/or physical health, as determined solely by Au Pair Foundation, is in jeopardy. All of the preceding violations constitute a breach of this agreement and pledge with APF, and may subject me to forfeiture of any deposits, application fees or a requirement that I reimburse host families for international airfare costs incurred.

I have read and understand all of the terms set forth in the above agreement.

Name: _____

Signature: _____ Date: _____

Witness Signature: _____

---

**APF GLOBAL EXCHANGE, NFP**
205 Keller Street, Suite 204          Phone: 866-428-7247          Fax: 707-658-2393          **au pair**
Petaluma, California 94952, USA      info@aupairfoundation.org      www.aupairfoundation.org      FOUNDATION

Revised: 7.19.2013

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY                                          APF 000130

# Exhibit 106





## Host Family Application

## Host Family Agreement

This agreement is between the Au Pair Foundation of Petaluma, California and Host Parent(s): _____Of (City) _____, (State), ___.
We agree, acting on behalf of and including all members of our household and family (hereinafter, in the aggregate, referred to as "Host Family") to adhere to the terms and conditions of this agreement. Host Family has read and understood the terms described in the Agreement, and agrees to abide by the terms and conditions of the Agreement.

### A.    Host Family Obligations

Host Family will pay all Program Fees associated with hosting an Au Pair, as outlined in the Payment Authorization Form. Host Family will provide room and board, including a private room for the Au Pair. Host Family will pay the Au Pair a weekly stipend of $195.75 ($146.81) in accordance with U.S. State Department and Fair Labor Standards Act guidelines. The stipend will not be withheld for any reason, including but not limited to: outstanding telephone bills, auto accidents, or lost time due to illness. Host Family agrees that the Au Pair will perform childcare services and light housekeeping duties related to childcare which shall not exceed: 45 hours per week (30 hours for EduCare participants) and a maximum of 10 hours per day. Host Family agrees that the Au Pair will have 1 1/2 consecutive days off per week and 1 full weekend off per month. The Au Pair will also receive 2 calendar weeks (14 days) of paid vacation, to be taken at mutually agreed upon times. Host Family will add Au Pair to the family insurance policy (comprehensive, collision, auto and medical) if the Au Pair is expected or permitted to drive the Host Family's vehicle(s). If we, as the Host Family, fail to provide such primary insurance, we agree to be financially responsible for any injury or property damage resulting from the Au Pair's driving. Host Family agrees to provide $500 in tuition costs at an accredited post-secondary educational institution to pursue 6 semester hours of academic credit ($1000 for EduCare participants to pursue 12 semester hours). Hosts are responsible to pay the "first" $500 ($1000 for EduCare). For costs exceeding this amount, the costs become the responsibility of the Au Pair. The Host Family will be responsible for transportation to and from the place of instruction. An adult member of the Host Family, or another responsible adult, will be present in our home with the Au Pair during the first 3 days of arrival. Family will ensure that if there is an infant less than 3 months old living in the home, a parent or another responsible adult shall be present at all times and the Au Pair shall not be sole caregiver for that child at any time, including sleeping hours. Host Family agrees to maintain adequate homeowner's fire, liability, auto and any other applicable insurance to cover the activities of the Au Pair and family members. Host Family agrees to attend at least one Family Day Conference/ Cultural Event organized by the Community Representative to include the entire family and the Au Pair. Host Family agrees to pay additional flight costs for the Au Pair's international flights costing over $800.

### B. APF's Responsibilities with Host Family

We accept that the sponsoring organization, APF and its representatives:

Will oversee the selection and placement of an Au Pair with our family, but we, as the Host Family, will select our own Au Pair after reviewing Au Pair applications and after speaking to the Au Pair on the phone at least two times. APF will interview our family with all family members present in our home. APF must receive at least two references for the Host Family and verify employment of the Host Parents. APF

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY      APF 000095



## Host Family Application

will conduct a criminal background check including check of the national sex offender registry of Host Parents and all adult household members over 18 years of age. APF may make inquiries to any third person or government agency regarding the Host Family and all its members. APF will have regular contact with the Au Pair and Host Family and shall assist Host Family and Au Pair if the placement cannot continue for any reason. APF will not be liable for and does not guarantee acceptable performance by the Au Pair. Host Family agrees that Au Pair is not an employee, agent, or an independent contractor of APF. APF is not responsible for any act or omission on the part of the Au Pair. APF may immediately terminate Host Family's participation in the program and remove the Au Pair from the Host Family's home.

If APF determines at its sole discretion that the Au Pair is in an unsuitable environment or is being treated in an inappropriate manner; or if Host Family fails to comply with any terms of this Agreement, including but not limited to: failure to pay the full program fee or any other stipend or payment required hereunder, or fail to comply with any of the U.S. Department of State regulations governing the program, APF will terminate the Host Family's participation in the Au Pair program and relocate the Au Pair. In the case of such a termination, Host Family shall not be eligible for a program refund or to obtain a replacement Au Pair.

### C. Host Family Requirements for an Unsuccessful Match

Host Family agrees to an initial two month adjustment period to give adequate time for Au Pair to adjust to culture, home, community and Host Family. We understand the match between our family and Au Pair may not be successful. If the relationship between our family and the Au Pair suffers in any way, we accept and agree that APF will work with our family to resolve the situation. Host Family agrees to cooperate fully in maintaining communication among APF field staff and Au Pair.

Host Family accepts that after two months, if there is a serious incompatibility problem which is confirmed as irreconcilable by a representative of APF, and APF believes in good faith that the failure of placement is not due to the Host Family's lack of adherence to the Host Family Agreement by the Host Family, APF will make reasonable attempts to locate another Au Pair for our family. Host Family accepts that if the placement is unsuccessful and is not due to the Au Pair's lack of adherence to the Au Pair Pledge and Agreement, the Au Pair will remain in residence with Host Family, continue to fulfill child care responsibilities, and receive the weekly stipend until a new Host Family can be arranged, not to exceed 14 days. If Host Family is not willing to keep the Au Pair in their home until Au Pair is placed elsewhere, Host Family agrees to pay a $20 per day housing stipend not to exceed 14 days or until another placement for the Au Pair can be arranged, whichever comes first. Host Family understands that the Au Pair may be placed with another family in their community or elsewhere, or the Au Pair may be excused from the program and returned to their home country.

Host Family accepts the resolution may include the placement of another Au Pair, no sooner that the end of the second month of the exchange and no later than the end of the sixth month.

### D. Refund of Fees

We are fully aware that the majority of APF's costs are incurred during both the interview and placement period, and the orientation and training; thus we accept the limited refund policy which will be applied and set forth below. The decision of APF is final in determining a breach of the Host Family Agreement and the amount of refund, if any. The APF Program is intended primarily as a cultural exchange

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 4.24.2013

HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY      APF 000096

## Host Family Application

program rather than a domestic services business. Therefore, the refund policy is the exclusive remedy of APF. APF is not responsible for any economic damages or costs alleged to arise from loss or unavailability of the Au Pair's services.

Host Family must allow completion of the grievance process with the Community Representative, Au Pair and Host Family prior to the submission of a refund request. Once this process has been completed, the refund request will be submitted. The refund will be calculated based on Section E, and presented to the Host Family within 15 days.

### E. Fees Payable and Refunds

Host Family agrees to pay the Program Fees, as outlined in the Payment Authorization Form.
• The application fee of $250 is non-refundable, unless a family's application is not accepted.
• If the Au Pair receives a visa denial and the Host Family cancels as a result, APF will refund all monies paid less the $250 non-refundable application fee.
• If the Host Family cancels after the DS Form is issued and prior to the Au Pair's arrival in the U.S., APF will refund all monies paid less $1000 ($250 application fee and $750 cancellation fee.)
• If the Au Pair cancels prior to arrival, APF will refund all monies paid minus the $250 non-refundable application fee.
• Once the Au Pair arrives in country, a total of $1,250 is non-refundable. If either party cancels prior to the end of the contract term, the refund is as follows:
 • APF will refund all monies paid less $1,250 ($250 non-refundable application fee and $1000 non-refundable arrival fee). Any processing fees paid for installment plan options are non-refundable.
 • If the Host Family is on the Payment Plan and has a balance of fees due, or if any other fees are due to APF, this balance due will be subtracted from the total refund amount.
 • The remaining fees paid will be divided by the contract term. A refund will then be provided for the number of weeks in which the Au Pair is not with the family.
 • Host Family will have the option of a cash refund or a program credit to be used for a new Au Pair. Once the choice is received in the APF office, a refund will be issued within 30 days.
 • If Host Family has less than 9 months remaining on their original 12 month program year, no cash refund will be given. Instead, Host Family will receive a credit of $300 a month toward a new program year.

**I/We attest that, after reviewing all of the program rules and regulations and all financial costs, we are financially able to participate in this program.**   **Host Family Initials _____**

**I have read & understand the above terms & conditions.**   **Host Family Initials _____**

### F. Miscellaneous

In addition to all conditions, rules and guidelines stated above, we understand and accept the following: APF shall not be responsible for any personal bills incurred by the Au Pair while residing with our family. This includes telephone bills, credit card charges, and other purchases or debts. APF will use reasonable efforts to screen Au Pair candidates; however, APF cannot guarantee that an Au Pair offered to us will be compatible with our family circumstances or free from behaviors or personal characteristics which we might find objectionable. APF's function is to locate and present us with candidates whom APF

HIGHLY CONFIDENTIAL–ATTORNEYS' EYES ONLY

APF 000097



## Host Family Application

believes are suitable, but that the final interviewing and selection of an Au Pair for our family is our responsibility. We agree to use the best of efforts in the selection process to review the candidates carefully and select the Au Pair we believe will be the best choice for our family. If a dispute arises as to any of these limits or requirements, APF shall resolve said dispute, and its decision shall be final. We understand that in the event there is an infant under the age of 2 years old, the Au Pair must have 200 hours of documented experience working with children under 2 years of age, excluding family references. Such documented experience shall be verified by APF prior to the placement of the Au Pair in our home. We certify that both Host Parents are U.S. citizens or legal permanent residents who are fluent in English, and both Host Parents and adults living in the home have been, or will be, personally interviewed by an APF representative.

### G. Release of Liability

We agree to release APF, its subsidiaries, their officers, employees, and agents from all claims for any personal or property damage, injury, loss, delay, or expense incurred by us or any family member, guest, employee, or agent, due to events beyond APF's reasonable control, including, but without limitation to: acts of God, acts of war, or government restrictions, and in the absence of gross negligence or willful misconduct by APF, any events directly caused by any intentional or negligent acts or omissions by an Au Pair placed in our household.

### H. Indemnity

We further agree to hold harmless APF and their subsidiaries, officers, employees, and agents for any liability expense, including court costs and legal fees, incurred by them resulting from any personal or property damage, injury, loss, or expense incurred by any such Au Pair that we directly cause to contribute to in any way.

### I. Failure of Placement

Acknowledging that APF is a cultural exchange program rather than a domestic services business, and that this Agreement is not made primarily for commercial or economic benefit to APF, we understand and agree that if APF is unable for any reason, after reasonable efforts to place an Au Pair with our family or to obtain a replacement Au Pair if one should be needed, APF is not responsible for providing alternative or interim child care or for the cost of doing so. We agree to release APF, its subsidiaries, and their officers, employees, and agents from any and all claims for financial, incidental, or consequential damages, including but not limited to: costs of alternative or interim childcare costs, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of the Au Pair's services for any reason whatsoever.

### J. Representations

We have received a copy of, and have read and understand: the United States Department of State's rules for Exchange Visitor Programs, Title 22 of the Code of Federal Regulations, Part 62.31 governing Au Pair Programs; and the Department of State's written statement to Host Families. We agree to comply with all provisions of the Exchange Visitor Program rules applicable to Host Families. We understand and agree that to the extent any of our home state labor laws (for example, minimum wage

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY       APF 000098



# Host Family Application

and overtime rules), or federal, state and income tax laws may apply to the performance of services by an Au Pair in our home; we are solely responsible for complying with such laws. APF does not provide legal advice regarding any such laws and is not responsible for informing us of or overseeing compliance with any such labor laws and income tax laws which can vary from state to state and are subject to change without notice.

## K. General Provisions

It is agreed that the U.S. Labor Law shall apply to this Agreement, and I agree to submit to the jurisdiction of the State of California courts. I have read this entire Agreement carefully, and I have had the opportunity to ask questions, obtain advice as to its meaning and I understand it. We understand that this document, titled "Host Family Agreement" may be signed in counterparts and may be faxed. A faxed or electronic signature shall be considered the same as the original. In the event of a dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in San Francisco, California, upon petition of either party. In such proceedings, the parties may utilize subpoenas and have discovery as provided in California Code of Civil Procedure Section 1282.6, 1283, 1283.05. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction of the Courts of The State of California, because, among other reasons, this Agreement was negotiated in large part in California, and the APF is domiciled in California. We hereby certify to the APF that we have adequate financial resources to satisfy all of our obligations as a Host Family in the APF Program. We have received a copy of the APF Payment Authorization Form and understand the payment options as set forth in this document. We understand that whichever method of payment we choose, we are obligated to make payments according to that method.

**We have carefully read this Agreement, we fully understand and agree to all terms and conditions of this Agreement with the Au Pair Foundation and we have obtained a copy of this document for our records.**

**By checking the "Accept" box below, and electronically initialing and signing, you verify that you are the person named in this agreement and agree to all terms within.** ☐ ACCEPT

Host Parent 1: _____Date: _____

Host Parent 2: _____Date: _____

**Credit Authorization Agreement - Please read the following Authorization Agreement**

By completing the Payment Authorization information on the following pages and electronically signing by selecting "Accept" below, I authorize designated Financial Agents of Au Pair Foundation (APF) to initiate a credit card charge to my credit card as indicated on the Payment Authorization. I further authorize the financial institution named above to debit such entries to my credit card account as indicated. All credits initiated by the APF designated Financial Agents pursuant to this authorization shall be made under the stated terms of the Host Family Agreement and the Payment Authorization Form, in which I have, hereby, signed both documents either in hard copy or in electronic version. This authorization is to remain in full force and effect until APF has received written notification of termination, as stated in the Host Family

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                APF 000099



## Host Family Application

Agreement in such time and in such manner as to afford APF reasonable opportunity to act on it. I further authorize future scheduled installments to be automatically charged to my credit card at such time as stated and agreed upon within the Payment Authorization, if I so choose the Installment Option. ☐ ACCEPT

Host Parent 1: _____Date: _____

Host Parent 2: _____Date: _____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org   Revised: 4.24.2013

13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Case 1:14-cv-03074-CMA-KMT   Document 923-59   Filed 03/17/18   USDC Colorado   Page 33 of 197

# Exhibit 107

PLAINTIFFS' RESP. APP.0001032



# Au Pair Handbook



PLAINTIFFS' RESP. APP.0000133  HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000160



## Au Pair Handbook

**Index**

| | |
|---|---|
| Au Pair Foundation Mission, Programs and Staff | 2-4 |
| Host Family Matching | 5 |
| Au Pair and Host Family Responsibilities | 6-7 |
| Educational Component | 8 |
| Things to Remember Before Departure | 9-11 |
| Arriving in the United States | 12 |
| Cultural Adjustment to USA | 13-16 |
| Conflict Resolution | 17 |
| Financial, Legal and Other Important Matters | 18-22 |
| Child Discipline Guidelines | 23-24 |
| Guidelines for Promoting Discipline in Children | 25-26 |
| Understanding Child Behavior Problems & Ways to Give a Child Trust | 27 |
| How to Cope Positively With Difficult Child Behavior | 28 |
| Child Development Benchmarks | 29-32 |
| Pre-Departure Project | 33-34 |

**Appendix**

| | |
|---|---|
| Fulfillment of Educational Component Form | 35 |
| Au Pair Return Travel Form | 36 |
| J-1 Au Pair Program Regulations | 37-42 |

**Important Contact Information**

**Community Representative Information** (Au Pair should complete)
Name…………………………………………………….
Telephone…………………………………………….
E-mail…………………………………………………..

**Au Pair Foundation**
205 Keller Street, Suite 204
Petaluma, CA 94952
Toll-Free within the US: 1-866-4-AuPair
*In an emergency, follow prompts to select 24-Hour Emergency Service.*
Fax: 415-257-6383
www.aupairfoundation.org
info@aupairfoundation.org
Responsible Officer: Ellen Hoggard

**U.S. Department of State**
Bureau of Educational and Cultural Affairs,
SA-5, 2200 C Street, N.W.,
Washington, D.C. 20522-0500
Tel: 202-632-2805, jvisas@state.gov
http://j1visa.state.gov/programs/au-pair/

**Medical Insurance: AVI International**
Telephone: 416-340-7317
Toll-Free within the US: 1-888-551-9798
Submit claims to:
AVI Assistance – SelectCareWorldwide
2316 Delaware Ave #292
Buffalo, NY 14216
avi-claims@selectcareworldwide.com

**International Revenue Service (Taxes)**
Toll Free Telephone: 1-800-829-1040
www.irs.gov

**Social Security Administration**
Toll Free Telephone: 1-800-772-1213
www.ssa.gov

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

1

PLAINTIFFS' RESP. APP.0000634    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000161



## Au Pair Handbook

# Au Pair Foundation Mission, Programs and Staff

### Au Pair Foundation Mission and Program Objectives

Au Pair Foundation (APF) offers American families a flexible and affordable childcare option by placing highly qualified, loving childcare providers from other countries in their home. Host Families learn more about the Au Pair's culture, language, and the world around them, while the Au Pairs learn about life with an American family, experience a unique cultural exchange, and create lasting memories throughout the program year. Our boutique agency strives to provide all of our Host Families and Au Pairs with an exceptional cross-cultural exchange and childcare program that will enhance their understanding and acceptance of other cultures, and foster lifelong friendships.

Au Pairs teach their Host Families about life in their home countries, and Au Pairs enrich American children's education and cultural understanding. Not only will the Host Families and Au Pairs benefit from the international exchange, but the Host Families' communities will also benefit, through the Au Pairs' participation in educational classes, involvement in local activities, and participation in daily life in the USA. APF strives to ensure that Au Pairs return to their home country to share the positive aspects of American people and culture that they experience during their Au Pair program with their friends, family and countrymen.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

2

PLAINTIFFS' RESP. APP.0000035     HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000162



## Au Pair Handbook

**APF Au Pair Program Types**

On the APF Au Pair cultural exchange program, Au Pairs live with an American Host Family and care for the Host Family's children. In exchange for childcare services, Au Pairs receive a weekly stipend and educational stipend (listed below), and full room and board in the Host Family's home. Au Pairs also receive international airfare and 45 hours of online childcare training provided by APF. Below is a summary of the program types offered by APF:

Standard Care Au Pair

- Up to 45 hours per week of childcare for children over 2 years of age
- Weekly stipend of $195.75
- Educational stipend of $750 to pursue 6 semester hours of academic credit

Infant Care Au Pair

- Up to 45 hours per week of childcare for infants between 3 months - 2 years of age
- Au Pairs must have at least 200 documented hours of infant care experience, not including child care provided for family or relatives
- Weekly stipend of $195.75
- Educational stipend of $750 to pursue 6 semester hours of academic credit

EduCare Au Pair

- Up to 30 hours per week of childcare for school-aged children. Au Pairs participating in this program may not be placed with families with preschool-aged children unless alternative, full-time arrangements are in place for their supervision.
- Weekly stipend of $146.81
- Educational stipend of $1000 to pursue 12 semester hours of academic credit

You will be responsible for paying for educational expenses that exceed the stipend, transportation within the U.S. to the international departure city, and any other additional personal expenses, such as personal phone calls and entertainment.

As an Au Pair, you will not be expected to care for an infant less than 3 months of age without a host parent or other responsible adult present. Childcare duties will not exceed 10 hours any given day. As part of your program, you are entitled to 1 full weekend off per month and 2 weeks (14 days) of paid vacation during the program year.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

3

PLAINTIFFS' RESP. APP.0001036 CONFIDENTIAL-ATTORNEYS EYES ONLY    APF 000163



## Au Pair Handbook

### Au Pair Foundation Staff

The Au Pair Foundation (APF) staff provides program administration and manages the network of all Host Families and Au Pairs while in the United States. APF staff maintains monthly contact with you and your Host Family. This continuing support ensures that all your questions are answered, and any problems that arise are resolved quickly. All APF staff is here to support you during your Au Pair program in the USA!

Overseas Partner Offices

Au Pair Foundation has established a network of trusted international partner offices to assist APF in screening, selecting and providing pre-departure orientation for Au Pair program applicants. Overseas partner offices will also assist candidates to apply for their J-1 visa at the local U.S. Consulate in their home country.

Community Representatives (CR)

APF's Community Representatives (CRs) screen prospective Host Families, and provide support for you and your Host Family during the program year in the USA. Your Community Representative will help you make the transition to your new home, local community, and U.S. culture. Additionally, your CR will also be available to help you resolve any problems that may arise during your program.

Regional Directors (RD)

Regional Directors train, support and supervise Community Representatives within a geographic region. RDs ensure that qualified Au Pairs are placed with compatible Host Families and that all parties receive support during the program year. Your Regional Director will be in close contact with you and your Host Family to ensure that your program is going smoothly.

National Director of Field Operations (NDFO)

The National Director of Field Operations oversees the field as it pertains to current Host Families and Au Pairs, Regional Directors and a team of Community Representatives around the country. The NDFO is also responsible for national and regional sales, growth and marketing strategies. Additionally, the NDFO and team work to create initial and continuing training for Community Representatives and Regional Directors.

Au Pair Foundation Headquarters

Au Pair Foundation is managed by the Director of Admissions, who works in the headquarters office located in Petaluma, California. The Director of Admissions is responsible for maintaining relations with overseas partner offices, managing SEVIS, and other program staff and office personnel. The Director of Admissions works closely with the National Director of Field Operations.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

4

PLAINTIFFS' RESP. APP. 000037    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APF 000164



## Au Pair Handbook

# Host Family Matching

After you complete the Au Pair Application and are accepted into APF's program, prospective Host Families will be able to review your profile through APF's website. Once a Host Family is interested in moving forward with your application, the host parents will call you at least two times before offering you placement. APF provides Host Families with your program application which displays the best time to call you; however, some Host Families may choose to call outside of these hours due to time differences and the host parents' work schedules.

During the interview, use the Interview Helper Guide to write down the Host Family's first and last names, ages of children, and rules of the house. You should also prepare a list of questions to ask the Host Family, such as questions about the children, their interests, their activities, and a typical day's schedule.

It is VERY important that you are completely honest during the interview. Remember that you will be living with this family for an entire year, and changing to a new Host Family is typically very difficult. For example, if you smoke, you should say this on the Au Pair Application and during the interview. In the past, Au Pairs have lied about smoking to be accepted by a Host Family. After the Au Pair arrived and started smoking, the trust between the Au Pair and Host Family was damaged. A small lie like this can lead to problems and even dismissal from the program. Honesty is always best!

If you accept a Host Family placement, you should not accept other interviews. If another Host Family does contact you, you should tell the Host Family that you already have accepted a placement.

If you are unsure about the match, you should not reject the placement on the phone with the Host Family. In this case, please tell the family that you will consider the offer, and then discuss your concerns with your Home Office. Do not decline placement with a Host Family only due to geographic location. If you decline a Host Family due to location, you may not receive another placement offer.

**Confirmed Match**

Once the Host Family has offered you the position as Au Pair for their family, you will be responsible for paying the program fees to your Home Office. At that point, you will receive the Au Pair Acceptance Packet, which includes the Host Family Placement Confirmation, the Host Family Application, the Host Family Community Profile, Form DS-2019 (used to apply for a J-1 visa to the U.S.), a letter and brochure from the Department of State, and medical insurance information.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA   Tel: 1-866-4-AuPair   Fax: 1- 415-257-6383
www.aupairfoundation.org   info@aupairfoundation.org   Revised: 1.12.2013

5

PLAINTIFFS' RESP. APP.0000038 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   APF 000165



## Au Pair Handbook

## Au Pair and Host Family Responsibilities

### Au Pair Responsibilities

As an APF Au Pair program participant, you will be expected to:

- Provide quality child care to your Host Family for up to 45 hours per week
  (30 hours per week for EduCare participants)
- Commit to exclusively working with your Host Family for a minimum of 12 months (no additional employment allowed)
- Fulfill the educational requirement of pursuing at least 6 credit hours
  (12 credit hours for EduCare participants)
- Complete household chores related to children. Exercise common sense – if a toy is on the ground, pick it up!
- Respect and follow your Host Family's rules and APF's policies
- Be flexible!
- Communicate openly with your Host Family and CR
- Communicate any problems to your CR or Regional Director
- Follow and comply with the mediation and conflict resolution process, if needed
- Submit required paperwork, including a weekly report of working hours and time off and monthly check-ins, to your CR and APF

### Additional APF Rules and Regulations for Au Pairs

- You must complete the required contacts with your CR and RD.
- You must participate in at least one scheduled Family Day Conference/ Cultural Event with your Host Family and CR.
- You must obey all U.S. federal, state and city laws.
- Use of illegal drugs or underage drinking of alcohol will subject you to program termination.
- You are entitled to 1 ½ consecutive days off per week.
- Your vacation times must be approved in advance by your Host Family.
- Your free time must be spent in ways that do not reflect poorly on your Host Family.
- You must reimburse your Host Family for any personal expenses that they incur on your behalf, including but not limited to, personal phone calls, personal use of family's car, or any household damage you cause.
- You are not permitted to hitchhike or pick up hitchhikers while driving.
- APF reserves the right to terminate your Au Pair program for serious violation of any program rules, or if a participant's mental or physical health is in jeopardy, as determined solely by APF. In the event of program termination, you are required to return to your home country at your own expense.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

6

PLAINTIFFS' RESP. APP.0000039   HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY     APF 000166



## Au Pair Handbook

**Household Rules and Responsibilities**

You should expect your Host Family to establish some household rules at the beginning of your exchange program. Some typical household rules include:

- Contribute to household chores and cleanliness as they relate to you or the host children, including: keep your own room clean, do the children's laundry, set the table before the children's meals, wash and dry the children's dishes, clear the table after the children's meals, prepare meals for children, driving children to activities, etc.
- Keep Host Family informed of where you are going and when you will return
- Abide by a reasonable curfew for returning home at night
- Maintain a positive attitude and be an active member of the family
- Do not monopolize the phone or computer
- Request your family's permission before inviting friends to the house

**Host Family Screening**

Prospective Host Families are required to undergo background and screening checks. Au Pair Foundation is dedicated to protecting the interests of our Au Pairs. Host parents and all adult family members over 18 years of age who are residing in the home must pass a criminal background check and check on the national sex offender registry. Host Families are interviewed and references verified to ensure they are qualified to host an Au Pair for a year and have the right expectations for the program. Au Pair Foundation's role is to ensure that a mutual cultural exchange takes place and that both parties are suitable for the program.

**Host Family Responsibilities**

Host Families who host an APF Au Pair participant are expected to:
- Include you as a member of the family
- Limit your working hours to a <u>maximum</u> of 45 hours per week (*30 hours per week for EduCare participants*) and 10 hours per day
- Pay a weekly stipend of $195.75 (*$146.81 for EduCare participants*)
- Pay an educational stipend of $750 (*$1000 for EduCare participants*)
- Arrange, provide or pay for transportation to and from your classes
- Provide 1 ½ consecutive days off per week, 1 full weekend off per month and 2 weeks (14 days) of paid vacation per year
- Provide you with a private bedroom
- Spend the first 3 days after your arrival in the home to train you
- Participate in at least 1 Family Day Conference/ Cultural Event
- Share American culture with you. Be understanding of cultural differences
- Not require heavy housework such as lawn mowing or cleaning entire house
- Encourage open communication
- If you are required to drive the family automobile, add you to the family's insurance policy (comprehensive, collision, auto and medical)

205 Keller Street, Suite 204 Petaluma, CA 94952 USA      Tel: 1-866-4-AuPair      Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

7

PLAINTIFFS' RESP. APP.000040   HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY      APF 000167



**Au Pair Handbook**

## Educational Component

The educational component is an important part of the Au Pair program. Not only does your educational experience offer a great opportunity for you to improve your English skills, but it also is a great way to meet new friends in your local community.

Your CR and your Host Family will assist you to select and register for classes. Your Host Family is required to facilitate your attendance and provide or arrange for transportation to your classes. You should begin classes no later than two months after arrival in the U.S. Eligible classes include history, political science, math, career-based courses, writing and English as a Second Language (ESL) courses. If you have a special area of interest and are unsure if it is acceptable, discuss it with your CR. All classes must be taken at an accredited post-secondary educational institution.

Once you have completed your educational component, you must submit the Fulfillment of Educational Component Form (see appendix) to your CR. Fulfillment of the educational component of the program is a requirement by the U.S. Department of State.

- Standard Care and Infant Care Au Pairs must take 6 semester hours of academic credit, or about 72 hours of classroom time. Host Families will provide up to $750 in an educational stipend.
- EduCare Au Pairs must take 12 semester hours of academic credit, or about 144 hours of classroom time. Host families will provide up to $1000 in an educational stipend.

What Is a Credit?

Post-secondary education is measured in terms of "academic credit". One credit usually entails one hour of classroom time and two hours of homework per week for a semester-length course. In a laboratory course, one credit usually entails three hours in the classroom or laboratory.

How Many Credits Should You Take?

In deciding how many units to take each semester, it is important that you plan time for attending classes, reading, studying, completing homework, and completing your Au Pair childcare responsibilities.

*Example:* 3 credit hour class
3 hours classroom time for a semester (approximately four months)
6 hours home work /outside study /assignments (2 hours for each credit hour)
9 hours per week for a 3-credit class

PLAINTIFFS' RESP. APP. 000404    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000168



## Au Pair Handbook

# Things to Remember Before Departure

**Online Child Care Training**

APF Au Pair participants are required to attend an online child care training workshop before departure to the USA. During this workshop, you will receive a total of 45 hours of child development, safety and general training. The training includes 32 hours of child development information, 8 hours of child safety instruction, and other useful information. After each section of the training, you will be required to pass an exam which tests your understanding of the information. Upon completion of the online training, please inform your Home Office, who will then inform APF to send your international flight.

**Before Departure To-Do List**

1. Research the Ages of the Host Family's Children

Be proactive and locate information on developmental stages, popular American foods for children, and activities to do with children before you leave your home country. Your stay with your Host Family will run smoothly if you have prior knowledge on these subjects. When doing your research, look for information by reading books, asking your friends and family, and researching various websites. Try to focus on websites and books that pertain to the age group of the children you will be caring for. If the child is 18 months old, look for information about 2-year-olds. Ask your Home Office for assistance if needed.

