# Exhibit G

(replacing ECF No. 943-13)

# *What is the right childcare solution worth to you?*

It's probably worth quite a bit—after all, you value the well-being and health of your children more than anything else in the world. However, when considering childcare options, you probably have to take your budget into account, too, especially given the sharp rise in daycare costs over the years. So, how do you get the best value for your childcare dollars? This guide is designed to help you answer that question, given your family's specific budget, needs and lifestyle. Included you will find:

- **Your childcare options and what they cost (including hidden costs and added value)**
- **Five factors that will impact your childcare costs**
- **Five ways to save on childcare costs**
- **Childcare budget worksheet**
- **Childcare quiz: which childcare solution is right for you?**

We hope you find this guide helpful and we wish you a successful search for the childcare solution that works best for your family.





*"The Department of Health and Human Services considers spending 10 percent of a family's income on childcare to be the benchmark of what is affordable. [Yet] for a married couple, the cost for an infant is more than 10 percent of median income in 38 states and DC, and the cost for a four-year-old exceeds that limit in 21 states and DC. The cost of putting an infant in full-time center care will eat up anywhere from 7 percent to 19 percent of a married couple's income."*

COVERT, BRYCE. *THE COST OF CHILDCARE ROSE LAST YEAR, IS MORE THAN RENT OR FOOD.* THINKPROGRESS. CENTER FOR AMERICAN PROGRESS ACTION FUND, 04 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP.0001298

CC00006257

# *Your childcare options*

Your children are your most precious treasures in the world. As parents, we want the best care possible, but also have to take our budgets into account. This guide will outline the childcare options available to families (as well as their costs), explain factors that may impact your family's price tag and give you a helpful budget worksheet to help you figure out where you stand financially.

**CHILDCARE OPTIONS WIDELY AVAILABLE TO AMERICAN FAMILIES:**



### CENTER-BASED DAYCARE
Childcare provided by a state-regulated center in a group setting; individual workers' education and training requirements vary by setting and state



### FAMILY DAYCARE
Childcare provided by individuals in the providers' own home; required to have a state health and safety license.



### AU PAIR
A young adult from overseas who joins a family for up to two years to provide childcare; all Cultural Care au pairs are screened, trained and Red-Cross certified in adult and pediatric CPR/AED and First Aid.



### NANNY
An individual who cares for children in a family; may or may not be formally trained. Screening may or may not be done for you.



### NANNY SHARE
An individual who cares for children from more than one family; may or may not be formally trained. Screening may or may not be done for you.



### FAMILY COVERAGE
Childcare provided by a family member like a grandparent or sibling (also referred to as "kith and kin" care); may or not be formally trained.



*"The largest financial commitment that many new parents make is also the most emotional: choosing a full-time caregiver for your child as you head back to work. As many parents know all too well, it's a giant expense, often second only to housing costs."*

SIEGEL BERNARD, TARA. "CHOOSING CHILD CARE WHEN YOU GO BACK TO WORK." *THE NEW YORK TIMES.* THE NEW YORK TIMES COMPANY, 22 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP.0001299

CC00006258

# CENTER-BASED DAYCARE

 

**$175-$750 PER WEEK[1]**

The cost of center-based daycare varies widely, largely based on where you live, so it's very hard to give an average cost. Generally, daycare facilities cost less than hiring a full-time nanny, but cost about the same or are even more expensive when compared to au pair childcare or a nanny share.

Just to give you an idea of how wide the cost range is, consider this: in Massachusetts, the average annual cost of full-time care for one infant is $16,430; in Indiana, it's less than half of that ($8,073).[1] Keep in mind that daycare centers charge per child—so if you've got more than one, your costs could potentially double.

The best way to get pricing for center-based daycare is to call around to places local to you. Questions you'll want to ask regarding finances include:

• *What are the fees?*
• *Do you offer sibling discounts?*
• *What are your hours of operation?*
• *Is there a late-pickup fee?*
• *Do I pay when my child is ill or we're on vacation?*

[1] Kendall, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America.* NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

**Transportation costs**
Driving to and home from a daycare center will increase your gas costs and add additional wear and tear on your vehicle.

**Late fees**
Count on paying a fee when you are late (even by a minute!) picking up your child from daycare.

**Loss of income**
You may lose income if you have to stay home from work when your child is too sick to attend daycare.

**Extra supplies**
Daycare centers may require you provide extra supplies such as formula, food, diapers, clothes, blankets, and toys.

## ADDED VALUE

**Socialization**
Daycare automatically gives children the opportunity for contact with peers.

**Built-in activities and curriculum**
A good daycare should provide a wide variety of activities during the day including time for reading, singing, exploring outdoors and playing.



*"Depending on the state, the average cost of full-time care for one infant in a center ranges from 7 percent to about 19 percent of the state median income for a married couple with children."*

KENDALL, ROSEMARY AND WOOD, STEPHEN. "PARENTS AND THE HIGH COST OF CHILD CARE: 2013 REPORT." *CHILD CARE AWARE OF AMERICA.* NACCRRA, 03 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP. 0001300

CC00006259

# FAMILY DAYCARE

 ▶ 

**$140-$600 PER WEEK[2]**

Home daycares are typically less expensive than center-based day-care—20% cheaper on average for full-time care for one infant and one 4-year-old, according to a 2013 report conducted by Child Care Aware of America.

Again, the best way to get pricing for family daycare is to call around to places local to you. Questions you'll want to ask regarding finances include:

• *What are the fees?*
• *Do you offer sibling discounts?*
• *What are your hours of operation?*
• *Is there a late-pickup fee?*
• *Do I pay when my child is ill or we're on vacation?*

[2]Kendall, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America*. NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

**Transportation costs**
Driving to and home from a daycare center will increase your gas costs and add additional wear and tear on your vehicle.

**Late fees**
When you are late picking up your children from daycare, you will incur late fees.

**Loss of income**
You may lose income if you have to stay home from work when your child is too sick to attend daycare.

**Vacation coverage**
When your home daycare provider takes vacation, you will need to secure alternate childcare arrangements.

## ADDED VALUE

**Socialization**
Daycare automatically gives children the opportunity for contact with peers.



*"Some states do not require family child care providers who care for five or fewer children to be licensed. [...] programs that are exempt from licensing but are legally operating may not have to follow regulations about group size, ratios, staff education, square footage, activities and materials. If these programs choose not to meet licensing regulations, they can lower their expenses and may charge less."*

KENDALL, ROSEMARY AND WOOD, STEPHEN. "PARENTS AND THE HIGH COST OF CHILD CARE: 2013 REPORT." *CHILD CARE AWARE OF AMERICA*. NACCRRA, 03 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP. 0001301

CC00006260

# AU PAIR

 

**$375 PER WEEK[3]**

The au pair program is regulated by the U.S. Department of State, so all au pairs make the same weekly stipend of $195.75.[4] In addition to the stipend paid to the au pair, families must pay fees to one of 15 legal au pair agencies in the U.S. All agency fees are similar; Cultural Care Au Pair fees in 2015 include a $75 registration fee, a $300 match fee and a $7,995 program fee. (The program fee covers the recruitment and screening of your au pair, her training at our Au Pair Training School (including American Red Cross certification in adult and pediatric CPR/AED and First Aid), the matching services of your placement manager, host family and au pair orientations, your au pair's round-trip international airfare, her medical and travel insurance and year-long support from Cultural Care office staff and your local childcare consultant.)

If you add these fees together, the total annual cost is $18,353.25 (about $375/week). To learn more about the cost of hosting an au pair, we suggest visiting Cultural Care Au Pair's website: **culturalcareaupair.com/costs**

[3]According to U.S. Department of State regulations and Cultural Care Au Pair. [4]The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.

## HIDDEN COSTS

**Educational allowance:**
U.S. Department of State regulations require families to provide an allowance of up to $500[5] per program year to enable their au pair to attend educational courses.

**Additional insurance**
Families who allow their au pair to drive are responsible for adding her to their current insurance policy. Some states require workers' compensation coverage for an au pair living in your home.

**Room and board**
Families are required to provide their au pairs with a private bedroom and regular meals.

**Domestic transportation fee**
The domestic transportation fee covers an au pair's transportation to their host family's home from the Au Pair Training School in NY. (At Cultural Care Au Pair, this fee ranges from $0 to $560.)

**Gifts**
Most families give their au pairs birthday and holiday gifts.

**Agency fee increases**
Au pair agency fees usually increase by a small amount each year.

[5]The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any increase that is issued.

## ADDED VALUE

**Fixed cost regardless of the number of children you have**
Unlike daycares or a nannies, an au pair costs the same no matter how many children you have.

**One-on-one attention**
An au pair provides individualized care for your children.

**Flexible scheduling**
Au pairs can work up to 45 hours per week (no more than 10 hours a day) on a schedule you decide including early mornings, evenings and weekends. You can rearrange the schedule week-to-week according to your family's needs.

**Help with household tasks**
Au pairs can be asked to help with household duties related to the children including laundry, meal prep and room clean-up.

**Extra driver[6]**
Au pairs can transport your children to and from school, practices, games, lessons and playdates.

**Exposure to a different language and culture**
Au pairs can share their culture and language with their kids (sometimes helping them to become bilingual).

[6]If you require your au pair to drive while on-duty, you are responsible for establishing that she is a suitable driver, and you must insure her on the car she will be using.



*"A host family pays about $7,000 to one of 15 accredited agencies that place au pairs and provide training and background checks. Families then pay a typical au pair $200 a week—about half to one-third what American nannies would command—plus as much as $500 a year toward a course of study."*

JORDAN, MIRIAN. "NEW PUSH TO PROTECT AU PAIRS AS U.S. PROGRAM IS REVIEWED."
*THE WALL STREET JOURNAL.* DOW JONES & COMPANY, INC., 24 JAN. 2014. WEB. 12 MAR. 2014

PLAINTIFFS' RESP. APP. 0001302

CC00006261

# NANNY

 

**$700 PER WEEK[7]**

According to the International Nanny Association 2013 Nanny Salary and Benefits Survey, full-time nannies in the United States earn on average about $700 gross per week. However, a nanny's salary will vary quite a bit depending on your location, how many children you have and how old they are, hours needed, her duties and responsibilities and her experience, education and special skills or training.

