# **<u>Exhibit H</u>**

(replacing ECF No. 943-16)

Case No. 1:14-cv-03074-CMA-KMT Document 859-9 filed 02/30/18 USDC Colorado pg 2 of 193

# Exhibit 158

PLAINTIFFS' RESP. APP.0001546

| | |
|---|---|
| **From:** | Mark Overmann <MOvermann@Alliance-Exchange.org> |
| **Sent:** | Thursday, April 2, 2015 1:49 PM |
| **Cc:** | Michael McCarry |
| **Subject:** | Au pair update conference call on April 7 at 4pm |

Dear au pair colleagues,

We will hold a conference call for all au pair members next **Tuesday, April 7, at 4:00pm EST**. Call in information is below. The purpose of the call is to provide an update on recent issues pertaining to the au pair program on Capitol Hill, at the State Department, and in the media. We'll circulate a fuller agenda early next week.

Thanks and all best,
Mark


**Dial: 800-377-8846**
**Enter the participant code: 53871886#**


--
**Mark Overmann**
Deputy Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

1

ExpertAuPair054348

Case No. 1:14-cv-03074-CMA-KMT Document 859-9 filed 02/30/18 USDC Colorado page 4 of 193

# Exhibit 159

PLAINTIFFS' RESP. APP.0001548

 

6/20/12

Apply Now | Go Au Pair

Call 888.AUPAIR.1
888.287.2471

LOG IN

Forgot Password?



HOME    BE AN AU PAIR    RESOURCES    CONTACT US

WHO ARE AU PAIRS    3 STEPS TO BECOME AN AU PAIR    CHOOSE GO AU PAIR    GO AU PAIR ABROAD    FAQ    BLOG



Be an Au Pair > 3 Steps to become an Au Pair > Apply Now

**Top 5 Questions from new Au Pairs**

Can I choose where I want to live?

Will I be accepted into the program if the only experience I have is babysitting?

Can Au Pairs travel internationally?

If I have a lot of experience, can I make more money?

Can Au Pairs stay for more than one year?

**Request Information**

## Apply Now

Being an Au Pair in America is an experience you will always remember. To ensure happy Au Pairs and happy Host Families, we take our commitment to follow the U.S. Department of State's Rules and Regulations very seriously. There are certain requirements each Au Pair must meet in order to be accepted into the program.

### Au Pair Qualifications and Documents Required to Apply

As an Au Pair applicant, you must meet the following qualifications prior to your arrival:

#### Qualifications

- **18-26 years old** – Au Pair applicants must be between the ages of 18 and 26 years old. Au Pairs may turn 27 while in the U.S. and still extend their stay, but they must initially enter the U.S. while they are still 26.
- **Speak English** - English is verified through an interview conducted entirely in English with your International Representative.
- **High School graduate or equivalent** - A copy of a diploma or certificate is required as part of the application process.
- **Have previous child care experience proven through references** - All Au Pairs are required to provide at least 2 child care references and at least 1 character reference. References cannot come from family members, only non-related references are accepted. Au Pairs who provide care for children under the age of two-years-old in the U.S., need at least 200 hours of verifiable experience working with children this age prior to their arrival.

#### Application Documents

- Standard application form
- Letter to potential Host Families
- References
- Interview
- Criminal background check
- Physician's report
- Psychometric test
- Personality test
- Pictures of yourself
- Copies of supporting documents

### Au Pair Training in Your Home Country

After completing your Au Pair application, you have the opportunity to view Go Au Pair's comprehensive and all-new Au Pair DVD training. The DVD training is a great compliment to your extensive child care experience. During the 32-hour training, you learn about child development and safety. The best part about the training is that it's all done by DVD, allowing you to review the sections you find most important.

### Available Programs

Go Au Pair offers you a variety of Au Pair programs from which to choose. Each program is unique and created to help you have an enjoyable year with your Host Family. You may find that you qualify for more than one program listed, below. We recommend you enroll in as many programs as possible to increase your options for potential Host Families.

| Program Type | Hours Required by Day and Week | Stipend Amount | | | Education Hours Required | Educational Contribution by Host Family |
|---|---|---|---|---|---|---|
| | | Week | Month | Year | | |
| Standard Au Pair | 10 hours per day and 45 hrs/week | $195.75 | $783 | $10,179 | 6 credit hours | $500 |
| Au Pair Plus | 10 hours per day and 45 hrs/week | $215 | $860 | $11,180 | 6 credit hours | $500 |
| Premiere Au Pair | 10 hours per day and 45 hrs/week | $255 | $1,020 | $13,260 | 6 credit hours | $500 |
| EduCare Au Pair | 10 hours per day and 36 hrs/week | $146.81 | $587.24 | $7,634.12 | 12 credit hours | $1,000 |
| Au Pair Again | Based on program participation | Varies | Varies | Varies | Varies | Varies |

RECENT BLOG POSTS

Go Au Pair Au Pair Saves Baby's Life 05/22/12
Go Au Pair's Local Area Rep featured at Au Pair Clearinghouse 05/01/12
Time Change? Change your diet! 03/23/12

Follow us on Twitter

I just completed the Conquer Twitter question @klout. Join me: http://t.co/SKf03Is6 4:06 PM Jun 13th

If you're not registered for @klout, check it out! Sign up today and let's see how we compare! http://t.co/5qKZLVrN 4:06 PM Jun 13th

http://t.co/bEb32pPy Yummy from El Salvador. Check out her profile. She has lots of child care experience and is available on July 26. 10:06 AM Jun 08th

Go Au Pair Au Pair Saves Baby's Life http://t.co/xWwadM8m 5:05 PM May 30th



EXHIBIT
5

PLAINTIFFS' RESP. APP.0001549    GAP_00046733

Apply Now | Go Au Pair

### Standard Au Pair

The Standard Au Pair program is by far Go Au Pair's most popular program for both Host Families and Au Pairs. Through the Standard program, you must meet the normal Au Pair requirements and be able to perform all the normal Au Pair duties and responsibilities.

Standard Au Pairs can care for children as young as three months old as long as you are able to provide documentation of at least 200 hours of experience caring for non-related children under two-years-old. All Au Pairs are permitted to care for children with special needs provided they have prior experience, skills, or training and the duties are clearly stated prior to your arrival.

As a Standard Au Pair, you work up to 45 hours each week and receive a weekly stipend of $195.75 – that's more than $10,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

### Au Pair Plus

Au Pairs participating in the Au Pair Plus program must have previous experience as an Au Pair in another country in addition to the basic Au Pair requirements for the Standard Au Pair program. Au Pair Plus Au Pairs are also able to perform all the Au Pair duties and responsibilities

As a Plus Au Pair, you work up to 45 hours each week and receive a weekly stipend of $215 – that's more than $11,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

### Premiere Au Pair

Au Pairs in the Premiere program are required to have more experience than Standard and Plus Au Pairs. In order to qualify for this program, Au Pairs must meet the following criteria:

- Degree in child care related field or at least 2 years of full-time child care experience
- At least 20 years old
- At least 6 months of driving experience
- Strong English skills

These qualifications are in addition to the requirements for the Standard Au Pair program. Because of the additional experience, Premiere Au Pairs receive the highest weekly stipend.

As a Premiere Au Pair, you work up to 45 hours each week and receive a weekly stipend of $255 – that's more than $13,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

### EduCare Au Pair

Au Pairs participating in the EduCare program have the same Au Pair requirements and have the same Au Pair duties and responsibilities as Standard Au Pairs. EduCare Au Pairs complete more education than Standard Au Pairs and work less hours. EduCare Au Pairs are only able to care for school-aged children.

As an EduCare Au Pair, you work up to 30 hours each week and receive a weekly stipend of $146.81, that's over $7,500 a year. You are also required to complete 12 credit hours of education and Host Families contribute a maximum of $1000 towards this requirement.

### Au Pair Again

This program allows former Au Pairs to return to the U.S. again with their original family or with a new one. Through the Au Pair Again program, you must meet the usual Au Pair requirements in addition to being able to provide proof of successful completion of your initial program, including the education requirement. You also have to reside outside of the U.S. for at least two consecutive years following the initial program.

You may use a different agency than the one used in your initial program and have the option to participate in a different program, such as EduCare, Plus or Premiere as an Au Pair Again. Educational requirements remain the same depending on the program in which you participate.

### Tips for your application

Having a well-prepared application is one of the best ways you increase your chances of matching. Include high quality pictures that don't look blurry so Host Families can get to know you better. Always be honest and candid in your responses to ensure the family with whom you match knows your true personality and lifestyle. When being interviewed by a potential Host Family, relax and honestly answer their questions. Consider preparing a few questions you would like to ask the Host Family, so you can get to know them better in order to know if you want to match with them. Overall, always remember to respond quickly to emails, phone calls and all correspondences from Go Au Pair, your International Representative and potential Host Families.

   

PLAINTIFFS' RESP. APP.0001550

GAP_00046734

Case No. 1:14-cv-03074-CMA-KMT Document 859-9 filed 02/30/18 USDC Colorado page 7 of 193

# Exhibit 160

PLAINTIFFS' RESP. APP.0001551

How to Apply to be an Au Pair | Go Au Pair



**Call 888.AUPAIR.1**
888.287.2471

Login

| HOME | FIND AN AU PAIR | BE AN AU PAIR | PARTNERS | RESOURCES | CONTACT US |

3 STEPS TO BECOME AN AU PAIR     WHO ARE AU PAIRS     CHOOSE GO AU PAIR     GO AU PAIR ABROAD     AU PAIR SIS     FAQ     BLOG

Be an Au Pair > 3 Steps to become an Au Pair > Apply Now



## 3 Steps to Become an Au Pair

**1. Application**        **2. Family Selection**     **3. Au Pair Experience**

**Repeat the Experience**

## 1. Application: How to Apply Now

Being an Au Pair in America is an experience you will always remember. To ensure happy Au Pairs and happy Host Families, we take our commitment to follow the U.S. Department of State's Rules and Regulations very seriously. There are certain requirements each Au Pair must meet in order to be accepted into the program.

### Au Pair Qualifications and Documents Required to Apply

As an Au Pair applicant, you must meet the following qualifications prior to your arrival:



EXHIBIT 7

### Qualifications

**18-26 years old** – Au Pair applicants must be between the ages of 18 and 26 years old. Au Pairs may turn 27 while in the U.S. and still extend their stay, but they must initially enter the U.S. while

PLAINTIFFS' RESP. APP.0001552

they are still 26.

**Speak English** - English is verified through an interview conducted entirely in English with your International Representative.

**High School graduate or equivalent** - A copy of a diploma or certificate is required as part of the application process.

**Have previous child care experience proven through references** - All Au Pairs are required to provide at least 2 child care references and at least 1 character reference. References cannot come from family members, only non-related references are accepted. Au Pairs who provide care for children under the age of two-years-old in the U.S., need at least 200 hours of verifiable experience working with children this age prior to their arrival.

## Application Documents

- Standard application form
- Letter to potential Host Families
- References
- Interview
- Criminal background check

- Physician's report
- Psychometric test
- Personality test
- Pictures of yourself
- Copies of supporting documents

## Au Pair Training in Your Home Country

After completing your Au Pair application, you have the opportunity to view Go Au Pair's comprehensive and all-new Au Pair DVD training. The DVD training is a great compliment to your extensive child care experience. During the 32-hour training, you learn about child development and safety. The best part about the training is that it's all done by DVD, allowing you to review the sections you find most important.

## Available Programs

Go Au Pair offers you a variety of Au Pair programs from which to choose. Each program is unique and created to help you have an enjoyable year with your Host Family. You may find that you qualify for more than one program listed, below. We recommend you enroll in as many programs as possible to increase your options for potential Host Families.

| Program Type | Hours Required by Day and Week | Stipend Amount | | | Education Hours Required | Educational Contribution by Host Family |
|---|---|---|---|---|---|---|
| | | Week | Month | Year | | |
| Standard Au Pair | 10 hours per day and 45 hrs/week | $195.75 | $783 | $10,179 | 6 credit hours | $500 |
| Au Pair Plus | 10 hours per day and 45 hrs/week | $215 | $860 | $11,180 | 6 credit hours | $500 |
| Premiere Au Pair | 10 hours per day and 45 hrs/week | $255 | $1,020 | $13,260 | 6 credit hours | $500 |

PLAINTIFFS' RESP. APP.0001553

| EduCare Au Pair | 10 hours per day and 30 hrs/week | $146.81 | $587.24 | $7,634.12 | 12 credit hours | $1,000 |
| Au Pair Again | Based on program participation | Varies | Varies | Varies | Varies | Varies |

## Standard Au Pair

The Standard Au Pair program is by far Go Au Pair's most popular program for both Host Families and Au Pairs. Through the Standard program, you must meet the normal Au Pair requirements and be able to perform all the normal Au Pair duties and responsibilities.

Standard Au Pairs can care for children as young as three months old as long as you are able to provide documentation of at least 200 hours of experience caring for non-related children under two-years-old. All Au Pairs are permitted to care for children with special needs provided they have prior experience, skills, or training and the duties are clearly stated prior to your arrival.

As a Standard Au Pair, you work up to 45 hours each week and receive a weekly stipend of $195.75 – that's more than $10,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

## Au Pair Plus

Au Pairs participating in the Au Pair Plus program must have previous experience as an Au Pair in another country in addition to the basic Au Pair requirements for the Standard Au Pair program. Au Pair Plus Au Pairs are also able to perform all the Au Pair duties and responsibilities

As a Plus Au Pair, you work up to 45 hours each week and receive a weekly stipend of $215 – that's more than $11,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

## Premiere Au Pair

Au Pairs in the Premiere program are required to have more experience than Standard and Plus Au Pairs. In order to qualify for this program, Au Pairs must meet the following criteria:

Degree in child care related field or at least 2 years of full-time child care experience

At least 20 years old

At least 6 months of driving experience

Strong English skills

These qualifications are in addition to the requirements for the Standard Au Pair program. Because of the additional experience, Premiere Au Pairs receive the highest weekly stipend.

As a Premiere Au Pair, you work up to 45 hours each week and receive a weekly stipend of $255 – that's more than $13,000 a year! You are also required to complete six credit hours of education and Host Families contribute a maximum of $500 towards this requirement.

## EduCare Au Pair

Au Pairs participating in the EduCare program have the same Au Pair requirements and have the same Au Pair duties and responsibilities as Standard Au Pairs. EduCare Au Pairs complete more education than

PLAINTIFFS' RESP. APP.0001554

Standard Au Pairs and work less hours, EduCare Au Pairs are only able to care for school-aged children.

As an EduCare Au Pair, you work up to 30 hours each week and receive a weekly stipend of $146.81, that's over $7,500 a year. You are also required to complete 12 credit hours of education and Host Families contribute a maximum of $1000 towards this requirement.

## Au Pair Again

This program allows former Au Pairs to return to the U.S. again with their original family or with a new one. Through the Au Pair Again program, you must meet the usual Au Pair requirements in addition to being able to provide proof of successful completion of your initial program, including the education requirement. You also have to reside outside of the U.S. for at least two consecutive years following the initial program.

You may use a different agency than the one used in your initial program and have the option to participate in a different program, such as EduCare, Plus or Premiere as an Au Pair Again. Educational requirements remain the same depending on the program in which you participate.

## Tips for your application

Having a well-prepared application is one of the best ways you increase your chances of matching. Include high quality pictures that don't look blurry so Host Families can get to know you better. Always be honest and candid in your responses to ensure the family with whom you match knows your true personality and lifestyle. When being interviewed by a potential Host Family, relax and honestly answer their questions. Consider preparing a few questions you would like to ask the Host Family, so you can get to know them better in order to know if you want to match with them. Overall, always remember to respond quickly to emails, phone calls and all correspondences from Go Au Pair, your International Representative and potential Host Families.

## Top 5 Questions from new Au Pairs

Can I choose where I want to live?
Will I be accepted into the program if the only experience I have is babysitting?
Can Au Pairs travel internationally?
If I have a lot of experience, can I make more money?
Can Au Pairs stay for more than one year?



aupairsis

Follow the Au Pair Sis:

PLAINTIFFS' RESP. APP.0001555

*Be an Au Pair*



Our Au Pair specialists will get you started with one of our International partners.

Au Pairs currently in the U.S. can call **888.287.2471**
for assistance.

| |
|---|
| * First Name |
| * Last Name |
| * Email |
| * Phone |
| I want to work… ▼ |
| Nationality ▼ |
| * Street Address |
| * City |
| * State |
| * Zip/Postal |
| Country ▼ |
| * How can we help you? |

SUBMIT INFO

 **About Us** | **Sitemap** | **Privacy Policy** |

**Copyright 1999-2017 GoAuPair.com**

PLAINTIFFS' RESP. APP.0001556

Case No. 1:14-cv-03074-CMA-KMT Document 929-159-8 Filed 03/30/18 USDC Colorado pg 13 of 193

# Exhibit 161

**From:** Dena Loveless
**Sent:** Friday, September 5, 2014 4:31 PM
**To:** Tessa Dean
**Subject:** RE: Nanny Ad

I just got off the phone with ▮▮▮▮ she is sooo nice!!
Let her know she will have access to log on to her portal and she asked if Crystal her pc can call her Monday, they were getting ready to go out to dinner.

Thanks for the great family!!

*Dena Loveless*
*Administrative Assistant*
*dloveless@goaupair.com*

*www.GoAuPair.com*
*888.AUPAIR.1 (888.287.2471)*
*801.255.7722 Ph • 801.255.2282 Fax*
*151 East 6100 South, Suite 200*
*Murray, UT 84107*

**From:** Tessa Dean [mailto:tessa_dean@hotmail.com]
**Sent:** Friday, September 05, 2014 4:12 PM
**To:** Dena Loveless
**Subject:** RE: Nanny Ad

Yay! Good news. Thanks for helping!

Tessa

From: dloveless@goaupair.com
To: tessa_dean@hotmail.com
Subject: RE: Nanny Ad
Date: Fri, 5 Sep 2014 21:19:47 +0000

She just submitted her application... whoot whoot!

*Dena Loveless*
*Administrative Assistant*
*dloveless@goaupair.com*
*www.GoAuPair.com*
*888.AUPAIR.1 (888.287.2471)*
*801.255.7722 Ph • 801.255.2282 Fax*
*151 East 6100 South, Suite 200*
*Murray, UT 84107*

**From:** Dena Loveless
**Sent:** Friday, September 05, 2014 2:51 PM
**To:** 'Tessa Dean'
**Subject:** RE: Nanny Ad

-1-



PLAINTIFFS' RESP. APP.0001558

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Hello Tessa,

We have everything fixed on our end and I just called █████ to see how I can help her and left a message. Hopefully she will get back in touch with me before the end of the day.

Kindly,

*Dena Loveless*
*Administrative Assistant*
*dloveless@goaupair.com*
*www.GoAuPair.com*
*888.AUPAIR.1 (888.287.2471)*
*801.255.7722 Ph • 801.255.2282 Fax*
*151 East 6100 South, Suite 200*
*Murray, UT 84107*

---

**From:** Tessa Dean [mailto:tessa_dean@hotmail.com]
**Sent:** Friday, September 05, 2014 1:58 PM
**To:** Dena Loveless
**Subject:** RE: Nanny Ad

Dena,

Will this be resolved before the weekend?

Thanks,
Tessa

---

From: dloveless@goaupair.com
To: tessa_dean@hotmail.com
Subject: RE: Nanny Ad
Date: Fri, 5 Sep 2014 16:50:05 +0000
HI Tessa,

Yes, we are still having issues with her application but it could be on our end. We are having some issues today and are in the process of getting them fixed. I will keep you posted.

Kindly,

*Dena Loveless*
*Administrative Assistant*
*dloveless@goaupair.com*
*www.GoAuPair.com*
*888.AUPAIR.1 (888.287.2471)*
*801.255.7722 Ph • 801.255.2282 Fax*
*151 East 6100 South, Suite 200*
*Murray, UT 84107*

---

**From:** Tessa Dean [mailto:tessa_dean@hotmail.com]
**Sent:** Friday, September 05, 2014 9:50 AM
**To:** Dena Loveless
**Subject:** RE: Nanny Ad

Dena,

PLAINTIFFS' RESP. APP.0001559

GAP_00009110

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Do you know if she is still having issues with her application?

Can you please let me know if I need to follow up? She was looking at in country candidates and I would like to get her application in so she can review candidates over the weekend.

Thanks,
Tessa

---

From: mforsgren@goaupair.com
To: tessa_dean@hotmail.com; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: RE: Nanny Ad
Date: Thu, 4 Sep 2014 22:33:37 +0000

Tessa & ▮▮▮▮▮,

I really hope that we were able to resolve this issue. If you are unable to complete your application this evening, please let us know! I will be out of the office tomorrow, but have asked Dena to follow up with you so we can get the process going for you.

I hope you both have a great weekend!

Thank you,

**Marcie** Forsgren
*Placement Coordinator Assistant*

www.GoAuPair.com
mforsgren@goaupair.com
888.AUPAIR 1 (*888 287.2471*)
801.255.7722 Ph || 801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84701

---

From: Tessa Dean [mailto:tessa_dean@hotmail.com]
Sent: Thursday, September 04, 2014 2:47 PM
To: craigslist 4642249964
Subject: RE: Nanny Ad


Ok, I hope they can get it resolved without you having to re-do anything!

Here is a short video on how the fees work:
http://www.goaupair.com/host-families/program-costs

The video is for a standard 45 hours au pair, but it is similar in how the fees work. The biggest difference being the stipend amount and education costs. The placement fees are similar but $700 less between programs. This graph can also be found on our website (link below the table). The application process is free, the only time you would incur a fee with us is if you match with an au pair. At that time, the first part of the placement fees would be due, which is $2,500.



| 1 Year | Standard | Educare | Plus | Premiere |
|---|---|---|---|---|

3

| Program Fees | | | | |
|---|---|---|---|---|
| Application Fee | $250 | $250 | $250 | $250 |
| Program Fee | $7,195 | $6,495 | $7,195 | $7,395 |
| International & Domestic Air Travel Fees | Learn More | Learn More | Learn More | Learn More |
| Weekly Stipend | $195.75 | $146.81 | $215.00 | $255.00 |
| Education Contribution | $500 | $1,000 | $500 | $500 |
| Hours Per Week | 45 hours | 30 hours | 45 hours | 45 hours |
| **Average Weekly Cost** | **$343.21** | **$292.19** | **$360.38** | **$404.23** |
| **Average Hourly Cost** | **$7.63** | **$9.74** | **$8.09** | **$9.07** |

http://www.goaupair.com/host-families/fees/fees-by-au-pair-type

I hope this helps. Please let me know if you have any further questions.

Kindly,
Tessa

---

From: [redacted]
To: 34e68903246f362ba966ff945fd76363@reply.craigslist.org
Subject: RE: Nanny Ad
Date: Thu, 4 Sep 2014 12:20:28 -0500
I did complete the 7 pages including the final letter to an au pair. I called Marcie and she said it looked like 0% was complete... but when I go in it doesn't have a button to begin to fill out the application. She is talking with IT to see if it's something they can see or fix on their end.

Hopefully we can figure it out soon! I'd refill out the application, but it won't let me.

What are start up fees for both educare and standard in addition to their weekly pay and their education expenses?

Thanks!
[redacted]

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tessa Dean
Date:09/04/2014 11:21 AM (GMT-06:00)

Case 1:14-cv-03074-CMA-KMT Document 941-10 Filed 03/17/18 USDC Colorado Page 17

To: [redacted]
Subject: RE: Nanny Ad

[redacted],

I am not seeing your completed application? Did you fill out the entire 7 page application including the letter to an au pair? You can go in using your login and fill out the full application. If you have any questions about this please work with Marcie as she will be helping process your application at mforsgren@goaupair.com or you can call the office and ask for her at 888-287-2471. I cannot view these screens so I apologize I cannot help in this step.

As for the in country candidates, once we apply for the visa before they arrive we have to specify the program they are in either standard or educare. So once they are in the country, we cannot change their program type. This is a Department of State specification and we don't have control over this. If you are still interested in them, they would be in the full time program. Would you need care for up to 45 hours? Part of the hours could be assigned to children's laundry and light housekeeping as well.

Once your application is complete, you can view their full profile and begin communicating with them right away.

Kindly,
Tessa

---

From [redacted]
To: 34e68903246f362ba966ff945fd76363@reply.craigslist.org
Subject: RE: Nanny Ad
Date: Thu, 4 Sep 2014 10:11:14 -0500
Would Sindiswa or Danhua be interested in Educare? If not, I'd still be interested in learning more about them.
My application is complete!
Thanks,
[redacted]

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tessa Dean
Date:09/04/2014 8:05 AM (GMT-06:00)
To: [redacted]
Subject: RE: Nanny Ad

Hi,

Yes, how the transitions work, is they have 2 weeks to place with a new family or they go home, so they move quickly and are changing daily. You can see limited information on them until you register. Once you register you would be able to view their full profile including notes on why they are in transition, pictures, a letter to a potential host family, health records, reference, etc.

As of now, here are the infant qualified candidates we have but they are all standard au pairs at 45 hours a week.
Anelia from South Africa
Sindiswa from South Africa
Danhua from China
Jing from China
http://www.goaupair.com/Host-Families/Available-Au-Pairs.aspx?pair=in

As we get new candidates, I can let you know. It is still possible to get someone here around the 4-6 weeks range if you get all your paperwork in and match quickly. This way you could do an EduCare au pair (30 hours) and have many more options. I just wanted you to understand all your options.

Kindly,
Tessa

---

From: ████████████████████████████
To: 34e68903246f362ba966ff945fd76363@reply.craigslist.org
Subject: Re: Nanny Ad
Date: Wed, 3 Sep 2014 22:24:26 -0500
Are you able to send me the list of transition au pairs?
I started our application and will continue working on it tomorrow.
Thanks,
████

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tessa Dean
Date:09/03/2014 9:37 PM (GMT-06:00)
To: ███████████████████████████████
Subject: Re: Nanny Ad

████████

If there are any questions you or your husband still have please just let me know. I am happy to talk again anytime. Also, please keep in mind that to get an au pair here from out of country can take 4-8 weeks for them to arrive once you match with them. So an October arrival would be difficult unless you signed up right away and matched within a few days. There are in country candidates that are available in a shorter time period (within 2 weeks). They are called transition au pairs. They were with a family and for many different reasons it didn't work out and they are looking for a new family. This might be better unless you have more time to find the right candidate.

I hope this helps.

Kindly,

6

PLAINTIFFS' RESP. APP.0001563

GAP_00009114

Tessa

Sent from my iPhone

On Sep 3, 2014, at 5:26 PM, ███████████  ████████████████████████wrote:

> We have this month covered if needed, depending on my and my husband's final decision we
> would need someone beginning of October.  We can arrange temporary care until we finalize
> an au pair.
>
>
>
> Sent from my Verizon Wireless 4G LTE smartphone
>
> -------- Original message --------
> From: Tessa Dean <34e68903246f362ba966ff945fd76363@reply.craigslist.org>
> Date:09/03/2014 2:36 PM (GMT-06:00)
> To: ███████████ ███████████
> Subject: Re: Nanny Ad
>
> 
>
> You should have received a call from our corporate office by now saying you are within my area
> and can sign up and begin a search.
>
> Based on our discussion I think an au pair could be a great option for your family. It will give you
> the flexibility you need without having to stress over schedules of a center or hours at a home
> day care.
>
> Are you looking at immediate care? What is your timing of a start date?
>
> Kindly,
> Tessa
>
> Sent from my iPhone
>
> On Sep 3, 2014, at 9:38 AM, ████████████ █████████████████████████>
> wrote:
>
>> Hi Tessa,
>> My address is 410 Trilane Drive, Norwood Young America, MN 55397
>> Thank you again,
>> 
>>
>>
>> Sent from my Verizon Wireless 4G LTE smartphone
>>
>> -------- Original message --------
>> From: Tessa Dean <34e68903246f362ba966ff945fd76363@reply.craigslist.org>
>> Date:09/03/2014 9:08 AM (GMT-06:00)
>> To: ███████████████ ███ ██ ███

7

GAP_00009115

Subject: RE: Nanny Ad

Hi ██████,

Yes, the Department of State Regulates all au pair programs and they set
the weekly stipend. For the EduCare au pair, which is up to 30 hours, it is
$146.81/week paid directly to the au pair. You would be required to pay this
same fee every week even if they didn't work 30 hours. However, they are also
able to help with light housekeeping and children's laundry. So you can schedule
some of their working hours to be doing extra tasks around the house if you are
not quite at 30 hours.

See this video on how the fees work: http://www.goaupair.com/host-
families/program-costs

Because your children are under the age of 2, you would also need an infant
qualified au pair. This means they have 200+ hours of experience in this age
group. Inis is unfortunately not infant qualified, but you could do a search out of
the country to find a perfect match for your family.

I hope this helps. If you have any additional questions, please feel free to call me
at 612-644-4434.

Kindly,
Tessa

_____

From: ██████ 2 ██████ 2 ██ ██ █ ████ █
To: 34e68903246f362ba966ff945fd76363@reply.craigslist.org
Subject: RE: Nanny Ad
Date: Wed, 3 Sep 2014 08:59:29 -0500
Hi!
Thanks for the information on the educare au pair.
I have a question regarding pay, we would provide room and board, but is there
a flat rate regardless of how many hours we need her? Or do we just pay her for
the hours worked?
I'm in nursing school and work part time, my husband works full time. We would
need care no more than 30 hours a week. We have a 15 month old and a 3
month old. We have two dogs and a cat, a can provide a furnished private
room.
Thanks,
██████

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tessa Dean
Date:09/01/2014 9:06 AM (GMT-06:00)

8

PLAINTIFFS' RESP. APP.0001565

GAP_00009116

To: [redacted]
Subject: Nanny Ad

Hello,

We have a great EduCare (PT up to 30 hours) au pair available to start 9/9 and she is already in the country. Her name is Inis from Brazil and she is 24 years old. She is a college graudate and can work with all ages of children 2 and older. You can view her profile at -
http://www.goaupair.com/host-families/available-au-pairs/In/Brazilian-Au-Pair-Inis-Mizue-Available-from-Go

If you are interested in learning more about the program, you can visit: www.goaupair.com or call me the local area representative at 612-644-4434. I would love to talk with you further about the many benefits you would have by hosting an au pair.

Regards,
Tessa Dean

Au Pair/Live in nanny (West Metro)
We are looking for an au pair who can commit to 1 year with our family. Approximately 20 hours of childcare needed per week, with flexibility to work a outside of the home or pursue further education. Would be ideal for online college student. In addition to room and board, a weekly salary will be provided.

If interested in more information, please reply.
Thank you!


Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/7e68c27912628a7d147b455d8ccbca9b2a1a1b10.1


Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/4548b6789e817869e0df42aa860b89785e10aeeb.1

PLAINTIFFS' RESP. APP.0001566

GAP_00009117

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/f068b4cc99545a9099184ba383703dcc7e6a0888.1

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/856c254f89402f7a74864ca09ccd1ed1cb54ee37.1

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/e412e70f2a004839349941e88045e94e2e4dbd57.1

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/0fff579d2ef1ed457c8e45f588ed91a27fb6188e.1

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:

10

GAP_00009118

http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, oth

---

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/e952dda73023260393034e28a4cef38f2c63fbee.1

---

11

Case No. 1:14-cv-03074-CMA-KMT   Document 923-169   Filed 03/30/18   USDC Colorado   pg 25
of 193

# Exhibit 162

PLAINTIFFS' RESP. APP.0001569



GO AU PAIR Confidential | 2012 edition

EXHIBIT
Kyler
10
5-11-17

International Representative Manual

Chapter 1: Introduction ........................................................................................................3
Welcome ..........................................................................................................................3
Corporate Contact Information ........................................................................................3
Chapter 2: Au Pair Program .................................................................................................4
Program History ...............................................................................................................4
Different Programs ...........................................................................................................4
Chapter 3: Program Guidelines ............................................................................................5
Roles of Participants ........................................................................................................5
Rules and Regulations .....................................................................................................7
Chapter 4: Marketing ............................................................................................................9
Marketing Methods ..........................................................................................................9
What Host Families are looking for ...............................................................................11
Responding to Inquiries .................................................................................................12
Follow-up ........................................................................................................................13
Chapter 5: Application Process ..........................................................................................13
Application Forms ...........................................................................................................13
Hints to Completing the Application ...............................................................................17
Pre-matches ...................................................................................................................18
Chapter 6: Mutual Match Process ......................................................................................18
Match Process ................................................................................................................18
Phone Interview .............................................................................................................18
Declining an Offer ..........................................................................................................19
Accepting an Offer .........................................................................................................19
Chapter 7: After the Match .................................................................................................20
DS-2019 ..........................................................................................................................20
Embassy Interview .........................................................................................................21
International Driving Permit ............................................................................................22
Flight ...............................................................................................................................22
Chapter 8: During the Year .................................................................................................23
Arrival ..............................................................................................................................23
Insurance ........................................................................................................................24
Taxes ..............................................................................................................................24
Travel ..............................................................................................................................24
Problem Resolution ........................................................................................................25
Rematch Process ...........................................................................................................26
Chapter 9: Extensions ........................................................................................................27
Extension Options ..........................................................................................................27
Extension Requirements ................................................................................................27
Chapter 10: Returning Home ..............................................................................................28
Travel ..............................................................................................................................28
Completion Package .......................................................................................................28
Chapter 11: Compensation .................................................................................................29
International Representative Billing .................................................................................29
Chapter 12: Frequently Asked Questions ..........................................................................29
Au Pair Program FAQs ..................................................................................................29
Program Guidelines FAQs .............................................................................................30
Marketing FAQs .............................................................................................................31
Application Process FAQs ..............................................................................................31
Mutual Match FAQs .......................................................................................................32
After the Match FAQs .....................................................................................................33
During the Year FAQs ....................................................................................................34
Extension FAQs ..............................................................................................................34
Returning Home FAQs ...................................................................................................35

PLAINTIFFS' RESP. APP.0001571

GAP_00006983

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

# Chapter 1: Introduction

## Welcome

Welcome to Go Au Pair! We are excited to have you join our program as an International Representative. Our International Representatives play an important part in the success of Go Au Pair. We hope you find working with Go Au Pair exciting and worthwhile, especially as you become more familiar with our company and the Corporate staff in Salt Lake City.

This International Representative Manual is designed to provide you with all of the information you will need. The purpose of this manual is to allow each of our International Representatives to have a comprehensive resource, so feel free to take notes in the margins as needed! The Manual is divided into chapters based on different processes and are as follows:

- Introduction
- Au Pair Program
- Program Guidelines
- Marketing
- Application Process
- Mutual Match Process
- After the Match
- During the Year
- Extensions
- Returning Home
- Compensation
- Frequently Asked Questions
- Appendix

Since 1989, Go Au Pair has helped thousands of families in the U.S. find the answer to their childcare needs. Our mission at Go Au Pair is to provide our Host Families and Au Pairs with an exceptional childcare and cultural exchange experience. Our service begins in the Corporate office where each Host Family is assigned a Placement Coordinator to help with the Au Pair search. Until an Au Pair arrives in the U.S., you will be the primary point of contact for the Au Pair. Go Au Pair relies on our International Representatives to provide quality service to our Au Pairs.

## Corporate Contact Information

The corporate office is located in Salt Lake City, Utah. If you need to contact our office, please refer to the information below.

**Address**
151 E 6100 S Ste. 200
Murray, UT 84107

**Telephone**
Go Au Pair has several different phone numbers, but all will direct you to the same place.

888-287-2471(if calling from the U.S. only)
801-255-7722

**Fax**
801-255-7782

PLAINTIFFS' RESP. APP.0001572

GAP_00006984

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Email**
You will use the specific email address for each individual, but the general information email for our International Representatives is ircoord@goaupair.com

Your primary contact within the corporate office will be the Director of International Relations when you have specific questions about the process and Au Pairs waiting to be matched. After an Au Pair has matched with a Host Family, you will need to direct questions regarding that specific Au Pair to the Host Family's Placement Coordinator.

