# **<u>Exhibit I</u>**

(replacing ECF No. 943-17)

# Exhibit 188

PLAINTIFFS' RESP. APP.0001738

| To: | Olivia Goulden[Olivia@norland.co.uk] |
|---|---|
| From: | Michael Gates |
| Sent: | Mon 1/30/2012 6:43:28 PM |
| Importance: | Normal |
| Subject: | Re: Norland Nannies working in the US |
| Received: | Mon 1/30/2012 6:43:28 PM |

Hi Olivia,

Unfortunately I am not in a position to change this regulation by our federal government, which has actually increased its scrutiny and oversight of the Au Pair Program in the United States. The current weekly stipend is dictated by our minimum wage rate (with the accompanying Room & Board taken into account) in the Fair Standards Labor Act and the Department of State. Our au pairs represent a wide diversity of child care backgrounds; some au pairs have casual baby-sitting experience while others have 10,000+ hours of both personal and professional experience. They may be teachers, nurses, camp counselors or psychology students. The stipend reflects that this is primarily a cultural exchange program with a strong work component, it does not allow for qualification-based pay and I could not endorse this. I am confident that Norland Nannies are exceptional, however I cannot endorse any of our program participants requesting higher wages from their host families.

The "Extraordinaire" Program offered by Au Pair in America does offer a slightly higher weekly stipend (an additional $54.25), but the program cost is also nearly $2000 more for host families than our program cost, and they may be able to match with an au pair who is equally qualified. Families like this program because it is affordable; families that can afford $400-$800 per week just on a stipend would not use an au pair program to meet their child care needs. Likewise the program fees for Au Pairs in this "Extraordinaire" Program appear to be higher than standard programs, including our own.

The stipend would only prevent au pairs from participating from the program if they want it to. The program offers young people an opportunity to experience real American life, which is a far cry from what is often depicted in films or on television. If nannies are interested in spending a year in the United States, I am sure our host families would be happy to welcome them into their homes. We are currently working hard on a brand new, online platform that will give au pairs and international cooperators unprecedented access to program information and resources while at the same time facilitating communication between all parties. In addition to our Program Director, Michael McHugh, being on the board of the International Au Pair Association, InterExchange is also a non-profit organization dedicated to international cultural exchange and the development of a more global citizenry. All of our profits support our mission by providing grants to young Americans and Canadians to do volunteer programs in developing nations. Your nannies will know that their participation in the Au Pair USA program also supports this important exchange of cultures, ideas and community-level development.

I look forward to hearing from you!

Warm Regards,
Michael Gates

 InterExchange

Michael Gates | International Recruitment & Placement Manager | Au Pair USA
TEL: 917.305.5461 | FAX: 212.924.8873 | EMAIL: mgates@interexchange.org
161 Sixth Avenue, New York, NY 10013
SKYPE: michaelgatesapusa

---

**From:** Olivia Goulden <Olivia@norland.co.uk>
**Date:** Fri, 27 Jan 2012 17:42:08 +0000
**To:** Michael Gates <mgates@interexchange.org>
**Subject:** RE: Norland Nannies working in the US

Hi Michael
Thank you for your reply to my email. That all sounds great.

However as I mentioned in my email the only problem I foresee (and I think it is quite a big one!) is in relation to

InterExchange0010706

the salary paid to the nanny. As you say this is fixed at $195.75 per week. However Norland Nannies would normally expect a much higher salary than this (sometimes 4 times as much). This obviously reflects their length and quality of training and the fact that many have degrees in childcare. It would be such a shame if our nannies were prevented from working in the US because of this.

I have heard of something related to the program called 'Au Pair Extaordinaire'. Do you know anything about this and if so do you think it might solve the salary problem?

Best wishes and I look forward to hearing from you.

Olivia

**Olivia Goulden**
Marketing Co-ordinator
**Norland College**
D/L – 01225 904028
www.norland.co.uk <http://www.norland.co.uk/>



<http://www.twitter.com/norlandnannies>

**From:** Michael Gates [mailto:mgates@interexchange.org]
**Sent:** 25 January 2012 20:51
**To:** Olivia Goulden
**Subject:** Re: Norland Nannies working in the US
**Importance:** High

Dear Olivia,

Thank you for contacting InterExchange! My name is Michael Gates and I am the International Recruitment and Placement Manager at Au Pair USA. I am very interested in learning more about a potential collaboration between our programs. We recently began working with Gap360 and I am delighted with their attitude and enthusiasm thus far.

Norland Nannies would apply through Gap360 in order to submit their verification for screening and processing. We would then begin our matching process with our families or simply confirm the match if they already have a family selected. We must cover the area in which the family lives before we can accept them in the program – this is an important rule in the Department of State's regulations. The Department of State and Department of Labor set the weekly stipend that au pairs receive and this cannot be changed. Au pairs are not permitted to work beyond the regular hours nor are they allowed to ask for extra money for providing additional services. Families are only required to pay them according to the program regulations (weekly and education stipend, transportation costs for education and program requirements, domestic travel to the family). Below is additional information about the program. I would love to speak with you over Skype next week to learn more about this opportunity!

## ABOUT INTEREXCHANGE

InterExchange is a private, non-profit organization with over 40 years of experience in
international educational exchange. InterExchange is dedicated to promoting international understanding through intercultural, educational and work/training opportunities. Over the years thousands of young people have been placed both here and abroad in cooperation with international partner organizations and government agencies.

## AU PAIR USA PROGRAM

InterExchange Au Pair USA is designated by the US Department of State to offer the au pair program. For decades, InterExchange Au Pair USA has been connecting American families with experienced, dedicated au pairs from around the world. Every InterExchange host family is unique, and so is each au pair. We work hard to evaluate our program participants' needs, expectations, personalities, and lifestyles to ensure the best match and set the stage for a very successful placement.

The Au Pair USA program is for young adults between the ages of 18 and 26 who have previous experience caring for children.  Au pairs live with American host families and provide up to 45 hours of childcare in return for a weekly stipend, room and board in the family home and $500 for education courses.

## PROGRAM BENEFITS
* Low $300 Program Fee
* Round trip airfare included
* Domestic US travel costs to Host Family included
* 5 days 4 night Orientation Program in the heart of New York City included
* $195.75 per week pocket money
* 2 weeks (11 working days) paid vacation
* 30 days to travel in the USA after program ends
* $500 stipend for education in accredited institutions
* Option to extend program for additional 6, 9 or 12 months
* Year-long support from our talented network of local coordinators and New York office
* Access to PASSPORT – our new online portal which will streamline your matching process and provide you with information any time you have internet access

## ELIGIBILITY REQUIREMENTS FOR CANDIDATES
* Be proficient in spoken and written English
* Be 18-26 years of age
* Have at least 200 hours of experience with children
* Have both a regular driver's license with experience driving, and an International Driving License.
* Have at least the equivalent of a High School diploma
* No serious medical history; ability to pass psychometric exam
* No criminal history
* Be ready to live abroad with an American Host Family for 12 months

## APPLICATION PROCEDURES
All applicants fill in the InterExchange Au Pair USA application, which includes two childcare references and one character reference. They must also take part in a face-to-face interview session with the International Cooperator, who fills in our Interview Report. All participants must have a doctor perform a medical exam and fill in our Medical Report. All au pairs must also take our Booeram-Flowers Psychometric Au Pair Selection Test and obtain a police report from the local authorities. When sending files, please include copies of the applicant's passport, International Driving License, and High School diploma or equivalent.

Every au pair applicant's entire file is reviewed by InterExchange and either accepted or denied based on the applicant's suitability for the au pair program. If any materials are missing or insufficient, we will notify the International Cooperator. Au pairs can apply at anytime of the year and should expect to find a family in about 1 or 2 months.

## PROGRAM FEES (all fees in US Dollars)
InterExchange collects a fee of $300 from au pairs in your country. We call this the Program Share Fee (PSF). You may also charge your own fees at your discretion.

InterExchange will pay International Cooperators a commission of $700 for each au pair who arrives to the USA. If that au pair returns home during the first 6 months of the program we only pay a commission of $500. This adjustment will be noted on the monthly invoices you receive from us.

## MATCHING
After a candidate's application is accepted into the program, we will send it to suitable families, one at a time. You will receive an email with the family's name, location, and children details (gender/age). Please let the au pair know that she might receive a phone call in the subsequent 72 hours. Not every family will call the au pair, but we will continue to send out the application to more families. Au pairs can make special requests about where they would like to be placed but this will slow down their matching

PLAINTIFFS' RESP. APP.0001741

InterExchange0010708

process. We have great families on both coasts of the USA and around most major cities.

## CONFIRMATION
Once the family and au pair confirm their match, we will send a Pre-Departure Folder to your office. This will include the au pair's DS-2019 form, the SEVIS Fee receipt, host family details, educational opportunities, travel information etc.

Please help the au pair schedule an appointment at the American Embassy or Consulate to interview for a J-1 visa. Send us an email about the date of the appointment and then an update after the appointment whether it was successful or not. At this point we will be arranging the travel tickets. InterExchange will arrange and pay for all travel to New York.

## TRAVEL
InterExchange will arrange for the flight of each au pair from the main departure city in there country to New York City. If the au pair successfully completes her program year, we will arrange her ticket home as well from New York City to her departure city. If the au pair leaves the program early for any reason, she must pay for her own ticket home.

## ORIENTATION AND TRAINING
There are 25 au pair arrivals through out the year. Au pairs fly into New York City and make their own way to the Hotel New Yorker http://www.newyorkerhotel.com/ by using the Super Shuttle http://www.supershuttle.com/ This ground transportation service will take them directly to the Hotel New Yorker for about $20. They will stay in the Hotel New Yorker from Monday until Friday in a group orientation and training session. They should bring at least $200 spending money with them to New York to use for the SuperShuttle, dinner each evening (breakfast and lunch are provided during the orientation day), and any other 'incidental" costs.

After the orientation they will travel to the Host Family's house. This ticket will be arranged for them by the host family and will be given to them at the orientation.

## COMPENSATION
All au pairs receive $195.75 per week as a stipend. Au pairs receive 2 weeks (11 days) of paid vacation each year and $500 to use for education from the Host Family. All au pairs will have their own private bedroom and access to family food, as any member of the family would.

## INSURANCE
Each au pair is provided with an excellent Accident and Sickness insurance policy with up to $200,000 in coverage. For each visit to the doctor there is a "co-pay" of $50. If the au pair must be taken to the Emergency Room of the hospital, but is not admitted to the hospital, there is a $250 "deductible". That means the au pair pays the first $250 of the total bill. If the au pair is admitted to the hospital, only the $50 co-pay will apply. Most visits to the Emergency room are extremely expensive so au pairs should always visit the local doctor whenever possible. Their Local Coordinator will help them sign up with a local doctor.

## EDUCATION
All au pairs must complete 6 credit hours of college level classes while they are in the USA. This usually means taking 2 classes (each class is 3 credits). The are given $500 by the Host Family to pay toward these classes. This may or may not be enough money to cover the costs depending on the local college tuition costs. If this is not enough, the au pair will

InterExchange0010709

have to pay some money toward these classes.

## DRIVING

All au pairs must have an International Driving License before they arrive
to the USA. All au pairs must also have a valid driver's license from their home country before applying to the program. Non-drivers may only be accepted by a pre-matched family.

## SMOKING

If the candidate is serious about being an au pair, they should stop smoking. InterExchange does not accept au pair applications from candidates that smoke.

## CHANGING FAMILIES

If an au pair has a valid reason to change Host Families after arriving to the USA, we will do our best to find a new placement for them. All au pairs must stay with their family for the first 30 days.  Once they are approved to change families, they must stay with their current family for 2 weeks. If a new placement cannot be found, the au pair will have to return home at their own cost.


Best Regards,
Michael Gates



Michael Gates | International Recruitment & Placement Manager | Au Pair USA
TEL: 917.305.5461 | FAX: 212.924.8873 | EMAIL: mgates@interexchange.org
161 Sixth Avenue, New York, NY 10013
SKYPE: michaelgatesapusa

---

**From:** Michael McHugh <mmchugh@interexchange.org>
**Date:** Mon, 23 Jan 2012 15:34:15 -0500
**To:** Michael Gates <mgates@interexchange.org>
**Subject:** Fwd: Norland Nannies working in the US


------ Forwarded Message
**From:** Olivia Goulden <Olivia@norland.co.uk> <x-msg://59/Olivia@norland.co.uk> >
**Date:** Thu, 19 Jan 2012 16:57:59 +0000
**To:** Reception <info@interexchange.org> <x-msg://59/info@interexchange.org> >
**Subject:** Norland Nannies working in the US

Hi
I am writing to ask whether it might be possible for our college to work together with your organisation in assisting British Norland Nannies to be employed by US families (under the J-1 Visitor Exchange Visitor Programme for Au Pairs).

I am not sure if you will have heard of us?  Norland College (www.norland.co.uk <http://www.norland.co.uk/> <http://www.norland.co.uk <http://www.norland.co.uk/> > ) is a private not-for-profit institution which was founded in 1892.  Since then it has been providing the highest quality Early Years training mostly to those who dream of becoming 'Norland Nannies'.  There is just one college and we are based in Bath, England.

The students' training consists of 2 years at the college and 1 year working as a 'probationer' with a family.  The students work towards the BA (Hons) Early Childhood Studies Degree and spend their 4th and final year writing up their dissertation.

PLAINTIFFS' RESP. APP.0001743

InterExchange0010710

Norland Nannies are considered to be the 'crème de la crème' of British nannies. They have in the past, and still are, employed by Royalty and by high profile and celebrity families.

The college has its own in-house agency (Norland Agency – www.norlandagency.co.uk <http://www.norlandagency.co.uk/> <http://www.norlandagency.co.uk <http://www.norlandagency.co.uk/> > ) which only places our own Norland graduates ('Norlanders') with families. Because the Agency is involved with our students right from the beginning of their training, it is perfectly placed to match them with the right families.

We have Norland Nannies who are extremely interested in working in the States at some point in their career. Likewise we have families in the States who contact us specifically wanting to employ a Norland Nanny. This is obviously great for the family and nanny alike. Unfortunately, however, although we can make some great matches, we have found that when it comes to the process of obtaining the appropriate visa, there is a lot of confusion. We have been partly to blame for this! Now though we feel we have a very good understanding of the application process and would very much like to make the experience for the family and nanny as smooth and stress free as possible.

We know that your organisation has in the past acted as the Sponsor Organisation for Norland Nannies who we have matched with a US family and it would be great if we could formalise this relationship. We are aware of Pre-matching Service you provide and this would obviously be the way in which our nannies and families would make contact with you. With this in mind, we are wondering if it would be possible to implement a formal process/procedure involving ourselves (Norland Agency) in the UK yourselves in the US and Gap 360 in the UK.

We would hope that in the future this would mean that US families approaching InterExchange and specifically wanting a highly qualified British nanny/Norland Nanny would be directed to our agency. Once a suitable match was made we would then advise the family and the nanny of the next steps (getting in touch with yourselves and for the Norland Nanny to apply through Gap 360).

The only aspect that I am unclear about is in relation to the salary paid to the nanny. I understand that this is usually set at $195.75 per week. To reflect their expertise and training, Norland Nannies would normally expect a higher salary than this. Would you be able to tell me if you foresee this being a problem in terms of the regulations etc.?

Apologies for the length of this email. If anything I have said is unclear, do please get back to me.

Best wishes and I look forward to hearing from you.

Olivia

**Olivia Goulden**
Marketing Co-ordinator
**Norland College**
D/L – 01225 904028
www.norland.co.uk <http://www.norland.co.uk/> <http://www.norland.co.uk/>




<http://www.twitter.com/norlandnannies>

------ End of Forwarded Message

**InterExchange**
Michael McHugh | Program Director | Au Pair USA
TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org <x-msg://100/mmchugh@interexchange.org>
161 Sixth Avenue, New York, NY 10013

Begin forwarded message:
**From:** Reception <info@interexchange.org>

PLAINTIFFS' RESP. APP.0001744

InterExchange0010711

**Date:** January 19, 2012 12:03:13 PM EST
**To:** Michael McHugh <mmchugh@interexchange.org>
**Subject: FW: Norland Nannies working in the US**

InterExchange0010712

Case 1:14-cv-03074-CMA-KMT   Document 913-17   Filed 03/17/15   USDC Colorado   Page 9 of 150

# Exhibit 189

**To:**        ██████████ [REDACTED]; InterExchange Au Pair USA[aupair@interexchange.org]
**Cc:**        Leslie Colucci[lcolucci@lc.interexchange.org]; Leslie Colucci[lesliecolucci@yahoo.com]
**From:**    Verona Benjamin
**Sent:**     Tue 2/22/2011 3:06:54 PM
**Importance:**  Normal
**Subject:**   Re: Important Information On Filing Your 2010 Tax Returns
**Received:**        Tue 2/22/2011 3:06:54 PM

Hello ████████

The au pair stipend is $195.75 per week for all au pairs so this is the wage paid to you by the family on a weekly basis.

Let me know if you have other questions.

Verona

On 2/21/11 9:30 PM, ████████████ <     REDACTED     · wrote:

       To whom it may concern,

This is ████████ who extended her program in ████████ I have a question about my ex-host family filing the taxes for 2010. I have worked in the family ██████████████████ for 7.5months from February till the middle of September. The local coordinator is ███ ████ The problem is that I don't keep in touch with this family no more due to some difficult relationship between us. The question is now how can I request the information on the wages they paid to me for this period according to their tax forms? Please assist in this matter.
I haven't been able to file my taxes due to this delay.

Best regards,

████████████████

On Tue, Feb 8, 2011 at 11:00 AM, InterExchange Au Pair USA <aupair@interexchange.org> wrote:

# Important Information On Filing Your 2010 Tax Returns

April 15, 2011 is the filing deadline for tax returns for all exchange visitors who received wages in the United States during 2010. It is very important that you file your taxes with the Internal Revenue Service (IRS) by this date, or you may not receive any refunds that you are due. **In order to file your taxes, you will need a Form 1040NR-EZ** – Download this tax form <http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=4d4cef0e26&e=be47985089> and filing instructions <http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=6a666f5d72&e=be47985089> from the IRS website. The IRS also offers the option to file your Federal Tax return online for free. Please visit the IRS homepage <http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=be57a74ec4&e=be47985089> for more information. We hope you find this tax information helpful. If you prefer to consult with an organization familiar with J-1 tax questions, you may wish to consider either RT Tax <http://InterExchange.us1.list-manage.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=e177baac7d&e=be47985089> , TaxBack <http://InterExchange.us1.list-manage.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=ce02414d08&e=be47985089> or Cintax <http://InterExchange.us1.list-

InterExchange0021335

that these companies typically charge a percentage of your tax refund or a flat fee, but they can help you with the paperwork and make the process easier. For more information on tax regulations for exchange visitors to the U.S., please visit the IRS webpage on Taxation of Non-Resident Aliens <http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=c5af3df079&e=be47985089> .

**Questions? Contact us at 1-212-924-0446**     Kind regards, The Au Pair USA Team

<http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=5fc0b7571a&e=be47985089>
<http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=e7b632303b&e=be47985089>
<http://InterExchange.us1.list-manage1.com/track/click?u=7c6957ecfdc6a76f9cb77c29e&id=14a14f3907&e=be47985089>

Sent from InterExchange, 161 Sixth Avenue, New York, NY 10013
Sent to     **REDACTED**
Forward to a Friend <http://us1.forward-to-friend2.com/forward?u=7c6957ecfdc6a76f9cb77c29e&id=85fd87f0e9&e=be47985089> | Update Profile <http://InterExchange.us1.list-manage1.com/profile?u=7c6957ecfdc6a76f9cb77c29e&id=5dcaf93480&e=be47985089> | Unsubscribe <http://InterExchange.us1.list-manage.com/unsubscribe?u=7c6957ecfdc6a76f9cb77c29e&id=5dcaf93480&e=be47985089&c=85fd87f0e9>



Verona Benjamin | Transition Coordinator
TEL: 917.305.5451 | FAX: 917-720-9163 | EMAIL: Vbenjamin@interexchange.org
161 Sixth Avenue, New York, NY 10013

InterExchange0021336

Case 1:14-cv-03074-CMA-KMT   Document 945-17   Filed 03/17/18   USDC Colorado   Page 12
of 160

# Exhibit 190

PLAINTIFFS' RESP. APP.0001749

# ALLIANCE CODE OF ETHICS FOR BOARD MEMBERS

**Goal:** To establish a set of principles and practices of the Board of Directors of the Alliance for International Educational and Cultural Exchange (the Alliance) that will set parameters and provide guidance and direction for board conduct and decision-making.

