# **Exhibit K**

(replacing ECF No. 943-21)

## Partner with Au Pair in America to improve:

    

| Productivity | Work – Life Balance | Flexibility | Attendance | Morale |

## The Au Pair in America Advantage

No other child care provider offers the same number of impressive benefits for both company and employee. See why the Au Pair in America advantage is the right choice for your workforce:

**Advantage: Better workplace attendance**
Au pairs live in your employees' homes, eliminating the need for them to take unexpected time off for children's sick days, snow days or school holidays.

**Advantage: Increased flexibility and peace of mind**
Your employees will no longer need to rush from the office to a day care center or babysitter; their au pair is already with their children in the comfort of their own home, increasing flexibility and peace of mind and reducing stress. Au pairs will also assist with the children's homework, dinner and laundry.

**Advantage: An enhanced employee benefits package**
Partnering with Au Pair in America shows your company is committed to helping family work-life balance. An au pair is extremely affordable, resulting in reduced overall stress and a happier, more productive employee. Most flex-spending plans offered by employers honor a portion of the Au Pair in America program fee or weekly stipend for reimbursement.

**Advantage: Increased morale and productivity**
An au pair provides guidance, friendship, and culture and serves as an overall support system for your employees' children when they are at work. Having the same trusted child care provider for up to two years provides a sense of comfort and reassurance for your employees, allowing them to truly focus on the job.

PLAINTIFFS' RESP. APP.0002190

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0001879



*Djana, Croatia*

## Liability

As a corporate partner, there is no need to worry about liability if an issue arises with one of your employees and his/her au pair. All au pairs:

- Have direct contracts with the family (not the employer) and Au Pair in America

- Carry their own personal liability insurance

- Come to the U.S. with medical insurance

- Have a driver's license

- Come to the U.S. on a J-1 Cultural Exchange Visa

*\* A certificate of liability can be provided to you from Au Pair in America upon request*

## Fully Screened and Qualified

**All au pairs are screened through a rigid multi-tiered screening process, featuring:**

- Background check, psychometric test, California Personality Inventory (CPI) test, professional and personal reference check, comprehensive medical report and police record clearance

- Interview to verify fluency in the English language and specific skills

- 4-day orientation upon arrival in the U.S. with child development and health and safety training with the American Red Cross®

- Optional AAA® driving course available

*Au Pair in America adheres to or exceeds all U.S. Department of State regulations for U.S. au pair programs.*

  

PLAINTIFFS' RESP. APP.0002191

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0001880

## Cost of an Au Pair vs. Day Care

| | Price Per Week | Price Per Month |
|---|---|---|
| **Leading Day Care Center** *Chicago, IL* | $450 (per toddler) | $1,800 (per toddler) |
| **Au Pair in America** | $356 **(per household)** | $1,424 **(per household)** |

## 2013 Program Fees

| | Match Fee | Annual Program Fee* | Weekly Stipend |
|---|---|---|---|
| **Au Pair** | $400 | $7,795 | $195.75 |

As a corporate partner, Au Pair in America grants your employees a 5% reoccurring discount off our program fee and a waiver of our application fee.

Partner with Au Pair in America and your employees will receive a savings of over $700!

*\* The pricing above is based on a 51-week contract. All repeat contracts will receive a match fee waiver in addition to the savings above.*

*Additional costs include private room and board, automobile insurance, public transportation if not providing use of car, and educational allowance toward tuition and course materials. All corporate partnership contracts must abide by the Au Pair in America refund policy, which can be found online at www.aupairinamerica.com.*

## Additional Benefits

We are happy to help with incorporating our program into your existing benefits package in a way that best suits your company and employees. To learn more or if you are interested in having an on-site session for your employees, contact Blair Weinberg directly at (203) 399-5034 or by email at bweinberg@aifs.com.

Our Extended Payment Plan is also available for families who wish to pay over the course of the year.

PLAINTIFFS' RESP. APP.0002192

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0001881



6 | Visit aupairinamerica.com/solutions

PLAINTIFFS' RESP. APP.0002193

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0001882

Having a live-in child care provider gives me the flexibility and ease of leaving the house in the morning for work without having to take my children out of the house and to a day care center. If my kids are sick or just tired, they can be comfortable in their own home with someone who is part of our family.

------- Andrea Fagon
*Host Mother, New York*

Having an au pair has allowed us a lot more flexibility in planning our work and children's school schedules. It has also allowed us to have more time together as a couple with less stress about babysitters.

------- Elizabeth Campbell
*Host Mother, Chicago, IL*

Working parents are always looking for a more flexible and affordable child care solution for their family. A recent study shows that

**58%** of children under age 6 are living with two parents who are both working.

Child Care Aware® of America
June 2012 study

Contact Blair at (800) 928-7247 ext 5034 | 7

PLAINTIFFS' RESP. APP.0002194

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0001883

## How to Get Started

Your company and employees will truly benefit from Au Pair in America; getting started is simple and commitment-free. Bring the nation's most trusted child care provider to your workforce through one of these easy options:

### Schedule a Session
One of our local representatives in your area will come to your office for a brief presentation about the benefits of Au Pair in America. This optional "lunch and learn" type meeting will allow interested employees to see how they will improve their lives – both at home and work – when they choose an au pair for their child care needs. If an on-site session isn't compatible with your schedule, we can conduct an online webinar as a more convenient solution.

### Order Materials
Receive personalized materials and literature to display or distribute at the office. Brochures, posters, business cards, giveaway items and more are available to help spread the word about our popular child care solution.

### Inclusion in a Company Event
Have an Au Pair in America local representative attend one of your company's existing HR or wellness fairs as a vendor. We'll bring brochures, literature and giveaway items to help your employees learn more about our life-changing program.

## Contact us for more information

To learn more about providing the Au Pair in America program to your employees or hosting an au pair as your personal child care provider, contact Blair Weinberg.

**Blair Weinberg,** *Community Relations Manager*
Direct: (203) 399-5034 | Toll Free: (800) 928-7247, ext. 5034
Email: bweinberg@aifs.com
Or visit **www.aupairinamerica.com/solutions**



Stamford, CT



*Au Pair in America is a division of the American Institute For Foreign Study® (AIFS), a leader in education and cultural exchange since 1964. To learn more about AIFS, visit www.aifs.com*

PLAINTIFFS' RESP. APP.0002195

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

AIFS 0001884

Case 1:14-cv-03074-CMA-KMT   Document 949-25   Filed 03/17/18   USDC Colorado   Page 7 of 62

# Exhibit 261

# Au Pair in America Fact Sheet

**Au Pair in America**
In 1986, Au Pair in America became the first au pair organization to be designated by the United States Government to offer both international visitors and American families a mutually rewarding, inter-cultural experience. Through the unique and mutually rewarding au pair program, international visitors continue their education and experience everyday life with an American family, while host families receive reliable, responsible child care from individuals who become part of their family.

**What Is An Au Pair?**
Au pairs are extraordinary young women from more than 60 countries who come to the U.S. on a J-1 Visitor Exchange Visa to acquire a better understanding and appreciation of American life while living with an American family and caring for their young children and taking classes at an American accredited post-secondary institution. They become full-fledged family members, sharing a cultural exchange experience that often leads to a life-long relationship with their host family.

An au pair ("au pair," in French, means "on par" or equal). All au pairs are between the ages of 18 and 26 and have at least 200 hours of recent, practical child care experience, have completed a secondary school diploma or equivalent, have a valid driver's license and speak conversational English.

**Screening and Placement**
Au Pair in America uses a thorough and rigid multi-tiered screening process. Every au pair must pass a background investigation that includes face-to-face interviews, verification of schooling, personal and professional references, a psychometric test, comprehensive medical report (including physician's approval) and a police record clearance (or equivalent). Au Pair in America uses the California Personality Inventory (CPI) test, one of the most intensely studied and researched personality tests, known for its high reliability and validity.

Host families are U.S. citizens or legal permanent residents. They submit an application including essay, photos and personal and professional references. Face-to-face interviews are conducted with all adult members in the home and private room for the au pair is assessed for suitability.

Host families extend an invitation to the au pair of their choosing; the au pair in turn decides whether to accept the placement with the family. Placements are made only in communities where APIA has a local community counselor who provides support services during the exchange. The au pair receives information about the community and local educational opportunities prior to arrival.

**Orientation and Training**
As the original au pair agency in the country, Au Pair in America established today's au pair program orientation model. All au pairs receive a minimum 32 hours of child care training and comprehensive adaptation training prior to caring for their host's children.

Orientation features comprehensive adaptation training, child-development training and child safety training. An exclusive customized training with the American Red Cross is

PLAINTIFFS' RESP. APP.0002197

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY AIFS 0002079

conducted at orientation and scholarships are available to au pairs to complete a full CPR certification training with the American Red Cross once they are in their American community. Au Pair in America's orientation also offers a customized driving program tailored specifically for au pairs in collaboration with AAA.

During their program participation Au Pair in America offers customized webinar trainings in child care and personal adaptation; additionally child safety and child development focused activities take place quarterly in the community.

A host family orientation session, conducted by the local community counselor, reviews important elements from the au pair orientation that need reinforcement, explores cultural adaptation issues and provides tips for living with a young adult and how to prepare for her arrival.

Each community counselor must also attend an orientation that focuses on such topics as host family and au pair relations, crisis management and cultural adaptation.

**Cultural Exchange**
The special cross-cultural and educational elements of the program impact au pair and host family alike. Children receive a global education and an enhanced appreciation and understanding of the world as they learn about their au pair's culture and customs. Similarly, the au pair learns about the American way of life, gaining independence and awareness of themselves and the world at large.

Global Awareness, a volunteer educational program sponsored by Au Pair in America, gives au pairs and children a greater knowledge of the diversity and variety of cultures the world has to offer through the hosting of events in locations such as school classrooms and libraries. Children receive a glimpse of international diversity, helping to spark an interest in the world outside their window; au pairs are given the opportunity to give back, a unique part of American culture, while also improving their presentation and language skills as they proudly share their culture with children.

**Programs and Fees**
*Host Family Fees*

| Program (hours per week) | Program Fee | Weekly Stipend* | Education Allowance |
|---|---|---|---|
| Standard (45 hrs) | $7,795 | $195.75 | $500 |
| Extraordinaire (45 hrs) | $8,895 | $250 | $500 |
| EduCare (30 hrs) | $6,695 | $146.81 | $1,000 |

*Weekly stipend established by the U.S. government and paid directly to au pair*
*All programs also include a $400 match fee.*

**Au Pair Fees**
The program fee for au pairs to participate in the program varies by country. The average fee is $1,225.  Au pairs receive a weekly stipend and a contribution towards their educational classes from their host family.

