# **<u>Exhibit M</u>**

(replacing ECF No. 943-23)

# Exhibit 272



Costs associated with hosting a Cultural Care au pair include our agency fees and the weekly stipend paid directly to your au pair. Scroll below to review the details of the fees paid to Cultural Care and the au pair.

## $18,953.25 Annual Cost

## $1,579.44 Monthly

## TOTAL ANNUAL COST

Costs associated with hosting a Cultural Care au pair include our agency fees and the weekly stipend paid directly to your au pair.

## MONTHLY COST

This is the average cost per month when dividing the total annual cost. Scroll below to review the details of the fees paid to Cultural Care and the au pair.

## PAID TO CULTURAL CARE AU PAIR



PLAINTIFFS' RESP. APP. 000230 15

# REGISTRATION FEE

Payment of the registration fee will allow you to register online, begin our personalized matching process and access our online database of available au pair profiles. Due at the time of registration.

$75



# PROCESSING FEE

Payment of the processing fee will secure your au pair match, allow us to process visa paperwork and reserve flights. Due upon final selection of your au pair.

$300



# PROGRAM FEE

Program fee includes recruitment and screening, Training School, matching services, orientation, round-trip international airfare, basic travel medical insurance and year-long support from your local childcare consultant. Due 30 days prior to au pair's arrival.

PLAINTIFFS' RESP. APP.:0002316

## $8,595

## PAID TO YOUR AU PAIR



## AU PAIR WEEKLY STIPEND

The weekly stipend is paid by you directly to your au pair for 51 weeks, including two weeks of paid vacation.

## WEEKLY $195.75

## ADDITIONAL FINANCIAL CONSIDERATIONS



## EDUCATION REQUIREMENT

U.S. Department of state regulations require au pairs to take 6 credits at an accredited institution during this year. As a host family, you are required to pay up to $500 towards the cost of these classes.



PLAINTIFFS' RESP. APP. 000207

How much does an Au Pair Cost? | Cultural Care Au Pair

## ADDITIONAL INSURANCE

Families who allow their au pair to drive are responsible for adding her to their current insurance policy. Some states require workers' compensation coverage for an au pair living in your home. Check with your insurance agency for more information.



## ROOM AND BOARD

Families are required to provide their au pairs with a private bedroom and provide for regular meals.



## DOMESTIC TRANSPORTATION FEE

The domestic transportation fee covers an au pair's transportation to their host family's home from the Au Pair Training School in NY. Click here for a full list of our gateways and associated costs.

PLAINTIFFS' RESP. APP. 00020178

## PAYMENT PLANS & DISCOUNTS

We also offer payment plans and have discounts for both new and repeat families.

## HAVE MORE QUESTIONS?

We would love to hear from you. A member of our team is available to take your call Monday through Friday, 8:00am to 7:30pm EST.

## CALL NOW 1-800-333-6056



REGISTER NOW

Becoming a Host Family
Our Au Pairs
The Process
Pricing
Careers
Blog
About Us
Become an Au Pair
Corporate Partners
Shop

© 2017 Cultural Care Au Pair| Privacy policy | Terms of use |

PLAINTIFFS' RESP. APP. 0002319

# Exhibit 273

# Host Family Call Structure

EXHIBIT
Jordan
16
4/14/17

## Intro

Live-in program where we recruit Au Pairs from other countries to live with American host families and provide them with childcare

## AP Screening

- Recruit in countries with which we have offices and screening by Cultural Care staff
- Only 10% of applicant pool is accepted into program
- All Au Pairs between ages of 18-26
- Screening & orientation and application:
  - Asses English ability
  - Personality and motivation for becoming an AP
  - Child care experience and references
  - HS diploma
- Background check, health check, and personality analysis (DISC)
- Infant qualified – 200 hours solely caring for an infant

## Next Step

- Take your information and begin to register (10min)
- Once you submit, we can process it and you can begin to with your Placement manager in the matching process to find an AP

## Matching

- Work one-on-one to find perfect match for family
- Exclusive matching where your Placement manager can reserve
  - 1 primary candidate and 2 comparison matches (48hrs)
  - Can only be seen by your family and held in your account
- Browse available APs through online database (Search and Select)
  - View AP profiles, photos and videos
  - Suggest APs to your placement manager
- Average 2 weeks in matching process
- 7-10 weeks from registering to when an AP can arrive from overseas

## AP provides

- 45 hours of childcare a week
  10 hours per day
  1.5 consecutive days off per week
  1 full weekend off per month
  2 weeks paid vacation
- Light housekeeping pertaining to child
  - Cooking meals for child
  - Child's laundry
  - Tidying rooms and toys
  - Driving to and from school and activities

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**
PLAINTIFFS' RESP. APP.0002321

# 2016 Finances

➢ Total Annual Costs for the year is roughly $19,000 --- which amounts to about $1570 per month.

- **Registration fee**: $75
(Application is valid for 1 full calendar year and able to go in and out of the matching process at no additional cost)
- **Processing Fee**: $300 due on the day you finalize with your au pair. This fee goes towards paperwork and flight reservations
- **Program fee**
    - **Regular plan**: $8,495 due 30 days before the au pair arrives in your home.
    Covers screening process, international flight, travel insurance, training at au pair school in New York, services from your local childcare coordinator for the full year
    - **EPP**: $2,795 + $200 processing fee due 30 days before your au pair arrives in your home
    $2,100 + $50 processing fee due 2 months after AP arrives in your home
    (any discounts your family is eligible for will be deducted here)
    $1,800 + $50 processing fee due 4 months after AP arrive in your home
    $1,800 + $50 processing fee due 6 months after AP arrive in your home

        (with EPP, your family will pay $350 processing fees)

- **Domestic Transportation Fee**: varies upon family's location ($0-$300)
- **Education allowance**: As a requirement of the J-1 visa, au pairs are required to complete six credits or 72 hours over the course of the entire year at a U.S. College or University. Host families are asked by the Department of State to contribute up to $500 towards class enrollment and educational materials. Additionally, host families are to provide their au pair with transportation to and from these classes.
- **Weekly stipend**: $195.75 paid directly from the host family to the au pair each week

**Transition:** 85% success rate
- Limit is with screening, superior local support, and 100% effort in matching and interviewing
- If safety issue, we will remove AP from home immediately
- Understands their situation and it is important to outline your expectations once they arrive in home
- LCC conduct a mediation session with AP and family
- 2 week transition period: stays in home and can provide childcare while we search for a new HF for AP and a new AP for HF

**Competition:**
- No 3rd party agencies
- Largest, industry leader, double in size
- Customized matching process
- Lower registration fee

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**
PLAINTIFFS' RESP. APP.0002322

# Exhibit 274

EXHIBIT
tabbies

# HOUSEHOLD CHORES

- Scenario: You are working 35 hours/week an have lots of household chores besides your childcare responsibilities. You think that you have too much housework. You are asked to clean the windows and wash the entire family's clothes.

- **Discussion: what can you do in this case?**


Cultural Care
Au Pair

CC00001462

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002324

CC00001463

# Speaker Notes for Slide 1

Talking points:

- Even though you are working 35 hours, and this is less than some au pairs who work 45 hours, you are not allowed to fill the remaining hours doing chores and household work for the entire family.

