# **<u>Exhibit N</u>**

(replacing ECF No. 943-26)



# Cultural Care
# Au Pair



PLAINTIFFS' RESP. APP.0002437

CC00001606

Case 1:14-cv-03074-CMA-KMT  Document 945-25  Filed 03/17/18  USDC Colorado  Page 2 of 53

## Speaker Notes for Slide 32

To summarize- what makes Cultural Care Au Pair unique?

1) We have the largest network of local childcare coordinators in the country- over 600 who live in your community and support our program participants.

2) We are the larges au pair agency in the US, with the largest selection of au pair candidates

3) You have the exclusive attention of an au pair during the matching process which eliminates the competition between families that exists at other agencies.

4) We are the only agency with our own offices overseas for screening and orientation and do not outsource this crucial part of the process to 3rd party agents.

5) We are the only agency that trains au pairs in an academic setting

6) We help our families by providing a payment plan to help spread the cost over the first 6 months that the au pair is in the home and we have a Peace of Mind guarantee in the event of an involuntary job loss.

7) We have a high rate of customer satisfaction-98% and an A rating with the better business bureau.

8) We offer a customer loyalty program with program fee discounts in subsequent years of being on the program.

PLAINTIFFS' RESP. APP.0002438

CC00001607

# *Resources:*



*Corporate Program Consultant: Kelly Weinberger*
*1-800-333-6056; press1#, then 3605#, [Kelly.Weinberger@culturalcare.com](mailto:Kelly.Weinberger@culturalcare.com)*

*ONLINE RESOURCES:*
**[http://info.culturalcare.com/yale/](http://info.culturalcare.com/yale/)**
*aupairanswermom.com*
*Ilovemyaupair.com*
*aupairvideos.com*
*aupairoftheyear.com*





PLAINTIFFS' RESP. APP.0002439

CC00001608

**Speaker Notes for Slide 33**

Next steps: go to http://info.culturalcare.com/yale/ to receive the discount code to apply to the program. Our dedicated corporate program consultant Kelly Weinberger, is available to answer questions and guide you through the application process. We also have other online resources available to you. Just so we can get a better idea of when you are looking for an au pair, please let us know today (launch poll)

PLAINTIFFS' RESP. APP.0002440

CC00001609

# Ask your questions now via the questions/chat feature



PLAINTIFFS' RESP. APP.0002441

CC00001610

# Speaker Notes for Slide 34

Please submit your questions via the chat feature.

CC00001611

# Thank you!

## http://info.culturalcare.com/yale/



PLAINTIFFS' RESP. APP.0002443

CC00001612

Case 1:14-cv-03074-CMA-KMT   Document 949-25   Filed 03/17/18   USDC Colorado   Page 9 of 52

**Speaker Notes for Slide 35**

As you continue on your journey to secure childcare and work life balance for your family, I hope you remember the many benefits that we talked about today. Your time is valuable and I appreciate your time today.  Thank you!

CC00001613

# Exhibit 280

PLAINTIFFS' RESP. APP.0002445

Cultural Care Au Pair



# Cultural Care
# Au Pair

SAVE YOUR SPOT FOR
A FREE INFORMATION
MEETING TODAY!

*18-26 years old*

# AU PAIR IN
# THE USA

*Cultural exchange
and personal growth*

2013-2014

PLAINTIFFS' RESP. APP.0002446

CC00006207

# EXPLORE THE USA

*Discover a new you!*

For over twenty years we have worked with young people who are ready to see something new in their world. Being an au pair is an adventure, it is about trying something different.

Going to the United States with Cultural Care Au Pair is a safe and affordable way to spend up to two years in the USA. We have selected and placed over 85,000 au pairs since 1989, and program requirements and conditions are regulated by the US Department of State.

We are proud to say that we have a higher number of host families than any other au pair program, and each and every family is thoroughly screened by our staff in the USA. Host parents will rely on you to care for their children, to be their friend, big sibling, teacher and role model. Imagine a full time role where you will become part of a family, it is a big responsibility!

Cultural Care Au Pair provides you with the opportunity to experience the American lifestyle and culture. It is your chance to shape your future and differentiate yourself. The program will transform you and Cultural Care Au Pair has the safety and quality standards that will guide you through that process, so you feel supported the whole way.

If you are ready to step outside the world you know, gain experience and independence, and truly understand American life, take a moment to read through this brochure and find out whether the au pair adventure is something for you. Don't miss out on this chance of a lifetime!



**Nadene Bilsborough**
*Country Program Manager*

**www.culturalcare.com.au**
**www.culturalcare.co.nz**

## *We are different and proud of it.*

*Compare for yourself and choose the best!*

  

### CULTURAL CARE ALL THE WAY

From working with you on your application to matching you with a host family, Cultural Care staff is there to support you all the way.

We want to get to know you, and ensure you feel well prepared for your time as an au pair.

### ONE OF A KIND PREPARATION

You begin with a 5 day course at our training school in New York led by qualified teachers.

You will receive complete CPR and first aid certification from American Red Cross instructors.

### IT'S REALLY ALL ABOUT YOU

Your safety is our priority, we have the largest network of local representatives in the industry.

Our matching specialists create a direct link to ensure you find the most suitable host family.



CULTURAL CARE AU PAIR IS PART OF THE EF WORLD

**For more than 40 years, EF has been making a classroom of the world.**
**EF Language Courses Abroad** (Ages 16 and above)—Learn a language faster abroad at an accredited EF International Language Center. Choose from 7 languages in 41 world-class destinations. Start any Monday. Results guaranteed.
Host an exchange student! Get to know other cultures without leaving the comfort of your home. EF is currently recruiting host families to take care of our wonderful students in Sydney, Brisbane, Gold Coast, Cairns and Auckland.

Learn more about the variety of programs offered in your country under: www.ef.com

PLAINTIFFS' RESP. APP.0002447

CC00006208

Case 1:14-cv-03074-CMA-KMT Document 935-15 Filed 03/17/18 USDC Colorado Page 12 of 53

# WHAT BEING AN AU PAIR IS ALL ABOUT

*Your personal American dream - affordable and unforgettable*

## Profile of a Cultural Care Au Pair

We want you to have the best chances of being placed with a host family. To be selected as a Cultural Care au pair we need you to meet the following qualifications:



### MOTIVATED

We will invest a lot of our time to help you live your dream. In return we expect you to fully commit to your application and the program.



### FLEXIBLE

Your future family will expect you to be able to adjust to their family schedule and childcare needs.



### POSITIVE ATTITUDE

Smile! You will be an ambassador for your home country's culture. Things will be easier with a positive attitude and a smile on your face.



### MATURE

We select au pairs that are willing to take on responsibility and can be an additional parent for our host families.



### NON-SMOKER

American families are very strict about smoking and drinking. Always remember: You will be a role model for their children and they will expect you to act like one.



### DRIVER

Children in America attend a lot of activities. Therefore most families will rely on you to drive a car

## Cultural Care Benefits

Here are some of the reasons for choosing us as your trusted au pair agency:



### Best chances of host family placement
Cultural Care has the biggest pool of host families, individual application coaching and a personal matching service.



### Best possible support
Our well trained and dedicated staff are from the same company in both your home country and the USA to ensure consistent quality standards.



### Almost 50 years of experience
We're part of EF Education, the world's largest private educational organisation, and share that experience and resources.



### Price transparency
No hidden costs. Full transparency on fees. Zero financial commitment until you choose your host family.



### Thorough training
At our very own Au Pair Training School on Long Island, NY we will make sure you get all the preparation you need. Including a training in CPR executed by the American Red Cross.



### Roundtrip travel provided
To your host family and also back home from the USA (additional charges might apply depending on date and gateway)



### 24hr emergency hotline
Experienced staff on call to assist you with any urgent questions related to the au pair program.

### Exclusive insurance coverage
Insurance coverage tailor-made for au pairs, built by insurance experts for the best value available.

---

### Minimum requirements you need to fulfill:
outlined by US Department of State and outlined in the visa conditions

- Aged between 18 and 26 years
- A love for kids and experience caring for them
- Completed secondary school education
- Good condition of health
- Clean criminal background
- Commitment to at least 12 months abroad
  *(It's possible to extend up to a total of 24 months)*

### Au pair program benefits:
outlined by US Department of State and outlined in the visa conditions

- Chance to live in the USA on a J-1 exchange visa
- Full board and accommodation with an American family
- US $195.75 weekly stipend
- Up to US $500 for college courses
- Two weeks paid vacation
- Travel month at the end of the program

**Save your spot for a free information meeting today!**

www.culturalcare.com.au
www.culturalcare.co.nz

---

### FAIR AND HONEST

- Zero financial commitment until you choose your host family.

- Our transparent payment policy guarantees no hidden charges.

### PROGRAM FEE:
to be paid in full after finalising the match with your host family!

**Australia $1195***
**New Zealand $1435***

*We will also provide return flights from Sydney, Australia or Auckland, New Zealand, upon successful completion of the program.*

PLAINTIFFS' RESP. APP.0002448

CC00006209



> " *It was a hard decision but I'm so happy I extended. I got to have two families and two experiences, both amazing and both completely different* "
>
> Jasmine, au pair in Seattle and Atlanta

# YOUR HOME AWAY FROM HOME

*The cultural exchange is an important part of your time as an au pair. You will support your host family while being immersed in their culture.*

### FINDING THE RIGHT HOST FAMILY

Cultural exchange is what your time as an au pair is all about. Our Cultural Care Au Pair host families are thoroughly screened by our staff in the USA and each host family is interviewed in their home. Host families also undergo a criminal background check. Because our matching specialists speak with each one of our host families, we know their specific needs. Our staff in the USA work directly with you and your future host family to make sure your match is the one that fits you best. Living with your host family is an opportunity to be completely immersed in their culture, and truly become an important part of their family.

### SEE THE WORLD THROUGH THEIR EYES

Most of our au pairs say that the best part of the program is the relationships they form with their host children. Day to day, your duties might include helping with homework, driving to and from school, preparing meals, tidying the kids' rooms and taking care of their laundry. These full days mean a new normal for you and your host children, with the excitement of teaching them new skills and the responsibility of keeping them safe. Days will be long but never more than 10hrs per day or 45hrs per week, this rule is defined by US law and will be strictly enforced for your safety.

