# **<u>Exhibit O</u>**

(replacing ECF No. 943-27)

# Bundesamt für Justiz

Bundesamt für Justiz, 53094 Bonn

Frau
Julia Bianca Anders
Stemmen
Lilienweg 7
30890 Barsinghausen

Bonn, den 08.03.2011
Hausanschrift: Adenauerallee 99-103, 53113 Bonn
Telefon: 0228 99410 40 (Zentrale)

Telefax: 0228 99410 5050
Aktenzeichen:
U0626-03241002--
08032011-13092801-NB-DTV--/-/-
(bei Rückfragen bitte angeben)

## Führungszeugnis

über

Julia Bianca Anders

### Angaben zur Person

| | | |
|---|---|---|
| Geburtsname | : | Anders |
| Familienname | : | ./. |
| Vorname(n) | : | Julia Bianca |
| Geburtsdatum | : | 22.11.1990 |
| Geburtsort | : | Gehrden |
| Staatsangehörigkeit | : | deutsch |
| Anschrift | : | Lilienweg 7 |
| | | 30890 Barsinghausen OT Stemmen |

Inhalt: **Keine Eintragung**

Bitte prüfen Sie die Angaben zur Person, um Verwechselungen zu vermeiden. Offenkundige Fehler, auch im Hinblick auf den Inhalt des Führungszeugnisses sollten Sie mir unverzüglich - ggf. telefonisch - anzeigen, um eine sofortige Überprüfung zu ermöglichen.

Dieses Führungszeugnis wurde mit Hilfe automatischer Einrichtungen erteilt und nicht unterschrieben.

PLAINTIFFS RESP. APP.0002489
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
CC00017899

Cultural Care Au Pair, 1017 Berlin, Tel: 030 / 203 47 400, Fax: 030 / 209 47 401, aupair@culturalcare.com, www.culturalcare.de

## Certificate

Herewith it is certified that:

*Julia Bianca Anders*

has successfully taken part in the:

# PREPARATION WORKSHOP

The workshop includes the following topics:

- Vocabulary on children and household
- Driving in the USA
- Money and banking
- College – where to study and how to enroll
- Illness and insurance
- Schedule, work, and communication with the host family

The participation in this workshop shows the Au Pair's dedication and commitment to our program.

11/06/2010 Hanover                    *Dorothee Jager*

Date and Location                    Representative Cultural Care Au Pair

Cultural Care Au Pair

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

PLAINTIFFS RESP. APP. 0002490

CC00017900

Matching history (proof of au pair application presentation to families including dates):

**Manual Matching History**

| Date | HF Number | Family Name | State | GroupArrival | Status | Sub Status | PM | LegalDepDate |
|------|-----------|-------------|-------|--------------|--------|-----------|-----|--------------|
| 9/22/2011 | USX153763 | Carlson | CT | 11-09-4 | FX | | 0 | 5/8/2012 |
| 9/20/2011 | USX153763 | Carlson | CT | 11-09-4 | PMX | | 0 | 5/8/2012 |
| 9/20/2011 | USX153763 | Carlson | CT | 11-09-4 | PPX | | | 5/8/2012 |
| 9/19/2011 | USX153763 | Carlson | CT | 11-09-4 | AVX | | 0 | 5/8/2012 |
| 9/15/2011 | USX153763 | Carlson | CT | 11-09-4 | PMX | | 0 | 5/8/2012 |
| 9/15/2011 | USX153763 | Carlson | CT | 11-09-4 | PPX | | | 5/8/2012 |
| 8/31/2011 | USX86398 | White | MD | 11-08-4 | XF | XFA | 0 | 5/8/2012 |
| 8/16/2011 | USX86398 | White | MD | 11-08-4 | FX | | 0 | 5/8/2012 |
| 8/13/2011 | USX86398 | White | MD | 11-08-4 | PMX | | 0 | 5/8/2012 |
| 8/13/2011 | USX86398 | White | MD | 11-08-4 | AVA | AUTO | | 5/8/2012 |
| 7/28/2011 | USX193191 | Meyer | KS | 11-01-0 | XF | XFH | 0 | 5/8/2012 |
| 6/27/2011 | USX193191 | Meyer | KS | 11-01-0 | FX | | 0 | 5/8/2012 |
| 6/24/2011 | USX193191 | Meyer | KS | 11-01-0 | PMX | | 0 | 5/8/2012 |
| 6/24/2011 | USX193191 | Meyer | KS | 11-01-0 | AVX | | | 5/8/2012 |
| 6/22/2011 | USX103189 | Melnick | MD | 12-07-1 | PPX | | 0 | 5/8/2012 |
| 6/14/2011 | USX103189 | Melnick | MD | 12-07-1 | XF | XFX | 0 | 5/8/2012 |
| 5/10/2011 | USX103189 | Melnick | MD | 12-07-1 | F | CURR | 0 | 5/8/2012 |
| 1/21/2011 | USX103189 | Melnick | MD | 12-07-1 | F | | 14 | 5/8/2012 |
| 1/7/2011 | USX103189 | Melnick | MD | 12-07-1 | PM | | 0 | 2/13/2012 |
| 1/6/2011 | USX103189 | Melnick | MD | 12-07-1 | PPM | LCC REC | | 2/13/2012 |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

**Lauren Edwards**

| | |
|---|---|
| **From:** | Maria Calabro <maria.calabro@lcc.culturalcare.com> |
| **Sent:** | Monday, April 16, 2012 7:05 AM |
| **To:** | Cultural Care Au Pair Operations |
| **Subject:** | Re: Program Completion Form |

I confirm that the below information is correct. Julia Anders is in good standing with our program.

Maria Calabro

On Sat, Apr 14, 2012 at 8:45 PM, Cultural Care Au Pair <no-reply@wufoo.com> wrote:
Dear LCC,

The au pair below has filled out the Program Completion Form online and has indicated that he/she has taken the classes listed and attended the au pair meetings checked off. **Please respond to this e-mail as soon as possible to confirm that the below information is correct, and whether or not the au pair is in good standing with the program (has completed the Educational Component and attended the au pair meetings).**

Only upon receipt of your confirmation, will Cultural Care be able to refund the au pair's deposit (if applicable). If an au pair does not complete his/her educational component during the program, he/she will not be in good standing with the program and will therefore forfeit his/her deposit.

By confirming, you hereby state that the au pair is in good standing with the program and recommend that Cultural Care Au Pair return the deposit (if any) to the below named au pair for fulfilling his/her duties in the host family during the program year and attending the monthly meetings, fulfilling the educational component and, to your knowledge, not leaving any unsettled matters (such as phone bills, car costs, etc.) behind with his/her host family.

**If you recommend that Cultural Care withhold the deposit for the below named au pair, please clearly list the reasons in your response.**

If you have any questions regarding this e-mail, please do not hesitate to contact the Operations department at 800-448-5753.

Kind regards,
Cultural Care Au Pair Operations

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
PLAINTIFFS RESP APP.0002492
CC00017902

# Program Completion Form

| | |
|---|---|
| Au Pair Number: | DEU108218 |
| Au Pair Name: | Julia Bianca Anders |
| Arrival Date to the US: | 05/09/2011 |
| Host Family Name: | Carlson |
| Host Family State: | CT |
| LCC Name: | Maria Calabro |
| LCC Email: | Maria.Calabro@lcc.culturalcare.com |
| Accredited University/College/Institution: | Northwestern Connecticut Community College |
| Course Taken: | English as a second language class |
| Number of Hours: | 7275 |
| Number of Credits: | 6 |
| Date Completed: | Wednesday, March 28, 2012 |
| Total number of hours: (sum of above) * | 72.75 |
| Total number of credits: (sum of above) * | 6 |
| Months Attended: * | January |
| | February |
| | March |
| | April |
| | May |
| | June |
| | August |
| | September |
| | November |
| | December |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
PLAINTIFFS RESP APP.0002493
CC00017903

**Reason(s) for missed meetings:**

July:

I was in transition.

October:

There was an event with my hostfamily.

--
MARIA CALABRO
Local Childcare Coordinator
Cultural Care Au Pair
Home: 860-651-1855
Cell: 860-463-0036
http://mcalabro.aupairnews.com

I am an experienced coordinator who helps families like yours find qualified childcare providers that are affordable and are flexible to your changing needs.

PLAINTIFFS RESP. APP.0002494

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

CC00017904

# Exhibit 283

PLAINTIFFS' RESP. APP.0002495

# Contact information



**Best phone number to call:** ███████████
**Home phone:** ████████
**Email address:** ████████████
**Street address:** ██████████
**City:** ██████
**State:** ████
**Zip code:** ██████
**Skype username:** ████████

## The family

### Mother

**Name:** ████████
**Mobile phone:** ██████████
**Work phone:**
**Email address:** ███████████████
**Company:**
**Marital status:** Married
**Industry:** Medical/Healthcare Field

### Father

**Name:** ██████████
**Mobile phone:** ██████████
**Work phone:**
**Email address:**
**Company:**
**Marital status:** Married
**Industry:** Legal Services

### Child 1

**First name:** ██████
**Last name:** ██████
**Birth date:** February 16, 2009
**Gender:** Female
**Will the au pair be caring for this child?** Yes
**Does this child have special needs?** No
**Please tell us about your child's personality and interests. Also include any specific dietary, behavioral or other challenges your au pair might need to know about:** █████ s a bright, curious,

PLAINTIFFS' RESP. APP.0002496

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    CC00038115

affectionate and independent child. She loves to do crafts, dance, sing, go to the park and swim. She really loves reading. She is a picky eater and has to be persuaded to eat healthy foods like fruits and vegetables.

## Additional information

**Are you currently expecting or do you anticipate adding another child to your home this year (pregnancy or adoption)?** No

**Have you ever had live-in childcare before?** Yes, This will be our 7th Au Pair.

**Describe your family's interests. What activities are you involved in?** Walks, reading, swimming, ballet class, yoga, biking, travel, international cuisines, cultural activities.

**Describe a typical weekday in your home (daily routine, schedule, chores, activities)**  gets up at 5am and goes to yoga. ▮ usually gets ▮ out of bed at 6:30 and has breakfast with her and our Au Pair. Our Au Pair gets ▮ ready for school and takes her on the train to school. There is straightening up, cleaning, laundry and sometimes food shopping and preparation to be done, but most of the day is free until Au pair picks ▮ up at school at 3pm and takes her home or to playdates or to activities by train ▮ needs a quick bath everyday. ▮ arrives home usually around 5pm but this is variable and dinner is prepared. Eat around 6pm and ▮ goes to bed at 7pm. Our au pairs usually eat with us during the week (not required) and go out on the weekends when we don't need them for childcare. We need our au pairs to help us in ways that allow us to have more quality time with ▮

**Describe a typical weekend in your home.** Activities like ballet class, biking, swim lessons and yoga. Shopping for the weeks dinners and entertaining friends and family.

**Describe the frequency and duration of business travel.** ▮ once a year and ▮ less then 25% of the time.

**Describe the frequency and duration of evening activities that take you outside the home.** Family visits but usually stay home on weekdays to keep ▮ sleeping and eating schedule regular. ▮ takes calls in hospital meaning 2 weeks every quarter she goes to the hospital at 4pm and stays until all operations are finished, usually around 12am and then returns home and is on beeper call, meaning if an emergency comes in she has to leave home and go into hospital for the case. A few times a month ▮ and ▮ go out to dinner alone for a date.

**Describe the relationship you would like to develop with your au pair as host parents.** We would love to share different cultural foods and music. We would include her in our holiday traditions and day to day family habits if she would like. We need a very independent person who is friendly and able to make friends easily to get a good support system in place.

**How would you like your au pair to integrate with your family outside of work hours? Consider which activities you would like to share versus times when you would provide your au pair with independent time.** We are fairly flexible with this and often let our au pairs make that decision. We usually share family meals about 50% of the time but more or less is fine. We need a few dinners a week to our selves as a family to reconnect and bond. Many of our au pairs have come with us to family events and shared in the festivities but some have chosen not to.

PLAINTIFFS' RESP. APP.0002497

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

CC00038116

**What is your communication style as a family? How do you like to resolve challenges and miscommunication?** We prefer to speak and give feed back to each other regularly to avoid negative feelings building up and leading to resentment or hurt feelings.

**Describe any limits you might have on your au pair inviting friends, visitors or overnight guests to your home.** We would allow hosting a play date with another au pair at our home after we have met the other au pair. We would consider letting your family or very close friend stay over for one week maximum but we need to get to know you first. No visitors from your home for the first four months to encourage our au pair to make friends here so homesickness isn't so difficult.

**Please outline any curfews or household rules you would like your au pair to follow.** We expect that an Au Pair gets a full 8 hours of sleep before taking on the care of our most precious daughter. As you are joining our family and living with us for a year we expect that you will participate in household chores. Absolutely no smoking or drugs, no boyfriends in our home. Dress should be appropriate for caring for a child. No smoking. No shoes in the house. Meals for our daughter only in the kitchen in her chair. No sugary treats for our daughter. Volumes kept low after 9pm. Positive, up beat attitude. You may eat in your room but dishes and all food must be removed and put away in a timely fashion. No illegal downloading of anything off the internet, ie. movies, music etc.

## Household information

**Are both parents U.S. citizens or legal permanent residents (green card holders)?** Yes

**Has any member of your family been convicted of a crime (excluding minor traffic violations)?** No

**Are the parents fluent in spoken English?** Yes

**Does any member of your family have an illness or condition which is contagious or communicable?** No

**Do you have any additional adults living in the home?** No

**Au pairs live with their host families who provide them with room and board plus a weekly stipend of $195.75 per week. Would you be able to provide the full weekly stipend and a private bedroom for an au pair?** Yes

**What is your religious denomination?** Jewish

**Do you attend services regularly?** Attend occasionally

**Does your family follow a special diet?** Yes, Low Carbohydrate. Lots of fruits and vegetables. Very healthy and nutritious. We need our Au Pair to be a good model for our daughter, meaning she should see you eating lots of fruits and vegetables, low fat protein and minimal carbohydrates.

**Do you have any pets?** No

**Is there anything else that you would like to share with au pair candidates about your home and household?** we live 5 minute walk from the ███████████████ is in a school that is ███████ from our home which she attends 5 days a week, we need someone who really enjoys walking everyday as we don't have a third car and walking is a big part of your duties as you will have to take her to and from

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

school everyday. We can't emphasize enough how important it is for our au pairs to be flexible about scheduling as our schedules change day to day and week to week and we can't predict in advance.

# Home and community: The family

## Home

**Describe your home:** Free-standing house

**Describe your home (size, number of rooms etc).** Large Tudor style, 5 bedrooms, 4 bathrooms

**Describe your au pair's private bedroom (size, furnishings, location in home).** Nice size, generous closet, in finished lower level with bathroom on same level, private, pretty cheerful yellow.

**We describe our home as:** Extremely neat

## Community

**Our community is:** Suburban

**Describe your community and what it's like to live there:** Large city 20 min train from ███████ Easy access to shopping, culture, nature and ocean

**Nearest major city:** ███████

**Travel time to that city:** 20 minutes

**Describe what public transportation is available.** Commuter Train

**What form of transportation do you expect your au pair to use for au pair meetings, classes, etc.** Train, bicycle

**Describe/list the post-secondary educational opportunities (colleges, universities) in your community:** Abundant

**Describe any local networks that your au pair might be able to utilize other than the au pair group (play groups, neighborhood resources, etc):** There is a very large number of au pairs in ███████████ and nearby areas not to mention many students in the area for university.

