# **<u>Exhibit P</u>**

(replacing ECF No. 943-28)

Case No. 1:14-cv-03074-CMA-KMT Document 859-17 filed 02/30/18 USDC Colorado pg 2 of 162

# Exhibit 300

PLAINTIFFS' RESP. APP.0002595

| To: | Titima Kumchantok[titima@thaistudyabroad.com]; Margaret Terrero[apdossier@interexchange.org] |
|---|---|
| From: | Michael Gates |
| Sent: | Tue 5/17/2011 9:07:01 PM |
| Importance: | Normal |
| Subject: | Re: Questions for au pair program |
| Received: | Tue 5/17/2011 9:07:01 PM |

Dear Titima,

Thanks for your message.

       1. How many times can the au pair be rematched with a different host family?

**Au pairs are rematched as often as we deem appropriate. If an au pair breaks rules or should not be reassigned for other reasons, we will send her home.**
2. Will au pairs have to pay for a plan ticket if they can't find the family during the rematching process?
**Yes**
3. Do the au pairs pay fees for the extension program?
**Right now au pairs do not pay fees for the extension program.**
4. What's the certain age of children that can au pair will care for?
**0-18**
5. Will au pair get paid more than $195.75/week if au pair graduated with a degree in Nursing/Child education?
**No, we only run the standard au pair program and all au pairs on our program receive the standard weekly stipend of $195.75; au pairs with qualifications in nursing or education are more likely to match with a family though.**
6. How is the process of screening host family?
**Families must apply with our agency, fill out an application, submit confidential references (they do not see the forms unlike au pairs), submit employment verification and be interview by a local coordinator. We also speak with them throughout the inquiry, application and matching processes.**
7. On average how many host family are there to choose from in a given month?
**This changes with each month and time of year, also depending on economic situations.**
8. How is the matching process done between au pair and host family? /How you choose the host family for au pair?
**We select applications to send to host families based on the host family preferences (Under 2/Over 2, experienced/new driver, 18-21 or 21-26, Country/language preferences, career goals, interests, allergies, etc.) and the family reads an application and decides if they want to interview the candidate.**
9. How is the psychometric test works on matching process for au pair and host family?
**We use the test to determine if an au pair is not correct for our program, families do not see the psychometric test. You can also use the test to turn away candidates if you do not believe they are good candidates for the au pair program.**

**Please visit our website or consult our program materials for additional information. Please feel free to contact me with any other questions you may have.**

**Best Regards,**
**Michael**

## InterExchange

Michael Gates | International Recruitment & Placement Manager | Au Pair USA
TEL 917.305.5461 | FAX 212.924.8873 | EMAIL mgates@interexchange.org
161 Sixth Avenue, New York, NY 10013

---

**From:** Titima Kumchantok <titima@thaistudyabroad.com>
**Date:** Fri, 13 May 2011 17:37:14 +0700
**To:** Michael Gates <mgates@interexchange.org>, Margaret Terrero <apdossier@interexchange.org>
**Subject:** Questions for au pair program

InterExchange0024972



EXHIBIT
McHugh 24
4'6'17
JEREMY RICHMAN

Dear Michael, Margaret

I have some concern questions for Au Pair program as following details, please let me know when you have a chance.

1. How many times can the au pair be rematched with a different host family?
2. Will au pairs have to pay for a plan ticket if they can't find the family during the rematching process?
3. Do the au pairs pay fees for the extension program?
4. What's the certain age of children that can au pair will care for?
5. Will au pair get paid more than $195.75/week if au pair graduated with a degree in Nursing/Child education?
6. How is the process of screening host family?
7. On average how many host family are there to choose from in a given month?
8. How is the matching process done between au pair and host family? /How you choose the host family for au pair?
9. How is the psychometric test works on matching process for au pair and host family?

Thank you for your kindness to this matter. I am looking forward to hearing from you soon.


Best regards,

Titima Kumchantuk
ธิติมา คำจันทึก ( พี่อู๋ ^_^)
Thai Study Abroad Consultant
Tel: 02-245-5845 #13
Mobile: 086-3189650
titima@thaistudyabroad.com


_____ Information from ESET NOD32 Antivirus, version of virus signature database 6115 (20110512) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

InterExchange0024973

PLAINTIFFS' RESP. APP.0002597

Case No. 1:14-cv-03074-CMA-KMT Document 859-17 filed 02/80/18 USDC Colorado pg 5 of 162

# Exhibit 301

PLAINTIFFS' RESP. APP.0002598

**Gesendet:** Donnerstag, 10. April 2014 16:55
**An:** Lisa Guggemos
**Betreff:** Re: AW: DeHaven/Woolley Family

Dear Lisa,

Thanks so much for your message and follow-up. It's great to hear Nina is working and planning on responding to the family's email. It sounds as if the family is not quite clear on certain program requirements, which is a concern. Please ask Nina to let the family know the set weekly stipend requirement (as per the department of State guidelines), which is $195.75 pr wk.

I appreciate your assistance, Lisa.

Have a good day!

Kind Regards,
Portia

On 4/10/14 3:01 AM, "Lisa Guggemos" <Lisa.Guggemos@activeabroad.net> wrote:
Dear Portia,

thank you so much for your message. Nina called me on Tuesday and was already working on an email for the family.
The host mother asked her what she expects in terms of pay and Nina was a little bit uncomfortable with that question as she thought the pay is set by Interexchange and families know about it.
So it might be that she has not send the email yet.
Nina is a professional caretaker will she qualify with that to earn $250 a week?

Thank you for your help.
Kind Regards,
Lisa Guggemos



<http://www.activeabroad.de/>
active abroad | locations in Munich and Berlin
Obere Hauptstr. 8 | 85354 Freising/Munich | Germany
Owner: Maria Riedmaier | USt.IdNr.: DE128072835
Phone: +49 8161 / 986 17-07/-06 | Fax: +49 8161/ 986 17-04
contact@activeabroad.net <mailto:contact@activeabroad.net> | www.activeabroad.de <http://www.activeabroad.de>
<http://www.activeabroad.de/>

Find us on
Facebook   <http://www.facebook.com/pages/active-abroad/150339829076>

   supersociety

**Von:** Portia Haynes [mailto:phaynes@interexchange.org]
**Gesendet:** Donnerstag, 10. April 2014 00:10
**An:** nina.heusel@googlemail.com
**Cc:** Lisa Guggemos

CONFIDENTIAL

InterExchange0019022



EXHIBIT
Mr. Hugh 25
4 16 1/7
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0002599

**Betreff:** DeHaven/Woolley Family
**Wichtigkeit:** Hoch

Dear Nina,

My name is Portia Haynes and I am a Program Specialist at Au Pair USA! My role is to assist families and au pair candidates throughout their matching process. The DeHaven/Woolley family really likes your application and profile and has already sent you an email. If you haven't already, please respond to the family's message as quickly as possible letting them know if your interest. If you have not received their email, please let me know.

Kind Regards,
Portia Haynes

---

 InterExchange

Portia Haynes | Program Specialist/Regional Contact
TEL: 917.305.5464 | FAX: 212.924.8873 | EMAIL: phaynes@interexchange.org
161 Sixth Avenue, New York, NY 10013

*LEGAL NOTICE:*

The information in this e-mail message and/ or its attachments is confidential and may be legally privileged, thus any disclosure, copying, distribution or any action taken or omitted to be taken in reliance thereon may be strictly prohibited and unlawful. If you are not the intended recipient, please notify us immediately and destroy this e-mail and its attachments. Considering the various risks involved when sending emails through the Internet, Activeabroad will not be liable in any case for damages and claims due to the risks of this communication channel (e.g. non or late delivery, message corruption, inadvertent disclosure). Any views or opinions presented in this email and/or its attachments are solely those of the author and do not necessarily represent those of the company, consequently, Activeabroad may not be held liable for its content unless confirmed subsequently in writing.
ActiveAbroad & Aupair Maria Theresia | Mitglied von IAPA und Au Pair Society | Obere Hauptstr. 8 | 85354 Freising | GERMANY | +49 8161-98617-07 | www.activeabroad.net
<http://www.activeabroad.net>

Please consider the environment before printing this e-mail

*LEGAL NOTICE:*

The information in this e-mail message and/ or its attachments is confidential and may be legally privileged, thus any disclosure, copying, distribution or any action taken or omitted to be taken in reliance thereon may be strictly prohibited and unlawful. If you are not the intended recipient, please notify us immediately and destroy this e-mail and its attachments. Considering the various risks involved when sending emails through the Internet, Activeabroad will not be liable in any case for damages and claims due to the risks of this communication channel (e.g. non or late delivery, message corruption, inadvertent disclosure). Any views or opinions presented in this email and/or its attachments are solely those of the author and do not necessarily represent those of the company, consequently, Activeabroad may not be held liable for its content unless confirmed subsequently in writing.
ActiveAbroad & Aupair Maria Theresia | Mitglied von IAPA und Au Pair Society | Obere Hauptstr. 8 | 85354 Freising | GERMANY | +49 8161-98617-07 | www.activeabroad.net

Please consider the environment before printing this e-mail

**CONFIDENTIAL**                                        **InterExchange0019023**

Case No. 1:14-cv-03074-CMA-KMT Document 859-17 filed 02/20/18 USDC Colorado pg 7 of 161

# Exhibit 302

PLAINTIFFS' RESP. APP.0002601

**To:**
**From:** Julia Jakkaraju
**Sent:** Wed 8/13/2014 2:56:57 AM
**Importance:** Normal
**Subject:** Re:
**Received:** Wed 8/13/2014 2:56:57 AM

No the stipend is regulated and does not increase. You are however eligible for $500 for your education.

Sincerely,

Julia Jakkaraju
Local Coordinator
InterExchange Au Pair USA
TEL 1.408.858.6318
EMAIL jjakkaraju@lc.interexchange.org
http://www.interexchange.org/aupairusa

8/12/2014 10:54 PM:

Julia,
My friend said the first year is $195.75 and the extension year is $205.
Is it incorrect? My friend's agency is Au Pair International. My agency is
Inver Exchange. Agency is not same.
Thank you.

**CONFIDENTIAL**                                             **InterExchange0018054**



PLAINTIFFS' RESP. APP.0002602

Case 1:14-cv-03074-CMA-KMT   Document 943-28   Filed 03/17/18   USDC Colorado   Page 9 of 162

# Exhibit 303

| To: | | REDACTED |
|---|---|---|
| From: | Jana Kuehler | |
| Sent: | Wed 9/26/2012 3:34:02 PM | |
| Importance: | Normal | |
| Subject: | Re: | Interview at 1:00pm |
| Received: | Wed 9/26/2012 3:34:02 PM | |

Hi 

As an Au Pair program we are regulated by the Department of State on many requirements. These were discussed with you at your in-home interview with Patty Thomas. I know it has been a while, so if there are any questions about the program feel free to contact me. As a reminder, the basics of the program are as follows:

- The weekly stipend regulated by the Department of State is $195.75 per week.
- The au pairs can work up to 45 hours a week, no more than 10 hours per day.
- There is an education requirement. The au pair needs to complete the equivalent of 6 credits at an accredited school. The Host Family is responsible for helping with $500 towards those costs. The Host Family is responsible for transportation to an from classes (whether she drives, you pay bus fare, you drive her, etc.)
- The au pair cannot be asked to do any heavy housekeeping work. They can do any work associated with caring for the kids and any housework shared by other adults in the family.
- The au pair is required to attend a monthly meeting organized by me at various locations. Transportation to and from events is the Host Family's responsibility. We usually meet on a Sunday afternoon.
- The program is primarily a cultural exchange program. It is an opportunity for the au pair to live and work in the US and an opportunity for the Host Family to expose their children to a new different culture.
- I am required to contact both the au pair and the Host Family once per month to keep tabs on how things are going. The contact can be via phone, email, etc.

We recommend interviewing ▇ at least two times. A second interview via Skype is fine. Due to the circumstances of her last family I would recommend having ▇ meet anyone else who is living in the home. I want to be sure that she feels comfortable and safe.

Please give me a call if you have any question.

Kind Regards,

Jana Kuehler
Local Coordinator
InterExchange Au Pair USA
TEL 1.310.489.4323
EMAIL jkuehler@lc.interexchange.org
http://www.interexchange.org/aupairusa

**From:** ▇ REDACTED
**To:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** Wed, 26 Sep 2012 00:03:14 -0500
**Subject:** Re: ▇ Interview at 1:00pm

Hi Jana,

▇ is a very nice young lady. What is she expecting for a weekly salary?

Best wishes
▇

Sent from my iPhone

On Sep 25, 2012, at 12:20 PM, "Jana Kuehler" <jkuehler@lc.interexchange.org> wrote:

▇ says she is wearing a black shirt.

CONFIDENTIAL InterExchange0016727



Jana Kuehler
Local Coordinator
InterExchange Au Pair USA
TEL 1.310.489.4323
EMAIL jkuehler@lc.interexchange.org
http://www.interexchange.org/aupairusa

**From:** ▮▮▮▮          REDACTED
**To:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** Tue, 25 Sep 2012 14:47:30 -0500
**Subject:** Re: ▮ Interview at 1:00pm

I have a Mickey mouse t-shirt...

Sent from my iPhone

On Sep 25, 2012, at 11:35 AM, "Jana Kuehler" <jkuehler@lc.interexchange.org> wrote:

Great! I'll let you ▮ know. Is there a good way for her to identify you?

Jana Kuehler
Local Coordinator
InterExchange Au Pair USA
TEL 1.310.489.4323
EMAIL jkuehler@lc.interexchange.org
http://www.interexchange.org/aupairusa

**From:** ▮▮▮▮          REDACTED
**To:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** Tue, 25 Sep 2012 13:59:11 -0500
**Subject:** RE: ▮ Interview at 1:00pm

Sounds good

▮▮▮ Director/Solicitor | Halebury          **REDACTED**
REDACTED
<mime-attachment>
Centre Point, 103 New Oxford Street, London, WC1A 1DD

Winner – Regional Law Firm of the Year 2012 Acquisition International M&A Awards
Finalist – MSDUK Supplier of the Year Award 2012 – Business Growth Category

This email and any attachments are confidential and may also be privileged. If you receive this email in
error, please do not disclose the contents to anyone, but notify the sender by return email and delete
this email (and any attachments) from your system.

Halebury Ventures Limited is a limited company registered in England and Wales under registered
number 4797938. Its registered office is at First Floor, Kirkland House, 11-15 Peterborough Road,
Harrow, Middlesex HA1 2AX where a list of directors is available for inspection. Halebury Ventures
Limited is authorised and regulated by the Solicitors Regulation Authority under number 427895.

**From:** Jana Kuehler [mailto:jkuehler@lc.interexchange.org]
**Sent:** 25 September 2012 18:06
**To:** ▮▮▮▮
**Subject:** ▮ Interview at 1:00pm

Hello ▮▮▮

Are you able to meet ▮ at the Starbucks at ▮▮▮▮ at 1:00pm?

CONFIDENTIAL                    InterExchange0016728

Case No. 1:14-cv-03074-CMA-KMT   Document 928-29   filed 03/30/18   USDC Colorado   pg 12 of 161

# Exhibit 304

**Cc:** Nicole Santomasso[nsantomasso@interexchange.org]
**To:** lunn[clamonica-lunn@interexchange.org]
**From:** Michael McHugh
**Sent:** Thur 10/11/2012 6:52:48 PM
**Importance:** Normal
**Subject:** Online orientation tutorial
**Received:** Thur 10/11/2012 6:52:49 PM
ONLINE TUTORIAL OUTLINE.doc
Untitled attachment 54457.htm
image.jpg
Untitled attachment 54460.htm

Hello,
Here is our initial script for the online orientation document.



**ATTORNEY EYES ONLY**

InterExchange0005191

PLAINTIFFS' RESP. APP.0002607

ONLINE TUTORIAL OUTLINE

Chapter 1: Who is InterExchange?

Voiceover: For over 40 years, InterExchange, a U.S. State Department-designated visa sponsor, has been working to connect the world by providing young adults with exceptional cultural exchange opportunities. Now it's your turn to come on the InterExchange Au Pair USA program (pic: InterExchange logo).

The primary objective of this program is to make the most of your skills and experience in child care through a full immersion experience living and working with an American host family. You'll enjoy a close relationship with your host family and the children in your care, while taking advantage of once-in-a-lifetime educational and travel opportunities.

This program is also intended to increase your understanding of American culture and society and to enhance Americans' knowledge of your culture and skills through an open interchange of ideas between you and your American host family. A key goal of the Fulbright-Hays Act (Text: Fulbright-Hays Act), which authorizes these programs, is that you will return home at the end of your program and share your experiences with your fellow citizens.

To travel to the U.S. as an au pair, you need a sponsor. A sponsor is an organization such as InterExchange that will be responsible for you while you're in the United States (pic: outside of InterExchange office). Sponsoring you means that we're here to assist and support you through your journey (Text: We're here to help!).

Since InterExchange is your sponsor, being able to contact us is important. Click on each of the pictures to learn about ways you can reach us. (Show: Mailbox, Telephone, Computer, Passport Logo, Red Cell Phone).

[click on mailbox] You can send any direct mail to us at our main office location shown here (pic: InterExchange office. Text: InterExchange Au Pair USA 161 6th Avenue 10th Floor New York, NY 10013).

[click on Telephone] Call us! We're happy to help with questions. This phone number is toll free from within the U.S. Please note that this phone line is only open from 9:30 in the morning to 5:30 at night, New York time, Monday through Friday. (pic: InterExchange employee on the phone. Text: 1-800-AU-PAIRS/1-800-287-2477/1.212.924.0446 if outside the U.S. Hours – 9.30am to 5:30pm EST Monday-Friday).

[click on computer] You can also contact InterExchange by email. Just send your questions or feedback to the address shown here. We'll get back to you as soon as possible. (Pic: Email page with the "To:" field. Text: InterExchange Email Address: aupairinfo@interexchange.org)

ATTORNEY EYES ONLY

InterExchange0005192

[click on Passport logo] To find answers to Frequently Asked Questions, links to important websites, and additional information about your insurance, please log-in to Passport. (pic: Snapshot of Passport AP page).

[click on red cell phone] In an emergency, contact your InterExchange Local Coordinator. Your Local Coordinator is an InterExchange representative in your community, and is your first point of contact should any problems occur. Remember, in a true emergency call local emergency services first. The number for police, fire, or ambulances is 911. After emergency services has been contacted, then contact your InterExchange Local Coordinator. (Text: For Police, Fire or Ambulance call 911. InterExchange 24 hour emergency: Call your InterExchange Local Coordinator.

You can also find current information about InterExchange on your favorite social media sites. Don't forget to:

Like us on Facebook (pic: facebook logo).
Follow us on Twitter (pic: twitter logo).
And check us out on Flicker (pic: flicker logo).

It's also a great idea to read our blog with many great tips and information about being an au pair in the U.S (pic: landing page of our blog).

Okay. Now you've got an overview of how you can contact InterExchange.

If you need more information throughout for your program, look in the InterExchange resource center located on the InterExchange website. (pic: landing page of current au pair resources webpage). Remember, InterExchange is here to help you have the best experience possible here in the U.S. If you have any questions at all, contact us. We're always glad to help!

Chapter 2: Pre-Arrival Information

Voiceover: As a participant on the InterExchange Au Pair USA program you have many roles. You are a participant, an ambassador, a big brother/big sister, a family member, an employee and a responsible adult. In all of these roles, you have important responsibilities. (pic: Slide show displays one character in regular clothes (participant), native garb (ambassador), with host children (big brother/sister), with family (family member) in BUSINESS CASUAL dress  (employee) and back to regular clothes (responsible adult)).

Perhaps the most important responsibility you have as a J1 participant is to obey the law. As your sponsor, we want you to be safe and happy while you are here. The best way to do that is to follow the InterExchange rules that you'll find in our handbook. If you have any questions about them, contact us.  You should also read the Exchange Visitor Program Welcome brochure that was included in your pre-arrival packet—you can also find a copy in the Resource Center or on the Exchange Visitor Program's website. (Text:

InterExchange0005193

http://j1visa.state.gov/). (Pic: Photos of professionally attired au pairs with their host children. Fade in Au Pair Handbook on the side.). Keep in mind that you are a guest in the United States, and as a guest you represent everyone from your country. Obey all rules and regulations and you'll have a great time here.

Anna: Hi! I'm Anna! When I matched with my host family, I received a packet of information from my International Cooperator here in my home country. This packet was full of essential information to prepare me for my au pair year. The packet included an (Pic: Show each material. Text: Bullet list and read):

- Au Pair Handbook
- Childcare Guide
- Childcare Test
- Host Family Placement Confirmation Packet
- DS 2019 form (pronounced DS Twenty Nineteen)
- SEVIS Fee Payment Receipt
- Au Pair USA Wages Letter
- Au Pair USA Travel Letter
- Accident and Sickness Insurance Brochure
- US Department of State Introduction Letter
- What You Should Know Brochure
- US Department of State Contact Information Document
- Travel To Orientation Document

It's important to remember to read all of your materials carefully. Please ask InterExchange or your International Cooperator for further explanation if necessary. You need to read the Childcare Guide, complete the Childcare Test, and sign the Childcare Verification Form before you arrive to New York City. This will be collected on the first day of Orientation & Training. Bring all of your materials with you to New York City. Keep them with you on the plane, not in your checked baggage.

As you prepare for your departure, keep in touch with your host family on a regular basis. Emails, Skype conversations and phone calls are a good way to connect with your host family before you arrive. Make sure to share and collect information about each other so that your expectations are realistic and accurate. (pic: show happy host families with their au pairs).

When I got to the U.S., I found out that I had to go through Orientation & Training in New York City and work a short time before I received my first stipend. It was a good thing I brought money with me. I used it for all my initial expenses. (Text: Bring at least $200-$500 with you. Traveler's checks are a safe way to transport money).

I made sure that I brought enough money to pay for things like food, transportation from the airport to the hotel in New York, baggage fees, and money to live on until I received my first stipend. I also brought money to sightsee around New York City during Orientation & Training (pics: au pairs around Manhattan). If you're bringing your own

InterExchange0005194

phone, make sure that it is unlocked and can be used in the U.S. Do not buy a US cell phone or SIM card until you arrive to your host family's home. (Text: Do not buy a US cell phone or SIM card until you arrive to your host family's home.) You will need a telephone number that is based in that community, and your host family will most likely want you to have the same cell phone provider that they use. Talk to your host family about cell phone options.

I even brought a credit card in case I had an emergency. I applied for it at my local bank in my home country before I left, and made sure that I would be able to use my card in the USA. (pic: credit card).

And don't forget your medical needs.  Before you leave, get your prescriptions filled, and visit your local doctor, dentist and eye doctor. Bring an extra pair of eyeglasses and enough contacts for the trip. It's better to be safe and bring your eyeglass and contact prescriptions, too. Your insurance will not cover routine check-ups or prescriptions for pre-existing or long-term conditions, so make sure to get these before you leave. (Pics: Medical needs. Text: Medical Needs:

- Get checkups before you leave
  - o Medical
  - o Dental
  - o Eye
- Bring items you will need
  - o Prescriptions
  - o Glasses and/or contacts
  - o Dental Devices).

If coming from a different climate zone, be prepared for the weather in your host community by researching the expected climate for the duration of your program. Also remember, the climate in your host family's region might be very different from the climate for Orientation & Training in New York City. Prepare for both. (Pic: Show two images, one of someone in warm climate (i.e., beach, etc.), and one of someone in a colder climate (i.e. snow, etc.)).

It's always a good idea to pack lightly. Baggage fees are expensive, and bringing a lot of items with you is difficult (pic: show AP with lots of luggage weighing her down). Many times au pairs find that clothing is very inexpensive in the U.S. compared to their home countries. It's a good idea to pack light and purchase items in the U.S. We recommend bring one large suitcase and one carry-on item with you. To test how to travel with your items, after you have packed, walk around your house and outside with all of your baggage. Can you manage? Is it too much? Remember the old saying, "Bring half of what you think you need and buy when you get there."

Chapter 3: Documents and Traveling to the United States

InterExchange0005195

Bruno: I'm Bruno and I'm getting ready to come to the U.S. There are some important documents you'll need to bring with you when you are travelling, too. I've laid my documents out on my desk so you can see them. Can you click each one to place them in my binder? (Pic: Documents are on the desk. User must click on each. When an item is clicked on a pop up window shows the document up close as Bruno describes it. Text: Passport, J-1 Visa, DS-2019 Form). (User clicks Passport): A valid passport is required to enter the U.S. Be sure your passport is not going to expire while you are on the program. In fact, it is best if your passport does not expire until 2.5 years after you enter the US in case you extend your program. (User clicks J1 visa. Highlight the M for Multiple Entries and the Expiration date): You must have a J-1 visa be an au pair in the U.S. Notice the number of entries. If you have an M for multiple entries it means you can leave and return to the U.S. during your stay. An S for single entry means you can only enter once, so don't plan on any visits to Canada or Mexico or back to your home country during your stay. Also be aware of the expiration date. You cannot enter the country past the expiration date, but you can continue working as long as your DS2019 is valid. (User clicks the DS2019 form. Highlight Work dates, Host Family Address, Sponsor contact info): Bring the DS-twenty-nineteen form. This shows the dates you're allowed to work for your host family. This form must always be up to date with the correct information. If your dates or address changes, you must inform InterExchange immediately and we will send you a new form. It is your responsibility to make sure this information is accurate at all times. (If user tries to move forward without clicking on each document): I think you still need to click something else to see all the documents.

Great! Now that you have seen them all, remember to keep these important documents in a safe and secure place.

Anna: Hello. It's Anna again. Getting to the U.S. with the InterExchange Au Pair USA program can be easy if you're prepared. Make sure you have all your documents on the plane with you. I put mine in my purse so I could get to them easily. I keep them in a plastic bag so liquids won't damage them. (pic: Anna on plane. Click on purse to see passport, DS2019 and J1 visa). On the airplane, when you arrive in the U.S., you'll be given an I-94 form. Read the instructions and fill out the form carefully. Make sure all of the information matches what's on your passport and DS-2019 form. When filling out your I-94 form, write as neatly as possible. (Pic: I94 form) Look over the form carefully. Especially when it asks for your birthday. Be sure and list it in the order it asks for. It is very important that you fill out this form carefully and accurately.

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|---|---|---|---|---|
| | | | Going through customs | Slide title |
| 01 | ANNA | When you arrive in the U.S., you'll need to go through customs | | POV of user looking at immigration officer. The user's passport, DS2019 form and I-94 |

ATTORNEY EYES ONLY

InterExchange0005196

| | | and immigration. When you do so, answer all of the questions clearly. Be polite and respectful, and make sure the immigration official stamps your I-94 form before you walk away. Let's practice going through immigration. Listen to the questions and click on the correct response. | | card are open on the counter between them. |
|---|---|---|---|---|
| 02 | IMMIGRATION OFFICER | Welcome to the U.S. What's the purpose of your visit? | A. I am going to be an au pair on a J-1 Visa. <br> B. I am just visiting the country. <br> C. I am a student. | |
| 03 | ANNA | Good, this is the correct answer. | | User clicks A |
| 04 | ANNA | I don't think that answer gives the Immigration Officer enough information. | | User clicks B |
| 05 | ANNA | Not exactly. You won't technically be a student in the U.S., so that is not the best answer. Try again. | | User clicks C |
| 06 | IMMIGRATION | Where are you | A. I am going to | |

PLAINTIFFS' RESP. APP.0002613

| | OFFICER | going and what will you be doing here? | B. San Francisco to be an au pair for the Miller family. C. Doing an internship at a bank. D. I'm not sure yet. | |
|---|---|---|---|---|
| 07 | ANNA | Right. That sounds like a great response. | | User clicks A |
| 08 | ANNA | No, this type of job is not allowed on your visa. | | User clicks B |
| 09 | ANNA | No, you should be able to explain what your living and work plans are. Make sure are ready to explain them. | | User clicks C |
| 10 | IMMIGRATION OFFICER | How long will you be staying in the U.S.? | A. I hope to get a permanent job so I won't have to leave. B. I'm returning on September 15th that's the program end date on my DS-2019 form. C. I'm not sure yet. | |
| 11 | ANNA | Remember, this is a cultural exchange program, and you are required to return to your home country | | User clicks A |

PLAINTIFFS' RESP. APP.0002614

|    |                        | upon completing the program. |                                                                                                                                                                 |                |
|----|------------------------|------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|
| 12 | ANNA                   | Perfect! Try to give the immigration officer a specific date, explaining how long you'll be staying in the U.S. |                                                                                                                      | User clicks B  |
| 13 | ANNA                   | You should know when you will return home. In most cases, you will need to return home within 30 days after your program end date—we'll discuss this further later in the orientation. |                  | User clicks C  |
| 14 | IMMIGRATION OFFICER    | Where will you be staying?    | A. I'm not sure yet.<br>B. Somewhere in New Jersey<br>C. I am staying at the New Yorker Hotel then I move to my host family's home in California. |                |
| 15 | ANNA                   | You should know where you are living when you arrive in the U.S. Try again. |                                                                                                                              | User clicks A  |
| 16 | ANNA                   | This answer isn't specific enough. Try again. |                                                                                                                                                 | User clicks B  |

InterExchange0005199

PLAINTIFFS' RESP. APP.0002615

| 17 | ANNA | That's a great plan! | | User clicks C |
| 18 | IMMIGRATION OFFICER | Welcome to the United States. Enjoy your stay. | | Immigration officer stamps the passport, DS-2019 form and I-94 card. |
| | | | Click to continue | Click to continue |

Chapter 4: Orientation and Training in NYC

- Getting to the Hotel

Voiceover: You will arrive to one of the three major airports in New York City – La Guardia (pic), JFK (pic), or Newark Liberty (pic). After you go through customs, make your way to the Baggage Claim area (pic). Be sure to collect all of your bags. Have the address of the Orientation & Training location in case the airline lost your bags. You can find this address in the Pre-Arrival Packet that you received in your home country. Fill out a form in the Baggage Claim area and have the airline deliver the bags directly to the hotel.

Anna: When you have all of your bags, you need to contact SuperShuttle (pic). SuperShuttle is the van service that will take you from the airport and drive you to the hotel. **If you do not call SuperShuttle, they will not come to get you.** Find SuperShuttle's free, complimentary phone service in the Baggage Claim area. If you are having a difficult time locating the phone service, ask at the Information Desk (pic). When you call SuperShuttle, tell them what airport and what terminal you are in. Tell them you will be going to the New Yorker hotel in Manhattan, at 8th Avenue and 34th Street (Text: New Yorker Hotel 8th Avenue and 34th Street Manhattan). If you are in a group, tell them how many people there will be. Have SuperShuttle give you instructions on where to find the van (pic). Be prepared to pay approximately $20 for the shuttle, plus a $2-3 tip.

If you decide to take a taxi, be sure to take a registered taxi from the official taxi queue (pic: taxi queue). **Do not accept a ride from anyone who approaches you directly.** (Text: Do not accept a ride from anyone who approaches you directly.) If you have any questions about the official taxi line, ask at the information desk. Be prepared to pay approximately $50 for a taxi, plus a tip.

Voiceover: You will be dropped off at the New Yorker hotel (pic: Hotel New Yorker). If you arrive to the hotel between 12 noon and 8pm, inside the lobby you will meet a representative from InterExchange (pic: InterExchange desk). He or she will give you important information about Orientation and Training. You will receive materials, your meal vouchers, nametag, and your room key (pic: materials). If you arrive very early, please go straight to the Reception Desk for your room key. Come back to the lobby between 12 and 8pm to collect your materials. If you arrive very late, or your flight was

InterExchange0005200

PLAINTIFFS' RESP. APP.0002616

delayed, you can find your materials at the Reception Desk. Be prepared for Orientation and Training to begin at 8:30am on Tuesday morning.

Anna: When you come down for breakfast on Tuesday morning, check the reader board in the lobby of the hotel (pic: New Yorker reader board). It will tell you where the Orientation and Training room is located. Look for InterExchange, the room name and floor. Plan to arrive in the room at 8:20. That will give you time to settle into our seats and begin promptly at 8:30. Be sure to bring all of your documents with you: your passport and J1 visa, your DS 2019, and your I94 card. Also bring your completed Child Care Test and your signed Child Care Verification Form (pic: all forms). Be sure to have breakfast before you come to the room; do not bring food items in with you. Again, be sure to arrive early and be prepared to start your Orientation and Training!

- Food and Accommodation

Voiceover: You will be staying in the New Yorker Hotel in mid-town Manhattan (map). The New Yorker Hotel is one block away from Penn Station (pic: map), three blocks from the Empire State building (pic: point out on map), and 8 blocks away from Times Square (pic: point out on map). The New Yorker Hotel is in the center of everything that New York City. (series of pictures)

Anna: You will be sharing a room with one or two au pairs from different parts of the world. You will staying in a well-appointed room with an en suite bathroom, television, desk, and free wireless internet (pic: hotel room). You must stay in the hotel every night, and we expect you to be back in the hotel no later than 11pm every evening. You are not permitted to have guests in your room. All hotel rooms are non-smoking. There is a pharmacy diagonally across the street called Duane Reade (pic: 34th st Duane Reade). You can find all of your toiletry needs there (pic: toothbrush, toothpaste, deodorant, etc). There are many nearby restaurants, cafes and shops.

Voiceover: When you arrive in the hotel, you will receive a packet of information (show packet). You packet will include: An Au Pair Orientation Handbook (pic), a tote bag (pic), and your name tag (pic). In the back of your name tag, you will find your meal vouchers for breakfast and lunch on Tuesday, Wednesday and Thursday, and for breakfast on Friday. All meals take place at the Tick Tock Diner in the lobby of the hotel (pic: Tick Tock). There are set menus for meals in your Au Pair Orientation Handbook. Be prepared to leave a one to two dollar tip per person at every meal (show two dollar bills). Dinners are on your own. There are restaurant suggestions in your packet.

- Schedule for the week

Voiceover: Orientation & Training begins on Tuesday at 8.30 am. Be sure to arrive 10 minutes early so we can begin promptly at 8.30. Remember, it is a US Department of State requirement that you come to every class. Here is a brief outline of your schedule: Tuesday 8.30 – 9:30 Introduction and Program Regulations. 9:30 – 11:30 Communicating with your American Host Family. 11:30 – 12.30 Lunch. 12:30 – 4:30 Working with Infants

ATTORNEY EYES ONLY

InterExchange0005201

PLAINTIFFS' RESP. APP.0002617

and Toddlers. Wednesday 8:30 – 9:30 Driving in the US. 9:30 – 11:30 Working with Pre-Schoolers and Kindergarteners. 11:30 – 12:30 Lunch. 12:30 – 4:30 Working with School-Aged Children. Thursday 8:30 – 5:00 CPR, First Aid, Health and Safety Workshop. 5:00 – 6:00 Documents and Domestic Transportation (list schedule on a "calendar").

Anna: My InterExchange Au Pair Orientation and Training was a lot of fun! I learned lots of important information and met other au pairs from all over the world! I am sure that we will be friends for a long time (pics: from O&T). Here's some advice to make the most of your Orientation & Training: Be on time to every class. Punctuality is very important. There are a lot of things to cover in class, so it is necessary to be on time. In fact, it is better to be a few minutes early so you can settle in (pic: clock). Speak only English in class; it is a great time to practice! It's never nice when classmates are speaking a language that you don't understand. At Orientation & Training, English is our universal language; so only speak English to each other.

Anna: During your free time, you can go explore New York City! You can choose to go on our organized tour, or you can explore with the group. The Orientation & Training takes place right in mid-town Manhattan, within walking distance to some of New York City's biggest tourist attractions: Times Square, Rockefeller Center, the Empire State building, and many more! (pics) Use your free time to see all that New York has to offer!

- Traveling to your Host Family

Voiceover: On Thursday afternoon, you will receive your final documents and your travel arrangements. You should know by this time how you will travel from Orientation & Training to your host family's home. We will give you your travel details on Thursday and go through them together. (pic: post-orientation packet)

Anna: After my Orientation & Training, I took another airplane to reach my host family. It was important to know what time my shuttle was coming to the hotel. Always arrive 10-15 minutes before the scheduled time. Be sure to check with the airline about how much luggage you can bring on the plane. Be prepared to pay for additional bags and overweight items.
Some of the friends I made at Orientation & Training were picked up by their host families directly from the hotel. These friends typically were staying nearby in the greater New York area. Other friends were taking buses and trains to their host families' homes. Specific information on taking a bus or a train is discussed on Thursday afternoon in Orientation and Training.