2. Provide Contact Information to Your Family

Provide your biological family with your Host Family's telephone contact numbers and email addresses. Remind your biological family that you will be busy in intensive training with your Host Family for the first three days, so the best day to talk will be on the fourth day after you arrive. Once you get to the United States, you should be able to easily buy an international calling card. You should not start your stay by asking your Host Family to make an international call. Buy a card and begin using it from the start. It will make life much easier, and the rates on many calling cards are more affordable than Host Family telephone plans.

3. Organize your Finances

Be sure to organize your finances before departing for the U.S. If you have debt, try hard to pay it off before leaving, so that you do not have to worry about it while in the USA. International wire transfers are expensive and complicated. If you plan to send money home on a regular basis, talk to your bank at home to learn the best way to do so. Once you arrive and get settled into your community, you will be given instructions on how to set up a bank account at a local bank. Having a U.S. bank account will facilitate financial transactions. Remember: Never carry large amounts of cash!

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

9

PLAINTIFFS' RESP. APP.000042CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000169



## Au Pair Handbook

### 4. Visit the Doctor and Dentist

Go to your doctor and dentist before you leave your home country. Routine dental work is not covered by your AVI medical insurance policy and can be quite expensive in the United States. Make sure that you have a check-up and have any required dental work completed before you leave.

If you have any medical conditions that need treatment, complete the check-up and treatment before you leave your home country. If you must travel with medication, make sure you take the doctor's prescription for the medication with you. You could be asked to show proof of medications at U.S. Customs.

If you wear glasses or contact lenses, make sure you have a current prescription and an extra pair of glasses.

### 5. Consider Purchasing Additional Insurance

Review your medical insurance policy carefully and consider purchasing additional health insurance if you have any pre-existing medical conditions, as they are not covered by APF's standard medical insurance through AVI International.

You may also want to consider purchasing additional travel insurance to cover your travels before you arrive in the USA.

### 6. Prepare Important Documents

Ensure that you have the following documents ready and available for your travels. Make sure the documents are not expired or do not expire during your trip!
- Passport
- International Driver's License – Apply for one before you leave
- Birth Certificate – Bring a copy in case it is needed
- Diplomas and Transcripts – You will need them when registering for classes in the U.S.

Make copies of each of the documents. Leave one copy of all documents at home with your family. Travel with another copy of all the documents, stored separately from the originals.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

10

PLAINTIFFS' RESP. APP. 00001043    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APF 000170



## Au Pair Handbook

7. Packing Tips

- Ask your Host Family what the climate is like in their town and pack some basic items for each season. You will not need formal clothes, but it is always a good idea to have one basic black dress or semiformal outfit in case you need to dress more formally.
- Pack lightly! You will be buying things over the course of the year and will have to carry everything back! Luggage fees are your responsibility.
- Your Host Family will appreciate a small gift of a typical item from your country to share with your family. Books with photos or children's games are a good way to introduce your culture to your family.

8. Tips for the Day of Travel

- Give yourself extra time to get to the airport. Recent security measures have extended check-in times considerably. Getting to the airport at the last minute is STRESSFUL and not a good start for your program year. If you miss your flight, you will be responsible for any airline penalty or rebooking fees.
- Security:
    - No sharp objects are allowed in your carry-on luggage. Make sure to pack things such as knitting needles or fingernail clippers in the luggage you plan to check-in.
    - All liquids, gels and aerosols must be in containers of three ounces or less. Larger containers that are half-full are not allowed. All carry on liquids, gels and aerosols must be placed in one quart-size, zip-top, clear plastic bag. Each traveler must remove their quart-sized plastic, zip-top bag from their carry-on and place it in a bin or on the conveyor belt for X-ray screening. X-raying separately will allow TSA security officers to more easily examine the declared items.
- Eat lightly, abstain from drinking alcohol, and drink plenty of water before and during the flight. This helps reduce the negative effects of jet lag.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

11

PLAINTIFFS' RESP. APP.0000044    CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000171



**Au Pair Handbook**

## Arriving in the United States

### Training

Your first few days in the program will be busy and full of activity learning about your Host Family, and how to safely and effectively care for the children. During this training period, ask lots of questions and be sure to write everything down.

Once settled, you will meet with your APF Community Representative who will guide you throughout your program year and assist you with your needs. Your CR will provide you with an orientation, orient you to the program guidelines, check-in with you frequently, organize a Family Day Conference/ Cultural Event, and assist you with any problems that may arise during your program. If for any reason you do not hear from your CR within in 24 hours of your arrival, please call the APF headquarters office toll free at 1-866-428-7247 or 1-866-4-Au Pair.

### Your New Family

Remember that every family is different. Don't fall into the trap of comparing situations with other Au Pairs in your area. Every family has its positive and negative aspects.

Your Host Family has invested a significant amount of money in the program and has high expectations for you to provide reliable and safe child care for their children. Your Host Family expects you to be a positive addition to their family.

The first two months of your program are crucial to the success of the program. Communication during this adjustment period is very important! Clarify anything you don't understand. Don't be embarrassed to ask what things mean. Above all, be honest!

### Orientation After Arrival

Your Community Representative will establish contact with you and your Host Family within 24 hours of your arrival. Your CR will host an orientation meeting with you, during which time you will complete the Host Family-Au Pair Agreement. This agreement will establish the rules to be observed and respected throughout the year. Review the agreement carefully before the meeting, and make sure all rules and agreements are included in writing and signed by both you and your Host Family. Americans tend to be direct and prefer to clearly state expectations. You should also try to be open, honest and clear when completing the Host Family-Au Pair Agreement.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

12

PLAINTIFFS' RESP. APP.0000475    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000172



**Au Pair Handbook**

## Cultural Adjustment to USA

Culture shock is a normal response among cultural exchange participants. It is the emotional and behavioral reaction to living and working in another culture. The culture shock can feel like a roller coaster ride as the physical, emotional and mental highs and lows come in waves. Everyone will experience culture shock differently, to varying degrees and for varying lengths of time.



- Stage 1: Everything seems exciting, interesting and new.
- Stage 2: Cultural fatigue. The Au Pair starts to see differences and begins to feel uncomfortable. The Au Pair becomes tired, both physically and mentally.
- Stage 3: Surface adjustment. The Au Pair begins to understand the people and their ways. The Au Pair feels more comfortable.
- Stage 4: Hidden problems. Although outwardly the Au Pair seems to be fitting in, the Au Pair begins to question certain aspects of the culture. The Au Pair is homesick and possibly has conflicts with family and friends. The Au Pair may feel dissatisfied and thinking, "Everything would be better if only…"
- Stage 5: Fitting in. The Au Pair accepts the host culture and feels comfortable with the way of living. The Au Pair may even feel like a native of the host country.
- Stage 6: Going home. The Au Pair will begin to have mixed feelings about going home.

You will need to be patient and allow yourself time to adjust to all the changes and differences between cultures. Brainstorming coping strategies for dealing with culture shock can be a great and fun way to get to know your Host Family and help homesickness. No matter what happens, a positive frame of mind is a great help.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1-415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

13

PLAINTIFFS' RESP. APP.000046 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000173



## Au Pair Handbook

### Stereotypes

It is easy to form stereotypes of people from different races, religions, neighborhoods, states, and countries. What is a "typical American"? Someone who drives a big car and eats hamburgers? Not a very accurate definition, right? It is important not to let these stereotypes make you blind to the real characteristics of people you meet. Do not let a cultural difference interfere with building friendships. Understanding American culture will help you better understand your own culture by challenging you to view your native country's ways from a new perspective. Always keep in mind: It's not right or wrong; it's just different!

### Cultural Activities

Your Community Representative will organize at least one Family Day Conference/ Cultural Event for you and your Host Family. The family day conference/ cultural event serves the dual purpose of providing an opportunity for you and your Host Family to socialize outside of the home and facilitate cross-cultural understanding through the sharing of typical "American" events, such as a picnic in a park or sporting event. You should also use this event as a time to ask any questions or discuss concerns you have about the program to your CR or Host Family.

As an integral part of Host Family life, you will be offered the opportunity to participate in cultural and social activities on a daily basis. Through daily life with your Host Family, you will experience and take an active role in family meals, social events with other families, and daily rituals, all of which will offer an insider's perspective on U.S. culture. Additionally, you will take part in holiday celebrations, which may include religious celebrations, national holidays, gift-giving rituals, and as well as local parades, festivals or ceremonies.

As a child care provider, you also will be exposed to the activities of U.S. children, which may include developmental classes for babies or children; youth sporting events; social gatherings, such as play groups or children's parties; educational events, such as school plays, musical performances or educational field trips; or museum outings, such as to a children's museum or science center.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

14

PLAINTIFFS' RESP. APP.0000147 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000174



## Au Pair Handbook

### Child Rearing

Every culture has its own standards of acceptable child rearing and discipline. Americans generally encourage children to be independent and try new things, within limits. Your host parents may raise their children differently than parents typically would in your country. Discuss with your Host Family what their child rearing goals are. Find out how your methods differ from those of your Host Family culture.

Discipline is often an important issue to discuss with your host parents. Au Pairs must understand the acceptable forms of discipline, as set by the Host Family, and abide by them. An Au Pair should NEVER hit or shake a baby or child. Shaking a baby can cause permanent brain damage or even death. The best way to deal with unruly children is be clear and consistent.

Carefully review the child rearing and discipline sections in this manual.

### Alcohol and Smoking

In the United States the legal drinking age for alcohol is 21, and it is strictly enforced. Entrance in bars and discos that serve alcohol is restricted to those over 21 years of age. Driving while under the influence of alcohol (DUI) is VERY DANGEROUS. Driving while intoxicated is a serious crime and will result in immediate imprisonment and heavy fines. Au Pairs should NEVER drink and drive. It will result in immediate termination from the program!

Smoking has become more socially unacceptable in the United States in recent years. Many cities and towns have banned smoking from public places and within a certain distance from entrances. Smoking is generally poorly regarded and not accepted in many social situations. If you smoke, you should clearly indicate this on your program application. Do NOT smoke in or outside of your Host Family's house without permission.

### Food

The food served in your house is part of the culture. American meals tend to be informal. Many family members eat "on the run" and have "sit-down meals" only on the weekends. Although the food may be different than what you are accustomed, you should try everything at least once (unless you have an allergy or the food is against your religion). Offering to cook one of your favorite dishes from your country is a good way to share your culture with your Host Family and demonstrate your food preferences.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

15

PLAINTIFFS' RESP. APP.0000048 CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000175



## Au Pair Handbook

**Privacy**

Ask your Host Family about their privacy customs.  It is sometimes hard for Host Families to understand that you may need to be alone behind closed doors, as Americans are usually very social.  If you need to spend time alone, explain to your family that you have had a full day and would like some time alone to relax.  Remember, communication is important, especially in the early days.

**Religion**

Talk with your Host Family about their religious beliefs and whether they attend services or practice religious rituals at home.  You should also tell your Host Family about your religious beliefs.  Remember attending religious services or groups may be an excellent opportunity for you to meet other young people.  However, you should not be forced to attend services or practice any religion. Being respectful of others' religious beliefs is an important part of U.S. culture.

**Standards of Modesty**

Americans may have different standards of modesty in dress, behavior or way of speaking. Differing standards of modesty can be a source of embarrassment.  Host families should not impose their standards of behavior upon you; however, you have a responsibility not to cause embarrassment for the family.  If you dress or behave in a way that your Host Family finds inappropriate (or vice versa), your CR can help you and your Host Family work through these differences to find a solution so that everyone feels comfortable.
☐**Expressing Gratitude**
**Expressing Gratitude**

In the United States, saying "thank you" is an important part of being polite. Show your host parents how much you appreciate all they are doing for you.  Everyone loves to be recognized and appreciated.  Say thank you often.

PLAINTIFFS' RESP. APP.0001049    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000176



## Au Pair Handbook

## Conflict Resolution

If you and your Host Family members all strive to communicate openly, practice flexibility, and have patience, most conflicts and problems will be avoided before they begin. However, all families have disagreements, and this may occur with your Host Family. Conflict is a natural part of family interaction. If you have a conflict or problem with your Host Family that you are unable to resolve on your own, ask your Community Representative for assistance. Your Community Representative has been trained to assist you through mediating disagreements and conflicts.

Steps to Resolving Conflict with your Host Family:
1. Communicate with your Host Family to attempt to resolve the problem.
2. If the problem persists, you should advise your Community Representative.
3. If, after allowing some time for the situation to change, the problem continues, you should advise APF and your office in your home country in writing.

**Rematch**

Rematches are rare and typically only occur in cases of extreme conflict or unacceptable behavior on the part of the Host Family. No relocations are made during the first two months unless a Host Family has breached their contract. Every attempt should be made to work out differences and problems.

If problems arise which cannot be resolved even after thorough counseling by the Community Representative and APF, APF will try to relocate the Au Pair with a new Host Family. While every attempt will be made to find a new Host Family, the Au Pair Foundation cannot guarantee a rematch will be made. Au Pair Foundation will use the Au Pair's original application and characteristics when seeking rematch. Prospective Host Families will be encouraged to speak with the Au Pair's original Host Family during the rematch process.

No requests for specific geographic locations will be accepted. No extended travel will be permitted during the transition period. The Au Pair must be readily available for an interview and to travel to the new Host Family immediately.

All outstanding financial obligations such as telephone bills and medical bills must be paid to the Host Family before departing.

If no suitable rematch family has been found, the Au Pair may be required to return to his or her home country. If APF determines that the Au Pair's program has been ended at no fault of the Au Pair, APF will purchase the Au Pair's return flight home. If a match has ended due to the Au Pair's poor performance or a violation of program rules, the Au Pair will be required to purchase the international flight home at his or her own expense.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

17

PLAINTIFFS' RESP. APP.0003CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000177



**Au Pair Handbook**

# Financial, Legal and Other Important Matters

### Medical Insurance

Au Pair Foundation Au Pairs are covered by a comprehensive medical insurance – AVI International – which remains in effect throughout the program year. As with any insurance policy, it has specific coverage exclusions and limitations. You will be responsible for a $250 deductible if you visit an emergency and are not admitted into the hospital or treated for acute illness or injury. Be sure to review you policy carefully, and carry the insurance identification card at all times. If you experience a medical emergency or are in need of emergency return travel home, call collect +33-155-633-166 to speak to an AVI international service representative.

### Social Security

Au Pairs should apply for a Social Security Number (SSN) at least 14 days after arrival in the U.S. This allows enough time for your information to pass through the appropriate U.S. government systems. An SSN is required to open a bank account and necessary for Host Family's tax purposes. APF will provide you with a letter from Au Pair Foundation to support your Social Security application, and your CR will guide you through the process to apply for a SSN.

### Opening a Bank Account

To make your life easier and facilitate financial transactions it is recommended that Au Pairs open a bank account. There are several options available ranging from checking, savings or pre-deposit visa accounts. Many banks offer free or low cost checking accounts with ATM (Automatic Teller Machine) access. This is an easy way to manage money and will come in handy if deposits or international transfers are needed. Talk to your CR about local banks and account options. Be sure to request information about fees, such as ATM charges.

### Expenses

APF and your home office program fees will be clearly outlined to you when you apply for the program. Although your Host Family provides you with room, board, a weekly stipend, and an educational stipend, you will be responsible for covering any additional personal expenses, such as clothes, telephone calls, educational expenses and personal entertainment. APF recommends that you budget $200 per month to cover your expenses. Talk about your financial responsibilities with your Host Family when you arrive. Money can be a sensitive issue. If you fail to pay for things which are your responsibility, your Host Family may start to resent you and may be less willing to do things for you. Don't let your expenses go unpaid! Most importantly, you should never borrow from or loan money to your Host Family. Avoid running short by keeping a budget of what you are spending during the first few months.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

18

PLAINTIFFS' RESP. APP.0000151    HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY    APF 000178



## Au Pair Handbook

**Telephone and Computer**

Discuss with your Host family and Community Representative the amount of time you can spend on the telephone and internet. Limit your calls to your home country to about a half hour once every week or two. Calls to your home country should be made only using a prepaid phone card so as not to incur charges on your Host Family's telephone bill. English should be the language spoken with talking with anyone other than your natural family. Since you will be using your Host Family's phone, remember to pay special attention when taking messages for them. Have respect for your Host Family's services and consider that their messages are as important to them as yours are to you. Ask your Host Family to explain their telephone services, such as how call waiting works.

**Safety**

- Always try to do activities with friends. Avoid walking alone, especially at night.
- Get to know your community and avoid areas that may not be safe.
- Never, under any circumstances, enter a stranger's car.
- Do not give strangers your home address or phone number.
- Always be aware of their surroundings.

**Emergencies**

If you are experiencing a serious medical, legal or personal emergency, call your Community Representative immediately. Your Community Representative is available to provide you with immediate help and support. If you cannot reach your CR, contact APF's 24-hour emergency answering service at: 1-866-428-7247 or 1-866-428-4AUPAIR. Follow the prompts to connect to APF's emergency line.

Please try not to call your CR at unreasonable hours unless you are truly experiencing a serious emergency. An "emergency" is when someone's life or personal security is threatened:

- An accident resulting in physical injury and/or hospitalization
- A violation of state/federal law
- Any life-threatening situation

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

19

PLAINTIFFS' RESP. APP.0000052 CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000179



## Au Pair Handbook

### Transportation

You should quickly become familiar with the transportation options available in your area. Your Host Family and CR will be able to assist you to learn about bus schedules, local transportation stops, and other available transportation options.

Many smaller towns in the U.S. do not have public transportation. Unless your Host Family lives in a major urban area, you should not expect reliable public transportation.

Your Host Family may give you permission to drive their car to transport their children. Driving the family car is a privilege, not a right. If you are permitted to drive, find out what you should do and how much you would have to pay in case of a car accident. APF does not cover claims resulting from automobile accidents.

Special Note: Your Host Family must provide or pay for transportation to and from educational classes and the Family Day Conference/ Cultural Event.

### Family Trips

Some Host Families will include Au Pairs on family vacation trips, though it is not required. If you accompany a Host Family on vacation or a family trip, remember that you will be expected to fulfill your Au Pair duties and responsibilities. This is a working holiday for you!

### Vacation Travel

You are entitled to 2 weeks (14 days) of paid vacation time during your Au Pair program. The dates and nature of travel should be discussed well in advance with your Host Family and communicated to your CR.

There are many travel companies that offer programs or package trips for exchange visitors to travel throughout the United States at a substantially discounted rate. Young people, about the same age as Au Pairs, usually participate in these trips, which last anywhere from one week to one month.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

20

PLAINTIFFS' RESP. APP.0000053    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000180



## Au Pair Handbook

**International Travel Outside the United States**

If you choose to travel outside of the U.S. during your program, you must do the following <u>before</u> booking travel:
- Contact the appropriate country's embassy to determine if a visa is required for entry
- Submit the Form DS-2019 to the Au Pair Foundation Headquarter Office one month prior to departure. Include a self-addressed stamped envelope for prompt return of the documents. The form will be signed by APF and mailed back to you Au Pair.
- Important! Check your J-1 visa. The J-1 visa type should say "Multi-Entry", meaning you can enter and leave the USA on a number of occasions during the program year. Warning: If the J-1 visa is stamped "Single Entry", you are not permitted to leave and return to the USA during your program.
- Complete your international travel before your program end date listed on your Form DS-2019. The J-1 Visa is valid only for 12 months, and re-entry will not be granted after the expiration date.
- DO NOT purchase tickets or confirm any travel plans until completing all the above. Ask your CR if you have any questions.

**Program Extensions**

You will have the option of extending your Au Pair program for 6, 9, or 12 months. You may extend your program with your same Host Family or request a new Host Family from APF. You must complete your original educational component by the 10th month before any extension request will be considered by APF.

You or your Host Family will be responsible to pay for the $233 fee to extend your program in SEVIS. Additionally, your Host Family will be responsible for paying additional program fees (at a significant discount), continuing to pay you the same weekly stipend, and paying for an additional educational stipend:

Standard Care & Infant Care Au Pairs:
- $375 for a 6-month extension to pursue 3 semester hours of academic credit
- $750 for a 9-12 month extension to pursue 6 semester hours of academic credit

EduCare:
- $500 for a 6-month extension to pursue 6 semester hours of academic credit
- $1000 for a 9-12 month extension to pursue 12 semester hours of academic credit

As an extending Au Pair, you will be responsible to pursue the semester hours of academic credit outlined above, continue your childcare responsibilities to your Host Family, and continue to abide by the APF program rules.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA      Tel: 1-866-4-AuPair      Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

21

PLAINTIFFS' RESP. APP.0000054    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY      APF 000181



## Au Pair Handbook

**The 13th Month**

You have the option of remaining in the United States at the end of the program year for 30 days. This is referred to as the 13th month grace period. You can take advantage of this grace period to travel in the United States. Au Pair Foundation will make a reservation for return travel up to 30 days after your program end date. Host Families are not required to pay weekly stipends or housing for the 13th month. Purchase of additional AVI medical insurance through APF is required at a cost of $65 to cover this period.

**Requesting a Return Flight**

Au Pair Foundation will arrange the international departure flight for you. Three months prior to departure, APF will send you the return flight form for you to complete. You will need to indicate if you will be staying the 13th month, propose your travel itinerary and select an international departure airport. If you plan to travel during the 13th month, you should end the trip at or near the international departure city, as APF is not responsible for the cost of travel during the 13th month or cost of travel from vacation destinations to the international departure city.

**Consequences of Visa Violation**

It is important that you understand the consequences to overstaying your visa. You must be committed to returning to your home country no later than 30 days after the DS-2019 program end date. An Au Pair who remains in the U.S. after this date will be in illegal status and, if caught, may be detained in jail until the Au Pair's family pays for return flight. Family members of an illegal alien in the U.S. may not be able to obtain a visa into the U.S. for many years.

APF will report any Au Pair who overstays his or her visa to the proper U.S. government authorities. Local authorities can access these databases if, for example, the Au Pair later applies for a driver's license or credit card. Police officers and airport Customs/ Immigrations may also be able to access the visa record.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

22

PLAINTIFFS' RESP. APP.000035    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000182



**Au Pair Handbook**

## Child Discipline Guidelines

### Child Discipline Techniques

One of the greatest challenges for you will be how to establish respect and open communication with the children in your care. Host Families come from diverse backgrounds and have widely differing philosophies about child rearing. It is very important to complete the child rearing differences exercise and discuss it thoroughly with your Host Family. Consistency is very important for children, so it is important to show the same child rearing techniques as your host parents. The following are a series of articles on child rearing and discipline that should be read carefully. An Au Pair must never hit a child. Read the following articles to help formulate a series of actions to discuss with the Host Family regarding child rearing.

### Child Discipline and Punishment

Although sometimes used interchangeably, punishment and discipline do not have the same meaning and do not serve the same purpose, having most characteristics in direct contrast to one another.

| Discipline | Punishment |
|---|---|
| Emphasizes what a child should do | Emphasizes what a child should not do |
| Is an ongoing process | Is a one-time occurrence |
| Sets an example to follow | Insists on obedience |
| Leads to self-control | Undermines independence |
| Helps children change | Is an adult release |
| Is positive | Is negative |
| Accepts child's need to assert self | Makes children behave |
| Fosters child's ability to think | Thinks for child |
| Bolsters self-esteem | Defeats self-esteem |
| Shapes behavior | Condemns misbehavior |

It takes time and consistency, but through the following seven steps we can guide children's behavior and help them learn to resolve problems in ways that allow them to feel responsible and empowered, bringing strong, fair and skilled problem solvers to our community.

1. Stop the action - interrupt behavior.
"Stop, that isn't safe. I know you are angry, but you may not hit her."

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

23

PLAINTIFFS' RESP. APP.000106 CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000183



## Au Pair Handbook

**2. State what you see.**
"I see you both want the fire truck. We only have one fire truck and two children. Is that what's happening?"

**3. Listen to their explanation.**
Actively hear their issue and interpretation in a non-judgmental way.

**4. Identify the problem and validate feelings.**
"You are sad when the fire truck is grabbed from you. You are sad he has the truck."

**5. Brainstorm solutions**
Allow children to come up with as many ideas as possible. "What can we do about this?" They will feel empowered when not afraid of consequences from adults.

**6. Listen to all suggestions** (all valid ideas)
"Bobby wants to take turns. He would like the first turn. Is this okay?" Continue until outcome is agreed upon. When they are out of ideas, offer some options. Toddlers need to be offered some realistic choices; they are not able to brainstorm yet. Sometimes a solution cannot be agreed upon and they get tired of negotiating. "I see you are really tired of talking about this but we need to solve this problem." Angrily: "He can have it!!!" "So you choose to do something else?" "So Bobby can have the fire truck while you----?"

**7. Summarize**
Repeat when a solution is agreed upon. "Okay I see you have decided to paint and you have decided to play with the fire truck." Then give final approval. Support the child walking away so as not to feel beaten down or victimized by giving in. Empower that child for the choice in helping to resolve the conflict.

Finally, use as few words as possible. We must not explain until their eyes glaze over. Keep it age appropriate and non-judgmental. If a child is out of control he or she may need to be removed from the scene. Sometimes redirection or distraction ("Let's go read a story, and we can try again later") may be the best solution. If the consequences are to find another place to play, see that they are successful in getting involved. Follow through so that there isn't a spiral of misbehavior. We must have expectations but not demands.

Be a role model, expressing anger appropriately. ("I am really angry with you when-----") Hate is a very destructive word and often children mean something else. Give them vocabulary choices by defining their feelings. ("You are really angry with me. While we are angry, we may not hurt each other.") If a child doesn't agree with your rewording of their feelings most often they will correct you. If we keep practicing these skills with the children they will start to make smart choices, be confident and empowered in their own decisions.

By Dr. Geeta Thakur

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

24

PLAINTIFFS' RESP. APP. 000757 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000184



## Au Pair Handbook

# Guidelines for Promoting Discipline in Children

1. **Crystal Clear Expectations**
Make sure that the child has a clear idea of WHAT he is expected to do. Misunderstandings arise when the child is confused over what is expected of him. The child is also confused when both scolding and approval are administered at the same time.

2. **Timed Expectations**
Make sure he has a clear idea of WHEN he is expected to do the things required of him. Young children do not have a clear idea of time, but they do learn early the sequence of events.

3. **The Execution Skill**
Make sure the child has a clear idea of HOW to do what he is expected to do. Teaching children how is very important. We may often tell the children to be polite, but unless he is enlightened about what specifically being polite means, he cannot be polite. Talk about what it means to be polite (e.g. not shouting from one end of the room to the other, not throwing toys around, not snatching, etc.) It is amazing how much a little effort can teach children efficiently 'how' but unless they are taught carefully, completely and in detail, full cooperation will be impossible because they simply cannot do things which they do not understand fully.

4. **Reasoning**
Make sure that the child has a clear idea of WHY he is expected to do certain things. Giving a good honest reason for everything the adult expects the child to do will help discipline. Such knowledge will reduce rules and regulations which might make the child rebellious.

5. **Automated habits**
Get habits established for automatic cooperation. To establish desirable habits, it is necessary to do the same thing over and over again in the same way and with the same sequence.

6. **Mental digestion time**
Give the child enough time for mental digestion. The child needs time to digest and absorb new ideas and suggestions. A child may be ready to cooperate after a time lapse while immediate conformation is difficult and may not even be possible. When the time comes for doing things a little time lapse always helps. During the time lapse, counting to ten is a good technique for young children. Simply telling the child to stop may not be as effective as allowing an extra minute or two. When there is a need to resort to punishment about a certain persistent wrong habit of behavior it will help him to cooperate if a warning is given.

7. **Lavish Praise and Cooperation**
Praise lavishly repeatedly and sincerely whenever it can be done. Praise every improvement. The effects of praise are dramatic instead of nagging at the children who are perpetually messy, praise them every time they are neat.

8. **Nobler Motives**
Appeal to the child's nobler motives. Expect the children to do the right things. Sometimes warnings can give a child the notion that he is expected to do wrong. Do not start fighting, as this may give the child the idea he is expected to fight!

9. **The Nag Tag**

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

PLAINTIFFS' RESP. APP.000058 HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY    APF 000185



## Au Pair Handbook

Do not nag, argue, threaten or verbally attack the child's personality. Nagging, threatening and arguing arouse resentment and negates cooperation in the long run. Children can be exasperating at times being slow, inefficient, forgetful, and irritating. Under such circumstances it is easy to fall into the habit of nagging, arguing and condemning. It will not only bring down their level of confidence but will not get you too far. Have confidence in his abilities rather than demeaning him.

10.  Substitute Orders
Ask questions rather than giving orders. Asking questions and setting limits help to bring in discipline. When children are involved in the discussion of working out rules together discipline is more effective.

11.  Before/ After Praise Syndrome
Praise the child before and after each correction. When the child is to be corrected after a mistake, start and end with praise. Sandwich corrections between praises.

12. The Natural Touch
Make things natural and easy. Making things natural will facilitate learning and achievement. "Come on, now it will not take you too long to finish this task."

13.  Sympathy Miracle
Express sympathy for the child's actions. Expressing sympathy with the child's point of view will make him more willing to oblige and comply with the adult's point of view.

14.  Substitution vs. Denial: Substitute Rather Than Deny
Children have to learn sometimes that there are some irrevocable and fundamental "no" signs in life. However, the blow of the word "no" can be minimized by suggesting alternatives, and at the same time the child will be learning a habit that will help him throughout life. A person who can think of different ways of satisfying the same desire has an easier time in getting used to the disappointments of no's in life. "I am sorry you cannot throw books"  "Here is a ball or a bean bag which can be thrown and played with." Suggest two alternatives, since choosing between two alternatives is a complex and absorbing problem. In that effort, the child often pushes away the original idea out of his mind.

15.  True confession
Confess your mistake. Confessing your mistake will help get the child get over his bad feelings and smooth the road for future discipline and cooperation.  The ability to admit the wrong done is a sign of strength and not weakness. Not only will the child love and respect the adult, but he will also learn to admit his own mistakes.

16.  Cooperation is Key
Remember cooperation is a two way process. The technique of discipline will work only if the child does not get the feeling that it is a one way road. Cooperation is based on the 'you help me, and I'll help you, and we work together' spirit.