[7]Halteman, Ed. "2013 International Nanny Association Salary and Benefits Survey." *International Nanny Association.* 11 Aug. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

**Agency fees**
If you use a nanny referral agency you will incur agency fees. Most agencies charge 15%-20% of the nanny's first year's salary and some charge a renewal fee to continue with your nanny. Caregiver websites also charge a membership fee.

**Additional insurance**
Nannies who drive your family's car must be added to your insurance policy, and some nannies expect their employers to provide health insurance. Workers' compensation coverage is also required in some states for a live-in nanny.

**Room and board**
Families with live-in nannies must provide a private bedroom; those with live-in or live-out nannies may also opt to provide some meals.

**Taxes and payroll**
Tax obligations for a nanny include Social Security, Medicare and federal unemployment tax and total about 10% of her gross salary. Many families opt to use a nanny payroll service to help manage her salary and tax deductions.

**Overtime/time off coverage**
If you require your live-out nanny to work beyond 40 hours/week, you are required to pay her overtime—calculated as 1.5 times their hourly wage.[8] You must also consider cost for back-up care when your nanny is sick or on vacation.

## HIDDEN COSTS (CONTINUED)

**Gifts, bonuses and raises**
Most families give their nannies birthday gifts and an end-of-the-year bonus (which, according to care.com, averages between one and two week's pay). Nannies will also expect a pay raise each year they continue with your family.

[8]According to Fair Labor Standards Act (FLSA) overtime regulations.

## ADDED VALUE

**One-on-one attention**
A nanny provides individualized care for your children.

**More flexible scheduling**
Scheduling is more flexible with a nanny than with a daycare center.

**Help with household tasks**
Some nannies will agree to perform household tasks such as laundry, meal prep and clean-up.

**Extra driver**
Some nannies are able to help with driving responsibilities and can transport your children to and from school, practices, games, lessons and playdates.

> "*If you can get a great recommendation [for a nanny] from a friend, there's nothing better. Short of that, anyone who can afford it should use an agency. Screening is very, very important. [But] agencies charge 15%-18% of a nanny's first year salary, so that's a lot of money for some families.*"

ADAMS, SUSAN. "CONFESSIONS OF THE BEST NANNY IN THE WORLD." *FORBES.* FORBES.COM LLC, 04 APR. 2013. WEB. 12 MAR. 2014

PLAINTIFFS' RESP. APP.0001303

CC00006262

# NANNY SHARE

 

**$470 PER WEEK[9]**

Though you would be "splitting" your nanny with another family, don't expect to split the cost of what a nanny would charge one family down the middle. A nanny share is meant to save families money AND give the nanny a higher wage—not to get a 50% discount on nanny services.

Although there is no formal research on the cost of a nanny share, according to care.com, you can generally expect to pay about the same or a little more than you would pay for quality daycare. Anecdotal information on parenting websites suggest that each family pay a shared nanny about 2/3 the cost of what they would pay if it was just for one family. If you use this figure and the average weekly nanny salary of $700[9] to calculate the average cost of a nanny share you get: $700 x .67 = $470 per week per family.

Keep in mind that the split in cost may not always be equal with the other family—you should be paying more if you have more children or if, for example, you have an infant and they have a toddler.

[9]Halteman, Ed. "2013 International Nanny Association Salary and Benefits Survey." *International Nanny Association.* 11 Aug. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

**Agency fees**
If you use a nanny referral agency you will incur agency fees. Most agencies charge 15%-20% of the nanny's first year's salary and some charge a renewal fee to continue with your nanny. Caregiver websites also charge a membership fee.

**Additional insurance**
Nannies who drive your family's car must be added to your insurance policy, and some nannies expect their employers to provide health insurance. Workers' compensation coverage is also required in some states for a live-in nanny.

**Taxes and payroll**
Tax obligations for a nanny include Social Security, Medicare and federal unemployment tax and total about 10% of her gross salary. Many families opt to use a nanny payroll service to help manage her salary and tax deductions.

**Overtime/time off coverage**
If you require your live-out nanny to work beyond 40 hours/week, you are required to pay her overtime—calculated as 1.5 times their hourly wage.[9] You must also consider cost for back-up care when your nanny is sick or on vacation.

## HIDDEN COSTS (CONTINUED)

**Gifts, bonuses and raises**
Most families give their nannies birthday gifts and an end-of-the-year bonus (which, according to care.com, averages between one and two week's pay). Nannies will also expect a pay raise each year they continue with your family.

[10]According to Fair Labor Standards Act (FLSA) overtime regulations.

## ADDED VALUE

**One-on-one attention**
A nanny provides individualized care for your children.

**More flexible scheduling**
Scheduling can more flexible with a nanny share than with a daycare center, but the other family must agree to the schedule as well.

**Help with household tasks**
Some nannies will agree to perform household tasks such as laundry, meal prep and clean-up.

**Extra driver**
Some nannies are able to help with driving responsibilities and can transport your children to and from school, practices, games, lessons and playdates.

> " *"The competition for steady work is one reason nannies are willing to take nanny share jobs. Two years ago, nanny use was down 30 percent, according to a survey by the International Nanny Association, which represents nearly 300 nanny placement agencies across the U.S."*
>
> ORTIZ HEALY, VIKKI. "SHARING A NANNY TO SAVE MONEY GAINS INTEREST." *CHICAGO TRIBUNE.* TRIBUNE COMPANY, 17 JAN. 2011. WEB. 12 MAR 2014

PLAINTIFFS' RESP. APP.0001304

CC00006263

# FAMILY COVERAGE

 ▶ 

**$0-$420 PER WEEK¹¹**

If you are lucky enough to have a willing mother, father-in-law, sister, neighbor or other relative or friend to care for your children you will most likely spend much less than your peers who use daycare, au pairs or nannies. While many family members will offer to work for free, some parents insist they be financially compensated in some way. One solution is to offer the minimum hourly wage in your state. This figure varies widely—from $5.15 in Georgia and Wyoming to $9.32 in Washington—so assuming you needed 45 hours of coverage, your cost would total anywhere from $232 to $420 per week.[11]

[11]Based on a 45-hour work week and minimum wage in the states of Georgia, Wyoming and Washington.

### HIDDEN COSTS

**Emotional risk**
When a family member agrees to provide childcare, be prepared that the arrangement might require special nurturing and emotional investment. At the end of the day, you can terminate a contract with a nanny or au pair or remove your child from daycare if you aren't happy with the arrangements, but "firing" a family member can be a much trickier problem.

**Time off coverage**
You must consider cost for back-up care when your family member is sick or on vacation.

### ADDED VALUE

**An invested caregiver**
You can be more certain that a family member is genuinely interested in your children's health, happiness, and well-being than a childcare provider you just met.

❝

*"Unless you truly are not in a position to pay anything for child care, insist that your relative take some sort of compensation. This may help avoid the relative obtaining real or imaginary leverage over you in some later family situation."*

CONNELL, LINDA H. *THE CHILDCARE ANSWER BOOK.* ILLINOIS: SPHINX PUBLISHING, 2005. PRINT.

1-800-333-6056 • CULTURALCARE.COM © COPYRIGHT 2015, CULTURAL CARE AU PAIR

PLAINTIFFS' RESP. APP.0001305

CC00006264

# Five factors that will impact your childcare costs

There are many factors that will impact what you can expect to pay for childcare including your location, the number of children you have (as well as their ages), hours of coverage needed, duties expected of your caregiver as well as her experience, education and special skills or training.



### 1. LOCATION:

Not only will the state you live in dramatically affect your childcare costs, but the region or city in which you reside will also have an effect on your wallet. Stricter licensing regulations (governed individually by state) drive up prices of center-based and family daycare and a higher cost of living will increase both daycare and nanny costs. In addition, families in urban areas pay an average of 30% more annually for childcare than families in rural areas.[12] The map below shows the average weekly cost of center-based daycare for an infant and a 4-year-old in all 50 states.[12]

**AVERAGE WEEKLY COST OF CENTER-BASED DAYCARE FOR AN INFANT AND A 4-YEAR-OLD:[1]**



MORE THAN $500 PER WEEK   $400-$500 PER WEEK   $300-$400 PER WEEK   $200-$300 PER WEEK   LESS THAN $200 PER WEEK

[12]Kendal, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America*. NACCRRA. 03 Nov. 2013. Web. 12 Mar. 2014.



*"[In Massachusetts] there can be no more than three kids per teacher and no more than seven in a class.*
*Plus, child-care providers are required to spend 20 hours a year on professional development.*
*That's great for kids, but it comes at a price."*

HICKEN, MELANIE. CHILD CARE MORE EXPENSIVE THAN COLLEGE IN MANY STATES. *CNN MONEY.*
CABLE NEWS NETWORK, 04 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP. 0001306

CC00006265

# *Five factors that will impact your childcare costs (continued)*



### 2. NUMBER OF CHILDREN & THEIR AGES

In most cases, the more children you have and the younger they are, the more you can expect to pay in childcare costs. Some daycare facilities offer a sibling rate (so be sure to ask!); others don't. Nannies won't charge you double for two children what they would for one, but they will definitely expect more pay for multiple children and for infants/toddlers versus school-aged children. Au pair childcare is perhaps the only solution that doesn't increase in cost with more children. Because the program is regulated by the U.S. Department of State, they are paid a weekly stipend of $195.75[13] regardless of the number of children in their care.



### 3. NUMBER OF HOURS NEEDED

The number of hours of coverage you need will definitely impact your childcare costs as center-based and family daycare, as well as nannies, normally charge by the hour. (Keep in mind that many daycares charge a little less per hour the more hours you need.) One exception is the au pair program—hosting an au pair costs a fixed amount of $360 per week regardless of whether or not she works the full 45 hours allowed (as dictated by the U.S. Department of State).



### 4. REQUIRED DUTIES

One of the benefits of hosting an au pair or hiring a nanny is that you can ask them to help out around the house. In the case of an au pair, it won't cost you extra to require that she help with household tasks related to the children (ie, laundry, meal preparation, room pick-up). However, most nannies will charge more for completing similar chores around the house on a regular basis.