> ✏ Key Point
> Your primary contact in the corporate office will be the Director of International Relations

# Chapter 2: Au Pair Program

## Program History
The phrase "Au Pair" was originally a French term that meant "equal to", which described the relationship a young woman had with a family. She lived on an equal basis and was treated as a member of the family. Today, "Au Pair" refers to either young men or young women from foreign countries who arrange with Host Families to provide childcare services in exchange for the opportunity to live in their country while learning their language and culture. Since the term "Au Pair" originally referred to women, we will refer to Au Pairs as the feminine "she/her" in this manual, for the sake of clarity and simplicity.

The current Au Pair Program in the U.S., as defined by the U.S. Department of State, began in 1986 when two agencies applied to the United States Information Agency (USIA) to conduct an Au Pair program under the Fulbright-Hays Authority. They tested the program with two designated organizations and approximately 200 Au Pairs. Then, in 1989, the program was expanded to include six government designated companies. Go Au Pair was one of these original six.

## Different Programs
Go Au Pair has several different programs available to our Host Families and Au Pairs. The majority of Host Families and Au Pairs will participate in the Standard program, but it is important you are familiar with all of these programs so you are able to market to a wide variety of young people.

**Standard Au Pair**
This program is the most popular selection for our Host Families and Au Pair applicants. The Standard program has the following requirements for Au Pairs:
- Between the ages of 18-26
- Previous childcare experience that is documented through two childcare references
- Clean criminal background or police report
- Speak at least conversational English
- Passport valid for at least two years

Under the standard program, Au Pairs will work up to 45 hours each week, no more than 10 hours per day. Au Pairs receive a minimum of 1½ days off each week and one full weekend off each month that replaces the regular days off. Host Families provide full room and board and a weekly stipend based off federal minimum wage. In the Standard program, Au Pairs are required to complete at least six credits, 72 classroom hours or 7.2 CEUs of education at an accredited post-secondary university and the Host Family will provide up to $500 to help with this expense.

4

PLAINTIFFS' RESP. APP.0001573

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Plus Au Pair**
The Plus program follows all the same rules as the standard program but in order to qualify as a Plus Au Pair, the Au Pair will need to have been an Au Pair in another country before.  Because of this additional experience, Au Pairs in the Plus program receive a larger weekly stipend.

**Premiere Au Pair**
Au Pairs that join the Premiere program have the most experience.  To qualify for this program, Au Pairs will either need a degree in childcare or have at least two years of full time childcare experience.  Au Pairs in this program are all at least 20 years old, have at least six months driving experience and are rated a 4 or 5 in English on the 1-5 scale.  Because of the additional qualification for this program, Premiere Au Pairs receive the highest weekly stipend.

**EduCare Au Pair**
The EduCare program is designed for Au Pairs who want to complete more than six credits of school.  These Au Pairs complete 12 credits and the Host Family will provide up to $1000 towards their tuition.  Au Pairs only care for school-aged children for up to 30 hours each week and, because of this, EduCare Au Pairs receive a lower weekly stipend.

**Au Pair Again**
The Au Pair Again program is specifically for Au Pairs that have been to the US as an Au Pair, and wish to return again. To qualify for the Au Pair Again program, the Au Pair must fit all the requirements of the Standard program, including the age limit. She also must have successfully completed her first Au Pair program, which means she must have completed the education component and cultural event requirement. Finally, the Au Pair must have resided outside the US for two full years following her previous Au Pair program to be eligible for the Au Pair Again program.

**Extension Au Pair**
Au Pairs have the option to extend for an additional 6, 9 or 12 months beyond their first year as long as they have successfully completed the program, including the education component and cultural event requirement.  Au Pairs may either extend with their same Host Family or may decide to transfer Host Families for their second year.

**Pre-match Au Pair**
When a Host Family knows the Au Pair they would like to bring to the U.S. outside of Go Au Pair, they are known as a pre-match.  In these situations, the Au Pair applies for the program through an International Agency in her home country and completes the same application as all Au Pairs. The same regulations for the Standard Au Pair program apply to pre-matches unless the Au Pair signs up under a different program.

# Chapter 3: Program Guidelines

## Roles of Participants
There are a variety of groups and individuals that contribute to the Au Pair program and this section is designed to outline the expectations and requirements of each participant.

**U.S. Department of State**
The U.S. Department of State oversees all Au Pair agencies and has set all rules and regulations for the program.  Before an agency is authorized to issue the DS-2019 and bring Au Pairs to the U.S., they must first be approved by the U.S. Department of State.  Because of all the rules and

PLAINTIFFS' RESP. APP.0001574

GAP_00006986

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

regulations set forth, the U.S. Department of State requires each agency to have an annual paperwork audit to ensure full compliance.

## Go Au Pair
As one of the handful of Au Pair sponsors designated by the U.S. Department of State, we are responsible for ensuring that all of the federally regulated program rules are followed. Go Au Pair is the sponsor of the Au Pair's visa and is required to ensure that all Au Pairs remain in good standing while under our sponsorship. All Au Pairs and Host Families are assigned to a Placement Coordinator in our Corporate office to provide yearlong support.

## Local Area Representative (LAR)
The LAR provides local support to our Au Pairs and Host Families. The LAR is responsible for conducting the Host Family Interview before the Au Pair arrives, the Orientation shortly after the Au Pair arrives, scheduling activities for the Au Pairs during their year, and contacting every Au Pair and Host Family at least once a month. In the event of a conflict, the LAR is available to provide mediation.

## Host Families
Our Host Families provide full room and board, a weekly stipend and up to $500*** per year towards tuition in exchange for childcare and light housekeeping. Host Families must provide their Au Pair with a private room that has a door on it and this will be verified by the LAR during the Interview.

## Au Pairs
All Au Pairs must be between 18-26 years old when they first enter the U.S., have previous childcare experience and speak English. In addition, all Au Pairs participating in the Go Au Pair program are required to complete a full application which includes the following:
- Application form
- Letter to potential Host Families
- In-person interview
- Physician's report
- 2 childcare references
- 1 character reference
- Pictures
- Personality test
- Psychometric test
- Passport copy
- Driver's license copy
- Clean criminal background check or police check
- High school or equivalency completion certificate
- Other applicable certificates

Au Pairs can provide up to 45 hours each week of childcare* and perform light housekeeping. Au Pairs must complete six credits, 72 classroom hours or 7.2 CEUs** at an accredited, post-secondary university. Au Pairs are required to maintain contact with their LAR and Go Au Pair throughout their entire stay.

---

*** $1000 for EduCare Au Pairs
* 30 hours for EduCare Au Pairs
** 12 credits for EduCare

PLAINTIFFS' RESP. APP.0001575

GAP_00006987

HIGHLY  CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

### International Representatives

All Au Pairs participating in the program must meet certain requirements as outlined by the U.S. Department of State in order to be accepted into the program.  Our International Representatives recruit and screen Au Pairs for Go Au Pair allowing us to bring Au Pairs to the U.S. from a wide variety of countries.  The International Representative is an important part of Go Au Pair's success since you are responsible for providing us with Au Pair applicants.

## Rules and Regulations

As a designated Au Pair agency by the U.S. Department of State, Go Au Pair is required to follow all rules and regulations set forth.  We are responsible for ensuring all Host Families and Au Pairs are in compliance as well.  This section reviews all the program rules so you may understand each point and explain them in detail to every Au Pair applicant.

### Schedules

Au Pairs may work up to 45 hours each week and no more than 10 hours each day.  Working hours are considered any time the Au Pair cannot leave the home and/or is responsible for the care of the children.  If the children are taking a nap for example, the Au Pair would not be able to leave so she would be working.  If a Host Family needs their Au Pair to work at night, and be responsible for the children even while she is sleeping, this will still count as working hours and would apply towards her 10 hour daily maximum.

Au Pairs may not work more than 45 hours each week under any circumstance, even if she is paid extra to do so.  If a Host Family will need more than 45 hours of childcare, they will need to make alternate arrangements.

Host Families must provide a minimum of 1 ½ days off each week.  This could be, for example, all day Monday and Friday morning.  Noon is the mark for the half day, so a morning half day working hours would be, for example, from 8:00am to 12:00pm.  Au Pairs do not need to receive the same days off each week.  Host Families must also provide a minimum of one full weekend off each month, which would be from Friday evening to Monday morning.  The weekend off would replace the 1 ½ days off for that week.

Go Au Pair encourages all of our Host Families to provide a schedule for the entire week in advance.

### Stipend

Au Pairs receive a weekly stipend based off federal minimum wage, set by the US Department of Labor.   The stipend is set at $195.95/week for the Standard program and $146.81 for the EduCare program Go Au Pair sets the stipend for the Plus and Premiere programs, at $215 for Plus and $255 for Premiere.

Au Pairs may not accept outside employment, which includes babysitting for other children.  Go Au Pair must remove any Au Pair accepting outside employment from the program immediately.

### Childcare Responsibilities

Au Pairs provide full time, live-in childcare for their Host Families.  Childcare responsibilities can include driving the children to school and activities, preparing meals and active supervision.

There is no limit to the number of children an Au Pair may supervise.  Au Pairs are typically responsible for all the children in their Host Family. Each Au Pair will need to speak with their Host Family to verify which children they are responsible for.

Host Families with children under the age of two are required to match with an Au Pair who has at least 200 documented hours with children under the age of two.  Au Pairs may not be the sole

PLAINTIFFS' RESP. APP.0001576

GAP_00006988

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

childcare provider for children less than three months old, meaning an adult must be present with the Au Pair at all times. Au Pairs may work with children 17 years old and under.

## Light Housecleaning
Au Pairs may provide light, childcare related housecleaning. This can include:
- Children's laundry
- Tiding children's play areas and bedrooms
- Children's dishes
- Sweeping the floor around areas the children have eaten
- Vacuuming in rooms the children have been in
- Keeping her own bedroom clean

Heavy housework and cooking or cleaning that involves adults is prohibited. Examples of prohibited housework include:
- Cooking for the entire family
- Host parent's laundry
- Grocery shopping for the entire family
- Picking up parent's dry cleaning
- Caring for pets
- Washing windows
- Scrubbing bathrooms

Au Pairs may not be required to perform non-childcare related light housekeeping under any circumstance, even if the family pays her more to do so.

## Vacation
Au Pairs receive two weeks of paid vacation from their Host Family. This is scheduled at a mutually agreed upon time, meaning both the Host Family and Au Pair must agree when the vacation is to be taken in advance. Au Pairs may take a few days at a time or the whole amount; it is up to them and their Host Family to decide this together.

## Education
Au Pairs are required to complete education while they are in the U.S. Standard Au Pairs must complete six credit hours, 72 classroom hours or 7.2 CEUs, and EduCare must complete 12 credits, 144 classroom hours or 14.4 CEUs. Host Families provide the first $500 for Standard Au Pairs and $1000 for EduCare Au Pairs. This money can be used for class fees and if the class costs less than the maximum amount, Host Families are not required to provide the Au Pair the remaining amount. For example, if an Au Pair audits a course for free, and completes the required credits this way, the Host Family is not required to give her $500. Host Families are responsible for providing transportation to and from classes for their Au Pair. This can include providing car use, a bus pass or arranging to drop her off.

All credits must be completed at an accredited, post-secondary university. Classes may not be completed online or through distance learning. Preapproval for schools can be given from the Corporate office. Au Pairs must simply complete the Education Preapproval Request Form provided in their Welcome Packet and submit it to the Education Advisor.

Au Pairs may complete any course they wish; it does not have to be an English language class.

Au Pairs may take Continuing Education Units (CEUs) as long as they are offered at an accredited, post-secondary university. CEU courses offered through High Schools will not be accepted. 7.2 CEUs is the equivalent of six credit hours. Au Pairs may also choose to audit classes for free and receive classroom hours instead of credit hours. Auditing is something that not all schools or teachers will allow, so Au Pairs need to ask the school if it is a possibility.

PLAINTIFFS' RESP. APP.0001577

GAP_00006989

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

When an Au Pair audits a class, she does not pay for the class but sits in on the instruction. She will not receive a grade or college credit, but she will receive classroom hours. Classroom hours indicate the number of hours an Au Pair actually spent in the classroom, but do not provide college credit. 72 classroom hours equate to six credit hours.

In order for an Au Pair to extend, she must complete her education requirements prior to the deadline to apply for the extension, which is 8 weeks prior to the expiration of her DS2019.. This means if an Au Pair arrived on July 1, the last day we will accept an application for extension is May 1 of the following year.

**Car Use and Insurance**
Many Host Families will need their Au Pair to drive as part of her work responsibilities. Host Families are responsible for providing car insurance for their Au Pair if she will be driving in the U.S. The maximum deductible allowed is $500. The car insurance is the Host Family's financial responsibility and they may not require their Au Pair to pay for this.

In the unfortunate event the Au Pair has a car accident, she is required to pay the deductible charged to the Host Family, up to $500. If only minor damage has occurred and the Host Family does not file a claim to insurance, the most an Au Pair can pay for the repair is $500. If the repairs cost less than $500, the Au Pair is only required to pay the actual cost.

Au Pairs that drive in the U.S. are required to obtain an International Driver's Permit. This is simply a translation of their national license into several languages, including English. Many states in the U.S. will limit the amount of time a person may drive in the U.S. using only the International Driver's Permit before they are required to receive a state license. Au Pairs will need to find out if they will need a state driver's license and they can contact their LAR for information.

**House Rules**
Host Families will be able to set house rules which include:
- Guests
- Curfew
- Phone and internet use
- Car use

Host Families will list this information on their Written Agreement, which an Au Pair signs prior to arrival. Au Pairs will be required to follow the rules in the home while they are with the Host Family.

Au Pairs will review the house rules at Orientation with their Host Family and LAR.

**Cultural Events**
LARs will host regular cultural events for the Au Pairs in their cluster. Each Au Pair is required to attend a minimum of 4 cultural events during the course of the year. The LAR will provide advanced notification of cultural event dates to each Au Pair.

# Chapter 4: Marketing

## Marketing Methods

As an International Representative, you will be responsible for recruiting Au Pairs. The amount of effort that you put into your marketing will determine the degree of success you have. Go Au Pair will provide you with the following marketing materials in order to assist you with the recruitment process:

> **Key Point**
> Contact the International Relations Coordinator to obtain marketing materials.

PLAINTIFFS' RESP. APP.0001578

GAP_00006990

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Posters**
These posters will be customized for your agency and printed with your contact information. Place these posters in appropriate locations, such as universities, youth centers, churches and any place 18-26 year olds will see them.

Before you hang a poster, you must ask permission from the building owner first. Many properties have large fines for unauthorized postings.

Go Au Pair will design the poster and provide you with the file, but you are responsible for the cost of printing.

**Fliers**
Just like the posters, these fliers will be customized for your agency. Fliers can be left in schools, childcare training centers and anywhere that 18-26 year olds will see them. They could also be handed out at fairs or events where your agency is represented.

Again, you must ask permission before leaving fliers. If a particular area will not allow posters to be hung, ask if you can leave fliers instead.

Go Au Pair will design the flyer and provide you with the file, but you are responsible for the cost of printing.

**Host Family Bios**
Located on your International Representative Portal, these bios provide information about Host Families that are currently looking for an Au Pair. The information in these bios includes the ages and number of children, where the Host Family lives, what their interests are, and a summary of what the Host Family is looking for in an Au Pair. These bios are a wonderful marketing resource because it will allow you to show Au Pairs what kind of Host Families are available and can help them become excited about the program. The bios are updated on a regular basis so you can use them as often as possible. The bios listed only reflect a small group and there are many more families looking for an Au Pair.

In addition to the materials provided by Go Au Pair, you should also consider the following marketing options:

1. **Newspaper advertisements.** Placing an advertisement in your local newspaper is a great way to be recognized and many of our Au Pair applicants have been recruited through newspaper advertising. When placing an ad, you need to catch the reader's attention quickly and provide all your contact information.

   In addition to newspapers, you can also access online classifieds. Many of these online sites offer free postings and are an increasingly effective method of marketing.

2. **Press releases.** This method is especially useful to new agencies that are not well known. A press release is simply an official announcement through a local media outlet, such as a newspaper or TV station.

3. **Presentations.** One of the best ways for you to introduce Go Au Pair to young adults is to go out into your community and give presentations about the program. Focus on schools where childcare or English is taught and community organizations specifically designed for young adults.

PLAINTIFFS' RESP. APP.0001579

GAP_00006991

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

When giving a presentation, you should include the following points:
- What Go Au Pair is
- Goals of this cultural exchange program
- How participating is beneficial to the Au Pair
- English language skills
- Childcare experience
- Learning a new culture
- Au Pair's requirements
- Au Pairs responsibilities
- Costs to the Au Pair

Be sure that you take business cards and fliers to a presentation so that the potential Au Pairs will have all your contact information.

4. **Website**. Your website will be viewed by the majority of Au Pairs that are considering applying for the program. Create an informative, easy to use website and consider using a professional website developer to help you build your site. Be sure your website includes information about the program and all your contact information.

   Many online search engines will allow you to advertise on their site so that when a person types in key words, such as "Au Pair USA", your website will be one of the first options they see.

## What Host Families are looking for

When recruiting Au Pairs, it is important to keep in mind what qualities are most important to our Host Families. Keep the following list in mind when determining who to market to.

**Childcare experience**
Host Families are primarily looking for a childcare provider when they sign up for the Au Pair program and want to match with an Au Pair with a lot of experience. Host Families will be interested in how many children the Au Pair has been responsible for at one time and the ages of the children. Experience beyond babysitting will also be important so look for Au Pairs that have experience in daycares and youth groups in addition to general babysitting.

Many of our Host Families have children under the age of two, which means they can only match with an Au Pair who has the under two qualification. When recruiting potential Au Pairs, try to focus on people who have this qualification or who would be willing to obtain it.

**Maturity**
Host Families must trust Au Pairs with their children and need to feel confident their Au Pair is mature and able to handle all of the responsibilities. Many Host Families consider age to be an important factor in determining maturity. So, when possible, focus on recruiting Au Pairs that are a little older. Younger Au Pairs that have experience living away from home will also be viewed as more mature.

**English language skills**
Communicating easily with an Au Pair will be a concern for many Host Families. To recruit strong English speakers, focus on English language schools and Au Pairs with translating experience.

**Driving experience**
For many Au Pairs, driving will be part of their everyday responsibilities and Host Families will need a safe driver. Au Pairs who own their own cars or those who have been driving for several years should be marketed to.

PLAINTIFFS' RESP. APP.0001580

GAP_00006992

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

In addition, you should keep in mind that most Host Families are interested in female applicants only. We do occasionally have Host Families interested in male Au Pairs, but male applicants are difficult to place. If you have a male Au Pair wanting to join the program, let him know that he can apply but he should be prepared to wait much longer to match.

Smoking is often a concern our Host Families have. While smokers can apply for the program (as long as they put on their application they smoke) it is more difficult for them to place.

## Responding to Inquiries

Once you have begun spreading word about your agency, expect to receive inquiry calls and emails from potential Au Pairs. These inquiry calls are an important part of the recruiting process and you should promptly reply to all inquiries.

When you receive an email or message from a potential Au Pair, you should respond within 24 hours. When you wait longer than 24 hours, you are providing the Au Pair a chance to contact the competition and it does not show the Au Pair you are interested in receiving her business.



Key Point
*Respond to all inquiries
within 24 hours.*

Detail the program and provide specific information about the requirements and what an Au Pair is responsible for. Au Pairs will want to know why they should choose Go Au Pair instead of another agency. Focus on the following points:
- Go Au Pair is one of the original designated sponsors and has placed thousands of Au Pairs throughout the U.S.
- Go Au Pair uses a mutual match system that allows an Au Pair's application to be viewed by multiple families at once. This system also gives the Au Pair a chance to decide whether or not she would like to match with a Host Family when an offer is made.
- Au Pair's have a large support system that begins with their Local Area Representative (LAR) and includes a Placement Coordinator in the Corporate office.

Determine the potential Au Pair's level of knowledge about the program so you can focus on information that will be the most useful to them. Follow these levels of classification:
- **Little or no knowledge.** These potential Au Pairs know the least about the program and may not totally understand what it means. Focus on the basic requirements and guidelines so they can help understand the program better. For these inquiries, your primary focus is on why they should be an Au Pair.
- **Moderate knowledge.** These potential Au Pairs understand a little about the program and have probably looked into options for a variety of countries. For these Au Pairs, review the program but spend more time emphasizing on why they should be an Au Pair in the U.S.
- **High knowledge.** These potential Au Pairs know the most about the program, have usually already decided they will be an Au Pair and are just shopping for an agency. For these Au Pairs, focus on why they should use Go Au Pair and your agency.

During the initial inquiry contact, gather as much information as possible from the Au Pair. Obtain basic information such as the Au Pair's name, phone number, email address and mailing address so you can use it for follow-ups.

Always offer to send the Au Pair additional information, such as a brochure. It is best to mail a hard copy to the Au Pair as many people are more likely to review a hard copy that has arrived in the mail. Email additional information as well if the Au Pair prefers email correspondence.

Always provide accurate information. Let Au Pairs know what costs are associated and what they will be expected to do as an Au Pair. Go Au Pair will only require the program fee and add-on airfare to be charged, but you may charge separate application fees as your local laws allow.

PLAINTIFFS' RESP. APP.0001581

GAP_00006993

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

It is a good idea to check with your local competitors to understand what they charge so your prices can be comparable.

## Follow-up

After the initial contact has been made, follow-up with the Au Pair regularly.  Most Au Pairs need to be contacted several times before they sign up for the program and you will need to be prepared for that.  Your marketing efforts will be ineffective without regular follow-up.

When following-up with a potential Au Pair, use the phone as much as possible since this is more personal than email.  People generally respond better when they feel they are receiving personalized service.

After the initial inquiry, allow the potential Au Pair some time to think about all the information you have given her.  We generally suggest waiting 10-14 days before contacting the Au Pair again.  During this time, the Au Pair can review the information you have sent her.

If the potential Au Pair is interested, ask her to fill out the application and return it to you along with any required fees your agency charges.  Schedule a time to meet with the Au Pair to conduct the in-person interview and continue her application process.

# Chapter 5: Application Process

## Application Forms

The application process for Au Pairs is required by the U.S. Department of State and Go Au Pair has developed application forms to facilitate this process.  Each form must be filled out entirely with all dates and signatures before it can be accepted.  Applications should be typed so they can be easily read.  Any handwritten forms may not be faxed and must be sent through email or mail as faxing makes them illegible.  This section is designed to help explain each form and what is required.

Before an Au Pair's application is made available to potential Host Families, the items listed below must be fully completed and received by our Corporate office.

**Au Pair Application Form**
The Application Form is an editable PDF Form, and the Au Pair should type answers directly into the Form.  When completed, it must be printed and signed by both the Au Pair and a representative of your agency.

On the last page, Au Pairs will answer basic questions about their history and Au Pairs must be completely honest.  Any "yes" response will need to be explained in the areas provided.

**Letter to Potential Host Families**
This letter allows the Au Pair to show her personality.  This letter should include why she wants to be an Au Pair, what her experience with children is and her hobbies and interests.  Please type these letters as handwritten letters are very hard to read.  Au Pairs should avoid adding pictures to the letter.

Discourage Au Pairs from using online translator services when writing the letter.  These services translate the words exactly and these often do not follow sentence structure, making them very confusing, which often gives the appearance that the Au Pair understands less English than she actually does.

13

PLAINTIFFS' RESP. APP.0001582

GAP_00006994

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

### Au Pair Interview

The Interview Form is also an editable PDF form. Answers can be typed directly into the form, and the form must be printed and signed when complete.

The Interview must be conducted in person and cannot be completed over the phone. You should expect the interview to take at least one hour to complete. The interview must be conducted entirely in English and you will record the Au Pair's exact response. It is best to record the answer in the first person as the Au Pair answers. (For example: "I like to work with children" instead of "she likes to work with children". Next to each response, select the English Rating Code. The 3 options are:

> ✎ **Key Point**
> Interviews must be conducted in-person and cannot be completed over the phone.

    A. Answered in complete sentences
    B. Answered with isolated words and small phrases
    C. Asked me to repeat or rephrase the question

You must ask the Au Pair every question on the form and record the response accurately. At the end of the interview, you will be asked to rate the Au Pair's English on a 1-5 scale following these guidelines:

1. Uses few or no English words; understands greetings and other basic, memorized phrases.
2. Uses some English phrases though thoughts may be disconnected; understands basic English sentences when spoken clearly and slowly but relies on body language and facial expressions to determine meaning.
3. Responds in complete thoughts and has a large vocabulary of everyday common terms. Can perform tasks based on a short series of instructions, takes short time to mentally translate and can understand complex sentences when repeated or rephrased.
4. Responds in complete sentences and can re-word what she is saying when the meaning is unclear or when she cannot remember unusual vocabulary words. Can perform tasks based on complex instructions and understands others when they are speaking at a natural rate.
5. Native or fluent speaker. Responds completely with more descriptive language and does not take time to mentally translate when listening or speaking. Understands conversations about abstract things.

The English rating you give the Au Pair must be accurate and based only on her speaking ability, not her writing ability. In the event an Au Pair's English skills are overrated, the Host Family will realize this during the phone interview and may be discouraged from interviewing further applicants from your agency.

### 2 Childcare Reference Forms

The Childcare Reference Form is also an editable PDF form. If possible, the reference will need to type their answers directly into the form and then print and sign the form before submitting it to your agency. Two separate references need to complete and submit the form.

If the persons completing the references do not have access to a computer to complete the form, it can be printed and completed by hand. However, you will need to provide the reference with instructions on how to answer each question as the drop-down selections that normally are available when completing the form on the computer are not shown when printed.

Both references will need to be completed by people who are not related to the Au Pair in any way. If the person completing the reference cannot write in English, they can write the answers in their native language and a translated version must be sent along with the original.

You must contact both references to verify they completed the form and then sign and date the form for verification.

PLAINTIFFS' RESP. APP.0001583

GAP_00006995

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

More than 2 references can be sent but are not required. These additional references can be related or non-related.

**Au Pair Character Reference**
The Character Reference Form is also an editable PDF form. If possible, the reference will need to type their answers directly into the form and then print and sign the form before submitting it to your agency.

If the persons completing the reference do not have access to a computer to complete the form, it can be printed and completed by hand. However, you will need to provide the reference with instructions on how to answer each question as the drop-down selections that normally are available when completing the form on the computer are not shown when printed.

The person filling out this form may not be related to the Au Pair and may not be one of the people who filled out a childcare reference. You must contact the reference to verify they completed the form and then sign and date the form for verification. More than 1 reference can be sent but is not required. These references can be related or non-related.

**Au Pair Under Two Verification Form**
The Under Two Verification Form is also an editable PDF form. If possible, the reference will need to type their answers directly into the form and then print and sign the form before submitting it to your agency.

Au Pairs who have at least 200 hours of experience with children under the age of two may work with children that young in the U.S. Many Host Families have children under the age of two and will need an Au Pair with this qualification. Go Au Pair strongly recommends Au Pairs obtain the under 2 qualification in order to match faster.

The amount of hours listed must be an exact amount. For example, instead of writing the Au Pair worked for five hours each week for 10 weeks, you will write 50 hours.

You must verify that the Au Pair has worked with the children she has listed by calling each person. By signing the form, you are confirming you have contacted each person and verified the accurate amount of hours.

**Physician's Report Form (2 pages)**
This form must be completed by the Au Pair's physician to ensure the Au Pair is healthy enough to participate in the program. The form must be signed and dated by the physician and you must contact at least the physician's office to verify they are in fact a physician. Many physicians will not verify they saw the Au Pair in their office, due to privacy laws. Verifying the physician is a practicing physician is enough, and you will need to sign and date the form before submitting to Go Au Pair.

**Au Pair Agreement Form (3 pages)**
This is the agreement that the Au Pair is bound to while she is under Go Au Pair's sponsorship. It is important Au Pairs understand this document entirely before they sign it so you will need to review each line with each Au Pair. The bottom of each page must have the Au Pair's initials and date. The last page needs to be filled out completely.

**Photo Collage**
Au Pairs will need to send pictures for potential Host Families to review. These photos need to be appropriate and should include examples of the Au Pair working with children. Photos should not show the Au Pair partying or nudity, which includes nudity on children. Keep in mind that Host Families will use these pictures to learn more about the Au Pair and she needs to present herself well.

PLAINTIFFS' RESP. APP.0001584

GAP_00006996

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Please only send in a maximum of 5 pages of pictures. Any pages beyond 5 will not be included in the Au Pair's application as this make the file too large for Host Families to view online. The Au Pair can only use paper that is the standard size. The Au Pair's application is scanned into the computer and loaded online, so only photo collages that can be scanned will be accepted. We can also accept emailed pictures.

### Hartman Color Code Personality Profile (2 pages)
This personality test is designed to provide the Host Family with more information about the Au Pair. There are no right or wrong answers, as it is merely a brief description of the personality. Every question must be answered and there may only be one answer per question

It is helpful to explain to the Au Pair that Host Families will not see their exact answers on the personality profile test, but only the result after the answers have been evaluated. The Au Pair should answer each section as truthfully as possible, not as they think a Host Family would want them to answer, as the test is most accurate when completed truthfully.

### Psychometric Test
This test is completed online. When an Au Pair is ready to complete this test, email the International Representative Coordinator with the Au Pair's full name so a login code can be generated. This test will determine how well suited the Au Pair is for the program. If an Au Pair receives a score of "no fit", it means her answers showed she may not be well suited for this program. In this event, Au Pairs do have the option to take the test again but there is a $35 fee imposed by the testing company that the Au Pair would be responsible for.

When an Au Pair does not pass the test it generally means that she did not take time to read the questions and consider her answer. Let Au Pairs know they need to take their time on this test and there is no limit to how long they can spend completing it. They can save the test when it is only partially completed and log back in later to complete the remaining questions.

### Criminal Background Check or Police Report
Au Pairs are required to have a clean criminal background. The form given to indicate a clean background is generally not in English and it will need to be labeled when submitted.

### Driver's License Copy
If the Au Pair has listed on her Application Form that she drives, she will need to include a copy of her driver's license. If this copy is not received, the Au Pair will not be listed as a driver and the application will not be able to be reviewed by many Host Families since almost all require a driver.

### Passport Copy
A copy of the passport must be sent. Please make sure the passport is valid for at least 2 years.

### High School or Equivalency Completion
A certificate or letter on official school letterhead is required.

### CPR/First Aid Certification
If an Au Pair lists that she is CPR/First Aid certified on the Au Pair Application Form, a copy of the certification card must be included.

### Additional Certificates
If an Au Pair has additional certificates she would like added to her file, she may send those, but they are not required.

After an Au Pair accepts a position with a Host Family, the following documents must be received by the Corporate office before the DS-2019 can be sent:

PLAINTIFFS' RESP. APP.0001585

GAP_00006997

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Au Pair Payment Verification Form**
This form is used to record the program fee, add-on airfare and insurance upgrades the Au Pair paid for. This form must be filled out completely and signed by both you and the Au Pair even if the Au Pair is not upgrading her insurance, paying a program fee or paying airfare charges.

**Au Pair Training Verification Form**
This form must be signed by both you and the Au Pair to verify she completed the entire training course. For detailed information on the training, please refer to the International Representative Au Pair Training Instructions (Appendix 1).

**Written Agreement**
The Written Agreement is filled out by the Host Family and is included in the Host Family application emailed to you. By signing and dating the second page, the Au Pair is agreeing to all of the information contained in this document. Au Pairs do review this before agreeing to match, so please instruct your Au Pairs to carefully review this form to ensure they are comfortable with all the guidelines listed.

Au Pairs are required to accurately and honestly complete each document. In the event the Au Pair lies on her application, she will be immediately removed from the program. An example of this would be an Au Pair who declared she did not smoke on her application and was caught smoking in the U.S.

You must verify all of the information on every form for accuracy. Be sure to check all contact information listed as this is how the Host Families will interview the Au Pair.

## Hints to Completing the Application

The application process can seem a little overwhelming at first, but these hints are designed to make the process run as smooth as possible.

- Request the criminal background check early. Many countries have long wait times to complete a criminal background check and by requesting it early, the Au Pair will be able to work on other portions of the application while waiting.
- Give the references out to several different people. It is common for the person completing the reference form to forget about this and by asking a variety of different people to complete it, the Au Pair will be less likely to spend time waiting on these simple forms. If everyone asked completes the form, the Au Pair can simply include those in her application.
- Schedule a time for the physician's evaluation early in case there is a long wait for an appointment.
- Check in on the Au Pair each week to review her progress. Ask her to send you each form as she completes them instead of waiting to send them all at once. This will allow you to review the paperwork as it comes in so you won't have to spend a large amount of time reviewing the entire file at once.
- Schedule a day for the Au Pair to come in for the interview and set aside time for her to complete the psychometric test that same day. This will ensure progress is being made and is especially useful if the Au Pair does not have regular internet access.
- You can refer to the forms listed on your IR Portal.
- The International Representative Coordinator will email you when all or part of the application has been received and detail what has been accepted and what is missing. All questions regarding the application process need to be submitted to the International Representative Coordinator.

PLAINTIFFS' RESP. APP.0001586

GAP_00006998

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Pre-matches

Pre-match Au Pairs are required to complete the same application process as all other Au Pairs even though they have already selected a Host Family. This is because the application process is overseen by the U.S. Department of State and all participants must follow the same rules. When assisting a Pre-match Au Pair, keep the following points in mind.

- When a Pre-match Au Pair begins her application, her Host Family has almost always already signed up with Go Au Pair and is waiting for her to complete the forms. Some Au Pairs can take months to finish the application process and it is important to keep in mind the Host Family will lose patience if this takes extremely long. Constantly check on the Au Pair to monitor her progress.
- Pre-matches should be the easiest match for you because you do not have to market to these Au Pairs, wait for them to be offered a position or coach them on the phone interviews, but you receive the same compensation. Many Host Families return to the same country over and over for their pre-matches and if the first experience with your agency is a good one, they will be more likely to return.
- Pre-match Au Pairs must still put the same amount of effort into completing their application. In the event the pre-match placement does not work and the Au Pair is placed into transition, the application she originally filled out will be the one sent to potential Host Families. She will need to make a good impression.

# Chapter 6: Mutual Match Process

## Match Process

Once the Au Pair's application has been received and accepted, the Placement Coordinators in the Corporate office will begin releasing the application to Host Families looking for an Au Pair.

All applications are viewed online through the Host Family Portal, which is somewhat like your International Representative Portal. Because the Au Pair applications are viewed online, they must be scanned in, meaning applications that are difficult to read will be even more difficult after being scanned.

The Au Pair's application is sent to multiple Host Families based on their requirements and preferences. For example, if a Host Family needs a driver, has a child under the age of two and needs an Au Pair who can swim, the Placement Coordinator for that Host Family will only send them applications that match all of those preferences.

When a Host Family is interested in an Au Pair, they will contact the Au Pair for an interview. Go Au Pair requires all Host Families to conduct a phone interview with an Au Pair before offering her a position, but many Host Families prefer to email the Au Pair to schedule a time to talk on the phone instead of calling first. Because of this, encourage your Au Pairs to check their email regularly.

Host Families will request their family application be sent to the Au Pair. The Placement Coordinator will email the application to you so you can pass it on to the Au Pair. This is done because there is personal information in the Host Family's application and we need to be sure we are sending it to a secure address. When you receive an application, give it to the Au Pair immediately so she can review it right away.

## Phone Interview

The phone interview is an important part of the mutual match process. Prepare your Au Pairs for receiving phone calls and answering the Host Families questions.

PLAINTIFFS' RESP. APP.0001587

GAP_00006999

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

On the application, the Au Pair wrote when the best time to call her is and she will need to be available during this time. International phone calls are expensive and Host Families will be frustrated when they are not able to reach an Au Pair.

The Au Pair needs to instruct anyone who answers the phone what to do when someone asks for her in English. If the Au Pair is not home, it is a good idea to teach other people answering the phone to say "she is not home" so that the Host Family will understand to call back later.

Ask your Au Pair to set up the voicemail or answering machine message to include a phrase in English that says her name and that is she applying to be an Au Pair so Host Families will know they have called the correct number.

Have practice interviews with the Au Pair before she begins receiving phone calls. Phone calls from Host Families will be exciting, but that excitement can make it difficult to concentrate on the questions being asked, especially when they are in a different language. By rehearsing phone calls with the Au Pair, she will feel more confident about the interviews.