**Code:** Members of the Alliance Board of Directors are committed to observing and promoting the highest standards of ethical conduct in the performance of their responsibilities on the board. Board members pledge to accept this code as a minimum guideline for ethical conduct and shall:

## *Accountability*

Faithfully abide by the Articles of Incorporation, by-laws, and policies of the Alliance.

Exercise reasonable care, good faith, and due diligence in organizational affairs.

Fully disclose, at the earliest opportunity, information or facts that could lead to the perception of or an actual conflict of interest.

Remain accountable for prudent fiscal management to the board and all Alliance stakeholders including staff, management, volunteers, and customers, and where applicable, to government and funding bodies.

## *Professional Excellence*

Maintain a professional level of courtesy, respect, and objectivity in all Alliance activities.

Strive to uphold those practices and assist other Alliance members of the board in upholding the highest standards of conduct.

## *Personal Gain*

Exercise the powers invested for the good of all stakeholders of the Alliance rather than for his or her personal benefit, or that of the organization he or she represent or with which he or she is employed.

DRAFT 10.29.2010

PLAINTIFFS' RESP. APP.0001750

InterExchange0034541

### Equal Opportunity

Ensure the rights of all stakeholders without discrimination in respect to gender, gender identity, sexual orientation, national origin, race, religion, age, political affiliation or disability, in accordance with all applicable legal and regulatory requirements.

### Confidential Information

Respect the confidentiality of sensitive information received in the course of board service.

### Collaboration and Cooperation

Respect the diversity of opinions as expressed or acted upon by the Alliance board, committees and staff, and formally record disputes as appropriate.

Promote collaboration, cooperation, and partnership among board members, and staff.

_____          _____

**Board Member**                        **Date**

My signature indicates that I, as a board member of the Alliance, accept my responsibilities and obligations as it pertains to the Alliance's Code of Ethics Policy for Board Members.

DRAFT 10.29.2010

2

PLAINTIFFS' RESP. APP.0001751

InterExchange0034542

Case 1:14-cv-03074-CMA-KMT   Document 948-17   Filed 03/17/16   USDC Colorado   Page 15
of 160

# Exhibit 191

**To:** Allen Langer[alanger@campamerica.co.uk]; Ohlander Mark[movermark@alliance-exchange.org]; Amanda
Soler[asoler@ymcanyc.org]; Anna Fincke[afincke@ciee.org]; Anna Levine[alevine@intraxinc.com]; Bill Gertz[wgertz@aifs.com];
Bill@asse.com[Bill@asse.com]; Callum.Kennedy@bunac.org.uk[Callum.Kennedy@bunac.org.uk]; Carlos
Galdeano[cgaldeano@intraxinc.com]; Carye Duffin[CDuffin@ciee.org]; Casey Slamin[cslamin@interexchange.org]; CETUSA - Terry
Watson[terry@cetusa.org]; Daniel Ebert[daniel@cci-exchange.com]; Dennis Regan[dregan@aifs.com];
dfreedman@bunacusa.org[dfreedman@bunacusa.org]; echazottes@aipt.org[echazottes@aipt.org]; Elizabeth
ONeill[EONeill@ciee.org]; ediaz-obregon@intraxinc.com[ediaz-obregon@intraxinc.com]; Fei Jiang[fei@asse.com];
gwatson@intraxinc.com[gwatson@intraxinc.com]; InterExchange/Christine La Monica-Lunn[clamonica-lunn@interexchange.org];
chijan@chinet.org[chijan@chinet.org]; janiceh@ccusa.com[janiceh@ccusa.com]; Jim Miller[jmiller@geovisions.org]; Joanna
Flagler[jflagler@cci-exchange.org]; John McNamara[jmcnamara@allianceabroad.com];
kmorgan@geovisions.org[kmorgan@geovisions.org]; Laura Rose[lrose@cci-exchange.com]; Linda Mori[chilinda@chinet.org]; Marielle
Den Hollander[marielle@ccusa.com]; Paul Bydalek[pbydalek@intraxinc.com]; Paul Christianson[pchristianson@interexchange.org];
Paul McLaughlin[pmclaughlin@ciee.org]; Phil Simon[PSimon@ciee.org]; Philippe Kohn[pkohn@intraxinc.com];
rick@cetusa.org[rick@cetusa.org]; robyn@cenet.us[robyn@cenet.us]; Sandy Mitchell[smitchell@ymcanyc.org]; Stevan
Trooboff[STrooboff@ciee.org]; Susan Ratigan[susan.ratigan@iena.org]; Tom Areton[chitom@chinet.org];
tom@iceoinc.org[tom@iceoinc.org]; uchristianson@interexchange.org[uchristianson@interexchange.org];
vlynden@allianceabroad.com[vlynden@allianceabroad.com]
**Cc:** doty@pieusa.org[doty@pieusa.org]; Nuttha Ummarakoon[Nuttha@alliance-exchange.org];
fmcguirk@taxback.com[fmcguirk@taxback.com]; atwohig@taxback.com[atwohig@taxback.com]; John
Fleming[jfleming@compassbenefits.com]; colvinss@state.gov[colvinss@state.gov]; McCartney, Daniel J[McCartneyDJ@state.gov];
deanerna@state.gov[deanerna@state.gov]
**From:** Michael McCarry
**Sent:** Tue 9/28/2010 9:11:58 PM
**Importance:** High
**Subject:** Alliance at WYSTC
**Received:** Tue 9/28/2010 9:14:44 PM
Map- China World Hotel to US Embassy.pdf

Colleagues – again this year, the Alliance will hold two events for Alliance members at the WYSTC conference in addition to the
annual plenary session with Deputy Assistant Secretary Stanley Colvin.

On **Monday, October 18**, we will have our annual WYSTC cocktail event in the atrium of the new US Embassy, beginning at **6:30**.
See details below re RSVP'ing for this event.  As in the past, we will invoice members later to help defray the cost of this event.  A
map showing the locations of the China World Hotel and the US Embassy is attached.  The distance is about 5 kilometers.

On **Tuesday, October 19**, we will have our informal  Alliance-members only discussion with Stanley at 10 a.m.  I will let you know
the room for that session as soon as I have it.  **Please note that this session will not be listed in the conference program.**

**Important notes re US embassy access:**

Please <u>RSVP by October 8</u>.  To meet the embassy's requirements, you must provide:

  ▪ **your name exactly as it appears on your passport.**

  ▪ **your passport number.**

  ▪ **your nationality.**

**We must submit a complete list of guests to the Embassy no later than October 13.  Anyone whose complete information does
not appear on that list will not be able to attend.**

Please note as well that electronics of any sort are strictly prohibited and must be checked in. This includes cell phones, cameras,
computers, etc.

**Please RSVP to <u>Nuttha@alliance-exchange.org</u>.**

Many thanks, M

InterExchange0034706

Case 1:14-cv-03074-CMA-KMT   Document 928-17   Filed 03/17/18   USDC Colorado   Page 17
of 160

# Exhibit 192

PLAINTIFFS' RESP. APP.0001754

**To:** Alliance@calists.harvard.edu/Alliance@calists.harvard.edu
**From:** alliance-bounces+clamonica-lunn=interexchange.org@calists.harvard.edu
**Sent on behalf of:** Michael McCarry
**Sent:** Wed 10/7/2009 8:45:14 PM
**Importance:** Normal
**Subject:** [Alliance] Membership meeting, Oct. 21-22
**Received:** Wed 10/7/2009 8:48:43 PM

Membership meeting agenda - final.doc
09Board_meeting_RSVP.doc
Board meeting participants - Oct 7.doc
Untitled attachment 267686.txt

Colleagues – We are looking forward to the Alliance membership meeting in Washington Oct. 21-22. We are particularly pleased that Judith McHale, the new Under Secretary for Public Diplomacy and Public Affairs, has agreed to speak at our dinner on Wednesday, Oct. 21. At the dinner, we will give an Alliance Award to Sharon Waxman, who worked closely with the Alliance and played a critical role in the creation of the YES program as a member of Senator Kennedy's staff.

Congressman Russ Carnahan (D-MO), a strong supporter of exchanges and a member of the House Foreign Affairs committee, will speak at our concluding lunch on Thursday, Oct. 22.

On Thursday morning, we have scheduled a discussion session on SEVIS II with DHS and ECA staff.

In addition to a number of important governance issues and Task Force meetings, we will also launch at the meeting the new and much enhanced Alliance website. You will receive more information about the site very soon. Task Force Chairs are listed on the attached agenda.

A full schedule for the meeting is attached, along with an RSVP form. For your convenience, we have attached a list of those who have already RSVP'd.

Finally, _**if you are a vegetarian**_ and plan to attend the Oct. 21 dinner, please let us know asap so we can make appropriate arrangements for you.


Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W.
Suite 620
Washington, D.C. 20036
(202)293-6141
(202)293-6144(fax)
www.alliance-exchange.org

InterExchange0036038

Case 1:14-cv-03074-CMA-KMT   Document 948-17   Filed 03/17/18   USDC Colorado   Page 19
of 160

# Exhibit 193

PLAINTIFFS' RESP. APP.0001756

**American Association of Intensive English Programs (AAIEP)**
Jeff Hutcheson

**Academy for Educational Development (AED)**
Jill L Heureux Grana

**AIFS**
Melanie French
William Gertz

**American Councils**
Lisa Choate
Sherri Powar

**ASSE International**
Bodil Dencker

**Communicating for Agriculture (CA)**
Wayne Nelson

**Center for Cultural Interchange (CCI)**
Joanna Flagler

**CDS International**
Rob Fenstermacher
Emily Schmidt

**CIEE**
Elizabeth O'Neill
Laura Breen
Paul McLaughlin
Anna Fincke

**Cordell Hull Foundation for International Education**
Marianne Manson

**Council for Int'l Exchange of Scholars/Institute of Int'l Education**
Dr. Sabine O'Hara

**Educational Testing Service (ETS)**
Ronna Freiberg

**German American Chamber of Commerce**
Thomas Dzimian
Kirsten Herrmann

**AFS –USA**
Stephanie Cashmore
Helen Lowman

**American Council on International Personnel**
Lynn Shotwell
Darra Klein

**Amity Institute**
Trudy Hermann

**Au Pair in America**
Ruth Ferry

**Association for International Practical Training (AIPT)**
Elizabeth Chazottes
Craig Brown

**Association of International Education Administrators (AIEA)**
Norman J. Peterson

**CCUSA**
Janice Haigh

**Concordia Language Villages**
Christine Schulze

**Cultural Exchange network (CENET)**
Robyn Walker

**Cultural Homestay International**
Linda Mori
Jackie Sant-Myerhoff

**Cultural Care Au Pair / EF**
Goran Rannefors

**French-American Chamber of Commerce (FACC)**
Chris Gallagher

**Institute of International Education (IIE)**
Allan Goodman
Mary Kirk

InterExchange0036042

**InterExchange**
Christine La Monica-Lunn
Paul Christianson
Uta Christianson

**LASPAU**
Ned Strong

**MAST International**
Sue Rains Johnson

**National Council for International Visitors**
Sherry Mueller
Mark Rebstock

**Pacific Intercultural Exchange**
John Doty

**Sister Cities International**
Patrick M. Madden

**World Learning**
Colin Davies

**IREX**
Ambassador Robert Pearson
Ashley Snell
Joyce Warner
Rachel Surkin
Eliza Hamner
Rebecca Bell Meszaros
Sarah Shields

**Meridian International Center**
Kenton W. Keith

**NAFSA: Association of International Educators**
Marlene M. Johnson

**PAX – Program of Academic Exchange**
Libby Cryer
Yvonne Forman

**World Education Services (WES)**
Mariam Assefa

**YMCA**
Amarilis Soler

InterExchange0036043

# Exhibit 194

**To:** Allen Langer[alanger@campamerica.co.uk]; Anna Levine[alevine@intraxinc.com]; Bill Gertz[wgertz@aifs.com]; Bill@asse.com[Bill@asse.com]; Callum.Kennedy@bunac.org.uk[Callum.Kennedy@bunac.org.uk]; Carye Duffin[CDuffin@ciee.org]; Casey Slamin[cslamin@interexchange.com]; CETUSA - Terry Watson[terry@cetusa.org]; Craig Brown[cbrown@aipt.org]; Daniel Ebert[daniel@cci-exchange.com]; Denis Regan[dregan@aifs.com]; eoneill@councilexchanges.org[eoneill@councilexchanges.org]; ediaz-orbregon@intraxinc.com[ediaz-orbregon@intraxinc.com]; Fei Jiang[fei@asse.com]; gwatson@intraxinc.com[gwatson@intraxinc.com]; InterExchange/Christine La Monica-Lunn[clamonica-lunn@interexchange.org]; chijan@chinet.org[chijan@chinet.org]; janiceh@ccusa.com[janiceh@ccusa.com]; jbuck@bunacusa.org[jbuck@bunacusa.org]; Jim Miller[jmiller@geovisions.org]; John McNamara[jmcnamara@allianceabroad.com]; kmorgan@geovisions.org[kmorgan@geovisions.org]; Laura Rose[lrose@cci-exchange.com]; lstone@allianceabroad.com[lstone@allianceabroad.com]; Marielle Den Hollander[marielle@ccusa.com]; MOvermann@alliance-exchange.org[MOvermann@alliance-exchange.org]; Paul Bydalek[pbydalek@intraxinc.com]; Paul Christianson (Paul Christianson)[pchristianson@interexchange.org]; Philippe Kohn[pkohn@intraxinc.com]; rick@cetusa.org[rick@cetusa.org]; robyn@cenet.us[robyn@cenet.us]; Sandy Mitchell[smitchell@ymcanyc.org]; scurry@ymcanyc.org[scurry@ymcanyc.org]; Steve Trooboff (Steve Trooboff)[strooboff@councilexchanges.org]; Susan Ratigan[susan.ratigan@iena.org]; Tom Areton[chitom@chinet.org]; Tom Panfil[tom@iceoinc.org]; uchristianson@interexchange.org[uchristianson@interexchange.org]; vlynden@allianceabroad.com[vlynden@allianceabroad.com]; Alliance/Mark [movermann@alliance-exchange.org]; Caitrin Mullan[cmullan@umn.edu]; cgallagher@faccnyc.org[cgallagher@faccnyc.org]; chrisman.1@osu.edu[chrisman.1@osu.edu]; Christine Schulze[schulze@cord.edu]; Colin Bezener[cbezener@ciee.org]; Darra Klein[darra_klein@acip.com]; echazottes@aipt.org[echazottes@aipt.org]; Elizabeth ONeill[EONeill@ciee.org]; Jill Welch[JillW@nafsa.org]; Kate Archambault[karchambault@amideast.org]; Kerry Bolognese[kbolognese@nasulgc.org]; Linda Mori[chilinda@chinet.org]; Linnea Allison[allison@americancouncils.org]; lisapurdy@cipusa.org[lisapurdy@cipusa.org]; Imagee@ailf.org[Imagee@ailf.org]; Lynn Shotwell[lynn_shotwell@acip.com]; okeeffe.1@osu.edu[okeeffe.1@osu.edu]; Nancy Mills[nmills@iie.org]; peter@cainc.org[peter@cainc.org]; rachelb@nafsa.org[rachelb@nafsa.org]; rfenster@cdsintl.org[rfenster@cdsintl.org]; Shannon Robertson[shannonr@aiesecus.org]; Stevan Trooboff[STrooboff@ciee.org]; Susan Hayes[Susan@euraupair.com]; Tatiana Pashman[tpashman@asf.org]; Tom Dzimian[tdzimian@gaccnycom]; vicj@nafsa.org[vicj@nafsa.org]; wayne@cainc.org[wayne@cainc.org]; Bill Kapler[bkapler@alumni.princeton.edu]; bkapler@goaupair.com[bkapler@goaupair.com]; ce@asse.com[ce@asse.com]; David Fougere[david_fougere@ef.com]; goran.rannefors@ef.com[goran.rannefors@ef.com]; Heidi Woehl[hwoehl@aupaircare.com]; Jackie Sant-Myerhoff[chijackie@chinet.org]; Linda James[ljames@aupairamerica.co.uk]; Michael McHugh[mmchugh@interexchange.com]; Natalie Jordan[natalie.jordan@ef.com]; Ruth Ferry[rferry@aifs.com]; Susan Robinson[susan.robinson@ef.com]; twilson@goaupair.com[twilson@goaupair.com]

**From:** Michael McCarry
**Sent:** Tue 8/11/2009 3:50:11 PM
**Importance:** Normal
**Subject:** Alliance events at WYSTC in Manchester
**Received:** Tue 8/11/2009 3:53:34 PM


Colleagues – As in the past, there will be several Alliance-related events at this year's WYSTC conference in Manchester, U.K.:

**Wednesday, Sept. 23**

(time tbd) – seminar session featuring Michael McCarry and Stanley Colvin

7:30 p.m. – Alliance member cocktail party with Stanley  (more details coming separately)

**Thursday, Sept. 24**

9:30 a.m. – Alliance members-only meeting with Stanley

Hope you can join these activities, and look forward to seeing you in Manchester.

Best, Michael


Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W.
Suite 620
Washington, D.C. 20036
(202)293-6141
(202)293-6144(fax)
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0001760

InterExchange0036149

Case 1:14-cv-03074-CMA-KMT   Document 928-17   Filed 03/17/18   USDC Colorado   Page 24 of 160

# Exhibit 195

PLAINTIFFS' RESP. APP.0001761

**To:** spowar@alliance-exchange.org[spowar@alliance-exchange.org]; Bill Gertz[wgertz@aifs.com];
Bill@asse.com[Bill@asse.com]; Bill Kapler[bkapler@alumni.princeton.edu]; bkapler@goaupair.com[bkapler@goaupair.com];
ce@asse.com[ce@asse.com]; David Fougere[david_fougere@ef.com]; echazottes@aipt.org[echazottes@aipt.org];
gwatson@intraxinc.com[gwatson@intraxinc.com]; goran.rannefors@ef.com[goran.rannefors@ef.com]; Heidi
Woehl[hwoehl@aupaircare.com]; InterExchange/Christine La Monica-Lunn[clamonica-lunn@interexchange.org]; Jackie Sant-
Myerhoff[chijackie@chinet.org]; jwilhelm@intraxinc.com[jwilhelm@intraxinc.com]; Linda James[ljames@aupairamerica.co.uk]; Michael
McHugh[mmchugh@interexchange.org]; Natalie Jordan[natalie.jordan@ef.com]; Paul Christianson (Paul
Christianson)[pchristianson@interexchange.org]; Ruth Ferry[rferry@aifs.com]; Susan Hayes[Susan@euraupair.com]; Susan
Robinson[susan.robinson@ef.com]; Tom Areton[chitom@chinet.org]; twilson@goaupair.com[twilson@goaupair.com];
uchristianson@interexchange.org[uchristianson@interexchange.org]
**From:** Michael McCarry
**Sent:** Tue 2/3/2009 7:32:13 PM
**Importance:** Normal
**Subject:** Feb. 10 meeting
**Received:** Tue 2/3/2009 7:34:52 PM
LUNCH OPTIONS - Feb mtg.doc


Colleagues – just want to confirm who is attending next week's meeting, and whether you will participate in person or phone.