Fees coverrecruitment, screening (including administration of personality profile), interviewing and placement; roundtrip international flights and some ground transfers; orientation program; partial J-1 visa processing; full medical insurance for the au pair and personal liability insurance; online resources and training webinars throughout the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

placement; staff and local community counselor support services throughout the exchange; monthly au pair meetings and host family day; rematch services and 24/7 emergency support.

## Support

Au Pair in America provides comprehensive program support including assistance with au pair selection, coordinating logistics, providing orientation and training for both au pair and host family, year-round local support, medical insurance for the au pair and 24/7 emergency assistance.

Au Pair in America community counselors reside in every community that has host families, providing daily, ongoing local support to both host families and au pairs. Cluster meetings/activities are scheduled monthly providing opportunity for au pairs to socialize and experience life in their American community.  The community counselor plans a cultural ' host family day' annually.

## Background

Au Pair in America is the largest au pair program in the United States, having placed more than 90,000 au pairs with American host families in 43 states. Au Pair in America is headquartered in Stamford, Conn. and maintains offices in Boston, Mass.; San Francisco, Calif.; London, England; Sydney, Australia; Bonn, Germany; and Warsaw, Poland. Au Pair in America's 300 interviewers are responsible for screening and interviewing candidates abroad, handling tens of thousands of applicants each year.

## Outcomes Assessment

The most common outcome of hosting an au pair is the founding of a life-long friendship.
*In a survey of former host children:*
-95% still have contact with some of their former au pairs
-78% noted that one or more of their au pairs have traveled back to visit them in the U.S.

*In a survey of former au pairs:*
-80% felt that their attitude towards Americans was changed for the better.
-87% classified their time as an au pair as the "most meaningful" experience of their lives to that point.
-98% felt their time as an au pair improved their English speaking fluency.
-60% noted that being an au pair influenced the direction of their career choices.
-60% noted that being an au pair helped them develop intercultural skills that contributed to obtaining their first job after completing their time as an au pair.
-84% said their time as an au pair contributed to their ability to speak English in the workplace.
-59% said their au pair experience opened job opportunities that would not have otherwise been available.
-65% reported that being an au pair helped develop their awareness of political, economic or social events around the world.
-64% noted that they now have a more positive and tolerant attitude towards the U.S. and its involvement in world affairs.
-87% felt that they have improved their ability to speak to others in their home country about the U.S. people and culture in a more informed and positive manner.
-94% felt they now have a better understanding of themselves and their values.

PLAINTIFFS' RESP. APP.0002199

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



PLAINTIFFS' RESP. APP.0002200

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY                                    AIFS 0002082

# Exhibit 262

PLAINTIFFS' RESP. APP.0002201



# Au Pair Pocket money increases again!

Following the changes announced to the US minimum wage and subsequently to au pair pocket money in 2008, we are now very pleased to inform you that the weekly pocket money paid to au pairs will increase again from 24th July 2009!  This means:

**Au Pairs:**  will receive weekly pocket money of **US$195.75**

**EduCare Companions:** will receive weekly pocket money of **US$146.81**

**Au Pair Extraordinaires :** as previously announced au pair extraordinaires arriving in the US since 1st March 2009, now receive a weekly pocket money of **US$250**



PLAINTIFFS' RESP. APP.0002202

CONFIDENTIAL

AIFS 0003072

# Exhibit 263

PLAINTIFFS' RESP. APP.0002203

| From: | Laura Bull(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LBULL) |
|---|---|
| To: | Kaija Caldara |
| CC: | |
| BCC: | |
| Subject: | RE: HF54119 |
| Sent: | 11/1/2010 08:51:39 PM 0000 (GMT) |
| Attachments: | |

From our program or from the other company - if you happen to know?
Thanks SO MUCH! You are great!

**From:** Kaija Caldara
**Sent:** Monday, November 01, 2010 3:21 PM
**To:** Laura Bull
**Subject:** Re: HF54119
she called me and we spoke and she is going for the girl in China,,,,
take care,
kaija

*Kaija Caldara*
*Senior Community Counselor*
*72 New Valley Road*
*New City, NY 10956*
*845-634-7103*
*email: kaijaap@aol.com*
*www.aupairinamerica.com*

**Three ways to save $500.00+ off your program fee with our exciting new referral program!**
**Details here:**
http://www.aupairinamerica.com/loyalty/

-----Original Message-----
From: Laura Bull <lbull@aifs.com>
To: 'Peilin Corbanese' <peilin.corbanese@bluegobi.net>
Cc: Lorraine SommaMates <lsommamates@aifs.com>
Sent: Mon, Nov 1, 2010 1:19 pm
Subject: RE: HF54119

Dear Mrs. Corbanese,
The fee for the standard program is $7695. There is a $35 sevis fee as well as the weekly stipend ($195.75) and education allowance ($500). Unfortunately, at this time we are not offering any discounts for repeat host families. Our program fee is priced accordingly for the program itself as well as the support we offer the au pairs and host families.
I spoke with our London office and they said if you match by tomorrow, you should be fine for a December 27th arrival. We can definitely try to have her come on the December 27th if you need the week to decide, but if you match after tomorrow, it will depend on when she is able obtain a visa appointment.
Isabell's first year ends January 10th, so there would be an overlap between your new au pair and Isabell's departure.
I was able to reach other Community Counselor. Kaija Caldara would be happy to speak with you regarding her experience with Chinese au pairs. She can be reached at (845) 634-7103.
If you have any other questions, please let me know!

Regards,
Laura

PLAINTIFFS' RESP. APP.0002204

CONFIDENTIAL                                                                                      AIFS0010142

Laura Bull
Placement Coordinator
Au Pair in America
(800) 928-7247 ext. 5048
Lbull@aifs.com



Trust the world's most experienced
live-in child care program
(800) 928-7247
a division of the American Institute For Foreign Study® (AIFS)

**From:** Peilin Corbanese [mailto:peilin.corbanese@bluegobi.net]
**Sent:** Sunday, October 31, 2010 5:55 PM
**To:** Laura Bull
**Subject:** HF54119

Hi Laura,

We have narrowed down our choices to one of the Chinese au pairs with your agency and another Chinese au pair with another agency. So it will probably come down to what the fee structure is like...

Can you please review what my fee would be for me? Standard fee with any discounts? As a repeat family, is my discount ONLY the waiving of application fee? Also do I have to pay any surcharges? Interestingly, I have found out that Au Pair in America has a higher fee structure (by about $700) than some other agencies. Not sure why. Care to share your insights? I would very much like to do an apple to apple comparison. I would hate to leave you but if all else are equal and another agency is less expensive on the fee and offers me a discount for switching...

Also, if we match next week, how long do you think the visa will take? We would like her to arrive on Monday 12/27. Is that possible for a Chinese au pair? What that also means is that our current German au pair will need to leave a couple weeks earlier or we will overlap the two au pairs. Any thoughts on that? Overlapping a week or so may help with the training issue.

Last but not least, can you please make a few calls or send some emails and help me find out some host family's experience in terms of the driving skills for the Chinese au pairs? I know my counselor is not a fan of Chinese au pairs. I know driving can be an issue but I rather hear it from existing host families, good or bad.

Thank you so much, Laura, for all your help.

Happy Halloween!

**Peilin Corbanese**
**Art.Passion.LIfe.**
**www. BlueGobi.com - Fair Trade and Sustainable**
peilin.corbanese@bluegobi.net -
**T 914.497.7077**

PLAINTIFFS' RESP. APP.0002205

CONFIDENTIAL                                                                                          AIFS0010143

Case 1:14-cv-03074-CMA-KMT   Document 918-29   Filed 03/17/18   USDC Colorado   Page 17
of 61

# Exhibit 264

PLAINTIFFS' RESP. APP.0002206

| From: | Sarah Friedman(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFRIEDMAN) |
|---|---|
| To: | 'Lyn Kuebler' |
| CC: | |
| BCC: | |
| Subject: | RE: Matching with a new family |
| Sent: | 11/4/2010 02:49:28 PM 0000 (GMT) |
| Attachments: | |

Hi Lyn,

Guess you got to see both sides of the matching process - getting no calls to getting a ton of calls! I'm happy to hear that you found a family that you really like.

Really the only difference between being an extraordinaire au pair and a regular au pair is the weekly stipend ($250 versus $195.75). If you're okay with it, then we can process the match for you as a regular au pair.

Let me know.

Kind Regards,

Sarah

**Sarah Friedman**
**Compliance and Extension Program Coordinator**
**Au Pair in America**
tel 203.399.5178
fax 203.399.5378
www.aupairinamerica.com
sfriedman@aifs.com



**From:** Lyn Kuebler [mailto:lyn@kuebler-home.de]
**Sent:** Wednesday, November 03, 2010 8:20 PM
**To:** Sarah Friedman
**Subject:** Re: Matching with a new family

Hey Sarah,

thanks for your mail, I got a lot of calls and emails in the last days, so many, that I was totally confused.

But I found the right family and matched with them. So I will go to Danville, California for the next 6 month.

Thank you so much for your help, I really appreciate it!

One more question. The family asked me to downgrade to the regular au pair. Are there any diadvatages for me, other than less payment per week?

kind regards,

lyn

----- Original Message -----
**From:** Sarah Friedman
**To:** 'Lyn Kuebler'
**Sent:** Wednesday, November 03, 2010 7:18 PM
**Subject:** Matching with a new family

Hi Lyn,

Hope that you've had some calls -

Would you be willing to downgrade to a regular au pair (the weekly stipend is $195.75) for your extension? There is a family that is interested in you but cannot afford the Extraordinaire rate.

Let me know!

Sarah

PLAINTIFFS' RESP. APP.0002207

CONFIDENTIAL                                                                   AIFS0010340

Sarah Friedman
Compliance and Extension Program Coordinator
Au Pair in America
tel 203.399.5178
fax 203.399.5378
www.aupairinamerica.com
sfriedman@aifs.com

Au Pair.
IN AMERICA

Trust the world's most experienced
live-in child care program
**(800) 928-7247**

*a division of the American Institute For Foreign Study® (AIFS)*

CONFIDENTIAL

# Exhibit 265

PLAINTIFFS' RESP. APP.0002209

| From: | Yasmine Osman(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=YOSMAN) |
|---|---|
| To: | Marisa Wrobleski |
| CC: | Amy Scardilli |
| BCC: | |
| Subject: | FW: GOOGLE Business Listing (how to do it) |
| Sent: | 12/21/2010 02:43:58 PM 0000 (GMT) |
| Attachments: | APIA Logo.doc; |

Yasmine Osman

Regional Program Manager

800-928-7247 ext 5015

**From:** Yasmine Osman
**Sent:** Thursday, November 18, 2010 11:16 AM
**To:** Maddie Corbett
**Subject:** FW: GOOGLE Business Listing (how to do it)
HELLO EVERYONE!