- Try this: explain to your host parents that you are comfortable with your childcare schedule but want a better understanding of the extra work you are being asked to do. Anything related to childcare, you will do, of course. You are also happy to help out around the house, here and there, since you are part of the family and living there too. But being asked to do heavy housework and extra work for the host parents is not part of an au pair's job.

PLAINTIFFS' RESP. APP.0002325

CONFIDENTIAL

# CURFEW

- Scenario: Your host family set a 10PM curfew for you on workdays. This is not something that you are used to, but you agreed to it for your first month. When you interviewed over the phone, they asked that you start with it for a month until everyone was comfortable with the schedule. It has now been 6 weeks and nothing has changed.

- **Discussion: how you can bring this up with your host family. Why do you think they want a 10PM curfew? How can you communicate** is hard for you?


Cultural Care
Au Pair

CC00001464

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002326

# Speaker Notes for Slide 2

Talking points:

- A curfew is not unreasonable. Lots of host families have curfews so that au pairs get enough sleep before caring for the children – they also care about your well-being and might not be used to setting rules for someone your age if their children are so young.

- What might be going on? Host parents might have forgotten; or maybe they might have lifted the curfew as agreed, and just expected that you would know without telling you.

- Try this: find out from your host parents how they feel things have been going, are they comfortable with your childcare and the relationship you have built so far? Do they trust you? After hearing their perspective, ask about the month-long curfew that you agreed to and whether it can be lifted as promised.

- Explain your side to your host parents: you want to have experiences in your free time, logistically it can be hard to get home by 10pm when your au pair friends are going home later, and that you have been living on your own during university and not used to a curfew.

- Be prepared to be flexible. For example, if you think midnight is appropriate, they might meet you in the middle at 11pm.

PLAINTIFFS' RESP. APP.0002327

CONFIDENTIAL

CC00001465

# AU PAIR STIPEND

- Scenario: Your host family pays your weekly stipend of $195.75 via check. Sometimes they forget to pay you on time. You know your host family is always super busy, but it is very embarrassing to remind them.

- **Discussion: how would you talk to your host family about your stipend payments?**



Cultural Care
Au Pair

CONFIDENTIAL

CC00001466

PLAINTIFFS' RESP. APP.0002328

CC00001467

# Speaker Notes for Slide 3

Talking points:

- With so much going on, it's easy for a host parent to forget about these details, but it's not okay that you are unpaid. It seems that your host parents aren't trying to skip payments, they just don't have a good system in place.
- Try this: start out by letting your host parents know you understand that there is so much to keep track of, but you want to avoid any errors and also rely on receiving your stipend at a certain time so you can budget for yourself. Suggest a few ways to make the transaction easier like an automatic transfer to your bank account, or writing a check during your weekly catch-up meeting. Pick a day of the week and stick to it. The goal is also to make it easier for your host parents.

CONFIDENTIAL

# FOOD & GROCERY SHOPPING

- Scenario: Your host family makes nice looking dinners and you like spending that time with them in the evening. But you simply do not like the food they have been making, so you eat very little. You are often hungry and you are starting to lose energy from not eating. Of course you don't want to hurt anyone's feelings.

- **Discuss: How do you approach this**



Cultural Care
Au Pair

CONFIDENTIAL

CC00001468

CC00001469

# Speaker Notes for Slide 4

Talking points:

- Even though you're trying not to hurt anyone's feelings, it is coming at your own expense. And it means you won't be at your best when you need energy to take great care of your host children. Chances are, your host parents have noticed that you aren't eating and are wondering, and probably worried, whether you are okay.

- Try this: you can explain that you don't want to give up spending mealtime together, but you just don't care for/aren't used to/can't eat the dinners your host family makes. Whatever it may be. Offer to share the cooking, maybe your host family would like to try something that you like to make. Maybe you can make some dinner suggestions; it is always helpful to enter a conversation with a solution in mind. You can even ask your host parents if they would be comfortable with you eating something different than the rest of the family.

- You can tell your host parents that you want to set a good example for your host children by eating healthy, and by not complaining about food.

- If you are able, taste the food anyway! Remember that you are in a new place and trying new things is part of the experience.

- Some au pairs buy their own groceries *if* there are certain items they really want or need. For example expensive or specialty items.

PLAINTIFFS' RESP. APP.0002331

CONFIDENTIAL

# TAKING VACATION DAYS

- Scenario: You have a regular schedule and almost never work weekends. You and your friends plan a trip to Hawaii for one week. You now want to take one week of vacation and ask for 5 days off – Monday through Friday. You plan to leave for vacation Saturday morning since you always have Saturday and Sunday off. Your host mom says no, and that you would need to take the full 7 day week as vacation.

- **Discussion: how do you discuss this with your family? How far in advance do you**


Cultural Care
Au Pair

CC00001470

CONFIDENTIAL

# Speaker Notes for Slide 5

Talking points:

- Don't wait until you're planning or have already booked a trip to ask for vacation. The earlier you discuss your vacation plans the better.

- Get the conversation started by asking your host parents about their big plans for the year. They can also tell you how much time they need to prepare for your time off. (see Au Pair Travel Kit page 86)

- Au pairs are entitled to two calendar weeks of vacation time, which is equal to a total of 14 days paid vacation during one year, including weekend days. The shortest and easiest way to explain this to an au pair: "You are entitled to 14 days of paid vacation, out of which 10 are working days and 4 are weekend days."

CONFIDENTIAL

CC00001471

PLAINTIFFS' RESP. APP.0002333

CC00001472

# EDUCATIONAL COMPONENT

- Scenario: You found out about a great class on "creative writing". It's affordable and some of your au pair friends are planning to enroll in this class as well. Class starts Thursday night at 6pm but you usually work until 6.30pm. There are not many other options in your area that you like and you would really like to take that class.

- **Discussion: How can you talk about this with your host parents?**



Cultural Care
Au Pair

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002334

# Speaker Notes for Slide 6

Talking points:

- It is so important to find a great education option. But it can also be difficult. In this case an au pair has her heart set on one that doesn't fit her schedule. This can happen. The important thing is to communicate, talk to your host parents. Host families know that the education component is part of the program, but childcare *is* priority.

- You might get a *no* here but explain your side to your host mom. Understand that you are asking for a huge favor and be ready to compromise and offer a few suggestions. Maybe there is a way to begin your day earlier? Or move the schedule around during the week to free up Thursday evening. If it is still a *no* you can consider asking your host parents to help you find a similar class – that way they might also see that it is difficult to find great education options.

PLAINTIFFS' RESP. APP.0002335

CONFIDENTIAL

CC00001473

CC00001474

# OVERNIGHT GUESTS

- Before arriving to your host family, you asked about visitors and guests. Your host family said it was fine for your family and friends from home to visit and they could of course stay with them. You assumed this also meant it was okay for friends that you make in the US to stay overnight. You invited a new au pair friend to stay over and your host mom got very upset with you.

- **Discussion: How would you talk about this with your family? What could be your** parents' point of view?