*Cultural Care Au Pair*

PLAINTIFFS' RESP. APP.0002449

www.culturalcare.com.au    www.culturalcare.co.nz

CC00006210

# I'M AN AU PAIR IN THE USA

*Real life experiences*



## Sinead

### AU PAIR IN PHILADELPHIA

*Living only 15 minutes outside Philadelphia with the most incredible host family contributed to my amazing two years as an au pair. There was never a dull moment with my extraordinary host children. We laughed together, built friendships and my entire host family became my support team while I was in America.*

*While in America I got the opportunity to travel and had so many great experiences. Roller coasters at Disney World, swimming with whales at Sea World in Texas, Lollapalooza (a huge music festival) in*

*Chicago, and going to New York City more times than I can count.*

*Being an au pair is the most rewarding, unforgettable experience. If you go to America, it won't just be something to cross off your bucket list, America will become your second home. From the minute I set foot on American soil I felt welcome, the friendships I made along my journey are everlasting and stronger than any amount of kilometers or miles. Do it, become an au pair and you won't regret it.*



### STEFANIE
*Au pair in Washington*

*My friends and family say I am more open to the world, whereas before I never wanted to leave the small town I lived in. Compared to some of my friends, I do in certain ways feel more responsible, simply because I was the first one to move out of my parents' house and live somewhere else. I'm more open to taking risks and doing things on my own, therefore, my self-confidence has definitely increased. I list my au pair experience on my CV because a one year stay abroad shows employers that I've learned to be flexible and responsible.*



### JELENA
*Au pair in Pennsylvania*

*Here I am, trying to stuff all my belongings into one suitcase. It was hard enough to decide what to take with me when I left for the US! Now, one year later, I find myself in the very same situation, in a different house, on a different continent. This time it's not about clothes or shoes, it's also about crumpled letters from Elie saying "I love you" and post-it-notes from my host-mom saying "It's going to be a beautiful day!" It's the clay pen holder Rachel made at school and it's the birthday card my host-dad gave me saying "You are the 21-year-old daughter I hadn't yet had!"*



### JASMIN
*Au pair in Seattle and Atlanta*

*I hadn't thought about extending my time as an au pair until I got a call from the Boston office asking if I would like to. My experience had been the most rewarding and best year of my life so I thought to myself I'd be crazy to not do it again while I had the opportunity. I loved my year in Seattle but really wanted to experience somewhere new, Cultural Care helped me and I'm so happy I found a big, loving family in Atlanta.*

*I met fantastic people from all over the world while discovering America. Everyone has a different experience as an au pair but all of them are great. So stop reading about my experience and get started on yours.*



### BETH
*Au pair in Illinois*

*I developed a greater understanding of the world and people in it, I experienced true kindness. I mention my experience as an au pair in my resume because I feel it demonstrates independence and commitment.*



### ANNA
*Au pair in Colorado*

*I had looked at many different au pair websites but Cultural Care was the only one that offered me a meeting to discuss everything! They were also affiliated with the US Government so I knew I could trust them. The staff really helped me through the process!*

### DOMINIQUE
*Au pair in California*

*My experience was amazing and I owe a lot of that to my LCC who was there for me whenever I needed advice. She was a great support, and made me feel welcome in my new community right away.*

...TAIN. DEFS. RESP. APP. 000...0...



*"Being an au pair gave me the confidence and ambition to one day be an English teacher. It was the best year of my life!"*

Rachel, au pair in Illinois

## TRAVEL, LIVE, LEARN, GROW

*Adventure, exploration and discovery*

Vibrant New York City or sunny Southern California? Where you go is up to you, and the choices are as vast as the USA itself. Your time as an au pair will afford you many chances to travel - whether it's a quick weekend trip to a nearby city or the adventure of a lifetime touring the USA during the 30 day grace period of your "13th month". Broaden your horizons and take every opportunity to explore the sights and experience the culture that surrounds you.

## AN INVESTMENT FOR YOUR FUTURE

*Experience American culture first hand*

Living in an American family gives you the opportunity to experience the US culture first hand. Through the au pair program, participants and host families take part in a mutually rewarding, intercultural experience. Whether you aim to compete in a global job market or work in a position building your local economy, being an au pair is a safe and affordable path to enhancing your resume and developing your skills. It will not only be a vehicle for your personal growth, but also an investment in your professional future.

PLAINTIFFS' RESP. APP.0002451

CC00006212

# YOUR AMERICAN DREAM
## *So much more than "just" childcare.*

Au pairs who have completed the program say that they are stronger and more confident as a result of their international au pair experience. During your year, you will also meet other au pairs from all around the world and after your program term, with your international network established, you will have a global connection of friends.

The "educational component" is another important part of the au pair program and will give you a big competitive advantage: US college experience on your resume can accelerate your career. In order to fulfill the visa requirements you will need to complete six credits or the equivalent credit hours while in the USA. Your host family will contribute up to US $500 towards classes and you can choose any subject as long as it is through an accredited institution. With no restrictions on course work, the options are limitless.

> **" CCAP looked after me every step of the way. When I departed, I felt prepared and ready for the experience of a lifetime. "**
>
> Rebecca, au pair in Philadelphia



# SUPPORT - WHEN YOU NEED IT, WHERE YOU NEED IT.
## *Few other agencies can offer these resources*

Travelling with us gives you the security of a large organisation as well as a personal connection with our staff in your home country. In the USA, all au pairs and host families are supported by our network of Local Childcare Consultants who live in your community. We have Cultural Care Au Pair staff available around the clock in the event of an emergency.

We believe in this partnership and we want you to succeed. Our staff worldwide are committed to one thing: working with you to make sure you have the best possible au pair experience.



*Cultural Care Au Pair*

1800 677 373    0800 637 537

PLAINTIFFS' RESP. APP.0002452

CC00006213



# Cultural Care Au Pair

## Contact us:

**www.culturalcare.com.au**
Call us: 1800 677 373

**www.culturalcare.co.nz**
Call us: 0800 637 537

## SAVE YOUR SPOT FOR A FREE MEETING TODAY!

Save your spot for a meeting today!  The meeting is an in person introduction to Cultural Care Au Pair, and is our chance to educate you about our program face-to-face to help you make a decision about whether the program is right for you. It is your free of charge chance to get answers to your immediate questions and hear from a former au pair who can describe the reality of the program. Most importantly you will leave the meeting with a greater understanding about the responsibilities of being an au pair, how we will help you through the application process and find you a host family. So, get your questions ready, everything is completely non-binding and free of charge until you have found the right family for you!

 · · ·  · · ·  · · ·  · · · 

Attend a free local information meeting and an interview

Complete your online application

Match with the right host family for you

Get your visa and your flight arrangements

Time to fly - next stop: The Cultural Care Training School in NY!

Visit us at Level 5, Australia Square, 264 George Street, Circular Quay, Sydney, NSW, 2000

PLAINTIFFS' RESP. APP.0002453

CC00006214

Case 1:14-cv-03074-CMA-KMT   Document 918-26-1   Filed 03/17/18   USDC Colorado   Page 19
of 52

# Exhibit 281

PLAINTIFFS' RESP. APP.0002454

Quality checklist

What the program is and is not
- This is considered a program, rather than just a service. Au pairs come to experience life in the US through working full time for a family. Families can expect to receive up to full time childcare and should be prepared to integrate au pairs into the family. It's a give and take with responsibilities on both sides.
- Member of the family – expected to be treated as an extended family member and made welcome.
- Au pairs have childcare experience but are not professionals. Similar to having a younger cousin come to stay and babysit full time.
- This is an exchange program. Au pair will expect to have a rewarding experience as well and experience typical American life. Including au pairs in holidays and other typical experiences is part of the program.

The program regulations
- 45 hours/week, 10 hrs/ day maximum
- No ability to go over hours, even if you're willing to pay her extra
- No ability to "nanny share"
- 1.5 consecutive days off a week – EXAMPLE – from Friday night till mid-day Sunday. The .5 day implies a half work day (no more the 5 hours)
- Stipend $195.75/week. Never pro-rated and not to be withheld for any reason
- Need a suitable bedroom – private, with bed/clothing storage and second means of egress (legal bedroom).
- Educational component is part of program. HF contributes up to $500 and must facilitate transportation within reason
- 2 calendar weeks of paid vacation – considered 4 weekend days and 10 week days

Costs to consider
- Car insurance if require/allow for a driver
- Cell phone
- Costs of another person in the household (water, food, electricity)
- Workers comp insurance if applies in this state

Red flag check
- Check on Special Needs/number of kids
- What is the profile of the children? What would be expected of the au pair? Does this seem reasonable?
- Any changes going on in the home recently (recent or ongoing separation or divorce?)
- 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT Document 959-15 filed 03/30/18 USDC Colorado pg 21 of 53

# Exhibit 282

PLAINTIFFS' RESP. APP.0002456



Main | Help | Tutorial | Logout                                              ARO
Message Board | Change Password                                    Get Plug-Ins

# Exchange Visitor Information

**Actions:**

Terminate EV

**View:**

Event History

### Personal Information

SEVIS ID: ▮▮▮▮
Family Name: ▮▮▮▮
First Name: ▮▮▮▮
Middle Name:
Suffix: **First**
Gender: **FEMALE**
Date of Birth: ▮▮▮▮
City of Birth: ▮▮▮▮
Country of Birth: ▮▮▮▮
Country of Citizenship: ▮▮▮▮
Country of Legal Permanent Residence: ▮▮▮▮
Email Address:
Position: **215 – UNIVERSITY UNDERGRADUATE STUDENTS**
Active/Initial Dependent Count: **0**



### Address

**Current U.S. Address:**
Address 1: ▮▮▮▮
Address 2: ▮▮▮▮

**Foreign Address:**
Address 1:
Address 2:
City:
Country:
Province/Territory:
Postal Code:

**Residential Address Information:**
Local Community Coordinator Last Name:
Local Community Coordinator First Name:
Primary Contact Last Name:
Primary Contact First Name:
Secondary Contact Last Name:
Secondary Contact First Name:
Contact Telephone Number:

### Visa/POE Information

Visa Type: **J-1**
Passport Number: **C22LJXYYX**
Passport Expiration Date:
Visa Foil Number: **E0011264**
Visa Issue Date: **03/28/2011**
Visa Expiration Date: **06/08/2012**
Visa Issue Post: **BERLIN**
Port of Entry: **NEWARK, NJ**
Date of Entry: **05/09/2011**
I-94/Admission Number:
Port of Departure: **PHILADELPHIA, PA**
Date of Departure: **06/02/2012**