# Childcare responsibilities: The family

## Childcare

**Describe the household duties related to the children your au pair will perform and how often they need to be done.** Caring for our 6 year old during weekdays, guiding her in her activities, playing with her, singing with her, dancing with her. Additionally helping her to keep her room and all her play areas tidy when she is done playing in a given area. Assistance with our daughter's laundry a couple times a week. Changing her sheets once a week. Cleaning areas where she plays in the house. We also expect you to be a good

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

roommate, which includes helping with family chores ex. clean up after meals, taking out garbage, meal preparation, grocery shopping

**Describe what role your au pair might play in your children's school schedule or educational development.** We would love if you would speak your native language with our daughter, she is at an age where language is easy to learn and we want her to have the opportunity to learn from you.

**Describe the types of play or free-time activities you would like your au pair to engage in (or avoid) with your children.** No TV. No computer, No ipad etc. Play outside everyday unless it's really cold. be active: dance, run around, sled, ice skate, swim, bike. Reading, writing, drawing, handi crafts

**Describe the relationship you'd like your children to have with your au pair.** Firm but caring. You are in charge when we are not home so you need a firm hand, but she is a very loving girl when she knows you and we want her nurtured and cared for.

**How would you like your au pair to handle challenging behavior from the children?** Time out's, firm no nonsense discussion, diversion. Absolutely, no physical abuse, no hitting or pulling or worse and no yelling.

**General comments:** Incomplete

# Schedule: The ██████ family

### Monday

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

### Tuesday

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Wednesday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**Total: 3.30 hours**

**Thursday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Friday**

**6.30 AM to 7.30 AM** Wake daughter at 6:30 am get her ready for school ( feed her breakfast, dress her, brush teeth)

**7.30 AM to 8.00 AM** take daughter to school on Train

**3.00 PM to 5.00 PM** pick up daughter from school have snack and play for afternoon until parents get home from work

**1.45 PM to 2.45 PM** grocery shopping, tiding up etc.

**Total: 4.30 hours**

**Saturday**

**6.00 PM to 10.15 PM** 1 -2 times per month watch ███ so parents can go out for date night.

**Total: 4.15 hours**

**Sunday**

**Total: 0.0 hours**

Total for the whole week: **25.45 hours**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Schedule Details

**What back-up childcare do you have available in case you require more than 45 hours in a given week?** we don't exceed the 45 hours

**How often does your schedule change?** Weekly

**Additional comments about your schedule.** Actually, schedule changes daily as mother never knows what time she will be released from work. One day may be 3pm next 7pm but mostly it's around 4:30pm. We need you to be ok with that uncertainty. We also go out on a date around 2 times a month in the evening. We will have you work on the weekends when we need you, usually twice a month.

# Au pair preferences: The ▇▇▇▇ family

## Would your au pair:

**Be expected to swim as part of her duties?** Yes
**Be expected to drive as part of her duties?** No
**Be allowed to use a car when off duty?** No
**Be allowed to smoke in your home?** No
**Be allowed to smoke outside your home?** No
**What region would you like your au pair to come from?** No preference
**The most important personality traits in a candidate:** Active, Flexible, Happy, Humorous, Independent
**When would you like your au pair to arrive?** June 04, 2016
**Your closest airport or bus gateway:** the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**What are you looking for in an au pair candidate?** Caring, honest, kind, patient and absolutely unflappable. Responsible, mature, reliable and flexible. In good physical condition and able to walk 1 mile a day. HELPFUL and pleasant. FLEXIBLE FLEXIBLE FLEXIBLE....did we mention flexible?

# Cultural exchange: The family

## Cultural exchange

**How will you promote cultural exchange in your home?** We would love to share different cultural foods and music. We would include her in our holiday traditions and day to day family habits if she would like.

**How could you address homesickness with your au pair should she experience it?** We would encourage an au pair to make friends in our area. We will also make sure she can get to her monthly meetings and her educational activities.

**How could you work with your au pair to identify and bridge moments of cultural differences?** We encourage open communications and questions.

**Will you ask your au pair to teach your children her native language and if so, how will you help your au pair to also improve her English?** Yes. We will speak to her only in English and she will have plenty of exposure to English given the total immersion in to an English speaking country.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Describe any experiences your family has had with other cultures:** This will be our 7th Au Pair, we have had three Germans, one South African, Italian and one French. We have both traveled extensively and we have both lived in other countries. ███ in South Korea for a year and ███ in England for a year.

# References: The ███ family

## Reference 1: Personal

**Full name** ███
**Email address** ███
**Phone number** ███
**Best time to reach:** All day

## Reference 2: Professional

**Full name** ███
**Email address** ███
**Phone number** ███
**Best time to reach:** Afternoon

# Change log: The ███ family

# Letter to the au pair

Dear Au Pair,

We live in ███ 20 minutes from ███ and an easy train ride away. ███ is a charming suburb of ███ with many inviting little divisions that each has their own center with shops, cafe 's, bookstores, restaurants etc. ███ is our 5 year old daughter and the light of our lives. She is bright, energetic, charming, and very outgoing. She loves to be read to and to look at pictures books on her own, she likes to dance to all music, swim, she loves other children and pretty much everyone she meets. She attends pre-school 5 mornings a week ███ is a lawyer, working as General Counsel for US operations of a global renewable energy company. ███ is a physician specializing in pediatric anesthesia and works for one of the ███ teaching hospitals in ███ ███ loves to bike but has trouble finding the time, he also enjoys hiking. ███ loves yoga and tries to practice regularly, she also enjoys walks with ███ playing with ███ and relaxing with the family. ███ parents, brother and his family and sister with her family all live in the ███ area. We are very excited to open our home and our family to you and to help you learn about our culture, learn English, and explore the area. There are many great educational options with many universities, colleges, museums etc.

We are very excited to learn more about your culture and to expose ███ to different cultures, languages and food. We look forward to getting to know you and welcome you to our home.
Sincerely, ███

PLAINTIFFS' RESP. APP.0002503
**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
CC00038122

Case 1:14-cv-03074-CMA-KMT Document 945-16 Filed 03/17/18 USDC Colorado Page 16 of 106

PLAINTIFFS' RESP. APP.0002504

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CC00038123

Case 1:14-cv-03074-CMA-KMT Document 915-26 Filed 03/17/18 USDC Colorado Page 17 of 106

PLAINTIFFS' RESP. APP.0002505

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CC00038124

Case No. 1:14-cv-03074-CMA-KMT  Document 959-16  filed 03/30/18  USDC Colorado  pg 19 of 107

# Exhibit 284

**Alliance summary of DAS Robin Lerner remarks**
**WYSTC conference, San Diego**
**September 19-20, 2012**


On September 19 and 20, Deputy Assistant Secretary (DAS) for Private Sector Exchange Robin Lerner participated in the World Youth Student Travel Conference (WYSTC) in San Diego to discuss the Exchange Visitor Program (EVP). Lerner first spoke in front of two general conference sessions on the 19th—including one targeted specifically at overseas agents—and then spoke with Alliance members only on the 20th.

What follows is a summary of Lerner's remarks in her several sessions, grouped by subject matter/program category:

*Overall vision, communication, and administration*
Lerner repeatedly emphasized her vision for the EVP: every program should facilitate people-to-people exchange and build mutual understanding, thus advancing the public diplomacy and foreign policy goals of the U.S. "We have foreign policy goals we're trying to accomplish through the EVP – if we didn't have these goals, there'd be no reason for the program to be at the Department of State."

"Intentionality" is also a key part of her vision: mutual understanding and educational and cultural exchange must be intentional and integral parts of program design. "If it doesn't look, smell, and feel like an exchange program, then it isn't one," Lerner said.

One of her main priorities over the next 12-18 months is to "stabilize the status quo" of all J-1 categories—carefully examining the cultural elements, the concerns, and the vulnerabilities of each one—before contemplating any significant program growth. The next categories to receive this attention will be intern and trainee (*more below*).

As she has in the past, Lerner stressed communication and transparency as key to working successfully with the sponsor community. She acknowledged that the rapid pace of change and an intense workload have prevented her office from always reaching these goals; they are, however, committed to improving. Said Lerner: "I know we have different perspectives and won't always agree, but I want us to be better informed about each other's perspectives."

On the subject of staffing, Lerner confirmed that Private Sector Exchange would be adding an Office of Program Administration to complement the two current offices, Designation and Compliance. New staff will also be added to her front office, and resources will be invested in automated systems and automated records. "In a year's time, we'll see a lot of new staff and new systems."

Designation Branch Chief David Eckenrode affirmed that they are in the midst of "a massive hiring initiative," and that much of their new staff should be in place by January 2013. With this

1

PLAINTIFFS' RESP. APP.0002507

CHI0003590

growth, he said, will come more transparency, more timely responses, and "better customer service" to the sponsor community.

***Program design for work-based exchanges***
Work-based exchanges, such as Summer Work Travel (SWT), intern, and trainee, are under the most scrutiny from what Lerner referred to as "advocacy groups." She emphasized that the EVP is not a labor program, and that work is a means to achieve the Department's public diplomacy goals, not the end in itself. When designing programs, Lerner encouraged sponsors to consider the following:

- o   Have you met and communicated with your participants?
- o   Have you visited the community and/or housing where the participant will be placed?
- o   Have you visited the site of employment?
- o   Have you engineered in advance the cultural aspect of the program?
- o   Do you have a monitoring plan in place? And do you have information management systems to support it?
- o   Is the "whole thing" working?  Good housing, good transportation options, good shopping and restaurant options?  What are the fees? Are they so high that they create a kind of "servitude" for participants? Are fees reasonable and transparent? Have sponsors worked with international agents to establish the total cost of the program? If participants have to work too hard to cover the costs of the program, will this diminish the cultural exchange?
- o   Are participants being placed in a job with too few hours?

Said Lerner: "The regulations are a floor. They are what you spring forward from. If we're just talking about doing the minimum, then we're not accomplishing our goal."

***Program caps, program expansions, and form allocations***
Lerner and Eckenrode stressed that SWT is the only program that has been capped. Outstanding form requests in other categories (such as intern/trainee) have not progressed due to workload. When sponsors noted that many form requests were made early in the year, which is now nearly over, Lerner and Eckenrode said they would look into this and "try to fix it."

Though there are no caps in place for programs other than SWT, Lerner said that all program expansion requests, especially large ones, would receive a lot of scrutiny. SEVIS compliance will weigh into whether expansion requests are approved.  Also, does the expansion fit with the cultural exchange goals for the program?

As new staff comes on board, Eckenrode said that his office plans to put out information to the exchange community that will "illuminate what we are looking at when we process expansion requests." Lerner further noted that, while she is receptive to the Alliance-proposed idea of a 2 or 3-year advance "allocation assurance" to sponsors in good standing, she does not feel this is something they can do just yet. "This makes a lot of sense, and I would love to be in a place where we could do this. I take the criticism on board that you are trying to run a business,"

2

PLAINTIFFS' RESP. APP.0002508

CHI0003591

Lerner said. She is committed, though, to striving for a "transparent, predictable process" about how and when forms are allocated.

### "Mainstreaming"/Alumni engagement/Impact study
Private sector exchanges are clearly a significant part of the infrastructure of ECA, Lerner said, but are not being emphasized as much by the Bureau or the Department as a whole. She is thus leading an effort to "mainstream" the J-1 programs in the foreign policy/public diplomacy mission and goals of the Bureau and of U.S. Embassies abroad.

Working with the regional bureaus and a handful of sponsors, alumni engagement efforts have begun on a pilot basis (first in Macedonia and then Poland). Lerner noted that her idea is to start small, and then hopefully grow the idea of "mainstreaming" after some successful events/models. She noted that the J-1 programs directly and effectively address the Department's goal of reaching more young people around the world.

Lerner also said she feels a study on the impact of J-1 exchanges would reinforce the program and is something we should be developing. "Alumni engagement really matters—where do they go and what do they do with their experiences? This is something we should be looking into in the future."

### Role of international agents/foreign partners
Lerner said she recognizes the important role international partners play, which is why she requested a session where she could speak directly to them. She stressed that international partners are the first face of the program, the first contact participants have in a process that leads up to their exchange experience. She added that agents are the ones who set the participant's expectations for the program. Thus it's very important for them to work with sponsors to ensure expectations are set correctly. Noting that ECA only designates sponsors and holds sponsors responsible for their programs, Lerner said she and her staff limit conversations with agents and employers not because they don't want to know them, but because of time and structure limitations. She likes the idea, however, of DOS having a closer relationship with agents. Greater visibility of how agents select and prepare students is key to program success.

### Summer Work Travel
From Lerner's perspective, 2012 was a "decent" summer for the Work Travel program. Though many participants had "the summer of their lives," Lerner still has concerns about rent gouging, location and condition of housing, too few/many hours, and sponsor responsiveness to participant problems.

The Department will do a Notice of Proposed Rulemaking (NPRM) for SWT in the near future; Lerner plans to convene a meeting on October 24 in Washington for all SWT sponsors to discuss the content and timing of this rulemaking. She noted that the Department is still working out the contents of the rulemaking, but it will look at transparency of fees, hours, and more

3

CONFIDENTIAL

CHI0003592

prohibitions on kinds of work (with less of a focus on industries, and more on conditions of work).

Lerner described what a "model SWT program for me looks like":

- o Where participants can be clustered in easily accessible locations, and thus resources be clustered too. These communities know the program and have infrastructure to support the participants. Community buy-in is essential for a successful program;

- o Where housing is abundant and easy to verify;

- o Where participants' needs are put first and employers' needs are second;

- o Where there are the fewest possible layers between participants and sponsor— participants know they can and should come to sponsors, and sponsors will respond;

- o Where the cultural component is brainstormed and planned ahead of time;

- o Where sponsors do employer forums;

- o Where employers are proud to be participants in the program and to be citizen diplomats.

Lerner said that she realizes the program cannot be perfect, but that all sponsors need to be thinking in terms of risk mitigation. Sponsors need to be willing to let go of marginal employers and placements. They have no place in the program. Sponsors must carefully select employers and placements, and be willing to visit as many employers and sites as possible.

She stressed to both international agents and sponsors that expectation setting for SWT is very important. Said Lerner: "SWT has changed. If you recruit people with dollar signs [i.e., attract employers and participants with financial incentives], that is not the program and we've got to stop that." Sponsors and agents must recruit students for a cultural exchange program, and expectations—from fees to housing to work to the type of program they are signing up for— must be properly set from the beginning.

### Intern/trainee
Lerner stated that these would be the next categories analyzed. She said this is an area where her office is starting to receive comments and complaints. She does not want the categories to be an extension of SWT, and wants to ensure they are facilitating true internships and training experiences while providing cultural exposure to the U.S.

No timeline was given for a rulemaking in these categories. Lerner said her office plans to conduct employer site visits, sponsor visits, and likely review more closely where participants

4

PLAINTIFFS' RESP. APP.0002510

CHI0003593

are placed. The DS-7002 has been revised based on public comment and is at OMB for final clearance.

As noted above, outstanding form requests in this category have not progressed due to workload. Lerner and Eckenrode said they would look into the issue and "try to fix it."

*Au pair*

Lerner acknowledged that a new au pair rule has been pending at ECA for some time. It will be finalized in time, she hopes, for an October 2012 meeting with au pair sponsors to discuss its details.

Lerner hasn't contemplated yet whether there will be growth for au pair in 2013. She did note that, consistent with her overall vision, her office would look at a sponsor's full program when assessing an expansion request and and a sponsor's rationale for growth. How does this request fit into your program goals?

*Camp Counselor*

Last year, the Alliance and the American Camp Association formally proposed that camp support staff, currently SWT participants, be moved into the camp category. Lerner noted that this proposal makes sense to her, but that she is not confident her office has the legislative authority to make this switch. She plans to review this option when analyzing the full camp category and determine if, and how, it could happen.