Chapter 5: In-Home Orientation with your Host Family

- Greeting your Host Family

Voiceover: When you meet your host family for the first time, make sure that you are on time. Punctuality is very important in American culture, and it is important that you make a good first impression (Pic: Clock. Text: Be on time!). If you are meeting in an airport or

InterExchange0005202

PLAINTIFFS' RESP. APP.0002618

another busy area, make sure you discuss what clothes you will be wearing beforehand. Have the InterExchange T-Shirt that you receive at Orientation & Training on or be holding your InterExchange bag. Make sure you are able to identify your host family members.

Every host family/au pair meeting is different, but you can expect a hug from the host mom and a handshake from the host father. Younger children often have "Stranger Anxiety", which means that they are nervous around new people. Do not take this personally. It is perfectly normal to have young children be afraid when meeting you for the first time. It is a good idea to have a small gift, flower, or souvenir to give to your host children. Get down to their level and present them with it (pic: au pair kneeling down to a shy host child). Do not be offended if they do not come to you. The important thing to remember is to "get low and go slow" (Text: Get low and go slow). Remember: you are a stranger to them right now, but soon you will know each other very well.

- 3-Day Training period

Voiceover: When you arrive to your host family's home, you will begin a 3-day training period called the "In-Home Orientation" (Text: In-Home Orientation). This is the time when the family will discuss your role as their au pair in great detail. You will learn a lot during these first few days. At Orientation & Training you receive a Communication Log (pic: Communication Log). Write down important information so you can reference it later. Be sure you have all important numbers and addresses written down.
It is a US State Department requirement that you cannot be responsible for the host children for the first three days in the host family's home. (Text: You cannot be responsible for the host children for the first three days). These days are for you to be trained by the host family, learn your way around the house and get settled into your new room.

Anna: The first weekend with my host family was a little overwhelming! Luckily, they were very patient with me and explained everything in detail. Meeting my host children was very exciting! I was nervous, but very happy to be with my host family at last. During my first three days I learned a lot about my responsibilities as their au pair.
Some of the things we talked about were (Text: Read and Bullet):
- House Safety
- Household Appliances
- House Tour, Food and Meals
- Transportation and Car Use
- Phone and Computer Use
- Household Rules
- Chores and Cleaning
- Caring for the Children.

We also had a tour of the house and of the neighborhood. They took me to the local shopping plaza, supermarket, and showed me where the school was located. (pic:

InterExchange0005203

shopping plaza, supermarket and school). Since part of my responsibilities was driving, we spent a lot of time practicing. It was very important for my host family to explain local driving laws and how to operate their car. We spent about 10 hours practicing driving!

During my first weekend, I also received a welcome call from my Local Coordinator. She called to make sure that I arrived ok, asked if I had any questions, and made an appointment to come out and meet with me in person. (pic of LC on phone).

- Applying for your SS card, bank account, and driver's license

Voiceover: After you are in the U.S. for two weeks, you will need to apply for a Social Security card (pic: SS card) with a Social Security number. You cannot apply before this two-week period ends. Your Social Security number is an identification number used by the government for tax purposes. You will also need this number for a number of different procedures, such as opening a bank account and enrolling in your classes. You will receive instructions on filling out a Social Security application along with a letter to the Social Security office during Orientation & Training. When you go to the Social Security office, you must bring your application, letter, DS2019 form, and your passport with your visa and I94 card. (pic: SS office). As soon as you apply, you will receive a proof of receipt from the Social Security office. This receipt has your Social Security number and is valid immediately. Keep this information private. You will receive the card in the mail in the coming weeks. Protect your Social Security number and card. Don't give it to anyone except when opening a bank account or when you specifically need it. Don't carry your card with you. Keep it in a safe place with your other important papers. Never let anyone else use your Social Security number as their own. You can go to prison for misusing or selling your Social Security number (Text: Bullet and read)
Protect your Social Security number and card.
- Don't give it to anyone except
    - When opening a bank account
    - When filing your taxes
    - When registering for classes
- Don't carry your card with you.
- Never let anyone else use your Social Security number as their own)

Anna: After I received my SS number, I was ready to open my own bank account. Talk to your host family about where to open a bank account (pic: different bank logos). It is often easiest to have a bank account in the same bank as your host family. This way they can do direct deposits. I opened a checking account so I could get a debit card. I used this debit card at Automatic Teller Machines, or ATMs (pic: ATM). This way I didn't need to carry a lot of cash with me or have a lot of cash in the home.

Voiceover: It is important to understand whether or not you will need to get an American Driver's License during your stay if you intend to drive. Each state has different laws, so you need to do research on your state Department of Motor Vehicles, or DMV (Text: Department of Motor Vehicles DMV). Look online to see more information on your state's

ATTORNEY EYES ONLY

InterExchange0005204

PLAINTIFFS' RESP. APP.0002620

DMV. If you are not going to drive in the United States, or if your state does not require an American Driver's License, then it is recommended that you obtain a Non-Driver's ID card (pic: Non-Driver's ID card). This card will serve as official identification while in the U.S. This way you can leave your passport at home and not need to carry it with you.

Chapter 6: Understanding your hours, stipend, taxes and education credits

- Stipend, Room & Boards, and extras

Voiceover: As an au pair, you will receive room and board from your host family. Every au pair has a private room for his or her use during the year. The room must be private; that means that the family cannot use the room for anything else. Talk to your host family before you arrive about your room. Ask what is provided and what you should bring with you. Have them show you pictures so you know what to expect. (pics of example rooms) You will also receive board from your family. That means that you will be provided with meals. There should be food for your personal use in the house.

Anna: There was always food for me to fix my own breakfast and lunch during the day. I also had lots of things to snack on throughout the day. For dinner, some days I ate with my host family and sometimes I went out with my friends. And then some nights I made my own dinner at home. Make sure to tell your host family what food you would like to have in the home.

Voiceover: You will receive a weekly stipend, or payment, directly from your host family. You will receive $195.75 every week. The US government sets this amount, and your host family must pay this every week, regardless of how many hours you work. Your host family cannot pay you less than this amount. Keep track of the amount of hours you work on the Record of Hours Worked and Payment Received (pic) sheet that you receive at Orientation & Training. This will help you pay for taxes. If you are not receiving your stipend amount on time, or if you are working more than the maximum amount of hours, your Local Coordinator will ask to see this sheet. It is your responsibility to fill this out every week. (Highlight the different areas): Put the week's end date here. Did you receive 1.5 consecutive days off? Yes or No? Write in the amount of stipend that you earned and the date you received it. Write your initials here. Your initials are the first letters of your first name and your last name. Have a host family member write his or her initials here. Fill in the total amount of hours here. At the end of the month, did you receive a full weekend off? Write Yes or No here.

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|------|----------|-----------|----------------|----------------------------|
| | | | Program Essentials | Slide title |
| 01 | ANNA | When you are working for a host family, there are | | POV of user looking at the host family around a kitchen table. The |

InterExchange0005205

PLAINTIFFS' RESP. APP.0002621

| | | essential rules that the family must follow in terms of your working hours and time off. Listen to the questions and click on the correct response. | | Host Family Handbook, the Au Pair Handbook, Communication Log and Record of Hours Worked and Payment Receive is between them. |
|---|---|---|---|---|
| 02 | Host Mom | How many hours are you able to work per week? | A. 20 hours<br>B. ▓▓▓▓▓<br>C. There is no maximum. | |
| 03 | ANNA | Sorry, this is incorrect. | | User clicks A |
| 04 | ANNA | Good, this is the correct answer. | | User clicks B |
| 05 | ANNA | Definitely not. There is a maximum amount of hours you can work. | | User clicks C |
| 06 | Host Mom | How many hours are you able to work per day? | A. ▓▓▓▓<br>B. All day<br>C. I'm not sure yet. | |
| 07 | ANNA | Right. You can work a maximum of 10 hours in a 24 hours period. This can be split up into different shifts or all at one time. | | User clicks A |
| 08 | ANNA | No, this is not allowed on your visa. | | User clicks B |
| 09 | ANNA | No, you should be aware how many hours you can work as an au pair. Please read your Au Pair Handbook carefully. | | User clicks C |
| 10 | Host Mom | How many days of vacation do you receive during your | A. I don't have a paid | |

InterExchange0005206

PLAINTIFFS' RESP. APP.0002622

| | | au pair year? | B. vacation working as an au pair. | |
| | | | B.  I get as much paid vacation as I want as an au pair. | |
| | | | C. I get two weeks of paid vacation. | |
| 11 | ANNA | Remember, this is a cultural exchange program, and you do receive paid vacation so you can travel around the U.S. | | User clicks A |
| 12 | ANNA | No, that is not correct. You have responsibilities to the family to provide child care as their au pair. | | User clicks B |
| 13 | ANNA | Yes! Technically you receive 11 paid days of vacation. You earn one day of vacation for every month that you work, starting after the first month. Since an au pair's working week is typically 5.5 days, we generally say two weeks. | | User clicks C |
| 14 | Host Mom | How much time do you have to travel in the U.S. after your program ends, i.e. the last day on your DS2019 form? | A. Until whenever I like. B. I need to leave immediately. | |

ATTORNEY EYES ONLY

InterExchange0005207

| | | | C. ▇▇▇▇ | |
|---|---|---|---|---|
| 15 | ANNA | You need to leave the program on a specific date. You cannot stay in the U.S. indefinitely. | | User clicks A |
| 16 | ANNA | No, you have time to travel when you are finished working. | | User clicks B |
| 17 | ANNA | That's perfect! | | User clicks C |
| | | | Click to continue | Click to continue |
| | | | | |

- Filing for taxes

Voiceover: Every au pair must file and pay for taxes. Unlike traditional jobs that receive a paycheck, taxes for au pairs is not taken directly out of the stipend. Instead, au pairs receive the stipend in full, and must pay taxes back to the government at the end of the calendar year. You will receive specific information about taxes via email when tax season begins in January. For now, let's go over some basic information.

Bruno: Hi, it's Bruno here! Let's go over some tax facts. Tax Fact #1 (Text on a school board: Tax Fact #1… – same for all the rest). The U.S. Tax Year goes from January 1st through December 31st. Tax Fact #2: If your au pair year includes two different calendar years, you will have to pay taxes for both years. For example, if your au pair year goes from October 2012 to October 2013, you pay taxes for the calendar years 2012 and 2013. Tax Fact #3: You cannot pay your taxes for the current year until after December 31st. You then have until April 15th to file and pay your taxes for the previous calendar year. Tax Fact #4: Even if you return to your home country, you still need to file and pay your taxes. You can pay your taxes from overseas. Tax Fact #5: Au pairs receive an exemption amount on their taxes which is an amount of money that you make that is "tax free". For the calendar year 2012 this amount was $3,850. To calculate how much you owe, you add up the total amount of money that you make in one calendar year, subtract the exemption amount, and the remaining total is the amount that you pay taxes on. Tax Fact #6: If you make less than the exemption amount for that year, you do not have to file or pay your taxes.

Here is an example (Write out equation on board): I worked 24 weeks in the calendar year of 2012. After I added up all of the stipends that I earned in 2012, I had a total of $4,698. Then I subtracted the exemption amount for 2012, which is $3,850. The money that I owe taxes on is then $848. So I need to pay the government taxes on $848, which is

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002624

**approximately** $84. Remember, InterExchange will be sending you more specific information, including links to the IRS website (pic: IRS logo) during tax season which runs from January to mid-April.

- Education and credit requirements

Voiceover: As an au pair in the United States, you are required to receive at least 6 educational credits over the course of your year (pic: University). This is a great opportunity for you to study here in the U.S. You will receive up to $500 from your host family to put towards your classes. (Text: $500). Any class fees that exceed $500 will be the au pair's responsibility. A typical university or college course is 3 credits, so it is very common that au pairs take two classes during the year, one per semester.  Your Local Coordinator will help you find classes that are in your area.

Bruno: The classes that you take need to fit three conditions in order to be counted towards your required educational credits. #1: Your classes must be post-secondary. That is, the classes must be after the high-school level. (Text: Write on board: Post-Secondary) #2: The classes must be accredited. (Text: Write on board: Accredited) This means that the government must approve of the school as a recognized learning institution, so classes at local Recreational departments or small, individually owned learning institutes are not permitted. #3: The classes must be academic in nature (Text: Write on board: Academic in nature). This signifies that the class must take place in a classroom setting and must be academic. Athletic courses, online courses, cooking courses, or driving classes are not accepted for credit. Also *not* accepted for credit are classes that earn 3 or more credits in one weekend and classes that are specifically designed for au pairs. The U.S. Department of State put the educational requirement into this program in order for au pairs to be part of their local community, participate in a college course, and meet young Americans their own age. Any class that is finished in one weekend or is for au pairs only does not fit with the spirit of the program.

Chapter 7: Staying safe and healthy

- Health Insurance

Voiceover: The health care industry in the United States works very differently than health care in many other countries. While in the U.S. you must have private health insurance at all times. From the moment au pairs step off the plane they are covered under the Aetna Student Health (Text: Aetna Student Health and logo) accident and sickness insurance policy. Please read the Aetna Student Health brochure located in your Pre-Arrival packet carefully (pic: Aetna brochure). This brochure describes what is covered by your health insurance during your year. Show this brochure to your host family when you arrive to their home. It is important that they understand what type of health insurance you have. Find a local doctor before you need one. Your host family and Local Coordinator might have recommendations for you. Call doctor's offices and make sure that they accept Aetna Student Health. You can also find information on our website under Au Pair resources. An Aetna Student Health card will be waiting for you (pic: Aetna

ATTORNEY EYES ONLY

InterExchange0005209

PLAINTIFFS' RESP. APP.0002625

ID card). Carry this card with you at all times. Show this card to the doctor's office before an appointment. If you do not have your card with you, you can give the office your name and birthday so they can locate you in Aetna's system. If they cannot locate you, please contact InterExchange for more information.

Also talk to the host family about information you need to know about your host children's health insurance in case of an emergency. Make sure you understand where to find that information.

Anna: Health care in the U.S. is very expensive. The way insurance works is through a co-pay system (Text: Co-Pay). This means that every time you see a doctor, you pay some and your health insurance pays some. A co-pay (Highlight "Co" then "Pay"). For example, a typical doctor's visit will cost around $200. Your Aetna Student Health co-pay for a doctor's visit is $50 (Text: add "= $50" to the co-pay text). So when you visit the doctor's office, your health insurance pays $150 and you pay $50. Prepare to pay $50 every time you go to the doctor. For an emergency room visit, your co-pay is $250 (text: add "In an emergency" and change $50 to $250). If you go to the Emergency Room and are then admitted to the hospital, the co-pay reduces to $50. Only go to the Emergency Room in the event of an actual emergency and see a doctor for lesser illnesses and injuries.

Prescription drugs (pic: Rx slip) for illnesses that start while you are in the U.S. are covered 100% by Aetna Student Health. However, most of the time you will need to pay for the prescription drug out-of-pocket and then by reimbursed by Aetna through a claim form. This means you will go to the pharmacy with your prescription (show AP going to pharmacy window) and pay for the prescription drugs with your own money (show AP paying for drugs). When you return home you need to fill out a Prescription Drug Claim Form which can be found on our insurance website: (pic: Claim form and resources website). Follow the instructions, send this form to Aetna (pic: mailbox), and they will send you the money back (show AP with money back in her hand).

Voiceover: It is important to remember that your Aetna Student Health care only covers incidents that happen while you are in the U.S. and does not cover pre-existing conditions or routine check-ups. Aetna Student Health will not pay for any illnesses or conditions you had before arriving in the U.S., and you will be responsible for paying any costs relating to that condition. Prescription drugs concerning pre-existing conditions, such as asthma inhalers or insulin, are not covered by Aetna Student Health insurance.

- Sex and getting pregnant information

Voiceover: The attitude towards sex in the United States is very different from what you might think. The reality does not look like Hollywood (pic: Jersey Shore cast with a red circle cross-out). Typically Americans are very conservative, traditional and sometimes very religious. Keep in mind that we are a conservative culture when you are planning what to wear around town, to the public swimming pool and in your host family's home. Please keep your private sexual life private. Never bring a stranger into your host family's home. To the female au pairs: do not get pregnant during your year as an au pair. You will

ATTORNEY EYES ONLY

InterExchange0005210

PLAINTIFFS' RESP. APP.0002626

be sent home immediately. If you plan on using birth control during your year, please bring enough to use during your time here. It will not be covered under your health insurance.

- Posting pictures and geo-tracking on social media sites

Voiceover: Nowadays it is important to be mindful with what you post online (pic: facebook and twitter logos). (Text: the following points as bullets). #1: Never mention your host family's address, name or telephone number on any social media sites. #2: When you post on facebook or twitter, make sure that your geo-tracking abilities are turned off. #3: Never post a picture of any members of your host family online without specific permission from your host family. #4: Be very careful of your status updates. #5: Never meet with anyone that you meet online in private.

Remember that you are here as an ambassador of the au pair program and of your home country. Always post professional updates and statuses on online platforms. Your and your host family safety and security of comes first.

*Chapter 8: Maintaining a good relationship with your Host Family*

- Communication is Key! Weekly meetings and Communication Log

Anna: You will wear a lot of hats as an au pair (Pic: AP with changing hats: chef, nurse, clown, cowgirl, baseball helmet, etc). Being an au pair is a very rewarding and very challenging experience. You will have very good days and very bad days. If you are going through a difficult time, make sure to remember that you have a lot of support. Clear, open communication with your host family is an essential part of having a great year. Always remember: Be open, honest and polite with your Host Family. (Text: Be open, honest and polite with your Host Family). If you need to sit down and discuss an issue, write the things you want to talk about down in a list. This will help you get your point across. Discuss issues as they come up; do not keep quiet about something that is bothering you only to make it become a larger problem than it is. Keep separation of work and family time (Text: Keep separation of work and family time). Part of being an au pair means that you have a unique living situation; you live with the family you work with. Younger children have a difficult time understanding when you are on-duty and when you are off-duty. It is important that you keep a distinct separation when your shift is over. When your host parents arrive home and you are off-duty, have a conversation with them about the day, and then leave the house. I recommend that you leave the house for an hour or more. That way it is clear when you return that you are off-duty. Take a walk, get a coffee, go for a drive, meet with friends, go to the gym, etc. There will be a lot you can do! Remember to schedule meetings with Host Family (Text: Schedule meetings with Host Family). I suggest scheduling a weekly meeting on Sunday evenings when the host children have gone to bed. This is a good time to discuss the previous week and any important reminders about the week to come. If you found anything difficult about the week, for example if there was a conflict between two sisters, ask your host family for advice on how to handle this in the future. It's important to share feedback with them and to seek recommendations from them. If you have any problems with your host family,

ATTORNEY EYES ONLY

InterExchange0005211

PLAINTIFFS' RESP. APP.0002627

talk to your: Host Family, Local Coordinator, New York Office (Text: If you have any problems with your host family, talk to your: Host Family, Local Coordinator, New York Office. Bullet last three items). Remember that you have a whole network of individuals who are here to support you. If you are having difficulties with your host family, the first people you want to talk to is your host family. Try to resolve any conflicts that you may have. If that is not working, then it is time to talk to your Local Coordinator. Your Local Coordinator is the first point of contact when problems arise. If for any reason you feel that you cannot speak to your Local Coordinator, you need to contact the New York office. There is nothing that the New York office has not heard before, so never hesitate to contact them under any circumstances. All of our New York staff has been in your shoes before: traveling, working and/or studying abroad. They are here to support you!

- Reporting a problem on Passport [process to be discussed with MM]

Chapter 9: Culture Shock

- What is culture shock?

Voiceover: Cultural shock is a way to describe the process of leaving a familiar culture to live in a new and very different culture. Nearly everyone experiences some degree of cultural shock when moving to a new country. It is important to remember that this is a perfectly normal process that happens during the first part of your year. Plan ahead for this and be prepared before you arrive to the U.S.
- The process of adjustment



The Process of Adjustment

(Have a similar chart describing the process.)

Voiceover: Click on each stage to hear a description.
(User clicks on Leaving Home) Leaving home is an exciting time! You are making your final preparations, talking to your host family, securing your visa, saying goodbye to family and friends, and more! There are a lot of emotions and nerves at this time.

InterExchange0005212

PLAINTIFFS' RESP. APP.0002628

(User clicks on Arrival in the US) The nerves continue as you arrive in the U.S. to begin your year. Perhaps you are communicating in English regularly for the first time. Maybe it is your first time leaving your home country. There is a lot of stimulation when arriving to New York City, attending Orientation & Training, and meeting fellow au pairs from all over the world.

(User clicks on the Honeymoon Stage) The Honeymoon Stage can last anywhere from two weeks to the entire year! This is the stage where everything is new, different, exciting and challenging. You are learning new things about this new culture each and every day, and it is awesome! You are excited and asking lots of questions.

(User clicks on Cultural Shock/Feeling Unhappy) And then culture shock sets in and you may start to feel unhappy and depressed. Perhaps things are not bright and new anymore. Maybe you start to miss home. You could start to complain a lot about the differences in your culture. Maybe you want to spend a lot of time alone.

(User clicks on Adjusting) Sometimes as quickly as cultural shock begins, it ends. You start to form a bond with your host family, make friends, start classes, and become a member of your community. You begin to see how you fit into your new home and new city. You begin to look forward to this life-changing year ahead of you!

(User clicks on Arrival Home/Reverse Culture Shock) It may sound strange now, but most au pairs go through reverse culture shock when they return home. You have become a new, more independent and worldly person. You have grown a lot over your year abroad. It may take a few weeks to readjust to being home again and you may miss all your new friends and family members in the U.S.

(User clicks on Re-Adjusting) Do not be alarmed; the re-adjustment period does not last long. Soon enough you will move into new jobs or new studies, yet keeping in contact with the new people in your life from around the world. You start to pick up where you left off and move forward.

(User clicks on Adaptation to Life in Home Country) Many au pairs form relationships during their au pair year that last for the rest of their lives. Sometimes host families make trips to see them in their home countries or vise versa. Life will go back to normal, but your year, or two!, as an au pair will always be a part of you.

Anna: Here are symptoms to look for during your first few weeks in the U.S. These are classic symptoms of culture shock and are perfect normal (Bullet list and read):

- You may feel sad and lonely
- You may sleep a lot
- You may feel an overwhelming sense of homesickness
- You may try to get in touch constantly with friends and family from home
- You may complain a lot about everything
- You may be anxious about your new job
- You may become dependent upon other participants from your home country.
- You may have trouble speaking and understanding English
- You may think about returning home
- You may question your decision to move

ATTORNEY EYES ONLY

InterExchange0005213

PLAINTIFFS' RESP. APP.0002629

But don't worry! There are many ways to overcome culture shock and make the most of your time here. Here are some ideas to keep in mind (Bullet list and read):

- o Understanding that this is a normal experience may in itself be helpful
- o Communicate with other au pairs, your Local Coordinator and your host family
- o Keep in touch with home, but not every minute of every day
- o Think back to before you came to the US, and remember why you wanted to participate in the program
- o Stay positive!
- o Keep an open mind and a sense of humor
- o Make friends in your area
- o Write it down in a journal or diary
- o Ask your host family lots of questions

The most important things to remember are to stay positive and keep an open mind. Realize that this is a natural process, and does not indicate how your whole year will be. Go out there, make friends, and become a member of your community as soon as possible. You are not coming all the way to the U.S. to sit and Skype with your friends at home every night. Make the most of every opportunity and you'll have a fantastic year!

Chapter 10: Transitions and Termination of program

- Transition Essentials

Voiceover: A transition, also known as a re-match, is when a host family and au pair match is not working. Transitions happen when there are unsolvable problems and the only way to fix the situation is to match the au pair with a new family. Your Local Coordinator will review the situation before moving into transition. This review is called a 3-point meeting, which is a discussion between the host family, au pair, and Local Coordinator (pic: host family, au pair, and LC around a table). At the 3-point meeting you will talk about the problems you are experiencing and decide how to proceed. Many times the problems are resolved and the au pair can stay with the host family. Other times we will begin the transition process. Here are some of InterExchange's transition policies. (Text: Read and bullet titles)

- o 30 days no-move policy: It takes at least one month to adjust to the new living situation. Most placements are successful once everyone gets to know each other, especially the au pair and the children.
- o Two week re-match period: There is a two week notice policy once the host family and au pair have decided to go into transition. The host family and au pair will remain together for two weeks while interviewing other parties. This guarantees housing for the au pair and child care for the family.

ATTORNEY EYES ONLY

InterExchange0005214

- No eviction: The host family cannot force an au pair from their home under normal circumstances.
- No local reassignment: InterExchange will not match you with a new family in the same area. Au pairs in transition must be open-minded about moving to a new community.
- No self-matches: You pair cannot find your own new family for re-match. You must follow InterExchange's procedure.
- Payment: Au pairs must receive their stipend when working with a host family. Any debts for vacation time, bills, etc. must be settled before moving to a new host family.

If you are in transition for poor English skills, inappropriate behavior, safety concerns or poor driving ability, it may be difficult to match you with a new family. If no family is available during the two-week matching period, you will return home at your own expense. While the most qualified au pairs are re-matched, we cannot guarantee placement for au pairs in transition.

- Reasons you might be sent home

Voiceover: There are circumstances when an au pair will be sent home immediately and not go into transition. Here are a few examples (Read and bullet titles):

- Hitting, shaking or spanking a child: Any abuse is absolutely not tolerated and the au pair would be sent home immediately, possibly following legal procedures as the case permits.
- Sleeping while you are working: When an au pair is on-duty they take full responsibility for the children in their care. Sleeping while working on-duty is grounds for immediate dismissal.
- Leaving children in water alone: Children should never been in or around water alone for even a minute. Au pairs who leave children in or around water without direct supervision will go home.
- Drinking alcohol/smoking on the job: Drinking alcohol or smoking while on-duty is strictly prohibited. Any au pair who is doing so will return to his or her home country without delay.
- Illegal drug use: Any participation in illegal activities will result with the au pair going home immediately. Illegal drug is not tolerated.
- Bringing strangers and overnight guests into the host family's home: Au pairs must get explicit permission from the host family before inviting any person into the family's home.
- Breaking any U.S. Laws: Since au pairs are participating in a government sponsored program, if any laws are broken their visas will be revoked without delay and they will return home.
- Violating program rules: Any au pair who violates program rules as designated by the U.S. Department of State and described in the Au Pair

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002631

Handbook will be cancelled from the program and will have to return home at their own expense.

- Leaving the program

Voiceover: If you decide to leave the program and not go into transition, you must notify InterExchange immediately and return home. Then you must provide InterExchange with a copy of your travel information. Failure to do so will result in your visa being canceled by the U.S. Department of Homeland Security. If you leave your host family without contacting InterExchange, you will be considered canceled from the program and we will notify the U.S. Department of Homeland Security. Having such information on your record could prevent you and your family from being able to obtain future visas to the United States. Here are some facts about leaving the program early (Read and bullet titles):

- o Return home within 48 hours: If you leave the program before your end date and do not want to match with another family, you must leave the U.S. within 48 hours and return to your home country.
- o If you quit the program, you must buy your own ticket home: You will be responsible for all travel expenses if you decided to leave the program early.
- o You made an agreement as an adult: Remember that you spent a lot of time, money and energy to participate in this program. You signed a contract with InterExchange that you will complete the year.
- o Your Host Family is depending on you: Your host family also spent a lot of time finding the right au pair for their family. They are counting on you to be in their family for at least one year.
- o *You cannot stay in the USA*: If you decide to leave the au pair program you cannot change visa statuses and cannot remain in the U.S. You entered into the country on an au pair J1 visa. If you are no longer an au pair, you no longer have a valid visa.

Chapter 11: The end of your program year

- Extension Options

Anna: Don't be surprise if you enjoy your time here in the U.S. so much that you would like to extend it for an additional 6, 9, or 12 months! The InterExchange Extension Program (Text: InterExchange Extension Program 6, 9, or 12 months is a wonderful opportunity to continue practicing your English, taking classes and traveling around the U.S. You'll also continue to earn your weekly stipend, have paid vacation time, and receive additional educational allowance.

In order to extend, you must complete an Extension Application, which is located our in the au pair resources page on our website (pic: show resources webpage). You will want to submit your application at least 40 days before the end date on your DS2019. You need

to have completed all of your educational credits, so start thinking about the extension option early on.

During your extension period, you can choose to stay with your host family or be placed with a new host family for a completely different experience. Many au pairs choose to look for a family in different parts of the country or children in a different age group. Extending your program is an easy and free way to gain even more experience as an au pair in the United States!

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|---|---|---|---|---|
| | | | Program Essentials | Slide title |
| 01 | BRUNO | When you are coming to the end of your au pair year, or years, there are some important things to keep in mind. Listen to the questions and click on the correct response. | | POV of user looking at Bruno ready to leave at the airport. |
| 02 | Voiceover | Can you travel outside of the country during your 30-day travel period at the end of your program? | ████<br>C. Absolutely<br>D. Only to Canada and Mexico. | |
| 03 | ANNA | You are right! You are only permitted to travel within the United States during your 30-day travel period. | | User clicks A |
| 04 | ANNA | No, this answer is not correct. Try again. | | User clicks B |
| 05 | ANNA | No, this is not allowed during the 30-day travel period. | | User clicks C |
| 06 | Voiceover | Is it necessary to buy 30 days of insurance for $50 during my | A. No<br>████<br>C. It depends | |

ATTORNEY EYES ONLY

InterExchange0005217

PLAINTIFFS' RESP. APP.0002633

| | | extra travel period? | on how long I am staying. | |
|---|---|---|---|---|
| 07 | ANNA | Sorry, this answer is not right. | | User clicks A |
| 08 | ANNA | You are correct! You must buy 30 days of travel insurance no matter how long you stay after your program ends. | | User clicks B |
| 09 | ANNA | No, this is not true. Please select another answer. | | User clicks C |
| 10 | Voiceover | What airport do you depart from? | A. The closest one to my host family. B. New York City ▇It's my choice. | |
| 11 | ANNA | This is incorrect. Although most au pairs choose to leave from the host family's nearest airport, this is not a requirement. | | User clicks A |
| 12 | ANNA | No, that is not correct. You do not have to return to New York City at the end of your year. | | User clicks B |
| 13 | ANNA | Yes! You can decide which airport you want to fly home from. If the price difference is substantially more expensive, you might be asked to contribute to the cost of the flight. | | User clicks C |
| 14 | Voiceover | Can au pairs continue to work during the 30 | A. ▇ B. Sure! | |

ATTORNEY EYES ONLY

InterExchange0005218

| | | day travel period? | C. It depends on if the host family needs extra help. | |
|---|---|---|---|---|
| 15 | ANNA | Correct! Au pairs are not permitted to work during the 30-day travel period. This is for travel only. The last day you can work is on your DS2019 form. | | User clicks A |
| 16 | ANNA | No, this answer is not correct. Try again. | | User clicks B |
| 17 | ANNA | No, the family cannot ask you to continue to work during the 30-day travel period. This is a violation of U.S. Department of State regulations. | | User clicks C |
| | | | Click to continue | Click to continue |

- Completion Certificate

Voiceover: An InterExchange Completion Certificate is mailed to you in your home country 4 to 6 weeks after you have returned home (pic: Completion Certificate). In order to receive your Completion Certificate, you must send the following documents to the InterExchange Au Pair USA Participant Services Manager (pic: show items. Read and bullet):

- o Completed and signed Activity Form
- o The original return flight boarding pass
- o Proof of completing your educational credits
- o Current mailing address in your home country

Chapter 12: Learning Re-Cap

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002635

Voiceover: Congratulations, you've completed the InterExchange Au Pair USA orientation course. You should now feel prepared to begin your program. Of course we don't expect you to know it all. If you have questions, check your program handbook or visit our website and social media. You can also contact us directly. We're here to help you.

Click here to print out a checklist of everything you should have an understanding of. If there is anything that is still confusing, try going through that section of the course again.

(Create a PDF on IEX stationary that lists each of the items on the list provided. The participant can use this list to study from.)

At the end of the orientation, they should know:
- How to contact InterExchange during and after business hours
- Pre-Arrival Information
- Documents and Traveling to the United States
- Orientation and Training in NYC
- In-Home Orientation with your Host Family
- Hours, stipend, taxes and education credits
- Staying safe and healthy
- Maintaining a good relationship with your Host Family
- Culture Shock
- Transitions and Termination of program
- The end of your program year

Good luck in your final preparations. We look forward to meeting you in New York City!

InterExchange0005220

Case 1:14-cv-03074-CMA-KMT   Document 928-29   Filed 03/17/18   USDC Colorado   Page 43 of 161

# Exhibit 305

# NYC Au Pair Orientation & Training

**Logistics** ............................................................................................... *2*
- Hotel Information
- Safety
- Roommates & Hotel Amenities

**Arriving at Orientation** ......................................................................... *4*
- Arrival Schedule
- Au Pairs Traveling Together
- Super Shuttle Van Service
- Hotel Check In

**Orientation Schedule** ............................................................................ *5*

**Contacting Au Pairs** ............................................................................... *6*

**Welcome Gifts** ........................................................................................ *7*
- What & Where to Send Them

**Orientation Meals** .................................................................................. *7*

**Orientation Workshops** .......................................................................... *8*
- Program Rules, Regulations & Guidelines
- Working with Older Children
- Child Safety, First Aid & CPR
- Driving in the USA
- Early Childhood Development
- Cultural Exchange
- Domestic Travel

**Au Pair Free Time** ................................................................................ *16*
- New York City Tour

**Traveling to Host Families** ................................................................... *17*
- Host Family Pick Up
- Train Travel
- Bus Travel
- Airplane Travel
- Hotel Car Service

**Missed Orientation** .............................................................................. *20*
- Missed Orientation Form

**Additional FAQ** ................................................................................... *23*

1

InterExchange0028522



PLAINTIFFS' RESP. APP.0002638

## Orientation Logistics

Orientation is held at the famous **New Yorker Hotel** in midtown Manhattan. It is only 3 blocks to the Empire State Building and 8 blocks to Times Square!

The New Yorker Hotel
481 Eight Avenue (at 34th Street)
New York, NY 10001

Phone Number: 212-971-0101

You can learn more about the hotel by following this link: http://newyorkerhotel.com

The neighborhood is filled with 24-hour shops, restaurants and tourist sites. The A/C/E subway lines stop directly outside the hotel's main entrance.

### Hotel Safety

Providing au pairs with a safe and secure program year in the USA is one of our top priorities and begins the moment au pairs arrive in New York City for their Orientation and Training Program.

During their week in New York, au pairs stay in the recently renovated New Yorker Hotel in the center of Manhattan where guest security is at its best. In addition to an onsite 24/7 team of security personnel, the hotel is monitored by a state of the art camera surveillance and motion detector system. InterExchange Au Pair USA staff is available around the clock should any emergencies arise and all au pair arrivals, departures and itineraries are closely monitored.

As part of the training week, in accordance with the NYPD's Crime Prevention Unit's recommendations, Au Pair USA has developed a safety workshop to raise awareness of personal safety both in NYC and throughout the program, making the year ahead a pleasant and safe experience.

When sightseeing in NYC, au pairs can feel secure in knowing that, although you have to use your common sense just like in any other big city in the world, crime rates are well below that of many other major cities. New York City's post 9/11 counter-terrorism program has become one of the most sophisticated in the world, leading the way in crime and terrorism prevention.

2

**InterExchange0028523**

PLAINTIFFS' RESP. APP.0002639

**Roommates**

Au Pairs are roomed with a fellow au pair of the same gender, 2 au pairs per room. To encourage them to start speaking in English they are normally roomed with an au pair who does not speak their native language.

**Hotel Amenities**

The New Yorker Hotel is the state of the art hotel and includes the following amenities:
- Free Internet Wi-fi
- Gym, hairdryers, safes and mini fridges
- Onsite Concierge and Transportation Desk
- 2 onsite restaurants
- Coffee Shop

3

InterExchange0028524

## Arriving at Orientation

### Arrival Schedule

All au pairs arrive on Monday of Orientation Week. Arrivals begin in the early morning and end late at night. Those flying from South America, Asia & South Africa tend to have flights that arrive early in the day, while those arriving from Europe tend to arrive in the evening.

Once an au pair lands they will need to clear customs and immigration. It takes on average about 3 hours for an au pair to land, clear immigration and arrive at the New Yorker Hotel.

### Au Pairs Traveling Together

Those au pairs that are traveling on the same flight and/or connecting flight to NYC are notified of this via email the week before their departure.

### Transportation to the New Yorker Hotel

Au pairs are given detailed instructions about how to take the Super Shuttle Van service to the hotel. These instructions are given to them both in their native language at their final meeting with their International Cooperator and in written form from us in their Au Pair Handbook and in their Pre Departure email.