PLAINTIFFS' RESP. APP. 0059    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000186



## Au Pair Handbook

## Understanding Child Behavior Problems & Ways to Give a Child Trust

In order to understand why your child is misbehaving, it is helpful to keep a diary:

Identify one behavior that you would like to change in your child. Be as specific as you can i.e. won't do as she / he is told, hitting, demands things, whines, shouts. Write this behavior down. Discuss it with the host parents.

When the behavior occurs, write down what caused it (triggers) and what happened afterwards (the result). After a week try to see if there is any pattern to the behavior. When is it occurring (particular time, situations)? Who is it occurring with? What are the reasons? What are the consequences?

Ask yourself what is my child learning from the way I respond to this behavior? Am I setting limits and boundaries consistently?

Once you have a clear picture you are ready to change the pattern by changing the triggers and consequences after observing this behavior pattern. You may have to try and ignore certain behavior, try not to give in, remove certain privileges, look and sound as if you mean it when asking you child to do something. Most importantly concentrate on encouraging and rewarding good behavior all the time!

It is extremely important to discuss problem behaviors with your host parents. Many times these behaviors appear when they are working so they will not recognize patterns. Discussing them openly with the parents and agreeing on consistent ways of dealing with them is the only way to effectively deal with the problem. If the parents are not involved in the process, it will surely fail due to lack of consistency and the children will learn to manipulate the situation.

### Ways to Give a Child Trust

1. Be There. Talk to your child. What was their day like? Be available. Encourage your child to express feelings creatively by keeping a diary or drawing

2. Be Consistent. Establish a reliable routine. A clear and consistent routine helps a child feel safe and secure.

3. Let Your "No" Be No. If you say "no" to your child, make sure you both understand what that means and keep to the rule. Do not shout. Your child wants to know that your "no" means no.

By Dr. L Batra

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

27

PLAINTIFFS' RESP. APP.0000000    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000187



## Au Pair Handbook

# How to Cope Positively With Difficult Child Behavior

**1. Establish House Rules**
Make simple rules for your child. Start with a few "things we do and don't do." Discuss them with your child.

**2. Prevention Is Better Than Cure**
If you feel that a child's behavior is beginning to get out of control, "nip it in the bud" by distracting the child's attention onto a positive activity or game.

**3. Understand Your Child's Behavior**
Define simply and clearly any difficult behavior. Keep a diary of what led up to the behavior and what immediately followed it. From this, see if there is a pattern. What are the triggers and consequences which might be keeping the behavior going? DON'T blame yourself but work at changing your responses.

**4. Discipline with Short Time-Outs**
Try to view discipline in a different way e.g. if a rule is broken, discipline with a time out a short, quiet time alone, without play. Alternatively ignore minor behavior difficulties as your attention will often inadvertently encourage the very behavior you want to stop.

**5. Take Five**
When tensions and anger rise in you or your child, take five. Take five minutes to cool down and to ask yourself, "Why am I getting so angry?" Try to identify the real problem, and then find the solution. Always control your temper.

**6. Never Strike In Anger**
Research has shown that hitting a child does not help, and can do more damage. Never strike a child in anger. Smacking is not effective in reducing poor behavior, as it does not teach children good behavior.

**7. Don't Yell or Shout at Children**
Avoid yelling at children in anger. Do not put down children. If they break a rule, tell them what they did wrong and why that makes you angry. Be angry at what they did, NOT at who they are.

**8. Get Away**
When you feel frustrated, angry or uncontrollable, let your feelings out safely away from your children. Get out. Take a walk. Do not stay alone with the children when you are overwhelmed. Get help and support.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

28

PLAINTIFFS' RESP. APP. 0001081     HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000188



**Au Pair Handbook**

# Child Development Benchmarks

Child development occurs differently from child to child, i.e., at different rates. If your child is a little ahead or a little behind at a certain age this is also normal.

<u>4 years old</u>

Physical Development
Can climb a ladder; walks up and down stairs with ease.

General Child Behavior
Fully toilet trained; can almost dress and undress self; eats with fork and spoon; washes and dries hands.

Language
Engages in coherent conversation; gives name, age and address; understands time.

Typical Personality
Uses imagination to try out new things; increasingly self-sufficient; lively; can share—not always successfully.

Common Normal 'Problems'
Noisy and assertive; willful; makes up stories; explores, wanders; shows off, swears.

<u>5 years old</u>

Physical Development
Runs quite well; right or left handedness now fairly clear.

General Behavior
Dresses and undresses without aid; washes and dries face and hands; plays constructively; draws recognizable humans and houses; elaborate make believe group play.

Language
Speaks fluently; counts objects up to about 20.

Typical Personality
Serious minded; practical; cooperative; learning to share; thrives on praise.

Common Normal 'Problems'
Tells fanciful tales (using imagination); swears; may still suck thumb.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

29

PLAINTIFFS' RESP. APP.0001082 CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000189



**Au Pair Handbook**

<u>6 years old</u>

**Physical Development**
More skillful with hands; may be able to ride a bicycle; starts to lose first teeth and acquire permanent molars.

**General Behavior**
Casual and careless in washing and dressing; draws pictures with some supporting detail; knows left hand from right hand.

**Language**
Begins to read and prints letters and simple words; reads and writes numbers; adds and subtracts single digit numbers.

**Typical Personality**
Excitable, impulsive and changeable; may seem rude or aggressive.

**Common Normal 'Problems'**
Mild sex play; exhibitionism in toilet; fearful—sounds, ghosts, being lost; slow to follow instructions; wants to be first and to have the most; boasts.

<u>7 years old</u>

**Physical Development**
Shows some elementary skill in bat and ball games, skipping, hopscotch; can learn to swim or to play musical instrument.

**General Behavior**
Shows increased awareness and understanding of the world around; polite and anxious to impress.

**Language**
Reads simple words and sentences; prints large and small letters; adds within 20 and subtracts within 10.

**Typical Personality**
Quiet and thoughtful; shows sense of responsibility.

**Common Normal 'Problems'**
Forgets instructions; "Nobody loves me"; jealous of older siblings getting more privileges; sex play but occurring less often.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

30

PLAINTIFFS' RESP. APP.0001063    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000190



## Au Pair Handbook

<u>8 years old</u>

**Physical Development**
Physical play very lively; sporting skills develop markedly.

**General Behavior**
Bathes, dresses, sleeps and eats well; talks to strangers; takes part in team sports; drawings show some proportion and perspective.

**Language**
Reads with understanding; learns writing; starts to add and subtract two or three digit numbers and multiply and divide single digit numbers.

**Typical Personality**
Self-reliant, sociable and outgoing; active; may be critical of others; popularity and success are very important outside the family; aware of own failures.

**Common Normal 'Problems'**
Failure hard to cope with; tempted to cheat; does not finish tasks and may cry if failure is mentioned.

<u>9 years old</u>

**Physical Development**
Adept with hands and fingers; special skills such as in sport and music become evident.

**General Behavior**
Well behaved; perseveres in work or play; self-sufficient and may enjoy being alone.

**Language**
Masters basic techniques of reading, writing, adding, subtracting, multiplying, and dividing; reads stories and writes brief letters to relatives.

**Typical Personality**
Sensible; self-motivated; may be shy in social situations; may talk about sex with friends; interested in body organs and functions; less afraid of dark; not afraid of water.

**Common Normal 'Problems'**
Worried and anxious; has physical complaints such as stomach aches and headaches when has to do disliked tasks; rebels against authority; sex swearing beginning; perseveres with tasks.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

31

PLAINTIFFS' RESP. APP.0001064    CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000191



## Au Pair Handbook

<u>10 years old</u>

**Physical Development**
Has natural command of basic physical skills such as dressing, feeding, ball games and bike riding.

**General Behavior**
Quite the little adult—able to shop alone, go to school camps; asks about social issues.

**Language**
Reads well; does long multiplication and long division by one digit numbers; writes stories up to about a page in length.

**Typical Personality**
Cool, calm and collected; generally a peaceful age; accepts parent's word as law.

**Common Normal 'Problems'**
Interest in smutty jokes; name calling and may physically fight with siblings.

<u>11-12 years old</u>

**Physical Development**
Early adolescence; rapid physical change with the development of pubic hair, breasts in girls, pimples and gawkiness.

**General Behavior**
Develops strong sexual feelings; concern with own identity and values; wants to be listened to and taken seriously; experiments and takes risks; questions parents' values.

**Language**
Continues developing language and numerical skills.

**Typical Personality**
Impulsive; strong emotions; large mood swings; self-conscious; relates strongly to age mates; less dependent on family; wants more privacy.

**Common Normal 'Problems'**
Takes risks; rebellious; over sensitive about appearance; over optimistic; confident; unrealistic; preoccupation with sexual matters; doesn't want to join in family activities.

By Prof Geeta Thakur

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

32



## Au Pair Handbook

## Pre-Departure Project

The following project is designed to help you and your Host Family discuss and understand cultural differences. Your Host Family also will be encouraged to complete the same assignment before you arrive. We request that you read and think about the answers to these questions before you arrive in the USA. Your Community Representative will guide a discussion which will review these topics at the orientation session after your arrival at your Host Family.

1) Family Background

- Where were you born and raised?
- What was the ethnic background of your parents and grandparents?
- What country did they or their ancestors emigrate from, and when? Why did they emigrate?
- Do you know anything about your family's early experiences in this country? What were they like?
- What characteristics, traditions, and values held by your parents and grandparents do you still maintain? Which have you changed?

2) Family Child Rearing Practices

- What is the most important thing a family can provide for a child?
- What is your preferred form of discipline for misbehavior, and why?
- How do you view physical forms of discipline, and what do you call it?
- How do you know when a person has "gone too far?"
- Are there general beliefs about child discipline that many people from your culture share?
- Do you expect different things for boys and girls? What are they?
- Do you expect different things from older children and younger ones? What are they? And, at what age does a child become "older?"
- What is your family tradition about meals?
- Who cooks, who eats when, do children feed each other, what kinds of foods do you prefer?
- Who cares for the children when the parents have to go out?
- At what age were you first left alone? At what age are children in your family given responsibility to care for other children?

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1-415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

33

PLAINTIFFS' RESP. APP.0006 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000193



**Au Pair Handbook**

3) Family Roles and Rules

• Who makes what kinds of decisions in your family?
• What decisions can you make by yourself without input from anyone?
• What decisions does your (wife, husband, mother, boyfriend) make?
• Would you call your family "intergenerational?" That is, do extended family members play a large role in your life? (Parents, sisters and brother, aunts and uncles, grandparents, non-blood "relatives" such as godparents, friends, etc.)
• What kinds of things do you think are "personal" and shouldn't be talked about with people outside the family?

4) Family Support Networks

• To whom do you turn when you are in trouble or need help?
• Is your family involved with a church? How big a role does religion play in your lives?
• Did anyone other than your parents care for you for any extended period of time? Who?
• How did you feel about being cared for by people other than your parents?
• Who in your life has had an important influence on your development?

5) Intercultural Experiences

• Explain if, and how, discrimination has affected your life?
• How do you decide if you can trust people or not?
• Do you have trusting and friendly relationships with people from other cultures or ethnic backgrounds? What kinds of pre -judgments do you think other people make about you because of your race, ethnicity, or culture?
• What would you want a person of another culture, like me, to know and understand about your culture?

6) Closure

• How have you felt about this assignment?
• Were there any questions that you found offensive or disrespectful?
• What can you tell to help someone better understand and work with other Au Pairs of your cultural or ethnic background?

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

34

PLAINTIFFS' RESP. APP. 00007    HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    APF 000194



**Au Pair Handbook**

## Fulfillment of Educational Component Form

Please print everything clearly in pen. To fulfill the United States Department of State Regulations for the Au Pair Visitor Exchange Program, an Au Pair must complete either 6 semester hours of academic credit at an accredited post- secondary educational institution *(12 hours for an EduCare participant)*.

Complete this form and have your instructor sign it or obtain copies of your official transcripts. Return this form and/or transcripts to Au Pair Foundation.

Au Pair Name ……………………………….…………… U.S. Arrival Date ……………………….......
Host Family Name ………………………………………………………………………………………
Street Address……………………………………………………………………………………………
City …………………………………………………………….. State ……………………………………

Name of Educational Institution ………………………………………………………………………
Street Address …………………………………………………………………………………………
City …………………………………………………………….. State …………………………………
Phone Number …………………………………………………………………………………………
Instructor's Name ………………………………………………………………………………………
Courses Studied …………………………………………………………………………………………
Start Date …………………………………… End Date ………………………………………………
Total number of course units or number of hours of instruction per week ……………………………
Total hours completed or to be completed ……………………………………………….....................

Instructor Signature ……………………………………………………Date ………………………
Official instructor's signature is required and certifies the above is true and accurate.

Au Pair Signature ……………………………………………………….. Date ………………………
Your signature certifies the above is true and accurate.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

35

PLAINTIFFS' RESP. APP.000008 CONFIDENTIAL- ATTORNEYS' EYES ONLY     APF 000195



**Au Pair Handbook**

## Au Pair Return Travel Form

Au Pair Name:_____

Host Family Name:_____

Au Pair Start Date:_____        Program End Date:_____

Preferred Travel Dates: _____through _____
(allow 2-week window)

Preferred Departure City: _____

I understand that neither Au Pair Foundation nor my Host Family is responsible for housing or paying me a stipend beyond the 12-month commitment.  Initial ........

I understand that if I do not return to my home country before the termination of my visa, I will be in violation of US Immigration Laws and subject to criminal charges and deportation at my own expense.  Initial .........

Host Family Signature: _____

Au Pair Signature: _____

Date:_____

Witness:_____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA        Tel: 1-866-4-AuPair        Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

36

PLAINTIFFS' RESP. APP.00009 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY        APF 000196



**Au Pair Handbook**

# J-1 Au Pair Program Regulations

**62.31 Au pairs.**

(a) *Introduction.* This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) *Program designation.* The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) *Program eligibility.* Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel. 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

37

PLAINTIFFS' RESP. APP.000070    HIGHLY CONFIDENTIAL-ATTORNEYS EYES ONLY    APF 000197



## Au Pair Handbook

(d) *Au pair selection.* In addition to satisfying the requirements of § 62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e) *Au pair placement.* Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) *Au pair orientation.* In addition to the orientation requirements set forth at § 62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

---

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 1.12.2013

PLAINTIFFS' RESP. APP.0000071   HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY     APF 000198



## Au Pair Handbook

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) *Au pair training.* Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) *Host family selection.* Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) *Host family orientation.* In addition to the requirements set forth at § 62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

39

PLAINTIFFS' RESP. APP.000072 CONFIDENTIAL-ATTORNEYS' EYES ONLY     APF 000199



## Au Pair Handbook

(j) *Wages and hours.* Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) *Educational component.* Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( *i.e.* , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) *Monitoring.* Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA      Tel: 1-866-4-AuPair      Fax: 1- 415-257-6383
www.aupairfoundation.org      info@aupairfoundation.org      Revised: 1.12.2013

40

PLAINTIFFS' RESP. APP. 000073     HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY      APF 000200



## Au Pair Handbook

(m) *Reporting requirements.* Along with the annual report required by regulations set forth at § 62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) *Sanctions.* In addition to the sanctions provisions set forth at § 62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) *Extension of program.* The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program ( *i.e.* , 30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

(p) *Repeat participation.* A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 1.12.2013

41

PLAINTIFFS' RESP. APP.0004074 HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY    APF 000201



## Au Pair Handbook

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

*Source:* http://www.ecfr.gov/cgi-bin/text-idx?c=ecfr&SID=c40f7c47269a4e83110af2e5ac12b692&rgn=div8&view=text&node=22:1.0.1.7.35.2.1.12&idno=22

205 Keller Street, Suite 204 Petaluma, CA 94952 USA   Tel: 1-866-4-AuPair   Fax: 1- 415-257-6383
www.aupairfoundation.org   info@aupairfoundation.org   Revised: 1.12.2013

42

PLAINTIFFS' RESP. APP.0000075 HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY   APF 000202

# Exhibit 108

PLAINTIFFS' RESP. APP.0001076

| | |
|---|---|
| **From:** | Ilir Zherka <IZherka@Alliance-Exchange.org> |
| **Sent:** | Friday, February 19, 2016 1:20 PM |
| **To:** | wgertz@aifs.com; rferry@aifs.com; bill@asse.com; ellen@aupairfoundation.org; smcnamara@aupaircare.com; chitom@chinet.org; chilinda@chinet.org; goran.rannefors@ef.com; dan.sodervall@ef.com; natalie.jordan@ef.com; shayes@euraupair.com; mark@expertaupair.com; bkapler@goaupair.com; twilson@goaupair.com; shannon@greataupair.com; jennifer@greataupair.com; clamonica-lunn@interexchange.org; mmchugh@interexchange.org; jwilhelm@intraxinc.com; mschneider@intraxinc.com; heidi@proaupair.com; susan@proaupair.com; stacey@agentaupair.com; Christina Reilly |
| **Cc:** | kate@sixkillerconsulting.com; Lisa Heyn; sally@sixkillerconsulting.com; Mark Overmann |
| **Subject:** | DOS Meeting |
| **Flag Status:** | Flagged |

Greetings:

All of your organizations should have received the below email from DOS. Please do not respond yet.

As we have agreed, our collective interest in this meeting is *only* to talk prospectively with DOS about how the stipend might change going forward. This invitation suggest that the conversation will only be retrospective, which is unacceptable.

We will be reaching out early next week to DOS to get some clarification about the meeting and to explore a possible agenda. We'll set up a call with you all to share our thoughts and recommendations once we hear back from them.

Please let us know if you have any questions.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org
202-293-6141

**From:** DesignationAuPair [mailto:DesignationAuPair@state.gov]
**Sent:** Friday, February 19, 2016 11:47 AM
**Subject:** Au Pair Sponsor Meeting



Dear au pair sponsors,

The Department learned recently that a number of sponsors designated in the au pair category of the Exchange Visitor Program are seeking further clarification on the requirements for calculating wages paid to au pairs by host families,

1

PLAINTIFFS' RESP. APP.0001077

ExpertAuPair028121

reflected in the governing regulations at 22 CFR §62.31(j)(1). The Department did endeavor to address this matter in the sponsor meeting held in July 2015, and through an email sent in March 2015. That said, if sponsors feel they would like further clarification on this question, and seek a meeting in order to do so, we are prepared to do so. We propose a date and time for this meeting: Monday, May 2 at 11:00 a.m. at SA-5 (2201 C St NW, Washington, DC).

As you may know, the Department is in the process of revising program regulations for a number of the categories of the Exchange Visitor Program, including the au pair category (22 CFR §62.31). When a Notice of Proposed Rulemaking (NPRM) for changes to these regulations is published in the Federal Register, there will be a 60-day period for comments from the public, including from sponsors and others interested in the au pair program. We will welcome your comments on the NPRM and its contents during that period. Although the Department cannot discuss the proposed changes to the regulations outside the U.S. Government prior to publication of the NPRM, sponsors are welcome to submit their ideas or concerns regarding the program to the Department at any time.

Please let Ethan Bursofsky (BursofskyEJ@state.gov) know if a representative of your organization will be attending the May 2 meeting. We look forward to working closely with you all and trying to address your concerns at that meeting.

Sincerely,

Office of Private Sector Exchange


This email is UNCLASSIFIED.

2

ExpertAuPair028122

# Exhibit 109

PLAINTIFFS' RESP. APP.0001079

Message

| From: | Theresa Nelson APF [theresa@aupairfoundation.org] |
|---|---|
| Sent: | 7/16/2013 12:35:17 PM |
| To: | 'Deborah Herlocker' [chideborah@chinet.org] |
| Subject: | RE: Euro International Education Consultancy |

Hi Deborah

Thank you so much for your extremely informative reply. You have replied in such an honorable manner that really shows the care and commitment you have as a sponsor. Thank you for your cooperation. We have great admiration for CHI and appreciate your assistance! It was very nice running into Tom briefly at the last Alliance meeting.

Sincerely,

Theresa Nelson

Vice President, ARO

Finance and Administration



APF GLOBAL EXCHANGE, NFP

205 Keller Street, Suite 204, Petaluma, CA 94952

Email: theresa@aupairfoundation.org

Skype: theresa.nelson.apf

Phone: 866-428-7247 x202, Direct 707-769-7411

Cell: 707-974-5832, Fax: 707-658-2393




EXHIBIT
Nelson 28
5-9-17

CONFIDENTIAL

CHI0001202

The contents of this message are intended only for the use of the individual or entity to whom it is addressed, and may be privileged and confidential. If the reader of this message is not the intended recipient, such reader is hereby notified that any use, disclosure, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me by electronic mail or by telephone and delete this communication at once. Thank you.

**From:** Deborah Herlocker [mailto:chideborah@chinet.org]
**Sent:** Tuesday, July 16, 2013 11:20 AM
**To:** theresa@aupairfoundation.org
**Subject:** Euro International Education Consultancy

Hi Theresa,

My name is Deborah Herlocker and I am the Operations Manager for CHI's Au Pair program. I received your message regarding Euro International Education Consultancy and my answers to your questions are below.

I am contacting you on behalf of Au Pair Foundation. Your information was given as a business reference by Prashanta Karki, Euro International Education Consultancy, in Nepal. Mr. Karki is currently applying for partnership with us in the recruitment of au pair participants. We would appreciate it if you would give us any comments and information that you have about the experience, reliability and cooperation of Euro International Education Consultancy in your business contract with them. Specifically we would like to know:

1. Please describe what your business relationship is with them?

**We worked with Euro International Education to recruit Nepalese Au Pairs for the U.S.A.**

2. Who did you interact with and what was their position in the company?

**I worked with a person by the name of Prem Chiring Tamang. It has been approximately four years since we worked together, so I am unable to recollect his exact position in the company.**

3. How many years have you been doing business with them?

**We worked with them from 2007 to 2009, so for approximately two years.**

4. Do you feel they were able to meet your business requirements?

**They were definitely able to recruit applicants. During the time that we worked together, they were able to send twelve applicants who were highly qualified childcare providers on paper. Unfortunately, due to the economic and political situation in Nepal, the applicants were either unable to attain their visas or were uninterested in being an Au Pair once they arrived in the U.S.A. I cannot speak to whether this is related to their screening skills or the overall situation in Nepal; however, we decided to cease recruiting in Nepal.**

PLAINTIFFS' RESP. APP.0001081

CHI0001203

5. Were they reliable in providing information and completing the nature of your business?

**It has been a while, but I believe that they were quick to respond to emails and communications, when needed.**

6. Were they able to meet financial commitments?

**I believe they did meet all financial commitments.**

7. Were they able to meet deadlines imposed, if any?

**Not Applicable**

8. Are you currently working with them? If no, why not?

**No. Due to the visa denials and the fact that the few Au Pairs who had their visa approved did not successfully complete their program, but used the program to gain access to the U.S.A discouraged us from continuing to work with Nepal through any agency, including this one.**

9. Your overall impression of your business relationship?

**Our business relationship was greatly clouded by the visa situation and the terminations and no shows for the few Au Pairs who did have their visas approved. As previously stated, I cannot speak to whether this was just this agency or the situation in Nepal. The other Nepalese agencies we attempted to work with were unable to attain the visas at all.**

Please be assured that we will treat your reply with the strictest of confidence. We will not share your response with anyone. Please contact us with any questions or concerns. We greatly appreciate your assistance in providing this reference.

Sincerely,

Theresa Nelson

Vice President, ARO

Finance and Administration

APF GLOBAL EXCHANGE, NFP

PLAINTIFFS' RESP. APP.0001082

CONFIDENTIAL

CHI0001204

205 Keller Street, Suite 204, Petaluma, CA 94952

Email:  theresa@aupairfoundation.org

Skype: theresa.nelson.apf

Phone:  866-428-7247 x202, Direct 707-769-7411

Cell:  707-974-5832, Fax: 707-658-2393

The contents of this message are intended only for the use of the individual or entity to whom it is addressed, and may be privileged and confidential. If the reader of this message is not the intended recipient, such reader is hereby notified that any use, disclosure, distribution, or copying of this communication is strictly prohi

Deborah Herlocker
Operations Manager
CHI Au Pair USA
T: 415-259-2176
F: 415-485-4904
Toll Free:1-800-432-4643, ext 176
skype: chiaupair
chideborah@chinet.org
www.chiaupairusa.org

Facebook: https://www.facebook.com/CHIAuPairUSA

PLAINTIFFS' RESP. APP.0001083

CHI0001205

# Exhibit 110

PLAINTIFFS' RESP. APP.0001084

5/11/2017 Program Costs

INTERNET ARCHIVE WaybackMachine
http://www.aupairint.com:80/index.php?option=com_content&view=article&id=64&It Go
23 captures
5 Apr 2010 - 2 Feb 2017
MAR APR MAY
◀ 05 ▶
2009 2010 2011
About this capture

# Au Pair International
## Your local au pair childcare provider

Home | Au Pair International Advantages | Satisfaction Guarantee | Loyalty Program

search...

☎ 1-888-649-2876

✉ Request Information

**Special Promotion**
Call now to get registered for the limited promotion.

**March 31**

**Find Help Now!**

Get Started!

---

Au Pair Childcare Benefits

Au Pairs Available Now!

Programs

Program Costs
» Payment Plan
» Discounts and Rewards
» Childcare Protection Guarantee

How it Works

Au Pair Program 101

NEED HELP?

Click below to receive a Customer Service call

CALL ME

## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

Program Fee of **$495/Month** With Payment Plan

**Shimming L**

ShimingL

*"I love to teach children. One of my motivations for being an au pair is to...*
*Read more ...*

**EasyStart Payment Plan**

*Call about our EasyStart Payment Plan!*
888-649-2876

| | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | $350 $0 | $350 $0 | $350 |
| **Program Fee\*** | $6,990 $6,690 | $7,490 | $6,490 $5,990 |
| **Weekly Stipend \*\*** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*\*Also see our great payment terms. $495/month payment plan available*

*\*\*Paid directly to au pair weekly*

## Extension Program

Your may now extend your program with your current au pair for 6, 9 or 12 additional months. To extend your current au pair's stay, please contact your Regional Director or a childcare advisor at:

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

**EXHIBIT**
Lehan
6
5·12·17

## EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

PLAINTIFFS' RESP. APP.0001085

5/11/2017                                          Program Costs

INTERNET ARCHIVE
WayBackMachine
23 captures
5 Apr 2010 - 2 Feb 2017

http://www.aupairint.com:80/index.php?option=com_content&view=article&id=64&It   Go

MAR  APR  MAY
◀ 05 ▶
2009  2010  2011

Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001086

Case No. 1:14-cv-03074-CMA-KMT Document 923-13 Filed 03/30/18 USDC Colorado pg 89
of 198

# Exhibit 111

5/11/2017        Program Costs

INTERNET ARCHIVE
WayBackMachine
23 captures
6 Apr 2010 - 2 Feb 2017

http://www.aupairint.com/index.php?option=com_content&view=article&id=64&Itemi  Go

MAY JUL SEP
◀ 11 ▶
2010 2011 2013

# Au Pair International
### Your local au pair childcare provider

| Home | Au Pair International Advantages | Host Families | Au Pairs | Area Directors |

search…

☎ **1-888-649-2876**

✉ **Request Information**

**Special Promotion**
**Save $650** when you apply before the end of the month!

July
31

Submit your application to be eligible for our promotion!

**Find Help Now!**

**Get Started!**

---

| Au Pair Childcare Benefits |
| Au Pairs Available Now! |
| Programs |
| **Program Costs** |
| ≫ Payment Plan |
| ≫ Discounts and Rewards |
| ≫ Childcare Protection Guarantee |
| How it Works |
| Au Pair Program 101 |

NEED HELP?

Click below to receive a Customer Service call

CALL ME

## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

Program Fee of
**$495/Month**
With Payment Plan

**Liseth G.**

LisethG1

*"I love to do recreational activities with the child...
Read more ...*

**EasyStart Payment Plan**

*Call about our EasyStart Payment Plan!*
1-888-649-2876

| | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | ~~$350~~  $0 | ~~$350~~ $0 | $350 |
| **Program Fee*** | ~~$6,990~~  $6,690 | $7,490 | ~~$6,490~~  $5,990 |
| **Weekly Stipend **** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available

**Paid directly to au pair weekly

## Extension Program

Your may now extend your program with your current au pair for 6, 9 or 12 additional months. To extend your current au pair's stay, please contact your Regional Director or a childcare advisor at:

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

EXHIBIT
7
5·12·17
PENGAD 800·631·6989

## EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

PLAINTIFFS' RESP. APP.0001088

5/11/2017                                    Program Costs



Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001089

# Exhibit 112

5/11/2017                                          Program Costs

INTERNET ARCHIVE
WayBackMachine
23 captures
5 Apr 2010 - 2 Feb 2017
http://www.aupairint.com/index.php?option=com_content&view=article&id=64&Itemi   Go
NOV MAR APR
◄ 01 ►
2010 2012 2013
About this capture

# Au Pair International
### Your local au pair childcare provider

| Home | Au Pair International Advantages | Host Families | Au Pairs | Area Directors |

search...

☎ **1-888-649-2876**

✉ **Request Information**

**Special Promotion!!**
**Host Families Save $650**
(Waived $350 application fee +
$300 off of the program fees)

**February**
**29**

**Find Help Now!**

**Get Started!**

---

| Au Pair Childcare Benefits |
| Au Pairs Available Now! |
| Programs |
| **Program Costs** |
| ≫ Payment Plan |
| ≫ Discounts and Rewards |
| ≫ Childcare Protection Guarantee |
| How it Works |
| Au Pair Program 101 |

**NEED HELP?**

Click below to receive a
Customer Service call

CALL ME

## Program Costs

Au Pair International is one of the most reasonable
childcare options available. We are an efficiently-
run organization and we pass the savings on to our
host families. You can save up to $2,000 by
choosing Au Pair International. We do not charge
extra for infant qualified au pairs, we have
generous repeat host family discounts and our fees
are per family and may include multiple children.

For Short Term Program fees and availability,
please contact us. Remember to ask for our many
seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

Program Fee of
**$495/Month**
With Payment Plan

**Anna G. - Click Here To See My Video!**

AnnaG2

*"I speak 4 languages and have
over 6000 hours of childcare
experienc...*
*Read more ...*

**EasyStart Payment Plan**

*Call about our EasyStart Payment
Plan!*
*1-888-649-2876*

|  | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| **Program Fee\*** | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| **Weekly Stipend \*\*** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*\*Also see our great payment terms. $495/month payment plan available*

*\*\*Paid directly to au pair weekly*

### Pre-Selected Au Pairs

Some families come to us with a potential candidate who is not currently working with
Au Pair International. These families qualify for our special Pre-Selected Au Pair rate. If
you are interested in finding out more about whether you qualify for this discount,
please contact us.