### 5. REQUIRED EXPERIENCE, SPECIAL SKILLS & TRAINING

If you require specialized experience, skills or training from your nanny, be prepared to pay for it. Nannies can charge more if they have an educational background in child development, child psychology or advanced childcare studies, a medical background in pediatrics, experience with multiples, experience with children with special needs or any other unique skill or experience. Again, with a Cultural Care au pair, you won't pay more for candidates with special training or experience, and they all have a minimum of 200 hours of childcare experience and are American Red Cross-certified in adult and pediatric CPR/AED and First Aid. The cost is fixed at $375 per week.

[13]The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.



*"Indeed, having two working parents necessitates additional costs for education and care, but a dual-income household can improve its bottom line at the same time. That is to say, while childcare costs increase for dual-income households, income increases by a larger amount."*

CARR, CHRISTOPHER. "WHAT'S REALLY BEHIND THE EVER-RISING COST OF RAISING A CHILD IN AMERICA." *THE ATLANTIC.* THE ATLANTIC MONTHLY GROUP, 26 AUG. 2013. WEB. 12 MAR. 2014.

1-800-333-6056 • CULTURALCARE.COM © COPYRIGHT 2015, CULTURAL CARE AU PAIR

PLAINTIFFS' RESP. APP. 0001307

CC00006266

# *Five ways to save on childcare costs*

Even though childcare costs can be overwhelming, the following tips can help you trim your childcare expenses, if only by just a small percentage:



### 1. CONSIDER ALTERNATIVE FORMS OF CHILDCARE
Don't make the mistake of dismissing certain types of childcare right away. If you keep an open mind and investigate all of the options that exist in your area, you might be surprised at what works best for your needs and budget. In Massachusetts, for example, daycare costs for two children under 4 years will almost always exceed the cost of hosting au pair, especially in urban areas.[14] In Mississippi, on the other hand, your daycare bill will run less than half of what it would be in MA[14] so daycare becomes a more competitive option from a financial perspective.



### 2. TAKE ADVANTAGE OF THE CHILD & DEPENDENT CARE CREDIT
The federal government offers a Child and Dependent Care Credit to families who need to enlist the help of a daycare or nanny so that the parents can work. This tax break provides a credit of 20% to 35% of the first $3,000 in childcare costs you incur per child per year. (The percentage of the credit drops as income rises.) For more information and to see if you qualify visit **irs.gov**.



### 3. TAKE ADVANTAGE OF A PRE-TAX DEPENDENT CARE ACCOUNT
A pre-tax dependent care account is something many employers offer as a perk to their employees. Your employer will set up the account for you, and you can choose to funnel up to $5,000 of your pre-tax salary into the account. You can later use this money to reimburse yourself for childcare costs, potentially saving you a considerable sum. Two things to note—first, if you are married and file your taxes jointly, the $5,000 cap represents a combined maximum for both you and your spouse; second, you'll want to plan carefully because leftover funds not used during the year must be forfeited.



### 4. TAKE ADVANTAGE OF COMPANY DISCOUNTS:
Check with your Human Resources department to determine if your company offers subsidized childcare or any discounts of any kind with local providers. Some companies also offer back-up care at nearby daycare centers for parents who suddenly find themselves without coverage due to weather, school vacations or a sick au pair or nanny.



### 5. FILL IN THE GAPS WITH WILLING FAMILY MEMBERS
For most families, relying on family members or friends for full-time childcare coverage isn't an option. But if your mom or brother or neighbor is willing to devote a few hours a week to watching your kids, you can benefit from a cost perspective while your child gets one-on-one attention from a loving adult. Though you wouldn't expect to pay a family member or friend the same hourly rate as a daycare center or nanny, it's a good idea to offer at least minimum wage in your state. If they refuse? Thank them with homemade cookies, a spa treatment or gift certificate to a trendy restaurant.

[14]Kendal, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America.* NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.



*"75% of U.S. families are overwhelmed by the cost of child care and yet nearly half don't budget for it […] families are misinformed about the cost of child care, what's included and what savings options are available to them. […] 52 percent aren't aware they're eligible for child care tax breaks."*

CARE.COM. "NEARLY HALF OF U.S. FAMILIES DON'T BUDGET FOR CHILD CARE, CARE.COM REPORTS."
*CNBC. CNBC LLC, 17 JUN. 2014. WEB. 12 JUL. 2014.*

PLAINTIFFS' RESP. APP.0001308

CC00006267

# *Childcare budget worksheet*

Use this worksheet to determine how much income you have leftover once you've paid for all of life's necessitates (and not-so-necessary expenses). Once you come up with your total unused income each month, you know to keep your childcare costs within that range.

| STARTING NUMBERS | | MONTHLY ENTERTAINMENT EXPENSES | |
|---|---|---|---|
| Total monthly gross income | $_____ | Phone | $_____ |
| Total state and federal tax deductions | $_____ | Cable | $_____ |
| Total health insurance deductions | $_____ | Entertainment (movies/dining out, etc.) | $_____ |
| Total deferred into savings, 401K, etc. | $_____ | Vacations | $_____ |
| **Total monthly net income** | **$_____** | Gym/other memberships | $_____ |
| | | Newspaper/magazine/books | $_____ |
| **MONTHLY HOUSING EXPENSES** | | **Entertainment expenses total** | **$_____** |
| Rent/mortgage | $_____ | | |
| Electricity | $_____ | **OTHER MONTHLY EXPENSES** | |
| Heat | $_____ | Life insurance | $_____ |
| Water/sewer | $_____ | Charitable contributions | $_____ |
| Homeowner's Insurance | $_____ | Groceries | $_____ |
| Repairs (approx/month) | $_____ | School tuition/supplies | $_____ |
| Taxes | $_____ | Medical bills, co-payments, prescriptions | $_____ |
| Housecleaning service | $_____ | Clothing | $_____ |
| **Monthly housing expenses total** | **$_____** | Beauty supplies/treatments | $_____ |
| | | Pet supplies and healthcare costs | $_____ |
| **MONTHLY CAR EXPENSES** | | Gifts | $_____ |
| Loan Payment(s) | $_____ | Savings | $_____ |
| Gas | $_____ | **Other expenses total** | **$_____** |
| Insurance (approx/month) | $_____ | | |
| Maintenance and repairs (approx/month) | $_____ | | |
| **Monthly car expenses total** | **$_____** | | |

### MONTHLY DEBT PAYMENTS (CREDIT CARDS, SCHOOL LOANS, ETC)

| | | |
|---|---|---|
| Creditor #1:_____ | $_____ | |
| Creditor #2:_____ | $_____ | |
| Creditor#3:_____ | $_____ | |
| Creditor #4:_____ | $_____ | |
| **Debt total** | **$_____** | |

| TOTAL UNUSED INCOME | | |
|---|---|---|
| Total monthly net income | | $_____ |
| Monthly housing expenses total | - | $_____ |
| Monthly car expenses total | - | $_____ |
| Debt total | - | $_____ |
| Entertainment expenses total | - | $_____ |
| Other expenses total | - | $_____ |
| **TOTAL UNUSED INCOME** | = | $_____ |

PLAINTIFFS' RESP. APP.0001309

CC00006268

# *Childcare quiz: which childcare solution is right for you?*

**1. WHAT IS YOUR WEEKLY BUDGET FOR CHILDCARE?**

○ A. Based on where I live, a daycare center or family daycare would be the best financial solution

○ B. Based on where I live, an au pair, or nanny share would be more affordable than daycare

**2. WHICH IS MORE IMPORTANT TO YOU?**

○ A. Socialization for my child

○ B. One-on-one attention and the ability to choose a specific caregiver

**3. HOW MUCH FLEXIBILITY DO YOU NEED?**

○ A. Little to none; my family's schedule doesn't change much

○ B. The option to schedule coverage outside of traditional work hours would be a big benefit

**4. HOW IMPORTANT IS CONVENIENCE?**

○ A. Not very—I'm not concerned about it

○ B. Convenience is important to me

**5. COULD YOU USE SOME HELP AROUND THE HOUSE? OR AN EXTRA DRIVER? OR SOMEONE TO HELP WITH HOMEWORK?**

○ A. I don't really need any extra help

○ B. A little bit of help with household chores would be beneficial

**6. HOW SOON DO YOU NEED CHILDCARE?**

○ A. I've got plenty of time to figure it out

○ B. I need someone in the next couple of months or less

**7. HOW MUCH CONTROL DO YOU WANT OVER YOUR CHILD'S ENVIRONMENT?**

○ A. I'm happy leaving the daily activities and environment to someone else to worry about

○ B. I prefer having more control over where my children are and what they're doing all day

**8. ARE YOU INTERESTED IN CULTURAL EXCHANGE?**

○ A. I could take it or leave it

○ B. Yes, I would love to expose my children to a different culture

**9. WOULD LIVE-IN CARE BE AN ACCEPTABLE OPTION FOR YOU?**

○ A. No. I don't have the room and/or a live-in just isn't for me.

○ B. Yes, I would consider a live-in caregiver

**10. HOW WILLING ARE YOU TO INVEST TIME INTO A RELATIONSHIP WITH YOUR CAREGIVER?**

○ A. Not very; I don't have it in me to invest time and energy into another relationship in my life

○ B. I would be willing to nurture a relationship with my caregiver if I thought it would benefit my family

## *If you scored mostly:*



**CENTER-BASED OR FAMILY DAYCARE**

Your answers indicate that your family would benefit from securing childcare with a traditional center-based daycare or family daycare. Good luck finding a daycare solution that works well for you!



**NANNY OR NANNY SHARE**

Your answers indicate that your family would benefit from hiring a nanny or nanny share. Good luck finding the perfect nanny candidate for your family!

**Bs**
you are best
suited to:

▶ **AU PAIR OR FAMILY COVERAGE**

Your answers indicate that your family would benefit from inviting an au pair or family member to care for your children. To find out more about au pair childcare, visit: culturalcare.com. Good luck finding the perfect au pair or family member to welcome into your home!

1-800-333-6056 • CULTURALCARE.COM   © COPYRIGHT 2015, CULTURAL CARE AU PAIR

PLAINTIFFS' RESP. APP.0001310

CC00006269

# Exhibit 128

| **From:** | Michael McCarry <MMcCarry@alliance-exchange.org> |
|-----------|---------------------------------------------------|
| **Sent:** | Wednesday, September 21, 2011 2:21 AM |
| **To:** | Goran Rannefors <Goran.Rannefors@culturalcare.com> |
| **Subject:** | FW: DoS new issue? |

To discuss.  M

--
**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org


Follow us on Twitter


Like us on Facebook


**2011 International Exchange Locator available for order!**
*http://www.alliance-exchange.org/alliance-store*

---

**From:** Helene Young [mailto:hly@usaupair.com]
**Sent:** Wednesday, September 21, 2011 12:07 AM
**To:** Michael McCarry
**Subject:** DoS new issue?