Some Au Pairs are more confident in their written English than their spoken English and may be tempted to ask a Host Family to email her instead of talking on the phone. This must be discouraged because the Host Family needs a chance to evaluate the Au Pair's spoken English.

Au Pairs may not have another person or a translator conduct the interview for them. This is grounds for immediate removal from the program.

Instruct your Au Pairs to keep a book with notes from each conversation she has. When an Au Pair talks to more than one Host Family on the phone it will be easy for her to confuse the families. By keeping a notebook that has the Host Family's name, location, ages of children and a description of each conversation, she will eliminate all confusion and make the interview process easier.

## Declining an Offer

If an Au Pair receives an offer to match with a Host Family, she is not required to match with them. Our mutual match program allows Au Pairs to accept or decline a Host Family's offer to ensure the Au Pair is comfortable with the match.

If an Au Pair is not interested in a Host Family, she will need to let them know. Many Au Pairs are afraid to tell a Host Family she would not like to match with them because it may hurt their feelings. Host Families want to know right away if an Au Pair is not interested because there is a great deal of time and effort invested in making a match and it is much better if they know up front.

When offered a position by a Host Family the Au Pair is not very interested, she should not tell them that she needs time to think so that she can wait for another offer. This is very misleading to the Host Family and will be much more frustrating than being turned down. We also encourage Au Pairs to tell a Host Family they are not interested, rather than telling the Family they have already matched with another Family.

The most important thing for Au Pairs to remember is they must be honest throughout the entire process, which includes her application.

## Accepting an Offer

When a Host Family has offered an Au Pair a position and she would like to match, she will need to contact you. The Host Family will contact their Placement Coordinator to let them know the news as well. Before finalizing the match, the Placement Coordinator will email you and ask you

PLAINTIFFS' RESP. APP.0001588

GAP_00007000

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

to confirm the Au Pair has accepted the offer. This is done to ensure there are not any communication errors.

When the Placement Coordinator receives word from you the Au Pair has accepted the Host Family's offer, the match will be confirmed. At this point, the Au Pair's application will no longer be sent out to other Host Families and any Host Families currently reviewing the file will no longer have access to it.

You will want to encourage the Au Pair to notify any other Host Families she was interviewing with that she has accepted another offer.

# Chapter 7: After the Match

## DS-2019

In this section, we will review when the DS-2019 form is issued, what it means and how it is used. It is important you completely understand this form as it is critical to the Au Pair's program.

After the match has been confirmed, you will be asked to submit the following paperwork to the Placement Coordinator:
- Written Agreement
- Payment Verification Form (the Placement Coordinator will send you the form for the individual Au Pair when they match)
- Au Pair Training Verification Form

The Host Family will have some forms to fill out as well and once all of the paperwork is received, Go Au Pair will issue the DS-2019 form. The DS-2019 is Go Au Pair's sponsorship of the Au Pair's visa. In order to obtain the J-1 visa required for this program, Au Pairs must have the DS-2019 to prove that a federally designated agency is sponsoring the Au Pair. This form will have the Au Pair's name and the address of her Host Family in the U.S. Please verify all of this information to ensure it is accurate.

> ✎ **Key Point**
> Verify all of the information is correct on the DS-2019 before the Au Pair's embassy appointment.

Along with the DS-2019, Go Au Pair sends a support letter to be taken to the Embassy during the interview and the Student Exchange Visitor Information System (SEVIS) Receipt. SEVIS is the program used to manage the status of an Au Pair's DS-2019 form and visa after it has been approved by the U.S. Embassy. Please make sure the Au Pair takes all of these forms to the Embassy for her interview; her visa will be denied if she does not have everything.
These forms are sent through FedEx to your office unless you request us to send it to a different address. You can view the tracking number on your IR Portal and check the status of the package.

The DS-2019 has an original signature for Go Au Pair and when the Embassy approves the visa, an original signature of the consular will be added to the form as well. When the Au Pair goes through customs when she first enters the U.S., the customs official will place a stamp with the date on that same form.

Because of the original signatures and stamps, this form cannot be replaced if lost or stolen. Go Au Pair will have a copy, but this copy does not have the signatures. When an Au Pair applies for a Social Security Card, driver's license or wants to travel outside of the U.S., she must have the original DS-2019 with her. If she does not have this, she will not be able to complete any of the items listed. Stress the importance of this form to the Au Pairs and instruct her to keep it in a safe place.

PLAINTIFFS' RESP. APP.0001589

GAP_00007001

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

The DS-2019 has the Host Family's address and the dates the Au Pair is allowed to be in the U.S. Because of this, anytime the Au Pair moves, she will be sent an updated DS-2019. When the DS-2019 is issued, Go Au Pair has to put a start date on the form, but this is not always the date the Au Pair arrives. If the date is different, Go Au Pair will send a new DS-2019 with the correct dates. This new DS-2019 does not replace the original. Just like the original, all copies must be kept in a safe place.

## Embassy Interview

Au Pairs come to the U.S. on the J-1 exchange visa. This is a non-immigrant visa and has a set expiration date. In order to obtain this visa, Au Pairs must apply at the U.S. Embassy. It is your responsibility to help Au Pairs make their appointment and to prepare them for the interview.

Making an appointment at a U.S. Embassy is going to be different for every Embassy. Some have online appointment systems, some have a call center for appointments and others require written requests. You will need to check with your local U.S. Embassy to learn the system used.

The best place to find the information you need about the U.S. Embassy is by visiting their official website. Most Embassies charge a fee for calling in and you will need to be aware of that.

> **Key Point**
> You must notify the Placement Coordinator once the interview has been scheduled and the result of the interview as soon as you have this information.

As soon as the interview is scheduled, you must let the Placement Coordinator know the date immediately. Flights are booked based on the Embassy appointment and withholding this information could delay an Au Pair's arrival.

Each Embassy will have special forms required to apply for each type of visa and these need to be completed prior to the appointment. Again each Embassy will have different regulations and you should review the Embassy's official website for accurate information.

Au Pairs are responsible for paying the costs of the Embassy fees. When an Au Pair initially applies for the program, make sure you inform her of the fees the Embassy charges.

The interview at the Embassy is usually only a few minutes long and Au Pairs will be told right then if their visa is approved. It is the interview that is used to determine whether or not the visa is approved. Go Au Pair does not have any control over the Consulate's decision and so we ask each of our International Representatives to thoroughly prepare each Au Pair for the Embassy interview by holding practice interviews.

These practice interviews are designed to build the Au Pair's confidence about the interview, which can be intimidating. You should practice the following questions with each Au Pair:
- Why do you want to be an Au Pair?
- What city and state are you going to?
- How old are the children you will be caring for?
- What childcare experience do you have?
- How long will you stay in the U.S.?

It is important to remember the most common reason the Consulate will deny an Au Pair is when they think she will not return home at the end of her year. The Au Pair must prove she has enough ties to her home country that she will be compelled to return home when her visa has expired. To do this, Au Pairs should bring the following documents to the Embassy with them:
- Bank account statements
- Letters of ownership (car, house, etc)
- Letters from employers
- Letter of intent to return to school
- Documentation of family members in their home country

PLAINTIFFS' RESP. APP.0001590

GAP_00007002

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

When an Au Pair brings additional documents of support, she will need to volunteer to show these to the Consular as the Au Pair will not be asked to present them.

As soon as you know the outcome of the Embassy interview, you must notify the Placement Coordinator immediately. If the visa was approved, Go Au Pair will begin the process for booking the flight.

In the unfortunate event a visa is denied, the Placement Coordinator will contact the Host Family to determine what they would like to do. Host Families will have the option to ask the Au Pair to return for a second appointment or to look for a different Au Pair. The majority of Host Families ask their Au Pair to return a second time, but you should not schedule an appointment until the Placement Coordinator confirms the Host Family would like her to try again.

If a Host Family asks the Au Pair to return to the embassy for a second interview, the Au Pair will need to make a new interview. She will have to pay the Embassy application fee again and may be required to fill out the application forms. She will use the same DS-2019 and SEVIS receipt that we mailed to you. Please note this is not an appeal and is a completely new interview.

The Au Pair will need to bring as many documents as possible to prove she will return home at the end of her year. If the Au Pair is denied again, she is not able to return to the Embassy for a 3rd time.

If the Host Family decides not to ask the Au Pair to return to the Embassy, Go Au Pair will inactivate her DS-2019 and she will no longer be able to apply for this visa.

When the Embassy approves the visa, they will hold the Au Pair's passport for 5-7 business days, depending on the Embassy, to process her visa. It is your responsibility to find out how long your local Embassy will hold a passport for and inform the Corporate office. Flights will be booked according to this estimated time and we must have the accurate timeframe so we can ensure the Au Pair has her passport in time for her flight.

## International Driving Permit

Before an Au Pair leaves for the U.S., you must help her obtain an international driving permit (also called an international drivers license). This is merely a translation of her national license into several languages, including English. Every Au Pair that is listed as a driver is required to bring an international driving permit to the U.S. and you are responsible for ensuring each Au Pair has this.

The international driving permit is only valid for one year so it is best to request this after an Au Pair has matched with a Host Family so she can use it for as long as possible in the U.S.

> **Key Point**
> In order to drive in the U.S., Au Pairs must obtain their International Driving Permit.

Au Pairs who arrive in the U.S. without the international driving permit will not be allowed to drive and if the Host Family requires a driver, they may decide to give the Au Pair notice.

## Flight

Once notification has been received that an Au Pair's visa was approved, Go Au Pair will purchase her arrival flight.

Confirmation that the Au Pair and Host Family accept the flight is needed before we can purchase the ticket. Since some Au Pairs leave very soon after their Embassy appointment, you must confirm the flight quickly.

PLAINTIFFS' RESP. APP.0001591

GAP_00007003

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

To confirm the flight, the Travel Coordinator in the Corporate office will send you an email with the full flight itinerary. You simply need to respond to the email to let us know the Au Pair can take the flight.

Au Pairs are responsible for checking the luggage restrictions. Most airlines have specific weight limits on luggage and also on the number of bags that one person can take. When someone goes over these restrictions there are large fees incurred and Au Pairs need to be aware of this. All Au Pairs need to be prepared to pay any luggage fees to the airline at check-in.

In the event an Au Pair misses her flight or the airline cancels her flight, she must first contact the Corporate office. If it is after business hours, she must call her LAR who will be able to contact someone from our office. Before an Au Pair books a new flight or hotel, she must speak with a Go Au Pair representative. If the flight is simply delayed, she just needs to call her Host Family and let them know.

In the event of emergency, Go Au Pair strongly recommends that Au Pairs carry the following with them while traveling:
- Go Au Pair Corporate phone number
- LAR's phone number
- Host Family phone number
- USD$100
- Phone card sent to them with their DS 2019 by Go Au Pair

When the Au Pair arrives in the U.S., she will go through customs. She must have her DS-2019 form in order to enter the U.S. Customs scan the Au Pairs passport and provide her with instructions on how to print her I-94 number online. Au Pairs must have the I-94 when they apply for a driver's license and social security card, so instruct your Au Pairs to make sure they have the instructions before they leave the airport. They will also receive instructions on the I-94 in their Welcome Packet.

You must instruct the Au Pair to not surrender their DS2019 form at customs. This should not be an issue, but you need to let each Au Pair know they have to keep this form the entire time they are in the U.S.

The Host Family will pick the Au Pair up at the airport. Host Families are encouraged to set an easily recognizable meeting spot, such as baggage claim, so make sure the Au Pair understands where she will need to meet them at the airport.

# Chapter 8: During the Year

## Arrival

The first few weeks of an Au Pair's arrival will be an exciting time. During the first two weeks, Go Au Pair and the LAR will contact the Au Pair several times through the following ways.

### Welcome call
Within the first few days, the Au Pair will receive a phone call from her LAR to ensure she arrived safely and her first few days are going well.

### Welcome Packet
The Corporate office will send out a Welcome Packet to each Au Pair that contains important information she will need throughout her year. Her insurance information and a list of other Au Pairs in the area are included.

PLAINTIFFS' RESP. APP.0001592

GAP_00007004

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

**Orientation**
Within the first 2 weeks, the LAR will schedule an Orientation with the Au Pair and host parents. This meeting will review program and house rules to ensure all parties understand.

## Insurance

Each Au Pair receives basic health insurance coverage while she is in the U.S. Au Pairs have the option to upgrade their insurance and information on this is provided in their Welcome Packet.

Au Pairs can upgrade their insurance for a fee in order to lower their deductible. This upgrade can be done before the Au Pair enters the U.S. or after she has arrived. However, the cost to upgrade the insurance will be the same no matter when the Au Pair upgrades, so we recommend that all Au Pairs interested in upgrading do so at the beginning of their year.

The dental insurance provided is for dental emergencies only and not for routine procedures, such as cleaning.

If the Au Pair needs to see a doctor, she will need to contact the insurance provider, for a list of doctors in her area that accept the insurance. She can do this by calling the insurance provider or visiting their website.

The coverage Au Pairs receive is basic travelers insurance and we recommend that the Au Pair carry a separate, more comprehensive insurance policy on her own.

## Taxes

While Go Au Pair is not able to provide tax advice to Host Families and Au Pairs, we have been provided information regarding Au Pair taxes by the IRS. This letter is included in each Au Pair's Welcome Packet and is also listed in the Appendix of this manual.

If an Au Pair has questions about taxes, she will need to refer to the letter from the IRS or speak with a tax professional.

## Travel

Au Pairs are allowed to travel outside of the U.S., but there are some points they will need to keep in mind when they travel.

In order to return to the U.S. after international travel, Au Pairs will need what is known as a travel validation on their DS-2019. To do this, Au Pairs need to send in their original DS-2019 as well as any copies they have received to our Corporate office. Please remind the Au Pair to send these forms through FedEx or UPS where a tracking number can be provided since her DS-2019 cannot be replaced if lost and she will not be able to travel without it. If she would like Go Au Pair to return her DS-2019 through FedEx (recommended), she will need to include $20 for two day service, or $30 for overnight service.


Key Point
*Au Pairs must submit their DS-2019 form for travel validation before leaving the U.S.*

Au Pairs will only need to send in their DS-2019 forms for travel validation once even if they are taking multiple trips outside of the U.S.
Au Pairs will need to check with the Embassy of the country where they will travel to see if they need a visa.

Au Pairs must follow all steps for any travel that will require her to pass through a port of entry. This includes cruises and trips to Mexico or Canada.

Go Au Pair does not recommend Au Pairs attempt to re-enter the U.S. when there are less than 30 days on their visa since the chance of entry being denied increases.

PLAINTIFFS' RESP. APP.0001593

GAP_00007005

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Problem Resolution

When a problem arises between a Host Family and Au Pair, it is important that certain steps are taken. The following steps have been developed based on Go Au Pair's more than 20 years experience placing Au Pairs.

1. **Immediately notify the LAR of any significant issue.** Either the Host Family or Au Pair should contact their LAR whenever there are issues in the relationship that are significant, even if they believe the problem could be solved on their own. It is best if problems are discussed before they escalate and potentially become a situation where the only option is for a break in the match. The LAR should be notified by phone and with a follow-up email with a copy to the Placement Coordinator at Go Au Pair Headquarters. The LAR will keep the Placement Coordinator at Go Au Pair Headquarters informed of the issue.

2. **LAR assessment of situation.** The LAR will speak with all the parties involved to understand all points of view and gain an understanding of the facts as perceived by each party. If the situation is serious including incidents involving crime, injury, violence, safety, violation of critical program guidelines or other serious matters the LAR can call the Go Au Pair 24-hour emergency phone line. For all situations the LAR will require that all parties submit a written account of the issue ("Issue Description") from their own perspective. The Issue Description can be in the form of an email sent to the LAR and the Placement Coordinator but must contain the following information:
   - Overall description of the issue.
   - All relevant detail events including dates, times, and sequences.
   - Any other factual data that would be helpful in assessing and/or resolving the situation.

   If any party believes a break in the match could occur then the Issue Description is required.

3. **LAR mediation and recommendation.** The LAR will work with the Host Family and the Au Pair to determine if the issue can be mediated and resolved in a way that does not require a break in the match. This may result in a trial solution period in the hopes of keeping the match intact. In addition, the LAR will educate the Host Family and Au Pair on their contractual commitments to each other.

4. **Go Au Pair decision.** Go Au Pair Headquarters will review all the written input from the Host Family, Au Pair and LAR. After assessing all the options, the Host Family and Au Pair will need to agree on one of the options discussed with the Placement Coordinator while still fulfilling their contractual obligations to each other. If the placement is terminated, the Host Family must provide a statement requesting that the placement be terminated and include the Issue Description. The first business day after the date of this email is the notification date ("Date Notice Given") and the beginning of the two week period for the Au Pair. The Placement Coordinator and/or LAR will confirm the respective obligations the Host Family and Au Pair have to one another during the two week transition period. The Host Family and Au Pair must also complete the Placement Closure Worksheet to document the status of payments for vacation, education and any other open issues.

5. **Rematch process.** If the reasons for the Au Pair being terminated by the current Host Family are not related to child safety, crime or other serious offense, as determined by Go Au Pair, the Au Pair will work with Go Au Pair headquarters to locate a new family over the next two weeks. During this period the Host Family must allow the Au Pair access to the phone and email so the Au Pair may speak with other potential Host Families. The Host Family may request that the Au Pair being terminated as follows:
   - Au Pair will not be matched with another host family within the current LAR's cluster and/or
   - Au Pair may be matched within another LAR cluster with another host family living less than 20 miles from the Host Family's permanent residence.

6. **Begin new match.** When the Host Family matches with a new Au Pair the LAR will perform two monthly contacts during each of the first two months.

PLAINTIFFS' RESP. APP.0001594

GAP_00007006

HIGHLY  CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Rematch Process

The weekly stipend must be paid even if the Host Family decides to not have their Au Pair work.
If there are outstanding phone bills the Host Family is anticipating, they may hold the final two
weeks pay to cover the cost of the bills.  The Host Family must send a copy of the bill to the
Placement Coordinator along with the remaining balance of the stipend, which will be given to the
Au Pair.

If the Host Family does not want their Au Pair to stay in their home, they must provide alternate
arrangements at their expense.

If an Au Pair gives notice to the Host Family during the first 60 days of her arrival, she must
reimburse the Host Family for her arrival airfare.  This is outlined in the Au Pair Agreement and it
is important you explain this to the Au Pair before she signs the agreement.

### Transition

If an Au Pair is eligible to rematch and she would like to find a new Host Family, she will be
placed into transition.  Au Pairs in transition are given the two weeks to match with a new Host
Family.

Few Au Pairs are unable to match and this is usually because they have turned down an offer
based on where the family lived.

Once the two week notice is over, the Au Pair may move to the new Host Family.  Au Pairs must
give the full two weeks even if they match the first day.

Au Pairs may not switch programs while they are in the U.S., even if they are placed into
transition.  An example of this would be an EduCare Au Pair not being able to switch to the
Standard program so her application could be sent to more Host Families.

The new Host Family is required to provide the education money and vacation that the first family
has not yet provided.  For example, if an Au Pair has been given four days of vacation, the next
family will be responsible for 10 days.  This information is given to all potential Host Families on
the Au Pair's application.

Au Pairs who do not match with a Host Family in two weeks or decide not to go into transition
must return home at the end of the two week notice.  These Au Pairs will lose their return airfare
home.  Go Au Pair will help her find a flight for the lowest cost possible, but the Au Pair is
responsible to pay for the full cost of the return flight.  If an Au Pair does not have money to pay
for her flight, she will need to contact her parents and family members for help.

If an Au Pair permanently leaves the home without approval from the Host Family and Go Au
Pair, the Au Pair will be considered Absent Without Leave, more commonly referred to as AWOL.
When the Placement Coordinator is notified that an Au Pair has possibly gone AWOL, an email is
sent to the Au Pair and her International Representative giving her 24 hours to contact our office
before her visa is terminated.  When a visa is terminated, the Au Pair will be in the U.S. illegally
and an alert is sent to the Department of Homeland Security.  The Au Pair's health insurance is
immediately cancelled.  Also, a record is kept making it next to impossible to gain another visa to
the U.S., even when married.  In addition, it may also affect the Au Pair's relative's chances of
obtaining a visa to the U.S. since family records are pulled.

It is important you explain to Au Pairs how serious a terminated visa is.  Many Au Pairs are under
the impression they can simply remain in the U.S. with a terminated visa and apply for a new one
later, but this is not the case.  A terminated visa jeopardizes the Au Pair's chances of ever being
legal in the U.S. again.

PLAINTIFFS' RESP. APP.0001595

GAP_00007007

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

Go Au Pair will allow an Au Pair to change families up to three times during her stay. If she is given notice a fourth time, she will be required to return home. This, of course, is reviewed on a case by case basis by the Corporate office.

# Chapter 9: Extensions

## Extension Options

Au Pairs who have completed all 6 credits, 72 classroom hours or 7.2 CEUs[**] of education and attended at least 4 LAR activities may apply for a 6, 9 or 12 month extension. Extensions are approved by the U.S. Department State so Au Pairs will not return to the U.S. embassy.

Au Pairs may not travel outside of the U.S. during their extension year with the exception of Mexico, Canada and the Caribbean, with special documentation provided by Go Au Pair. Since the extension is approved by the U.S. Department of State, the Au Pair does not return to the embassy in her home country to update the visa in her passport. Her visa will still show the end date as the last day of her first year, but she will receive a new DS-2019 form with the extension dates. Because her visa will not be updated, she will not be allowed to re-enter the U.S. Go Au Pair does not recommend that Au Pairs attempt to re-enter the U.S. when there are less than 30 days on their initial visa.

Once an extension is applied for, the program length cannot be changed. This means if an Au Pair applies for a six month extension but decides later that she wants to stay for another six months, she is not able to extend again even though the initial request was for less than 12 months.

Au Pairs have the option to extend with their current Host Family or a new one, which is called an Extension Transfer. Au Pairs wishing to do this will need additional paperwork and a reference from their current Host Family.

## Extension Requirements

In order to extend, Go Au Pair must apply for the extension through the U.S. Department of State. The U.S. Department of State requires all extension requests be submitted when there are 30 days or more left on the Au Pair's initial visa. To minimize the chance of this deadline being missed, any extension request submitted when there are less than eight weeks left on the Au Pair's visa will not be accepted.

In order to request an extension, Go Au Pair must receive the following:
- Transcript or certificate showing all 6 credits, 72 classroom hours or 7.2 CEUs of education have been completed. Go Au Pair can not apply for an extension if all 6 credits have not been completed and we are required to receive official documentation from the school. Since there is a set deadline to apply for the extension, we recommend Au Pairs enroll in classes immediately after arrival to ensure they can be completed in time.
- Host Family contract
- Au Pair contract
- Written Agreement completed by both the Host Family and Au Pair
- Validation from the LAR the Au Pair has attended at least 4 activities

All paperwork can be requested from the Placement Coordinator.

---

[**] 12 credits for EduCare

27

 GAP_00007008

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Au Pairs that extend will need to complete additional education. For those Au Pairs extending 9 or 12 months, another 6 credits, 72 classroom hours or 7.2 CEUs must be completed and Host Families will contribute up to $500 for the cost. Au Pairs who extend 6 months will need to complete 3 credits, 36 classroom hours or 3.6 CEUs and Host Families contribute up to $250 towards the cost.

Au Pairs will also need paid vacation during their extension. Au Pairs who extend for 9 or 12 months will receive two weeks paid vacation and Au Pairs extending for 6 months will receive one week.

# Chapter 10: Returning Home

## Travel

When an Au Pair's stay is coming to an end, the Host Family and Au Pair will need to decide exactly when she will be leaving.

Our Travel Coordinator will mail each Au Pair a flight request form when there are about four months left on her visa. This form will need to be filled out by the Au Pair and returned to our office so we can purchase a flight home.

Au Pairs are provided a 30 day grace period to travel within the U.S. This time may not be used for work and the Host Family is no longer required to provide room and board for their Au Pair. Au Pairs may not re-enter the U.S. during their 30 day grace period, meaning once they leave the U.S. they are not allowed back in.

Go Au Pair offers a Bed and Breakfast program for Au Pairs travelling within the U.S. In this program, LARs and Host Families sign up to offer Au Pairs an inexpensive way to travel by allowing them to stay in their home and providing a small breakfast, which can be something as simple as cereal. Host Families and LARs generally charge $10-15 per day for this. In the Bed and Breakfast program, Au Pairs are not required to have a private room.

If an Au Pair travels during her 30 days and needs to leave from a different airport than the one she flew into when she first arrived in the U.S., she is allowed to do that, but will be required to pay any additional costs associated with the flight. Au Pairs should contact the Travel Coordinator for complete details on this process and to schedule their flight.

The flight home is only available within a set time frame. Au Pairs who stay beyond their 30 day grace period are no longer eligible to receive their flight home as they are exceeding their allotted visa time. Au Pairs wishing to leave a little before the end of their visa will need to contact their Placement Coordinator as this is evaluated on a case by case basis.

## Completion Package

To receive the Completion Package, Au Pairs must do the following:

1. **Submit their transcript.** Au Pairs will need to provide documentation they have completed their required courses. They can send in a transcript, certificate or letter from the school. The documentation must have the official school name, name of the class, credit given and when it was completed. A receipt showing the class was paid for will not be accepted as it does not prove the class was completed. Au Pairs will not need to mail their original forms, they can simply send in a copy. If there are questions about documentation needed, please direct the Au Pair to the Education Advisor in the Corporate office.
2. **Attend at least 4 LAR cultural events.** Go Au Pair records Au Pair attendance and will verify this when a request is made.

PLAINTIFFS' RESP. APP.0001597

GAP_00007009

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

3. **Participate in year end surveys given by Go Au Pair.** Go Au Pair will send surveys to each Au Pair via email. Participation in the surveys is required for the Au Pair to receive the completion package.

4. **Book a return flight home.** The final requirement of the Au Pair's visa is she returns home at the end of her year and she will need to have a flight scheduled home in order to receive her completion package.

Au Pairs who are staying in the U.S. legally on a different visa will need to submit proof of the new visa by sending in a copy. Au Pairs staying in the U.S. illegally without a visa will not have their deposit returned to them.

> **Key Point**
> Au Pairs staying in the U.S. beyond the program must obtain a different visa.

# Chapter 11: Compensation

## International Representative Billing

As an International Representative, you will be paid for each Au Pair that places from your agency. Placement is considered when an Au Pair is interviewed, screened, accepts an offer from a Host Family and then arrives in the U.S. to begin the committed period of time. Compensation is not paid for Au Pairs who do not place.

International Representatives are compensated on the 15th day of each month for the previous month. This means when you are paid on July 15th, you are receiving compensation for the month of June, for example. The set amount you are paid per placement is outlined in your contract.

International Representatives collect the program fee and add-on airfare, if applicable, from the Au Pair. When calculating your totals for each month's billing, Go Au Pair will take into account the program fee and airfare amounts you collected from Au Pairs. It is your responsibility to collect these amounts and Go Au Pair will not reimburse International Representatives for money not collected.

In the event an Au Pair does not complete her entire commitment with her Host Family, a repatriation fee will be assessed. Please refer to your contract to review the exact amounts and time frames.

Bonuses are given to International Representatives and are based on the number of placements you made during the year. Please follow the chart in your contract to determine what bonus you are eligible for. Bonuses are paid as laid out in your contract.

International Representatives will also receive compensation for each extension Au Pair. These extensions do not apply to the placement amounts for the annual bonus. Extension commission is laid out in your contract.

# Chapter 12: Frequently Asked Questions

## Au Pair Program FAQs

**What is an Au Pair?**
An Au Pair is a young adult between the ages of 18 and 26 who lives in a foreign country with a Host Family while providing childcare.

**What is Go Au Pair?**

PLAINTIFFS' RESP. APP.0001598

GAP_00007010

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Go Au Pair is one of a handful of federally designated agencies that assists in bringing Au Pairs to the U.S. on a J-1 visa. This visa permits Au Pairs to legally reside in the U.S. for 12 months while providing childcare for a Host Family.

**How long is the Au Pair program?**
The program is for 12 month but Au Pairs do have the possibility to extend for an additional 6, 9 or 12 months.

**Can EduCare Au Pairs care for children under two years old?**
No, the EduCare program is only for Host Families with school-aged children.

## Program Guidelines FAQs

**How many hours can Au Pairs work?**
Au Pairs may work up to 45 hours* each week, no more than 10 hours each day. Au Pairs will need a minimum of a day and a half off each week and one full weekend off each month.

**Do schedules have to be the same each week?**
No, the Au Pair's schedule can be different each week. Host Families will need to provide a written schedule in advance each week to their Au Pair.

**Can an Au Pair work less than 45 hours?**
Yes, Au Pairs can work less than 45 hours. However, the Host Family is still required to pay the full weekly stipend.

> ✏️ **Key Point**
> Au Pairs may not work more than 45 hours per week under any circumstance.

**Can an Au Pair work more than 45 hours? What if she is paid more to do so?**
Au Pairs may not work more than 45 hours a week under any circumstance. This is a regulation created by the U.S. Department of State.

**How should Host Families pay the $500 towards the Au Pair's education?**
Go Au Pair recommends this is paid directly to the school and a full invoice is given to both the Host Family and Au Pair to avoid any confusion.

**If the Au Pair's school costs less than $500, is the Host Family required to provide the full $500 to the Au Pair?**
No, Host Families are required to pay up to $500, which means that if the education costs less than $500 they do not have to give the remainder to the Au Pair.

**How much vacation do Au Pairs receive?**
Au Pairs receive two weeks (14 days) of paid vacation taken at a mutually agreed upon time.

**Do all Au Pairs need car insurance?**
Any Host Family that requires their Au Pair to drive must provide car insurance for the Au Pair. Host Families are responsible for this expense and the maximum deductible is $500 per incident.

**How many children can one Au Pair care for?**
Au Pairs can care for all the children in their Host Family. Host Families will need to interview Au Pairs and review references to determine if an Au Pair will be able to manage all the children in the family.

**Can Au Pairs care for infants?**

---

* 30 hours for EduCare Au Pairs

30

PLAINTIFFS' RESP. APP.0001599

GAP_00007011

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

If a Host Family has a child under the age of two years old, they may only match with an Au Pair who has at least 200 hours of childcare experience with children under age two. Au Pairs may not care for infants less than three months old on their own.

**Can an Au Pair care for a child with special needs?**
Absolutely. When interviewing Au Pairs, Host Families will need to express in detail the special needs required as well as any qualifications their Au Pair will need.

**What kind of housework can Au Pairs do?**
Au Pairs may only do light housework that is childcare related. This can include the children's laundry, preparing the children's meals and general tidying where the children have played. Au Pairs are also expected to clean their own areas. Au Pairs may not be required to do heavy housework and cook or clean for adults.

**Can Au Pairs do the family grocery shopping?**
Au Pairs should not be doing any heavy household cleaning or chores and that includes shopping for the entire family. However, the Au Pair could pick up a gallon of milk or box of diapers since this would be related to childcare.

## Marketing FAQs

**What marketing materials can Go Au Pair provide?**
Go Au Pair can provide designs of posters, brochures, and personalized flyers to each agency. International Agencies are responsible for the cost of printing these materials.

**How do other International Representatives market?**
As each country is different, each agency must find what works best in their country. Some of the most popular ideas are: ads in newspapers, press releases, presentations, internet ads, viral marketing and contests.

**Once someone is interested in the program, what do I do?**
Once you have someone interested, the most important thing to do is follow up! Chances are, if an applicant is serious, they are looking at other agencies in the area as well. By providing excellent customer service and making sure they feel confident in your agency, you have a much better chance of closing the deal. Arrange an in-person meeting and get them excited about the program!

## Application Process FAQs

**Can the childcare and character references be from a relative?**
No, the required references may not be completed by a relative, but additional references submitted after the required minimum may be from relatives.

**Can childcare experience with a relative count towards the 200 hours of under two experience?**
No, the 200 hours must be with children that are not related to the Au Pair. However, it is strongly recommended that Au Pairs write about childcare experience with their relatives in their letter to potential Host Families.

**How do I obtain the login codes for the psychometric test?**
Contact the International Representative Coordinator.

**What happens if an Au Pair fails the psychometric test?**

PLAINTIFFS' RESP. APP.0001600

GAP_00007012

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

Au Pairs are allowed to take the test again, but will need to pay the $35 fee charged by the testing company for a new login code.

**Can I use my own forms for the application?**
No, all of the forms submitted must be the official Go Au Pair forms. You can find the most current version of these forms on your International Representative Portal.

**How should I send an Au Pair application to Go Au Pair?**
Email is the preferred method since it is the fastest and usually the most legible. Fax is discouraged because it blurs the application and makes it difficult to read. If you must fax the application, only fax pages that have been typed and refrain from faxing pictures. You can also mail the application to our office and you will need to put it to the International Representative Coordinator's attention.

**How will I know when the Au Pair's application is accepted?**
When a document has been received, the International Relations Coordinator will send you an email to let you know what has been accepted and what is still missing. You will be able to view this status on your International Representative Portal as well. Please refer to the Portal instructions for details on how to view this.

**What is a pre-match placement?**
A pre-match is when a Host Family and Au Pair know each other outside of the program and decide to match using our agency to facilitate the visa.

## Mutual Match FAQs

**What does Mutual Match mean?**
Mutual Match is Go Au Pair's process of matching a Host Family to an Au Pair. Through this process, Host Families will offer an Au Pair a position and the Au Pair may either accept or decline an offer. Go Au Pair has established this process to help Host Families and Au Pairs find the best match.

**Can an Au Pair dictate where she would like to be placed in the U.S.?**
While Au Pairs do have the option to request a placement only in a certain area of the U.S., Go Au Pair strongly discourages Au Pairs from doing so because it will be more difficult to find a Host Family.

**Can two friends that sign up together be placed in the same area?**
While Au Pairs are allowed to do that, Go Au Pair discourages this practice. This is a cultural exchange program and Au Pairs placed with a close friend often have a difficult time experiencing the culture and meeting new people.

**What will help an Au Pair to place?**
The application forms will be the first place an Au Pair can make a good impression. A neatly typed and easy to read application is one of the best ways to get noticed. Many Host Families will focus on the Au Pair's childcare experience, driving skills, English language comprehension and maturity. When possible, encourage the Au Pair to focus on the skills and experience she has while gaining more practice in the areas she might be lacking experience in.

**Why do Host Families send their files to Au Pairs?**
The Host Family application is a great way for the Au Pair to get to know the family better. When a match is made, the Au Pair will also need to sign and date the Written Agreement included in the Host Family application.

**Should an Au Pair accept an offer from a Host Family she has not spoken to on the phone?**

PLAINTIFFS' RESP. APP.0001601

GAP_00007013

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

International Representative Manual

No, the phone interview is required before a match can be made.

**When is a match considered finalized?**
Once the Au Pair has signed the Written Agreement, the match is considered finalized.

**If an Au Pair declines an offer, will her file be sent out to other Host Families?**
Yes, an Au Pair's application will still be posted to other Host Families when she meets their qualifications; there is not a "punishment" for declining an offer. Go Au Pair discourages Au Pairs from accepting a host family's offer and then turning them down to consider other Host Families. Please encourage Au Pairs to carefully consider an offer from a Host Family to match before accepting.

## After the Match FAQs

**What is the DS-2019 form?**
The DS-2019 form is Go Au Pair's sponsorship of an Au Pair's visa. This form is signed by a Consulate at the U.S. Embassy when the visa is approved and stamped by Customs when the Au Pair first enters the U.S. It is also signed by a Responsible Officer in the Corporate office.

**What happens if a DS-2019 form is lost?**
Unfortunately the DS-2019 form can not be replaced if it is lost since there are original signatures and stamps on it. Au Pairs will need their original DS-2019 to travel outside of the U.S., apply for a driver's license, bank account and Social Security cards. Put the DS-2019 in a safe place immediately after arrival to ensure it isn't lost.

**When should I schedule the Embassy appointment?**
The Embassy appointment needs to be scheduled as soon as possible after a match is complete. Some Embassies do not require the DS-2019 form to make the appointment and you should ask your local Embassy if this is required. If you do need the DS-2019, you will need to make the appointment as soon as the form is received.

**How do I make an Embassy appointment?**
Each Embassy will have a different method for setting appointments so you will need to contact your local Embassy to review their procedures.