Here's what I have, based on your responses:

Attending
Ruth Ferry - Au Pair in America
Goran Rannefors, David Fougere, Natalie Jordan – CulturalCare
Susan Hayes – EurAuPair
Paul Christianson, Christine Lamonica-Lunn, Michael McHugh – InterExchange
Michael McCarry, Alliance

By phone
Geoff Watson, AuPairCare
Bill Kapler, GoAuPair
Jackie Sant-Myerhoff, Linda Mori – CHI

No need to confirm unless I have something wrong, or something's changed.

For those attending in person, InterExchange has provided a menu for lunch.  Please let Christine know directly ***and in advance*** of your order.

Clamonica-lunn@interexchange.org.  InterExchange regrets not being able to provide lunch remotely for phone participants.


Many thanks, Michael



Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W.
Suite 620
Washington, D.C. 20036
(202)293-6141
(202)293-6144(fax)
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0001762

InterExchange0036508

Case 1:14-cv-03074-CMA-KMT   Document 918-17   Filed 03/17/18   USDC Colorado   Page 26
of 160

# Exhibit 196

| To: | McHugh/InterExchange/mmchugh@interexchange.org; lunn[clamonica-lunn@interexchange.org] Page 27 |
| --- | --- |
| From: | Michael McCarry |
| Sent: | Wed 1/14/2009 9:33:44 PM |
| Importance: | Normal |
| Subject: | RE: Au pair mtg |
| Received: | Wed 1/14/2009 9:36:16 PM |

I'm thinking just a sponsor meeting.  As I understand it, focus primarily on the future of the ed component.  Those I've spoken with think just the Alliance sponsors, which would mean not inviting the smaller, newer group.  M

Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W.
Suite 620
Washington, D.C. 20036
(202)293-6141
(202)293-6144(fax)
www.alliance-exchange.org

**From:** Michael McHugh/InterExchange [mailto:mmchugh@interexchange.org]
**Sent:** Wednesday, January 14, 2009 3:14 PM
**To:** lunn; Michael McCarry
**Subject:** Re: Au pair mtg

Hi Michael,
Would this just be a sponsor meeting or would we have Stanley attend as well?

Best Regards,

*Michael McHugh*
*Program Director*
*Au Pair USA*
**InterExchange, Inc**
*161 Sixth Avenue, 10th Floor*
*New York, NY 10013*

*Main Tel: 212-924-0446*
*Direct Tel: 917-305-5450*
*Direct Fax: 917-720-9162*
*http://www.aupairusa.org*

On 1/13/09 5:57 PM, "lunn" <clamonica-lunn@interexchange.org> wrote:

I did indeed offer to host the meeting in our office. Do you have a couple dates in mind? Let me know and I'll check on our conference room schedule. Bill from Go Aupair was going to put together a draft of survey questions so we'd have a better understanding of our talking points.  -Christine

-ChristineSent via BlackBerry from T-Mobile

**From**:  "Michael McCarry"
**Date**: Tue, 13 Jan 2009 17:33:59 -0500
**To**: InterExchange/Christine La Monica-Lunn<clamonica-lunn@interexchange.org>
**Subject**: Au pair mtg

PLAINTIFFS' RESP. APP.0001764

InterExchange0036799

Christine – I'm told you offered to host an au pair mtg at InterExchange. Goran is my source – could we look at a day in the first two weeks of February?

Primary topic, I think, is future of the educational component and ways to improve (without raising costs).  Thanks, M

Michael McCarry

Executive Director

Alliance for International Educational & Cultural Exchange

1776 Massachusetts Avenue, N.W.

Suite 620

Washington, D.C. 20036

(202)293-6141

(202)293-6144(fax)

www.alliance-exchange.org <http://www.alliance-exchange.org>

InterExchange0036800

# Exhibit 197

PLAINTIFFS' RESP. APP.0001766

## USAuPair
A Cultural Exchange Program

**2009**
**Program Fees & Schedules**

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $ 5,950.00 | $ 5,700.00 | $ 5,450.00 |
| Weekly Stipend for 51 weeks (effective July 24, 2009)[3] | $ 195.75 | $ 195.75 | $ 195.75 |
|  |  |  |  |
| Average Weekly Cost | $318 | $313 | $309 |
|  |  |  |  |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include travel from San Francisco to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

**Payment Schedule**

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,000 | $ 2,000 | $ 2,000 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,950 | $ 3,700 | $ 3,450 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families are responsible for travel arrangements for their au pairs from San Francisco to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the US.

All fees are subject to change.

EXHIBIT
Yang
10
5-1-17

PLAINTIFFS' RESP. APP.0001767

CONFIDENTIAL

USA 00001

# Exhibit 198

PLAINTIFFS' RESP. APP.0001768

## *USAuPair*

A Cultural Exchange Program

### 2010
### Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $     300.00 | $     300.00 | $     300.00 |
| Program fee | $ 5,950.00 | $ 5,700.00 | $ 5,450.00 |
| Weekly Stipend for 51 weeks (effective July 24, 2009)[3] | $   195.75 | $     195.75 | $     195.75 |
|  |  |  |  |
| Average Weekly Cost | $318 | $313 | $309 |
|  |  |  |  |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include travel from San Francisco to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

**Payment Schedule**

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,000 | $ 2,000 | $ 2,000 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,950 | $ 3,700 | $ 3,450 |
| Late Payment fee | $     250 | $     250 | $     250 |
| Expedite fee – if host family has selected past due date | $     150 | $     150 | $     150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



EXHIBIT

*11*

5-1-17

PLAINTIFFS' RESP. APP.0001769

CONFIDENTIAL

USA 00002

Case 1:14-cv-03074-CMA-KMT   Document 918-17   Filed 03/17/18   USDC Colorado   Page 33
of 160

# Exhibit 199

PLAINTIFFS' RESP. APP.0001770

**USAuPair**

A Cultural Exchange Program

### 2011
### Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

|  | **New Families** | **Transferring Families[1]** | **Repeat Families[2]** |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $ 5,950.00 | $ 5,700.00 | $ 5,450.00 |
| Weekly Stipend for 51 weeks | $ 195.75 | $ 195.75 | $ 195.75 |
|  |  |  |  |
| Average Weekly Cost | $318 | $313 | $309 |
|  |  |  |  |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include domestic travel from Portland to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

#### Payment Schedule

|  | **New Families** | **Transferring Families[1]** | **Repeat Families[2]** |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,000 | $ 2,000 | $ 2,000 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,950 | $ 3,700 | $ 3,450 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



**EXHIBIT**

12

5-1-17

PENGAD 800-631-6989

PLAINTIFFS' RESP. APP.0001771

CONFIDENTIAL

USA 00003

# Exhibit 200

**USAuPair**
A Cultural Exchange Program

## 2012
## Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

| | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $6,100.00 | $5,850.00 | $5,600.00 |
| Weekly Stipend for 51 weeks | $ 195.75 | $ 195.75 | $ 195.75 |
| | | | |
| Average Weekly Cost | $321 | $316 | $311 |
| | | | |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include domestic travel from Portland to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

### Payment Schedule

| | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,000 | $ 2,000 | $ 2,000 |
| Balance due 45 days prior to au pair arrival in USA | $ 4,100 | $ 3,850 | $ 3,600 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



EXHIBIT
13
5·1·17

CONFIDENTIAL

Case 1:14-cv-03074-CMA-KMT   Document 918-17   Filed 03/17/16   USDC Colorado   Page 37
of 160

# Exhibit 201

PLAINTIFFS' RESP. APP.0001774

# *US*AuPair

A Cultural Exchange Program

### 2013
### Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $ 6,250.00 | $ 6,000.00 | $ 5,750.00 |
| Weekly Stipend for 51 weeks | $ 195.75 | $ 195.75 | $ 195.75 |
|  |  |  |  |
| Average Weekly Cost | $324 | $319 | $314 |
|  |  |  |  |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include domestic travel from Portland to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

### Payment Schedule

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,500 | $ 2,500 | $ 2,500 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,750 | $ 3,500 | $ 3,250 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



EXHIBIT
/ C /
5-1-17

PLAINTIFFS' RESP. APP.0001775

CONFIDENTIAL

USA 00005

# Exhibit 202

PLAINTIFFS' RESP. APP.0001776

# USAuPair
A Cultural Exchange Program

## 2014
## Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $ 6,250.00 | $ 6,000.00 | $ 5,750.00 |
| Weekly Stipend for 51 weeks | $ 195.75 | $ 195.75 | $ 195.75 |
|  |  |  |  |
| Average Weekly Cost | $324 | $319 | $314 |
|  |  |  |  |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include domestic travel from Portland to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

### Payment Schedule

|  | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,500 | $ 2,500 | $ 2,500 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,750 | $ 3,500 | $ 3,250 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



EXHIBIT
15
5-1-15

CONFIDENTIAL

Case 1:14-cv-03074-CMA-KMT   Document 928-17   Filed 03/17/16   USDC Colorado   Page 41 of 160

# Exhibit 203

PLAINTIFFS' RESP. APP.0001778

**USAuPair**

A Cultural Exchange Program

### 2015
### Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

| | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $ 6,450.00 | $ 6,200.00 | $ 5,950.00 |
| Weekly Stipend for 51 weeks | $ 195.75 | $ 195.75 | $ 195.75 |
| | | | |
| Average Weekly Cost | $328 | $323 | $318 |
| | | | |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include domestic travel from Portland to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

**Payment Schedule**

| | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,600 | $ 2,600 | $ 2,600 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,850 | $ 3,600 | $ 3,350 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover, Amex) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



EXHIBIT

PENGAD 800-631-6989

/ 6

5-1-17

PLAINTIFFS' RESP. APP.0001779

CONFIDENTIAL

USA 00007

Case No. 1:14-cv-03074-CMA-KMT   Document 529-10   filed 03/30/18   USDC Colorado   pg 44
of 160

# Exhibit 204

PLAINTIFFS' RESP. APP.0001780

**USAuPair**

A Cultural Exchange Program

### 2016
### Program Fees & Schedules

USAuPair program fees include a full range of services and activities to support the au pair cultural exchange program. A host family interview is scheduled after the application fee is received.

| | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Application Fee | $ 300.00 | $ 300.00 | $ 300.00 |
| Program fee | $6,450.00 | $6,200.00 | $5,950.00 |
| Weekly Stipend for 51 weeks [3] | $ 195.75 | $ 195.75 | $ 195.75 |
| | | | |
| Average Weekly Cost | $328 | $323 | $318 |
| | | | |
| Education Allowance | Up to $500 | Up to $500 | Up to $500 |

[1] Families who have been participants in other government au pair sponsored programs within the last two years and for one continuous year (as evidenced with a receipt from the agency) will receive a $250 discount when transferring to USAuPair.

[2] USAuPair rewards families who continue with USAuPair when selecting their next au pair. A $500 discount is offered to families who have completed one full year with USAuPair within the last two years.

[3] Subject to change in accordance with Federal Minimum Wage Laws.

Fees do not include domestic travel from Portland to host family, auto insurance or licensing fees to drive automobile. Education fees are applied to each au pair, including au pairs who change families and have not completed their education requirements.

**Payment Schedule**

| | New Families | Transferring Families[1] | Repeat Families[2] |
|---|---|---|---|
| Deposit due upon selection of au pair | $ 2,600 | $ 2,600 | $ 2,600 |
| Balance due 45 days prior to au pair arrival in USA | $ 3,850 | $ 3,600 | $ 3,350 |
| Late Payment fee | $ 250 | $ 250 | $ 250 |
| Expedite fee – if host family has selected past due date | $ 150 | $ 150 | $ 150 |

Payments may be made by check or credit card (Visa, MasterCard, Discover, Amex) with written authorization to charge credit cards. Checks are payable to USAuPair, Inc.

Host families make travel arrangements for their au pairs from Portland, Oregon to their home. Instructions regarding this process are sent to families prior to the au pair's arrival to the U.S.

All fees are subject to change.



EXHIBIT
17
5·1·15
PENGAD 800-631-6989

CONFIDENTIAL

USA 00008

Case 1:14-cv-03074-CMA-KMT   Document 918-17   Filed 03/17/18   USDC Colorado   Page 45 of 159

# Exhibit 205

**To:** Linda Mori <chilinda@chinet.org>
**From:** Helene Young <hly@usaupair.com>
**Subject:** Did You See This?

Hi Linda - Article on Pro Au Pair.

http ://www.digitaljournal.com/pr/2081210

Professional au pairs, especially those with degrees in OT, PT, Nursing, etc. may be viewed as taking professional jobs away from Americans.  It may be pushing the envelope and could hurt the industry if labor rights groups, unions and media view it the same way.

Helene ;-)


USAuPair
PO Box 2126
Lake Oswego, OR  97035
Tel: 503-675-5333
Fax: 503-699-7776
Skype:  usaupair
www.usaupair.com


This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information.  Any unauthorized use or disclosure of this email is prohibited.  If you have received this email in error, please notify the sender immediately and destroy all copies of this email.



CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001783

Case 1:14-cv-03074-CMA-KMT  Document 926-17  Filed 03/17/18  USDC Colorado  Page 47 of 160

# Exhibit 206

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Stacey Frank <stacey@agentaupair.com> |
| **Sent:** | Monday, April 27, 2009 8:30 PM |
| **To:** | Helene Young |
| **Subject:** | Re: Question |

Hi - yes Cultural care has that on their website, and now I notice that
Euraupair has it too (and Au Pair Care). I think they are just
desperate to place their outstanding au pairs (if business has dropped
so much). Plus, I think (our) lower fees are starting to get noticed.
People realize they can do the same for a lot less.
They have a lot of face to save if they don't place the au pairs. They
may think it will cost them more to lose au pairs/agents, then give
refunds. Plus I would read the fine print - they are such snakes. There
is something that says "we will do everything we can to place your au
pair with another family". They may be worried that their au pairs will
go to other agencies (ours) if they don't place and that would be
disastrous for them. Maybe it's already happening.

We don't have any ap from Mexico right now...


Helene Young wrote:
> Hi - Hey, the tax thing sounds very plausible. But you know, I've just
> opted out of this argument. I talked to Ruth at APIA and she basically
> said they instruct families they are not authorized to give out any tax
> advice to families or au pairs. They only tell au pairs they need to
> contact a tax advisor regarding taxes on their au pair earnings. So
> that is what we are going to do. One family got upset with our agency
> and we basically asked them why their tax advisor had not brought this
> to their attention because he/she is the licensed professional on this
> matter. The argument came to an abrupt halt.
>
> today's curve ball - we had au pairs scheduled for visa appts in Mexico
> City. U.S. Embassy is closed for 3 days and visa appts are being
> rescheduled. Don't know when and it could affect their arrival dates.
> Families are expressing some concern. You having any problems?
>
> Oh and FYI, Cultural Care is giving families deep discounts to match our
> program fees PLUS guaranteeing a full refund if host families experience
> a job loss. Have you heard about this?
>
> Helene ;-)
>
> At 12:53 PM 4/27/2009, you wrote:
>> Hi Helene, no did not hear from her. I had a thought about the au
>> pair taxes. You know, the host family doesn't have the ap ss# so they
>> will not tell the IRS how much the ap has earned. So the IRS doesn't

1



AAP_0000767

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

>> know how much the au pair earned for the year, unless they tell them!
>> There is no record. Plus we don't even have the ap ss# !
>>
>> Helene Young wrote:
>>> Hi Stacey - Did a woman with a last name of Powers contact you about
>>> an au pair? Location is Dallas. Let me know. It may be a scam.
>>> Helene :-)
>>> USAuPair
>>> PO Box 2126
>>> Lake Oswego, OR 97035
>>> Tel: 503-675-5333
>>> Fax: 503-699-7776
>>> Skype: usaupair
>>> www.usaupair.com <http://www.usaupair.com/>
>>> This email is for the sole use of the listed addressee(s) and may
>>> contain confidential and privileged information. Any unauthorized
>>> use or disclosure of this email is prohibited. If you have received
>>> this email in error, please notify the sender immediately and destroy
>>> all copies of this email.
>>
>>
>> --
>> Stacey Frank
>> Agent Au Pair, Inc.
>> T 415-552-6500
>> F 415-373-3741
>>
>>
>> No virus found in this incoming message.
>> Checked by AVG - www.avg.com
>> Version: 8.0.238 / Virus Database: 270.12.4/2082 - Release Date:
>> 04/27/09 06:19:00


--
Stacey Frank
Agent Au Pair, Inc.
T 415-552-6500
F 415-373-3741

2

AAP_0000768

Case 1:14-cv-03074-CMA-KMT   Document 948-17   Filed 03/17/16   USDC Colorado   Page 50
of 160

# Exhibit 207

PLAINTIFFS' RESP. APP.0001787

**From:** Helene Young [mailto:hly@usaupair.com]
**Sent:** Tuesday, November 29, 2011 4:21 PM
**To:** Michael McCarry
**Subject:** Au Pair Time Sheets?

Hello Michael - Below is excerpt from a Maha email. Is there any status change of which I may unaware regarding time sheets for au pairs?

*Please advise whether USAuPair has developed internal control to track and verify wages and hours as per §62.31(j) and DoL Minimum Wage §516 record keeping.*

Any input would be appreciated. She told me DoS would "win" on this one. We've received no guidance directive other than Maha stating the above over and over again. Has there been a final ruling of some sort? If USAuPair does this, is USAuPair now the employer?

There was a threat of designation revocation if agencies do not comply with her direction.

Helene :-)
USAuPair


**From:** USAuPair [mailto:admin@usaupair.com]
**Sent:** Thursday, September 22, 2011 8:27 AM
**To:** Mark Overmann
**Subject:** RE: Update on DoS issues - Found word(s) list error in the Text body

Hi Mark - You are welcome. Have you had legal counsel look into this? Our attorney who specializes in labor law questioned what labor laws au pairs would fall under since they are nonresident aliens, do not receive a W-2 and do not fall under the purview of many labor laws.

Helene :-)

**From:** Mark Overmann [mailto:MOvermann@alliance-exchange.org]
**Sent:** Thursday, September 22, 2011 7:23 AM
**To:** USAuPair
**Subject:** RE: Update on DoS issues - Found word(s) list error in the Text body

Hi Helene,

Just seeing this now (for some reason it went to my spam folder). Many thanks!
Mark

--

**Mark Overmann**
Assistant Director & Senior Policy Specialist
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
202-293-6141
202-293-6144 (fax)

PLAINTIFFS' RESP. APP.0001788

CONFIDENTIAL

USA 00089

Case No. 1:14-cv-03074-CMA-KMT   Document 529-16   filed 03/30/18   USDC Colorado   pg 53
of 160

# Exhibit 208

PLAINTIFFS' RESP. APP.0001789

**Message**

| | |
|---|---|
| **From:** | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960] |
| **Sent:** | 10/30/2015 3:44:56 PM |
| **To:** | Kate Eltrich [kate@sixkillerconsulting.com]; Bob Dotchin [robert@advocacy.com]; Alec French [Alec@Thorsen-french.com]; Suzy Glucksman [sglucksman@advocacy.com]; Carl Thorsen [Carl@Thorsen-french.com]; Natalie Jordan [natalie.jordan@ef.com] |
| **CC:** | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f] |
| **Subject:** | Re: Au pair report language |

Would it be easier/quicker for this to be a call?  We could host.

Times that work for us at the start of next week:

Monday:  9-10, noon till 2, 3-4

Tuesday:  11:30

Thanks, M

Michael McCarry
Executive Director
Alliance for International Exchange
1828 L St NW, Suite 1150
Washington, DC  20036
202-293-6141
www.alliance-exchange.org

---

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Friday, October 30, 2015 11:40 AM
**To:** Bob Dotchin <robert@advocacy.com>, Alec French <Alec@Thorsen-french.com>, Suzy Glucksman <sglucksman@advocacy.com>, Carl Thorsen <Carl@Thorsen-french.com>
**Cc:** Alliance/Mark <movermann@alliance-exchange.org>, Michael <MMcCarry@alliance-exchange.org>
**Subject:** Re: Au pair report language

What times are best? I'm happy to host at 440 First St. NW (behind the Hall of States), if convenient. thanks, Kate

---

**From:** Alec French <alec@thorsen-french.com>
**Date:** Thursday, October 29, 2015 at 9:22 PM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>

CONFIDENTIAL

ALLI-026611



**Cc:** Carl Thorsen <carl@thorsen-french.com>, Robert Dotchin <robert@advocacy.com>, Suzy Glucksman <sglucksman@advocacy.com>, Mark Overmann <MOvermann@Alliance-Exchange.org>, Michael McCarry <MMccarry@alliance-exchange.org>
**Subject:** Re: Au pair report language

Sounds like a good idea.