You can place a free business listing on Google - here is how:
(I just did it - call me if you have questions.)
Go to www.google.com
Click on "business solutions" in the middle below the google search box.
On the next page, go to the local business center.
Sign into your account or create one. (It is easy/quick to create one.)
Go to "add a new listing".
Fill out the page.
A few pointers:
You do not have to fill in your house number - you can just put in your street.
You can use your business line or the 800 number - though if you do put in the 800 number there will be a difference with verifying the business listing.. If you use your business line - you will get a verification call at that number. If it is the 800 number - you will need to check "verify by mail" and complete the address listed. It will take a few days to receive the card which has a code. Instructions on how to verify are included in the mailing. I used my business line and verified immediately. (BE NEAR YOUR PHONE.) My ad was up before 24 hours had passed. I will also add that since I put my ad up - Au Pair Care has done one, too, for my cluster area. I am still listed first - but they are right below me and identified on the same map.
For the description, I just copied the blurb from our APIA website and edited a bit - as the max on Google is 200 characters. The increase in stipend for regular program to $195.75 in July is included below.
Here is what I put:
Au Pair in America is the nation's first choice in live-in child care. Au pairs come from more than 60 countries and can provide up to 45 hours of high quality childcare for only $347 per week.
You can add then APIA website www.aupairinamerica.com.
It is important to fill in the categories, since they will trigger if a listing will show up when searched. You can use:
Au Pair Agency
Nanny
Child Care Agency
Live-In Childcare
(It only let me add Nanny and Child Care - if you try and can add Au Pair Agency or Live-In Childcare, let me know)

PLAINTIFFS' RESP. APP.0002210

CONFIDENTIAL

AIFS0010468

You can upload a picture - I am attaching the APIA logo.

If you have a cluster covering more towns, you could do a listing for each town that you are covering. In this case, the verification has to be done by phone (CC business line) - you will have to put in a phony address in each of the other towns you serve like Main St. (I know that is strange but it is true).

Good luck and enjoy all of the new families your Google-ing will bring!

YASMINE

PLAINTIFFS' RESP. APP.0002211

CONFIDENTIAL                                                                                       AIFS0010469

Case 1:14-cv-03074-CMA-KMT   Document 949-29   Filed 03/17/19   USDC Colorado   Page 23 of 61

# Exhibit 266

PLAINTIFFS' RESP. APP.0002212

**From:** Claudine Bernabei(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CLAUDINEBERNABEI)

**To:** Kristy McDavid

**CC:** Yasmine Osman; Amy Scardilli

**BCC:**

**Subject:** Re: Au Pair ██████████ Application

**Sent:** 12/30/2010 02:18:03 PM 0000 (GMT)

**Attachments:**

Amy,

Still trying to sort things out.

I spoke with ██████ last night and apparently ██████ did agree 2 days ago to stay another week with the HF since she was not speaking with HFs and did not know she could match so fast.
I have not spoken with HMom today, what would be the latest she could come to your HF?
I am going to try to have her come this week end but it will be difficult <u>since she agreed with HMo to stay the extra week.</u>

<u>It is a difficult situation due to the fact she DID agree to stay another week.</u>
Apparently they spoke yesterday and HMo said that there was an agreement (which is true) and now that ██████ has a match she does not want to respect it anymore...

Hope your HF understands that she might not be able to come until the end of next week.
Please let me know.

**Claudine Bernabei**
*Senior Community Counselor*
*NJP & NJR Clusters*
*239 Riverside Drive*
*Princeton, NJ 08540*
*609 - 921 1520*
*claudine.bernabei@verizon.net*
*www.aupairinamerica.com*

On Dec 29, 2010, at 1:42 PM, Kristy McDavid wrote:

Claudine,
We have a match!!! My Hmom███████████████ is requesting a arrival to Ft. Lauderdale either on Saturday morning 1/1 or Sunday morning 1/2/2011. Will that work for your family, if she is still with the family.
Thanks,

Sincerely,

Kristy McDavid, Senior Community Counselor
South Florida/FLB
561-312-7649
kristywithapia@yahoo.com
www.aupairinamerica.com

"We bring the world together."

PLAINTIFFS' RESP. APP.0002213

CONFIDENTIAL

AIFS0010677

--- On **Tue, 12/28/10, Claudine Bernabei** *<claudine.bernabei@verizon.net>* wrote:

From: Claudine Bernabei <claudine.bernabei@verizon.net>
Subject: Fwd: Au Pair ██████████ Application
To: "Kristy Gerstein" <kristywithapia@yahoo.com>
Date: Tuesday, December 28, 2010, 10:16 PM

## Subject: Fwd: Au Pair ████████████ Application

On Sun, Dec 19, 2010 at 4:01 PM, <claudine.bernabei@verizon.net> wrote:

Dear Community Counselor,

████ is a nice AP wpuld like to take care of younger children. ████ has excellent English and is an excellent driver. She is available immediately.

Link: https://aupair.aifs.com/share/Rematch/APTemplate.aspx?TID=11226&ev=1

## Subject: Au Pair ████████████ Application

### Profile

████ says: "Since then I was 6 years old I was dancing classical ballroom dancing and Latin dancing, like Samba, Rumba, Cha cha cha, Waltz, ...But in the age of 17 I have to finished my favourite hobby, to make my education, but in this time I teached a small group of children in classical and modern dancing, we had a lot of fun and the kids were like my little brothers and sisters. ... I love children very much, and I love it to play with children and to do handicrafts and so on, that's why I want to be an au pair."

### General Information

**The au pair is in the United States and seeking new placement to finish her year.**

Name: ██████████████
AP Status: Rematch
Nationality:
Date of Birth: ██████████
Age: ██
# of Siblings: 1
Infant Qualified: Yes
Availability Dates: 07 Sep 2010 - 05 Jan 2011

Child Care Experience:

| | | | | |
|---|---|---|---|---|
| Experience (3 mos - 1 yr): | ☑ | | Willing (3 mos - 1 yr) | ☐ |
| Experience (1 - 2 yrs): | ☑ | | Willing (1 - 2 yrs): | ☑ |
| Experience (2-6yrs) | ☑ | | Willing (2-6yrs): | ☑ |
| Experience (6+yrs) | ☑ | | Willing (6+ yrs): | ☑ |
| Experience (more than 2): | ☑ | | Willing (more than 2): | ☑ |
| Special Needs Experience: | ☐ | | Special Needs Willing: | ☐ |

PLAINTIFFS' RESP. APP.0002214

CONFIDENTIAL

| | |
|---|---|
| Lived Away From Home: | Yes |
| Smoker: | No |
| Education: | |
| Native Language: | ██████ |
| Occupation: | Employee Of Private Business |
| Interests and Hobbies: | Swimming, Reading, Artwork, Writing, Arts and Crafts, Photography, Cooking |
| Swimmer: | Yes |
| Religion: | AT |
| Dietary Restrictions: | None |
| Driving: | Yes |
| Frequent Driver: | Yes |
| Arrival Date: | 29 Nov 2010 |
| Weekly Stipend: | The current weekly stipend is $195.75. |
| Program: | Au Pair Program |
| Program Year: | 1 |
| Primary Phone: | 41 79 7391833 |
| Primary Phone Times: | between 9-11 pm |
| Alternate Phone: | 49 176 62710342 |
| Alternate Phone Times: | between 9-11 pm |
| Address: | ████████████████████ |
| Email Address: | ████████████ |
| Skype ID: | ████ |

# Host Family Letter

████████████████

███████

## Host Family Letter

Dear (maybe future) Host family,

at first of all I want to thank you for reading my letter and spending time on getting to know me better. I'm really looking forward to staying a year abroad in your country. In the following lines I want to introduce myself and tell you something about my family, hobbies, everyday life and my hopes and expectations for the coming year.

My name is █████ I'm █ years old and I live in ████████████
At the moment I work in ██████████████████.
I'm working as a waitress in a 4-stars hotel and my responsibilities are to welcoming the guests, recommend meals and drinks, to serve the meals, organise the seating plan for the evening in one of our restaurants.

████████████████████████

After that I went to ██████ to get some job experience.
For me it was always sure, that I want to go in a foreign country and it was no problem for me, to be away from my family and friends, I have a very good relationship to them and they support me in everything what I do.
I like my job, I have very nice collegues and there are a lot of festivals and events in this small village.

CONFIDENTIAL

AIFS0010679

But in spite of everything, it was ever a big dream to leave my old life and have a great year in the United States.
I think, now I'm old enough to take responsibility for something and somebody.
And it's a great chance for me to get to know the American culture better, to be a part of a new family, take care for children and have a amazing time in a amazing country.

I've made a practical training in a kindergarten for 4 weeks (2 weeks in a group with children from 3-6 years and 2 weeks in a catholic kindergarten with children from a half year til 6 years).
It was great, I love children very much and I love it to play with children and to do handicrafts.
In the kindergarten, we made some excursions, played some games, we built a vulcan and we had a lot of fun together and I loved it.
I also had to changed the nappy, give the bottle and made potty training.
But that wasn't the only one experience that I made.
My best friend was getting a baby in 2007 and from the first day I was the helping hand for my friend, took care for the child and it's a nice feeling to know a child from the beginning.
I've learned to give the bottle, change the nappy, how you have to begin with the potty-training (it was not easy all the time) and how it is to have fully responsability for a child.
It was a great experience and when I'm at home I still take care of her.
I'm also a babysitter for ██████████████████████████████████████
I was taking care of them, playing games, do homework's, change the nappy, give the bottle, singing songs and go for a walk with them.
And for this moment I took care of them, I would get my biggest dream come true, to take care of children in a country where I ever wanted to be.

I made my driving license in April 2007, so I have 3 years driving experience and I think I'm a good and careful driver without any accidents. And I like it to drive.

Since I was 6 years old I've made classical ballroom dancing and Latin dancing, like Samba, Rumba, Cha cha cha, Waltz, ...

But in the age of 17 I have to finished my favourite hobby, to make my education, but in this time I teached a small group of children (children from 8-12 years old) in classical and modern dancing, we have our own choreographies, we have a lot of fun and the kids were like my little brothers and sisters, like in a little family. It was a great experience to take care for older children and have fun with them.

My other hobbies are reading, playing volleyball, singing, travelling, swimming and be outside for a walk with my dog. I like the nature and in summer, me and my friends we like it to camp in the near of a lake and in the evening we make some barbecue.

When I was 3 years old, my parents start to fly with me in foreign countries, and from the first moment I was interested in the culture and how the peoples live there.
We flew to Bulgaria, Tunisia. Turkey, Egypt, Greece, Spain, Denmark, Netherlands, England, ... and I love it to meet new cultures.