Cultural Care Au Pair

CONFIDENTIAL

CC00001475

# Speaker Notes for Slide 7

Talking points:

- First: a misunderstanding needs an apology – even if you *thought* something different, an apology is needed here. Of course you weren't bringing strangers into the house but clearly your host family had other ideas about who would be welcome to stay over.
- Try this: Start with the apology. Thank your host parents for being generous in welcoming future visitors to stay – if your host family allows this, it really is a special thing for au pairs.
- Your host parents need to know that you respect their home, privacy and safety. Ask to start from the beginning with explaining who is allowed not only to sleepover, but all rules for guests. For example, when do they want to meet your friends, etc.

CONFIDENTIAL

# PETS IN THE HOUSEHOLD

- *Your host family did not have a dog when you first arrived. Recently, they got a large puppy which they expect you to take care of during your work day. This means you need to feed him and take him out for walks – rain or shine. This takes a lot of time and besides, you do not really like dogs.*

- **Discussion: What do you say to your**


Cultural Care *parents?*
Au Pair

CC00001476

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002338

CC00001477

# Speaker Notes for Slide 8

Talking points:

- First: total responsibility for a pet is not an au pair's job.
- But if any of your host families have a pet you might be asked to pitch in at some point. You are a member of the household after all. Pitching in can mean to feed the dog, let him in and out of the back door, or take him for a short walk. It doesn't mean to train a puppy, go for a walk every day or take the family dog to training sessions.
- In this instance, try this: explain yourself. If you don't like or aren't comfortable with dogs, or whatever it may be, this could impact your happiness in the home. But remember you're part of the household and let your host parents know you will give it a try with their new pet that your host children are surely excited about.

CONFIDENTIAL

CC00001478

# HOST CHILDREN NOT LISTENING

- Scenario: You ask your 8 year old host child to turn off the TV and come in for dinner. She ignores you. When you ask again, she says no and that she doesn't have to listen to you. Your host mom comes home and your 8 year old host child runs to her and is ready for dinner.

- **Discussion: What is the problem here? How would you talk to your host mom**



Cultural Care Au Pair

CONFIDENTIAL

CC00001479

# Speaker Notes for Slide 9

Talking points:

- First: don't take it personally – a child's attention and focus will change in an instant. And in this case we have a child who hasn't seen her mother all day. Of course she will be excited to see her! Here, it was all about timing.

- Try this: rather than bringing it up immediately, wait until after dinner when your host mom is settled. You might acknowledge how cute it was when the child ran to her mom and you aren't faulting that, you'd never want to see that go away. But that was just the timing.

- Explain the situation as you see it. When you speak with your host parents, remember to state your observations and don't comment on, judge or draw conclusions from a child's behavior. An example of the difference is: "Zoe was a very bad girl today." (judgement) vs. "Zoe didn't listen to me today." (observation). Explain that it concerns you how this child will not listen to you.

- Ask for suggestions from your host mom to help get this young girl to stop ignoring you. Discuss how you can work as a team to develop a respectful relationship with your host child. If there was another instance, mention that also.

PLAINTIFFS' RESP. APP.0002341

CONFIDENTIAL

# CHILD DEVELOPMENT

- Scenario: You think your 1.5 year old host child should be speaking more at this stage in his development. You have studied early childhood development in school and are also starting to see some patterns in his behavior.

- **Discussion: should you bring this up to your host family?**



Cultural Care
Au Pair

CC00001480

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002342

CC00001481

## Speaker Notes for Slide 10

Talking points:

- First: all children develop at his or her own pace. Children learn and grow on their own schedule. And a child's developmental achievements can be personal and a touchy subject for a host family. With that said, they'll also appreciate hearing your observations as long as that's what this is: observation rather than a judgment and stating something is wrong.

- Try this: speak openly about what you are noticing. You can say "this is where he is with (whatever it is) and this is where he struggles _____". Your host parents should see this as you caring for their child's wellbeing.

- You can ask whether there is anything your host parents want you to look out for, or update them on. Ask if they'd like any information or just offer to keep notes on progress.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002343

# DIFFERENT PARENTING STYLES

- Scenario: You have spent the afternoon preparing dinner for your 7 and 9 year old host children while they were doing their homework. When you ask your host kids to come for dinner, they tell you that they are not hungry and just had a snack. Later, you explain this issue to your host mom. She says the child should be able to eat whenever they want and that they are not used to a set dinnertime. This doesn't make any sense to you.

- **Discussion: How is the host mom's parenting style different to yours? How would you talk to your host mom about rules and structure?**



Cultural Care Au Pair

CC00001482

CONFIDENTIAL

# Speaker Notes for Slide 11

Talking points:

- There are many different parenting styles (we spent a lot of time on this). But difficulty can arise when there is a clash of styles between you and your host parents.
- Identify the differences: In this case there is a conflict because the host parent has a rather permissive or absent parenting style and this au pair was raised differently. The host parent likes the day to be laid back and unstructured; they are more "go with the flow". The host mom doesn't seem to have a real schedule in place for the child. The au pair is growing frustrated as she is used to a more structured approach with more rules.
- Try this: talk with your host mom about testing out a few days with a tighter schedule. Ask the host mom for permission to try a regular meal and snack time. Commit to weekly meetings with the host parents to discuss the childcare routine and what works best for everyone. Explain your background and the reason for your method, even where you see its successes. When it comes to compromise, ask your host parents for their opinion on how you can lean more towards their style. And give them the opportunity to explain the reason for their style, if they wish.
- The important thing here is to remember that your host parents set the tone and you follow their wishes. Remember, everyone wants what is best for the host children. For you, it might mean changing your style somewhat. It will always be about respect.

PLAINTIFFS' RESP. APP.0002345

CONFIDENTIAL

CC00001483

# FEELING HOMESICK

- Scenario: You have been in the USA for a while. All is going great: you are getting along well with your host parents and you adore the host kids. You are used to everything and your life has become a routine. You find yourself thinking a lot about life back home and you begin to stay in your room more often than you did before. You start to miss your friends and family back home. Your host family has noticed that you are unhappy and that your mood has changed. They are worried about you and ask what is going on.

- **Discussion: What do you think is happening here? How can you explain your feelings to your host family?**



Cultural Care Au Pair

CONFIDENTIAL

CC00001484

CC00001485

## Speaker Notes for Slide 12

Talking points:

- First: It's very likely that you will get homesick at some point during your au pair stay, and that's ok. That is perfectly normal. So don't be afraid to talk about it.
- Give yourself some time to adjust: you don't have to get everything right straight away. You may think that the feelings you have will never pass, and you may not believe others when they tell you it will, because the feeling is so painful and strong. Believe us: it will get better.
- If time allows, review tips for overcoming homesickness – they can be found in the au pair online account under "Make it a successful stay". Tips listed there are: Talk to your host parents and/or your LCC, other au pairs. Be patient with yourself. Find the best way to stay in touch with your family back home. Write a journal or letters to your parents and/or your friends. Divide your au pair term in parts. Keep busy. Do something good for your body and mind.

PLAINTIFFS' RESP. APP.0002347

CONFIDENTIAL

# HOST PARENTS FIGHTING

- Scenario: You have a very good relationship with your host mom and get along fine with your host dad but you just don't see him very often. All of sudden your host mom starts complaining more and more to you about your host dad. They are having some private issues and you notice that they avoid speaking to each other. You feel very uncomfortable being in the house when you can feel tension between your host parents.