### Funding Information

**Funds:**
Program Sponsor:
**U.S. Government Agency:**
**International Organization:**
Exchange Visitor's Government:

### Status Information

Status: **INACTIVE**
Date of Last Status Change: **05/10/2012**
212(e):

### Program Information

Program Number: **P-4-10181**
Program Sponsor: **Cultural Care, Inc. d/b/a Cultural Care Au Pair**
Category: **AU PAIR**
Occupational Category:
Student Intern Foreign Degree:
Student Intern Foreign Field of Study:
Subject/Field Description: **Child Care Provider/Assistant**
Subject/Field Remarks: **Child Care Provider/Assistant**

### Program Dates

Initial Program Begin Date:
IAP-66 Number:
Program Begin Date: **05/09/2011**
Program End Date: **05/09/2012**
Reinstatement Program Begin Date:
Previous Program End Date:
Effective Date of Transfer:
Effective Date of Completion:
Completion Reason:
Completion Remarks:
Effective Date of Termination:
Termination Reason:
Termination Remarks:

### I-901 SEVIS Fee Payment Information

Transaction Type: **Payment**
Transaction Date: **01/24/2011**
Transaction Amount: **$35.00**
Fee Payment/Cancelation Receipt Number: **BBB1111692223**

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP APP.0002457

CC00017867

Binational Commission of the Exchange Visitor's Country:

**All other organizations providing support:**
    U.S. Host Family                                          $16,640.00
    Personal Funds:
  **Total:**                                                           $16,640.00

| Primary Site of Activity | Site of Activity | Address | Remarks | Site of Activity ID |
|---|---|---|---|---|
|  | Melnick | 11906 Reynolds Avenue  Potomac, MD  20854 |  | 6240404 |
|  | Meyer | 33174 199th Street  ,  Leavenworth, KS  66048 |  | 6792523 |
|  | White | 18911 Beallsville Rd  ,  Poolesville, MD  20837 |  | 6866214 |
|  | Carlson | 221 Spencer Hill Rd  ,  Winsted, CT 06098 |  | 6905660 |

06/13/2013 (Thursday)

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
PLAINTIFFS'RESP.APP.0002458
CC00017868

## Home:



### Why I want to be an au pair:

I want to be an au pair because it sounds really interesting to work, play and live with children and their family. Since I worked with children, I am always having a great time and so much fun. I love to see them growing up and especially during my internship at a kindergarden I saw how far they learned something new, and this is somethink I like to see. I love children so much and it makes me really happy to teach them about the everyday life. Having a great time with kids is something which cannot be replaced by anything. Besides of this I want to learn somethink about the american way of life, different cultures and personalities and make experiences with new and different people. Next to this I want to improve my english skills, not at least for my future work life. Finally I think that this year will be a unique, exciting, funny and really precious experience for my whole life.

| | |
|---|---|
| Country of birth: | |
| Current residence: | |
| Nationality/Citizenship: | Germany |
| Date of birth: | |
| Gender: | Female |

### Application Updates

_____ has made the following updates to this application:

**December 22, 2010**
**December 6, 2010**
**November 11, 2010**
**November 3, 2010**
**October 9, 2010**

### Letter to future host family:

Dear host family,

my name is ___ and I am already looking forward to be your au pair.

I am __ years old and I live together with my parents, my little brother, my grandmother and our cat Lenny in _____

In my free time I like playing cards with my family, going to the cinema or just hanging out with them and talk about anything and everything. Added to this I love to spend a lot of time with my friends. We listen to music, go shopping, play volleyball, go swimming, talk a lot or just have fun.

A few month ago, I finished school and know I have my advanced technical college entrance qualification and at the moment, I am doing an internship as a travel agent. But also if I learn a lot there, I want to learn more about other jobs to be sure that I make the right decision and do the right education which suits to me after my au pair year.

Besides being an intern, I do paper round, wait on table together with my family, and babysat in our neighborhood as you can see in my childcare experience. They call me if they need my help and I help as often as I can. My main babysitter job is a little

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP APP.0002459

CC00017869

boy called ███ who is 7 years old and really funny and sprightly. So it makes a lot of fun to play with him, also if he loves to play hide and seek with me before he needs to go to bed. Then I catch him and take him to bed. He likes to listen to me if I read something out of his favorite books or singing a little bit and after two or three stories he is fast to asleep.

A few years ago, I worked at a summer-camp and there I made a big experience with a thirteen-years old boy. The leader of our group had to talk to him because he should have beaten another boy. After this talk I went to him and suddenly he began to hug me and started to cry. He told me that it was not his guilt and later it got out that it was really not his guilt and I was very happy that I could help him. This situation showed me that you should listen to people, especially to children, before you make a decision.

Next to this, I love to be creative. I like to paint or do handcrafts. I would like to do that with your children if they want to. We also could do a lot of sports, like playing volleyball or go to a swimming pool. I think I am a really good swimmer so it wouldn't be a problem to go to a swimming pool together. I went to a swimming pool with kids when I had worked at a daycare and we had just so much fun in the water. Your children and me could play waterball and I could teach them how to swim. In the winter we could build a snowman and a snowangel or go sledding. After this outdoor-activities we could go into the house and play games, do handcrafts like window-pictures or I could read something out of theirs favourite books. I am sure that we will have a great time together.

In my opinion, being an au pair is a decision for my whole life. I will become more self-confident, self-employed, improve my english-skills and not at least learn more about the life and so this year will make me a better person. I am so excited of this year because everything will be new for me. I have the chance to learn more about this interesting and beautiful country and last but not least I have the possibility to spend a lot of time with children and we can make a lot of new experiences together.

It would be very great and pleasant if you chose me, because I bet that we will have an interesting and exciting year and enjoy our time together.

Sincerely yours ███████

## Hobbies: ████████████████

We asked ████████: *Please describe your interest and experience in the following areas, and how often you participate in them:*

### Do you play any **sports**?

volleyball, weekly swimming, sometimes canoe, sometimes inline skating, sometimes badminton, sometimes

### Do you enjoy **music**?

I can play the flute. I like listening to music the whole time.

Please describe any **other activities or interests** you participate in and enjoy such as going to the movies, museums, reading, cooking, travel, etc.

I love hanging out with my friends and when we spend time together, we go swimming, go to the cinema, watch DVDs and do a lot of other things, but also I really enjoy these activities, I like to read a good book and to learn new things too. I am open minded to new activities and people!

### What **activities** (outdoors and indoors)

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002460

CC00017870

## What kind of **outdoor activities** do you like?

I like camping, hiking and biking with friends or my family. We like to go to lakes to swim and chill out. We do this activities as often as we can, but because of german weather, our work and our school we don´t have the possibility to do this every week.

## Do you like **creative activities**?

I like drawing and painting. My mother works as an children event-manager. Sometimes I help her doing handicrafts with the children for example on halloween. I also like to take photos of my environment and so I hope that my Au Pair Year will give me a lot of opportunities to take a lot of photos.

would you like to do with the children in your host family?

I would like to do different sports with them like soccer, playing hide and seek, swimming or dancing and singing. We can go to the playground together or in a parc. If your children enjoy being creative, we can paint or do handicrafts together. I also like to cook with children.

## Please describe **any other talents or skills** you have that would be useful when caring for children.

I am really responsible and most of the time in a good mood. I like doing sports and being creative, so I can do lots of different activities with the children.

## Personal Info: █████████████

### Contact Information

|  |  |
|---|---|
| **(admin)** First Name (Official): | ████████ |
| **(admin)** Last Name (Official): | ██████ |

Electronic:

| Email Address: | █████████████ |
|---|---|
| I check my email: | Daily |
| Instant Messenger: | ████████ ████████ |

Phone:

| Home Phone: | █████████████████ |
|---|---|
| Mobile Phone: | █████████ |
| Best Time to Call: | 7pm to 10 pm, weekends from 12pm to 8 pm |
| (**International Dialing Codes**) | |

Mailing Address:

████████
████████████████

### Family Information

Mother:

| Name: | ████████ |
|---|---|
| Occupation: | store worker |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP APP.0002461

CC00017871

| Work Phone: | ████████ |
| Home Phone: | ████████ |

**Father:**

| Name: | ████ ████ |
| Occupation: | welder |
| Home Phone: | ████████ |

**Sibling 1**

| Name: | ██ |
| Gender: | Male |
| Born (year): | 1993 |

---

### Life at Home

**Languages:**

| What language is spoken in your home? | German |
| What other languages do you speak? | English, French nearly fluent english, basic french |

**Tell us about your family:**

Me and my family live together with my grandmother in a big house in ██████████████. It's near ████████. I have a cat, his name is Lenny. I have a good relationship with my whole family. We are a big family and we like to spend time together. We play cards or go to the zoo and have a lot of fun. Of course sometimes we have some little conflicts like every normal family, but nevertheless we have a lot of fun with each other and enjoy spending time together.

**Do you or your parents hold US Citizenship?**

No.

**Have you ever lived away from home for more than 2 months?**

No.

**Please describe your experience with any household duties (cooking, cleaning..):**

I help my mother with all kind of household duties. I am able to cook easy dishes by heart or others using a recipe. I hold my stuff clean, it's naturally.

---

### My Lifestyle

**Smoking:**

| Do you smoke? | No, I do not. |

**Can you live with a family that has cats?**

Yes.

**Can you live with a family that has dogs?**

Yes.

**Are there other pets you do not want to live with?**

HIGHLY CONFIDENTIAL - PLAINTIFFS RESP APP.0002462
ATTORNEYS' EYES ONLY                                    CC00017872

No, there are no animals I couldn`t live with. And also my family had only cats and rabbits, I think that I wouldn`t have problems with other animals.

Do you follow a special diet, such as vegetarian, kosher, and so on?

Yes. celiac disease-->no gluten

Would you be willing to live with a family that follows a special diet (e.g. vegetarian, kosher, etc.)?

Yes.