From her perspective, there are still some outlying issues in the camp category with pay, deductions, and hours. These issues will be addressed directly with camp sponsors. She noted the camp program is working well, however, and is "really pure culture" and "uniquely North American."

Also discussed was the IFR's recognition of the minimum wage exemption for camp placements in the Fair Labor Standards Act. Lerner was asked if the DS-7007 is designed in a way that will allow sponsors to make this circumstance clear to consular officers who will adjudicate camp visa applications. Lerner noted that she does not anticipate this situation will be a problem.

*High school*

Lerner stated that "high school to me is a great program" and that she thinks "we can have the best high school year ever this year…we can get ahead of problems, and help participants mitigate a problem before it unfolds." She also noted her belief that high school is one of the "purest" kinds of cultural exchange.

Growth in this category does not seem possible to her right now, given how hard it is to get host parents: "I don't want to see growth in this program unless we have the committed host parents."

5

CONFIDENTIAL

CHI0003594

The Alliance has proposed a modification in the interpretation of the high school rule to allow for the use of photos, without identifying information, after security screening has been completed. Lerner is very familiar with the proposal, but thinks that now is not the time to change this regulation, as it's only the second season it's been in effect. She is open to continuing to examine this issue and "perhaps in the future" make a change, but not now.

Regarding the rapid growth of F-1 high school visas, Lerner noted that the F-1 is a DHS-sponsored visa, and is under a lot of pressure. She does not know what the long-term future is for the F, though she suspects that at some point, something will have to change with regard to the government's administration of Fs. She said to sponsors that, when they are marketing their programs, they need to "sell" the extra benefits of coming on a J: "We're not going to 'downgrade' our regulations because of the F. Rather, the F needs more scrutiny," Lerner said.

Speaking about the P.I.E. suspension, Lerner cautioned that they are still in the due process phase, thus she could not talk much about it. She did note, however, that they knew very well that the timing of their action was bad and that it would cause problems: "I take compliance very seriously, and we wouldn't have done that if we didn't think it was absolutely necessary." She congratulated the other sponsors in the high school community, who "really stepped up to help" place affected students (Lerner said 85 per cent of P.I.E. students were placed).

She further said that major action in the P.I.E. case should conclude in November, and they would be able to more openly discuss the case, and what we can learn from it, at that time.

### Subpart A
Lerner hopes that Subpart will appear as a final rule in early 2013. Audits for all categories will be included. She said they plan to start with high school for audits, and then move on to other categories. She is still not sure how exactly it will be rolled out and, for high school, how CSIET audit questions may be incorporated.

PLAINTIFFS' RESP. APP.0002512

CONFIDENTIAL

CHI0003595

# Exhibit 285

PLAINTIFFS' RESP. APP.0002513

**Alliance Annual Meeting**

**Au Pair Breakout Session**

**October 19, 2016**

Ruth Ferry- Director of Au Pair in America opened the session with brief introductions of ECA staff and AP Sponsor staff.

**Stacey Gomelsky - Program Analyst, Office of Designation** began by thanking all AP Sponsors for utilizing the new reporting template implemented in November 2015. This new format will allow for ECA to more effectively pull data and provide accurate outcomes statistics. Stacy then shared specific ECA data for Au Pair arrivals through September 30, 2016.

The following was reported:

- Top sending countries:
    a. Germany
    b. Brazil
    c. Colombia
    d. France
    e. South Africa
    f. Sweden
    g. Austria
    h. Italy
    i. Poland

- 76 % of Au Pairs placements are in the following top 10 U.S. States:

    a. California
    b. New York
    c. Virginia
    d. New Jersey
    e. Massachusetts
    f. Maryland
    g. Connecticut
    h. Illinois
    i. Washington
    j. Pennsylvania

The results of the HF/AP satisfaction surveys demonstrated a high satisfaction rate amongst both Au Pairs and Host Families. The following was reported:

93% Au Pairs recommended the Au Pair program

92% Host Families recommended the Au Pair program

The summation of complaints demonstrated that the rematch process and the educational component continue to be areas of weakness that require improvement.

The AP Annual Report containing the full specific breakdown of the satisfaction surveys and ECA data will be readily available for all Au Pair Sponsors very soon.

---

**Joy Proctor – Program Analyst, OPA** began by highlighting the new reporting template and encouraging Sponsors to "when in doubt, report"

Joy then went on to report on the results of the Au Pair meet & greet meetings held during 2015-2016.

The following comments and concerns were expressed by the Au Pair participants during the meet and greet:

- 14 day rematch period is too short
- Overall feeling of anxiety related to the rematch process
- Au Pairs feeling that the HF is more a priority
- Local Coordinators encouraging Au Pairs to do things outside Au Pair duties
- Lack of comfort with Local Coordinator (inability to communicate feelings, etc)
- Screening/Vetting (Host Families) – AP expressed that better vetting of Host Families is needed. APs reported being placed with HFs who were not forthcoming  re: special needs, etc
- Lack of funds for return flights – APs reported that they do not have sufficient funds when notified by the sponsors to return home due to shortened program or termination.
- Screening/Vetting (English) – APs contacted the J-1 visa hotline are difficult to understand and at times are requesting a native speaker (Aps should have basic English language skills should they need to report an emergency situation)
- Program support – More guidance and support in regards to tax preparation, etc.
- Sponsors need to ensure that APs are fully informed of the consequences and adverse actions should they decide to leave their placement without following the required protocol.

**The following ideas for best practices were shared**:

- Requesting that Local Coordinators conduct regular monthly "in-person" check-ins
- Frequent training of Local Coordinators and Foreign partners
- Thorough vetting of Host Families and their children
- Program transparency – "When in doubt, report'
- Providing guidance and support regarding tax preparation and direction to IRS websites, etc
- Strong Sponsor support for Au Pairs

---

### Staying Connected and Sharing Stories –

State Department emphasized the importance of sponsors working together to connect and share our stories. Communication leads were encouraged to connect directly with the State Department's Communications Director in an effort to share program highlights and program related content, etc.

Emphasis was placed on creating a platform for our participants to participate in activities that include civic engagement, volunteering in their local community, etc.

The State Department strongly encouraged both Sponsor and Au Pair participation in the NYC Marathon Volunteer Project.

Sponsors inquired on whether the State Department will go beyond the NYC marathon and seek out other volunteer events and opportunities, to which they commented that they were very open to any suggestions from Sponsors.

---

### Q & A Session

1. State Department on-site audits – Sponsors inquired on whether the on-site audits have been completed and if more were to come. State Department did not provide a clear answer but it did some that most have been completed for the year.

2. Educational component and online courses – Sponsors expressed that it is becoming increasingly difficult for Au Pairs to find courses that do not combine both in-classroom and online courses and therefore requested further clarification as to whether this type

Case No. 1:14-cv-03074-CMA-KMT Document 945-29 filed 03/30/18 USDC Colorado pg 30 of 106

of course would be allowed. The State Department maintained that online courses are not allowed and reiterated that the intent of the educational component is to remove the Au Pair from their daily Au Pair duties and allow them opportunity to be exposed to American culture by being immersed in an academic like setting in a classroom environment with other students.

3. Au Pairs entering into marriage while on program – The State Department confirmed a marriage certificate or a receipt demonstrating that the AP has taken the proper steps to legalize themselves would suffice. State Department also confirmed that termination of a participant that entered into marriage while on program would be left up to the discretion of the Sponsor, given the adverse consequences of termination.

4. The State Department indicated that all AP Sponsors will be invited to a meeting with the ECA Staff and DAS Keri Lowery sometime in December. All Sponsors were encouraged to participate in creating the agenda. The Department has since sent an invitation to all Sponsors with a tentative meeting date of December 8, 2016.

# Exhibit 286

PLAINTIFFS' RESP. APP.0002518

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

EXHIBIT
17
(Gaulter 5/31/17)

| | |
|---|---|
| **From:** | Mark Gaulter <mark@expertaupair.com> |
| **Sent:** | Tuesday, December 2, 2014 4:58 PM |
| **To:** | ████ ████ |
| **Subject:** | Re: Family Service Agreement - Host parents: ████ and ████ |

Thanks.  If she's working on Monday, you should pay 1/5 of a week, which is $39.15.  That said, if she works more than 9 hours on Monday, we should have a careful look at her hours, to make sure she can have no complaints.

Mark

On Tue, Dec 2, 2014 at 5:47 PM, ████ ████ ████████ > wrote:
Hi Mark

I have a question regarding Ronja's last week.

She came to US on 2-3-2014 and spend her first few days in NY during training so there was no work for that week hence she didn't get paid.  But now if her last day is 2-2-2015 which is a Monday, I am not sure how to calculate her stipend.  I pay her every thursday so I will make a payment for the week of 1-26 to 2-1 on 1-29 so I wasn't sure if I need to pro-rate for the 1 day she has with us or not.  Can you get back to me on that?

Thanks
████

On Monday, September 22, 2014 10:07 AM, Mark Gaulter <mark@expertaupair.com> wrote:


A scanned copy is fine.

Mark

On Mon, Sep 22, 2014 at 10:06 AM, ████████ ████████████ > wrote:
Can I send scanned copy via email, I do not have a fax?

On Friday, September 19, 2014 10:21 AM, Mark Gaulter <mark@expertaupair.com> wrote:

Thanks, yes you can pay by card.  Our payment form is attached.

Mark

On Thu, Sep 18, 2014 at 3:58 PM, ████ ████ ████████████ wrote:
Hi Mark

Do we need to send a check for this invoice?  Can we pay it with credit card?  There is no information regarding payment.  Please let me know

Thanks
█

On Wednesday, September 17, 2014 11:43 AM, Mark Gaulter <mark@expertaupair.com> wrote:

1

ExpertAuPair031546

HIGHLY CONFIDENTIAL — ATTORNEY EYES ONLY

Thanks. We would approve both of those courses. As long as she has finished her courses by December 15, we can extend her stay. The cost of that is $4,270 for the whole year.

Mark

On Wed, Sep 17, 2014 at 11:15 AM, ███ ████ ████████ ██ ███ wrote:
She hasn't done any educational class, we were waiting for everything to go trough. I believe there are classes in Long Island you can take over a weekend with some work and it gives you 3 credit for it. She was planning to do 2 of those one in October and in November but we weren't sure if she has to get approval from you. Interexchange requires them to get approval before hand. Can you tell me who she should contact for educational requirements or approvals?


Sent from my iPhone

On Sep 17, 2014, at 10:58 AM, Mark Gaulter <mark@expertaupair.com> wrote:

> Thanks. Everything went through perfectly.
>
> We can start work on ███ extension once she's finished her education. Has she done so?
>
> Finally, please find attached our invoice. ███, end date is in February, and her visa forms and new insurance information will be mailed to you today.
>
> Mark
>
> On Wed, Sep 17, 2014 at 9:58 AM, ████████ ████████████ ██ wrote:
>> Sorry Mark I am still traveling and didn't get a chance to talk to ███ about this but I believe Transfer came through so please send me the Invoice when available.
>>
>> Also can you tell me about the extension. I want to talk to f███ and see if we will go ahead with extension but need to know the timeline.
>>
>> Thank you
>> ████
>>
>> Sent from my iPhone
>>
>> On Sep 14, 2014, at 10:32 AM, Mark Gaulter <mark@expertaupair.com> wrote:
>>
>>> Yes, the fee covers insurance and her return flight. If she just gives me the date from her DS-2019 (there is a "to" and a "from"), then I can send the bill more quickly.
>>>
>>> Mark
>>>
>>> On Sat, Sep 13, 2014 at 10:19 PM, ████████ ████████ ████████████ ██ wrote:
>>>> I will try to scan and send ███ paperwork but I am traveling so you might have the documents before that from interexchange. Meanwhile can you tell me what this fee will include her insurance, flight back home etc?
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Sep 13, 2014, at 12:28 PM, Mark Gaulter <mark@expertaupair.com> wrote:
>>>>
>>>>> Thanks. As I think Katie mentioned, we're going to charge $325 per month (or part of month) remaining, due up front. If she extends, it's charged at the same rate, but there's a surcharge of $370 to cover the State Department's extension fee.
>>>>>
>>>>> I won't have access to ███ official immigration record until Tuesday, to confirm how long she has left, but if you can send me her previous DS-2019, I can send your invoice over the weekend.
>>>>>
>>>>> Mark
>>>>>
>>>>> On Fri, Sep 12, 2014 at 12:33 PM, ████████ ████████████ ██ wrote:

2

ExpertAuPair031547

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

Great. Let me know payments etc schedule.

Sent from my iPhone

On Sep 12, 2014, at 12:00 PM, Mark Gaulter <mark@expertaupair.com> wrote:

> Thanks ███████ Everything came together yesterday afternoon, and ███████ first day with "us" will be Tuesday.
>
> Mark
>
> On Fri, Sep 12, 2014 at 11:58 AM, ███████ ███████ ███████ ███████ wrote:
>
>> Hi Mark
>> So how are we doing on this? Any news?
>>
>> Thanks
>> ███████
>>
>> On Tuesday, September 9, 2014 2:37 PM, Mark Gaulter <mark@expertaupair.com> wrote:
>>
>> Thanks. I think everything is under control, and we'll know one way or another by Thursday.
>>
>> Mark
>>
>> On Tue, Sep 9, 2014 at 1:13 PM, ███████ ███████ ███████ ███████ wrote:
>>
>>> Hi Mark
>>>
>>> just wanted to touch base with you regarding the progress of transferring ███████ This is our second week and I don't want to leave things to the last week where ███████ has to go to rematch. Please let me know.
>>>
>>> Thanks
>>> ███████
>>>
>>> On Wednesday, September 3, 2014 3:22 PM, Mark Gaulter <mark@expertaupair.com> wrote:
>>>
>>> Thanks. Things seem to be coming together nicely. Our local rep should be contacting you this evening.
>>>
>>> Mark
>>>
>>> On Wed, Sep 3, 2014 at 3:17 PM ███████ ███████ ███████ ███████ wrote:
>>>
>>>> Hi Mark
>>>>
>>>> Please see attached 2 W2 for ███████, and page from my tax return for my income (I am self employed). I will also have one of our friends fill out the reference form and email it to you.
>>>>
>>>> Ronja will also send rest of her paperwork tonight.

3

PLAINTIFFS' RESP. APP.0002521

ExpertAuPair031548

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Meanwhile, when can we schedule the interview with the local coordinator. Please let me know on all.

Thanks
█████

On Wednesday, September 3, 2014 1:48 PM, Mark Gaulter <mark@expertaupair.com> wrote:

Thank you. We're received these and are now missing (from you) only: one personal reference; proof of financials (we need a tax form with SSNs deleted or liquid assets to be shown); and, your initial interview.

I only seem to have one email with █████ forms, and so we received her references only.

Mark

On Wed, Sep 3, 2014 at 1:34 PM, ██████████
████████████il.█████ wrote:
Hello:

Please find attached family service agreement. Could you please send me confirmation receipt?