Super Shuttle operates all day and all night and is the safest, cheapest way to get to the hotel. Depending on the airport it will cost between $15-17 to get to the New Yorker Hotel. Supershuttles can be pre-booked and paid for by au pairs and/or host families—but it is not necessary.

You can learn more about the Super Shuttle here: http://www.supershuttle.com

### Hotel Check-In

Upon arrival at the New Yorker Hotel au pairs are greeted by a representative from Au Pair USA. The representative will check the au pair in, provide them with materials for class, answer any questions and assist in solving any problems that might have arisen in their travels.

4

**InterExchange0028525**

PLAINTIFFS' RESP. APP.0002641

## Orientation Schedule

Orientations begin each day at 8:30 AM and continue through until 5:30 PM. Attending Orientation is a State Department mandated aspect of the au pair program. During Orientation an au pair will learn skills in Childhood Development, Care & Safety to better prepare them in caring for their host children. They will also spend time learning about US culture, methods for handling culture shock and will begin building a strong support system of other au pairs they meet to support them throughout the coming year.

### Monday

- Au Pairs arrive to U.S. (NYC)
- Rest and Sightsee (at leisure)

### Tuesday

- Welcome, Program Rules, Regulations & Keys to a Successful Year
- Culture Shock
- Working with Children Ages 7 and Up
- Optional Tour of NYC

### Wednesday

- First Aid, CPR & Child Safety

### Thursday

- Driving in the USA
- Early Childhood Development
- Cultural Exchange
- Domestic Travel Instructions

### Friday

- Travel to Host Families

5

InterExchange0028526

## Contacting Au Pairs

Host Families will receive an email from InterExchange confirming their au pair's arrival. Keep in mind au pairs are arriving at all times during the day and night and the final confirmation might not come until Tuesday morning. Included in this email will be the au pair's room number.

To telephone your au pair directly, dial the hotel's phone number (212-971-0101) and then provide the hotel operator with your au pair's room number. Au pairs are able to receive phone calls directly in their rooms, but are unable to make outgoing calls. In order to telephone host families, au pairs will need to use a phone card and one of the many pay phones located throughout the hotel.

The hotel does have free Wi-Fi and if your au pair has a laptop you will also be able to communicate with them via email. If your au pair does not have a laptop with them and you still want to email them, you can send an email directly to the hotel and they will print and deliver this message to your au pair.

To email your au pair via the hotel, you will want to write your au pair's name and room number in the email subject heading. Send your message to: guest@nyhotel.com

6

**InterExchange0028527**

PLAINTIFFS' RESP. APP.0002643

## Welcome Gifts

If a Host Family wishes to send a small gift or "welcome" package to their Au Pair while at the hotel please remind them the smaller (or more edible!) the better as the Au Pairs already have overstuffed suitcases. A "welcome" card, handwritten note or pictures drawn by the children are always appreciated.

The majority of host families do not send their Au Pair a gift, nor do the Au Pairs seem to expect them. If however a host family does send a gift, please have them follow these directions:

**Suggestions on gifts:**
- Starbucks Gift Card (There is one located across the street from the hotel)
- Fruit Baskets, such as Edible Arrangements (http://ediblearrangements.com)
- Phone Card
- Gourmet Chocolates
- Nice Journal & Pen

**Where to send a gift:**

Option 1 (Preferable)

Directly to the hotel:
Au Pair's Name/InterExchange Au Pair USA/Check In Date
The New Yorker Hotel
481 8th Avenue
New York, NY 10001

Option 2

Directly to our office (Must be received *before* Monday of Orientation week):
InterExchange Au Pair USA/Joanna Lehmann
161 Sixth Ave, Floor 10
New York, NY 10013

## Orientation Meals

Au pairs will receive vouchers for breakfast Tuesday—Friday and lunch Tuesday—Thursday. Dinner is included in the optional NYC tour offered Tuesday evening.

Located within the hotel are 2 restaurants including one, which operates 24 hours a day. The hotel is also surrounded by hundreds of restaurants, shops and drug stores, many of which operate 24 hours a day.

7

**InterExchange0028528**

PLAINTIFFS' RESP. APP.0002644

## Orientation Workshops

### Program Rules, Regulations & Culture Shock

At the Program Rules & Regulations workshop au pairs are welcomed to the USA, participate in icebreakers and get extensively schooled in the program rules. Au pairs have already been thoroughly versed about what encompasses their program by their international cooperator and through their required program reading material, but the session provides them with an opportunity to ask questions and get further details on health insurance, paying taxes, educational requirements, documents, transitions and many more important aspects of the program.

Tips on building positive, professional relationships with their host family are stressed. A wide range of topics is discussed such as first encounters, appropriate working attire and American family life.

The workshop also provides an introduction to life in the USA, providing au pairs with valuable insights into the American lifestyle and culture to assist in a smooth transition. Topics touch on everything from tipping and standard etiquette to friendships and dating.

8

InterExchange0028529

PLAINTIFFS' RESP. APP.0002645

## Working with Older Children

Knowing physical, emotional and social developmental milestones are critical to evaluating and meeting a child's needs. The Working with Older Children workshop, led by a New York State teacher, helps au pairs understand these personality changes, intellectual and physical growth and effects of peer groups on the school age child. Through roll playing, group discussion and activities prompted by the Au Pair USA Orientation Manual au pairs develop methods to effectively handle discipline, homework help and communication challenges that might arise during their year.

### Personality Changes & Support Them
- Decision making choices
- Mood swings
- Changes in personality between girls and boys
- Self-esteem

### Intellectual Growth & How to Encourage
- Increased need stimulation and more detailed information at school and home.
- Specific interests develop which are unique to each child.
- Intellectual growth supported and encouraged by caregivers.
- Appropriate projects, learning materials, etc. essential for age and stage of development

### Peer Group Influence
- Peer pressure
- Choices made to deal with peers
- Encouragement with decisions relating to peers
- Positive reinforcement

### Physical Growth
- Need for physical activity on a regular basis
- Development of large-muscle coordination
- Physical activity as a release from stress and frustration.
- Physical activity provides interaction with others.

### Discipline
- Set limits, establish routines…allow for flexibility
- Give either/or choices for improper behavior
- Include children's opinions and feelings in resolving of conflicts
- Work together to solve problems and review results
- Other possible suggestions for discipline control

9

InterExchange0028530

**Importance of Play**
- Establishes respect for rules
- Sets goals
- Competition situations
- Physical coordination benefits
- Helps children make decisions and choices when playing with others
- Need for independence from care-giver
- Role of au pair in children's play

**Special Problem Child Care Situations**
- ADD—Attention Deficit Disorder
  - Slow learners
  - Methods needed to deal with situations

**Conflict Resolution**
- Open communication
- Ask for information and/or things that you are unsure about
- Work together to come up with effective, positive ways to handle children
- Talk regularly to parents about how everything is "shaping up"

10

**InterExchange0028531**

PLAINTIFFS' RESP. APP.0002647

## Child Safety, First Aid & CPR

Our 8-hour workshop in childcare safety and first aid is taught by, Red Cross Authorized Provider, Lifesaving Enterprises (http://lifesavingenterprises.com ) a dynamic team of high-energy instructors that believe in a fully hands on approach to learning.

**Modeling Safe Behavior**
- Importance of being a role model.
- Positive behavior & attitude.

**Recognizing Emergencies**
- What is an emergency?
- Deciding To Act
- Emergency Action Steps—Check-Call-Care
- When To Call
- Getting help by calling 911 (How to Call)
    - *Skill Check: Calling 911*
- Good Samaritan Laws

**Preventing Disease Transmission**
- First Aid Supplies
- Hand Washing

**Checking Victims**
- Checking a conscious child or infant victim
- **S.A.M.P.L.E Survey**
    - Signs & Symptoms
    - Allergies/Asthma
    - Medications
    - Past History
    - Last Meal/Last Beverage
    - Event
- When & How to Move a Victim

**Conscious Choking of a Child**
    *Hands on Practical: CPR Children Dummies - Clearing the Blocked Airway*
- Signs of Respiratory Distress
- Preventing Choking
- Asthma Inhaler
- Clearing the Blocked Airway of a Child w/ Abdominal Thrusts

**Conscious Choking Infant**
    *Hands on Practical: Clearing an infant's airway*

**Practical CPR**
    *Hands on Practical: CPR for the Child & Infant*

11

InterExchange0028532

PLAINTIFFS' RESP. APP.0002648

- Unconscious Respiratory
- Cardiac Emergencies
- CPR for the Child/Adult
- CPR for the Infant

**Heimlich Procedure**
   *Hands on Practical: Heimlich*

**First Aid**
- Recognizing & Caring for a Victim in Shock

**Bleeding You Can See**
   *Hands on Practical: Bandaging an injury*
- How to Control External Bleeding
- Abrasions, Punctures, Lacerations (When are stitches needed?), Avulsions & Amputations

**Bleeding You Can Not See**
- Recognizing Internal Bleeding
- Caring for the Victim

**Burns**
- Caring for Burns

**Injuries to Muscles, Bones & Joints**
   *Hands on Practical: Applying a Sling*
- Fractures, Sprains & Stains

**Head, Neck & Back Injuries**
   *Hands on Practical: In-Line Stabilization*
- Minimizing Movement of a Child or Infant Suspected of Having a Spinal Injury

**Facial Injuries**
- Eye, Nose, Tooth & Mouth Injuries

**Punctures**
- First Aid & Signs of Infection

**Impaled Objects**
- First Aid & Caring For

**Amputations**
- First Aid & Caring For

**Eye Injuries**

12

InterExchange0028533

PLAINTIFFS' RESP. APP.0002649

**Prevention is Key**
- Sudden Infant Death Syndrome

**Safety at Home: Infants & Children**
- Baby & Toddler Proofing
- Hazard Hunting—*Hands on Activity*
- Fire Safety—Caring for Burn Injuries, creating an escape plan
- Poisoning
- Carbon Monoxide Poisoning
- Toy Safety
- Crossing the Street!
- Cooking
- Electrical Burns
- Defensive Driving
- Car Seats/Booster Seats
- School Buses
- Personal Safety

**Water Safety**
- "Super" Vision In & Around Water

**Recognizing Illness & Caring for an Ill Child/Infant**
- Fainting, Seizures
- Diabetic Emergencies—Hypo/Hyperglycemia
- Type 1 Insulin Dependent Diabetic/Type 2 Non-Insulin Dependent Diabetic
- Allergic Reaction: Review Assistance with Self Administration of an Epi-Pen
- Stinger Removal—Bites
- Lyme Disease & West Nile
- Fever Head Related Emergencies
- Cold Related Emergencies
- Vomiting—Diarrhea

**Medication Dosage**
- Label Reading
- Prescription and/or OTC

**Sunburn Prevention**

**Storm Safety**

**Bites**
- Animal Bites
- Human Bites

**Wild Animals in the USA**

13

InterExchange0028534

- Rabies
- Snake Bites
- Spider Bites
- Stingers

**Poisons**
- Ways it Can Enter the Body
- Poison Control Center
- Solid Forms, Liquid Forms, Spray Form & Invisible Forms
- Poisoning Prevention
- Poison Look-A-Likes

**Nature**
- Poison Ivy
- Poison Oak
- Tick Removal

**Child Abuse**
- Shaken Baby Syndrome
- "Patient Contract" for Your Temper

## Driving in the USA

Au pairs are provided with an overview of need to know laws, regulations and procedures that they will encounter when driving throughout the USA.

**Driver's License**
- The International License
- Obtaining an American License

**Accidents**
- What do to
- Financial Responsibility

**Universal Rules**
- Drinking & Driving
- Seatbelts, Cell Phones, Car Seats, School Zones, etc

**Smart Drivers**
- Weather Conditions
- Gas Stations
- Car Insurance
- Speeding Tickets

14

**InterExchange0028535**

PLAINTIFFS' RESP. APP.0002651

## Early Childhood Development

Understanding how young children grow and learn is an extremely important part of working with children. The Early Childhood Development workshop provides au pairs with a definition of what is "normal" behavior with the goal of providing them with the knowledge to effectively care for their young children through the early stages of life. The workshop begins with the physical, social and emotional needs of children in the infant stage and concludes with those in the preschool age.

**Infant/Baby Development** (through 1 year)
- Thinking Like a Baby
- What a Baby Need From His Caregiver
- How Babies Learn in the First Year
- How Babies Communicate
- Singing, Talking, Interacting with Babies Throughout the Day
- Physical, Emotional & Intellectual Changes from 0—1 Year of Age

**Toddlers; Ages 1-3**
- Growth & Development Stage
- Lots of Movement, Supervision Needed
- What is a Toddler?
- Physical, Intellectual, Social/Emotional Development of Toddlers

**Preschoolers; Ages 3-5**
- What You Can Expect From a Preschooler at This Stage
- Physical, Intellectual & Social Growth
- Varied Scenarios of Children Engaged in Conflicts With Caregivers, & How To Handle

## Cultural Exchange

Au pairs arrive in the country with hopes, dreams and fears of their year abroad. Through an open discussion au pairs are given tips on how to achieve those dreams, manage their fears and help everyone have their best year possible.

## Domestic Travel

Getting ready to say goodbye to their newfound friends at orientation and hello to their new family can be an exciting yet stressful time for the au pairs. Together with our Orientation & Logistic teams the au pairs are prepared for their next step in their au pair adventure—meeting their host families.

15

**InterExchange0028536**

PLAINTIFFS' RESP. APP.0002652

## Au Pair Free Time

### Optional New York City Tour $30

This 3 hour walking tour of New York City's most famous sites is offered Tuesday evening. Sites include: Times Square, Empire State Building, Trump Tours, St. Patrick's Cathedral, Central Park, etc. The tour also includes both dinner and a subway ride lesson.

### Evenings in NYC

The majority of au pairs arrive in New York with a long list of activities they want to do, see and experience during their week. The remaining few that are unsure are provided with an array of suggested itineraries from Au Pair USA.

### Visiting Family & Friends

Many au pairs have family and/or friends in the NYC metro area. Au pairs are welcome to visit with them in the evenings of orientation week, however they are not allowed to leave Manhattan nor stay overnight at the homes of their friends.

16

InterExchange0028537

## Traveling to Host Families

Au pairs that live locally and are being picked up are free to depart as of 6:00 PM on Thursday of Orientation Week. Au pairs that will be traveling by bus, train or airplane depart on Friday of Orientation Week. Unfortunately due to State Department regulations early departures are not allowed. Prior to an au pair arriving in their host family's home they have to have completed the mandated number of training hours. Departing any earlier will not allow them to fulfill this requirement.

Official hotel check out time is 12:00 PM on Friday of Orientation Week. Au Pairs are not allowed to stay in the hotel additional nights. If however an au pair has a late flight, pick up, etc luggage storage is available in the hotel.

### Host Family Pickup

Au Pairs are free to be picked up by local families as of 6:00 PM on Thursday of Orientation Week. Host Families need to contact our logistics department (logistics@interexchange.org ) detailing us of their intentions and we will forward the information onto the Au Pair.

For ease of locating the au pair we advise one of two scenarios, if the au pair is being picked up on Thursday Night, a host family may ask the au pair to wait in his/her room until they call and tell them they are there to pick them up. Or give the au pair a 30-60 minute window during which to expect them and ask them to wait in the coffee shop area of the hotel's main lobby.

In a host family's email to our logistics department they can give us specifics and we will pass these on to the au pairs *(for example: I'm Agneiska's host mom, I will be picking her up Thursday night at 8, she should wait for me in the coffee shop, my cell phone # is 9\*\*- 3\*\*-8\*\*\*)*

There are paid parking lots within the vicinity of the Hotel New Yorker. Host Families are also able to park directly in the pickup/drop-off lane directly in front of the hotel for a quick pick up.

### Train Travel

Train tickets must be booked for Friday of Orientation Week. We strongly recommend booking the au pair's travel through our travel agent at Globe Travel Service. Our consultant, Elaine Messier, can be reached by calling 1-800-892-9385. All tickets arranged through Globe Travel Service will be automatically forwarded to our office, giving a host family one less thing to arrange.

17

InterExchange0028538

PLAINTIFFS' RESP. APP.0002654

If a host family does not book through Globe Travel, they must email a copy of the au pair's itinerary to logistics@interexchange.org.

WE STRONGLY ADVISE THAT HOST FAMILIES ALWAYS BUY REFUNDABLE/TRANSFERABLE TICKETS IN CASE THEIR AU PAIR'S TRAVEL IS UNEXPECTEDLY DELAYED!

Penn Station is a major hub of Amtrak's east coast operations and is an easy 5-minute walk from the New Yorker Hotel. Thursday of Orientation Week our Logistics Team will escort au pairs traveling by train to Penn Station to show them around and pick up their boarding passes.

Getting to Grand Central Station will require a taxi ride. Grand Central Station is not recommended.

Keep in mind that many of the au pairs will be traveling with large bags and suitcases. We do not recommend having au pairs take commuter and mass transit trains. These operations can be very confusing and intimidating to young travelers especially during rush hour! If a host family must have their au pair use one of these means to travel, we will certainly prepare her/him for the journey.


**Bus Travel**

Bus tickets must be booked for Friday of Orientation Week. Port Authority is the major bus terminal in NYC and is located on 8th Ave and 42nd. Getting to Port Authority Bus Terminal will require a taxi ride. Port Authority is also a very large multilevel system that is not easy to navigate. Keep in mind that many of the au pairs will be traveling with large bags and suitcases. We do not recommend having au pairs take commuter and mass transit buses. These operations can be very confusing and intimidating to young travelers especially during rush hour! If a host family must have their au pair use one of these means to travel, we will certainly prepare her/him for the journey.

There are a few bus systems that operate in and around Penn Train Station that are a short 5-minute walk from the hotel. These buses are much preferable than to those, which depart the Port Authority.

If a host family arranges for their au pair to travel by bus to their home, they must email a copy of the itinerary to logistics@interexchange.org.

WE STRONGLY ADVISE THAT HOST FAMILIES ALWAYS BUY REFUNDABLE/TRANSFERABLE TICKETS IN CASE THEIR AU PAIR'S TRAVEL IS UNEXPECTEDLY DELAYED!

18

InterExchange0028539

**Airplane Travel**

Airplane tickets must be booked for Friday of Orientation Week. We strongly recommend booking an au pair's travel through our travel agent at Globe Travel Service. Our consultant, Elaine Messier, can be reached by calling 1-800-892-9385. All tickets arranged through Globe Travel Service will be automatically forwarded to our office, giving a host family one less thing to arrange.

If a host family does not book through Globe Travel, they must email a copy of the itinerary to logistics@interexchange.org .

WE STRONGLY ADVISE THAT HOST FAMILIES ALWAYS BUY REFUNDABLE/TRANSFERABLE TICKETS IN CASE THEIR AU PAIR'S TRAVEL IS UNEXPECTEDLY DELAYED!

New York City has three airports (JFK, LGA, Newark) all about equal distance from the New Yorker Hotel.

Super Shuttle is a convenient and affordable shuttle bus service from the New Yorker Hotel to all of the NYC Metropolitan Airports (JFK, LGA, Newark). Host Families have the option of booking and prepaying for this service online ahead of time. If they do not pre-book it, our Logistics Team will make a reservation for the au pair and the au pair will be responsible for paying for the service. If a host family does book this shuttle on behalf of their au pair please forward the booking confirmation to our Logistics Department.

You can check out Super Shuttle's NYC Service at:
http://www.supershuttle.com/htm/cities/nyc.htm

As you may know, many airlines have implemented the new policy of charging fees for checking-in luggage on domestic flights. In most cases, these fees will be charged at the airport when the au pair checks-in.

InterExchange views these charges as part of the domestic travel cost for au pairs and, as such, will address them in the following ways:

* Upon arrival at their Host Family's home, au pairs should be reimbursed by their Host Family for any baggage fees paid out of pocket for checking-in two normal sized pieces of luggage.

* Families may request proof of payment from the au pair.

* Any additional fees for overweight luggage or extra pieces of luggage are the au pair's responsibility and do not have to be reimbursed by the Host Family.

We regret if this adds any unforeseen costs to the au pair program. We believe that a

19

InterExchange0028540

PLAINTIFFS' RESP. APP.0002656

young person traveling abroad for 12 months will need at least two pieces of luggage to be appropriately prepared.

**Hotel Car Service**

Within the hotel is located New Yorker Rides. A safe, dependable car service company. They are very familiar with the Au Pair USA program and will be happy to assist host families in making reservations for travel to the airport and/or their home.

For more information:
http://www.newyorkerrides.com
(646)293-1658 x1658
info@newyorkerrides.com

# Missed Orientation

Au Pairs normally arrive on Monday of Orientation week in time for their first class on Tuesday morning. However, occasionally an Au Pair will arrive late to Orientation due to flight issues. Due to strict government regulations, we need to insure that all of our au pairs receive the correct information from our agency. When this occurs we require the Local Coordinator to make up the missed session with the Au Pair.

Local Coordinators will be sent a *Missed Orientation Training Form* that states everything that needs to be reviewed with the Au Pair. The form then needs to be signed by both the Local Coordinator and the Au pair and then mailed back to InterExchange. All of the information can be found in their Orientation Handbook, Host Family Au Pair Handbook and the Child Care Handbook.

Missed Orientation Forms are also available from the Local Coordinator Resource Center located on NING.

20

**InterExchange0028541**

PLAINTIFFS' RESP. APP.0002657

## InterExchange Au Pair USA
## Missed Orientation Form

*If an au pair has arrived late due to flight delays it is the Local Coordinator's responsibility to review the missed material with the au pair. Failure to do so is a direct violation of the Federal Government Au Pair Regulations and could result in the Au Pair's program being terminated. He/she would also be required to return home at his/her own expense.*

Au Pair Name:_____ Arrival Date:_____

Address:_____ Local Coordinator (or IEX rep.):_____

**Instructions: Please check off sections completed by au pair (with the help of Local Coordinator or InterExchange Representative).**

- Basic customs and social issues (i.e. 21 to drink, drinking and driving laws, etc.)
- Au Pair USA Program rules and regulations:
  - Non-immigrant exchange visitor J1 visa.
  - Au Pair cannot work anywhere else with visa.
  - 12 months to work for host family—13th month is only intended for domestic travel. 13th month is inferred on visa and is 30 days after visa ends.
  - Hours allowed to work up to (**45 hours per week/10 hours per day**).
  - Vacation time allowed (1 and 1/2 days off per week, one complete weekend per month, 2 weeks paid vacation for year).
  - Stipend is $195.75 per week.
- ❑ Visa information (the "entry permit")
  - ❑ Visa is not valid without SEVIS DS 2019 form.
  - ❑ Note expiration date (after it passes, Au Pair can not longer re-enter the country)
  - ❑ Responsibility of au pair to find out needed visas for travel during year, (travel with family or on own).
  - ❑ Exit/re-entry rules during 12 months as au pair.
- ❑ DS-2019 (the "work permit")
  - ❑ Must always be up to date
  - ❑ Only allows work as an Au Pair, once it expires Au Pair has 30 days to leave the country.
- ❑ I-94 Card (the proof that au pair came through a legal port of entry)
  - ❑ $360 &4 plus months of headache to replace
- ❑ Educational Component Information
  - ❑ 6 credits (points): Higher than a high school level & at an accredited institution (University, Community College, College or Junior College)
  - ❑ 6 credits = 60 hours = 2 classes normally; Normal BA degree—120 credits/4 years
  - ❑ REQUIRED: If you do not complete—can not keep $500, can not extend, will not get a Completion Certificate (often needed for university enrollment) or bonus, might not be able to get a US visa in the future (Government usually requires the Completion Certificate/Proof of Successful Completion before the will issue a new student/tourist visa)

21

**InterExchange0028542**

- ❏ $500 from family; About $500 needed from you (budget $10 a week from your paycheck)
- ❏ Local Coordinator's role to Au Pair during year.
  - ❏ Cluster Meetings
- ❏ Basic common sense issues, i.e. phone usage in host family home, phone cards, Internet usage and attitude.
- ❏ Tips for a successful year.
- ❏ How to work out problems.
  - ❏ One-month, no-move policy.
  - ❏ Transition- *and how to avoid it if possible.*
- • Immediate expulsion from program if specific behavior is exhibited from au pair (i.e. corporal punishment with host children, disregard of American laws, child neglect, "outside" employment, disregard of specific Au Pair USA rules, regulations and policies.
- • Au Pair Rights: to be paid on time, to help with housework as a family member but not a servant, etc.
- • Accident and Sickness Insurance coverage (AIG Assist and Travel Insurance Services). Review "Summary of Coverage" and basic information.
  - • Finding a Doctor
  - • Difference between Doctor's Office & Hospital/Emergency Room
  - • $30 Co-pay (doctor) $250 deductible (hospital)
  - • Not covered: Dental, Vision & Pre-existing Conditions
- • Sex—Protection, Planned Parenthood, etc.
- • Social Security Card information (Au Pair has already filled out application for it and has in her/his possession)
- • Culture Shock (adapting to a new culture, homesickness, related issues and best ways to overcome difficulties).
  - • Cultural Differences explored.
  - • Ideas given to help alleviate culture shock.
- • School-Age Children Workshop Information:
  - • Interacting with children in daily life routines, etc.
  - • Children's Behavior (and discipline techniques).
  - • Problem-solving with children.
  - • The importance of "Play".
  - • Child Development and Peer Group Influence.
  - • Au Pair's Role in Children's Daily Life.

Au Pair's Signature:_____

Local Coordinator, or IEX Representative's Signature:_____

Date:_____

22

InterExchange0028543

PLAINTIFFS' RESP. APP.0002659

## Additional FAQ

**Will the au pairs have Internet access during Orientation?**
If an au pair arrives with a personal laptop there is free Wi-Fi in all the hotel rooms. There are also several Internet cafes nearby for those who did not bring a personal computer.

**Does a host family need to pay their au pair a stipend during Orientation Week?**
No

**Do repeat au pairs have to attend orientation again?**
Yes. Au pairs that were au pairs in the USA 2+ years ago are still required to participate in orientation again.

**If an au pair has friends and/or family in the NYC area, can they spend a few days with them directly following orientation and before continuing on to their host family's home?**
No, all au pairs should be with their host families as of Friday to begin their working year.

**Can an au pair remain an additional night or two in the New Yorker Hotel?**
No, all au pairs must travel to their host family's homes on Friday of Orientation Week.

**If an au pair forgot something at the hotel, whom should she contact?**
They will need to contact the hotel's lost and found department. They can email them at: lostandfound@nyhotel.com

23

InterExchange0028544

Case 1:14-cv-03074-CMA-KMT   Document 918-29   Filed 03/17/18   USDC Colorado   Page 67
of 161

# Exhibit 306

# Two Week Visit Checklist

U.S. government regulations mandate that "each local counselor responsible for the au pair placement meet, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family's home."

**Focus Points**

▶ Set clear expectations and make sure that everyone is on the same page.

▶ Prepare host family and au pair for a great year together.

▶ Review program rules and regulations.

▶ Ensure that both host families and au pairs are clear and comfortable with house rules and the au pair's role in the home.

☐ Distribute a welcome packet, which includes information about classes, local in-network doctors, cluster meetings and contact information for au pairs in the group.

☐ Ask the au pair to take out all documents as well as his or her packet from orientation.

☐ Introduce yourself and explain the Local Coordinator role. Establish and set the tone and purpose for the meeting.

☐ Discuss the au pair's English language level. If necessary, support the au pair by speaking slowly and clearly. Encourage the host family to do the same. Minimize use of idioms, phrasal verbs and slang.

☐ Have both the au pair and host family (briefly) discuss their reasons for joining the program.

☐ Discuss the au pair's role as a family member when she/he is not working. Have each party talk about what their expectations are with regard to meals, chores and leisure time.

☐ Talk about the au pair's schedule and her/his main responsibilities.

☐ Go over handbooks and direct host family and au pairs to the regulations section.

☐ Discuss expectations for starting the work day.

☐ Discuss responsible telephone and texting use. Explain that incoming calls count as minutes on cell phones in the U.S. This is most likely different in the au pair's home country.

☐ Mention that the host family should discuss appropriate discipline techniques with the au pair. Hitting, spanking or any other type of 'hands-on' discipline is not an acceptable option for au pairs

☐ Discuss smoking.

☐ Discuss curfews both for the au pair and the car if applicable.

☐ Talk about the extension process, timeline and requirements.

☐ Review all-important documents (passport, visa, DS-2019 Form, driver's license, international drivers license, Social Security Card)

☐ Advise the au pair to make copies of her or his documents.

☐ Encourage the au pair to keep a printout of the local driving laws for international drivers in your state. Police officers are not always familiar with the specific laws pertaining to international drivers. Having a copy of the law will prevent unnecessary legal hassles.

☐ Remind the au pair that it is necessary to have the original DS-2019 Form, signed by the New York office, when traveling outside the U.S. during the initial 12-month program.

☐ Make sure that the au pair carries an international driver's license, insurance card, passport and important phone number card at all times.

AP-LC15-0313



CONFIDENTIAL

InterExchange0004364

PLAINTIFFS' RESP. APP.0002662

- ☐ Discuss how to obtain a Social Security Card. They will need their Social Security letter, passport, visa, I-94 and DS-2019 Form.
- ☐ Advise the au pair of the state requirements for obtaining a state driver's license (not required in all states) and procedures for doing so. Recommend getting a non-driver's ID card if he or she is not getting a driver's license.
- ☐ Make sure the au pair has the insurance brochure and knows how to print his or her insurance card. Review the main points of plan:
  - ▸ $50 co-payment for physician visits
  - ▸ $250 deductible for Emergency Room visits
  - ▸ Au pairs need to file a claim for all doctors visits and prescription purchases.

- ☐ Review the following U.S. Department of State Regulations:
  - ▸ Au pairs cannot work more than 10 hours per day.
  - ▸ Au pairs cannot work more than 45 hours per week.
  - ▸ Au pairs must receive 1.5 days off per week.
  - ▸ Au pairs must receive one full weekend off per month.
  - ▸ Au pairs must receive $195.75 per week on the same day each week.
  - ▸ Au pairs must receive up to $500 to take classes to complete the educational requirements of the program.
- ☐ On Duty/Off Duty:
  - ▸ Make sure the au pair and family understand that the au pair is working if she/he is alone with the children in the home at any point. This includes times when the children are sleeping.
  - ▸ Au pairs receive 2 weeks of paid vacation during the course of the 12 months. Discuss plans for the au pair to take vacation. Explain the importance of planning ahead. Two weeks of paid vacation equals 11 days of vacation (5.5 days x 2 = 11 days).
- ☐ Ask to see a copy of the au pair's schedule. Explain that the au pair should receive a written schedule at the start of each work week. Ask if the family will pay the weekly stipend by cash or check and mention that the au pair will need to set up a checking account if payment will be by check.
- ☐ Au pairs must be paid a weekly stipend of $195.75 each week. Discuss how and when this will be paid. We encourage that the host family pay the au pair at the same time each week.
- ☐ Record of hours worked: Review this document and explain that it should kept in a public place in the home and be filled in each week.
- ☐ Cluster meetings:
  - ▸ Talk about the types of cluster meetings and when they typically happen.
  - ▸ Explain that meetings are mandatory and that the au pair must call if she or he is not able to attend. Au pairs should only miss a cluster meeting if she/he is sick, on vacation or in class. The au pair cannot work for the family during cluster meetings. The host family should encourage and facilitate cluster meeting attendance.
  - ▸ It is the host family's responsibility to cover the cost of transportation to and from cluster meetings.
- ☐ Explain that au pairs are not permitted to have any type of outside employment or earnings in the U.S.

**EDUCATION REQUIREMENT**

- ☐ Au pairs must complete six credits or 60 hours at an accredited, post-secondary, academic institution. Instruct them to always check with the LC before signing up for a class.
  - ▸ Classes must be academic in nature. No fitness classes or vocational classes.
  - ▸ Au pairs cannot earn 3 or more credits over the course of just one weekend.
  - ▸ It is the responsibility of the host family to cover the cost of reasonable and customary transportation to and from classes.
- ☐ Discuss what is needed to sign up for classes in your area and what the typical costs are. Explain types of classes that are not accepted.
- ☐ The host family should help the au pair sign up for classes at a college in their area.

AP-LC15-0313

**CONFIDENTIAL**                    **InterExchange0004365**

PLAINTIFFS' RESP. APP.0002663

☐ Discuss car safety and make sure the au pair understands that they must never leave the children unattended, alone in a car.

☐ Emphasize the importance of responsible, defensive driving.

☐ Ask if the family will want the au pair to obtain a state driver's license if this is not a requirement in their state.

☐ Discuss the accident policy.

 ▸ The au pair is liable for one half of the damages up to $500 per accident when driving for personal use.

 ▸ Au pairs are exempt from liability when driving for work.

☐ Discuss if the car will have a curfew.

☐ Discuss InterExchange's 'zero tolerance' policy for drinking and driving. If the au pair is caught driving under the influence, they will be sent home.

☐ Discuss acceptable Internet usage.

☐ Mention that without explicit permission from the host family, the au pair should not post photos of the children.

☐ Explain that all host family information, including the address and phone number, is private and should not be given out.

☐ Emphasize the legal drinking age, fake IDs, and the dangers of drinking and driving.

☐ Make sure the au pair is aware of the family's emergency plans.

☐ Discuss process for addressing concerns. Problems and issues should be addressed with the Local Coordinator.

☐ Explain that au pairs and host families are expected to stay together for two weeks following the initiation of a transition.

☐ Explain that as a condition of program participation, host families and au pairs must have monthly contact with their Local Coordinator and quarterly contact with their Regional Contact.

☐ Explain that you will contact them each month to check-in. While they can share concerns with you at anytime, the monthly check-in is a great opportunity for discussing any questions or concerns.

☐ Explain the importance of weekly meetings/check-ins. We encourage that weekly meetings happen at the same time each week. This is also a great time for the host family to pay the au pair.

☐ Discuss what types of cultural learning the family and au pair home to gain from the program.

☐ Discuss what the au pair hopes to learn about the U.S. by living with this family.

☐ Discuss what the family hopes to learn from the au pair.

☐ Discuss how the host family and the au pair intend to bridge cultural differences when they occur.

☐ Discuss how the au pair will be integrated into the local community.

**CONFIDENTIAL**

InterExchange0004366

PLAINTIFFS' RESP. APP.0002664

☾ InterExchange

## 48-HOUR CONTACT CHECKLIST

*U.S. government regulations mandate that "each local counselor responsible for the au pair placement contact the host family and au pair within 48 hours of the au pair's arrival" in the family's home. As au pairs arrive at the family's home on either Thursday night or Friday, this means that this contact needs to take place by either Saturday or Sunday. The contact may be either in person or via telephone (but not by letter or email).*

*When you make these calls you will want to:*
- Introduce yourself and welcome the au pair to the U.S. and to your cluster.
- Inquire about their travel experience and the time they spent in New York at the orientation (remind them you will be collecting the evaluation at the two-week visit).
- Let them know their au pair "buddy" will be contacting them shortly.
- Ask if they received welcome materials you left with the family-or let them know that they will receive it at the two-week arrival meeting.
- Advise them that it would be best to spend their first weekend in the U.S. getting to know their host family rather than socializing with au pairs from the cluster (they have 51 more weekends to do that).
- Let them know you are looking forward to seeing them at your next cluster meeting (mention the date and location).

*Speak to the host family as well to inquire if they have any questions at this point. You may need to remind them that the au pair is adjusting to their family and new culture and will continue to do so over the next several weeks.*

*At this point, you may want to also schedule the date of your two-week visit if you have not already done so.*

AP-LC14-0909

**CONFIDENTIAL**

**InterExchange0004367**

PLAINTIFFS' RESP. APP.0002665

Date au pair arrived NYC: ___08/15/2011___ (MM/DD/YYYY)

Date au pair arrived to family: ___12/05/2011___ (MM/DD/YYYY)

Date of 48-hour contact: ___12/6/11___ (MM/DD/YYYY)

Date of 2-week visit: ___12/7/11___ (MM/DD/YYYY)

Arrival Type:

☐ Out of country arrival

☒ Transition arrival

☐ Extension arrival

· We have met with our local coordinator within two weeks of the au pairs arrival and have discussed all of the above with him/her.