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

### Extension Program

You may now extend your program with your current au pair for 6, 9 or 12 additional
months. To extend your current au pair's stay, please contact your Regional Director.

EXHIBIT
8
5-12-17
PENGAD 800-631-6989

PLAINTIFFS' RESP. APP.0001091

5/11/2017                               Program Costs

INTERNET ARCHIVE
WayBackMachine
23 captures
5 Apr 2010 - 2 Feb 2017

http://www.aupairint.com/index.php?option=com_content&view=article&id=64&Item   Go

NOV  MAR  APR
◀ 01 ▶
2010  2012  2013   About this
                    capture

Plan allows you to provide the best care for your children and pay the program fee in
low installments. Read more>>

WETM-buttons-234x60-v1

ACCREDITED
BUSINESS

BBB Rating: A+
Click for Review

Find us on
Facebook

Contact Us

Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001092

# Exhibit 113

PLAINTIFFS' RESP. APP.0001093

5/11/2017                                    Program Costs

INTERNET ARCHIVE
WayBackMachine   23 captures
6 Apr 2010 - 2 Feb 2017

http://www.aupairint.com/index.php?option=com_content&view=article&id=64&Item   Go

MAR APR AUG
◄ 08 ►
2012 2013 2014

## Au Pair International
### Your local au pair childcare provider

| Home | Au Pair International Advantages | Host Families | Au Pairs | Area Directors | Blog |

search...

☎ **1-888-649-2876**

✉ Request Information

**Special Promotion!!**
**Host Families Save $650**
(Waived $350 application fee +
$300 off of the program fees)

April
**30**

**Find Help Now!**

**Get Started!**

---

| Au Pair Childcare Benefits |
| Au Pairs Available Now! |
| Programs |
| Program Costs |
| » Payment Plan |
| » Discounts and Rewards |
| » Childcare Protection Guarantee |
| How it Works |
| Au Pair Program 101 |

**NEED HELP?**

Click below to receive a
Customer Service call

CALL ME

# Program Costs

Au Pair International is one of the most reasonable
childcare options available. We are an efficiently-
run organization and we pass the savings on to our
host families. You can save up to $2,000 by
choosing Au Pair International. We do not charge
extra for infant qualified au pairs, we have
generous repeat host family discounts and our fees
are per family and may include multiple children.

For Short Term Program fees and availability,
please contact us. Remember to ask for our many
seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

**Program Fee of**
**$495 / Month**
With Payment Plan

**Lida L. - Click To See My Video!**


SusanaLimaymanta2

"I am 26 years old with 2400
childcare hours and Fi...
Read more ...

| | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | ~~$350~~ $0 | ~~$350~~ $0 | $350 |
| **Program Fee\*** | ~~$6,990~~ $6,690 | $7,490 | ~~$6,490~~ $5,990 |
| **Weekly Stipend \*\*** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available

**Paid directly to au pair weekly

*** A flight fee surcharge may be billed based on the requested airport by the host family

EXHIBIT
9
5·12·17
PENGAD 800-631-6989

## Pre-Selected Au Pairs

Some families come to us with a potential candidate who is not currently working with
Au Pair International. These families qualify for our special Pre-Selected Au Pair rate. If
you are interested in finding out more about whether you qualify for this discount,
please contact us.

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

## Extension Program

PLAINTIFFS' RESP. APP.0001094

5/11/2017                              Program Costs

http://www.aupairint.com/index.php?option=com_content&view=article&id=64&Itemi    Go

INTERNET ARCHIVE
WayBackMachine

23 captures
5 Apr 2010 - 2 Feb 2017

MAR APR AUG
◀ 08 ▶
2012 2013 2014

### EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment
Plan allows you to provide the best care for your children and pay the program fee in
low installments. Read more>>

Find us on Facebook

ACCREDITED BUSINESS

BBB Rating: A+
Click for Review

Contact Us

Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001095

# Exhibit 114

PLAINTIFFS' RESP. APP.0001096



## Program Costs

Au Pair International is one of the most reasonable childcare options available. We are an efficiently-run organization and we pass the savings on to our host families. You can save up to $2,000 by choosing Au Pair International. We do not charge extra for infant qualified au pairs, we have generous repeat host family discounts and our fees are per family and may include multiple children.

For Short Term Program fees and availability, please contact us. Remember to ask for our many seasonal and local discounts.

1-888-649-2876

HostFamily@AuPairInt.com

| | Standard Au Pair and Infant Specialized Au Pair | Au Pair Professional | Pre Selected Au Pair |
|---|---|---|---|
| **Application Fee** | $350 $0 | $350 $0 | $350 |
| **Program Fee\*** | $6,990 $6,690 | $7,490 | $6,490 $5,990 |
| **Weekly Stipend \*\*** | $195.75 | $225 | $195.75 |
| **Average cost for 45 hours of customized care** | $324/week $7.20/hour | $369/week $8.20/hour | $310/week $6.90/hour |

*Also see our great payment terms. $495/month payment plan available

**Paid directly to au pair weekly

*** A flight fee surcharge may be billed based on the requested airport by the host family



### Pre-Selected Au Pairs

Some families come to us with a potential candidate who is not currently working with Au Pair International. These families qualify for our special Pre-Selected Au Pair rate. If you are interested in finding out more about whether you qualify for this discount, please contact us.

Phone: 888-649-2876

E-mail: hostFamily@AuPairint.com

### Extension Program

PLAINTIFFS' RESP. APP.0001097

5/11/2017                                    Program Costs

INTERNET ARCHIVE
WayBackMachine

23 captures
5 Apr 2010 - 2 Feb 2017

http://www.aupairint.com/index.php?option=com_content&view=article&id=64&Itemi    Go

OCT   JUL   NOV
◄ 24 ►
2013  2014  2017
About this
capture

### EasyStart Payment Plan

We are proud to offer families the best payment plan available. Our EasyStart Payment Plan allows you to provide the best care for your children and pay the program fee in low installments. Read more>>

Find us on Facebook

ACCREDITED BUSINESS
BBB Rating: A+
Click for Review

Au Pair Square

Privacy Policy   Contact Us

Joomla Website Design by WriteNowDesign powered by Joomla

PLAINTIFFS' RESP. APP.0001098

Case 1:14-cv-03074-CMA-KMT   Document 943-11   Filed 03/17/18   USDC Colorado   Page 100
of 197

# Exhibit 115

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Katrina Vanderhulst |
| **To:** | Lisa Kempton |
| **Sent:** | 3/1/2013 12:10:20 AM |
| **Subject:** | FW: New Au Pair Handbook |
| **Attachments:** | Au Pair Handbook 2.2013.pdf |

Katrina Vanderhulst
Director of International Programs

Au Pair International, Inc.
Direct: (720) 308-5458
Main: (720) 221-3563
Skype: aupairinternational
Email: Katrina@AuPairInt.com
Website: www.AuPairInt.com

**From:** alexia
**Sent:** Thursday, February 28, 2013 1:41 PM
**To:** areadirectorcaryn@gmail.com; Bailey Norcross; Brie Hill (lb.hill@hotmail.com); Britney King (britneyking@me.com); Cheryl Ryan (trixieryan@aol.com); Emiegray@aol.com; Gail Musumeci; Gerane Padilla; Jolene AuPair Int. (taylorsinthepark@comcast.net); Jubal Garcia; katedavisnotary@gmail.com; Katrina Vanderhulst; kellie@lola.ws; Lyn Shaw (cathkinprocessing@cox.net); Maria Stout (maria_stout@hotmail.com); Marie Kasparikova (marie.eternity@gmail.com); marieheywood@hotmail.com; Natalie Doyle (natalie@cornerstoneconnection.net); Nohealani Vanhecke (nohealani24@yahoo.com); schlokari@hotmail.com; seterry01@gmail.com; Suzanne Cleveland (suzanne_cleveland@yahoo.com); Sylvia Carrillo (sylvia_1971@yahoo.com); Tahnee Oakland (tkoenterprise@aol.com); Victoria Zerangue
**Subject:** FW: New Au Pair Handbook

Dear Area Directors,

After many hours of revision, we have finalized our updated Au Pair Handbook. This is a little different than the version that was sent out with the training earlier in the month. We are very happy with the information that is now provided and we think it is fairly easy to navigate through all the information.

Below you will see the email that went out to your au pairs and host families earlier today. We are asking all au pairs to read over the updated handbook and report back to you that they have done so by the end of March. Please verify with each au pair that he/she received the handbook and send your regional director a list of all au pairs who have reported this to you and let us know if there are any that have not read it. We will contact them at that point to emphasize the importance of reading the handbook.

We are also asking that you go over some sections during your March cluster meeting. The sections we suggest are listed below. Please become familiar with the whole document in case any of your host families or au pairs have any questions.
7.2.1
7.2.2
7.2.3
7.2.5.3
7.2.6



PLAINTIFFS' RESP. APP.0001100

API00004577

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

All of 7.3
7.4
7.8.1
8.4
The last part of 9.1
All of 12 and 13.

I have put a link to the February Conference call below.  I wanted to make sure to give you the finalized handbook before I sent the link, so I am sorry it took so long.  Please listen to it as soon as possible because it will highlight the changes we have made and prepare you for any questions your families or au pairs have.

Starting in March, we are also going to ask each AD to ask each host family and au pair if they are staying within the regulations regarding the hours and if the au pair was paid each week.  This is something that is coming from the State Department and we want to put into place before it becomes an actual regulation.  If you have host families or au pairs who are not responding to your email, please let us know and we will contact the family or au pair.

For all those who have not given me their logs and compensation forms, please do so.  The audit has begun so please make sure the logs are completely filled out.  Especially the education section needs updating at least through 12/12.

https://www.freeconferencing.com/playback.html?cid=conferences/-17-65-67-17-65-6791-17-65-67-17-65-6770-17-65-67-17-65-67123-17-65-6749-17-65-6755-17-65-67-17-65-e=1451631600000&cn=94-43-28-63

Please let me know if you have questions about anything.

Alexia Smith
Western Regional Director
Au Pair International
alexia@aupairint.com
206-250-2976
Fax 720-221-0724

---

**From:** Lisa Kempton
**Sent:** Thursday, February 28, 2013 11:40 AM
**Cc:** alexia
**Subject:** New Au Pair Handbook

Dear Host Families and Au Pairs,

We at API have updated the Au Pair Handbook to clarify different policies and procedures that weren't addressed in the old handbook. This handbook is a wonderful tool for Au Pairs to help them have a successful year and gives advice on how to handle different situations.  Host families are also welcome to read through the material since most of the information provided will be the same for them.  An updated Host Family Handbook will be sent out by the end of March.

All au pairs need to read through this handbook and report to their area director by the end of March that they have read it and understand everything in it.  Area directors will be encouraged to spend some time during their March cluster meeting going over some of the sections with their au pairs.  Please let your area director know if there is a specific topic you would like addressed or if you have any questions about

API00004578

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

any of the topics.

Please keep this handbook easily available to you and refer to it often.

Take Care,

Lisa Kempton & Alexia Smith
Regional Directors
Au Pair International

www.aupairint.com



API00004579

PLAINTIFFS' RESP. APP.0001103

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY





# Au Pair Handbook

## Your guide to successful participation in the Au Pair Program

PLAINTIFFS' RESP. APP.0001104

API00004580

 *Au Pair Handbook*

## Table of Contents
### (Click on Topic to go Directly to Information)

| | |
|---|---|
| 1.0 The Au Pair Program& Application Process | 1 |
| 2.0 Preparing to Depart | 3 |
| 2.1 Read Handbook | 3 |
| 2.2 Pay Fees | 3 |
| 2.3 Get an International Driver's Permit | 3 |
| 2.4 Complete Childcare Training | 3 |
| 2.5 Medical Checkups and Prescriptions | 4 |
| 2.6 Log onto Insurance Website | 4 |
| 2.7 Prepare to Meet Host Family | 4 |
| 3.0 Packing | 4 |
| 3.1 Carry-on Baggage | 5 |
| 3.2 Checked Baggage | 5 |
| 3.2 What Not to Bring | 5 |
| 4.0 Your Flight to the U.S | 6 |
| 4.1 I-94 Form and Customs Declaration | 6 |
| 4.2 U.S. Immigration Inspection | 6 |
| 4.3 U.S. Customs and Connecting Flights | 6 |
| 4.4 Meeting Your Host Family | 7 |
| 5.0 The First Few Days | 7 |
| 5.1 Get to Know Your Host Family | 7 |
| 5.2 Weekly Schedule and Stipend | 8 |
| 5.3 Learn Responsibilities | 8 |
| 6.0 The First Few Weeks | 8 |
| 6.1 Get a Social Security Card | 9 |
| 6.2 Get a Bank Account | 9 |
| 6.3 Get a Driver's License or State ID | 10 |
| 6.4 Register for Classes | 10 |
| 6.5 Get to Know the Home & Neighborhood | 10 |
| 7.0 Living with Your Host Family | 11 |
| 7.1 Each Family is Different | 11 |
| 7.2 U.S. Visa Regulations | 11 |
| 7.2.1 Hours and Schedule | 11 |
| 7.2.2 Time Off and Au Pair Vacations | 12 |
| 7.2.3 Education | 12 |
| 7.2.4 Stipend | 13 |
| 7.2.5 Responsibilities | 13 |
| 7.2.5.1 Children Under 2 Years | 14 |
| 7.2.5.2 Children Under 3 Months | 14 |
| 7.2.5.3 Child-Related Housework | 14 |
| 7.2.5.4 Additional Jobs | 14 |
| 7.2.6 Monthly Cluster Meetings | 14 |

| | |
|---|---|
| 7.3 Au Pair International's Rules | 15 |
| 7.3.1 Computer Use | 15 |
| 7.3.2 Cell Phones | 15 |
| 7.3.3 Television | 16 |
| 7.3.4 Curfew | 16 |
| 7.3.5 Controlled Substances and Illegal Activities | 16 |
| 7.3.6 Address or Email Change | 16 |
| 7.4 House Rules | 16 |
| 7.5 Living as a Member of the Family | 17 |
| 7.5.1 Privacy | 17 |
| 7.6 On-Duty vs. Off-Duty Time | 17 |
| 7.7 Vacations and Holidays | 18 |
| 7.7.1 Vacationing with Your Host Family | 18 |
| 7.7.2 2 Weeks of Vacation for Au Pairs | 18 |
| 7.7.3 Holidays | 19 |
| 7.7.4 Traveling outside the U.S. | 19 |
| 7.8 Stipend and Finances | 19 |
| 7.8.1 Room and Board vs. Personal Expenses | 20 |
| 7.8.2 Saving | 20 |
| 7.8.3 Borrowing Money | 20 |
| 7.9 Safety | 20 |
| 7.9.1 With the Children | 20 |
| 7.9.2 Home and Car | 21 |
| 7.9.3 Personal Safety | 21 |
| 8.0 Driving in the U.S. | 21 |
| 8.1 Privilege Not a Right | 21 |
| 8.2 Insurance | 22 |
| 8.3 Driver's License | 22 |
| 8.4 Driving Skills | 22 |
| 8.5 Accidents | 22 |
| 9.0 Living in the America | 23 |
| 9.1 Connecting With Your Area Director | 23 |
| 9.2 Making Friends | 24 |
| 9.3 Getting Around | 24 |
| 9.4 Make the Most of Your Year | 25 |

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

| | | |
|---|---|---|
| 10.0 Jet Lag, Homesickness and Culture Shock | 25 | |
| 10.1 Jet Lag | 25 | |
| 10.2 Homesickness | 25 | |
| 10.3 Culture Shock | 25 | |
| 10.3.1 Common Symptoms | 26 | |
| 10.3.2 How to Deal with Culture Shock | 26 | |
| 11.0 Cultural Differences and Communication | 27 | |
| 11.1 Cultural Differences | 27 | |
| 11.2 Succeeding in a Foreign Culture | 27 | |
| 11.3 Differences in Communication Style | 28 | |
| 12.0 Dealing with Problems | 29 | |
| 12.1 Preventing Problems | 29 | |
| 12.2 Problem Solving | 29 | |
| 12.3 Area Director's Role in Problem Solving | 30 | |
| 13.0 Rematch Procedures | 41 | |
| 13.1 Working Things Out | 37 | |
| 13.2 Rematch Rules | 37 | |
| 13.3 Leaving your Host Family's Home | 37 | |
| 13.4 Temporary Housing | 37 | |
| 13.5 Education Expectations | 37 | |

| | |
|---|---|
| 13.6 Stipend Expectations | 37 |
| 13.7 Vacation Expectations | 37 |
| 14.0 Medical Insurance Information | 41 |
| 15.0 Completion of First Year | 43 |
| 15.1 The Extension Program | 43 |
| 15.2 Arrangements for Your Return Home | 46 |
| 15.3 Successful Completion of the Program | 47 |
| 15.4 The 30 Day Grace Period | 47 |
| 15.5 Au Pairing in Other Countries | 47 |
| 15.6 Home Country Physical Presence | 47 |
| 16.0 Dictionary | 43 |
| 17.0 Emergency Contact Form | 43 |
| 18.0 Au Pair International Contact Information | 43 |

**Addendum**

A.  U.S. Department of State Welcome Brochure
B.  U.S. Department of State Regulations
C.  U.S. Department of State Welcome Letter

API00004582

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

## Congratulations!

Welcome to the Au Pair International family. In the next few weeks you will be preparing for your exciting year as an au pair in the United States of America. This handbook and other material you receive will help you prepare for your year abroad and help you have a successful year.



Your year as an au pair in the United States will be packed with activities, experiences and fun, but it will also present challenges. Your handbook will provide you with the information you need to have a successful experience. Your Area Director and Regional Director are your best sources for advice and information while you are participating in the au pair program. You may also contact Au Pair International's Corporate Office in the U.S.

Au Pair International will assist you in decisions that will allow you to have a success experience.. By becoming an au pair, you have chosen to take the opportunity to use your experience in caring for children to learn about life in the United States. Through *patience, flexibility, and desire to learn*, you can make this one of the most rewarding experiences of your life!

## 1.0 The Au Pair Program

The Au Pair Program provides the opportunity for qualified young adults from around the world to live as part of an American host family for up to two years while providing care for their children. Au Pair International is designated by the United States Department of State to administer the Au Pair Program.

Au Pair International was founded to increase the opportunity for cultural exchange between the United States and selected countries around the world. In the Fulbright-Hays Act, members of the United States Congress declared their objective regarding the cultural exchange of au pairs:



*"to increase mutual understanding between the people of the United States and the people of other countries and to assist in the development of friendly, sympathetic and peaceful relations between the United States and other nations."*

PLAINTIFFS' RESP. APP.0001107

API00004583

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

## Application Process Step-by-Step

### Step 1 – The application



- You must have an application file completed before you will be presented to potential Host Families. Your home country agency will assist you with this process.
- All au pairs must have 200 hours of documented childcare experience with children not related to you in order to qualify for the au pair program. Infant qualified au pairs must have 200 hours of documented experience with children less than 2 years of age. You must provide an Au Pair International reference form for each of your references as part of your application file.

### Step 2 – The matching process

- Your application will be presented to potential Host Families. You will be contacted through email by an Au Pair International Placement Coordinator if a family would like to interview you. You will be given the host family application at this time. You need to read their application file and respond to the request within 24 hours. You must have a phone or Skype interview before you will be allowed to match.
- If the family would like to you to be their au pair, the Placement Coordinator will send you an official invitation which you will need to accept or decline. If you accept, we will begin the visa process.

### Step 3 – The Visa process

- Once Au Pair International has an official acceptance, we will send the paperwork necessary to apply for a visa to your home country agency. You will then be able to schedule the interview for your visa at your  nearest U.S. Consulate. **You must prepare for this interview by reading this <u>handbook</u>, knowing who your Host Family is and where they <u>live</u>, and what <u>educational</u> opportunities are available near your Host Family.**
  - Au Pair International cannot guarantee that a visa will be granted to any individual au pair candidate.

### Step 4 – US Arrival Preparation

- Complete everything listed in Section 2.0 below.
- Au Pair International will arrange your flight once your visa has been approved. Once arrangements are coordinated with your host family your flight to the U.S will be booked. You are responsible for any costs beyond the price of the airline ticket, including transportation to the airport of departure and baggage fees. You also might have a flight surcharge depending on your country of origin. Be sure to verify baggage regulations and fees with the each airline.

- 2 -

PLAINTIFFS' RESP. APP.0001108

API00004584

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// *Au Pair Handbook*

## 2.0 Preparing to Depart

Once you have an official match, you will have a lot to do to prepare to leave.  Most au pairs arrive in the US within 4 – 8 weeks after matching with a host family.



### 2.1 Read Handbook

This handbook is the BEST resource you have during your experience as an au pair.   You should make sure you will have continued access to it.
- It will give you guidance to help communication with your host family.
- You will be responsible for knowing and following the directions provided in this handbook - so read it often. You will continue to receive additional information throughout your year.
- You will need to make sure that you save and understand all future communication from Au Pair International.

### 2.2 Pay Fees

We cannot finalize your arrival until all fees are paid to your home country agency.

### 2.3 Get an International Driver's Permit



Au pair International recommends that all au pairs who have a Driver's License get an International Driver's License/Permit (IDP) before you leave your home country, even if you do not intend on driving in the US or your host family will not require you to drive. You can only get this document in your home country.

### 2.4 Complete Childcare Training

As soon as you match with your host family you will receive instructions and log-in information so that you can complete the 32 hours of training that is required by the US Department of State.   Subjects include:

- Child care and child development
- Activity ideas for children in different age groups
- Safety and emergency procedures
- Discipline, feeding, rest and sleep, hygiene, diaper change and toilet training
- Child abuse prevention, shaken baby syndrome and SIDS (Sudden Infant Death Syndrome)
- Problem solving and communication



API recommends you start this training immediately and complete it as soon as possible.  You cannot arrive to your host family's home until the training has been completed and you will be responsible for any additional fees or costs associated with uncompleted trainings.

- 3 -

PLAINTIFFS' RESP. APP.0001109

API00004585

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

  *Au Pair Handbook*

## 2.5 Medical Checkups and Prescriptions

You do have medical insurance while working as an au pair in the U.S. This insurance is limited for travelers and exchange visitors (see section 14). 

**This insurance does not provide coverage or payment for dental, optical or annual medical examinations. Dental treatment is expensive in the U.S.**

- **You may need to update or receive vaccinations before you arrive in the U.S.**
- **You need to have any routine medical or optical examinations completed before you arrive in the U.S.**
- **You should have a dental examination and any necessary treatments before you arrive in the U.S.**

Certain medications may not be brought into the U.S. You are responsible for verifying with the U.S. Embassy or Consulate that any medications you need to bring with you are within the regulations before you depart for the U.S. Bring a sufficient supply of any required medications and a current prescription (English) for those medications that you need to bring into the U.S. If you depend on eyeglasses or contact lenses you should have an English translation of your optical prescription.

## 2.6 Log onto Insurance Website

 Before your departure, you will be sent an email with information about your insurance and how to log into your account and print your insurance card. You must use this link to purchase any insurance upgrades before you leave your home country.

## 2.7 Prepare to Meet Your Host Family

- Email or Skype with your host family every few days. Learn as much as you can about your host children, the schedule and responsibilities you will have before you arrive. Share ideas about things you would like to do with the children.
- Bring a little gift for your host children, maybe a traditional toy or a book about your home country.
- Plan where you will meet at the airport. You should have information that will allow you to contact your host family at anytime during your arrival travel.

# 3.0 Packing

You will need to plan carefully what clothing and personal items you will need while living in the U.S. Try to pack only the most necessary items. Remember that you will be responsible for managing all of your suitcases by yourself through all the stages of your journey. You can ship items to your host family's home or purchase items upon arrival. 

- 4 -

API00004586

PLAINTIFFS' RESP. APP.0001110

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

////                                                                          *Au Pair Handbook*

## 3.1 Carry-on Baggage

You should have the following items easy to access throughout your travel to the U.S.

- <u>Documents</u>.  Bring your **passport** with your **visa**, your **DS-2019** and a copy of your travel itinerary and contact information for your host family.  Do not pack them in your checked baggage!
- U.S. $200 to cover your personal expenses and baggage fees at the airport and during your travel.
- Prescriptions, medication and eyeglasses. When you enter the United States, you must declare medications you are carrying on customs forms (<u>section 2.5</u>).
- One or two changes of clothes.
- Entertainment for the flight.
- Phone numbers for your host family to call should your flight get delayed or cancelled.

## 3.2 Checked Baggage

- Clothing.  It is a good idea to bring clothing for both warm and colder climates.  You can also discuss specific items you may need to bring or purchase with your host family.
- Copies of all your documents.
- A small token gift for the children in your host family. For example, something that is used by children in your country.
- A bilingual dictionary/translation device.
- Photos of friends, family, hometown and country.

*Security and Screening:*
- Do <u>not</u> lock your checked baggage (i.e. with a key or code).
- Pack neatly so that TSA (Transportation Security Administration) can go through your bags easily.
- Do not wrap gifts.



**Baggage Size and Weight Restrictions:**
Check with the airline about baggage size and weight limitations.  Most airlines only allow two bags and will charge for extra bags or luggage that is too big or too heavy.  Flights within the U.S. may have a baggage fee for each bag you check.

**Protecting Your Baggage:**
Label each piece of luggage with your name and your host  family's contact information.

## 3.3 What Not to Bring

- Food, flowers, fruits or vegetables, or animals with you from your home country.
- Electrical appliances unless you have the appropriate adaptor.
- Things you can easily buy in the United States, such as notebooks and toiletries.,
- Expensive jewelry or treasured possessions.
- Firearms, knives, weapons or articles that could be perceived as weapons.

PLAINTIFFS' RESP. APP.0001111

APi00004587

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

- Narcotics or other illegal drugs.
- Any article of clothing, artifact or medicine made from endangered animals.



## 4.0 Your flight to the US

API will fly you from a major international airport in your home country. You will receive your itinerary as soon as your travel is finalized. Be sure to arrive at the airport at least 3 hours early with all your travel documentation. Immediately contact Au Pair International and your host family if you miss any flight.

### 4.1 I-94 Form and Customs Declaration

You will receive a customs declaration forms and an arrival-departure card for immigration (I-94) before your plane lands in the U.S. Fill these forms out on the plane with your name **exactly as it is on your passport.**



### 4.2 US Immigration Inspection

Once you have left the airplane, you will need to go through the immigration inspection station. You will need your **passport**, **DS-2019** form and **I-94** (arrival-departure card) ready for inspection. You are likely to be asked your purpose for entering the United States and your final destination. An appropriate response is "to participate in the au pair cultural exchange program sponsored by Au Pair International. I will live with my host family in [name of city, state]".

- Be prepared to professionally answer any questions the officer asks you. Keep your answers short and to the point.
- Do not be offended by the questions, and take all questions seriously.
- Do not engage in an argument with the officer and avoid asking questions.

Note: The I-94 card will normally be stapled to your passport. Please keep the I-94 card and passport in a safe place. It is very expensive to replace the I-94 card if you lose it.

### 4.3 US Customs and Connecting Flights

Next, you will collect your baggage and then pass through U.S. Customs. A customs inspector will ask you to declare what you have brought into the country, review the customs form you filled out on the airplane and may inspect your bags

Gifts: As a nonresident, you are allowed to bring in gifts with a total value up to $100 duty free. Do not wrap the gifts.

Cash: You must declare the amount of money you have with you, but you do not have to pay duty on it. Anyone bringing more than $10,000 into the country must file a report with the customs official.

PLAINTIFFS' RESP. APP.0001112

API00004588

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

Forbidden articles: Certain articles are forbidden or restricted. These include plants, fruits, meats, vegetables, clothing made from the skins of endangered animals, ivory, lottery tickets, obscene articles or publications and switchblade knives. Medications without a doctor's prescription or narcotics, such as barbiturates, amphetamines and marijuana, are strictly prohibited.

***Connecting Flights:***
If you are connecting to a flight that will take you to your final destination, there will be airline representatives available to take your baggage after exiting the customs area. Your baggage should have baggage tags for your final destination. If you are experiencing any problems, please go to the airline's information counter.



## 4.4 Meeting Your Host Family

Make a good first impression. Although you are tired, maybe confused and overwhelmed because everything is new to you, try to be as **positive** and **interested** as possible. Tell them how excited you are to finally be with them. Immediately try to get to know the children. For example, ask them to show you around.

There is a lot of information that you will need to learn during the first few weeks. It will be confusing. **Ask questions!** If you don't understand something ask your host family to repeat the information or write it down. Do not be afraid that you are asking too many questions or embarrassed if you need to ask the same question several times.

## 5.0 The First Few Days

When you arrive, you will be training with the host family for the first 3 days. This time is to help you adjust and get to know your responsibilities. You are not to be left alone with the children and a responsible adult will remain in the home during this time. Remember the first month is considered a training period. Don't get discouraged if you don't get everything right away. Don't be afraid to ask questions as many times as you need to understand. Focus on these things for the first few days. Learn more about homesickness, jet lag, and culture shock in section 10.

## 5.1 Rest Up and Get to Know Your Host Family

Upon arrival you will probably be both very excited and overwhelmed but you will also be tired. During the first

 three days it is important that you spend as much time with your host family as possible so that you can begin to know them better but you will also need to rest as much as possible so when you begin a regular working schedule you can be alert and attentive. You will need to tell your host family when you need to take rest or take a short nap. You should not spend all your time alone in your bedroom. American families may think that you are unhappy and do not like them so be sure to communicate and explain your need for rest or privacy to your host family. You will need to do your best to sleep at night and be active during the day.

- 7 -

PLAINTIFFS' RESP. APP.0001113

API00004589

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

## 5.2 Weekly Schedule and Stipend

After the first three days you may begin working for your host family without supervision. They will provide you with a schedule which details your on-duty and off-duty time. You can find more information about the schedule in section 7.2.1.

 Your host family will determine what day of the week you will receive your stipend. They will continue to pay your stipend the same day of the week throughout the year. Your stipend can be pro-rated that first week if, for example, you arrived on a Monday and they want to pay you on a Friday, but after that first week your host family needs to pay you $195.75 each week, no exceptions. More information about the stipend can be found in section 7.2.4.

You and your host family must keep written record of the weeks, days and hours you work as well as when and how much you are paid. A timesheet is available from your Regional or Area Director for au pairs and host families to use.