Hi Michael - Hope you are enjoying the conference!

Just to alert you, I talked to Maha at DoS today and received an earful about lack of sponsor oversight on au pair work hours, schedules and wages.  She was appalled The Alliance would not insist sponsors be proactive by asking host families to provide sponsors with weekly au pair time sheets, weekly work schedules signed by host families and au pairs and have documentation showing weekly wages paid to au pairs.  She sees sponsors as being reactive, not proactive.

She said she had been in her position since April and received many complaints from au pairs about work hours and work schedules which violate labor laws.  She said she is writing memo to Dick Ruth about this oversight.

Call me if you want more info.  I called your office this morning and left a message for Mark to return call.


Helene :-)
USAuPair
PO Box 2126
Lake Oswego, OR  97035
Tel:  503-675-5333

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
PLAINTIFFS RESP APP.0001312
CC00009191

Fax: 503-699-7776
Skype: usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information. Any unauthorized use or disclosure of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of this email.

PLAINTIFFS RESP. APP.0001313

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00009192

Case No. 1:14-cv-03074-CMA-KMT Document 949-59-8 Filed 03/30/18 USDC Colorado pg 18 of 60

# Exhibit 129

**Summary**
**Alliance/State Department Au Pair Meeting**
**July 26, 2006**

Miller Crouch and Stanley Colvin opened the meeting by noting that this was the first in a projected series of meetings organized by the Alliance to share information and perspectives on individual J-1 program categories. Miller indicated that ECA welcomes this initiative and that he looks forward to attending future meetings.

Ruth Ferry (AIFS/Au Pair in America) made opening comments on behalf of the sponsors. She noted that the au pair program celebrates its 20th anniversary in 2006, and that the program has been very successful because of the partnership between sponsors and ECA. She said that sponsors were pleased that the extension program has been made permanent, and added that this feature of the program is very popular with au pairs and host families. She noted that several sponsors now operate summer au pair programs under the pilot initiated by ECA.

Ruth said that demand for au pairs is high and that meeting the demand remains a challenge for sponsors. She traced the geographic evolution of the program, noting that the primary sources of au pairs have shifted over time. Au pair began as a program drawing participants mainly from Western Europe. As interest there waned, the newly emerging democracies of Central Europe began providing the majority of au pairs. Participation from these countries, while still significant, has declined somewhat as new exchange opportunities for young people have opened through accession to the European Union. Large numbers of au pairs still come from European nations that have not joined the EU, such as Bulgaria, Romania, and Ukraine. Latin America is the region exhibiting the most rapid growth, and meaningful numbers of au pairs are now coming from South Africa.

In response to Ruth's opening comments, Stanley called the au pair program State's 'most successful work-based exchange', and attributed that success to the 'people in this room'.

**Visa issues**
Sponsors noted that as the program expands in new countries, they often encounter visa problems. One sponsor cited Russia as a particular concern in this regard. Sponsors indicated that they have difficulty assessing the visa process, as there often appears to be no meaningful difference between the qualifications of those candidates who are issued visas and those who are denied. The point was made that based on Alliance consular

PLAINTIFFS' RESP. APP.0001315
CONFIDENTIAL

visits and sponsor experience, adjudication of au pair applicants appears to be the least consistent of any J-1 category.

Karen Christensen of the Bureau of Consular Affairs said that some consular officers do not understand the au pair program well, and offered to provide additional information to consular posts. She also suggested that sponsors share more information with posts, and work to connect outstanding returnees with the public diplomacy and consular staffs at our embassies.

Lari Martinez, head of the Compliance Unit, suggested that sponsors may be able to assist posts and build understanding by providing validation studies showing return rates.

Stanley commented that the au pair program deserves recognition and suggested that a 20th anniversary brochure highlighting the program's success would be a useful promotional tool. Miller added that a publication such as this would be a good way to educate consular affairs and ambassadors, letting them know that the au pair program has a positive story, works well, and is very respected and widely used in this country. Sponsors agreed to consider developing such a publication.

## Complaints/Concerns

Stanley asked Ida Abell, the au pair program officer, to detail complaints the office has received concerning the educational component of the program. Ida did not identify any complaints about the educational component, and noted that complaints tended to be about refunds, driving, and English language ability. In response to Stanley's question, she indicated that the office has received 50-60 complaints over the past year, roughly half of which concerned financial issues. Stanley commented, 'Fifty complaints with 18,000 au pairs is not much of a problem.'

Stanley said that he notices occasional communication problems at the local level, and suggested that sponsors may wish to intensify training of local coordinators. He said that the program may be a bit weaker at the local coordinator level than it has been in the past.

Stanley also stressed that as the program moves into new countries, local partners are critical. He said that the Department intends to hold U.S. sponsors responsible for the actions of their overseas partners. Miller added that there is much concern with the Department about visa fraud in countries without a history of market economies.

## Educational Component

David Fougere (Cultural Care Au Pair) noted that the educational component is a vital part of the au pair program, and is a very attractive feature for the au pairs. He indicated that sponsors hope to be able to offer participants the broadest and most diverse range of opportunities to fulfill the educational requirement.

CONFIDENTIAL

Stanley said that the purpose of the educational component is to get the au pair out of the home and mixing with American counterparts in an age-appropriate environment.

There was a great deal of discussion about the cost of fulfilling the educational requirement. These costs vary widely depending on location: six credit hours or their equivalent typically costs $2500 in California, and only $500 in Virginia in a community college extension program. Stanley requested that sponsors send in information concerning the current range of costs, adding that this data will be necessary to justify raising the current 'up to $500' cap in the regulations.

There was much discussion of the types of activities that can appropriately meet the requirements of the educational component. All agreed that the TrekAmerica study tours are inappropriate because the connection to the University of Connecticut is insufficient, and because registration was made through the tour company, rather than through the university. It was agreed that university offerings that include travel as part of an academic course are eligible, as are credit equivalents and course auditing. Because of the Department's interest in engaging au pairs in their community, distance learning is not eligible.

Stanley indicated that he wants to utilize the knowledge base of sponsors concerning the educational component, and indicated that as a rule of thumb, 'if an accredited college puts its name on it,' such courses will be judged appropriate.

Stanley indicated that au pairs applying for extensions must complete their first-year educational component during their first 12 months, but do not need to have completed the program at the time of application for the extension. He added that sponsors should confirm at the time of application that the au pair will complete the education requirements, and maintain such documentation in their files.

**Compliance Unit**

Miller briefly discussed the genesis of the Bureau's new Compliance Unit. He indicated that the 2005 GAO study of the work/travel and training programs recommended that a compliance unit be established. He said that the unit works closely with program officers and analyzes complaints.

He noted that the Department's Management Control Steering Committee (MCSC) had designated the Exchange Visitor Program as a 'reportable condition', and that the Bureau was working to improve its administration of the program. He said that the Bureau does not want the program to become a 'management weakness'.

He said that the Compliance Unit is 'consistently and methodically' looking through all the program categories.

He added that with the renewed focus on public diplomacy, people are looking for exchanges to produce results to support the national interest. He said that the leveraging

CONFIDENTIAL

of the J-1 programs is 'tremendous', in terms of the numbers of exchanges generated without federal funding.  Miller concluded by noting that additional scrutiny comes with additional priority and visibility.

**Participants**

**Department of State**
**Miller Crouch**
**Stanley Colvin**
**Lari Martinez**
**Elizabeth Dickerson**
**Sally Lawrence**
**Ida Abell**
**Karen Christensen**

**Alliance**
**Susan Hayes, EurAuPair**
**Geoff Watson, Au Pair Care**
**Goran Rannefors, Cultural Care Au Pair**
**David Fougere, Cultural Care Au Pair**
**Susan Robinson, Cultural Care Au Pair**
**Ruth Ferry, Au Pair in America**
**Paul Christianson, InterExchange**
**Michael McHugh, InterExchange**
**Jackie Saint-Meyerhoff, CHI**
**Christine Burbach, CHI**
**Elizabeth Chazottes, AIPT (Alliance chair)**
**Michael McCarry**

**CONFIDENTIAL**

Case 1:14-cv-03074-CMA-KMT   Document 948-13   Filed 03/17/18   USDC Colorado   Page 22
of 50

# Exhibit 130

PLAINTIFFS' RESP. APP.0001319

| Message | |
|---|---|
| From: | Kristin Chasan [chikristin@chinet.org] |
| Sent: | 10/10/2011 12:31:13 AM |
| To: | 'Pukar Bhattarai' [chipukar@chinet.org]; 'Deborah Herlocker' [chideborah@chinet.org] |
| CC: | 'William Murad' [chiwilliam@chinet.org] |
| Subject: | RE: Text for the Au Pair pages |
| Attachments: | Host Family Qualifications.doc; Our Role_AuPair.doc; Our Role_HostFamilies.doc; The Matching Process_AuPair.doc; The Matching Process_HF.doc; Traditional_Costs.doc; Why become an Au Pair.doc; AP_Requirements.doc; Au Pair Responsibilities_AuPair.doc; Benefits_AuPair.doc; CHI Orientation Summary_AuPair.doc; Discounts.doc; Educare_Fees.doc |

Hi Pukar and Deborah,

Attached is all of the revised text for the Au Pair website that Deborah asked me to work on. If you'd like Linda to review it as well she will need some time to do so as it is quite a bit of text. Just let me know and I can work with her on final edits.

Thanks!

—

Kristin Chasan
Communications Coordinator
Cultural Homestay International
www.chinet.org

**From:** Pukar Bhattarai [mailto:chipukar@chinet.org]
**Sent:** Friday, October 07, 2011 4:34 AM
**To:** Kristin Chasan
**Cc:** William Murad; George Toman; Deborah Herlocker
**Subject:** Re: Text for the Au Pair pages

Hi Kristin,

What is the latest on the Au Pair content? George and I have completed the pages and are just awaiting the content to move forward.