**Do Au Pairs need to attend live training in New York?**
All Au Pairs in the Go Au Pair program receive 32 hours of training before they arrive in the U.S. Go Au Pair offers a live training in New York once a month as an optional refresher course, so Au Pairs are not required to attend. If an Au Pair does attend the live training, there is no additional cost to the Host Family or Au Pair.
**Where can I find a list of when live training is scheduled?**
The list can be found on your International Representative Portal on the home page.

**When does Go Au Pair schedule the flight?**
Go Au Pair will purchase a flight once the Au Pair's visa has been approved.

**What happens if an Au Pair misses her flight?**
Go Au Pair will need to be contacted immediately so alternate transportation can be arranged. If the Au Pair's flight is rescheduled by the airline, she will need to inform Go Au Pair.

**Who will pick the Au Pair up at the airport?**
Host Families are responsible for picking up their Au Pair and should schedule an easily recognizable meeting spot.

PLAINTIFFS' RESP. APP.0001602

GAP_00007014

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## During the Year FAQs

**When can an Au Pair begin working once she arrives?**
Au Pairs can start right away, but there will need to be another responsible adult at home with the
Au Pair for the first three days to allow the Au Pair to adjust to the schedule.

**What is the Orientation?**
After an Au Pair's arrival, the Local Area Representative will meet with the Host Family and Au
Pair to review program and household rules.

**What should be done if there is a problem between a Host Family and Au Pair?**
Host Families and Au Pairs will need to follow Go Au Pair's problem resolution steps which
involve discussing the issue in the home, contacting the Local Area Representative and
contacting the Placement Coordinator in the Corporate office.

**Do Au Pairs have health insurance?**
Yes, Au Pairs receive a basic health insurance while they are in the U.S. This insurance can be
upgraded for a fee to reduce deductible costs.

**Who should an Au Pair contact if she needs to file an insurance claim?**
Au Pairs will need to contact their insurance provider. They can visit the website or call the
number listed on the back of their insurance card. Au Pairs and Host Families with questions
about insurance may contact the Insurance Advisor in the Corporate office.

**What do Au Pairs need to do to be able to travel outside of the U.S.?**
Au Pairs will need to send in their original DS-2019 as well as any copies to Go Au Pair for travel
validation. Go Au Pair recommends Au Pairs only send these forms through FedEx, UPS or any
service that provides a tracking number since these forms cannot be replaced. Au Pairs need to
check with the Embassy of the country they are travelling to determine if they need a visa.

**Do Au Pairs need to pay taxes?**
Please refer to the IRS letter located in the Appendix.

## Extension FAQs

**Can all Au Pairs extend?**
Any Au Pair who completes all of her education and cultural event requirements in time can
extend for an additional 6, 9 or 12 months.

**If an Au Pair extends for six months and wants to stay longer, can she extend again?**
Unfortunately Au Pairs may only extend once even if their extension is less than 12 months.
Once the extension is applied for, Go Au Pair cannot change the dates of the extension.

**Can Au Pairs extend with a different Host Family?**
Yes, Au Pairs have the option to extend with a different Host Family for their second year and
some Au Pairs will elect to do so they can see a different part of the country. All Au Pairs
wishing to extend with a new Host Family must receive a reference from their current Host
Family.

**What is the deadline to apply for an extension?**
All extensions must be applied for when there are more than 8 weeks left on an Au Pair's visa.
Any extension paperwork submitted after the deadline may not be accepted.

PLAINTIFFS' RESP. APP.0001603

GAP_00007015

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Returning Home FAQs

**When does an Au Pair need to return home?**
Au Pairs are given an additional 30 days to travel within the U.S. after their year.  The Au Pair will lose her flight home if she stays longer than 30 days after her year.

**Can an Au Pair work during her 30 day grace period?**
No, this time is only to be used for travel.

PLAINTIFFS' RESP. APP.0001604

GAP_00007016

HIGHLY CONFIDENTIAL – ATTORNEY
EYES ONLY

International Representative Manual

## Appendix 1

### Training Instructions for International Representatives

Each Au Pair is required to complete 32 hours of training in order to participate in the program. To meet this requirement, Go Au Pair has developed a training system which includes DVDs, Training Manuals with Practice Tests and Exercises, and online tests.

### DVDs
There are 9 DVDs in one set. You will need to provide Au Pairs with a complete DVD set, which they must return to you. Au Pairs do not keep the DVDs. If you need more DVD sets, contact the International Representative Coordinator at ircoord@goaupair.com so we can mail you more.

### Training Manuals
Go Au Pair will provide you with Training Manuals. Give each Au Pair one Training Manual. They will keep this Training Manual and can write any notes in it they would like. The Training Manual contains the Practice Tests and Exercises which Au Pairs must complete. Please encourage each Au Pair to bring her Training Manual to the U.S. so she can reference it during her year. When you need additional Training Manuals, contact the International Representative Coordinator at ircoord@goaupair.com so we can mail you more.

### Online Tests
The training has five Modules and, at the end of each Module, Au Pairs must stop the DVD to take a test online about the material. There is no time limit on the test and Au Pairs may look at their Training Manual and any notes they have written while completing the test. In order to complete the training, Au Pairs must receive a score of at least 60% on **each** of the five tests. Au Pairs may take each test up to two times. If an Au Pair does not pass the tests after two attempts contact the International Representative Coordinator. You must request a test code from the International Representative Coordinator who will send you an email with the test code, website and instructions. Forward that email to your Au Pair.

### Training Verification Form
Once an Au Pair has watched the DVDs, completed every Practice Test and Exercise, and passed each of the Module Tests she must sign the Verification Form. This form states that she completed each part of the training. You must also sign this form to indicate that you provided the Au Pair with all of the material and verified she completed the training by looking at her Practice Tests and Exercises to ensure they are filled out. This is the only form you will need to send to Go Au Pair.

PLAINTIFFS' RESP. APP.0001605

GAP_00007017

# Exhibit 163

PLAINTIFFS' RESP. APP.0001606

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Mark Overmann <MOvermann@Alliance-Exchange.org> |
| **Sent:** | Tuesday, October 30, 2012 12:51 PM |
| **To:** | Stacey Frank |
| **Subject:** | RE: Notes from today's DOS au pair meeting |

Hi Stacey,

Below is our current au pair email list. It doesn't have the orgs listed (I couldn't get access to that remotely, since we're not in the office due to the hurricane), but I think you know who everyone is :)

Hope this helps!

Mark

Uta Christianson uchristianson@interexchange.org
John Wilhelm jwilhelm@intraxinc.com
William Gustafson bill@asse.com
Goran Rannefors goran.rannefors@ef.com
Paul Christianson pchristianson@interexchange.org
William Gertz wgertz@aifs.com
Ruth Ferry rferry@aifs.com
Thomas Areton chitom@chinet.org
Jackie Sant-Myerhoff chijackie@chinet.org
Bill Kapler bkapler3@yahoo.com
Tanna Wilson twilson@goaupair.com
Linda Mori chilinda@chinet.org
Christine Lamonica-Lunn clamonica-lunn@interexchange.org
Melanie Vuynovich mvuynovich@intraxinc.com
bkapler@alumni.princeton.edu
Grant Whelan gwhelan@ciee.org
Chris Burbach chichris@chinet.org
Natalie Jordan natalie.jordan@ef.com
Susan Hayes susan@euraupair.com
Michael McHugh mmchugh@interexchange.org
Heidi Woehl hwoehl@intraxinc.com
Linda James ljames@aupairamerica.co.uk
Susan Robinson susan.robinson@culturalcare.com
Carye Duffin cduffin@ciee.org
Ce Parker ce@asse.com
Thomas Kiechle tkiechle@aifs.de
Cindy Garruba cindy722@aol.com
Daniel Ebert debert@cci-exchange.org
Susan Hayes shayes@euraupair.com
Sararh McNamara smcnamara@aupaircare.com
John Cedergardh john.cedergardh@sts.se
Alexandra Jones ajones@cci-exchange.org
Anthony Naglieri social@culturalvistas.org

1



PLAINTIFFS' RESP. APP.0001607

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

marketing@interexchange.org
Cheryl McCain cmccain@aupaircare.com
ashley.matusiak@culturalcare.com
sfriedman@aifs.com
Mark Gaulter mark@expertaupair.com
Kim Francis kim@expertaupair.com
Katie McCormick katie@expertaupair.com
Stacey Frank stacey@agentaupair.com
A Kapler III bkapler@goaupair.com

From: Stacey Frank [stacey@agentaupair.com]
Sent: Sunday, October 28, 2012 5:24 PM
To: Mark Overmann
Subject: Re: Notes from today's DOS au pair meeting

Mark,
Do you have an Alliance-Member contact list for Au Pair sponsors? I do
have most people's contact info, but if there was a list, that would be
helpful.
Thanks,
Stacey

On 10/25/2012 02:15 PM, Mark Overmann wrote:
> Hi au pair colleagues,
>
> Many thanks to those of you who participated in this morning's meeting
> at the Department of State. Below are the 12 points (plus one) that were
> presented by DOS as components of the new proposed rulemaking. For those
> who weren't there, the Department said they are aiming to publish this
> rule in the Federal Register next spring with a 60-day comment period.
>
> They have asked us to submit in the next week or two some initial
> commentary on the below items. The Alliance plans to circulate a draft
> of our initial comment letter as early as next Tuesday, so please get us
> your thoughts on these items ASAP. We also encourage each of you to
> submit your own comments as well (to jexchanges@state.gov).
>
> Many thanks,
> Mark
>
> Areas of focus where comment has been requested:
>
> 1. Significantly expanding options to meet educational requirement,
> including: online courses and volunteering (English acquisition will
> still be a key focus of the ed. component)
> 2. Requiring transparency of fees charged to au pairs (including
> foreign agent fees) and, possibly, to families
> 3. New training requirements for sponsors: new written standard
> operating procedures (SOPs) for training and supervision of all
> staff, local childcare coordinators (LCCs), volunteers, etc., to
> prevent abuse, conflict of interest, etc.; want to ensure LCCs are

2

AAP_0000939

PLAINTIFFS' RESP. APP.0001608

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

> impartial and informed advocates for both the au pair and the host
> family
> 4. Requiring LCCs to complete DOS online training module before being
> appointed as LCC/starting duties (similar to high school program
> training module); focus of training content would be public
> diplomacy goals of program and regulatory details. Annual
> recertification to be required.
> 5. Documentation of previous child care experience (200 hours) cannot
> include family or relative references
> 6. Increase host family contribution toward educational component: "not
> exceeding $750"
> 7. Feasibility of implementing annual host family criminal background
> check, including check of national sex offender registry (for all
> adults in home 18 years +)
> 8. No placement of au pairs with relatives
> 9. Wages and hours based on Department of Labor requirements; au pairs
> to receive weekly compensation, 1.5 days off weekly, 2 weeks of
> vacation—ECA requests suggested language about hours as related to
> "overnight duties"
> 10. Transparency on previous placement when re-matching au pair with new
> host family
> 11. Increasing sponsor responsibilities for compensation, working hours,
> days off, and vacation
> 12. Providing clarification on au pair program extension requests (with
> regard to the inclusion of educational documents for any extending
> au pairs)
> 13. Permitting placements in households with only one U.S. citizen
> parent (/not included in DOS list, but suggested by group—DOS
> interested and wanted more information/feedback/)
>
>
>
> --
>
> *Mark Overmann*
>
> Assistant Director & Senior Policy Specialist
>
> Alliance for International Educational & Cultural Exchange
>
> 1828 L Street, NW, Suite 1150
>
> Washington, DC 20036
>
> (202) 293-6141
>
> (202) 293-6144 (fax)
> www.alliance-exchange.org <http://www.alliance-exchange.org/>
>
> <https://www.facebook.com/pages/Alliance-for-International-Educational-and-Cultural-
Exchange/384259685812><http://twitter.com/#!/AllianceExchnge><http://www.youtube.com/theallianceexcha

3

AAP_0000940

PLAINTIFFS' RESP. APP.0001609

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

nge>
>


--
Stacey Frank
www.agentaupair.com
415.376.0202

4

AAP_0000941

PLAINTIFFS' RESP. APP.0001610

# Exhibit 164

PLAINTIFFS' RESP. APP.0001611

Message

| | |
|---|---|
| **From:** | Heidi Woehl [hwoehl@aupaircare.com] |
| **Sent:** | 8/2/2011 8:10:42 PM |
| **To:** | Ana Fass [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=Ana]; bkapler@goaupair.com; Linda Mori [chilinda@chinet.org]; Michael McHugh [mmchugh@interexchange.org]; Natalie Jordan [natalie.jordan@ef.com]; Ruth Ferry [rferry@aifs.com]; Susan Hayes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F4f157b619b643dd940618ef56d24a3b-Susan Hayes]; Tom Areton [chitom@chinet.org] |
| **Subject:** | RE: From AuPairCare |

Dear Alliance Au Pair Sponsors:

I wanted to send along the link to a website that we learned about recently and to let you know about it too. The site is www.aupairselectionadvice.net

Last week a woman named Marie Vaughn contacted our office via phone and spoke one of our staff members. This person was inquiring about creating a referral relationship with our agency. In reviewing the correspondence, we noticed that Marie listed the website www.aupairselectionadvice.net in her signature. When went to the website and the very first thing we saw was one of our re-matching au pairs and her photos who was made available only a few hours before. The au pair was featured on the site as an AP in rematch. Interested HFs are directed to contact Marie via e-mail to obtain AP's contact info.

We spent some time navigating around the site. It indicates that Marie is a former au pair counselor with many years of experience. From doing some searches on Google I found someone with a similar name who worked for Euraupair in Denver some time back.

In addition to listing available rematch APs and Extension APs from all over the country as well as overseas applicants the site explains that Marie provides a menu of services for HFs for a fee. The services include assistance with the AP selection and matching process, conducting phone interviews of AP applicants, checking AP references, preparing AP and setting appropriate expectations, support during the program year, problem resolution and mediation, etc.

AuPairCare will be following up with Marie Vaugh about our concerns and request that au pair information that she's taken from our site be removed immediately from hers. It's highly likely au pairs from other sponsors are featured there too. It might be good if we are all sending a similar message. Please let me know if you have any questions.

Sincerely,

Heidi



EAP0001557

# intrax

**Heidi Woehl || Vice President**
AuPairCare/Work Travel/Internships

600 California Street, 10th Floor
San Francisco, CA 94108
Direct: 415.434.5517
Main: 415.434.8788

Fax: 415.434.5415
Email: hwoehl@aupaircare.com
Website: www.aupaircare.com; www.intraxinc.com

**Intrax   AuPairCare   Ayusa   Lango   ProWorld**

**From:** Michael McCarry [mailto:MMcCarry@alliance-exchange.org]
**Sent:** Monday, June 27, 2011 7:48 AM
**To:** Ana Fass; Bill Gertz; Bill@asse.com; Bill Kapler; bkapler@goaupair.com; ce@asse.com; goran.rannefors@ef.com; Heidi Woehl; InterExchange/Christine La Monica-Lunn; Jackie Sant-Myerhoff; John Wilhelm; Linda James; Linda Mori; MOvermann@alliance-exchange.org; Michael McHugh; Natalie Jordan; Paul Christianson (Paul Christianson); Ruth Ferry; Susan Hayes; Susan Robinson; tkiechle@aifs.de; Tom Areton; twilson@goaupair.com; uchristianson@interexchange.org
**Cc:** Mark Overmann
**Subject:** Au pair comment letter and survey results

Attached are a draft comment letter re ECA's proposed changes to the educational component, plus a slightly revised version of our report on the survey data. The survey will be an attachment to the letter.

Please review the letter and forward any comments or suggestions to Mark Overmann by Thursday this week. Mark will work with our Task Force chair, Ruth Ferry, to incorporate the comments and will then get the letter to ECA. We will of course circulate a copy of the final version.

Many thanks, Michael

PLAINTIFFS' RESP. APP.0001613

EAP0001558

--

**Michael McCarry**

Executive Director

Alliance for International Educational & Cultural Exchange

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)
http://www.alliance-exchange.org


Follow us on Twitter

Like us on Facebook

*2011 International Exchange Locator available for order!*
*http://www.alliance-exchange.org/alliance-store*

EAP0001559

# Exhibit 165



**United States Department of State**

*Washington, D.C. 20520*

## ANNUAL AU PAIR PROGRAM MEETING MINUTES
## THURSDAY, FEBRUARY 9, 2012
## 1:30 PM – 3:30 PM

**VENUE**
ECA/American Pharmaceutical Building, 5th floor, 5R12

**IN ATTENDANCE**
**ECA Representatives:** Acting Deputy Assistant Secretary Rick Ruth, Ida Abeli, Susan Geary, Karen Hawkins, Maha Ammar, Jackie Chisolm, Beth Melofchik, James Alexander, Nadine Zaatar, Shannon Davis.

**Consular Affairs:** Nancy McCarthy

**Program Sponsors:** Bill Kapler, GoAuPair; Goarn Rannefors and Natalie Jordan, Cultural Care Au Pair; Tiare Johnson, EuAuPair; Christine Lamonica-Lunn and Michael McHugh, InterExchange Inc.; Sara McNamara and Jennifer Brown, AuPairCare; Christine Burbach, CIII; Stacey Frank, Agent Au Pair; Helene Young, USAuPair; Jason Ankeny, TIAPE; Mark Gaulter and Megan Brown, Expert Au Pair; Stephen Lehan and Lisa Kempton, Au Pair International; Ruth Ferry and Jean Quinn, Au Pair in America; Susan Asay, ProAuPair.

**Alliance Representatives:** Michael McCarry, Mark Overmann

## ECA AND PRIVATE SECTOR OFFICE ANNOUNCEMENTS
### Rick Ruth, Acting Deputy Assistant Secretary, Private Sector Office
- **Welcome and Introductions**
- **Upcoming 26th Anniversary of the Au Pair Program**
- **ECA/EC Reorganization**
  - Effective Monday, February 13, 2012 Deputy Assistant Secretary Robin Lerner will head the Private Sector Office. Rick Ruth shall return to serve as Senior Advisor to the Assistant Secretary.
  - The Office of Compliance and Coordination will be hiring additional staff funded by the Department of Homeland Security (SEVIS fees). The new positions will be strategically appointed to enhance the Department's monitoring and oversight.

-2-

> **Status Update of Subpart-A**
> The rule was temporarily put on hold in 2011 due to management's focus on the SWT Program. Subpart-A has been drafted and is currently being cleared in-house by ECA/EC, legal, and the front office. Upon its clearance by DoS, Subpart-A shall be reviewed and cleared by OMB. All 700 comments were reviewed. Subpart-A shall require management audits for the private sector programs in addition to update CFR 62.14 insurance thresholds. Subpart-A shall **not** be broken into separate provisions for publication.

> **Status Update of Au-Pair Program Proposed Rule**
> Rick Ruth apologized for the delay in publishing the Au Pair Program Proposed Rule. The Rule is currently being reviewed by OMB. The ninety-day review began in January 2012. The main focus of the Rule is the Educational Component in addition to minor clarifications of regulations. The au-pair age limitation (CFR 62.31.d.1) and host family citizenship criteria (CFR 62.31.h.1) were not included. There will be a sixty-day comment period provided upon its publishing.

**VISA ISSUES**
**Nancy McCarthy, Consular Officer, CA/VO/F/P**

> J-visa application completion guidance is available online.

> Guidance: Departure from the United States of J-visa holders-
> - F, M, J visa holders whose exchange programs have been **Terminated** in SEVIS must depart the U.S. as soon as (possible) return travel to home country is arranged.
> - F, M, J visa holders are granted, by DHS, a 30-day travel status period upon the successful completion of their exchange programs. The 30 days start after the Program End Date entered in SEVIS and included on their DS-2019 Form.
> - F, M, J visa holders who **Voluntarily Withdraw** from their exchange programs are granted 15 days to prepare for departure from the U.S. i.e. Fifteen(15) days from the last date of **program participation** as an Au-Pair in the host home.

> Best Practice: Au-pairs must have their official travel documents -- passports, signed DS-2019 Forms, and I-94 Forms with them when traveling with host families at all times. This includes travel to the unincorporated organized U.S. territories (Guam, Northern Mariana Islands, Puerto Rico, and the U.S. Virgin Islands) and even Alaska, in case of unscheduled landings in Canada.

> Best Practice: All exchange visitors (au-pairs) are urged to make copies and safe keep their official travel documents in case of loss or theft.

> Best Practice: Sponsors' overseas partners and pre-departure orientation material should urge au-pairs to verify (and correct) the validity dates of the J-visas stamped in their passports prior to their leaving the U.S. Consulate and/or their home countries to correct any inadvertent visa inaccuracies.

> The granting and extension of J-visas are decided by the adjudicating consular officials and are therefore beyond the purview of ECA. The extension of a J-visa is not guaranteed.

PLAINTIFFS' RESP. APP.0001617

GAP_00003911

-3-

**MAINTAINING SEVIS RECORDS (Attachment-1)**
**Susan Geary, Director, Office of Compliance and Coordination**
The Office of Compliance and Coordination prepared and provided the February 9, 2012 Au Pair
Program specific guidance on updating and maintaining SEVIS "Current U.S. Address" and "Site of
Activity". The handout reinforces and clarifies Guidance Directive 2011-06 Maintaining SEVIS Records
issued on December 15, 2011. Both documents are available on the ECA website under Guidance
Directives.

All sponsors were reminded of the need to update and maintain SEVIS records as per CFR 62.70(b).


**PROGRAM ADMINISTRATION ISSUES**
**Ida Abell, Acting Director, Office of Private Sector Designation**
**Maha Ammar, Program Analyst, for the Au Pair Program**

➢ **Housekeeping Tips**
  • **Annual Reports**
    The Annual Reports for the Au-Pair Category are based on the calendar year – January 1st
    through December 31st – and the deadline for submission to the Department is June 30th. If you
    wish, you can submit your annual report anytime between January 1st and June 30 and/or send it
    with the Audit.

  • **Maintaining and Updating SEVIS: Spot Check on SEVIS Records**
    Spot checks are conducted by Office of Designation staff prior to processing re-designations,
    program expansions, and complaints. In addition, the Office of Compliance and Coordination
    staff members conduct similar SEVIS checks to ensure that current and site of activity addresses
    are updated and maintained. Sponsors are notified by DOS when inconsistencies are identified.
    However, it is the sponsors' responsibility to ensure compliance with all regulations including
    SEVIS maintenance. It is suggested that sponsors periodically check their SEVIS records to
    ensure au-pairs' current and primary site of activity addresses are being updated and maintained.

    SEVIS maintenance is critical and deficiencies are taken seriously.

➢ **Best Practices (as per Sponsors' Annual Audits)**
  • Standardized and detailed forms/templates for screening, vetting (e.g. reference checks), and
    monitoring
  • Compile and retain monitoring documentation e.g. email traffic, phone logs, signatures of au-
    pairs and host families, etc.
  • Require the completion of references/evaluations of former host families and au-pairs in case of
    rematches. The references/evaluations could provide insight for future placements and mitigate
    re-matching ineligible/unqualified au-pairs and host families.

➢ **Program Expansions**
  There is no cap on the au pair program. However, sponsors' portfolios (complaints, incidents,
  SEVIS, etc.) and program expansion documentation (staffing, financials, training, IT) are thoroughly
  reviewed prior to approval. Program expansions are not granted to sponsors who are in non-
  compliance with CFR 62.70(b)... failure to maintain and update SEVIS may be grounds for
  revocation of Exchange Visitor Program status.

PLAINTIFFS' RESP. APP.0001618

-4-

➤ **Management Audit Template**
The Management Audit template will be revised to match the regulations in the future but this will not be the first on our revision timeline (SSP and SWT will be first). Sponsors were encouraged to forward their update suggestions. The Office of Compliance and Coordination staff have been reviewing the audits submitted by sponsors.

➤ **Guidance Directives**
Guidance Directives are issued to remind and clarify existing regulations in addition to encourage best practices. Guidance Directives are not a vehicle to share DOS responses to sponsor-specific inquiries.

➤ **Honoring Contracts vs. Regulatory Compliance**
With reference to the Performance Bond, the June 3, 2011 Guidance Directive served as a reminder and not a new effective date of the February 15, 1995, Final Rule.

Federal law and (appropriate) implementing regulations would govern and take precedence over the terms of a contract entered into pursuant to such law/regulations if they, in fact, conflict.

The actions, or lack thereof, of third parties who have been outsourced core responsibilities are imputed to the sponsor.

➤ **Incidents and Complaints (Attachment-2)**
Sponsors' timely reporting and completion of the Incident and Complaint template are commended. The Reports submitted by sponsors include a timeline, possible administrative short falls, and recommended remedial course of action(s) to prevent similar situations for happening in the future.

Maha clarified the difference between incidents and complaints. She reminded sponsors of the "litmus test" of whether or not to report. Sponsors should report situations that would cause the Department and/or sponsors notoriety, disrepute, or embarrassment if covered by the media. Sponsors were advised, when it doubt, report since you can never over report.

➤ **Au-Pair Program Numbers (Attachment-3)**
The following are annual numbers of au-pair participants:

| Calendar Year | Number of Au-Pairs |
|---|---|
| 2005 | 14,011 |
| 2006 | 15,673 |
| 2007 | 17,130 |
| 2008 | 16,955 |
| 2009 | 13,533 |
| 2010 | 13,120 |
| 2011 | 13,312 |
| 2012 | 15,061 currently in the U.S. |

PLAINTIFFS' RESP. APP.0001619

GAP_00003913

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# ATTACHMENT – 1

## February 9, 2012

## Au Pair Program:

## Guidance on U.S. Address and Site of Activity

PLAINTIFFS' RESP. APP.0001620



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**
**Private Sector Exchange**
**Office of Exchange Coordination and Compliance**

**February 9, 2012**

<u>**Au Pairs: Guidance on U.S. Address and Site of Activity**</u>

For au pairs, enter the host family's name in the Address 1 field and the street address for this residence in the Address 2 field. Rules for host family names:

1. **Single Parent**: "[Last Name], [First Name]"
2. **Two Parents**: "[Last Name Parent 1], [First Name Parent 1] and [Last Name Parent 2], [First Name Parent 2]." This should also be used for two parents whose last names differ.



**Best Practice:**

In addition to entering the Host Family name in the Address1 of the Current U.S. Address section, sponsors should enter the Host Family information in the Residential Address Information section:

**Single Parent**: Enter the Last Name and First Name in the Primary Contact Fields

**Two Parents**: Enter the Last Name and First Name in Primary Contact and Secondary Contact Fields A telephone number may also be provided for the Host Family.

**Residential Address Information:**

Local Community Coordinator Last Name: Johnson

Local Community Coordinator First Name: Carolyn

Residential Address Type: HOST FAMILY

Host Family Information:

Primary Contact Last Name: Bravo

Primary Contact First Name: Joe

Secondary Contact Last Name: Bravo

Secondary Contact First Name: Jane

Telephone Number: ( 123 ) 456 - 7890 ext.

PLAINTIFFS' RESP. APP.0001621

GAP_00003915

2

## Form DS-2019 Site of Activity

The site of activity address for au pairs is the same as the U.S. address, however, SEVIS needs to capture the host family name as well in Site of Activity Name and will be displayed on Form DS-2019.  Enter the host family name in the Site of Activity and Address 1 fields and the host family street address in field Address 2.

**Required fields are marked with an asterisk (*).**

| | |
|---|---|
| 1. * Site of Activity: | Bravo, Joe and Bravo, Jane |
| 2.   Site of Activity Address: | |
| * Address 1: | Bravo, Joe and Bravo, Jane |
| Address 2: | 123 Rainbow Way |
| * City: | New York |
| * State: | NEW YORK |
| * Zip Code: | 12345 |
| 3. Remarks: | |

Sponsors are responsible for maintaining site of activity information for their exchange visitors.  An exchange visitor must have at least one site of activity.  If the exchange visitor is changing locations to a new site of activity, the sponsor should add the new site in SEVIS and mark it as the Primary Site of Activity.  Existing Site of Activity information in an Active record should not be overwritten or edited unless an error in the information must be corrected by the RO or ARO.  If an exchange visitor is returning to a past site of activity, the RO/ARO should perform an update in SEVIS to indicate that site as the Primary Site of Activity.

| Primary Site of Activity | Site of Activity | Address | Remarks | Commands |
|---|---|---|---|---|
| ⦿ | Bravo, Joe and Bravo, Jane | Bravo, Joe and Bravo, Jane 123 Rainbow Way  New York, NY  12345 | | Edit |
| ○ | Jones, Jack and Jones, Jill | Jones, Jack and Jones, Jill 55 First Street  New York, NY  12345 | | Edit  Delete |

PLAINTIFFS' RESP. APP.0001622

GAP_00003916

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# ATTACHMENT – 2

## Natures and Numbers of Incidents and Complaints

GAP_00003917

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

GAP_00003918



| Nature of Case | Numbers |
|---|---|
| Accident | 20 |
| Alcohol Violation | 7 |
| Complaint About Sponsor Staff | 20 |
| Crime And Or Arrest | 31 |
| Duties Beyond Childcare | 2 |
| Employment Hours Issue | 5 |
| Pay Problem | 12 |
| Sexual Abuse | 6 |



| Date | Incidents | Complaints |
|---|---|---|
| April-11 | 7 | 4 |
| May-11 | 10 | 1 |
| Jun-11 | 10 | 1 |
| Jul-11 | 7 | 4 |
| Aug-11 | 6 | 4 |
| Sep-11 | 6 | 4 |
| Oct-11 | 9 | 6 |
| Nov-11 | 4 | 2 |
| Dec-11 | 5 | 1 |
| Jan-12 | 14 | 4 |

# ATTACHMENT – 3

# Au Pair Program Numbers

GAP_00003919

GAP_00003920

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



| Year | Numbers of Au Pairs |
|------|---------------------|
| 2005 | 14011 |
| 2006 | 15673 |
| 2007 | 17130 |
| 2008 | 16955 |
| 2009 | 13533 |
| 2010 | 13120 |
| 2011 | 13312 |

*Au Pairs currently active in the United States: 15,061*

PLAINTIFFS' RESP. APP.0001626

# Exhibit 166

PLAINTIFFS' RESP. APP.0001627

CONFIDENTIAL – ATTORNEYS'
EYES ONLY

| | |
|---|---|
| **From:** | Michael McCarry [MMcCarry@Alliance-Exchange.org] |
| **Sent:** | Wednesday, February 1, 2012 10:04 AM |
| **To:** | Michael McCarry |
| **Subject:** | Meeting notes from fall meeting |
| **Attachments:** | Au Pair Task Force discussion report 2011.doc |

Colleagues – attached for your information, and as preparation for our Feb. 9 meeting, are the notes from the Au Pair session at the Alliance's Annual Membership Meeting in November.

Please get any agenda items to me for the 9th as soon as possible.  Thanks, M

--
**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

  

1

GAP_00004465



# Break-out session Discussion Report

## Au Pair

### November 9, 2011
### 9:00 a.m.

| | |
|---|---|
| Alliance facilitator: | Ruth Ferry, Au Pair in America |
| ECA representative(s): | Maha Ammar, Program Analyst |
| | Karen Hawkins, Policy Analyst |
| Alliance rapporteur: | Lauren Kostoulakos, Cultural Care Au Pair |

**Summary of ECA presentation:**

- Host and Participant Letters and the brochure are now available on the ECA website; paper copies will no longer be sent to sponsors.
- Due to the current SWT issues, Subpart A is not the main focus of the Department and it will likely be several months before it goes for clearance. There will be no new comment period, but there is the possibility that it may contain just the sections on insurance and the management audits in order to reduce further delays.
- The current timeline is for implementation of SEVIS II in fall 2013. It's likely that there will be additional SEVIS II workshops to solicit feedback and present progress.
- The new regulations pertaining to the Educational Component will probably be published by spring. There will also be additional updates to the regulations, mostly adding clarification to existing rules. There will be a 60 day comment period.
- Management audits: all reports are reviewed by Maha prior to redesignation and are also reviewed by Compliance staff. Karen was not sure yet what feedback will go out to sponsors once all reports are reviewed.
- The Compliance Office is growing and doing more reviews and spot checking of SEVIS records. SEVIS maintenance is critical and any deficiencies are taken very seriously.
- Sponsors are reminded of the importance of reporting serious incidents to Maha immediately, as the incident is happening and not after it has been resolved.
- Sponsors are reminded of their obligation to fully monitor the program through the sponsor's main office by using proper systems of verification. This mainly pertains to recent issues surrounding au pair working hours and wages. Monitoring compliance with the regulations is not something that should be left to Local Coordinators or host families; the sponsor must verify all reports that are submitted by Local Coordinators.

PLAINTIFFS' RESP. APP.0001629

GAP_00004466



for International Educational and
Cultural Exchange

**Summary of key issues raised in discussion:**

- Monitoring of au pair wages and hours: sponsors were concerned about the idea of timesheets; Maha reiterated that this was an example and not a requirement. She requested sponsors to be open to change that will ultimately make the program better, and she feels some sponsors need tighter controls. She also emphasized that she wants to assist sponsors and help us take preemptive measures so we don't end up in a situation like SWT is at the moment.
- The question came up as to whether au pair was being scrutinized more due to the SWT issues. Karen and Maha assured sponsors that this was not the case, but did say that ECA is under pressure to report everything and they have to be extremely thorough in their work with sponsors.
- The sponsors were concerned about directives/guidance in emails going out to some sponsors but not all. Karen mentioned she doesn't really like the idea of a lot of directives; rules should be in the regulations and most other questions should be turned back to the sponsor and be part of the sponsor's program requirements. The Department will not override a sponsor's program policy provided the regulations are being complied with.
- One sponsor brought up the question of how long an au pair can be out of the country. Most sponsors have a 30 day maximum policy; one host family was told by the Department that there was no time limit. Both Karen and Maha agreed that this issue should have been turned back to the sponsor and not determined by the Department.
- ECA is not considering a cap for the au pair program; growth of the program is still permitted and any sponsors who wish to expand should follow the procedures outlined in the manual.
- There is concern among the larger sponsors that small agencies don't have the ability to properly maintain compliance and run a quality program. ECA assured sponsors that any new applications are heavily scrutinized. Currently there are no new applications for designation, but Maha is reviewing requests for expansion from existing sponsors.
- ECA is not planning onsite reviews for au pair sponsors; sponsors did say they would welcome visits from ECA staff.
- One sponsor brought up the issue of overseas recruitment partners charging au pairs excessive amounts. Maha reiterated the past discussion about performance bonds and how they were not allowed to be charged by the sponsor or by an overseas affiliate. The Department does want full disclosure of what foreign agents are charging au pairs and it is the sponsor's responsibility to know what is charged. Sponsors assured that they ended relationships with any overseas agent who was found to be charging au pairs in excess of what was originally agreed to.
- Current rule that both host parents must be U.S. citizens: this will be addressed in the proposed rule, but currently sponsors must continue to accept only families where both parents are citizens.
- The age cap for au pairs is staying at 26; the proposed rule will clarify the age requirement at program start date.
- Sponsors asked what are the top complaints received by the Department. Most complaints are surrounding childcare, including infant qualification, but in the past quarter there have been 7 complaints about wages, thus the issue is of great concern to the Department.
- It was noted that only 6 sponsors were at the meeting and it should be suggested to other sponsors that they should join the Alliance and participate in these important discussions.

1828 L STREET, NW, SUITE 1150 | WASHINGTON, DC 20036 | TEL 202-293-6141 | www.alliance-exchange.org

GAP_00004467

Case No. 1:14-cv-03074-CMA-KMT Document 960-8 filed 03/17/18 USDC Colorado pg 86
Case 1:14-cv-03074-CMA-KMT Document 362-6 Attorney's Eyes Only USDC Colorado Page 86
of 191



**Action items/responsibility:**

- Regarding the management audit, sponsors requested aggregate figures which would then allow a determination of what the industry standard should be for audit results. Currently sponsors can only compare their own results from year to year and are unsure of what a "good" audit actually is. Karen will take this suggestion back to Compliance.
- The Department recommends that sponsors begin using the optional fields in SEVIS in advance of the SEVIS II implementation.
- Sponsors requested specific, clear direction on what "fully monitoring" the program actually means. Karen stated that it was up to the sponsors to engage in discussion with Maha to determine what the standard should be; the Department has no current plans to send out a directive to all sponsors. Sponsors should address this issue internally as well as assure that they have proper verification procedures in place.
- Sponsors requested more information on the complaints that come into the Department. The Compliance Office will eventually have the capacity to share statistics on the issues that are brought to their attention, and the office fully intends to provide this information when possible.
- Sponsors requested to have any clarifications or guidance from the Department be sent to all sponsors as opposed to individual sponsors. It was agreed that the website would be the ideal forum for policy guidance and ECA will try to implement this.