Alec French
Thorsen French Advocacy
405 First Street SE
Washington DC 20003
Office - (202) 506-5673
Mobile - (202) 997-4453

On Oct 29, 2015, at 3:04 PM, Kate Eltrich <kate@sixkillerconsulting.com> wrote:

Hi all, as an FY16 appropriations bill looks certain now, we wanted to circle back on the au pair reporting requirement included in the Senate report. Can we get together to discuss early next week, in person or call-in if you can't make it. If we want to weigh in with the conference next week would be the time. I understand they're trying to wrap up by Thanksgiving in order to have a package on the floor the beginning of December.
I'd like us to collectively mull the merits of asking for something in conference and our liabilities.
thanks, Kate

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Friday, July 10, 2015 at 10:35 AM
**To:** Carl Thorsen <carl@thorsen-french.com>, Michael McCarry <MMccarry@alliance-exchange.org>, Robert Dotchin <robert@advocacy.com>, Suzy Glucksman <sglucksman@advocacy.com>, Alec French <alec@thorsen-french.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: Au pair report language

Hi all, this is a good outcome considering the political situation - Leahy staff was convinced that the state minimum wage was already the rule. Graham staff was very helpful to giving Leahy staff what they wanted – a statement examining au pair – but not taking a positive position endorsing state minimum wages. Granted, folks can read what they want out this. Asking "whether state minimum wage applies" is a better place to be there where this started.

Process-wise, this report stands on its own and doesn't get much greater or lesser emphasis going forward. If a conference happened on appropriations they typically do not repeat the report language from both the separate House and Senate reports. A conference report says at the front that both House and Senate reports stand unless contravened in the conference report language. It would be a big lift to get the conference report to say "we don't want this report". Generally the staff doesn't view reporting requirements as negative.

All that said, as Carl suggested, it's unlikely a traditional conference will happen this year. The biggest reason is that the President has a blanket veto threat on all approps bills because Congress is increasing defense spending while freezing non-defense. At this point there is no clear path forward to resolving this top-line issue. There certainly will be a CR on October 1. The question is whether a deal can be made, however small, to get approps to an omnibus in November-December. If not, they will be in a full year CR where this language is somewhat ignored by State Dept (in the past they've said, hey that bill wasn't enacted!). Then it will matter most whether the committee asks for an update on this issue. I do not think State will formally respond to the committee unless required to. The only way there's a public report is if an omnibus passes and this reporting requirement stands.

I think it's worth catching up in person on this after I get some more intel /after action from the committee staff.
thanks, Kate

**From:** Carl Thorsen <carl@thorsen-french.com>
**Date:** Friday, July 10, 2015 at 9:40 AM
**To:** Michael McCarry <MMccarry@alliance-exchange.org>, Bob Dotchin <robert@advocacy.com>, Suzy Glucksman <sglucksman@advocacy.com>, Alec French <alec@thorsen-french.com>

CONFIDENTIAL

ALLI-026612

**Cc:** Kate Eltrich <kate@sixkillerconsulting.com>, Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** RE: Au pair report language

Not being an expert on the kubuki dance of Approps report language, what is our collective judgement? Does it give State any wiggle room other than to give a clear yes or no? Not good, right?

In the wake of the Confederate Flag debacle and other Senate issues the prospect of stand alone approps bills is basically gone right? If there is an Omni end of year as opposed to a CR, what does that mean for this language? Is it conferencable? We want this stripped right?

I fully admit to being out of depth here and if I'm asking the wrong questions or have the wrong read just tell me.

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Friday, July 10, 2015 9:31 AM
**To:** Bob Dotchin; Suzy Glucksman; Alec French; Carl Thorsen
**Cc:** Kate Eltrich; Mark Overmann
**Subject:** Au pair report language

Here's how it came out:

*Au Pair Program.*-The Committee is aware of reports that participants in the Au Pair program have been compensated at the Federal minimum wage level which in some instances is below State and local minimum wage levels. The Committee directs the Secretary of State to report to the Committee not later than 45 days after enactment of the act on whether State and local minimum wage levels apply to the Au Pair program, and, if so, the Department of State guidelines for applying such wage levels.

CONFIDENTIAL

ALLI-026613

# Exhibit 209

PLAINTIFFS' RESP. APP.0001793

---

**Message**

| | |
|---|---|
| **From:** | Lisa Heyn [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LISA HEYN] |
| **Sent:** | 8/31/2012 3:17:47 PM |
| **To:** | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960] |
| **Subject:** | au pair |

Here is what exchanges.state.gov says, so nothing specific.

## Host families are required to:

- Pay up to $500 toward the cost of the au pair's required academic course work;

- Provide an appropriate private room and three meals a day for the au pair;

- Be U.S. citizens or legal permanent residents fluent in spoken English; 

- Pay a weekly minimum stipend based on the program option selected;

- Give the au pair one complete weekend off each month (Friday evening to Monday morning);

- Facilitate the care provider's requirement to enroll in and attend an accredited post-secondary institution to fulfill her Educational Component requirement;

- Provide a minimum of two weeks paid vacation for each 12 month exchange term (prorated for extension periods of six or nine months), in addition to regular weekly/monthly time off;

- Include the au pair whenever possible in family meals, outings, holidays and other events; and

- Host families and Au Pairs must sign an Agreement detailing the au pair's obligation to provide child care prior to the Au Pair's placement in the host family's home. In the event of questions regarding refunds or other adjustments, host families and au pairs should refer to their agreements. The Department of State does not have jurisdiction over contractual obligations.

**Lisa Heyn**
Policy Specialist
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org



CONFIDENTIAL

ALLI-029616

Case 1:14-cv-03074-CMA-KMT   Document 913-17   Filed 03/17/18   USDC Colorado   Page 58
of 160

# Exhibit 210



U.S. DEPARTMENT OF STATE

# Au Pair Exchange Program

Fostering daily cultural exchange in American homes for more than 25 years

## Key program elements:

- Au pairs experience **direct involvement in the daily life of the American people** by living with host families, caring for their children, and engaging in cultural activities outside the home.

- Au pairs **gain valuable career skills**, while American children are **inspired at a young age to become global citizens.**

- Au pairs complete an **educational requirement** (at least 6 hours of academic credit), and get involved in their host communities through **community service** and other activities.

- Participants are between 18 and 26 years old and stay with their host families for 12 months, with an option to extend for an additional 6, 9 or 12 months.

- Participants come on privately funded programs, **at no cost to the taxpayer.**

### Fostering peace by creating "international families"

The Au Pair Program provides participants with broad exposure to American culture and society, and fosters greater knowledge and appreciation among Americans of the participants' home countries. In accomplishing these goals, the program assists in the development of peaceful relations and strengthens cultural ties between the U.S. and other nations.

"Au pair" is the French term for "on par." Indeed, the connection between au pairs and their host families typically transcends terms like "visitor" or "guest." Rather, the au pair is "on par" with his or her hosts, becoming like a member of the American family. Host families share American culture with their au pairs, and au pairs in turn share their own traditions, customs, food, songs, and ways of life. Families help au pairs practice and improve their English, while au pairs are able to teach their native language to their hosts. Au pairs and host families often stay in touch after the completion of the program, and travel to visit one another, creating an international "second family" connection that lasts for years.

### Preparing Americans to succeed in a global economy—starting at a young age

American children are inspired by their au pairs to learn about other people, cultures, and countries. As a result of the international exposure their au pairs bring into their homes, these children develop aspirations to travel the world, learn new languages, and become global citizens. Fostering notions of international engagement, cultural learning, and language study at an early age helps prepare Americans to thrive in a globalized economy. Such preparation can make these individuals more successful in their future studies and careers, and ultimately help make the United States and its people more prosperous and secure.

### Creating leaders and partners for the future

Each au pair completes the program having developed new skills and qualities that will be valuable in a future career. Through a mandatory educational component, au pairs gain increased academic training and exposure to American students. They greatly improve their English language skills and gain American perspectives on responsibility, initiative, and problem solving. Au pairs acquire flexibility, patience, and compassion, and become global citizens. These skills and qualities—combined with their deepened understanding of American values and culture—make these young people, many of them from countries key to U.S. national security interests, strong partners for the U.S. as they move into careers in a variety of sectors.



www.alliance-exchange.org

CONFIDENTIAL

ALLI-020888

EXHIBIT 7
McGarry
1/26/18 3/6

PLAINTIFFS' RESP. APP.0001796

## Protecting the interests of au pairs and host families

The Alliance and its members support strong program regulations that protect the interests of au pairs, as well as their American host families. Au pair sponsor organizations are designated by the Department of State, which monitors regulatory compliance. These regulations require that:

- Au pair working hours are limited to 45 hours per week (no more than 10 hours in one day);

- Au pair household responsibilities are limited to those related to care of the children;

- Au pairs receive a weekly stipend from host families of $195.75, as mandated by the Department of State, in consultation with the Department of Labor and the IRS;

- In addition to the stipend, host families provide room, board, utility costs, and local transportation;

- Au pairs are granted 1.5 days off per week, at least 1 full weekend off each month, and 2 weeks of paid vacation per year;

- Au pairs receive up to $500 from their host families toward the completion of their educational requirement;

- Each host family has an assigned local program coordinator who lives within a one-hour drive;

- Local program coordinators contact each au pair within 48 hours of arrival at host family, and conduct an orientation with each host family and au pair within 14 days of an au pair's arrival;

- Local program coordinators maintain monthly personal contact with host families and host monthly check-in meetings for their au pairs;

- All au pair sponsor organizations must submit an annual independent audit to the Department of State, to ensure regulatory compliance.

www.alliance-exchange.org

CONFIDENTIAL

ALLI-020889

PLAINTIFFS' RESP. APP.0001797

Case No. 1:14-cv-03074-CMA-KMT Document 928-59 Filed 03/30/18 USDC Colorado Page 62 of 160

# Exhibit 211

PLAINTIFFS' RESP. APP.0001798

Message

| | |
|---|---|
| **From:** | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960] |
| **Sent:** | 12/26/2013 4:11:42 PM |
| **To:** | Goran Rannefors [Goran.Rannefors@culturalcare.com] |
| **CC:** | Natalie Jordan [Natalie.Jordan@EF.com] |
| **Subject:** | RE: minimum wage? |

Maybe the second one is possible, but I think the political optics would be all wrong.  M

**From:** Goran Rannefors [Goran.Rannefors@culturalcare.com]
**Sent:** Thursday, December 26, 2013 11:07 AM
**To:** Michael McCarry
**Cc:** Natalie Jordan
**Subject:** minimum wage?

Hi Michael,
Could you please do us a favor and stop the legislation increasing minimum wage?
Or at least make sure we take out the tie to Au Pair stipend?
The first one will take some effort – but the second one might be possible?
Happy New Year!
G
This e-mail and any attachments may contain confidential and
privileged information. If you are not the intended recipient,
please notify the sender immediately by return e-mail, delete this
e-mail and destroy any copies. Any dissemination or use of this
information by a person other than the intended recipient is
unauthorized and may be illegal.



CONFIDENTIAL

ALLI-010107

# Exhibit 212

PLAINTIFFS' RESP. APP.0001800

| From: | Michael McCarry(MMcCarry@alliance-exchange.org) |
|-------|--------------------------------------------------|
| To: | Ruth Ferry |
| CC: | Goran.Rannefors@culturalcare.com |
| BCC: | |
| Subject: | Re: Meeting |
| Sent: | 3/19/2011 04:28:49 PM 0000 (GMT) |
| Attachments: | |

Thanks, Ruth. I'll proceed along the lines you suggest M

Sent from my iPhone

On Mar 19, 2011, at 3:22 PM, "Ruth Ferry" <rferry@aifs.com> wrote:

> Hi Mike and Goran,
>
> I think we invite them to our pre-meeting. Might be an opportunity for them to see how we work together and promote their involvement in Alliance.
>
> Some of the issues may be stemming from how some of the smaller organizations are operating. Sally had called me recently for input on issues she was working out with one organization and issue of bonds.
>
> Mike, I will call you next week.
>
> Ruth
>
> ----- Original Message -----
> From: Michael McCarry <MMcCarry@alliance-exchange.org>
> To: Ruth Ferry
> Cc: Goran Rannefors <Goran.Rannefors@culturalcare.com>
> Sent: Sat Mar 19 06:12:46 2011
> Subject: Meeting
>
> Since ECA has turned this into all sponsor meeting, should we consider inviting outliers to our pre-meeting?
>
> I'm with Goran at Wetm and he doesn't have strong feeling either way.
>
> Tks M
>
> Ps back at my desk Wednesday
>
>
> Sent from my iPhone

EXHIBIT 15
McCarry
1/26/18 S/6

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY

AIFS0003685

Case 1:14-cv-03074-CMA-KMT   Document 918-17   Filed 03/17/16   USDC Colorado   Page 65
of 160

# Exhibit 213

PLAINTIFFS' RESP. APP.0001802

**Towards Justice: CONFIDENTIAL - Attorney-Client Work Product.**

**Carrie Crompton, Director of Field Operations**
**Au Pair Foundation – APF Global Exchange NFP.**
**Saint Louis, Missouri Field Office**
**(866) 428-7247**

On November 20, 2014, I called and spoke with the above individual.

Ms. Crompton explained her companies "program fees" and payment schedules. She also explained their pricing model, which is based on being a small organization, thus allowing them to keep the pricing low. She explained, "We are in the middle, price-wise" compared to the competition.

Then she began to explain what she called "the more fixed expenses, like the stipend paid to the au pairs."

She stated "That is where pricing becomes standard across all agencies. There is no difference in prices, as far as the stipend goes, between all of the agencies."

I asked, "So, is there an understanding among all the agencies about paying the au pairs this set amount?"

She answered, " Well, yea, it's that".

Then after a long pause, she added "Plus, we are all subject to the same federal guidelines, so we all stay within that."

Later that day, I called back and spoke Ms. Crompton, seeking clarification.

I stated, "I'm still a little confused on the stipend amount. Can you explain it to me?"

She responded, "Sure, the government sets an amount, and we all pay that amount."

I then asked, " So, you're saying that the government sets a minimum amount to pay, and all the agencies agree to pay that exact same minimum amount?"

And Carrie answered, "Correct, correct! Everybody agrees, correct!

At the end of the conversation, Ms. Crompton, who seemed to need to explain further, volunteered, that since these fees are paid directly to the au pair, and since the $196 is a minimum amount, that nobody would have to know if a particular family elected to pay an au pair little bit more.

PLAINTIFFS' RESP. APP.0001803



Exhibit No.: 5
Deponent: Keil
Date/RPR: 7-21-16
Hunter + Geist, Inc.

**Au Pair International, Inc.**
**4450 Arapahoe Ave., Suite 100**
**Boulder, Colorado, 80303**
**(720) 221-3563**

**Joanna (LNA)- Placement Coordinator/Area Director**
**(Her Location) Santa-Fe New Mexico**
**(Direct #) (720)-221-3570**
**Email: Joanna@AuPairint.com**

On November 21, 2014, I called Au Pair International in Boulder Colorado. My call was transferred to Joanna, who was located in New Mexico.

After explaining their program in detail, and describing her personal experiences as an Au Pair, She began to explain the costs and fees. She focused on issues where her employer was less expensive then some others.

When she began to address the Au Pair's stipend, she stated, "The Department of State sets all of the rules. The rules, so of course the stipend is identical across all companies."

She then added, "It's a base rate, it's a minimum."

I asked, "So, everybody agrees…"

She answered, "Everybody agrees, yea."

I then asked, "So all the companies agree to pay that same exact minimum rate?"

Joanna answered, "Everybody agrees, yep, exactly!"

She then explained that while she was working for this company, as an Au Pair in Florida, her host family rounded her weekly stipend up, to $200 a week.
She added, if your Au Pair did something extra nice for you child one week, like cleaning out a dresser, you could maybe pay a little more that one-week. It's fine, it's up to you."

**Irina Gussev – Regional Director for The East Coast Region**
**EurAuPair Intercultural Child Care Programs**
**250 North Coast Highways**
**Laguna Beach, CA., 92651**
**(949) 949-5500**

It was apparent that Ms. Gussev was reading from a prepared script. Each time I asked a question she seemed to get lost, answer the question quickly, and then return to the script.

When I was finished, she still had multiple points to cover, per the script, and was reluctant to let me end the call. There was a very hard close at the end, trying hard to encourage me to sign up right then!

When she came to the point in the script were she was describing the "educational fee of $500, which is paid directly to the au pair, I asked "Do all of the fifteen companies each agree to require the same amount?"

She answered, " Yes, it's exactly the same, equal in all programs."

Then, before she could get to the next point in her prepared script, I asked, "what about the amounts paid directly to the au pair?"

She answered, "Yes, that called the Stipend. It's $195.75"

I asked, "Is that just like the educational fee? Do all of the companies require a family to pay that exact same amount?"

She answered, "Yes, it's exactly the same amount, equal in all programs" (As if this is a prepared answer to certain questions.

I then asked, "Are you saying that each an every one of the fifteen companies have gotten together and they made an agreement to pay all au pairs a stipend that is no more then $195.75 per week?"

She first answered, "Yes, they all agreed to pay that amount, no more." Then she added, "we have one family who pays a little bit more, so I guess you could pay more if you wanted to, but yes, it's exactly the same, equal in all programs."

### Other Calls:

In addition to the three phone calls described above, I also called several other providers. In many of those cases, I was unable to reach a live person, and instead was transferred directly to voice mail. I declined to leave any messages.

I was able to reach live representatives at a few other companies. In these instances, I found that the people I was speaking with had little or no knowledge regarding the stipend, or how that amount was set, other then to quote the amount being paid, and that they though it was a minimum amount set by the government.

PLAINTIFFS' RESP. APP.0001805

# Exhibit 214

PLAINTIFFS' RESP. APP.0001806



EXHIBIT 1
Hoggard
R. Grogan 8-10-17



# Exclusive Interview with Ellen Hoggard, President of Au Pair Foundation

### Exclusive Interview with Ellen Hoggard,
### Au Pair Foundation's President

We are happy to talk to **Ellen Hoggard,** au pair expert and new President of Au Pair Foundation, a small agency located in Petaluma, California.

**Ellen Hoggard** has been the President of Au Pair Foundation since 2013.  Hoggard's background in cultural exchange programs spans 25 years and her involvement with Au Pair Foundation goes back to 2012.

Hoggard, a  graduate from Duke University, has traveled to over 15 different countries, and enjoys her opportunity to visit new countries and experience new cultures and languages.

Read more about Ellen Hoggard in her bio.

___

### Professional Background

**Edina:**  Hi Hilen, thank you very much for speaking with me today - I know our readers are looking forward to hearing about you and what's new with your agency, Au Pair Foundation.  Ellen, can you tell our readers a little about yourself, your background and how you became part of the au pair industry?

**Ellen:**  Thank you for having me! I have worked in the field of international education for 25 years. I have had the good fortune of being involved in international educational exchange programs since the age of 14 when I went on my first high school exchange.

Prior to Au Pair Foundation, I have had the privilege of working for many wonderful organizations – such as The CLOSE UP Foundation, AFS International, AMIDEAST, Sister Cities, OPEN DOOR Student Exchange and AYUSA. During my time at OPEN DOOR as the Vice President for International Programs, the founder and I started the first exchange programs in Russia, Romania, the former Czechoslovakia, Lithuania, Poland and Hungary.  I then supervised all the grant programs under Samantha Smith programs in Eastern Europe, the FLEX program, and the Congress-Bundestag Vocational exchange program and obtained funding from the Soros Foundation.