I would describe myself as very honest, lovely, nice, responsible, reliable, caring, friendly, helpful and tolerant. I try to make the best of every situation and to be a good example for the kids.
I love it to meet new people, learn more about other countries and cultures and I hope you can show me a lot of new and interesting things.
I think I will get a lot of new impressions and I hope that my stay will be an interesting experience for me and for you.

But enough from me ... here some facts about my family:
My mother, ██████ is 42 years old she works as a registrar women, my father, ████ is 47 years old and is police man and my "little" brother, ████ he is taller than me, is 16 years old and is a grammar school pupil.
I love animals and I have Cairn terrier dog and his name is "Snoopy", he's 7 years old.
Maybe you have some pets?

CONFIDENTIAL

AIFS0010680

I have a wonderful relationship with my family and they support me in everything that I want to do.

The reason why I want to go to America as an au pair is because I want to gather valueable memories with a new family and get to know new friends.
I would like to get to know the American way of life and different cultures. It would be great to improve my English skills and become more independent, self-confident and open-minded by spending an exciting year abroad. Primarily it's of course the time I'm going to spend with the children and the experience of an eventful year with you and your kids.
I couldn't imagine a life without children. I love to see them smiling and their shining eyes on christmas, their enthusiasm if they learned something new and their imaginative idea of the world.

The most important thing for me is honesty, that we can speak about everything. I think, sometimes it's difficult to speak about any problems, but I want to be honest all the time and I hope that it is important for you too.

When we have the same point of view, I think that we could have a great year together and can learn a lot from each other.
I hope we can develop a good relationship and work and live together as a family. I'm looking forward to talking to you.

Maybe, next time I hear from you and I'm very excited to meet you.

Warm regards, ▮▮▮▮

CONFIDENTIAL                                                                                    AIFS0010681





# Childcare Experience Form

| | | | |
|---|---|---|---|
| Nanny / Au Pair | ✕ Babysitting | ✓ Day care centre | ✓ |
| Caring for younger family member | ✕ Camp Counselor | ✕ Tutoring children | ✕ |
| Summer activity camps | ✕ Teacher | ✓ Youth or church group/club | ✓ |
| Practical Childcare Training / Work Placement | ✕ Nurse | ✕ Other | ✕ |

| Areas of experience | Dates | Names & ages of children | Outline experience | Frequency of care | Referee name | Total number of hours |
|---|---|---|---|---|---|---|
| Day care centre | Nov-2009 - Dec-2009 | ca. 15 children between 4-6 years and ca. 10 chidren between 6 months and 4 years. | prepare food, change the nappy, take care at the naptime, feed the younger children, playing/singing /drawing with the children, potty training with the youngest children. | 2 weeks 9 hours a day | ▇▇ ▇▇ | 90 |
| Day care centre | Nov-2009 - Nov-2009 | ca. 10 children between 4-6 years | i was in a kindergarten. playing/drawing/singing/do handicraft work and go on excursions with the children | 2 weeks for 8 hours a day | ▇▇ ▇▇ | 80 |
| Babysitting | Nov-2008 - Dec-2009 | ▇▇ male, was born in april 2009  ▇▇ male, 2 years  ▇▇ female, 13 years  ▇▇ male, 8 years  ▇▇: help by doing homeworks | ▇▇ give the bottle, take him to bed, play with him, change nappy, go for a walk with him  ▇▇ play with him, go for a walk, drawing, read storys with him, singing songs | 11 hours a week | ▇▇ ▇▇ | 616 |
| Babysitting | Apr-2007 - Present | ▇▇ female, she was 1 month if i start to take care of her | give her the bottle, change nappy, read storys with her, singing songs, go for a walk to play on the playground | every three month average 6 hours | ▇▇ ▇▇ | 72 |

PLAINTIFFS' RESP. APP.0002218

CONFIDENTIAL

AIFS0010682

| Youth or church group/club | Jan-2003 – Jul-2008 | 5-10 children age range: 8-12 | we made our own dance choreographies in modern and classic dance | 2 hours in a month | ▮▮▮▮ | 132 |
|---|---|---|---|---|---|---|
| Total Hours | | | | | | 990 |



# Application Form



Last Updated: 21-Sep-2010

## Childcare Skills

Infant skills How often do you...

| | | | |
|---|---|---|---|
| Prepare a baby's bottle | Always | Feed a baby with a bottle | Always |
| Feed a baby with a spoon/fork | Always | Burp a baby | Always |
| Bath an infant (9-12 months) | Sometimes | Change a diaper (nappy) | Always |
| Put a baby to bed | Always | | |

Toddler and older children skills How often do you...

| | | | |
|---|---|---|---|
| Prepare meals (1+ years) | Sometimes | Put children to bed (1+ year) | Always |
| Bath a toddler | Sometimes | Bath an older child (2+ years) | Sometimes |
| Care for a sick child | Sometimes | | |

Have you ever helped potty-train a child Yes

## Family Background

Religion:                              ATHEIST
Please enter any additional information regarding your religion that you would like host families to know:

Native Language:              German          Number of Siblings:                    1
Languages you can speak other than English and your native language:
a little bit french

## Driving Details

| | |
|---|---|
| Do you have a valid driving license? | Yes |
| What type of driving license do you hold? | Full |
| When did you pass your test? (dd/mm/yyyy) | 20-Apr-2007 |
| When did you first start learning to drive? (mm/yyyy) | Dec-2006 |
| How often do you drive per week? | 4 or more times per week |
| Did you take lessons with a qualified instructor? | Yes |

PLAINTIFFS' RESP. APP.0002219

CONFIDENTIAL

AIFS0010683

What kinds of roads do you usually drive on?          City, Highway, Country, Snowy/Icy
Have you ever had a driving accident?                 No
Have you ever been penalised for any driving offenses? No

## Educational History

High School                    ██████████████
Dates from/until               ██████████
Name of qualification          school-leaving certificate
Subjects studied               I made my exam in mathematics, german, english, astronomy, physics
Completed?                     Yes

College / University           ██████████████████
Dates from/until               ██████████
Name of qualification
Subjects studied
Completed?                     No

Other education                ████████████████████████
Dates from/until               ██████████
Name of qualification          Hotel business woman
Subjects studied
Completed?                     Yes

When you return to your home country, do you plan to go to university or college?          No

## Work Experience

Other than work caring for children, have you had any          Yes
other jobs / employment (paid or voluntary)?
Job Title                      Chef de rang/waitress
Dates from/until               2008-now
Responsibilities               I have to be in charge of the money. I greet the guests. I make/organize reservations. I recommend wines/meals. I serve what the customer have ordered.
Paid / voluntary               Paid

What job or career do you hope to have in the future?
To be a head receptionist in a great hotel on a beautiful island or maybe after my Au Pair year I could imagine to begin an education as a kindergarten teacher, because I love children.

## Hobbies & Interests

Do you have any other hobbies?
Volleyball, Travelling
Please select any certificates you have from the following
First Aid
Do you have any other special skills / certificates?
First Aid for toddlers and infants
Do you know how to swim?                                        Yes

PLAINTIFFS' RESP. APP.0002220

CONFIDENTIAL                                    AIFS0010684

How well do you swim?                                                          Advanced

Have you lived away from home for two months or more?                         Yes

Please provide details

At this time I work in switzerland and I´m away from home for 3 months or more. Thats no problem for me.

And for my education for 2 years ago, I moved to dresden, there was I´m for 1 or 2 months away from home.

Have you visited the USA before?                                              No

How long were you there for (include dates) and what type of visa did you have (if applicable)?

## Smoking Declaration

Do you smoke cigarettes? No

## Criminal Record

Have you ever been cautioned, charged or convicted in connection with a criminal offence? No

## Medical & Health

Do you suffer from any allergies to

Please provide further information about your allergy/allergies.

Do you follow a special diet?                                                 ■

Do you have any problems with your health?                                    ■

Do you take any medication?                                                    ■

Please provide details

████████

Have you been hospitalised or been in the care of a doctor within the past twelve months?   ■

Have you ever suffered from a nervous or emotional condition? For example, depression, anxiety, an eating problem, etc   ■

Have you ever been a victim of sexual, emotional or physical abuse?           ■

# Au Pair
### IN AMERICA

# Interview Report Form

████████████

████  ████

## The interview

Interviewer    ████████    ████████    ████

PLAINTIFFS' RESP. APP.0002221

FS0010685

| Agency | ▮▮▮▮▮▮▮▮ | Country | ▮▮▮▮▮ |
|--------|-----------|---------|--------|

Interview date          10-May-2010

Total amount of time spent with applicant (including CPI and previous meetings) 2 hours

## Childcare Experience

Please provide details of your discussion on the applicant's practical childcare experience

▮▮▮▮ is a great young woman and has a lot of practical childcare experience.

Most experiences she gained from babysitting the kids of the ▮▮▮ family. There are ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ who were between newborn and thirteen years old when she started taking care of them. With the baby she went for walks, gave him the bottle or changed diapers. She also put him to bed. With ▮▮▮ she played, sang songs or read stories. For the two older ones she was a help with their homework. "It's amazing to see them develop. You intensify the time with them and repeat stuff they learned and after a while they get better and better. I am so proud to see them improve and develop their own characters" ▮▮▮ says with a smile. You can see that she is very proud of "her" kids.

She also did two internships at a kindergarten. She told me she wanted to find out the difference so she went to a regular kindergarten and a catholic one. The kids where between six months and six years old and ▮▮▮ said that the catholic kindergarten was more organized and structured with song, prayers and religion. But kids at the other one were more relaxed and had more choices they could make on their own. "Kids pick up so fast and that makes it very easy to be with them and teach them new things. And they really enjoy new challenges - it was real fun!" says the charming young woman.

For about five years ▮▮▮ also taught kids choreographies at a dance school. She had her own groups and motivated between five and ten kids at the same time to learn modern and classic dance.

▮▮▮ has a lot of fun being with kids.

List the type of activities the applicant likes to do with children.

▮▮▮ loves to be with children outdoors. She would take them to the playground, play with them hide & seek, tag or let them jump and run. "It's important that kids lose their energy and train their balance. To be out in the fresh air is the best" the active young woman adds.

Indoors ▮▮▮ lets them be creative. She enjoys reading books to them (especially a book from her own childhood, translated 'The blue rabbit'), lets them relax or sings songs with them.

What does the applicant think are the most important qualities for being an au pair?

▮▮▮ thinks that an Au pair should be experienced with children. She should be calm, relaxed, patient and diplomatic. Other advantages are if she is careful, organized and loving. ▮▮▮ also said an Au pair should be very responsible, trustworthy and adaptable. She should listen to the host parents' rules of education and be able to talk about problems and difficulties that might come up.