- **Discussion: how do you communicate your concerns with both your host mom**


Cultural Care
Au Pair

CONFIDENTIAL

CC00001486

PLAINTIFFS' RESP. APP.0002348

## Speaker Notes for Slide 13

Talking points:

First: this is uncomfortable for everyone. You should never feel uncomfortable or unsafe in your host family's home. And if you do, or if there is an instance like this one, it is a good idea to involve your LCC.

But in a less extreme case, you can definitely begin by speaking with your host parents.

Try this: The next time your host mom starts talking in this way, or in another quiet moment, explain that you can feel the tension in the house – that it seems that there is something going on privately. And that this makes you feel uncomfortable. Say that you don't want to get involved and there is no judgment.

PLAINTIFFS' RESP. APP.0002349

CC00001487

CONFIDENTIAL

CC00001488

# SHARING AND TRUST

- *Scenario: You just started dating someone new but you don't know yet where this is going. You feel uncomfortable giving away too much information, so you tell your host family you are going out with some friends. The next day, your host mom begins asking questions about your night out, but you are being very vague and secretive. During the next few days you sense some tension in the house and one day your host mom asks you for a conversation.*

  **Discussion: What do you think your host mom wants to talk to you about? What are some reasons your host mom might be asking so many questions? How do you feel about this** conversation? How would you explain your feelings to your host mom?



Cultural Care
Au Pair

CONFIDENTIAL

**Speaker Notes for Slide 14**

Talking points:

- Issue: Host mom feels au pair is being secretive. Au pair feels host mom is intrusive.

- As part of a family your host parents will want to learn about your life and how you are settling in. This is all part of bonding and building a relationship. When your host family wants to be involved, this is a way of showing you that they care. They feel like they're responsible for you.

- It's okay to skip the details and just give your host mom the summary – only share what you are comfortable with. If you still feel she is pushing, let your host mom know that you don't want to answer all private questions.

- Find out what the host moms true concerns are. If the concern is trust whether or not you are committed to the kids, this is something you can talk about. Au pairs can have a social life and other relationships and still do an excellent job.

PLAINTIFFS' RESP. APP.0002351

CC00001489

CONFIDENTIAL

Case 1:14-cv-03074-CMA-KMT   Document 949-29   Filed 03/17/18   USDC Colorado   Page 39
of 56

# Exhibit 275

EXHIBIT
Jordan
31
4/11/17

# Au Pair Incident/Complaint Report

**To:** OPA Au Pair Team                                                                     Email:

AuPairProgram@state.gov <mailto:AuPairProgram@state.gov>

## A. Reporter Information

| Date: | June 04, 2015 | | Sponsor Name: | Cultural Care Au Pair |
|---|---|---|---|---|
| Reporter Name: | | | Program Number: | |
| | P-4-10181 | | | |
| Email: | Natalie.Jordan@culturalcare.com | | Telephone #: | 617-619-1159 |

## B. Au-Pair and Stakeholders' Information

| Au-Pair Last Name: | | Au-Pair First Name: | |
|---|---|---|---|
| SEVIS Number: | | Country: | |
| Au-Pair DOB: | | Program Dates: | 01/06/2014 - |
| 10/06/2014 | | | |
| Host Family Names: | | Local Childcare Coordinator Name: (Local | |
| Sponsor Representative) | Adriane Wagner | | |
| Host Family Address: | | | Host Family Phone: |

Other Parties Involved: ( name and contact info)

## C. Incident / Complaint Information

| Incident or Complaint: | | Incident | Date 1st Reported to Sponsor: |
|---|---|---|---|
| | | □□□□ | |

| Nature of Incident/Complaint: (Examples: Academic, Accident, Alcohol, Sponsor staff issue, Crime/Arrest, Death, Duties beyond childcare, Inappropriate relationships, Living conditions, Missing, Negligence, Overstay, Sexual abuse, Sexual harassment, Unauthorized employment) | Outstanding stipend, media story |
|---|---|
| Date Incident/Complaint Occurred: | October 2014 and June 3, 2015 |
| | Date 1st Reported to Sponsor: |
| | October 2014 and June 3, 2015 |

**Brief Summary of Incident/Complaint:** Au pair claims she was not paid her weekly stipend for the majority of the nine months she spent with her host family. Cultural Care was contacted by a journalist in Sweden who published a story on this case on June 3, 2015.

**Detailed Timeline of Events:** ▇ was with the ▇ family from January 2014 through October 2014. In May of 2014 it was alleged that ▇ had not been paid for 4 months of stipend. However, ▇ confirmed that she was paid to the LCC each month during their check in conversations. The Program Director contacted ▇ to discuss this concern and ▇ confirmed during a conversation on 5/27 that she had received some payments but was not up to date on receiving all stipend payments that were due to her. Program director reaches out to the host family and confirms au pair must be paid all that is outstanding immediately. On 5/29 ▇ confirms that she was paid in cash and is now up to date. After that time Cultural Care regularly reached out to ▇ to specifically address this issue and to confirm that she was receiving payments and she always confirmed that she was. Throughout the course of the program term the host family was delinquent in program fees owed to Cultural Care. As a result, we continued to keep in close contact with ▇ to make sure that she was being paid and, again, she confirmed that she was. In June of 2014, ▇ promised to let her Program Director know if any payments were missed. During the week of September 15, 2014, a friend of ▇ contacted Cultural Care and alleged that she knew that ▇ was missing payments for her entire program term with the ▇ family. The Program Director contacted ▇ on 9.18.14 and she, once again, confirmed that she was paid and that there were no outstanding stipend payments due. By October of 2014, the family still owed approximately $1700 in fees to Cultural Care and so the decision was made that they could no longer participate in the program. On 10/6/14, ▇ was informed that the family would be removed from the program and ▇ made the decision that she did not wish to rematch and so her return travel was arranged for her for 10/12/14. It was at this time that ▇ claimed that she had not been paid for

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**
PLAINTIFFS' RESP. APP.0002353

CC00003001

nearly her entire term. She said that she had lied during the year and stated that she didn't want to get the family in trouble. The host family claimed that they had paid her in cash and denied owing her any stipends. While there was no way to prove either side and she had confirmed otherwise at each and every check in and had even referenced envelopes of cash she had received, Cultural Care made the decision to refund ▮ the program fees she paid upon joining the program in ▮. On June 3, 2015, Cultural Care received contact from a local reporter in ▮ who was planning to publish a story on this case. On June 4th the following article appeared in a local ▮ paper:

## D. Sponsor Review Findings

The article does not highlight the ongoing outreach that was made to confirm ▮ payments throughout her entire term, but rather, focuses primarily on her allegation that she was not paid. Our field teams are required to confirm with every au pair on a monthly basis that they are receiving their stipend. This monthly reporting process includes an email directly to each au pair confirming the answers they have provided to our team. In addition, we have robust support resources for both au pairs and host families including a 24-hour support line, and staff support both in the U.S. and in the au pair's home country. Despite the monthly check-in and additional support resources, the allegation that program rules were not followed is deeply concerning. It is our goal to create an environment where au pairs are comfortable bringing forth any concerns and questions they have without delay. The Cultural Care team in ▮ has reached out to ▮ to review her experiences once again and to discuss what may be done to bring closure to this unfortunate situation. In addition, we hope this dialogue will provide additional insight into how we may continue to create an environment where concerns can be brought forth right away. We will continue to do so and feel confident we will be able to adequately address her concerns. We take this issue very seriously and have taken the decision to provide full payment to ▮ for the outstanding stipend. In addition, we will be working with local counsel to pursue action against the family in the United States as a result of this alleged flagrant disregard for the program rules. We felt it was important to inform the Department of this situation and of the article as the issue of stipend payments is extremely important.