## Personal Information

### Religion:

| | |
|---|---|
| What is your religion? | Christianity - Protestantism |
| How often do you attend? | Rarely |

### Other:

| | |
|---|---|
| Civil status: | Unmarried |
| Do you have a boyfriend or girlfriend? | Yes. I have a boyfriend since two month. He supports me and my wish to be au pair in the USA and hopes that I will have a great and unforgettable time. |
| Do you have any tattoos or piercings? | No. |
| Have you ever been convicted of a crime? | No. |

## Candidate Evaluations and Other Documents

In this section you can see several important evaluations on this au pair candidate as well as any supplemental documents she/he has sent us in the application process. There are several evaluations that will be important for you to review:

The **Au Pair Profile 1**     (**delete**) form provides an evaluation completed by the person who interviewed this au pair and describes his/her motivations and expectations.

**Certificates 1**     (**delete**)

The **DISC Personality Profile 1**     (**delete**) gives you this au pair's personality test results and provides insight into how she/he works best.

The **English Evaluation 1**     (**delete**) is completed by the person conducting the oral English Evaluation with this au pair and the date it was conducted.

For more details on these formats please visit **InfoSource**.

## Qualifications: ███████████████

HIGHLY CONFIDENTIAL                                                   CC00017873
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002463

## Qualifications

### Driving:

| | |
|---|---|
| *Do you have a driver's license?* | Yes. I have had my driver's license since April 2009 and currently drive 2 - 3 times per week. |
| *When did you start practicing driving?* | October 2008 |
| *Whose car do you typically drive?* | Family's/friend's |
| *What types of cars do you have experience with?* | Cars with standard ("stick shift") transmission |
| *Tell us about where you normally drive:* | everywhere |
| *Do you have experience driving in snowy or icy conditions?* | Yes. We had a really hard winter 2009/2010. I practiced driving in snowy or icy conditions a lot of times. |
| *Are you comfortable driving with children in the car?* | Yes. Although I never drove with children in my car I don't think this would be a problem because I often drove around with friends or my family sitting in the car and I still was concentrated and drove carefully. |
| *Are you willing to drive as an au pair?* | Yes. Yes, of course because as an au pair one of my tasks is to drive the children to their different activities like sports, appointments or to school. Furthermore I think it will not be a problem to drive a car with automatic transmission. |
| *Have you ever been at fault in an accident?* | No. |

### Swimming:

| | |
|---|---|
| *How well do you swim?* | I can swim very well |
| *Would you feel comfortable being responsible for children while they're swimming at the pool or at the beach?* | Yes. I made the german silver swimming badge. |

### Education:

| | |
|---|---|
| *What is your current occupation?* | I am a recent graduate from Advanced Technical College Entrance Qualification |
| *What type of education do you have?* | High School |
| *When did (or when will) you complete your high school education?* | June 2010 |
| *What are you trained or certified in?* | First Aid, Life Guard. |

Work Experience: internship as a travel agent

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP APP.0002464

CC00017874

| | |
|---|---|
| What was your job title? | internship as a travel agent |
| When did you get this work experience? | August, 2010 to October, 2010 |
| Tell us more about your responsibilities and what you liked about the job: | I'll start this internship in August, so I don't know my responsibilities yet and can't tell more about them now. |

## Work Experience: internship in a perfumery

| | |
|---|---|
| What was your job title? | internship in a perfumery |
| When did you get this work experience? | August, 2007 to June, 2008 |
| Tell us more about your responsibilities and what you liked about the job: | I worked as service personal. I also did some desk working. |

## Work Experience: do a paper round

| | |
|---|---|
| What was your job title? | do a paper round |
| When did you get this work experience? | June, 2008 to July, 2010 |
| Tell us more about your responsibilities and what you liked about the job: | I do this job since two years. I do the paper round every sunday morning between 8 am and 9 am. Sometimes, when they open the door, I talk to the customers, but that's it. |

# Childcare Experience: █████████████

## Childcare Experience

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
PLAINTIFFS RESP APP.0002465
CC00017875

| | |
|---|---|
| What age groups of children have you cared for? | 3 to 5 years old, 5 to 8 years old, 8 years or older. |
| **(admin)** Max # kids: | 4 |
| **(admin)** Minimum desired age | 2 years |
| Your views on raising children: | In my opinion, the most important thing on raising children is that the Au Pair and the parents work together. I think children need at the one hand some clear rules but on the other hand they have to do their own experiences. |
| Do you have experience with special needs / handicapped children? | No. |
| What kind of additional childcare experience might you get before departure? | I have two baby-sitter jobs in my neighborhood, but it's not a weekly thing, they call me when they need me so I can't give you a concrete number of hours. |

---

### Childcare Experience 1

**Reference Available.**

A **reference is available** for this childcare experience.

| | |
|---|---|
| Experience type: | Worked/volunteered at a daycare or kindergarten center |
| Responsible adult: | ▮▮▮▮▮▮ |
| How many children did you care for? | 20 or more |
| What gender were the children? | girls and boys |
| How old were the children when you started caring for them? | 6 - 10 |
| How old were the children when you stopped caring for them? | 6 - 10 |
| When did you care for them? | July 2010 - July 2010 |
| How often did you care for them? | weekly |
| About how many days per month did you care for them? | 12 |
| How many hours per day did you care for them? | 7 |
| Were you caring for these children without another adult present? | Yes, I was usually alone with them. |
| What time of day did you care for the children? | Daytime. |
| What type of activities did you enjoy doing with the children, and what duties did you perform while caring for them? | - play with the kids (inside and outside for example skipping rope or play with the ball) - go to the supermarket with the kids - play with water - go swimming with the kids - go into the forrest with the kids - go to the playground with the kids |
| Were any of the children under the age of 2? | No, they were not. |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS' RESP. APP.0002466

CC00017876

## Childcare Experience 2

### Reference Available.

A **reference is available** for this childcare experience.

| | |
|---|---|
| Experience type: | Led/coached a team, or worked as a camp counselor |
| Responsible adult: | ▬ |
| How many children did you care for? | 11 - 20 |
| What gender were the children? | girls and boys |
| How old were the children when you started caring for them? | 8-9 |
| How old were the children when you stopped caring for them? | 8-9 |
| When did you care for them? | July 2010 - July 2010 |
| How often did you care for them? | weekend-camp |
| About how many days per month did you care for them? | 2 |
| How many hours per day did you care for them? | 11 |
| Were you caring for these children without another adult present? | Yes, I was usually alone with them. |
| What time of day did you care for the children? | Daytime, Evening. |
| What type of activities did you enjoy doing with the children, and what duties did you perform while caring for them? | -doing a lot of sports-aktivities(outdoor-sport-days) -canue -fencing - geo-caching -swimming -northern-games -archery -yoga |
| Were any of the children under the age of 2? | No, they were not. |

## Childcare Experience 3

### Reference Available.

A **reference is available** for this childcare experience.

| | |
|---|---|
| Experience type: | Worked/volunteered at a daycare or kindergarten center |
| Responsible adult: | ▬ |
| How many children did you care for? | 20 or more |
| What gender were the children? | girls and boys |
| How old were the children when you started caring for them? | 3-10 |
| How old were the children when you stopped caring for them? | 3-10 |
| When did you care for them? | July 2010 - July 2010 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PLAINTIFFS RESP APP.0002467

CC00017877

| How often did you care for them? | one week |
|---|---|
| About how many days per month did you care for them? | 5 |
| How many hours per day did you care for them? | 7 |
| Were you caring for these children without another adult present? | Yes, I was usually alone with them. |
| What time of day did you care for the children? | Daytime. |
| What type of activities did you enjoy doing with the children, and what duties did you perform while caring for them? | -playing with them(inside and outside), for example UNO, the crazy labyrinth and go on the swings -have breakfast and dinner with them - doing handcrafts like wristbands -painting with them |
| Were any of the children under the age of 2? | No, they were not. |

## Childcare Experience 4

### Reference Available.
A reference is available for this childcare experience.

| Experience type: | Babysat children unrelated to me |
|---|---|
| Responsible adult: | ▮ |
| Tell us about each child you cared for: | ▮ boy, 2 years old when I started caring for him, 7 years old when I stopped. |
| When did you care for them? | Ongoing (started June 2005) |
| How often did you care for them? | monthly |
| About how many days per month did you care for them? | 3 |
| How many hours per day did you care for them? | 4 |
| Were you caring for these children without another adult present? | Yes, I was usually alone with them. |
| What time of day did you care for the children? | Evening. |
| What type of activities did you enjoy doing with the children, and what duties did you perform while caring for them? | -playing(hide and seek for example) -reading -brushing Lucas teeth - take him to bed |
| Were any of the children under the age of 2? | No, they were not. |

## Childcare Experience 5

HIGHLY CONFIDENTIAL          PLAINTIFFS RESP APP.0002468          CC00017878
ATTORNEYS' EYES ONLY

**Reference Available.**

A **reference is available** for this childcare experience.

| | |
|---|---|
| *Experience type:* | Had an experience working with children (not otherwise listed) |
| *Responsible adult:* | ███████████ |
| *How many children did you care for?* | 2 - 3 |
| *What gender were the children?* | girls and boys |
| *How old were the children when you started caring for them?* | 2-8 |
| *How old were the children when you stopped caring for them?* | 2-8 |
| *When did you care for them?* | Ongoing (started October 2007) |
| *How often did you care for them?* | on halloween |
| *About how many days per month did you care for them?* | 1 |
| *How many hours per day did you care for them?* | 7 |
| *Were you caring for these children without another adult present?* | No, another adult was there most of the time. |
| *What time of day did you care for the children?* | Daytime, Evening. |
| *What type of activities did you enjoy doing with the children, and what duties did you perform while caring for them?* | -painting theirs faces on halloween as a witch or princess for example - doing handcrafts like pumpkin lightnings, paper lightnings or potatoe stamps -doing a walk by night with their lightnings, including scaring the children and singing songs |
| *Were any of the children under the age of 2?* | No, they were not. |

## Health Info: ███████████████

### Health Information

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP APP.0002469

CC00017879



In general, how is your health?

Have you ever been hospitalized?

Do you take any kind of medicine?

Have you been treated for any medical condition during the last two years?

Have you ever had psychiatric or psychological counseling?

What have your close family members suffered from?

---

Illness History

What illnesses have you had?