Thank you,
███ █ ██

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

4

ExpertAuPair031549

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

<Serdar091714.pdf>

5

ExpertAuPair031550

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com


--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com


--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com


--
Mark Gaulter, PhD
CEO, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

6

ExpertAuPair031551

Case No. 1:14-cv-03074-CMA-KMT   Document 958-16   filed 03/30/18   USDC Colorado   pg 38 of 107

# Exhibit 287

PLAINTIFFS' RESP. APP.0002525

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Katie McCormick <katie@expertaupair.com> |
| **Sent:** | Monday, October 21, 2013 12:42 PM |
| **To:** | cheryl MacCluskey |
| **Subject:** | Re: dani mausis |
| **Attachments:** | HF_Application_2012.docx; EAP_FSA_2013.pdf; Emp_Contract_2013.pdf; F_Personal_Reference.pdf; F_Reference_Employer.pdf; F_Financial_Requirement.pdf |

Hi Cheryl,

Thank you for contacting us here at Expert AuPair. Daniel's program started on August 19th, 2013. We charge based on complete months/partial months remaining on his contract. If he arrived to your home before November 19th, your program fees would be $5,250. This also includes his flight to your home. If he arrived after November 19th, your program fees would be reduced by $500, bringing your program fees to $4,750. He would also be able to extend with your family for an additional 12 months. The total cost to extend for 12 months would be $3,967. Daniel can provide 45 hours of childcare per week for a weekly salary of $195.75. There are a few documents that are required from your family before Daniel's arrival to your home as well. I have attached them to this email for your reference:

-Host Family Application (attached)
-Host Family Agreement (attached)
-Employment Contract (attached)
-1 Personal Reference (attached)
-1 Employer Reference (attached)
-Proof of Financial Stability (explanation attached)

Please do not hesitate to let me know if you have any additional questions/concerns. I am happy to help!

Thank you,

Katie

On Mon, Oct 21, 2013 at 3:12 PM, cheryl MacCluskey <cmaccluskey@gmail.com> wrote:
Dear Katie,

    Dani Mausis and I have connected and I have never used your agency so I was hoping you could shed some light on your procedures and also what your agency fee is. I am sure it is considerable less considering he is here already in the States.

    I appreciate all your help in this matter.

Sincerely yours,

Cheryl MacCluskey

1

ExpertAuPair033718

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

--
Katie McCormick
Director of Client Services
111 Second Avenue NE, Suite 213
St. Petersburg, FL 33701
Office: (727) 388-3472
Cell: (727) 798-5114
Fax: (727) 231-8256

Facebook: www.facebook.com/ExpertAuPair

Email: katie@expertaupair.com
Web: http://www.expertaupair.com

PLAINTIFFS' RESP. APP.0002527

ExpertAuPair033719

Case 1:14-cv-03074-CMA-KMT   Document 948-27   Filed 03/17/18   USDC Colorado   Page 40
of 106

# Exhibit 288

PLAINTIFFS' RESP. APP.0002528

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



| | |
|---|---|
| **From:** | Katie McCormick <katie@expertaupair.com> |
| **Sent:** | Thursday, March 7, 2013 11:36 AM |
| **To:** | |
| **Subject:** | From Expert AuPair |
| **Attachments:** | HF_Application_2012.docx; HF_Agreement.pdf; EmploymentContract-1.pdf; F_Financial_Requirement.pdf; F_Personal_Reference.pdf; F_Reference_Employer.pdf |

Hi  -

I hope that you are well. I am the placement specialist at Expert AuPair, so I will be working with your family and your au pair to collect all of the necessary documentation before she comes to St. Petersburg for training. Kim has asked me to send you all of the required family documents along with the costs of our program. I have attached the following documents to this email, as these are required from your family before you au pair arrives for training:

-Host Family Application (attached)
-Signed Host Family Agreement (attached)
-1 personal reference (attached)
-1 employer reference (attached)
-Proof of financial stability (explanation attached)
-Employment Contract (attached; please note, you should fill this out first, send it to me to review, and I will send the final copy to your au pair for her signature)

The costs to your family are as follows:

-$6,400 Agency and Documentation Fees
-$150 domestic airfare fee
-$500 prematch discount

The total fees due after you au pair received her visa would come to $6,050.
There is also a weekly stipend that the au pair must receive each week of $195.75 and an educational supplement of $500 USD (both of these are transactions directly between you and your au pair).

The cost for your au pair from Colombia are as follows:

-$500 agency fees
-$100 prematch discount

The total fees due after she has received her vis would come to $400 USD. She will also need to take into consideration the cost of a criminal background check and a physical. The other fee that she is responsible for is the $160 USD embassy interview fee. This fee is the same at all US embassies around the world.

Please do not hesitate to let me know if you have any questions/concerns about any of the documents are fees.

I look forward to working with you!

1

PLAINTIFFS' RESP. APP.0002529      ExpertAuPair034313

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

--
Katie McCormick
111 Second Avenue NE, Suite 213
St. Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: katie@expertaupair.com
Web: http://www.expertaupair.com

2

PLAINTIFFS' RESP. APP.0002530

ExpertAuPair034314

# Exhibit 289

PLAINTIFFS' RESP. APP.0002531

INTERNET ARCHIVE

http://greataupairusa.com/aupaircosts/aupaircosts.cfm    Go

10 captures
(/web/*/http://greataupairusa.com/aupaircosts/aupaircosts.cfm)
6 Feb 2014 -    GREATAUPAIRUSA   (/web/20140209100126/http://greataupairusa.com/index.cfm)

JAN FEB NOV (HTTPS
◀ 09 ▶ (https://w
2013 2014 2015 (https://

MENU

# Affordable Au Pair Program

Hosting an au pair might sound expensive, but its not. For an average of $350 dollars a week you can have full-time, live-in childcare.

Home (/web/20140209100126/http://greataupairusa.com/) >
Au Pair Costs (/web/20140209100126/http://greataupairusa.com/aupaircosts/aupaircosts.cfm) >
Au Pair Costs    (/web/20140209100126/http://greataupairusa.com/aupaircosts/aupaircosts.cfm)

## GreatAuPair USA Program Fees

When you host an au pair, you receive full-time, live-in childcare for a low average weekly rate of $350. This is an exceptional value, especially if you have more than one child. At GreatAuPair, we offer the highest quality of service while keeping our program fees easy to understand, and most importantly, affordable.

### 12-Month Au Pair Program Fees

| | | |
|---|---|---|
| Application Fee | ~~$325~~ | Waived for GreatAuPair host families with an active subscription |
| Program Fee | $7,900 | Introductory price through January 2014 |
| | | $4,300 due upon matching |
| | | $3,600 due 14 days prior to au pairs arrival |
| | ~~$450~~ | Domestic Au Pair Airfare Surcharge is included |
| | ~~$35~~ | Mandatory SEVIS Au Pair Visa Fee is included |
| Your Savings | $810 | |
| Program Fee Total | $7,900 | *Asian/Oceania Airfare Surcharge Fee may apply |
| Au Pair Stipend | $195.75 | Per week for 52 weeks ($10,179 paid directly to your au pair) |

*Asia/Oceania Airfare Surcharge Fee. Due to the high cost of air travel from these regions, a $500 fee is added for au pairs traveling from Australia, New Zealand, China, Japan, Korea, Thailand and other neighboring countries.

## Program Cost Breakdown



| Annual Cost | Monthly Cost | Weekly Cost | Hourly Cost |
|---|---|---|---|
| $18,079 | $1,507 | $348 | $7.73 |

## Your program fee buys you more than just quality childcare, it covers:

A carefully screened and trained au pair with a valid J-1 au pair visa
International airfare from the au pairs home country to your local community
Travel and accident insurance for your au pair
Full support from our caring GreatAuPair team for the duration of your program term
Post-arrival orientation with your Local Childcare Coordinator



PLAINTIFFS' RESP. APP.0002532

Monthly au pair activities organized by your Local Childcare Coordinator   Go
24/7 Emergency support for you and your au pair
(/web/http://greataupairusa.com/aupaircosts/aupaircosts.cfm)
Your family background check (required by GreatAuPair USA)

JAN FEB NOV (HTTPS:
◄ 09 ► (https://w
2013  2014  2015 (https

## Other Costs

Stipend in the amount of $195.75 paid directly to the au pair each week

$500 Educational allowance for the au pair to complete Department of State required education

Costs associated with providing room and board

## Optional Costs

Providing the au pair with car insurance if she is expected or permitted to drive

Providing the au pair with a cell phone

Recreational passes to parks, museums, or other attractions for children

## In-Country Fees

Cant wait three weeks to greet an au pair? No problem! GreatAuPair also has au pairs who are already here in the United States and available for placement right now.

## Cost

Program fees for in-country au pairs are billed at $650 per month (or a portion thereof) for the time remaining on the au pairs visa.

Payment is due *in full* upon matching.

You are responsible for the cost of transporting your au pair to your home from her current location.

## Additional Months of Service

Additional months of service are billed at $650 per month (or a portion thereof).

LEARN MORE ABOUT DISCOUNTS FOR US HOST FAMILIES
(/WEB/20140209100126/HTTP://GREATAUPAIRUSA.COM/AUPAIRCOSTS/AUPAIRDISCOUNTS.CFM)

# What makes GreatAuPair so special?

## See what our customers say.





**karyl jane**
Au Pair from Trondheim, Philippines

For the 2nd time, GreatAuPair.com helped me find an employer.. I am very happy with their service. They made an impact in my life.. Through this site, I was...

Read more...

1
2
3
4

Previous
Next

**Jolanda**
Au Pair from Amster

This was
family in
end of th
Read more...

PLAINTIFFS' RESP. APP.0002533

INTERNET ARCHIVE
WayBackMachine
(/web/)

http://greataupairusa.com/aupaircosts/aupaircosts.cfm    Go

10 captures
(/web/*/http://greataupairusa.com/aupaircosts/aupaircosts.cfm)
5 Feb 2014 - 11 Oct 2015    ()

JAN FEB NOV (HTTPS:
◄ 09 ► (https://w
2013 2014 2015 (https:

Au Pair Program

Au Pair Program (/web/20140209100126/http://greataupairusa.com/aupair/aupairprogram.cfm)

What is an Au Pair? (/web/20140209100126/http://greataupairusa.com/aupair/aupairdefinition.cfm)

Affordable Childcare (/web/20140209100126/http://greataupairusa.com/aupair/affordablechildcare.cfm)

Au Pair Responsibilities (/web/20140209100126/http://greataupairusa.com/aupair/aupairresponsibilities.cfm)

Au Pair Requirements (/web/20140209100126/http://greataupairusa.com/aupair/aupairrequirementsfamily.cfm)

Family Requirements (/web/20140209100126/http://greataupairusa.com/aupair/hostfamilyrequirements.cfm)

Cultural Experience (/web/20140209100126/http://greataupairusa.com/aupair/culturalexperience.cfm)


Au Pair Costs

Au Pair Costs (/web/20140209100126/http://greataupairusa.com/aupaircosts/aupaircosts.cfm)

Discounts (/web/20140209100126/http://greataupairusa.com/aupaircosts/aupairdiscounts.cfm)

Extension Pricing (/web/20140209100126/http://greataupairusa.com/aupaircosts/aupairextpricing.cfm)

Satisfaction Guarantee (/web/20140209100126/http://greataupairusa.com/aupaircosts/aupairguarantee.cfm)


Program Details

GreatAuPair USA (/web/20140209100126/http://greataupairusa.com/aupairusa/greataupairusa.cfm)

Sign Up

How It Works (/web/20140209100126/http://greataupairusa.com/aupairusa/howitworks.cfm)

US Service Areas (/web/20140209100126/http://greataupairusa.com/aupairusa/usaupairserviceareas.cfm)

Au Pair Nationalities (/web/20140209100126/http://greataupairusa.com/aupairusa/aupairnationalities.cfm)

Au Pair Arrivals (/web/20140209100126/http://greataupairusa.com/aupairusa/aupairarrivals.cfm)

Au Pair Screening (/web/20140209100126/http://greataupairusa.com/aupairusa/aupairscreening.cfm)

Au Pair Training (/web/20140209100126/http://greataupairusa.com/aupairusa/aupairtraining.cfm)

Continuous Support (/web/20140209100126/http://greataupairusa.com/aupairusa/programsupport.cfm)


For Au Pairs

For Au Pairs (/web/20140209100126/http://greataupairusa.com/aupairs/foraupairs.cfm)

Sign Up

GreatAuPair USA (/web/20140209100126/http://greataupairusa.com/aupairs/greataupairusaaupair.cfm)

Au Pair Requirements (/web/20140209100126/http://greataupairusa.com/aupairs/aupairrequirements.cfm)

Au Pair Program Costs (/web/20140209100126/http://greataupairusa.com/aupairs/1aupaircosts.cfm)

Application Process (/web/20140209100126/http://greataupairusa.com/aupairs/1aupairapplicationprocess.cfm)

Au Pair Insurance (/web/20140209100126/http://greataupairusa.com/aupairs/aupairinsurance.cfm)

Meet Our Host Families (https://web.archive.org/web/20140209100126/http://www.greataupair.com/search/job.cfm/careType/aupair/cyt/true)


About Us

About Us (/web/20140209100126/http://greataupairusa.com/about/aboutus.cfm)

Contact Us (/web/20140209100126/http://greataupairusa.com/about/contactus.cfm)

Meet Our Staff (/web/20140209100126/http://greataupairusa.com/about/staff.cfm)

Case No. 1:14-cv-03074-CMA-KMT Document 958-16 filed 03/30/18 USDC Colorado pg 48 of 107

# Exhibit 290

PLAINTIFFS' RESP. APP.0002535



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I, _____ _____, an applicant to be an Au Pair in the goAUPAIR Operations, LLC, Au Pair program, agree to abide by the terms and conditions set forth in this agreement as outlined below.

## Preliminary Requirements

1. I certify I am between the ages of 18 and 26.
2. I have graduated from secondary school.
3. I agree to submit a certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program.
4. I agree to complete a psychometric profile and personality profile provided by goAUPAIR Operations, LLC.
5. I agree I will complete 32 hours of childcare training provided by goAUPAIR Operations, LLC, prior to arriving at my Host Family's home.
6. I agree to submit a physician's report and hereby state everything contained in the report is complete and accurate.
7. I agree to provide childcare and character references.
8. I agree to pay a Completion Security Deposit and any required Foreign Add-on Airfare.
9. I agree to abide by all appropriate regulations and laws of goAUPAIR Operations, LLC, and the U.S. government. I also agree to cooperate with all those supervising the program and to abide by any reasonable instruction.
10. I agree to be present for all flights and transportation arranged for me by goAUPAIR Operations, LLC.
11. I agree to return home at the end of my program and before the expiration of my DS-2019. I will not attempt to return to the United States without a valid visa.
12. I agree to provide my own transportation to the departure airport at my own expense.

## Duties

I understand and agree providing quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life. The child care duties I will be responsible for may include, but are not limited to the following:

1. Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing, teaching and caring for the children.
2. Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
3. I understand I am not responsible for the care of an infant less than three months of age.
4. I understand I am not responsible for overall general housework, nor am I responsible for cleaning up after any adult member living in the household.
5. I agree to keep my personal living space clean and tidy.

## Discipline

I agree to abide by the method of discipline as outlined by the Host Family. At no time will I strike a child or cause physical harm to a child. In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program and I will forfeit both my Completion Security Deposit and ticket home.

## Education

I agree to enroll in and attend six semester hours (a minimum of 72 classroom hours)* of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay. I understand my Host Family will pay up to $500 toward tuition and books. I understand my Host Family is responsible for transportation to and from school and any associated costs. I agree to be responsible for any additional amount over $500 that may be required by the institution. I agree that my course work will not interfere with my childcare duties. Additionally, I agree should I change families after I receive $500 towards my education, I will not be eligible for further financial help from my new Host Family.

## Host Family

I agree to abide by any mutually agreed upon house rules as set forth in the Written Agreement. This might include, but is not limited to, houseguests and curfew. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, or being coerced to work extra hours, I will bring the matter to the attention of the Host Family and contact my Local Area Representative (LAR). Additionally, should I be subject to any physical, sexual or emotional abuse from any member of the Host Family, I agree to immediately

PLAINTIFFS' RESP. APP.0002536

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY

GAP_00000005



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

contact my LAR. I agree to abide by all local, state and federal laws, including the 21-year old drinking age restriction during my stay in the United States. I understand failure to do so will result in my immediate termination from the program.