Host Parents: __BETH COOK__           _Beth Cook_       _12/7/2011_
         PRINT NAME                                     SIGNATURE               DATE (MM/DD/YYYY)

        PRINT NAME                                     SIGNATURE               DATE (MM/DD/YYYY)

Au Pair: ████████████        ████████    _12/7/11_
                                                               DATE (MM/DD/YYYY)

Local Coordinator: __MAUREEN HUGHES-COES__   _M Hughes Coe_   _12/7/11_
          PRINT NAME                                       SIGNATURE               DATE (MM/DD/YYYY)

· Please return this form via fax, email, or mail to:

Cirocco Dunlap
HF Inquiries/Compliance Coordinator
InterExchange Au Pair USA
161 Sixth Avenue
New York, NY 10013
Email: cdunlap@interexchange.org
Fax: 917-720-9158

AP-LC15-0310                                                    Page 3 of 3

**CONFIDENTIAL**                             InterExchange0004368

**InterExchange**

**AU PAIR USA**

## AU PAIR ORIENTATION
### Overview

## Topics Covered

### Program Rules and Regulations

▸ Introduction
▸ Program Regulations
▸ Culture Shock
▸ Legal Documents
▸ Taxes
▸ Record of Hours
▸ Accident & Sickness Insurance
▸ Extension Program
▸ End of Year Documents
▸ Driving in the U.S

### Childhood Development

The following topics are covered for each developmental age group:

▸ Physical Skills
▸ Language Skills
▸ Thinking Skills
▸ Social-Emotional Skills
▸ Discipline
▸ Nutrition
▸ Activities

We also cover:
▸ Conflict Resolution
▸ Schedule Making
▸ Reading with Children

### Child Safety Workshop

▸ Emergency Response
▸ CPR Training
▸ Choking Prevention
▸ Household Safety
▸ Child Illnesses
▸ Water Safety
▸ Allergic Reactions, Seizures and Shock
▸ Bleeding and Injuries
▸ Fire Safety
▸ Poisoning Prevention
▸ Outdoor Safety
▸ Sport Safety

## Schedule

| | |
|---|---|
| Monday Afternoon: | Check-in at InterExchange Au Pair USA Desk in the Hotel Lobby |
| Monday Evening: | Free time |
| Tuesday Morning: | Program Rules and Regulations |
| Tuesday Afternoon: | Working with Infants and Toddlers |
| Tuesday Evening: | Walking Tour of NYC |
| Wednesday Morning: | Driving in the U.S. Working with Pre-Schoolers and Kindergarteners |
| Wednesday Afternoon: | Working with School-Age Children Group Presentations |
| Wednesday Evening: | Free time |
| Thursday Morning: | Child Safety Workshop |
| Thursday Afternoon: | Child Safety Workshop |
| Thursday Evening: | Travel Documents |
| Friday: | Travel to Host Family |

## Materials Received

▸ Communication Log
▸ Tote Bag
▸ Local Map
▸ Subway map
▸ Emergency Card
▸ Orientation Schedule
▸ Name Tags
▸ Meal Vouchers
▸ Insurance Brochure
▸ Record of Hours and Payment Received Sheets

▸ T-Shirt
▸ Orientation Handbook
▸ Orientation Notes Pages
▸ Health and Safety Training Slides
▸ Activity Book
▸ Social Security Letter
▸ DMB Letter
▸ Identification Letter
▸ Signed DS-2019 Form

TEL 1.800.287.2477   FAX 1.212.924.0575   www.interExchange.org/aupairusa

**CONFIDENTIAL**

**InterExchange0004369**

PLAINTIFFS' RESP. APP.0002667



Dear Au Pair,

As you begin living and working with your host family, it is very important to keep track of your hours worked, time-off, and stipend payment received to maintain compliance with your J-1 Visa regulations. To help you do this, we are attaching a *Record of Hours Worked and Payment Received* document. Please keep this document up-to-date by completing all the information boxes. Each week this form should be reviewed and compared to your written schedule and then initialed by you and your host family. You should also discuss any extra time that you spent doing activities that might be considered "work" and how this affects the number of hours you actually worked.

Keeping this record accurate will help prevent oversights, disputes and misunderstandings regarding pay and scheduling. If a problem does arise, it will be much easier to resolve if these records are kept accurate.

Below is an explanation of each column heading:

**Week's End Date:** This is the date of the last day of your au pair working week. Au pairs and host families should keep the same set working week for the duration of the program year.

**1.5 Days Off (Y/N):** It is a requirement of the au pair program regulations that au pairs receive at least one and one half (1.5) days off per week. Please record whether you have (yes) received this time off or (no) not received this time off.

**Stipend Earned:** Au pairs must be paid at a weekly rate of $195.75.

**Date Stipend Received:** This is the date that the au pair was paid. To remain consistent, au pairs should be paid on the same day each week.

**Au Pair Initials:** This is how you indicate that you filled in this information and that it is all correct. You can sign your name or just write the initial of your first and last name. For example, Mary Poppins would write **MP**.

**Host Initials:** This is how your host family indicates that the information you wrote for that particular week is correct.

**Total Hours Worked:** This is the total number of hours that you worked during the week. Remember, au pairs are not allowed to work more than 45 hours per week or 10 hours a day.

**Full Weekend off per Month:** All au pairs must be given one full weekend off per month. You can keep track of this in this space. InterExchange defines "full weekend" as Friday early evening until Monday morning.

Please remember that U.S. Department of State Regulations require that au pairs do not work more than 45 hours per week and 10 hours per day. Au pairs must also receive at least one and a half (1.5) days off per week and one full weekend off per month. If your host family is not adhering to these program regulations please contact your Local Coordinator, Regional Contact, or anyone on the InterExchange Au Pair USA team and we will assist you.

Best Regards,

InterExchange Au Pair USA

161 Sixth Avenue, New York, NY 10013 | TEL 212.924.0446 FAX 212.924.0575 | www.InterExchange.org

**CONFIDENTIAL**

**InterExchange0004370**

PLAINTIFFS' RESP. APP.0002668

**InterExchange**  AU PAIR USA Record of Hours Worked and Payment Received

# Record of Hours Worked and Payment Received

| Week | Week's End Date | 1.5 Days Off? (Yes/No) | Stipend Earned | Date Stipend Received | Au Pair Initials | Host Family Initials | Total Hours Worked | Full Weekend Off Per Month? (Yes/No) |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |

C215

**CONFIDENTIAL**  InterExchange0004371

# AU PAIR USA

## AU PAIR ORIENTATION
### Overview

## Topics Covered

### Program Rules and Regulations

- Introduction
- Program Regulations
- Culture Shock
- Legal Documents
- Taxes
- Record of Hours
- Accident & Sickness Insurance
- Extension Program
- End of Year Documents
- Driving in the U S

### Childhood Development

The following topics are covered for each developmental age group:

- Physical Skills
- Language Skills
- Thinking Skills
- Social-Emotional Skills
- Discipline
- Nutrition
- Activities

We also cover:
- Conflict Resolution
- Schedule Making
- Reading with Children

### Child Safety Workshop

- Emergency Response
- CPR Training
- Choking Prevention
- Household Safety
- Child Illnesses
- Water Safety
- Allergic Reactions, Seizures and Shock
- Bleeding and Injuries
- Fire Safety
- Poisoning Prevention
- Outdoor Safety
- Sport Safety

## Schedule

| | |
|---|---|
| Monday Afternoon: | Check-in at InterExchange Au Pair USA Desk in the Hotel Lobby |
| Monday Evening: | Free time |
| Tuesday Morning: | Program Rules and Regulations |
| Tuesday Afternoon: | Working with Infants and Toddlers |
| Tuesday Evening: | Walking Tour of NYC |
| Wednesday Morning: | Driving in the U.S. Working with Pre-Schoolers and Kindergarteners |
| Wednesday Afternoon: | Working with School-Age Children Group Presentations |
| Wednesday Evening: | Free time |
| Thursday Morning: | Child Safety Workshop |
| Thursday Afternoon: | Child Safety Workshop |
| Thursday Evening: | Travel Documents |
| Friday: | Travel to Host Family |

## Materials Received

- Communication Log
- Tote Bag
- Local Map
- Subway map
- Emergency Card
- Orientation Schedule
- Name Tags
- Meal Vouchers
- Insurance Brochure
- Record of Hours and Payment Received Sheets
- T-Shirt
- Orientation Handbook
- Orientation Notes Pages
- Health and Safety Training Slides
- Activity Book
- Social Security Letter
- DMB Letter
- Identification Letter
- Signed DS-2019 Form

TEL 1 800 287 2477   FAX 1 212 924 0575   www.InterExchange.org/aupairusa

**CONFIDENTIAL**

InterExchange0004372

PLAINTIFFS' RESP. APP.0002670

Case 1:14-cv-03074-CMA-KMT   Document 948-29-17   Filed 03/17/16   USDC Colorado   Page 77 of 161

# Exhibit 307



Competitive Market Environment

February 2013

Marketing Department

InterExchange

AU PAIR USA • CAMP USA • CAREER TRAINING USA • WORKING ABROAD • WORK & TRAVEL USA • THE FOUNDATION

EXHIBIT
McHugh 7
4/6/17
JEREMY RICHMAN



PLAINTIFFS' RESP. APP.0002673

# AU PAIR USA

- General Market Information

  - 11,927 Au Pair participants in USA in 2012
  - 14 Official Au Pair Sponsors

## Au Pair Market Share (2012)



- IEX
- Cultural Care (EF)
- Au Pair Care (Intrax)
- Au Pair in America (Aifs)
- Eur Au Pair
- Go Au Pair
- Other

*Bureau of Educational & Cultural Affairs, Au Pair Program Meeting (October 2012)

PLAINTIFFS' RESP. APP.0002674

## AU PAIR USA
- Prices for 2013

| Companies | Application Fee | Matching Fee | Program Fee | Stipend | Education | TOTAL ANNUAL FEE |
|---|---|---|---|---|---|---|
| IEX | $350 | $0 | $7,490 | $195.75 X 51 | $500 | $18,323.25 |
| Au Pair Care (Intrax) | $350 | $0 | $7,850 | $195.75 X 51 | $500 | $18,683.25 |
| Au Pair in America (AIFS) | $350 | $400 | $7,795 | $195.75 X 51 | $500 | $19,028.25 |
| Cultural Care (EF) | $75 | $175 | $7,795 | $195.75 X 51 | $500 | $18,528.25 |
| Eur Au Pair | $0 | $0 | $7,695 | $195.75 X 51 | $500 | $18,178.25 |
| Go Au Pair | $250 | $0 | $7,195 | $195.75 X 51 | $500 | $17,928.25 |

PLAINTIFFS' RESP. APP.0002675

# AU PAIR USA

- Global Presence of the Main Competitors

| Program | Locations | Au Pair Nationalities |
|---|---|---|
| IEX | • Headquarters in NY<br>• 60 active int. representatives<br>• No global offices | • Au Pairs from **40** Countries |
| Au Pair Care (Intrax) | • Headquarters in CA<br>• Offices in 4 four cities in USA<br>• Global Offices in **18** Countries | • Au Pairs from **40+** countries |
| Au Pair in America (AIFS) | • 1 Office in USA (CT)<br>• Global Offices in **15** Countries | • Au Pairs from **60+** countries |
| Cultural Care (EF) | • U.S. Office in MA<br>• Global Offices in **17** countries | • Au Pairs from **20** countries |
| Eur Au Pair | • Headquarters in CA<br>• 23 partners in 20 countries<br>• No global offices | • Au Pairs from **22** countries. |
| Go Au Pair | • Headquarters in UT<br>• Representatives in 50+ countries<br>• No global offices | • Au Pairs from **60+** countries |

PLAINTIFFS' RESP. APP.0002676

# AU PAIR USA

- Support/Location Information for 2012
  - IEX is the only NY based Au Pair sponsor in USA

| Companies | # of Local Coordinators | # of Host Families | Ratio of Host Family to Local Coordinator | # of States Served in USA |
|---|---|---|---|---|
| IEX | 52 | 405* | 8 | 20 (53 cities) |
| Au Pair Care (Intrax) | No data available | 2,563* | - | 37* |
| Au Pair in America (AIFS) | 180+* | 2,333* | 13 | 40* |
| Cultural Care | 600* | 4,504* | 7.5 | 36* |
| Eur Au Pair | No data available | 301* | - | No data available |
| Go Au Pair | No data available | 353* | - | 45* (60 cities) |

*Educational & Cultural Affairs, Au Pair Program Meeting (October 2012)
*Official Company Websites, PRWeb

PLAINTIFFS' RESP. APP.0002677

## CULTURAL RESOURCES ACROSS COMPANIES

| | Online Resources | Cultural Activities |
|---|---|---|
| IEX | • "Cultural Compass" gives highly detailed information about each state in the U.S.<br>• Monthly newsletter with local events, news, and program updates | • As coordinated by LCs |
| Au Pair Care (Intrax) | • No online cultural resource is available. | NA |
| Au Pair in America (AIFS) | • Information about U.S. seasonal calendar, driving and language in the U.S. is available under the title "Useful Information". | • Au Pairs can participate in the Global Awareness program as a volunteer |
| Cultural Care (EF) | • No online cultural resource is available.<br>• After choosing host families, materials about the U.S. are provided. | NA |
| Eur Au Pair | • No cultural resource is available.<br>• Eur Au Pair's quarterly newsletter. | • Eur Au Pair organizes cultural activities twice a year. |
| Go Au Pair | • "Au Pair Sis" engages with au pairs online and shares information about U.S. Culture.<br>• An online blog where information about U.S. Culture is shared. | NA |

PLAINTIFFS' RESP. APP.0002678

## AU PAIR USA
- Marketing Messages
  - All programs provide "flexible" and "affordable" child care.

| Companies | Organizational Strengths | | |
| --- | --- | --- | --- |
| | Structure | Experience | Pax |
| IEX | **Nonprofit** organization | **24** years | NA |
| Au Pair Care | A division of **Intrax** | Over **24** years | More than **50,000** au pair placements historically |
| Au Pair in America | A division of **AIFS** | Over **25** years The first au pair program | Placed over **90,000** au pairs historically |
| Cultural Care | A division of **EF** | Over **20** years | Placed over **90,000** au pairs historically |
| Eur Au Pair | **Nonprofit** organization | Over **20** years | NA |
| Go Au Pair | NA | Over **20** years | NA |

PLAINTIFFS' RESP. APP.0002679

## AU PAIR USA
- Marketing Messages

| | Points of Differentiation - Part 1 | |
| --- | --- | --- |
| | Participant Diversity | Participant Child Care |
| IEX | • From 49 countries | • Currently same presentation as other programs |
| Au Pair Care (Intrax) | • Only the most qualified candidates<br>• **Do not outsource** recruiting and screening<br>• From 40+ Countries | • Currently same presentation as other programs |
| Au Pair in America (AIFS) | • Largest pool of au pairs<br>• Only the most exceptional au pairs<br>• **Do not outsource** recruiting and screening<br>• From 60+ countries | • <u>**Extraordinaire Program***</u>: 2-year full-time related course OR 2-year full-time childcare experience |
| Cultural Care (EF) | • Largest selection of candidates<br>• **Do not outsource** recruiting and screening<br>• From 20 Countries | • **All au pairs** have at least 200 hours of childcare experience. |
| Eur Au Pair | • Largest selection of French Au Pairs<br>• From 22 countries | • <u>**Experience Program***</u>: 2-year full-time childcare experience OR a related degree/certificate |
| Go Au Pair | • From 60+ countries | • <u>**Educare, Plus*, and Premiere***</u> options |

*Higher priced programs

PLAINTIFFS' RESP. APP.0002680

## AU PAIR USA
- Marketing Messages

| Companies | Points of Differentiation – Part 2 | |
|---|---|---|
| | Matching | Training |
| IEX | • Passport matching online tool; search using the criteria that are important for you<br>• A dedicated Placement Coordinator.<br>• Online application system | • 5-day Orientation & Training in NYC |
| Au Pair Care (Intrax) | • Award-winning online *EasyMatch™* system where you can search au pair database based on **15 different criteria**<br>• Assistance of Au Pair Care Match Expert<br>• Online application system | • 4 day program at Au Pair Academy in NJ<br>• First aid training by the American Heart Association |
| Au Pair in America (AIFS) | • User-friendly online search tool<br>• Professional placement team<br>• Online application system | • Four day orientation in Tarrytown, NY (includes Red Cross training)<br>• AAA driving course |
| Cultural Care (EF) | • Select up to two candidates **online to reserve** for up to 48 hours in addition to a primary candidate that the placement manager can reserve.<br>• Online application system | • 4 days at Au Pair Training School on St. John's University Campus in NY (Experienced teachers, small classes)<br>• Red Cross First Aid Training |
| Eur Au Pair | • Online selection<br>• Online application system | • "Au Pair Workshop" in New York City (experienced instructors) |
| Go Au Pair | • Au Pair Preview; customized online search<br>• A dedicated Placement Coordinator<br>• Online application system | • 3-day New York Introductory Workshop |

PLAINTIFFS' RESP. APP.0002681

Case 1:14-cv-03074-CMA-KMT   Document 948-28   Filed 03/17/18   USDC Colorado   Page 88
of 161

# Exhibit 308

PLAINTIFFS' RESP. APP.0002682

# InterExchange Au Pair USA
## International Cooperator Handbook

### About InterExchange

InterExchange is a nonprofit organization with more than 45 years of experience dedicated to promoting cultural awareness through a wide range of affordable and exciting work & travel, professional training, internship, au pair, camp, language learning and volunteer programs within the U.S. and abroad. InterExchange is designated by the U.S. Department of State to sponsor the J-1 Visa for people from around the world who would like to visit and experience the U.S. We are the sponsor for the participants for whom you arrange visits to the U.S.

As a proud J-1 Visa sponsor and cultural exchange organization, we encourage our participants and professional colleagues to learn about The Fulbright-Hays Act of 1961, also known as the Mutual Educational and Cultural Exchange Act of 1961. This important act enables the Government of the United States to:

- increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchange;
- strengthen the ties which unite us with other nations by demonstrating the educational and cultural interests, developments, and achievements of the people of the United States and other nations, and the contributions being made toward a peaceful and more fruitful life for people throughout the world;
- promote international cooperation for educational and cultural advancement; and thus assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world.

**Au Pair USA** assists international students and young people, ages 18-26, with J-1 Visa sponsorship to live with and work for an American family as an au pair in the U.S. Candidates may apply for the J-1 Au Pair Visa once they have already secured an appropriate placement in the U.S. Each participant in the InterExchange Au Pair USA program must follow all regulations set forth by the U.S. Department of State and maintain contact with InterExchange throughout the program. In addition to experiencing life in the United States in the safety and security of a pre-screened American host family, we encourage participants to regularly take advantage of the cultural opportunities offered by their local host communities.

**The Goals and Objectives of the J-1 Au Pair Exchange Visitor Program**
Per the program regulations, the primary objectives of the program offered under these regulations are to improve participants' understanding of American culture and society by experiencing life with an American family. Participants can continue to their education while enhancing their host family's and American community's own knowledge of foreign cultures through an open exchange of ideas. A key goal of the Fulbright-Hays Act, which authorizes these programs, is that participants will



**CONFIDENTIAL**

# InterExchange Au Pair USA
## International Cooperator Handbook

return to their home countries and share their experiences with their countrymen and countrywomen.

**Other InterExchange Programs**

Au Pair USA is a 12-month program that gives young people, ages 18-26, the opportunity to experience the U.S. by living with an American host family and providing childcare. In return for their services, au pairs receive room, board, a weekly stipend, accident and sickness insurance, airfare and up to $500 to use toward college-level educational courses. This program can be extended for an additional 6, 9 or 12 months after successfully completing the original 12-month program.

**Camp USA** program places international participants, ages 18-28, in U.S. summer camps in counselor or support staff positions. InterExchange also sponsors visas for returning staff or for participants who have found their own camp jobs. The Camp Counselor J-1 Visa is a 4-month visa. The InterExchange Camp USA program runs between May 1st and October 15th during the program year.

**Work & Travel USA** offers international university students ages 18-28 the opportunity to live and work in the U.S. for up to 4 months during their breaks from university. Students work in hotels, inns, amusement parks, national parks, retail stores and ski resorts, among other types of businesses. They receive a wage, assistance with housing, accident and sickness insurance, program support and an optional month for travel to explore the United States. Work & Travel USA also offers a 12-month program for citizens of Australia and New Zealand.

The primary objective of the Work & Travel USA program is to provide participants with the opportunity to interact with Americans and experience U.S. culture. Participants' safety and well-being is a top priority to ensure they have a rewarding experience in the U.S.

**Working Abroad** enables U.S. citizens, generally ages 18-30, to experience diverse work experiences overseas. Opportunities include Au Pair, English language instruction, work and volunteer abroad placements. We offer programs in Australia, Africa, Asia, South America and various European countries.

**The InterExchange Foundation** was established in 2007 to provide grants to motivated young Americans who want to contribute to worthy work or volunteer abroad opportunities. The Working Abroad Grant supports participants of select InterExchange Working Abroad programs, and the Christianson Grant supports individuals who have sought out and arranged their own work abroad programs. Many students study abroad every year, but far fewer take advantage of the opportunity to work, intern, or volunteer overseas. By providing financial assistance to talented candidates, we encourage young Americans to discover and contribute to the world and benefit from the unique and enriching insights one can only gain from living and working abroad.

PLAINTIFFS' RESP. APP.0002684

# InterExchange Au Pair USA
## International Cooperator Handbook

**Handbook Purpose**

This handbook includes valuable information about InterExchange Au Pair USA. InterExchange recognizes that in order for individuals to compete in a global market, they need to acquire experience living or working abroad. An important aspect of delivering these opportunities is our collaboration with International Cooperators like you, who represent InterExchange in various countries around the world. International Cooperators help to market our programs, recruit and pre-screen candidates, assist candidates in the application and pre-departure phases, and serve as an in-country contact and liaison between InterExchange and potential participants. InterExchange asks that you use this handbook to gain a greater understanding of the programs and their corresponding federal regulations so that you may provide accurate information to potential candidates and help to ensure a successful program.

*For the most up-to-date requirements, policies, news and program updates, please refer to the online International Cooperator Resource Page in InterExchange Passport.*

PLAINTIFFS' RESP. APP.0002685

# InterExchange Au Pair USA
# International Cooperator Handbook

**Program Details and Requirements**

InterExchange Au Pair USA offers the standard Au Pair Program. The federal rules and regulations for this program are included in the Appendix.

**Duration:**
- Minimum program duration is 12-months
- Au pairs may extend for 6, 9 or 12 additional months upon successful completion of their first 12 months
- Au pair arrivals are scheduled every 2-3 weeks, throughout the year
- One month to travel in the United States after an au pair has successfully completed the program

**Living Arrangements:**
- Au pairs live with and work for an American Host Family
- Each au pair will have their own private bedroom and meals provided
- Au pairs work no more than 45 hours per week
- Au pairs work no more than 10 hours per day
- Receive 1.5 days off per week, and one full weekend off per month
- Two weeks (11 days) of paid vacation each year
- Weekly stipend of $195.75 paid by the Host Family; this is based on the federal minimum wage minus a 40% credit for the room and board provided by the host family

**Additional Benefits:**
- Accident & Sickness Insurance provided by InterExchange
- Host family pays up to $500 for au pairs to take academic courses at an accredited institution of higher education
- Au pairs must complete 6 academic credits during their 12 months
- Four-Day Orientation and Training Program in New York City!
- Monthly Cluster Meetings and cultural activities with a Local Coordinator (LC) and other au pairs
- Year-round support from InterExchange staff, the LC and your agency

**Financial Details:**

As of 2011, International Cooperators cannot charge deposits or bonds to au pairs. This means au pairs cannot be financially penalized by an agency for failing to complete an application, match with a family, or completing the program. Additionally, au pairs cannot receive a bonus for any reason.

Each International Cooperator is permitted to charge additional fees above InterExchange's own programs fees in order to cover recruitment and administrative costs. The fees that you may charge are those agreed upon in your program agreement with InterExchange Au Pair USA. If you wish to make any changes to your fee and/or refund schedule, you must notify InterExchange in

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002686

# InterExchange Au Pair USA
## International Cooperator Handbook

writing and obtain confirmation of our acceptance of the proposed change(s) before implementation. Each IC must provide candidates with a list of these fees and when they are due, the refund policy, and a receipt for any and all payments made.

Further, annually updated fee lists must be exchanged between InterExchange and each International Cooperator, as per the federal regulations of the Au Pair program (§62.31). Each fall, the International Recruitment and Placement Manager will let International Cooperators know what the fees will be for the following year, and all cooperators must submit their fee information to InterExchange by the end of the current year in order to maintain a relationship for the following program year.

Candidates pay all fees directly to you, and then you submit the InterExchange portion of the fees to us after an candidate begins the program with a host family.

**The au pair is responsible for the following additional costs:**
- IC program fees
- Police report and doctor fees
- Travel to and from the embassy
- Visa interview fee
- Transportation to and from the airport in New York
- Baggage fees on all itineraries
- Dinner during Orientation & Training week

**InterExchange will pay for:**
- SEVIS FEE
- Flight between the au pair's designated international departure city and New York
- Accident and sickness insurance
- Shared hotel room as well as breakfast and lunch during the Orientation & Training Program

**Host Family will pay for:**
- Education stipend not exceeding $500
- Minimum weekly stipend of $195.75
- Room and board for the au pair
- Transportation to and from cluster meetings and classes for the education requirement
- Car insurance and gas if the au pair's duties will include driving the children

### Accident & Sickness Insurance
Participants must be covered by accident & sickness insurance for the entire length of the program.
All of our Au Pair USA participants are automatically covered by accident & sickness insurance that meets or exceeds the U.S. Department of State's minimum requirements, as this insurance is included in the program fee. Accident & sickness

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002687

## InterExchange Au Pair USA
## International Cooperator Handbook

insurance is not comprehensive health insurance. If an applicant has a pre-existing condition that requires regular doctor visits or medication, he or she should ensure that additional appropriate health insurance is in place to cover any needs that are not related to an unexpected accident or illness. No applicant can decline the coverage offered through his or her program fee.

Detailed information about InterExchange's accident & sickness insurance can be found on our website:
www.InterExchange.org/ap-insurance
Applicants with pre-existing medical conditions or mental health issues should consult their home-country physicians prior to coming to the U.S. to ensure conditions or issues will not worsen if subject to travel-related stress, culture shock, change in diet or climate, etc. Applicants who require continued or extended hospital care and medical treatment while in the U.S. that in InterExchange's opinion interferes with the intended purpose of the program will be asked to return home to seek care at their own expense and may have their program ended.

InterExchange0009316

# InterExchange Au Pair USA
## International Cooperator Handbook

**SCREENING AND RECRUITMENT**

## Recruitment

As an International Cooperator, you are responsible for recruiting prospective candidates within your home country or any other country in which you are licensed to operate and for which a written agreement has been arranged with InterExchange. You may use any number of recruitment strategies, including one or several of the following options:

- Online or paper-based advertisements
- Information sessions and presentations
- Exhibits at fairs and conferences
- Visits to colleges and universities, especially with global education departments
- Former participant referrals

Once candidates express interest in the program, you will be the liaison between InterExchange and these candidates. These candidates will work with you directly to ask questions about the program, confirm their eligibility and inquire about fees.

## Au Pair Eligibility

To be eligible for the Au Pair USA Program, candidates:

- Must be between the ages of 18 and 26 upon arrival in the U.S.
- Have a high school/secondary-school diploma
- Speak conversational English
- Be passionate about working with children
- Have at least 200 hours of child care experience and be able to provide two references from non-family members for at least 200 hours of this experience.
- Provide one character/personal reference from non-family member
- Hold a valid driver's license
- Non-smoker
- Not have been married
- Must not have children of their own
- Pass a criminal background investigation, have no criminal history
- Be in good physical and mental health
- No history of visa denials to the U.S.

## Repeat Participation Is Allowed if the candidate:

- successfully completed his or her last Au Pair Program.
- has spent two years outside of the United States since completing the Au Pair Program.
- Meets all other eligibility requirements at the time of application and arrival in the United States.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002689

# InterExchange Au Pair USA
# International Cooperator Handbook

**Inquiry Process**
*Best Season: Fall-Spring*
InterExchange recommends focusing marketing and recruitment efforts during these seasons. Summer is the busiest season for au pairs to arrive, so marketing the program and preparing applications in advance of summer is key to successful promotion of this cultural exchange opportunity.

## Screening
Once potential applicants are identified, you should screen them before inviting them to complete the online application. Interviews may be conducted in person. The results of the interview must be documented on the InterExchange Interview Report Form, which you will need to print and upload to the online application. Only third party organizations with whom InterExchange has a written agreement will conduct interviews on our behalf.

You are encouraged to develop your own screening processes, but the following criteria should be assessed for each candidate:
Program eligibility
Previous J-1 Visa or U.S. immigration experience
English language ability
Maturity and responsibility
Reasons for wanting to participate and future career goals
Understanding of program objective and mission
Desire to return to home country at end of program

When speaking to an interested candidate, here are important questions to consider:

*Does the candidate meet program requirements?*
*How old is the candidate?*
*Has the candidate graduated from high school?*
*When would the candidate like to travel to the United States?*
*Is the candidate available for a full twelve month placement?*
*What type of child care experience does the candidate have?*
*Has the candidate worked with more than one child at a time? Has the candidate been solely responsible for children?*
*Does the candidate have at least two hundred hours of child care experience from non-relatives? Can the candidate provide at least two references from different experiences that verify this?*
*How comfortable is the candidate speaking English?*
*Does the candidate have a full drivers license?*
*How often does the candidate drive? Has the candidate ever had a car accident?*
*Has the candidate ever been to the United States?*
*Has the candidate ever been denied a visa to the United States?*
*Has the candidate ever been married? Does the candidate have his/her own children?*

PLAINTIFFS' RESP. APP.0002690

## InterExchange Au Pair USA
## International Cooperator Handbook

*Does the candidate have anything on their police report?*
*Is the candidate in good physical and mental health? Has the candidate had any recent illnesses or hospitalizations?*
*Why does the candidate wish to come to the United States as an au pair?*
*What will the candidate do at the end of the program?*

### Difficult Placements
Au pairs with the following qualities are **difficult** to match with host families:

- Males (95% of au pairs are females)
- Smokers (not accepted)
- Non-drivers (not accepted)
- Inexperienced Drivers
  - not daily or weekly
  - driving less than 1 year
- Has less than 500 hours of child care experience
- Poor English skills
- Animal allergies (dogs and cats) or health problems
- Geographic preferences
- Strict family preferences

### Easier Placements
Host Families in the United States **want**:

- At least 1000 hours of child care experience
- **Infant Qualified** or Experience with **Special Needs**
- Experienced Driver = 1+ years with license
- Daily/weekly driver
- Mature au pair
- Strong English skills
- Demonstrated passion for working with children
- Applied early enough (3 months before earliest availability date)
- Applied before peak matching season, by June

**Infant Qualified:** Au pair has at least two hundred hours of documented child care experience with children ages 0-24 months. We always need au pairs who are Infant Qualified and prefer to work with babies!

**Special Needs**: Au pair has documented experience working with children that have special needs. We always need au pairs who are qualified and willing to work with special needs children!

### Candidate Email Address
During the application and pre-departure phases, InterExchange will contact you with any questions or to relay information to the candidate. Once participants arrive in the United States, though, InterExchange will contact participants directly with requests, updates and event invitations at the email address provided on their

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002691

## InterExchange Au Pair USA
## International Cooperator Handbook

applications. Please ensure candidates provide an address that they check regularly and will continue to use once in the U.S. Also, emphasize the importance of their reading and responding to any and all messages sent to them from InterExchange. Failure to do so could be problematic or even result in dismissal from the program.

### The Next Steps

The Au Pair USA Program has specific eligibility requirements; not everyone who is interested in the program will be able to apply. It is important that you assess each candidate individually and only allow the most motivated and qualified to continue with the application process. InterExchange Au Pair USA is unable to guarantee placements for each candidate, but will do its utmost to match an candidate within the candidate's available arrival dates.

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002692

## InterExchange Au Pair USA
## International Cooperator Handbook

### THE APPLICATION PROCESS

*Best Season: Winter-Spring*
Candidates should be encouraged to begin applying several months before the busy summer season. The application process takes several weeks, and candidates may need additional time to improve their English, gain additional child care experience or receive documents such as their passport, police report/background investigation and medical report.

### The Application Wizard
All au pairs will apply through InterExchange Passport's online au pair application. We refer to this as the "Application Wizard."

International Cooperators and InterExchange control access to the Application Wizard. Only candidates that have been registered by InterExchange or by an IC can apply. To begin a new application, click on "Create a New Record" from the Au Pairs tab.

Enter the name and email address, and click "Send Registration Email" to give the au pair access to Passport's application process.




CONFIDENTIAL

InterExchange0009321

# InterExchange Au Pair USA
## International Cooperator Handbook



We recommend watching the **training video about "Starting an AP Application"** in your Passport Resources page.

Once the au pair has completed the Application Wizard, the IC will receive an email notifying you of this. The candidate must then download the reference forms (Child Care and Character) and the Medical Report at the end of the Passport Application. They will give the completed documents to the IC for verification. When you are finished, please upload them to the References and Certificates section on Passport.

Your Role in the Application Process:
- IC schedules the in-person interview and selection test
- IC answers any questions the candidate has, conducts the interview and language evaluation, and administers the Booraem-Flowers selection test
- Au pair should have references and supporting documents completed before coming in for the interview


- Your agency receives notification when this is completed.
- **<u>You must then carefully review the application!</u>**
  - Format and Comments:
  - Inconsistent/Confusing Information:
  - Au Pair should answer every question as completely as possible.
  - Review the General Health Section
  - Review The Program Questionnaire:
  - The Dear Host Family Letter:
  - Make sure all photos are appropriate!


All of the documents are organized as follows on the au pair's application –

InterExchange0009322

PLAINTIFFS' RESP. APP.0002694

# InterExchange Au Pair USA
## International Cooperator Handbook

*Under the References and Certificates Section (Host family can see this information):*
1. Interview Report
2. Child Care References (Single PDF, may be combined with translations)
3. Character References (Single PDF, may be combined with translations)
4. Any English Certificates, Child Care/Training/First Aid Certificates, Life Guard/Swimming Qualifications, or other helpful documents for a host family to see

*Under the Supporting Documents (Host family **cannot** see this information):*
1. High School Diploma
2. Police Report
3. Psychometric Test Results (Score Sheet)
4. Medical Report
5. Copy of Passport
6. Copy of Driver's License
7. (Copy of International License (Only if au pair already has it))
8. (Translations of any of the above documents)

***Things to remember:***

**Interview Report**

- The Interview Report must be conducted in person with the candidate. Interviews conducted over the phone or Skype will not be accepted.

- Write the Interview Report clearly and completely in black ink or typed.

- Remember to speak slowly and clearly so that the candidate can understand all of the questions.

**Child Care & Character References**

- All Child Care and Character references must be verified via phone or Skype. Make sure you have called the references and spoken with them in order to confirm the information provided.

- Make sure the references answered all questions, and **pay special attention to the question "Are you related to the candidate?" Many people mistakenly answer "Yes".**

**High School Diploma**

InterExchange0009323

PLAINTIFFS' RESP. APP.0002695

## InterExchange Au Pair USA
## International Cooperator Handbook

- This should be a secondary education diploma that is stamped and signed, with a date of graduation.

- University diplomas will not be accepted in place of the high school diploma.

**Psychometric Test Results: Score Sheet**

- Make sure the score sheet is uploaded (image – right)

- If the candidate receives a "possible problem" score in any of these scales, have the candidate repeat the exam before submitting the application for review.

- If the candidate received a score that is higher than the "possible problem" range, the candidate must be rejected.

**Medical Report**

- Make sure the candidate has answered all of the questions, including the one regarding **additional insurance** on the first page.

Are you covered by additional insurance beyond that provided by the InterExchange program?    ☐ Yes  ☐ No
If yes, please give details:

- The Medical Report must be signed by the au pair on the second page and by the physician on the third page.

**\*\* It is crucial that the Interview Report, Child Care References, Character Reference, and Medical Report are all signed. Documents without signatures will not be accepted. \*\***

**\*All documents in foreign languages must be titled in English.
(For example: "Slutbetyg" should be labeled "High School Diploma")\***

**Passport**

CONFIDENTIAL

InterExchange0009324

PLAINTIFFS' RESP. APP.0002696

## InterExchange Au Pair USA
## International Cooperator Handbook

- Make sure the passport uploaded is not expired and that the data matches the respective sections in the General Information section on the online application.

| First Name | Last Name | Middle Name |
|---|---|---|
| - | - | - |

| Date of Birth | City of Birth | Country of Birth |
|---|---|---|
| - | - | - |

| Country of Passport | Passport # | Passport Expiration Date |
|---|---|---|
| - | - | - |

| Country of Citizenship | Requested City of Departure |
|---|---|
| - | - |

### Changing file names

- You can change the name of any file uploaded to Passport by clicking the orange "Edit" button in the top right corner and simply typing the desired file name into the box next to the original name.