## 5.3 Learn Responsibilities

Your primary responsibility is providing safe and active childcare. **Never leave a child alone for any reason.** Always provide active childcare, meaning that you are interacting with (eg: playing, reading to or helping) the children all the time you are on-duty. If you need to accomplish another task like cooking or cleaning, have the children participate in that task with you or find an activity for them to do nearby. Always be aware of what the children are doing. If you find this difficult because of the age or the number of children you are caring for discuss solutions with your host family.



Only after you become familiar with your childcare responsibilities should you focus on other things, like getting to know the area and meeting new people.

## 6.0 The First Few Weeks

The first few weeks will be very busy. Not only will you be learning all your duties and responsibilities, you will also be getting things like your Social Security card, driver's license and bank account. Remember, it is your responsibility to get these things done. Your host family and Au Pair International are here to help you, but you are ultimately responsible to see that these things are accomplished.



- 8 -

PLAINTIFFS' RESP. APP.0001114

API00004590

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

## 6.1 Get a Social Security Card



All au pairs need to get a "Valid for Work Only With DHS Authorization" Social Security card.  You need to wait at least 14 days after your arrival for you information to be updated in the Student and Exchange Visitor Information System before applying.  You should apply for your Social Security card within 30 days of your arrival so your letter of participation from Au Pair International is still valid.

You need to go to the Social Security Administration in person and bring the following documents:

- Valid passport.
- DS 2019 Form.
- I-94 card.
- Proof of identification that is at least one year old (e.g. passport, driver's license, birth certificate).
- Acceptance letter.
- Participation letter from Au Pair International (sent by email)

## 6.2 Get a Bank Account

All au pairs should get a bank account because they will require the flexibility a bank account permits for making purchases.  Au pairs and host families should discuss the best banking options that will allow for easy transfer of funds for stipend payments, minimal fees, and easy accessibility.



Debit Card: Most checking accounts give you a debit card which will enable you to withdraw and deposit money and obtain your balance 24 hours a day. If you spend more money than you have in your account this will result in an overdraft and the bank will charge you a fee.

Personal Checks: Some stores will allow you to use checks to make purchases, but this is becoming less common so don't always count on it. You will need to provide a picture ID when you use a check.  Checks are good to send through the mail. **Never send cash!**  Also, you will get charged overdraft fees if you write checks for more than you have in your account.

Credit Cards: Au Pair International does not recommend that au pairs apply for a credit card.  Your debit card can be used in place of a credit card.

Online Bank Services:  Most banks provide online access to account information that makes managing your money easier.  It will allow you to verify charges and deposits and check your balance (how much money is in your account).



- 9 -

PLAINTIFFS' RESP. APP.0001115

API00004591

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

## 6.3 Get a Driver's License or State ID

All au pairs need to get a driver's license or state ID card so they do not have to carry their passport with them.



*Local State Driver's License:*
As soon as you have your Social Security Number you should get a Local Driver's License. This will familiarize you with state driving laws. Most states *require* a state driver's license before you are allowed to drive. Most of the information about getting a driver's license in your state can be found online along with a copy of the Driver's handbook for you to study.

*Local State Identification card:*
If you are not planning on getting a driver's license, you should get a state ID card so you do not have to carry your passport for identification.

*Foreign Driver's License:*
You should have obtained an International Driver's Permit (IDP) before you left your home country (section 2.3). If you do not have a local driver's license, you must carry both your home country license and your IDP at all times. These may be sufficient for you to drive legally in the U.S. when you first arrive. **Au Pair International requires all au pairs who drive in the U.S. get a local driver's license.**

*Host Parent's Insurance Carrier:*
Your host parents **must** contact their insurance carrier to have you included on their insurance policy before you can drive. Section 8 has more information about insurance and driving in the U.S.

*How to Apply for the Local Driver's License:*
The rules, requirements and testing procedures for driver's licenses vary from state to state. To prepare for the driving test, you can download the book in a pdf-file from your local DMV website or order it online.
The documents to bring include:
- Social security card
- Passport with visa
- I-94 card
- Written verification showing proof of employment (your acceptance letter and program participation letter)
- Your DS-2019 form



## 6.4 Register for Classes

All au pairs are required to attend classes totaling 6 credits or 72 hours of class time. It is important to start looking into classes as soon as possible so you will have time to complete the requirement. Educational information is located in section 7.2.3.

## 6.5 Get to Know the Home and Neighborhood

Once you feel comfortable with your host family and new home, you should concentrate on getting to know the area and what transportation is available. Even if there is a car for you to use chances are you will need to use the public transportation. Most bus and train schedules are available online or call the main office to see if there is a map you can pick up. Section 9.3 has more information about getting around.

- 10 -

PLAINTIFFS' RESP. APP.0001116

API00004592

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

# 7.0 Living with Your Host Family

## 7.1 Each Family is Different



When thinking about your experience in the U.S. it is very important to remember that your experience will be unique. Host families in the au pair program are not all the same. Every au pair will have a different experience. While you are participating in the au pair program it is important to focus on the things you enjoy about living with your family. Negative thoughts and feelings will only cause tension and unhappiness for both you and your host family. Complaining to your friends, family or other au pairs will not solve your problems. If there are things you would like do or change, you need discuss them with your host family. If you feel that your host family is not following the rules and regulations of the au pair program you should discuss these things with your Area or Regional Director immediately.

## 7.2 US Visa Regulations

The US Department of State has given regulations to protect host families and au pairs and help them have a successful experience together. The following regulations **must** be followed and failure to do so could result in dismissal from the Au Pair Program.

## 7.2.1 Hours and Schedule



- Au pairs can only work up to 10 hours per day; this includes time spent completing child-related chores.
- Au pairs can only work up to 45 hours per week.
- Hours cannot be saved up and unused hours cannot be carried over to another week.
- All hours where the au pair is the responsible person are to be considered on-duty hours (including sleeping).
- A written schedule must be provided each week. The schedule must have a specific start and end time for each day.
- A timesheet must be recorded and maintained that identifies all hours worked and when stipends are paid.
- During a split work shift there must be at least 1.5 hours between the end of one shift and the beginning of another.
- There must be 8 hours between the end of one working day and the start of the next working day.



- Au pairs can work any schedule that meets all the regulations (night shifts, split shifts, and weekends). See more information in section 7.2.2.
- Schedules can change throughout the year.
- Each month the host family and au pair must report to the Area Director that the au pair worked within the required hours each week.

PLAINTIFFS' RESP. APP.0001117

API00004593

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

### 7.2.2 Time Off and Au Pair Vacations

- Au pairs must receive one full day and one half day off per week.



  - The 1.5 days off per week does not have to be consecutive.
  - The half day off cannot be a split schedule and cannot exceed 5 hours on duty.
  - One week per month au pairs must receive 1 full weekend off instead of the required 1.5 days off. A weekend is defined as the end of the work day Friday evening to the beginning of the work week Monday morning.
  - Au pairs are entitled to 2 weeks of paid vacation which translates to 11 working days off. Au pairs can combine the paid days off with their required 1.5 required days off per week in order to have a complete calendar week off.
- All vacations must be mutually agreed upon. It is important to communicate with your host family before you finalize any vacation plans.
- Au pairs need to inform their host family and area director about all vacation plans.
- Au pairs should always travel with emergency contact information so that they can always contact their host family or Au Pair International in case of an emergency. Au pairs must give their Area Director and host family a copy of travel plans and contact information.

### 7.2.3 Education

- Au pairs must complete 6 credits during their first year at a **post-secondary accredited** institution (college level classes). Au pairs can take classes for credit, non-credit, continuing education or audit classes.
- 6 credits equal 72 hours of non-credit classes.
- Any non-online class at a post-secondary institution will work for the educational requirement.
- Online classes are not accepted for your educational requirement.
- Education must be completed 45 days before the end of year in order to extend for a second year. More information about the extension process in section 15.1.
- Host families are required to pay up to $500 towards the cost of education, books and/or transportation costs.
- Au pairs are required to pay any educational expenses beyond the first $500.
- Host families are required to facilitate transportation to classes.
- Host families are required to allow enough time off for their au pair to participate in classes that meet the educational requirement but au pairs need to take classes that are during regular off duty hours.

Public and private universities and community colleges will offer a variety of courses including English as a Second Language (ESL) classes. Your host family, fellow au pairs or your Area Director will be able to assist you with information about available educational institutions and schedules in your community; however it is your responsibility to choose, enroll in and attend classes. Please send copies of your proof of education by email or fax to API once you complete your course. Do not send originals.

- 12 -

PLAINTIFFS' RESP. APP.0001118

API00004594

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

All au pairs are required to complete their education. You should begin your classes as soon as possible in order to complete them in time. Failure to complete your education will affect your ability to extend or successfully complete the program.

The following does **not** qualify to meet the educational requirements:



- Courses given by non-accredited institutions.
- Gym membership, personal trainer sessions, internships and private tutoring.
- Classes organized by a church, recreation center or library.

**Cost:**
Your host family will pay up to the first $500 toward the cost of your education.
This is not money owed to you if your classes are free or cost less than $500.
You will be responsible for paying anything above the first $500.
You can take additional classes after you have fulfilled the educational requirement but you will not receive any money from your host family towards the cost.

**Proof of Enrollment:**
*You received a proof of attendance form in your arrival email. The upper portion of this document has a place for the school to sign that it is a post-secondary accredited institution. This must be signed before you begin classes. The lower portion has a place for your teacher to sign once you have completed the class. Both sections must be signed in order for the form to be valid.* ***It is your responsibility to ensure that your education meets the program requirements.***

## 7.2.4 Stipend

- Au pairs must be paid $195.75 each week without exception.
- Each month host families and au pairs must report to their area director that the stipend has been paid in full every week.
- The au pair's stipend cannot be withheld for <u>any</u> reason including money owed to the host family.

## 7.2.5 Responsibilities



Au pairs responsibilities can include:
- Providing active childcare.
- Cooking meals for children.
- Child-related housework.
- Transporting children to and from activities.
- Helping children with homework.
- Teaching children various skills (like piano).

- 13 -

API00004595

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

### 7.2.5.1 Children Under 2 Years

Au pairs must have 200 hours of documented experience caring for children less than 2 years of age in order to take care of children younger than 2. This experience must be obtained before beginning the au pair program and cannot be experience gained while the au pair is participating in their current program contract.

### 7.2.5.2 Children Under 3 Months



Au pairs cannot be left alone to care for children under the age of 3 months. There must be another responsible adult on the premises at all times

### 7.2.5.3 Child-Related Housework

Acceptable child-related chores:
- Keeping children's bedroom and bathrooms clean.
- Cleaning up after children.
- Light cooking for the children.
- Doing the children's laundry.
- Keeping the children's clothes and toys organized and in good repair.



Unacceptable chores:
- Cleaning up after the host parents.
- Regularly preparing meals for the whole family.
- Doing the parent's laundry.
- Heavy housework (cleaning all the bathrooms, vacuuming the whole house, cleaning cars).

## 7.2.5.3 Additional Jobs

Au pairs' visas only allow them to work for their host family. Au pairs are not allowed to:
- Babysit or nanny share for other families (play groups/dates are ok).
- Work any other job.

Au pairs can volunteer in their off time.

## 7.2.6 Monthly Cluster Meetings

Au pairs must attend monthly cluster meetings with their area director (section 9.1) and families must facilitate the attendance of these meetings. Failure to attend meets could lead to dismissal from the au pair program. If au pairs cannot attend their meeting, they need to make arrangements to meet with their area director at their area director's convenience



PLAINTIFFS' RESP. APP.0001120

API00004596

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

### 7.3 Au Pair International's Rules

Au Pair International requires all au pairs adhere to the following rules.

### 7.3.1 Computer Use



- No computer use during on-duty time unless approved child-related games or activities.
- Do not download anything to host parent's computer without permission.
- Do not view pornography or inappropriate websites.
- If you change your email address you must inform Au Pair International and your Area Director immediately.
- No Facebook or other social media during on-duty hours.

Your host family needs to provide you limited access to a computer so you can stay in touch with Au Pair International. If you would like more than the minimum required access to a computer you should consider purchasing an inexpensive laptop that you could continue to use after your complete the au pair program. Your host family cannot demand that you purchase your own computer. If you choose to purchase your own computer make sure that your host family has wi-fi access available in their home.

### 7.3.2 Cell Phones



- No personal phone calls or texts while on duty.
- No checking email or notifications while on duty.
- No personal games or apps while on duty.
- Do not call or text internationally with a cell phone provided by your host family without their permission each time.
- Do not go over on your allowed minutes, text or data.

Your host family does not have to provide you with a cell phone. If they do, we recommend they get you a prepaid phone so you cannot go over on minutes. You must repay your host family for any overages.

Your host family cannot demand that you purchase a cell phone, but they must provide a phone in their home so that you can be contacted by Au Pair International and have the ability to contact emergency services. If you would like a personal phone for your exclusive use you should purchase your own phone. Make sure you understand all the fees and charges associated with getting a cell phone. Most U.S. plans have limited minutes, texts and data allowances. Prepaid or simple consistent monthly plans are the best options for most au pairs.

Your phone should never distract from your ability to provide active childcare and supervision of the children in your care.

- 15 -

API00004597

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*



### 7.3.3 Television

- No television use during on-duty time unless it is parental approved show or movies.
- You should limit the amount of time children view television and focus on enriching activities.
- Ask your host parents before turning on the television and do not view shows that the parents find inappropriate, especially when the children are around.
- Most shows are available through streaming online during your off-duty time.

### 7.3.4 Curfew

- Au pairs must be home 8 hours before the start of their shift that begins the following day.
- Au pairs need to go to bed 7 hours before the start of work the next day. Late night activities should never interfere with an au pair's ability provide excellent childcare or disturb the host family.

### 7.3.5 Controlled Substances and Illegal Activities

- No alcohol, drugs or smoking of any kind in your host family's home.
- Never drive while under the influence of anything that could affect your judgment or ability to safely operate a motor vehicle. This includes but is not limited to alcohol, drugs, and medications.
- Any au pair known to be engaging in any illegal activities will be immediately dismissed from the program. Their visa will be canceled and they will have to pay for their return to their home country.



### 7.3.6 Address or Email Change

Any change in your U.S. address or email address <u>must</u> be reported to Au Pair International within 10 days of such change. Please notify Au Pair International as soon as you know about the change. Please include the new address, phone number and the exact date of the change.

### 7.4 House Rules

Host families are encouraged to make their own rules for their au pair to follow. In making these rules host families should remember that au pairs are adults and need to be treated as such. House rules should concentrate on courtesy and not restriction of activity.

Au pairs should expect host families to have rules concerning:

- Car use.
- What food is acceptable to be eaten.
- Where food can be eaten.
- Television/computer usage.
- Appropriate clothing while at home.



- 16 -

API00004598

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

- Visitors coming to the host family's home. Never have anyone over without permission. Get permission each time you wish to have a guest in their home.

Every family has different house rules. Make sure that you and your host parents discuss and agree on the rules as soon as possible. <u>You must respect and follow your host family's house rules.</u>

## 7.5 Living as a Member of the Family



A wonderful component of the au pair program is your ability to come and stay with an American family and learn about their culture. To do this you will need to focus on learning about them and what they enjoy. The best way to do this is to spend time with them and ask them a lot of questions.

### 7.5.1 Privacy

Most host families are very protective of their privacy. Please respect this.
- Do not go into bedrooms or offices without permission.
- Do not post pictures of them or their children online without permission.
- Do not give out your host family's address or contact information to strangers.
- Do not talk negatively about your host family to other people, especially on social media sites, with other au pairs, or with their friends and neighbors. If you are having difficulties talk to your Area or Regional Director. They will keep all discussions confidential and will help you with finding a solution for issues or just support you during a frustrating time.
- If you are sharing a computer with your host family make sure you always log out of any accounts before you leave the computer and let your host family know if they need to log of out their accounts. Never read any private emails or personal account information.

Both you and your host family will want some time alone, and that's OK. Talk to you host family about what works best for both of you. Don't be offended if they want some time to spend with just their family. Your host children might have difficult time understanding that you want to spend some time alone. Understand that they care about you and want to spend time with you. Try and find a balance between spending time with the family and having personal time to relax.

Your host family is required to provide a private bedroom for your use. Your room is your personal area and should not be used for any other purpose. Your host family should respect your privacy and not enter without permission or go through your things. Keep your room neat and tidy at all times.

## 7.6 On-Duty vs. Off-Duty Time



As an au pair, you have two roles: one as the caregiver during your on-duty time and second as a family member during your off-duty time. Your role and responsibilities are very different between these two roles. As a member of the family you should:
- Always greet your host family and be polite.
- Share your culture with your host family.

- 17 -

API00004599

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

- Spend time with your host family when you are off-duty.
- If your host family is cleaning or preparing food, you should help.
- Occasionally prepare dinner for the family.
- Participate with your host family in some of their routine activities and events.



It is also very important that you spend time out of the house getting to know the area and meeting new people. Some great ways to do this are:
- Registering for classes.
- Visit the international student center at local colleges.
- Going to cultural events.
- Finding groups with similar interests (libraries, online, schools, recreation and community centers, churches).

## 7.7 Vacations and Holidays

### 7.7.1 Vacations with Host Family



One of the things host families love about the au pair program is their ability to take their au pair with them on vacation or if they need to travel for work. If your family plans to bring you with them to work, they need to do the following things:
- Follow all regulations, including the hours.
- Give a written schedule with start and end times.
- Pay for all travel expenses including flights, hotel and meals.
- The au pair can share the children's room, but cannot be expected to stay in the same room as the parents.
- It is recommended that host families do not take their au pair out of the country for more than 30 days
- If your host family wants you to travel outside the U.S. make sure that you read 7.7.4

If your family invites you to join them on vacation, but doesn't need you to work at all, then they can ask you to pay your own way. You have the choice if you would like to join them or not.

If your host family chooses not to bring you on vacation with them they cannot demand that you take vacation at that time. They can give you child-related tasks to do while they are gone (organize and repair children's clothes, toys or rooms, make lesson plans for children, etc.) If your host family leaves you at home, they need to make sure you have enough food to eat while they are gone.

### 7.7.2 Two Weeks of Vacation for Au Pairs

All au pairs receive 2 weeks of vacation. Au pairs are encouraged to use this vacation time to see the US and experience different cultures. You do not have to take your vacation all at once, but can break it up over the year. If you are planning on extending for a second year you are not guaranteed any additional time to go home between years. You probably should plan on saving some of your vacation time to travel home if you want to see your family or renew your visa.



- 18 -

API00004600

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

### 7.7.3 Holidays

Au pairs are not given national holidays off. If you would like a certain holiday off, you need to request it several weeks/months in advance and use vacation time for it. Holidays are a wonderful time for you to learn about U.S. culture and make special memories with your host family.

### 7.7.4 Traveling outside the U.S.

The majority of Au Pairs are able to travel outside of the United States during program. However, the following instructions must be followed. Do not finalize or pay for any travel without following the instructions below:

1. Contact the local foreign embassy or consulate of the country where you intend to travel. The embassy or consulate will provide you with information about special visas needed to travel to that country, if applicable.
   a. You might need a separate visa if you have a layover in a different country. Check with the consulate for every country you enter, even for layovers.



2. Send your Form DS-2019 (cannot be faxed or scanned) to Au Pair International Headquarters a minimum of **3 weeks** prior to your trip. The Responsible Officer will sign and return the form to you. Please send your form to:

   Au Pair International
   Att: Responsible Officer
   4450 Arapahoe Ave. Suite 100
   Boulder, Colorado 80303

   Include a self-addressed postage-paid return envelope. If you need to have your DS-2019 form signed and returned to in less than 3 weeks, you must include a check or money order for $30 or a return fex-ex envelope. You must send a complete mailing address (we cannot send mail overnight to a post office box number) and your daytime telephone number.

3. You cannot travel outside the U.S. during your extension year (except for Canada, Mexico and a few islands) unless you go to a foreign consulate and renew your visa. We highly recommend going to a consulate in your home country.

4. You should <u>not</u> travel beyond the borders of the United States <u>during your 30 day grace period</u> as you <u>may not be permitted re-entry</u> into the U.S.

### 7.8 Stipend and Finances

Au pairs are paid $195.75 each week. Section <u>7.2.4</u> goes over the regulations regarding the stipend in more detail.

- 19 -

PLAINTIFFS' RESP. APP.0001125

API00004601

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

### 7.8.1 Room and Board vs. Personal Expenses

Your host family is required to provide room and board for you while you are their au pair. This means they provide you with a personal bedroom (it cannot be used for any other purpose and others cannot have free access to it) and food for 3 meals a day. You need to eat the same sorts of food that your family does as long as

 it is nutritionally balanced. If you would like additional food you will need to purchase it yourself.

You will need to purchase personal items yourself. This includes items like shampoo, clothes and shoes. You might want to purchase your own computer or cell phone, but you do not have to. You will also need to pay for any activities you do on your own or with friends, including the monthly cluster meeting.

### 7.8.2 Saving

It is important to always have a reserve of money for emergencies. Au Pair International recommends you keep at least $500 in a separate account in case you have to travel home unexpectedly or have other unforeseen expenses. Remember, one of the requirements of your visa is that you have money set aside to return to your home country, if necessary.

### 7.8.3 Borrowing Money

Au Pair International recommends you never borrow money from your host family or any other au pair. If you incur any debts, it is your responsibility to repay them right away. We also recommend not loaning money to anyone.

### 7.9 Safety

Americans are very safety conscious. Things that are normal in your country might not be acceptable in the U.S. Please consider the following situations.

### 7.9.1 Safety with Children

- **Never leave a child alone!** Even if it is for just a few moments.
- **Never hit or shake a child!** Discuss discipline techniques with your host family. Never yell at a child or call them names and talk to your host family if you are having problems with discipline.
- **It is OK to tell your host family if you are not comfortable with a situation if you feel it might not be safe.**
- Never let young children have plastic bags or small toys they might choke on.



- 20 -

PLAINTIFFS' RESP. APP.0001126

API00004602

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

- Do not be afraid to tell a child "NO". Inform parents immediately if children are hurt, even if you don't think it's a big deal.

### 7.9.2 Safety at Home and in the Car



- Know emergency contact information for your host parents and how to use 911.
- Know how to safely use all appliances.
- Make sure all appliances are turned off before you leave.
- Always lock doors and windows when you leave home.
- Never leave children unattended in a car.
- Always use car seats with the children and always wear a seatbelt.
- Always lock the car when you leave.

### 7.9.3 Personal Safety

It is important to consider your own safety, especially if you are alone. Here are some things to think about.
- Know where you are going and tell your host family where you are going to be and when you will return.
- If you are getting to know someone new, meet in a public place and try to bring a friend.
- Don't walk outside alone late at night.
- Consider getting a personal alarm that will make a lot of noise if you feel threatened.
- Never carry a lot of money with you and be careful carrying your personal documents.

## 8.0 Driving in the U.S.

### 8.1 Privilege not a Right



Driving in the U.S. is a special privilege that many au pairs do not have. Just because the host family has told you that you can drive their car, doesn't mean you will get to do so until you have demonstrated you are a good driver. If your host family needs a driver you need to be very honest about what your experience has been in your home country and be prepared that driving in the U.S. is very different. The privilege of driving your host family's car can be taken away at any time. Do not assume the car is available for you to use. **Always ask permission**.

Make sure you:
- Always ask before using the car.
- Always tell your host family where you are going and when you expect to return.
- Never take the car overnight without permission.
- Always return the car with gas in the tank.
- Never let anyone else drive the car.
- Tell your host family about **any** damage that occurs to the car.

Even if you do have access to a car, you will still probably have times where you need to use public transportation. Section 9.3 goes over important information about getting around in your local area.

- 21 -

PLAINTIFFS' RESP. APP.0001127

API00004603

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

## 8.2 Insurance

- **You must have automobile insurance before you can drive!**
- Your host family needs to provide this insurance for you unless they do not require any driving for your on-duty time. If this is the case, you might be asked to help with the cost of insurance.
- Many insurance companies require that you get your U.S. driver's license before you can be insured.
- Insurance coverage provided for you by Au Pair International <u>does not</u> cover claims resulting from automobile accidents.
- If you have an accident you will be required to pay up to $500 toward the deductable for each accident.

## 8.3 Driver's License

 Au Pair International requires all au pairs to get a U.S. drivers license to drive in the U.S. within 90 days after arrival. This will ensure that you understand all traffic laws. Section <u>6.3</u> has more information about getting a driver's license.

## 8.4 Driving Skills

- Know how to operate the vehicle safely, where to find headlights, hazard lights, windshield wipers and door locks.
- Know where the registration and automobile insurance is located.
- Know how to maintain the car.
  - You need know what kind of gasoline goes into the car and how to put it in.
  - You need to report any new light or buzzers to your host family.
  - You need to tell you host family if the car starts making unusual noises or breaks down?
- Know all traffic laws.
  - Understand the meaning of all road signs and traffic lights.
  - You must be comfortable driving on the right side of the road.
  - You must follow the speed limit.
  - You must not park illegally.
  - Do not follow other cars too close and slow down in bad weather.
- **Never text while driving and only talk on the phone with a hands-free device.**
- **Always wear a seatbelt and use car seats for children!**
- **Never drive under the influence of alcohol or anything else that might impair your judgment!**



## 8.5 Accidents

In case of an accident, remember:
- Stay calm (taking a deep breath may help you gain calm). **DO NOT LEAVE!**

- 22 -

API00004604

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

- Call:
  - Call the police (911) if someone is hurt or if any of the vehicles cannot be moved out of traffic.
  - Immediately call your host parents.
- Safety:
  - Turn on your car's emergency light (button or switch with a triangle).
  - If possible, move the vehicle out of the roadway.
  - Turn off the ignition of the car
  - Determine if you or anyone else in your car is injured.
  - Make sure it is safe before you go out of the car.
- Get the other person's info:
  - Write down the car's full license plate number <u>and</u> state.
  - Ask to see the other person's driver's license **and write down the number and name.**
  - Exchange insurance company information. **DO NOT discuss "fault" or make statements about the accident to anyone but the police.**
  - Get a copy of the police report of the accident.
  - Get the police officer's name/card.
  - Take several pictures of the damages.

## 9.0 Living in America

### 9.1 Connecting with Your Area Director

Having a good relationship with your area director will help you to feel more comfortable in the U.S.  Your area director will:



- Call you within 48 hours of your arrival.  This is to make sure that you arrived safely and are settled into your host family's home.
- Come to your home and do an orientation with you and your host parent(s) within the first 2 weeks.
  - Take notes during this orientation. You will get information about your local area and having a successful year with your host family.
  - If your area director doesn't contact you about the welcome call or orientation, please let your Regional Director know.
- Plan a monthly meeting for the au pairs in the area.
  - It is importation that you attend these meetings as they are required by the Department of State (<u>see section 7.2.6</u>).
- Plan yearly Host Family Days.  These too are required by the Department of State.  Failure to attend these meetings could result in dismissal from the Au Pair Program.

**You have the right to contact your area director or Regional Director at any time.**  Especially for these situations:

You feel unsafe in a situation.
Your host is not following the regulations.
You feel homesickness or are depressed.

- 23 -

API00004605

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

## 9.2 Making Friends



Start building your new life as soon as possible. Start living in your new community. You should spend time getting to know new people around you instead of spending your time chatting on the Internet, sending emails or talking on the phone with your friends from home. Examples of places where you can meet new friends:

**Playground:** You might meet au pairs, nannies and parents at the playground or activities you take your children to. Take the initiative and start a conversation.

- **Other au pairs:** You should have received a list of au pairs in your area from your Area Director. Feel free to contact them and introduce yourself.
- **Local online meeting groups:** www.couchsurfing.com and www.meetup.com are a couple of sites that can connect you with local groups.
- **School:** At your school you might meet friends your own age. Sign up for classes as soon as possible.
- **Local community:** Find out what activities there are for people your age in the community. Recreation centers and online meet up websites are good places to find more information.
- **Friends of your host family:** Ask your host family if they know anybody your age that you could meet.
- **Church communities:** In America the church communities often serve as a social institution where you can participate in activities and meet friends.
- **Volunteer work:** Volunteering can be a way to get to know your new community and make new friends. However, it does not count towards the educational requirement.
- **Sports/health clubs:** Many health clubs are very expensive. However, in some clubs you may be able to go for free as part of their family.



## 9.3 Getting Around

You will need to familiarize yourself with the community. Find out where things are, how to get to places and how to get back home. Whether or not you have access to a car, you will probably have to use public transportation at times. You can access most public transportation routes online. Make sure that you know and remember the following:

- Your home phone number and address.
- Make sure you know where you are going before you leave. Online maps from www.google.com or www.mapquest.com can help you with transit, walking or driving directions, or you can get a map from the store.
- Emergency contact information for your host family and a cab company, in case you need a ride.
- Carry some cash in a hidden place, like a money belt.

- 24 -

PLAINTIFFS' RESP. APP.0001130

API00004606

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

### 9.4 Make the Most of Your Year



You have the opportunity to make this experience an amazing one. The au pairs that have the best experiences are the ones who take charge and don't rely on others to make their au pair program a special one. Some things to think about:
- Take classes that will truly benefit you.
  - Improve your English, learn a skill or study a topic that you are passionate about. It might take more time and money, but you will come away a better person.
- Get to know your local area. Take day trips to local attractions and get to know the local history.
- Travel! There are so many places to see in the U.S. and different cultures to learn about. Don't be content to get to know only your local area. Some popular destinations are New York, San Francisco, Los Angeles, Denver, Las Vegas, Orlando, Memphis, and Hawaii.

## 10.0 Jet Lag, Homesickness, and Culture Shock

### 10.1 Jet Lag

Most au pairs experience jet lag. Jet lag is the physical shock of your body adjusting to a new time zone. Its intensity will depend upon how many time zones you have crossed during your travel to the United States. You may experience headaches, disorientation, sleepiness or trouble sleeping.

The best thing to do to get over jet lag is to try to adjust to the normal eating and sleeping patterns of your new time zone – **Do Not Nap**. Exercise and exposure to sunlight will also help reset your body's clock. You should adjust after a few days or so.

### 10.2 Homesickness
Homesickness is being sad or depressed about being away from home.
Keep in mind:
- <u>Almost all</u> au pairs get homesick to some or great extent.
- <u>Almost all</u> overcome it.
- It is a <u>natural reaction</u> to adjusting to a new situation.
- When working through it, you will be stronger, more confident and better able to handle situations like this in the future.



### 10.3 Culture Shock
Culture shock is very common among au pairs. Culture shock occurs when everything that is familiar to a person is taken away. It is the natural reaction to living and working in another culture.