Thank you,

EXHIBIT

8

54637

Pukar

On Tue, Oct 4, 2011 at 3:29 PM, Deborah Herlocker <chideborah@chinet.org> wrote:

Kristin is working on it right now. Or she may have finished it and it's on to Linda.

Sincerely,

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 4 October 2011 14:48, William Murad <chiwilliam@chinet.org> wrote:

Hi Deborah,

Did you have the chance to work on the text for the au pair pages? Pukar is waiting for it. Thank YOU!

William Murad

CIO - Chief Information Officer

Cultural Homestay International (CHI)

Tel: +1 (415) 259-2153

PLAINTIFFS' RESP. APP.0001321          ATTORNEY'S EYES ONLY                    CHI0007034

PLAINTIFFS' RESP. APP.0001322     ATTORNEY'S EYES ONLY     CHI0007035

## Host Family Qualifications

One of the most important characteristics of an ideal host family is a sincere desire to welcome your au pair into your home as a new member of your family. Including your au pair in family leisure activities and events is a great way to ensure a smooth transition for all parties, and reinforces CHI Au Pair USA's goal of promoting intercultural sharing and exchange.

## Other Host Family Requirements Include:

- Host parents are U.S. citizens or legal permanent residents.
- English is the primary language spoken in the home.
- Adequate financial resources to support hosting an au pair for 12 months.
- Completion of a personal interview by a CHI representative.
- Providing character references for a background check.
- Agreeing to the U.S. Department of State's Exchange Visitor Program regulations.
- Sincere interest in participating in a cultural exchange program and welcoming someone new into your home.
- Living within one hour of a local CHI Au Pair USA Coordinator – View Current Areas Serviced (link)

## The Host Family Provides:

- Private room and meals.
- A stipend of $195.75 ($146.81 for EduCare) paid per week.
- Up to $500 in tuition ($1,000 for EduCare) toward completing the au pair's required program educational component.
- Automobile insurance coverage if the au pair is expected to drive.
- Two weeks paid vacation; one full weekend off per month.

## The Host Family Agrees to:

- Schedule no more than 10 hours of childcare per day, and no more than 45 hours per week. *If you need less than thirty hours of childcare per week – learn more about the EduCare Program.* (link)
- Participate in at least one CHI sponsored Family Day event with the au pair during the year.
- Be available for monthly follow-ups conducted by the CHI Au Pair USA coordinator.

## What is the Educational Component?

Au pairs are required to take approved classes at an accredited post-secondary institution. A total of six semester units (12 for EduCare) must be earned to fulfill the mandated educational component of the program.

As a condition for a family to host an au pair in a cultural exchange visitor program, the family is required to:

1) Help facilitate the enrollment and attendance in classes at a post-secondary educational institution.
2) Ensure that the au pair has adequate transportation to attend classes.
3) Pay up to $500 ($1,000 for EduCare) toward the costs of required academic course work. Any additional expenses, above and beyond the $500 ($1,000 for EduCare), associated with acquiring the six (12 for EduCare) academic credits are to be absorbed by the au pair.

**Our Role**:

Your family can be assured that you are participating in an officially sanctioned program, with a respected and experienced company. The U.S. Department of State has designated CHI Au Pair USA an official J-1 visa program sponsor, and the program adheres to stringent government standards.

We take our sponsorship responsibilities very seriously and carefully follow all mandated program requirements, as well as our own additional quality guidelines.

We are 100% committed to our host families and au pairs, and will do everything we can to make the intercultural exchange experience successful and rewarding for all parties.

**Our Support**:

CHI Au Pair USA provides your family with a superior program support structure committed to giving top notch personalized assistance, including a local Au Pair Coordinator in your community and a Regional Coordinator who is available 24/7.

**Au Pair Coordinator (APC)** - The APC is available to help you for the entire duration of your au pair's stay. The APC is prepared to answer any and all questions or concerns you may have. On a monthly basis the APC will contact your family to check in and find out if they can be of any assistance to you or your au pair. Your APC will also organize regular social activities and events with other au pairs in your community.

**Regional Au Pair Coordinator (RAPC)** – The RAPC is the supervisory link between the Au Pair Coordinator (APC), the host family, the au pair and the CHI Main Office. Their duties include hiring and supervising APCs, problem solving, and implementing the overall program. The RAPC is a full-time staff member dedicated to helping you have a wonderful host family experience.

PLAINTIFFS' RESP. APP.0001325     ATTORNEY'S EYES ONLY                    CHI0007039

## **The Matching Process**

Once your application has been accepted by CHI Au Pair USA, it will be uploaded to our secure database. CHI Au Pair USA's approved host families will then begin reviewing your application, photos and video.

If a family is interested in learning more about you, they will e-mail or call you to get to know more about you, your childcare experience and your interests. During these interviews, you will also have the chance to learn more about each host family, their expectations and their needs.

Some au pairs find the right match in their first interview, others may take a number of interviews with a family, and still others may talk to several different families to find the right match. There is no time limit to this process. The most important thing is to be compatible and truly feel comfortable.

Please note that families are looking for experienced, loving and energetic applicants to care for their children. Au pairs who can demonstrate these qualities in their applications and interviews will attract the most interest from host families. Take the time to make sure that your application highlights how special and qualified you are!

Once a family and an au pair have agreed to match, CHI Au Pair USA will begin processing the paperwork needed for you to schedule your visa interview.

# The Au Pair Matching Process

CHI Au Pair USA boasts an extensive network of au pairs from around the world. Each au pair has met the strict requirements of the Au Pair program, and their applications are available for your review.

To start reviewing au pair profiles, we ask that you begin completing our <u>Host Family Application</u> (link).  After getting through the initial stages of the application, you will be able to interview some of our qualified au pair candidates.

CHI Au Pair USA lets you review an unlimited number of applicants.  We encourage you to take your time browsing the multitude of wonderful au pairs before you make your decision on whom to interview.

If you would like some guidance, CHI Au Pair USA's staff is always available, and is happy to point you in the right direction based on your family's needs and preferences.  You may also review quick introductions to some of our au pairs <u>here</u>. (link)

Once you have selected an au pair and are ready to set up an interview, CHI Au Pair USA will assist you with in-depth questions that will help you get to know your prospective au pair better, and to make the decision that is best for you and your family.

PLAINTIFFS' RESP. APP.0001327          ATTORNEY'S EYES ONLY          CHI0007041

# Traditional Au Pair Program
## Program Fees and Costs

This is a great program for families seeking full-time, live-in childcare. Traditional au pairs may work up to 45 hours a week.

CHI Au Pair USA has several discounts and promotions currently available! (link all text)

**1. STANDARD FEES - Option 1**

| Basic Program Fee | Payment Due | Amount |
|---|---|---|
| Application fee | due with application | $100.00 |
| Placement fee | due upon matching | $3,500.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Annual Fee | due upon au pair's arrival | $3,565.00 |
| **TOTAL PROGRAM FEES** | | **$7,200.00** |

**2. PAYMENT PLAN - Option 2**

| Basic Program Fee | Payment Due | Amount |
|---|---|---|
| Application fee | due with application | $100.00 |
| Down payment - due upon matching | due upon matching | $3,500.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Installment 1 | due 2 months after au pair's arrival | $950.00 |
| Installment 2 | due 3 months after au pair's arrival | $950.00 |
| Installment 3 | due 4 months after au pair's arrival | $950.00 |
| Installment 4 | due 6 months after au pair's arrival | $950.00 |
| * This payment option includes a $ 225.00 administrative fee and is payable by credit card only. | | |
| **TOTAL PROGRAM FEES** | | **$7,435.00** |

**3. PAYMENT PLAN - Option 3**

| Basic Program Fee | Payment Due | Amount |
|---|---|---|
| Application fee | due with application | $100.00 |
| Placement fee | due upon matching | $1750.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Placement Fee Balance | due upon au pair's arrival | $1750.00 |
| Installment 1 | due 2 months after au pair's arrival | $975.00 |
| Installment 2 | due 3 months after au pair's arrival | $975.00 |
| Installment 3 | due 4 months after au pair's arrival | $975.00 |
| Installment 4 | due 6 months after au pair's arrival | $975.00 |
| * This payment option includes a $ 335.00 administrative fee and is payable by credit card only. | | |
| **TOTAL PROGRAM FEES** | | **$7,535.00** |

**4. PAYMENT PLAN - Option 4**

| Basic Program Fee | Payment Due | Amount |
|---|---|---|
| Application fee | due with application | $100.00 |
| Placement fee | due upon matching | $1750.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Placement Fee Balance | due upon au pair's arrival | $1750.00 |
| Installment 1 | due 1 month after au pair's arrival | $500.00 |
| Installment 2 | due 2 months after au pair's arrival | $500.00 |
| Installment 3 | due 3 months after au pair's arrival | $500.00 |
| Installment 4 | due 4 months after au pair's arrival | $500.00 |
| Installment 5 | due 5 months after au pair's arrival | $500.00 |
| Installment 6 | due 6 months after au pair's arrival | $500.00 |
| Installment 7 | due 7 months after au pair's arrival | $500.00 |
| Installment 8 | due 8 months after au pair's arrival | $500.00 |
| * This payment option includes a $ 435.00 administrative fee and is payable by credit card only. | | |
| **TOTAL PROGRAM FEES** | | **$7,635.00** |

**Program Fees Include:** Pre-screened au pair profiles for your review and selection; J-1 visa documentation; round-trip international airfare*, 12 months of

PLAINTIFFS' RESP. APP.0001328          ATTORNEY'S EYES ONLY          CHI0007042

medical insurance; au pair orientation and childcare safety training; host family orientation; program support, supervision and assistance.

*Please note that an international airfare surcharge of $350 will apply for au pairs from Australia and New Zealand.*

**Additional Costs:** In addition to the program fee, additional costs required by the U.S. Department of State and CHI Au Pair USA include the au pair's:

- Domestic airfare to host family's city
- Weekly stipend of $195.75
- Educational component tuition of up to $500
- Automobile insurance coverage
- Private room and board

ATTORNEY'S EYES ONLY

## Why become an Au Pair?

Expand your world! Experience American culture first hand by living with an American family and helping to care for their children.

Living with a host family allows you the unique opportunity to intimately experience the day-to-day life of a typical American family. Au pairs receive a weekly stipend for childcare services, as well as an educational allowance to attend university classes.