PLAINTIFFS' RESP. APP.0001631

GAP_00004468

Case No. 1:14-cv-03074-CMA-KMT Document 923-95-9 Filed 03/20/18 USDC Colorado pg 88 of 193

# Exhibit 167

Case No. 1:14-cv-03074-CMA-KMT CONFIDENTIAL - ATTORNEY'S EYES ONLY



*for International Educational and Cultural Exchange*

# Break-out session Discussion Report

## Au Pair

November 9, 2011
9:00 a.m.

| | |
|---|---|
| Alliance facilitator: | Ruth Ferry, Au Pair in America |
| ECA representative(s): | Maha Ammar, Program Analyst |
| | Karen Hawkins, Policy Analyst |
| Alliance rapporteur: | Lauren Kostoulakos, Cultural Care Au Pair |

**Summary of ECA presentation:**

- Host and Participant Letters and the brochure are now available on the ECA website; paper copies will no longer be sent to sponsors.
- Due to the current SWT issues, Subpart A is not the main focus of the Department and it will likely be several months before it goes for clearance. There will be no new comment period, but there is the possibility that it may contain just the sections on insurance and the management audits in order to reduce further delays.
- The current timeline is for implementation of SEVIS II in fall 2013. It's likely that there will be additional SEVIS II workshops to solicit feedback and present progress.
- The new regulations pertaining to the Educational Component will probably be published by spring. There will also be additional updates to the regulations, mostly adding clarification to existing rules. There will be a 60 day comment period.
- Management audits: all reports are reviewed by Maha prior to redesignation and are also reviewed by Compliance staff. Karen was not sure yet what feedback will go out to sponsors once all reports are reviewed.
- The Compliance Office is growing and doing more reviews and spot checking of SEVIS records. SEVIS maintenance is critical and any deficiencies are taken very seriously.
- Sponsors are reminded of the importance of reporting serious incidents to Maha immediately, as the incident is happening and not after it has been resolved.
- Sponsors are reminded of their obligation to fully monitor the program through the sponsor's main office by using proper systems of verification. This mainly pertains to recent issues surrounding au pair working hours and wages. Monitoring compliance with the regulations is not something that should be left to Local Coordinators or host families; the sponsor must verify all reports that are submitted by Local Coordinators.

1828 L STREET, NW, SUITE 1150 | WASHINGTON, DC 20036 | TEL 202-293-6141 | www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0001633

GAP_00004466

Case No. 1:14-cv-03074-CMA-KMT Document 962-8 filed 03/17/18 USDC Colorado pg 90
of 191



*for International Educational and Cultural Exchange*

**Summary of key issues raised in discussion:**

- Monitoring of au pair wages and hours: sponsors were concerned about the idea of timesheets; Maha reiterated that this was an example and not a requirement. She requested sponsors to be open to change that will ultimately make the program better, and she feels some sponsors need tighter controls. She also emphasized that she wants to assist sponsors and help us take preemptive measures so we don't end up in a situation like SWT is at the moment.
- The question came up as to whether au pair was being scrutinized more due to the SWT issues. Karen and Maha assured sponsors that this was not the case, but did say that ECA is under pressure to report everything and they have to be extremely thorough in their work with sponsors.
- The sponsors were concerned about directives/guidance in emails going out to some sponsors but not all. Karen mentioned she doesn't really like the idea of a lot of directives; rules should be in the regulations and most other questions should be turned back to the sponsor and be part of the sponsor's program requirements. The Department will not override a sponsor's program policy provided the regulations are being complied with.
- One sponsor brought up the question of how long an au pair can be out of the country. Most sponsors have a 30 day maximum policy; one host family was told by the Department that there was no time limit. Both Karen and Maha agreed that this issue should have been turned back to the sponsor and not determined by the Department.
- ECA is not considering a cap for the au pair program; growth of the program is still permitted and any sponsors who wish to expand should follow the procedures outlined in the manual.
- There is concern among the larger sponsors that small agencies don't have the ability to properly maintain compliance and run a quality program. ECA assured sponsors that any new applications are heavily scrutinized. Currently there are no new applications for designation, but Maha is reviewing requests for expansion from existing sponsors.
- ECA is not planning onsite reviews for au pair sponsors; sponsors did say they would welcome visits from ECA staff.
- One sponsor brought up the issue of overseas recruitment partners charging au pairs excessive amounts. Maha reiterated the past discussion about performance bonds and how they were not allowed to be charged by the sponsor or by an overseas affiliate. The Department does want full disclosure of what foreign agents are charging au pairs and it is the sponsor's responsibility to know what is charged. Sponsors assured that they ended relationships with any overseas agent who was found to be charging au pairs in excess of what was originally agreed to.
- Current rule that both host parents must be U.S. citizens: this will be addressed in the proposed rule, but currently sponsors must continue to accept only families where both parents are citizens.
- The age cap for au pairs is staying at 26; the proposed rule will clarify the age requirement at program start date.
- Sponsors asked what are the top complaints received by the Department. Most complaints are surrounding childcare, including infant qualification, but in the past quarter there have been 7 complaints about wages, thus the issue is of great concern to the Department.
- It was noted that only 6 sponsors were at the meeting and it should be suggested to other sponsors that they should join the Alliance and participate in these important discussions.

PLAINTIFFS' RESP. APP.0001634

GAP_00004467



for International Educational and
Cultural Exchange

**Action items/responsibility:**

- Regarding the management audit, sponsors requested aggregate figures which would then allow a determination of what the industry standard should be for audit results. Currently sponsors can only compare their own results from year to year and are unsure of what a "good" audit actually is. Karen will take this suggestion back to Compliance.
- The Department recommends that sponsors begin using the optional fields in SEVIS in advance of the SEVIS II implementation.
- Sponsors requested specific, clear direction on what "fully monitoring" the program actually means. Karen stated that it was up to the sponsors to engage in discussion with Maha to determine what the standard should be; the Department has no current plans to send out a directive to all sponsors. Sponsors should address this issue internally as well to assure that they have proper verification procedures in place.
- Sponsors requested more information on the complaints that come into the Department. The Compliance Office will eventually have the capacity to share statistics on the issues that are brought to their attention, and the office fully intends to provide this information when possible.
- Sponsors requested to have any clarifications or guidance from the Department be sent to all sponsors as opposed to individual sponsors. It was agreed that the website would be the ideal forum for policy guidance and ECA will try to implement this.

PLAINTIFFS' RESP. APP.0001635

GAP_00004468

# Exhibit 168

PLAINTIFFS' RESP. APP.0001636

**Bill Kapler**

| | |
|---|---|
| **From:** | Michael McCarry [MMcCarry@Alliance-Exchange.org] |
| **Sent:** | Monday, April 22, 2013 3:12 PM |
| **To:** | Bill Kapler |
| **Subject:** | Re: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL |

Thanks, Bill. I think providing the information to Dave makes sense. I'd include the bullets listed in your point 3 in the conversation with Dave.

Best, M

---

**From:** Bill Kapler <bkapler3@yahoo.com>
**Date:** Tuesday, April 16, 2013 11:37 AM
**To:** Michael <MMcCarry@Alliance-Exchange.org>
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

I am not expecting the Alliance to do anything more. I would like to get some advice and guidance how I should proceed since I am a neophyte in government worlds.

Some of the thoughts I had were:
1. I should call Goren to get the full name of the person probably in the application
2. Knowing the information you got from David, I would call David and provide some additional information
   a. the Care.com has told me they have submitted an application
   b. Submitted in April 2012
   c. Potentially under a subsidiary and probably in MA
   d. Ask if he would try to research and reconcile the differing information.
3. Contact Robin Lerner
   a. Discuss the information
   b. Give her a heads up that Care.com has said they try to use their contact in Washington to get their application approved.
   c. They said they have friends with John Kerry

*Bill Kapler*

Cell-  201-859-0693

| | Winter | Summer (May 25 - Oct 31) |
|---|---|---|
| Work- | 239-331-8973 | 609-492-3743 |
| Fax- | 239-331-8973 | 609-492-3743 |

---

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Tuesday, April 16, 2013 9:26 AM
**To:** Bill Kapler
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

Hi, Bill - I can discuss again with Dave when I get back, but I don't think there's anything more that's appropriate for the Alliance to do. Making sure ECA is aware of the situation is fine, and this is new information.

I'll be back in the office Monday if you want to discuss further. Thanks - Moscow wasn't bad temperature-wise, but still some snow on the ground. Best, M

---

**From:** Bill Kapler [bkapler3@yahoo.com]
**Sent:** Monday, April 15, 2013 2:45 PM

1

PLAINTIFFS' RESP. APP.0001637

GAP_00053607

**To:** Michael McCarry
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

I understand you are in Moscow. Hope it is not too cold.

I wanted to talk with you about David's comments. Care.com definitely submitted an application. My guess is it is a subsidiary (to minimize legal risks), but the DOS does not know that.

I can guess the lead person included in the Care.com application, since care.com hired a former management person from one of the other au pair sponsors. I have the first name but not the last name.

# Bill Kapler

Cell-    201-859-0693

|  | Winter | Summer (May 25 - Oct 31) |
|---|---|---|
| Work- | 239-331-8973 | 609-492-3743 |
| Fax- | 239-331-8973 | 609-492-3743 |

**From:** Bill Kapler [mailto:bkapler3@yahoo.com]
**Sent:** Monday, April 08, 2013 10:21 AM
**To:** 'Michael McCarry'
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

Michael,

There is an issue somewhere. I know in writing Care.com submitted their application in April 2012. I wonder if it is under a different name and it is a subsidiary. Here is what I have been told in early 2013:

*"Thanks for the note and the update. As you know, Care.com submitted its proposal to DOS last April—we expect to hear in the next few months. With changes at State and the new Secretary, we can probably expect further delay or at least unpredictable timing on response. As you probably know, Robin Lerner was Kerry's counsel on the Senate Foreign Relations Committee—people expect her to take a more senior position at State."*

What thoughts do you have to get the facts and ensure they are vetting this properly.

# Bill Kapler

Cell-    201-859-0693

|  | Winter | Summer (May 25 - Oct 31) |
|---|---|---|
| Work- | 239-331-8973 | 609-492-3743 |
| Fax- | 239-331-8973 | 609-492-3743 |

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Wednesday, April 03, 2013 2:58 PM
**To:** Bill Kapler
**Subject:** Re: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

Bill – Not a lot to report. He recalls your conversation and understands the key points. Nothing has been submitted yet in terms of an application. My sense is that there's probably nothing to do at this point.

PLAINTIFFS' RESP. APP.0001638

GAP_00053608

HIGHLY CONFIDENTIAL -- ATTORNEY EYES ONLY

Separate question – do you have any interest in participating in Congressional fund raisers? Not an Alliance activity, but Bill Gertz is organizing one or two next month. No pressure, but if you may have interest, I can provide more details and direct you to the organizers. Best, M

---

**From:** Bill Kapler <bkapler3@yahoo.com>
**Date:** Tuesday, April 2, 2013 12:59 PM
**To:** Michael <MMcCarry@Alliance-Exchange.org>
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

That is fine you can call my cell

*Bill Kapler*

Cell-    201-859-0693

|        | Winter       | Summer (May 25 - Oct 31) |
|--------|--------------|--------------------------|
| Work-  | 239-331-8973 | 609-492-3743             |
| Fax-   | 239-331-8973 | 609-492-3743             |

---

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Tuesday, April 02, 2013 12:05 PM
**To:** Bill Kapler
**Subject:** Re: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

How about if I call you about 2:30? M

---

**From:** Bill Kapler <bkapler3@yahoo.com>
**Date:** Tuesday, April 2, 2013 12:01 PM
**To:** Michael <MMcCarry@Alliance-Exchange.org>
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

What time is good or is most time OK.

I have a call at 4PM

*Bill Kapler*

Cell-    201-859-0693

|        | Winter       | Summer (May 25 - Oct 31) |
|--------|--------------|--------------------------|
| Work-  | 239-331-8973 | 609-492-3743             |
| Fax-   | 239-331-8973 | 609-492-3743             |

---

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Monday, April 01, 2013 5:13 PM
**To:** Bill Kapler
**Subject:** Re: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

Bill – sorry this slipped. Tomorrow afternoon?

---

**From:** Bill Kapler <bkapler3@yahoo.com>
**Date:** Monday, April 1, 2013 1:53 PM
**To:** Michael <MMcCarry@Alliance-Exchange.org>
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001639

GAP_00053609

When can we speak on this topic

*Bill Kapler*

Cell-    201-859-0693

|        | Winter          | Summer (May 25 - Oct 31) |
|--------|-----------------|--------------------------|
| Work-  | 239-331-8973    | 609-492-3743             |
| Fax-   | 239-331-8973    | 609-492-3743             |

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Thursday, March 21, 2013 1:41 PM
**To:** Bill Kapler
**Subject:** Re: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

Hi, Bill – I came down with something (maybe the plane is the culprit) but will try to call you tomorrow. Best< M

**From:** Bill Kapler <bkapler3@yahoo.com>
**Date:** Monday, March 18, 2013 7:40 AM
**To:** Michael <MMcCarry@Alliance-Exchange.org>
**Subject:** RE: Strategic Issues - Employment Agency Sponsor Designations -- CONFIDENTIAL

I believe this letter should not be shared to anyone other than you. These are former employees of other sponsors that are working in Care.com and I am concerned things could leak.

You can use all of the information but I would prefer it not be attributed to me. Please call me when you return on Wednesday concerning what you have learned and I can discuss my original planned next steps

*Bill Kapler*

Cell-    201-859-0693

|        | Winter          | Summer (May 25 - Oct 31) |
|--------|-----------------|--------------------------|
| Work-  | 239-331-8973    | 609-492-3743             |
| Fax-   | 239-331-8973    | 609-492-3743             |

**From:** Bill Kapler [mailto:bkapler3@yahoo.com]
**Sent:** Thursday, March 14, 2013 2:44 PM
**To:** 'Michael McCarry'
**Subject:** FW: Strategic Issues - Employment Agency Sponsor Designations

Here is the letter I sent to David and Robin. I attached them a electronic version also

*Bill Kapler*

Cell-    201-859-0693

|        | Winter          | Summer (May 25 - Oct 31) |
|--------|-----------------|--------------------------|
| Work-  | 239-331-8973    | 609-492-3743             |
| Fax-   | 239-331-8973    | 609-492-3743             |

**From:** Bill Kapler [mailto:bkapler3@yahoo.com]
**Sent:** Monday, January 14, 2013 1:39 PM
**To:** 'Eckenrode, David'
**Cc:** 'LernerRJ@state.gov'
**Subject:** Strategic Issues - Employment Agency Sponsor Designations

4

PLAINTIFFS' RESP. APP.0001640

David,

It was good to speak with you before the Holidays. I hope your Holiday was merry one and want to wish you all the best in 2013.

This email is organized into the following sections:
- Propose
- Concerns
- Background
- Information and Facts
- Summary

I also attached an email version since it may be easier to analyze.

## Purpose:

I wanted to recap our discussion concerning the potential designation of on-line employment companies like Greataupair.com/Care.com/Monstor.com and also provide some additional specific facts. Since our discussion, I had the chance to review in more detail the negative article from Janie Chuang titled "The US Au Pair Program: Labor Exploitation & the Myth of Cultural Exchange." The article attempts to categorize the DOS cultural au pair program is a disguise of a government-created domestic worker program at below-market prices. Another article in June 2011 of the Denver Post (http://www.denverpost.com/news/ci_18308603 ) focused entirely on low cost labor. I am concerned about these articles and anything else that could bolster their claims as well as other detractors who claim the DOS au pair program provides a low-cost, underclass, migrant workers.

## Concerns

I learned at the October Alliance/DOS au pair meeting that Greataupair.com and Care.com have submitted applications to be designated as sponsors. These companies are similar to Monster.com but with a focus in the personal services employment industry versus business employment industry. The discussion concerning their applications at the Alliance meeting focused only on the procedural processes of these potential designated sponsors and seemed to exclude more strategic issues. I am concerned about the strategic issues related to these types of companies, the implications, and the risks to both the DOS and the industry if they are approved. When I spoke briefly with Robin Lerner on this topic at the October meeting at the DOS offices she seemed to also have concerns.

The implications to the entire J-1 visa industry revolve around the following strategic issues and trends on the marketplace. They include:
1. Designating sponsors who are primarily employment agencies rather than educational and cultural exchange companies
2. Transforming the industry into large commercial employment agencies who are for-profit
3. Changing to a complete internet-based marketplace with less controls and minimal vetting with face-to-face contacts between J-1 participants and sponsors
4. Conflicting messages and blurring between the very specific, controlled DOS regulations with the mission of the J-1 educational/cultural exchange programs versus an open internet marketplace (minimal membership, easy access to the members) providing a diverse variety of personal services

I believe these factors will change the entire landscape of the J-1 educational/cultural exchange industry and establish dangerous precedence. Having commercial employment agencies working in the J-1 educational/cultural exchange programs can permanently damage all ECA programs. Imagine if the designated sponsor with Harrisburg incident was Monster.com or Careerbullder.com I think the DOS would have difficulty justifying the education / cultural experience of Student Work Travel when the sponsor provides predominately commercial workers looking for domestic jobs. In this situation the outside world's view concerning the J-1 educational/cultural exchange programs could be permanently damaged.

PLAINTIFFS' RESP. APP.0001641

GAP_00053611

With these significant risks the DOS needs to carefully review these strategic implications. In these situations, the decisions at a strategic level will be very different than just reviewing the detail processes, forms and training usually vetted and carried out by prior potential designated sponsors applying.

## Background

All of the sponsors, that I am aware of, focus exclusively on education & cultural exchange programs. Even with these sponsors with their roots in the cultural exchange industry, they and the DOS are under attack by various parties and in high profile articles in newspapers claiming the J-1 programs are ways to circumvent employment rules and provide low cost labor into the US and displace American workers.

I understand the DOS' goal of increasing mutual understanding between the people of other countries and Americans. Although I come from private industry, I realize and totally support the valuable role of the J-1 programs in achieving the people-to-people mission of the DOS through educational and cultural exchanges.

I believe allowing commercial enterprises as designated sponsors whose primary businesses are employment and recruiting agencies (e.g. Monster.com, Greataupair.com, Care.com, etc.) is a very dangerous precedent. With the current sponsors being primarily educational & cultural exchange companies, the DOS can declare the sponsors motivations are aligned with those of the DOS -- to provide high quality educational and cultural experiences. These potential new entrants are created only for the purpose of profit providing a wide range of personal services needing a family – from child care to elder care to domestic services. When commercial employment agencies enter into the industry, I believe it will be impossible for the DOS to defend attacks concerning the DOS' mission versus employment opportunities.

## Information and Facts

These potential new sponsors and others in the industry generally include all the types of personal in-home services needed. This includes the type of services shown on their websites:

- Child Care
    - Baby-sitters,
    - Nannies,
    - Day care centers,
    - Au pairs
    - Special needs
    - Tutoring
    - Camps
- Senior Care
    - Assisted living
    - Retirement homes
    - Continual care
    - Elder care at home
- Home & Domestic Services
    - Personal assistants
    - Personal Chefs / Cooks
    - Butlers
    - Housekeepers
    - Governesses
- Pet Services
    - Dog walkers
    - Kennels
    - Doggie Day care
    - Pet Groomer
    - Pet sitters

As you can see, this list of services is very broad and au pairs are a very small segment of the scope of personal services offered by the employment agencies and would be the only one having regulations.

6

PLAINTIFFS' RESP. APP.0001642

GAP_00053612

In addition, their <u>business model is entirely internet based</u>. This means self-service with little or no personal interaction and minimal supervision. These companies create a network of users in a self-service mode to interact with anyone else in the network with loose rules and regulations. Some companies using this business model include Monstor.com, Careerbuilder.com, GreatAuPair.com, Care.com, and Match.com. This business model in thepersonal services network include the following features (and risks):

- Self-service provides limited or no supervision concerning the information being provided and the interaction between the care giver (e.g. au pair) and the job provider (family).
- Self service business model allows millions of members signed on the network (e.g. Monster.com, Care.com, etc.)
- The care giver or job provider can set up their account and profiles in minutes and with minimal amount of time and no vetting.
- No required detailed information and background checks.
- Access and communication to all member's email address and personal information paying a minimal fee (e.g. $30 fee for 30 days)
- Easily search/compare rates for care givers – this would highlight the differences between domestic nanny costs ($20-25/hr) versus an au pair ($8/hr)
- Care giver and Job provider can communicate directly and make their own agreement without any supervision, checks and balances.
- Thousands of members are activating and de-activating their accounts all the time

The differences in business models between one of the current designated sponsors and the internet agencies would be similar to Monster.com/Care.com (tens of thousands/millions of givers/providers with minimal controls using the internet) versus Korn Ferry /Russell Reynolds (scores/hundreds of givers/providers all carefully handpicked and vetted). Both are in the employment agency industry but their business models are very different and meet different targeted users.

These entities can potentially update their current policies and systems and add staff to adhere to the DOS regulations. Unfortunately the DOS' programs would be a very small exception to their much larger business and the internet marketplace they work in. The outside world, even with the controlled DOS programs with regulations, would only think of these businesses and their internet marketplaces as employment agencies. Because of such, the press or critics of the J-1 programs would declare the J-1s visas were clearly there just to provide cheap labor. Given 99% of Monster.com's or Care.com's business is worker/company employment, I believe it would not be defensible in the court of public opinion that this low-cost placement was based on "educational/cultural exchange."

Here are some of the internet employment companies in the personal services industry. I have provided some relevant industry information concerning their on-line employment businesses.

Greataupair.com (also uses the name Intelimark Enterprises LLC):
- In December they show 62,475 available au pairs throughout the world and 96,461 care giver candidates - http://www.greataupair.com/search/hire.cfm/careType/aupair
    - 22,644 au pairs are looking for jobs in the US
    - Only 7,318 au pairs are currently living in the US (this does not show if they are legally in the US)
    - The remaining ~15,000 are outside the US but looking for work in the US
        - For example - 757 au pairs living in Germany want to work in the US
        - One German wanting to come to the US is shown as
            1. http://www.greataupair.com/aupair/Germany-Bielefeld/aupair1540133.htm
            2. Wanting housekeeping, errands, pet care and tutoring
            3. Is available for only 7 months Sept 2013 to March 2014
        - There is no known way to monitor how and which of these thousands of au pair come to the US, how long they stay, and what they do while they are here
- Because this is an open internet workspace there are many scams. We have personally seen many of these scams with just 2 of our au pairs who signed up on greataupair.com several years ago.
    - With just paying their minimal fees a scammer can have direct contact to an au pair

7

GAP_00053613

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

- o I found an example via Google search.
  - ▪ www.scamwarners.com/forum/viewtopic.php?f=4&t=6241&start=0
- Some Au Pair sponsors (including Go Au Pair) do advertise on this site
  - o Limited leads are created ~ 2 / month
  - o Almost no families want to engage a reputable designated au pair sponsor
- Anecdotal facts
  - o Multiple personal conversations with the customers state they are <u>NOT</u> looking for an agency and want to go it themselves to avoid the costs
  - o Au Pairs have received tens of emails that are scams – a frequent one describes a single parent who recently lost their spouse and needs help ASAP. They then send a fake check to the au pair (say $1,200) and say the amount should have been $1,050 and the au pair should keep the check but wire them the difference of $150 to them.

Gonannies.com:
- Types of jobs http://www.gonannies.com/Jobs/
- Search of zip code 22201 (Alexandria VA) showed
  - o 742 care helpers with nannies within 100 miles –
    - ▪
      http://www.gonannies.com/Employer/CandidateList.aspx?distance=100&zip=22201&ql=460&al=461
  - o 1,787 care helpers with nannies within 200 miles –
    - ▪
      http://www.gonannies.com/Employer/CandidateList.aspx?distance=200&zip=22201&ql=460&al=461
- Many of the care providers are working for a variety of positions – nanny to senior giver (elder care) to personal assistant

Care.com:
- Care.com's own description of their business and available on the website/internet/press releases includes:
  - o *Care.com (www.care.com) is now the largest online care destination in the world with 7 million members spanning more than 15 countries. Care.com provides a forum for families seeking care support to easily connect with millions of care providers, share care giving experiences and get advice. The company addresses the unique lifecycle of care needs that each family goes through - child care, including special needs, senior care, pet care, housekeeping and more.*
  - o *As the largest and fastest growing service used by families in the United States, Care.com intends to expand its growth through corporate and government partnerships; customized senior care service offerings; and, new vertical expansion beyond child care, special needs, elder care, pet care, tutoring and housekeeping*
  - o *We're mothers, fathers, pet owners, sons, daughters, grandchildren, friends, and members of this online community along with you. We understand the difficulties and struggles you face when trying to find the right care and services for your families, yourself, and your home*
- Child Care providers in zip code 22201 (Alexandria VA):
  - o 5,158 care providers within 10 miles
  - o 24,482 care providers within 50 miles
  - o http://www.care.com/visitor/captureSearchBar.do?care=child-care-babysitter-nanny - you can do this at the url and enter Child Care Provider, the zip code (22201), within 50 miles and enter go
- Some Au Pair agencies advertise on this website including Go Au Pair. We spend an inordinate amount of time <u>personally</u> explaining to each family that the Au Pair program is an educational & cultural program and while it does provide child care it is much more
- Care.com has several partners, none of whom are involved with educational /cultural exchange- http://www.care.com/partners-p1227.html
- Financed by at least four highly aggressive venture capital investors –
  - o Raised ~ $120MM in investments in 5 rounds per Care.com's press releases on the website
- Implications are the investors want a high profile IPO to monetize their investment

8

PLAINTIFFS' RESP. APP.0001644

GAP_00053614

- o With venture capital investment of $120MM, the enterprise value to return the expected profits to the investors will be > $1 Billion
- o Typically need a revenue of at least $200,000,000/ year
- o Business needs to be very profitable
- o DOS au pair program will be a very, small part of the employment business

In addition to the companies above, there are many internet home/personal services companies which use the internet business model and/or are personal services employment agencies. Some of these include:
- www.Aupair.com
- www.Nannies4hire.com
- www.Easyaupair.com
- www.sittercity.com
- www.aupair-world.net
- www.newaupair.com
- www.findaupair.com

Each of these companies easily claims they have 20,000 – 17,000,000 candidates in their database.


## Summary
In closing, I am very concerned about the risks of having any employment agency, like
Monstor.com/Care.com/Greataupair.com, involved with any of the DOS programs. Some of these risks include:
- Business focus is predominately employment agency or marketplace versus educational/cultural exchange
- Broad scope of personal services from child care to domestic services to pet services with Au Pair being a very, very small (<1%) of the total business (see list of services provided)
- Internet/self-service based business model
  - o Processes having open, loose controls in a self service environment, even if controlled in the Au Pair category
  - o Access to tens of thousands to tens of millions of members
- Confusion with the public between jobs and educational/cultural experience expected by the DOS mission
- Increased risk of attacks by detractors and the press
- Indefensible argument claiming the J-1 programs are not employment jobs outside of the labor rules and regulations

To prevent these risks, I recommend the DOS reviews the strategic issues related to the pending applications received by Care.com, Greataupair.com/Intelimark Enterprises, LLC or any similar future company or subsidiary. After reviewing the issues I believe the DOS should be proactive concerning the risks and conclude these and future applications should be denied for strategic issues. Being proactive by denying inappropriate applications could eliminate other similar strategic issues experienced with the Summer Work Travel (SWT) program. It was only after the SWT crisis did the DOS make changes to better align the educational/cultural exchange goals by addressing the strategic issues concerning the use of Staffing agencies, prohibiting jobs (night jobs, salmon fishing, etc.) not fitting the goal of the SWT program. By denying the employment agencies the DOS can prevent having an employment agency directly promoting/comparing domestic cost rates versus the J-1 cost rates


I am an avid supporter the DOS' educational and cultural exchanges programs and I am providing this perspective in the interest of the entire J-1 visa industry.

If you have any questions, please be do not hesitate to contact me.

9

GAP_00053615

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Bill Kapler

Cell-    201-859-0693

|          | Winter       | Summer (May 25 - Oct 31) |
|----------|--------------|--------------------------|
| Work-    | 239-331-8973 | 609-492-3743             |
| Fax-     | 239-331-8973 | 609-492-3743             |

PLAINTIFFS' RESP. APP.0001646

GAP_00053616

Case 1:14-cv-03074-CMA-KMT   Document 943-169   Filed 03/17/18   USDC Colorado   Page 102
of 192

# Exhibit 169



for International Educational and
Cultural Exchange

November 9, 2012

The Honorable Robin J. Lerner
Deputy Assistant Secretary for Private Sector Exchange
Department of State
Washington, D.C. 20520

Dear Robin:

On behalf of the Alliance and all of its members that sponsor au pair programs, thank you for the excellent meeting on October 25. Everyone appreciated the opportunity to meet with you and your staff.

Alliance conversations with ECA about the educational component have gone on for years, and sponsors are of course eager for the new and more flexibly formulated rule to go into effect. We are concerned, however, that many of the other provisions being considered for the next rulemaking are really compliance issues, and their inclusion may be driven more by a handful of recent incidents than by meaningful data.

The last au pair sponsor meeting took place on February 9, and at that time, ECA provided data that indicated very high levels of compliance. According to ECA data presented at that meeting, there were 13,312 au pairs in the U.S. during 2011, and a total of only 103 incidents and complaints in the 10 months between April 2011 and January 2012. These data clearly indicate that there are very few issues in the au pair category, and that was the explicit message we received from ECA.

In addition, we are concerned that the mandatory annual compliance audits do not appear to be informing the rulemaking process. In accordance with the Department's requirement, Au Pair sponsors have conducted compliance audits for over a decade. I asked our members after the October 25 meeting if any of them had received substantive feedback on a compliance audit. None ever has.

Sponsors have found the audit process a very useful tool for managing and improving their programs. They would welcome – and have frequently asked for – aggregate audit data that would allow them to measure their performance against colleague organizations. Aggregating such data for, perhaps, the past 3 years, sharing it with sponsors, and using it to inform rulemaking both makes sense for the au pair program and establishes a useful precedent as ECA prepares for the implementation of audits in other categories.

Specific comments on issues raised by ECA follow:

PLAINTIFFS' RESP. APP.0001648

1) **Educational component** – Sponsors appreciate the new flexibility that will be provided with the revised educational component, giving au pairs access to community service, adult education courses, and on-line learning as ways to fulfill this requirement. The last draft regulatory language we saw, however, was curiously restrictive. The phrasing seemed to preclude certain combinations of activity: for example, a weekend course plus adult education was prohibited, as was an online course combined with a traditional classroom experience. These apparent restrictions may be simply attributable to imprecise drafting rather than to regulatory intent, but in any case, we urge you to review the language carefully and to construct an educational component that is as flexible as possible. EduCare participants should also be covered by these new rules.

2) **Transparency of fees** – While sponsors support ECA's efforts to make fees transparent to participants, they have concerns about posting fees on line. Participants in different countries pay different prices, based on local economic conditions, exchange rates, and other factors. If posted on line, these differing price points would cause much unproductive confusion. [For this reason, sponsors do not support disclosing participant fees to host families.] In addition, sponsors are concerned that posting prices on line would make public information that is now proprietary. The best way to achieve fee transparency may be to require that each au pair be provided with an itemized accounting of program costs. Sponsors should create their own forms, and the preparation and presentation of this information could be confirmed through the annual audit.

3) **Training requirements for staff, agents, and local coordinators, and SOPs for supervising local coordinators.** Sponsors already do extensive training of their field staffs, and are open to suggestions of best practices. They will have valuable input in framing specific requirements. We recommend that sponsors develop their own SOPs, perhaps within a broad framework suggested by ECA. This seems to be an area that could be best handled through a discussion of best practices.

4) **Local coordinator training** – As ECA's compliance statistics would suggest, au pair sponsors have high confidence in their coordinator networks and in their own training modules. Sponsors thus do not see a pressing need for additional certification. If the Department decides to proceed with training and certification, we strongly encourage ECA to review existing sponsor materials and to work with a representative group of sponsors to develop the certification instruments.

5) **Clarification re required child care experience.** Our members hold a variety of views on this aspect of the program, and will express those directly to ECA in their individual comments.

6) **Increased family funding ($750, $1500 for EduCare) for the educational component.** No objection or additional comment.

7) **Annual criminal background checks (CBC) and National Sex Offender Registry checks for host family adults.** This prospective provision appears to be solving a problem that does not exist in a significant number of placements. Almost certainly, the au pair program has the highest rates of compliance of any category of the Exchange Visitor Program. With an extraordinarily low record of incidents and complaints, sponsors are reluctant to add a costly and intrusive requirement without a clear sense of how it would benefit the program. We believe that ECA should hold accountable any sponsor that does not consistently place participants in safe, suitable homes.

PLAINTIFFS' RESP. APP.0001649

8) **No au pairs to be placed with relatives.** Agree.

9) **Wage and hour issues.** Sponsors all agree with current regulatory requirements that au pairs receive 1.5 days off weekly and 2 weeks paid vacation, that they be compensated weekly and do not perform extra duties. As these are all current regulations and sponsors are unaware of significant numbers of complaints, we believe that concerns here are largely a matter of enforcement, rather than rulemaking. If the Department feels a need to regulate further on these elements of the program, we urge that the language be broadly drawn so as to provide space for a range of approaches to compliance. Sponsors will work to develop 'night shift' language as discussed.

10) **Transparency in rematching.** Sponsors believe this is generally standard practice in the field. Sponsors note, however, that there are two sides to every story of an unsuccessful placement, and that au pairs who are not compatible with one family can do well with another. Sponsors have every reason to want a rematch to be successful, and have the experienced perspective to carefully manage these situations. We see no need for further regulation in this area.

11) **Increase sponsor responsibilities re #9.** No additional comment.

12) **Clarification re requests for extension.** Current Bureau practice requires au pairs seeking an extension to have completed the educational component before the extension can be approved. We suggest that extensions be granted provisionally if an au pair is enrolled in course work (or engaged in other appropriate activities under the revised component) and is on a timetable to fulfill the requirement before the end of the initial 12-month program. Sponsors should be required to cancel the extension if the educational component is not completed successfully by the end of the first 12-month program. Sponsors would be accountable on this point through the annual audit.

**An additional issue:** As discussed briefly in the October 25 meeting, sponsors ask that ECA reconsider the rule excluding families with one parent who is a U.S. citizen or permanent resident. Under the rule currently in force, a U.S. citizen with an au pair must give up the au pair upon marriage to a non-citizen. The rule creates the anomalous situation that 2 green card holders may host an au pair, but not an American married to a Canadian citizen. Diversity is one of America's most fundamental characteristics, and "international" couples are a common phenomenon that has been part of the fabric of American life for generations. There's nothing inherent in these families that would make the exchange experience less "American".

**Final comment:** For over 25 years, the au pair program has provided public diplomacy value by connecting young people from around the world with American families. This deep cross-cultural exposure has enriched lives on both sides of the exchange, and created life-long friendships. The key element in this record of success has been the strong partnership between ECA and the sponsor community, who together have created a strong set of regulations, buttressed by shared high expectations for the program.

In that context, we very much appreciate the opportunity to meet with you and your staff to discuss issues you see in the program and the best way to address them. As noted above, however, we are concerned that some of the elements being considered for the rulemaking may be better addressed through compliance enforcement.

PLAINTIFFS' RESP. APP.0001650

CONFIDENTIAL - ATTORNEYS' EYES ONLY

With mandatory compliance audits and ECA's determination to hold sponsors accountable, we believe ECA should take care to regulate only where truly necessary. Giving sponsors responsibility for their programs while holding them accountable for their performance provides the framework for the strongest possible programs. It allows sponsors a level of responsibility consistent with their designations, and allows ECA staff to focus its attention and resources on issues of greatest concern.

Again, our thanks for an excellent discussion. We look forward to participating in this rulemaking, and to working with you and your staff to further strengthen the au pair program.