I was invited to the White House to meet President Clinton in the Oval Office in honor of our work with the Congress-Bundestag program.  I also represented the US Field of Youth Exchange at the 1996 Department of State Transatlantic Summit between the US and the European Union. I received the Award for Distinguished Service from Sister Cities International.

As a proud mother of two daughters, I strongly support the au pair program's core values and achievements to promote opportunities for young people to live abroad and to give families worldwide the chance to have a young person from another country as a part of their family.

**Edina:**  Ellen, Au Pair Foundation seems to have undergone a unique transformation in the past year – you have a newly updated, user friendly website and a new President, you!  Your agency   made our list **Best Au Pair Agencies for 2014** by our host parents.  Can you tell us what changes you and your team have made to create such a transformation?

**Ellen:**  Yes Edina, it has been a busy year and half at APF.  We started at the most basic level – providing an excellent cultural exchange program for our Au Pairs and Host Families.  We overhauled everything from basic forms to our brand-new, user-friendly website – and everything in between.  It has been a long process but when you start with the basics and build up from there, you create a solid foundation, with solid people who truly care about what they do and who they work with.

### Au Pair Industry Trends

**Edina:**  Ellen, can you tell us more about *au pair trends* - how has the au pair program changed over the past 5-10 years?

**Ellen:**  Over the past several years, there have been many changes in the au pair program.  Due to the economy, a lot of families have become dual-income families versus single-income.  There has been a huge demand in American families' need for flexible, affordable childcare.

On the au pair side of things, we have seen an increase in participation, especially from new au pair recruitment countries.  APF is now working with Spain, Moldova and Argentina – when just two years ago, those were not au pair recruitment countries on our radar.  It is exciting to work with these countries that are so excited about sending their fantastic au pairs to the US with APF.

APF is proud to have a large number of well-qualified au pairs from all over the world who are older – between 22 and 25 years old (strong drivers, predominately Infant Qualified and with extensive childcare experience).  You should see some of the au pair applications – their childcare experience blows us away!

### Au Pair Screening Methods

**Edina:**  AuPairClearingHouse receives a significant number of emails and inquiries about au pair screening and the methods au pair agencies use.  What is Au Pair Foundation's screening process like and what sets your agency apart from the other agencies?

**Ellen:**  We really start at the VERY beginning.  For APF, we begin with the vetting process for all of the organizations we work with around the world.  This includes a full application packet, references from US based au pair or exchange programs they have worked with before, our verification of those references, background checks, their agreement to au pair recruitment and quality procedures that stand up to APF's high standards.  We also strive to work with International Au Pair Association members.  We are a proud member of IAPA and know that the reputation and quality standards of an IAPA member are second to none.

For each au pair, they begin by completing our au pair application, which includes many parts, including personal information, family information, childcare experiences, non-childcare employment experiences, childcare references, character references, high school diploma, copy of their passport and driver's license, background check, health exam report, photo collage, Dear Host Family essay, and video.

PLAINTIFFS' RESP. APP. 0001807

From there, an au pair completes the *Booream-Flowers Au Pair Test*, which we use for our psychometric test. An au pair must pass on her first try. We do not allow re-tests.

The overseas offices conduct an interview of the applicant in English to assess their English skills and ensure they are appropriate for the program.

Once these steps are completed, our office receives and reviews the au pair's application. We are reviewing to ensure all pieces of the application packet are there and to ensure that everything checks out.

**The last step requires a Skype interview between our office and the applicant.** We are assessing English skills, since none of us in the office speak another language fluently!!! We need to ensure that they can converse with us!

Phew – if all of the above clears, then the au pair is accepted to our program for matching with prospective Host Families.

**Edina:** I think the Skype interview with your office is really a great feature, something that the other agencies are not doing – I am sure host families will greatly appreciate that step in the application process!

**Edina:** Can you tell us about your psychometric testing? You told us you use the *Booream-Flowers Au Pair Test* - do you find it effective? Why is psychometric testing important?

**Ellen:** We work with Jamie Flowers, the daughter of Dr. Flowers, who developed the *Booream-Flowers Au Pair Test*. Sadly, he passed away in May 2012. Jamie has been wonderful to work with.

We believe that psychometric testing is very important to this program, as it helps assess the applicants' mental state and ability to adapt for a year abroad in a foreign country, away from family and friends.

### Au Pair Training - Orientation

**Edina:** Let's talk about au pair training now. In my experience reviewing au pair agency services, I found that *host parents prefer their au pairs are trained in person* (when they get to the USA, and the training is done by agency staff). I understand that your agency does not do face-to-face orientation training with your au pairs (and before they arrive at their host family) but instead you rely on **online training.**

Ellen, would you tell us about *online au pair orientation training* that your au pairs receive and *how successful is this method?*

**Ellen:** Yes, we do an online au pair training program. Our training program meets the Department of State's required training and orientation. We have found that our au pairs and host families really like the flexibility that it provides.

Host families enjoy the ability to have their au pair arrive any day of the week they choose, not being locked into a specific arrival week, not paying a domestic transportation fee from New York to their home airport, and having their au pair actually absorb the training prior to her arrival versus just after she arrives to the US – jet-lagged and homesick.

Au pairs enjoy many of the same things that host families do, as mentioned above. In addition, the au pairs like being able to do the training online in a forum that is very convenient for them. They can take their time between the time of match confirmation and their visa appointment (typically, 3 weeks) to complete the training.

While we will keep the online training program, we are working to develop a post-arrival regional meeting of au pairs to address those initial issues and transitions that happen in the first two months of the au pair year.

### Working With a Smaller Au Pair Agency

**Edina:** Your agency is small – and many times, I think that is a great advantage to host parents because the program staff and families really get to know each other and they are not just a number. What are the specific advantages for a host parent when working with a smaller agency like Au Pair Foundation?

**Ellen:** Obviously folks love talking to real people and not just voicemails and phone options. We make it our watchword to give people the same kind of service we want for our own families – caring, competent and one-on-one.

I think that APF's award for best agency for 2014 underscores our excellent customer service – we are proud to offer one-to-one, personalized service to all of our host families and au pairs. During their exchange year, au pairs get to talk to real people in the APF office and field staff, as well as, being assigned to the same staff throughout their year. Host Families also have the same dedicated staff assigned to them throughout the process – from host family application through the end of the au pair year. There is a live person to answer the phone and there is consistent staff dedicated to each program participant.

### Quality of Au Pairs

**Edina:** Au Pair Foundation received the *highest ratings for their Quality of Au Pairs (86% Host Parent Satisfaction) for 2014*. Would you tell our readers about how you go about recruiting the "best" au pairs?

**Ellen:** We have partnerships with some of the most well-established partners worldwide and we have taken a new look at every partner to determine if they have the standards we require in order to maintain our partnership.

APF exceeds all Department of State standards, including background checks and weekly surveys to check on au pair working hours. In 2013, APF began background checking all host families, Local Community Representatives (LCRs) and staff. This was an added layer of protection for all program participants since we have been background checking au pairs for years. We background check all host families, LCRs and staff on an annual basis.

Additionally, in January 2014, APF began conducting a weekly survey of all current au pairs to ensure that au pairs were not overworked and were receiving their weekly stipend on time and in full. Our au pairs really appreciate the confidential manner in which they can mention other problems or concerns they have. Word of mouth spreads to other potential au pairs that we care about them and will match them with a good host family – so the "best" and the "brightest" au pair candidates call us first.

**Edina:** That makes perfect sense! And our survey ratings do support this! I know host families will want to know that your agency is one of the best programs to choose if they are looking for top, quality au pairs. Good job!

**Ellen:** Thank you Edina! We truly appreciate our host families who have given us the ultimate compliment by rating us as the best. There is always room for improvement and we will continue to improve our program for years to come.

I would also like to thank you, Edina, for your tremendous efforts on behalf of au pairs and host families around the US. Au Pair Clearinghouse is a wonderful resource for people new to the Au Pair program and for those who have hosted for years.

### Popular Au Pairs

**Edina:** You are very welcome! We work hard everyday to bring unbiased and useful reviews to parents so they can make good choices when hosting an au pair. Ellen, there was a lot of hype in the late 1990s – 2003 over au pairs from China and American children learning Mandarin with their Chinese au pairs, but I am not sure the numbers of Chinese au pairs in the States reflect that same enthusiasm today. Are Chinese au pairs still "trending?"

If so, why and do you recruit Chinese au pairs? If not, why did this trend die away?

PLAINTIFFS' RESP. APP. 0001808

**Ellen:** We still find many US Host families are very interested in Chinese au pairs. Many families are keen on having their children learn Mandarin. I think the original phenomenon of hosting a Chinese au pair has died down a bit, but a large interest still remains. We do recruit au pairs from China and they are quite successful with the right family.

**Edina:** Interesting! What type of family would benefit the most from an au pair from China?

**Ellen:** Our au pairs from China are typically older, Infant Qualified and highly educated. A family with babies and pre-school aged children does very well with Chinese au pairs. Additionally, we have a few families whose children attend Chinese immersion school, thus, they want to continue that language immersion at home.

**Edina:** My readers always ask Au Pair Clearinghouse, *"What are the most popular au pairs to match with?"* I think nationalities tend to change over time, for example, in the 90s, German au pairs were very sought after because of their excellent English and driving skills – then we saw au pairs coming from South America and parents were matching with au pairs from Brazil, Costa Rica, Colombia, etc. What do you think host parents are looking for today in terms of nationalities and current needs for their families?

**Ellen:** At APF, our host families are all over the map as far as what countries they are interested in. Many host families come to APF with a specific language preference in mind – Spanish being the most popular. However, strong driving skills are another high preference for families.

During the matching process, we work with our host families to find the right au pair for their family within their requirements and desires. We find that it is so much more important to have the right au pair for their family in terms of personality, personal values and childcare experience, rather than focusing on a specific country or language. Likewise for an au pair, we focus on having the best interpersonal match for each individual au pair.

**Edina:** I would imagine Spanish-speaking au pairs are in high demand, due to our public schools starting Spanish lessons in grade school, sometimes even in first grade! It's wonderful to have a Spanish speaking person in the home, to help the kids learn the language more easily. Hearing the language on a daily basis is half the battle, right?

**Ellen:** Absolutely! School language programs and immersion schools are quite popular these days. Predominately, those programs are in Spanish. Therefore, we definitely see a large number of host families who are interested in Spanish speaking au pairs because they want their children to learn the language. By continuing the language immersion and skills at home, the children learn the language that much faster.

### Advice to Host Parents

**Edina:** Ellen, do you have any advice for new host parents, who are not sure about how to choose an au pair, or they may be anxious that a young au pair is not going to be a safe or experienced childcare giver?

**Ellen:** Certainly – and that is definitely something that we see. New host families who have not hosted before, or perhaps have not even had childcare before, are nervous about leaving their children with a childcare provider.

However, at APF, we are all moms and some of us are host families. Therefore, we have been there and we understand those questions and how to help a family through the process. With the matching process, we are able to take a personalized, one-to-one approach with our families. Our placement team takes the time to get to know the families and find out what they are really looking for in a childcare provider.

Additionally, all of our au pairs have vast amounts of childcare experience, which is detailed on the au pair application, as well as through the childcare references. All of this is provided to the host family, so that they can determine if the au pair candidate has the requisite amount of childcare experience that they are looking for in a childcare provider.

Lastly, we always offer new host families to speak with some of our veteran host families so that they can share good tidbits of information. We try to connect like-minded host families. For example, host families that may live in a smaller city, or rural setting, might be concerned about hosting an au pair. We have host families all over the country, including very rural areas. Therefore, we would connect the families in rural settings together so they can share their experiences. This helps the potential host family get a real-world glimpse into hosting an au pair in an environment that is similar to their own.

**Edina:** Thank you so much for speaking to me about your agency and all the new changes that are happening at Au Pair Foundation! We wish your agency all the luck in the world and we are proud and delighted to have your interview on our website!

**Ellen:** It has been my pleasure Edina. I have enjoyed our conversation. I appreciate you and your team who provide such a wonderful resource to au pairs and host families. Au Pair Clearinghouse is *truly the go-to guide for the au pair program.*

**Edina:** Thank you for the kind words and we are very proud of our consumer au pair agency review services that we provide for all host parents in the USA!

Read More About the Au Pair Foundation Agency

PLAINTIFFS' RESP. APP. 0001809

Case 1:14-cv-03074-CMA-KMT   Document 928-17   Filed 03/17/18   USDC Colorado   Page 73
of 160

# Exhibit 215

PLAINTIFFS' RESP. APP.0001810

**Subject**: Re: Update - Good News and Next Steps
**From**: Ellen Hoggard <ellen@aupairfoundation.org>
**To**: Ilir Zherka <IZherka@Alliance-Exchange.org>,"'wgertz@aifs.com'" <wgertz@aifs.com>,"'rferry@aifs.com'" <rferry@aifs.com>,"'bill@asse.com'" <bill@asse.com>,"'smcnamara@aupaircare.com'" <smcnamara@aupaircare.com>,"'chitom@chinet.org'" <chitom@chinet.org>,"'chilinda@chinet.org'" <chilinda@chinet.org>,"'goran.rannefors@ef.com'" <goran.rannefors@ef.com>,"'dan.sodervall@ef.com'" <dan.sodervall@ef.com>,"'natalie.jordan@ef.com'" <natalie.jordan@ef.com>,"'shayes@euraupair.com'" <shayes@euraupair.com>,"'mark@expertaupair.com'" <mark@expertaupair.com>,"'bkapler@goaupair.com'" <bkapler@goaupair.com>,"'twilson@goaupair.com'" <twilson@goaupair.com>,"'shannon@greataupair.com'" <shannon@greataupair.com>,"'jennifer@greataupair.com'" <jennifer@greataupair.com>,"'clamonica-lunn@interexchange.org'" <clamonica-lunn@interexchange.org>,"'mmchugh@interexchange.org'" <mmchugh@interexchange.org>,"'jwilhelm@intraxinc.com'" <jwilhelm@intraxinc.com>,"'mschneider@intraxinc.com'" <mschneider@intraxinc.com>,"'heidi@proaupair.com'" <heidi@proaupair.com>,"'susan@proaupair.com'" <susan@proaupair.com>,"'stacey@agentaupair.com'" <stacey@agentaupair.com>,'Christina Reilly' <chichristinar@chinet.org>
**Time**: Friday, January 29, 2016 1:15:37 PM GMT-07:00

---

Dear Ilir:

Thank you for sharing this great news on a Friday afternoon! Well done! Looking forward to hearing next steps.

All boats always rise with the tide when we as programs work together under the umbrella of the Alliance. This shows how we truly are The Voice of International Education!

Warm regards,

Ellen



Ellen B. Hoggard
President RO

Au Pair Foundation
100 Main Street, Suite 420
Concord, MA, 01742
Phone: 866-428-7247 x201
Fax: 707-658-2393
www.aupairfoundation.org



**From:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Sent:** Friday, January 29, 2016 2:39 PM
**To:** 'wgertz@aifs.com'; 'rferry@aifs.com'; 'bill@asse.com'; Ellen Hoggard; 'smcnamara@aupaircare.com'; 'chitom@chinet.org'; 'chilinda@chinet.org'; 'goran.rannefors@ef.com'; 'dan.sodervall@ef.com'; 'natalie.jordan@ef.com'; 'shayes@euraupair.com'; 'mark@expertaupair.com'; 'bkapler@goaupair.com';

APEX-20/20 10084

'twilson@goaupair.com'; 'shannon@greataupair.com'; 'jennifer@greataupair.com'; 'clamonica-lunn@interexchange.org'; 'mmchugh@interexchange.org'; 'jwilhelm@intraxinc.com'; 'mschneider@intraxinc.com'; 'heidi@proaupair.com'; 'susan@proaupair.com'; 'stacey@agentaupair.com'; 'Christina Reilly'
**Cc:** Mark Overmann; Lisa Heyn; 'Kate Eltrich'
**Subject:** Update - Good News and Next Steps

Greetings:

We have some very good news to share. The appropriations subcommittee staff jointly asked ECA for a verbal briefing on the stipend question, rather than a written report. Additionally, the majority staff communicated to ECA that they believe it would be inappropriate to make new policy through a report to their committee. Those are both things we wanted and got. So, two big wins thus far, with the caveat that unexpected things can still happen. We'll remain vigilant.

The briefing hasn't been scheduled yet. We will be providing information and support to both set of staffers, and will try to thoroughly brief the majority staff beforehand. We'll let you all know how their meeting went once we hear back.

Additionally, we will keep pushing forward on the larger congressional engagement strategy because we know that Robin hopes to change the stipend calculation at some point. So, next Thursday, we are meeting with most of the offices we identified last week. EF and AIFS have helped set those meetings up and will be attending them with us. That is great news. We're putting our heads together with the other lobbyists next week to decide on messages and requests for each office.

We'll set up a conference call on either Feb. 5 or 8 to share reports from the various meetings and to discuss next steps. Stay tuned for details.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org
202-293-6141

PLAINTIFFS' RESP. APP.0001812

APEX-20/20 10085

# Exhibit 216

PLAINTIFFS' RESP. APP.0001813

| From: | Natalie Jordan </O=EF/OU=USB/CN=RECIPIENTS/CN=NATALIE.JORDAN> |
|---|---|
| Sent: | Monday, April 14, 2014 6:30 PM |
| To: | Goran Rannefors <Goran.Rannefors@culturalcare.com>; David Widerberg <david.widerberg@EF.com>; Melissa Fredette <Melissa.Fredette@EF.com> |
| Cc: | Pehr Magnus Karlsson <Pehr.Magnus.Karlsson@culturalcare.com> |
| Subject: | RE: Care.com |

And I will let Interexchange and Go Au Pair know as well once we get the green light.

**From:** Goran Rannefors
**Sent:** Sunday, April 13, 2014 9:58 PM
**To:** David Widerberg; Melissa Fredette; Natalie Jordan
**Cc:** Pehr Magnus Karlsson
**Subject:** RE: Care.com

Hej David,
Just let me know when you have talked to him and how it went - and then I will call APIA and EuroAupair directly.
Best
G

**From:** David Widerberg
**Sent:** Monday, April 14, 2014 4:27 AM
**To:** Goran Rannefors; Melissa Fredette; Natalie Jordan
**Cc:** Pehr Magnus Karlsson
**Subject:** Care.com

Hi all,

I suggest that I call Michael from Care.com on Tuesday morning Boston time to let them know of our decision.

I will let him know that we cannot work with anyone that is in direct competition with us but that we would be happy to restart that conversation should they change their strategy. As we may have the need to discuss other matters, policy etc. with them my intention is that the conversation remains cordial and respectful.

Great if we could have the word on whether we are able to end the marketing contract with them earlier or if we are stuck to the 90 day period by tomorrow.

If stuck to the 90 day period I will tell him that we will honour the contract in terms of payments but will stop the co-operation asap in terms of AP's on the site and advertising.

Goran – When do you think that you could call APIA and Eur Au Pair?

Will let you all know as soon as I have talked to him.

Cheers,
D.

**David Widerberg**
President
Cultural Care Au Pair
EF High School Exchange Year

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

PLAINTIFFS' RESP. APP.0001814

CC00017350

Haldenstrasse 4 | 6006 Luzern | Switzerland
Tel: +41 41 417 4600 | Mobile. +41 79 22 777 01| Skype: david.widerberg.ef
www.ef.com | www.culturalcare.com

This email and its attachments may contain confidential or proprietary information belonging to EF. If you are not the intended recipient, please destroy this message and contact the sender. Thank you.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

PLAINTIFFS' RESP. APP.0001815

CC00017351

Case 1:14-cv-03074-CMA-KMT   Document 928-17   Filed 03/17/16   USDC Colorado   Page 79
of 160

# Exhibit 217

PLAINTIFFS' RESP. APP.0001816

EXHIBIT
Rannefors
19
6/12/17 MD

| | |
|---|---|
| **From:** | Natalie Jordan <Natalie.Jordan@EF.com> |
| **Sent:** | Wednesday, September 21, 2011 7:16 AM |
| **To:** | Goran Rannefors <Goran.Rannefors@culturalcare.com> |
| **Subject:** | Re: Newest request from State |

Not a thing, this is ridiculous and goes far beyond the role of a program sponsor. I'm sure we r next on the list but this is NOT ok.
She's a bit strange with some of her expectations.
Please excuse the brevity of this message sent from handheld device.