## Motivation & Expectations

What motivated the applicant to apply for this program?

▮▮▮ is very outgoing and curious. She wants to experience the American life and be a part of an American family. ▮▮▮ parents wanted her to do an apprenticeship first, so she went to a school of hotel management, graduated and works as a waitress in Switzerland now. "It's about time to see some parts of the world! I want to meet new people, learn about new cultures and traditions. But the most important thing is that I want to work with children. Becoming an Au pair in America is the perfect combination to do all of that" ▮▮▮ says with excitement.

What does the applicant think life will be like as an au pair in the USA?

▮▮▮ thinks life in the US will be a lot different to her life now. She thinks that American parents are more relaxed about their children and offer them more activities. She, as an Au pair, will have more responsibilities and learn a lot of new things. She loves the thought of combining working with kids and living in a new family, learning new things and travelling a lot.

How does the applicant feel about driving in a foreign country?

▮▮▮ got her driving license in 2007. Since then she has been driving regularly. She considers herself a very good and safe driver; she does not have any concerns about driving in the US.

PLAINTIFFS' RESP. APP.0002222

CONFIDENTIAL

AIFS0010686

## English Skills

Is English the applicant's first language?               No

How long has the applicant been studying English?        10 years

Please rate the applicant's understanding of spoken English    Very Good

Please rate the applicant's spoken English              Very Good

Please comment on the applicant's communication skills in English

█████ is very outgoing and talkative. She has a lot to talk about and shares her thoughts. It was a really nice to converse with her since she speaks very lively about things she likes and did. She comes across very open and bubbly and smiles a lot.

In her job she has to talk with customers in English a lot, since the hotel is very international.

How long did you spend speaking English with the applicant during the interview?      50 minutes

## Medical & Health

Does the applicant need any daily medication for any condition relating to her health?   

Does the applicant have any health or emotional issues a host family should be aware of?   ██

Is there any history of abuse/depression/counselling, etc. in the applicant's background?   ██

## Criminal Check

Has the applicant ever been convicted, charged or cautioned in connection with a criminal offence? No

## Background & Interests

Please list any special skills, certificates or talents the applicant has.

█████ loves to teach somebody, especially kids. "They are so very curious and take information in like a sponge." said with a smile.

She also loves to dance and sang in a school choir. █████ is outgoing and curious about the world.

What is the applicant's current academic status?          Not intending to study

Comment on the applicant's family history/background and relationships with family members.

█████ is an independent and reliable young woman living on her own in ████████ where she works as a waitress. She doesn't come home too often since she has to work so much. But when she sees her family three or four times a year she is always especially happy. She misses them a lot. They have a very good relationship and they talk on the phone to hear from each other and talk about important things in their lives. The whole family supports her wish to become an au pair completely.

What household duties/chores does the applicant do in the home?

Since █████ has her own household she does everything in her tiny apartment. She cleans up everything, keeps it tidy and does her own laundry.

Please select the applicant's current occupation from this list. If the applicant is currently unemployed, the most recent job should be used. If the applicant has never been employed, please select 'University Undergraduate Student'

EMPLOYEE OF PRIVATE BUSINESS

## Personality & Appearance

Based on your meetings and conversations with the applicant, please describe her personality in as much detail as possible

CONFIDENTIAL

AIFS0010687

████ is a really friendly and outgoing young woman. She can handle children very well and has a lot of fun being with them. Just by talking about children you can see how much she loves them - she talks very lively about her experiences she gained. She considers herself as funny, outgoing, warm-hearted and always positive. And you can really tell by just talking to her. Sometimes she can be a little impatient, but just with things she cannot control.

████ has a wonderful personality, is helpful and feels very responsible. She does not seek conflict but prefers to resolve problems right away. She is reliable, punctual and has a lot of common sense. ████ is a generally happy person and sees what needs to be done without being told. Because of her job and living on her own she is really independent. She will be a great support for her host family.

Please describe the applicant's appearance at time of interview (eg, style, clothing, visible piercings or tattoos)

████ wore a pair of jeans and a shirt to the interview. She is a big but really active girl with long brown hair and dark brown eyes. She likes to wear bigger earrings and likes to get her nails done. She had a neat appearance.

# Evaluation

What are the applicant's greatest strengths and weaknesses and why would you recommend this applicant?

████ is a born au pair. She has a great feeling for children's needs. She is a lovely person and has a wonderful and warm personality, an optimistic and realistic attitude and knows what she does.
She is trustworthy and mature. It was a pleasure to have ████ as an Au pair candidate and I would highly recommend her - she will make a great au pair and an excellent member of your family. The family who gets her is very fortunate.

Do you have any additional information to share with a host family about the applicant (eg, further medical information)?
No

# Ambassador Referral

Has the Applicant been referred by an Au Pair in America Ambassador?
No

# Declaration

I declare that I have conducted this interview in person and that the interview report is a true and correct reflection of the interview.
Yes



# Telephone Reference



## Reference Summary

| Type | Referee | Checked on |
|------|---------|-----------|
| Childcare Reference | ████ | 24-Jun-2010 |
| Childcare Reference | ████ | 07-Jun-2010 |

PLAINTIFFS' RESP. APP.0002224

CONFIDENTIAL

AIFS0010688

Childcare Reference ████████   15-May-2010

# Childcare Reference

Completed by                                                    ████████████

Date of telephone conversation                          24-Jun-2010

Referee's name                                                  ██████████

Referee's main contact number                           █████████████

I confirm that I have verified the dates, frequency of care and ages of the children during my conversation with the referee

Yes

Summary of childcare duties / practical placements / the course the applicant completed

feeding, playing, reading, putting to bed, changing diapers, helping potty train, going for walks and to the playground

Referee's comments about the applicant's special skills and strengths

████████ mentioned that ██████ always stays calm, is great with her little daughter and always relaxed. Her little girl really likes ██████ being around.

How does the referee describe the applicant's communication skills?

Since ████████ has known ██████ for over thirteen years she really knows her well. She descirbed ██████ as loving, friendly and very communicative.

Please provide any further comments on your conversation with the referee

████████ knows that ██████ had the wish to become an Au pair for ages. She is convinced that ██████ will do a great job and be a huge support for the family.
Even though ████████ doesn't speak English she understood all questions since she filled out the form with ██████ together.

# Childcare Reference

Completed by                                                    ████████████

Date of telephone conversation                          07-Jun-2010

Referee's name                                                  ████████

Referee's main contact number                           █████████████

I confirm that I have verified the dates, frequency of care and ages of the children during my conversation with the referee

Yes

Summary of childcare duties / practical placements / the course the applicant completed

playing with kids, reading books, singing, helping them getting dressed, helping with meals, entertain them

Referee's comments about the applicant's special skills and strengths

████████ said that ██████ is very loving with the kids and really knows how to handle them. She has a feeling for their needs and is always patient with them. She also said that ██████ has a lot of good ideas how to entertain them.

How does the referee describe the applicant's communication skills?

██████ is very communicative and talkative said ████████████ She is very open-minded and interested in many things.

Please provide any further comments on your conversation with the referee

████████████ added that ██████ did a great job in those two weeks. The kids loved her and she is convinced that ████████ will be a great Au pair.

PLAINTIFFS' RESP. APP.0002225

CONFIDENTIAL                                                                 AIFS0010689

## Childcare Reference

Completed by     ████████

Date of telephone conversation     15-May-2010

Referee's name     ████████

Referee's main contact number     ████████

I confirm that I have verified the dates, frequency of care and ages of the children during my conversation with the referee

Yes

Summary of childcare duties / practical placements / the course the applicant completed

████ was responsible for four children. She helped with all possible chores, feeding the baby, changing diapers, preparing meals, entertaining the kids. With the older ones she studied for tests or did homework with them.

Referee's comments about the applicant's special skills and strengths

████ said ████ is really adaptable and considerate. She knows how to handle a bunch of children and always stays calm. She is patient at all times and makes her children laugh. ████ also said that ████ is very independent and positive.

How does the referee describe the applicant's communication skills?

████ said that ████ is always communicative. She knows what she is talking about and likes to share her thoughts. She is respectful towards adults and children.

Please provide any further comments on your conversation with the referee

████ mentioned that ████ was always a great help and she is convinced that she will be a great support for the future host family.

████ doesn't speak English but she understood all questions since she filled out the form with ████

CONFIDENTIAL     AIFS0010690

APPLICANT'S NAME: ███████

**Au Pair IN AMERICA**

## Childcare Reference

MEMBERSHIP NO:
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *She is a friend of mine*

How long have you known the applicant? *for several years (15 years)*

How long has the applicant been employed by you/cared for the children? From *2014* To *present*

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| Tim / one / female | 1 month | | over 12 hours | fully responsible |

If you taught the applicant a childcare course, please provide details about the course:

Please give a full account of the applicant's duties as a child carer: *She gave her the bottle, changed the nappy, made potty training with her, go with her for a walk to the playground, played with her, do handicraft work with her*

Describe any special skills and abilities the applicant showed: *She was always very kind, open-minded and from time to time had a lot of fun to play with her*

Please give your opinion on how the applicant handles stressful situations: *She is in addition a very positive and calm person, she knows how to handle with stressful periods which are in stressful situations*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *She is very interested in new cultures, new situations and very open about it*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?  ◯ YES  ⊗ NO

If yes, give details:

To the best of your knowledge, does the applicant have any health or family problems?  ◯ YES  ⊗ NO

If yes, give details:

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *She loves new challenges, love to take care of children. She is really responsible and she is really interested to be a part of your family, she is the right choice to be a big sister*

**REFEREE'S DETAILS** *with a good friend from your children*

Name (please print): ███████  Occupation: *Bäcker*

Telephone Number: ███████  Mobile/Cell Number:

Best time(s) to call: *6 o'clock pm*  Dates in the near future when you will not be

CONFIDENTIAL

AIFS0010691

# Au Pair IN AMERICA **Childcare Reference**

APPLICANT'S NAME: _____

MEMBERSHIP NO: **1 4 8 5 4 8**

FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _Erzieherin im Kindergarten "Spatzenwinkel"; befreundete Familie_

How long have you known the applicant? _seit 20 Jahren_

How long has the applicant been employed by you/cared for the children? From **11** **2003** To **11** **2004**
m/m yyyy m/m yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| ca. 25 children | 5-6 years | 5-6 years | (2 weeks) 8h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: ▮▮▮ _hat eine ruhige und ausgeglichene Art und findet so schnell Kontakt_

Please give a full account of the applicant's duties as a child carer: _- sie gab Hilfe u. Unterstützung bei Aufgaben der Kinder z.B. beim Anziehen, Aufräumen; i. Wäschraum_