## E. Remedial Course of Action (if applicable: proposed SOPs to avert future recurrence)

## F. Updates (please include the calendar date for each update submitted to DOS)

Date:            Event/Development:

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY
PLAINTIFFS' RESP. APP.0002354

CC00003002

Case 1:14-cv-03074-CMA-KMT   Document 948-29-1   Filed 03/17/18   USDC Colorado   Page 42
of 56

# Exhibit 276



NIV Section
United States Embassy
Bogota, Colombia

To Whom It May Concern:

Thank you for reviewing ████ ████ ████ application. Cultural Care Au Pair is proud to have recruited, screened, and oriented this young woman to become an au pair in the United States. We think ████ ████ is a wonderful representation of the many Colombian au pair candidates who have thrived from a year in the United States with an American host family. She clearly demonstrates that she is on the path to success academically, personally, and professionally. We wanted to take a moment to briefly highlight ████ ████ background and qualifications:

- ████ ████ is currently pursuing a bachelor's degree in Business Administration. She is currently in her 4th semester. ████ ████ wants to take a year to live in the U.S. to improve her English skills and give her experience with American children and culture, which will be beneficial for her future career plans. When she returns to Colombia, ████ will complete her bachelor's degree in Business Administration so that she can pursue a career in this field. She loves children and wants to come to the United States to help an American family care for their children.
- ████ comes from a close-knit family and lives with her mother who works as a Physical Therapist.
- ████ ████ has been entered into SEVIS, which provides information to the Bureau of Citizenship and Immigration Services as to her whereabouts at U.S at all times.
- ████ ████ will receive a weekly stipend of USD195.75 from her host family and they will provide her with full room and board, as well as pay for her educational component. ████ will in no way be a financial burden to the U.S government or to her host family.

As you well know, Cultural Care Au Pair is officially designated by the U.S. Department of State's Cultural Exchange Bureau. The Cultural Care Au Pair program is a unique combination of cultural exchange and childcare. We have successfully placed over 25,000 au pairs from around the world into American homes over the past 16 years. Cultural Care Au Pair facilitates the matches of the au pairs and host families and provides support to all parties throughout their au pair experience.

████ ████ presented herself to Cultural Care Au Pair as an exemplary candidate with strong family ties and sufficient financial resources, and we do not understand why her application for the J-1 visa was rejected. ████ ████ has been accepted to the Cultural Care Au Pair program and is scheduled to leave Colombia in November to join the ████████ of ████████ ██.

Thank you for taking the time to review ████ ████████ file. Please feel free to contact me at 617-619-1458 or lily.voss@culturalcare.com if you have any questions.

Sincerely,

Lily Voss
Alternate Responsible Officer
Cultural Care Au Pair

Case No. 1:14-cv-03074-CMA-KMT   Document 828-29   filed 02/30/18   USDC Colorado   pg 45

# Exhibit 277

PLAINTIFFS' RESP. APP.0002357



# PAYING FOR CHILDCARE

*How to fit the high cost of childcare into your family's budget*

PLAINTIFFS' RESP. APP.0002358                                    CC00000858

# *What is the right childcare solution worth to you?*

It's probably worth quite a bit—after all, you value the well-being and health of your children more than anything else in the world. However, when considering childcare options, you probably have to take your budget into account, too, especially given the sharp rise in daycare costs over the years. So, how do you get the best value for your childcare dollars? This guide is designed to help you answer that question, given your family's specific budget, needs and lifestyle. Included you will find:

- **Your childcare options and what they cost (including hidden costs and added value)**
- **Five factors that will impact your childcare costs**
- **Five ways to save on childcare costs**
- **Childcare budget worksheet**
- **Childcare quiz: which childcare solution is right for you?**

We hope you find this guide helpful and we wish you a successful search for the childcare solution that works best for your family.



*flexible hours
one-on-one care
ability to work
happy children
trusted caregiver
socialization
peace of mind*



*"The Department of Health and Human Services considers spending 10 percent of a family's income on childcare to be the benchmark of what is affordable. [Yet] for a married couple, the cost for an infant is more than 10 percent of median income in 38 states and DC, and the cost for a four-year-old exceeds that limit in 21 states and DC. The cost of putting an infant in full-time center care will eat up anywhere from 7 percent to 19 percent of a married couple's income."*

COVERT, BRYCE. "THE COST OF CHILDCARE ROSE ANYWHERE IS MORE THAN 10% OF DECADES." *THINKPROGRESS.* CENTER FOR AMERICAN PROGRESS ACTION FUND, 04 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP.0002359                    CC00000859

# *Your childcare options*

Your children are your most precious treasures in the world. As parents, we want the best care possible, but also have to take our budgets into account. This guide will outline the childcare options available to families (as well as their costs), explain factors that may impact your family's price tag and give you a helpful budget worksheet to help you figure out where you stand financially.

## CHILDCARE OPTIONS WIDELY AVAILABLE TO AMERICAN FAMILIES:



### CENTER-BASED DAYCARE

Childcare provided by a state-regulated center in a group setting; individual workers' education and training requirements vary by setting and state



### FAMILY DAYCARE

Childcare provided by individuals in the providers' own home; required to have a state health and safety license.



### AU PAIR

A young adult from overseas who joins a family for up to two years to provide childcare; all Cultural Care au pairs are screened, trained and Red-Cross certified in adult and pediatric CPR/AED and First Aid.



### NANNY

An individual who cares for children in a family; may or may not be formally trained. Screening may or may not be done for you.



### NANNY SHARE

An individual who cares for children from more than one family; may or may not be formally trained. Screening may or may not be done for you.



### FAMILY COVERAGE

Childcare provided by a family member like a grandparent or sibling (also referred to as "kith and kin" care); may or not be formally trained.



*"The largest financial commitment that many new parents make is also the most emotional: choosing a full-time caregiver for your child as you head back to work. As many parents know all too well, it's a giant expense, often second only to housing costs."*

SIEGEL BERNARD, TARA. CHOOSING CHILD CARE WHEN YOU GO BACK TO WORK. *THE NEW YORK TIMES.* THE NEW YORK TIMES COMPANY, 22 NOV. 2013. WEB. 12 MAR. 2014.