Anorexia

Appendicitis

Allergies

Bulimia

Chicken Pox

Diabetes

Epilepsy

Hernia

Hepatitis A

Hepatitis B

Hepatitis C

Measles

Meningitis

Mental or nervous disorder

Mumps

Pneumonia

Rubella

Scarlet Fever

Serious or persistent cough

Serious or persistent headaches

Tuberculosis

Typhoid Fever

Ulcers

Vertigo/Dizziness

What have you had diseases,                Blood or endrine

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS' RESP. APP.0002470

CC00017880



impairments, or abnormalities of?   system

Bones, joints, or
locomotive system

Brain or nervous
system

Ears or hearing

Eyes or sight

Heart

Lungs, respiratory
system

Other abdominal
organs

Stomach or
digestive system

Tonsils, nose, or
throat

Genito-urinary
system

General Health   I am pregnant

I have a contagious
disease

I have a physical
disability

If you answered "Yes" to any of
the above, please explain further:

## Emergency Release/Waiver

If between the time of filling this out and my departure to be an au pair, I develop any sort of
medical condition and/or become ill, I am required to notify Cultural Care Au Pair and resubmit my
Personal Health Information and Certificate of Health.

Strong recommendations to the au pair: Travel Insurance does not include the cost of normal dental
treatment (not due to an accident), regular medical checks, nor does it include coverage for pre-
existing illnesses or conditions. It is therefore important for any person traveling abroad to receive
thorough dental and physical examinations or medications for pre-existing conditions prior to
departure so that no unexpected costs arise during the period of residence abroad. Keep in mind,
dental and medical treatments are very expensive abroad.

By selecting "Save and Continue" below, I indicate that the information that I have included in this
application is true and I hereby give my full consent to be medically treated or to undergo any
emergency operation which is determined by a doctor and may be necessary during my stay abroad.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002471                                   CC00017881

I also accept full responsibility for any medical expenses which are not covered by my insurance policy. I also give full consent to release this information to potential host families.

███████ has agreed to this waiver on **07/15/2010** at **1:20 PM**.

# Au Pair Year: ███████

## **Why** do you want to be an au pair?

I want to be an au pair because it sounds really interesting to work, play and live with children and their family. Since I worked with children, I am always having a great time and so much fun. I love to see them growing up and especially during my internship at a kindergarden I saw how far they learned something new, and this is somethink I like to see. I love children so much and it makes me really happy to teach them about the everyday life. Having a great time with kids is something which cannot be replaced by anything. Besides of this I want to learn somethink about the american way of life, different cultures and personalities and make experiences with new and different people. Next to this I want to improve my english skills, not at least for my future work life. Finally I think that this year will be an unique, exciting, funny and really precious experience for my whole life.

## What would you like to **accomplish** during your time as an au pair?

I am sure that I will be interested in many courses. So I want to choose them when I know more about the different possibilities. Additionally I am interested in different languages. So if I had the chance, I want to study english, spanish and so on.

## What would you like to do **when you return** from your time as an au pair?

At first, when I return from the USA, I want to do an education but I am still not sure which occupation I want to choose. So I try to do as many internships as I can bevore my trip to the USA, to learn more about different jobs.

## Why should a family **choose you** to be their au pair?

A family should choose me, because I think that I am a very responsible, cooperative, sensible and friendly person and I am sure that your children will have a lot of fun with me and we will spend a great time together.

---

### (admin) Traveling as an au pair

| | |
|---|---|
| *Ideal departure date:* | January 16, 2011 |
| *Consider leaving earlier?* | No, I would not. |
| *Pre-arranged?* | No, I have not. |
| *Planning any holidays or vacations?* | No, I am not. |
| *Ever been an au pair before?* | No, I have not. |

---

### (admin) Living with your host family

### Different **religion**:Ok.

I am a tolerant and open-minded person, and I don't think that the religion could stand between

### **Single father**:Ok.

It's the same thing like living with a single mother.

HIGHLY CONFIDENTIAL          PLAINTIFFS RESP. APP.0002472          CC00017882
ATTORNEYS' EYES ONLY

me and my host family because in my opinion every person should live with the religion she wants to.

## Different race:Ok.

Today we live in a time where the race must not be something which can stand between the people in the world, there is no difference between the different races and I don't see any reasons for having problems with another race.

## Single mother:Ok.

It sounds very interesting to live with a single mother because I only know life with both parents and so for me it is a new and maybe in a certain way even exciting experience to see how a single mother deals with the daily problems and situations in her family.

## Same-Sex couple:Ok.

I neither prefer female nor male couples, and I think it's the same like living with a single mother or father because it would be a new situation for me.

## Anything else you'd like to tell us about yourself?

Like I already told, I'm an open-minded person and I'm always interested in making new experiences and to meet new people, which actually are two of the reasons why I decided to make an au pair year in the USA.

## References: ███████████████

Childcare Reference: ████████

Reference Status: **Translated**

**This reference is for a childcare experience.**
Please see related childcare experience for this reference.

| | |
|---|---|
| Reference provided by: | ████████████ |
| | Certified Childcare Specialist |
| | ████████████ ; Best time to reach you: 08:00 Am To 12:00 Am |
| May a prospective host family contact you for a reference? | No, I am uncomfortable speaking english. |
| After reviewing the information ████ provided regarding her childcare experience, do you have any corrections or additions based on your knowledge of this experience? | I don`t have any corrections.<br><br>I don`t have any corrections. |
| Do you feel ████ would be a good au pair? | - reliable - faithful - keep still - receptive<br><br>- reliable - faithful - keep still - receptive |
| Is there any additional information you would like to provide? | see above.<br><br>see above. |

Reference verified by Svenja.Tasler on September 17, 2010; confirmed that ████ helped at the children's vacation activities this year. She worked with children in the age of 6 to 10, played games, was creative or outside with them! She has a lovely handling and works independently with the kids! cc exp: 70 hrs!

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002473                                    CC00017883



Childcare Reference: ███████████

Reference Status: **Translated**

### This reference is for a childcare experience.
Please see related **childcare experience** for this reference.

| | |
|---|---|
| Reference provided by: | ███████████ did not answer this question,he only wrote "???". |
| | Best time to reach you: From 8 Am To 12 Am. |
| May a prospective host family contact you for a reference? | No, I am uncomfortable speaking english. |
| After reviewing the information ███████ provided regarding her childcare experience, do you have any corrections or additions based on your knowledge of this experience? | No,it's right.In the night from saturday to sunday she camped with the group and even in the night she was there for questions and problems the children had.<br><br>*Die Angaben sind richtig! Julia hat in der Nacht von Samstag auf Sonntag mit der Jugendgruppe gezeltet und stand auch in der Nacht als Ansprechpartnerin zur Verfügung.* |
| Do you feel ███████ would be a good au pair? | She took her responsibility for the group very seriously and was a good contact person for the children.She cared for the group independently and was very sensitive when she was in contact with them.<br><br>*███ hat ihre Verantwortung für die Gruppe immer ernst genommen und war für die Kinder eine gute Ansprechprtnerin. Sie hat selbständig die Gruppe betreuet und war sehr einfühlsam im Umgang mit den Kinder.* |

Reference verified by Svenja.Tasler on August 31, 2010 ████████ confirmed that ███ was rsponsible for 12 kids (age level: 8 & 9 years) on her own, had to do sport with them, support them and have fun, and she did a very good job, was sensitive and very reliable! cc exp: 32 hrs.

Childcare Reference: ███████████

Reference Status: **Translated**

### This reference is for a childcare experience.
Please see related **childcare experience** for this reference.

| | |
|---|---|
| Reference provided by: | ███████████ |
| | Kindergardenteacher |
| | Best time to reach you: 10:00 Am To 3:00 Pm |
| May a prospective host family contact you for a reference? | No, I am uncomfortable speaking english. |
| After reviewing the information ███████ provided regarding her childcare experience, do you have any corrections or additions based on your knowledge of this experience? | She was alone with the children at different activities.<br><br>*She was alone with the children at different activities.* |
| Do you feel ███████ would be a good au pair? | - keep still - cool headed - reliable - inconspicuous - approachable<br><br>*- keep still - cool headed - reliable - inconspicuous - approachable* |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002474

CC00017884



Reference verified by Svenja.Tasler on August 31, 2010; ██████ confirmed that ██ did a one-week training at her daycare center. She kept the kids busy, played, or did sports with them. She was calm handling the active children, was sensitive for their needs and ██████ was very pleased! 35 hrs!

**Personal Reference:** ████

*Reference Status:* **Translated**

*Reference provided by:*  ████
agriculturist / owner of an guesthouse
██████ 58 ; Best time to reach you: 8 Am To 9 Pm

*May a prospective host family contact you for a reference?*  No, I am uncomfortable speaking english.

*For how long have you known ████*  about 12 years.
*ca. 12 Jahre*

*How did you get to know ████*  She spend her holidays with her family on our farm(Thomahof/Fridolfing) nearly evenry summer since she was a little girl.
*Sie machte zum wiederholten Male mit ihrer Familie Urlaub auf unserem Bauernhof(Thomahof/Fridolfing)*

*Words you could use to describe ████ character:*  I got to know her as a friendly and open minded girl. It`s easy for her to get in contact with other people, especially to children.
*Ich lernte sie als ein freundliches und aufgeschlossenes Mädchen kennen. Sie bekommt leicht Kontakt zu anderen Menschen und vor allem zu Kindern.*

*Do you feel ████ would be a good au pair?*  ██ likes to play with children during her holidays and those children where enthusiastic the whole time. So I`m absolutely sure that ██ will take care and entertain the children quite good.
*██ spielte während ihrer Urlaube gerne mit kleineren Kindern und die Kinder waren stets begeistert. Somit bin ich der festen Überzeugung davon, dass ██ als Au Pair-Mädchen die Kinder der Gastfamilie gut betreuen und unterhalten wird.*

Reference verified by Vanessa.Schwierske on September 20, 2010; ██████ confirmed the reference saying that ██ is a very polite and friendly girl. She is open-minded and pleasant to have around. ██ should have no problem adapting to a new culture and family!

**Personal Reference:** ██████

*Reference Status:* **Translated**

*Reference provided by:*  ████ ████
teacher
██████ ; Best time to reach you: Late Afternoon, Evening

*May a prospective host family contact you for a reference?*  Yes.