**Stipend and Expenses**

I agree my weekly stipend will be no less than $195.75* per week in exchange for working up to ten hours per day for a maximum of 45 hours per week. I understand I will have one and one-half days off per week with one full weekend off per month. I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.

I accept total responsibility for my own expenses, including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf. Neither goAUPAIR Operations, LLC, nor the Host Family will accept responsibility for any personal charges or extra expenses I have incurred. If I am transferred to another Host Family for any reason, I understand my present Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe the Host Family. I understand the Host Family must be able to provide me with a copy of the bills.

**J-1 Visa/DS-2019**

I agree to complete all visa requirements and to obtain a valid passport. I understand goAUPAIR Operations, LLC, is designated by the U.S. Department of State as an Au Pair Program sponsor. I agree I am a suitable candidate for a J-1 Cultural Exchange visa. I understand goAUPAIR Operations, LLC does not issue my J-1 visa. United States Consular officers issue all visas and goAUPAIR cannot guarantee I will receive a visa. I understand goAUPAIR Operations, LLC issues my DS-2019 form which is required for a visa application.

I agree to obey all United States Department of State regulations and United States laws during my stay in the United States. If I do not return to my own country at the expiration of my DS-2019 or if I leave my Host Family without the approval of goAUPAIR, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings. If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.

I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay. I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the program.

**Completion Security Deposit**

A Completion Security Deposit shall be paid to the program at the time of match with my Host Family. This Deposit will be returned to me upon my completion of a successful year in the United States. In order to receive the Deposit two weeks before the expiration of my DS-2019, I agree to:
- Submit a letter to goAUPAIR Operations, LLC, 30 days before the expiration of my DS-2019, requesting the return of my Completion Security Deposit;
- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.

I understand all requests for the return of my Completion Security Deposit must be submitted to goAUPAIR Operations, LLC no later than 90 days after the expiration of DS-2019. goAUPAIR Operations, LLC has up to 90 days after the expiration of my DS-2019 to return my Completion Security Deposit.

I will not receive my Completion Security Deposit if:
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate; or
- I do not satisfactorily complete my year as an Au Pair.

The Completion Security Deposit cannot be used for payment of any debts owed by me, nor can it be used for airfare should I not complete my commitment.

---

* $215 for Plus Au Pairs, $255 for Premiere Au Pairs; subject to change based on U.S. Federal Minimum Wage

Initials_____ Date_____

PLAINTIFFS' RESP. APP.0002537

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                    GAP_00000006



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I understand in the event of a late cancellation by me, where goAUPAIR Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from goAUPAIR Operations, LLC, I may be required to forfeit my Completion Security Deposit.

## Grievance Procedure

I understand the Grievance Procedure for managing a potential problem is:
1. I will discuss the problem with my Host Family;
2. If this does not produce satisfactory results, I will discuss the problem with my Local Area Representative;
3. If this does not produce satisfactory results, I will discuss the problem with Corporate and provide them written documentation of the problem.

Only after these procedures have been completed and after notice has been given to/by my Host Family, will a rematch be considered. If a rematch occurs I understand the following:
- I am required to remain with the family for at least two weeks
- During that time I am required to continue to provide childcare services and will continue to be paid my weekly stipend
- I am responsible for all unpaid expenses I may incur including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf.
- I cannot be placed with a new Host Family in the same area unless approved by Corporate.
- If I am unable to place with another Host Family through goAUPAIR Operations, LLC, my DS-2019 will be cancelled. I will be forced to return home at my own expense and forfeit my Completion Security Deposit.

## Departures

If I leave my Host Family within the first sixty (60) days of arrival, whether it is to return home or move to a new family, I will be responsible for reimbursing my Host Family for the cost of my arrival airfare. I understand this is my responsibility and not that of goAUPAIR Operations, LLC. If I leave the Host Family at any time, I agree to give the Host Family at least two weeks notice prior to leaving. If I cannot complete my commitment to the program, I will be required to pay for my own airfare home. In addition, I will not receive my Completion Security Deposit or any accrued paid vacation stipend.

I understand if I remain in the United States past my permitted program duration I forfeit my return ticket home and will not be reimbursed for the amount. I understand the return portion of my travel can only be used at the end of my program duration.

## Non Smoking Declaration

I understand I am not permitted to smoke in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family. If I am caught doing so I will be terminated from the program, my DS-2019 will be cancelled and I will be forced to return home at my own expense and forfeit my Completion Security Deposit.

If I have indicated on my Au Pair Application I am a non-smoker, I am not permitted to smoke while in the United States. If I am caught doing so, I will be terminated from the program. My DS-2019 will be cancelled and I will be forced to return home at my own expense and forfeit my Completion Security Deposit.

## Agreement

I hereby warrant that all information I have given to goAUPAIR Operations, LLC, and goAUPAIR Operations, LLC, representatives is true, accurate and complete. I understand if any of the information is found to be false, inaccurate or incomplete, goAUPAIR Operations, LLC, will terminate my DS-2019 and I will return to my home country at my expense and will forfeit my Completion Security Deposit.

I agree to perform my duties as an Au Pair to the best of my ability. I agree to indemnify goAUPAIR Operations, LLC, and its authorized agents and representatives for any loss or damage suffered by them. I agree to indemnify goAUPAIR Operations, LLC, and its authorized agents and representatives for any claims made against them which result from any breach of contract or negligence I cause during my participation in the program.

I further warrant that goAUPAIR Operations, LLC, its affiliates, agents and employees will act on my behalf in arranging for transportation and that none of them will be under any liability to me in respect to any loss, damage, personal injury, delay or expense suffered by me resulting from any act or omission of any carrier, any member of the Host Family or any other body, corporate or non-corporate, in relation to transportation to and from and within the U.S., my duties as Au Pair or any other facility or service organized on my behalf.

Initials_____ Date_____

PLAINTIFFS' RESP. APP.0002538

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY

GAP_00000007



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I hereby agree that goAUPAIR Operations, LLC, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety.

I agree that U.S. law applies to this agreement and I agree to submit to the jurisdiction of the U.S. courts.

I understand the above information and will abide by the terms, conditions and rules of goAUPAIR Operations, LLC. I have received a copy of the federal regulations and a copy of the policies and grievance procedures of goAUPAIR Operations, LLC. I have truthfully answered all questions asked of me in the application. If at any time I am found to have falsified information on my application, my DS-2019 will immediately be cancelled. I will be required to return to my home country at my own expense. I will also forfeit my Completion Security Deposit.

Applicant name (print)_____

Applicant signature_____Date_____

Initials_____ Date_____

PLAINTIFFS' RESP. APP.0002539

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY

GAP_00000008



## Addendum to Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I, _____, recognize this is an addendum to the Au Pair Agreement I have already signed with goAUPAIR Operations, LLC. This addendum only applies to the Completion Security Deposit section on the Agreement. All other sections of the original Agreement are still valid. By signing this addendum I agree to the following addition to the Completion Security Deposit section of the original Agreement.

**Completion Security Deposit**

A Completion Security Deposit shall be paid to the program at the time of match with my Host Family. This Deposit will be returned to me upon my completion of a successful year in the United States. In order to receive the Deposit two weeks before the expiration of my DS-2019, I agree to:

- Submit a letter to goAUPAIR Operations, LLC, 30 days before the expiration of my DS-2019, requesting the return of my Completion Security Deposit;
- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.
- **Provide verification of attendance to at least four (4) of the Au Pair activities held by my Local Area Representative (LAR) during my year in the United States.**

I understand all requests for the return of my Completion Security Deposit must be submitted to goAUPAIR Operations, LLC no later than 90 days after the expiration of my DS-2019. goAUPAIR Operations, LLC has up to 90 days after the expiration of my DS-2019 to return my Completion Security Deposit.

I will not receive my Completion Security Deposit if:

- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate; or
- I do not satisfactorily complete my year as an Au Pair, **including completing the required education and attending the required Au Pair activities.**

The Completion Security Deposit cannot be used for payment of any debts owed by me, nor can it be used for airfare should I not complete my commitment.

I understand in the event of a late cancellation by me, where goAUPAIR Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from goAUPAIR Operations, LLC, I may be required to forfeit my Completion Security Deposit.

Applicant name (print)_____

Applicant signature_____Date_____

Initials_____ Date_____

PLAINTIFFS' RESP. APP.0002540
HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY
GAP_00000009

# Exhibit 291

PLAINTIFFS' RESP. APP.0002541

| | |
|---|---|
| **From:** | Dena Loveless |
| **Sent:** | Wednesday, September 3, 2014 1:12 PM |
| **To:** | Tessa Dean; Erin Mortensen |
| **Subject:** | RE: Nanny Ad |

HI Tessa,

You are right! I checked on this lead and we have made the corrections on our end.

Thank you for bringing this to our attention and have a great day!

Kindly,


*Dena Loveless*
**Administrative Assistant**
*dloveless@goaupair.com*

*www.GoAuPair.com*
*888.AUPAIR.1 (888.287.2471)*
*801.255.7722 Ph • 801.255.2282 Fax*
*151 East 6100 South, Suite 200*
*Murray, UT 84107*

---

**From:** Tessa Dean [mailto:tessa_dean@hotmail.com]
**Sent:** Wednesday, September 03, 2014 8:47 AM
**To:** Erin Mortensen; Dena Loveless
**Subject:** Fwd: Nanny Ad

Hello-

This lead got an auto response saying she's outside my area. I just mapped it from my house it's 52 miles. So can you help inform her that she can fill out the application?

For some reason she's not showing up on my portal as a lead.

Thanks,
Tessa

Sent from my iPhone

Begin forwarded message:

> **From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Date:** September 3, 2014 at 9:37:12 AM CDT
> **To:** 34e68903246f362ba966ff945fd76363@reply.craigslist.org
> **Subject: RE: Nanny Ad**
>
> Hi Tessa,
> My address is 410 Trilane Drive, Norwood Young America, MN 55397

1

Thank you again,

███████

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tessa Dean <34e68903246f362ba966ff945fd76363@reply.craigslist.org>
Date:09/03/2014 9:08 AM (GMT-06:00)
To: ████████████████████████████████
Subject: RE: Nanny Ad

Hi ██████

Yes, the Department of State Regulates all au pair programs and they set the weekly stipend. For the EduCare au pair, which is up to 30 hours, it is $146.81/week paid directly to the au pair. You would be required to pay this same fee every week even if they didn't work 30 hours. However, they are also able to help with light housekeeping and children's laundry. So you can schedule some of their working hours to be doing extra tasks around the house if you are not quite at 30 hours.

See this video on how the fees work: http://www.goaupair.com/host-families/program-costs

Because your children are under the age of 2, you would also need an infant qualified au pair. This means they have 200+ hours of experience in this age group. Inis is unfortunately not infant qualified, but you could do a search out of the country to find a perfect match for your family.

I hope this helps. If you have any additional questions, please feel free to call me at 612-644-4434.

Kindly,
Tessa

_____

From: ████████████████████████████████
To: 34e68903246f362ba966ff945fd76363@reply.craigslist.org
Subject: RE: Nanny Ad
Date: Wed, 3 Sep 2014 08:59:29 -0500

Hi!
Thanks for the information on the educare au pair.
I have a question regarding pay, we would provide room and board, but is there a flat rate regardless of how many hours we need her?  Or do we just pay her for the hours worked?
I'm in nursing school and work part time.  My husband works full time.  We would need care no more than 30 hours a week.  We have a 15 month old and a 3 month old.  We have two dogs and a cat, a can provide a furnished private room.
Thanks,
███████

Sent from my Verizon Wireless 4G LTE smartphone

PLAINTIFFS' RESP. APP.0002543

GAP_00009150

-------- Original message --------
From: Tessa Dean
Date:09/01/2014 9:06 AM (GMT-06:00)
To: ████████████████████████████
Subject: Nanny Ad

Hello,

We have a great EduCare (PT up to 30 hours) au pair available to start 9/9 and she is already in the country. Her name is ███ from ██████ and she is ██ years old. She is a college graudate and can work with all ages of children 2 and older. You can view her profile at -
█████████████████████████████████████████████████
████████████████.

If you are interested in learning more about the program, you can visit: www.goaupair.com or call me the local area representative at 612-644-4434. I would love to talk with you further about the many benefits you would have by hosting an au pair.

Regards,
Tessa Dean

 Au Pair/Live in nanny (West Metro)
We are looking for an au pair who can commit to 1 year with our family. Approximately 20 hours of childcare needed per week, with flexibility to work a outside of the home or pursue further education. Would be ideal for online college student. In addition to room and board, a weekly salary will be provided.

If interested in more information, please reply.
Thank you!

---

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/7e68c27912628a7d147b455d8ccbca9b2a1a1b10.1

---

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/4548b6789e817869e0df42aa860b89785e10aeeb.1

---

3

PLAINTIFFS' RESP. APP.0002544

GAP_00009151

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/f068b4cc99545a9099184ba383703dcc7e6a0888.1

Original craigslist post:
http://minneapolis.craigslist.org/csw/kid/4642249964.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/856c254f89402f7a74864ca09ccd1ed1cb54ee37.1

4

PLAINTIFFS' RESP. APP.0002545

GAP_00009152

Case 1:14-cv-03074-CMA-KMT   Document 918-27   Filed 03/17/18   USDC Colorado   Page 59 of 106

# Exhibit 292

PLAINTIFFS' RESP. APP.0002546

| | |
|---|---|
| **From:** | Holly Timm |
| **Sent:** | Wednesday, October 26, 2011 1:05 PM |
| **To:** | Devon Kapler |
| **Subject:** | RE: [Alliance] NYT article on Summer Work Travel program |

Hey!

I definitely think it's smart to actually be looking at what people are saying. I'll look
more into that as well. Do we think GAPs key publics have been reading these articles?

Thursdays are my busiest school day, but I'd be available after 6:30 p.m. tomorrow or I'll be
in the office all day Friday to do the newsletters if you'd like to talk then.


-----Original Message-----
From: Devon Kapler
Sent: Tue 10/25/2011 6:59 PM
To: Holly Timm; Carol Lima
Subject: RE: [Alliance] NYT article on Summer Work Travel program

Hi Holly,

I'm still reviewing your article and the other negative press out there to get a better
understanding of the situations and to also think more on how our response should be.

I added a case comment that lists all the places I know of where this event has been
discussed.  You can see the list in the case comments in SFDC.  I think it's really
insightful to read the comments actual people are saying.  I looked at a few on the NY Times
article and you can see how people are sort of "taking sides".  Right now my prelim thoughts
is that GAP should write an article about how there's both sides always with different
expectations.

I dunno I need to sleep on it.  Are you available at all in the near future for a quick phone
call?  I think it would be good to review all these articles and consider the main points
that not only the press is talking about but also real people in comments (if there are any).

Let's keep thinking.



Devon Kapler

www.GoAuPair.com
dkapler@goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph  ||  801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107


-----Original Message-----
From: Holly Timm
Sent: Monday, October 24, 2011 3:06 PM

1

PLAINTIFFS' RESP. APP.0002547

GAP_00012089

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY

To: Devon Kapler; Carol Lima
Subject: RE: [Alliance] NYT article on Summer Work Travel program

Here's a draft of the response to the NYT article. I highlighted any questions I had in
yellow. Let me know what changes and/or additions we'd like to make.