  The example below shows how to change the name of the Interview Report from "Interview.pdf" to "Interview Report – Au Pair"

**Step 1:**



CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002697

# InterExchange Au Pair USA
# International Cooperator Handbook



**Step 2:**

**Step 3:**

**Interview Reports:**
Interview Report - Au Pair


------------------------------

Keys to a great video:
Au pairs should create a short video, 3-5 minutes in length and no more than 100MB in size. Families want:
- Appropriate and quiet music, decent lighting, a script or outline describing the au pair
- Being properly dressed during the video
- Helping around the house (chores related to childcare)
- Working with children, dressing them, playing with them, teaching them...
- Driving and parking a car
- Cooking and handling food

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002698

## InterExchange Au Pair USA
## International Cooperator Handbook

- Interacting and speaking English with other adults (like the parents of the children they babysit)

<u>Before submitting an application to InterExchange, please:</u>

- Review the information entered in the application for consistency and style.
- Are all references and reports signed by you, the au pair, the reference provider, etc?
- Does the au pair have at least 5 photos with children and a long Dear Host Family Letter?
- Did the au pair fill out the Child Care Experience section completely?
- Did the au pair create a video? If not, will he/she?
- Does the au pair understand the matching process and what is expected of him/her by InterExchange?

If the au pair has weak childcare experience or does not speak English well, please tell him/her to wait to apply until they have improved. If you ever have reservations about a candidate, please contact us.

When you are ready to submit an application for InterExchange, go to the application of the au pair and click "Submit Complete Application for Review"

*Au pairs missing a high school diploma can still apply, but cannot arrive until after graduating high school*



**Bello, Johana**

| | | | |
|---|---|---|---|
| AP PID: | A19993624 | Sevis ID: | |
| Last Login: | October 21, 2012 | | |
| Citizenship: | Colombia | | |
| Earliest Arrival: | October 22, 2012 | Latest Arrival: | August 26, 2013 |
| Days Unplaced: | 752 | Date Placed: | |
| App Status: | Started | Program Status: | INACTIVE |
| Current Contact Phone: | | | |
| Date of Birth: | August 13, 1992 | | |
| Age: | 20 | | |

Change Picture
Rotate

View Profile | Cancel Application | Submit Complete Application for Review | Send Message

**Resend Registration Email**

This will change her application status from "Started" to "Under Review" and notify InterExchange that we must review her application and either mark it as "Incomplete", "Incomplete/Published" or "Accepted."



InterExchange0009327

PLAINTIFFS' RESP. APP.0002699

# InterExchange Au Pair USA
# International Cooperator Handbook

## Incomplete Applications

If the application is reviewed and InterExchange needs additional information or documents, we will mark the application as Incomplete; it will not be available to families until it is complete. InterExchange sends an email requesting the missing information to your office, and will have to cancel an application if it remains incomplete for more than two weeks.

## Copies of Application Materials

Once an application is submitted to InterExchange, it becomes property of our organization. We are required to keep files for all candidates, and the file must include the original documents. If you or your candidates wish to have copies of their application materials, please make copies before sending them to InterExchange. Host families should request any information they need regarding an candidate prior to extending an offer. Host families will not have access to the high school diploma, passport, driver's license, medical report, police report or psychometric au pair selection test in the application. If host families wish to have copies of any documents (transcripts, diplomas, etc.), the candidate must submit a letter authorizing the request. This letter must be notarized and must indicate exactly which material(s) to release.

## Glossary of Application Statuses:

- **Started** – This describes applications that were started by the au pair but have not yet been reviewed by the IC or, subsequently, InterExchange. The au pair must complete the application wizard and hit the "Complete" button in order for the IC to be notified that it is ready for review. Once the IC reviews the application and deems it complete, the application may be submitted to InterExchange for review by clicking on the "Submit Complete Application for Review" button.

- **Under Review** – After an IC hits "Submit Complete Application for Review," the application status changes to Under Review and InterExchange is notified that it must now review the application for completion.

- **Incomplete** – Once the application is reviewed, if the au pair is missing required information or documents in order to be eligible for the program, the application will be labeled as "Incomplete." The au pair will not be able to begin the matching process until the missing information is submitted. The "Missing Info Sent" date above the Application Checklist shows you the last date that InterExchange contacted you about the missing items.

- **Incomplete/Published** – If the au pair's application is missing information that is not required by our guidelines or those of the Department of State, the application status will be changed to "Incomplete/Published." In this case,

CONFIDENTIAL                    InterExchange0009328

PLAINTIFFS' RESP. APP.0002700

## InterExchange Au Pair USA
## International Cooperator Handbook

the au pair can start the matching process but InterExchange cannot issue the documents required for the visa interview until the application is complete and the status is changed to "Accepted."

- **Accepted** – If the International Recruitment Coordinator at InterExchange has reviewed the au pair's application and the au pair meets all of the program requirements and has a complete application, the application status will become "Accepted" and the au pair

*For a full list of glossary terms, please refer to the appendix.*

CONFIDENTIAL

InterExchange0009329

## InterExchange Au Pair USA
## International Cooperator Handbook

**Matching Process**
**Best Season: Spring-Summer**

The time period after an au pair's application is accepted and before they match
with a host family is called the matching process. It varies for each au pair based on
their unique skills and qualifications, but it typically ranges from one to four months
for the majority of our candidates.

Au pairs will receive information about their matching process through Passport.

During the matching process, the au pair's application becomes available to host
families who search Passport. If a host family is interested in learning more about an
au pair, they place this candidate "on view", which gives them complete and
exclusive access to the au pair's application. It would also allow the family to request
an interview with the au pair via email or
through Passport's "Interview Request" module.

Au pairs can only be on view, or in communication, with one family at a time. They
will be on view with a family for 48 hours, and families may request an extension of
time to keep communicating with the au pair.

*Things to remember:*

Host families must interview the au pair AT LEAST one time before they match. It is
recommended that au pairs and host families communicate as frequently as possible
before and after the match is confirmed. Host families will request to match through
Passport. The au pair must accept the position and confirm their arrival date. After
this, InterExchange will process the documents for the visa interview and send them
to your office!

After the documents arrive in your office, you will assist the au pair with scheduling
their visa appointment, and you will also prepare them for their departure by
providing them with more information about program expectations, living abroad,
etc.

There are also several tutorial videos in your Resources section that can assist you
during this process.

CONFIDENTIAL

InterExchange0009330

PLAINTIFFS' RESP. APP.0002702

Case No. 1:14-cv-03074-CMA-KMT   Document 959-17   filed 03/17/18   USDC Colorado   pg 109
of 161
Case 1:14-cv-03074-CMA-KMT   Document 843-9   filed 02/13/18   USDC Colorado   Page 109
of 162

# InterExchange Au Pair USA
## International Cooperator Handbook

Tutorial Videos



Testing the Application Process

Helpful Tips during the Matching Process: for Au Pairs:

- Log in to Passport everyday to check their messages and respond to families quickly and professionally.

- Continue to gain experience in child care and driving, and update your application on Passport accordingly

   o Au pairs who continue to care for children three or more times per week for at least four or more hours at a time are more likely to match
- Practice speaking English whenever possible and have friends or family members interview them in English

Au Pairs with the following qualities are more likely to match with a family:

- Infant Qualified and willing to care for infants
- Special Needs experienced or willing to care for children with special needs
- Experienced in looking after more than one child at a time
- Willing to care for at least three children


We match au pairs in two ways:

InterExchange0009331

PLAINTIFFS' RESP. APP.0002703

# InterExchange Au Pair USA
## International Cooperator Handbook

1. InterExchange Au Pair USA Placement Coordinators
2. Host Family Searches for Au Pairs in Passport

<u>The Call:</u>
Placement Coordinators calls each host family when they apply to explain the
process and discuss the family's preferences. Typical Host Family Preferences
include:
1. Age
2. Pet Allergies
3. Country of Origin
4. Native Language
5. Driving Experience
6. Child Care Experience
7. Family Background of Au Pair
8. Sports, Hobbies, Interests and Future Goals of Au Pair

<u>Recommended, Favorite, On-view?</u>
1. Au Pairs that are Placement Recommended and Family Favorites: This au pair is
not on view with the family yet. The family can see the application but cannot
contact him/her.

2. On-view: Au pair is exclusive to this family. Other families can see the au pair but
cannot contact the au pair until he/she is released.

- Families can put their own au pairs on view or add them to their favorites
  list.
- Au pairs can only talk to one family at a time.
- If "on-view," other families can still see the au pair's application but cannot
  contact the au pair.
- Families have exclusive access to their "on-view" au pairs for 48-72 hours.
- If a HF does not request an interview, the au pair is released and made
  available again to other families.

<u>Maximizing Visibility:</u>
- Au pairs with a video show up first!
- Au pairs without a video show up after.
- Au pairs with the most recent updates show up higher than au pairs who
  have not logged in/updated their application recently.

<u>Interviewing with Families:</u>
- HF must interview AP at least once before matching.
- The au pair receives an email and Passport message about the interview
  request.
- The AP must respond to it from their Dashboard (Accept,
  Postpone/Reschedule, Reject the interview)

InterExchange0009332

PLAINTIFFS' RESP. APP.0002704

# InterExchange Au Pair USA
## International Cooperator Handbook

- You will see all au pairs "on-view" and all interview requests in your Dashboard.
- Au pairs should log in to Passport regularly to check messages and interview requests.
- Au pairs should respond promptly or a family may lose interest.
- Au pairs should practice interviewing with the IC in English, and remember to ask questions about the HF, their children, the community and why they are hosting an au pair.
- Au pairs should NEVER lie to HF! Americans value honesty. If an au pair is not a great driver, they should not exaggerate their experience.

### Matching and the J-1 Visa
- The au pair should confirm the match and arrival dates in Passport
- InterExchange will prepare a Pre-Departure Packet that is delivered to the International Cooperator's office, containing the DS-2019 form, SEVIS payment receipt, and other important reading materials
- You will receive an email from the Logistics Coordinator when the packet has been mailed, which will include the au pair's SEVIS ID, and tracking information for the packet
- As soon as you receive the packet, please share and review the materials with the au pair.

### Scheduling the J-1 Visa Interview
- Please assist au pairs with the visa application process, including filling in the DS-160 Visa Application Form.
- Visa appointments should be scheduled immediately!
- The au pair will need the SEVIS ID number and their personal passport information to fill out the DS-160 Visa Application Form
- Please add the Visa Appointment Date to the Logistics Tab on the au pair's Passport page as soon as it is scheduled.
This will send a notification to the Logistics Coordinator
**\*Please inform InterExchange as soon as the visa appointment has been made – do not wait until the visa has been approved**
- InterExchange pays the **SEVIS fee**. The receipt/proof of payment is included in the Pre-Departure Packet.
- The au pair is responsible for the **visa appointment fee**.
- You can access the au pair's important personal information from the Logistics Tab in Passport.
On the Visa Appointment Date:
- If a Visa is APPROVED:
- Change the au pair's visa status to "Approved" on the Dashboard Module.
- This will inform the Logistics Coordinator, who will then inform the Host Family.
**\*Please inform InterExchange as soon as a visa has been approved – do not wait for us for contact you**

CONFIDENTIAL

InterExchange0009333

PLAINTIFFS' RESP. APP.0002705

# InterExchange Au Pair USA
## International Cooperator Handbook

- If a Visa is DENIED:
-       Please contact us immediately with the following information:
o  Au pair's name
o  The reason given by the embassy for the denial
o  The name of the embassy/consulate general that the au pair visited
-       The au pair may reapply for a visa, but fewer than 25% of visa denials are overturned
-       The au pair will be responsible for paying the visa fee again
Important Reminders:
-       If an au pair is denied a visa a second time, they will not be able to participate in the program
-       If a host family decides NOT to pursue a second visa appointment, the au pair may not match with another family, and will not be able to participate in the program

### The Pre-Departure Process : Preparing for the Year Ahead
Materials and Other Preparation:
-       Au pairs must read the Au Pair Handbook and Child Care Guide, and complete the Childcare Test, and complete all necessary paperwork prior to arriving in New York
-       Au pairs will receive emails from our Participant Services Manager with important information and training materials prior to their departure.
Flights:
-       Flights will be booked 2-3 weeks before the arrival date
-       Itineraries will be emailed to you, and must be shared with the au pair
-       Au pairs are responsible for all baggage fees on all flights. Specific baggage fees can be located on the appropriate airline's website.
-       If a flight is delayed on canceled on the day of travel, au pairs should be instructed in advance to call the InterExchange Au Pair USA emergency line at 1-917-373-0717
Super Shuttle:
-       Please advise au pairs to book a Super Shuttle upon their arrival in New York City
-       Instructions can be found in the Pre-Departure Packet on the form titled, "TRAVEL TO THE AU PAIR USA ORIENTATION"
-       This is safer and less expensive than a taxi cab
-       Please make sure au pairs are aware of which airport they are flying into. There are three major airports that service New York City
o  JFK
o  LaGuardia
o  Newark International Airport.
-       Au pairs are responsible for the cost of the Super Shuttle (ranging from $15 - $25 plus tip)
I-94 Information:
-       Please inform each au pair of current electronic I-94 procedures

PLAINTIFFS' RESP. APP.0002706

# InterExchange Au Pair USA
## International Cooperator Handbook

- Instead of receiving a physical I-94 card, au pairs will receive a passport stamp and can view their I-94 records online
- More specific instructions for retrieving I-94 records online will be given at Orientation and Training

Accident and Sickness Travel Insurance:
- InterExchange provides Accident and Sickness Insurance for all au pairs (does not cover pre-existing conditions)
- An insurance brochure is included in the Pre-Departure Packet
- Au pairs will receive an email with their personal insurance card on the

**Thursday prior to their departure** to the United States. They should be instructed to:
o Check their junk and/or spam folders if they do not see the email in their inbox on this day
o Print and laminate (cover with plastic) the cards
o Keep the cards with them at all times during their program

IMPORTANT REMINDERS:
- Instruct au pairs to make copies of their passport, visa, and DS-2019 forms just in case
- Please make sure that all au pairs understand that their DS-2019 forms are VERY important. They MUST show this form with their passport when they enter the United States. **Au pairs who travel without their DS-2019 forms may be denied entry to the United States and be sent back to their home countries.**
- Au pairs should continue to regularly communicate with their host family!
- Au pairs should be practicing their English and driving EVERY DAY!

### The Pre-Departure Process : Preparing for the Year Ahead

- Au pairs will receive emails from our Participant Services Manager with important information and training materials.
- Au pairs will need to read the Au Pair Handbook, the Child Care Guide and complete all necessary paperwork before arriving in New York.
- Au pairs should continue to regularly communicate with their host family!
- Have proper expectations. Practice driving, and be excited!
- Flights are booked **2 weeks** before the arrival date.
- Au pairs are responsible for all baggage fees on all flights.
- We will email you and the au pair the itinerary.
- Au pairs should be practicing their English and driving EVERY DAY!

### The Orientation & Training Program

#### Arriving to Orientation
Supershuttle : Au pairs can arrive to the *New Yorker Hotel* using Supershuttle!

PLAINTIFFS' RESP. APP.0002707

### InterExchange Au Pair USA
### International Cooperator Handbook

- It costs approximately $20 plus $2 tip.
- Instructions are provided in the Pre-Departure Packet!
- This is safer and less expensive than a taxi cab.
- NEVER accept a ride from a stranger!

***How much should my au pair budget for incidentals during the week?***
We strongly recommend that au pairs bring at least $200 to cover any personal expenses they might have during Orientation week.

Things they will need to pay for:
· ALL Baggage fees
· Transportation from the airport to hotel
· Transportation from the hotel to the airport (if you traveling by air to your host family)
· Dinner during the week
· Optional tour of New York City for Au Pairs; $30 (dinner is included)
· Phone Calls
· Souvenirs

***\*\*Au pairs are responsible for any baggage fees for both their international and domestic flights.\*\****

***Orientation***

After the au pair arrives at the hotel, he/she will begin her week of orientation and training. The **Au Pair USA Orientation** will teach the au pair about our program, rules and regulations, and living with an American family. Details about our orientation can be found here:

http://www.interexchange.org/au-pair-usa/jobs/interexchange-au-pair-usa-orientation-training

***What is the schedule for the week?***
Orientations begin each day at 8:30 AM and continue through until 5:30 PM. Attending Orientation is a U.S. Department of State mandated aspect of the au pair program. During Orientation an au pair will learn skills in Childhood Development, Care & Safety to better prepare them in caring for their host children. They will also spend time learning about U.S. culture, methods for handling culture shock and will begin building a strong support system of other au pairs they meet to support them throughout the coming year.

Monday
- Au Pairs arrive to U.S. (NYC)
- Rest and Sightsee (at leisure)

Tuesday

CONFIDENTIAL

InterExchange0009336

# InterExchange Au Pair USA
# International Cooperator Handbook

- Welcome, Program Rules, Regulations & Keys to a Successful Year
- Culture Shock
- Working with Children Ages 7 and Up
- Optional Tour of NYC

Wednesday
- First Aid, CPR & Child Safety

Thursday
- Driving in the USA
- Early Childhood Development
- Cultural Exchange
- Domestic Travel Instructions

Friday
- Travel to Host Families

The host family will provide transportation from the hotel to their home. This information will be given to our Logistics Coordinator who will explain it to the au pair at orientation.

Au pairs will arrive on Monday in New York City, spend the week at orientation, and depart for the host family on Friday. She will be contacted by her local coordinator within 48 hours of her arrival to the host family and welcomed into the area!

## Be Prepared!
- Au pairs must read the Child Care Guide before departing.
- Au pair must complete their Culture Project and Know Before You Go online tutorial before departing.
- Au pairs must complete the Child Care Test while on the plane.
- Au pairs should have their DS-2019 Form, Passport (with visa) and Pre-Arrival Packet on their person when going through immigration.
- Au pairs will need at least $200 to cover expenses such as baggage fees, dinners, the New York tour and souvenir shopping while in New York.

## Transitions

- 1.**Bad driving and English are the biggest reasons an au pair goes into transition and may be sent home.**

Transition Policies
- Au pairs have two weeks to be matched with a new family
- Au pairs must maintain contact with InterExchange during this time

**CONFIDENTIAL**

InterExchange0009337

PLAINTIFFS' RESP. APP.0002709

## InterExchange Au Pair USA
## International Cooperator Handbook

- We will help find housing and make sure the au pair is always safe
- We will prepare a report for your agency and contact you if we need assistance
- Au pairs who cannot be rematched must return home at their own expense

### Resources available in Passport:

- Glossary of Passport Terms
- Photo Contact Sheet – New photos available to you
- PDF Packet of Pre-Departure Documents
- PDF Packet of Orientation & Training Workbook
- Updated list of International Departure Cities within Passport

InterExchange0009338

InterExchange Au Pair USA
International Cooperator Handbook

# US Department of State Regulations

**§62.31   Au pairs.**

(a) *Introduction.* This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) *Program designation.* The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) *Program eligibility.* Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) *Au pair selection.* In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

CONFIDENTIAL

InterExchange0009339

PLAINTIFFS' RESP. APP.0002711

# InterExchange Au Pair USA
# International Cooperator Handbook

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among candidates against those characteristics considered most important to successfully participate in the au pair program.

(e) *Au pair placement.* Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) *Au pair orientation.* In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) *Au pair training.* Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

CONFIDENTIAL
InterExchange0009340
PLAINTIFFS' RESP. APP.0002712

# InterExchange Au Pair USA
# International Cooperator Handbook

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) *Host family selection.* Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) *Host family orientation.* In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j) *Wages and hours.* Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) *Educational component.* Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary

CONFIDENTIAL

InterExchange0009341

PLAINTIFFS' RESP. APP.0002713

# InterExchange Au Pair USA
## International Cooperator Handbook

institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants (*i.e.*, Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) *Monitoring.* Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) *Reporting requirements.* Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) *Sanctions.* In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002714

# InterExchange Au Pair USA
## International Cooperator Handbook

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) *Extension of program.* The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program (*i.e.*, 30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

(p) *Repeat participation.* A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

CONFIDENTIAL

PLAINTIFFS' RESP. APP.0002715

Case No. 1:14-cv-03074-CMA-KMT Document 935-28 filed 03/30/18 USDC Colorado pg 123 of 162

# Exhibit 309

Case No. 1:14-cv-03074-CMA-KMT   Document 959-17   filed 03/17/18   USDC Colorado   pg 123
of 161
Case 1:14-cv-03074-CMA-KMT   Document 295-5   Filed 06/17/16   USDC Colorado   Page 124 of 162

# InterExchange Au Pair USA Training Outline

Michael Gates
International Recruitment and
Placement Manager
mgates@interexchange.org
Skype: michaelgatesapusa

Marianna Breytman
International Recruitment
Coordinator
apdossier@interexchange.org
Skype: admissionsapusa

### *About InterExchange*
- Over 45 years of experience in the cultural exchange industry
- Non-profit organization
- Designated J-1 Visa sponsor
- One of the oldest au pair programs in the United States
- Based in New York, New York
- Visit us at www.interexchange.org

### *InterExchange's Inbound Programs*
*Work & Travel USA*: Brings international university students to the U.S. to fill short-term positions with resorts, restaurants and other seasonal businesses.

*Camp USA*: Allows young adults to experience the fun and adventure of working at an American summer camp.

*Career Training USA*: Facilitates young professionals and students to intern or train with U.S. businesses for up to 18 months.

### *InterExchange's Outbound Programs*
*Working Abroad:* Enables U.S. and Canadian citizens, ages 18-30, to enjoy diverse work experiences abroad.

*The Foundation:* Established in 2007 to provide grants to young Americans who wish to participate in meaningful work abroad experiences.
Many grant recipients volunteer in developing countries and often continue their humanitarian work with their future careers.
Over $300,000 awarded in grants to date.



EXHIBIT
McHugh 40
4 16 17
JEREMY RICHMAN

ATTORNEY EYES ONLY                                    InterExchange0008820

PLAINTIFFS' RESP. APP.0002717

# InterExchange Au Pair USA Training Outline

### *Au Pair USA*
Member of the International Au Pair Association (IAPA)
One of the oldest au pair programs in the United States
Host families across the United States in over 50 different communities.

### Program Details
- Au pairs live with and work for an American Host Family

- 12-month program, au pairs may extend for 6, 9 or 12 months

- Weekly stipend of $195.75 paid by the Host Family

- Work up to 45 hours per week, no more than 10 hours per day

- Receive 1.5 days off per week, and one full weekend off per month

- Two weeks (11 days) of paid vacation

- Accident & Sickness Insurance provided by InterExchange

- Host family pays up to $500 for au pairs to take university courses

- Take college courses! Au pairs must complete 6 credits (academic courses only at accredited post-secondary institutions) in 12 months

- Orientation and Training Program in New York City!

- Monthly Cluster Meetings and cultural activities with a Local Coordinator (LC) and other au pairs

- One month to travel in the U.S. at the end of the program

- Year-round support from InterExchange staff and your LC

- AP cannot be charged deposits or bonds. AP cannot receive a bonus.

- AP must attend cluster meetings and complete education requirement

- AP must pay for:
    - Police report and doctor fees
    - Travel to and from the embassy
    - Visa interview fee
    - Transportation to and from the airport in New York
    - Baggage fees
    - Dinner during Orientation & Training week

**NOTES:**

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002718

# InterExchange Au Pair USA Training Outline

**Program Requirements**
- Must be between the ages of 18 and 26 upon arrival in the U.S.
- Have a high school **diploma**
- Speak conversational **English**
- Be **passionate** about working with children
- Have at least 200 hours of child care experience
- Provide two references from non-family members for at least 200 hours of child care experience.
- Provide one character/personal reference from non-family member
- Be an **experienced** driver with a valid driver's license
- **Non**-smoker
- Never married, no children of your own
- Pass a criminal background investigation = no criminal history
- Be in good physical and mental health
- No history of visa **denials** to the U.S.

**NOTES:**

<br>

**Program Procedures**
**Inquiry Process : Best Season: Fall-Spring**

Does the applicant meet program requirements?
- Age →18-26
- Child care experience → Minimum 200 hours, preferred 500+ hours, with multiple children, in different settings/situations
- English level → Ask a few questions in English!
- Driving → At least 1 year of driving daily or weekly
- High school diploma?
- No visa denials?
- Never married? No children?
- Any health problems? Existing illnesses? Smoking? History of abuse?

ATTORNEY EYES ONLY

InterExchange0008822

PLAINTIFFS' RESP. APP.0002719

# InterExchange Au Pair USA Training Outline

- No criminal record?
- Able to commit to 12-months → *There is no shorter program.*
- Proper motivations → *Not coming to the U.S. to party and travel. The program is fun but not always easy!*

**Difficult Placements**

Au pairs with the following qualities are **difficult** to match:

- Males (95% of au pairs are females)
- Smokers (not accepted)
- Non-drivers (not accepted)
- Inexperienced Drivers
  - not daily or weekly
  - driving less than 1 year
- Less than 500 hours of child care experience
  - Most au pairs have at least 1000!
- Poor English skills
  - 5-6 English will not be accepted
- Animal allergies (dogs and cats) or health problems
- Geographic preferences
- Strict family preferences

**Easier Placements**

Host Families in the United States **want**:

- At least 1000 hours of child care experience
- **Infant Qualified** or Experience with **Special Needs**
- Experienced Driver = 1+ years with license
- Daily/weekly driver
- Above 20 years old OR very mature 18-19
- Strong English skills
- Passion for working with children
- Applied early enough (3 months before availability dates)
- Applied before peak matching season, by June
- Good Videos

Infant Qualified : Au pair has at least two hundred hours of documented child care experience with children ages 0-24 months.
We always need au pairs who are Infant Qualified and prefer to work with babies!

Special Needs: Au pair has documented experience working with children that have special needs.
We always need au pairs who are qualified and willing to work with special needs children!

**NOTES:**

ATTORNEY EYES ONLY

InterExchange0008823

# InterExchange Au Pair USA Training Outline

### Application Process
### Best Season: Winter-Spring

The Application Wizard
- Applicant completes Au Pair USA Application in Passport, online
- Your agency receives notification when this is completed.
- **You must then carefully review the application!**
  - Format and Comments
  - Inconsistent/Confusing Information
  - Au Pair should answer every question as completely as possible.
  - Review the General Health Section
  - Review The Program Questionnaire
  - The Dear Host Family Letter
  - Make sure all photos are appropriate!

Keys to a great video:
Au pairs should create a short video, 3-5 minutes in length and no more than 100MB in size. Families want:
- Appropriate and quiet music, decent lighting, a script or outline describing the au pair
- Being properly dressed during the video
- Helping around the house (chores related to childcare)
- Working with children, dressing them, playing with them, teaching them...
- Driving and parking a car
- Cooking and handling food
- Interacting and speaking English with other adults (like the parents of the children they babysit)

Your Role in the Application Process:
- IC schedules the in-person interview and selection test
- IC answers any questions the applicant has, conducts the interview and language evaluation, and administers the Booraem-Flowers selection test
- Au pair should have references and supporting documents completed before coming in for the interview

Before submitting an application to InterExchange:
Are all references and reports signed by you, the au pair, the reference provider, etc?

ATTORNEY EYES ONLY                                          InterExchange0008824

PLAINTIFFS' RESP. APP.0002721

# InterExchange Au Pair USA Training Outline

Does the au pair have at least 5 photos with children and a long Dear Host Family Letter?

Did the au pair fill out the Child Care Experience section completely?

Did the au pair create a video? If not, will he/she?

Does the au pair understand the matching process and what is expected of him/her by InterExchange?

Submitting Applications:

- Complete applications are made available to host families
- Au pairs missing a high school diploma can still apply, but cannot arrive until after graduating high school
- Incomplete applications are "On Hold" and not available to families.
- InterExchange sends an email requesting the missing information
- We must cancel applications in two weeks if they stay incomplete.
  **PLEASE do not send incomplete applications!**

**NOTES:**

**Placement Process**
**Best Season: Spring-Summer**

We match au pairs in two ways:

1. InterExchange Au Pair USA Program Specialist
2. Host Family Searches for Au Pairs in Passport

Program Specialist receives and reviews each host family application. They email the family instructions on how to use the matching system in Passport, and then call the family to explain the process and discuss the family's preferences.

Typical Host Family Preferences include:

1. Age
2. Pet Allergies
3. Country of Origin
4. Native Language
5. Driving Experience
6. Child Care Experience
7. Family Background of Au Pair
8. Sports, Hobbies, Interests and Future Goals of Au Pair

Recommended, Favorite, On-view?

1. Au Pairs that are Recommended/Family Favorites: This au pair is not on view with the family yet. The family can see the application but cannot contact him/her.

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002722

# InterExchange Au Pair USA Training Outline

2. On-view: Au pair's contact details are exclusive to this family. Other families can see the au pair but cannot contact the au pair until he/she is released.

- Families can put their own au pairs on view or add them to their favorites list.
- Au pairs can only talk to one family at a time.
- If "on-view," other families can still see the au pair's application but cannot contact the au pair.
- Families have exclusive access to their "on-view" au pairs for 48-72 hours.
- If a HF does not request an interview, the au pair is released and made available again to other families.

Maximizing Visibility:
- Au pairs with a video show up first!
- Au pairs without a video show up after.
- Au pairs with the most recent updates show up higher than au pairs who have not logged in/updated their application recently.

Interviewing with Families:
- HF must interview AP at least once before matching.
- The au pair receives an email and Passport message about the interview request.
- The AP must respond to it from their Dashboard (Accept, Postpone/Reschedule, Reject the interview)
- You will see all au pairs "on-view" and all interview requests in your Dashboard.
- Au pairs should log in to Passport regularly to check messages and interview requests.
- Au pairs should respond promptly or a family may lose interest.
- Au pairs should practice interviewing with the IC in English, and remember to ask questions about the HF, their children, the community and why they are hosting an au pair.
- Au pairs should NEVER lie to HF! Americans value honesty. If an au pair is not a great driver, they should not exaggerate their experience.

**NOTES:**

## Matching and the J-1 Visa

- The au pair should confirm the match and arrival dates in Passport

ATTORNEY EYES ONLY

PLAINTIFFS' RESP. APP.0002723

## InterExchange Au Pair USA Training Outline

- InterExchange prepares documents in a Pre-Arrival Packet and sends them to the IC.
- As soon as you receive the packet, please give it to the au pair.
- Help the AP schedule the visa interview
- InterExchange pays the SEVIS Fee and sends the receipt in the "Pre-Departure Packet"
- Tell the au pair to schedule the interview IMMEDIATELY!
- Your Au Pair will need the SEVIS ID number and Passport information, and will fill out a DS-160 Visa Application Form
- The Au Pair pays for the visa appointment fee.
- You can access the au pair's important information from the Logistics Page in Passport.
- As soon as the appointment is booked, please update the **Visa Appointment Date in your Dashboard Module "Visas Pending"**
- After the visa appointment, please **update the visa status in the Logistics Tab OR Dashboard Module.** This will send message to the Logistics Coordinator
- If an au pair's visa is denied, please contact us immediately, send us the reason why and the name of the embassy/consulate general that the au pair visited.
- The au pair may reapply, but fewer than 25% of visa denials are overturned. The au pair is responsible for paying the fees again.

**NOTES:**

### The Pre-Departure Process : Preparing for the Year Ahead

- Au pairs will receive emails from our Participant Services Manager with important information and training materials.
- Au pairs will need to read the Au Pair Handbook, the Child Care Guide, Pre-Arrival Project and online "Know Before You Go Training" in Passport before arriving in New York.
- Au pairs should continue to regularly communicate with their host family!
- Have proper expectations. Practice driving, and be excited!
- Flights are booked **2 weeks** before the arrival date.
- Au pairs are responsible for all baggage fees on all flights.
- We will email you and the au pair the itinerary.
- Au pairs should be practicing their English and driving EVERY DAY!
- **Bad driving and English are the biggest reasons an au pair goes into transition and may be sent home.**

### Transitions

ATTORNEY EYES ONLY                    InterExchange0008827

PLAINTIFFS' RESP. APP.0002724

# InterExchange Au Pair USA Training Outline

Transition Policies
- Au pairs have two weeks to be matched with a new family
- Au pairs must maintain contact with InterExchange during this time
- We will help find housing and make sure the au pair is always safe
- We will prepare a report for your agency and contact you if we need assistance
- Au pairs who cannot be rematched must return home at their own expense

**NOTES:**

### The Orientation & Training Program

#### Arriving to Orientation
Supershuttle : Au pairs can arrive to the *New Yorker Hotel* using Supershuttle!
- It costs approximately $20 plus $2 tip.
- Instructions are provided in the Pre-Departure Packet!
- This is safer and less expensive than a taxi cab.
- **NEVER accept a ride from a stranger!**

#### Be Prepared!
- Au pairs must read the Child Care Guide before arriving.
- Au pairs must complete the Child Care Test while on the plane.
- Au pairs should have their DS-2019 Form, Passport (with visa) and Pre-Arrival Packet on their person when going through immigration.
- Au pairs will need at least $200 to cover expenses such as baggage fees, dinners, the New York tour and souvenir shopping while in New York.

#### Resources available in Passport:
- Glossary of Passport Terms
- Photo Contact Sheet – New photos available to you
- PDF Packet of Pre-Departure Documents
- PDF Packet of Orientation & Training Workbook
- Updated list of International Departure Cities within Passport

**NOTES:**

PLAINTIFFS' RESP. APP.0002725

Case No. 1:14-cv-03074-CMA-KMT Document 959-17 filed 03/30/18 USDC Colorado pg
133 of 162

# Exhibit 310



http://www.interexchange.org/au-pair-usa/jobs/frequently-asked-questions   **Go**

INTERNET ARCHIVE **WayBackMachine**   **28 captures**   26 Oct 11 - 29 Jan 16

## InterExchange

# AU PAIR USA

Au Pair USA
For Au Pairs
Frequently Asked Questions

## Frequently Asked Questions

General Questions

Life as an Au Pair

Costs & Fees

### General Questions

**Q. What are the requirements to be an InterExchange au pair?**
A. To become an InterExchange au pair, you must be between the ages of 18 and 26, and reside in a country where InterExchange has a representative. Currently, we work with representatives in: Argentina, Armenia, Austria, Belgium, Bolivia, Bosnia & Herzegovina, Botswana, Brazil, Bulgaria, Chile, Colombia, Croatia, Czech Republic, Denmark, Ecuador, El Salvador, France, Georgia, Germany, Greece, Hungary, India, Ireland, Israel, Italy, Japan, Kazakhstan, Latvia, Mexico, Moldova, Montenegro, Netherlands, Norway, Paraguay, Peru, Poland, Romania, Russia, Serbia, Slovakia, Slovenia, South Africa, South Korea, Spain, Sweden, Switzerland, Thailand, Turkey, Ukraine, United Kingdom. When you apply, you'll need to provide two child care references, one character reference, a medical report and a police clearance report. In addition, you must be interviewed in English, complete a personality profile test and show proof of secondary school education.

**Q. How do I apply to be an au pair?**
A. Fill out the online application request form. Once you have submitted this form, a representative in your home country will provide you with a full application form and get you started in the process.

**Q. How long is the InterExchange Au Pair USA program?**
A. The program lasts for 12 months. If both you and your host family want to continue your placement, an extension option is available. Under this option, you may stay with you host family an additional 6, 9, or 12 months. Extensions must also be approved by the U.S. Department of State.

**Q. How long will I be able to stay in the United States after I complete my time with my host family?**
A. Once you successfully complete your time with your host family, you may stay in the United States on the J-1 Visa for an additional 30 days. You can use this time to travel around the U.S.; however, you are not permitted to work.

(top)

### Life as an Au Pair

**Q. What will my responsibilities be as an au pair?**
A. You'll be required to provide up to 45 hours per week of child care. Part of your duties might include getting the children ready for school, preparing meals and packing lunches, bathing the children, cleaning play areas, doing the children's laundry and making their beds. Because you'll be living as an extended member of the host family, you should also be sure to clean up after yourself and care for your living space.

**Q. How much will I be paid?**
A. Currently au pairs are paid about $195 per week. You'll also receive room, board and a stipend of up to $500 to pay for 6 credit hours of classes at an accredited educational institution.

**Q. Do au pairs clean the house or do other domestic duties?**
A. No. Au pairs are treated as an extended member of the host family. Your duties as an au pair will all relate to taking care of the children. These responsibilities may include picking up after the children, preparing some meals, doing the children's laundry and performing certain regular chores. However, you will not be expected to clean the entire house, do the family laundry or to regularly prepare meals for the entire family.