- 25 -

API00004607

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

                                                                    *Au Pair Handbook*

Here is a typical course that culture shock takes:

1. Everything is new and exciting and you are happy to be an au pair.
2. The excitement starts to wear off and things are different than you expected.
3. You start feeling negative about your au pair experience and homesick.
4. You start accepting the differences and become comfortable with the changes so they don't seem so stressful.
5. You start to fit in with your host family and make friends.  Communicating becomes easier and you are enjoying your au pair experience.

### 10.3.1 Common Symptoms of Culture Shock

- **Tiredness beyond jet lag**
- **Depression**
- **Homesickness**
- **Hostility/Negativity towards Americans or the U.S.**
- **Doubt your decision to come to the U.S.**
- **Blame others for your unhappiness**
- **Don't want to speak in English**



### 10.3.2 How to Deal with Culture Shock

- Remember that culture shock is normal and will pass if you take charge.
- Remember back to before you came to the U.S., and why you wanted to participate in the program. Reflect upon the positive!
- Talk to people about how you are feeling. You are not alone, and you do not have to go through the adjustment yourself. Use the resources around you: your host family, new friends and API staff.
- Keep an open mind and a sense of humor. People in the U.S. may do or say things different from what you are used to. It is a learning experience.
- Making new friends (section 9.2) is important. It will require some initiative from you. Don't give up even if you feel that they "have their own life" and that you don't fit in. Friendships are established over time.

  o Take initiative, talk to people, make contact and call someone from school or another au pair to arrange a get together. Don't wait for others to call you.

  o Remember that friends are made through other friends and by doing things. You will not make friends sitting in your room.

- Take care of yourself.

  o Eat well and take good care of yourself. Exercise to release stress and tension. Join a sports club or pursue outdoor activities.



- 26 -

API00004608

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

- o Take some time to relax. Listen to music, read a book and go to bed early once in a while.

- Spend some of your money on yourself and having fun. You might want to save your money, but getting out will help you to feel better and meet people.

- Get to know your new neighborhood and city (section 9.3). This will help you develop a sense of home as you find local stores, parks, activity centers and so on.

- Speak English and try to adapt to the new culture.

- Take interest. Visit places, museums, read the newspaper – learn about your new home.

- Seek help. If you have tried these things and you still are having a difficult time, contact your Area Director (section 9.1).



## 11.0 Cultural Differences and Communication

### 11.1 Cultural Differences

From your first day, you will be learning about the American culture and people. You will find that it is different than what you are used to and you may have to adjust to fit in this culture. Dealing with cultural differences is one of the biggest challenges of the au pair program, but it also gives the greatest rewards.

## 11.2 Succeeding in a Foreign Culture

Anyone visiting a new culture must be respectful of that culture. The best way to adjust to another culture is adapting to the way they do things, using their language and behaving the way they do, while at the same time being you. Here are some simple and easy guidelines to help you fit in:

- **Do not mock or take lightly:** All nations are proud of their culture, family, traditions, etc. Never make fun of the American way of doing things, culture, history, traditions or the way people look, talk or act – even if others do so. As in any culture, Americans can make fun of themselves, but it is not OK that you do.

- **Do not criticize:** If you look, there will always be things you *can* criticize or complain about, that will only harm relationship with people. Instead – deal with it. If it is too cold, put on a sweater. If there is a particular food that you don't like, eat more of what else is offered or offer to make dinner.

- **Be grateful:** Show that you are grateful for the things your host family or others give you or does for you

- **Do not take things for granted**. For example:
  - o Always ask to us the car and say thank you afterward.
  - o Say thank you if the family takes you out for dinner or buys something for you
  - o If they invite you somewhere like a movie, party or outing, be appreciative.

- 27 -

API00004609

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

- **Be polite:** Americans are very polite. They smile and acknowledge each other more than most cultures. They use words like "thank you", "excuse me", "I apologize" and "I am sorry" more than other cultures.
  - o Say good morning and good night
  - o Say hello when they come home
  - o If you family does something for your or gives you something, write them a quick thank you note.

- **Show excitement:** Americans also show excitement and often use words like "fabulous", "fantastic", "amazing" and "unbelievable". You might want to add these words to your daily vocabulary.

- **Think before you speak:** If English is not your first language, you might come across as blunt or rude if you are not careful. Let people know if you are having a hard time finding the right word.

- **Be open-minded:** Be open to trying new things and doing things in a new way.



- **Be on time:** If you are more than a few minutes late it is a good idea to apologize, an excuse is usually not necessary. If you will be more than 10 or 15 minutes late, you should call and inform your host family. You should always be ready for the day 5 minutes before you start your on-duty time.

## 11.3 Differences in Communication Style

Learning to communicate with Americans may take effort in the beginning. Ask questions when you do not understand. If you don't ask questions, they'll assume you do understand. A few characteristics about the American culture and communication style are:



- Using a lot of slang and abbreviations.

- Speaking very casually to people, no matter what the social relationship is to one another.

- Talking about personal experiences and feelings with people they have just met.

- Using direct communication that might seem abrupt or harsh.

- Possibly sounding judgmental.

<u>Non-verbal Communication</u>: Americans put a lot of emphasis on non-verbal communication. The following things can change the meaning of what someone is saying. If you do not understand what they mean, ask.
- Hand gestures
- Facial expressions
- Tone of voice

- 28 -

API00004610

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

---

<u>Cross-Cultural Communication</u>:  It is both you and your host family's responsibility to make sure you understand each other.



- Ask Questions!
- It is OK to ask the same question several times.
- Do not nod your head or say "Yes" if you do not understand.
- Take notes to help you remember.
- Ask your host family to write things down.
- First try to express yourself in English, but if that doesn't work, use email or a translator.

<u>Feeling overwhelmed by English Immersion</u>

Many au pairs come to the U.S. and it takes a couple of weeks before they adjust to speaking and hearing English all the time.  Do not feel discouraged by this.  You will find that after a few weeks you will become accustomed to hearing English and your ability to speak it will improve.

Remember:  Learning English in a foreign country is very different from coming to the U.S. and speaking English with native English speakers.

## 12.0 Dealing with Problems

### 12.1 Preventing Problems

Daily communication is the key to preventing problems.  Remember to always:
- Give your host parents details about what happened during the day.
- <u>Be honest</u>, even about things that go wrong or if you have made a mistake.
- If you don't understand something, ASK!

### 12.2 Problem Solving

There are a few things you can do in order to solve problems when or before they occur:



- Communicate concerns as soon as possible. Do not wait and hope the issue will go away and do not wait until you are angry or annoyed.
- Communicate your concerns clearly and honestly.
- Don't wait for your host family to speak to you. They may not even be aware that a problem exists.
- Set an appointment with your host parents when the children are not present to allow you to talk uninterrupted.

- Remain flexible and be prepared to compromise.
- Be specific when you are trying to communicate something.
- Never discuss host family problems with other au pairs.

- 29 -

API00004611

PLAINTIFFS' RESP. APP.0001135

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

### 12.3 Area Director's Role in Problem Solving



Problems do happen in any match.  Your area director (section 9.1) is there to help you to know how to address these problems.  She will keep everything you tell her confidential and will not discuss them with your host family without your permission.  You should first try to work things out with your host family directly.  If that doesn't solve the problem, ask for your area director's help. You area director will give you advice and might set up an in-person or phone meeting.

It is not your area director's responsibility to solve the problem.  She is there to help you communicate with your host family and make sure the regulations are being followed.  It is up to you and your host family to work things out together.

## 13.0 Rematch Procedures

Rematches are when the au pair or host family does not want to continue in the match for the full year.    There can be a variety of reasons for the rematch and API will evaluate the match to determine the course it should take.



You are allowed to leave the match at any time but doing so without the permission of Au Pair International can result in expulsion from the program.

### 13.1 Working Things Out

1. **You must make every effort to work things out with your current host family before you will be allowed to start the rematch process.**
2. **You must involve your area director in solving the problem.**
3. **You cannot have a rematch without the permission of your Regional Director.**

### 13.2 Rematch Rules

If API allows you and your host family a rematch you need to understand the following:



- **NEVER leave your host family's home without permission from API (unless you are in immediate physical danger).**
- **You must give your host family 2 weeks of notice.**
  - You must continue to give safe and active childcare during those 2 weeks.
  - Do not criticize or be rude to your host family.
- Settle any charges or debts that you have.
- The longer you continue to work for your family, the more time you will have to find a new family.

- 30 -

API00004612



*Au Pair Handbook*

---

- **You must do your part to find a new family.**
  - o API will be sending your profile to interested families, you must respond to all contacts from Regional Directors, Placement Coordinators and Host Families.
  - o You must register on au pair matching websites.
  - o You must place ads on Craigslist.
- **You will have limited time to find a family.**
  - o After you leave your current host family's home you are only assured 2 weeks to find a family.
  - o Au pairs who have temporary housing and are doing their part to find a family might be given up to 30 days to find a new family. This is granted on a case-by-case basis.
- **If a new family cannot be found in time, you will be responsible for all costs to return to your home country.**
  - o You will be responsible for these costs even if you were not the one to request the rematch or if you do not feel it is "your fault" the match broke up.

## 13.3 Leaving Your Host Family's Home



- You must take all of your belongings.
- Do not take anything you did not purchase. Your host family has the right to report any missing items to the police.
- Make sure to leave your bedroom and bathroom clean and orderly.

## 13.4 Temporary Housing:

API will attempt to help you find a place to stay while you are looking for a family. We do not guarantee that we can provide temporary housing and we can dismiss you from the program at any time if you do not conduct yourself well during temporary housing.

Temporary housing with current host family:

You can stay with you host parents for temporary housing, if they allow you.
  - o Temporary housing with host parents begins after the 2 week notice is over.
  - o You do not get paid while in temporary housing.
  - o You cannot do any work for your host family during this time.
  - o You should continue to help out like a member of the family.

Temporary housing with a different family:



API will try to help you find housing while you are looking for a new family.
  - o You will be responsible to pay for any costs to get you to the temporary housing, even if they are out-of-state. API will reimburse these costs after you match with a new family.
  - o You will not get paid in temporary housing.
  - o You will need to help out your temporary housing family.

- 31 -

API00004613

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

### 13.5 Education Expectations

- You need to get all credits/hours documented for any courses you have taken or are in the process of taking.
- You need to tell API how many credits/hours you have completed.
- You need to tell API how much of your $500 educational stipend you have received.
- Any unpaid education stipend will be paid by your new host family.

### 13.6 Stipend Expectations

- You must not leave your host family's home until your stipend is paid in full.
- You must immediately communicate to your area director if you feel you have not been paid in full.
- Your host family cannot withhold the stipend for any reason.
- You and your host family will need to sign that the stipend has been paid in full before your match can be terminated.

### 13.7 Vacation Expectations

- You need to let API know how many days of vacation you have remaining.
- Remaining vacation days will be provided by new host family.

## 14.0 Medical Insurance Information



You have medical coverage through a travel insurance policy while you are an active participant. See sections 2.5 and 2.6.

- You were sent all insurance information in an email from the insurance company before you left your home country.
  - In this email there is information to login to your account information.
  - Your account details your plan options.
  - You must purchase any upgrades before you leave your home country.
  - When you login you can print your insurance card.
- You must have pre-authorization before you have any procedure or treatment.
- You will not be covered by medical insurance during the 30 day grace period after you complete your au pair contract. You have the option of purchasing insurance for this period.
- Your medical insurance does not cover dental or optical.
- Au Pair International does not guarantee coverage and all disputes or questions must be taken to the insurance company.

PLAINTIFFS' RESP. APP.0001138

API00004614

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

## 15.0 Completion of First Year

### 15.1 The Extension Program



Have you enjoyed your year in the U.S.? Not ready to return home yet? The au pair extension program allows you to extend your au pair program for an additional 6, 9 or 12 months. This will provide you more time to experience even more of what America has to offer.

If you consider applying for an extension to your au pair program, please contact your Regional Director for more information. Late applications are NOT (absolutely no exceptions) accepted by the U.S. State Department, so make sure you complete your educational requirement and apply in time.



**IMPORTANT**: To qualify for the Extension Program you MUST:

- Apply no later than 45 days before the end of first year.
- Complete your educational requirement (section 7.2.3) *before* applying and submitting an application form and proof of your educational requirement
- Be in good standing with the Au Pair International program.

Benefits of Extending Your Program:
- Continue your studies at an educational institution.
- Further improve your English language skills.
- Gain additional experience caring for children.
- Travel and see more of the United States.
- You may continue with your current family or seek to experience life with a different host family.

Program Details:
- Au pairs may extend their program one time for an additional 6, 9 or 12 months.
- You can make the decision towards the end of the program.
- You will receive continued insurance coverage and program support.
- You will have 30 days to travel at the end of your extension program.

### 15.2 Arrangements for Your Return Home

You will receive an end of year email about three months before the end of your program year. You will be able to choose which week you will return home, but not the specific date or flight. Remember to coordinate your return flight plans with your host family.

- 33 -

API00004615

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

In order to receive your flight home you must:



- Return flight request and completion form at least 45 days before the end of your year to avoid a $250 late fee. Education can be completed after that date.
- Return home within 30 days past the end of your year.
- Pay any fees, including a flight fee (depending on country).

## 15.3 Successful Completion of the Au Pair Program

In order to successfully complete the au pair program you must:

- Finish the full term of your contract or extension contract.
- Submit the signed and competed Au Pair International Completion Form, confirming that you attended monthly activities.
- Submit signed education forms documenting the completion of the program's educational requirement (section 7.2.3).
- Leave the U.S. within 30 days after the end of your year.
- Pay any outstanding financial obligations owed to your host family or Au Pair International.

If you have not complied or are not able to show proof of these requirements, or do not complete your full commitment for any reason, you may be responsible for paying for your return flight ticket.

## 15.4 The 30 Day Grace Period

After you complete your contract you will have 30 days before you must exit the U.S. This time period is referred to as the "Grace Period".



At the completion of your contract you will have the opportunity to travel for up to 30 days, at your own expense, and learn more about America before returning to your home country. Although participants may travel *in* the United States, they should *not* travel beyond the borders of the United States as they will not be permitted re-entry.

Remember, during this time:

- You are not allowed to continue to work for your host family or take any full or part-time job.
- During your 30 day grace period your medical insurance has expired unless you purchase additional insurance. You will receive a supplemental insurance form with your completion email that you will need to return to API.
- You may want to return to your home country from another U.S. city than your host family's hometown, for additional fees. Note that the flight arrangements must be made 45 days before the end of your year in order to avoid a late fee.

- 34 -

PLAINTIFFS' RESP. APP.0001140

API00004616

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// *Au Pair Handbook*

### 15.5 Au Pairing in Other Countries

Au pairs who successfully complete 2 years in the au pair program might be eligible to become an au pair in other countries. Please contact your Regional Director if you would like more information about continuing your au pair experience in another country.

### 15.6 The Home Country Physical Presence Requirement



Exchange visitors admitted in J-1 status may be subject to a two-year foreign (home country) residence requirement. If this applies to you, you are required to reside in your home country for two years after completing your au pair program before you are eligible for immigrant status, temporary worker or intra-company transferee status to the United States. If the two-year requirement applies to you, this is marked on your DS-2019 form and on your visa. You may return as an au pair after you have completed the Home Country Physical Presence Requirement, as long as you still meet all the requirements of the Au Pair Program

## 16.0 Dictionary

***Program Sponsor:*** The organization sponsoring a J-1 applicant must be approved by the Department of State. Au Pair International is an approved program sponsor. The approved organization sends a Certificate of Eligibility for Exchange Visitor Status (Form DS-2019) to the J-1 applicant.

***Form DS–2019:*** Certificate of Eligibility for Exchange Visitor Status. The Form DS-2019 allows you to apply for a J-1 visa. The Form DS-2019 has the title "certificate of eligibility for exchange visitor(J-1) status" and has a barcode in the upper right corner. You will find the form number in the bottom left corner.



U.S. Department of State
CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR(J-1) STATUS

***Visa:*** A permit for a person to <u>apply</u> to enter the United States. A person applies for a visa in the consular section of an American embassy or consulate abroad. Under U.S. law, the Department of State has responsibility for issuing visas, and most visas are issued at one of the Department of State's embassies and consulates abroad. A consular officer decides whether you are qualified for a visa.

A visa does not authorize entry to the U.S. A visa simply indicates that your application has been reviewed by a U.S. consular officer at an American embassy or consulate, and that the officer determined you're eligible to travel to the port-of-entry for a specific purpose. At the port-of-entry and admission to the U.S., an immigration officer decides whether to allow you to enter. The immigration officer tells you how long you can stay for any particular visit, and records this on the Arrival/Departure Record, I-94 (white card), as a date or D/S (duration of status). Only the Department of Homeland Security U.S. immigration officer has the authority to permit you to enter the United States.

***Exchange Visitor:*** A foreign citizen coming to the United States to participate in a particular program in the U.S. (for example the au pair program). The Department of State approves these programs. The applicant enters the United States on a J-visa.

- 35 -

API00004617

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

**J-1 Visa:** The J-1 visa is a nonimmigrant status for an exchange visitor wishing to stay temporarily in the U.S. This visa status applies to nonimmigrant foreign nationals who have been selected by a sponsor designated by the Department of State to participate in an exchange visitor program in the United States.

**Form I-94:** The Arrival-Departure Card. All foreign visitors (all non-U.S. citizens) are given an Arrival-Departure Record (a small white card), when they enter the United States. Recorded on this card are the immigrant classification and the authorized period of stay in the U.S. This is either recorded as a date or the entry of D/S, meaning "duration of status". <u>Do not lose this form</u>. You will need it when you leave the U.S.



It is important to always keep this card safe because it shows the length of time you are permitted and authorized by the Department of Homeland Security to stay in the U.S. It is best kept stapled with your passport, kept in a safe place. The visitors return the I-94 card when they leave the country. (The I-94 W, Nonimmigrant Visa Waiver Arrival-Departure Record (green card) is for travelers on the Visa Waiver Program).

**SEVIS (Student and Exchange Visitor Information System):** The information system that is used to monitor the status of people who enter the U.S. with a J-visa. In order for exchange visitors to qualify for a J-visa, the exchange program in the U.S. must issue a Certificate of Exchange Visitor Status (DS-2019) on a SEVIS-generated form and must register each person on the SEVIS website.

**Port of Entry:** Place where a person enters the country (for example the airport).

**Department of Homeland Security (DHS):** DHS is now responsible for immigration and naturalization.

PLAINTIFFS' RESP. APP.0001142

API00004618

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

## 17.0 Emergency Contact Form

<div style="border">

### EMERGENCY – CALL 911

Call 9-1-1 in case of fire, a serious crime, any serious medical condition or any situation requiring immediate response of Police, Fire Department or Emergency Medical Personnel. Try to <u>stay calm</u>, <u>speak slowly</u> and <u>clearly</u> and be prepared to answer questions, receive instructions and <u>stay on the phone</u> until you are told to hang up. The 9-1-1 operator will need to verify:

1. Address of the emergency: _____

2. Phone number you are calling from: _____

3. Nature of the emergency: _____

</div>

**WORK CONTACT INFORMATION:**
Host Mother, work phone: _____  Cell phone: _____
Host Father, work phone: _____  Cell phone: _____

**ALTERNATE CONTACT INFORMATION:**
Nearest relative or adult to whom your Host Parents give responsibility in their absence:
Name: _____
Phone: _____  Cell phone: _____
Address: _____

**CHILDREN'S INFORMTATION:**
Name: _____  Birth date and age: _____
School phone: _____  Teacher's name: _____
School address: _____
Allergies, special medications, conditions: _____

Name: _____  Birth date and age: _____
School phone: _____  Teacher's name: _____
School address: _____
Allergies, special medications, conditions: _____

Name: _____  Birth date and age: _____
School phone: _____  Teacher's name: _____
School address: _____
Allergies, special medications, conditions: _____

Name of Host Family's health insurance coverage and policy number: _____

**YOUR HOST FAMILY'S INFORMATION:**
Name and address: _____
_____
Home phone: _____  _____
Nearest cross streets: _____

- 37

PLAINTIFFS' RESP. APP.0001143

API00004619

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

## NON-EMERGENCY CONTACT INFORMATION:

Police: _____
Family doctor: _____
Poison control: _____
Fire department: _____
Ambulance: _____
Dentist: _____
Veterinarian: _____
Taxi service: _____
Electric power company: _____
Electrician: _____
Plumber: _____
Heating system service: _____
 Gas meter/gas company: _____
Security or alarm system: _____
Mechanic and/or tow service (car): _____

## CAR:

Carmechanic and/or tow service : _____
Car insurance information: _____
_____

## IN THE HOUSE:

*The following are located (make sure you also know how to operate):*
Circuit board: _____
Main water shut-off: _____
Alarm (location only): _____
Fire- extinguisher(s): _____
Sprinkler control: _____
Medical cabinet: _____

- 38 -

API00004620

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

                                                    *Au Pair Handbook*

## 18.0 Au Pair International Contact Information

**In terms of Emergency,** please follow required emergency procedure (**dial 911** if required) and then contact your Area Director or Au Pair International's Head Office:

| Au Pair International Phone: | |
|---|---|
| Monday – Friday, 8:00 am - 5:00 pm MST: | **720-221-3563** or **1-888-649-2876** |
| Emergency number after hours (24-hour emergency service): | **1-888-852-1917** |

Your Au Pair International local representative - your Area Director - is available to assist you with any questions you might have. Your Area Director may be contacted if problems arise and/or when you need someone other than your host family or friends to talk to. If your Area Director is unavailable, please contact the Regional Director or Au Pair International's Head Office.

**AREA DIRECTOR**
Name:
Cell Phone:
Alternate Phone:
Work Phone:
Address:

Email:

**REGIONAL DIRECTOR**
Name:
Work Phone:
Cell Phone:
Address:

Email:

**HEAD OFFICE**
Au Pair International
4450 Arapahoe Ave. Suite 100
Boulder, Colorado 80303

Phone (Mon - Fri, 8:00 am to 5:00 pm MST):    720-221-3563 or 1-888-649-2876
Emergency number (after hours):                1-888-852-1917 (24-hour emergency service)
Fax: 720-221-0724
Email: AuPair@AuPairInt.com

API00004621

PLAINTIFFS' RESP. APP.0001145

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

## Addendum A
# U.S. Department of State documents

*The following U.S. Department of State (DOS) document governing au pair programs and more information may be found at the DOS web site http://www.state.gov*

**Addendum A.** *U.S. Department of State Welcome Brochure*

**The Exchange Visitor Program**
**Welcome Brochure**

**Bureau of Educational and Cultural Affairs**
**United States Department of State**
The Department of State welcomes you to the United States. We are pleased to receive you as an exchange visitor. This brochure is designed to help you understand the purpose and operation of the Exchange Visitor Program and to introduce you to some of the major requirements of the Exchange Visitor Program regulations that are most relevant to you.

**THE EXCHANGE VISITOR PROGRAM**
**THE U.S. DEPARTMENT OF STATE** administers the Mutual Educational and Cultural Exchange Act of 1961, as amended. The Act promotes mutual understanding between the people of the United States and other countries by means of educational and cultural exchange. The Exchange Visitor Program provides foreign nationals with opportunities to participate in exchange programs in the United States and then return home to share their experiences.

**Sponsors**
The U.S. Department of State designates sponsors to administer individual exchange visitor programs. Sponsors are U.S. organizations such as government agencies, academic institutions, educational and cultural organizations, and corporations. They screen and select exchange visitors participating in their programs, provide them with pre-arrival information, an orientation, and monitor their activities.
Sponsors offer exchange visitors cross-cultural activities that will expose them to American society, culture, and institutions. Exchange visitors are encouraged to voluntarily participate in activities that provide them with an opportunity to share their language, culture, and history with Americans.

**Responsible Officers**
Sponsors appoint individuals as responsible officers and alternate responsible officers to advise and assist exchange visitors. These officers issue the Certificates of Eligibility (Form DS-2019, formerly IAP-66), and conduct official communications with the Department and the Immigration and Naturalization Service (INS) on your behalf. Should you have questions about the regulations or any aspect of your exchange program, your initial and primary contact is the responsible officer whose name you can find in Block 7, at the bottom right of the DS-2019 form.

**Exchange Visitors**
An exchange visitor is a foreign national selected by a sponsor to participate in an exchange program, and is issued a J-1 visa. An accompanying spouse and any unmarried children under 21 years of age, may apply for J-2 visas, with the permission of your sponsor.

**RULES — REGULATIONS**
**IT IS IMPORTANT THAT YOU** understand and abide by the Exchange Visitor Program regulations, U.S. laws and sponsor rules. Regular contact with your responsible officer will help you keep current of any changes which may affect your J status. Some requirements of the Federal regulations and where to find them are indicated below.

- 40 -

API00004622

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

## Activities and Program Provisions

You entered the United States in one program category, and are required to engage in that category and subject/field of activity listed on your form DS-2019 (formerly the IAP-66). You must comply with the specific program provisions of the regulations relating to your program category.

## Insurance

You are required to have medical insurance in effect for yourself and any dependents in J-visa status for the duration of your program. Some sponsors provide the required insurance for their participants. Other sponsors may allow you to make your own arrangements or may help to identify insurance carriers. Consult with your responsible officer before the start of your program.

a. **Minimum Coverage** — Insurance shall cover: (1) medical benefits of at least $50,000 per person per accident or illness; (2) repatriation of remains in the amount of $7,500; and (3) expenses associated with medical evacuation in the amount of $10,000.

b. **Additional Terms** — A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds $500 per accident or illness, and must meet other standards specified in the regulations.

c. **Maintenance of Insurance** — **Willful failure on your part to maintain the required insurance will result in the termination of your exchange program.**

## Transfers

Exchange visitors may transfer from one sponsor to another only if they are released by the first sponsor as required by the regulations. A transfer must be clearly consistent with the intent and purpose of the original program objective and category. A transfer does not extend the length of the maximum program duration of the category. Insurance may be obtained with the new sponsor.

## Extensions

An exchange visitor's program may be extended at the sponsor's discretion to the extent permitted by the regulations. Sufficient funds must be available to support you and any dependents if a new Form DS-

2019 (formerly IAP-66) is to be issued. Insurance is also required.

## Maintenance of Status

You are required to have a valid and unexpired Form DS-2019 (formerly IAP-66). Sponsors may terminate an exchange visitor's program for violating U.S. Laws, Exchange Visitor Program regulations or the sponsor's rules governing their particular program.

## Notification

You must inform your responsible officer if you change your address or telephone number, or complete or withdraw from your program early. Doing so assists your sponsor in complying with their notification and reporting requirements to the U.S. Department of State.

## Current Regulations

The Exchange Visitor Program regulations are located in the Code of Federal Regulations, (22 CFR, Part 62 — formerly Part 514). The regulations are generally available for review at the offices of responsible officers, universities, law schools, or large public libraries. They are also available on the Internet at:
  **http://www.exchanges.state.gov/education/jexchanges**

## For Further Information

Additional requirements that may apply to you are set forth in the Exchange Visitor Program Regulations. Review a copy of the current regulations and consult with your responsible officer.
The address, telephone and fax numbers and web site address of the Exchange Visitor Program, Bureau of Educational and Cultural Affairs, United States Department of State is:

SA-44, Room 734
301 Fourth Street, SW
Washington, DC 20547
TEL: 202-401-9810 FAX 202-401-9809
Internet address:
**http://www.exchanges.state.gov/education/jexchanges**

## WAIVERS AND THE TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT [212(E)]
Two-Year Home-Country Physical Presence Requirement [212(e)]

Some Exchange Visitor Program participants and family members who were admitted to the U.S. or who

Addendum A

API00004623

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

adjusted their visa status to J after admission must return home for a minimum of two years after completing their educational or cultural exchange program before they can change or adjust their status. This requirement applies to those whose:

1. Exchange program was financed to some extent by the U.S. Government or your home country government;

2. skill appears in the Exchange Visitor Skills List as identified by their home country government; or

3. purpose in coming to the United States was to receive graduate medical education or training. For details, see {(22 CFR 62.44 (e)] or contact your responsible officer.

**Waivers**
**Contact information for the Waivers Review Branch is as follows:**
Waiver Review Public Inquiry Number: (202) 663-1225
Waiver Review FAX number: (202) 663-8666
Microlog number for status check on waiver requests: (202) 663-1600
Visa Office Homepage: http://travel.state.gov

# U.S. Department of State documents



*The following U.S. Department of State (DOS) document governing au pair programs and more information may be found at the DOS web site http://www.state.gov*

United States Department of State
Bureau of Educational and Cultural Affairs
Washington, D.C 20547

## INTRODUCTION

Thousands of American families and foreign nationals have participated in the Au Pair Program. Most have found it to be a rewarding experience, but it is important to fully understand the program before deciding to participate. This brochure explains the program and answers some frequently asked questions.

The Au Pair Program was established in 1986 as an educational and cultural exchange with a strong child care component. Program participants enter the United States for up to 12 months to care for the children of the American family in whose home they will live. At the same time, the au pairs are required to complete an educational component of six semester hours of academic credit or its equivalent. At the end of one year, au pairs return to their home country.

"Au pair" is French for "on par," reminding host families that, although an employee, their international visitor is to be treated as a member of the family. The rules are clear: au pairs are provided a private bedroom, meals, remuneration tied to the minimum wage, one and one-half days off weekly plus a full weekend off each month, two weeks' paid vacation, and the first $500 toward the costs of required course work to be completed at an accredited institution of higher education in order to satisfy the requirements of the educational component of the program. Au pairs are not to work more than 10 hours a day/45 hours a week. They are not to serve as general housekeepers or assume responsibility for household management.

Addendum A

API00004624

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

In August 2001 the regulations governing the Au Pair Program were amended to create a sub-category called <u>EduCare</u>. This component is specifically designed for families with school-aged children requiring limited childcare assistance. Au pairs participating in the EduCare component may not be placed with families having preschool aged children unless alternative arrangements are in place for these children.

EduCare participants are not to work more than 10 hours a day/30 hours a week. They must complete a minimum of 12 semester hours of academic credit, or its equivalent, during their program. Host families provide the first $1000 to the au pair toward the cost of the educational component. All au pair participants are paid in accordance with the provisions of the Fair Labor Standards Act. As a matter of administrative convenience for both the Department-designated sponsors and participating host families, EduCare participants receive 75 percent of the predetermined weekly wage that is required for au pair participants.