You will have many opportunities to meet new friends and explore the surroundings of your new American home. You will become independent and grow as an individual as you experience what it is like to live abroad.

Living and working in another country allows you to gain valuable knowledge, skills, and experience, all of which will help you in the future and look great on your resume. Whether you want to move forward with childcare or go into a completely different field, your time in America and proven excellent English skills will take you far.

Being an au pair has other unique advantages as well. You're not a visitor, you're a family member. As an au pair, you share your own culture directly with your American family and make a real, lasting, positive difference in a child's life!

CHI Au Pair USA is an exchange visitor visa sponsoring organization. You can feel confident that you are being sponsored in a legal, respected program.

PLAINTIFFS' RESP. APP.0001330        ATTORNEY'S EYES ONLY        CHI0007044

## Au Pair Requirements

CHI Au Pair USA seeks enthusiastic au pair candidates who have a sincere desire to share their customs and culture with an American family. The ideal candidate is open-minded, has a positive and adventurous attitude, and loves spending time with children.

CHI Au Pair USA selects au pair candidates who go above and beyond the minimum requirements, which are to be:

- Between 18 - 26 years old
- Able to make a twelve month commitment
- A high school graduate (at least some university education is preferred)
- Fluent in English (minimum 500 TOEFL test score or equivalent English assessment test)
- Experienced in childcare (at least two different documented childcare experiences equaling at least 200 total hours)
- Able to pass a criminal background check and submit character references
- In possession of a valid driver's license
- Physically and emotionally healthy

PLAINTIFFS' RESP. APP.0001331    ATTORNEY'S EYES ONLY    CHI0007045

## Au Pair Responsibilities

### Au Pair Duties

Au pairs provide up to 45 hours per week of childcare. Childcare duties will take up no more than 5 ½ days a week and no more than 10 hours per day.

Au pairs live as a member of the host family. They are expected to take part in the life of the family, including participating in family activities.

All au pair duties will be focused specifically on the children; no heavy housework is required.

Daily tasks may include:

- Waking the children, dressing infants and toddlers, bathing and playing games with them.
- Preparing meals for the children, tidying their belongings, making their beds and doing their laundry.
- Driving the children to and from school appointments and activities.
- Caring for and watching the children while they are asleep if the parents are not at home.
- Sharing a part of your home country with the children through games, storytelling, cooking, language and love.

### Au Pair Education

As a component of participation in the au pair program, participants are required to take a total of six semester units of approved classes at an accredited U.S. educational institution.

This is an opportunity to meet new friends, learn more about American culture and become more immersed into your host community. Your host family will contribute up to $500 toward your class tuition.

Are you interested in a program where you have more time available to study? Learn more about the EduCare program. (link to Educare)

PLAINTIFFS' RESP. APP.0001332     ATTORNEY'S EYES ONLY     CHI0007046

## Benefits of Being an Au Pair

Participating in an au pair intercultural exchange program offers many rewards. As an au pair you will grow as a person, experience a new culture, improve your English skills and gain valuable work experience.

Additional Benefits Include:

- A direct weekly payment from the host family of $195.75
- Two weeks paid vacation; one full weekend off per month
- A $500 educational allowance
- Private room and full board
- Medical insurance
- Paid round trip international flight AND domestic transfer to the host family's community
- Four day comprehensive arrival orientation in Washington, D.C.
- Regularly scheduled social and cultural activities with other area au pairs
- 24 hour support provided by CHI Au Pair USA

CHI Au Pair USA takes its status as an officially sanctioned J-1 visa Exchange Visitor program seriously. Our highly qualified local and administrative staff is always there to provide you with personal and continuous support throughout your program year.

Interested in the EduCare program? Learn more. (link to EduCare)

---

### CHI EXCLUSIVE BONUS!

CHI au pairs receive a coupon for 20% off all Sun Trek tours. Go to www.suntrek.com to learn more about travel opportunities specifically designed for international visitors.

---

# First Stop in America: The Au Pair Orientation

All CHI au pairs attend an extensive 4-day orientation just outside of Washington, D.C. This is an ideal location for introducing au pairs to America and the Au Pair program. Before joining their host families, au pairs have a chance to acclimate to the United States in a supportive environment while seeing some of the nation's capital.

The Goals of the Orientation Program are to:
- enable au pairs to develop a strong support network with other au pairs
- review and discuss information about program policies and regulations
- provide au pairs with skills and knowledge to help them adjust to American culture and lifestyle
- reinforce au pairs basic knowledge and skills regarding child development and behavior and help them more effectively care for children
- answer any remaining questions and concerns that au pairs may have

## A sample schedule of the 4-day orientation:

Included is a good mix of discussions, activities and hands-on training. Groups are intentionally kept small to ensure that au pairs have plenty of individual time as needed.

### Day 1: Sample Activities
- Travel to orientation site
- Get to know other au pairs, rest, and review orientation materials

### Day 2: Sample of Topics Covered
- Motivations and expectations for participating in Au Pair program
- Program administration and staff roles including the local coordinator
- What to expect during those first few weeks
- Overview of responsibilities for the au pair and host family
- Agreement specifics between the host family and au pair
- Family expectations and communication
- Importance of cultural exchange and sharing
- Cultural adjustment and how to minimize culture shock
- Parenting in the US
- Role of religion
- Alcohol, drugs and smoking
- Dressing appropriately
- Food patterns and preferences
- Privacy, freedom and safety guidelines
- Telephone and computer etiquette
- Driving privileges
- Vacation time and procedures for traveling outside the US

**Guest Speaker: Linda Gulyn**

Early childhood psychology professor from Marymount University joins the group and offers training about managing children and handling various situations that may arise with American children.

## Day 3: Sample Activities
- Red Cross training and certification in infant/child CPR and first aid
- Evening free to sightsee and shop as desired

## Day 4: Sample Topics Covered
- Health insurance
- Getting a Social Security card
- Opening up a bank account
- Sales tax and tipping
- Addressing concerns and problems
- Emergency procedures
- Educational requirements and options
- End of program procedures for going home or extending
- Discussion of the Babysitter's Handbook and the ABC's of American Culture
- Any remaining questions or concerns the au pairs may still have

At the end of the four day session, au pairs depart for their host families feeling confident, excited and ready for the year ahead. Welcome to America!

PLAINTIFFS' RESP. APP.0001335          ATTORNEY'S EYES ONLY                                    CHI0007049

## **Discounts & Incentives**

If you fit any of the three categories below, you will automatically receive an application fee waiver and **$200** off your total program fee!

1. ***"Thanks for Switching to CHI."*** Switch to CHI from any other U.S. based au pair program and accept a CHI au pair within six months of your previous au pair. Proof required.

2. ***Family-Arranged Au Pair Placement.*** Independently locate an au pair for yourself. Your family as well as your au pair must meet all program requirements, complete the application packet and attend all program orientations.

3. ***Repeat CHI Au Pair Families.*** Successfully complete one full year with CHI Au Pair USA, and accept another NEW CHI au pair within six months.

CHI Au Pair USA also offers a ***Referral Bonus***. Refer a new family to CHI Au Pair USA and receive **$250** when their au pair arrives.

# Exhibit 131

PLAINTIFFS' RESP. APP.0001337



INTERNET ARCHIVE
**WayBackMachine**    7 captures
22 Feb 2012 - 12 Aug 2013

http://www.chiaupairusa.org:80/aupair/au-pair-benefits.html    [ Go ]

FEB **APR** OCT
◄ **23** ►
2011 **2012** 2013



HOME    BECOME A HOST FAMILY    **BECOME AN AU PAIR**    APPLY NOW    NEWS    CONTACT US    ABOUT US


CHI Au Pair USA

Loving and Affordable Childcare
from Around the World

📞 **1-866-528-5152**
APPLY NOW    CONTACT US

---

## The Au Pair Program

▶ Why Become an Au Pair

▶ Au Pair Qualifications

▶ Au Pair Benefits

▶ Au Pair Responsibilities

▶ Matching Process

▶ Orientation

**Why CHI Au Pair USA**

Home » Become An Au Pair » Au Pair Benefits

# THE AU PAIR PROGRAM

## AU PAIR BENEFITS

Participating in an au pair intercultural exchange program offers many rewards. As an au pair you will grow as a person, experience a new culture, improve your English skills and gain valuable work experience.

Additional Benefits Include:

▶ A direct weekly payment from the host family of $195.75
▶ Two weeks paid vacation; one full weekend off per month
▶ A $500 educational allowance
▶ Private room and full board
▶ Medical insurance
▶ Paid round trip international flight AND domestic transfer to the host family's community
▶ Four day comprehensive arrival orientation in Washington, D.C.
▶ Regularly scheduled social and cultural activities with other area au pairs
▶ 24 hour support provided by CHI Au Pair USA

CHI Au Pair USA takes its status as an officially sanctioned J-1 visa Exchange Visitor program seriously. Our highly qualified local and administrative staff is always there to provide you with personal and continuous support throughout your program year.

Interested in the EduCare program? Learn more.

> ### CHI EXCLUSIVE BONUS!
>
> CHI au pairs receive a coupon for 20% off all Sun Trek tours. Go to www.suntrek.com to learn more about travel opportunities specifically designed for international visitors.

---

What Is An Au Pair
What Is An Au Pair
Why An Au Pair
Au Pair Qualifications
Au Pair Orientation
Au Pair Responsibilities
Educare Au Pair

CHI Au Pair USA
Why CHI Au Pair USA
Host Family Qualifications
Matching Process
CHI Role and Support

Program Cost
Traditional Au Pair
Educare Cost
Special Promotions

The Au Pair Program
Why Become an Au Pair
Au Pair Qualifications
Au Pair Benefits
Au Pair Responsibilities
Matching Process
Orientation

Why CHI Au Pair USA
How To Apply
Support From CHI Au Pair

© 2011 Cultural Homestay International | OPENING DOORS TO THE WORLD SINCE 1980
104-106 Butterfield Road, San Anselmo, California, 94960, United States of America
Tel: 1-800-432-4643 • 415-459-5397 | Email Us

   


EXHIBIT
9
5-16-17

PLAINTIFFS' RESP. APP.0001338

Case 1:14-cv-03074-CMA-KMT   Document 945-19   Filed 05/17/18   USDC Colorado   Page 42
of 59

# Exhibit 132

Home (https://www.chinet.org/) » CHI Au Pair (https://www.chinet.org/au-pair/) » Pricing



# Promotions and Discounts

You are eligible for a discount on your program fees if you fit in any of the categories listed below:

1.