Sincerely,

Michael McCarry
Executive Director

GAP_00007980

Case 1:14-cv-03074-CMA-KMT   Document 943-10   Filed 03/17/18   USDC Colorado   Page 107 of 192

# Exhibit 170

PLAINTIFFS' RESP. APP.0001652

| From: | Tanna Wilson |
|---|---|
| Sent: | Thursday, April 12, 2012 3:46 PM |
| To: | Devon Kapler; Meghan Ramirez; Bill Kapler |
| Subject: | FW: goAuPair (P-4-10100): Verification Letter & Au Pair Sponsor's Management Audit |
| Attachments: | goAuPair Verification Letter for 2011; DIRECTIONS FOR AUDIT COMPLIANCE PROCEDURE TEMPLATE.DOC; DIRECTIONS FOR AUDIT COMPLIANCE PROCEDURE - EDUCARE SUPPLEMENT.DOC; Report of Independent Accounts for Non-Educare Au Pairs.doc; Report of Independent Accounts for Educare Au Pairs.doc |

| Importance: | High |
|---|---|

We hit gold!  Devon, here you go.

**Tanna** Wilson
*Managing Director*

twilson@goaupair.com
www.goaupair.com
888.AUPAIR.1 (*888.287.2471*)
801.255.7722 Ph ▪ 801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107

---

**From:** Ammar, Maha G [mailto:AmmarMG@state.gov]
**Sent:** Thursday, April 12, 2012 3:44 PM
**To:** Tanna Wilson
**Subject:** goAuPair (P-4-10100): Verification Letter & Au Pair Sponsor's Management Audit

Tanna,

This is in response to your email.

Best wishes,

*Maha*

---
_____

**Ms. Maha Ammar** ● Division Chief ● Private Sector Programs Division / Office of Designation ●

ECA/EC/PS ▪ SA-5, 5th Floor ▪ 2200 C Street, NW ▪ Washington, DC 20522-0505 ▪ Tel: 202-632-9293 ●
http://j1visa.state.gov/

<<goAuPair Verification Letter for 2011>>

The contents of the documents are the same as last year.

1

GAP_00011496

<<DIRECTIONS FOR AUDIT COMPLIANCE PROCEDURE TEMPLATE.DOC>> <<DIRECTIONS FOR AUDIT COMPLIANCE PROCEDURE - EDUCARE SUPPLEMENT.DOC>> <<Report of Independent Accounts for Non-Educare Au Pairs.doc>> <<Report of Independent Accounts for Educare Au Pairs.doc>>

AUDIT COMPLIANCE PROCEDURE TEMPLATE - Au Pair Participants (for all au pair sponsors)

AUDIT COMPLIANCE PROCEDURE TEMPLATE - Supplementary Instrument for Educare Au Pair Participants (for au pair sponsors administering the EduCare Program)

Report of Independent Accountants On Applying Agreed-Upon Procedures (for all au pair sponsors)

Report of Independent Accountants On Applying Agreed-Upon Procedures (for au pair sponsors administering the EduCare Program)

SBU

This email is UNCLASSIFIED

PLAINTIFFS' RESP. APP.0001654

GAP_00011497

# Exhibit 171

PLAINTIFFS' RESP. APP.0001655

Message

| From: | Jamie Pitts [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B662C31DB46F4946854F0F24AFA9696E-JAMIE] |
| Sent: | 9/23/2010 1:23:49 AM |
| To: | Susie Crow [/O=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a62da75f79de41c899e18e1f669a5c74-susie] |
| BCC: | Shannon Pitts [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd2c9d7d2d914b9c85be2f96e8dd124d-Shannon_bcc] |
| Subject: | Re: Is this a cheap labor web site? - new salary range to accommodate professionals |

Hi Susie,

I talked to Shannon about this and he is going to add a higher salary range
option : $500 to $1000  to accommodate professional nannies, house managers
and personal assistants, etc.

So you can let the nanny know that we understand her concerns and that we
are addressing this and she will soon see the change in salary options.

Thanks,
Jamie


----- Original Message -----
From: "Susie" <susie@greataupair.com>
To: "jamie GA" <jamie@greataupair.com>
Sent: Wednesday, September 22, 2010 4:24 PM
Subject: Fw: Is this a cheap labor web site?


> Hi Jamie,
>
> Take a look at this nanny's message from the bottom of the page.
> If this is the general conception of what people are labeling GreatAupair.
> We want to counter this.
>
> Start at the bottom, to read her comments.
> Thanks,
> Susie
>
>
> ----- Original Message -----
> From: "GreatAupair Support" <support@greataupair.com>
> To: "'Carlo Powe-Crawford'" <carloatyourservice@gmail.com>
> Sent: Wednesday, September 22, 2010 12:32 PM
> Subject: Re: Is this a cheap labor web site?
>
>
>> Dear Carlo,
>>
>> This is the first we have ever heard of GreatAupair referred to as a
>> "cheap labor or slave labor website".
>> That is certainly not how we want to be seen.
>>
>> However, we are an international website, and the salaries listed are not
>> a cap to you, who may be looking for positions in the $600, 700 or 800
>> weekly range, but to prevent aupairs who don't understand the visa rules
>> set up in the US and other countries from deciding that they want to make
>> the same salary as a "domestic or American national".
>>
>> In the US, the Department of State set up the aupair visa program and
>> mandated that the international aupairs work 40-45 hours a week for a
>> weekly salary of $195.75.  Of course the host families are paying close
>> to $350 a week, when you include the agency fees they are paying for visa
>> processing and year long support. However, the salary set for this aupair
>> visa program (by the USDOS) is slave labor wages. Many families don't
>> work their aupairs 40 hours a week, and some pay them extra, but I'm sure
>> there are host families who hire international aupairs to get the most



Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001656

```
>> out of them for the least amount of money.
>>
>> Right now, there are no nanny visa programs in the US, and aupairs can
>> only come to the US on the aupair visa, which is called a cultural
>> exchange. Part of their contract includes agreeing to accept the J-1
>> agency salary of $195.75.
>>
>> Other countries have visa salary limits that range from less than $100
>> per week, to close to $400 or 500 in a few Scandinavian countries.
>> Unfortunately, what happens, is the international aupairs register on the
>> site, see the top salary available for them to list and try to find US
>> host families to pay them those fees.
>>
>> Professional Nannies on the site list their actual salary requirements in
>> the text of their message to host families.
>> This eliminates confusion or assumptions when the families read your
>> profile information. Families registered on our site know that the salary
>> ranges go from less than 100, up to $500; or negotiable.
>>
>> Agencies or online services who restrict their services to the US market,
>> can list salary ranges without concern of the misunderstandings and false
>> expectations of international candidates.  We've struggled with how to
>> encompass higher salaries for professionals, without alienating our
>> international families/aupairs.  We have all this information available
>> on the site, but very few of the aupairs, eager to find a job, spend much
>> time reviewing visa information pages, our nanny salary FAQ.
>>
>> If there was a simple solution, we would have already implemented it.
>> We are certainly open to suggestions.
>>
>> Thank you for bringing this unfortunate "Label" to our attention.
>>
>> Kind regards,
>>
>> Susie
>> GreatAupair Support
>> www.greataupair.com
>>
>>
>>
>>
>>
>>
>>
>> ----- Original Message -----
>> Sent: Wednesday, September 22, 2010 9:50 AM
>> Subject: Is this a cheap labor web site?
>>
>>>
>>> Feedback Type: Customer Support
>>> *********************************************************
>>> Comments:
>>> This is a fantastic web site!
>>>
>>> However, be advised that there are people looking to hire workers who
>>> are listing false information about themselves at your site.
>>>
>>> These type of people make you guys look bad - besides the fact that they
>>> waste time for those of us who ARE who we say we are, who are serious
>>> about our job searches.
>>>
>>> Lastly, I believe your fees listed here are too low; topping out at
>>> $401.00 to $500.00. The dollar amount of $24,000.00 (for a full-time
>>> employee) a year for a worker (who lives outside of the clients home) is
>>> only $11,000.00 above the poverty rate. Then, when you include the fact
>>> that most of these people here don't offer their workers any health
>>> insurance - this comes off looking like SLAVERY.
>>>
>>> I've noticed that other Nanny's, Au Pairs, Personal Assistants,
>>> Housekeepers listed at your web site - many of which are young girls who
>>> appear somewhat illiterate - seem to be looking for American family's,
>>> which suggests that they'll work for ANYTHING, which doesn't make the
>>> industry of Domestic workers look good.
```

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001657
GAP00017791

```
>>>
>>> I'm debating whether or not I should remain listed here.
>>>
>>> Unfortunately, my first experience here was a bad one. It didn't feel
>>> good to have my time was wasted by Andrew Timothy Bruce from Missouri
>>> City, Texas (actually, Rosharon, Texas) who felt no qualms in telling me
>>> that this is the "cheap-worker website" and that he was told by one of
>>> his co-workers that, "... if she could get a Nanny to take care of her 3
>>> toddlers for next to nothing via GreatAuPair.com, that (you) he could
>>> certainly find someone to hang out with your (his) teenagers almost for
>>> free."
>>>
>>> If this is <i>really</i> how Great Au Pair is thought of, I don't think
>>> I belong here. Because everyone knows, "You get what you pay for".
>>>
>>> Please understand, I'm not angry at anyone or anything, as much as my
>>> feelings are hurt. Being made to feel like one should operate as "cheap
>>> slave labor" doesn't feel good. I'm sure that you understand.
>>>
>>> - Carlo Powe-Crawford
>>>
>>>
>>>
>>> Browser: Mozilla/5.0 (Windows; U; Windows NT 6.1; en-US; rv:1.9.2.10)
>>> Gecko/20100914 Firefox/3.6.10
>>>
>>> Referrer: http://www.greataupair.com/showprofile.cfm/locatorid/1131459
>>>
>>>
>>
>>
>
>
```

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001658

# Exhibit 172

**8 months**

Subject: GreatAuPair Extension Program

Body:

Dear <AP Name>,

Can you believe you that there are only 4 short months left before the end of your program year? You are probably starting to think about the future and what your next plans will be. Have you considered extending your program with GreatAuPair to stay in the United States for up to an additional year? There are options to extend for 6, 9, or 12 months from the end of your program completion date. The extension program is a great opportunity to continue your cultural exchange experience in the United States, in addition to the following benefits:

- Continue earning a weekly stipend of $195.75 from your host family
- You will receive an additional education stipend up to $500 to use for additional studies
  - 9 and 12 month extensions require you to complete 6 semester hours of academic credit or its equivalent
  - 6 month extensions require you to complete 3 semester hours or its equivalent, towards which your host family will contribute a maximum of $250
- More opportunities to travel within the United States
  - Au pairs who extend for 9 or 12 months will earn two weeks of paid vacation.
  - Au pairs who extend for 6 months will earn one week of paid vacation.

Ideally, you should begin talking with your host family and Local Childcare Coordinator now about extending. If this is something that you decide to pursue, please keep in mind that there are some important deadlines and requirements to meet before GreatAuPair can submit your extension request to the Department of State.

- You must complete your educational component and submit all proof of completion paperwork to your LCC by **<insert specific or general date>**.
- If you plan to extend with your current host family, you will not be required to pay an additional fee to extend. However, if you request a new placement for your extension term, you must pay an extension processing fee of $367 directly to GreatAuPair.



Highly Confidential - Attorneys' Eyes Only

GAP00029026

**9 months**

Subject: GreatAuPair Extension Program

Body:

Dear <AP Name>,

By now we hope you have taken some time to discuss extension options with your host family and LCC. If you have not done so yet, please be advised that you are running out of time to take advantage of this unique opportunity.

Don't forget, you must complete your educational component of 60 hours/6 credits from an accredited school and submit your proof of coursework completion to your LCC by <insert specific or general date> if you wish to extend.

If you have already decided to forgo the extension option and return to your home country at the end of your program, you will need to fill out and return the attached Return Flight Request form. Please carefully review and fill out the form completely. Be sure to note the deadline on the form for submitting the information to GreatAuPair so that we can begin making all necessary arrangements for your eventual departure.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001661

**10 months**

Subject: GreatAuPair Extension Program

Body:

Dear <AP Name>,

This is the final opportunity to submit your extension paperwork. Without exception, GreatAuPair will no longer be able to submit an extension request to the Department of State unless your completed paperwork is not received by <insert deadline date>.

No interest in extending? Have you submitted your Return Flight Request paperwork? Be sure to note the deadline on the attached form for submitting the information to GreatAuPair so that we can begin making all necessary arrangements for your eventual departure.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001662

Case 1:14-cv-03074-CMA-KMT Document 945-169 Filed 03/17/18 USDC Colorado Page 118 of 192

# Exhibit 173

PLAINTIFFS' RESP. APP.0001663

| Message | |
|---|---|
| **From**: | brandon purcell [brandonpurcell@gmail.com] |
| **Sent**: | 1/22/2014 3:52:24 AM |
| **To**: | Heidi Mispagel [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=64356d5144ff49dba41c838904a4a5e8-heidi] |
| **Subject**: | Fwd: Maria, we'd like to talk with you about being an Au Pair in the USA |

final version

---------- Forwarded message ----------

From: **GreatAuPair** <support@greataupair.com>

Date: Wed, Jan 22, 2014 at 3:50 AM

Subject: Maria, we'd like to talk with you about being an Au Pair in the USA

To: brandonpurcell@gmail.com

 

Dear Maria,

Do you love children? Would you like to spend a year in the US living with a caring American family? Choose your host family and GreatAuPair will take care of your J-1 au pair visa, airfare, travel arrangements, training and insurance. We will support you to have a great year!

**Want to learn more? Just reply to this email and ask. Our staff will be able to answer all of your questions. What's the best way to reach you? Email, phone or Skype?**

Ready to Apply? 

Benefits of being an au pair:

- Earn a weekly stipend of US $195.75 (US $10,179 per year)
- Support from your local GreatAuPair Childcare Coordinator
- Receive round-trip airfare to the US
- Receive up to $500 to take classes while in the US
- Two weeks paid vacation for travel
- Improve your English and gain new skills for your future
- Make new friends, travel and see the United States

 GreatAuPair is designated by the US Department of State as a J-1 Au Pair Program Sponsor. That means we can serve as your au pair sponsor so you can stay in the US for up to two years on a J-1 au pair visa.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001664



GAP00036912

You can also visit our website at GreatAuPairUSA.com to learn more about the US au pair program. We look forward to helping you become an au pair with GreatAuPair!


Sincerely,

Your friends at GreatAuPair.com

Skype: aupairsupportga


© 2014 GreatAuPair, LLC, 6836 Bee Caves Road, Suite 222, Austin, TX 78746 USA.

If you prefer not to receive this email again, please go here.

If you prefer not to receive another email from us, please go here.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001665

Case 1:14-cv-03074-CMA-KMT   Document 943-169   Filed 03/17/18   USDC Colorado   Page 121 of 192

# Exhibit 174

PLAINTIFFS' RESP. APP.0001666

Message

| | |
|---|---|
| **From:** | Casi Marsh [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A7AA989B0D245EFB4F279ADF5261A95-CASI] |
| **Sent:** | 12/3/2014 10:37:50 PM |
| **To:** | |
| **Subject:** | RE: GreatAuPair Family |

Hi Danae,

The weekly stipend is always the same for all Au Pair and It is $195.75 a week.

Sincerely,

Cassandra Marsh
Au Pair Recruitment Specialist
Direct 707-666-0589  ::  Email casi@greataupair.com
Main +1 512-900-8331  ::  Skype casi_greataupair

**GREATAUPAIR**

**From:**
**Sent:** Wednesday, December 03, 2014 12:29 PM
**To:** Casi Marsh
**Subject:** Re: GreatAuPair Family

Dear Cassandra,

I hope you are doing well.

I just had a quick question, I was wondering about the salary of the Au Pair jobs, if they are all the same or if it always depends on the family you are in. Also, could you just remind me again of the salary an Au Pair receives?

I will finally be sending off my application tomorrow.



EXHIBIT
p.Hs
1 5/
5·31·17

Highly Confidential - Attorneys' Eyes Only

GAP00013193

All the best,

███

On Nov 28, 2014, at 2:06 PM, █████████  █████████████ > wrote:

Hi Cassandra,

Of course, I absolutely understand that and am really open to all interviews :)

I am just getting my last two papers uploaded so that I can send of my application.

Best

███

On Nov 26, 2014, at 4:33 PM, Casi Marsh <Casi@GreatAuPair.com> wrote:

Hi███

There is a chance you can find a family in those areas but it could take much longer. You really need to be open to interviewing families in different areas so you can practice doing interviews and you can get to know what you are really looking for in a family.

About the schooling. You need to attend an accredited college, if the college has yoga classes then you can talk to your LCC about if it is an accepted class.

Sincerely,

Cassandra Marsh
Au Pair Recruitment Specialist

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001668

GAP00013194

Direct 707-666-0589  ::  Email casi@greataupair.com
Main +1 512-900-8331  ::  Skype casi_greataupair

<image001.png>

**From:**
**Sent:** Wednesday, November 26, 2014 3:01 AM
**To:** Casi Marsh
**Subject:** GreatAuPair Family

Dear Cassandra,

It was really great to finally meet you the other day. I hope you are doing well.

I do have some questions regarding the Au Pair Program.

The reason to why I would love to be an Au Pair is because I really love children.

Please don't get me wrong but I prefer to be honest before there is any miscommunication between us. The last time, when I went to the US to do my Yoga Teacher Training, I fell in love with mainly Santa Monica and Venice but also with Larchmont and Westwood.

I do remember you telling me that it is not so much about the area you live in, but rather the family you live with. Still though, I was wondering wether there is a chance to find a family that is suitable for me in these areas?

I am aware I have to take part in the college courses which I would greatly enjoy but also, there is a Yoga course during the weekends which I could do in any of these areas which would expand my education as a Yoga Teacher.

Perhaps you could take this into account whilst finding a family for me?

Sending you Love

Best Regards,

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001669

███

On Nov 24, 2014, at 5:31 PM, ███████ ████████████████ > wrote:

Great, looking forward.

I just added you now, my Skype name is Danae,

Best

On Nov 24, 2014, at 5:24 PM, Casi Marsh <Casi@GreatAuPair.com> wrote:

Dear ████

10 am would be fine. Please add me to Skype and message me when you are ready. My Skype name is Casi_GreatAuPair.

Sincerely,

Cassandra Marsh
Au Pair Recruitment Specialist
Direct 707-666-0589  ::  Email casi@greataupair.com
Main +1 512-900-8331  ::  Skype casi_greataupair

<image001.png>

Highly Confidential - Attorneys' Eyes Only

**From:** [REDACTED] m

**Sent:** Friday, November 21, 2014 1:06 PM

**To:** Casi Marsh

**Subject:** Re: Welcome to GreatAuPair!

Dear Cassandra,

Great. How would Monday morning 10am be for you?

That would be 7pm for me Monday evening, I believe.

Best,

[REDACTED]

On Nov 21, 2014, at 8:55 PM, Casi Marsh <Casi@GreatAuPair.com> wrote:

Hi [REDACTED],

Thank you for your email. I will be available Monday or Tuesday morning and I live in California so I am 9 hours behind you. Can you tell me what day you are available in the afternoon?

I look forward to meeting you.

Sincerely,

Cassandra Marsh
Au Pair Recruitment Specialist
Direct 707-666-0589  ::  Email casi@greataupair.com
Main +1 512-900-8331  ::  Skype casi_greataupair

<image001.png>

Highly Confidential - Attorneys' Eyes Only
GAP00013197

**From:** ▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮n]
**Sent:** Tuesday, November 18, 2014 3:14 PM
**To:** Casi Marsh
**Cc:** ADAYSS
**Subject:** Re: Welcome to GreatAuPair!


Dear Cassandra,

I hope you are well. Thank you so much for your email.

I am still working on getting all my papers together for the application form but should be done very soon.

I would be more than happy to schedule a Skype Interview. As I live in Europe (Spain) please let me know, what time would be best for you to Skype,

Looking forward,

Best regards


▮▮▮▮

On Nov 17, 2014, at 8:11 PM, Casi Marsh <Casi@GreatAuPair.com> wrote:



Dear Au Pair,


My name is Casi Marsh, and I am the Au Pair Recruitment Specialist here at GreatAuPair. I would like to be the first to welcome you to our J-1 Au Pair program.


Now that you have started your Au Pair Application, you will be contacted by our International Representative, who will be able to answer any questions in regards to your application. After we receive the required documents, your Representative will conduct your in-person interview as well as verify your references.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001672

Your GreatAuPair Representative is:

Name: AEAAF

Email: info@adayss.com

Also, prior to meeting our Int. Representative, we will ask you for a short Skype interview. Please send me an email to schedule the call in advance.

Your Au Pair experience is about to begin, and we are happy to be by your side.

If you have any questions, please contact your Representative, or me directly.

Sincerely,

Cassandra Marsh
Au Pair Recruitment Specialist
Direct 707-666-0589 :: Email casi@greataupair.com
Main +1 512-900-8331 :: Skype casi_greataupair

<image001.png>

Highly Confidential - Attorneys' Eyes Only

PLAINTIFFS' RESP. APP.0001673

Case 1:14-cv-03074-CMA-KMT   Document 943-169   Filed 03/27/18   USDC Colorado   Page 129
of 192

# Exhibit 175

| Message | |
|---|---|
| **From**: | Shannon Pitts [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FD2C9D7D2D914B9C85BE2F96E8DD124D-SHANNON_BCC] |
| **Sent**: | 10/9/2014 4:55:20 PM |
| **To**: | Jamie Pitts [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b662c31db46f4946854f0f24afa9696e-Jamie]; Jennifer Brown [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6237603f93164fff9fb8b84bac2dbdb7-jennifer]; Carey Curry [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=94c73be1faa14a6d9e3a267ca89a2307-carey]; Barbara Manko [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8ff217a6fbbe443681c15b5dca30f6db-barbara]; Lucia Jennings [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8efaea4f97e74ebc8d7efb0f124410f7-lucia]; Susie Crow [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a62da75f79de41c899e18e1f669a5c74-susie]; Jerrica Zyanna [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d27da5cfd81645a4a982a0a0907b9b2c-jzyanna]; Jodi Teders [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=be5ff30fc2e5402a9711f4821e89ba3a-jodi] |
| **CC**: | Steve Mollin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b2f0bfb353544eca8ba1d7d7832339ea-steve]; Jacob Reid [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b5092ee1650482eac1aa743625127f0-jacob]; Jeff Chastain [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f0fac40c4bc4441aa165f248cdc17d8b-jeff]; Dan Skaggs [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=378eaa39e38242fc897d579076922b80-dan] |
| **Subject**: | HF Lead Gen Email Campaign Preparedness |

All,

On Monday, we are planning to send out 118,000 emails to new potential host families who have 2 or more kids from infant to 10 years old, that live in the zip codes serviceable by our current LCCs. Jennifer has planned to meet with the HFS and CSR teams tomorrow (Friday) to walk through the process.

## Complaints

Some people may be upset that we sent them an email and may wonder how we got their contact information. We purchased an opt-in mailing list from a provider. If the family would like to opt out of our mailings they need only to click "unsubscribe" in the email and they will be removed from our list.

## Capture Leads in Rave7

You should expect to receive phone calls from email recipients who may want more information about the au pair program. While providing information, check Rave7 or Flex to see if we have their contact information. People who call in that are interested, should be in Rave7 as a hot lead or they should be in the process of registering. If not, be sure to get their contact details into Rave7 with notes so we can follow up.

Talking Points

EXHIBIT
Pitts
16
5-31-17

PLAINTIFFS' RESP. APP. 0001675
Highly Confidential - Attorneys' Eyes Only

## GreatAuPair offers you distinct advantages over other childcare providers by:

- Offering the largest selection of au pairs to ensure you the best match, giving you more choice, convenience and control
- Presenting fully trained candidates. All au pairs have completed our proprietary 32-hour, comprehensive childcare development and safety training program
- Getting you care quickly. Our fast, three-week au pair arrival schedule is the fastest available
- Waiving the application fee saves you $325
- Eliminating in-country airfare saves you up to $450
- Paying your U.S. government SEVIS fee, we save you $35
- Offering flexibility. You get 45 hours of childcare for less than $350 per week – less than daycare
- Supplying live-in help to assist with child-related tasks such as meal prep, clean up and laundry
- Providing professional local and national support dedicated to ensuring a successful program term for you and your au pair

## Understanding the costs

There's a lot that goes on behind the scenes to recruit, screen, qualify and train au pairs, then make sure you are matched with the best possible au pair for your family. We manage all the logistics and provide the au pair with insurance so that you simply have to pick up your au pair at the airport. After your au pair's arrival we continue to provide local and national support with monthly meetings and cultural activities as mandated by the Department of State. You receive full-time, live-in childcare for a low average weekly rate of $348, which includes the au pair's stipend, regardless of how many children you have. Because this is a cultural exchange program you are able to pay a cost lower than the average minimum wage and lower than the cost you'd pay for daycare. Here's the breakdown based on 45 hours per week for 52 weeks:



| Annual Cost | Monthly Cost | Weekly Cost | Hourly Cost |
| --- | --- | --- | --- |
| $18,079 | $1,507 | $348 | $7.73 |

Learn more about the costs and available discounts for hosting your au pair:
https://www.greataupairusa.com/aupaircosts/aupaircosts.cfm

## What au pairs can and cannot do for you

Since the U.S. J-1 Au Pair Program is a cultural exchange program governed by the U.S. Department of State, there are specific rules that apply to au pairs. Please see our Au Pair Responsibilities section for details:
https://www.greataupairusa.com/aupair/aupairresponsibilities.cfm

## GreatAuPairDetails on Saving Over $3,100

If families want to understand how they can save over $3,100 in childcare, this refers to available Childcare Tax Credits as follows:

## U.S. Department of State

GreatAuPair is designated by the U.S. Department of State to provide host families with legal au pairs for up to two years on a J-1 visa. This is important because:

- The regulated nature of the Au Pair Program ensures you are receiving properly trained, experienced and qualified childcare with a professional support network for both the host family and the au pair

Federal and state tax credits are available to families who legally account for their childcare expenses, including:

- Up to $5,891 from the federal Earned Income Tax Credit

PLAINTIFFS' RESP. APP.0001676
Highly Confidential - Attorneys' Eyes Only

GAP00016735

- Up to $1,000 per child from the federal Child Tax Credit
- Up to $2,100 from the federal Child and Dependent Care Tax Credit

**Potential Host Families will receive this email:**



## Welcome Shannon,

You are invited to host an au pair for live-in childcare.

**See Au Pairs**



## Culturally rich, yet so affordable

For just $7.73 per hour, you get experienced live-in childcare 45 hours per week. See our au pairs and discover how you can save over $3,100.

**Connect Now**

## Since 2001

We've been dedicated to providing host families the absolute best service and selection of trained and experienced au pairs. In fact, GreatAuPair is approved as a designated sponsor by the US Department of State to provide legal au pairs for up to two years on a J-1 au pair visa. We're held to the highest possible standards, and we wouldn't have it any other way.



GREATAUPAIR'USA

© 2014 GreatAuPair, LLC, 6836 Bee Caves Road, Suite 222, Austin, TX 78746 USA
If you prefer to not receive emails from us, you can **unsubscribe**.

PLAINTIFFS' RESP. APP.0001678
Highly Confidential - Attorneys' Eyes Only

GAP00016737

**If they click a link in the email, they will go to this landing page:**



GAP00016738



Highly Confidential - Attorneys' Eyes Only
GAP00016739



If they submit the lead form in the landing page above, their contact details will appear in the Rave 7 lead list and we'll need to call them within 24 hours to follow up. They will also receive this email:

Dear Shannon,

Thank you for your interest in hosting an au pair through GreatAuPair. Our Host Family Services department will reach out to you within one business day to personally assist you, or you can call us now at 800.604.2507.

Watch this short video to see what an au pair can do for you.



If you're already familiar with the US J-1 Au Pair Program, and you'd like to get started now, you can begin your application at GreatAuPair.com.

If you'd like to learn more about our program, please visit GreatAuPairUSA.com.

Sincerely,

**Carey Curry**
**Manager Host Family Services**
Office 800.604.2507
Email carey@greataupair.com



© 2014 GreatAuPair, LLC, 6836 Bee Caves Road, Suite 222, Austin, TX 78746 USA
If you prefer to not receive emails from us, you can **unsubscribe**.

And then they will be sent to Find an Au Pair here:

Please let me or Jennifer know if you have questions about this campaign or how to support potential customers through this process.

Sincerely,

Shannon Pitts
CEO
Office 512-772-1191 :: Email shannon@greataupair.com
Mobile 925-202-3977 :: Skype shannon_pitts
GREATAUPAIR

Case 1:14-cv-03074-CMA-KMT   Document 943-169   Filed 03/27/18   USDC Colorado   Page 139
of 192

# Exhibit 176

PLAINTIFFS' RESP. APP.0001684


GREATAUPAIRUSA

# Au Pair Agreement

## Instructions

As a participant in the United States Department of State Exchange Visitor Program, you must agree to and abide by the program regulations, the rules of your sponsor, GreatAuPair, and the state and federal laws of the United States. Please carefully review the terms of this Agreement, then sign and date this Agreement via our secure electronic signature service to be sure it is automatically attached to your GreatAuPair online account.

## Au Pair Agreement

The following agreement ("Agreement") is entered into between GreatAuPair, a Delaware Limited Liability Company ("GreatAuPair") and (first and last name of au pair) _____ ("I", "me" and "my") and outlines a minimum standard of participation and conduct for the Au Pair Program ("Program").

I, the undersigned, agree that Program regulations issued by the United States Department of State (22 CFR 62.31) ("Regulations") and GreatAuPair information, guidelines, brochures and handbooks are deemed incorporated in this Agreement. I acknowledge receipt of a copy of the Regulations as they apply to me. I understand that if receipt is any confusion between this Agreement and the terms of any other contracts, agreements, or GreatAuPair materials of any kind, the terms of this Agreement shall prevail.

## Qualifications, Placement and Arrival

1.  I understand that the Program is a minimum twelve (12) month long J-1 Visa cultural exchange childcare program in the USA.

2.  I confirm that I comply with all the requirements for the Program including, but not limited to: that I have never been charged with or convicted of a criminal offense; I have successfully completed my secondary education and I am in good health. I confirm that the information I have given in my au pair application is accurate; all qualifications described, certificates and references provided are genuine. I understand that in order to care for children under the age of two, I must have at least 200 hours of documented childcare experience with children under the age of two. I understand that GreatAuPair has the exclusive right to determine my suitability for acceptance and for my continued participation in the Program.

3.  I understand that it is entirely my choice to participate and continue in the Program and to accept or decline a placement with a host family presented to me, and that it is my responsibility to read and understand all the information provided to me regarding a prospective host family. I agree to interview with the potential host family by Skype and/or telephone and request additional information, if needed, before accepting the placement.

4.  I will complete all visa and screening requirements and obtain a passport that is valid for a minimum of 26 months beyond my departure to the USA.

5.  I agree to review all GreatAuPair pre-departure material before my departure to the USA.

6.  I agree to complete GreatAuPair's 32-hour online Au Pair Academy training before my departure to the USA.

7.  I will be present in good time for all flights or other transportation provided or arranged by GreatAuPair.

8.  I understand that Program flights will depart from and return to designated airports, that I am responsible for my own transportation to the specified departure airport in my home country and for transportation to a designated US airport in time for my return flight. I understand that I am responsible for costs prior to departure and upon my return. I understand that GreatAuPair will not be responsible for alternate transportation, or airline baggage costs or airport taxes. I understand that if I change my ticket after it has been issued, I will be responsible for paying a change fee and


EXHIBIT
18
5·31·17

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001685

GAP00036023



Case 1:14-cv-03074-CMA-KMT Document 943-16 Filed 03/17/18 USDC Colorado Page 141 of 192

GREATAUPAIRUSA

other airline penalties. I understand that on the completion of my Program, I am expected to depart on the date and time arranged by GreatAuPair. I understand that GreatAuPair cannot book my return flight for a date later than thirty days after the completion of my Program.

9. I agree to keep the forms DS-2019 and I-94 safe at all times and I understand that it is costly to replace lost forms, and if lost, I must immediately replace such forms at my own cost. I understand that, should I wish to travel outside the US during my Program, I must submit (and receive) my sponsor-signed Form DS-2019 from GreatAuPair prior to leaving.

10. I understand that if I am in good standing with the Program, I may legally remain in the US for 30 days after my program end date. I understand that I have been advised not to travel outside of the U.S. during this 30-day grace period as I may not be able to re-enter the US during this time.

## Program Requirements

1. I understand that during my Program participation:

    a. I may provide child care and light childcare-related housework for up to 10 hours per day and not more than 45 hours per week.

    b. I will receive a weekly stipend from my host family as determined by the Department of State, currently set at $195.75 per week.

    c. I will have a minimum of one full weekend off per month (Friday evening to Monday morning), at least 1.5 days off each week and two weeks (10 days) paid vacation over the 12-month program.

    d. I will receive a $500 educational allowance from my host family to enroll in and complete not less than six credit hours of study at an accredited post-secondary institution. I will be responsible for costs exceeding that amount. (The educational component for a 6-month extension is not less than three credit hours of study or its equivalent and the host family contributes up to $250. The educational component for a 12-month and 9-month extension is not less than six credit hours and the host family contributes up to $500).

    e. I may not accept any form of paid employment in the US during my stay other than within my duties as an exchange participant with my current host family.

    f. My host family must provide me with a suitable private bedroom.

    g. A parent or other responsible adult must remain in the home for the first three days following my arrival.

    h. I may not have the sole responsibility of a child younger than three (3) months. If my host family has a child younger than three months of age, a parent or other responsible adult must be present.

2. I understand that active and safe care of the children is my first priority as an au pair. I agree to be diligent, conscientious and involved while caring for children and to never leave a child unattended and to never put a child at risk in any way. I agree to limit personal internet and phone communication while caring for children. I understand that by caring for children I am assuming a great responsibility.

3. I understand that all vacation and free time must be planned and mutually agreed upon in advance with my host family.

4. I agree to perform the child care responsibilities outlined by my host family to the best of my ability and with due respect, and make every effort to act as a caring, responsible family member. I will abide by my host family's household rules. I will discuss and agree to the rules for use of internet, cell phone and phone use with my host family. I will accept any cultural differences in the spirit of cultural exchange.

© 2014 GreatAuPair LLC

Highly Confidential - Attorneys' Eyes Only

5.  I understand that I will be responsible for all personal debts (personal phone calls, gas usage, etc.) during my Program.

6.  I agree to not use an automobile without express permission from the owner and that any agreement to use any automobile is strictly between the automobile's owner and me. I agree to not use an automobile unless I have the required papers for driving in the state, and the owner has obtained all mandatory automobile insurance coverage required for me. I understand that I am required to obtain a state driver's license where my host family lives even if the state does not specifically require it. I understand that in the event of an automobile accident, I may be liable for an insurance deductible up to USD $500 per accident. I understand that in addition to a local US state driver's license, I need to have my foreign driver's license and my international driver's license with me when driving.

## Supervision, Monitoring and Support

1.  I will cooperate fully with those supervising the Program on my behalf, maintain monthly contact with my Local Childcare Coordinator or other GreatAuPair representative in my Local Childcare Coordinator's absence and abide by any reasonable instructions they may give me. In addition to the terms of this Agreement, I agree to abide by additional reasonable terms and conditions stipulated by GreatAuPair. I agree to attend GreatAuPair monthly activities organized by my Local Childcare Coordinator.

2.  I agree to, as soon as possible, notify my Local Childcare Coordinator in case of dissatisfaction, concerns and/or problems including, but not limited to; my health, safety and welfare, adjustment to my host family and/or the American culture, misunderstandings, disagreements or problems with my host family, fulfilling my educational requirement, homesickness, language or other concerns. In situations where I am having problems with my host family, I agree to consult with and/or meet with my Local Childcare Coordinator or other GreatAuPair representative(s).

3.  I will immediately report to GreatAuPair unusual or serious situations or incidents involving either my host family or myself.

4.  I understand that a GreatAuPair representative will contact me within forty-eight hours of my arrival and meet with my host parent(s) and me within two weeks of my arrival. I agree to make myself available for these contacts and to immediately contact my Local Childcare Coordinator or Regional Director if these contacts have not taken place.