----- Original Message -----
From: Goran Rannefors
Sent: Wednesday, September 21, 2011 03:13 AM
To: Natalie Jordan
Subject: Re: Newest request from State

APIA got it thursday
G

----- Original Message -----
From: Goran Rannefors
Sent: Wednesday, September 21, 2011 03:01 AM
To: Natalie Jordan
Subject: Fw: Newest request from State

And more!
Did we get same request?
G

----- Original Message -----
From: William Gertz [mailto:wgertz@aifs.com]
Sent: Wednesday, September 21, 2011 02:47 AM
To: Goran Rannefors
Subject: Newest request from State

Goran:

We received a message saying au pairs should fill out time sheets each week and send them to the home office.

Crazy!

Bill

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00009039

PLAINTIFFS' RESP. APP.0001817

Case 1:14-cv-03074-CMA-KMT   Document 928-17   Filed 03/17/16   USDC Colorado   Page 81
of 160

# Exhibit 218

PLAINTIFFS' RESP. APP.0001818

| From: | Natalie Jordan <Natalie.Jordan@EF.com> |
|---|---|
| Sent: | Monday, June 10, 2013 3:29 PM |
| To: | Goran Rannefors <Goran.Rannefors@EF.com> |
| Subject: | FW: Au pair issues |

EXHIBIT
Rannefors
30
10/13/17 MD

This man is crazy. "civil penalties"? sweet jesus. Thank goodness I don't work there.

**From:** William Gertz [mailto:wgertz@aifs.com]
**Sent:** Monday, June 10, 2013 3:08 PM
**To:** 'Michael McCarry'; Natalie Jordan; Ruth Ferry; Goran Rannefors; Heidi Woehl
**Cc:** Mark Overmann
**Subject:** RE: Au pair issues

There are some things I would put on the table  but only as a last resort. They might be

--Standard country recruitment fees or maximums. $5000 as in case 3 is crazy and should not be tolerated.

--Better enforcement of 45 hour rule including monthly review of hours (I hate this but...)

--More education that working more than 45 hours is illegal for family and au pair.  No side deals as in case 4 which is a violation of rules. Civil penalties for families and agencies breaking the rules.

Again,  speaking for myself only I would make this deal but only if the rest of the bill was dropped including all the foreign labor contracting stuff.

Bill

**William L. Gertz**
President & Chief Executive Officer

**American Institute For Foreign Study (AIFS)**
River Plaza
9 West Broad Street
Stamford, CT 06902

"we bring the world together"

203-399-5007
wgertz@aifs.com
www.aifs.com

This email communication is privileged, confidential or otherwise protected by disclosure and is intended only for the individuals or entities named above and any others who have been specifically authorized to receive it. Any unauthorized dissemination, copying or use of the contents of this email is strictly prohibited and may be in violation of law. If you are not the intended recipient, please reply to this email and do not read, copy, use or disclose to others the contents of this communication.

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00008844

PLAINTIFFS' RESP. APP.0001819

**Sent:** Monday, June 10, 2013 2:51 PM
**To:** Natalie Jordan; William Gertz; Ruth Ferry; Goran Rannefors; Heidi Woehl
**Cc:** Mark Overmann
**Subject:** Re: Au pair issues

Natalie – I take your points, of course, but I think this will need a different sort of response. This link was sent to me, I believe, to give a flavor of concerns they have about the J-1 program. Working successfully with this group to hear and address their concerns will be important to resolving our issues in the way we would like, as they have the ear of many in high places. I suspect those who have a professional and personal commitment to anti-trafficking won't respond well to an 'isolated cases' argument, but instead will want to know what might have gone wrong in these cases and how that could be addressed in the future.

Better enforcement/oversight, to me, is the start of a response, but they will want to know specifics of what we would propose. M

**From:** Natalie Jordan <natalie.jordan@ef.com>
**Date:** Monday, June 10, 2013 2:38 PM
**To:** Michael <MMcCarry@Alliance-Exchange.org>, Bill Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>, "Goran. Com" <goran.rannefors@ef.com>, Heidi Woehl <hwoehl@aupaircare.com>
**Cc:** Alliance/Mark <movermann@alliance-exchange.org>
**Subject:** RE: Au pair issues

Hi Michael,

Could you provide a bit more context on the way they brought this link to your attention? At first glance I would say that they represent one side of the story but I'm not sure if there's more information which would be relevant and helpful in understanding each of these 4 cases more completely. How was this information verified? What years did they take place in? Let's say every single allegation in these overviews is accurate, I would argue that they are isolated and with respect to the overall numbers represent the vast minority (to an extreme degree) of what happens on this program. I think it's important to express that each of these represent extremely concerning situations that are absolutely unacceptable. However, do these limited and very isolated examples justify the kind of sweeping changes to the program that the bill would cause? I would argue that it points to the need for better oversight on the part of DOS but this is where timing is important, i.e. this new DOS admin is much more focused on anti-trafficking issues.

Natalie

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Monday, June 10, 2013 2:27 PM
**To:** Bill Gertz; Ruth Ferry; Goran Rannefors; Natalie Jordan; Heidi Woehl
**Cc:** Mark Overmann
**Subject:** Au pair issues

At the suggestion of Sen. Leahy's staff, we've opened a conversation with anti-trafficking groups to try to find some common ground on the immigration bill.

That conversation got off to a good start, but today the group sent me the following link:

http://fairlaborrecruitment.files.wordpress.com/2013/06/ilrwg-au-pair-case-studies1.pdf

I'd welcome your reactions to this asap, as we are in a fast-moving environment here. Thanks, Michael

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient,

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

PLAINTIFFS' RESP. APP.0001820

**CC00008845**

please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00008846

PLAINTIFFS' RESP. APP.0001821

Case 1:14-cv-03074-CMA-KMT   Document 925-17   Filed 03/17/18   USDC Colorado   Page 85
of 160

# Exhibit 219

PLAINTIFFS' RESP. APP.0001822



*for International Educational and Cultural Exchange*



Alliance Membership Meeting 2009

## Au Pair Task Force Meeting Report
**October 21, 2009**
*Chair*: Ruth Ferry, AIFS – Au Pair in America

In Attendance:  Uta Christianson, InterExchange; Goran Rannefors and Natalie Jordan, EF – Cultural Care; Bill Kapler, goAuPair; Ruth Ferry, AIFS – Au Pair in America

Au pair sponsors are comfortable with task force approach – accustomed to collaborating over the years on regulatory matters.

Goran Rannefors provided a brief history and current update on a bill before the Massachusetts legislature to govern au pair/nanny programs.  For over 10 years, EF and AIFS have met with legislators and submitted testimony supporting federal regulations and opposing state regulations which, if passed, would set a precedent for other states to regulate at the state level and make it cumbersome if not impossible to administer the program.  During recent meetings, we learned the chairs of the committees with oversight are not in favor of the bill and in all likelihood the bill will move to study and therefore no additional action required by sponsors. Sponsors who have questions are welcome to contact Goran Rannefors or Ruth Ferry.

<u>Subpart A of J Program 22CFR Part 62</u>

We appreciate the importance for each organization to file a response to the proposed rule before the November 23 deadline—that our voice in numbers was critical to facilitating change.

The overriding concerns we discussed with respect to the rule:

1.  62.5(c)(6) and 62.7(2) business information report from Dunn and Bradstreet:  Those who have checked D&B reports for their own organizations do not find the information accurate and so question the validity of such report.  Attaining a D&B report for all 3rd parties foreign and domestic with whom a sponsor has a written agreement raises concern for those of us who have networks of local representatives who are independent contractors.  While ECA has indicated the intent of the language is to require D&B reports on all foreign partners and on all host organizations, we want the language of the bill to be more specific to that intent.

2.  62.14 insurance:  We noted the increase in minimum coverage levels.  Aside from cost, we expressed concern with the proviso that levels may be adjusted by the Department through guidance documents.

ALLIANCE FOR INTERNATIONAL EDUCATIONAL AND CULTURAL EXCHANGE          1

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00008945

PLAINTIFFS' RESP. APP.0001823

3. Actions by sponsors related to SEVIS: we noted that several requirements including those related to control of forms DS-2019 (62.12) would require a rule change with SEVIS II.

Educational requirement
We view a change to the current educational component a strategic focus for au pair programs in 2010.

ECA is open to change the regulatory requirement and Stanley has requested the Alliance submit a paper proposing a change to the requirement that all sponsors sign. The requirement must remain 'educational' for statutory reasons. He is prepared to allow on-line courses, with the proviso that volunteer experience be added to provide a community immersion component. He apparently will not accept volunteering as a substitute for classroom education, however.

Sponsors present felt the requirement for classroom education and the opportunity for au pairs to take an on-line coupled with a volunteer component was viable. Working from this premise, Ruth Ferry offered to work with Michael McCarry to draft a proposal to change the education rule. We agreed that a draft paper would be distributed by the Alliance to member au pair sponsors and when there was agreement from the group, sent to non-Alliance members for consensus.

Age cap
Some sponsors felt they did not view a change to the age cap, currently age 27, was critical, but would support a request to change to age 30 or 32. A change would enable more au pairs who would like to return to the program after a 2-year home residency to do so.

The age cap change will be requested with the change of education.

Beyond immediate issues:

We are concerned that several newer au pair sponsors are not members of the Alliance and do not benefit from sharing best practices and gaining insight in to the regulatory aspects of the program. We view it an important mission to encourage their membership in 2010.

The filing of extension requests for the sponsor and the Department of State is cumbersome. Sponsors would be pleased to work with the Department in an effort to streamline the process.

Sponsors would like to know more about the future focus of the Department with the expansion of the compliance unit.

ALLIANCE FOR INTERNATIONAL EDUCATIONAL AND CULTURAL EXCHANGE    2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFFS' RESP. APP.0001824

CC00008946

# Exhibit 220

PLAINTIFFS' RESP. APP.0001825

**Subject:** Re: Lifetime channel inquiry
**From:** Linda Mori <chilinda@chinet.org>
**To:** Michael McHugh <mmchugh@interexchange.org>

Thanks Michael. Please keep us in the loop.
Linda

On Tue, Mar 23, 2010 at 11:34 AM, Michael McHugh <mmchugh@interexchange.org> wrote:

Hi Linda,

Wow, that is ridiculous! No they haven't contacted us and I hope they don't. Thanks for the heads-up... BTW, I spoke with Goran from Cultural Care and Tanna from GoAu Pair at the WETM event in Miami and we are trying to schedule an au pair sponsors's meeting in DC for the fall. Of course, we want to discuss the education component and try to figure out how to move things forward. I'll keep you updated on that if it looks like it will happen...



Michael McHugh | Program Director | Au Pair USA
TEL: 917.305.5450 |FAX: 212.924.0575 |EMAIL: mmchugh@interexchange.org
161 Sixth Avenue, New York, NY 10013

On 3/22/10 2:11 PM, "Linda Mori" <chilinda@chinet.org> wrote:

We are suspecting the proposition is a scam. They initially contacted us last December and with two follow up calls since then. The "producer" intimated that he was in contact with six other sponsor organizations, and we were all competing for the spot on the show. The segment's theme: "Au Pairs: Not Only Helping Hands" with the intent of educating the target audience of the role and definition of an au pair.

A producer spoke with our program director, Jackie Sant Myerhoff, last week and hinted that we were prime candidates for the show. He proceeded for another 45 minutes asking more questions and playing up the exposure and marketing advantages. And then, he came out and said that they have been "burned" by guests in the past and to demonstrate our commitment, we needed to pay them $40K.

In the meantime, we did some research and found O2 Media, the production company, has been under investigation along with their parent company and subsidiaries by the state attorney general in Florida. Apparently, they have not made good on airing shows in which they were compensated. Also, if you go to "The Balancing Act" website, they have the appearance of being legitimate; however, if you view one of their videos, they have a look and feel of being a slick info-mercial.

Anyway, we have declined. Beware...
Linda

On Sat, Mar 20, 2010 at 10:26 AM, Michael McHugh <mmchugh@interexchange.org> wrote:

Hi linda,
No, we haven't been contacted as far as I know. What were they proposing?
Michael

CONFIDENTIAL

**EXHIBIT**
4
mari
8-17-17

CHI0002055

PLAINTIFFS' RESP. APP.0001826

On 3/19/10 2:45 PM, "Linda Mori" <chilinda@chinet.org <http://chilinda@chinet.org> > wrote:

Hello Michael,
I hope all is going smoothly at the WETM/IAPA conference.

Just a quick question: Have the producers of the program "The Balancing Act," which is aired on the Lifetime channel, contacted you? If so, what do you think of their proposition relative to promoting au pair programming?

Enjoy your remaining time in Miami.
Thanks.
Regards,
Linda

--
Linda Mori
Compliance Officer
Cultural Homestay International
Direct phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Email: chilinda@chinet.org
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Celebrating CHI's 30th Anniversary!

CONFIDENTIAL

# Exhibit 221

PLAINTIFFS' RESP. APP.0001828

**To:** Linda Mori <chilinda@chinet.org>
**From:** USAuPair <info@usaupair.com>
**Subject:** Re: Fwd: Education component survey
b4c7d8.gif

Hi Linda - Very interesting.  Meeting with expert in Elder Care on Friday.  What do you think about announcement re Stanley?  Do you like new DoS web site?  Did you know one of the links under education component of the program goes to APIA?  Looks like DoS is recommending APIA when link goes to APIA site.  Wonder how that happened?

Helene ;-)

At 01:00 PM 6/8/2011, you wrote:

> Hi Helene,
> Thought you might be interested in the survey results among the Alliance sponsors.
> Talk to you soon.
> Linda
>
> ---------- Forwarded message ----------
> From: **Michael McCarry** <MMcCarry@alliance-exchange.org>
> Date: Wed, Jun 8, 2011 at 12:44 PM
> Subject: Education component survey
> To: Ana Fass <ana@euraupair.com>, Bill Gertz <wgertz@aifs.com>, Bill@asse.com, Bill Kapler <bkapler@alumni.princeton.edu>, bkapler@goaupair.com, ce@asse.com, goran.rannefors@ef.com, Heidi Woehl <hwoehl@aupaircare.com>, InterExchange/Christine La Monica-Lunn <clamonica-lunn@interexchange.org>, Jackie Sant-Myerhoff <chijackie@chinet.org>, jwilhelm@intraxinc.com, Linda James <ljames@aupairamerica.co.uk>, Linda Mori <chilinda@chinet.org>, MOvermann@alliance-exchange.org, Michael McHugh <mmchugh@interexchange.org>, Natalie Jordan <natalie.jordan@ef.com>, "Paul Christianson (Paul Christianson)" <pchristianson@interexchange.org>, Ruth Ferry <rferry@aifs.com>, Susan Hayes <Susan@euraupair.com>, Susan Robinson <susan.robinson@ef.com>, tkiechle@aifs.de, Tom Areton <chitom@chinet.org>, twilson@goaupair.com, uchristianson@interexchange.org
>
> Colleagues * here are the final results of the survey of au pairs re the educational component.  We will be pulling out key data points for our letter to ECA on the draft rule, and will circulate a preliminary version of the letter for your review and comment.
>
> Thanks for your participation in the survey.  M
>
>
> --
>
> **Michael McCarry**
>
> Executive Director
>
> Alliance for International Educational & Cultural Exchange
>
> 1828 L Street, NW, Suite 1150
>
> Washington, DC 20036

EXHIBIT
9
rhor    8-17-17
PENGAD 800-631-6989

CONFIDENTIAL

CHI0002007

(202) 293-6141

(202) 293-6144 (fax)
http://www.alliance-exchange.org

Follow us on Twitter

Like us on Facebook

*2011 International Exchange Locator available for order!*
*http://www.alliance-exchange.org/alliance-store*

--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

Content-Type: image/gif; name="image001.gif"
Content-ID: <image001.gif@01CC25F2.15A65F40>
X-Attachment-Id: 6db931c4c8d9a7_0.0.1

Content-Type: application/octet-stream;
    name="Au Pair Program Educational Component Survey 2011_FINAL.pdf"
Content-Disposition: attachment;
    filename="Au Pair Program Educational Component Survey 2011_FINAL.pdf"
X-Attachment-Id: 6db931c4c8d9a7_0.1

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001830

# Exhibit 222

PLAINTIFFS' RESP. APP.0001831

Message

| | |
|---|---|
| **From**: | Linda Mori [chilinda@chinet.org] |
| **Sent**: | 9/27/2011 5:44:52 PM |
| **To**: | InterExchange/ Michael McHugh [mmchugh@interexchange.org] |
| **Subject**: | Chinese au pairs |

Hi Michael,
I hope all went well for you at WYSTC.

We are experiencing an increase in visa denials with au pairs from China, specifically from Shenyang and Guangzhou. Have you been experiencing a similar trend?

Also, I have heard rumblings about the DoS applying and enforcing federal labor laws to au pairs -- i.e. time sheets, payment receipt stubs etc. Any truth to the rumor?

Appreciate your insight.
Thanks.

--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

CONFIDENTIAL


EXHIBIT
12
8-7-17

CHI0001649

PLAINTIFFS' RESP. APP.0001832

# Exhibit 223

**To:**      Linda Mori <chilinda@chinet.org>
**From:**    USAuPair <admin@usaupair.com>
**Subject:** Re: Question

Hi Linda - Am free to talk at noon tomorrow.  What was the talk at the Alliance meeting?  Did you go?

Helene ;-)

At 03:30 PM 11/14/2011, you wrote:

> Hi Helene,
> It's been a mad Monday.... I still have two more conference calls today.
>
> I promise to call you tomorrow.  Around noon?  Are you available then?
>
> There was indeed talk at the Alliance meeting about the performance bonds.  And then, you saw Maha's data request for info today....  Sponsors are rolling their eyes.
>
> Let me know if you are free to talk tomorrow around noon.
> Linda
>
> On Mon, Nov 14, 2011 at 10:58 AM, USAuPair <admin@usaupair.com> wrote:
>
>> Hi Linda - Did you receive questions about performance bonds?  Do you know what is going on?
>>
>> Helene :-)
>> USAuPair
>> PO Box 2126
>> Lake Oswego, OR  97035
>> Tel:  503-675-5333
>> Fax: 503-699-7776
>> Skype:  usaupair
>> www.usaupair.com
>>
>> This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information.  Any unauthorized use or disclosure of this email is prohibited.  If you have received this email in error, please notify the sender immediately and destroy all copies of this email.
>
>
> --
> Linda Mori
> Compliance Officer
> Cultural Homestay International
> Direct Phone: 503-655-6350
> Toll free in the U.S.: 877-655-6350
> FAX: 503-655-6365
> Skype: linda_mori
> Web: www.chinet.org
> Amazing exchange stories at: http://chinewsblog.wordpress.com/
> Opening doors to the world for over 30 years!



EXHIBIT
15
Mori  8-17-17

CONFIDENTIAL

CHI0001631

PLAINTIFFS' RESP. APP.0001834

Case 1:14-cv-03074-CMA-KMT   Document 918-17   Filed 03/17/18   USDC Colorado   Page 98
of 160

# Exhibit 224

PLAINTIFFS' RESP. APP.0001835

Message

| | |
|---|---|
| **From:** | Linda Mori [chilinda@chinet.org] |
| **Sent:** | 11/29/2011 6:35:45 PM |
| **To:** | Helene Young [hly@usaupair.com] |
| **Subject:** | Re: Au pair wages/hours |

At the Alliance au pair sponsor session (that, Jackie, our au pair program director attended), Maha  stated that all sponsors _should be_ tracking and verifying au pairs' pay. But then, Karen Hawkins, who was also in attendance, stated quickly there is no specific reg requiring detailed record keeping. However, apparently, everyone in the room realized the writing is on the wall of the expectation to have some kind of documentation...timesheets... to verify appropriate work  hours and pay.