Describe any special skills and abilities the applicant showed: ▮▮▮ _ist sehr flexibel und anpassungsfähig; ist aufgeschlossen Neuem gegenüber_

Please give your opinion on how the applicant handles stressful situations: _in stressigen Situationen blieb ▮▮▮ ruhig und besonnen_

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: _sie steht neuen Situationen offen gegenüber; paßt sich schnell an die neue Situation an_

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence? ○ YES ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems? ○ YES ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: _sie hat einen liebevollen Kontakt zu Kindern; ist verantwortungsbewußt_

**REFEREE'S DETAILS**

Name (please print): ▮▮▮▮▮▮ 　　Occupation: _____

Telephone Number: _____ 　　Mobile/Cell Number: _____

Best time(s) to call: _____ 　　Dates in the near future when you will not be

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　AIFS0010692

Beurteilung der Praktikantin ████████

Frau ███████ absolvierte in der Zeit vom ███████████████ Praktikum in unserer Kindereinrichtung, dem Altstadtkindergarten " Spatzenwinkel" in Burg. Während dieser Zeit war sie in einer Gruppe von 24 Kindern im Alter von 5-6 Jahren eingesetzt.
Durch ihre freundliche und ausgeglichene Art fand sie recht schnell Kontakt zu den Kindern der Gruppe. Sie lernte den Tagesablauf mit den verschiedensten Aktivitäten, z.B. den Mahlzeiten, dem Aufenthalt im Freien , den Lernangeboten sowie dem Freispiel kennen. Gern unterstützte sie die Kinder bei ihren Tätigkeiten und half z.B. beim Anziehen, Aufräumen oder im Waschraum.
Ihr Verhalten den Kolleginnen gegenüber war stets freundlich und korrekt. Frau Pachulla erschien stets pünktlich zur Arbeit und erfüllte die ihr übertragenen Aufgaben gewissenhaft. Zum Abschied bastelte sie z.B. 2 Fensterbilder, die den Kindern viel Freude bereiteten und nun unsere Gruppe schmücken.
Für ihren weiteren Lebensweg wünschen wir ihr alles erdenklich Gute sowie auch viel Erfolg und Freude bei ihrer Tätigkeit im Ausland.

Kindertageseinrichtung
Altstadtkindergarten
» Spatzenwinkel «
Berliner Str. 42
39288 Burg
Telefon: 4 53 21

PLAINTIFFS' RESP. APP.0002229

CONFIDENTIAL

AIFS0010693

**APPLICANT'S NAME:** _____

# Au Pair
## IN AMERICA
## Childcare Reference

**MEMBERSHIP NO:**
① ④ ⑧ ⑤ ④ ⑧
**FOR OFFICE USE ONLY**

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? ██████ ist die Tochter meiner Freundin

How long have you known the applicant? seit ca. 7 Jahren

How long has the applicant been employed by you/and for the children? From ⑪ ⑪ 20⑧⑧ To ⑫ 20⑨⑨ m/m  yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| male | born in april 09 | 8 months | 11 hours | |
| male | 2 & 8 years | 3 & 9 years | a week | fully responsible |
| female | 13 years | 14 years | | helper |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: ██████ ier als Babysiter, Hausaufgabenhilfe, kinder-betreuerin für mich da ( Baby gefüttert, gespielt, körperhygiene durchgeführt, größere kinder - Hausaufgaben erledigt, für klassenarbeiten mit den kindern geübt, kinder zum Training begleitet

[any special skills and abilities the applicant showed?] ██████ rteilte Nachhilfe bei den Hausaufgaben

Please give your opinion on how the applicant handles stressful situations: ██████ war in stressigen Situationen stets ausgeglichen und ruhig, was sie auch auf die kinder übertragen konnte, sie handelte sehr besonnen

Please give your opinion on how the applicant has adapted to new circumstances / new culture: ██████ passt sich neuen Situationen sehr gut an, war stets für alles Neue sehr offen, brachte eigene Vorschläge ein, man vertraut ihr sehr schnell, da sie eine sehr angenehme Art und Weise und eine sehr positive Ausstrahlung hat

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ◯ YES   ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ◯ YES   ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: ██████ rsie ein offenes Wesen, passt sich sehr schnell an, findet sehr gut kontakt zu kindern unterschiedlichen Alters, geht sehr liebevoll mit ihnen um und ist stets um deren Wohl besorgt

## REFEREE'S DETAILS

Name (please print): ██████

Occupation: _____

Telephone Number: ██████

Mobile/Cell Number: _____

Best time(s) to call: nach 20 Uhr

Dates in the near future when you will not be

CONFIDENTIAL

AIFS0010694

# Au Pair IN AMERICA

## Childcare Reference

APPLICANT'S NAME: _____

MEMBERSHIP NO: 1 4 8 5 4 8
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? ▮▮▮ ist mir vom Tanzsport club „Blau-Gold Burg" e.V. bekannt

How long have you known the applicant? Ich kenne sie seit 12 Jahren

How long has the applicant been employed by you/cared for the children? From 01 2008 To 07 2008
m/m yyyy   m/m yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| 5-10 children | age range: 8-12 years | 8-12 years | 2 hours a month | fully responsible |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer ▮▮▮ hat in Vorbereitung von Veranstaltungen Kinder betreut und hat mit ihnen Tänze für Programme erarbeitet und gestaltet.

Describe any special skills and abilities the applicant showed: Sie war aktives Mitglied im Tanzsport club und gab erlernte tänzerische Fähigkeiten und Kenntnisse an die Kinder weiter

Please give your opinion on how the applicant handles stressful situations: ▮▮▮ hat ein ruhiges und ausgeglichenes Wesen, besitzt diplomatisches Geschick um Streitsituationen zu schlichten handelt besonnen

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: gute Beobachtungsgabe, offen für alles Neue, passt sich schnell an, rasche auffassungsgabe, vertrauenswürdig.

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence? ○ YES  ⊘ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems? ○ YES  ⊘ NO

If yes, give details: ▮▮▮ lebt in geordneten familien Verhältnissen, liebevoller Umgang

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: ▮▮▮ ist Weltoffen und hat Spaß an Arbeit mit Kindern, Sie geht liebevoll mit Kindern um, sie interessiert sich für fremde Kulturen und möchte stets neues Kennen/lernen.

## REFEREE'S DETAILS

Name (please print): ▮▮▮
Telephone Number: ▮▮▮
Best time(s) to call: nach 20 Uhr

Occupation: _____
Mobile/Cell Number: _____
Dates in the near future when you will not be

CONFIDENTIAL

7

**Beurteilung** ▮▮▮▮▮▮

▮▮▮▮ begann im Alter von 7 Jahren in unserem Verein mit dem Tanzen im Breitensport.
Mit Trainingsfleiß und Ehrgeiz wechselte sie dann vom Breitensport in den Turniertanzsport und nahm mit ihrem Partner erfolgreich an vielen Turnieren in unserem Bundesland und Turnieren in der gesamten Bundesrepublik teil.

Nach dem Ausscheiden ihres Partners, der aus beruflichen Gründen den Tanzsport aufgeben musste, widmete sich ▮▮▮▮ dann den jüngsten Tänzerinnen und Tänzern unseres Vereines.
▮▮▮▮ organisierte gemeinsam mit anderen Vereinsmitgliedern Auftritte und Veranstaltungen, probte dazu mit den Kindern und betreute die Kinder während der Proben, Auftritte und Veranstaltungen.

Gern gab sie ihre erlernten tänzerischen Fähigkeiten und Fertigkeiten an die Jüngsten weiter, wobei sie die ihr anvertrauten Kinder liebevoll umsorgte.

▮▮▮▮ hat eine ruhige, ausgeglichene Art und handelt auch in stressigen Situationen stets besonnen.
Auch zu den Eltern der Kinder hatte ▮▮▮▮ ein sehr gutes Verhältnis und wurde von ihnen respektiert und geachtet.

Während der Arbeit mit den Kindern konnte man immer wieder feststellen, wie viel Spaß und Freude ▮▮▮▮ an dieser Arbeit hat. Ihr lag das Wohl der Kinder stets am Herzen.

Der Verein bedauert ▮▮▮▮ ihr Ausscheiden, da sie im Vereinsleben eine Stütze war, auf die man sich 100%ig verlassen konnte.

Wir wünschen ihr auf ihrem weiteren beruflichen und privaten Weg alles Gute und hoffen, dass sie ihre Wünsche und Ziele für die Zukunft verwirklichen kann.

▮▮▮▮▮▮▮▮▮▮▮

ehem. Vorsitzende TSC „Blau-Gold Burg" e.V,

**Tanzsportclub**
"Blau-Gold-Burg e.V."
Siedlerweg 8a
39288 Burg OT Schartau
Tel.: 03921 • 605960

CONFIDENTIAL

AIFS0010696



**APPLICANT'S NAME:** _____

## Au Pair Childcare Reference
IN AMERICA

**MEMBERSHIP NO:** ① ④ ⑧ ⑥ ④ ⑦ ②
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _____

How long have you known the applicant? ____ seit dem Praktikum

How long has the applicant been employed by you/and for the children? From ① ① ② ⓪ ⓪ ⑧ To ① ② ② ⓪ ⓪ ⑨
mm yyyy mm yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| ca. 24 children | 3 - 6 years & 6 months - 3 years | (2 weeks) 3 - 6 years & 6 months - 3 years | 9h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: - Spielbegleiter -Unterstützung bei der Körperhygiene, beim An- u. Auskleiden, Zwischenangebote unterbreiten

Describe any special skills and abilities the applicant showed: - Ruhe u. Ausgeglichenheit, - gute Beobachtungsgabe, ging gut auf d. Bedürfnisse d. Kd ein, baute gute Integration

Please give your opinion on how the applicant handles stressful situations: - ruhig u. besonnen, aber auch energisch

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: - passt sich gut an - fragt u. ist offen für bestehende Strukturen

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ○ YES   ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ○ YES   ⊗ NO

If yes, give details: - sehr interessiert für Neues, hat Freude an Arbeit

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: __ mit Kindern

### REFEREE'S DETAILS

Name (please print): ██████████      Occupation: Erzieherin/Kita-Leiterin

Telephone Number: ██████████      Mobile/Cell Number: _____

Best time(s) to call: _____      Dates in the near future when you will not be

CONFIDENTIAL      AIFS0010697

Au Pair IN AMERICA

APPLICANT'S NAME: _____

## Childcare Reference

MEMBERSHIP NO:
⌐⎺⎺⎺⎺⌐
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? _____ *is the daughter*
*from a friend of mine*

How long have you known the applicant? *for 7 years*

How long has the applicant been employed by you/cared for the children? From `11` `2008` To `12` `2009`