1-800-333-6056 • **CULTURALCARE.COM** © COPYRIGHT 2014, CULTURAL CARE AU PAIR

3

PLAINTIFFS' RESP. APP.0002360

CC00000860

# CENTER-BASED DAYCARE





**$175-$750 PER WEEK[1]**

The cost of center-based daycare varies widely, largely based on where you live, so it's very hard to give an average cost. Generally, daycare facilities cost less than hiring a full-time nanny, but cost about the same or are even more expensive when compared to au pair childcare or a nanny share.

Just to give you an idea of how wide the cost range is, consider this: in Massachusetts, the average annual cost of full-time care for one infant is $16,430; in Indiana, it's less than half of that ($8,073).[1] Keep in mind that daycare centers charge per child—so if you've got more than one, your costs could potentially double.

The best way to get pricing for center-based daycare is to call around to places local to you. Questions you'll want to ask regarding finances include:

- *What are the fees?*
- *Do you offer sibling discounts?*
- *What are your hours of operation?*
- *Is there a late-pickup fee?*
- *Do I pay when my child is ill or we're on vacation?*

[1]Kendall, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America.* NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

**Transportation costs**
Driving to and home from a daycare center will increase your gas costs and add additional wear and tear on your vehicle.

**Late fees**
Count on paying a fee when you are late (even by a minute!) picking up your child from daycare.

**Loss of income**
You may lose income if you have to stay home from work when your child is too sick to attend daycare.

**Extra supplies**
Daycare centers may require you provide extra supplies such as formula, food, diapers, clothes, blankets, and toys.

## ADDED VALUE

**Socialization**
Daycare automatically gives children the opportunity for contact with peers.

**Built-in activities and curriculum**
A good daycare should provide a wide variety of activities during the day including time for reading, singing, exploring outdoors and playing.



*"Depending on the state, the average cost of full-time care for one infant in a center ranges from 7 percent to about 19 percent of the state median income for a married couple with children."*

KENDALL, ROSEMARY AND WOOD, STEPHEN. *CHILD CARE AWARE OF AMERICA.* NACCRRA, 03 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP.0002361

CC00000861

# FAMILY DAYCARE

 

**$140-$600 PER WEEK²**

Home daycares are typically less expensive than center-based day-care—20% cheaper on average for full-time care for one infant and one 4-year-old, according to a 2013 report conducted by Child Care Aware of America.

Again, the best way to get pricing for family daycare is to call around to places local to you. Questions you'll want to ask regarding finances include:

• What are the fees?
• Do you offer sibling discounts?
• What are your hours of operation?
• Is there a late-pickup fee?
• Do I pay when my child is ill or we're on vacation?

²Kendall, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America*. NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

**Transportation costs**
Driving to and home from a daycare center will increase your gas costs and add additional wear and tear on your vehicle.

**Late fees**
When you are late picking up your children from daycare, you will incur late fees.

**Loss of income**
You may lose income if you have to stay home from work when your child is too sick to attend daycare.

**Vacation coverage**
When your home daycare provider takes vacation, you will need to secure alternate childcare arrangements.

## ADDED VALUE

**Socialization**
Daycare automatically gives children the opportunity for contact with peers.



*"Some states do not require family child care providers who care for five or fewer children to be licensed. [...] programs that are exempt from licensing but are legally operating may not have to follow regulations about group size, ratios, staff education, square footage, activities and materials. If these programs choose not to meet licensing regulations, they can lower their expenses and may charge less."*

KENDALL, ROSEMARY AND WOOD, STEPHEN. PARENTS AND THE HIGH COST OF CHILD CARE: 2013 REPORT. *CHILD CARE AWARE OF AMERICA*. NACCRRA, 03 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP.0002362

CC00000862

# AU PAIR

 

**$360 PER WEEK[3]**

The au pair program is regulated by the U.S. Department of State, so all au pairs make the same weekly stipend of $195.75.[4] In addition to the stipend paid to the au pair, families must pay fees to one of 15 legal au pair agencies in the U.S. All agency fees are similar; Cultural Care Au Pair fees in 2014 include a $75 registration fee, a $300 match fee and a $7,995 program fee. (The program fee covers the recruitment and screening of your au pair, her training at our Au Pair Training School (including American Red Cross certification in adult and pediatric CPR/AED and First Aid), the matching services of your placement manager, host family and au pair orientations, your au pair's round-trip international airfare, her medical and travel insurance and year-long support from Cultural Care office staff and your local childcare consultant.)

If you add these fees together, the total annual cost is $18,353.25 (about $360/week). To learn more about the cost of hosting an au pair, we suggest visiting Cultural Care Au Pair's website: **culturalcareaupair.com/costs**

[3]According to U.S. Department of State regulations and Cultural Care Au Pair. [4]The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.

## HIDDEN COSTS

**Educational allowance:**
U.S. Department of State regulations require families to provide an allowance of up to $500[5] per program year to enable their au pair to attend educational courses.

**Additional insurance**
Families who allow their au pair to drive are responsible for adding her to their current insurance policy. Some states require workers' compensation coverage for an au pair living in your home.

**Room and board**
Families are required to provide their au pairs with a private bedroom and regular meals.

**Domestic transportation fee**
The domestic transportation fee covers an au pair's transportation to their host family's home from the Au Pair Training School in NY. (At Cultural Care Au Pair, this fee ranges from $0 to $560.)

**Gifts**
Most families give their au pairs birthday and holiday gifts.

**Agency fee increases**
Au pair agency fees usually increase by a small amount each year.

[5]The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any increase that is issued.

## ADDED VALUE

**Fixed cost regardless of the number of children you have**
Unlike daycares or a nannies, an au pair costs the same no matter how many children you have.

**One-on-one attention**
An au pair provides individualized care for your children.

**Flexible scheduling**
Au pairs can work up to 45 hours per week (no more than 10 hours a day) on a schedule you decide including early mornings, evenings and weekends. You can rearrange the schedule week-to-week according to your family's needs.

**Help with household tasks**
Au pairs can be asked to help with household duties related to the children including laundry, meal prep and room clean-up.

**Extra driver[6]**
Au pairs can transport your children to and from school, practices, games, lessons and playdates.

**Exposure to a different language and culture**
Au pairs can share their culture and language with their kids (sometimes helping them to become bilingual).

[6]If you require your au pair to drive while on-duty, you are responsible for establishing that she is a suitable driver, and you must insure her on the car she will be using.



*"A host family pays about $7,000 to one of 15 accredited agencies that place au pairs and provide training and background checks. Families then pay a typical au pair $200 a week—about half to one-third what American nannies would command—plus as much as $500 a year toward a course of study."*

JORDAN, MIRIAN.
*THE WALL STREET JOURNAL*. DOW JONES & COMPANY, INC., 24 JAN. 2014. WEB. 12 MAR. 2014

1-800-333-6056 • CULTURALCARE.COM © COPYRIGHT 2014, CULTURAL CARE AU PAIR

6

PLAINTIFFS' RESP. APP.0002363

CC00000863

# NANNY

 

**$700 PER WEEK[7]**

According to the International Nanny Association 2013 Nanny Salary and Benefits Survey, full-time nannies in the United States earn on average about $700 gross per week. However, a nanny's salary will vary quite a bit depending on your location, how many children you have and how old they are, hours needed, her duties and responsibilities and her experience, education and special skills or training.