*For how long have you known Julia Bianca?*  one (school)year
*one (school)year*

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002475

CC00017885



| How did you get to know ▮▮▮▮ | teacher |
|---|---|
| | *teacher* |
| Words you could use to describe ▮▮▮▮▮ character: | ▮▮ is pleasant, friendly, very well organized and dedicated to given or self-imposed tasks (considerably more than her peers) and eager to learn and to succeed. |
| | *▮▮ is pleasant, friendly, very well organized and dedicated to given or self-imposed tasks (considerably more than her peers) and eager to learn and to succeed.* |
| Do you feel ▮▮▮▮ would be a good au pair? | ▮▮ will be able to cope with most kinds of situations in a caring and really responsible way. I would have employed her myself. |
| | *▮ will be able to cope with most kinds of situations in a caring and really responsible way. I would have employed her myself.* |
| Is there any additional information you would like to provide? | ▮▮ seems to be considerably mature for her age. Confronted with failures, she will always try to overcome difficulties. |
| | *▮ seems to be considerably mature for her age. Confronted with failures, she will always try to overcome difficulties.* |

*Reference verified by Svenja Tasler on September 16, 2010; ▮▮▮▮ confirmed that ▮▮ was reliable and punctual. She is a hard-working and flexible young woman. ▮▮▮ wishes ▮▮ all the best for her future!*

| Personal Reference: ▮▮▮▮▮▮ | |
|---|---|
| Reference Status: **Translated** | |
| Reference provided by: | ▮▮▮▮▮▮ |
| | pupil |
| | ▮▮▮▮▮▮ ; Best time to reach you: 5Pm Or Later (Best Days Are Monday And Wednesday Because The Other Days I Either Work After School Until 8 Or 9Pm Or Play Volleyball On Tuesday And Thursday From 8Pm To 10Pm) |
| May a prospective host family contact you for a reference? | Yes. |
| For how long have you known Julia Bianca? | about 2 years |
| | *about 2 years* |
| How did you get to know Julia Bianca? | I got to know her when a friend asked me to go to the cinema with some of her friends I didn't know,and one of those friends was ▮▮ |
| | *I got to know her when a friend asked me to go to the cinema with some of her friends I didn't know,and one of those friends was ▮▮* |
| Words you could use to describe Julia Bianca's character: | ▮▮ is a reliable and friendly person.She is very honest and helpful so you can always call or ask her when you are in trouble or have problems.When she went to school she learned a lot and she is very ambitious.It is fun to go out with her or play volleyball with her because she is a humorous person and laughs a lot.She is responsible and maybe she seems to be a bit shy when you get to know her,but when you learn more about her and spend more time with her you will recognize that she isn't shy at all and it's so easy to feel comfortable with her. |
| | *▮▮ is a reliable and friendly person.She is very honest and helpful so you can always call or ask her when you are in trouble or have problems.When* |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY    PLAINTIFFS RESP. APP.0002476    CC00017886

she went to school she learned a lot and she is very ambitious.It is fun to go out with her or play volleyball with her because she is a humorous person and laughs a lot.She is responsible and maybe she seems to be a bit shy when you get to know her,but when you learn more about her and spend more time with her you will recognize that sie isn't shy at all and it's so easy to feel comfortable with her.

| Do you feel ▇ would be a good au pair? | During the last weeks/months she had different jobs where she had to care for a lot of children,so she could practice how to deal with special and difficult situations.One of my friends was caring for the children at a weekend where she had the job too,and I talked with him and he told me that she did a good job and the children really liked and respected her.And from her other jobs she had good evaluations too,and because of this and because I know her I think she would provide a prospective host family with quality and responsible childcare. |

*During the last weeks/months she had different jobs where she had to care for a lot of children,so she could practice how to deal with special and difficult situations.One of my friends was caring for the children at a weekend where she had the job too,and I talked with him and he told me that she did a good job and the children really liked and respected her.And from her other jobs she had good evaluations too,and because of this and because I know her I think she would provide a prospective host family with quality and responsible childcare.*

| Is there any additional information you would like to provide? | I think apart from what I've already written there's nothing more which would help you to evaluate her,I only can repeat that in my opinion Julia would be a very good aupair and an advantage for every prospective host family. |

*I think apart from what I've already written there's nothing more which would help you to evaluate her,I only can repeat that in my opinion Julia would be a very good aupair and an advantage for every prospective host family.*

Reference verified by Svenja.Tasler on September 16, 2010; ▇ is a very close friend of ▇ and told me how open-minded and reliable she is! You can always count on ▇ and be sure that she will help and support you!

---

Childcare Reference: ▇

Reference Status: *Translated*

### This reference is for a childcare experience.
Please see related **childcare experience** for this reference.

| Reference provided by: | ▇ teacher ▇ ; Best time to reach you: Evenings After 8 Pm |
| May a prospective host family contact you for a reference? | Yes. |
| After reviewing the information ▇ provided regarding her childcare experience, do you have any corrections or additions based on your knowledge of this experience? | No. *No.* |
| Do you feel ▇ would be | During the last two years Julia developped from a teenage girl to a young |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002477

CC00017887



| | |
|---|---|
| a good au pair? | adult. She learned to take responsibility and to gain more self confidence. During our babysitting she was most of the time dealing with one child. Occasionally she babysat our smallest child and the 4 years older sister. We think she´s good a dealing with one child in pre-school age. |
| | *During the last two years,* ▆ *developped from a teenage girl to a young adult. She learned to take responsibility and to gain more self confidence. During our babysitting she was most of the time dealing with one child. Occasionally she babysat our smallest child and the 4 years older sister. We think she´s good a dealing with one child in pre-school age.* |
| Is there any additional information you would like to provide? | ▆ has a very nice family, which has a lot of social contacts. She´s well integrated in the social life of our little village. She and her family like to do volunteer working for social activities (events, season´s meeting, barbeques etc.). |
| | *▆ has a very nice family, which has a lot of social contacts. She´s well integrated in the social life of our little village. She and her family like to do volunteer working for social activities (events, season´s meeting, barbeques etc.).* |
| | Reference verified by Svenja.Tasler on August 30, 2010; ▆ told me that ▆ takes care of ▆ since he is 2 years old. They do a lot of fun things together, ▆ have a great relation to each other. She is reliable and punctual and they are very pleased with her! cc exp: 720 hrs! |

---

**Childcare Reference:** ▆▆

---

Reference Status: **Translated**

---

### This reference is for a childcare experience.
Please see related **childcare experience** for this reference.

| | |
|---|---|
| Reference provided by: | ▆▆ |
| | Lagerarbeiterin |
| | ▆▆ |
| | Best time to reach you: 6Pm To 8Pm |
| May a prospective host family contact you for a reference? | No, I am uncomfortable speaking english. |
| After reviewing the information ▆ provided regarding her childcare experience, do you have any corrections or additions based on your knowledge of this experience? | This information are correct. *Diese Invormationen sind korrekt.* |
| Do you feel ▆ would be a good au pair? | In my opinion, she will be a good au pair, because she haven`t got any problems to get in contact with children and easily builds up relationship with chidren. But nevertheless she is treatet respecfully by the children. |
| | *▆ eignet sich meiner Meinung nach zu einem Au Pair,da sie leicht Kontakt zu Kindern bekommt und sehr gut auf sie eingehen kann.Dennoch kann sie sich als Respektperson geben.* |
| Is there any additional information you would like to provide? | i think that she should see life in an other family to gain experiences for her future life, and she should improve her english language,because in her future job life this will be a great advantage. |
| | *Ich bin der Meinung, dass ▆ dass Leben in anderen Familien* |

PLAINTIFFS' RESP. APP.0002478

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY                                    CC00017888

*kennenlernen sollte,um Erfahrungen für ihr weiteres Leben zu sammeln. Auch die englische Sprache muss verticft werden , da sie beruflich nur dadurch gewinnen kann!*

*Reference verified by Svenja.Tasler on September 16, 2010;* ▇▇▇▇▇▇ *said that* ▇▇ *is helping during freetime activities, e.g. Halloween partys. She has to play with the children and entertain them.* ▇▇▇▇▇▇ *said* ▇▇ *is sensitive for the kids' needs and they love spending time with her! cc exp: 125 hrs!*

Scanned References

### Reference 1



HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002479                                      CC00017889



HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY                                                    CC00017890

PLAINTIFFS' RESP. APP.0002480



**Cultural Care Au Pair**

## Childcare Reference

To the referee: _____ (Au Pair name) is applying to Cultural Care (registered business name of International Care, Ltd.) to be an au pair in the United States for one year. Please answer the following as honestly and completely as possible. The answers will be used to assist us in placing the applicant with a family. If you do not feel comfortable writing in English, please fill out the reference in your native language (see reverse). You will be contacted by the local office to confirm this reference.

1. How did you get to know the applicant (employer, neighbor, teacher etc.)? *she was a child in my kinder-garten*

2. How do you know that the applicant can take care of children?
   ☐ The applicant has taken care of my children  ☒ I have supervised the applicant (e.g. Camp director, childcare center manager)
   ☐ We have worked together with children  ☐ Other: _____

3. When did the applicant take care of the children: Started (dates) month *03* year *10* Stopped (dates) month *4* year *10* ☐ Ongoing *(3 weeks)*

4. Has the applicant taken care of these children when they were under the age of two? ☐ Yes ☒ No

5. Please write down the sex and age of the children the applicant cared for (If in a group setting, please write the number of children and the age range).

| Name of the children (If a group, please write # of children) | Sex (M/F) | Age of the children when started | Age of the children when stopped |
|---|---|---|---|
| # of kids: 25 | m/f | 3 - 6 | 3 - 6 |
| | | | |
| | | | |

6. Please specify the level of responsibility the applicant had when she/he cared for the children: ☒ Helper ☐ Fully responsible

7. What time of day did the applicant care for the children: ☒ Day ☐ Evening ☐ Overnight/Weekends

8. What type of activities did the applicant do while taking care of the children? _____

9. Please describe why you think the applicant would be a good au pair: *She was kind + friendly with the children*

10. Please add any information you would like to give us about the applicant: _____

11. Complete the following:
    Name: [redacted]  Occupation: *kindergarten teacher*
    Phone: [redacted]  Work/mobile phone: _____
    Address: [redacted]  Postal code/City: [redacted]
    Email: *see extra sheet!*  Best time to reach you: *morning / noon*
    Signature: *See extra sheet!*  Date: *14.06.2010*

A prospective host family may contact you for a reference. Do you speak English? ☐ Yes ☒ No

FOR OFFICE USE ONLY
Comments: *Mrs Wagner-Braun confirmed that Julia was a good trainee. She was nice + friendly*

The reference confirms *90* total childcare hours including _____ total infant hours.
My signature confirms that I have spoken with the reference listed above, verified the childcare experience including the childcare hours as outlined above and ensured that the translation, if any, is accurate.
Name (print and sign): *Svenja Tasler  S.T.lo*  Date *08/31/2010*

*All of those who write reference may not speak or write in English. In such cases, Cultural Care shows the referee to fill out this form in their native language which the au pair then translates. All translations are checked by Cultural Care staff/representative.*

Cultural Care is a U.S. government designated exchange program     Last updated February 2009





# Agreement

*Cultural Care (registered business name of International Care, Ltd.), with registration number CH-1003.023.491-6, having its registered address at* ████████████████████████████████████████████████ *and the undersigned au pair,*

████████████████████████████████████████████████

with personal identification number _____ ("I", "me" or "my"), for good and valuable consideration, understand and agree to the following terms and conditions (the "Agreement") relating to the au pair's participation in Cultural Care Au Pair au pair program (the "Program").