Holly


-----Original Message-----
From: Devon Kapler
Sent: Wed 10/19/2011 10:40 AM
To: Carol Lima; Holly Timm
Subject: RE: [Alliance] NYT article on Summer Work Travel program

Ok I see your meaning YES that's a great point.  There's no reason at all for ANYONE to take
the Au Pairs stipend for any reason.

Devon Kapler

www.GoAuPair.com
dkapler@goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph  ||  801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107


-----Original Message-----
From: Carol Lima
Sent: Wednesday, October 19, 2011 9:59 AM
To: Devon Kapler; Holly Timm
Subject: RE: [Alliance] NYT article on Summer Work Travel program

-Although the stipend is the same for most programs. the APs don't pay for room and board and
live with a family which eliminates the possibility of the Au Pair going without it or not
having money to pay for it.
>>> DLK >>> I don't understand this point

>>> >>> CL >>> >>>  The article says the nonprofit agency was taking
>>> >>> away part of the student's stipend money and deposit to pay for
>>> >>> rent and utilities and who knows what else, so they ended up
>>> >>> getting paid much less for their work. This would not happen in
>>> >>> the AP program because they don't pay for rent or basic food and
>>> >>> stuff it is giving to them regardless of their work hours! And
>>> >>> what I meant by we don't get any money from the Au Pair is.. the
>>> >>> stipend is between the family and Au Pair... so there's no risk
>>> >>> of us or the LARs getting in the way of their payment. (I guess
>>> >>> we can authorize the family to withhold money from the stipend
>>> >>> if we feel the Au Pair owns them anything... mmmmm but that's an
>>> >>> exception... )

Hope this clarifies!

Carol Lima
Marketing and Public Relations

2

PLAINTIFFS' RESP. APP.0002548

GAP_00012090

www.GoAuPair.com
clima@gouapair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph . 801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107

-----Original Message-----
From: Devon Kapler
Sent: quarta-feira, 19 de outubro de 2011 09:30
To: Holly Timm
Cc: Carol Lima
Subject: RE: [Alliance] NYT article on Summer Work Travel program

Holly,

Let's start with an outline of the key points.  We'll have to organize my ideas with
Carols....SEE MY COMMENTS THOUGH ON HER POINTS BELOW

We can review the outline FIRST before writing any sentences.



Devon Kapler

www.GoAuPair.com
dkapler@goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph  ||  801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107

-----Original Message-----
From: Tanna Wilson
Sent: Wednesday, October 19, 2011 8:56 AM
To: Devon Kapler; Carol Lima; Meghan Ramirez; Bill Kapler via Yahoo email
Cc: Holly Timm; Bryan Alexander
Subject: RE: [Alliance] NYT article on Summer Work Travel program

I think it would be good to take advantage of it, yes.  Why not?


Tanna Wilson
Managing Director

twilson@goaupair.com
www.goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph . 801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107

-----Original Message-----
From: Devon Kapler
Sent: Wednesday, October 19, 2011 8:47 AM
To: Tanna Wilson; Carol Lima; Meghan Ramirez; Bill Kapler via Yahoo email

3

PLAINTIFFS' RESP. APP.0002549

Cc: Holly Timm; Bryan Alexander
Subject: RE: [Alliance] NYT article on Summer Work Travel program

So agreed we have to word delicately but does this mean we DO WANT to have a big official
response?

Devon Kapler

www.GoAuPair.com
dkapler@goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph  ||  801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107

-----Original Message-----
From: Tanna Wilson
Sent: Tuesday, October 18, 2011 4:51 PM
To: Carol Lima; Devon Kapler; Meghan Ramirez; Bill Kapler via Yahoo email
Cc: Holly Timm; Bryan Alexander
Subject: RE: [Alliance] NYT article on Summer Work Travel program

I don't think we can use the term BETTER supervised, but we can dance around that.


Tanna Wilson
Managing Director

twilson@goaupair.com
www.goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph . 801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107

-----Original Message-----
From: Carol Lima
Sent: Tuesday, October 18, 2011 3:16 PM
To: Devon Kapler; Tanna Wilson; Meghan Ramirez; Bill Kapler via Yahoo email
Cc: Holly Timm; Bryan Alexander
Subject: RE: [Alliance] NYT article on Summer Work Travel program

Do we want to defend the J-1 program as a whole and say that was an unfortunate situation (an
exception) or focus on how the AP program as a better supervised program? If we are to talk
about the J1 visa programs then we need to research all the other programs besides the summer
and AP programs...

Here's what I thought to add to Devon's ideas:

-I think it would be interesting to say the Au Pair program is a "personal" program where the
cultural exchange comes from the relationship between a family and their Au Pair.
>>> DLK >>> yes that's good
-The sponsor agencies do not get any money from the Au Pairs, only from the families. so
there's no way we can disappear with their money. I mean.. we don't deal with the Au Pair's
finances.. only the Host Family's and the LARs make sure the HFs are paying their APs..

4

GAP_00012092

>>> DLK >>> This isn't accurate, we do collect money from the Au Pair in the form of a CSD.
Au Pairs also may have a fee to pay to the IR who is recruiting them.  GAP has no control
over the IR fee but we do have control over the CSDs.  CSDs have just been deemed "illegal"
by the Dept of Labor so we're actually now going to be charging a program fee.  Suggest we
don't talk about this at all or if we do - lets review closely or find a way to rephrase.
-Although the stipend is the same for most programs. the APs don't pay for room and board and
live with a family which eliminates the possibility of the Au Pair going without it or not
having money to pay for it.
>>> DLK >>> I don't understand this point
-LARs are not only responsible to report about the APs condition (and all those other
responsibilities) but also they are required to provide cultural exchange opportunities for
APs.
>>> DLK >>> Yes this is great!
-The APs and HFs have "doubled" support, from the PCs in the office and the LAR locally...
>>> DLK >>> Yes also great!

Carol Lima
Marketing and Public Relations

www.GoAuPair.com
clima@gouapair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph . 801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107


-----Original Message-----
From: Devon Kapler
Sent: terça-feira, 18 de outubro de 2011 09:53
To: Tanna Wilson; Meghan Ramirez; Bill Kapler via Yahoo email
Cc: Holly Timm; Carol Lima; Bryan Alexander
Subject: FW: [Alliance] NYT article on Summer Work Travel program

What do we think is the appropriate level of response to the negative press around cultural
exchange programs? Options are:
- nothing
- create official statement and blast it all over the internet
- say something small and keep locally (like blog post and that's all)

I sort of think we should take this opportunity to make a big response and to put it out
everywhere.  I'm thinking we could do:
- Article / Press Release
- Comment on all the bad articles and link to our site (if possible)
- Something to Edina
- else?????

If we are to go this route, then I think we need to add more points to the blog post Holly
has started.  Prelim thoughts only:
- Need to demonstrate sympathy over what happened.  We cannot discredit the experience these
people had, it really truly occurred and is tragic
- AP is cultural exchange program too - under the same department and similar regulations
- Here's how AP is different:
> Interview Site visit
> Monthly contacts
> Trained and supervised Local Area Reps Documentation Feedback survey
> directly  with HQ Annual Audit Specific regulations etc etc etc (I'm

5

PLAINTIFFS' RESP. APP.0002551

GAP_00012093

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

> sure there's more I haven't thought of)
- Issues always will occur, DOS has great method of communication with them and reporting and agency responds with DNWW (or similar)
- overall I think we should give props to the DOS for structuring AP program so well, reiterate the comments about most experiences are positive (we have about a million testimonials to pull from)

Thoughts?  If we don't want to do anything big then a blog post alone is probably fine.  If we DO think we should do something big then I think we need to beef this up and really build it out.

Remember - we are all J-1 programs.  If one program gets fire we are all at risk of cancellation.  I think we should respond big.


Devon Kapler

www.GoAuPair.com
dkapler@goaupair.com
888.AUPAIR.1 (888.287.2471)
801.255.7722 Ph  ||  801.255.7782 Fax
151 East 6100 South, Suite 200
Murray, UT 84107


-----Original Message-----
From: Holly Timm
Sent: Monday, October 17, 2011 1:36 PM
To: Devon Kapler
Subject: RE: [Alliance] NYT article on Summer Work Travel program

I wrote a post a few weeks ago in response to this whole Hershey's Factory foreign exchange upset. Pretty unfortunate that one irresponsible exchange program host can make the whole J-1 program look bad. Anyway, I attached the post I wrote. We could publish it this week if you'd like.

Holly


-----Original Message-----
From: Devon Kapler
Sent: Mon 10/17/2011 8:56 AM
To: Holly Timm; Tanna Wilson; Carol Lima; Bryan Alexander; Meghan Ramirez
Subject: FW: [Alliance] NYT article on Summer Work Travel program

Do we want to have a corporate response to the bad press about this event?  Just something saying cultural exchanges are great.  I didn't read the article but I bet it's no good.  OR we could talk about how the AP program is so closely regulated that things like this are not as likely to occur???  I dunno just something.


Thoughts? Ideas?

6

GAP_00012094

Devon Kapler

www.GoAuPair.com

dkapler@goaupair.com

888.AUPAIR.1 (888.287.2471)

801.255.7722 Ph || 801.255.7782 Fax

151 East 6100 South, Suite 200

Murray, UT 84107

From: Mark Overmann [mailto:MOvermann@alliance-exchange.org]
Sent: Monday, October 17, 2011 8:48 AM
Subject: [Alliance] NYT article on Summer Work Travel program

The New York Times published <http://www.nytimes.com/2011/10/17/us/hershey-foreign-exchange-students-pleas-were-ignored.html?hpw>  a story this morning on the Summer Work Travel program and the events of this past summer in Palmyra, PA. The Alliance is preparing a response to the article.

--
Mark Overmann
Assistant Director & Senior Policy Specialist Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150

Washington, DC 20036
202-293-6141
202-293-6144 (fax)
www.alliance-exchange.org <http://www.alliance-exchange.org/>

7

GAP_00012095

# Exhibit 293

PLAINTIFFS' RESP. APP.0002554

CONFIDENTIAL ATTORNEYS' EYES ONLY

**Nannies vs. Au Pairs – Who's Right for Your Family?**

Every family's child care situation is different. Finding the right type of provider is a key part of making sure your kids have the care they need. Are you thinking about hiring a <u>nanny</u>? Or have you considered becoming a host family for an <u>au pair</u>? If you're wondering which direction to go, I have some advice to point you in the right direction.

In the past, we've had two nannies—both worked out great for us! To this day, Amanda and Natalie are still like family members, even though our boys are older and no longer need a nanny's care. For us, a nanny was the right fit, because we mainly needed afternoon care. We wanted someone to supervise the boys after school, make sure they got to all of their activities, and had regular help with their homework.

Other parents, like my friend Dave, were looking for a little more from their care provider. As a busy single dad, Dave needed to find a full-time caregiver who was flexible enough to manage the daily juggle of his three kids' competing schedules. He also wanted to have someone who could be around to be a "big sister" to his daughter (she's the youngest and has two older brothers). For Dave's family, an <u>au pair</u> was the right decision.

So what about *your* family? What's best for you? If you're trying to decide between hiring a nanny or hosting an au pair, here are some signs an au pair could be the right call:

*We want someone to live with us full-time.*

> Taking on an au pair is more than hiring an employee—you become a host family for that guy or girl. Since au pairs are foreign nationals, part of the reason they come to work as child care providers in the United States is for the chance to experience life in another country. But that also means the families they work for have to meet special U.S. State Department-mandated <u>requirements</u>, which include providing housing, food, and transportation.

*We're able to provide a little extra for the au pair.*

> As I mentioned before, you have to be willing to provide extras like room and board for your au pair. If you have the space for her to live though, an au pair can really be cost-effective. Right now, families are required to pay an au pair a weekly stipend of $195.75 and a one-time fee of up to $500 towards educational costs. Over the course of a year, that can mean overall savings—although you'll have to keep track of other expenses, as well.

*Schedules change often in our family.*

> One of the big benefits of having a live-in care provider like an au pair is that most are available and willing to work around your schedule. If you're a parent who travels a lot or have a job with fluctuating hours, an au pair can cover those times where work keeps you away from home. Keep in mind, though, that the State Department also regulates an au pair's hours: each can work up to 45 hours a week or 10 hours a day.

PLAINTIFFS' RESP. APP.0002555

GAP_00012161

CONFIDENTIAL - ATTORNEYS' EYES ONLY

*A one-year commitment works for us.*

Typically, au pairs stay with your family for up to one year (that's how the visa works). That means if you choose an au pair, you'll have to find a replacement a year later. Transitioning to a new caregiver can be tough for your kids, so you'll have to figure out if you want a child care provider to be a part of your family longer than a year. If not, why not try an au pair?

*Cultural experience is very important to us.*

One of the best things an au pair can bring into your home is their home country's culture and heritage. Having someone live with you from another country can open your kids' eyes to the world outside of the U.S., and showing them how other cultures live (as well as showing your au pair how things work in America) can be a blast! Think about how these types of cultural experiences will impact your family before making your decision.

So, what do you think? Is an au pair right for you?

If you're looking into hosting an au pair, you should definitely check out these three great organizations: Cultural Care Au Pair, goAUPAIR, and Au Pair in America. Right now, Care.com is working with all three companies to let our members search for au pairs, view their profiles, and start the search for a great child care provider right from our site.

Check them out!

GAP_00012162

Case 1:14-cv-03074-CMA-KMT   Document 948-27   Filed 03/17/18   USDC Colorado   Page 69
of 106

# Exhibit 294

**From:** Tessa Dean
**Sent:** Wednesday, August 13, 2014 7:52 AM
**To:** ████████████████████
**Subject:** RE: Application

Hello ███

Just wanted to follow up and see if you have any additional questions on how the program works and if it is right for your family?

Please call me or email anytime.

Kindly,
Tessa

---
**From:** Tessa Dean
**Sent:** Tuesday, August 12, 2014 4:03 PM
**To:** ████████████████████
**Subject:** RE: Application

███

Please watch the video on our website for information on pricing and fees: http://www.goaupair.com/host-families/program-costs keep in mind the fees discussed in this video are for out of country au pairs. They placement fees would be a bit cheaper for in country au pairs as they have less than one year typically left on their J-1 visa. The weekly stipend to the au pair doesn't change, that is always the $195.75/week.

There is a grievance procedure, we ask au pairs and host families to give 2 weeks notice in the event it is not a good match for either party. After that, you can get a refund of any remaining placement fees you have paid (and not used) or you can use those fees to then find a replacement au pair.

████████ was very excited about the opportunity to speak with you. She said she is available to Skype tomorrow until 1pm when she has to work with her current family. Here is a bit more about her:

I have a great candidate that is from ████████ her name is ████████████████████, she is ██ years old and infant qualified with almost 600 hours of under age 2 experience. She was currently with a family that only allowed her to speak Spanish and she wants to be in a family where she can improve on her English. She is a college graduate and an education background with teaching experience. She is a great candidate and best of all she specifically wants to be in ████████ as she has friends here. Watch her application video to learn more about her: ████████████████████████████

Kindly,
Tessa

---
**From:** ████████████████████████
**Sent:** Tuesday, August 12, 2014 3:56 PM
**To:** Tessa Dean
**Subject:** Re: Application

Hi Tessa

Thank you for the information, in our call I forgot to ask you about the costs for in country au pair and how this program works, also what if we don't like her work or her ethics, cleanliness after we hire them, just wanted to

1

PLAINTIFFS' RESP. APP.0002558

GAP_00022438

find few more details. I'll go through your website tonight but I don 'to think it will give all the info we need so was checking with you.

Please let us know so we understand the program and it's advantages or dis advantages so we can decide.