**Q. Will I be able to take classes?**
A. Yes. All au pairs on J-1 Exchange Visitor visas must complete 6 credit hours at an accredited educational institution. You will not be able to extend your stay without first completing the educational requirement.

**Q. Do I need to be able to drive a car?**
A. InterExchange doesn't require you to be able to drive, but almost all host families need an au pair who is a safe and experienced driver. If you are a good driver, it will be easier for you to find a host family. In most American cities it is necessary to drive.

**Q. Will I have my own bedroom?**
A. Yes.


EXHIBIT
Mc Hugh 41
4/6/17
JEREMY RICHMAN

PLAINTIFFS' RESP. APP.0002727



time with your host family. If you plan to travel outside of the United States with your host family, you must comply with the specific visa rules and regulations of the destination country. Be sure to research those regulations prior to departure. Also, you must be sure to carry your DS-2019 form at all times.

(top)

## Costs & Fees

**Q. Will I have to pay any program fees?**
A. To participate in the program, you will need to pay a Program Share Fee. The amount of the fee differs from country to country. The representative in your area will be able to provide you with specific details.

**Q. Will I have to purchase medical insurance while I'm in the United States?**
A. InterExchange Au Pair USA will provide you with accident and sickness insurance for the duration of your au pair program dates at no additional cost to you.

(top)

PLAINTIFFS' RESP. APP.0002728

# Exhibit 311



**AU PAIR USA** 2012 Host Family Agreement

# AU PAIR USA
# Host Family Agreement

This Au Pair USA Host Family Agreement (herein after the "Agreement") is entered into by InterExchange, Inc. ("InterExchange"), a not for profit 501(c) (3) corporation with its principle place of business located at 161 Avenue of the Americas, New York, NY 10013 and the named signatories for the Host Family (herein after the " Host Family"). For the purposes of this Agreement, the signatures for the Host Family authorizes this agreement on behalf of all members of the Host Family's household including any other individuals residing in or frequently staying at the Host Family's residence.

**Background**

InterExchange is a designated sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs (the "Program"). The Program allows foreign Participants ("Participant" herein defined below) to enter the United States to work as Au Pairs so that the Participant may increase their understanding of American culture and society and enhances the American Host Family's knowledge of foreign cultures through an open interchange of ideas.

This J-1 Visa Program requires employment for Au Pairs as part of the Cultural Exchange Program so that cost and expenses incurred during the Participant's time in the U.S. may be offset by the Program Stipend paid by the Host Family.

Agreement

Now, the Host Family and InterExchange agree to the following terms and conditions:

**1. Definitions.** Host Family agrees to the Definitions:

a. "**Adjustment Period**" begins when an Au Pair (see definition) first arrives to live in a Host Family's (see definition) home and ends thirty (30) days after the Au Pair has been living in a Host Family's home. During this period, an Au Pair cannot Transition (see definition) to a Rematch (see definition) Host Family except, in rare cases, Au Pairs may be moved as required by InterExchange.

b. "**Applicable Fees, Discounts, Refunds & Stipends Schedule**" means terms and conditions of the Fees, Discounts, Refunds & Stipends Schedule in effect when a Host Family submits a complete application (e.g., the fees for an Extension shall be determined by the Applicable Schedule in effect at the time of submission of a complete Extension Application). The Applicable Schedule terms shall be incorporated into the Agreement in Exhibit A.

c. An "**Applicant**" or "**Candidate**" is anyone who applies to the Au Pair USA Program about whom InterExchange has not yet determined his or her suitability for the Program.

d. "**At-Will Employment**" means either the Host Family or the Au Pair may end the employment relationship between the two parties at any time.

e. An "**Au Pair**" is a carefully screened Participant (see definition), who is between the ages of 18 and 26, is a secondary school graduate or the equivalent, and is proficient in spoken English. Au Pairs are Matched (see definition) with a Host Family for cultural exchange purposes. The Au Pair lives with and provides child care services to a Host Family for up to ten (10) hours a day and forty-five (45) hours per Week (see definition below) per Program regulations. The Au Pair is provided numerous cross-cultural activities, including, without limitation, taking at least six (6) credit hours of educational course work at a U.S. educational institution while participating in the Au Pair USA Program.

f. "**Culture Exchange Program**" is a non-immigrant program operated by the U.S. Department of State's Bureau of Education and Cultural Affairs that increases a Participant's understanding of American culture and society and enhances the Host Family's knowledge of foreign cultures through an open interchange of ideas between Au Pairs and Host Families and the communities in which they live.

g. "**Extension**" is a period of time in which the U.S Department of State allows a one-time extension of the Au Pair Program for six (6), nine (9), or twelve (12) additional months contingent upon successful completion of the initial 12-month Program and subject to certain additional limitations.

h. "**30-Day Travel/Grace Period**" is the 30-day cultural exchange travel or "grace" period to which Au Pairs are entitled upon successful completion of the requirements of the Au Pair USA Program. During this 30-day period, Au Pairs are not permitted to engage in any employment. Au Pairs are required to leave the U.S. before the end of this 30-day period.

i. "**Host Family**" is a carefully screened family of U.S. citizens or legal permanent residents who participate in the Au Pair USA Program by matching with an Au Pair to utilize the Au Pair's child care services for cultural exchange purposes.

j. "**In-Country**" means an Au Pair is already in the U.S. An In-Country Au Pair may be in the U.S. due to an Extension or Transition.

k. "**Insurance**" is accident and sickness coverage from an insurance company authorized by InterExchange (or, in rare cases, an International Cooperator (see definition below)) that meets or exceeds U.S. Department of State requirements.

l. "**International Cooperator**" or "**IC**" is an independent contractor that performs services for InterExchange including, without limitation, recruiting Au Pairs for the Program, assisting the Candidates and InterExchange with the application process and providing additional pre-arrival support after the Au Pair is matched with a Host Family.

m. "**J-1 Visa Sponsorship**" means a non-immigrant cultural exchange visa issued pursuant to 8 U.S.C. 1101(a)(15)(J).

n. "**Local Coordinator**" is the InterExchange independent contractor or representative who liaises with the Au Pair and Host Family in the Host Family community. The Local Coordinator provides information in compliance with InterExchange Au Pair USA rules and requirements and coordinates monthly gatherings for InterExchange Au Pairs in the cluster area.

o. "**Match**" is the process by which the Host Family chooses to host the Au Pair, who as a result of being matched receives sponsorship for cultural exchange purposes under a J-1 visa sponsored by InterExchange.

p. "**Orientation**" is the period of time during which Participants visit New York City to be trained by InterExchange and are provided detailed information about the Program before the Participants start employment as an Au Pair for Host Families.

q. "**Paid Vacation Days**" means the days under the Regulations and InterExchange requirements that a Host Family must provide paid time off to an Au Pair. The calculation for determining both the number of days off and payment to be received by the Au Pair is defined in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

r. "**Participant**" is a suitable and qualified Candidate who matches with a Host Family and takes part in the InterExchange Au Pair USA Program under U.S. Department of State regulations and InterExchange's requirements.

s. "**Program**" or "**Au Pair USA Program**" or "**Au Pair USA**" means the Cultural Exchange Program as administered by InterExchange. The Program includes the initial twelve (12) month Program, Transitions and Extensions.

t. "**Rematch**" is the process by which an in-country Au Pair is Matched to a Host Family other than the one to which he or she was originally Matched. Please see the definition of "Match."

u. "**Replacement**" is an Au Pair who replaces another Au Pair after a Host Family enters Transition.

v. "**Social Media**" means a wide range of new and evolving communication tools including, without limitation, multi-media and social networking websites such as MySpace, Facebook, Yahoo! Groups, LinkedIn, Flickr and YouTube and other media or video sharing sites; Blogs; Wikis such as Wikipedia and any other site where text or photos can be posted; Sites and/or apps live Twitter on smart devices such as cell phones, digital tablets and similar communication devices.

w. "**Special Needs Child**" is a Host Family child with emotional, physical or psychological needs, as identified by the Host Family, that require additional child care services from the Au Pair other than child care services generally provided to Host Families.

x. "**Sponsor**" is a legal entity designated by the U.S. Department of State to conduct Cultural Exchange Programs under the J-1 Visa.

y. The "**Stipend**" is the minimum amount that the Host Family is required to pay the Au Pair pursuant to U.S. Department of State regulations and employment and labor laws of the U.S.. The current minimum required Weekly amount is one hundred ninety-five dollars and seventy-five cents ($195.75).

z. "**Suitable Candidate**" means a candidate who meets the Program requirements of the both the U.S. Department of State regulations and InterExchange guidelines.

aa. "**Transition**" is the process by which a Host Family or Au Pair may either leave the Program or be Rematched with a new placement.

bb. "**Work Week**" or "**Weekly**" means the five and a half (5 ½) days that the Au Pair is expected to perform Au Pair Services for the Host Family under the Agreement. If



**EXHIBIT**

McHugh 45

4 ⅙ 117

JEREMY RICHMAN

InterExchange0007546

**InterExchange**

not capitalized, this word "week" means the five and half (5 1/2) days plus the one and a half  (1 1/2) day off, which equalsipas a total of seven (7) days.

cc. **"Withdrawal"** means that a Host Family or Au Pair voluntarily ends its relationship with InterExchange.

dd. **"3-Point Meeting"** is an optional meeting facilitated by a Local Coordinator or InterExchange to mediate differences between a Host Family and an Au Pair.

### 2. Cultural Exchange Program, Key Documentation, Suitability & Respect

a. **Cultural Exchange Program**. Host Family understands and agrees with the following:

   (i) Host Family understands that InterExchange operates Au Pair USA as a Cultural Exchange Program. Host Family agrees that any conflict between the cultural exchange purposes of the Au Pair USA Program and the child care services offered by the Au Pair shall be decided in favor of the cultural exchange purposes of the Program.

   (ii) Host Family understands that InterExchange is a designated Sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs. To participate in the Au Pair USA Cultural Exchange Program, Host Family must comply with all of the regulations published by U.S. Department of State as set forth in 22 CFR Part 62, which may be amended. By signing this Agreement, Host Family acknowledges a receipt of a copy of 22 CFR Part 62.31 and the Department of State publication "The Au Pair Exchange Program" from InterExchange.

b. **Additional Key Documents**. Host Family agrees that InterExchange e-mail communications, publications (e.g., Host Family handbook), application/s and website information  (e.g., the Passport system) about the Au Pair USA Program (herein "Requirements") are incorporated into this Agreement, provided, however, that the Requirements do not conflict with either the terms and conditions of the Agreement or U.S. Department of State regulations.

c. Host Family agrees that U.S. Department of State regulations are controlling if there is a conflict between the regulations and this Agreement.

d. **Suitability**. Host Family agrees that InterExchange has the right to determine Host Family's suitability for the Au Pair USA Program. The right of suitability shall continue during, without limitation, the application process, Au Pair placement with the Host Family and Host Family's ongoing participation in the Program. InterExchange, at its discretion, may make reasonable inquiries to third parties to determine Host Family's suitability. Host Family agrees to supply references and job verification upon submission of Host Family's application.

e. **Respect**. The Host Family agrees to treat Au Pair(s) with respect and dignity as cultural ambassadors of the international community.

### 3. Interview Process. The Host Family agrees to make reasonable direct contact with Au Pair candidate(s) that the Host Family believes are potential Matches or Rematches during the interview process or prior to making an offer to host. At a minimum, Host Family agrees to interview each potential Au Pair for by telephone or electronic telephony (e.g., Skype) prior to agreeing to a Match or Rematch.

### 4. Communications with InterExchange.

a. **Family Day Conference**. The Host Family agrees to attend at least one of the two family day conferences organized by InterExchange's Local Coordinator during the Program year and understands that failing to do so is grounds for termination of continued or future participation in the Program.

b. **InterExchange Contact**. The Host Family agrees to facilitate regular contact between InterExchange, Au Pair(s) and Host Family to ensure the success of the exchange, and to provide orientation, assistance and counsel. Host Family agrees to cooperate fully with InterExchange and its representatives in their role of monitoring and implementing the Au Pair USA Program.

c. **Emergency or Dispute Contact**. Host Family agrees to notify InterExchange by telephone and in writing if a serious problem and/or dispute develops between Host Family and Au Pair(s). If the Au Pair is injured, ill or is in an accident or arrested, Host Family agrees to contact the Local Coordinator and an InterExchange manager immediately.

d. **Local Coordinator Contact**. Host Family agrees to respond to monthly contact inquiries from the Local Coordinator.

### 5. Local Coordinator. While Host Family should seek general direction and advice about the Program from the Local Coordinator, Host Family understands and agrees that InterExchange managers make all final decisions. Host Family understands that statements by the Local Coordinator are not binding on InterExchange unless confirmed in written policy and under the terms and conditions of this Agreement. If Host Family has any questions or concerns regarding the Local Coordinator, Host Family must contact an

InterExchange manager directly.

### 6. Host Family Obligations to Au Pair(s). Host Family agrees to ensure that Au Pair(s) employed by the Host Family must receive the following from the Host Family.

a. **Host Family/Au Pair Agreement**. Prior to Au Pair's departure from Au Pair's home country, Host Family must enter into a signed written agreement with the Au Pair. Host Family must provide an outline of Au Pair duties and schedule in the Host Family application, which may be amended from time to time, but shall in no way conflict with terms and conditions that are acceptable under Program rules, regulations and the terms and conditions of this Agreement. Host Family agrees to clearly and accurately set forth the obligations expected of Au Pair as detailed through the Host Family application and any additional terms and conditions set forth in the agreement between the Host Family and the Au Pair. Host Family agrees that the Host Family/Au Pair Agreement shall include, without limitation, compliance under the Fair Labor Standards Act. Host Family agrees that the agreement between the Au Pair and the Host Family must be signed only after a Match with an Au Pair prior to Au Pair's departure from his or her home country. Host Family understands that InterExchange does not offer an Educare program.

b. **Room and Board**. Each Au Pair must be given room and board. Au Pair's room must occupy a separate room, which must be private, not subject to dual use (e.g., a bedroom and a room where the family does its laundry, a family entertainment room, or a bedroom occupied by two Au Pairs) and approved satisfactorily by InterExchange's Local Coordinator. If the Au Pair is joining the Host Family on a vacation, Host Family understands and agrees that no adult may share a room with Au Pair, and Au Pair must not share a bed with anyone, including, without limitation, children.

c. **Stipend**. Host Family agrees that Au Pair must be given at least the minimum appropriate U.S. State Department mandated Stipend. Host Family must pay the Weekly Stipend on a set day. If paying by check, Host Family must maintain sufficient funds in the applicable checking account to fund all outstanding Stipend checks. InterExchange highly recommends that Host Family account for the Stipend payment on a monthly basis to avoid any failures to pay due to insufficient funds and the resulting charges and fees for which the Host Family would be responsible for paying. In compliance with the terms of this Agreement, Host Family understands and agrees to additional terms regarding the Stipend as set for in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into this Agreement.

d. **Hours of Work**. Au Pair must not work more than forty-five (45) hours per Work Week or ten (10) hours per day. Au Pair must receive a written schedule at least one week in advance. Generally, Host Family agrees to arrange a consistent schedule of work hours per Week to conform to Program requirements.  (e.g., if Host Family schedules Au Pair work hours from Monday through Saturday, this means the Au Pair work hours must be Monday through Saturday for the duration of the Program without variation).  The Host Family and Au Pair may renegotiate the hours on a mutually agreed upon basis provided that the changes in hours does not violate this Agreement, U.S. Department of State regulations, or employment and labor laws.

e. **Time Off Per Week**. Host Family agrees that Au Pair must be given at least one and a half (1 1/2) days off every week and one free weekend (Friday early evening to Monday morning) each month.

f. **30-Day Travel/Grace Period**. As part of the Culture Exchange Program, Au Pairs, who meet the requirements of the Program, are allowed a 30 day Travel/Grace Period during which the Au Pair may travel in the U.S. after their employment with Host Family. The Host Family agrees that Host Family is not permitted to employ the Au Pair during the 30-Day Travel/Grace Period.

g. **Vacation**. Host Family agrees to give Au Pair Paid Vacation Days under the terms set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule, during which time period the Au Pair is not working, to be taken at a mutually agreed upon time during the exchange. Host Family understands that vacation pay is not paid in advance.

h. **Education**.

   (i) **Required Educational Courses**. Host Family must give Au Pair adequate time to complete the U.S. Department of State required six (6) semester hours of academic courses at an accredited post-secondary institution during the twelve (12) month stay. In addition, Host Family must give an Education Stipend up to five hundred dollars ($500.00) as described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. Host Family understands that the Au Pair must use the Education Stipend for educational courses. Further, Host Family agrees to facilitate transportation to such classes.

   (ii) **Educational Requirements After Transition (if applicable)**. If a Host Family is Rematched with a new Au Pair after Transition (see Transition below), the Host Family shall be responsible for assisting the Rematched Au Pair in meeting

InterExchange0007547

PLAINTIFFS' RESP. APP.0002731

the educational requirements as set forth in the Required Educational Courses section of this Agreement, including, without limitation, transportation for the six (6) semester hours in the manner required by the U.S. Department of State. Host Family agrees that Host Family shall pay a pro rated amount of the five hundred dollar ($500) balance left based on the time that the Rematched Au Pair has remaining in the Program, which shall be calculated at a pro ration yearly equaling nine dollars and sixty-two cents ($9.62) per Work Week in a standard 52-Work Week Program (e.g., if Transition to a Rematch with 27 Work Weeks left on the Program, the Host Family will be responsible for paying two hundred fifty-nine dollars and seventy-four cents ($259.74) towards the Au Pair's educational courses for the twenty-seven (27) Work Weeks remaining). The pro rated Weekly amount applies to Transitions that occur during this Program.

    (iii) **Additional Cost of Courses**. Host Family understands that all additional costs for educational requirement are the responsibility of the Au Pair.

    (iv) **Optional Educational Courses**. If a remaining balance is left from the five hundred dollars ($500.00) after an Au Pair completes the requisite six (6) semester hours, Host Family agrees that the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement for academic courses at an accredited post-secondary institution. If the Au Pair elects to take additional course, Host Family agrees to facilitate transportation to such classes.

    (v) **Driver's Education**. If the Host Family or state law requires that the Au Pair take a driver's education course and driving is required as part of the Au Pairs duties, Host Family shall be responsible for paying the cost of the course. If state law and the Host Family do not require that the Au Pair take a course in driver's education, the Au Pair shall be responsible for costs of taking any driver's education course.

7. **Child Care Services**. Host Family agrees to the following terms and conditions regarding Au Pair child care services.

  a. **Under Age of Two (2)**. Au Pair must not work in a family home with a child under the age of two (2) unless the Au Pair has at least two hundred (200) hours of documented experience working with children under the age of two. Host Family must promptly notify InterExchange if a child under the age of two years joins the household at any time during the Program. If a child under the age of two joins the home, the previously placed Au Pair will not be permitted to remain in the home without 200 hours of documented experience working with children under the age of two.

  b. **Under Age of Three (3) Months. If there are any children under three (3) months old living in the home, Host Family agrees that there must be a responsible adult (e.g., grandparent or home nurse) in the home at all times and the Au Pair must not be left as the sole child care provider, even for a limited amount of time, including sleeping hours.**

  c. **Special Needs Children**. Prior to the arrival of the Au Pair, Host Family agrees to inform InterExchange about Special Needs Children to whom the Au Pair is expected to provide child care services. Host Family agrees that Au Pair shall provide child care services to the extent of Au Pair's training or lack thereof.

  d. **First 3 Days in Home**. During the first three (3) days of an Au Pair's stay in the home, a parent or another responsible adult (e.g., grandparent or home nurse) must remain in the home to facilitate the adjustment of the Au Pair into the family, household and community.

  e. **Medicine or Therapeutic Treatment**. Host Family agrees that the Au Pair shall not be responsible for the administration of any medicine or medical or therapeutic treatment.

  f. **Child Care Includes**. Au Pair's duties shall be restricted to childcare/child care and responsibilities related to care of the children of the Host Family. This may include active duties such as general supervision of play and homework, driving children to school, preparing children's meals, straightening their rooms, and doing the children's laundry as well as passive duties such as being present when the children are sleeping. All time spent on childcare/child care duty counts toward the 45 hours per Work Week maximum.

  g. **Child Care Does Not Include**. Au Pair must not perform heavy choresirs, including, without limitation, the care of any children that are not the Host Family's children, yard work, window washing, scrubbing floors, or care for pets.

  h. **Disciplining Children**. Host Family agrees not to ask the Au Pair under any circumstances to physically discipline children in any way (e.g., hitting or withholding food as punishment). If Host Family has questions about appropriate behavior, Host Family must ask the Local Coordinator for guidance.

8. **Monthly Cluster Meetings**. Host Family agrees to facilitate attendance and provide time off and transportation for an Au Pair's monthly cluster meetings with InterExchange's Local Coordinator.

9. **Auto Requirements**

  a. **Legally Allowed to Drive**. Host Family agrees to be responsible for determining whether an Au Pair is legally allowed to drive in the Host Family state of residence. Host Family agrees to conform to any and all state or local laws regarding the Au Pair's use of Host Family's automobile, including the Au Pair obtaining a local driver's license and familiarization with local roads and traffic patterns.

  b. **Vehicle Insurance**. Host Family agrees to provide automobile insurance at the Host Family's sole expense if the Au Pair uses any of the Host Family's vehicles. The insurance coverage must not be less than the minimum mandatory insurance coverage required by law in the Host Family's state and city of residence.

  c. **Cost of Gas/Fuel and Vehicle Expenses**. Host Family agrees to pay for fuel and any other vehicle expenses accrued during the period under which the vehicle is used by the Au Pair and while Au Pair is performing her/his duties or when driving to/from meetings and/or educational courses that are requirements of the Program.

  d. **Vehicle Damage**. Host Family agrees that Au Pair shall only be responsible for damages as described under the Liability section of this Agreement.

10. **Insurance.**

  a. **Accident and Sickness Insurance**. Except for covering Au Pair's insurance during the 30-Day Grace/Travel Period, Host Family agrees to cover the cost of Insurance through Program Fees as described in the Fee section of this Agreement. Host Family may, at Host Family's sole election, pay for the Au Pair's insurance during the 30-Day Travel/Grace Period, provided, however, that the Host Family understands that this fee is not part of the Program Fee. Host Family understands that the Insurance is provided through a vendor that is authorized by InterExchange, but InterExchange is neither a seller nor reseller of the insurance. While insurance meets or exceeds the limitations required by the U.S. Department of State regulations. Host Family understands that the insurance coverage contains limitations and exclusions, which may affect Host Family as Host Family's Au Pair's Employer. InterExchange highly recommends that the Host Family explore the limitation and exclusions of the coverage at the following link: http://www.interexchange.org/au-pair-usa/jobs/insurance-information.

  b. **Insurance Disputes**. While InterExchange may make a good faith effort to help resolve disputes, Host Family agrees that any disputes regarding coverage issues are strictly between Au Pair and the third party insurance company. Host Family agrees with the Liability section limitation that InterExchange is not liable for the disputed matter.

  c. **Additional Insurance**. Host Family agrees to be responsible for determining whether any additional types of employee insurance are required under federal, state and/or local laws. Host Family understands that InterExchange is not responsible for providing guidance regarding insurance matters.

11. **Travel Requirements.**

  a. **Outside Local Community**. If a problem or emergency arises when traveling with the Au Pair outside of their local community, Host Family shall be responsible for making arrangements at Host Family's expense to promptly return the Au Pair to Host Family's community, provided, however that returning the Au Pair to Host Family's community is not prohibited by medical professionals or legal authorities. Host Family shall also immediately notify the Local Coordinator and an InterExchange manager about any problems and/or emergencies.

  b. **Travel In Excess of Thirty (30) Days**. Host Family agrees that travel with the Au Pair in excess of 30-days within the U.S. or outside of the U.S. shall require prior written consent from InterExchange.

  c. **After Program Ends**. Host Family agrees to assist InterExchange in ensuring that the Au Pair leaves the United States at the conclusion of the Program year, including Extensions (See Extensions as described in this Agreement), in compliance with the regulations.

12. **Au Pair Well-Being and Living Situation**. Host Family agrees to notify InterExchange in writing in the event that Host's family situation changes in any way that may impact Au Pair well-being or living situation. Such changes include, without limitation, someone joining the household, a change of family address, divorce/separation of the Host Family, illness in the Host Family, death in the Host Family, arrest of a member of the Host Family, legal proceedings involving the Host Family (e.g., divorce or bankruptcy) or other significant events that may occur during the Program.

13. **Emergency Plan.**

  a. In case of emergencies (e.g., hurricanes, floods, earthquakes, landslides, fires, terrorist attacks), Host Family must follow guidance issued by InterExchange regarding Au Pair for the purpose of ensuring the safety and wellbeing of Au Pairs. Host Family shall also follow any updates included in the Host Family Handbook regarding safety and emergencies.

InterExchange0007548

PLAINTIFFS' RESP. APP.0002732

b. The most important aspects of promoting safety are communication, preparedness and coordination. Host Family shall have an emergency contingency plan and make plan known to Au Pairs. Timely communication with InterExchange throughout an emergency event is necessary and a requirement of the Program. Host Family shall always respond to InterExchange's inquiries about the safety of Au Pairs as soon as reasonably possible.

c. InterExchange also requires that the Host Family make the Au Pair aware of emergency and evacuation procedures issued by authorities, and that the Host Family must encourage compliance. Any procedures advocated by authorities shall take precedent over any procedures communicated to the Host Family by InterExchange.

**14. Au Pair Status & Removal**

a. **Au Pair Status.** Host Family agrees that any decision regarding the Au Pair's Program status, dismissal or replacement shall be made at the sole discretion of InterExchange and shall be final.

b. **Removal in case of accident or illness.** Host Family agrees that in the event of an accident or serious illness that, in the judgment of InterExchange, prevents the Au Pair from continuing her/his duties, the Au Pair may end or be asked to end the Program early and return home. In such a circumstance InterExchange will use reasonable efforts to Rematch the Host Family with an Au Pair through InterExchange's Transition process.

c. **Removal for exploitative or unreasonable circumstances.** Host Family agrees that if InterExchange finds that an Au Pair is subject to exploitative or other unreasonable circumstances or conditions (e.g. failure to pay the appropriate Weekly Stipend, a failure to provide the agreed upon free time or educational benefits required under this Agreement or otherwise fail to meet Department of State regulations), InterExchange may, at its sole discretion, immediately withdraw the Au Pair from the household, and Host Family shall not be entitled to a replacement Au Pair or any refund. Under the conditions described in this paragraph, this Agreement shall terminate automatically; provided, however that all terms regarding payment of fees shall survive the Agreement and Host Family shall pay the cost of immediately removing the Au Pair from Host Family. Any legal expenses arising out of actions as described herein shall be subject to the Indemnification Clause as set forth in Liability section of this Agreement.

d. **Illegal Activities. Host Family shall not ask Au Pair** to engage in any illegal activities (e.g., illegal drugs, prostitution). InterExchange will immediately remove Au Pair from the Host Family's home if Au Pair discovers or believes Host Family is engaged in any illegal activities regardless of the Au pair's involvement in the illegal activities.

**15. Transition.** After an initial adjustment time of one month following an Au Pair's arrival, InterExchange has a Transition procedure in the eventuality that the relationship between the Host Family and the Au Pair breaks down and/or ends.

a. **Transition- General Procedure.** The Transition process shall be triggered under the following circumstances:

(i) The Host Family or the Au Pair communicates to InterExchange a breakdown in the relationship between the Host Family and the Au Pair.

(ii) Upon receiving communication regarding a breakdown in the Host Family and Au Pair relationship, a Local Coordinator may mediate a meeting between the Host Family and Au Pair if it is determined that a mediation will help.

(iii) If there is not a resolution of the dispute, the Host Family and Au Pair shall be placed into Transition, which shall mean for the Host Family either a Rematch or Withdrawal or a determination that Host Family is Unsuitable (see below) for the Program.

(iv) During Transition, the original Au Pair may remain in residence with Host Family for several weeks or be removed, if reasonably feasible, into temporary housing arranged by the Local Coordinator and authorized and approved by InterExchange. The Au Pair may continue to fulfill childcare/child care responsibilities if requested by Host Family to perform these services so long as the Au Pair receives the appropriate Weekly Stipend and follows Program requirements and regulations until a new Rematch Au Pair replaces the original Au Pair. InterExchange shall make best efforts to Transition the Au Pair from Host Family as quickly as is reasonably possible. Host Family understands and agrees that InterExchange cannot provide exact timelines regarding the Transition process. Host Family understands and agrees that at no time should the Au Pair be asked to leave without InterExchange having secured accommodations for the Au Pair.

b. Upon entering Transition, Host Family understands and agrees that its future participation in the Au Pair USA Program shall occur as follows:

(i) **Transition- Rematch**

1. InterExchange will make reasonable attempts to locate another Au Pair for the Host Family.

2. Subject to the requirements of the interview, the Host Family shall carefully choose an Au Pair from the Au Pair candidate(s) presented.

3. If a Rematch occurs, Host Family agrees that the Program length shall be adjusted to match the new Au Pair's Program length (e.g., if a new Au Pair has 3 months left within the Program, and the prior Au Pair had 9 months left, then, the contract length for the Host Family would be adjusted to require 3 months, or, if an Au Pair has 9 months left in the Program, and the prior Au Pair had 7 months, then the total time left on the contract for the new Au Pair would require 11 months).

4. If a Rematch takes place, InterExchange and the Local Coordinator organize the travel details by working with the Host Family and the new Au Pair. Subject to the terms and conditions set forth in the Fees & Payment Section, the Host Family agrees to cover the cost of travel for the new Au Pair replacing the existing Au Pair. Subject to the Fees & Payments Section, Host Family agrees to drive the existing Au Pair to the airport and/ or pay incidental cost to facilitate travel.

(ii) **Transition - Withdrawal.** Host Family, at its sole discretion, may elect to withdraw from InterExchange's Au Pair Program.

(iii) **Transition - Unsuitable.** InterExchange, at its sole discretion, may determine that the Host Family is unsuitable to remain in InterExchange's Au Pair Program.

c. **Additional Fees.** InterExchange policies regarding any additional fees and expenses for Transition are set forth under the Education, and, separately, the Fee and Payment clauses of this Agreement and in the incorporated applicable Fees, Discounts, Refunds & Stipends Schedule.

**16. Extension of Program**

a. Host Family agrees that Au Pair(s) wishing to participate in the Extension Program must submit their application on or before the Au Pair USA's published deadline date as set forth on InterExchange's website:

http://www.interexchange.org/au-pair-usa/joos/extending-your-stay

Host Family agrees that InterExchange does not guarantee that the Department of State will approve any extension request.

b. If the Host Family is planning to travel outside of the U.S. during the Extension period, the Host Family understands that Au Pairs participating in the Extension Program will receive an updated DS-2019 form that reflects the updated Program dates. Although Au Pairs will have a valid DS-2019 form, the J-1 visa in his/her passport may have expired during the first 12-months of stay in the U.S. InterExchange discourages Au Pair travel outside of the U.S. after the J-1 visa expires as Au Pair may not be allowed re-entry to the U.S.

c. Upon conditions of InterExchange receiving and approving a timely submission of the Extension application, InterExchange shall submit the application to the U.S Department of State for approval or denial on behalf of the Host Family, provided, however, that Host Family has paid all fees as required by InterExchange and the U.S. Department of State. After submission of a complete Extension application, the Extension Agreement shall be incorporated into this Agreement as an Attachment. Except as set forth in the Attachment, the general terms of this Master Agreement shall control regarding obligations of the Host Family during the Extension.

d. **Extension Fees.** InterExchange policies regarding any Extension Fees and expenses are set forth under the Education, and, separately, the Fee, Cost and Payments Sections of this Agreement, the Extension Agreement and in the incorporated Applicable Fees, Discounts, Refunds & Stipends Schedule.

**17. Fees, Costs & Payments**

a. **Fees.** Fees (e.g., Program Fees, which shall include the cost of Au Pair's insurance, Prorated Weekly Fees, and Extension Fees) are described in the Applicable Fees, Discounts & Stipends Schedule.

b. **U.S Department of State Fees.** U.S. Department of State Fees (e.g. SEVIS), if any, are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. Host Family is responsible for paying all fees due to the U.S. Department of State. U.S. Department of State. Host Family understands and agrees that U.S. Department of State fees are not a part of fees that Host Family owes to InterExchange and, therefore, are not refundable.

c. **Discounts.** Discounts are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. If on a payment plan, all Discounts are deducted from the Program Fee Balance after the Host Family pays the Application Fee, if applicable.

InterExchange0007549

PLAINTIFFS' RESP. APP.0002733

InterExchange | AU PAIR USA 2012 Host Family Agreement

and Program Fees in full.

d. **Refund.** The Refund Policy is described in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

e. **Waiver.** Waivers, if any, shall be applied in compliance with the Waiver and Dispute Clauses of this Agreement.

f. **Additional Fees & Costs.** If an Au Pair must be removed from the Host Family's home due to, without limitations, unsuitable, unreasonable or exploitative circumstances, InterExchange shall be entitled to recoup any and all additional expenses, including, without limitation, Au Pair housing and transportation costs, collection and attorneys fees and the cost of any consequences arising from the Host Family that InterExchange incurs in removing the Au Pair.

g. **Credit Check.** Host Family agrees that InterExchange, at its sole discretion, may check Host Family's credit. The Host Family shall bare the cost of the credit check. Any subsequent agreement by a third party vendor authorized to perform a credit check on InterExchange's behalf shall be incorporated into this Agreement to the extent that said subsequent agreement does not conflict with this Agreement. In the case of a failure to pay or request for changes in payment by the Host Family that differ from the payment options available under this Agreement, Host Family understands that the credit check shall be automatic.

h. **Payment Plan Options.** Host Family agrees to pay by one of the three payment options offered by InterExchange:

   (i) **Pay In Full.** Host Family may pay all fees and costs in full that are due under the following terms:

   1. The Original Program Fees owed by the Host Family are due upon the date of Matching with an Au Pair.

   2. Extension Program Fees are due if an Extension is approved.

   3. Rematching Program Fees (if any) are due upon the date of Rematching with a new Au Pair.

   The due date of all fees shall be described in invoice(s) that Host Family shall receive either by mail correspondence, E-mail or the Host Family account in the Passport system.

   (ii) **Split Payment Plan.**

   1. Host Family may elect to make the Deposit Payment as described under the Fee Schedule as follows:

      a. Due upon Matching Host Family with an Au Pair

      b. Due if an Extension is approved

      c. Due upon Rematching with a new Au Pair (if fees are applicable)

   2. Pay the Program Fee balance upon arrival of the Au Pair into the United States, start of the Extension or arrival of the new Au Pair, which ever is applicable under the circumstances to the Host Family.

   (iii) **6-Month Payment Plan** Host Family may elect to make the Deposit Payment as described under the Fee Schedule upon Matching with an Au Pair and pay the Program Fee balance in 6 monthly installments upon the arrival of the Au Pair into the United States. The Host Family must pay the installments by Automatic Debit as defined below in this Agreement and in Exhibit B.

i. **Methods of Payment.** Host Family shall make payments to InterExchange through one of the following authorized methods of payment:

   (i) Electronic debit entries through an online payment system linked to InterExchange's corporate website (including the Au Pair USA Passport) system. Host Family understands and agrees that additional terms may apply related to a third party vendor, and that, while InterExchange encourages the Host Family to understand what those terms are that InterExchange is not responsible for the agreements between Host Family and third parties.

   (ii) ACH debits on a U.S. bank account under the terms set forth by InterExchange for the transaction in a separate agreement, which shall be incorporated into this Agreement. Host Family authorizes the financial institution (e.g., bank and/or credit company) ("Bank") named in the agreement to debit entries from the account.