If these rules cause you any concern, you may wish to reconsider participating in the Au Pair Program. There are other considerations as well. Are you willing to communicate your expectations at the beginning of your program? When occasional problems arise, one mistake that host families and au pairs make is to hope that conditions will improve and problems will correct themselves. As you consider whether the Au Pair Program is right for you, host families should think about how they will adjust to having an international visitor in their home. Au pairs should think about how they will adjust to living with a new family in a different country. For each, the values and cultural perspectives of the other may be vastly different. The following questions and answers might help you to make that decision.

## GENERAL QUESTIONS

### What is the Au Pair Program?
The Au Pair Program is an educational and cultural exchange program with a child care component. Au pairs come to the United States for one year to provide up to 45 hours of child care per week for their host family while pursuing educational credits. The EduCare participant provides up to 30 hours of child care a week. Sponsoring organizations in the U.S. have the responsibility for administering the program, within the regulations set by the Department of State (DOS).

Although DOS authorizes these sponsoring organizations to conduct au pair programs, the responsibility for choosing the right organization rests solely with the host family and the au pair.

### What do the sponsoring organizations do?
Sponsoring organizations carry out the day-to-day operation of the Au Pair Program. They identify, screen, select, and match au pairs and host families. They ensure that background investigations, including criminal history checks, are performed on au pairs, and that host parents have adequate financial resources to participate in the program.

The sponsoring organizations interview au pairs for spoken English proficiency and suitability to participate in the program. They also interview host parents to ensure spoken English fluency and suitability to deal with an international visitor.

The sponsoring organizations provide au pairs with a detailed profile of the host family and community into which they will be placed, as well as the educational institutions available in the community. They ensure that au pairs have all the training required by DOS and must monitor the au pair/host family relationship throughout the year.

Addendum A

PLAINTIFFS' RESP. APP.0001149

API00004625

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

These organizations must maintain monthly contact, through local and regional counselors, with au pairs and host families to ensure compliance with the program.

**What do local and regional counselors do?**
Local and regional counselors maintain ongoing contact with, and support, au pairs and host families. They are required to report to the sponsoring organization any unusual or serious situations or incidents involving au pairs or host families. Any incidents involving or alleging a crime of moral turpitude or violence are immediately to be relayed by the sponsoring organization to DOS. Moral turpitude is defined to include, but is not limited to, acts of theft, sexual misconduct, and child abuse.

**Are there any checks on the sponsoring organizations?**
Yes. Sponsoring organizations must annually submit to DOS copies of their advertisement and recruitment materials. They must submit summaries of the annual survey they conduct of host families and au pairs, all complaints received and their resolutions, and all situations that result in the placement of an au pair with more than one host family. Sponsoring organizations are audited annually to ensure compliance with the procedures and reporting requirements set forth in DOS's regulations.

**What is the educational component of the Au Pair Program?**
Au pairs are required to enroll in an accredited post-secondary institution for not less than six semester hours of academic credit or its equivalent. Its equivalent would include the recognized trimester or quarter hours. The EduCare participant is required to enroll in an accredited post-secondary institution for not less than twelve semester hours of academic credit or its equivalent. Two-year community colleges are eligible institutions.

**What are the responsibilities of the American host family in assisting the au pair with the "mandatory" educational component?**
As a condition for American families to host an exchange visitor under the Au Pair Program they must agree to (1) facilitate the enrollment and attendance in an American "post-secondary" educational institution (2) ensure that the au pair has adequate transportation to attend and (3) pay the first $500 ($1000 for EduCare participants) toward the costs of required academic course work. Any additional costs associated with acquiring the six academic credits (twelve for the EduCare participant) are to be absorbed by the au pair.

<u>Back to the top</u>

**THE SELECTION AND SCREENING PROCESS**

**Where do au pairs come from?**
Because the Au Pair Program is worldwide, au pairs can be from any foreign country except those with which the U.S. does not have diplomatic relations.

**What kind of training and experience is required to be an au pair?**
Au pairs must be proficient in spoken English and have a high school diploma or the equivalent. **Host parents are to interview prospective au pairs by telephone, before they leave home, prior to accepting candidates as their au pairs.**

Before being placed with a host family, au pairs must receive at least 8 hours of child safety and 24 hours of child development instruction. At least 4 hours of the child safety training will be infant related and at least 4 hours of the child development instruction will be devoted to the care of children under 2 years of age.

Addendum A

API00004626

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

                                                          *Au Pair Handbook*

The child safety training, provided by qualified organizations, includes topics such as stress management, shaken baby syndrome, and CPR. Au pairs responsible for children under 2 years of age must have at least 200 hours of documented infant child care experience. **Au pairs may not be placed with a family having a child less than three months of age unless a parent or other responsible adult is present in the home.**

Au pairs will **NOT** have specialized training in nursing. They are **NOT** to provide child care services relating to the care and protection of infants and children performed by such trained personnel, as registered or practical nurses.

### What costs are involved?
The average annual cost to an American host family is about $13,000. This includes fees to the sponsoring organization, a weekly payment tied to the minimum wage (currently $157.95 (07.24.07 to 05.24.08), $176.85 per week (08.25.08 to 05.24.09), $195.75 per week (after 05.25.09)), an educational allowance of $500, and room/board. The weekly wage for the EduCare participant is $118.46 with an educational allowance of $1000.00.

## ONCE THE AU PAIR IS WITH THE HOST FAMILY

### What are au pairs entitled to?
Au pairs are entitled to a private bedroom, meals, a weekly wage that will increase if the minimum wage increases, one and one-half days off each week, a full weekend off each month, two weeks of paid vacation, and the first $500 ($1000 for EduCare participants) toward the costs of required academic course work.

### What are host families entitled to?
Host families are entitled to a maximum of 10 hours a day/45 hours a week (10 hours a day/30 hours a week for EduCare participants) of child care, and they have the benefit of someone from another culture living in their home.

### What responsibilities do both parties have?
Either a parent or responsible adult must be present in the home for the first three days that the au pair is with the host family, which may include a weekend. The host family and au pair must attend at least one of their sponsoring organization's family day events during the au pair's stay.

There must be a signed written agreement between the host family and the au pair outlining the obligations of both parties. In addition, the sponsoring organizations generally require the host family and the au pair to sign written agreements that outline the obligations of each party to the organization.

### How long may an au pair stay with a family, and may the arrangement be extended?
Au pairs may stay with their host families in the U.S. for one year. After that time they are required to return to their home country. The au pair arrangement cannot be extended.

## QUESTIONS OR PROBLEMS

### What if I have questions after the initial selection and match have been made, or what if a problem arises?
The sponsoring organizations have local and regional representatives who are available to help and counsel one or both parties of an Au Pair Program match. You can contact them or the sponsoring organization through which you entered the program.

Addendum A

API00004627

PLAINTIFFS' RESP. APP.0001151

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

DOS's Exchange Visitor Program staff is available to answer questions at (202) 401-9810. In addition, a listing of designated sponsors and related information can be obtained from the Department's web site http://exchanges.state.gov/education/jexchanges/.

**What are my options if I am not happy with the arrangement?**
Both the host family and the au pair have options if they are not happy with the au pair arrangement. Since the terms of these options may vary from one sponsoring organization to another, it is suggested that you check your contract with the sponsoring organization for specific information on cancellation conditions or talk with your sponsoring organization directly.

**PLEASE READ YOUR CONTRACT FOR TIME LIMITS AND CONDITIONS**

Please Note: No guarantee of performance or competency is made by the designation of sponsor organizations.

Addendum A

API00004628

PLAINTIFFS' RESP. APP.0001152

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Addendum B.** *United States Department of States Au Pair Program Regulations.*

[Code of Federal Regulations]
[Title 22, Volume 1]
[Revised as of April 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 22CFR62]

Sec. 62.31 Au pairs.

 (a) *Introduction.* This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All aupair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Aupair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.
(b) *Program designation.* The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.
(c) *Program eligibility.* Sponsors designated by the Department of State to conduct an aupair exchange program shall;
  (1) Limit the participation of foreign nationals in such programs to not more than one year;
  (2) Limit the number of hours an EduCareaupair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other aupair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;
  (3) Require that EduCareaupair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other aupair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;
  (4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;
  (5) Require that the aupair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the aupair's participation in their exchange program;
  (6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each aupair and host family for which he or she is responsible and issues or problems discussed;
  (7) Require that all local organizational representatives contact aupair participants and host families twice monthly for the first

two months following a placement other than the initial placement for which the aupair entered the United States.
 (8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and
 (9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.
 (d) *Aupair selection.* In addition to satisfying the requirements of Sec. 62.10(a), sponsors shall ensure that all participants in a designated aupair exchange program:
 (1) Are between the ages of 18 and 26;
 (2) Are a secondary school graduate, or equivalent;
 (3) Are proficient in spoken English;
 (4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;
 (5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and
 (6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the aupair program.
 (e) Aupair placement. Sponsors shall secure, prior to the aupair's departure from the home country, a host family placement for each participant. Sponsors shall not:
  (1) Place an aupair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the aupair's arrival;
  (2) Place an aupair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;
  (3) Place an aupair with a host family having children under the age of two, unless the aupair has at least 200 hours of documented infant child care experience. An aupair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

[[Page 304]]

  (4) Place an aupair with a host family having a special needs child, as so identified by the host family, unless the aupair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the aupair's prior experience, skills, or training so identified;
  (5) Place an aupair with a host family unless a written agreement between the aupair and the host family detailing the aupair's obligation to provide child care has been signed by both the aupair and the host family prior to the aupair's departure from his or her home country. Such agreement shall clearly state whether the

Addendum B

API00004629

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

aupairis an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the aupair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child.care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the aupair with a family who cannot provide the aupair with a suitable private bedroom; and

(7) Place an aupair with a host family unless the host family has interviewed the aupair by telephone prior to the aupair's departure from his or her home country.

(f) Aupair orientation. In addition to the orientation requirements set forth at Sec. 62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the aupair's participation in the exchange program;

(2) A detailed profile of the family and community in which the aupair will be placed;

(3) A detailed profile of the educational institutions in the community where the aupair will be placed, including the financial cost

of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the aupair program.

(g) Aupair training. Sponsors shall provide the aupair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the aupair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the aupair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) Host family selection. Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the aupair's duties, participation, and obligations; and

(7) Provide the host family with the prospective aupair participant's complete application, including all references.

(i) Host family orientation. In addition to the requirements set forth at Sec. 62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the aupair program;

[[Page 305]]

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the aupair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the aupair placement contacts the host family and aupair within forth-eight hours of the aupair's arrival and meets, in person, with the host family and aupair within two weeks of the aupair's arrival at the host family home.

(j) Wages and hours. Sponsors shall require that aupair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component. Sponsors shall require that during their period of program participation, all EduCareaupair participants be enrolled in an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other aupair participants be enrolled in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of the aupair in an accredited U.S. post-secondary institution and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCareaupair participants and in an amount not to exceed $500 for all other aupair participants.

(l) Monitoring. Sponsors shall fully monitor all aupair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each aupair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each aupair and host family for which the counselor is responsible. Counselors

shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the aupair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth at Sec. 62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and aupair participants regarding satisfaction with the program, its strengths and weaknesses;

Addendum B

API00004630

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

(2) A summation of all complaints regarding host family or aupair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of aupair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the aupair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or aupair participants.

(n) Sanctions. In addition to the sanctions provisions set forth at

Sec. 62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the aupair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual aupair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997;

64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR

43087, Aug. 17, 2001]

Addendum B

PLAINTIFFS' RESP. APP.0001155

API00004631

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

**Addendum C.** *United States Department of States Welcome Letter*



United States Department of State

*Assistant Secretary for
Educational and Cultural Affairs*

*Washington, DC 20522*

Dear Au Pair Program Participant:

On behalf of the U.S. Department of State, I am pleased to welcome you to the Au Pair Program. This program is a unique opportunity for you to experience first-hand the culture and diversity that the United States has to offer. As a valued participant in this program, you are among many young adult exchange visitors serving as your country's citizen ambassador in the United States. We want your experience to be both positive and rewarding. It is our hope that such an experience will promote and foster a better understanding of the values of the American people.

As a participant in a formal exchange program you have signed a contractual agreement with an American host family to care for their children while you live as an employee and a guest in their home. The program also requires you to complete an educational component. You are expected to return to your home country when your program ends. We know that with a positive attitude and respect for others you will achieve a close and successful relationship with your host family.

We welcome your decision to come to the United States. It is extremely important that you notify your sponsoring organization with any concerns or problems you may have, especially if you find yourself in a circumstance that threatens your personal health, safety or well-being or a situation that makes you uncomfortable. If your sponsor organization is not responsive to your concerns, you should not hesitate to contact the Department of State directly at Jvisas@state.gov. Information about the Au Pair program may be found on our website at http://j1visa.state.gov/programs/au-pair/. The regulations governing the program are found at http://j1visa.state.gov/sponsors/current/regulations-compliance/ (click on the link for 22 CFR 62 Exchange Visitor Program and select section 62.31 Au Pairs.) These regulations address most frequently asked questions about the program and provide the rules under which the program operates.

Best wishes for a rewarding, enriching and fun experience. Welcome to the United States!

Sincerely,

Rick A. Ruth
Deputy Assistant Secretary
for Private Sector Exchange, Acting

Addendum C

API00004632

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

*Au Pair Handbook*

Addendum D

PLAINTIFFS' RESP. APP.0001157

API00004633

# Exhibit 116

PLAINTIFFS' RESP. APP.0001158

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | alexia |
| **To:** | PMC Email |
| **Sent:** | 7/14/2013 11:04:10 PM |
| **Subject:** | RE: Au pair |
| **Attachments:** | Midterm Orientation.docx |

Elsa,

Was I correct when I assumed that Tomoe was going to handle the taking care of the dog thing on her own? I have attached the midterm orientation and interview.

Alexia Smith
Western Regional Director
Au Pair International
alexia@aupairint.com
206-250-2976
Fax 720-221-0724

**From:** PMC Email [mailto:elsapmc@yahoo.com]
**Sent:** Sunday, July 14, 2013 3:10 PM
**To:** alexia
**Subject:** Fwd: Au pair

Hi Alexia,
Thank you for looping me in on your emails to Hilary regarding the education component of their agreement.

Below you will see a note I received from Tomoe inquiring about the email reminder you were going to send families about vacation plans. I'm not sure if she has talked directly with her host family yet regarding her proposed solution to the pet sitting situation, but will ask in my response to her.

Additionally, she seems to be under the impression that we were to have an orientation meeting within a month of her move to Napa ... something I was not aware of? Per our phone conversation Friday, I am pursuing a meeting with them, which looks like might happen this coming week. Could you please send that follow up orientation agenda you mentioned to me as soon as you get the chance?

Thank you for your support!
Elsa

Sent from my iPad

Begin forwarded message:

**From:** <tomotomostraight@yahoo.co.jp>
**Date:** July 14, 2013, 1:23:23 AM PDT
**To:** PMC Email <elsapmc@yahoo.com>
**Subject: Re: Au pair**



Hi Elsa,

You said 'Alexia will be sending an email out to several families, including yours, reminding them of what the rules are regarding vacation.' 9 days ago.
But it seems she has not sent the email yet.

API00002992

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Did you receive a response from Hilary?
If we don't have the meeting in our house this week (before I go on a vacation.) or July 29-31, we are not able to
have the meeting until August 13th.
That means I will have been here in Napa for more than a month since I moved here.

Tomoe

--- On Sat, 2013/7/13, PMC Email <*elsapmc@yahoo.com*> wrote:

Hi Tomoe,
I'm glad you were able to get some good advice from your au pair community. What you suggest below sounds like a
good proposition. Of course, I have not shared anything with your host family about our correspondence on this
issue. It is always preferable that things like this are resolved between the two of you, without interference from us.

Hilary did send me an email to say that the monthly au pair meeting in Sonoma on July 30 at 6:30 pm sounded fine to
her, so I am looking forward to seeing you then, if not before. I have been in touch with her again to try to schedule a
follow up orientation meeting at your home, and will let you know when I receive a response.

We'll be in touch again soon.
Elsa

Sent from my iPad

On Jul 8, 2013, at 12:08 AM, Tomoe Suzuki <*tomotomostraight@yahoo.co.jp*> wrote:

Hi, Elsa

I discussed with other Au pairs about this. They gave me some helpful advice. It is good I have companies.
I think I will negotiate with my host that I should have 1.5 days a week and if they can transfer the days I will work
to paid off in the future.
For example I will work 3 weekend. Each week should have 1.5days off.
1.5×3=4.5
I will have 4.5 days off in the future.

You don't say anything about what I have told you in the email to my host. You don't have to tell them about this
problem.
I just want you to remind them about the rules in person like the orientation we have when we come to new host
family, when you come to see us. Even if alexia or you send them the email, they may not take it seriously.
Anyways please contact my host to decide the date when we have meeting.

Thank you

Tomoe

Sent from my iPhone

On Jul 7, 2013, at 21:32, PMC Email <*elsapmc@yahoo.com*> wrote:

Hi Tomoe,
Thank you for your email and additional information about your situation. I know it is difficult to discuss this with
your host family, but it is better that they hear about the problem from you directly first. This gives them a chance to
address it and hopefully find a solution that will work for all of you without feeling like they are "in trouble" with Au

PLAINTIFFS' RESP. APP.0001160

API00002993

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Pair International.

You are correct that they cannot demand that you care for their dog ... they can ask you, but cannot force you if you don't wish to do so. Of course, it would be nice if an arrangement could be worked out where you are able to help them, but still feel comfortable with what you are being asked to do.

If they make the point that you aren't working with their kids while they are gone, you can always offer to do some child-related tasks during that time, such as helping unpack the kids belongings from the move, clean or organize toys, etc.

If you still get resistance from them after discussing this issue, and they seem to be demanding that you do this, then just tell them you have to think about it, and let me know they are not cooperating.

Also, I wanted to let you know that Alexia, the Regional Director, will be sending an email out to several families, including yours, reminding them of what the rules are regarding vacation, so hopefully this will help as well.

I will also be sending an email out to you and the other au pair in my cluster, Le Chen, to plan a monthly meeting for July, hopefully ... I look forward to meeting you! Please let me know how your conversation with the family goes, and good luck!

Elsa

Sent from my iPad

On Jul 5, 2013, at 7:21 PM, <tomotomostraight@yahoo.co.jp> wrote:

Hi Elsa,

Yes, I had a good time yesterday.
They didn't mention about pet care when we matched.
They are leaving 22nd of July but I will go on Vacation from 17th night to 23rd.
So I won't see them right after I am back from vacation.
As you can see there is no person taking care of the dog during 22nd to 23rd.
When I talked to them about my vacation, They said there is no one they can ask for pet care since they just moved.
But that's only one day. during 22 to 23, they could ask their constructor. So I can go.
I think they can make time easily because host mom doesn't work she stays at home,
and host dad works from house. (I think when we have orientation, it is gonna be you, host mom and me.)

I can take care of the dog of course some time.
But I don't think this is right that they ask me to do it instead of taking care of their kids. They should ask me as a favor.

I will try to talk to them next week and say I am not comfortable with taking care of the dog for 3 weeks.(1 week and 2 weeks) also I am not comfortable when they ask me your stuff like cleaning their shoes or chores for host parents. I will be nervous when I say. I am not sure if I can do it...

Thank you.

Tomoe

--- On Sat, 2013/7/6, PMC Email <elsapmc@yahoo.com> wrote:

API00002994

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Hi Tomoe,
I hope you had a nice 4th of July with your family. Thank you for sharing your issue with me, and I'm sorry you are feeling uncomfortable about the pet care situation. Did they let you know this might be a possibility before you matched with them, or is this a completely new request?

When are they going on vacation? I would like to come visit, but am not sure it will be possible before they leave. So, I would recommend that you try to talk to the family about this a little yourself, especially since you say they are usually very nice. Maybe you can work out a compromise with them where you are there in the morning or evening for the dog, and they find someone else to let it out during the day?

It would be helpful for me to know what exactly you are willing to do with regards to the dog, and what you don't want to do? Do you not want to take care of it at all? Or is some time ok, as long as you get your 1.5 days off per week? Or do they just need to ask you to do it instead of telling you?

I look forward to hearing back from you!
Elsa


Sent from my iPad

On Jul 4, 2013, at 12:54 AM, <tomotomostraight@yahoo.co.jp> wrote:

Hi Elsa,

I have to be with the family from 9am to night tomorrow. so I am not able to talk on the phone.
Im gonna tell you in this email.
My host family is usually nice. But sometimes they ask me to do things that don't relate to child work.
Once, host mom asked me to wash her shoes.... I couldn't say 'No'
That doesn't happen often. but sometime I feel like I am not an Au Pair more like I am their helper who can do anything for the family.

Also during summer they will be gone about 3 weeks. During that time, I was asked to take care of a dog.
Feeding in the morning and after noon and let the dog out 3 times( morning, noon, afternoon). That 3 weeks I cannot go to anywhere. I have to be at home for the dog. They are not supposed to ask an Au Pair to care for pet, right?
Also Au Pairs should have at least 1.5 day off a week.
I understand they don't want pay for me when kids are not home and when I don't work.
And It is convenient for them to ask me to care for the dog.
But that doesn't mean I can be a petsitter. If they ask me properly to do it, I would feel better. But they just told me as if that is a part of my job.

So what I want you to do is....Please come to see us asap before they will be gone.
when you come, I want you to tell them the Au Pair rules and emphasize what an Au Pairs can do and what Au Pairs should not do.
I think they know briefly about the rules. But if you tell them in person, it will be very helpful.

They are usually nice that's why I cannot say no....
Please help me!!

Tomoe

--- On Thu, 2013/7/4, Elsa Beatty <elsapmc@yahoo.com> wrote:

Hi Tomoe,
Of course, we can talk about your problem, and I will do my best to help you. Would you like to speak over the

API00002995

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

phone? I am pretty free tomorrow, especially before noon. You can call me at (707) 364-2863, or I can call you at whatever number is best.

I would also very much like to meet you, but I know your family is busy getting moved in, so wanted to let them decide when it is most convenient. What is your work schedule like? If I know your free days/times, then I will try to set up an au pair meeting for the month of July.

Looking forward to talking with you!
Elsa

**From:** "tomotomostraight@yahoo.co.jp" <tomotomostraight@yahoo.co.jp>
**To:** PMC Email <elsapmc@yahoo.com>
**Sent:** Tuesday, July 2, 2013 11:32 PM
**Subject:** Re: Au pair
Hi Elsa,
Actually I need your help, So if possible I want you to meet my host family and me as soon as possible.
Can I tell you my problem?
Tomoe
--- On **Wed, 2013/7/3, PMC Email** <elsapmc@yahoo.com> wrote:

Hello Tomoe, Thank you for getting in touch with me, and you are correct that I have recently been assigned as your new Area Director with Au Pair International. I am looking forward to getting the chance to meet you and your host family. I live in Petaluma, with my husband and three young children, and understand that you have just moved to Napa from Hawaii. I would love to get together with you sometime when you are available. I have also contacted your host family to try to set up a time to meet them, so we can also just meet at that time, if you prefer? Please let me know what is most convenient for you, and in the meantime, feel free to contact me with any questions or issues. I hope everything is going well as you get settled in to your new home. Kind regards, Elsa Sent from my iPad On Jul 1, 2013, at 11:39 AM, Tomoe Suzuki <tomotomostraight@yahoo.co.jp> wrote: > Hi Elsa, > I am Tomoe, Au pair in napa. > You are my area director, right? > Do you plan to see my host family and me soon? > > Tomoe > > Sent from my iPhone

PLAINTIFFS' RESP. APP.0001163

API00002996

PLAINTIFFS' RESP. APP.0001164

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

# Mid-term / AD Transfer Host Family Interview and Au Pair Orientation.

## 1. Program Regulations

The US State Department regulations must be followed. These are the max./min. requirements; the family sets your schedule and day to day activities within these.

- Max. 45 hours/week, max. 10 hours/day.
- Weekly stipend: Au Pair: $195.75/week, Au Pair Professional: $225/week.
- 1.5 days off per week, one full weekend off per month.
- Two weeks paid vacation should be mutually agreed upon well in advance.
- Complete 6 credits or 72 hours through an **accredited post secondary institution**.
- Monthly contact and/or meetings with your Area Director are mandatory.
- Infant care families: Au pair can not care for infant less than 3 months of age alone.

Responsibilities:

- Childcare
- Child-related housework
- Au pairs cannot take a part-time job or baby-sit for other families. Play dates are OK.
- Au pairs cannot be responsible for pet care and maintenance or caring for an elderly, disabled or infirm adult.

## 2. Schedule and Responsibilities

1. Host family must present the au pair with a written schedule that follows the regulations (max 45/hours per week, etc.).
- Try to give your au pair a consistent schedule so that she can make plans for her free time.
- Give advanced notice of monthly weekend off (from Fri. PM to Mon. AM) and weekly 1 ½ days off.
- Be specific about start and end times. Do not designate the start of the day as "when the baby wakes"
- Schedule time for child-related housework.
- Make sure the schedule is realistic and that expectations can be met. It is advised to limit the household chores in the beginning until the au pair gets familiar with the children and routines.

2. Monthly contact with the AD is required. Please return phone calls and answer e-mails from your Area Director or either initiate contact with the AD or contact your API Regional Director if you haven't heard from her.

1

PLAINTIFFS' RESP. APP.0001165

API00002997

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

# Mid-term / AD Transfer Host Family Interview and Au Pair Orientation.

3. Host Family Days are a requirement and failure to attend such a gathering is grounds for possible termination of continued or future participation.

## 3. Safety and Caring for Children while Au Pair is On-Duty

- In case of emergency: Do not wait - Dial 911
- **Safe and active care of the children is your main responsibility:**
- **Never leave children unattended**
- Make sure you can always see them
- Provide active childcare – Don't just sit and watch, get down and play with them.
- No electronics while on duty
- No personal computer or internet (approved children's sites and games are ok)
- No personal phone calls
- No television (approved children's programming is ok)

Au Pair responsibilities can include:
- Child-related household chores
- Children's laundry
- Children's meals
- Teach the children to clean up after themselves.

Au Pairs should put safety first.  They should:
- Understand how appliances, smoke detectors, security/alarm systems etc. work.
- Know your neighborhood, areas to avoid, etc.
- Have emergency phone numbers handy (911, work, emergency contact).
- Discipline Issues should always be dicussed with your host family .

## 4. Vacation and Time Off

The Au Pair's Off-Duty Hours:

- You can choose how you spend your time off. It is good for you to attend social activities with your host family, but it is your choice.
- Let your host parents know where you are going and when you are coming home and how they can get in touch with you.

Au Pair and Host family Vactions

- Au pair vacation: The au pair's two weeks vacations should be planned well in advance and mutually agreed upon. Your au pair is not obligated to take his/her vacation while your family is vacationing.
- Family vacations that your require your au pair to join: Your au pair can go with you on your vacation and continue doing her childcare duties. Write down her schedule and

2

PLAINTIFFS' RESP. APP.0001166

API00002998

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

# Mid-term / AD Transfer Host Family Interview and Au Pair Orientation.

discuss, in advance, what her responsibilities and on-duty time will be. You must pay for her expenses if you *require* her to come with you on vacation.

**Host families are not required to invite their au pair to accompany them on their family vacation.**

- If the au pair is not going on vacation with the host family, please remember that if the au pair is staying in the host family's home and not taking her own vacation the host family is still responsible for providing groceries so that she can have meals at home. If it is easier host families can decide to give the au pair a food allowance so that she can purchase her own groceries. Au pairs should not expect their host family to provide money for them to eat meals outside the home.
- If your au pair is not taking her vacation at this time it is reasonable to ask that they complete child related tasks while you are away. This might be a good opportunity to sort and reduce toys and outgrown clothing. Remember when assigning tasks that they need to be child centered and something that can realistically be accomplished without a lot of guidance. Remember that pet care and elder care are not part of the au pair program and that assigning tasks for your au pair to complete while you are away must also follow the some scheduling requirements for on-duty hours and days off.
- Au Pairs need to be respectful of families rules and restrictions about inviting guests in to their host family's home. Au pairs should follow the same agreements as if the host family were in the home. If an au pair would like to invite guests to the host family's home they must discuss this with the host family and then follow their decisions. It is important to settle these questions before the host family leaves on vacation.

## 5. Educational Requirement

- Families pay up to $500 per year for classes at an accredited U.S. post-secondary institution
- Families help in the enrollment and attendance of the au pair (provide transportation to/from school and give time off to attend classes).
- Au Pair are required to attend the equivalent of 6 credits or 72 hours of non-credit classes at an accredited post-secondary institution to fulfill the educational requirement of their visa.
- It is the au pair's responsibility to have the proof of attendance form completed by the class instructor and to submit the completed, signed form to API.

PLAINTIFFS' RESP. APP.0001167

API00002999

Case 1:14-cv-03074-CMA-KMT   Document 943-11   Filed 03/27/18   USDC Colorado   Page 169
of 197

# Exhibit 117

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Steve |
| **To:** | Lisa Kempton |
| **Sent:** | 10/5/2010 10:13:44 PM |
| **Subject:** | FW: Au Pair Stipend |

**Au Pair International**

4450 Arapahoe Ave, Suite 100
Boulder, Colorado 80303
720 226-9014 direct
720 221-3563 main
720 221-0724 fax

www.aupairint.com

**From:** Susan Asay [mailto:susan@proaupair.com]
**Sent:** Tuesday, October 05, 2010 4:12 PM
**To:** Steve
**Cc:** 'Katarina Nagy '
**Subject:** RE: Au Pair Stipend

Dear Steve,

I just spoke with the ▮▮▮▮, she will of course pay the additional $25 per week since ▮▮▮ arrived and 250 going forward. She just continued what she had paid her former Pro AuPair and forgot that we raised the stipend.

Kati was also in contact with ▮▮▮ and she is also satisfied and happy.

Thank you very much for following up with us,
I really appreciate it.

Susan

Susan Asay
CEO & Founder

ProAuPair, LLC
Professional Kinder Care Program
433 Calle Familia
San Clemente, CA 92672
P (949) 903-2346
F (949) 612-0838
www.proaupair.com

ⅱ Please consider the environment before printing this e-mail

Notice Regarding Privacy and Confidentiality: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete this material from the computer it was stored on. ProAuPair, LLC, including its subsidiaries and its affiliates, reserve the right to monitor and review the content of all communications sent and/or received by its employees.

**From:** Steve [mailto:slehan@aupairint.com]
**Sent:** Tuesday, October 05, 2010 1:45 PM
**To:** Katarina Nagy ; susan@proaupair.com



**EXHIBIT**
7
5-7-17

PLAINTIFFS' RESP. APP.0001169

API00001248

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Subject:** Au Pair Stipend

Hi

We have a question from an au pair from your agency who states that she was told she was to receive $250 per week for her stipend and is using information from your website to support this. We do not have a stipend level higher than $225, so that is all we can tell the family they must pay.