## "Thanks for Switching to CHI"

Switch to CHI from any other US based Au Pair program and accept a CHI Au Pair within six months of your previous Au Pair and receive an application fee waiver ($300) and an additional $300 off your program fees.

2.

## Family-Arranged Au Pair Placement

Independently locate an Au Pair for yourself. Your family as well as your Au Pair must meet all program requirements. Receive an application fee waiver ($300) and an additional $300 off your program fees.

3.

## Discount to Military Families

Families where one or both parents are active service members in the military can receive an application waiver ($300) and an additional $300 application fee waived.

4.

## Discount to Families with Multiples

Families who are expecting or currently have multiples can receive an application waiver ($300) and a $300 discount off the program fee.

5.

## Discount for returning CHI Au Pair Families

Families, who have successfully completed one full year with CHI Au Pair program and within six months of completion, accept another NEW CHI Au Pair will automatically receive an application fee waiver ($300) and $300 off your program fee.

6.

## Referral Bonus

Refer new host families to CHI Au Pair and when they match you receive a $300 bonus!

---

### Host Family Spring Promotion! - March and April arrivals

Use promo code: **SPRING2017**

$300 application fee waived.

$650 program fee discount.

* Cannot be combined with standard discounts.

* Host Family must request placement with an out of country Au Pair for a March or April arrival.

* Host Family must welcome an out of country Au Pair by April 30, 2017.

---

If none of the above discounts apply to your family, you can claim our promotion of $300 application fee waiver. Just enter the Promo Code **PROMO2016** when you complete the Payment Authorization and the application fee will be waived!

*All discounts apply only to 12 month placements with out of the country Au Pairs*

---

PLAINTIFFS' RESP. APP.0001340

# Traditional Au Pair program pricing

This is a great program for families seeking full-time, live-in childcare. Traditional Au Pairs may work up to 45 hours a week.

| Standard Au Pair Fees | Payment Plan - Option 2 | Payment Plan - Option 3 | Payment Plan - Option 4 |
|---|---|---|---|

| | | |
|---|---|---|
| Host family Application Fee | Due upon registering | ~~$300.00~~ **Waived** |
| Initial Placement Fee | Due upon confirmation of placement | $3,800.00 |
| *Infant care surcharge* *Applies Only to Families With Infants* | Due upon confirmation of placement | $500.00 |
| Department of Homeland Security Fee | Due upon confirmation of placement | $35.00 |
| Placement Balance Fee | Due the 1st of upcoming month or 15th of current month, following Au Pair Arrival** | $3,765.00 |
| **TOTAL ANNUAL PROGRAM FEES:** | **$7,900 – $300 HOST FAMILY SAVINGS** | $7,600.00 |
| ***Infant Care Au Pair Placements Total Annual Program Fee:** | **$8,400 – $300 HOST FAMILY SAVINGS** | $8,100.00 |

** If Au Pair arrives between the 2nd-15th, the Placement Balance Fee will be processed on the 15th of current month. If Au Pair arrives between the 16th –last day of month, the Placement Balance Fee will be processed on the 1st of upcoming month. If the Au Pair arrives on the 1st, the Placement Balance Fee will be processed on that day(1st).

** If the 1st or 15th falls on a Saturday, Sunday or Holiday, the Placement Balance fee will be processed on the following business day.

## Program Fees include

Pre-screened au pair profiles for your review and selection
J-1 visa documentation
International airfare
12 months of medical insurance
Au pair orientation and childcare safety training
Host family orientation

PLAINTIFFS' RESP. APP.0001341

5/14/2017                                                    CHI | Affordable prices that fit your budget

Program support
Supervision and assistance

## Additional costs

In addition to the program fees, additional costs include:

Weekly stipend of $195.75 (The Au Pair stipend is the term used for the wages paid to an Au Pair by the host family. The stipend is set and regulated by the U.S. Department of State in conformance with federal minimum wage law and adjustments)
Educational component tuition of up to $500
Automobile insurance coverage
Private room and board

Do you have questions about our pricing or payment plans?

Contact customer care

# Educare pricing

For families with school-aged children who require childcare before and after school, the EduCare Au Pair program is an attractively cost effective choice. EduCare au pairs may work up to 30 hours a week.

Standard Fees    Payment Plan - Option 2    Payment Plan - Option 3    Payment Plan - Option 4

| | | |
|---|---|---|
| Application Fee | due with application | $100.00 |
| Initial Placement Fee | due upon matching | $3,309.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Placement Balance Fee | 30-days prior to au pair's arrival | $3,298.00 |
| TOTAL PROGRAM FEES | | $6,742.00 |

## Program Fees include

Pre-screened au pair profiles for your review and selection
J-1 visa documentation
International airfare
12 months of medical insurance
Au pair orientation and childcare safety training
Host family orientation
Program support
Supervision and assistance

## Additional costs

In addition to the program fees additional costs required by the US Department of State and CHI Au Pair include the au pair's:

Weekly stipend of $146.81 (The Au Pair stipend is the term used for the wages paid to an Au Pair by the host family. The stipend is set and regulated by the U.S. Department of State in conformance with federal minimum wage law and adjustments)
Educational component tuition of up to $1,000
Automobile insurance coverage
Private room and board

Do you have questions about our educare pricing or payment plans?

Contact CHI

PLAINTIFFS' RESP. APP.0001342

5/14/2017                                        CHI | Affordable prices that fit your budget

## Program Extension Pricing

| 12-Month | 9-Month | 6-Month |

### Full Fee Option

| Full Extension Fee | Total due in full prior to processing Au Pair's extension | $5,900.00 |

### Payment Plan Option (includes $200 credit card administrative fee)

| Down Payment | Due prior to processing Au Pair's extension | $1,600.00 |
| Down Payment Balance | Due upon start of extension program | $1,200.00 |
| 1st Installment | Due 2 months after start of extension program | $825.00 |
| 2nd Installment | Due 3 months after start of extension program | $825.00 |
| 3rd Installment | Due 4 months after start of extension program | $825.00 |
| 4th Installment | Due 6 months after start of extension program | $825.00 |

Do you have questions about our extension pricing options?

CONTACT A SPECIALIST

## Connect With CHI

(http://www.facebook.com/CulturalHomestayInternational)  (http://twitter.com/CHI_News)  (http://www.linkedin.com/company/cultural-homestay-international)
(http://youtube.com/chinetorg)  (http://www.pinterest.com/chiboard)  (https://www.instagram.com/culturalhomestayinternational/)
(http://www.flickr.com/photos/chipixs/)

255 West End Avenue - San Rafael, CA 94901, USA  Toll Free: 1-800-432-4643  Direct Line: 415-459-5397  care@chinet.org

2017 Cultural Homestay International (CHI). All Rights Reserved.  Privacy Policy (https://www.chinet.org/privacy-policy)

PLAINTIFFS' RESP. APP.0001343

Case No. 1:14-cv-03074-CMA-KMT Document 949-9 Filed 03/30/18 USDC Colorado pg 48 of 60

# Exhibit 133

Message

| | |
|---|---|
| From: | Deborah Herlocker [chideborah@chinet.org] |
| Sent: | 4/11/2011 9:20:56 AM |
| To: | Chris Burbach [chichris@chinet.org] |
| Subject: | Re: Diana/Bakay |

Hi Chris,

She's already en route but I'll ask Damaris to make sure the agency lets the Au Pairs know that with CHI they would just be making the $195.75. That agency also works with Au Pair International and I see they have the Au Pair Professional program which ▮▮▮ would probably qualify for. That weekly stipend is $225/week so that is probably where the confusion is coming from. We don't have a higher stipend for applicants who are more highly qualified.

Sincerely,

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 8 April 2011 10:30, Chris Burbach <chichris@chinet.org> wrote:

Hi Deborah,

▮▮▮ questioned the Bakays about the weekly stipend amount. She said that her "friends" were making $250! It might be good to contact her before she arrives to clarify that the amount we pay is the government regulated amount and not open to negotiation! I'll also talk with her at orientation next week.

Thanks!

**Chris Burbach**

**U.S. Regional Manager**

**CHI Au Pair USA Program**

**866-528-5152 (toll free office)**

**703-528-5152 (direct office)**



ATTORNEY'S EYES ONLY

**703-489-3968 (cell)**

**703-528-4699 (fax)**

**www.chiaupairusa.org**

**chichris@chinet.org**

ATTORNEY'S EYES ONLY                    CHI0022791

# Exhibit 134



*Loving and Affordable Childcare from Around the World!*



www. chiaupairusa.org

PLAINTIFFS' RESP. APP.0001348

CHI0000273

2

## What is an Au Pair?

Au Pairs are a diverse group of compassionate young adults from around the world who become a member of your family while providing safe, attentive and affordable live-in childcare. They travel to the U.S. on a J-1 Exchange Visitors Visa with the intend of learning and appreciating American customs and lifestyle. At the same time, your family benefits from the cultural experience.

*"Cindy has become such a blessing to our family. She has started teaching us French and we plan to take the family to visit her in Belgium. What an incredible exchange this year has been and will be for our family!"*

*~A CHI Au Pair USA Host Family in California ~*

## Why CHI Au Pair USA?

**EXPERIENCE:** Cultural Homestay International (CHI) has over 30 years of experience as one of the leaders in the field of international exchange programs.

**AFFORDABILITY:** For $350 a week per family CHI Au Pair USA's live-in childcare is a tremendous value, especially for families who have more than one child.

**SUPPORT:** CHI AU Pair USA provides your family with a superior program support structure committed to giving top notch personalized assistance, including a local Au Pair Coordinator (APC) in your community and a Regional Coordinator (RAPC) who is available 24/7.

**CUSTOMIZATION:** CHI Au Pair USA Au Pairs are from over 50 different countries. Your family reviews a multitude of highly qualified and carefully screened Au Pair profiles. You make the final decision on which Au Pair is best suited for your family.



**SPONSORSHIP:** Your family can be assured that you are entering into a legal and regulated program. CHI Au Pair USA is a designated J-1 Visa Program Sponsor by the U.S. Department of State and adheres to stringent government standards.