5.  I understand that I must keep a minimum of USD $500 for emergency purposes during the Program.

## Program Fees

1.  I understand that I will be required to pay program fees to participate in the GreatAuPair program.  The program fees cover the following:

    a.  Processing of my GreatAuPair USA application
    b.  Circulation of my au pair application to potential GreatAuPair families
    c.  Placement with a carefully screened American host family
    d.  A DS-2019 form to obtain my J-1 au pair visa
    e.  Round-trip international airfare from a pre-determined city of departure in my home country to my host community in the U.S.
    f.  Access to GreatAuPair's online training Academy
    g.  Medical and accident insurance coverage during my program dates
    h.  Support from GreatAuPair, including after-hours emergency support

2.  I understand that other costs associated with my participation in the program such as costs to apply for a J-1 visa, local transportation cost to the city of departure and other expenses associated with my program participation are my responsibility.

3.  I understand that GreatAuPair offers program Cancelation Insurance that will provide me with a full refund of program fees paid in the event I withdraw from the program after matching and prior to arrival.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001687

GAP00036025



4. I understand and accept that GreatAuPair's refund policy is as follows:

| Application Fee | Terms |
|---|---|
| **$200 Application Fee** | If you were required to pay an application fee, the application fee is non-refundable for any reason, including not being accepted by GreatAuPair. |
| **Program Fee** | **No Cancelation Coverage** |
| **Cancelation after matching** | Program fees are due upon matching and are non-refundable if you cancel. If your visa is denied by the U.S. Embassy or Consulate, you will be eligible to receive a refund of your program fees less a $200 administrative fee. Proof of denial may be required. |
| **Program Fee** | **Cancelation with Cancelation Coverage** |
| **Cancelation after matching** | If you purchase GreatAuPair Cancelation Insurance, you will receive a full refund of program fees (excluding the application fee) if you cancel prior to arrival in the USA. Full refund will apply to visa denials as well. |
| **Elite Insurance Upgrade** | **Insurance Premium** |
| **Cancelation prior to arrival** | Insurance premium upgrades are non-refundable once you enroll in the Elite-level insurance program and arrive to the United States. If you cancel prior to arrival, you will receive a refund of the insurance premium less a $50 administrative fee. If you purchased Cancelation Coverage, the $50 administrative fee will be waived. |

## Insurance

1. I understand that during the Program, I will be covered under GreatAuPair's Comfort Plus basic health insurance and that I have reviewed my coverage plan as provided by GreatAuPair.

2. I understand that, prior to my arrival in the U.S., I have the option to purchase an insurance upgrade to GreatAuPair's Elite policy, which includes third-party liability. This upgraded insurance will be valid for the duration of my 12-month program. Should I elect to extend my program for an additional 6, 9 or 12-months, I will be required to maintain my Elite policy during the extension period and that an additional Elite insurance fee will apply.

3. Insurance provided by GreatAuPair is valid from the start date to the end date of the Program. I understand that in order to have insurance coverage during my 30-day grace period month, I must purchase one additional month of insurance.

4. I agree to and understand the insurance policy and agree to pay for any medical or transportation expenses that are not covered by the insurance such as co-payments and emergency room deductibles. I understand that any conditions or illness I am suffering from prior to entering the U.S. will not be covered under any insurance. I release GreatAuPair from any liability relating to my actions or choices to receive or not receive medical care. I understand that my insurance and participation in the Program does not cover costs related to court appearance assistance, liability insurance or legal fees.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001688

GAP00036026



5. I understand that the insurance plan does not provide benefits for any injury, illness, sickness, disease, or other physical, medical, mental or nervous condition, disorder or ailment that, with reasonable medical certainty, existed at the time of application or at any time during the six (6) months prior to the effective date of the insurance, including any subsequent, chronic or recurring complications or consequences related thereto or arising there from, whether or not previously manifested or symptomatic, diagnosed, treated, or disclosed prior to the effective date (a "pre-existing condition"), and that all charges and/or claims incurred for pre-existing conditions will be excluded from coverage under the insurance.

6. **Medical Release.** I hereby authorize any doctor, practitioner of the healing arts, hospital, clinic, healthcare related facility, pharmacy, government agency, insurance agency, insurance company, having information as to any of my care, advice, treatment, evaluation, diagnosis or prognosis for any physical or mental condition, or financial and employment status, to provide such information to the insurance company.

7. **Certification.** I hereby certify, represent and warrant that I (i) am eligible to participate in the insurance plan and (ii) am currently in good health and have not been diagnosed with, sought consultation or been treated for, and have not experienced any manifestation or symptoms of and do not suffer from any pre-existing or other medical condition which I foresee may require treatment during this insurance or for which I intend to claim under the Insurance Plan.

8. I understand that GreatAuPair has advised me to maintain insurance coverage in my home country in the event I must return home during my program and need medical treatment.

<u>Re-Matching During the Program</u>

1. I understand that GreatAuPair does not guarantee that an au pair will have the opportunity to re-match during the Program and that such decision will be at GreatAuPair's sole discretion.

2. If problems with my host family cannot be resolved and I am recommended for a future placement, I understand that, at GreatAuPair's discretion, GreatAuPair will use reasonable efforts to find a new host family for me. I understand that GreatAuPair may be required to disclose information received from my original host family regarding my stay, performance and behavior while with their family.

3. During a re-match process, I shall, if possible, continue to live with my current host family who, in their discretion, may request me to provide, or not to provide, childcare. I understand that I will not be paid the weekly stipend if I am not asked to work. If I cannot remain with my host family, GreatAuPair will make a reasonable attempt to find temporary housing for me. I agree to remain in contact with GreatAuPair at all times and to make myself available to be interviewed by new potential host families.

4. I understand that in the event of a placement change, GreatAuPair will use the following method to calculate au pair vacation. Vacation time shall accrue on a basis of one day per month beginning upon the au pair's third month in the United States. Au pairs extending for 12 or 9 months will receive two weeks (10 days) paid vacation, and au pairs extending for 6 months shall receive one week (5 days) of paid vacation. Vacation time for au pairs who extend shall accrue on the basis of one day per month during the extension program.

5. I understand that if my placement and/or participation in the program is/are deemed unsatisfactory by GreatAuPair for whatever reason, GreatAuPair will reassess my suitability for a future placement. If GreatAuPair determines that it cannot recommend placement with a new family or if a new placement cannot be found within a reasonable period or due to my behavior, or if I refuse to be placed, my participation in the Program will be terminated and I will be subject to the standard termination procedures outlined in this Agreement.

<u>Early Termination</u>

1. I understand and agree that GreatAuPair is my program sponsor, and as such, any decision regarding my program status will be made at the sole discretion of GreatAuPair.

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001689

GAP00036027



2.  I understand and agree that in the event of illness, injury or other medical condition that prevents me from continuing my duties, I may not be eligible to continue in the program.

3.  I understand that I may be terminated from the Program if I do not successfully complete the Program with GreatAuPair for reasons including but not limited to: if I leave my host family without prior consent from GreatAuPair; if I decide to terminate my participation and return to my home country before the end of my Program; if I am removed from the Program at the discretion of GreatAuPair in accordance with this Agreement; if I engage in any illegal activity or am arrested; if I do not fully participate in training, academic courses and monthly meetings/contacts; if I in any way violate this Agreement; or if I put myself in a situation where I cannot be placed with a new host family. Such termination may result in any or all of the following:

    a.  I will forfeit all of the fees and expenses I have paid to participate in the Program;

    b.  I will forfeit my return plane ticket and I will be required to make my own arrangements to return to my home country at my own expense;

    c.  I will no longer receive the support of my host family or GreatAuPair;

    d.  My GreatAuPair insurance coverage will no longer be valid;

    e.  GreatAuPair will not provide me with housing;

    f.  GreatAuPair's sponsorship of my J-1 visa will be revoked;

    g.  I will not be eligible to remain in the U.S. and will forfeit my 30-day grace period and must make arrangements to return home immediately.

    h.  If I remain in the U.S. after an agreed upon departure date, my status may be reported to U.S. authorities.

## Program Extension

1.  I understand that au pairs may apply to extend their Program participation for additional 6, 9 or 12 months beyond the first 12 Program months. I understand that I may apply to extend my Program participation with my current host family or to be considered for placement with a new host family during the extension period. In order to extend my Program I must submit an extension request before GreatAuPair's extension deadline and meet eligibility requirements for extending such as having successfully completed the educational component and being in good standing with my host family and GreatAuPair.

## Other Terms and Conditions

1.  I understand that I am responsible for complying with any federal, state labor and/or income tax laws that may apply. I understand that GreatAuPair does not provide legal or income tax advice regarding any such laws and is not responsible for informing me, or overseeing compliance with, any such income tax or labor laws which vary from state to state, and are subject to change from time to time.

2.  I understand that GreatAuPair is not a party to any agreement or translations of agreements between me and any other organizations in my home or other country or between me and other organizations including, but not limited to, other US or international agencies, travel agencies and/or insurance companies. I understand that GreatAuPair assumes no duties or responsibilities for any acts or omissions of agreements between me and other parties.

## Privacy Consent

1.  I understand that my application to the GreatAuPair USA Program requires me to disclose sensitive and private personal information. I understand that this application will be securely retained online by GreatAuPair and may be distributed to GreatAuPair's affiliated agents and/or interviewers, and to its network of Local Childcare Coordinators

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001690

GAP00036028



and Regional Directors and to prospective Host Families in an effort to obtain a placement for me in the GreatAuPair USA Program.

2. In the unlikely event of a legal claim, lawsuit or arrest in connection with my participation in the GreatAuPair USA Program, it may be necessary to provide my application to attorneys, insurers, or the United States Department of State and, if GreatAuPair receives a valid Court order or subpoena, to whatever entity is determined to have a legal right to obtain this information. The GreatAuPair Privacy Policy provides that my personal information will not be disclosed to any other parties unless I am given notice and an opportunity to object. GreatAuPair takes reasonable precautions to protect personal information from loss, misuse and unauthorized access, disclosure, alteration and destruction.

3. By completing and submitting the application, I am authorizing GreatAuPair to disseminate the information that is contained in my application and my online profile in the manner and for the purposes set forth above. I understand that I may revoke this consent at any time and I can request access to my personal information by sending a written request to GreatAuPair headquarters, however, such revocation of consent will cause me to be immediately terminated from the Program.

## General Release, Indemnification and Hold Harmless Provisions

As a condition of my participation in the Program, I agree to release and hold harmless GreatAuPair, its employees, officers, subsidiaries, agents and/or affiliated organizations for injury, loss, delay, and/or any other damage and/or expense incurred by me or any other person due to (i) any incident beyond GreatAuPair's reasonable control, including without limitation, acts of God, acts of war, or government actions and restrictions, (ii) any events directly or indirectly caused, in whole or in part, by intentional or negligent acts or omissions by any third party, including but not limited to any member, guest, employee or agent of the host family or other persons in the host country, even if GreatAuPair's negligence is alleged to have contributed to the event; (iii) risks associated with foreign travel and living abroad, including but not limited to, risks associated with health care services, living conditions, sanitation conditions, road and transportation systems, criminal justice systems, civil liberty laws, customs and values; and/or (iv) any differences in the living conditions and standards between my home and home country and the host home and host country. As a further condition of my participation in the Program, I agree to indemnify and hold harmless GreatAuPair, its employees, officers, subsidiaries, agents and/or affiliated organizations from any liability or expense, including court costs and attorney fees, resulting from any injury, loss or any other damage or expense caused by me during my participation in the Program. I agree that GreatAuPair and/or its affiliates, without liability or expense to themselves, may take such actions as it considers necessary regarding my health and safety during my participation in the Program.

**I have read and I understand the terms above. My electronic signature, below, indicates my acceptance of the terms of this Agreement, and is legally binding. No alteration of the terms of this Agreement will be valid unless approved by GreatAuPair in writing. I have retained a copy of this Agreement. The laws of the State of Texas, USA, shall govern this Agreement. Any and all disputes arising hereunder shall be resolved exclusively in state or federal courts located in the state of Texas , and the parties hereto consent to the exclusive personal jurisdiction of such courts.**

Signature:

Email:

Highly Confidential - Attorneys' Eyes Only
PLAINTIFFS' RESP. APP.0001691

GAP00036029



# Au Pair Agreement

EchoSign Document History

March 14, 2014

| | |
|---|---|
| Created: | March 14, 2014 |
| By: | Echo API user Sign (echosign@greataupair.com) |
| Status: | SIGNED |
| Transaction ID: | X6TYBTR92W27U72 |

## "Au Pair Agreement" History

⚖ Document created by Echo API user Sign (echosign@greataupair.com)
March 14, 2014 - 9:09 AM PDT - IP address: 128.242.101.150

📧 Document emailed to ███████ ████████████████████████ for signature
March 14, 2014 - 9:09 AM PDT

⚖ Document viewed by █████ ██████████████████████
March 14, 2014 - 9:12 AM PDT - IP address: 66.249.93.192

✍ Document esigned by █████ ████████████████████
Signature Date: March 14, 2014 - 9:13 AM PDT - Time Source: server - IP address: 84.79.131.118

✓ Signed document emailed to █████ ██████████████ and Echo API user Sign
(echosign@greataupair.com)
March 14, 2014 - 9:13 AM PDT

◿ Adobe® EchoSign®

# Exhibit 177

PLAINTIFFS' RESP. APP.0001693

 **GREATAUPAIR**USA

# Host Family Agreement

**Instructions**

As a Host Family participating in the J-1 Exchange Visitor Program, you must agree to and abide by the U.S. Department of State program regulations and terms of this Host Family Agreement. Please carefully review the terms of this Agreement, then sign and date this Agreement via our secure electronic signature service.

**Host Family Agreement**

We the undersigned ("we", "our", "host family" or "host" to include all members of said person's household and family hereinafter, in the aggregate, referred to as "we", "our", "host family" or "host") have applied to be a host family with GreatAuPair, LLC, a Delaware limited liability company ("GreatAuPair"). In exchange for program fees paid by host family, GreatAuPair agrees to recruit, screen and train au pair candidates for our consideration and to provide reasonable support during our program term. Our electronic signature confirms that we have carefully reviewed the Agreement and understand and agree to the following terms.

**Selection of Au Pair Candidates**

1.  We understand that it is our responsibility to choose an au pair from the candidates presented to us and that GreatAuPair cannot guarantee our satisfaction with our selected au pair. We acknowledge that GreatAuPair has made reasonable efforts to verify the health and experience of the au pair and we agree that GreatAuPair cannot be held liable for any misrepresentation or omission on the part of our au pair, a physician or a reference. We understand and agree that GreatAuPair shall not be liable for the performance of the au pair and that the au pair is not an employee or agent of GreatAuPair and therefore GreatAuPair maintains no direct control or dominion over our au pair. We understand that GreatAuPair is not liable for any act or omission on the part of our au pair.

**Department of State Program Requirements**

2.  As a participant in the au pair program we understand the importance of providing our au pair a positive cultural exchange experience and we agree to introduce our au pair to American life, making reasonable attempts to include our au pair in family activities.

3.  We agree that we have adequate financial resources to satisfy all obligations as a GreatAuPair Host Family as required by the U.S. Department of State as a condition of hosting an au pair.

4.  We understand that in order to participate in the program, both parents or legal guardians must be U.S. citizens or permanent legal residents of the United States.

5.  We agree to attend to the health, safety and welfare of our au pair and to promptly notify GreatAuPair of any changes to our au pair's well-being.

6.  We understand our au pair can perform childcare services and light housekeeping related to childcare for up to 45 hours per week, 5.5 days per week with a maximum of 10 hours per day. We understand our obligation to provide our au pair with the following benefits as mandated by the Department of State:

    a)  Room and board including a private bedroom that is approved by a GreatAuPair representative.

    b)  A weekly stipend as determined by the Department of State, currently set at $195.75 per week. We understand the stipend cannot be withheld for any reason and will be paid to the au pair every week. Payment of the first weekly stipend shall be made upon the completion of our au pair's first week within our home.

    c)  A minimum of one full weekend off per month (Friday evening to Monday morning), at least 1.5 days off each week and two weeks (10 days) paid vacation over the 12-month program. 12 and 9-Month extending au pairs

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GAP00008186

PLAINTIFFS' RESP. APP.0001694

EXHIBIT
20
5-31-17



# Host Family Agreement

will received two weeks (10 days) paid vacation, and 6-month extensions shall receive one week (5 days) of paid vacation.

    d)    A $500 educational allowance to allow our au pair to complete up to six credit hours of study at an accredited post-secondary institution. We agree to facilitate our au pair's attendance by providing transportation and scheduling opportunities. (The educational component for a 6-month extension is not less than three credit hours of academic credit or its equivalent and the host family contributes up to $250. The educational component for a 12-month and 9-month extension is not less than six credit hours and the host family contributes up to $500.)

7.    In addition to providing our au pair the above benefits, we understand and agree to abide by all GreatAuPair and Department of State guidelines as published by the Department of State in 22 CFR Part 514 and which may be amended periodically. We acknowledge receipt of a copy of the Au Pair Program Regulations and the Host Family Handbook from GreatAuPair and we agree to the requirements therein which are not limited to, but shall include the following recitals:

    a)    We agree that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival.

    b)    We understand that in the event we have a child under the age of two years old, our au pair must have 200 hours of documented childcare experience working with children in this age group. We agree to notify GreatAuPair in advance should a baby join our household during our program in order to ensure our au pair has the required experience.

    c)    We understand that if we have a baby under three months of age, a parent or other responsible adult must be present in the home at all times and that the au pair cannot be the sole caregiver of the baby at any time.

    d)    We understand that if we have a special needs child, our chosen au pair must have identified his or her prior experience, skills or training in the care of special needs children and we will need to review and acknowledge in writing the au pair's prior experience, skills and training at the time of matching.

    e)    We agree to notify GreatAuPair in writing within one week of any material change in our family that may impact our ability to participate in the Au Pair Program, which includes but is not limited to a change in marital status, the addition or removal of any person from our household, a change of address, loss of job or any other change that may impact our au pair's well being and or living situation.

    f)    We agree to speak with our GreatAuPair local childcare coordinator within 48 hours of our au pair's arrival.

    g)    We agree to schedule an arrival orientation with our GreatAuPair local childcare coordinator within two weeks of our au pair's arrival in our home.

    h)    We agree to speak with our GreatAuPair local childcare coordinator on a monthly basis for the required contact call.

    i)    We agree to facilitate our au pair's attendance at monthly GreatAuPair sponsored events and to attend at least one Host Family Event per calendar year.

    j)    We understand that we must live within one-hour's driving time of the home of the GreatAuPair local childcare coordinator. Should we relocate outside of a GreatAuPair serviced area during our program year, we

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GAP00008187

PLAINTIFFS' RESP. APP.0001695

 GREATAUPAIR USA

# Host Family Agreement

understand we will not be eligible to continue in the program. In this case, we are eligible to receive a refund in accordance with GreatAuPair's refund policy.

**Additional Program Requirements**

8. We understand and agree that once our au pair's flight has been booked, any changes made to our au pair's flight, per our request, will be at our sole expense. In addition, we understand that GreatAuPair is not responsible for any baggage fees associated with our au pair's arrival or return flight.

9. We agree to provide automobile insurance with a minimum $50,000 in medical coverage to cover our au pair if she is permitted to drive our family car. We agree that our au pair will not be held liable for more than a $500 insurance deductible per accident. We agree not to hold GreatAuPair liable for any damages or loss due to the au pair's use or misuse of a vehicle.

10. We understand that we are responsible for determining whether our au pair will be able to legally drive in our state of residence as driving laws vary from state to state.

11. We understand that GreatAuPair provides our au pair with travel and accident insurance through a third-party and that the insurance is limited in its coverage. We agree to familiarize ourselves with the insurance policy and the limitations and exclusions therein. We also agree to hold GreatAuPair harmless for any disputes that may arise between the third-party insurance company, our au pair and ourselves.

12. We understand and agree that GreatAuPair shall not be responsible for any personal bills incurred by the au pair or us, such as telephone bills, automobile expenses, travel expenses or health expenses not covered by insurance. We agree not to seek payment from GreatAuPair for any such expenses.

13. We understand that if we travel with our au pair outside of our local community and a problem arises, we are responsible for making arrangements at our expense to promptly return the au pair to our community. We understand that travel with our au pair in excess of 30-days within the U.S. or outside of the U.S. must have prior written approval from GreatAuPair.

14. We understand and agree that GreatAuPair may immediately terminate our participation in the program and remove the au pair from our home if GreatAuPair determines, in its sole discretion, that the au pair is in an unsuitable environment or if we fail to comply with the terms of this Agreement or Department of State regulations.

15. Upon the completion or termination of our participation in the au pair program, we agree to provide reasonable assistance to GreatAuPair to ensure that our au pair leaves the United States.

**Placement Change, Replacement Au Pair, Credit and Refund Policy**

16. If we have concerns with our au pair's behavior or performance, we agree to keep our au pair for a minimum of thirty (30) days and to work with a GreatAuPair representative to help resolve such concerns before a placement change shall be considered. If after thirty (30) days from our au pair's arrival, GreatAuPair deems a placement change necessary, we agree to continue housing our au pair for a period of up to 14 days during the replacement period. In the event GreatAuPair deems it necessary to remove our au pair from our home during or before the completion of the 14-day replacement period, we agree to pay GreatAuPair an au pair housing fee of $35 per day for each day our au pair does not reside in our home, not to exceed 14 days.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GAP00008188

PLAINTIFFS' RESP. APP.0001696



# Host Family Agreement

17. We understand that in the event of a placement change, GreatAuPair will use the following method to calculate au pair vacation. Vacation time shall accrue on a basis of one day per month beginning upon the au pair's third month in the United States. Au pairs extending for 12 or 9 months will receive two weeks (10 days) paid vacation, and au pairs extending for 6 months shall receive one week (5 days) of paid vacation. Vacation time for au pairs who extend shall accrue on the basis of one day per month during the extension program.

18. We understand and agree that in the event of illness, injury or other medical condition that prevents our au pair from continuing her duties, our au pair will not be eligible to continue in the program and will be required to return home.

19. We understand and agree that GreatAuPair is the au pair's program sponsor, and as such, any decision regarding our au pair's program status will be made at the sole discretion of GreatAuPair.

20. We understand and agree that the refund policies set forth herein will be the exclusive remedy in the event GreatAuPair is unable or unwilling to provide a replacement au pair, and that GreatAuPair is not responsible for any economic hardship, damage or loss alleged to arise from the unavailability of the au pair's services.

21. Should a placement change occur, we understand that we are subject to GreatAuPair's replacement policy as follows:

**Replacement Policy**

| Replacement Au Pairs | Terms & Conditions |
|---|---|
| Within first 6 months of family's 12-month program | Host family is eligible to receive one replacement au pair. Host family will pay for any additional months of service they may receive from the new au pair at a rate of $650/month due 30 days prior to start of additional service. If host family matches with an in-country au pair, they are responsible for transportation costs for the au pair to travel to their home. If host family matches with an out-of-country au pair and host family has received a program fee discount of $600 or greater, then Family agrees to pay an airfare surcharge of $600 to offset the cost of au pair's airfare. |
| Within the last six months of family's 12-month program | Host family is not eligible to receive a replacement au pair. They can receive a credit in the amount of $550 per month of unused service less any balance due on the account. |
| In-country placements | Host family is not eligible to receive a replacement au pair. They will receive a credit in the amount of $550 per month of unused service, less any balance due on the account, which will be applied to future program fees. |
| Extension placements | Host family is not eligible to receive a replacement au pair. They will receive a credit in the amount of $450 per month of unused service, less any balance due on the account, which will be applied to future program fees. |

22. We understand and agree that the amount of credits or refunds defined above are based on the full payment of GreatAuPair's standard program fee as published on the GreatAuPairUSA.com website at the time of purchase and any discounts we may have received will proportionally affect the amount of credits or refunds that may be due.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GAP00008189

PLAINTIFFS' RESP. APP.0001697



# Host Family Agreement

23. We understand and agree that we may be responsible for providing our replacement au pair with up to $500 in tuition reimbursement and up to two weeks of paid vacation.

24. We understand and accept that GreatAuPair's refund and credit policy is as follows:

**Refund Policy**

| 12-Month Program | Amount | Terms |
|---|---|---|
| Refund prior to au pair's arrival | - | All fees paid less a $500 administrative fee and non-refundable airfare. |
| Refund within the first 6 months of service | ($450)/Month | Monthly refund rate for unused service, less any balance due on the account. |
| Refund after 6 months of service | $0 | No refund available. Eligible for credit at a rate of $550/month for unused service, less any balance due on the account. |
| International Air Surcharge | $0 | Non-refundable |

| In-Country Refund | Amount | Terms |
|---|---|---|
| Refund within the first 6 months of service | ($500)/Month | Monthly refund rate for unused service, less any balance due on the account. |
| Refund after 6 months of service | $0 | No refund available. Eligible for banked program credit at a rate of $600/month for unused service, less any balance due on the account. |

| Extension Program Refund | Amount | Terms |
|---|---|---|
| Department of State SEVIS Extension Fee | $367 | Non-refundable. |
| Refund within the first 6 months of extension | ($350)/Month | Monthly refund rate for unused service, less any balance due on the account. |
| Refund after 6 months of extension | $0 | No refund available. Eligible for banked program credit at a rate of $400/month for unused service, less any balance due on the account. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GAP00008190

PLAINTIFFS' RESP. APP.0001698



# Host Family Agreement

1. We understand and agree that the amount of credits or refunds defined above are based on the full payment of GreatAuPair's standard program fee as published on the GreatAuPairUSA.com website at the time of purchase and any discounts we may have received will proportionally affect the amount of credits or refunds that may be due.

2. We understand and agree that the majority of GreatAuPair's operating costs are incurred in the process of recruiting, screening, training and arranging the au pair's travel and that GreatAuPair's refund policy is limited. A refund, if owed, will be issued within 14 days of receiving the refund request and refunded to the original source of payment.

3. We understand and agree that the program credit is calculated by month, and that credit for partial months is calculated by rounding up to the nearest week if an au pair was in our home for four (4) or more days of a given week, and rounding down to the nearest week if the au pair was in our home for three (3) or less days of a given week.

4. We understand and agree that program credits expire twelve (12) months from the end date of the last placement, and that they have no cash value and are non-transferrable.

5. We understand that we cannot seek reimbursement from GreatAuPair for expenses related to our au pair, such as the weekly stipend, tuition or personal loans.

6. We understand and agree that in the event we elect to make installment payments for our program fee, we will pay GreatAuPair a $25 late fee for every instance that our monthly installment payment is not received when due.

7. We understand and agree that in the event our au pair does not elect to use a return air ticket provided by GreatAuPair, no refund, credit, or travel voucher will be provided. If we allow our au pair to end her/his program early, no refund or credit will be provided for unused service.

## Other Terms and Conditions

8. We understand that the decision to grant a participant a J-1 visa is at the sole discretion of the consular officer in the au pair's home country and that GreatAuPair cannot be held liable in the event of a visa denial. Furthermore, we understand that there is always a risk that a participant may not be granted a visa to participate in the J-1 au pair program.

9. We understand that if we wish to participate in the extension program with our au pair that GreatAuPair must be in receipt of all paperwork, including proof of course completion, prior to the Department of State submission deadline date and that the Department of State extension fee must be paid in full prior to submission. We also recognize that a request does not guarantee acceptance on the part of the Department of State. In addition, we understand that the extension fee cannot be refunded for any reason. We agree to consult with GreatAuPair prior to travel outside of the United States involving our au pair during his/her extension year.

10. We understand and agree that GreatAuPair does not guarantee continuous childcare coverage at any time, including but not limited to situations involving arrival delays, au pair cancellations, visa denials, illness, and/or inability or unwillingness by an au pair to fulfill her duties. We hereby irrevocably, unconditionally, and fully remise, release and forever discharge GreatAuPair, its subsidiaries, officers, employees and/or agents from any and all claims for financial, incidental or consequential damages, including but not limited to costs of alternative or interim childcare, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of an au pair's services for any reason whatsoever.

11. **General Release, Indemnification and Hold Harmless Provision.** We hereby irrevocably, unconditionally, and fully remise, release, forever discharge, indemnify and hold harmless GreatAuPair, its subsidiaries, officers, employees, and/or

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GAP00008191

PLAINTIFFS' RESP. APP.0001699



# Host Family Agreement

agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense incurred by our family, guest, employee or agent, due to: (i) events beyond GreatAuPair's reasonable control, including without limitation, acts of God, acts of war or governmental restrictions, and, in the absence of gross negligence or willful misconduct by GreatAuPair (ii) any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in our household. In this respect, we acknowledge that au pair is not an employee or agent of GreatAuPair and actions or omissions of au pair are not to be attributed in any way to GreatAuPair. We further agree to indemnify and hold harmless GreatAuPair, its subsidiaries, officers, employees and/or agents from any and all liability or expense, including court costs and legal fees incurred, that we in any way caused or contributed to, whether directly or indirectly.

12. We understand that we are responsible for complying with any federal, state labor and/or income tax laws that may apply. We understand that GreatAuPair does not provide legal or income tax advice regarding any such laws and is not responsible for informing our family of, or overseeing compliance with, any such labor laws and income tax laws which vary from state to state and are subject to change from time to time.

13. We understand that due to the fact that an employee-employer relationship exists between our family and au pairs, we are responsible for determining whether Workers' Compensation insurance, or any other insurance requirements, is mandatory under federal, state and/or local laws.

14. We agree to inform GreatAuPair of any use of a recording device in the home, including but not limited to a nanny cam, and said device shall be limited to common areas of the home. We agree to abide by the Department of State regulation, which stipulates that an au pair must have a private bedroom and that no such recording device will be present in the au pair's bedroom or bathroom at any time. Under penalty of perjury.

15. **Arbitration, Choice of Law, Venue and Forum**. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in Austin, Texas, upon the petition of either party. In such proceeding, the parties may utilize subpoenas and have discovery as provided in the Texas Alternative Dispute Resolution Act (Civil Practice and Remedies Code, Title 7, Chapter 154). The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. The Host agrees to arbitrate solely on an individual basis, and that this Agreement does not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event the prohibition on class arbitration is deemed invalid or unenforceable, then the remaining portions of this Agreement will remain in force. The parties agree that this Agreement, the entire relationship of the parties hereto, and any dispute between the parties (whether grounded in contract, tort, statute, law or equity) shall be governed by, construed in accordance with, and interpreted pursuant to the laws of the State of Texas, without giving effect to its choice of laws principles. Host further agrees that Texas is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of Texas because among other reasons, this Agreement was negotiated in Texas and GreatAuPair is domiciled in Texas. In the event this arbitration clause is deemed invalid or unenforceable, then exclusive venue for any and all disputes between the parties hereto shall be in Travis County, Texas, and shall be brought in the State District Courts of Travis County, Texas, or in the United States District Court for the Western District of Texas, Austin Division. Further in the event this arbitration clause is deemed invalid or unenforceable, the parties hereto waive any challenge to personal jurisdiction or venue (including without limitation a challenge based on inconvenience) in Travis County, Texas, and specifically consent to the jurisdiction of the State District Courts of Travis County and the United States District Court for the Western District of Texas, Austin Division.

16. **Entire Agreement**. This Agreement constitutes the entire agreement among the parties hereto with respect to the subject matter hereof, and supersedes any prior agreement or understanding among the parties hereto with respect to the subject matter hereof.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GAP00008192

PLAINTIFFS' RESP. APP.0001700

 **GREATAU PAIR USA**

# Host Family Agreement

17. **Binding Effect**. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective legal representatives, heirs, successors and assigns.

**Privacy Consent**

18. In the unlikely event of a legal claim, lawsuit or arrest in connection with our participation in the GreatAuPair program, we understand it may be necessary to provide our host family application and related information to attorneys, insurers, or the United States Department of State or, if GreatAuPair receives a valid Court order or subpoena, to whatever entity is determined to have a legal right to obtain this information. The GreatAuPair Privacy Policy provides that a host family's personal information will not be disclosed to any other parties unless it is given notice and an opportunity to object. GreatAuPair takes reasonable precautions to protect personal information from loss, misuse and unauthorized access, disclosure, alteration and destruction.

19. We agree that GreatAuPair has the exclusive right to determine suitability of our family to participate in the program. We agree that in determining suitability, GreatAuPair may make inquiries to third parties about family members and other individuals residing at or frequently staying at our residence. Under penalty of perjury, we confirm that all information submitted in our Host Family Application is true, complete and correct as of the date submitted. In the event GreatAuPair removes us from the program, we understand and agree that we forfeit any right to a credit or refund.

**We have read, understand and agree to the terms and conditions contained herein. Our physical or electronic signature(s) below, confirms our acceptance of the terms and conditions of this Agreement, and are legally binding. No alteration of the terms or conditions of this Agreement shall be valid unless approved in writing by GreatAuPair. We have retained a copy of this Agreement.**

&lt;Father FirstName_LastName&gt;

Host Father        Signature of Host Father        Date

&lt;Mother_FirstName_LastName&gt;

Host Mother        Signature of Host Mother        Date

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        GAP00008193

PLAINTIFFS' RESP. APP.0001701

Case 1:14-cv-03074-CMA-KMT Document 943-169 Filed 03/17/18 USDC Colorado Page 157 of 193

# Exhibit 178

PLAINTIFFS' RESP. APP.0001702

**To:** Michael McCarry[MMcCarry@Alliance-Exchange.org]
**From:** Shannon Pitts
**Sent:** Mon 11/17/2014 5:46:06 AM
**Importance:** High
**Subject:** FW: Law Suit - All Au Pair Agencies Named
**Received:** Mon 11/17/2014 5:46:06 AM
Colorado Law Suit.pdf

Hi Michael,

I'm not sure if you've seen this yet, but figured it would be a good idea
for you to be aware of this and get involved.

As sponsors, we're going to need to have a single voice aligned under a
common strategy to address the claims in the law suit.

Please review and let me know when you're free to discuss.

Sincerely,

Shannon Pitts
CEO
Office 512-772-1191  ::  Email shannon@greataupair.com
Mobile 925-202-3977  ::  Skype shannon_pitts




On 11/14/14, 9:21 PM, "USAuPair" <admin@usaupair.com> wrote:

>Hello Colleagues - On Friday afternoon our office received a Press
>Request from Global Competition Review, an antitrust publication in
>Washington, DC,  The press request was about a Colorado lawsuit
>alleging au pair sponsor antitrust law violations.  I asked our
>legal counsel to obtain a copy of the filing - see attached.  The
>Colorado lawsuit filed Nov 13, 2014 lists all J1 au pair sponsors as
>defendants along with a host family.
>
>USAuPair did not respond to the Press Request but the lawsuit will be
>in a Monday morning news briefing.
>
>Calls were made to DoS and VM messages left.  There has been no reply.
>
>Helene
>
>USAuPair
>PO Box 2126
>Lake Oswego, OR  97035
>Tel: 503-675-5333
>Fax: 503-699-7776
>Skype:  usaupair
>www.usaupair.com
>
>
>This email is for the sole use of the listed addressee(s) and may

Highly Confidential - Attorneys' Eyes Only



GAP00007119

PLAINTIFFS' RESP. APP.0001703

>contain confidential and privileged information. Any unauthorized
>use or disclosure of this email is prohibited. If you have received
>this email in error, please notify the sender immediately and destroy
>all copies of this email.

Highly Confidential - Attorneys' Eyes Only

PLAINTIFFS' RESP. APP.0001704

# Exhibit 179



http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm    Go    NOV (HTTPS://WEB

INTERNET ARCHIVE
WayBackMachine
(/web/)
10 captures
(/web/*/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)
9 Feb 2014 - 11 Oct 2016    (/web/20090401000000/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)

GREATAUPAIRUSA
(/web/20150630003348/http://www.greataupairusa.com/index.cfm)

Au Pair Costs (/web/20150630003348/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)   >
Au Pair Costs    (/web/20150630003348/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)

## Culturally rich, yet so affordable

When you host an au pair, you receive full-time, live-in childcare for a low average weekly rate of $350. This is an exceptional value, especially if you have more than one child. At GreatAuPair, we offer the highest quality of service while keeping our program fees easy to understand, and most importantly, affordable.