Currently, we do not have an "internal control" to verify wages and hours; however, we plan to implement a due diligence policy in January for au pairs and families to confirm and sign off on pay and hours on the monthly report.  An interim stop-gap until a specific directive is issued.

As a suggestion regarding your approach in answering Maha, you may want to indicate to her that you have been following the industry practice and standard among all the other sponsors. But then tell her your "corrective action plan" to implement a tracking and verification system and give a time frame (i.e. by January or February).

I believe she want to see an effort of due diligence on your part relative to this issue.  But definitely, the timesheet is in the future; that's where it's headed.
Linda
On Tue, Nov 29, 2011 at 4:13 PM, Helene Young <hly@usaupair.com> wrote:
Hi Linda - Have you heard anything about this?  Below is excerpt from Maha email.

  Please advise whether USAuPair has developed internal control to track and verify wages and hours as per §62.31(j) and DoL Minimum Wage §516 record keeping.

Are you doing this?  Timesheets?

Helene :-)
USAuPair
PO Box 2126
Lake Oswego, OR  97035
Tel:  503-675-5333
Fax: 503-699-7776
Skype:  usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information.  Any unauthorized use or disclosure of this email is prohibited.  If you have received this email in error, please notify the sender immediately and destroy all copies of this email.

--

EXHIBIT
17

CONFIDENTIAL

CHI0001616

PLAINTIFFS' RESP. APP.0001836

Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

CONFIDENTIAL

CHI0001617

PLAINTIFFS' RESP. APP.0001837

Case No. 1:14-cv-03074-CMA-KMT   Document 959-10   filed 03/30/18   USDC Colorado   pg
102 of 160

# Exhibit 225

PLAINTIFFS' RESP. APP.0001838

| | |
|---|---|
| **To:** | InterExchange/ Michael McHugh[mmchugh@interexchange.org] |
| **From:** | Linda Mori |
| **Sent:** | Thur 12/1/2011 5:11:16 PM |
| **Importance:** | Normal |
| **Subject:** | Webinar question au pair |
| **Received:** | Thur 12/1/2011 5:11:24 PM |

Hi Michael,
Hope all is well.

I assume you were the person who asked the question at today's WYSE webinar about the DoS push to "re-define" the monitoring in the program. Helene Young at USAuPair in Portland, OR, seems to be under Maha's microscope and is interrogating her "internal controls" relative to programming operations. We have had mild scrutiny by Maha, but what Helene is telling me, Maha is being quite aggressive. I know you mentioned to me that you have been having aggressive confrontations with Maha. It is quite unsettling when the DoS unofficially starts "making up" regulations and expects sponsors to implement them. I do not know what recourse we have....

Linda

--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!



EXHIBIT
18
mori  8-17-17

InterExchange0005478

PLAINTIFFS' RESP. APP.0001839

# Exhibit 226

| Message | |
|---|---|
| **From:** | Linda Mori [chilinda@chinet.org] |
| **Sent:** | 1/25/2012 12:29:36 PM |
| **To:** | Helene Young [hly@usaupair.com] |
| **Subject:** | Re: Fwd: Upcoming au pair meeting |

Hi Helene,

Appreciate you sharing what you have been experiencing and hearing through sources. I am in shock about Maha's threat. Sanctions; revocation....really? She's certainly on an exhaustive mission, isn't she?

Regarding reference letter, I apologize. Tom asked me to write something up on his behalf, but I have been so saddled with our compliance management, this dropped to the bottom of my list. Could you please outline what elements the Alliance is seeking in the letter, and I'll be happy to write it up and sign off on it.

I will email your suggestions to Michael to add to the agenda.

Not aware of the program being shorter than 12 months, except for the 2nd year extension option. Where have you heard this piece of info?

Linda


On Wed, Jan 25, 2012 at 10:50 AM, Helene Young <hly@usaupair.com> wrote:
Hi Linda - Thanks for the update. I would love to attend. Have not received notice. Probably because have not submitted application for membership due to 1) no letter of reference yet received from another sponsor, 2) Maha's threat to revoke designations when Sponsors do not comply with request to issue, monitor and collect au pair time sheets. Did not want to pay membership and then find out designation may be revoked.

Maha told Julie (TAIPE) three Sponsors are in compliance with her request on time sheets (Pro-AuPair, TAIPE and InterExchange). She mentioned sanctions were likely inevitable for other Sponsors who did not comply.

Can you suggest a couple of more topics? This would apply to all other Exchange categories as well. Rather than adding more compliance officers, is it possible for the Department to initiate and develop better training? Many compliance issues are the result of poor training, lack of knowledge from DoS and Sponsors. Training eliminates conflicting instructions, directives and interpretation of DoS regs, rules, process.

Also, did you realize regs give the impression the au pair program could be shorter than 12 months. Is this true? Could sponsors develop shorter programs?

Helene ;-)


At 09:30 AM 1/25/2012, you wrote:
Did you receive this?



CONFIDENTIAL

CHI0001588

PLAINTIFFS' RESP. APP.0001841

Am in the middle of our high school audit.  Next week, I need to go to Stamford, CT to handle our camp counselor program.  Will not be attending the Feb. 9th meeting.

Linda

---------- Forwarded message ----------
From: **Michael McCarry** < MMcCarry@alliance-exchange.org>
Date: Wed, Jan 25, 2012 at 8:39 AM
Subject: Upcoming au pair meeting
To: Michael McCarry < MMcCarry@alliance-exchange.org>

Colleagues – in anticipation of our Feb. 9 meeting with ECA, the Bureau has asked us for a list of agenda items we'd like to discuss.  I'm writing to solicit your suggestions.

A summary of last year's meeting is attached, fyi.

Ruth and I talked about agenda items this morning, and a few jump out:

Ø  Update on educational component rule – what's the delay, when will it appear, are there any surprises that go beyond last year's discussion?

Ø  Update on Subpart A – similar list of questions.

Ø  Audit template:  will it be revised, and if so, when/how?  Sponsor input?

Ø  Summation of complaints/incidents – concern re extra-regulatory directives delivered informally to selected sponsors.

Ø  Growth of ECA compliance staff (apparently 13 new positions in 2012, more in 2013).  How will this change ECA oversight?  What will be the priorities?

CONFIDENTIAL

CHI0001589

PLAINTIFFS' RESP. APP.0001842

Welcome your additions and refinements.

**To remind re the Feb. 9 details:**

10 am – Alliance sponsors convene at Alliance for prep meeting (go to 12th floor, American Councils conference room). We'll bring in lunch.

1:30 – 3:30 – Meeting at ECA.

We look forward to seeing you all in February. If you have not responded yet, please do so as soon as you can. Many thanks, M

--

**Michael McCarry**

Executive Director

Alliance for International Educational & Cultural Exchange

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)
www.alliance-exchange.org

CONFIDENTIAL

CHI0001590

PLAINTIFFS' RESP. APP.0001843



--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!
Content-Type: image/png; name="image003.png"
Content-ID: <image003.png@01CCDB54.22B0A700>
X-Attachment-Id: 3634ce5321654b34_0.0.3

Content-Type: image/png; name="image001.png"
Content-ID: <image001.png@01CCDB54.22B0A700>
X-Attachment-Id: 3634ce5321654b34_0.0.1

Content-Type: image/png; name="image002.png"
Content-ID: <image002.png@01CCDB54.22B0A700>
X-Attachment-Id: 3634ce5321654b34_0.0.2

Content-Type: application/msword;
     name="summary au pair sponsor meeting - April 19 - final.doc"
Content-Disposition: attachment;
     filename="summary au pair sponsor meeting - April 19 - final.doc"
X-Attachment-Id: 3634ce5321654b34_0.1

--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350

CONFIDENTIAL

CHI0001591

PLAINTIFFS' RESP. APP.0001844

FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

CHI0001592

Case No. 1:14-cv-03074-CMA-KMT Document 959-10 filed 03/30/18 USDC Colorado pg 110 of 160

# Exhibit 227

PLAINTIFFS' RESP. APP.0001846

Message

| | |
|---|---|
| **From:** | Linda Mori [chilinda@chinet.org] |
| **Sent:** | 1/26/2012 7:21:07 PM |
| **To:** | Michael McHugh [mmchugh@interexchange.org] |
| **Subject:** | Re: Status Report |

I am interpreting the monthly report and status report as two separate forms and actions. The status report is an on-going communication log; a report from the coordinator with date/time stamp and notations. The monthly report form is a questionnaire format (our form is anyway...) and is tracked by program operations staff. The status report (communication log) is the verification or proof of whatever answers the AP/HF indicate on the monthly report.

On Thu, Jan 26, 2012 at 7:55 AM, Michael McHugh <mmchugh@interexchange.org> wrote:

Hi Linda,

Thanks for following up on this.

So do you think that a report from an LC that includes the date/time of the contact and a brief description of how things are going would constitute a a contact log AND status report?

 InterExchange

Michael McHugh | Program Director | Au Pair USA
TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org
161 Sixth Avenue, New York, NY 10013

On Jan 25, 2012, at 8:49 PM, Linda Mori wrote:

Hi Michael,

I appreciated our chat today, and I apologize if I sounded too cynical about the general state of affairs.

I located the references to "status reports" in the audit template, and I have to honestly say, I have swept over this particular reference and focused rather on "month reports." Obviously, our auditors also did the same. Nonetheless, my interpretation of "status report" is a type of verification of the monthly report. In other words, a communication log between the LLC and the au pair/HF. On page 6 of the template, it states "....We examined all Host Family/Au Pair Status Reports and Contact Records that were located to determine their consistency. " It's that secondary level or layer of verification.... "how do you know...?" what is stated on the monthly report is what it is? I caution you again that this is only my personal interpretation. However, given the recent rhetoric and general implied expectations, I think my hunch is fairly accurate.

Linda

--
Linda Mori
Compliance Officer



CONFIDENTIAL

CHI0001762

PLAINTIFFS' RESP. APP.0001847

**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

--

Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

CONFIDENTIAL                                    CHI0001763

# Exhibit 228

PLAINTIFFS' RESP. APP.0001849

**To:**     Linda Mori <chilinda@chinet.org>
**From:**   Helene Young <hly@usaupair.com>
**Subject:** Re: psychometric test

Hi Linda - We don't use the Booraem Flowers test.  I believe AuPairCare uses the Booraem Flowers exam.  I don't know what others use.  We use another type of test.

Helene ;-)

At 02:43 PM 3/19/2012, you wrote:

> Hi Helene,
>  We are possibly want to change the psychometric test that we use currently. However, we are finding there
> are not a lot of options to the Booraem Flowers test. What are you using?   Do you know what other sponsors
> use as an alternative?
>
> Linda
>
> --
> Linda Mori
> Compliance Officer
> **Cultural Homestay International**
> Direct Phone: 503-655-6350
> FAX: 503-655-6365
> Toll free in the U.S.: 877-655-6350
> Skype: linda_mori
> Web: www.chinet.org
> Amazing exchange stories at: http://chinewsblog.wordpress.com/
> Opening doors to the world for over 30 years!



CONFIDENTIAL

CHI0001534

PLAINTIFFS' RESP. APP.0001850

# Exhibit 229

**Message**

| | |
|---|---|
| **From:** | Deborah Herlocker [chideborah@chinet.org] |
| **Sent:** | 10/4/2012 3:20:46 PM |
| **To:** | Jackie Sant-Myerhoff [chijackie@chinet.org] |
| **CC:** | Linda Mori [chilinda@chinet.org] |
| **Subject:** | Review of HF Agreements |

Hi Jackie,

Chiara found HF Agreements from a few agencies and sent them onto me. I reviewed them (after a family had commented that our refund policies were severe in comparison with other agencies). I've summarized the refund policies below and how much a family would get back based upon them having 45 weeks left in the program. We're about on par with Go Au Pair for refunds, which is about $1000 less than other agencies. The cost of hosting is about the same for most, once discounts have been applied.

| Interexchange | $100/work week | $4,500 |
| CHI | $300/month | 3300 |
| APF | $1250 non refundable. Rest divided | $4,900 |
| Go Au Pair | $4200 for twelve months - subtract $700 per month | 3500 |
| CC | staggered. $96 if 42 or more weeks left | $4,320 |

The Cultural Care and APIA agreements were relatively thin as they just referred families to the Policy handbook and said that all information in the policy handbook was part of the agreement. And we don't have the policy handbook.

I found some interesting information in the others though. Just a few notes:

1) Both IE and APF have a sentence saying that "The Au pair program is intended primarily as a cultural exchange program rather than domestic services business." This is used in reference to the Au Pair company not being able to provide interim childcare and not being responsible for the cost of interim childcare. However, it seems like an appropriate statement.
2) Au Pair Foundation and Go Au Pair do have a cap on international flight costs. APF says that families pay more if flight costs more than $800. Go Au Pair charges different amounts for different countries. Benefit - covers our costs. Downsides would be additional time needed from us and accounting as well as the possibility that families may avoid high cost countries.
3) Many of them have statements along the lines of changes in federal regulation governing the program supersede anything stated in agreement.

Okay, I've devoted a whole section to IE, because they are incredibly thorough. They cover everything! I've made the statements that I think would be useful to include in our agreement in bold.

- **They have a statement saying that all final decisions are made by program management and that statements made by local coordinators are non binding. ( I like this)**
- They require the AP/HF agreement to be completed prior to AP arrival
- **They tell families to record stipend payment (in agreement)**
- They state that the schedule must be consistent throughout program.
- They pro-rate the educational component (so does APIA - I was reading reviews on this)
- HF must pay driver's ed if the state requires this for D.L
- **they specifically state that care of children not belong to family is not allowed ( I think we can add this easily)**
- Travel for more than thirty days must be approved by IE



ATTORNEY'S EYES ONLY

CHI0023461

We haven't updated our agreement in a while and I think Linda had mentioned we should do that to emphasize the cultural components, so perhaps it would be good to also re-do a few sections. I think IE has really jumped ahead and re-done their agreement and policies to roll with the punches that might be or are coming from the DoS.

I'm in my material updating mode now, since it's our quiet period.

Deborah Herlocker

Operations Manager
CHI Au Pair USA
T: 415-259-2176
F: 415-485-4904
Toll Free: 1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

ATTORNEY'S EYES ONLY

CHI0023462

Case No. 1:14-cv-03074-CMA-KMT Document 959-10 filed 03/30/18 USDC Colorado pg 118 of 160

# Exhibit 230

**Subject:** Fwd: Au Pair questionnaire, Oct 25 meeting
**From:** Linda Mori <chilinda@chinet.org>
**To:** Helene Young <hly@usaupair.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Michael McCarry <MMcCarry@Alliance-Exchange.org>
> **Date:** October 17, 2012 3:08:28 PM PDT
> **To:** Michael McCarry <MMcCarry@Alliance-Exchange.org>
> **Subject:** RE: Au Pair questionnaire, Oct 25 meeting

Two additional fyi's:

The Fair Labor Standards Act reg cited in the ECA message: "(c) Live-in domestic service employees who are employed by an employer or agency other than the family or household using their services are exempt from the Act's overtime requirements by virtue of section 13(b)(21). This exemption, however, will not apply where the employee works only temporarily for any one family or household, since that employee would not be "residing" on the premises of such family or household."

And here's a link: http://www.ecfr.gov/cgi-bin/text-idx?c=ecfr&sid=48d6ee3b99d3b3a97b1bf189e1757786&rgn=div5&view=text&node=29:3.1.1.1.29&idno=29

Finally, heard a lack of enthusiasm from one sponsor re the LC certification. May be something we want to discuss at our morning pre-meeting.

--

**Michael McCarry**

Executive Director

Alliance for International Educational & Cultural Exchange

EXHIBIT
24

CONFIDENTIAL

CHI0001419

PLAINTIFFS' RESP. APP.0001855

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)
www.alliance-exchange.org

 

---

**From:** Michael McCarry
**Sent:** Wednesday, October 17, 2012 4:55 PM
**To:** Michael McCarry
**Subject:** Au Pair questionnaire, Oct 25 meeting

Au Pair colleagues – By now, you've all seen the message from Maha with questions for your response before the Oct. 25 meeting. Ruth Ferry and I have talked and agree that each sponsor should respond individually, rather than coordinating responses. The key questions – those that don't ask about your individual practices but look forward to potential new rules – concern electronic banking, criminal background checks for host families, and certification for local coordinators. Having spoken to several sponsors today, some may choose not to answer every question, preferring to have more context from ECA before offering their views. That of course is your choice.

**Background on LC Certification Process**

For those not familiar with the certification process now in place for high school, here is some background: in her first meeting with the Alliance (which came at a moment of high concern re safety/well-being of high school

CONFIDENTIAL
CHI0001420
PLAINTIFFS' RESP. APP.0001856

participants), Ann Stock asked us to work with ECA to develop a local coordinator certification process. We did, and a small Alliance task force of high school sponsors spent a lot of time developing the process with ECA staff. LC's take a certification test on line – the test measures their knowledge of the regulations, and of the public diplomacy purposes of the program. When they pass, they receive a certificate from the State Department. While we have experienced the inevitable bumps in the road, all judge this effort to be a success: it ensures that LCs have appropriate knowledge to do their jobs effectively, and LCs appreciate the recognition inherent in certification by the State Department. Based on this experience, this seems to be a suggestion that we could support. Sponsors should of course be involved in the development of the on-line tests.

**Pre-Meeting**

It now seems a good idea to have an Alliance sponsor meeting before the ECA meeting on Thursday, as the stakes for the meeting appear to have raised considerably. Because ECA is holding a Summer Work Travel meeting on Wednesday afternoon, our only option is a Thursday breakfast meeting. We have a reservation in my name for 8 a.m. on Oct. 25th at Founding Farmers, 1924 Pennsylvania Ave. NW. The restaurant is about a 20 minute walk from the State Department.

Please let me know if you plan to attend.

We will have the debriefing lunch as originally scheduled.

--

**Michael McCarry**

Executive Director

Alliance for International Educational & Cultural Exchange

CONFIDENTIAL

CHI0001421

PLAINTIFFS' RESP. APP.0001857

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)
<u>www.alliance-exchange.org</u>

    

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001858

Case No. 1:14-cv-03074-CMA-KMT Document 959-10 filed 03/30/18 USDC Colorado pg 123 of 160

# Exhibit 231

Message

| | |
|---|---|
| **From**: | Linda Mori [chilinda@chinet.org] |
| **Sent**: | 5/8/2013 7:39:37 PM |
| **To**: | Helene Young [hly@usaupair.com] |
| **Subject**: | Fwd: Alliance workshop: J-1 compliance powerpoint |
| **Attachments**: | J1 compliance workshop FINAL.pdf |

Hi Helene,
Thought I'd forward this info along to you. I will be forwarding other related messages from the Alliance concerning the impact of the proposed immigration bill.

---------- Forwarded message ----------
From: **Linda Mori** <chilinda@chinet.org>
Date: Tue, May 7, 2013 at 6:19 PM
Subject: Fwd: Alliance workshop: J-1 compliance powerpoint

Hello all,

I attended an Alliance compliance workshop last Friday and will write up a summary to distribute soon.

In the meantime, I wanted to forward the PowerPoint presentation from the workshop. It is divided into two parts: 1- Discussion of possible effects of the immigration reform bill on J programs and 2 - DoS site visit preparation.