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| *male* | *born in april 59* | *8 months* | *11 hours* | |
| *male* | *2 & 8 years* | *3 & 9 years* | *a week* | *fully responsible* |
| *female* | *13 years* | *14 years* | | *helper* |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: *babysitter, helper to do homeworks,*
*feed the baby, playmate, personal hygiene, came with me to dance training*

Describe any special skills and abilities the applicant showed: *she helped to learn for school*
*and was always calm and patient*

Please give your opinion on how the applicant handles stressful situations: *she was always calm and*
*considered and the children were also infected by her patience*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *was always open for*
*new situations, had a lot of ideas, she's a person inspiring confi-*
*dence, because she's very positive and pleasant*

To the best of your knowledge, has the applicant ever been convicted or of charged with a criminal offence?  ○ YES  ⊗ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?  ○ YES  ⊗ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *she's a open-minded*
*person, adapt herself fast to new situations, get fast contact to*
*children in different ages, always worried about the welfare*

### REFEREE'S DETAILS

Name (please print): _____   Occupation: _____

Telephone Number: _____   Mobile/Cell Number: _____

Best time(s) to call: _____   Dates in the near future when you will not be:

CONFIDENTIAL
AIFS0010698

APPLICANT'S NAME: _____

**Au Pair** IN AMERICA

## Childcare Reference

MEMBERSHIP NO: ⬭⬭⬭⬭⬭⬭
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *I'm in the committee in the dance school where she was*

How long have you known the applicant? *I've known her for 12 years*

How long has the applicant been employed by you/cared for the children? From ⓞⓣ ②⓪⓪⑤ To ⓞⓣ ②⓪⓪⑧
m/m   yyyy   m/m   yyyy

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| 5-10 children | 8-12 years | 8-12 years | 2 hours a week | fully responsible |
| | | | | |

If you taught the applicant a childcare course, please provide details about the course: *she took care for the children during dance events and prepared choreographies*

Please give a full account of the applicant's duties as a child carer: *she teached the children in dancing with her own dance abilities*

Describe any special skills and abilities the applicant showed: *she have a calm and balanced character and is diplomatic in quarreling situations*

Please give your opinion on how the applicant handles stressful situations: *She have a good power of observation and handle stressful situations diplomatic.*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *adapt oneself fast to new situations, open for new cultures, power of observations, responsible, trustworthy*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ◯ YES   ◯ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ◯ YES   ◯ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *she loves to work with children, she is open-minded, loving with children, interested in new cultures*

**REFEREE'S DETAILS**

Name (please print): ███████   Occupation: _____

Telephone Number: _____   Mobile/Cell Number: _____

Best time(s) to call: *after 8 p.m.*   Dates in the near future when you will not be contactable (eg vacation): _____

Do you speak English?   ◯ YES   ⊗ NO

PLAINTIFFS' RESP. APP.0002235

CONFIDENTIAL

## Au Pair IN AMERICA — Childcare Reference

APPLICANT'S NAME: _____

MEMBERSHIP NO: ☐☐☐☐☐☐
FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *I'm a kindergarten teacher where she made her practical training*

How long have you known the applicant? *I've known her for 20 years*

How long has the applicant been employed by you/cared for the children? From (04) (2012) To (04) (2013)

Please provide the following details regarding the children the applicant cared for:

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| 25 children | 5-6 years | 5-6 years | 2 weeks 8h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: ████ *is a very calm and balanced person and she is very sociable*

Please give a full account of the applicant's duties as a child carer: *she was the "helping hand" during person, the kids, to tidy up and in the washroom*

Describe any special skills and abilities the applicant showed: *she is flexible and adaptable, she is open-minded and interested in new situations*

Please give your opinion on how the applicant handles stressful situations: *in stressful situations, she was always calm and conscientious*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *she's open for all new situations and adapt oneself fast to new situations*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence? ○ YES ☒ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems? ○ YES ☒ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *she is a loving person, loves children and is very responsible*

**REFEREE'S DETAILS**

Name (please print): ████

Occupation: *kindergarten teacher*

Telephone Number: _____

Mobile/Cell Number: _____

Best time(s) to call: _____

Dates in the near future when you will not be

PLAINTIFFS' RESP. APP.0002236

CONFIDENTIAL

AIFS0010700

APPLICANT'S NAME: _____

# Au Pair IN AMERICA
## Childcare Reference

MEMBERSHIP NO:

FOR OFFICE USE ONLY

THIS APPLICANT IS APPLYING TO BE AN AU PAIR IN AMERICA. PLEASE ANSWER ALL QUESTIONS HONESTLY AND COMPLETE THIS FORM USING BLACK INK. A LOCAL REPRESENTATIVE WILL CONTACT YOU TO CONFIRM THIS REFERENCE. IF YOU ARE UNABLE TO WRITE IN ENGLISH, PLEASE COMPLETE THE REFERENCE IN YOUR NATIVE LANGUAGE. RELATIVES SHOULD NOT COMPLETE THIS FORM. THANK YOU!

How do you know the applicant (employer, family friend, childcare teacher, etc)? *She gave me her application, I'm the head childcare teacher in the kindergarten*

How long have you known the applicant? *I know her since the practical training*

How long has the applicant been employed by you/cared for the children? From 11 / 2009 To 12 / 2009

Please provide the following details regarding the children the applicant cared for.

| Name/sex of child (if group, write how many children) | Age of child when care began | Age of child when care ended | Frequency of care | Helper or fully responsible? |
|---|---|---|---|---|
| ca. 24 children | 3-6 years | 3-6 years | 2 weeks | |
| | 8 months-3 years | 8 months-3 years | 9h a day | helper |

If you taught the applicant a childcare course, please provide details about the course: _____

Please give a full account of the applicant's duties as a child carer: *She was playmate, helper for personal hygiene and to put on/off the clothes, think games up*

Describe any special skills and abilities the applicant showed: *She's calm and balanced, good power of observation, a good feeling for the needs, had good ideas*

Please give your opinion on how the applicant handles stressful situations: *calm and considered, but also energetic*

Please give your opinion on how the applicant has adapted to new circumstances / new cultures: *adapt herself fast to new situations, open for new situations and cultures, if she doesn't know anything she's not to shy to ask*

To the best of your knowledge, has the applicant ever been convicted of or charged with a criminal offence?   ○ YES   ☒ NO

If yes, give details: _____

To the best of your knowledge, does the applicant have any health or family problems?   ○ YES   ☒ NO

If yes, give details: _____

Why would you recommend this applicant as an au pair in America? Please provide detailed reasons: *she's interested in new things, has joy to work with children*

## REFEREE'S DETAILS

Name (please print): ▮▮▮▮▮▮        Occupation: *kindergarten teacher*

Telephone Number: ▮▮▮▮▮▮        Mobile/Cell Number: _____

Best time(s) to call: _____

Do you speak English?   ☒ YES   ○ NO        Dates in the near future when you will not be contactable (eg vacation): _____

PLAINTIFFS' RESP. APP.0002237

CONFIDENTIAL                                          AIFS0010701

I've made a first aid course for children and newborns

PLAINTIFFS' RESP. APP.0002238

CONFIDENTIAL                                                                                    AIFS0010702

Bescheinigung Nr.: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**✷ Malteser**

...weil Nähe zählt.

Name: ▮▮▮▮▮▮▮▮  Vorname: ▮▮▮▮▮

geboren am: ▮▮▮▮▮▮▮ hat am/x̶x̶x̶: ▮▮▮▮▮▮▮ bis: ̲ ̲ ̲ ̲

an dem Lehrgang
- ❏ Erste Hilfe (16 UE)
- ❏ Erste Hilfe Training (8 UE)
- ❏ Erweiterte Erste Hilfe (16 UE)
- ⊠ Erste Hilfe bei Kindernotfällen (8 UE)
- ❏ Lebensrettende Sofortmaßnahmen –Führerscheinbewerber– (8 UE)
  - Dies gilt als Nachweis für die nach § 19 der Fahrerlaubnis-Verordnung für die Erteilung einer Fahrerlaubnis der Klassen A, A1, B, BE, L, M, S oder T vorgeschriebene Unterweisung in lebensrettenden Sofortmaßnahmen

**Es darf nur ein Kurs angekreuzt sein!**

mit Erfolg teilgenommen. Der Kostenbeitrag in Höhe von EUR 35,00 wurde entrichtet.

**Malteser Hilfsdienst e.V.**
Diözesangeschäftsstelle
Blumenröder Str. 22
65549 Limburg/Lahn

i.A.

FO 5.3-1f/Vers. 2.0/25.01.2006

CONFIDENTIAL

AIFS0010703

CONFIDENTIAL

AIFS0010704

Case 1:14-cv-03074-CMA-KMT   Document 948-25   Filed 03/17/18   USDC Colorado   Page 52
of 61

# Exhibit 267

PLAINTIFFS' RESP. APP.0002241

| From: | Laura Bull(/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LBULL) |
|---|---|
| To: | ███████ |
| CC: | Judy Cusati; Heike Kriszun |
| BCC: | |
| Subject: | RE: Arrival Schedule |
| Sent: | 11/23/2010 04:11:33 PM 0000 (GMT) |
| Attachments: | |

Dear Debra,

You would need to pay ██████ her weekly stipend of $195.75 plus a pro-rated program fee of $160 each week she is with you.

If you have any other questions, please let me know!

Regards,
Laura

Laura Bull
Placement Coordinator
Au Pair in America
(800) 928-7247 ext. 5048
Lbull@aifs.com

**Au Pair**
IN AMERICA
Trust the world's most experienced
live-in child care program
**(800) 928-7247**
a division of the American Institute For Foreign Study® (AIFS)

**Mon - Thurs 8am-7pm**
**Friday 8am-5pm**

---

From: ██████████████████
Sent: Monday, November 22, 2010 10:40 PM
To: Laura Bull
Subject: Re: Arrival Schedule

Hi Laura,

I heard from mile today and it seems things will likely work out.

Heike told me we would pay for the reassigns travel to Boston. I am wondering though about the rest. Do we pay her way and then simply the weekly stipend to the au pair? Do we not pay any other fees to Au Pair America until our permanent assign arrives?

We are willing to deal with the gap in having an au pair and continue with the care we have in place this school year. It would be good if ████████ cld stay with us a little longer but it sounds like she will start her other assignment on January 11th. We also think having the temp will give us a point of comparison.

We would take Mile now but she does not want to travel until after the Holidays.