[7]Halteman, Ed. "2013 International Nanny Association Salary and Benefits Survey." *International Nanny Association*. 11 Aug. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

### Agency fees
If you use a nanny referral agency you will incur agency fees. Most agencies charge 15%-20% of the nanny's first year's salary and some charge a renewal fee to continue with your nanny. Caregiver websites also charge a membership fee.

### Additional insurance
Nannies who drive your family's car must be added to your insurance policy, and some nannies expect their employers to provide health insurance. Workers' compensation coverage is also required in some states for a live-in nanny.

### Room and board
Families with live-in nannies must provide a private bedroom; those with live-in or live-out nannies may also opt to provide some meals.

### Taxes and payroll
Tax obligations for a nanny include Social Security, Medicare and federal unemployment tax and total about 10% of her gross salary. Many families opt to use a nanny payroll service to help manage her salary and tax deductions.

### Overtime/time off coverage
If you require your live-out nanny to work beyond 40 hours/week, you are required to pay her overtime—calculated as 1.5 times their hourly wage.[8] You must also consider cost for back-up care when your nanny is sick or on vacation.

## HIDDEN COSTS (CONTINUED)

### Gifts, bonuses and raises
Most families give their nannies birthday gifts and an end-of-the-year bonus (which, according to care.com, averages between one and two week's pay). Nannies will also expect a pay raise each year they continue with your family.

[8]According to Fair Labor Standards Act (FLSA) overtime regulations.

## ADDED VALUE

### One-on-one attention
A nanny provides individualized care for your children.

### More flexible scheduling
Scheduling is more flexible with a nanny than with a daycare center.

### Help with household tasks
Some nannies will agree to perform household tasks such as laundry, meal prep and clean-up.

### Extra driver
Some nannies are able to help with driving responsibilities and can transport your children to and from school, practices, games, lessons and playdates.



*"If you can get a great recommendation [for a nanny] from a friend, there's nothing better. Short of that, anyone who can afford it should use an agency. Screening is very, very important. [But] agencies charge 15%-18% of a nanny's first year salary, so that's a lot of money for some families."*

ADAMS, SUSAN. *FORBES.* FORBES.COM LLC, 04 APR. 2013. WEB. 12 MAR. 2014

PLAINTIFFS' RESP. APP.0002364

CC00000864

# NANNY SHARE

 

**$470 PER WEEK[9]**

Though you would be "splitting" your nanny with another family, don't expect to split the cost of what a nanny would charge one family down the middle. A nanny share is meant to save families money AND give the nanny a higher wage—not to get a 50% discount on nanny services.

Although there is no formal research on the cost of a nanny share, according to care.com, you can generally expect to pay about the same or a little more than you would pay for quality daycare. Anecdotal information on parenting websites suggest that each family pay a shared nanny about 2/3 the cost of what they would pay if it was just for one family. If you use this figure and the average weekly nanny salary of $700[9] to calculate the average cost of a nanny share you get: $700 x .67 = $470 per week per family.

Keep in mind that the split in cost may not always be equal with the other family—you should be paying more if you have more children or if, for example, you have an infant and they have a toddler.

[9]Isleman, Ed. "2013 International Nanny Association Salary and Benefits Survey." *International Nanny Association.* 11 Aug. 2013. Web. 12 Mar. 2014.

## HIDDEN COSTS

### Agency fees
If you use a nanny referral agency you will incur agency fees. Most agencies charge 15%-20% of the nanny's first year's salary and some charge a renewal fee to continue with your nanny. Caregiver websites also charge a membership fee.

### Additional insurance
Nannies who drive your family's car must be added to your insurance policy, and some nannies expect their employers to provide health insurance. Workers' compensation coverage is also required in some states for a live-in nanny.

### Taxes and payroll
Tax obligations for a nanny include Social Security, Medicare and federal unemployment tax and total about 10% of her gross salary. Many families opt to use a nanny payroll service to help manage her salary and tax deductions.

### Overtime/time off coverage
If you require your live-out nanny to work beyond 40 hours/week, you are required to pay her overtime—calculated as 1.5 times their hourly wage.[9] You must also consider cost for back-up care when your nanny is sick or on vacation.

## HIDDEN COSTS (CONTINUED)

### Gifts, bonuses and raises
Most families give their nannies birthday gifts and an end-of-the-year bonus (which, according to care.com, averages between one and two week's pay). Nannies will also expect a pay raise each year they continue with your family.

[9]According to Fair Labor Standards Act (FLSA) overtime regulations.

## ADDED VALUE

### One-on-one attention
A nanny provides individualized care for your children.

### More flexible scheduling
Scheduling can more flexible with a nanny share than with a daycare center, but the other family must agree to the schedule as well.

### Help with household tasks
Some nannies will agree to perform household tasks such as laundry, meal prep and clean-up.

### Extra driver
Some nannies are able to help with driving responsibilities and can transport your children to and from school, practices, games, lessons and playdates.



*"The competition for steady work is one reason nannies are willing to take nanny share jobs. Two years ago, nanny use was down 30 percent, according to a survey by the International Nanny Association, which represents nearly 300 nanny placement agencies across the U.S."*

ORTIZ HEALY, VIKKI.       *CHICAGO TRIBUNE.*
TRIBUNE COMPANY, 17 JAN. 2011. WEB. 12 MAR. 2014

1-800-333-6056 • CULTURALCARE.COM © COPYRIGHT 2014, CULTURAL CARE AU PAIR

8

PLAINTIFFS' RESP. APP.0002365

CC00000865

# FAMILY COVERAGE

 

**$0-$420 PER WEEK[11]**

If you are lucky enough to have a willing mother, father-in-law, sister, neighbor or other relative or friend to care for your children you will most likely spend much less than your peers who use daycare, au pairs or nannies. While many family members will offer to work for free, some parents insist they be financially compensated in some way. One solution is to offer the minimum hourly wage in your state. This figure varies widely—from $5.15 in Georgia and Wyoming to $9.32 in Washington—so assuming you needed 45 hours of coverage, your cost would total anywhere from $232 to $420 per week.[11]

[11]Based on a 45-hour work week and minimum wage in the states of Georgia, Wyoming and Washington.

## HIDDEN COSTS

### Emotional risk
When a family member agrees to provide childcare, be prepared that the arrangement might require special nurturing and emotional investment. At the end of the day, you can terminate a contract with a nanny or au pair or remove your child from daycare if you aren't happy with the arrangements, but "firing" a family member can be a much trickier problem.

### Time off coverage
You must consider cost for back-up care when your family member is sick or on vacation.

## ADDED VALUE

### An invested caregiver
You can be more certain that a family member is genuinely interested in your children's health, happiness, and well-being than a childcare provider you just met.



*"Unless you truly are not in a position to pay anything for child care, insist that your relative take some sort of compensation. This may help avoid the relative obtaining real or imaginary leverage over you in some later family situation."*

CONNELL, LINDA H. *THE NANNY TEXTBOOK.* ILLINOIS: SPHINX PUBLISHING, 2005. PRINT.

PLAINTIFFS' RESP. APP.0002366

CC00000866

# *Five factors that will impact your childcare costs*

There are many factors that will impact what you can expect to pay for childcare including your location, the number of children you have (as well as their ages), hours of coverage needed, duties expected of your caregiver as well as her experience, education and special skills or training.