1. In addition to the terms of this Agreement, I agree to abide by additional reasonable terms and conditions stipulated by CC during the Program, including the Extension program. If there is any confusion between this Agreement and the terms of any other contracts, agreements, or materials of any kind, the terms of this Agreement shall prevail.

2. I acknowledge that any materials I submit to Cultural Care will be used to make a suitable host family match for me and therefore agree that any submitted materials may be disclosed to prospective host families during the selection process.

3. I agree to comply with the Program regulations issued by the United States Department of State (22 CFR Part 62) ("Regulations"). I acknowledge receipt of a copy of the Regulations as they apply to me. I also understand that I must comply with CC's rules as outlined in this Agreement, the Au Pair Handbooks and other materials that CC has supplied to me. This includes staying within the legal number of working hours per day and week without exception. This also includes participation in all child safety and child development training and orientation sessions sponsored by CC. I will inform my Local Childcare Coordinator or CC if I encounter anything that does not comply with the Program regulations as outlined by the U.S. Department of State Regulations.

4. I agree to perform the child care responsibilities as outlined by CC and my host family to the best of my ability. I understand that providing childcare is my primary obligation in this Program and that any personal plans or activities will take secondary priority to caring for my host children. Should I be found to act in a way that puts my host children at risk or is inappropriate in any way, I understand that I will be removed from the Program. I understand that my host family may ask me to respect a curfew and/or assign other reasonable restrictions designed to protect the safety and well-being of my host children. I agree to abide by such reasonable restrictions. I also understand that I may not post photos or personal information about my host family, host children, or host home on any web site, blog or the like without the express written consent of my host parents.

5. During my participation in the Program I will abide by all local, state and federal laws and other regulations. I understand that breaking these laws (such as shoplifting, driving under the influence of alcohol, drinking alcohol under the age of 21, possession, or use of illegal substances, etc.) shall be grounds for my immediate dismissal from the program and my return flight will be forfeited.

6. I understand that I may not use the family's automobile(s) for any reason without express permission from the host family and that any agreement to use the host family's automobile is strictly between the host family and me. I will not use the automobile unless the host family has obtained all of the mandatory automobile insurance coverage required under the laws of the state where the host family resides. I understand that if I have a car accident while using the car for personal use not related to my child care duties that I will be required to pay a deductible up to $500 US.

7. I agree to pay any personal expenses I incur while participating in the Program, including but not limited to, health expenses not covered by insurance, phone bills and/or car damages. CC is not responsible for any financial disputes I have with my host family such as outstanding money for educational component, weekly stipend, etc. I understand that I must settle all disputes directly with my host family prior to my departure from their home.

8. I understand that my Local Childcare Coordinator and the Cultural Care staff in the U.S. are my primary contacts during the Program, and are responsible for ensuring a positive and successful program year for me and my host family. I will notify the staff of CC in the U.S. in case of disagreement, misunderstanding or serious problems including but not limited to, my health, safety, welfare, adjustment to my host family, school, culture or language, or misunderstandings or problems with my host family. I acknowledge that CC is solely responsible for choosing appropriate host families for me and I will not make attempts to obtain placements on my own after my arrival in the U.S. In situations where I am having problems with my host family, I agree to consult with and meet with my Local Childcare Coordinator and to follow CC's mediation guidelines as outlined in the Au Pair Handbook. I understand that it is CC's policy to try to resolve issues in the existing placement if possible before considering a new placement.

9. If CC determines that my placement within the host family will not continue, CC shall determine whether or not to pursue a new host family match for me. I understand that CC may not pursue a new host family for me due to safety concerns, a lack of positive recommendations or for other reasons relating to my suitability on the Program. I acknowledge that CC has sole discretion to pursue a new placement or not. Should CC decide to pursue a new placement, I understand that CC will use reasonable efforts for two weeks to find another host family for me. During such time, I shall continue to live with my current host family who, in its discretion, may request me to provide, or not to provide, any childcare services and I shall remain reachable by phone/email with CC at all times. If I do not perform childcare duties during the transition period (even if I stay with a host family) I understand that I will not receive the weekly stipend. CC will make every effort to match me with appropriate host families. Should I reject these host families for reasons of geographical region, car/computer use or other non-essential reasons I understand that CC may opt to discontinue a search for replacement. I understand that CC cannot guarantee a new family placement for me within the two-week transition period and inability to be replaced will result in my early return to my home country.

10. I understand that CC has the exclusive right to determine my suitability for acceptance and for my continued participation in the Program. I understand that if CC determines that my emotional or physical state does not make me suitable for providing quality childcare, I will be removed from the Program. I also understand that should I marry or become pregnant while on the Program I will also be removed from the Program. If my performance as an au pair and/or participation in the program is deemed unsatisfactory by CC for whatever reason, CC will reassess my suitability for future placement. I understand that

*Version SY11, Last updated May 2010*

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP. 0002482

CC00017892

I may be terminated from the Program if I do not successfully complete the Program requirements and uphold Program expectations for reasons including, but not limited to, the following: leaving the host family without prior consent from CC; engaging in behavior that CC deems inappropriate during the Program duration, performance reasons including but not limited to breaking host family rules, neglectful or inappropriate behavior towards the children, etc.; non-participation in training, not fulfilling educational credit, non-attendance at monthly meetings, or if I in any way violate this Agreement. I further understand that should it be discovered that I have falsified or withheld critical information from my application materials including, but not limited to, health conditions, criminal history, educational documentation, childcare experience, etc. I may be terminated from the Program. Should I be terminated from the Program because of my actions including, but not limited to, those outlined above, I forfeit my return flight to my home country and must pay for this flight on my own.

11. I understand that the Program is designated as a full year program with the possibility to extend for a further six (6), nine (9) or twelve (12) months. Should I voluntarily decide to return home before the regular end date of my program (including extension period) I understand that my flight must be paid for by me. The exception to this will be in cases of my own extreme illness or the extreme illness or a death in my immediate family. Should I terminate or be terminated from the Program for any reason as outlined in this agreement, such termination will result in the following:

a) I will forfeit the return ticket and I will be required to make my own arrangements to return to my home country at my own expense; and b) My CC insurance coverage will no longer be valid and no part of it refunded other than the 13th month optional insurance; and c) My status will be reported to U.S. Immigration and my participation in the au pair program will be canceled. d) CC will not provide me with housing in the USA.

12. CC will arrange my flights from and to my home country, from a CC approved gateway. I am responsible for my own transportation and the cost involved to the specified departure gateway in my home country. My departure date to the US (Group Arrival Date), will be determined by my availability and my host family's request. Should I cancel either of the included flights once the ticket has been issued, I understand that I will then be held responsible for any penalties and costs relating to this cancellation. CC will determine my return date based on the end date of my program and my host family gateway will be my return gateway. Special requests may be considered, however additional fees may apply and these costs will be my responsibility. I understand that CC cannot book my return flight for a date later than thirty (30) days after completion of my Program. I understand that CC will not arrange for my return flight in the case that I do not successfully complete the Program (including completion of required educational component). In this case I shall be responsible for my own flight home.

13. This agreement is made between me and CC. In regards to confidentiality, CC agrees not to divulge medical or confidential information about me or my Program experience to any third party except in case of medical emergency. As a person of the age of majority I understand that this also includes my parents or family members as well as any partner or friends. Any disputes will be settled between me and CC or any legal entity bound to represent us and no other third party.

14. I agree to irrevocably, unconditionally, and fully remise, release and forever discharge CC and its affiliates; and said persons' respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates, or others to the extent acting or purporting to act on the aforementioned persons' behalf (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which I have or may hereafter have, which arise out of illness, injury, damage or loss of any other kind to me or my property resulting from or during participation in the Program. This includes, without limitation, my performance of services for and involvement with the host family, regardless of how such illness, injury, damage or loss may arise. I further agree to indemnify and hold harmless the Released Parties from and against any losses, claims, damages or liabilities related to or arising out of my participation in the Program, including (without limitation) any illness, injury or damage to me, that my host family causes, that any third party causes, that I cause or to which I contribute, and any illness, injury or damage to my host family which I cause or to which I contribute.

15. This Agreement shall take effect as a sealed instrument under and shall be governed by the laws of Switzerland. In the event of any claim, dispute, or proceeding arising out of the relationship of me and CC, or any claim which in contract, tort, or otherwise at law or in equity arises between the parties, whether or not related to this Agreement, the parties submit and consent to the exclusive jurisdiction and venue of the arbitrational tribunals of Switzerland.

16. My signature on this agreement indicates acceptance of this Agreement and is legally binding. No alterations to the terms of this agreement will be valid unless approved in writing by CC. If any provision of this agreement shall be deemed unenforceable, such paragraph shall be omitted and the remainder of the agreement shall be valid and enforceable to the fullest extent allowed by law.