Regards



Sent from my iPhone

On Aug 12, 2014, at 2:41 PM, Tessa Dean <<u>tdean@goaupair.com</u>> wrote:

> Hello 
>
> I wanted to attach an example of an host family letter. I hope this will help you in completing the online application.
>
> I look forward to helping you explore au pair care for your twins!
>
> I did reach ███████ and she is very interested in talking with you. She said ███████████████ and loves the fact that you have ████ as well!! She could be a great option for you.
>
> Once your application is complete, you can view her full profile!
>
> Kindly,
> Tessa
>
> <Sample Host Family Letter.pdf>

2

GAP_00022439

Case No. 1:14-cv-03074-CMA-KMT Document 959-16 filed 03/30/18 USDC Colorado pg 73 of 107

# Exhibit 295

PLAINTIFFS' RESP. APP.0002560

## Host Parent Survival Guide!

When your au pair arrives
1. Have their room ready and clean with a waste paper basket, laundry basket, bulletin board, and a small arrival gift or basket.
2. Encourage them to call home to let their parents know they are now with their host family.
3. Ask about their room (do they have everything they need).
4. Spend the entire first week showing them everything in your home.
5. Ask them to operate all appliances to make sure they know how to do it.
6. Remember that the amount of time and training in the first month directly affects the type of relationship you have the entire year.
7. Ask your au pair questions about their home, their country, their family, and ask to see the pictures they brought with them.
8. Ask them how you can make them feel welcome in regards to cultural differences, food, customs, etc
9. Help them to get their Social Security card and bank account right away. They will need this to get a New Jersey driver's license.
10. Realize that the change of coming here is HUGE. Cultural shock is evident in most au pairs, as is some amount of homesickness.
11. Try to get them out driving as soon as possible (during the first weekend week is best).

Communication
1. Good communication is the key to a great year; we cannot stress this enough!
2. Make a good Au Pair Notebook... ask us if you would like a sample for a guideline.
3. Use the www.interexchange.org web site as a valuable tool for host families.
4. Help your au pair feel welcome and that they are truly part of your family.
5. Bond with your au pair, as you want them to bond with your children.
6. Pick your battles; they cannot be perfect in everything they do, decide what is most important.
7. It is never acceptable to yell at your au pair; talk to them as an adult with respect
8. Show appreciation. Say "thank you" all the time even if they do not.
9. Have weekly meetings with no interruptions of the phone or children. This helps prevent small problems from becoming big problems. If it is easier to go over things as they come up in a short meeting that works also.
10. Read the newsletter each month.
11. Your au pair lives in the house too. Share with them what is happening in your home when they are working and when they are not (family illnesses, out of town guests, etc).
12. Stress the importance of family privacy, what happens in your home should stay in your home.
13. Let them know if they are being included in vacations, dinners out, etc.

Work Responsibilities
1. Au pairs are responsible for all tasks related to children.
2. Au pairs wash the children's clothes and their own, not the host parent's clothes
3. Au pairs are to HELP with dishes and clean up as a family member only. They are not responsible for doing the entire clean up alone.
4. If an au pair does a chore that is not part of their responsibility, this cannot become an expectation of the host parent.
5. An au pair should only deliver the house in the condition that it was received. They are not required to clean up toys, dishes, nor the home from when they were off.

The Schedule
1. Please be on time or build extra time into the schedule. At a minimum, make a phone call if you are running late.
2. **Schedule changes should be rare, not a weekly occurrence. Stipend is $195 and change. Your choice to round up.**
3. A written schedule must be posted no later than Monday morning with a maximum of 45 hours a week/ 10 hours per day.
4. They should have Saturday or Sunday off as their full day.
5. A half-day is a day with no more than 5 work hours and no split.
6. Friday or Saturday night should be off so they can go out with friends on a weekend night.
7. Vacation should not be taken until after 6 months. Vacations are decided mutually. If this cannot be done, then the au pair may choose one week and the host parents choose the other week. If the aupair does not take her vacation time, she is entitled to the money. (1 days pay for every month worked- is the exact payment for each month worked. This payment kicks in only at the beginning of the second month in the country. Therefore, if an aupair works an entire year she will get $392.00 cash.
8. Remember: Cluster meetings are mandatory and we would appreciate it if you would not schedule your au pairs to work during a cluster meeting.
9. Try to plan the schedule around the au pair social events if possible.
10. When you have your au pair with you on vacation, you must give your au pair a written schedule following the same rules as if you were at home.
11. ALL sleeping hours count. Example: if you leave for work at 5:00 AM and the kids and the kids do not get up until 7:00 AM, this is still counted as 2 work hours for your au pair as they are the responsible adult in the home.
12. Pay your au pair each week on the same day without them needing to remind you. It is always difficult when an au pair needs to ask for money.
13. Every aupair gets one weekend off a month. Please try to consider their weekend life and give them off a weekend that works for their special events as well...

CONFIDENTIAL                                                                InterExchange0019109



EXHIBIT
Mc Hugh 10
4 16 17
JEREMY RICHMAN

HF cont.

Your Children
1. Empower your au pair. Back them up on all discipline in front of the kids, even if you disagree. The host parents and au pair must be a team and have consistency with the kids.
2. Never discuss an au pair's decision nor issue you have with your au pair in front of the kids.
3. It is difficult for your au pair if the kids only respond to yelling.
4. Be consistent: things that you expect your au pair to do are the same things you should do, set an example.
5. Ask about what happened during the day when you come home. Use open-ended questions vs. "yes" and "no" questions.
6. Understand that American children are different than children are in other countries. Find out how they are different.
7. Set limits for the children and teach them to respect when your au pair is not working.
8. Include your au pair in IMPORTANT children's activities and give them notice so they can go with you.
9. Do not allow the children to call you for little decisions. Your au pair should make the call to you if it is necessary.

Your home
1. Make sure there is enough food in your house for another person.
2. Be sure the fridge is stocked with foods for an adult to eat, not just for kids.
3. Buy some of their favorite things to eat (within reason).
4. If you get carry out for dinner, make sure there is enough for them to eat too.
5. Include your au pair in family dinners.
6. Things may not always be done as you would like them, but there is more than one way to do things.
7. Tell your au pair when it is appropriate to use your computer and for how long. In addition, what they download as well as software they can install.

Your Au Pair's Room
1. The au pair's room is their private place. No personal belongings of the family can be in the au pair's room.
2. Do not allow the kids to go into the au pair's room. Without permission from the aupair.
3. Do not go into the au pair's room without permission unless it is an emergency and then explain it to your au pair.

Driving and the Car
1. Get the driving manual from the motor vehicles office before they arrive so they can read it early on.
2. Practice driving with them many times and get driving instruction if necessary.
3. Have them drive you to places where they must take the children.
4. Help them get the translation for the Driver's License.
5. Take them for both the written test and driving test if they cannot drive on their own at least one time.
6. If you have mileage limits, it should be no less than 150 miles per week when not taking classes and 200 miles per week when they are.
7. Watch gas prices and adjust the gas allowance given for driving children accordingly.
8. Ask that they keep the car clean.

About your au pair
1. Please keep to the 45 agreement...
2. Talk about your expectations for out-of-town visitors.
3. Your au pair may be cold since we have turned down our thermostats. Provide them with extra blankets or a small heater.
4. If you have had a bad day, it is common for an au pair to think they have done something to make you angry.
5. Understand that au pairs can have bad days too.
6. Introduce them when your friends visit so they feel valued.
7. Au pairs need hugs and kisses too.
8. Ask your au pair about their off time: Did they have fun? What did they do? etc.
9. Help your au pair find the most inexpensive way to keep in touch with their family -phone cards/calling plans.
10. Encourage them to have friends over.
11. Realize that it is important for them to spend time with age-appropriate friends.
12. Remember: this is another adult in your home, not a child. Remember how you or your friends were at this age.
13. Be fair about your curfew. Most au pairs have a 12:00 AM curfew during the week and none on the weekend if not working the next morning.
14. Help them to fulfill their educational requirement. Each au pair is required to complete 60 class hours and host parents are responsible to pay $500 for classes. Remember to tell your au pair when is the best time to take classes, as you cannot schedule them to work during the time they have class. The money is to be used in the program year. If there is, money left at the end of the year it is **not** to be given to the aupair. The money is effective from the date they arrive in your home. They get the equivalent of $41.67 a month for education.
15. Good ways to show appreciation for your au pair is with a card, a small gift, or to treat him/ her to a cluster event.
16. Remember and celebrate your au pair's birthday.

### HAVE YOU REVIEWED YOUR AU PAIR NOTEBOOK WITH YOUR AU PAIR?

I spent a lot of time and thought putting this together for you; we hope you find it helpful. I want your year to be successful and a wonderful experience to last a lifetime!

Robin

**CONFIDENTIAL**

InterExchange0019110

PLAINTIFFS' RESP. APP.0002562

# Au Pair Survival Guide!

## Your Job

1. You **must be ready for work when your day begins**: out of bed, showered, dressed, have eaten breakfast, and greeting your host parents 5 minutes before your start time to get your instructions for the day.
2. Say "good morning" to your host parents and host children, with a smile, don't wait for them to say it first.
3. Be positive, outgoing, and enthusiastic about your work.
4. Bond with the children - Get to know them, children need to know that you like them and they can trust you.
5. Never say nor think, "it's not my job". If it's related to the kids, IT IS YOUR JOB.
6. You must **always be on-time**: this means for starting work, picking up the kids, taking the kids to school, getting the kids to bed, having their meals on time, and your own curfew.
7. Make reminders for yourself if you need to… write it down.
8. During working hours, au pairs **must always be watching the children** or doing childcare related things. When you are working, you are working. No watching TV, spending time in your room, showering, letter writing, personal reading, personal chores (your laundry, cleaning your room, etc), personal phone calls, using the internet nor writing e-mails. NEVER ALLOW KIDS OUTSIDE ALONE!
9. Eliminate the words "stupid" and "hate" from your vocabulary. These words are most often used incorrectly and offend host parents and children.
10. Never compare your host family situation with another au pair's. Remember, each family is different, in some ways better, and in some ways not.
11. Don't answer the door to anyone that you do not know unless your host parents tell you to ahead of time.

## About your Host Children

1. Watch your kids at all times! If you cannot see them, they are too far from you.
2. You always have to remember: the most important thing, which your host parents expect from you, is THAT YOU KEEP THEIR CHILDREN SAFE!!!
3. Play, play, and play… We want au pairs to be actively playing with the kids, not just watching them play. You need to be fun, happy, silly, smile, creative, and be playful. Be motivated and creative with the children; minimize TV watching.
4. Understand that American children are different than children in your country.
5. Understand that kids are not perfect. They have bad days too, they make mistakes, they do things wrong… they are kids, you are the adult and you need to react to them as an adult always. Do not argue back with them like another child.
6. Do not take things your host kids say or do personally.
7. Be sensitive to the kids, they love you whether you are "on" or "off" working hours.
8. Encourage your host kids. Help them to be positive and believe they can do things
9. Attend important events for the kids if you can. If you cannot, be sure to ask the kids about them. Example: How was the soccer game? Did your team win? How did you play?
10. You are the "eyes and ears" for the host parents. You may see a behavior change with the kids on Monday and your host parents may not see it until the weekend. You will hear what the kids say when they come home from school and what they need for the next day.
11. Be careful not to favor one child, you must treat all the children equally.

## About your Host Parents

1. Every au pair needs to understand that host parents are very busy, this is why they have you. You cannot be offended when they come home from work tired, upset, or don't talk with you as much as you'd like.
2. Realize that if your host parent is in a bad mood, it doesn't mean it is about you.
3. Even if your host parents work a lot and you don't see them often, make sure that you find a minute to tell them something about your day with the kids or ask questions.
4. Ask lots of questions about your work. Even if you feel silly asking what seems simple, you really must ask if you have any doubts! It is so much better than making avoidable mistakes
5. Communicate! Even if it is hard – you MUST find a way to talk to your host parents and to solve possible problems early! Small problems just get bigger, they never just go away. If you need help, talk to your coordinator for ideas on how to talk with your family.
6. Make eye contact when you are talking with them, this is respectful.
7. Say "thank you"… thank you for dinner, gifts, and vacation. We say "thank you" more than many other countries and we also write thank you notes.
8. Host parents do not want to hear your opinions on how to raise their children nor your strong dislikes about America. Be careful to never give your opinion unless your host parent specifically asks you for it. Do not tell your host parents what they should or should not be doing with their children, home, or life.
9. Do not talk with other au pairs about your host family's private life. Things in your family stay in your family.
10. Do not share with your host parents what other au pairs are saying about their host families.
11. When host parents do something with the kids, it doesn't mean you can. For example: If they let the kids watch TV all day on Saturday, it doesn't mean you can do that during the week.
12. It's not appropriate to ask for your stipend (your pay) early.
13. Don't call your host parents at work unless it is an emergency.

CONFIDENTIAL

InterExchange0019111

PLAINTIFFS' RESP. APP.0002563

AP cont.

## Being Part of a Family

1. SPEND AS MUCH TIME AS YOU CAN WITH YOUR HOST FAMILY! It is most important in your FIRST couple weeks. It is really necessary that you spend some of your free time with your new host family. You have to get to know them and almost more important they have to get to know you. You are the person who will be responsible for their children a many hours almost every day.
2. Have dinner with your family when you can; help family setup and help clean up dishes and kitchen after eating.
3. Participate in social events with your family because you are part of this family, not just because you are working. Join in, talk, and help out! Attend family events (holidays, birthdays, and special celebrations) with your host family.
4. Enjoy the little things about your year, don't only focus on the big things.
5. Show family and children that you care about them. Asking "What can I do to help?"
6. Having good hygiene is important: keep your self clean, shower daily, wear deodorant daily
7. Set a good example for the children: make your bed daily, clean your room weekly, keep your clothes picked up.
8. Keep the bathroom you use clean. Clean this bathroom weekly.
9. Share your culture: talk about your country, teach the kids some of your language, songs, and games, and prepare some food from your country.
10. Keep your car clean and neat. Respect your curfew and mileage limits. Don't bring the car home without gas. Neither smoking nor drinking by anyone in the car.
11. When you go out for dinner with your host parents and you are not working, you should still be helping! This is family time and they are including you and buying your dinner. You can help the kids when their food comes, help entertain the kids while they are waiting, take turns taking them to the bathroom if they need, help them clean up after and again.... Say "thank you".

## About your House

1. You should always leave the house the same way you received it. Clean up after yourself and the kids throughout the day. Put things away in the same place that you got them from.
2. You live here too, act like a real family member as you would in your own family. Examples: you could bring in the mail, take out the kitchen garbage, or bring in the empty garbage cans from the road.
3. Food: please eat all food in moderation and realize that food costs a lot of money. Drinking several glasses of juice a day or eating a whole carton of strawberries is sure to make your host parents unhappy.
4. Be quiet in the house: Be quiet when the kids are sleeping, be quiet when you are talking on the phone, be quiet when you have friends visiting, be quiet closing doors, closing drawers, etc.
5. Lock the doors when you come home and turn off the lights.
6. Do not give out any information about yourself, your family, or your home.
7. Do not visit inappropriate web sites, your host parents will know what web sites you go to.
8. Don't download anything without asking host parents first, it's not your computer!
9. If you have an accident or spill something in your room, please tell host parents immediately. They can help you remove the stain; stains not taken care of right away usually do become permanent.
10. Please do not leave empty dishes of glasses in your room. Any leftover food or drinks need to be disposed of immediately to prevent bugs/insects. Do not leave food in your room.
11. Empty your garbage weekly.
12. Always close your windows when you leave the house in case it rains.
13. Turn your light off when you are not in your room.... Also with other rooms in the house
14. Be sure to turn off TV, stereo, curling iron, etc when you are not in your room.
15. Be aware that electric, gas and water can be costly and we don't want to waste. Please... turn off lights and TV when you leave a room, keep windows and outside doors closed when the heat and/or air conditioning is on. Do not leave the water running when you are not using it.