   (iii) By checks drawn on U.S. bank accounts

   (iv) Bank account or credit card provided by Host Family as described in payment forms retained by InterExchange. These payment forms include, without limitation, "to Accept Credit Cards by Phone", "Automatic Payment Request", "Fees Payment Information", "Extension or the Bank

Account Information" forms. If an Accept Credit Cards by Phone form is used to process an immediate payment, InterExchange will send correspondence verifying that Host Family agreed to the payment. Subject to the terms of this Agreement for disputing payments within 15 business days, Host Family may dispute the credit card payment in writing under the Billing Dispute Process described in this Agreement. If Host Family fails to respond to the correspondence in writing, Host Family hereby agrees that the payment shall be considered binding and final.

j. **Payment by Third Parties.** Host Family understands that any third party making payments on behalf of the Host Family shall be subject to the applicable terms of this, including, without limitation any Cancellation and Refund Policies described in the applicable Fee Schedule.

k. **Additional Fees and Costs Due.** The amount due may change due to additional fees and/or costs incurred by Host Family under the terms and conditions of this Agreement. InterExchange shall provide written notice (e.g., via e-mail or the Passport system) to Host Family regarding additional fees and/or costs before electronically debiting Host Family's bank or credit card account.

l. **Invoices.** InterExchange shall provide Host Family with an invoice of all fees and expenses to be covered under the Program. From time to time, invoices may be adjusted to reflect changes in balances due to, without limitation, the Host Family going into Transition, payments made by the Host Family and the resolution of any disputes about Program Fees. If invoices are adjusted for any reason, the authorization to automatically debit the bank or credit card account shall be automatically amended to authorize the debit of an amount equal to the new total amount due. Host Family shall be sent a Statement for any charges in Host Family's balance via mail, electronic correspondence or through Passport, InterExchange's online platform found at InterExchange's website. Host Family shall be invoiced separately for Extension Fees only after InterExchange and the U.S. Department of State have approved the Extension.

m. **Due Dates.** Host Family Invoice Due Date is listed in the Invoice. Any amount left unpaid after the Due Date shall constitute an overdue payment. Host Family Statement Due Dates are listed in each Statement according to itemized adjustments for fees and expenses paid, new fees and expenses with a new due date, and any prior overdue fees and expenses. Any fees and expenses left unpaid after their Statement Due Dates shall constitute payments that are overdue.

n. **Insufficient Funds & Bank Fees.** If InterExchange incurs any costs related to, including, without limitation, insufficient funds, debit decline(s) and/or bank fees that arise out of any payments that Host Family fails to pay to InterExchange, Host Family shall be invoiced the amount of the costs and the costs shall be added to the total amount owed to InterExchange.

o. **Overdue Amount.** Host Family understands that all payments made under this Agreement shall apply against any Overdue Amount first. Host Family understands that failure to pay InterExchange's Program invoices by the due date will result in the assessment of interest charges calculated at a rate of 8% per annum, compounded monthly, of the overdue balance. Additionally, InterExchange shall be entitled to reimbursement from the Host Family for all costs incurred in recovering the overdue balances which may include, without limitation, collection fees of 25% of the overdue balance, attorney fees and/or court costs.

p. **Partial Amount Remaining.** If Host Family fails to pay in full all fees under the Payment Plan on or before said fees are due and/or any additionally incurred fees and/or costs on or before said fees and/or costs are due, Host Family shall be subject to the Failure to Pay clause of this Agreement.

q. **Failure to Pay**

   (i) If Host Family fails to make payments as required under the terms and conditions of this Agreement, InterExchange shall have the right to end the Host Family's participation in the Program and terminate this Agreement at InterExchange's sole discretion without written notice. In compliance with the Survival Clause of the Agreement, Host Family shall remain responsible for all fees and/or costs due under this Agreement without regard to termination of the Agreement. At InterExchange's sole discretion, an Au Pair may remain in Host Family's home for an additional two weeks, provided, however, that Host Family shall pay all Weekly Stipends, fees and costs incurred by InterExchange and the Au Pair during the two weeks. Regardless of whether the Au Pair remains in the home of Host Family, the failure to pay fees and costs when due under this Agreement is a material breach. At InterExchange's sole discretion, any cost incurred in addressing Host Family's breach of this Agreement shall be recouped from the Host Family. Said recoupment shall be invoiced to the Host Family, and, the Host Family shall be required to pay the balance due within thirty ($30) days or InterExchange may seek additional legal recourse.

   (ii) **Cure.** Host Family shall have 7 business days to cure termination of this

InterExchange0007550

PLAINTIFFS' RESP. APP.0002734

InterExchange                                                    **AU PAIR USA** 2012 Host Family Agreement

Agreement so long as the Au Pair has not been removed from the Host Family's home by paying all outstanding amounts due. In addition, any fees and costs incurred by InterExchange for failure to pay overdue amount shall be added to Host Family's total amount due and must be paid in full. At InterExchange's sole discretion, additional time may be added in the case of paying the additional amounts incurred by InterExchange due to the Host Family's failure to pay.

r.  **Bankruptcy**. In the event that Host Family files petition for bankruptcy or otherwise InterExchange finds evidence that Host Family is insolvent, this Agreement shall automatically terminate. InterExchange shall remove the Au Pair from the Host Family as quickly as is reasonably possible. To the extent allowed by law, InterExchange shall seek to recover any costs or damages from Host Family that arise from Host Family's bankruptcy. To the extent that obligations incurred in either this Agreement or the agreement between Host Family and Au Pair are non-dischargeable, this amount is due immediately, and Host Family shall pay in full. To the extent that State Department regulations supersede bankruptcy law, the amount is immediately due in full.

s.  **Billing & Payment Disputes**

(i)  If Host Family wishes to dispute an invoice, any amount due under this Agreement, or an Accept Credit Cards by Phone form, Host Family must contact InterExchange in writing within 15 days after receiving the invoice, the written statement in which the disputed balance first appears, or the correspondence regarding paying by an Accept Credit Cards by Phone form. The written documentation must describe in detail the basis of the dispute. Host Family must provide supporting documentation. If Host Family fails to dispute the invoice, the amount due under this Agreement, or the Accept Credit Cards by Phone form within the 15-day period, the invoice, the amount due under this Agreement, or the Accept Credit Cards by Phone form shall be considered binding under this Agreement.

(ii)  If a Host Family disputes an amount owed and/or due with written notice and documentation corroborating Host Family's assertion within the 15-day period allotted, InterExchange will conduct an investigation about the validity of the dispute. If invoice amounts change for any reason, invoices shall be automatically amended to authorize InterExchange the right to the debit an amount equal to the new total amount due. If InterExchange finds no basis for the dispute, the disputed amount shall be binding on the Host Family. By signing this Agreement, Host Family agrees to the terms of this billing dispute process.

(iii)  Host Family understands and agrees that because Host Family has a duty to screen Au Pair(s) under the Interview section of the Agreement and that InterExchange does not guarantee suitability of the Au Pair(s), Host Family cannot use suitability as a basis for disputing fees.

18. **Release, Intellectual Property & Disrepute.**

a  **Release**

(i)  Host Family gives permission to InterExchange to (i) take and retain any photographs, videos, audio recordings and other depictions of Host Family (collectively, the "Reproductions") during activities associated with InterExchange; (ii) retain any Reproductions that Host Family submits to InterExchange, or that Host Family posts on any InterExchange-branded or InterExchange-affiliated media site, social networking site or video upload site or "channel" or blog, including, without limitation, Facebook, Linked-In, YouTube, Twitter, or any other electronic site; and (iii) publish, distribute and display, either in whole or in part, any Reproductions in any and all media throughout the world, including, without limitation, media sites, social networking sites, video upload sites or "channels", blogs, electronic postings, calendars, brochures, advertisements and other promotional materials.

(ii)  Host Family hereby waives compensation and any right to inspect or approve any such uses and Reproductions. Host Family shall not submit any Reproduction unless Host Family first obtained permission from each person whose name, image, voice, or likeness is included in the Reproduction, and each such person has granted Host Family and InterExchange all copyright and other intellectual property rights, including renewal rights, necessary to use the Reproduction and his or her name, image, voice and likeness in it. Host Family hereby releases, discharges and agrees to hold InterExchange harmless from any liability arising out of InterExchange's use of the Reproductions, including any blurring, distortion, alteration, optical illusion or use in composite form with other works. Host Family hereby assigns all copyright and other intellectual property rights, including renewal rights, to InterExchange, in any materials produced that are the subject of this Release.

b.  **Intellectual Property.** If Host Family desires to use InterExchange Intellectual Property for any reason, Host Family shall contact InterExchange's Marketing

Department to request permission. Host Family shall not use InterExchange's Intellectual Property without having obtained prior written permission. InterExchange Intellectual Property shall mean, without limitation, InterExchange copyrights, trademarks and trade secrets, patents, online content appearing on InterExchange's website, Facebook and other Social Media content and marketing tools, marketing material and the application and other materials that I submitted to InterExchange.

c.  **Reputation.** Host Family shall not communicate in any manner with third parties that will disparage or attack the reputation or image of InterExchange to the public without first seeking to resolve the issue by contacting authorized representatives of InterExchange. For the purpose of this paragraph, the mediums covered include, but are not limited to, social media and any medium use in communicating with third parties. Host Family shall under no circumstances communicate disputes over invoices to InterExchange as per resolving disputes under the terms and conditions of this Agreement. If Host Family wishes to resolve invoice issues, Host Family must use the Dispute procedure under this Agreement.

19. **Privacy & Background Check**

a.  **Privacy**

(i)  **InterExchange Privacy Policy.** By signing below, Host Family accepts and agrees to be bound by InterExchange's Privacy Policy pursuant to InterExchange's Terms of Use located at www.InterExchange.org/terms-use, its Privacy Policy located at www.InterExchange.org/privacy-policy, Host Family Application and the terms and conditions set forth in this Agreement. Host Family agrees that Host Family has read each of these documents, which (if applicable) are incorporated herein by this reference, as they form a legal agreement between InterExchange and Host Family regarding the Privacy Policy of the Program. Host Family understands that in the event of any conflict between the Application, this Agreement and those of the Terms of Use and Privacy Policy, the Host Family agrees that the Terms of Use and Privacy Policy shall supersede with regard to the Privacy Policy.

(ii)  **Host Family duty to provide privacy.** Host Family understands and agrees that Host Family must protect the privacy of the Au Pair. In addition, Host Family agrees to protect the privacy of any party in a relationship with InterExchange and/or Au Pair USA, including, without limitation, InterExchange staff and Local Coordinators. If Host Family has questions about this clause, InterExchange recommends that Host Family contact an authorized InterExchange manager for guidance.

b.  **Background Check.** If Host Family requests additional screening of Au Pair at the Host Family's own expense, Host Family understands and agrees that Host Family must conduct such investigation pursuant to the laws of the U.S. and state and local laws in which the Host Family resides.

20. **Additional Agreement Terms.**

a.  **Entire Agreement.** Host agrees that the terms and conditions set forth herein, on the InterExchange website and in the InterExchange Au Pair USA Brochure and Host Family Handbook shall constitute part of this Agreement with InterExchange. If a term is found to conflict among the documents, this Agreement is controlling, provided, however, that the definition of the term is not required by law or U.S. Department of State regulations.

b.  **Documents incorporated into Agreement.** I understand and agree that 22 CFR Part 62, the Wilberforce Brochure (see below, "Dispute Process"), the Extension Agreement (if applicable and as described in the Agreement), the Au Pair Handbook, and the Department of State publication "The Au Pair Exchange Program" from InterExchange are incorporated into this Agreement. With regard to the use of InterExchange's website located at www.InterExchange.org ("Site"), I understand and agree that I must follow terms and conditions of www.InterExchange.org/terms-use and www.InterExchange.org/privacy-policy, which are incorporated into this Agreement for the purpose of Privacy Policy and site use only rather than for the general terms and conditions of the Program. Unless required by law or regulation (e.g., required 22 CFR Part 62, Wilberforce, the Department of State or federal, state or foreign law) or involving InterExchange's Privacy Policy, if there is a conflict between this Agreement and other documents incorporated into this Agreement, the Agreement shall be controlling.

c.  **Assignment.** This Agreement is restricted solely to Host Family and shall not be assigned, transferred, encumbered, or subject to any third party agreement without the written consent of InterExchange. Any attempted assignment will be void and of no effect. InterExchange may assign this Agreement to a successor (whether by merger, a sale of all or a significant portion of its assets, a sale of a controlling interest of its capital stock, or otherwise) which agrees in writing to assume InterExchange's obligations under this Agreement.

d.  **Third Parties and Third Party Beneficiaries.** Except as expressly stated under

InterExchange0007551

PLAINTIFFS' RESP. APP.0002735

InterExchange

**AU PAIR USA** 2012 Host Family Agreement

this Agreement (e.g., liability concerning motor vehicles set forth under this Agreement), Host Family agrees that the terms and conditions of this Agreement, expressed or implied, exist only for the benefit of the parties to this Agreement. No other person or entity will be deemed to be a third party beneficiary of this Agreement.

e. **Waiver.** Host Family agrees that InterExchange's failure to enforce any provision of this Agreement shall not be construed as a waiver or limitation of InterExchange's right to subsequently enforce and compel strict compliance with each and every provision of this Agreement.

f. **Void Provision.** Host Family agrees that if any provision of this Agreement is held to be void or contrary to law, such provision shall be construed as nearly as possible to reflect the intention of the parties, with the other provisions remaining in full force and effect.

g. **Headings.** All headings are for purposes of convenience only and are not to be used in interpretation or enforcement of this Agreement. Terms defined in the singular have the same meaning in the plural and vice versa.

h. **Change of Sponsor.** Host Family understands and agrees that InterExchange is not required to facilitate a request to change sponsors during the Program. Host Family understands and agrees that if this Agreement is terminated or otherwise the Host Family or Au Pair ends the Program, that the Au Pair must return to Au Pair's home country rather than stay in the U.S. Host Family agrees that Host Family shall owe InterExchange for any costs and/or expenses incurred by InterExchange due to a change of sponsor.

21. **Laws, Regulations & Culture.**

a. **U.S. State Department Regulations.** Host Family acknowledges and agrees that Host Family is participating in a Cultural Exchange Program and agrees to comply with all of the regulations published by United States Department of State under 22 CFR Sec. 62, which may be amended from time to time in the future.

b. **Federal, state and local laws.** Host Family must comply with federal, state and local laws of the U.S., including income tax filing requirements (see below), licensing for use of motor vehicles (and other motor vehicle requirements described in this Agreement) and laws regarding alcohol and drug use (see below for further details). Host Family takes full responsibility in the event that laws, regulations or customs are broken and for obtaining actual knowledge of these laws, regulations or customs as they pertain to the Au Pair.

c. **Taxes.** Host Family is hereby given notice that an Au Pair may be considered, under most circumstances, a non-resident alien who is not subject to Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Under some circumstances involving Participants who previously entered the U.S. under a J Visa program or as a student under the F Visa, Host Family is given notice that an Au Pair may be considered a resident immigrant for tax purposes and subject to paying Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Host Family understands it is Host Family's responsibility to contact a tax professional to determine the extent (if any) of any payroll taxes. For more information, InterExchange recommends that Host Family should visit the IRS website and search for "Au Pair." Under all circumstances, Host Family understands that an Au Pair is subject to paying federal, state (if applicable) and local (if applicable) income taxes on an Au Pair's Stipend. This information is provided for notice purposes only, "as is" and is subject to change.

d. **Drugs and Alcohol.** In the case of interacting with Au Pairs, Host Family understands that drug and alcohol laws of the U.S. must be adhered to by Host Family even in the case of over the counter drugs and herbal remedies. Host Family agrees to investigate and follow all U.S. federal, state and local laws regarding drugs and alcohol.

22. **Warranties, Guarantees, Liabilities, Acts of God & Indemnification.**

a. **No Guarantee of Match or Participation.** Host Family agrees that InterExchange neither guarantees a Match (or Rematch) nor participation in the Program.

b. **No Guarantee of Satisfaction or Suitability.** Host Family agrees that InterExchange neither guarantees satisfaction, compatibility nor suitability with the Program or the Au Pair.

c. **Information Provided "As Is" Without Warranty or Guarantees.** Host Family agrees that any information (e.g., tax and labor law requirements and emergency information and plans) communicated by InterExchange to Host Family is provided "as is" without warranties or guarantees either expressed or implied that information is "up to date", correct and/or accurate.

d. **Host Family General Liability.** Host Family acknowledges that InterExchange is primarily a cultural exchange organization rather than a domestic services business and waives and releases InterExchange from any and all claims for contract

damages such as, for example, cost of providing alternate child care arrangements if InterExchange is unable, for any reason, after reasonable efforts, to place an Au Pair with a Host Family or to obtain a replacement Au Pair if one should be needed. In addition, Host Family waives and releases InterExchange from any and all claims for, torts arising out of or concerning Au Pair's employment with the Host Family and any liability that Host Family incurs that arise out of or concerning Host Family's participation in the Program, including, without limitation, any lost, stolen or damaged property and/or any bodily injuries that harms a third party or Host Family.

e. **Limitation of Liability.** If a court, government agency or legal authority finds that InterExchange has a duty under foreign or U.S. federal, state or local law, Host Family understands and agrees that InterExchange's liability (if any) shall be no greater than its role as a nonprofit Sponsor under the U.S Department of State regulations. Host Family agrees that nothing herein described in this paragraph or in the Agreement creates a duty or obligation under the law, and that the language written herein is provided solely for the purpose of limiting liability to InterExchange's role as the Sponsor. Host Family further agrees that InterExchange's liability is subject to the limitations set forth in separate paragraphs described in this Agreement.

f. **Change of Sponsorship Costs.** In compliance with Change of Sponsor, I agree that I shall owe InterExchange for any costs and expenses that arise from a change of sponsor.

g. **Specific Liability.**

(i) **Au Pair's Use of Auto.** In case of damage to the car during non-working hours the Au Pair will be liable for one half the damages up to $500.00 per accident.

(ii) **InterExchange Not Liable.** Host Family agrees not to hold InterExchange liable for any damage or loss resulting from the Au Pair's use of the vehicle. If Au Pair has an accident while driving Host Family's motor vehicle that Au Pair is driving during Au Pair work hours, the Host Family agrees that the Au Pair will not be liable for any cost concerning the repair of the motor vehicle. If Au Pair has an accident driving Host Family's motor vehicle outside of the Au Pair's work hours, the Host Family agrees that Au Pair will solely be responsible for a total amount of $500.00 for all damages. Host Family agrees that the $500 shall only be payable upon Host Family presenting proof of repair that shall include receipt and photos of the repaired vehicle.

(iii) **Au Pair Personal Bills.** Host Family agrees that InterExchange shall not be liable for any personal bills incurred by the Au Pair while residing with my/our family. Host Family understands that the Au Pair will be responsible directly to the family for all personal debts including but not limited to phone calls, use of the Host Family gym memberships. Regarding telephone or cellular telephone use, Host Family is required to outline cost upfront to the Au Pair and to caution the Au Pair about, including, without limitation, hidden fees, incremental fees and taxes associated with use.

(iv) **Specific Liabilities.** Host Family agrees that Host Family is responsible, and that Host Family shall hold InterExchange as not liable or responsible for any claims, liability, damages or costs incurred by reason of any breach, act, error, negligence or omission that arises out of or concerns, without limitation, the following:

a. **Au Pair Performance.** Host Family agrees that InterExchange shall not be liable for and does not guarantee acceptable performance by the Au Pair. Host agrees that the Au Pair is not an employee, servant or agent of InterExchange or any Local Coordinator, and that InterExchange and/or any Local Coordinator do not exercise dominion and control over the actions of the Au Pair. InterExchange and any Local Coordinator are not responsible for any act or omission on the part of the Au Pair.

b. **Child Care Services.** Host Family understands that InterExchange does not guarantee continuous childcare/child care coverage in any circumstances, including but not limited to circumstances in which the Au Pair becomes ill or disabled by any circumstance or is otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange is not responsible for the costs of supplemental, replacement, or interim childcare/child care, in addition, InterExchange is not responsible for delays in the Au Pair's arrival such as visa rejections, visa delays, flight delays, or situations otherwise beyond the direct control of InterExchange.

c. Decisions and actions carried out by the Au Pair

d. Emergency plans set forth by the Host Family for the Au Pair

e. Insurance (including car insurance for vehicles) or medical, dental and health care needs that an Au Pair may have during the Program

f. Alternative flights to and from the U.S. and any delays that results from transportation

InterExchange0007552

PLAINTIFFS' RESP. APP.0002736

InterExchange

g. Host Family failure to meet immigration status requirements while in Program (e.g., travel outside of U.S. with expired J-1 Visa).

h. Host Family failure to follow emergency, safety and problem rules suggested or required by InterExchange, the Host Family or local authorities.

i. Host Family disclosure of Au Pair information and/or documents to unauthorized parties (e.g., tax payer id number or passport).

j. Host Family failure to apply for and obtain necessary documentation and information (if any) as described in this Agreement.

k. Host Family failure to pay the Stipend owed to Au Pair (e.g., problems with state labor departments).

l. Host Family breaching any other term of this Agreement.

m. Host Family violations of U.S. federal, state and local laws, regulations and customs.

n. **Act of God.** Host Family agrees that InterExchange and/or its officers, employees and agents are neither responsible nor liable for any events beyond their control, including without limitation Acts of God or Government restrictions that may interfere with or preclude operation of the InterExchange Program; nor, in the absence of their own gross or willful negligence are InterExchange, its officers, employees, agents and/or any Local Coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or omissions by an Au Pair placed in my/our household.

o. **Assumption of Risk.** Although InterExchange will make best efforts to screen and train all Au Pairs, Host Family understands that childcare/child care, especially for infants under the age of two (2) years old, is an inherently risky business. Host Family therefore agrees to assume the risks involved in the childcare/child care provided by Au Pair, and hereby irrevocably, unconditionally, and fully waives, releases and forever discharges InterExchange, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense that the Host Family incurs. If a Host Family seeks to a Rematch/ Transition with a new Au Pair or withdraw from the Au Pair USA Program, the Host Family assumes the risk for any continued use of the existing Au Pair's childcare/child care services.

p. **Indemnification.** To the fullest extent permitted by applicable law, the Host Family agrees to defend, at Host Family's expense and with counsel acceptable to InterExchange, indemnify, and save and hold harmless InterExchange and all of its officers, directors, shareholders, employees, agents, successors, and assigns, from and against any and all claims, suits, losses causes of action, damages, liabilities, and expenses of any kind whatsoever arising out of the performance or non-performance of Au Pair employment and period of time living with Host Family, including without limitation, all expenses of litigation and/or arbitration, court costs, and attorneys' fees, arising on account of or in connection with injuries to or the death of any person whomsoever, and all damages to property, regardless of possession or ownership, which injuries, death or damages arise from, or are in any manner connected with Au Pair employment performed for Host Family or Au Pair period of time living with Host Family, or are caused in whole or part by reason of the acts or omissions or presence of the person or property of the Host Family or any of its employees, agents, representatives, suppliers, including without limitation injuries, death, or damages to property which arise from or in connection with, or are caused by, any act, error, omission or negligence.

### 23. General Dispute Process

a. In the event that Host Family wishes to lodge a complaint about any services provided by InterExchange, its suppliers, agents, representatives, independent contractors, vendors and/or affiliates (e.g., Insurance vendor, Au Pair, Local Coordinators, International Cooperator or anyone in a relationship with InterExchange), Host Family must first notify both the Local Coordinator and/or an authorized InterExchange manager in writing in order to give InterExchange the chance to rectify the problem.

b. I understand and agree this Agreement is governed by laws of the state of New York.

c. **Arbitration.** I agree that any controversy, dispute or claim arising out of or in connection with this Agreement, the relationship of the parties, or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association. Any dispute resolution proceedings, whether in arbitration or court, will be conducted on an individual basis and not in

a class or representative action or as a named or unnamed member in a class, consolidated, representative or private attorney general legal action, unless both the Host Family and InterExchange, with which Host Family specifically has a dispute, agree to do so in writing following initiation of the arbitration.

d. **Cost of Arbitration.** In the event of arbitration as described in 17(d), I understand and agree that the non-prevailing party must reimburse the prevailing party for all reasonable attorneys' fees and costs resulting therefrom.

e. **Cost of Litigation.** In the event that a court or legal authority fails to enforce the arbitration clause set forth in 17(c), I understand and agree that the non-prevailing party shall reimburse the prevailing party for all reasonable attorneys' fees and costs resulting from the cost of the litigation, including, but not limited to any trial and/or appeals.

### 24. Terms, Termination and Survivorship.

a. **Effective Date.** Host Family agrees that this Agreement shall be effective as of the date of Host Family submitting an application to InterExchange for the purpose of participating in the InterExchange Au Pair USA Program.

b. **Automatic Termination.** Host Family agrees that this Agreement shall automatically terminate at the end of the Au Pair USA Program for standard 12-month Programs, in-country placements, rematches or Extension Programs, whichever is latest in time. Host Family understands and agrees that the Agreement may automatically terminate once the Program with InterExchange ends, or earlier subject to the terms and conditions of termination of the Agreement, whichever occurs first.

c. **Termination**

   (i) **InterExchange.** This Agreement may be terminated by InterExchange at any time.

   (ii) **Host Family.** Provided that Host Family meets Host Family obligations under this Agreement, Host Family may terminate this Agreement by withdrawing from the Program, provided, however that Host Family provides InterExchange with 2-weeks notice prior to termination.

   (iii) **Consequences of Termination Agreement.** Host Family understands and agrees that termination of this Agreement shall include removal of the Au Pair from the Host Family's home.

   (iv) **Consequences of Withdrawal from the Program or Removal of Au Pair.** This Agreement shall terminate upon receipt of a request for withdrawal from the Program by the Host Family as approved by InterExchange in writing or removal of an Au Pair because InterExchange determines that the Host Family is unsuitable.

d. **Survivorship.** Host Family agrees that any terms and conditions regarding definitions, liability, fees, privacy, releases, intellectual property, Social Media, reputation, confidentiality and expenses/costs shall survive the termination of this Agreement.

### 25. Full Disclosure. Host Family warrants and guarantees that Host Family's responses in the Host Family Application and all information provided to InterExchange from Host Family are true, complete and fully disclosed. Host Family further warrants and guarantees that the information provided is sufficient for InterExchange to determine Host Family's suitability for the Au Pair USA Program. Host Family understands and agrees that Host Family is under a continuing duty to provide true and complete information to InterExchange throughout the duration of the Program. A failure to provide true, complete and full disclosure under this Agreement shall represent a material breach, and, is grounds, at InterExchange discretion for termination of the Agreement.

### 26. Signature

a. **Authorization Signatures.** Each Host Family member legally responsible for the care of Host Family's children and/or responsible for payment under the terms of this Agreement must authorize the terms and conditions of this Agreement. The parties signing below for the Host Family hereby certify that each is authorized to sign on behalf of the Host Family.

b. **Valid Signature.** This Agreement must be signed by electronic signature under the procedures set forth in InterExchange's online system or by printing, signing and delivering a paper copy in person or by post.

InterExchange0007553

PLAINTIFFS' RESP. APP.0002737

InterExchange

AU PAIR USA 2012 Host Family Agreement

Exhibit A

FEES, DISCOUNTS, REFUNDS & STIPENDS SCHEDULE

PAYMENTS MADE BY HOST FAMILY SHALL BE APPLIED TO OVERDUE AMOUNTS FIRST.

This fee schedule will be in effect for all applications received electronically by InterExchange after 3:00 pm EST December 30, 2011 until 3:00 EST on December 28, 2012. Applications received before or after these days and times will be billed according to the 2011 and 2013 fee schedules, whichever is in effect at the time the application is received.

### Standard Program Fee

| Fee Type | Amount |
|---|---|
| **Application Fee** (due upon submission of Application) | $350 (non-refundable) |
| **Program Fee Deposit** (due upon Match) | $500 |
| **Program Fee Balance** (due upon Au Pair arrival) | $4690 |

### Prorated Weekly Fee
(if applicable)

| Fee Type | Amount |
|---|---|
| **Prorated Weekly Fee:** Calculated based upon the Standard Program Fee divided by 52 Work Weeks. Applicable to Transition or a Host Family Matched with an In-Country Au Pair. Due upon the arrival of the Matched or Rematched Au Pair | $139 |

### Extension Fees
(if applicable)

| Fee Type | Amount |
|---|---|
| **U.S. Department of State Extension Fee** (due upon submission of Extension Application)* | $233 (non-refundable) |
| **6-Month Extension** (due upon start of Extension Program) | $2,990 |
| **9-Month Extension** (due upon start of Extension Program) | $4,250 |
| **12-Month Extension** (due upon start of Extension Program) | $5,590 |

**Extension Fee Policy**: The U.S. Department of State Extension Fee is subject to change without notice by the U.S. Department of State.

### Standard Discounts

| Discount Type | Amount |
|---|---|
| **Reapplying Host Family** Host Families are eligible for this discount on any contract that begins after completing 40 Work Weeks of Au Pair child care on previous agreements. | $450 |
| **Multiple discount.** Eligible Host Families must have twins or triplets (or more) at the time of applying | $200 |
| **Military discount** Eligible Host Families must have one or more parents working as an active member of the U.S. Military | $200 |
| **Prematch Discount** Eligible Host Families who are already pre-matched with an Au Pair who is not an active Au Pair USA Au Pair Applicant | $300 |
| **Switching Discount** Host Families are eligible for this discount upon submission of proof that they were a registered paying member of any of other au pair sponsors' programs | $450 |

**Standard Discounts Policy**: Standard Discounts are based on a Host Family's completion of a Standard Program with InterExchange, or, if in Transition under a Standard Program, the completion of the time remaining under the Program of the Rematched Au Pair.

### REFUND RATES

| Refund Type | Amount |
|---|---|
| **Standard Program** | $100 for each unused Work Week of child care |
| **Extension Program** | $80 for each unused Work Week of child care |

**Refund Policy**: Standard Discounts described above are forfeited upon the Host Family leaving the Standard Program early. For example, a Reapplying Host Family Discount would be subtracted from any Refund that InterExchange owes to a Host Family involving a Transition under a Standard Program.

InterExchange0007554

PLAINTIFFS' RESP. APP.0002738

### Au Pair Stipend

| Stipend | Stipend Amount |
|---|---|
| **Weekly Stipend** (In accordance with the Agreement, "Weekly" herein refers to the 5 1/2 days that Au Pair is expected to work for Host Family in compliance with the definition under the Agreement.) | $195.75 |

**Au Pair Stipend Policy**: Weekly. The Au Pair Stipend is a Weekly amount payable for the time the au pair is working in your home providing child care. This amount is subject to change without notice by the U.S. Department of State.

### Vacation Stipend

| Program | Paid Vacation Days |
|---|---|
| **12-Month Standard Program** | 11 Vacation Days (11 days (2 Weeks) paid vacation |
| **Transition** | After a Rematch, Au Pairs accrue paid vacation days at the rate of one day per full month worked. Paid Vacation Days vary based on the amount of time remaining in Program for the Rematch Au Pair (e.g., if the Au Pair has 6 months remaining from the original Program, the Au Pair is entitled to 5 Paid Vacation Days) |
| **6-Month Extension** | 5.5 Paid Vacation Days |
| **9-Month Extension** | 7.5 Paid Vacation Days |
| **12-Month Extension** | 11 Paid Vacation Days |

**Vacation Stipend Policy**: An Au Pair accrues one Paid Vacation Day per month while employed by the Host Family. The first month of any Standard Program, Transition or Extension is excluded from calculating the number of Paid Vacation Days

To calculate the per day pay rate for each Paid Vacation Day, the Host Family pro rates the Weekly Stipend to equal the amount that an Au Pair earns per day of the Weekly Stipend (i.e., $35.60 per day) is obtained by dividing the Weekly Stipend by the 5.5 days that constitutes the Work Week)

The Vacation Stipend is subject to change without notice by the U.S. Department of State.

### Education Stipend

| Program | Education Stipend |
|---|---|
| 12-month Standard | **$500** |
| Transition | **Prorated** A Host Family pays a pro rated amount based on the time that the Rematched Au Pair has remaining in the Program, which is calculated at $9.62 per Work Week (e.g., if a Rematched Au Pair has 27 Work Weeks left on the Program, the Host Family pays $259.74 in Education Stipend. |
| 6-Month Extension | **$250** |
| 9-Month Extension | **$500** |
| 12-Month Extension | **$500** |

**Education Stipend Policy**: The Education Stipend is subject to change without notice by the U.S. Department of State.

InterExchange0007555

InterExchange

**AU PAIR USA** 2012 Host Family Agreement

### Exhibit B

### Extension Agreement

The following terms and conditions apply if and when an Au Pair's Cultural Exchange Program with a Host Family is extended under the terms and conditions described in the Extension Section of the Host Family Agreement. Host Family understands that neither the Host Family nor InterExchange shall be obligated to follow the Extension terms and conditions unless and until the Extension is approved (e.g., by both InterExchange and U.S. Department of State).

Now, therefore, the parties hereby agree as follows:

1. **Host Family Agreement.** Except for the additional terms and conditions set forth in this Extension, Host Family agrees to comply with the terms and conditions of the Host Family Agreement for the duration of the Extension.

2. **Extension.** Host Family agrees to all the terms and conditions of the InterExchange Au Pair USA Extension Program as mandated by the U.S. Department of State, other U.S. regulatory agencies, the Host Family Agreement and InterExchange.

3. **Extension Fees:** Host Family shall pay Extension Fees set forth under the Applicable Fees, Discounts, Refunds & Stipends Schedule, the SEVIS fee, and any remaining balance due from the Standard Program. For the most up to date Extension Fee Schedule, Host Family should either contact InterExchange directly or visit InterExchange's website before submitting documentation to InterExchange to seek InterExchange and State Department approval.

4. **Education.** Host Family shall give Au Pair adequate time to complete educational credits in compliance with U.S. Department of State regulations, the requirements of the Program and terms of the Host Family Agreement.

   a. Host Family understands and agrees to assist the Au Pair with meeting the following requirements:

   (i) 3 semester hours for 6 month Extension.

   (ii) 6 semester hours for 9 and 12-month Extensions.

   b. Host Family shall provide transportation, if applicable, to and from the place of instruction and shall make tuition payment contribution for an Au Pair's tuition as follows:

   (i) Up to a maximum of $250 for six (6) month Extensions

   (ii) Up to a maximum of $500 for nine (9) and twelve (12) month Extensions.

   c. If a remaining balance is left from the Host Family required tuition payment contribution after the Au Pair completes the requisite semester hours, the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement. Host Family shall Au Pair shall take adequate time to attend courses at an accredited post secondary institution based on the following extensions:

5. **Paid Vacation.** The Host Family shall provide Paid Vacation Days in compliance with the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

6. **Refund.** The terms and conditions for refunds (if any) involving Extensions are set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

7. **Approval.** Host Family understands that Extension requests are final and cannot be changed once submitted to the United States Department of State. Host Family understands that the extension is at the sole discretion of the United States Department of State. Host Family understands that InterExchange, Inc. cannot be held accountable for any delay or denial of the extension by the United States Department of State.

**InterExchange0007556**

PLAINTIFFS' RESP. APP.0002740

Case No. 1:14-cv-03074-CMA-KMT Document 959-17 filed 03/30/18 USDC Colorado pg 148 of 162

# Exhibit 312

PLAINTIFFS' RESP. APP.0002741

InterExchange
**AU PAIR USA**

# Host Family Agreement

1. I/We, the undersigned, apply to become a host family in the Au Pair USA program sponsored by InterExchange, Inc. I/We agree that the terms and conditions set forth herein and in the InterExchange, Inc. Au Pair USA brochure and handbook shall constitute part of this agreement with InterExchange, Inc.

2. I/We understand and agree that in accordance with the terms described in the program brochure it is my/our obligation as a host family to provide and ensure that the au pair in my/our home will:

   • Receive from me/us board and lodging, and shall occupy a separate room; the lodging arrangements must be approved by the local coordinator;

   • Be reasonably able to assist my/our family with day-to-day family duties of child care for up to 45 hours per week (not more than 10 hours per day) spread over five and one half days and receive a written schedule at least one week in advance;

   • Receive from me/us the appropriate U.S. State Department mandated weekly stipend per week to be paid weekly on a set day;

   • Be given at least one and a half days off every week, plus one free weekend (Friday early evening to Monday morning) each month;

   • Be given two weeks off, to be taken at a mutually agreed upon time during the exchange, with the appropriate weekly stipend; and be given adequate time to attend courses at an accredited post-secondary institution for at least six semester hours during the one-year stay. Transportation to and from the place of instruction, plus tuition to a maximum of $500 for the year will be provided by me/us.

3. I/We recognize that the goal of the InterExchange, Inc. program is for the young international au pair to experience the U.S. and U.S. culture through active participation in family and community life. Therefore I/we agree that the au pair will be given ample opportunity and encouragement to take advantage of the educational and cultural benefits of the region.

4. I/We agree that the au pair's duties will be restricted to childcare and responsibilities related to care of the children. This include active duties, such as (without limitation) related and limited general supervision of play, preparing children's meals, straightening their rooms, and doing the children's laundry; and passive duties, such as being present when the children are sleeping.