Best,

Steve

**Au Pair International**

4450 Arapahoe Ave, Suite 100
Boulder, Colorado 80303
720 226-9014 direct
720 221-3563 main
720 221-0724 fax

www.aupairint.com

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1153 / Virus Database: 424/3260 - Release Date: 11/16/10

API00001249

PLAINTIFFS' RESP. APP.0001170

Case 1:14-cv-03074-CMA-KMT   Document 945-11   Filed 03/27/18   USDC Colorado   Page 172
of 197

# Exhibit 118

PLAINTIFFS' RESP. APP.0001171

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Steve |
| **To:** | Melissa Bonfada |
| **CC:** | Katrina Vanderhulst |
| **Sent:** | 8/18/2014 11:23:34 PM |
| **Subject:** | RE: Application |

Melissa
Please proceed as we discussed. AP can be paid the regular rate. Host family program fee is professional rate.
Thanks
S

**From:** Katrina Vanderhulst
**Sent:** Monday, August 18, 2014 4:34 PM
**To:** Steve
**Subject:** FW: Application

Katrina Vanderhulst
Director of International Programs

Au Pair International, Inc.
Direct: (720) 308-5458
Main: (720) 221-3563
Skype: Aupairinternational
Email: Katrina@AuPairInt.com



**From:** Melissa Bonfada
**Sent:** Monday, August 18, 2014 3:30 PM
**To:** Katrina Vanderhulst
**Subject:** FW: Application

Hi Katrina,
I have forwarded you my responses with Cory Tengan about ▮▮▮▮ He is insisting that his sister in law was told that ▮▮▮▮ can be charged under the standard AP rate. I offered the option to pay the pro rate to the company but pay the standard weekly rate to the AP. I understood this to be an option from his email on August 15 (you can see below). Is there another option or just let him know that this is what it is and ▮▮▮▮ won't work out any other way?
Thanks!
Melissa

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563



PLAINTIFFS' RESP. APP.0001172

API00001527

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**From:** Cory Tengan [mailto:tcoryt@hotmail.com]
**Sent:** Monday, August 18, 2014 5:47 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa,

So we have to pay the annual prorated Professional fee to the company but are allowed to pay the Standard weekly rate to the Au Pair? That seems a little unusual to me. As I mentioned earlier, we were told that we would be paying the standard weekly rate and program fee. Is that no longer true?

Thanks,
Cory

---

From: melissa@aupairint.com
To: tcoryt@hotmail.com
Subject: RE: Application
Date: Mon, 18 Aug 2014 00:32:10 +0000

Hi Cory,
I spoke with our financial officer and she let me know that the program fee is to the AP Pro fee (prorated at $6560), but that you all may pay ▮▮▮▮ the standard AP fee of $195.75 if that is what you all discussed.
Best,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563

**From:** Cory Tengan [mailto:tcoryt@hotmail.com]
**Sent:** Friday, August 15, 2014 5:24 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa,

We did hear that ▮▮▮▮ was categorized as a professional because of her educational background. However we were also told from our sister in law (who spoke with Alexia Smith) that ▮▮▮▮ agreed to be paid as a "standard" Au Pair so our cost would be less. Can you double check this for us and confirm since the overall expense was a big factor in our decision making process.

She is in fact already here on ▮▮▮▮ so the flight surcharge would not apply.

Thanks,
Cory

---

From: melissa@aupairint.com
To: tcoryt@hotmail.com
Subject: RE: Application
Date: Fri, 15 Aug 2014 20:55:26 +0000
Hello Cory,
Thank you for your application, letter, and pictures.

API00001528

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

I spoke with our financial office about the prorated program fee for Ayumi.

███ is an Au Pair Professional since she is a teacher. The fee structure is a bit different for APro. APro fees are below

Application fee (normally $350) currently waived = **$0**
Program fee (normally $7,490) currently offering a $300 discount = **$7,190**
Weekly stipend = **$225.00/week**
Educational allowance = **$500**
Flight surcharge (variable) = **$ 500 or less on average**

If ███ were to arrive on 8/28, her contract would end on 7/27/15 and the program fees would be $6560. Additionally, the flight surcharge would not apply if you all are on the same island.

Let me know if you have any questions.
Thanks,


Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563

**From:** Cory Tengan [mailto:tcoryt@hotmail.com]
**Sent:** Friday, August 15, 2014 4:37 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa - Thanks for taking the time to answer our questions. I have attached our application form, the family letter, and pictures of our family. Please review these documents and let us know the next steps in the process and if there is anything else we need to submit.

Thanks,
Cory
808-954-5585

From: melissa@aupairint.com
To: tcoryt@hotmail.com
Subject: RE: Application
Date: Fri, 15 Aug 2014 20:20:48 +0000
Hi Cory,
I am going to address your questions one by one below.

Is it possible to email the application? If so I can attach a signed copy of the application, along with the collage and family letter since we have just completed these items already. The application said it needs to be mailed, but I thought emailing would speed up the process.
Yes you are welcome to email the application! You can send it over to me. You can send it all by email and I can upload it to your file. If you prefer to fax or mail, you can do that too, but email is best for us as well.
2. Do we need the agreement form?
3. Do we need to fill out the personal and employer references? If so, where can we get those forms?

API00001529

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Michele, who is responsible for files, will get you any outstanding reference forms and agreement forms after you submit your application.

4. Since the program fee is prorated, I have it calculated it as $6132.50 ($6690 * (11/12)), since ▓▓▓▓ would be with us for only 11 months. Can you confirm exactly what our fee would be? I will find this out for you today. '

Hope this helps!
Feel free to contact me if you have any other questions.
Thanks,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3568

**From:** Cory Tengan [mailto:tcoryt@hotmail.com]
**Sent:** Thursday, August 14, 2014 8:15 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa,

Thanks for your response as well. I had a few more questions:

1. Is it possible to email the application? If so I can attach a signed copy of the application, along with the collage and family letter since we have just completed these items already. The application said it needs to be mailed, but I thought emailing would speed up the process.
2. Do we need the agreement form?
3. Do we need to fill out the personal and employer references? If so, where can we get those forms?
4. Since the program fee is prorated, I have it calculated it as $6132.50 ($6690 * (11/12)), since ▓▓▓▓ would be with us for only 11 months. Can you confirm exactly what our fee would be?

Thanks,
Cory
808-954-5585

From: melissa@aupairint.com
To: tcoryt@hotmail.com
Subject: RE: Application
Date: Wed, 13 Aug 2014 22:23:12 +0000
Hi Cory,
Thank you for your response. Yes, you are correct, there will be a prorated program fee based on the time that ▓▓▓▓ has remaining on her contract when she arrives to you. The program fee is an annual expense that covers the services offered by the agency. We do have a payment plan if you are interested.
Best,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International

PLAINTIFFS' RESP. APP.0001175

API00001530

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

www.aupairint.com
Main: 720-221-3563

PLAINTIFFS' RESP. APP.0001176

API00001531

# Exhibit 119

PLAINTIFFS' RESP. APP.0001177



EXHIBIT
Jordan
6
4/14/17

Cultural Care
Au Pair

**Host Family Handbook**

The leading au pair agency for over
**20 YEARS**

APA

Winner!
Au Pair of the Year
2008 and 2009

*Cultural Care Au Pair's guide to a
successful exchange year!*

PLAINTIFFS' RESP. APP.0001178

CC00000329

©2010 Cultural Care Au Pair
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior permission of the publishers. Content subject to change without prior notification.

PLAINTIFFS' RESP. APP.0001179

CC00000330

Dear Host Family,

Welcome to the Cultural Care Au Pair family! In selecting our program, you have opened the door to an enriching, international relationship that will benefit you and your children for years to come.

Securing dependable, flexible childcare is one of the most difficult and important decisions that parents face today. When you host a Cultural Care au pair, you provide your children with quality care in the familiar environment of your own home. You also give your family the unique cultural benefits of hosting an international visitor.

When people from different cultures live together, they are likely to experience both challenges and triumphs. The Cultural Care Au Pair Host Family Handbook has been carefully written to help you with questions and concerns that might arise as your au pair adjusts to living with your family and becomes a part of your community.

We also provide three additional communication tools that we feel will be of value to your family and au pair: Infosource, the Daily Communication Log and the Household Handbook. InfoSource is an online resource for our host families that is accessible in the host family online accounts. The Daily Communication Log is designed to encourage quality communication between you and your au pair. The Household Handbook, available on InfoSource, was created for you to customize to your family's individual household rules and expectations. It also includes the U.S. Department of State regulations and Cultural Care Au Pair program guidelines. We are confident that these tools, along with this Host Family Handbook, will complement your current communication style and facilitate a healthy relationship between your family and au pair.

With patience and understanding, you can look forward to a mutually rewarding experience that will last long after your au pair's stay in the U.S. is over.

Sincerely,
The staff at Cultural Care Au Pair

CC00000331

4

# Table of Contents

**Chapter 1: The History of Cultural Care Au Pair** ......................................8

The History of Cultural Care Au Pair ...............................................................9

Cultural Care Au Pair Staff................................................................................9

InfoSource........................................................................................................10

Overview of U.S. Department of State Regulations........................................11

Overview Program Requirements for Au Pairs ...............................................11

**Chapter 2: Screening and Matching Process** .........................................12

The Screening and Matching Process .............................................................13

Who are Cultural Care Au Pairs?....................................................................14

Cultural Care Au Pair Overseas .....................................................................14

Screening and Orientation ..............................................................................15

Follow up..........................................................................................................16

Pre-departure...................................................................................................16

Au Pair Application ..........................................................................................17

The Matching Process......................................................................................18

Reviewing Au Pair Applications.......................................................................18

The Telephone Interview..................................................................................19

How Can Cultural Care Help? .........................................................................19

Making Your Decision......................................................................................20

Sample Interview Questions ...........................................................................21

**Chapter 3: Preparing to Welcome Your Au Pair** .....................................22

Host Family Preparation ..................................................................................23

Additional Resources to Help You Prepare.....................................................24

Arrival Dates and Airport/Bus Gateways........................................................25

The Cultural Care Training School ..................................................................26

Au Pair Training School Schedule...................................................................27

The First Few Days...........................................................................................28

Contact from your LCC and the Two-Week Orientation .................................28

Program Expectations .....................................................................................29

**Chapter 4: Program Guidelines and Rules** ..............................................30

General Au Pair Responsibilities .....................................................................31

Work Hours.......................................................................................................31

CC00000332

On- Vs. Off-Duty..................................................................32
Weekly Stipend...................................................................32
Vacation Policies ...............................................................32
Sick Days ...........................................................................33
Weekly Schedule ...............................................................34
Weekly Meetings ...............................................................34
Household Rules ................................................................34
Host Family and Au Pair Events.........................................35
Educational Component Requirements and Resources.................36
Car Use and Car Insurance................................................36
Travel Insurance ................................................................37
Filing an Insurance Claim...................................................38
Travel Guidelines ...............................................................39
Au Pair Travel and Visa Paperwork...................................40
Travel to Canada, Mexico and the Caribbean in Second Year........44
Social Security....................................................................45
Taxes and Personal Financial Matters...............................46
Workers' Compensation.....................................................47


**Chapter 5: Cross-Cultural Dynamics ....................................48**
Cross-Cultural Dynamics ...................................................49
Cultural Differences ..........................................................49
Culture Shock and Adjustment Cycle ................................50
Working Through Culture Shock.........................................50
Setting Realistic Expectations ..........................................51


**Chapter 6: Communicating with Your Au Pair ......................54**
Communicating with Your Au Pair.....................................55
Assertive Directing.............................................................55
Effective Listening.............................................................56
Conflict Resolution Model..................................................57


**Chapter 7: When Issues Arise.............................................  58**
When Issues Arise..............................................................59
How Your LCC Can Help ....................................................59
Mediation ...........................................................................59
Two-Week Trial Period .......................................................60
Moving Forward: Transition ...............................................60

CC00000333

6

*Alternate Childcare* .......................................................................... *61*

*Welcoming a New Au Pair* ............................................................... *61*

*Financial Considerations* ................................................................. *62*


**Chapter 8: The Extension Program** ........................................... **64**

*Considering the Extension Program* ............................................... *65*


**Chapter 9: Repeat Family Rewards** ........................................... **66**

*Repeat with Cultural Care Au Pair and Earn Rewards* ......................... *67*


**Chapter 10: Preparing for Your Au Pair's Departure** ............... **68**

*Your Au Pair's Return Flight* ............................................................ *69*

*30-Day Grace Period* ...................................................................... *69*

*Getting Another Au Pair* ................................................................. *70*

*Reverse Culture Shock* .................................................................... *70*

*Saying Goodbye* .............................................................................. *71*

*Making the Transition to Your New Au Pair* ..................................... *71*


**Chapter 11: U.S. Department of State Regulations** ................. **72**

PLAINTIFFS' RESP. APP.0001183

CC00000334

# Useful Contact Information

### *Local Childcare Coordinator*

*Name:* _____

*Telephone:* _____

*Email: firstname.lastname@lcc.culturalcare.com* (i.e., jane.smith@lcc.culturalcare.com)

*Website:* _____

### *Program Director*

*Name:* _____

*Telephone: 1-800-333-6056  Ext:* _____

*Email: firstname.lastname@culturalcare.com* (i.e., jane.smith@culturalcare.com)

### *Au Pair Services* (Insurance, Flights, etc.)
*Telephone: 1-800-448-5753*
*Email: aupair.operations@culturalcare.com*

*Aetna Student Health (for claims in the U.S.):*
*Telephone: 1-800-783-7447*
*Email: erika@aetna.com*

*Falck TravelCare (In case of emergency only for Nordic au pairs)*
*Telephone: 1-800-871-9211*
*Email: erika@falcktravelcare.com*

*AXA Assistance (In case of emergency for all other nationalities)*
*Telephone: 1-800-847-3948*
*Email: erika@axa-assistance.de*

### *General*
*E-mail:* **aupair@culturalcare.com**
*Website:* **www.culturalcare.com**
*Online Community:* **www.community.culturalcare.com**
*InfoSource:* **http://infosource.family.culturalcare.com/home.aspx**
*Au Pair Answer Mom:* **www.aupairanswermom.com**
*Au Pair Training School:* **www.aupairtrainingschool.com**

CC00000335

Chapter 1

# The History of Cultural Care Au Pair



*The concentric circles in our logo represent sound waves and breaking down cultural barriers; the heart represents our commitment to caring for families nationwide.*

CC00000336

## The History of Cultural Care Au Pair

In 1986, the United States Information Agency (USIA) agreed to allow a select number of United States cultural exchange organizations to operate legal au pair programs. The mission of this new program was two-fold:

- *To promote international understanding through cultural exchange*

- *To help accommodate the need for flexible, live-in childcare in the United States*

In 1988, our organization was designated by the U.S. Department of State. Our first group of au pairs arrived in June of 1989 to the Boston, Chicago, Los Angeles, New York, San Francisco and Washington D.C. areas. Now we have thousands of au pairs across the United States and a network of more than 600 field staff.

Cultural Care Au Pair introduced a new program offering in 2004: the Extension Program. This program enables host families hosting an au pair the opportunity to extend their program term for an additional 12, 9 or 6 months after their full program year is completed. In 2006, the U.S. Department of State (the USIA was integrated with the U.S Dep. of State on Oct. 1, 1999) made the extension program a permanent component of the au pair program, giving families the reassurance that they could potentially enjoy up to 24 months of continuous childcare with their au pair.

In 2008 we launched the Au Pair Return Program. This program is available to all families and eligible au pairs based on the State Department's regulation allowing for au pairs who are less than 26 years old and have successfully completed the program to return as an au pair and repeat the program again after two years of residency outside the U.S.

## Cultural Care Au Pair Staff

### The U.S. staff
Cultural Care Au Pair's main office is located in Boston, MA. We also have satellite offices across the country to ensure that support is available in every U.S. time zone. The full-time staff consists of customer service staff (including the Account Services Department, Program Directors and Placement Managers), sales and development (Development



*The au pair program is an excellent childcare solution for American families.*

**Cultural Care Au Pair U.S. Staff Members**

The following U.S. staff members are available for support during your exchange year:

- *Development Directors (DD):*
The Development Directors are responsible for community building and development in the region with which they work. This role includes determining the need for recruiting and training new Local Childcare Coordinators and managing members of her/his team.

- *Local Childcare Coordinators (LCCs):*
The primary role of the LCC is to provide families and au pairs with direct personal contact, support and information throughout the year. You will begin your year with an interview conducted by your LCC in your home. S/he will meet all family members, review all aspects of the program and answer any of your questions. S/he will also conduct a two-week orientation, provide your family support throughout the year and mediate should there be a problem.

PLAINTIFFS' RESP. APP.0001186

CC00000337

Directors), marketing, au pair services, government compliance, finance and administrative staff. We also work with an extensive national network of field staff called Local Childcare Coordinators (LCCs).

### Your primary contacts during the year

Upon applying (or reapplying) to our program, your LCC and a member of our Sales and Development team will play a key role in educating you about the program and helping you prepare for your year ahead. At this time, you will also be in frequent contact with your Placement Manager (PM) as s/he is responsible for determining your specific needs and matching you with appropriate au pair candidates. Once you "final" with an au pair–or mutually decide to spend the year together–your primary contacts during the year will be your LCC and your Program Director (PD).

### The overseas staff

Cultural Care Au Pair's affiliate, Cultural Care, Ltd. has trained staff in all of the countries from which au pairs are recruited for the program. These offices work to recruit and screen qualified au pair candidates. The staff is very familiar with the childcare needs of American host families and screens for au pair candidates who meet those requirements. Staff in the recruitment headquarters in Luzern, Switzerland closely monitor and oversee the growth of operations in all of the recruitment countries.

## InfoSource

InfoSource is an online resource and searchable database created for our host families and updated on a regular basis. You can access InfoSource by logging into your Host Family Account at **www.culturalcare.com/login** and choosing the **InfoSource** section. InfoSource is divided into five sections for your convenience: **General Program Info, Before Your Au Pair Arrives, During Your Year, The End of Your Year and Extras.** You can find helpful information on U.S. State Department regulations, forms, au pair home country profiles and tips from other Cultural Care host families.

**U.S. staff members (cont):**

- *Placement Managers (PM):*
  The Placement Managers' principal responsibilities are to match host families with prospective au pairs, and help the families and au pairs through the interview process until a final match is made.

- *Account Services Department:*
  The Account Services Department fields customer calls and provides assistance with immediate needs in regard to the Cultural Care Au Pair program.

- *Program Directors (PD):*
  The Program Directors monitor au pair placements during the year through continuous contact with the LCCs and the overseas staff, assist with crisis management, and oversee the transition process and the day-to-day activities of their assigned region. They also manage LCCs on servicing the families in their region.

To contact members of
Cultural Care staff call:
**1-800-333-6056**



Cultural Care staff is committed to making your exchange year successful!

CC00000338

## *Overview of U.S. Department of State Regulations*

All designated au pair organizations follow specific regulations issued by the Department of State.

As participants in the program, Cultural Care Au Pair, our local representatives, au pairs and host families are all required to comply with these regulations. The Account Services team in the Boston headquarters works together with the LCCs and PDs to ensure that all aspects of the program are consistent with U.S. Department of State regulations. We appreciate your continued cooperation with the regulations during your program year. A copy of these regulations is included at the back of this handbook for your convenience and review.

## *Overview of Program Requirements for Au Pairs*

*All participating au pairs will:*

- Receive a one-year J-1 cultural exchange visa

- Attend a comprehensive Screening and Orientation Meeting

- Undergo a detailed screening & interview

- Provide three references—at least one of which is from a former childcare employer

- Undergo a background evaluation including a criminal record check and a personality profile

- Submit a statement of good health from a physician

- Be proficient in English

- Receive 32 hours of child safety and child development training at the Cultural Care Training School before arriving to the host family

- Work up to 45 hours per week (a maximum of ten hours per day)

- Receive a weekly living stipend from the host family of $195.75* or in conformance with the federal minimum wage

- Take educational courses for which the host family is required to pay up to $500

*The weekly stipend is determined by the U.S. Department of Labor using a formula based on the federal minimum wage.

Chapter 2

# The Screening and Matching Process



*Cultural Care Au Pair's exclusive, 3 ways to match, process is what truly sets us apart from other au pair agencies. Our individualized approach helps families find the best candidate for their individual needs.*

PLAINTIFFS' RESP. APP.0001189

CC00000340

## *The Screening and Matching Process*



CC00000341

## Who are Cultural Care Au Pairs?

At Cultural Care Au Pair we pride ourselves in providing the most thorough screening process. Our goal is to welcome suitable candidates to provide host families with a great solution to their unique childcare needs. Who are these candidates?

Successful au pair candidates are young people (ages 18-26) who have a sincere interest in children as well as travel. They have a strong desire to perfect their English and to have an experience that helps them develop personally. Many of them have an interest in the U.S. and its culture and a true desire to get to know the "real" America. While most au pair candidates are not childcare professionals, they all have documented experience with children. This is typically through babysitting, working at a kindergarten or daycare, or through tutoring or other similar activities. Au pair candidates choose this program because it is a way to experience life in another culture and language while working with children.



Candidates are interviewed in both English and their native language.

## Cultural Care Au Pair Overseas

In 2010 Cultural Care Au Pair became the only au pair agency designated by the U.S. State Department to recruit all of our au pairs through our own offices worldwide. Unlike other au pair agencies who use independent agents, our au pairs are recruited and screened by Cultural Care staff in one of our 20 offices around the world. This unique recruitment structure reflects our belief that investing in a quality recruitment organization is the best way to ensure that our au pairs are rigorously screened and well prepared for their year as an au pair with an American host family.

Each of our Cultural Care offices is managed by a Country Program Manager (CPM). The CPM and their staff in the office in turn manage a group of recruitment leaders based around their country to help screen and interview au pairs in their local area. Recruitment Leaders (RLs), similar to LCCs, are local staff trained to work with Cultural Care Au Pair and adhere to all of our program guidelines and processes. For instance, our German staff members work in the Cultural Care office in Berlin, and they manage recruitment leaders all over Germany in cities such as Munich, Hamburg, Frankfurt and Dusseldorf. Many of our RLs have been au pairs in the past and all are committed to ensuring that au pairs get thorough and realistic information on the program.

*Only 10% of candidates who inquire about the program will be accepted as Cultural Care au pairs.*

CC00000342

Cultural Care staff in every recruitment country receive training and direction from our central au pair recruitment headquarters in Luzern, Switzerland. With this unique overseas recruitment organization, Cultural Care Au Pair can provide our au pairs with the best preparation for their year, and our host families with the peace of mind that their au pair was recruited, interviewed and screened by Cultural Care staff overseas.

## Screening and Orientation

All au pair candidates who apply to Cultural Care Au Pair are initially screened by Cultural Care trained staff in their home country to ensure a fit into the Cultural Care Au Pair profile. At this initial stage staff make a preliminary assessment of the candidates' motivations and qualifications to determine if this is the right fit. Only 10% of candidates who inquire about the program will be accepted as Cultural Care au pairs.

The next step after the initial pre-screening is an invitation to an intensive Screening and Orientation Meeting, where a more extensive evaluation takes place. Screening and Orientation Meetings are held in local communities by RLs. They will usually have another former au pair attend to discuss the program. During the meetings RLs spend several hours reviewing the program in depth. They discuss au pair qualifications, responsibilities of an au pair, host family profiles and expectations, State Department regulations and much more. All details are reviewed including driving, educational component and cultural adjustment. While we want to promote the program as a great experience, we also set realistic expectations about becoming an au pair.

Either at the Screening and Orientation Meeting or shortly thereafter, candidates undergo an interview process that consists of two parts:

- *English evaluation*
  RLs or Cultural Care representatives evaluate candidates' English-speaking ability using a specially designed testing system unique to Cultural Care Au Pair. RLs score the candidates on a scale of 1 to 8 (8 = native speaker), and no applicant is accepted who is not at a level 4 or greater of proficiency.

- *Interview*
  This part of the interview process is in the candidate's native language and is facilitated by one of our trained staff

CC00000343

members. The interview, based on behavioral interviewing practices, consist of four sections: motivations, expectations, childcare abilities, and maturity. All four areas are evaluated in order to ensure suitability for placement with an American family.

## Follow up

After the Screening and Orientation meeting and interviews, local staff and office staff contact the candidate regularly to ensure that the candidate is suitable and that this is the right option for them.

In general, about 7 months elapse between when a candidate would inquire about the program until the time when s/he would submit an application.

Upon submission of all materials and verification of their references, a determination is made on acceptance. Once all materials have been submitted and reviewed and a candidate has been accepted, the application is sent to Cultural Care Au Pair in the U.S. where it is uploaded to be shown to potential host families.

## Pre-departure

Even after a candidate is accepted, preparation continues. All au pairs receive two handbooks- one on the logistics of the program and the other on appropriate expectations and tips for success. In addition we provide all au pairs with a unique Online Account with great tips and also send preparation emails to au pairs every 2 weeks for their first 6 months after acceptance. Our goal is to give each au pair all of the advice and information they need to be a successful au pair.

*To see a list of Cultural Care Au Pair's recruiting countries visit **Infosource: Before Your Au Pair Arrives: Au Pair Recruitment and Screening: Cultural Care Recruitment Countries***

CC00000344

## *Au Pair Application*

*Cultural Care au pairs complete an extensive application including:*

1. *Summary of childcare experience*
   Includes ages of children cared for, activities and responsibilities with children, hours per day of care.

2. *Summary of family and educational background*
   The au pair shares number of siblings, educational and career goals, subjects studied related to childcare.

3. *Letter or essay to the host family*
   This important application piece reveals information about the au pair's unique personality and interests.

4. *Photo collage*
   Au pairs take great pride in providing a collection of photos that give you even more insight into their personality.

5. *Au pair profile*
   Based on a personal interview and personality profile analysis

6. *Statement of good health*
   Signed by a physician

7. *English Evaluation (if non-native)*
   Based on the interview in English

8. *Copy of driver's license*
   If applicable: Most au pairs have received their driver's license from their home country prior to applying to be an au pair, although a few may be still in the process of obtaining their license as their application is submitted. If available in their home country, au pairs also obtain an International Driver's Permit, which is an official document that is a translation of their driver's license. Cultural Care staff cannot comment on the driving ability of any candidate.

9. *Copy of diploma*
   From high school or equivalent secondary institution

10. *Minimum of three references written by non-relatives*
    Cultural Care trained staff verifies all required references. At least one must be from a former childcare employer. If you have questions about the candidate's qualifications, we encourage you to call the references as well. If the reference does not speak English, ask your LCC for assistance.

11. *Criminal background check*
    Completed by the local police department

12. *Personality Profile*
    This self-awareness inventory helps our staff focus on specific aspects of an au pair's personality and behavior, and identifies their strengths and weaknesses in these areas.

Please note that when reviewing an au pair candidate's application, you may not be able to see the portion of the application that includes the driver's license, diploma, criminal background check, physician's records and the Personality Profile.

PLAINTIFFS' RESP. APP.0001194

CC00000345

## The Matching Process

Cultural Care Au Pair provides families with a personalized, exclusive matching process. Your family will work closely with your PM and LCC to find the most suitable au pair for your family. Our **personalized matching process** enables Cultural Care Au Pair to present your family with candidates whose qualifications and interests are compatible with your specific childcare needs and your family's lifestyle. Due to the fact that our exclusive matching process enables your family to exclusively review a candidate's application, meaning no other family has the same au pair reserved for them, Cultural Care Au Pair has a three-day match viewing policy for your primary match. While we do not require that you make a final decision within this timeframe, we do ask that you confirm your interest in the candidate, and if interested, make an initial phone call.



Cultural Care Au Pair works hard to find a candidate who complements your family's lifestyle.

We also provide families with the convenience to review au pair profiles on their own time and at their convenience using our **Search and Select** feature. Using this process, host families have the ability to express interest and suggest candidates to their PM who will then review the suitability of those candidates and provide up to three candidate applications for a host family to review exclusively. Host families may also schedule a **consultative matching** appointment with their PM to review multiple candidates together over the phone. By the end of this session, a family may have up to three candidates reserved for them exclusively to review further.

As soon as a potential match is made, your PM or LCC will notify you. In your initial contact with your PM, you can establish how you would prefer to be notified as new applications are placed in your account. You can then log in to your host family online account and view the au pair's full application. Upon reviewing your potential au pair match, your LCC or PM is available to receive any feedback or to answer any questions you may have about the au pair candidate.

## Reviewing Au Pair Applications

Although your family is carefully matched with a Cultural Care Au Pair applicant, only you can decide with confidence if that candidate is the right one for your family. In light of this, we consider your review of the potential au pair the most vital part of the matching process. Undoubtedly, numerous factors will influence this very important deci-

CC00000346

sion; you might even have a list of requirements or desired characteristics for your au pair. We encourage you to think carefully about what qualities are essential in a person who will be a part of your home and family for an entire year. It might help to ask yourself the following questions:

- *What are the three most important characteristics to me in a childcare provider?*

- *What adjectives describe the type of person who would best fit into and would appreciate our family?*

The au pair application provides your family with detailed information about the qualifications and personal characteristics of a potential au pair. In addition to providing all information required by the U.S. Department of State, the Cultural Care Au Pair application asks candidates questions that will give you a well-rounded impression of them. Use the application to learn more about your au pair match and to reflect upon questions you have about her/his experience, hobbies, personality, etc. before your phone interview.

## The Telephone Interview

As part of the selection process, you are required by the U.S. Department of State to interview your prospective au pair by telephone. Although the interview process can be intimidating to both sides, it is an essential part of the matching process. The telephone interview is your opportunity to ask the au pair questions about qualities or skills that are important to your family.

## How Can Cultural Care Au Pair Help?

Cultural Care Au Pair can help you conduct your phone interview by connecting you to your au pair. From your home, cell phone, or work, you can call us toll free at **1-800-333-6056** between 9:00AM to 5:30PM, Monday through Friday, and 10am-4pm EST Saturday and Sunday, and our staff can connect you with your au pair. If you are having trouble reaching your au pair candidate, your PM will work with the overseas office to confirm a time at which your au pair will be available to speak.

Please keep in mind that calling overseas can be very expensive, especially if you are speaking with an au pair on her/his cell phone and calling multiple countries, so you may want

CC00000347