**CHI Au Pair USA          www.chiaupairusa.org          703-528- 5152**

PLAINTIFFS' RESP. APP.0001349

CHI0000274



3

## What are the benefits? Au Pair vs. Daycare or Nanny

*Incredible Value!*

| Comparison | Au Pair | Daycare | Nanny |
|---|:---:|:---:|:---:|
| **Only $350 per Week, per Family!** Cost effective childcare solutions for families with several children. No additional per child fees. | ✓ | No | No |
| **Guaranteed 45 Hours of Childcare per Week!** Inclusive in the cost. | ✓ | Varies | Varies |
| **Flexible Payment Plans!** CHI Au Pair USA offers payment plan options that work best for your family's childcare budget. | ✓ | Varies | No |
| **Stress Reducer!** Your Au Pair saves you time, money and stress if your child becomes suddenly ill. No need to take time-off from your job with live-in childcare. | ✓ | No | Varies |



*"This is an amazing program and I wish more families realized how affordable it is compared to the cost of daycare."*

*~ A CHI Au Pair USA Host Family in California"*

**CHI Au Pair USA**       **www.chiaupairusa.org**       **703-528- 5152**

PLAINTIFFS' RESP. APP.0001350

CHI0000275

CHI Au Pair USA

*Peace-of-Mind Benefits*

| Comparison | Au Pair | Daycare | Nanny |
|---|---|---|---|
| **Consistent Childcare Training!** All CHI Au Pair USA Au Pairs receive hands-on training in CPR and first aid, as well as participate in a child development seminar. | ✔ | Varies | Varies |
| **Personal Attention!** Invaluable one-on-one care and supervision for your child. | ✔ | No | Varies |
| **Flexible Schedule!** You determine the hours and coverage your Au Pair works a week in your home. | ✔ | No | Varies |
| **A Helping Hand Around the House!** Along with childcare, your Au Pair can perform light housekeeping tasks and prepare your child's meals. | ✔ | No | Varies |
| **Cultural Enrichment!** Opportunity for your family to learn a new culture and language, and to develop an endearing relationship that may last a lifetime. | ✔ | Varies | Varies |

"We really saw the level of help and individual care that is provided. The staff keeps in constant contact and kept us informed of each step. I think that's one of the things CHI Au Pair USA does best. The communication is always amazing, and that's one of the most important factors to us, and a testament to the organization of the program and diligence and care of the individual people"

~Wishek Host Family~



**CHI Au Pair USA     www.chiaupairusa.org     703-528- 5152**

CHI0000276

5

## Au Pair Qualifications

CHI Au Pair USA maintains a <u>strict and thorough screening</u> and admission procedure based on program visa requirements. Both the Au Pair and Host Family benefit from this detailed process and can feel confident that they are entering a program that exceeds the minimum standards.

**Among other qualifications the Au Pair Candidate is:**



- Between the ages of 18-26 and is at least a high school graduate;
- Proficient in English language ability;
- Experiences with recent documented practical childcare experience;
- Required to have 200 hours of documented infant care experience if caring for children under the age of 2;
- In possession of a driver's license;
- Screened for a criminal background check;
- Able to submit references and able to pass a psychometric test which measures behavior and personality;
- Personally interviewed by CHI Au Pair USA's representing overseas partner organizations;
- Willing to share customs and culture from their home country.

## Why CHI Au Pair USA?



The Au Pair provides up to <u>45 hours per week</u> (30 hours for Educare Au Pairs) of childcare. The duties will take up no more than <u>5 ½ days a week</u> and no more than <u>10 hours per day</u>. All the Au Pair's duties will be focuses specifically on the children; heavy housework is restricted. Some daily <u>tasks may include:</u>

- Waking the children, dressing infants and toddlers, bathing and playing with them;
- Preparing meals for the children, tidying their belongings, making their beds and doing their laundry;
- Driving the children to or from school, appointments or activities;
- Caring for and watching the children while they are asleep if the parents are not at home.

**CHI Au Pair USA**     **www.chiaupairusa.org**     **703-528- 5152**

PLAINTIFFS' RESP. APP.0001352

CHI0000277

6

## Host Family Qualifications

One of the most important Host Family characteristics is not only the need for childcare but for the family to <u>incorporate and treat the Au Pair as a family member</u>. Including the Au Pair in family leisure activities and family events, reinforces CHI Au Pair USA's goal of promoting intercultural sharing and exchange.

**Other Host Family Requirements Include:**



- Host parents are U.S. citizens or legal permanent residents;
- English is the primary language spoken in the home;
- Adequate financial resources to support hosting an Au Pair for 12 months;
- A personal interview by CHI Au Pair USA representative;
- Character references for background check;
- Agreeing to the U.S. Department of State's Exchange Visitor Program regulations.

**The Host Family Provides:**

- Private room and meals,
- A stipend of $195.75 ($146.81 for Educare) paid per week;
- Up to $500 in tuition ($1,000 for Educare) toward completing the Au Pair's required program educational component;
- Automobile insurance coverage if the Au Pair is expected to drive;
- Two weeks paid vacation; one full weekend off per month.



"We welcomed Bianca as member of our family from the beginning and she remains that way. We absolutely love her. She is able to take care of the children in a loving and respectful way. Our children have fun with her and we trust her 100% with the care and well-being of all our 4 children"

~A CHI Au Pair USA Host Family in Virginia~

**CHI Au Pair USA      www.chiaupairusa.org      703-528- 5152**

PLAINTIFFS' RESP. APP.0001353

CHI0000278

7

## Additional Program Options

### Educare Au Pair

For families with school-aged children who require childcare before and after school, the Educare Au Pair Program is a cost effective choice of only $295 a week. A convenient budget friendly payment plan is available.

Educare Au Pairs must still qualify under the traditional strict Au Pair Program requirements. However, there are **a few unique distinctions:**



- Educare Au Pairs may only work up to 30 hours a week;
- Educare Au Pairs are entitled to a weekly stipend of $146.81;
- Educare Au Pairs are required to complete at least 12 credits of coursework;
- Educare Host Families must provide up to $1,000 stipend towards the cost of the Educare Au Pair's educational component;
- Educare Au Pairs may only care for school-aged children.

### Second Yeas Extension Program Option

Qualifying Host Families and Au Pairs are eligible to extend their original program for a second year and enjoy **uninterrupted reliable childcare and cultural exchange**.

Host Families and Au Pairs may extend the program one time for an additional 6, 9 or 12 months duration.

**In addition:**



- Au Pairs continue to receive the same weekly stipend of $195.75 for up to 45 hours of childcare;
- Au Pairs receive paid vacations of: 7 days for 6 month extension, 10 days for 9 month extension and 14 days for 12 month extension;
- Au Pairs will continue their educational requirements as set forth by the U.S. Department of State and receive and educational stipend of: $250 for 6 month extension, $500 for both 9 and 12 month extensions.

**Families who extend their Au Pair Program will appreciate the savings with our reduced extension program fees!**

**CHI Au Pair USA       www.chiaupairusa.org       703-528- 5152**

PLAINTIFFS' RESP. APP.0001354

CHI0000279

## Frequently Asked Questions

*Will my Au Pair be able to speak English?*

All our Au Pairs are thoroughly screened and have an in-person interview conducted in English. In order to be accepted into the program, AU Pairs must meet the minimum language requirements set forth by the Department of State. During the selection process, CHI Au Pair USA encourages you and your family to interview the candidate as many times as you wish so you can evaluate the candidate's language ability.

*How much control will my family and I have in selecting our Au Pair?*

Host Families have the advantage of being able to review the applications for all available Au Pairs, and make their own final decision on which Au Pair best fits their family. We encourage families to interview as many Au Pairs as they wish.

*What happens if our Au Pair is not a good fit for our family?*

Should any issue arise while your Au Pair is here, your local coordinator and regional coordinator will do their best to resolve the issue. If the match is simply not a good match, we will work with you to find you a replacement Au Pair to complete your original 12 month program for no additional cost.

*How do I ensure that my Au Pair will be able to handle the driving needs of our family?*

Make sure that when you interview the Au Pair you ask a lot of questions about their driving experience. How often do you drive? What type of roads do you drive on? Are you used to driving in cities with lots of traffic? What kind of car do you drive? Etc.

### My Family is Ready to Apply!

Go to our website www.chiaupairusa.org and request an application or call toll free 800- 432- 4643 to talk to our Program Operations Department who will assist you with the application process.

### Contact Us!

**CHI Au Pair USA**

104 Butterfield Road, San Anselmo, CA 94960

Email: chiaupairusaops@chinet.org

Host Family Inquiries: 703- 528- 5152

Web: www.chiaupairusa.org

CHI Main Office: 800- 432- 4643

Fax: 415- 485- 4904

**CHI Au Pair USA     www.chiaupairusa.org     703-528- 5152**

PLAINTIFFS' RESP. APP.0001355

CHI0000280

# CHI AU Pair USA Program Fees and Costs- Traditional Program

Please carefully read the information below before making your choice.

**ONLY CREDIT OR DEBIT CARDS ARE ACCEPTED AS METHOD OF PROGRAM FEE PAYMENT!**

## 1. STANDARD AU PAIR FEES – Option 1

| Basic Program Fee | Payment Due | Amount |
| --- | --- | --- |
| Application fee | due with application | $100.00 |
| Placement fee | due upon matching | $3,700.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Annual Fee | due upon au pair's arrival | $3,765.00 |
| TOTAL PROGRAM FEES | | $7,600.00 |

## 2. PAYMENT PLAN – Option 2

| Basic Program Fee | Payment Due | Amount |
| --- | --- | --- |
| Application fee | due with application | $100.00 |
| Placement fee | due upon matching | $3,500.00 |
| Department of Homeland Security Fee | due upon matching | $35.00 |
| Installment 1 | due 2 months after au pair's arrival | $1050.00 |
| Installment 2 | due 3 months after au pair's arrival | $1050.00 |
| Installment 3 | due 4 months after au pair's arrival | $1050.00 |
| Installment 4 | due 6 months after au pair's arrival | $1050.00 |
| TOTAL PROGRAM FEES | | $7,835.00 |

* This payment option includes a $235.00 administrative fee and is payable by credit card only.

**CHI Au Pair USA**     www.chiaupairusa.org     **703-528- 5152**

PLAINTIFFS' RESP. APP.0001356

CHI0000281