## Au Pair Program Fees

| | | |
|---|---|---|
| 5 Days Free | $0 | GreatAuPair USA Trial Subscription. Contact Au Pairs Now. |
| Subscription | $60 | 30-Day Subscription to GreatAuPair USA and GreatAuPair. |
| Program Fee | $7,900 | $4,300 due upon matching, $3,600 due 14 days prior to au pair's arrival. Or use our easy Payment Plan Option (/web/20150630003348/http://www.greataupairusa.com/aupaircosts/paymentplan.cfm). |
| Domestic Au Pair Airfare | ~~$450~~ | Domestic au pair airfare of $450 is eliminated. |
| U.S. Gov't SEVIS Fee | ~~$35~~ | SEVIS Au Pair Visa Fee of $35 is included. |
| Au Pair Stipend | $195.75 | Paid directly to your Au Pair for 52 weeks. |
| Your Savings | $485 | Choose GreatAuPair and get instant savings. |
| Total Program Cost | $18,079 | Program cost for hosting your J-1 Au Pair for 52 weeks. |

Airfare Surcharge Fee may apply. Due to the high cost of international air travel from certain regions, a $500 fee is required for au pairs traveling from Australia, Bolivia, Brazil, China, Colombia, India, Japan, Malaysia, Morocco, Nepal, New Zealand, Philippines, South Africa, South Korea, Sri Lanka, Thailand, Ukraine, Vietnam, and Mongolia. The Airfare Surcharge Fee is paid by the host family.

## Program Cost Breakdown



EXHIBIT
Pets 33
5-31-17
PENGAD 800-631-6989



Your program fee covers

A carefully screened and trained au pair with a valid J-1 au pair visa

International airfare from the au pair's home country to your local community

Top quality travel and accident insurance for your au pair

PLAINTIFFS' RESP. APP.0001707

Full support from our caring GreatAuPair team for the duration of your program term

Post-arrival orientation with your Local Childcare Coordinator

Monthly au pair activities organized by your Local Childcare Coordinator

24/7 Emergency support for you and your au pair

Your family background check (required by GreatAuPair USA)

## Optional Expenses

Car insurance for your au pair if he/she is expected or permitted to drive

A cell phone for your au pair for easy communication

Recreational passes to parks, museums, or other attractions for children

## In-Country Fees

| | | |
|---|---|---|
| Program Fee | Varies | Program fees for in-country au pairs are billed at $650 per month (or a portion thereof ) for the time remaining on the au pair's visa. Payment is due in full upon matching. |
| Au Pair Transportation | Varies | You are responsible for the cost of transporting your au pair to your home from her current location. |

PLAINTIFFS' RESP. APP.0001708

Machine Additional Months     http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm    Go     NOV (HTTPS://WEB

(/web/)    $650/mo    Additional months of service are billed at $650 per month (or a portion thereof

(/web/*/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)    (/web/20090401000000/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)

9 Feb 2014 • 11 Oct 2016

DISCOUNTS FOR US HOST FAMILIES (/WEB/20150630003348/HTTP://WWW.GREATAUPAIRUSA.COM/AUPAIRCOSTS/AUPAIRDISCOUNTS.CFM)

# What makes GreatAuPair so special?
See what our customers say.





## Stephanie
Au Pair from Edinburgh, United Kingdom

    Thanks to this site, I was successful in securing an au pair placement. It took a couple
of weeks to find the ideal family, and I am now happy working with them...

Read more...

1
2
3
4

Previous
Next

## Jolanda
Au Pair from Amsterda

    This was my fi
and a half wee

Read more...

(https://web.archive.org/web/20150630003348/http://www.alliance-exchange.org/au-pair-exchange)

(//web.archive.org/web/20150630003348/http://privacy.truste.com/privacy-seal/InteliMark-Enterprises,-
LLC/validation?rid=e3cf0558-2bda-4cb0-b95d-8f95dcd07438)

(https://web.archive.org/web/20150630003348/https://www.bbb.org/central-texas/business-reviews/child-care-
referral/greataupair-com-in-west-lake-hls-tx-1000103414/#bbbonlineclick)

(https://web.archive.org/web/20150630003348/https://www.securitymetrics.com/site_certificate.adp?
s=www%2egreataupair%2ecom&i=1137899)

(//web.archive.org/web/20150630003348/http://www.greataupair.com/security_center.htm)

Copyright 2001 - 2015 GreatAuPair, LLC. All Rights Reserved

Case 1:14-cv-03074-CMA-KMT   Document 943-169   Filed 03/17/18   USDC Colorado   Page 165
of 192

# Exhibit 180

INTERNET ARCHIVE

10 captures
(/web/*/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)
9 Feb 2014 - 11 Oct 2016

http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm    Go

MAR (HTTPS://W

**GREATAU**PAIRUSA
(/web/20160806125431/http://www.greataupairusa.com/index.cfm)



(https://web.archive.org/web/20160806125431/https://www.greataupair.com/register/)

Au Pair Costs (/web/20160806125431/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)  >
Au Pair Costs    (/web/20160806125431/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)

## Culturally rich, yet so affordable

When you host an au pair, you receive full-time, live-in childcare for a low average weekly rate of $352. This is an exceptional value, especially if you have more than one child. At GreatAuPair, we offer the highest quality of service while keeping our program fees easy to understand, and most importantly, affordable.

## Au Pair Program Fees

| | | |
|---|---|---|
| 15 Days Free | $0 | GreatAuPair USA Trial Subscription. Contact Au Pairs Now. |
| Subscription | $60 | 30-Day Subscription to GreatAuPair USA and GreatAuPair. |
| Program Fee | $8,100 | $4,500 due upon matching, $3,600 due 14 days prior to au pair's arrival. Or use our easy Payment Plan Option (/web/20160806125431/http://www.greataupairusa.com/aupaircosts/paymentplan.cfm). |
| Domestic Au Pair Airfare | $450 | Domestic au pair airfare of $450 is eliminated. |
| U.S. Gov't SEVIS Fee | $35 | SEVIS Au Pair Visa Fee of $35 due upon matching. |
| Au Pair Stipend | $195.75 | Paid directly to your Au Pair for 52 weeks. Minimum stipend is subject to the FLSA, and may be higher based on your state and local minimum wage requirements. |
| **Your Savings** | **$450** | Host with GreatAuPair and get instant savings. |
| **Total Program Cost** | **$18,314** | Program cost for 52 weeks of childcare. |

Due to the high cost of international air travel an airfare surcharge fee of $500 is required for au pairs traveling from certain regions including Africa, Argentina, Australia, Bolivia, Brazil, Chile, China, Eastern Europe, Japan, Mongolia, Morocco, Nepal, New Zealand, Philippines, South Korea, Thailand, and Vietnam. The Airfare Surcharge Fee is paid by the host family upon matching.

## Program Cost Breakdown



EXHIBIT
Pitts 34
5-31-17

http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm Go MAR (HTTPS://W

10 captures
(/web/*/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)
9 Feb 2014 - 11 Oct 2016



Your program fee covers

A carefully screened and trained au pair with a valid J-1 au pair visa

International airfare from the au pair's home country to your local community

Top quality travel and accident insurance for your au pair

PLAINTIFFS' RESP. APP.0001712



Full support from our caring GreatAuPair team for the duration of your program term

Post-arrival orientation with your Local Childcare Coordinator

Monthly au pair activities organized by your Local Childcare Coordinator

24/7 Emergency support for you and your au pair

Your family background check (required by GreatAuPair USA)

## Optional Expenses

Car insurance for your au pair if he/she is expected or permitted to drive

A cell phone for your au pair for easy communication

Recreational passes to parks, museums, or other attractions for children

## In-Country Fees

| | | |
|---|---|---|
| Program Fee | Varies | Program fees for in-country au pairs are billed at $675 per month (or a portion thereof) for the time remaining on the au pair's visa. Payment is due in full upon matching. |
| Au Pair Transportation | Varies | You are responsible for the cost of transporting your au pair to your home from her current location. |

PLAINTIFFS' RESP. APP.0001713

http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm
Go
MAR (HTTPS://W
(/web/)
Machine ditional Months
$675/mo    Additional months of service are billed at $675 per month (or a portion thereof ).
(/web/http://www.greataupairusa.com/aupaircosts/aupaircosts.cfm)
9 Feb 2014 – 11 Oct 2016    ()

## Pre-Match Fees

| Program Fee | $8,100 | $4,500 due upon pre-match request, $3,600 due 14 days prior to au pair's arrival. Or use our easy Payment Plan Option (/web/20160806125431/http://www.greataupairusa.com/aupaircosts/paymentplan.cfm). |

Due to the nature of work involved with pre-matches, GreatAuPair requires a down payment to begin the process.

DISCOUNTS FOR US HOST FAMILIES (/WEB/20160806125431/HTTP://WWW.GREATAUPAIRUSA.COM/AUPAIRCOSTS/AUPAIRDISCOUNTS.CFM)

## What makes GreatAuPair so special?
See what our customers say.





### Taylor
Au Pair from Gold Coast, Australia

I found a family within several weeks that matched me perfectly. The benefit of this website is everyone is looking for the same thing, reliability, honesty and...

Read more...

1
2

Previous
Next

### karyl jane
Au Pair from Trondheim, F

For the 2nd time
service. They ma

Read more...

(https://web.archive.org/web/20160806125431/http://www.alliance-exchange.org/au-pair-exchange)

(//web.archive.org/web/20160806125431/http://privacy.truste.com/privacy-seal/IntelliMark-Enterprises,-LLC/validation?rid=e3cf0558-2bda-4cb0-b95d-8f95dcd07438)

(https://web.archive.org/web/20160806125431/https://www.bbb.org/central-texas/business-reviews/child-care-referral/greataupair-com-in-west-lake-hls-tx-1000103414/#bbbonlineclick)

PLAINTIFFS' RESP. APP.0001714

# Exhibit 181

PLAINTIFFS' RESP. APP.0001715

| To: | REDACTED |
| --- | --- |
| Cc: | Ekaterine Piccola[epiccola@interexchange.org]; Cara Harper[charper@lc.interexchange.org] |
| From: | Natalie Ung |
| Sent: | Tue 7/23/2013 8:46:35 PM |
| Importance: | Normal |
| Subject: | Re: List of au pair responsibilities |
| Received: | Tue 7/23/2013 8:46:36 PM |

Dear ▮▮▮▮

Thank you for sending this in. We have reviewed your list of au pair responsibilities. Please remember, in addition to the following notes, that an au pair's schedule cannot exceed 45 hours per week and 10 hours per day. Does the au pair have a break during the day?

There were a few tasks from the list that caught our attention:

"Supervise and Check for Completion of Children's Chores. Any chores uncompleted become au pair responsibility."- If the children share responsibility for a household chore and do not complete it, it should not become the au pair's responsibility. What are some of the children's responsibilities that have been transferred to the au pair?

"You will be expected to help with family responsibilities and tasks such as washing and vacuuming cars, maintaining yard, pet care, house projects, holiday preparations, etc."- This is fine as long as other members of the family share in the responsibilities. Are you and the children also helping out with these tasks?

Most of the responsibilities fall within State Department guidelines, but we are concerned about the volume of responsibilities. Overall, it is important to remember that even if all the chores fall within State Department guidelines, we want to make sure that the workload is not overwhelming to the au pair. The au pair program is first and foremost a childcare program, and based on this list, it seems as if the tasks for your au pair are more housework related.

We will process the match with Nandi for the August 30th arrival, and we advise you to take our feedback into consideration before Nandi arrives.

We hope this will be a good match for your family and for Nandi. Please feel free to reach out if you have any questions.

Best regards,

## ◖ InterExchange

Natalie Ung | Transitions Coordinator
TEL: 917.305.5467 | FAX: 917.720.9162 | EMAIL: nung@interexchange.org
161 Sixth Avenue, New York, NY 10013

On 7/22/13 11:03 PM, ▮▮▮▮▮▮ REDACTED ▮▮▮▮ > wrote:

Natalie,

My computer is still a little buggy. I have attached the schedule for summer which in fact does have more domestic support required because the 4 children are home 24/7 making messes and living versus at school 8+ hours a day 5 days a week. The domestics for the day are based on the fact that I leave for work before the children get up and I get home at dinner; therefore, all the kitchen domestics are directly related to the children and the au pair because they are the only ones home in the summer. The school year schedule requires less domestic support; however, my au pairs even in the Summer have never had more than an hour of domestic support for an 8 hour shift, hour and half for 9 hour shift or an extremely rare max of 2 hours of domestic support for a 10 hour shift. Therefore, the majority of their time is in fact spent with the children, not doing domestics. Also, please note that all four of my children have daily chores. They are not sitting around having the au pair be their maid.



EXHIBIT
McHugh 6

JEREMY RICHMAN

CONFIDENTIAL

InterExchange0008641

Please let me know if any modifications need to be made.  Also, please let me know if Nandi will make August 30th, because if not I need to find an au pair in transition or wanting to extend.  My children start school August 7th and I need major transportation help with school and activities afterschool because I work full time.  Please advise.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001717

Case 1:14-cv-03074-CMA-KMT   Document 943-169   Filed 03/17/18   USDC Colorado   Page 173
of 192

# Exhibit 182

# Exhibit 21

PLAINTIFFS' RESP. APP.0001719



**Alliance Membership Meeting 2009**

**Au Pair Task Force Meeting Report**
**October 21, 2009**
*Chair*: Ruth Ferry, AIFS – Au Pair in America

In Attendance: Uta Christianson, InterExchange; Goran Rannefors and Natalie Jordan, EF – Cultural Care; Bill Kapler, goAuPair; Ruth Ferry, AIFS – Au Pair in America

Au pair sponsors are comfortable with task force approach – accustomed to collaborating over the years on regulatory matters.

Goran Rannefors provided a brief history and current update on a bill before the Massachusetts legislature to govern au pair/nanny programs. For over 10 years, EF and AIFS have met with legislators and submitted testimony supporting federal regulations and opposing state regulations which, if passed, would set a precedent for other states to regulate at the state level and make it cumbersome if not impossible to administer the program. During recent meetings, we learned the chairs of the committees with oversight are not in favor of the bill and in all likelihood the bill will move to study and therefore no additional action required by sponsors. Sponsors who have questions are welcome to contact Goran Rannefors or Ruth Ferry.

<u>Subpart A of J Program 22CFR Part 62</u>

We appreciate the importance for each organization to file a response to the proposed rule before the November 23 deadline—that our voice in numbers was critical to facilitating change.

The overriding concerns we discussed with respect to the rule:

1. 62.5(c)(6) and 62.7(2) business information report from Dunn and Bradstreet: Those who have checked D&B reports for their own organizations do not find the information accurate and so question the validity of such report. Attaining a D&B report for all 3rd parties foreign and domestic with whom a sponsor has a written agreement raises concern for those of us who have networks of local representatives who are independent contractors. While ECA has indicated the intent of the language is to require D&B reports on all foreign partners and on all host organizations, we want the language of the bill to be more specific to that intent.

2. 62.14 insurance: We noted the increase in minimum coverage levels. Aside from cost, we expressed concern with the proviso that levels may be adjusted by the Department through guidance documents.

ALLIANCE FOR INTERNATIONAL EDUCATIONAL AND CULTURAL EXCHANGE          1

InterExchange0031005

PLAINTIFFS' RESP. APP.0001720

3. Actions by sponsors related to SEVIS:  we noted that several requirements including those related to control of forms DS-2019 (62.12) would require a rule change with SEVIS II.

Educational requirement
We view a change to the current educational component a strategic focus for au pair programs in 2010.

ECA is open to change the regulatory requirement and Stanley has requested the Alliance submit a paper proposing a change to the requirement that all sponsors sign.  The requirement must remain 'educational' for statutory reasons.  He is prepared to allow on-line courses, with the proviso that volunteer experience be added to provide a community immersion component.  He apparently will not accept volunteering as a substitute for classroom education, however.

Sponsors present felt the requirement for classroom education and the opportunity for au pairs to take an on-line coupled with a volunteer component was viable.  Working from this premise, Ruth Ferry offered to work with Michael McCarry to draft a proposal to change the education rule. We agreed that a draft paper would be distributed by the Alliance to member au pair sponsors and when there was agreement from the group, sent to non-Alliance members for consensus.

Age cap
Some sponsors felt they did not view a change to the age cap, currently age 27, was critical, but would support a request to change to age 30 or 32.  A change would enable more au pairs who would like to return to the program after a 2-year home residency to do so.

The age cap change will be requested with the change of education.

Beyond immediate issues:

We are concerned that several newer au pair sponsors are not members of the Alliance and do not benefit from sharing best practices and gaining insight in to the regulatory aspects of the program.  We view it an important mission to encourage their membership in 2010.

The filing of extension requests for the sponsor and the Department of State is cumbersome.  Sponsors would be pleased to work with the Department in an effort to streamline the process.

Sponsors would like to know more about the future focus of the Department with the expansion of the compliance unit.

PLAINTIFFS' RESP. APP.0001721

InterExchange0031006

# Exhibit 183

---------- Forwarded message ----------
From: **DesignationAuPairProgram** <DesignationAuPairPro@state.gov>
Date: Friday, March 13, 2015
Subject: Au Pair Sponsors-Federal Minimum Wage
To: DesignationAuPairProgram <DesignationAuPairPro@state.gov>

March 13, 2015

Dear Au Pair Sponsors:

It has come to the Department's attention that sponsors having programs in the au pair category of the Exchange Visitor Program (EVP) have questions regarding the nature of the guidance contained in the June 14, 2007 Notice: Federal Minimum Wage Increase, which had been posted on the Department's website.

As sponsors are aware, the legal requirements for compensating exchange visitors in au pair programs are set forth in the Department's regulations governing the EVP at 22 CFR Part 62. The Department wishes, in particular, to remind sponsors that their obligations with respect to au pair "wages" are set forth in 22 CFR §62.31(j)(1): "Sponsors shall require that au pair participants ... [a]re compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants...." This regulation sets the minimum compensation that sponsors must ensure that au pair participants are paid.

In addition, sponsors may wish to refer to the following from the Department of Labor's website: "Fact Sheet #79B: Live-in Domestic Service Workers Under the Fair Labor Standards Act (FLSA)," http://www.dol.gov/whd/regs/compliance/whdfs79b.htm.

Sponsors should note that the aforementioned Notice does not reflect the Department's view concerning any maximum compensation au pairs may receive.

Finally, sponsors should remember that – in addition to requiring that au pairs be paid a stipend that, at a minimum, meets the regulatory requirements noted above – sponsors must operate their au pair programs in conformance with all other applicable federal, state, and local laws.

Sincerely,


Office of Private Sector Designation

InterExchange0000087

Case 1:14-cv-03074-CMA-KMT Document 943-169 Filed 03/27/18 USDC Colorado Page 179 of 192

# Exhibit 184

PLAINTIFFS' RESP. APP.0001724

| | |
|---|---|
| **To:** | Au Pair Program[AuPairProgram@state.gov] |
| **Cc:** | Christine La Monica-Lunn[clamonica-lunn@interexchange.org]; Michael McHugh[mmchugh@interexchange.org] |
| **From:** | Michael Gates |
| **Sent:** | Wed 8/7/2013 7:24:21 PM |
| **Importance:** | High |
| **Subject:** | Re: Complaint - InterExchange - ███████████ - Pay Issue |
| **Received:** | Wed 8/7/2013 7:24:23 PM |

<u>Complaint Received from</u> ███████████

Dear Sir or Madam,

My name is Michael Gates and I am an ARO at InterExchange, Inc. Attached please find our full report regarding the complaint received by the Office of Private Sector Exchange Administration (ECA/EC/OPA) from au pair ██████████. I have sent a copy of our report and 12 supporting documents via overnight courier service. The UPS tracking number is 1Z 2E5 1W2 13 4475 3833.

Please confirm receipt of the package and do not hesitate to contact me with any further questions, comments or concerns.

Best Regards,
Michael Gates

## ⟪ InterExchange

Michael Gates | International Recruitment & Placement Manager | Au Pair USA
TEL: 917.305.5461 | FAX: 212.924.8873 | EMAIL: mgates@interexchange.org
161 Sixth Avenue, New York, NY 10013 | SKYPE: michaelgatesapusa

**From:** Michael McHugh <mmchugh@interexchange.org>
**Subject: Re: Complaint - InterExchange -** ███████████ **- Pay Issue**
**Date:** August 5, 2013 7:14:18 PM EDT
**To:** Au Pair Program <AuPairProgram@state.gov>

Dear Sir or Madam,
We are in receipt of this complaint about wages from Au Pair ████████████.

We have written to ██████ clearly explaining how the minimum weekly stipend of $195.75 is arrived at. We regret any misunderstanding she may have had about this matter but can assure you that she was well-informed about the amount of the stipend (at least $195.75 per week) in the following ways: 1) in local marketing materials provided; 2) during interviews with her Local Agent in Chile, 3) in the au pair agreement she signed, 4) upon arrival in the U.S. at the New York Orientation and Training program, 5) during the 2-week meeting with her Local Coordinator and 6) throughout our website and FAQ sections.

We will be sending documentation of this by COB on Wednesday. We believe the issue is not that we neglected to inform her of the stipend amount, but that she was presented with contradictory information from the U.S. Embassy in Chile that referred to higher gross rates of pay.

As mentioned, we will send the requested documentation by COB on 8/7/13

Best regards,

## ⟪ InterExchange

Michael McHugh | Program Director | Au Pair USA
TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org <x-msg://100/mmchugh@interexchange.org>
161 Sixth Avenue, New York, NY 10013

On Aug 5, 2013, at 3:38 PM, Au Pair Program wrote:

Dear InterExchange Staff:

PLAINTIFFS' RESP. APP.0001725    CONFIDENTIAL    InterExchange0004297

The Office of Private Sector Exchange Administration (ECA/EC/OPA) received a complaint from ██████████ ████████████ via the Department's Hotline regarding her hourly wage and rights as an au pair. ██████ reported that she read in a brochure from her embassy that she has the right to earn a minimum salary of $7.25 per hour, but she is paid only $4.50 per hour. She works 45 hours a week and receives $195.75 per week. ██████ stated that she contacted her local coordinator to ask why her pay was so low when her embassy's brochure states a higher minimum wage. ██████ claims that her sponsor told her the information was wrong and that nothing can be done.

The Department understands that many sponsors set a weekly rate that take into consideration the costs for room and board. Please contact ██████ and work to resolve this situation. In addition, please send us (1) a description of InterExchange's process for communicating to participants the pay/wage on the Au Pair program; (2) a copy of InterExchange's marketing and/or orientation materials that clearly state the au pair wage; and (3) InterExchange's justification for its weekly rate.

Thank you,

Office of Private Sector Exchange Administration
U.S. Department of State

Initial: 8/5/2013

Complaint: Pay Issue
Exchange Visitor: ████████████████████████████████

Reporter: Exchange Visitor

Host Family: ██████████████████ █ ████████████

Sponsor: InterExchange

SBU
This email is UNCLASSIFIED.

   CONFIDENTIAL

# Exhibit 185

PLAINTIFFS' RESP. APP.0001727

| | |
|---|---|
| **To:** | Michael McHugh[mmchugh@interexchange.org] |
| **From:** | Christine La Monica-Lunn |
| **Sent:** | Mon 8/5/2013 8:08:04 PM |
| **Importance:** | High |
| **Subject:** | FW: Complaint - InterExchange - ▮▮▮▮▮▮▮▮▮▮▮ - Pay Issue |
| **Received:** | Mon 8/5/2013 8:08:04 PM |

Wow.

From a legal website:

One of the rules governing au pairs relates to their weekly stipend. The weekly stipends for the standard Au Pair Program is directly connected to the federal minimum wage. The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs. The room and board credit currently is 40% of an au pair's credited compensation. Since 2009, au pairs have been entitled by law to a weekly stipend of at least $195.75. (Someone earning minimum wage of $7.25 per hour, working 40 hours per week for a full year, would earn $15,080. If host families use up 40% of that, as the government deems to be the case, that leaves $9,048, or $174 per week. The formula is a little more complicated than I have just described, which is why the weekly stipend is set at $195.75.)

- Christine

------ Forwarded Message
**From:** Au Pair Program <AuPairProgram@state.gov>
**Date:** Mon, 5 Aug 2013 19:38:53 +0000
**To:** Christine La Monica-Lunn <clamonica-lunn@interexchange.org>
**Cc:** Michael Gates <mgates@interexchange.org>, Katie Gray <kgray@interexchange.org>, Michael McHugh <mmchugh@interexchange.org>, Nicole Santomasso <nsantomasso@interexchange.org>, Au Pair Program <AuPairProgram@state.gov>
**Subject:** Complaint - InterExchange - ▮▮▮▮▮▮▮▮▮▮ - Pay Issue

Dear InterExchange Staff:

The Office of Private Sector Exchange Administration (ECA/EC/OPA) received a complaint from ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ via the Department's Hotline regarding her hourly wage and rights as an au pair. ▮▮▮▮ reported that she read in a brochure from her embassy that she has the right to earn a minimum salary of $7.25 per hour, but she is paid only $4.50 per hour. She works 45 hours a week and receives $195.75 per week. ▮▮▮▮ stated that she contacted her local coordinator to ask why her pay was so low when her embassy's brochure states a higher minimum wage. ▮▮▮ claims that her sponsor told her the information was wrong and that nothing can be done.

The Department understands that many sponsors set a weekly rate that take into consideration the costs for room and board. Please contact ▮▮▮▮ and work to resolve this situation. In addition, please send us (1) a description of InterExchange's process for communicating to participants the pay/wage on the Au Pair program; (2) a copy of InterExchange's marketing and/or orientation materials that clearly state the au pair wage; and (3) InterExchange's justification for its weekly rate.

Thank you,

Office of Private Sector Exchange Administration
U.S. Department of State

Initial: 8/5/2013

Complaint: Pay Issue
Exchange Visitor: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Reporter: Exchange Visitor

Host Family: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Sponsor: InterExchange

SBU

This email is UNCLASSIFIED.


------ End of Forwarded Message

CONFIDENTIAL
InterExchange0004308

# Exhibit 186

PLAINTIFFS' RESP. APP.0001730

September 12, 2012

**MEMORANDUM**

**For:**         **Alliance Members**

From:        Michael McCarry

Subjects:      Membership applications – Agent Au Pair/ICEPWorld USA and Expert Au Pair

We have two applications for full membership – from Expert Au Pair, and from Agent Au Pair, which also operates as Summer Work/Travel program as ICEPWorld USA.

Both organizations are among a group of 7 relatively new au pair sponsors. The larger and more established au pair sponsors (all Alliance members) have encouraged these new sponsors to join the Alliance, with the goal of enhancing the new sponsors' understanding of regulatory and policy issues, and the providing enhanced networking opportunities for the sponsor community. On occasion over the last two years, the Alliance has included the new sponsors in our au pair meetings.

We therefore have a good start on our relationship with the two applicant organizations, and know their principals reasonably well.

Both applicants have endorsements from leading Alliance members, and their applications are complete.

A summary of each application follows:

<u>**Expert Au Pair**</u>

Expert Au Pair, incorporated in 2006, is based in St. Petersburg, FL.

Its mission statement: "Expert Au Pair's mission is to facilitate international cultural exchange. We believe that responsible people throughout the world deserve the opportunity to participate in exchange programs which is why we promote both traditional and nontraditional destinations, we recruit from a diverse group of countries and we offer affordable options to make this program available to people from varied economic backgrounds."

The Expert Au Pair application includes letters of reference from Goran Rannefors, President of Cultural Care Au Pair and Alliance treasurer, and Ruth Ferry, Sr. Vice President at Au Pair in America (AIFS) and chair of the Alliance's Au Pair Task Force.

Mark Gaulter, the founder and CEO, would serve as the primary Alliance representative. The organization estimates its dues at $2800.

InterExchange0005241

**Agent Au Pair/ICEPWorld USA**

Agent Au Pair, headed by Stacey Frank, received its au pair designation in 2003.  Ms. Frank established ICEPWorld USA and received her Summer Work Travel designation in 2008.  The organizations are located in San Francisco.

Organizational mission statements:

Agent Au Pair – "Bringing high quality, pre-screened au pairs to the USA on a legal J-1 visa to live with American Host Families while providing excellent customer service to our clients".

ICEP World USA – "Providing the opportunity for students abroad to participate on a J-1 cultural exchange program in the USA by working during the summer at largely leisure-based entry level jobs, earning money, then providing the opportunity to travel within the USA afterward".

In her application letter, Ms. Frank notes the value of her personal experience living and working in Europe for 8 years as a motivating factor in entering the exchange field.

The application includes a reference letter from Ruth Ferry, of Au Pair in America (AIFS), fulfilling the requirement for one recommendation from an Alliance member. Ms. Frank also includes with her application a ringing testimonial from an au pair host family, Ms. Leslie Lambert of San Francisco, who attests to the high quality of Agent Au Pair's program.

Ms. Frank would be the organization's representative to the Alliance.  She estimates annual dues at $2100.

PLAINTIFFS' RESP. APP.0001732

InterExchange0005242

Case 1:14-cv-03074-CMA-KMT   Document 943-189   Filed 03/17/18   USDC Colorado   Page 188
of 192

# Exhibit 187

DRAFT

Au Pair Sponsor Meeting with ECA
April 19, 2011

In attendance:
**ECA Representatives**:  Deputy Assistant Secretary Stanley Colvin, Maha Ammar, Karen Hawkins, Susan Geary, Nicole Deaner, John Fleming, Dan McCartney, Jackie Chisholm.

**Program Sponsors**:  Bill Kapler, GoAu Pair; Goran Rannefors and Natalie Jordan, Cultural Care Au Pair; Ana Fass, EurAuPair; Christine Lamonica-Lunn and Michael McHugh, InterExchange Au Pair USA; Heidi Woehl and Sarah McNamara, Au Pair Care; Linda Mori, CHI; Stacey Frank, Agent Au Pair; Helene Young, USAuPair; Jason Ankeny, The International Au Pair Exchange; Mark Gaulter, Expert Au Pair; Stephen Lehan, Au Pair International; Ruth Ferry and Jean Quinn, Au Pair in America.  Au Pair Foundation via conference call.

Alliance Representatives:  Michael McCarry, Mark Overmann

**Summary of ECA Presentation**:

Stanley opened the discussion by citing the upcoming 25th anniversary of the au pair program and noting that au pair has become "an excellent program", and that the State Department has "no concerns" about the category.   He introduced Maha Ammar as the new program officer for the au pair category.

Stanley reported:

> ➢ 150,000 au pairs have participated since the program's inception in 1986. Annual numbers have declined 10-15 per cent in recent years.  Volume in 'active status': 2008 – 17,000; 2009—15,400; 2010—13,014; 2011—14,700
> ➢ Complaints/incidents received by the Department since 2009: 22 complaints; 78 incidents (10 of which were sexual assault; 3 deaths).

Stanley emphasized that the #1 objective of the Exchange Visitor Program is "creating and supporting a positive image of the U.S."

To better manage program issues, Stanley indicated that ECA had established databases to record incidents and complaints in the various J-1 categories.  ECA distributed a form for the au pair category to sponsors last week, and asks that it be used for reporting all incidents/complaints.

InterExchange0005360

Noting the small number of incidents and complaints, Stanley said that the au pair sponsor community is good at regulatory compliance.  He added that the program has experienced few problems since regulations were finalized in 1995.  He said that the program has the "right balance":  a good program design and good sponsors. Program Officer Maha Ammar offered a litmus test for determining whether to report a matter:  would the incident or complaint cause the Department and the sponsor notoriety, disrepute, or embarrassment if reported by the media?

Stanley and press officer John Fleming cautioned that you cannot overreport.  Fleming stressed that the Department does not want any surprises.

**Management audits**

Stanley noted that audits have "contributed substantially to program quality" in the au pair program, and that other J-1 categories will have required audits when Subpart A is published.  He said that the Department used the audits for trend analysis.

A sponsor asked whether completed audits are available to the public.  Stanley replied that audits are subject to Freedom of Information Act (FOIA) requests.  Stanley recalled only one request for access to the annual audits being requested and information was not released.  Typically, he continued, the audits would only be available to the State Department and its Congressional oversight committees.

If an audit were released under a FOIA request, Stanley said that personally identifiable information would be redacted, as would proprietary information.

A sponsor noted that the audit template is now slightly out of date.  Stanley responded that the template would be updated with Subpart A, and asked sponsors to send suggestions for updates directly to Maha.

**White Paper**

Stanley said that ECA planned to prepare a brief white paper on the au pair program, and asked that sponsors send suggestions to Maha concerning data that might be included in such a paper.

**Education Rule Change**

Stanley indicated that ECA intends to broaden the scope of opportunity for au pairs to fulfill the educational requirement to include accredited secondary academic institutions, continuing education programs and volunteer opportunities in the communities in which au pairs are placed.  Changes will include opportunity for au pairs to fulfill the requirement through online courses, coupled with a community

InterExchange0005361

component.  Families would be expected to pay up to $750 ($1,500 for EduCare), a
slight increase from current levels.

Some sponsors raised concerns that the stipend increase would deter families from
joining the program, given the recent 3-year increase in minimum weekly stipends.
Stanley felt the additional $20 per month should not deter the majority of families.  It
was noted the rule should reflect that the au pair is expected to complete the
requirement with a stipend of **up to** $750 ($1,500 for EduCare).  With more options
open, the outlay of funds by the families may be less.

Sponsors asked whether professional skills development courses and adult education
options would be permissible.  Stanley requested that sponsors identify accrediting
authorities for adult education and/or professional skills development courses, noting
that accreditation would be a key issue.  He asked sponsors to survey au pairs for their
perspective on the educational component.  Stanley agreed that if sponsors submit
information within one month; the education rule will be filed in one month following.

### Subpart A

While a publication date is uncertain, ECA staff reported that the rule could be released
in Fall 2011.

### Insurance

The minimum medical insurance coverage requirement in subpart A is expected to
double to $200,000.  At present it is unclear as to whether the health care reform
legislation includes non-immigrants who come to the U.S. for exchange or study
opportunities.  Stanley indicated that ECA is pursuing this question through interagency
channels.  Sponsors noted that health care reform's higher coverage requirements and
inclusion of pre-existing conditions will have a major impact on program costs, and likely
on levels of participation.

### Requirement of Citizenship:  section 62.31 (h) (1)

The current stipulation that both parents be U.S. citizens or legal permanent residents
restricts participation for families with only one parent of American citizenship.  One
sponsor noted that under current program rules, an American citizen single parent could
have an au pair, but if the same parent married a non-U.S. citizen, the family would have
to give up the au pair.  Stanley agreed to consider a notice that would effectively open
the program to families with only one American citizen (or legal permanent resident)
parent.

InterExchange0005362

**Performance Bond**

Stanley encouraged all sponsors to review the ruling on bond requirements in the 1995 regulations, 22CFR Part 514, specifically in the preamble section titled *Other Statutory Considerations*.  The bond requirement is a minimum wage violation and sponsors can expect to receive an email from Maha advising that the withholding of a security deposit is inconsistent with regulatory requirements.

**Department of State Seal**

Sponsors and foreign partners/agents are not authorized to use the Department of State seal on printed or web materials without explicit approval from the Department.  Use of the seal is only permissible for the Department's grant programs (e.g., Fulbright, IVLP, YES), Stanley said.

He asked Maha to prepare a notice to sponsors.

**Early termination**

When asked whether early terminations needed to be reported to ICE, ECA staff responded that the only reporting required in such cases is through SEVIS.

**Department Web Resources**

Stanley reminded sponsors of the extensive web resources his office has compiled for the reference of sponsors and the public.  Useful links include:

Private Sector Exchange link:  http://exchanges.state.gov/jexchanges/...  the following two links are found on this webpage.

Regulations and Compliance Administration link:
http://exchanges.state.gov/jexchanges/regs_and_resources.html

Au-pair Exchange Program link:  http://exchanges.state.gov/jexchanges/programs/aupair.html

Sponsors thanked Stanley for the opportunity to meet with the Department.  All participating sponsors found the exchange of information and ideas very helpful, and indicated that they would welcome the opportunity to do so on a more regular basis. Stanley suggested a sponsor meeting every two years, but indicated willingness to make the meeting an annual event if sponsors found it desirable to do so.

InterExchange0005363