The first part of the presentation is of keen (and troubling) interest. Highlights:
- Slide 4: SWT proposed rules, include maximum/minimum hours; maximum 2 time participation (no final year students)

- Slide 5: Au Pair proposed: CBCs for HFs

- Slide 9: Our friends from the National Guestworkers Alliance as well as numerous other labor groups published a report: "The American Dream Up for Sale: A Blueprint for Ending International Labor Recruitment Abuse." The congressional immigration reform task force has used this report to base proposed policies that may impact J programs - -specifically, SWT, intern/trainee, au pair and camp counselor. Full report: http://fairlaborrecruitment.files.wordpress.com/2013/01/final-e-version-ilrwg-report.pdf (I have only read half of it so far.. not a pleasant read)... Page 17 of the report has a damming intern/trainee profile

- Slide 12. Proposed rules include: DHS shall collect "from employers, a $500 fee for each nonimmigrant for whom the employer submits a petition under the exchange visitor program described in section 101(a)(15)(J)" (Sec 4407)

New rules for organizations working with labor recruiters (Title III, Subtitle F)..... "labor recruiter" meaning Partner agents.

- Slide 14. Additional proposals: Bans contractor, employer or agent from charging fees to the worker (sec 3604) .......meaning sponsors and partners cannot charge "fees" to participants



PLAINTIFFS' RESP APP.001860

EXHIBIT
27
Mori 8-17-17

CONFIDENTIAL

CHI0001946

...... I'll stop here so you all can digest this news.

Just a footnote: the reason why the DoS is pushing, pushing, pushing the cultural component is to dispel the public image of the J visa as a "work" visa. The DoS doesn't want these programs falling into the hands of the Department of Labor. That's why they have been persistent with sponsors to document all cultural activities and demand all sponsors' materials clearly state and promote the programs from a cultural exchange perspective rather than staffing.

---------- Forwarded message ----------

From: **Mark Overmann** <MOvermann@alliance-exchange.org>
Date: Fri, May 3, 2013 at 12:37 PM
Subject: J-1 compliance powerpoint deck
To:
Cc: Michael McCarry <MMcCarry@alliance-exchange.org>, Lisa Heyn <LHeyn@alliance-exchange.org>, Sonja Sobota <SSobota@alliance-exchange.org>

Dear colleagues,

Many thanks for a very productive compliance workshop this morning. We appreciate your attendance, participation, and enthusiasm.

Attached is a PDF of this morning's presentation. We'll also follow-up next week with discussion notes and a feedback survey.

Enjoy your weekends,
Mark

--

**Mark Overmann**
Assistant Director & Senior Policy Specialist
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

  

--

Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350

PLAINTIFFS' RESP. APP.0001861

CONFIDENTIAL

CHI0001947

Toll free in the U.S.: **877-655-6350**
Skype: linda_mori
Web: www.chinet.org
Opening doors to the world for over 30 years!
*Join the the CHI global family. Watch:* ***"I AM CHI"***

--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
Skype: linda_mori
Web: www.chinet.org
Opening doors to the world for over 30 years!
*Join the the CHI global family. Watch:* ***"I AM CHI"***

PLAINTIFFS' RESP. APP.0001862

CONFIDENTIAL

CHI0001948

CHI0001949

CONFIDENTIAL

# J-1 COMPLIANCE WORKSHOP

*What's next and what to expect*

May 3, 2013

PLAINTIFFS' RESP. APP.0001863

CHI0001950

CONFIDENTIAL


*Alliance for International Educational and Cultural Exchange*

# DOS J-1 VISION

- ## Cultural exchange first, work second

  ➤ *"Intentionality": "If it doesn't look, smell, and feel like a cultural exchange program, then it isn't one."*

  ➤ *Robust, daily interactions with Americans*

- ## Advancement of public diplomacy and foreign policy goals

  ➤ *E.g., youth, women, minority populations, key regions (MENA/BRICs), economic competitiveness (Japan), American English*

- ## Alumni engagement/"Mainstreaming"

- ## Health/safety/welfare of participants

  ➤ *Regulations are "the floor": sponsor administration of programs should go "above and beyond"*

PLAINTIFFS' RESP. APP.0001864



# ECA PRIORITIES

- Big increase in staffing / more site visits

- Intensive rule-making – SWT, Au Pair, Intern/Trainee, Subpart A, Teacher, High School CBCs

- Continued "scrubbing" – Intern/Trainee next

- SEVIS compliance

- Focus on alumni, foreign policy relevance

CHI0001951

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001865



# NEW SWT RULE
## PROPOSED W/ COMMENT PERIOD

- Minimum (32?) and maximum (55?) hours

- Maximum 2 programs; no final year students

- More prohibited job

- Interaction with Americans in the workplace

- DS-7007

CONFIDENTIAL

CHI0001952

PLAINTIFFS' RESP. APP.0001866

CHI0001953

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001867

*for International Educational and Cultural Exchange*

# NEW AU PAIR RULE

- Educational component

- Wages/hours

- Criminal background/sex offender checks

CHI0001954

CONFIDENTIAL







# HIGH SCHOOL

- *Rock Center* broadcast

- No change in photo rule

- CBC "upgrade"

PLAINTIFFS' RESP. APP.0001868



CHI0001955

# SUBPART A

- First published in 2009, still waiting for revision

- Likely to appear this year with comment period

- Insurance

- Compliance audits

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001869



# TEACHER

## Proposed rule released yesterday (comment deadline: July 1)

- Required cultural component;
- Participants must have university or college degree in either education or subject matter they intend to teach;
- Change of the eligibility requirement:
  - From "minimum of 3 years of teaching or related professional experience" to "2 years of full-time teaching experience, post degree";
- Amendment of eligibility requirements with respect to verifying English proficiency;
- Implementation of a two-year bar for repeat participation.

CHI0001956

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001870

CHI0001957





# IMMIGRATION REPORT

## KEY RECOMMENDATIONS

- "Thorough overhaul" of all work visa programs

- Create new office in Department of Labor to regulate recruiters

- Prohibit recruitment fees

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001871




# SENATE "GANG OF 8"
## IMMIGRATION BILL (S.744)

 Michael Bennet
D-CO

 Dick Durbin
D-IL

 Jeff Flake
R-AZ

 Lindsey Graham
R-SC

John McCain
R-AZ

 Bob Menendez
D-NJ

 Marco Rubio
R-FL

 Chuck Schumer
D-NY

| Pillar of Reform | Proposals |
|---|---|
| **Strengthen Border Security** | • Implements benchmark border security effectiveness rate of 90%, measured by how many individuals are apprehended or sent back, in high risk sectors along the southern U.S. border<br>• Appropriates $6.5B in funds for increased border surveillance, border patrol agents and unmanned drones |
| **Reform legal immigration system and create path to citizenship for unauthorized immigrants currently in the U.S.** | • Allows undocumented immigrants to apply for Registered Provisional Immigrant (RPI) status<br>• Creates a system whereby individuals with RPI status may obtain Lawful Permanent Resident status after 10 years if they continue to meet certain criteria<br>• Eliminates backlog in family and employment visa categories<br>• Creates a start-up visa for foreign workers with plans to start new companies in the U.S.<br>• Creates a merit-based visa whereby individuals can accrue points based on education, employment, and length of residence in the U.S. and apply for a visa when they amass a certain number of points<br>• Increases number of available H-1B visas to 110,000, with the possibility of raising the cap to 180,000 in the future<br>• Allows immigrants who were in the U.S. before Dec. 31, 2011 and were deported for noncriminal reasons to return to the country with provisional legal status if they meet certain criteria<br>• Creates a new visa category known as the W-Visa for lower-skilled workers |
| **Create effective employment verification system** | • Implements mandatory use of E-Verify system for employers over a 5-year phase-in period, requiring photos to be matched with each non-citizen |

CONFIDENTIAL

CHI0001958

PLAINTIFFS' RESP. APP.0001872

CHI0001959



# HOUSE – DUAL TRACKS

## GROUP OF 8

- Raul Labrador (R-ID)
- Mario Diaz-Balart (R-FL)
- John Carter (R-TX)
- Sam Johnson (R-TX)
- Zoe Lofgren (D-CA)
- Luis Gutierrez (D-IL)
- Xavier Becerra (D-CA)
- John Yarmuth (D-KY)

## COMMITTEE

- House Judiciary Committee Chairman Bob Goodlatte (R-VA)
- House Judiciary Immigration Subcommittee Chairman Trey Gowdy (R-SC)
- H.R. 1772, "Legal Workforce Act," and H.R. 1773, "Agricultural Guestworker (AG) Act"









CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001873



# PROVISIONS REFERENCING J VISAS / EXCHANGE VISITORS

- DHS shall collect "from employers, a $500 fee for each nonimmigrant for whom the employer submits a petition under the exchange visitor program described in section 101(a)(15)(J)" (Sec 4407)

- New rules for organizations working with labor recruiters (Title III, Subtitle F)

- Waiver of 212(e) for spouses and children of J-1 (Sec 2405)

- Continuation of employment authorization pending extension of status (Sec 4405)

- Conrad-30 Waivers for physicians (Sec 2404)

- Consular officers must provide information on labor rights to nonimmigrant workers (Sec 3608)

CHI0001960

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001874

CHI0001961



*Alliance for International Educational and Cultural Exchange*

# OTHER PROVISIONS THAT MIGHT IMPACT EXCHANGES

- B visa expansion for "employees of multinational corporations who enter U.S. to observe the operations of a related U.S. company and participate in select leadership and development training activities, whether or not the activity is part of a formal classroom training program for a period not to exceed 180 days." (sec 4603)

- Expands B Honoraria for certain academic and media appearances (sec 4604) New $5 fee on B visas (Sec 4509)

- DOS visa processing improvements: expedite processing for certain employees of international organizations; conduct interviews more expeditiously with goal of 80% within 3 weeks; consider expansion of consular services in Brazil and China and make semi-annual reports to Congress (sec 4507-4508)

- Expands P visa to include ski instructors (sec 4601)

- New Bureau of Immigration and Labor Market Research  duties include "to study and report to Congress on employment-based immigrant and nonimmigrant visa programs in U.S. and to make annual recommendations to improve such programs" (sec 4701)

- New "W" nonimmigrant category for low-skilled shortage occupations as designated by new Bureau. Registered workers may perform work for registered employers. (sec 4702)

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001875

CHI0001962

CONFIDENTIAL

# SUBTITLE F:
# HUMAN TRAFFICKING

- Foreign labor contractors must disclose more information about employer; conditions of employment and visa status; signed contract (sec 3602)

- Bans contractor, employer or agent from charging fees to the worker (sec 3604)

- Prohibits discrimination based on Title VII, ADEA, and ADA (sec 3603)

- Contractors and agents must register with DHS, including fingerprints. Must post bond. Employers must annually report use of contractors. DHS will maintain public list of employers and contractors. (sec 3605-3607)

- DOS must transmit information to DOJ and DOL; maintain public database of recruiters and employers and annually report data on gender, national origin, date of birth, wage, level of training, occupation, and visa category (sec 3609)

- Provides DHS with significant enforcement powers (sec 3610)

PLAINTIFFS' RESP. APP.0001876



# NEXT STEPS

- Senate Judiciary Committee Markup of S. 744 to begin May 9 (other dates currently scheduled: May 14, May 16, and May 20)

- House Judiciary Committee Chairman Goodlatte bill introduction – ongoing, no set dates

- House Gang of 8 bill introduction – sometime in May?

CHI0001963

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001877

CHI0001964





CONFIDENTIAL



# J-1 COMPLIANCE

## PREPARING FOR A SITE VISIT

- ○ Inspection Process Overview
- ○ Pre-Inspection File
- ○ On-Site Review Records Requests
- ○ Grounds for Sanctions

## DEFINING "EMPLOYMENT" WITHIN THE J PROGRAM

## CHANGES IN TREATMENT OF ACADEMIC PROGRAMS

## EXPECTED CULTURAL COMPONENT REQUIREMENTS

CHI0001965

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001879

CHI0001966



# PREPARING FOR A SITE VISIT

## *Inspection Process Overview*

- 2-3 weeks notice of inspection by email through SEVIS
  - Several cases of 3-4 days notice reported
- Prepare and submit "Pre-inspection File" one week in advance
- Specific list of files to be provided on date of inspection for presentation to and review by DOS inspection team
- Review of pre-inspection file documentation
- Review of guidelines, policies, SOPs for your EV Programs
- RO and all AROs to be present – initial meeting may include others, but non-RO/ARO staff to be dismissed after
- Final meeting with RO
- Written report to be provided by DOS (?)
- If serious violations, potential notice of sanctions

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001880

CHI0001967



# PREPARING FOR A SITE VISIT

## *Inspection Process Overview*

Areas of interest during reviews:

- SEVIS reporting
  - Residential address accuracy
  - No-Show record review
  - Terminated record review
  - Timeliness of all events
    - DS-2019 issuance after DS-7002 execution
    - Validation
    - Extensions/amendments
    - Completions/End EV/Termination

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001881



# PREPARING FOR A SITE VISIT

## Inspection Process Overview

Areas of interest during reviews:

- Selection and screening
  - Host employers/Participants/Foreign/Domestic partners
- Health insurance provisions
  - How is compliance monitored
- Pre-arrival process & communication
- Orientation
- Form DS-2019 allotment
- Enrollment in Pay.gov
- Repeat participation
- Use of program for "staffing"
- Conformance with limits on "employment"
- Vetting for English language competency sufficient for program

CHI0001968

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001882



CHI0001969

# PREPARING FOR A SITE VISIT

## *Pre-Inspection File*

- Articles of Incorporation and by-laws
- Organizational chart
- List of directors, officers and key employees
  - Include names, addresses, and citizenships
- Financial documentation – 5 years
  - 990s
  - Year-end financial statements
  - Federal tax filings
- Participant health insurance policies/brochures

CONFIDENTIAL

Case 1:14-cv-03074-CMA-KMT   Document 93-1   Filed 03/17/18   USDC Colorado   Page 148 of 159



# PREPARING FOR A SITE VISIT

## *Pre-Inspection File*

- List of Foreign Partners and Foreign Partner Agreements
- List of Domestic Partners and Agreements
- Third Party Agreements
- Refund policy with detail

CONFIDENTIAL

CHI0001970

PLAINTIFFS' RESP. APP.0001884



for International Educational and Cultural Exchange

# PREPARING FOR A SITE VISIT

## *On-Site Review Record Requests*

- Information/Agendas from Employee/Field Staff training
- Guidelines for assessing Foreign Partners
- English versions of all foreign entities' advertising materials
- Standard Participant Interview Questionnaires
- Guidelines for assessing applicants' suitability & English language skills
  - ○ Though both interviews & English language tests
- Guidelines for verifying an intern candidate's bona fide student status
- Guidelines for selecting screened participants
- Written materials provided to Foreign Partners with EVP overview, regulations, and other materials explaining 3rd party role

CHI0001971

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001885



# PREPARING FOR A SITE VISIT

## *On-Site Review Record Requests*

- Orientation materials (pre- and post-arrival)
- Guidance materials provided to participants regarding:
  ○ Program costs, living costs, and any reference to their ability to recoup these costs
  ○ Their obligation to notify the sponsor when they arrive in the U.S., change residence address, change host employer

- SOPs for:
  ○ Verifying host employers
  ○ Verifying offers of training
  ○ Determining if WC is required, and if so, verifying that it is in place
  ○ Contacts with participants
  ○ Who/How/When to report complaints, controversies, or serious incidents to the DOS

CHI0001972

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001886



# GROUNDS FOR SANCTIONS

- Violation of one or more provisions of the J regulations;

- Evidence of a pattern of failure to comply with one or more provisions;

- Committed an act of omission or commission, which has or could have the effect of endangering the health, safety, or welfare of an exchange visitor, or;

- Otherwise conducted a program in such a way as to undermine the foreign policy objectives of the U.S., compromise the national security interests of the U.S., or bring the DOS or EVP into notoriety or disrepute.

CHI0001973

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001887



# DEFINING "EMPLOYMENT" WITHIN THE J PROGRAM

- DOS has struggled over the years with the concept of work-based exchange programs, at times saying that they do not fit within the program;

- Internships and SWT program requirements show evolving DOS approach to terms and conditions of employment within a legitimate EV program;

- How many of these requirements will be applied to the other J-1 categories?

CHI0001974

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001888



# DOS INTERACTION WITH ACADEMIA

- Oversight of academic programs had previously been rather loose

- 2011–12 Site Inspections

- Moving forward – areas of emphasis
  - ○ Annual Reports
  - ○ Cultural Components
  - ○ Fostering Exchange

CHI0001975

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0001889



CHI0001976

CONFIDENTIAL

# ANTICIPATED CULTURAL COMPONENTS

- Proactive development & offering of programs and activities to expose exchange visitors to U.S. culture
- Expect some sort of "reasonably available" standard in terms of access and cost
- Be prepared to provide list of cultural program offerings to DOS
- Assure EV participation in cultural activities and maintain records
- Annual Report requirement, on demand or within audit context
- Resource implications – who will pay for these?
- Host employer obligations

PLAINTIFFS' RESP. APP.0001890

CHI0001977

CONFIDENTIAL

# GROUP WORK

- Identifying vulnerabilities

# Exhibit 232

| Message | |
|---|---|
| **From:** | Linda Mori [chilinda@chinet.org] |
| **Sent:** | 5/12/2014 12:03:03 PM |
| **To:** | Helene Young [hly@usaupair.com] |
| **Subject:** | Re: DoS Review Question |

Hi Helene,

Yes, we were totally transparent with all the docs they requested.

For the past 5-6 years that I have been involved with these types of either on-site reviews or data requests from DoS, in my opinion, the Department has not misused or directly share specific sensitive data from other sponsors with the public or otherwise.

If you are really worried, you can always write back to or call them and express your concerns about sharing, what you feel, is proprietary information and ask how they are going to use the data.

Linda

On Fri, May 9, 2014 at 10:49 AM, Helene Young <hly@usaupair.com> wrote:

Hi Linda - The 32-page questionnaire is asking for a lot of sensitive proprietary information such has compensation schedules for field staff, details about operations, etc. Some of the questions are not related to regulation. Even requesting "best practices" in specific areas is likely to be proprietary and confidential. "Best practices" differentiates agencies in the market place. Did CHI disclose this?

Did CHI just give them what they wanted? My concern is the demonstrated lack of confidentiality of intellectual properties or other information.

There is nothing to hide but it makes us very nervous information provided will be shared with competitors. Some of the questions reveal competitor practices.

Any insight will be helpful.

Helene ;-)

USAuPair
PO Box 2126
Lake Oswego, OR 97035
Tel: 503-675-5333
Fax: 503-699-7776
Skype: usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information. Any unauthorized use or disclosure of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of this email.

--

**EXHIBIT**

**31**

CONFIDENTIAL

CHI0001645

PLAINTIFFS' RESP. APP. 0001893

Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
Skype: linda_mori
Web: www.chinet.org
Opening doors to the world for over 30 years!
*Join the the CHI global family. Watch: "I AM CHI"*

CONFIDENTIAL

CHI0001646

PLAINTIFFS' RESP. APP.0001894

Case No. 1:14-cv-03074-CMA-KMT   Document 959-10   filed 03/30/18   USDC Colorado   pg 159 of 160

# Exhibit 233

PLAINTIFFS' RESP. APP.0001895

**To:** Linda Mori <chilinda@chinet.org>
**From:** Helene Young <hly@usaupair.com>
**Subject:** Did You See This?

Hi Linda - Article on Pro Au Pair.

http ://www.digitaljournal.com/pr/2081210

Professional au pairs, especially those with degrees in OT, PT, Nursing, etc. may be viewed as taking professional jobs away from Americans. It may be pushing the envelope and could hurt the industry if labor rights groups, unions and media view it the same way.

Helene ;-)


USAuPair
PO Box 2126
Lake Oswego, OR 97035
Tel: 503-675-5333
Fax: 503-699-7776
Skype: usaupair
www.usaupair.com


This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information. Any unauthorized use or disclosure of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of this email.



EXHIBIT
32
Vhani 8-17-17
PENGAD 800-631-6989

CHI0001270

PLAINTIFFS' RESP. APP.0001896