Thank you,

████

----- Original Message -----

| From: | Laura Bull |
|---|---|
| To: | ██████████ |
| Cc: | Heike Kriszun |
| Sent: | Monday, November 22, 2010 1:17 PM |

PLAINTIFFS' RESP. APP.0002242

CONFIDENTIAL

AIFS0018051

**Subject:** RE: Arrival Schedule

Dear ██

I just spoke with ████ and she said that she would be "ok" with a March arrival. February is just not a great situation. ████ would be home alone for two weeks and its really too early for her to take vacation (at least one week) even if she was willing. As you mentioned ████ would not be able to do too much in regards to finding a job or taking classes for that short time, but I really do think it would be best to wait for March especially if she is not willing to come at the end of December. The downside to this is that I do see that another family is interested in her and she may decide that she would prefer to come earlier. Plus, there would be a gap between when the temporary au pair leaves and when she would arrive.

I did post some other candidates available in January through March. Many of the au pairs from Mexico have travelled to the United States and may be willing to take their first week in February, but then she would also have another week in the last six months of her year.

I guess it depends on if you are ok without childcare from them time ████ leaves and March or if you prefer to have an au pair before you leave in order to minimize the gap in childcare. We could always look at other rematch options.

I copied Heike on this email as she may have some other thoughts on the situation. Feel free to call me if you would like to discuss this in further detail!

Regards,

Laura

Laura Bull
Placement Coordinator
Au Pair in America
(800) 928-7247 ext. 5048
Lbull@aifs.com

Au Pair IN AMERICA  Trust the world's most experienced live-in child care program
(800) 928-7247
a division of the American Institute For Foreign Study® (AIFS)

**Mon - Thurs 8am-7pm**
**Friday 8am-5pm**

**From:** ████████████████████
**Sent:** Sunday, November 21, 2010 9:36 PM
**To:** Laura Bull
**Subject:** Arrival Schedule

Hi Laura,

I heard back form ████ regarding her arrival date. She just completed her studies last week and chose a January arrival date in order to spend time with her family through December. I told her we will be away for 2 weeks in February so are thinking of a March 1st arrival date. She can accommodate the schedule but it's not great for her as she can't really get a job or study during that time. She also expressed concern that we would want to continue on with our temporary au pair. Oh and she expressed that February is too soon for her to take vacation time.

I discussed this with Anthony tonight and we can't think of any other alternative than the March 1st arrival date. It does not make sense for her to stay by herself in our house alone for two weeks in the cold when she does not yet know anyone in Boston.

Anyway, just want to keep you in the conversation. Look forward to hearing your thoughts and suggestions.

We will be back in Boston by February 28th or March 1st. When could ████ depart Costa Rica to take her four day course in Connecticut?

Thank You,

PLAINTIFFS' RESP. APP.0002243

CONFIDENTIAL                                                                AIFS0018052

Case 1:14-cv-03074-CMA-KMT   Document 948-29   Filed 03/17/18   USDC Colorado   Page 55 of 61

Debra

CONFIDENTIAL

AIFS0018053

# Exhibit 268

June 16, 2009


«NAME_FIRST» «NAME_LAST»
c/o The «Name_Fl» Family
«Address1»
«ADDRESS2»
«City», «STATE» «ZIP»

Dear «NAME_FIRST»,

Au Pair in America (APIA) has good news for you!  The weekly cash stipend paid by your host family as part of your overall compensation will go up in a few weeks.

That's because the United States Congress and the President signed into law on May 24, 2007 a three-step incremental increase in the federal minimum hourly wage paid to all workers. Since your stipend is keyed to the minimum wage, your stipend will also go up.

Effective July 24, 2009 your weekly stipend will increase from $176.85 to $195.75.

Before spending this additional money, which adds up to over $75.00 a month, consider saving a portion to put towards your educational courses or visits to new sites in America before you return to your home country.

While the increase in the minimum wage means more money in your pocket, it is an additional expense for your host family. Just as APIA and your host family live up to our obligations to you, we hope you will continue to live up to your responsibilities.

Thank you for continuing to provide good safe, loving care to your host's children.  If you have any questions please contact your Community Counselor.

Sincerely,

Ruth Frizell Ferry
Sr. Vice President and Director

AIFS0062005

# Exhibit 269

PLAINTIFFS' RESP. APP.0002247

25256



# Guidelines for a Successful Year



PLAINTIFFS' RESP. APP.0002248

AIFS0062535



# TABLE OF CONTENTS

**INTRODUCTION** ........................................................... 1

**A PREPARING FOR DEPARTURE** ........................... 1

**B EXPECTATIONS** .......................................................... 2
Yours ........................................................................................ 2
Your host family's ............................................................... 2
Au Pair in America's .......................................................... 2

**C ORIENTATION** ............................................................. 3
Orientation Staff ................................................................ 3
Your Role at Orientation ................................................ 3
Your Fellow Companions ................................................ 3

**D LIFE WITH YOUR HOST FAMILY** ................... 3
Meeting the Family ............................................................ 3
Your New Home .................................................................. 3
The Training Period ........................................................... 3
Living Safely in Your New Home ................................. 4
Living Safely in Your New Community ....................... 4
Driving Safely in Your New Community ..................... 4
Safe Care of the Children ............................................... 4
Effective Ways to Care for Children .......................... 5
Keys for a Successful Relationship ............................. 5

**E SETTLING INTO YOUR NEW ROUTINE** ........ 5
Adapting to Your New Home ......................................... 5
Arrival Fatigue ...................................................................... 6
"Culture Shock" ................................................................. 6
Overcoming "Culture Shock" ......................................... 6
Your host family's "Culture Shock" ........................... 6

**F YOUR COMMUNITY COUNSELOR'S INVOLVEMENT** .................................................................. 6
A Three-Way Relationship .............................................. 6
Contact & Communication ............................................ 7

**G EDUCATIONAL AND CULTURAL OPPORTUNITIES** ............................................................. 7
The Educational Requirement ....................................... 7
Au Pair in America & Au Pair Extraordinaire Participants ........................................................................... 7
EduCare Participants ........................................................ 7
Red Cross Scholarships ................................................... 8
Cultural Events .................................................................... 8
Volunteerism ....................................................................... 8

**H COMMUNICATION AND CULTURAL DIFFERENCES** ................................................................... 8
Different Communication Styles .................................. 8
Non-Verbal Communication .......................................... 8
Cross-Cultural Communication ................................... 8
Social Networking Communication ............................ 8

**I DEALING WITH PROBLEMS AND CONFLICTS** ................................................................. 9
Talking ..................................................................................... 9
When an Issue Arises ....................................................... 9
Changing Host Family ...................................................... 9
Sexual Harassment Policy ............................................... 9

**J PROGRAM REGULATIONS & ISSUES THAT COMMONLY ARISE** ................. 9
1. On-Duty Schedule ...................................................... 10
   Your Responsibilities ................................................ 10
   Duties & Hours ............................................................. 10
   "At Home" Parents ..................................................... 10
2. Free Time & Vacation Time ...................................... 10
   Family Vacations .......................................................... 11
   Social Life ........................................................................ 11
3. Travelling Outside the USA ...................................... 11
4. Weekly Payment .......................................................... 11
5. Illness & Insurance ...................................................... 11
6. Medical Emergencies .................................................. 12
7. Use of the Telephone ................................................ 12
8. Driving & Use of the Car .......................................... 13
   International Driver's License ................................. 13
   Insurance & Accidents ............................................... 13

**K GROUNDS FOR DISMISSAL FROM THE PROGRAM** ................................................................ 13
The 3 No's: Alcohol, Drug or Child Abuse ............. 13
Additional Issues ................................................................ 14

**L LEAVING THE PROGRAM BEFORE THE END OF YOUR YEAR** ..................................... 14

**M THE EXTENSION PROGRAM** ............................ 15

**N THE END OF YOUR YEAR** ................................... 15
Your Travel Month ........................................................... 15
Arrangements for Returning Home ........................... 15
Your Completion Bonus .................................................. 15
Leaving...... .......................................................................... 16

**O THE RETURN PROGRAM** ..................................... 16

**CONCLUSION** ............................................................... 16

**ADDENDUM**
A - US Government Exchange Visitor Program au pair Regulations ........................................... 17
B - Visa Regulations ........................................................ 19
C - Host Family Agreement .......................................... 19
D - Office and Emergency Contact Details ........... 21

11/2008

PLAINTIFFS' RESP. APP.0002249

AIFS0062536



# INTRODUCTION

**Congratulations! You have made a commitment to travel to the United States and live with an American family for one year on one of the Au Pair in America programs - Au Pair in America, Au Pair Extraordinaire and EduCare in America.**

**In the next few weeks and days you will be preparing to leave home - this Handbook will help prepare you for your year in the United States.**

*When you depart for the United States, be sure to bring this Handbook with you. You will need to refer to this information throughout your year in the United States.*

You will spend the first four days in the United States at an **Orientation** program and there you will meet Au Pair in America's Orientation staff and other au pairs and eduCare companions who are beginning their year in the United States too. After the Orientation program you will join **your host family** who lives in a community where there is an Au Pair in America local representative, referred to as a **Community Counselor**, and other **au pairs and eduCare companions**, like yourself, who are living with American families and caring for their children.

During your cultural exchange year
- You may have experiences that are exciting and fun
- You may have experiences that are challenging and difficult
- Along the way you may need help. There are many people that will be able to help you:
  > the Community Counselor who lives near your host family
  > Au Pair in America's representatives at our Connecticut (US) office
  > your host family
  > other au pairs or eduCare companions
  > other new friends you will meet along the way

All of us at Au Pair in America hope that your year living 'on par' as an au pair or eduCare companion with your American host family proves to be one of the most wonderful and enriching experiences of your life!

*Please note that in some countries, local offices or interviewers may co-ordinate some of the pre-departure materials and activities for you. Follow your local office or interviewer's advice if this is the case. If, however, you have other questions or concerns at any time, please do not hesitate to contact the London office.*



# PREPARING FOR DEPARTURE

When you were accepted onto the program you were asked to ensure that your passport was valid for at least 6 months beyond the date of your expected stay in the U.S. In the event you decide to extend your program stay your passport needs to be valid for 30 months after your arrival. If you have not yet taken care of this it is important you do so immediately.

The following is a list of what you will need to do between now and the time you depart for the United States. Read this handbook and the other enclosed materials carefully. Delays or mistakes could jeopardize your opportunity to come to America!

- Consider **packing as lightly as you can**. Take clothing that will be appropriate for all four seasons of the year. Some information about what you might expect in temperature

ranges is included in your Community Profile which is enclosed with this Handbook. Your host family can also advise you about what to expect.

- Get **plenty of rest** before you depart! During your first few weeks in the United States you will be very busy. The more tired you are the more difficult it will be for you to adapt to your new living environment.

- **Write to or email your host family** – and perhaps the children individually – to tell then a bit more about yourself. Send a few photographs if you can, and be sure to let them know how much you are looking forward to meeting them!

PLAINTIFFS' RESP. APP.0002250

AIFS0062537