### 1. LOCATION:

Not only will the state you live in dramatically affect your childcare costs, but the region or city in which you reside will also have an effect on your wallet. Stricter licensing regulations (governed individually by state) drive up prices of center-based and family daycare and a higher cost of living will increase both daycare and nanny costs. In addition, families in urban areas pay an average of 30% more annually for childcare than families in rural areas.[2] The map below shows the average weekly cost of center-based daycare for an infant and a 4-year-old in all 50 states.[2]

### AVERAGE WEEKLY COST OF CENTER-BASED DAYCARE FOR AN INFANT AND A 4-YEAR-OLD:[1]



MORE THAN $500 PER WEEK    $400-$500 PER WEEK    $300-$400 PER WEEK    $200-$300 PER WEEK    LESS THAN $200 PER WEEK

[2]Kendall, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America.* NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.



*"[In Massachusetts] there can be no more than three kids per teacher and no more than seven in a class.*
*Plus, child-care providers are required to spend 20 hours a year on professional development.*
*That's great for kids, but it comes at a price."*

HICKEN, MELANIE. "CHILD CARE MORE EXPENSIVE THAN COLLEGE IN MANY STATES." *CNN MONEY.*
CABLE NEWS NETWORK, 04 NOV. 2013. WEB. 12 MAR. 2014.

PLAINTIFFS' RESP. APP.0002367    CC00000867

# Five factors that will impact your childcare costs (continued)



### 2. NUMBER OF CHILDREN & THEIR AGES

In most cases, the more children you have and the younger they are, the more you can expect to pay in childcare costs. Some daycare facilities offer a sibling rate (so be sure to ask!); others don't. Nannies won't charge you double for two children what they would for one, but they will definitely expect more pay for multiple children and for infants/toddlers versus school-aged children. Au pair childcare is perhaps the only solution that doesn't increase in cost with more children. Because the program is regulated by the U.S. Department of State, they are paid a weekly stipend of $195.75[13] regardless of the number of children in their care.



### 3. NUMBER OF HOURS NEEDED

The number of hours of coverage you need will definitely impact your childcare costs as center-based and family daycare, as well as nannies, normally charge by the hour. (Keep in mind that many daycares charge a little less per hour the more hours you need.) One exception is the au pair program—hosting an au pair costs a fixed amount of $360 per week regardless of whether or not she works the full 45 hours allowed (as dictated by the U.S. Department of State).



### 4. REQUIRED DUTIES

One of the benefits of hosting an au pair or hiring a nanny is that you can ask them to help out around the house. In the case of an au pair, it won't cost you extra to require that she help with household tasks related to the children (ie, laundry, meal preparation, room pick-up). However, most nannies will charge more for completing similar chores around the house on a regular basis.



### 5. REQUIRED EXPERIENCE, SPECIAL SKILLS & TRAINING

If you require specialized experience, skills or training from your nanny, be prepared to pay for it. Nannies can charge more if they have an educational background in child development, child psychology or advanced childcare studies, a medical background in pediatrics, experience with multiples, experience with children with special needs or any other unique skill or experience. Again, with a Cultural Care au pair, you won't pay more for candidates with special training or experience, and they all have a minimum of 200 hours of childcare experience and are American Red Cross-certified in adult and pediatric CPR/AED and First Aid. The cost is fixed at $360 per week.

[13]The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.



*"Indeed, having two working parents necessitates additional costs for education and care, but a dual-income household can improve its bottom line at the same time. That is to say, while childcare costs increase for dual-income households, income increases by a larger amount."*

CARR, CHRISTOPHER. TOTAL IS REALLY WORTH IT TO A WORKING MOTHER TO STAY EMPLOYED ESPECIALLY IF SHE WANTS TO.
*THE ATLANTIC.* THE ATLANTIC MONTHLY GROUP, 26 AUG. 2013. WEB. 12 MAR. 2014.

11

PLAINTIFFS' RESP. APP.0002368

CC00000868

# *Five ways to save on childcare costs*

Even though childcare costs can be overwhelming, the following tips can help you trim your childcare expenses, if only by just a small percentage:



### 1. CONSIDER ALTERNATIVE FORMS OF CHILDCARE

Don't make the mistake of dismissing certain types of childcare right away. If you keep an open mind and investigate all of the options that exist in your area, you might be surprised at what works best for your needs and budget. In Massachusetts, for example, daycare costs for two children under 4 years will almost always exceed the cost of hosting au pair, especially in urban areas.[14] In Mississippi, on the other hand, your daycare bill will run less than half of what it would be in MA[14] so daycare becomes a more competitive option from a financial perspective.



### 2. TAKE ADVANTAGE OF THE CHILD & DEPENDENT CARE CREDIT

The federal government offers a Child and Dependent Care Credit to families who need to enlist the help of a daycare or nanny so that the parents can work. This tax break provides a credit of 20% to 35% of the first $3,000 in childcare costs you incur per child per year. (The percentage of the credit drops as income rises.) For more information and to see if you qualify visit **irs.gov**.



### 3. TAKE ADVANTAGE OF A PRE-TAX DEPENDENT CARE ACCOUNT

A pre-tax dependent care account is something many employers offer as a perk to their employees. Your employer will set up the account for you, and you can choose to funnel up to $5,000 of your pre-tax salary into the account. You can later use this money to reimburse yourself for childcare costs, potentially saving you a considerable sum. Two things to note—first, if you are married and file your taxes jointly, the $5,000 cap represents a combined maximum for both you and your spouse; second, you'll want to plan carefully because leftover funds not used during the year must be forfeited.



### 4. TAKE ADVANTAGE OF COMPANY DISCOUNTS:

Check with your Human Resources department to determine if your company offers subsidized childcare or any discounts of any kind with local providers. Some companies also offer back-up care at nearby daycare centers for parents who suddenly find themselves without coverage due to weather, school vacations or a sick au pair or nanny.



### 5. FILL IN THE GAPS WITH WILLING FAMILY MEMBERS

For most families, relying on family members or friends for full-time childcare coverage isn't an option. But if your mom or brother or neighbor is willing to devote a few hours a week to watching your kids, you can benefit from a cost perspective while your child gets one-on-one attention from a loving adult. Though you wouldn't expect to pay a family member or friend the same hourly rate as a daycare center or nanny, it's a good idea to offer at least minimum wage in your state. If they refuse? Thank them with homemade cookies, a spa treatment or gift certificate to a trendy restaurant.

[14]Kendall, Rosemary and Wood, Stephen. "Parents and the High Cost of Child Care: 2013 Report." *Child Care Aware of America*. NACCRRA, 03 Nov. 2013. Web. 12 Mar. 2014.



*"75% of U.S. families are overwhelmed by the cost of child care and yet nearly half don't budget for it [...] families are misinformed about the cost of child care, what's included and what savings options are available to them. [...] 52 percent aren't aware they're eligible for child care tax breaks."*

CARE.COM.
*CNBC. CNBC LLC, 17 JUN. 2014. WEB. 12 JUL. 2014.*

PLAINTIFFS' RESP. APP.0002369

CC00000869