13.03.2011

_Date_

Au pair name printed

_If au pair will not be of the legal age of majority in his/her home country at the time of anticipated departure to the USA, please include below signature of parent or legal guardian._

Legal guardian signature

_Date_

Legal guardian name printed

**Version SY11, Last updated May 2010**

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP. 0002483

CC00017893



## English Evaluation form

English Evaluations are conducted using a series of standardized questions and geared towards evaluating the skills and English ability of a prospective au pair candidate during an interview. The evaluation is entirely in an oral format to mimic the experience that au pairs will have during their au pair year. Interviewers evaluate a candidate's comprehension abilities as well as the level of ability of response. Below, you will see a summary of what are considered the appropriate skills for each English skill level. The interviewer has marked the au pair candidate's English level based on the results of our evaluation criteria.

Au Pair Name: ███████████████        AP ID # ███████████████

Please indicate which level the candidate reached during the English evaluation based on questions and scenarios:

☐ **Level 4 – Proficient English**
Candidate is able to negotiate an emergency situation in a basic yet successful way to get an appropriate response. She/he can understand basic conversation and day-to-day topics if the speaker speaks slowly and clearly with only occasional rephrasing. She/he is able to respond in simple sentence format although may make some mistakes. While she/he may not be yet able to easily communicate on abstract topics or in future/conditional tenses, she/he is able to function in normal everyday life in English.

☒ **Level 5 – Intermediate English**
Candidate is able to respond with relative ease verbally in day-to-day situations, but still might need clarification on more complex words and concepts. She/he understands with minimal repetition unless the speaker is speaking quickly. She/he can understand more abstract topics but responses might require more time and effort to formulate. Still makes mistakes but the flow of comprehension and speaking, especially in normal day-to-day situations, is for the most part fairly smooth.

☐ **Level 6 – Advanced Conversational English**
Candidate is able to understand the flow of discussion between native English speakers at normal speed without repetition needed. Can respond to most topics easily. Is able to watch and understand television or movies in English. Is beginning to be able to understand and communicate humor, although this still comes with some effort. Still makes mistakes from time to time but the basic structure of sentences is correct, including future and conditional tenses.

☐ **Level 7 – Fluent English**
Candidate can function effortlessly on any topic despite being a non-native speaker. Can understand everything at normal spoken pace, including television and movies in English. Is using slang and humor easily. Although the candidate has an accent, she/he no longer struggles to understand or communicate at all.

☐ **Level 8 – Native English speaker (mother tongue)**

_Kerstin Boon_   _[signature]_        2010-Jul-11   Hanover
Name of Interviewer (printed and signed)                Date/place of evaluation

Cultural Care is a U.S. government designated exchange program        Last updated March 2009

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
PLAINTIFFS RESP APP.0002484
CC00017894



**Hannah-Arendt-Schule**    Berufsbildende Schulen für Wirtschaft · Recht · Verwaltung der Region Hannover

# Fachoberschule – Wirtschaft und Verwaltung –
## Schwerpunkt Wirtschaft
### Klasse 12

# ABSCHLUSSZEUGNIS

Frau ▬▬▬▬, geboren am ▬▬▬▬ in Gehrden, hat die Klasse FW29B der Fachoberschule Klasse 12 besucht und die Abschlussprüfung bestanden.

## BEWERTUNG DER LEISTUNGEN

| | |
|---|---|
| Deutsch | befriedigend |
| Englisch | befriedigend |
| Mathematik | gut |
| Physik | gut |
| Politik | gut |
| Sport | befriedigend |
| Religion | gut |
| Betriebswirtschaft mit Rechnungswesen-Controlling | ausreichend |
| Volkswirtschaft | gut |
| Informationsverarbeitung | befriedigend |

Sie hat die Fachhochschulreife erworben.

| Durchschnittsnote | 2,6 | Zwei/Sechs |
|---|---|---|

Entsprechend der Rahmenvereinbarung der Ständigen Konferenz der Kultusminister der Länder über Fachoberschulen i. d. F. vom 28.02.1982 berechtigt dieses Zeugnis in allen Ländern der Bundesrepublik Deutschland zum Studium an Fachhochschulen.

Bemerkungen:    keine

Hannover, ▬▬▬▬



_____
Vorsitzende des Prüfungsausschusses/
Schulleiterin

_____
Klassenlehrer(in)

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP.0002485

CC00017895


**Cultural Care Au Pair**

## Physician's Health Evaluation

*To be completed by a physician who is not a parent or relative of the patient. Each certificate will be examined by Cultural Care. Any questions concerning the information contained here will be discussed in a completely confidential manner.*

Name of patient/au pair: ███████████████████                 Date of birth: ███████████████████
                                                                                                                    *Month/Day/Year*

1. Sex: *Female*  Height: ██████  Weight: ████  Blood Pressure: Sys ████  Dia ████  Pulse Rate: ████  Regular ████████

2. Are reflexes normal?  Pupil: ██████  Knee: _____  Other: _____

3. Is vision normal? _____  Does the au pair use glasses? ██████████████

4. a) Please describe any medication ██████████████████████████████ ly taken: _____

   b) What is the above medication for? █████████████████████

5. Does the patient present any history or symptoms of nervous, emotional or mental abnormality? For example any history of neurosis, nervous break-downs, nervous fatigue, recurrent nightmares, stammering or stuttering or psychiatric counseling? ████████████

6. Does the patient have any history or symptoms of an eating disorder such as anorexia, bulimia or other similar condition? ██████

7. Does the patient have any illness or condition which is contagious or communicable? ██████████

8. Does the patient have any chronic diseases such as epilepsy, diabetes, etc? ████████████████

9. Is there evidence of any other disease, impairment or abnormality? ████████

10. In my expert opinion, the general state of the patient's health is: ████████████████████

11. Is there any additional information that we should take into consideration when placing this au pair in an American family? ████████████

### Inoculations

████████████████████████████████████

TD tetanus/Diphtheria inoculation  2████
Polio
BCG inoculation date (if applicable):
✔ 6.5. 04 █████████████

*My signature confirms that I have examined the patient today, reviewed the Certificate of Health with him/her and personally completed the Physician's Health Evaluation.*

Signature and stamp of physician: _____  Date of examination: *14.2.2011*

Name of physician: ████████████████

Address of ph██████████████████████████████████████

Phone numbe█████████████████

For Cultural ██████████████████████████████████

████████████████████████████████████

*Cultural Care is a U.S. government designated exchange program*

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
PLAINTIFFS_PROP_APP.0002486                                          CC00017896



## Au Pair Profile Form

To be included in the application packet for host family consideration. To be completed in English by the Interview Leader after the au pair's personal interview with Cultural Care.

| Au Pair Name: ███████████ | AP ID # ███████████ |
|---|---|

**Please describe the au pair's personality:**
███ is an open-minded young woman with a well-balanced personality. She is a family-oriented person who finds an approach to strangers easily. She is communicative, enjoys spending time with friends, doing sports like volleyball as well as listening to music.

**Please describe the following attributes of the au pair:**
**Motivation:** ███ is planning becoming an Au Pair for about one and a half year and she cannot wait meeting her future host family and making new experiences. Her major goals during the year are improving her English skills, getting to know the American culture and experiencing the American way of living. Of course, she would like to see many places in the U.S. and is looking forward making friends for life.

**Expectations:** During the interview ███ described realistic expectations on how a day as an au pair looks like. To her, it is important to become a respected family member and create a good relationship to her host family. She is aware of her responsibility and will use the experiences she made during her babysitting jobs and internships to enrich her host kids life.

**Maturity:** ███ might be initially shy, but with your help and understanding she will adjust to her new environment soon. She is aware that the au pair year is a one year commitment and her parents support her decision. Moreover, they encourage her making new experiences and her positive and open-minded personality together with the fact that she easily finds an approach to children will help her managing stressful situations during the year.

**Childcare:** ███ enjoys spending time with children – joking around with them, playing games and spending a lot of time outside. Moreover her experiences taking care of huge groups of children give her many ideas on how to entertain children – so there will always be something to do. In case a child will not listen to her, she will stay calm, explain what the child did wrong and react individually depending on the child's character. Julia is also looking forward sharing her hobbies with her host family and learning new things in return.

**Please include any other comments that would be important to a host family reviewing this candidate:**
███ is an open-minded and honest young woman who is will enrich her host families' life and be a great friend for the children.

Considering the information above, the applicant should be:
☒ Accepted ☐ Rejected ☐ Reconsidered

| | |
|---|---|
| _signature_ | Hanover ███████ |
| Kerstin Bach (Interviewer) | Date/place of evaluation |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Profile for: ▮▮▮▮▮▮▮

**DISCovery Profile for:**

Your responses indicate that you ...

**■ D**
- strive to create a structured and harmonious environment.
- prefer to let others initiate action.
- are inclined to be reserved and conservative.
- are rarely impetuous and usually lean towards a more cautious approach.

**■ I**
- are comfortable working alone.
- tend to take little at face value.
- are precise and factual in your relationships.
- tend to use your social skills when circumstances dictate.

**■ S**
- are patient and persistent.
- are usually calm and controlled.
- have the ability to deal with the task in hand and to do routine work with diligence and care.

**■ C**
- are comfortable following well-defined procedures and systems in both at work and at play.
- prefer working in a stable and ordered environment.
- tend to avoid risk-taking.
- prefer sticking to methods that have proven to be successful in the past.
- have a high acceptance of rules and regulations.

More about you ▶

**More about you and how to increase your effectiveness:**

**You have a strong inner drive to be systematic** and precise in all that you do. You are a natural choice for work that requires attention to detail and accuracy.

Your desire for perfection may cause you, at times, to get rather 'bogged down'. You are likely to arrive at a good conclusion but some people may become rather frustrated by your decision making speed.

A stable and predictable working environment is definitely for you. You are likely to find it difficult to function - and be rather uncomfortable - in an unstructured work place.

You should be good at handling the pressure and stresses of every day life. In fact when under pressure your analytical approach should enable you to clinically appraise what's happening rather than re-acting emotionally.

**Your primary strengths:**
- Your conscientiousness, diligence and attention to detail,
- Your constant striving for accuracy and high standards.

**To increase your effectiveness:**

Being analytical and objective counts for a lot. However, remember to also focus on the social rituals and courtesies of life - they count for more than you may think. In addition, some people prefer to be dealt with in a more assertive, confident and demonstrative manner.

Make an effort to show your empathy. Make an extra effort to put yourself 'in the other person's shoes' and modify your behaviour and approach accordingly.

End of your report.

© 2012 Psychological Solutions Fortation LLC | thediscvercom

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS' RESP. APP.0002488

CC00017898