**HAVE YOU READ YOUR AU PAIR NOTEBOOK? DON'T FORGET TO USE IT THROUGHOUT YOUR YEAR**


I spent a lot of time and thought putting this together for you, we hope you find it helpful. We want your year to be successful and a wonderful experience to last a lifetime!

Robin Bailey

CONFIDENTIAL

InterExchange0019112

Case 1:14-cv-03074-CMA-KMT   Document 945-27   Filed 03/17/18   USDC Colorado   Page 77
of 106

# Exhibit 296



**InterExchange**

# AU PAIR USA

## Experience Life in the U.S.



"I want to thank InterExchange for bringing me and my host family together and for making this experience unforgettable for me during this year. I have become a real family member—a big sister and a friend."

— Anny, Au Pair From Germany

### BENEFITS OF JOINING OUR PROGRAM

- Live in the U.S. for up to 2 years
- Earn $195.75 a week + free room and board
- Improve your English skills
- Take classes from an accredited college in subjects that interest you
- Round-trip airfare to and from the United States
- A five-day orientation in New York City
- Accident and sickness insurance
- An instant community with other au pairs and host families
- Paid time off to travel and explore the U.S.
- Local support as soon as you arrive to your host family's home

"Vicky is helpful because she helps me do homework and helps me spell. She is the best au pair in the whole world of au pairs!"

— Kids of the Thomas-Francone Family

**InterExchange**

## AU PAIR USA

161 Sixth Avenue, New York NY 10013 | TEL +1.212.924.0446
FAX +1.212.924.0575 | www.interExchange.org/aupairusa

© October 2012 InterExchange, Inc.



EXHIBIT
Mc Hugh 12
4-16-17
JEREMY RICHMAN

---

## ...pre Life in the U.S. as an ...exchange Au Pair!

### ...' BECOME AN AU PAIR?

...going to learn and truly engage in the culture of another country
...u have experience working with children, you're a great candidate for
...change Au Pair USA.

### ... other requirements to join our program:

...etween the ages of 18-26
...ble to speak and write in English
...mmit to at least 12 months as an au pair
...a valid driver's license
...two years for successful candidates)
...experience working with children*

*...caring for children under the age of 2 must have at least 200 hours of documented
...ce caring for children of this age. Au pairs do not care for infants under
...t of age unless another adult is always present in the household.

"Nitta participates in every important family event whether she is on duty or not. We have come to love Nitta so much."

— The Esparza Family

... our website for more information and to fill out an
...lication: www.interExchange.org/foraupairs

PLAINTIFFS' RESP. APP. 0002580

PLAINTIFFS' RESP. APP. 0002567

## Discover Cultural Exchange While Working with Children!



Have you ever dreamed about what it would be like to experience life in the US? We make it possible to learn about American culture while earning money, continuing your education and improving your English skills. With InterExchange, you can do it all!

InterExchange Au Pair USA has been connecting young people from around the world to happy homes in the U.S. since 1989. You will live in a comfortable home with your own room and share your culture with your new family and while providing child care and exploring all the country has to offer!

## Apply Now to Experience Life in the U.S.

InterExchange.org/foraupairs



## Who Are Our Au Pairs?

Thousands of young people from around the world have joined InterExchange Au Pair USA to experience living and working in the U.S. Our au pairs are dedicated and responsible young adults, between the ages of 18 and 26, who love children and want to be ambassadors for their countries and cultures.

## What Does an Au Pair Do?

As an au pair, your most important responsibility is to provide child care for your host family for up to 45 hours (10 hrs/day max) while making $195.75 + room and board each week! Your duties may include:

• Driving children to and from school or activities
• Helping children with homework and playing with them
• Assisting in keeping the children's rooms clean
• Preparing meals and snacks for children

Au pairs are not expected to do general housework or cooking that does not relate to child care duties. In addition, an adult must stay in the house for the first three days after an au pair arrives to help the au pair adjust to the new home.

## Where Do Au Pairs Live?

InterExchange host families live throughout the U.S.—from New York to California and everywhere in between! Wherever your new host family lives, you'll have a truly American experience and learn about the local community.

## How Does InterExchange Create the Best Experience for You?

### FAMILY HOME

You'll be welcomed as a part of your new host family and share meals and holidays, participate in activities and be encouraged to share your own customs and traditions.

### SUPPORT FOR CONTINUED EDUCATION

As an au pair, you are required to take at least 6 semester hours of classes from an accredited post-secondary academic institution each year. You will receive $500 from your family to pay for your classes and learn with American students.

### GLOBAL CONNECTIONS

Make life-long friends with people from the U.S. as well as au pairs from other countries. On your days off, you can explore your new home and its places of interest.

### LOCAL SUPPORT

You will have the support of a Local Coordinator to help you with any questions you may have. Your Local Coordinator will contact you within 48 hours after arriving to your host family's home, as well as meet with you and your new host family within two weeks of your arrival. Local Coordinators also plan monthly meetings for au pairs in your area.

### WHO IS INTEREXCHANGE?

InterExchange is a designated sponsor of the J-1 Visa, which is part of the Mutual Educational and Cultural Exchange Act of 1961. We are one of the oldest non-profit au pair organizations in the U.S. and provide ongoing personal support throughout your program.







Case 1:14-cv-03074-CMA-KMT   Document 918-25   Filed 03/17/18   USDC Colorado   Page 80
of 106

# Exhibit 297

PLAINTIFFS' RESP. APP.0002568



INTERNET ARCHIVE
**WaybackMachine**     95 captures
10 Oct 11 - 6 Aug 16

http://www.interexchange.org/au-pair-usa/child-care/live-child-care-less     Go     AP

InterExchange

# AU PAIR USA

Au Pair USA
For Families
Costs

## Live-In Child Care for Less

When you work with Au Pair USA, you can be confident that you're choosing one of the most affordable options for full-time, live-in child care. As a non-profit organization, we keep program costs and fees as low as possible. **Apply between now and June 30, 2012 and we'll waive your $350 application fee!** Also, be sure to check out our special discounts for new and reapplying host families.

## Costs of Hosting an Au Pair:

### Regular Program Costs

| Cost Description | Amount | When it's due |
|---|---|---|
| Application Fee (non-refundable) | $350 | With your application (waived for a limited time) |
| Deposit | $2,500 | When your family is matched with an au pair |
| Program Fee Balance | $4,690 | When your au pair arrives, or according to your payment plan schedule |
| Au Pair Stipend | $195.75 per week | Each week, on a day that you and your au pair agree upon |
| Education Supplement | $500 | When the au pair registers for classes |

*Au pairs also earn time off and vacation during their stay. See details about au pair hours and schedule.

## Extension Program Costs

Find out more about our extension program.

## The Au Pair USA Payment Plan

To help make our child care options even more affordable for your family, Au Pair USA is pleased to provide a convenient payment plan:

| Payment Type | Due Date | Amount* |
|---|---|---|
| Down Payment | Upon successful match with an au pair | $2,500 |
| Monthly Installments for the next 6 months | First day of the month after the au pair's arrival | $813 |

*The installments cover the program fee only, not the au pair's weekly stipend or the educational supplement. A $190 financing fee is included in the installments.



EXHIBIT
McHugh 14
4/6/117
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0002569

4/4/2017             Live-In Child Care for Less | InterExchange



## Want to host an Au Pair?

Apply Now Request Info

### Account Login



**Au Pair USA Success Stories!**

## WHY CHOOSE AU PAIR USA?

Au Pair USA is one of the most experienced and respected au pair organizations in the country. Designated by the U.S. Department of State, we pride ourselves in offering superior customer service and support. We work closely with you to ensure that you find your ideal au pair and have an excellent experience with the program. And as a non-profit organization, we keep our costs as low as possible. Learn more about the benefits of Au Pair USA.

PLAINTIFFS' RESP. APP.0002570

Case 1:14-cv-03074-CMA-KMT   Document 928-259-16   Filed 03/17/18   USDC Colorado   Page 83
of 106

# Exhibit 298

PLAINTIFFS' RESP. APP.0002571

# InterExchange
# Au Pair USA

## Program Presentation





PLAINTIFFS' RESP. APP.0002572

# InterExchange

## Non-Profit Cultural Exchange Organization

- 2014 is the 25th anniversary of Au Pair USA
- Focus on quality
- Designated by the U.S. Department of State

## Your Program Sponsor

- Here to support you during your program
- One of the most experienced au pair programs in the U.S.
- Staff dedicated to goals of Cultural Exchange





InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002573

# Program Details



## Duration

- Length of Program: 12 months
- Can extend your program for 6, 9 or 12 more months
- Arrivals scheduled ever 2-3 weeks, always on a Monday
- 30 days to travel around the United States at the end of your program



PLAINTIFFS' RESP. APP.0002574

# Life as an Au Pair

## Living Arrangements

- Live with an American host family
- You will have a private bedroom and three meals
- Part of a "cluster," which is a community of other au pairs and host families living in the same area
- Many families live in suburbs, near big cities
- Many American towns do NOT have good public transportation





InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002575

# Work as an Au Pair

## Work Schedule

- Work a maximum of 45 hours each week
- Work a maximum of 10 hours in a day
- Work 5½ days each week
- Duties may include baby-sitting children, cleaning their rooms, preparing their meals, and driving them to activities

## Free Time

- Receive at least 1½ days off each week
- Receive at least 1 full weekend off each month (Friday evening until Monday morning)
- Receive 11 days (2 weeks) of paid vacation

InterExchange **AU PAIR USA**

PLAINTIFFS' RESP. APP.0002576

# Program Benefits

## Educational Benefits

- Receive up to $500 for university-level classes
- Must complete 6 credits (2 full-time courses) at a local university or community college
- Meet other American people, make new friends, study English...

## Additional Benefits

- Earn $195.75 each week
- Accident & Sickness insurance is provided
- Orientation & Training Program in New York City



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002577

# Financial Details

## Your Financial Responsibilities

- Agency fees
  - All fees and refund policies should be explained to you by your agency when you apply
  - You should receive a receipt for all payments you make
- Police Report/Medical Visit fees
- Visa Appointment fees
- Baggage fees on all flights
- Transportation fees
  - To your agency
  - To the US Embassy
  - To and from the airport in your home country and in New York



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002578

# Program Eligibility

Eligible candidates must:

- Be 18-26 years old when they arrive in the U.S.
- Have a high school (secondary school) diploma
- Speak conversational English
- Have a driver's license
- Be a non-smoker
- Not have been married
- Not have their own children
- Pass a criminal background investigation
- Not have previous visa denials to the U.S.



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002579



# Program Eligibility

Eligible candidates must:

- Be in good physical and mental health
- Be passionate about children
- Have at least 200 hours of documented child care experience
- Provide at least two references from your child care experience
- Provide at least one character/personal reference



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002580

# Qualifications

Host families like candidates who:

- Have at least 500 hours of child care experience
- Can care for babies
- Have been driving at least one year
- Drive every week
- Do NOT smoke
- Can have a conversation in English
- Present themselves as mature, responsible, and trustworthy
- Like working with children
- Can work with children that have special needs



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002581

# Infant Qualified



You have at least 200 hours of documented experience with children ages 0-24 months old, and are willing to work with this age group.

InterExchange AU PAIR USA

# Where are our host families?

## We have host families across the United States!



InterExchange AU PAIR USA

# The Application Process

Must be registered by your local agency before you can apply online in InterExchange PASSPORT

Download and print out the references at the end of the application:

- Child care references
- Character reference
- Medical Report



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002584

# The Application Process

## Helpful Application Tips

- Write a Dear Family Letter
- Create a Photo Album
- Fill out your application COMPLETELY
- Make a fun video
- Show who you are, and what makes you unique!





© InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002585

General Image

DO NOT USE PHOTOS LIKE THESE:



PLAINTIFFS' RESP. APP.0002586

# The Application Process

Collect your other supporting documents:

- Driver's License
- Passport
- High School Diploma
- Police Report/Background Check

Meet with your local agency

- English Evaluation
- Personal Interview
- Au Pair Selection Test



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002587

# The Application Process

## Apply Early

- You have to coordinate your references, go to your doctor, and get a police background investigation.

- The application process requires lots of information, documents and coordination

- The placement process can take 1-3 months

- Visa appointments can be difficult to schedule in the summer

We recommend applying at least three months before you want to travel to the United States!



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002588

# The Placement Process

## Host Family Search

• Families enter Passport and search for au pairs to interview.

• InterExchange also helps families by suggesting au pair applications to them.

• You must interview with a family at least one time before you agree to match.

• Families can see every application, so present yourself professionally!



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002589

# The Placement Process

## Helpful Tips

- Check your email daily for new messages

- Write to a family if they put you on view

- Always always always be honest with families

- Don't be discouraged if a family puts you on view but doesn't interview you – there are many other families!

- Practice interviewing in English with your local agency

- Smile and be excited!



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002590

# Arriving in New York



## The Orientation & Training Program

- InterExchange will book your flight to New York
- You will receive insurance information by email before your flight
- You will spend 4 nights in New York City!
- Check out our video "The NYC Experience" on our web site!



InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002591

# Questions?

Connect with InterExchange on Facebook, Twitter, Pinterest, Flickr and our Wordpress Blog!

InterExchange AU PAIR USA

PLAINTIFFS' RESP. APP.0002592

Case No. 1:14-cv-03074-CMA-KMT   Document 259-16   filed 03/30/18   USDC Colorado   pg
106 of 107

# Exhibit 299

**To:**  Anna Krol     REDACTED
**From:**  Nina Kryzak
**Sent:**  Wed 6/23/2010 11:39:50 AM
**Importance:**  Normal
**Subject:**  Re: Ответ: the Ralicki family and the coordinator
**Received:**  Wed 6/23/2010 11:39:50 AM

Hi Anna,
Thanks for replying so quickly.  Ed is a good and kind person and because of that, no, you will not be taking care of his wife.  Last February it became impossible for him to keep her at home so she is in a nursing home a few miles away and she gets fulltime nursing care.  The kids visit her a few times a week.

Your salary will be the mandatory $195.75 each week as determined by the US State Dept; all the regulations of the program are determined by the State Dept of the US.  I have never had a family cheat the au pair and I don't expect that I ever will.  Families know that they don't do that under my supervision.

Ed wants to make your life with him and his children as pleasant as possible,especially because he needs and wants a capable young person to help him with his children, especially Katie who is on the cusp of young woman hood.
Talk to you soon.
Nina


Nina Kryzak
Local Coordinator
InterExchange Au Pair USA
TEL 1.518.355.2005
EMAIL nkryzak@lc.interexchange.org
http://www.interexchange.org/aupairusa

---

**From:** Anna Krol [mailto    REDACTED
**To:** Nina Kryzak [mailto:nkryzak@lc.interexchange.org]
**Sent:** Wed, 23 Jun 2010 07:19:44 -0400
**Subject:** Ответ: the Ralicki family and the coordinator

Nina hi!

Nice to meet you.

I am happy reading letter from you. I talked to Ed today. he seems to very good person.
Of course i have question but you know i couldn't ask him. So i am happy that i have a chance to ask you. Nina please tell me will i need to to take care after his wife? And i need to know waht will be my salary because i have heard many stories that families cheat their au-pair. They promise one salary and then after coming au-pair to their family they chabge their mind. So i need to know about it.

Nina thank you earlier.
Hope to hear from you soon.

Sincerely
Anna

InterExchange0038370