5. I/We understand that InterExchange, Inc. cannot place an au pair in a family with a child under the age of two unless the au pair has 200 hours of previous experience caring for children under the age of two. If a family has a child under three months old, there must be a responsible adult in the home and the au pair cannot be left as the sole child care provider even for a limited amount of time (including sleeping hours.)

6. I/We understand that the au pair shall not be responsible for the administration of any medicine, medical or therapeutic treatment to the host family's children.

7. I/We will facilitate attendance and provide time off and transportation for the au pair's monthly meetings with InterExchange, Inc.'s Local Coordinator.

8. I/We agree to respond to the inquiries of the Local Coordinator and other InterExchange, Inc. agents and employees;

9. I/We also agree to attend at least one of two family day conferences sponsored by InterExchange, Inc. during the program year and understand that failing to do so is grounds for possible termination of continued or future participation in the program.

10. I/We understand and agree that as a host family I/we shall pay the required fees to InterExchange, Inc. as outlined in this application. In addition, I/we shall provide the au pair at our expense with a one-way ticket or other transportation arrangements for the au pair to travel from New York to my/our community.

11. I/We understand and agree that InterExchange, Inc. as the sponsoring organization must monitor and oversee the selection and placement of an au pair with my/our family. I/We agree that InterExchange, Inc. may make reasonable inquiries to any third person or governmental agency about me/us and members of my/our family, and I/we warrant that my/our responses in the Host Family Application are true and complete. In addition, Inter-

Exchange, Inc. shall have regular contact with the au pair and me/us to ensure the suitability of the au pair, the suitability of my/our family for such a program, and the success of the exchange, and to provide orientation, assistance, and counsel. I/We agree to cooperate fully with InterExchange, Inc. and its representatives in their role of supervising and implementing the au pair program.

12. I/We agree that InterExchange, Inc. may reasonably attempt to mediate in the case of misunderstandings or serious problems for the au pair and/or my/our family, and shall assist my/our family and the au pair if for any reason the placement cannot be continued. Such assistance may include placement of the au pair with another host family or repatriation, and/or placement of another au pair with my/our family. If after the initial adjustment time of one month following arrival there is a serious incompatibility problem that requires alternate placement, InterExchange Inc. will make reasonable attempts to locate another au pair for me/us. In this case the au pair remains in residence with me/us, continues to fulfill her/his child care responsibilities and receives the appropriate weekly stipend pocket money until a new host family is arranged for her/him.

13. I/We understand that InterExchange, Inc. cannot guarantee the ability to find a replacement au pair whose visa validity corresponds directly to that of the original au pair. I/We agree to pay a prorated amount of the total fee for each additional week beyond the validity of the original 52-week program that the replacement au pair has remaining on his/her program dates.

14. I/We understand and agree that if InterExchange, Inc. finds that the au pair is subject to exploitative or other unreasonable circumstances or conditions in my/our household (including for example, failure to pay the the appropriate weekly stipend or to provide the agreed upon free time or educational benefits), it may in its sole judgment withdraw the au pair from my/our household, and I/we shall not be entitled to a replacement au pair or any refund.

15. I/We agree that during the first three (3) days of an au pair's stay in the home, a parent or another responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household and community. I/We understand that InterExchange, Inc.'s local coordinator will contact me/us and my/our au pair within 48 hours of the au pair's arrival into my/our home.

16. Should the au pair that my/our family has chosen withdraw from the program or be denied the visa from the U.S. Embassy abroad before arrival, I/we understand that InterExchange, Inc. will assist me/us with the choice of an alternative au pair. The arrival date of such an au pair may be different from the one previously scheduled.

17. I/We understand and agree that InterExchange, Inc. shall not be liable for any personal bills incurred by the au pair while residing with my/our family. I/We understand that the au pair will be responsible directly to the family for all personal debts, including but not limited to phone calls, use of the host family car, gym memberships, etc., and in case of damage to the car during non working hours the au pair will be liable for one half the damages up to $500.00 per accident.

18. I/We understand that it is my/our responsibility to provide automobile insurance for the au pair at my/our sole cost if the au pair uses any of my/our vehicles. The insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the state in which I/we reside. I/We agree not to hold InterExchange, Inc. liable for any damage or loss resulting from the au pair's use of the vehicle. I/We agree to pay for gas, used by the au pair when performing her/his duties or when driving to/from meetings and/or classes which are requirements of the program. I/We acknowledge that it is my/our responsibility to conform with any and all state or local laws regarding the au pair's use of my/our automobile, including obtaining a local driver's license, if required.

19. I/We further understand and agree that the au pair is an employee of the host family as defined and is neither an employee nor an agent of InterExchange, Inc. or the local coordinator and is without authority to alter my/our agreement with or in any manner bind InterExchange, Inc., and that the services of InterExchange, Inc. consist only of screening, selecting and matching the au pair with my/our family, and thereafter to oversee and provide support to both during the exchange.

AP-HFA01-0809     8     Host Family Application



**InterExchange0038158**

PLAINTIFFS' RESP. APP.0002742

InterExchange

# AU PAIR USA

## HOST FAMILY AGREEMENT FORM (continued)

20. I/We understand that it is my/our sole responsibility to carefully choose an au pair from the candidate(s) presented, and that there is no warranty as to my/our satisfaction or to the compatibility of any particular candidate as an au pair in my/our family.

21. I/We agree that I/we may undertake reasonable direct contact with any au pair candidate and I/we must, at least, contact a potential au pair a minimum of two times by telephone prior to an agreement to match.

22. If a serious problem develops between me/us and the au pair, I/we will notify InterExchange, Inc. both by telephone and in writing.

23. I/We acknowledge that InterExchange, Inc. is primarily a cultural exchange organization rather than a domestic services business; and I/we waive and release InterExchange, Inc. from any and all claims for contract damages such as, for example, cost of providing alternate child care arrangements, if InterExchange, Inc. is unable, for any reason, after reasonable efforts, to place an au pair with my/our family or to obtain a replacement au pair if one should be needed.

24. I/We understand that InterExchange, Inc. does not guarantee continuous childcare coverage in any circumstances, including but not limited to circumstances in which the au pair becomes ill or disabled by any circumstance or otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange, Inc. is not responsible for the costs of supplemental, replacement, or interim childcare. In addition, InterExchange, Inc. is not responsible for delays in the au pair's arrival such as visa rejections, visa delays, flight delays, or otherwise beyond the direct control of InterExchange, Inc.

25. I/We understand that in the event of an accident or serious illness which, in the judgment of InterExchange, Inc., and with the advice of a physician, prevents the au pair from continuing her/his duties, she or he may end the exchange early and return home. In such a circumstance InterExchange, Inc. will use reasonable efforts to find a replacement au pair for me/us.

26. I/We agree that InterExchange, Inc. shall not be liable for and does not guarantee acceptable performance by the au pair. I/We agree that the au pair is not an employee, servant or agent of InterExchange, Inc. or any local coordinator, and that InterExchange, Inc. and/or any local coordinator do not exercise dominion and control over the actions of the au pair. InterExchange, Inc. and any local coordinator are not responsible for any act or omission on the part of the au pair.

27. I/We understand and agree that InterExchange, Inc. and/or its officers, employees and agents are neither responsible nor liable for any events beyond their control, including without limitation Acts of God or Government restrictions that may interfere with or preclude operation of the Au Pair USA program; nor, in the absence of their own gross or willful negligence are InterExchange, Inc., its officers, employees, agents and/or any local coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in my/our household.

28. I/We further agree to indemnify and hold harmless InterExchange, Inc., its officers, employees, agents and/or any Local Coordinator for any liability or expense, including court costs and legal fees, incurred by them resulting from any personal or property damage, injury, loss or expense, incurred as the result of any cause that I/we or any beneficiary of this agreement cause or contribute to in any way or result from my/our or any such beneficiary violating this agreement with InterExchange, Inc.

29. I/We understand and agree to the terms and schedule of payment as set forth in this document. We agree to pay the Application Fee of $300 when submitting our application. Further, we agree to make payment of the Program Fee Deposit of $2,500 when we confirm the match with our chosen au pair. We also agree that we shall pay the Program Fee balance of $4,550 upon the arrival of our au pair to our home or elect to join the Easy Payment Plan. We agree that these program fees may be subject to change or modified by promotional offers/discounts.

30. I/We understand that failure to pay Au Pair USA program fees according to the terms of the payment schedule can result in the removal of my/our au pair from the home.

31. If I/we elect to join the Easy Payment Plan, I/we will make six (6) monthly payments of $790 to InterExchange in lieu of the single program fee balance payment of $4550. I/we understand that this monthly rate includes a $190 finance charge. The first payment will be due on the first day of the month after my/our au pair arrives. The five (5) subsequent payments will be due on the first of the next five (5) months.

32. I/We understand that in order to request a refund for unused times, I/we must do so in writing. A refund, if owed, will be processed thirty (30) days after this request has been received by InterExchange, Inc. I/We have read and agree to the following refund policy: a) Application fee: the $300 application fee is non-refundable. b) Refund before the au pair's arrival in the USA: If I/we cancel four (4) weeks or less prior to the au pair's arrival to the U.S., InterExchange, Inc. will refund all monies paid less $800 ($300 application fee plus $500 cancellation fee.) c) Refund after the au pair's arrival to the U.S.: $100/week for each of the unused weeks remaining on my/our contract. If, in the final week of placement, the au pair was in my/our home for 3 days or less, the number of weeks used will be rounded down to the nearest whole week; if the au pair was in my/our home for 4 days or more, the number of weeks used will be rounded up to the nearest whole week. After 26 weeks/6 months no refunds will be given.

33. I/We understand that in cases of withdrawal from the Au Pair USA program, any discounts that have been applied to the current contract will not be counted as payments and therefore will be deducted from the refund amount.

34. In the event of an au pair replacement, I/We agree: a) My/Our program term shall be adjusted to include the remainder of the replacement au pair's full program year. I/We shall be responsible for paying InterExchange Inc. $135 for each additional week of au pair service beyond my/our regular fifty two (52) week program year, and such additional payment is due no later than six (6) months prior to the replacement au pair's departure from my/our home. InterExchange, Inc. agrees to contribute up to $150 toward our cost of the replacement au pair's transportation to my/our home. b) I/We may be responsible for additional tuition costs for the replacement au pair(s) if the au pair has not completed the educational component with a previous host family (up to a maximum of $500.)

35. I/We understand and agree to adhere fully to the rules, as set forth by the U.S. Department of State and by InterExchange, Inc., for host families in the Au Pair USA program and to endeavor to the best of my/our ability to ensure a successful stay for the au pair placed in my/our home.

36. I/We will accept an au pair and any cultural differences in the spirit of international exchange. I/We agree to comply with all of the regulations published by the U.S. Department of State in 22 CFR Part 514, as the same may be amended from time to time in the future. I/We acknowledge receipt of a copy of the U.S. Department of State publication " The Au Pair Exchange Program." I/We affirm that I/we are U.S. citizens or legal permanent residents.

37. I/We agree to assist InterExchange, Inc. in ensuring that the au pair leaves the United States at the conclusion of the program year. I/We understand that involvement in any stay by the au pair beyond the program dates specified may be a visa/program violation and is not in compliance with the regulations and may subject me/us to liability to third parties, and may be referred to the U.S. Department of State and/or Department of Homeland Security.

38. I/We understand and agree that any controversy, dispute or claim arising between me/us and/or any beneficiary of this agreement out of or in connection with this agreement, the relationship of the parties or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association.

39. I/We certify that the information provided in this application is true and complete.

| | |
|---|---|
| Parent 1 Signature: _____ | |
| Print Name: _____ | |
| Date: _____ | |
| | |
| Parent 2 Signature: _____ | |
| Print Name: _____ | |
| Date: _____ | |

AP-HFA01-0809　　　　　　　　　　　9　　　　　　　　　　Host Family Application

InterExchange0038159

PLAINTIFFS' RESP. APP.0002743

Case No. 1:14-cv-03074-CMA-KMT   Document 959-17   filed 03/30/18   USDC Colorado   pg 151 of 162

# Exhibit 313

**AU PAIR USA**

# Host Family Handbook

**InterExchange**

EXHIBIT

McHugh 47
4 14 17
JEREMY RICHMAN

InterExchange0018456

PLAINTIFFS' RESP. APP.0002745

## Table of Contents

Chapter 1 - Welcome....................................................................................................................... 1

Chapter 2 - Host Family Application............................................................................................... 2

Chapter 3 - Au Pair Application...................................................................................................... 3

Chapter 4 - The Matching Process................................................................................................. 4

Chapter 5 - Pre-Matched Au Pairs & Host Families....................................................................... 6

Chapter 6 - The J-1 Visa................................................................................................................. 7

Chapter 7 - Getting Ready for the Year Ahead.............................................................................. 8

Chapter 8 - The Au Pair Orientation & Training Program............................................................. 9

Chapter 9 - The Host Family - Au Pair Relationship..................................................................... 11

Chapter 10 - When Your Au Pair Arrives..................................................................................... 12

Chapter 11 - Communication........................................................................................................ 13

Chapter 12 - Duties of the Au Pair, Hours & Time Off................................................................ 14

Chapter 13 - The Role of Your Local Coordinator....................................................................... 18

Chapter 14 - The Au Pair Educational Requirements.................................................................. 20

Chapter 15 - The Au Pair's Insurance.......................................................................................... 21

Chapter 16 - Driving..................................................................................................................... 22

Chapter 17 - International Communication.................................................................................. 23

Chapter 18 - Culture Shock.......................................................................................................... 24

Chapter 19 - The Extension Program........................................................................................... 25

Chapter 20 - The Host Family Reapplication Process.................................................................. 26

Chapter 21 - Taxes........................................................................................................................ 27

Chapter 22 - Transitions & Reassignment................................................................................... 28

Chapter 23 - Unexpected Challenges: Visa Delays and Denials.................................................. 30

U.S. Department of State J-1 Visa Regulations............................................................................ 31

InterExchange0018457

PLAINTIFFS' RESP. APP.0002746

## KEEP IN TOUCH!

**InterExchange Au Pair USA**
161 6th Avenue, 10th Floor
New York, NY 10013
1.212.924.0446
1-800-AU-PAIRS
www.interexchange.org/aupairusa
Email: aupair@interexchange.org

**Compliance Team:**
Tel: 917-305-5469
Fax: 917-720-9158
compliance@interexchange.org

**Become a Fan on Facebook:**
InterExchange Au Pair USA

**Follow us on Twitter:**
Au Pair USA

InterExchange0018458

PLAINTIFFS' RESP. APP.0002747

# Chapter 1 - Welcome

InterExchange welcomes you to the world of cultural exchange and the Au Pair USA program.

InterExchange is a non-profit organization with more than 40 years of experience dedicated to promoting cultural awareness through a wide range of affordable and exciting au pair, work & travel, professional training, internship, camp, language and volunteer programs within the U.S. and abroad. InterExchange is designated by the U.S. Government to sponsor a variety of J-1 Visa Exchange Visitor programs.

## InterExchange Programs

▶ **Au Pair USA** is one of the largest au pair agencies in the United States and was designated in 1989 by the U.S. Department of State to offer the au pair program. The program offers a unique cultural exchange opportunity for young people from more than 40 countries worldwide to experience American family life while providing a legal, affordable alternative to traditional child care for American host families.

This is a 12-month program, extendable to 24 months, available to qualified young adults. "Au pair" means "on par" or equal and as a family member, au pairs participate in daily American family life which, once the year ends, often leads to relationships that last for years. Living with an American family enables the au pair to gain a deeper insight into American culture than he/she would traveling as a tourist. In addition, living within a family environment provides a level of security and comfort.

U.S. Department of State regulations create a framework for recruiting, placing and monitoring of host family/au pair matches. The regulations were created to ensure that the host family and the au pair benefit equally from the program and that the spirit of cultural exchange remains a major component of the program.

▶ **Camp USA** places international participants in U.S. Summer Camps in counselor or support staff positions from May until September.

▶ **Career Training USA** assists international students and young professionals to secure visa sponsorship for internships and practical training programs in the U.S.

▶ **Work & Travel USA** offers international university students the opportunity to live and work in the U.S. for up to 4 months during their summer vacation. Students work in hotels, inns, amusement parks, national parks, retail stores, ski resorts.

▶ **Working Abroad** enables U.S. citizens to experience diverse volunteer and work experiences overseas. We offer programs in Australia, New Zealand, Latin America, China, Ghana, India, and various European countries.

▶ **The InterExchange Foundation** was established in 2006 to provide grants to young Americans who wish to help further cultural awareness through meaningful work abroad experiences.

## The New York Office of InterExchange Au Pair USA

We have a talented and dedicated team at our New York office. The **Admissions and Compliance Coordinators** receive and review au pair and host family applications. **Placement Specialists** propose candidates that fit each family's specific interests and needs. **Transition Coordinators** work with host families and au pairs whose relationship has ended prematurely. Au Pair USA also has a number of full-time staff who organize all of the logistics of the program, including the international travel arrangements, the au pair's accident and sickness insurance, visa application forms and completion certificates.

Our **Local Coordinators** serve as Au Pair USA's representative in host family communities or "cluster". Local Coordinators are a vital part of the organization's efforts to service au pairs and host families throughout their year together. They interact directly with both parties serving as an informational resource, monitoring the placement during the 12-month period, and occasionally serving as a mediator if problems arise.

Our **International Cooperators** are located in over 40 countries all over the world. They are responsible for marketing, screening, interviewing and the preliminary selection of au pairs from their countries.

InterExchange0018459

PLAINTIFFS' RESP. APP.0002748

Case 1:14-cv-03074-CMA-KMT Document 943-29 Filed 03/30/18 USDC Colorado Page 155 of 161

# Chapter 2 - Host Family Application

All host families participating in the Au Pair USA program must:

- Live in an area covered by a Local Coordinator
- Provide a private room and meals for the au pair
- Be a U.S. citizen or legal permanent resident
- Speak fluent English
- Complete an application and submit to an in-home interview with the Local Coordinator
- Treat the au pair as an extended family member

Each accepted host family must agree to adhere to the Host Family Agreement which includes:

- The number of hours the au pair provides child care are limited to a maximum of 45 hours per week, over no more than five and one half days per week. The au pair will not provide more than 10 hours of child care per day.
- The host family is required to pay the au pair a stipend on a mutually agreed upon day.
- The au pair is allowed 1.5 days off each week, and one complete weekend off each month (from Friday evening to Monday morning).
- The host family gives the au pair, in addition to weekly time off, a minimum of two weeks paid vacation time during the one-year program.
- The host family provides the au pair with tuition and fees of up to $500 per year for enrollment in appropriate course work to fulfill their educational requirement. The host family must also facilitate transportation for the au pair to and from educational classes.
- Families participate in one Au Pair USA sponsored "Family Day Conference" annually.
- At least one host parent or other responsible adult must remain at home with the au pair during the first three days with the family to help in training and adapting the au pair to the child care responsibilities, new home and community.
- The host family agrees to maintain monthly contact with the Local Coordinator.
- Upon the au pair's arrival, the host family will prepare a schedule that outlines the days and hours of child care to be provided.
- A parent or responsible adult will be in the home with the au pair if a child is less than three months of age. In such instances the au pair will not be the primary child care provider for an infant less than three months of age for any amount of time.

## Host Family Orientation & Interview: What to Expect

Purpose of the host family orientation and interview:
- Inform and educate the family about the program
- Determine the family's needs and expectations
- Ascertain the suitability of a family as a host family

The orientation and interview is critical in aiding the host family's success with the au pair experience. While this time is an opportunity to share information regarding the placement of an au pair, it is also a time to help a family further assess the appropriateness of the program for their particular needs. The more realistic expectations a family has regarding both the program regulations and living with a young adult, the more likely they will be able to adapt to hosting au pair. All adult members of the home must be present during the orientation and interview meeting. The Local Coordinator should also meet the host parent's children during the course of the meeting.

## The Au Pair's Bedroom

The Local Coordinator will ask to see the bedroom designated for the au pair. The bedroom must have a window and be exclusively for the au pair. If the Local Coordinator does not believe that the room is appropriate for the au pair to live in for a year, he/she will address such concerns with the host family.

## Question and Answer Session

The final portion of the formal interview will be devoted to answering any outstanding questions the host family has about the program and to share with them the next steps in the process.

---

InterExchange0018460

PLAINTIFFS' RESP. APP.0002749

## Chapter 3 - Au Pair Application

All au pair applicants must:

‣ Complete an application and participate in a thorough one-to-one personal interview
‣ Be between the ages of 18 and 26 (traveling to the USA prior to the au pair's 27th birthday)
‣ Enjoy working with and have practical experience caring for children
‣ Have at least 200 hours of infant care experience to qualify for placement in a family with children under two years of age
‣ Speak and understand English to an acceptable level
‣ Commit to a twelve-month placement
‣ Be of good character and provide at least two child care references and one character reference
‣ Agree to follow the program's code of conduct, which includes adherence to all U.S. federal, state and local laws, forbids the use of illegal drugs and excessive use of alcohol, and expects the au pair to be courteous, considerate, and respectful
‣ Be prepared to enter into an agreement with the host family upon arrival that outlines the days and hours (which may change) of child care services to be provided
‣ Have earned a secondary school diploma or certificate
‣ Possess a valid International Driver's License and have a minimum of 50 hours of driving experience
‣ Have no criminal record and be able to secure proof of this from a recognized authority in the applicant's home country
‣ Be in good health and provide a medical report completed by a qualified medical doctor
‣ Participate in an intensive orientation and training program upon arrival in the USA
‣ Have not participated previously in an au pair program in the USA in the past 24 months

### Au Pair Application & Interview

The interviewer's role is to gather information about an applicant so that he/she can assess the applicant's suitability for the program. The interviewer will try to gain an understanding of the applicant's family background, motivation for applying to the program and personality traits. The interviewer is also assessing the applicant's English language ability and child care skills.

An au pair interview generally takes about two hours and will include:

‣ Meeting the candidate
‣ Reviewing the candidate's application and required documents
‣ Questioning the applicant in English
‣ Providing information to the applicant and answering questions about the program
‣ Having the applicant complete the Booraem-Flowers Psychometric Au Pair Selection Test
‣ Sharing the next steps with the applicant

Once the interview is completed, the International Cooperator will assess the candidate's appropriateness for the program and review the submitted application. Candidates who do not appear to be properly motivated or well suited for the program may not be accepted.

InterExchange0018461

PLAINTIFFS' RESP. APP.0002750

# Chapter 4 - The Matching Process

Au Pair USA employs a special one-on-one matching process to find you the perfect au pair. Your Placement Specialist will work directly with your family to find the best available au pair for your family. Candidates will be selected based on their qualifications and how they meet your family's needs and preferences. Due to the fact that your family will have exclusive access to an au pair's application, we utilize a 48-hour viewing policy. You need not make your final decision during this period, and may request an extension on your viewing deadline from your Placement Specialist. If you are not interested in a candidate, your Placement Specialist will be happy to propose other available au pairs that meet your family's profile.

If you are interested in an applicant, you should telephone them during the "best time to call" time period indicated on the candidate's application. You should use the telephone interview suggestions outlined in this handbook, and supplement these with questions related to issues unique to your family situation and the au pair's application.

At the conclusion of the telephone interview and if you are interested in the au pair, you will schedule a second telephone call. The second telephone call will be the opportunity for both of you to ask any remaining questions and to make a final decision about the match. If the match is not made at this point, it will not be possible to match later once the au pair's application has been sent out to another family. Placements must be confirmed over the phone with each other, by both the au pair and the family.

Once your family and the au pair have agreed to match, your family will need to submit this confirmation via our website's Host Family Confirmation Form. The New York staff will then send your family a confirmation packet with your au pair's arrival information and original photographs.

Shortly thereafter, the Au Pair USA Placement Specialists will send a copy of the Host Family Application along with their original photographs, to the International Cooperator. This package will also include the documentation the applicant will need to get a J-1 Visa, information for the New York orientation and their transportation information for traveling from the New York area airport to the orientation hotel. The International Cooperator ensures that the applicant receives this information and applies for and secures the J-1 Visa in a timely fashion.

## Timing: The Typical Placement Calendar

Families should apply three months in advance of a requested au pair arrival date. All Local Coordinators and International Cooperators are given a "Matching Calendar" each year that lists all the scheduled arrival dates for au pairs to come to the United States. This calendar is also sent to your family when you apply, and can be accessed on our website under Hiring An Au Pair - Resources. If your family has special needs, has more than three children or has certain placement restrictions, we encourage you to begin the process earlier to allow enough time to match with an au pair.

*Important Dates:*

▸ **Confirmation Deadline:** This is the last date that a host family can confirm their acceptance of an au pair applicant for that arrival date. This deadline is generally 4 to 6 weeks before the arrival date in New York, because that is the amount of time it normally takes to secure a J-1 Visa for the au pair.

▸ **New York City Arrival:** Au pairs always arrive on Mondays to begin their orientation and training program in New York.

▸ **Host Family Arrival Date:** Au pairs always arrive at your home on Fridays from the orientation in New York. Families in the greater New York area may pick up their au pairs after 6:00 p.m. on Thursday.

Families are encouraged to contact prospective au pairs as soon as possible, and to accept or release applications after they have had them exclusively for two days so that those au pairs can be considered by other families.

InterExchange0018462

PLAINTIFFS' RESP. APP.0002751

## Telephone Interviews with the Au Pair Candidate

Host families are required by the U.S. Department of State regulations to call the au pair at least twice prior to agreeing to match. It is a good idea to have the first call be more informational; tell the au pair about your community, about your family, your typical schedule and what might be expected of the au pair in your household. End the call by saying that you will call the au pair back at a designated time, and that the au pair should be prepared to ask questions about your family that they might have thought of, and to be prepared to answer questions from the host family about their qualifications to be an au pair. The first call allows the family the chance to tell the au pair about their family and ask some questions of the au pair.

*Sample first-call questions you might ask an au pair candidate:*

▸ Why do you want to become an au pair?
▸ Have you ever lived away from your family before? What will you do if you feel homesick?
▸ What will be the most difficult part about spending a year in the U.S. as an au pair?
▸ What did you study in school? How many years have you studied English?
▸ What type of job have you had recently?
▸ What do you enjoy most about working with children?
▸ What do you do in your free time?
▸ Do you drive? How often? Do you have an International Driving License? When did you begin driving?
▸ Do you like pets? Would you be willing to take the dog for walks or feed the dog?
▸ Are you a vegetarian or vegan? Will you cook meat for the children?
▸ Do you smoke? How often?
▸ Have you been to the United States before?
▸ What are your plans for the future when you finish your au pair year and return home?

*Sample second-call questions you might ask an au pair candidate:*

The second call is a chance for the au pair to speak more fully and ask their own questions. If you have specific questions regarding how the au pair candidate will care for your children of certain ages, now is the time to ask them. This second call also allows you to determine the au pair's English level.

▸ What is your child care experience? Have you baby sat for kids or worked in a camp or kindergarten? Have you ever bathed or cooked meals for children? What are the ages of the children you have cared for in the past?
▸ How do you discipline children? How were you disciplined as a child?
▸ How does your family they feel about you coming to America for a year?
▸ Would you be happy in our community if it is a city/suburban/rural?
▸ Part of this program is about being a part of our family. How will you communicate with us if you have concerns or problems?
▸ What type of household chores are expected of you in your home? Do you have to make dinner, wash the dinner plates, take out the garbage?
▸ Do you have a boyfriend/girlfriend? How do they feel about you leaving for a year? Are they going to visit?
▸ Do you like sports, travel, swimming, the beach, etc?
▸ Do you understand what it's like to spend 45 hours a week with young children? Have you ever cared for a child for a long period of time?
▸ Do you cook? What types of meals do you think you could cook for the children?
▸ Do you consider yourself a tidy or messy person? Would you have a problem joining a very messy or very neat household?
▸ Who do you live with at the moment? If you live by yourself, how will you feel about joining a family and having to respect their house rules?

InterExchange0018463

PLAINTIFFS' RESP. APP.0002752

# Chapter 5 - Pre-Matched Au Pairs and Host Families

Pre-matching refers to the process when a family has recruited an au pair applicant independent of the Au Pair USA program but would like this individual to come to their family through the program. Both the family and the au pair applicant involved in a pre-match must meet the same eligibility requirements that any other host family and au pair must meet. Au pair applicants must be able to provide adequate child care experiences and references even in those situations where the individual has been caring for the host family's children for a period of time while the family lived abroad. The applicant cannot be related to the host family, no matter how distant the relation.

Many host families assume that a pre-matched au pair will be able to arrive more quickly than a normal placement, but this is not the case. Pre-matches need to be completed in the same detail as non-pre-matches, and often require even more time and effort from Au Pair USA staff in order to make sure the match goes through smoothly. All applicants in the program must go through the same application and screening procedures, regardless of whether they are a pre-match or not.

**Pre-matching host families need to follow these procedures to ensure a smooth placement process and timely arrival of their au pair:**

▸ The au pair applicant must contact the New York office to be put in contact with our International Cooperator in their country to begin the process of applying.

▸ The au pair should inform the interviewer that he/she is pre-matching with a family. The host family's name, address and telephone number should be clearly written on the upper right corner of the application following pre-match. The International Cooperator will verify that the host family is in an area of the country where there is a Local Coordinator.

▸ Meanwhile, the host family should have already submitted their application and selected "Pre-Match" on their application in the upper right corner followed by the au pair applicant's name, address and telephone number. The Local Coordinator will interview the family consistent with the procedures established for all families.

▸ Once the au pair candidate's complete application package is received by the New York office and entered in the database system, a copy will be sent to both the host family and the Local Coordinator. As with any candidate, the host family must formally advise the Local Coordinator and the New York placement staff of the family's acceptance of the applicant. The family must be sensitive to the confirmation deadlines for arrivals as these dates will be the same regardless of the pre-match status of the placement.

InterExchange0018464

PLAINTIFFS' RESP. APP.0002753

# Chapter 6 - The J-1 Visa

Au pairs participating in the Au Pair USA program must acquire a J-1 Visa, valid for one year. No other visa is valid for participation in the program. The vast majority of our au pair candidates get the J-1 Visa without any problems.

InterExchange Au Pair USA is designated by the U.S. Department of State to sponsor the J-1 Visa and issues a DS-2019 Form for the au pair so that they can go to the U.S. Embassy/Consulate in their home country to apply for the visa. The DS-2019 form identifies InterExchange as the program sponsor, outlines the purpose of the program, and states the exact period during which the applicant is legally permitted to work as an au pair in the USA. *Although Au Pair USA provides the appropriate forms and the International Cooperator assists the applicant through the process, it is the U.S. Consular Official who makes the determination as to whether the applicant will receive the J-1 Visa.*

If the au pair's application is accepted, the Consular Officer will put a J-1 Visa stamp in the au pair's passport. The J-1 Visa provides permission to enter the USA as an au pair participating in a cultural exchange program.

▸ Once the au pair arrives in the United States, the immigration officer will validate the visa by stamping the passport and the accompanying DS-2019 form. The immigration officer will also staple the "I-94 Arrival and Departure Card" in the au pair's passport.

▸ The DS-2019 form should be kept with the au pair's passport. It is recommended that au pairs carry photocopies of both of these documents, and leave the originals in a safe place. If the DS-2019 form is lost or stolen, the Logistics Coordinator in the New York office should be contacted immediately and a replacement form will be issued. If the passport is lost or stolen, the au pair must contact their Embassy immediately to obtain a replacement passport.

▸ The validity period shown on the non-immigrant J-1 Visa stamped in the passport refers only to the period during which it may be used to *enter* the United States. When the immigration officer validates the au pair's visa at the time of their arrival in New York, the DS-2019 form is stamped "J-1 D/S." This grants the au pair permission to stay under the J-1 Visa for the "Duration of Status" of the program. The duration of status is the date range indicated in box #3 of the DS-2019 form: the au pair's arrival date to one year after their arrival date.

## What can/cannot an au pair do under the terms of their visa?

Your au pair can be directly responsible for the children and their needs, including laundry, cleaning of the children's bedrooms, play areas and eating areas. Some au pairs help with meal preparation and clean-up if the host family eats together. The au pair may not earn extra money by working during their stay (either for the host family, working over 45 hours, or in work outside the home). Even baby-sitting at the home of a neighbor is considered employment outside the parameters of the J-1 Visa for au pairs and is not allowed.

## Travel Outside of the United States During the Au Pair Year

Au pairs may travel outside of the U.S. during their original program year (this may not be the case during an Extension). However, the intent of the program is for the au pair to experience American culture through living in a host family's home and community. Therefore, extended stays (of more than four weeks) with or without the host family would not be in the spirit of the program and should be discussed with the Local Coordinator.

It is the au pair's responsibility to research the visa requirements for travel outside the U.S., including Canada and Mexico. This is usually done by contacting the Consulate of the country he/she plans to visit. The au pair must have their DS-2019 form signed by a designated member of the New York staff indicating that the au pair is in "good standing." Advanced planning is important. It may take up to three weeks to get the DS-2019 form signed and returned. Without this signature, there may be difficulty re-entering the U.S.

The Au Pair program regulations permit au pairs on a J-1 Visa to travel around the U.S. for an additional month at the end of their 12-month program year. The J-1 Visa is not valid for re-entry into the U.S. during this period so travel outside the country, even to Canada or Mexico, should not be part of the au pair's travel plans in the 13th month if they intend to re-enter the U.S. before returning to their home country. Au pairs must have medical coverage for travel during the 13th month as the program insurance coverage expires at the end of the 12th month. Au pairs may purchase additional insurance from Au Pair USA to cover themselves for medical expenses during this time.

InterExchange0018465

PLAINTIFFS' RESP. APP.0002754

# Chapter 7 - Getting Ready for the Year Ahead

**Ten Tips for the Best Start to a Wonderful Year:**

1. Communicate with your au pair while they are still abroad. The more you work to establish a relationship with your au pair before they arrive in your home, the easier it will be for everyone to adapt to one another. Talking on the telephone, exchanging emails or sending a picture drawn by the children are good ways to connect with the au pair.

2. Prepare the au pair's room. The room should be ready for the au pair to move right in.

3. Draft a typical weekly schedule and a simply worded list of tasks, including times and locations.

4. Use the Au Pair USA *Communication Log*. This should include a detailed review of the spoken and unspoken rules of the home, which will help the au pair understand what is expected of him/her.

5. Check with your insurance carrier to ensure adequate coverage for the au pair driving the car(s). The coverage should include collision.

6. Make travel arrangements for the au pair to get from the New York City orientation and training site to the host community and communicate these arrangements to the Au Pair USA Logistics Coordinator in New York. Instructions for contacting Globe Travel to make these arrangements are included in the placement confirmation letter sent to host families (and contact details are listed below).

7. Talk with the pediatrician's office to find out what type of medical release form might be needed to allow the au pair to take responsibility for the child's care in an emergency.

8. Think about how to orient a new au pair to your home. Make a list of all the things you will want to be sure to show your au pair (i.e. dishwasher, washer/dryer, alarm systems).

9. Think about how to orient a new au pair to your community. Make a list of all the places in your community that you will want to be sure and show your au pair (i.e. schools, doctor's office, post office, supermarket, bank, pharmacy, etc.)

10. Have your children make a sign to welcome the au pair or do things that will make the au pair feel right at home. If you know the au pair's favorite food, prepare dinner. Small gestures go a long way!

**Travel Arrangements**

Travel arrangements for au pairs from the home country to New York City are arranged by Au Pair USA in New York. Au Pair USA provides a one-way ticket prior to the au pair's departure from the home country, and at the end of the au pair's year, will again provide another one-way ticket for the au pair's return.

It is the host family's responsibility to make the travel arrangements for their au pair to get from the New York orientation and training hotel to their home. Please contact the travel agency we work with, Globe Travel (details below). Globe Travel can arrange air and train tickets for the au pair's domestic travel upon arrival. Families are strongly encouraged to purchase refundable/transferable/changeable tickets. Au Pair USA is unable to reimburse families for the cost of domestic flight tickets that have been bought by families for arriving au pairs who were subsequently denied the J-1 Visa or who cannot come on the planned arrival date. **Please send the travel information to logistics@interexchange.org so we can give it to the au pairs during the Orientation week.**

Families that prefer to use their own travel agent or those who plan to pick up their au pair from the hotel by car, need to contact the Logistics Coordinator so that he/she can make a note of the travel arrangements for each au pair. The Logistics Coordinator will need to collect tickets purchased directly by host families well in advance of the au pair's arrival.

**Au Pair USA Logistics Department**
917-305-5463
logistics@interexchange.org

**Globe Travel**
1-800-892-9385 (ask for Elaine Messier)
elaine@globetvl.com

InterExchange0018466

PLAINTIFFS' RESP. APP.0002755