# **<u>Exhibit R</u>**

(replacing ECF No. 943-34)



## Host Family Application

Do any of your family members have a physical or emotional disability? If yes, please explain:

_____

_____

If parents are divorced are there any special circumstances regarding any family members that would be necessary for our agency or the Au Pair to be aware of? If yes, please explain:

_____

_____

Please check activities, hobbies or interest of any family members:

| | | | |
|---|---|---|---|
| __ Aerobics | __ Baseball/ Basketball | __ Bicycling | __ Gymnastics |
| __ Horseback Riding | __ Martial Arts | __ Running/ Skating | __ Hiking |
| __ Skiing | __ Soccer/ Football | __ Surfing | __ Swimming |
| __ Computers | __ Games | __ Music | __ Cooking |
| __ Crafts | __ Theatre | __ Drawing/ Art | __ Fishing |
| __ Gardening | __ Photography | __ Traveling | __ Other _____ |

☐ Do you have any pets? If yes, please describe type, size and behavior:_____

☐ Do any members of your family have any special dietary habits? If yes, please explain:

_____

Has any member of your family ever been convicted or arrested for any criminal offense? If yes, please explain:

_____

Have there ever been any incidents of domestic violence within your family? If yes, please explain:

_____

What is your religious affiliation?_____

How often are you involved in religious activities?_____

Do you expect the Au Pair to attend religious services with you?_____

Would you agree to host an Au Pair with religious beliefs different from your own?_____

Program Preference            ☐ Infant care        ☐ Standard Au Pair        ☐ EduCare Au Pair
(select one)

205 Keller Street, Suite 204 Petaluma, CA 94952 USA        Tel: 1-866-4-AuPair        Fax: 1- 415-257-6383
www.aupairfoundation.org        info@aupairfoundation.org        Revised: 4.24.2013

3

PLAINTIFFS' RESP. APP.0003415
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



# Host Family Application

**Au Pair Preferences**

Are you open to both a male or female Au Pair? _____

Does the Au Pair need to be able to drive?  ☐ Yes  ☐ No

Do you have a private bedroom for the Au Pair?  ☐ Yes  ☐ No

How particular are you about housekeeping?  ☐ Very  ☐ Somewhat  ☐ Not at all

What light child care related housekeeping duties do you expect the Au Pair to perform?

_____

_____

Will the Au Pair have the same heating/ cooling system as the rest of the house?  ☐ Yes  ☐ No

If no, please explain: _____

Will the Au Pair be able to have full use of the kitchen?  ☐ Yes  ☐ No

If no, please explain: _____

Have any members ever visited a foreign country?  ☐ Yes  ☐ No

If yes, which members and what countries? _____

Have you ever hosted an Au Pair before?  ☐ Yes  ☐ No

If yes, from which country and their length of stay? _____

Please comment on your experience

_____

_____

_____

How did you hear about the Au Pair Foundation? _____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 4.24.2013

4

PLAINTIFFS' RESP. APP.0003416
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

**Family Essay & Photos**

Please attach a family essay detailing a profile of your family and community. This profile will be used by APF as an aid to find the most suitable Au Pair for your family. It will also be sent to the Au Pair once the match has been made. Please make sure the information provided is informative and accurate. Include details such as a description of your family activities, neighborhood, a typical week for you and what you would expect the Au Pair to do for your family and why you are interested in the Au Pair program. Please include at least 2 photos that show your entire family. Next to each photo, please describe who it is and where the photo was taken.

**Host Family References**

Please carefully read the Host Family Agreement form, sign and submit your application. Two references should be submitted as well. References may be friends, neighbors, or employers, however; no family references will be accepted. Please provide APF with your references via fax or e-mail.  APF will contact your references for verification.  APF will conduct a criminal background check and check of the national sex offender registry of the Host Parents and each adult over the age of 18 living in the house.

**Financial Information**

An application fee of $250 is due at the time your application is submitted. If your application is rejected, your application fee will be refunded. Should you choose to withdraw from the program after submission of your application, no refund will be given.

I/We attest the information provided in this application, along with all other correspondence with APF is true and accurate to the best of our knowledge. I/We have read and understand the Payment authorization form and refund polices stated in the Host Family agreement. I/We attest that I/we are financially able to participate in this program.  I/We understand the $250 application fee is a non-refundable fee.

By checking the "Accept" box below and electronically signing, you verify that you are the person named in this agreement and agree to all terms contain within.  ☐ ACCEPT

| | | |
|---|---|---|
| Host Parent 1 Name | Host Parent 1 Signature | Date |

| | | |
|---|---|---|
| Host Parent 2 Name | Host Parent 2 Signature | Date |

5
PLAINTIFFS' RESP. APP.0003417
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Host Family Reference Form

Host Family Name: _____

Address: _____

**Reference:**

Name: _____

Phone number: _____

E-mail: _____

What is your relationship with this family? _____

How long have you known them? _____

Have you spent time in their home? _____

To the best of your knowledge does this family have a stable home life? Yes or no, please explain:

_____

_____

Would you feel comfortable with your son or daughter living in their home? Yes or no, please explain:

_____

Are you aware of any family situations or problems that would affect an Au Pair being placed in their home?

_____

Would you recommend this family for placement of an Au Pair in their home? Yes or no, please explain:

_____

_____

_____

Reference Signature: _____

Date: _____

| APF Representative: |
| Date Ref. Verified: |

6
PLAINTIFFS' RESP. APP-0003418
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Host Family Reference Form

Host Family Name: _____

Address:_____

**Reference:**

Name:_____

Phone number:_____

E-mail:_____

What is your relationship with this family?_____

How long have you known them? _____

Have you spent time in their home?_____

To the best of your knowledge does this family have a stable home life? Yes or no, please explain:

_____

_____

Would you feel comfortable with your son or daughter living in their home? Yes or no, please explain:

_____

Are you aware of any family situations or problems that would affect an Au Pair being placed in their home?

_____

_____

Would you recommend this family for placement of an Au Pair in their home? Yes or no, please explain:

_____

_____

_____

Reference Signature:_____

Date:_____

| APF Representative: |
| Date Ref. Verified: |

7

PLAINTIFFS' RESP. APP-0003419
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Host Family Agreement

This agreement is between the Au Pair Foundation of Petaluma, California and Host Parent(s): _____Of (City) _____, (State), ___.
We agree, acting on behalf of and including all members of our household and family (hereinafter, in the aggregate, referred to as "Host Family") to adhere to the terms and conditions of this agreement. Host Family has read and understood the terms described in the Agreement, and agrees to abide by the terms and conditions of the Agreement.

### A.    Host Family Obligations

Host Family will pay all Program Fees associated with hosting an Au Pair, as outlined in the Payment Authorization Form. Host Family will provide room and board, including a private room for the Au Pair. Host Family will pay the Au Pair a weekly stipend of $195.75 ($146.81) in accordance with U.S. State Department and Fair Labor Standards Act guidelines. The stipend will not be withheld for any reason, including but not limited to: outstanding telephone bills, auto accidents, or lost time due to illness. Host Family agrees that the Au Pair will perform childcare services and light housekeeping duties related to childcare which shall not exceed: 45 hours per week (30 hours for EduCare participants) and a maximum of 10 hours per day. Host Family agrees that the Au Pair will have 1 1/2 consecutive days off per week and 1 full weekend off per month. The Au Pair will also receive 2 calendar weeks (14 days) of paid vacation, to be taken at mutually agreed upon times.  Host Family will add Au Pair to the family insurance policy (comprehensive, collision, auto and medical) if the Au Pair is expected or permitted to drive the Host Family's vehicle(s). If we, as the Host Family, fail to provide such primary insurance, we agree to be financially responsible for any injury or property damage resulting from the Au Pair's driving. Host Family agrees to provide $500 in tuition costs at an accredited post-secondary educational institution to pursue 6 semester hours of academic credit ($1000 for EduCare participants to pursue 12 semester hours). Hosts are responsible to pay the "first" $500 ($1000 for EduCare). For costs exceeding this amount, the costs become the responsibility of the Au Pair. The Host Family will be responsible for transportation to and from the place of instruction. An adult member of the Host Family, or another responsible adult, will be present in our home with the Au Pair during the first 3 days of arrival. Family will ensure that if there is an infant less than 3 months old living in the home, a parent or another responsible adult shall be present at all times and the Au Pair shall not be sole caregiver for that child at any time, including sleeping hours. Host Family agrees to maintain adequate homeowner's fire, liability, auto and any other applicable insurance to cover the activities of the Au Pair and family members. Host Family agrees to attend at least one Family Day Conference/ Cultural Event organized by the Community Representative to include the entire family and the Au Pair. Host Family agrees to pay additional flight costs for the Au Pair's international flights costing over $800.

### B. APF's Responsibilities with Host Family

We accept that the sponsoring organization, APF and its representatives:

Will oversee the selection and placement of an Au Pair with our family, but we, as the Host Family, will select our own Au Pair after reviewing Au Pair applications and after speaking to the Au Pair on the phone at least two times. APF will interview our family with all family members present in our home. APF must receive at least two references for the Host Family and verify employment of the Host Parents. APF

PLAINTIFFS' RESP. APP 0003420
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

will conduct a criminal background check including check of the national sex offender registry of Host Parents and all adult household members over 18 years of age. APF may make inquiries to any third person or government agency regarding the Host Family and all its members. APF will have regular contact with the Au Pair and Host Family and shall assist Host Family and Au Pair if the placement cannot continue for any reason. APF will not be liable for and does not guarantee acceptable performance by the Au Pair. Host Family agrees that Au Pair is not an employee, agent, or an independent contractor of APF. APF is not responsible for any act or omission on the part of the Au Pair. APF may immediately terminate Host Family's participation in the program and remove the Au Pair from the Host Family's home.

If APF determines at its sole discretion that the Au Pair is in an unsuitable environment or is being treated in an inappropriate manner; or if Host Family fails to comply with any terms of this Agreement, including but not limited to: failure to pay the full program fee or any other stipend or payment required hereunder, or fail to comply with any of the U.S. Department of State regulations governing the program, APF will terminate the Host Family's participation in the Au Pair program and relocate the Au Pair. In the case of such a termination, Host Family shall not be eligible for a program refund or to obtain a replacement Au Pair.

### C. Host Family Requirements for an Unsuccessful Match

Host Family agrees to an initial two month adjustment period to give adequate time for Au Pair to adjust to culture, home, community and Host Family. We understand the match between our family and Au Pair may not be successful. If the relationship between our family and the Au Pair suffers in any way, we accept and agree that APF will work with our family to resolve the situation. Host Family agrees to cooperate fully in maintaining communication among APF field staff and Au Pair.

Host Family accepts that after two months, if there is a serious incompatibility problem which is confirmed as irreconcilable by a representative of APF, and APF believes in good faith that the failure of placement is not due to the Host Family's lack of adherence to the Host Family Agreement by the Host Family, APF will make reasonable attempts to locate another Au Pair for our family. Host Family accepts that if the placement is unsuccessful and is not due to the Au Pair's lack of adherence to the Au Pair Pledge and Agreement, the Au Pair will remain in residence with Host Family, continue to fulfill child care responsibilities, and receive the weekly stipend until a new Host Family can be arranged, not to exceed 14 days. If Host Family is not willing to keep the Au Pair in their home until Au Pair is placed elsewhere, Host Family agrees to pay a $20 per day housing stipend not to exceed 14 days or until another placement for the Au Pair can be arranged, whichever comes first. Host Family understands that the Au Pair may be placed with another family in their community or elsewhere, or the Au Pair may be excused from the program and returned to their home country.

Host Family accepts the resolution may include the placement of another Au Pair, no sooner that the end of the second month of the exchange and no later than the end of the sixth month.

### D. Refund of Fees

We are fully aware that the majority of APF's costs are incurred during both the interview and placement period, and the orientation and training; thus we accept the limited refund policy which will be applied and set forth below. The decision of APF is final in determining a breach of the Host Family Agreement and the amount of refund, if any. The APF Program is intended primarily as a cultural exchange

PLAINTIFFS' RESP. APP.0003421
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

program rather than a domestic services business. Therefore, the refund policy is the exclusive remedy of APF. APF is not responsible for any economic damages or costs alleged to arise from loss or unavailability of the Au Pair's services.

Host Family must allow completion of the grievance process with the Community Representative, Au Pair and Host Family prior to the submission of a refund request. Once this process has been completed, the refund request will be submitted. The refund will be calculated based on Section E, and presented to the Host Family within 15 days.

### E. Fees Payable and Refunds

Host Family agrees to pay the Program Fees, as outlined in the Payment Authorization Form.
• The application fee of $250 is non-refundable, unless a family's application is not accepted.
• If the Au Pair receives a visa denial and the Host Family cancels as a result, APF will refund all monies paid less the $250 non-refundable application fee.
• If the Host Family cancels after the DS Form is issued and prior to the Au Pair's arrival in the U.S., APF will refund all monies paid less $1000 ($250 application fee and $750 cancellation fee.)
• If the Au Pair cancels prior to arrival, APF will refund all monies paid minus the $250 non-refundable application fee.
• Once the Au Pair arrives in country, a total of $1,250 is non-refundable. If either party cancels prior to the end of the contract term, the refund is as follows:
　　• APF will refund all monies paid less $1,250 ($250 non-refundable application fee and $1000 non-refundable arrival fee). Any processing fees paid for installment plan options are non-refundable.
　　• If the Host Family is on the Payment Plan and has a balance of fees due, or if any other fees are due to APF, this balance due will be subtracted from the total refund amount.
　　• The remaining fees paid will be divided by the contract term. A refund will then be provided for the number of weeks in which the Au Pair is not with the family.
　　• Host Family will have the option of a cash refund or a program credit to be used for a new Au Pair. Once the choice is received in the APF office, a refund will be issued within 30 days.
　　• If Host Family has less than 9 months remaining on their original 12 month program year, no cash refund will be given. Instead, Host Family will receive a credit of $300 a month toward a new program year.

**I/We attest that, after reviewing all of the program rules and regulations and all financial costs, we are financially able to participate in this program.　　Host Family Initials _____**

**I have read & understand the above terms & conditions.　Host Family Initials _____**

### F. Miscellaneous

In addition to all conditions, rules and guidelines stated above, we understand and accept the following: APF shall not be responsible for any personal bills incurred by the Au Pair while residing with our family. This includes telephone bills, credit card charges, and other purchases or debts. APF will use reasonable efforts to screen Au Pair candidates; however, APF cannot guarantee that an Au Pair offered to us will be compatible with our family circumstances or free from behaviors or personal characteristics which we might find objectionable. APF's function is to locate and present us with candidates whom APF

PLAINTIFFS' RESP. APP 0003422
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 1:14-cv-03074-CMA-KMT   Document 943-329   Filed 03/17/18   USDC Colorado   page 9 of 191



# Host Family Application

believes are suitable, but that the final interviewing and selection of an Au Pair for our family is our responsibility. We agree to use the best of efforts in the selection process to review the candidates carefully and select the Au Pair we believe will be the best choice for our family. If a dispute arises as to any of these limits or requirements, APF shall resolve said dispute, and its decision shall be final.  We understand that in the event there is an infant under the age of 2 years old, the Au Pair must have 200 hours of documented experience working with children under 2 years of age, excluding family references. Such documented experience shall be verified by APF prior to the placement of the Au Pair in our home. We certify that both Host Parents are U.S. citizens or legal permanent residents who are fluent in English, and both Host Parents and adults living in the home have been, or will be, personally interviewed by an APF representative.

## G. Release of Liability

We agree to release APF, its subsidiaries, their officers, employees, and agents from all claims for any personal or property damage, injury, loss, delay, or expense incurred by us or any family member, guest, employee, or agent, due to events beyond APF's reasonable control, including, but without limitation to: acts of God, acts of war, or government restrictions, and in the absence of gross negligence or willful misconduct by APF, any events directly caused by any intentional or negligent acts or omissions by an Au Pair placed in our household.

## H. Indemnity

We further agree to hold harmless APF and their subsidiaries, officers, employees, and agents for any liability expense, including court costs and legal fees, incurred by them resulting from any personal or property damage, injury, loss, or expense incurred by any such Au Pair that we directly cause to contribute to in any way.

## I.  Failure of Placement

Acknowledging that APF is a cultural exchange program rather than a domestic services business, and that this Agreement is not made primarily for commercial or economic benefit to APF, we understand and agree that if APF is unable for any reason, after reasonable efforts to place an Au Pair with our family or to obtain a replacement Au Pair if one should be needed, APF is not responsible for providing alternative or interim child care or for the cost of doing so.  We agree to release APF, its subsidiaries, and their officers, employees, and agents from any and all claims for financial, incidental, or consequential damages, including but not limited to: costs of alternative or interim childcare costs, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of the Au Pair's services for any reason whatsoever.

## J. Representations

We have received a copy of, and have read and understand: the United States Department of State's rules for Exchange Visitor Programs, Title 22 of the Code of Federal Regulations, Part 62.31 governing  Au Pair  Programs;  and  the  Department of State's  written statement to Host Families. We agree to comply with all provisions of the Exchange Visitor Program rules applicable to Host Families. We understand and agree that to the extent any of our home state labor laws (for example, minimum wage

205 Keller Street, Suite 204 Petaluma, CA 94952 USA          Tel: 1-866-4-AuPair          Fax: 1- 415-257-6383
www.aupairfoundation.org          info@aupairfoundation.org     Revised: 4.24.2013

PLAINTIFFS' RESP. APP.0003423
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

and overtime rules), or federal, state and income tax laws may apply to the performance of services by an Au Pair in our home; we are solely responsible for complying with such laws. APF does not provide legal advice regarding any such laws and is not responsible for informing us of or overseeing compliance with any such labor laws and income tax laws which can vary from state to state and are subject to change without notice.

### K. General Provisions

It is agreed that the U.S. Labor Law shall apply to this Agreement, and I agree to submit to the jurisdiction of the State of California courts. I have read this entire Agreement carefully, and I have had the opportunity to ask questions, obtain advice as to its meaning and I understand it. We understand that this document, titled "Host Family Agreement" may be signed in counterparts and may be faxed. A faxed or electronic signature shall be considered the same as the original. In the event of a dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in San Francisco, California, upon petition of either party. In such proceedings, the parties may utilize subpoenas and have discovery as provided in California Code of Civil Procedure Section 1282.6, 1283, 1283.05. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction of the Courts of The State of California, because, among other reasons, this Agreement was negotiated in large part in California, and the APF is domiciled in California. We hereby certify to the APF that we have adequate financial resources to satisfy all of our obligations as a Host Family in the APF Program. We have received a copy of the APF Payment Authorization Form and understand the payment options as set forth in this document. We understand that whichever method of payment we choose, we are obligated to make payments according to that method.

**We have carefully read this Agreement, we fully understand and agree to all terms and conditions of this Agreement with the Au Pair Foundation and we have obtained a copy of this document for our records.**

**By checking the "Accept" box below, and electronically initialing and signing, you verify that you are the person named in this agreement and agree to all terms within.**   ☐   ACCEPT

Host Parent 1: _____Date: _____

Host Parent 2: _____Date: _____

### Credit Authorization Agreement - Please read the following Authorization Agreement

By completing the Payment Authorization information on the following pages and electronically signing by selecting "Accept" below, I authorize designated Financial Agents of Au Pair Foundation (APF) to initiate a credit card charge to my credit card as indicated on the Payment Authorization. I further authorize the financial institution named above to debit such entries to my credit card account as indicated. All credits initiated by the APF designated Financial Agents pursuant to this authorization shall be made under the stated terms of the Host Family Agreement and the Payment Authorization Form, in which I have, hereby, signed both documents either in hard copy or in electronic version. This authorization is to remain in full force and effect until APF has received written notification of termination, as stated in the Host Family

PLAINTIFFS' RESP. APP.0003424
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

Agreement, in such time and in such manner as to afford APF reasonable opportunity to act on it. I further authorize future scheduled installments to be automatically charged to my credit card at such time as stated and agreed upon within the Payment Authorization, if I so choose the Installment Option. ☐ ACCEPT

Host Parent 1: _____Date: _____

Host Parent 2: _____Date: _____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 4.24.2013

13

PLAINTIFFS' RESP. APP.0003425
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Payment Authorization Form

| Direct Payment | Due Date | Amount |
|---|---|---|
| Deposit fee | Due with application submission | $  250 |
| Match fee | Due upon confirmed match | $3,400 |
| Arrival Fee | Due 10 days prior to Au Pairs arrival | $3,650 |

| Total cost with direct payment | $7,300 |
|---|---|

Please indicate payment method preferred:

Payment Method:  ☐ Direct payment

☐ Installment plan. Reverse page must be submitted & initialed
Check One:  ☐ Plan A  ☐ Plan B  ☐ Plan C

Visa or MasterCard Number: _____

Expiration Date: _____          3 Digit Security Code: _____

Print name as it appears on card: _____

By checking the "Accept" box below, and electronically initialing and signing, you verify that you are the person named in this authorization and agree to all terms contained within.      ACCEPT ☐

Authorized Signature: _____ Date: _____

Invoices will be sent via email, payment due dates will be shown on each invoice.  Credit cards will be charged automatically on the date indicated on the invoice.*

☐ Credit card information is provided. However, I agree to remit payment via check prior to due date shown on the invoice.

Check or money orders can be mailed to the address below. Please note information for at least one credit card is required even if you choose to pay by check. Payment agreement:
I (we) agree to make payments on time as set in the outline above for the payment option of our choosing. We understand that any late payments are subject to a 5% late fee of the amount of the payment due _____(Please initial)

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair      Fax: 1-415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 4.24.2013

14
PLAINTIFFS' RESP. APP.0003426
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Payment Authorization Form

| Installment Plan - A | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission | $  250 |
| Match fee | Due upon confirmed match | $3,450 |
| Installment processing fee | Due 10 days prior to Au Pair's arrival | $  275 |
| Installment 1 | Due two months after Au Pair's arrival | $1,800 |
| Installment 2 | Due five months after Au Pair's arrival | $1,800 |
| **Total cost with Installment Plan - A** | | **$7,575** |

| Installment Plan - B | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission | $  250 |
| Match fee | Due upon confirmed match | $3,450 |
| Installment processing fee | Due 10 days prior to arrival | $  315 |
| Installment 1 | Due two months after Au Pair's arrival | $1,200 |
| Installment 2 | Due four months after Au Pair's arrival | $1,200 |
| Installment 3 | Due six months after Au Pair's arrival | $1,200 |
| **Total cost with Installment Plan - B** | | **$7,615** |

| Installment Plan - C | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission | $  250 |
| Match fee | Due upon confirmed match | $3,450 |
| Installment Processing Fee | Due 10 day prior to Au Pair's arrival | $  450 |
| Installment 1 | Due one month after Au Pair's arrival | $  400 |
| Installment 2 | Due two months after Au Pair's arrival | $  400 |
| Installment 3 | Due three months after Au Pair's arrival | $  400 |
| Installment 4 | Due four months after Au Pair's arrival | $  400 |
| Installment 5 | Due five months after Au Pair's arrival | $  400 |
| Installment 6 | Due six months after Au Pair's arrival | $  400 |
| Installment 7 | Due seven months after Au Pair's arrival | $  400 |
| Installment 8 | Due eight months after Au Pair's arrival | $  400 |
| Installment 9 | Due nine months after Au Pair's arrival | $  400 |
| **Total cost with Installment Plan - C** | | **$7,750** |

*All payments are due on the date shown on invoice.  If payments are not received within 10 days of the due date, APF has the right to remove Au Pair from the Host Family home. I understand the Installment Processing Fee is non-refundable once the Au Pair arrives._____(Please Initial)

205 Keller Street, Suite 204 Petaluma, CA 94952 USA        Tel: 1-866-4-AuPair        Fax: 1- 415-257-6383
www.aupairfoundation.org        info@aupairfoundation.org     Revised: 4.24.2013

15

PLAINTIFFS' RESP. APP.0003074
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



# Host Family Application

## Family Profile

Host Parent 1: _____ Host Parent 2: _____

Address: _____

City, State, Zip Code: _____

Phone: _____ Fax: _____ Email: _____

Cell Phone Host Parent 1: _____ Cell Phone Host Parent 2: _____

Email Host Parent 1: _____ Email Host Parent 2: _____

Date of Birth Host Parent 1: _____ Date of Birth Host Parent 2: _____

Social Security # Host Parent 1: _____ Social Security # Host Parent 2: _____

Host Parents' Marital Status: _____

Emergency Contact Name: _____ Phone: _____ Relation: _____

Are Host Parents U.S. citizens or legal permanent residents? _____

What language(s) are spoken in the home? _____

If English is not the primary language, are family members fluent in English? _____

## Employment
### Host Parent 1 Employment Information

| APF Representative: |
| Date Emp. Verified: |

Title: _____ Company: _____

Address: _____ City, State and Zip Code: _____

Business phone: _____ Days and hours of work: _____

Do you travel for work? _____ If yes, how often? _____

What time do you leave for work? _____ Return from work? _____

Employment Verification Contact _____ Phone _____

Do you participate in any non-occupational work such as volunteering? If yes, please explain:

_____

_____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 5.28.2013

1

PLAINTIFFS' RESP. APP.0003428
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



# Host Family Application

## Host Parent 2 Employment Information

| APF Representative: |
| Date Emp. 2 Verified: |

Title:_____ Company: _____

Address:_____City, State and Zip Code: _____

Business phone:_____Days and hours of work: _____

Do you travel for work?_____If yes, how often? _____

What time do you leave for work? _____Return from work? _____

Employment verification contact:_____ Phone:_____

Do you participate in any non-occupational work such as volunteering? If yes, please explain:

_____

_____


## Family Member Information - *Please list all members residing in your household*

Name:_____

Gender:_____Date of Birth:_____Relationship:_____

Name:_____

Gender:_____Date of Birth:_____Relationship:_____

Name:_____

Gender:_____Date of Birth: _____Relationship:_____

Name:_____

Gender:_____Date of Birth: _____Relationship:_____

Name:_____

Gender:_____Date of Birth: _____Relationship:_____

Name:_____

Gender:_____Date of Birth: _____Relationship:_____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 5.28.2013

2

PLAINTIFFS' RESP. APP.0003429
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

Do any of your family members have a physical or emotional disability? If yes, please explain:

_____

_____

If parents are divorced are there any special circumstances regarding any family members that would be necessary for our agency or the Au Pair to be aware of? If yes, please explain:

_____

_____

Please check activities, hobbies or interest of any family members:

| | | | |
|---|---|---|---|
| __ Aerobics | __ Baseball/ Basketball | __ Bicycling | __ Gymnastics |
| __ Horseback Riding | __ Martial Arts | __ Running/ Skating | __ Hiking |
| __ Skiing | __ Soccer/ Football | __ Surfing | __ Swimming |
| __ Computers | __ Games | __ Music | __ Cooking |
| __ Crafts | __ Theatre | __ Drawing/ Art | __ Fishing |
| __ Gardening | __ Photography | __ Traveling | __ Other _____ |

☐ Do you have any pets? If yes, please describe type, size and behavior:_____

☐ Do any members of your family have any special dietary habits? If yes, please explain:

_____

Has any member of your family ever been convicted or arrested for any criminal offense? If yes, please explain:

_____

Have there ever been any incidents of domestic violence within your family? If yes, please explain:

_____

What is your religious affiliation?_____

How often are you involved in religious activities?_____

Do you expect the Au Pair to attend religious services with you?_____

Would you agree to host an Au Pair with religious beliefs different from your own?_____

Program Preference          ☐ Infant care          ☐ Standard Au Pair          ☐ EduCare Au Pair
(select one)

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1-415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 5.28.2013

3

PLAINTIFFS' RESP. APP.0003430
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

**Au Pair Preferences**

Are you open to both a male or female Au Pair? _____

Does the Au Pair need to be able to drive? ☐ Yes ☐ No

Do you have a private bedroom for the Au Pair? ☐ Yes ☐ No

How particular are you about housekeeping? ☐ Very ☐ Somewhat ☐ Not at all

What light child care related housekeeping duties do you expect the Au Pair to perform?

_____

_____

Will the Au Pair have the same heating/ cooling system as the rest of the house? ☐ Yes ☐ No

    If no, please explain: _____

Will the Au Pair be able to have full use of the kitchen? ☐ Yes ☐ No

    If no, please explain: _____

Have any members ever visited a foreign country? ☐ Yes ☐ No

    If yes, which members and what countries?_____

Have you ever hosted an Au Pair before? ☐ Yes ☐ No

    If yes, from which country and their length of stay?_____

    Please comment on your experience

_____

_____

_____

    How did you hear about the Au Pair Foundation?_____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair    Fax: 1-415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org   Revised: 5.28.2013

4

PLAINTIFFS' RESP. APP.0003431
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

**Family Essay & Photos**

Please attach a family essay detailing a profile of your family and community. This profile will be used by APF as an aid to find the most suitable Au Pair for your family. It will also be sent to the Au Pair once the match has been made. Please make sure the information provided is informative and accurate. Include details such as a description of your family activities, neighborhood, a typical week for you and what you would expect the Au Pair to do for your family and why you are interested in the Au Pair program. Please include at least 2 photos that show your entire family. Next to each photo, please describe who it is and where the photo was taken.

**Host Family References**

Please carefully read the Host Family Agreement form, sign and submit your application. Two references should be submitted as well. References may be friends, neighbors, or employers, however; no family references will be accepted. Please provide APF with your references via fax or e-mail. APF will contact your references for verification. APF will conduct a criminal background check and check of the national sex offender registry of the Host Parents and each adult over the age of 18 living in the house.

**Financial Information**

An application fee of $250 is due at the time your application is submitted. If your application is rejected, your application fee will be refunded. Should you choose to withdraw from the program after submission of your application, no refund will be given.

I/We attest the information provided in this application, along with all other correspondence with APF is true and accurate to the best of our knowledge. I/We have read and understand the Payment authorization form and refund polices stated in the Host Family agreement. I/We attest that I/we are financially able to participate in this program. I/We understand the $250 application fee is a non-refundable fee.

By checking the "Accept" box below and electronically signing, you verify that you are the person named in this agreement and agree to all terms contain within. ☐ ACCEPT

---

Host Parent 1 Name          Host Parent 1 Signature          Date

---

Host Parent 2 Name          Host Parent 2 Signature          Date

5
PLAINTIFFS' RESP. APP. 0003432
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Host Family Reference Form

Host Family Name: _____

Address: _____

**Reference:**

Name: _____

Phone number: _____

E-mail: _____

What is your relationship with this family? _____

How long have you known them? _____

Have you spent time in their home? _____

To the best of your knowledge does this family have a stable home life? Yes or no, please explain:

_____

_____

Would you feel comfortable with your son or daughter living in their home? Yes or no, please explain:

_____

Are you aware of any family situations or problems that would affect an Au Pair being placed in their home?

_____

_____

Would you recommend this family for placement of an Au Pair in their home? Yes or no, please explain:

_____

_____

_____

Reference Signature: _____

Date: _____

| APF Representative: |
| Date Ref. Verified: |

205 Keller Street, Suite 204 Petaluma, CA 94952 USA          Tel: 1-866-4-AuPair          Fax: 1-415-257-6383
www.aupairfoundation.org          info@aupairfoundation.org     Revised: 5.28.2013

6

PLAINTIFFS' RESP. APP-0003433
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Host Family Reference Form

Host Family Name: _____

Address:_____

**Reference:**

Name:_____

Phone number:_____

E-mail:_____

What is your relationship with this family?_____

How long have you known them? _____

Have you spent time in their home?_____

To the best of your knowledge does this family have a stable home life? Yes or no, please explain:

_____

_____

Would you feel comfortable with your son or daughter living in their home? Yes or no, please explain:

_____

Are you aware of any family situations or problems that would affect an Au Pair being placed in their home?

_____

_____

Would you recommend this family for placement of an Au Pair in their home? Yes or no, please explain:

_____

_____

_____

Reference Signature:_____

Date:_____

| APF Representative: |
| Date Ref. Verified: |

205 Keller Street, Suite 204 Petaluma, CA 94952 USA          Tel: 1-866-4-AuPair          Fax: 1- 415-257-6383
www.aupairfoundation.org          info@aupairfoundation.org     Revised: 5.28.2013

7

PLAINTIFFS' RESP. APP.0003434
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

## Host Family Agreement

This agreement is between the Au Pair Foundation of Petaluma, California and Host Parent(s): _____Of (City) _____, (State), ___. We agree, acting on behalf of and including all members of our household and family (hereinafter, in the aggregate, referred to as "Host Family") to adhere to the terms and conditions of this agreement. Host Family has read and understood the terms described in the Agreement, and agrees to abide by the terms and conditions of the Agreement.

### A.     Host Family Obligations

Host Family will pay all Program Fees associated with hosting an Au Pair, as outlined in the Payment Authorization Form.  Host Family will provide room and board, including a private room for the Au Pair. Host Family will pay the Au Pair a weekly stipend of $195.75 ($146.81) in accordance with U.S. State Department and Fair Labor Standards Act guidelines. The stipend will not be withheld for any reason, including but not limited to: outstanding telephone bills, auto accidents, or lost time due to illness. Host Family agrees that the Au Pair will perform childcare services and light housekeeping duties related to childcare which shall not exceed: 45 hours per week (30 hours for EduCare participants) and a maximum of 10 hours per day. Host Family agrees that the Au Pair will have 1 1/2 consecutive days off per week and 1 full weekend off per month. The Au Pair will also receive 2 calendar weeks (14 days) of paid vacation, to be taken at mutually agreed upon times.  Host Family will add Au Pair to the family insurance policy (comprehensive, collision, auto and medical) if the Au Pair is expected or permitted to drive the Host Family's vehicle(s). If we, as the Host Family, fail to provide such primary insurance, we agree to be financially responsible for any injury or property damage resulting from the Au Pair's driving. Host Family agrees to provide $500 in tuition costs at an accredited post-secondary educational institution to pursue 6 semester hours of academic credit ($1000 for EduCare participants to pursue 12 semester hours). Hosts are responsible to pay the "first" $500 ($1000 for EduCare). For costs exceeding this amount, the costs become the responsibility of the Au Pair. The Host Family will be responsible for transportation to and from the place of instruction. An adult member of the Host Family, or another responsible adult, will be present in our home with the Au Pair during the first 3 days of arrival. Family will ensure that if there is an infant less than 3 months old living in the home, a parent or another responsible adult shall be present at all times and the Au Pair shall not be sole caregiver for that child at any time, including sleeping hours. Host Family agrees to maintain adequate homeowner's fire, liability, auto and any other applicable insurance to cover the activities of the Au Pair and family members. Host Family agrees to attend at least one Family Day Conference/ Cultural Event organized by the Community Representative to include the entire family and the Au Pair. Host Family agrees to pay additional flight costs for the Au Pair's international flights costing over $800.

### B. APF's Responsibilities with Host Family

We accept that the sponsoring organization, APF and its representatives:  Will oversee the selection and placement of an Au Pair with our family, but we, as the Host Family, will select our own Au Pair after reviewing Au Pair applications and after speaking to the Au Pair on the phone at least two times. APF will interview our family with all family members present in our home. APF must receive

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair       Fax: 1-415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org   Revised: 5.28.2013

8

PLAINTIFFS' RESP. APP.0003435
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

at least two references for the Host Family and verify employment of the Host Parents. APF will conduct a criminal background check including check of the national sex offender registry of Host Parents and all adult household members over 18 years of age. APF may make inquiries to any third person or government agency regarding the Host Family and all its members. APF will have regular contact with the Au Pair and Host Family and shall assist Host Family and Au Pair if the placement cannot continue for any reason. APF will not be liable for and does not guarantee acceptable performance by the Au Pair. Host Family agrees that Au Pair is not an employee, agent, or an independent contractor of APF. APF is not responsible for any act or omission on the part of the Au Pair. APF may immediately terminate Host Family's participation in the program and remove the Au Pair from the Host Family's home.

If APF determines at its sole discretion that the Au Pair is in an unsuitable environment or is being treated in an inappropriate manner; or if Host Family fails to comply with any terms of this Agreement, including but not limited to: failure to pay the full program fee or any other stipend or payment required hereunder, or fail to comply with any of the U.S. Department of State regulations governing the program, APF will terminate the Host Family's participation in the Au Pair program and relocate the Au Pair. In the case of such a termination, Host Family shall not be eligible for a program refund or to obtain a replacement Au Pair.

### C. Host Family Requirements for an Unsuccessful Match

Host Family agrees to an initial two month adjustment period to give adequate time for Au Pair to adjust to culture, home, community and Host Family. We understand the match between our family and Au Pair may not be successful. If the relationship between our family and the Au Pair suffers in any way, we accept and agree that APF will work with our family to resolve the situation. Host Family agrees to cooperate fully in maintaining communication among APF field staff and Au Pair.

Host Family accepts that after two months, if there is a serious incompatibility problem which is confirmed as irreconcilable by a representative of APF, and APF believes in good faith that the failure of placement is not due to the Host Family's lack of adherence to the Host Family Agreement by the Host Family, APF will make reasonable attempts to locate another Au Pair for our family. Host Family accepts that if the placement is unsuccessful and is not due to the Au Pair's lack of adherence to the Au Pair Pledge and Agreement, the Au Pair will remain in residence with Host Family, continue to fulfill child care responsibilities, and receive the weekly stipend until a new Host Family can be arranged, not to exceed 14 days. If Host Family is not willing to keep the Au Pair in their home until Au Pair is placed elsewhere, Host Family agrees to pay a $20 per day housing stipend not to exceed 14 days or until another placement for the Au Pair can be arranged, whichever comes first. Host Family understands that the Au Pair may be placed with another family in their community or elsewhere, or the Au Pair may be excused from the program and returned to their home country.

Host Family accepts the resolution may include the placement of another Au Pair, no sooner that the end of the second month of the exchange and no later than the end of the sixth month.

### D. Refund of Fees

We are fully aware that the majority of APF's costs are incurred during both the interview and

205 Keller Street, Suite 204 Petaluma, CA 94952 USA    Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org    info@aupairfoundation.org    Revised: 5.28.2013

9

PLAINTIFFS' RESP. APP.0003436
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

placement period, and the orientation and training; thus we accept the limited refund policy which will be applied and set forth below. The decision of APF is final in determining a breach of the Host Family Agreement and the amount of refund, if any. The APF Program is intended primarily as a cultural exchange program rather than a domestic services business. Therefore, the refund policy is the exclusive remedy of APF. APF is not responsible for any economic damages or costs alleged to arise from loss or unavailability of the Au Pair's services.

Host Family must allow completion of the grievance process with the Community Representative, Au Pair and Host Family prior to the submission of a refund request. Once this process has been completed, the refund request will be submitted. The refund will be calculated based on Section E, and presented to the Host Family within 15 days.

### E. Fees Payable and Refunds

Host Family agrees to pay the Program Fees, as outlined in the Payment Authorization Form.
• The application fee of $250 is non-refundable, unless a family's application is not accepted.
• If the Au Pair receives a visa denial and the Host Family cancels as a result, APF will refund all monies paid less the $250 non-refundable application fee.
• If the Host Family cancels after the DS Form is issued and prior to the Au Pair's arrival in the U.S., APF will refund all monies paid less $1000 ($250 application fee and $750 cancellation fee.)
• If the Au Pair cancels prior to arrival, APF will refund all monies paid minus the $250 non-refundable application fee.
• Once the Au Pair arrives in country, a total of $1,250 is non-refundable. If either party cancels prior to the end of the contract term, the refund is as follows:
> • APF will refund all monies paid less $1,250 ($250 non-refundable application fee and $1000 non-refundable arrival fee). Any processing fees paid for installment plan options are non-refundable.
> • If the Host Family is on the Payment Plan and has a balance of fees due, or if any other fees are due to APF, this balance due will be subtracted from the total refund amount.
> • The remaining fees paid will be divided by the contract term. A refund will then be provided for the number of weeks in which the Au Pair is not with the family.
> • Host Family will have the option of a cash refund or a program credit to be used for a new Au Pair. Once the choice is received in the APF office, a refund will be issued within 30 days.
> • If Host Family has less than 9 months remaining on their original 12 month program year, no cash refund will be given. Instead, Host Family will receive a credit of $300 a month toward a new program year.

**I/We attest that, after reviewing all of the program rules and regulations and all financial costs, we are financially able to participate in this program.** Host Family Initials _____

**I have read & understand the above terms & conditions.** Host Family Initials _____

### F. Miscellaneous

In addition to all conditions, rules and guidelines stated above, we understand and accept the following: APF shall not be responsible for any personal bills incurred by the Au Pair while

PLAINTIFFS' RESP. APP.0003437
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

residing with our family. This includes telephone bills, credit card charges, and other purchases or debts. APF will use reasonable efforts to screen Au Pair candidates; however, APF cannot guarantee that an Au Pair offered to us will be compatible with our family circumstances or free from behaviors or personal characteristics which we might find objectionable. APF's function is to locate and present us with candidates whom APF believes are suitable, but that the final interviewing and selection of an Au Pair for our family is our responsibility. We agree to use the best of efforts in the selection process to review the candidates carefully and select the Au Pair we believe will be the best choice for our family. If a dispute arises as to any of these limits or requirements, APF shall resolve said dispute, and its decision shall be final. We understand that in the event there is an infant under the age of 2 years old, the Au Pair must have 200 hours of documented experience working with children under 2 years of age, excluding family references. Such documented experience shall be verified by APF prior to the placement of the Au Pair in our home. We certify that both Host Parents are U.S. citizens or legal permanent residents who are fluent in English, and both Host Parents and adults living in the home have been, or will be, personally interviewed by an APF representative.

### G. Release of Liability

We agree to release APF, its subsidiaries, their officers, employees, and agents from all claims for any personal or property damage, injury, loss, delay, or expense incurred by us or any family member, guest, employee, or agent, due to events beyond APF's reasonable control, including, but without limitation to: acts of God, acts of war, or government restrictions, and in the absence of gross negligence or willful misconduct by APF, any events directly caused by any intentional or negligent acts or omissions by an Au Pair placed in our household.

### H. Indemnity

We further agree to hold harmless APF and their subsidiaries, officers, employees, and agents for any liability expense, including court costs and legal fees, incurred by them resulting from any personal or property damage, injury, loss, or expense incurred by any such Au Pair that we directly cause to contribute to in any way.

### I.  Failure of Placement

Acknowledging that APF is a cultural exchange program rather than a domestic services business, and that this Agreement is not made primarily for commercial or economic benefit to APF, we understand and agree that if APF is unable for any reason, after reasonable efforts to place an Au Pair with our family or to obtain a replacement Au Pair if one should be needed, APF is not responsible for providing alternative or interim child care or for the cost of doing so.  We agree to release APF, its subsidiaries, and their officers, employees, and agents from any and all claims for financial, incidental, or consequential damages, including but not limited to: costs of alternative or interim childcare costs, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of the Au Pair's services for any reason whatsoever.

### J. Representations

PLAINTIFFS' RESP. APP.0003438
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

We have received a copy of, and have read and understand: the United States Department of State's rules for Exchange Visitor Programs, Title 22 of the Code of Federal Regulations, Part 62.31 governing Au Pair Programs; and the Department of State's written statement to Host Families. We agree to comply with all provisions of the Exchange Visitor Program rules applicable to Host Families. We understand and agree that to the extent any of our home state labor laws (for example, minimum wage and overtime rules), or federal, state and income tax laws may apply to the performance of services by an Au Pair in our home; we are solely responsible for complying with such laws. APF does not provide legal advice regarding any such laws and is not responsible for informing us of or overseeing compliance with any such labor laws and income tax laws which can vary from state to state and are subject to change without notice.

### K. General Provisions

It is agreed that the U.S. Labor Law shall apply to this Agreement, and I agree to submit to the jurisdiction of the State of California courts.  I have read this entire Agreement carefully, and I have had the opportunity to ask questions, obtain advice as to its meaning and I understand it. We understand that this document, titled "Host Family Agreement" may be signed in counterparts and may be faxed. A faxed or electronic signature shall be considered the same as the original. In the event of a dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in San Francisco, California, upon petition of either party. In such proceedings, the parties may utilize subpoenas and have discovery as provided in California Code of Civil Procedure Section 1282.6, 1283, 1283.05. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction of the Courts of The State of California, because, among other reasons, this Agreement was negotiated in large part in California, and the APF is domiciled in California.  We hereby certify to the APF that we have adequate financial resources to satisfy all of our obligations as a Host Family in the APF Program. We have received a copy of the APF Payment Authorization Form and understand the payment options as set forth in this document. We understand that whichever method of payment we choose, we are obligated to make payments according to that method.

**We have carefully read this Agreement, we fully understand and agree to all terms and conditions of this Agreement with the Au Pair Foundation and we have obtained a copy of this document for our records. By checking the "Accept" box below, and electronically initialing and signing, you verify that you are the person named in this agreement and agree to all terms within.**

☐ **ACCEPT**

Host Parent 1: _____ Date: _____

Host Parent 2: _____ Date: _____

205 Keller Street, Suite 204 Petaluma, CA 94952 USA      Tel: 1-866-4-AuPair      Fax: 1-415-257-6383
www.aupairfoundation.org      info@aupairfoundation.org      Revised: 5.28.2013

12

PLAINTIFFS' RESP. APP.0003439
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 1:14-cv-03074-CMA-KMT Document 918-59-19 Filed 03/17/18 USDC Colorado Page 26 of 181



## Host Family Application

**Credit Authorization Agreement - Please read the following Authorization Agreement**

By completing the Payment Authorization information on the following pages and electronically signing by selecting "Accept" below, I authorize designated Financial Agents of Au Pair Foundation (APF) to initiate a credit card charge to my credit card as indicated on the Payment Authorization. I further authorize the financial institution named above to debit such entries to my credit card account as indicated. All credits initiated by the APF designated Financial Agents pursuant to this authorization shall be made under the stated terms of the Host Family Agreement and the Payment Authorization Form, in which I have, hereby, signed both documents either in hard copy or in electronic version. This authorization is to remain in full force and effect until APF has received written notification of termination, as stated in the Host Family Agreement, in such time and in such manner as to afford APF reasonable opportunity to act on it. I further authorize future scheduled installments to be automatically charged to my credit card at such time as stated and agreed upon within the Payment Authorization, if I so choose the Installment Option.

☐**ACCEPT**

Host Parent 1: _____Date: _____

Host Parent 2: _____Date: _____

---

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org    Revised: 5.28.2013

13

PLAINTIFFS' RESP. APP.0003440
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

# Payment Authorization Form 2013

.

| Direct Payment | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission (non-refundable) | $   270 |
| Match Fee | Due upon confirmed match | $3,400 |
| Arrival Fee | Due 10 days prior to au pairs arrival | $3,650 |
| **Total Cost** | **Direct Payment** | **$7,320** |

Please indicate payment method preferred:

☐ Direct payment   ☐ Installment plan (Reverse Page must be submitted & SIGNED)

Circle One:               Plan A          Plan B          Plan C

Visa or MasterCard number _____

Exp. Date_____          3 Digit Security Code_____

Print name as it appears on card _____

Authorized Signature _____ Date _____

Invoices will be sent via email, payment due dates will be shown on each invoice.  Credit cards will be charged automatically on the date indicated on the invoice.

☐  Credit card information is provided however, I agree to remit payment via check prior to due date shown on the invoice.  Check or money orders can be mailed to the address below.   Please note information for at least one credit card is required even if you choose to pay by check.

Payment agreement: I (we) agree to make payments on time as set in the outline above for the payment option of our choosing. We understand that any late payments are subject to a 5% late fee of the amount of the payment due _____ (Please initial)

PLAINTIFFS' RESP. APP.0003441
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## Host Family Application

# Payment Authorization Form 2013

| Installment Plan – A | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission (non-refundable) | $ 270 |
| Match fee | Due upon confirmed match | $3,400 |
| Installment processing fee | Due 10 days prior to au pairs arrival * | $ 275 |
| 1st Installment | Due two months after au pairs arrival | $1,825 |
| 2nd Installment | Due five months after au pairs arrival | $1,825 |
| **Total Cost** | **Installment plan – A** | **$7,595** |

| Installment Plan – B | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission (non-refundable) | $ 270 |
| Match fee | Due upon confirmed match | $3,400 |
| Installment processing fee | Due 10 days prior to au pairs arrival * | $ 320 |
| 1st Installment | Due two months after au pairs arrival | $1,215 |
| 2nd Installment | Due four months after au pairs arrival | $1,215 |
| 3rd Installment | Due six months after au pairs arrival | $1,215 |
| **Total Cost** | **Installment Plan – B** | **$7,635** |

| Installment Plan – C | Due Date | Amount |
|---|---|---|
| Deposit Fee | Due with application submission (non-refundable) | $ 270 |
| Match fee | Due upon confirmed match | $3,400 |
| Installment processing fee | Due 10 days prior to au pairs arrival * | $ 410 |
| 1st Installment | Due one months after au pairs arrival | $ 410 |
| 2nd Installment | Due two months after au pairs arrival | $ 410 |
| 3rd Installment | Due three months after au pairs arrival | $ 410 |
| 4th Installment | Due four months after au pairs arrival | $ 410 |
| 5th Installment | Due five months after au pairs arrival | $ 410 |
| 6th Installment | Due six months after au pairs arrival | $ 410 |
| 7th Installment | Due seven months after au pairs arrival | $ 410 |
| 8th Installment | Due eight months after au pairs arrival | $ 410 |
| 9th Installment | Due nine months after au pairs arrival | $ 410 |
| **Total Cost** | **Installment Plan – C** | **$7,770** |

*All payments are due on the date shown on invoice. If payments are not received within 10 days of the due date, APF has the right to remove Au Pair from the host family home. I understand the Installment processing fee is non-refundable once the au pair arrives.

_____ (Please initial)

205 Keller Street, Suite 204 Petaluma, CA 94952 USA     Tel: 1-866-4-AuPair     Fax: 1- 415-257-6383
www.aupairfoundation.org     info@aupairfoundation.org     Revised: 5.28.2013

15

PLAINTIFFS' RESP. APP.0003442
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



# Host Family Application

**Family Profile**

Host Parent 1: _____ Host Parent 2: _____

Address: _____

City, State, Zip Code: _____

Phone: _____ Fax: _____ Email: _____

Cell Phone Host Parent 1: _____ Cell Phone Host Parent 2: _____

Email Host Parent 1: _____ Email Host Parent 2: _____

Host Parents' Marital Status: _____

Emergency Contact Name: _____ Phone: _____

Relation: _____

Are Host Parents U.S. citizens or legal permanent residents? _____

What language is primarily spoken in the home? _____

If English is not the primary language, are family members fluent in English? _____

What other language(s) do family members speak? _____

**Employment**
**Host Parent 1 Employment Information**

| APF Representative: |
| Date Emp. Verified: |

Title: _____ Company: _____

Address: _____ City, State and Zip Code: _____

Business phone: _____ Days and hours of work: _____

Do you travel for work?_ _____ If yes, how often? _____

What time do you leave for work? _____ Return from work? _____

Employment Verification Contact _____ Phone_____

Do you participate in any non-occupational work such as volunteering? If yes, please explain:

1 (8)

**APF GLOBAL EXCHANGE, NFP**    205 Keller Street, Suite 204        Phone: +1 866-428-7247
                                 Petaluma, CA 94952, USA            Fax: +1 707-658-2393
                                 www.aupairfoundation.org           info@aupairfoundation.org



PLAINTIFFS' RESP. APP.0003443
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Host Family Application

**Host Parent 2 Employment Information**

APF Representative:
Date Emp. 2 Verified:

Title: _____ Company: _____

Address: _____ City, State, and Zip Code: _____

Business phone: _____ Days and hours of work: _____

Do you travel ff work? _____ If yes, how often? _____

What time do you leave for work? _____ Return from work? _____

Employment verification contact: _____ Phone: _____

Do you participate in any non-occupational work such as volunteering? If yes, please explain:


**Family Member Information –** *Please list all members residing in your household*

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

Name: _____

Gender: _____ Date of Birth: _____ Relationship: _____

2 (8)



PLAINTIFFS' RESP. APP. 0003444

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Host Family Application

Do any of your family members have a physical or emotional disability? If yes, please explain:

If parents are divorced are there any special circumstances regarding any family members that would be necessary for our agency or the Au Pair to be aware of? If yes, please explain:

Please check activities, hobbies or interest of any family members:

| | | | |
|---|---|---|---|
| ☐ Aerobics | ☐ Baseball/ Basketball | ☐ Bicycling | ☐ Gymnastics |
| ☐ Horseback Riding | ☐ Martial Arts | ☐ Running/ Skating | ☐ Hiking |
| ☐ Skiing | ☐ Soccer/ Football | ☐ Surfing | ☐ Swimming |
| ☐ Computers | ☐ Games | ☐ Music | ☐ Cooking |
| ☐ Crafts | ☐ Theatre | ☐ Drawing/ Art | ☐ Fishing |
| ☐ Gardening | ☐ Photography | ☐ Traveling | ☐ Other _____ |

☐ Do you have any pets? If yes, please describe type, size and behavior: _____

☐ Do any members of your family have any special dietary habits? If yes, please explain:

_____

Has any member of your family ever been convicted or arrested for any criminal offense? If yes, please explain:

_____

What is your religious affiliation? _____

How often are you involved in religious activities? _____

Do you expect the Au Pair to attend religious services with you? _____

Would you agree to host an Au Pair with religious beliefs different from your own? _____

Program Preference (select one)         ☐ Infant care         ☐ Standard Au Pair         ☐ EduCare Au Pair

3 (8)

---

**APF GLOBAL EXCHANGE, NFP**     205 Keller Street, Suite 204     Phone: +1 866-428-7247
                                 Petaluma, CA 94952, USA         Fax: +1 707-658-2393
                                 www.aupairfoundation.org         info@aupairfoundation.org



PLAINTIFFS' RESP. APP.0003445
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

# Host Family Application

**Au Pair Preferences**

Are you open to both a male or female Au Pair? _____

Does the Au Pair need to be able to drive?          ☐ Yes          ☐ No

Do you have a private bedroom for the Au Pair?      ☐ Yes          ☐ No

How particular are you about housekeeping?          ☐ Very          ☐ Somewhat          ☐ Not at all

What light child care related housekeeping duties do you expect the Au Pair to perform?




Will the Au Pair have the same heating/ cooling system as the rest of the house?          ☐ Yes          ☐ No

If no, please explain: _____


Will the Au Pair be able to have full use of the kitchen?          ☐ Yes          ☐ No

If no, please explain: _____


Have any members ever visited a foreign country?          ☐ Yes          ☐ No

If yes, which members and what countries? _____


Have you ever hosted an Au Pair before?          ☐ Yes          ☐ No

If yes, from which country and their length of stay? _____



Please comment on your experience:





How did you hear about the Au Pair Foundation?

---

**APF GLOBAL EXCHANGE, NFP**          205 Keller Street, Suite 204          Phone: +1 866-428-7247
                                       Petaluma, CA 94952, USA           Fax: +1 707-658-2393
                                       www.aupairfoundation.org          info@aupairfoundation.org



PLAINTIFFS' RESP. APP. 0003446
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT Document 948-19 filed 03/30/18 USDC Colorado pg 34 of 182

# Host Family Application

### Family Essay & Photos

Please attach a family essay detailing a profile of your family and community. This profile will be used by APF as an aid to find the most suitable Au Pair for your family. It will also be sent to the Au Pair once the match has been made. Please make sure the information provided is informative and accurate. Include details such as a description of your family activities, neighborhood, a typical week for you and what you would expect the Au Pair to do for your family and why you are interested in the Au Pair program. Please include at least 2 photos that show your entire family. Next to each photo, please describe who it is and where the photo was taken.

### Host Family References

Please carefully read the Host Family Agreement form, sign and submit your application. Two references should be submitted as well. References may be friends, neighbors, or employers, however; no family references will be accepted. APF will contact your references for verification. APF will conduct a criminal background check and check of the national sex offender registry of the Host Parents and each adult over the age of 18 living in the house.

### Financial Information

An application fee of $270 is due at the time your application is submitted. If your application is rejected, your application fee will be refunded. Should you choose to withdraw from the program after submission of your application, no refund will be given.

I/We attest the information provided in this application, along with all other correspondence with APF is true and accurate to the best of our knowledge. I/We have read and understand the Payment authorization form and refund polices stated in the Host Family agreement. I/We attest that I/we are financially able to participate in this program. I/We understand the $270 application fee is a non-refundable fee.

By checking the "Accept" box below and electronically signing, you verify that you are the person named in this agreement and agree to all terms contain within.

☐ ACCEPT

_____

Host Parent 1 Name         Host Parent 1 Signature         Date

_____

Host Parent 2 Name         Host Parent 2 Signature         Date

**APF GLOBAL EXCHANGE, NFP**    205 Keller Street, Suite 204
Petaluma, CA 94952, USA
www.aupairfoundation.org

Phone: +1 866-428-7247
Fax: +1 707-658-2393
info@aupairfoundation.org



PLAINTIFFS' RESP. APP.0003447
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Host Family Application

# Disclosure and Authorization Form
## to obtain background reports

Last Name: _____ First Name: _____ Middle Name: _____

Current Address: _____ Dates Lived Here: _____

Addresses for the Past 7 Years: (include street, city, state, zip code)          Dates of Residence

_____          _____

_____          _____

_____          _____

_____          _____

Date of Birth: _____ Other Names Used (including maiden name) _____ Years Used: _____

Social Security Number _____ Driver's License # _____ State: _____

## Authorization

I have read and understand the following Disclosure, and authorize Au Pair Foundation (APF) to obtain and rely upon consumer reports in considering me for participation. By my signature below, I authorize APF to obtain any such reports and to share the information received with any officer of APF.

I certify that all of elements of the personal data I have provided are true, accurate and complete. I understand and agree that any omission, false statement, misleading statement or answer made by me on my application or any supplements to it and in any interviews will be sufficient grounds for rejection of my application and my discharge from the program.

_____          _____          _____
Printed Name                              Applicant Signature                          Date

## Disclosure

In considering you as a participant in Au Pair Foundation Inc.'s au pair program, Au Pair Foundation, Inc. may request and rely upon one or more consumer reports about you that we obtain from IntelliCorp Records, Inc., a consumer reporting agency.

☐ a "consumer report" is a written, oral or other communication of any information by a consumer reporting agency bearing on your credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in making an employment-related decision about you. Such information may include, for example, credit information, criminal history reports, or driving records.

Under the FCRA, before Au Pair Foundation, Inc. can obtain a consumer report or investigative consumer report about you, we must have your written authorization. Before we take adverse action on the basis, in whole or in part, of information in that report, you will be provided a copy of that report, the name, address, and telephone number of the consumer reporting agency, and a summary of your rights under the FCRA.

I have the right to make a request to IntelliCorp Records, Inc, upon proper identification, to request the nature and substance of all information in its files on me at the time of my request, including sources of information, and the recipients of any reports on me which IntelliCorp Records, Inc has previously furnished within the two year period preceding my request.

6 (8)

**APF GLOBAL EXCHANGE, NFP**          205 Keller Street, Suite 204          Phone: +1 866-428-7247
                                        Petaluma, CA 94952, USA             Fax: +1 707-658-2393
                                        www.aupairfoundation.org            info@aupairfoundation.org



PLAINTIFFS' RESP. APP. 0003448
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Host Family Application

# Host Family Reference Form

*Instructions: Please have reference completed by a person who is not a relative.*

Host Family Name: _____

Address: _____

**Reference:**

Name: _____

Phone number: _____

E-mail: _____

What is your relationship with this family? _____

How long have you known them? _____

Have you spent time in their home? _____

To the best of your knowledge does this family have a stable home life? Yes or no, please explain:

Would you feel comfortable with your son or daughter living in their home? Yes or no, please explain:

Are you aware of any family situations or problems that would affect an Au Pair being placed in their home?

Would you recommend this family for placement of an Au Pair in their home? Yes or no, please explain:

Reference Signature: _____

Date: _____

| APF Representative: |
| Date Emp. Verified: |

7 (8)

**APF GLOBAL EXCHANGE, NFP**    205 Keller Street, Suite 204    Phone: +1 866-428-7247
Petaluma, CA 94952, USA    Fax: +1 707-658-2393
www.aupairfoundation.org    info@aupairfoundation.org



PLAINTIFFS' RESP. APP. 0003449
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Host Family Application

# Host Family Reference Form

*Instructions: Please have reference completed by a person who is not a relative.*

Host Family Name: _____

Address: _____

**Reference:**

Name: _____

Phone number: _____

E-mail: _____

What is your relationship with this family? _____

How long have you known them? _____

Have you spent time in their home? _____

To the best of your knowledge does this family have a stable home life? Yes or no, please explain:



Would you feel comfortable with your son or daughter living in their home? Yes or no, please explain:



Are you aware of any family situations or problems that would affect an Au Pair being placed in their home?



Would you recommend this family for placement of an Au Pair in their home? Yes or no, please explain:



Reference Signature: _____

Date: _____

| APF Representative: |
| Date Emp. Verified: |

8 (8)

**APF GLOBAL EXCHANGE, NFP**    205 Keller Street, Suite 204    Phone: +1 866-428-7247
Petaluma, CA 94952, USA    Fax: +1 707-658-2393
www.aupairfoundation.org    info@aupairfoundation.org



PLAINTIFFS' RESP. APP.0003450
HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

Case 1:14-cv-03074-CMA-KMT   Document 948-59   Filed 03/17/18   USDC Colorado   Page 37
of 181

# Exhibit 348

PLAINTIFFS' RESP. APP.0003451

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| From: | Katrina Vanderhulst |
|---|---|
| To: | 'Arthasit Sirirattanaanan' |
| Sent: | 12/14/2014 7:00:00 PM |
| Subject: | RE: Greeting from Thailand |
| Attachments: | AuPairInternationalAgentHandbook.pdf; Sending_Agent_Agreement_2013.pdf; Agent_Application_2013.pdf |

Dear Jip,

Thank you so much for reaching out to me and I apologize for the delay in response. We have been adjusting to the new regulations from the US Department of State and have been having a very busy time of year.

We are still very interested in working together and I would like to present to you our Sending Agent Handbook, Agreement and Application, attached for your review. Please keep in mind that we do not charge any program fees, however, we do collect a $300 USD flight fee for each candidate, which we invoice from you at the time of flight booking.

Please let me know if you have any further questions. I look forward to hearing from you.

All the best,

Katrina Vanderhulst
Director of Programs

Au Pair International, Inc.
Direct: (720) 308-5458
Main: (720) 221-3563
Skype: Aupairinternational
Email: Katrina@AuPairInt.com



**From:** Arthasit Sirirattanaanan [mailto:arthasit@hotmail.com]
**Sent:** Friday, November 28, 2014 4:17 AM
**To:** Katrina Vanderhulst
**Cc:** worawat tuvanimitgul
**Subject:** Greeting from Thailand

Hi Katrina,

It's Jip from ACADEX Thailand. We met at WYSTC in Dublin. I hope you still remember me.

Since time is approaching, I'd like to friendly remind you about our partnership for the year to come. As discussed, please kindly send us the required documents and the agreement so we can work on the paper works for you.

Happy Black Friday(and don't shop too much) :>

Looking forward to hearing from you,
Best Regards,
Jip

EXHIBIT
3
5-12-7

API00002066

PLAINTIFFS' RESP. APP.0003452

PLAINTIFFS' RESP. APP.0003453

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



# *International Sending Agent*

# *Handbook*

## *Guide for Sending Qualified Au Pairs to America*



**To be an au pair in the USA, the candidate must:**

- ✓ be 18 to 26 years old
- ✓ enjoy caring for children
- ✓ have a minimum of 200 hours practical childcare experience
- ✓ have completed secondary school education
- ✓ speak English to a good standard
- ✓ have a clear criminal record
- ✓ commit to 12 months living with an American family
- ✓ not previously have been an au pair in the USA

PLAINTIFFS' RESP. APP.0003454

API00002067

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                    *International Sending Agent Handbook*

## Welcome to the Worldwide Network of Au Pair International

We are delighted to welcome you as a partner in our worldwide network of committed professionals. Au Pair International strives to provide the best quality service to our au pairs and host families. This can only be achieved through close cooperation with committed partners around the globe. We can guarantee well screened and committed host families, as well as close support for the au pairs during their program participation in America. The majority of our host families have been referred to us by current host families. By recruiting well qualified, thoroughly screened and committed au pairs, the number of host families will continue to grow. Quality in every part of the chain will allow our and your business to grow. Welcome to our global family. We look forward to a log successful partnership!

In this handbook you will find the following information:

**PART I: Background**

**PART II: Recruiting Au Pairs**

**PART III: The Au Pair Application**

**PART IV: Matching Process**

**PART V: Preparing for Departure**

**PART VI: Arrival and Program Start**

**Summary**

# PART I: BACKGROUND

## 1.1 About Au Pair International and the Au Pair Program

In 1986 the Department of State established the Au Pair Program as an educational and cultural exchange program with a strong childcare component. Au Pair International is officially designated and regulated by the U.S. Department of State's Bureau of Educational and Cultural Affairs to be a sponsor of the Au Pair Program. You can check the website at www.exchanges.state.gov. Every au pair is issued a J-1 cultural exchange visa allowing them to participate in the Au Pair Program and live with an American host family for 12 months with the option to apply for an one time extension of 6, 9, or 12 additional months.

"Au pair" means "on par" or equal. Au pairs become an "on par" member of an American family, sharing a cultural exchange experience. The au pair's work hours and responsibilities vary greatly depending on the family's child care needs and schedule. The au pair may provide personalized child care up to 45 hours per week, up to 10 hours per day. The au pair's duties may or may not include child care and light child care related housekeeping such as:

- Supervising and playing with the host family's children.
- Awakening the children, getting them ready for school.
- Preparing meals for the children.

1

API00002068

PLAINTIFFS' RESP. APP.0003455

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

/// Au Pair International                    *International Sending Agent Handbook*

- Playing games, doing art projects.
- Bathing, changing and dressing the children.
- Putting children to bed and being on watch while children are sleeping.
- Driving children to school and appointments
- Straightening children's rooms and picking up after children.
- Doing children's laundry.

In exchange, the au pair receives a weekly stipend of $195.75* per week ($225 for Au Pair Professional) an education stipend of up to $500, room and board, training, monthly meetings, supervision and the opportunity to experience American language, life and culture.

The weekly stipend is normally tax free. The total value received from the program is $17,000 to $22,000 when accounting for the value of everything that is provided to the au pair during the program.

### Headquarters and Field Staff

Au Pair International maintains a staff at the corporate office in Boulder, Colorado. Our host families are located all over the U.S., with a concentration on the East and West Coasts. Our staff works closely with our International Sending Partners to ensure the U.S. Department of State Regulations are clearly understood and followed.

On the local level Au Pair International is represented by local Area Directors living less then one hour from any au pair and host family. The Area Directors serve as a support for both the au pair and the host family. The representative will contact the au pair within 48 hours of arrival, meet in person with the au pair and host family within two weeks of arrival, mediate in case of problems and difficult situations and organize activities each month for the au pairs.

## 1.2 Being a Sending Partner with Au Pair International

Au Pair International strives to be the premier Au Pair Agency in the U.S. Our key to success is the quality of the au pair candidates we recruit to our program and the quality of the host families we approve for the program.

*Our Host Families:* As a sending agent you can be assured that the families we have approved to host au pairs have passed a thorough screening. These are families where we ourselves would be comfortable letting our own son or daughter live with for a year as an au pair. The safety and comfort of our au pairs is our highest priority. With the local Area Director living less than one hour away from any au pair, we are able to be of immediate assistance in case of an emergency or problems.

*Our Au Pairs*: By recruiting and screening the best au pair candidates to participate in the program, we can succeed in growing the program to include more exchange visitors every year. We rely on our international network to select and screen outstanding au pairs and, not least; to prepare the au pairs for a successful year. The majority of our host families are "repeat families" that have chosen this program as their ongoing childcare for their children and will often host au pairs for many years.

2

PLAINTIFFS' RESP. APP.0003456

API00002069

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///  Au Pair International                                    *International Sending Agent Handbook*

*One* bad experience will often discourage the family from continuing with the program and to seek other childcare for their children. *One* bad experience may therefore lead to the loss of years of successful exchanges with this family and opportunities for other au pairs to spend a year in the U.S. It is therefore very important the *every* candidate is well qualified, is motivated and understands what a year in the U.S. could entail.

The au pairs must understand the responsibility that caring for young children involves. The hours can be long and caring for children can be tiring. Caring for children in a daytime role is also more challenging than occasionally watching children for a few hours per day while babysitting. Preparing the au pair is the foundation for a successful year.

Au Pair International is committed to offer our International Sending Agents a solid working relationship. This handbook will give an introduction to recruiting and screening highly qualified au pairs. However, there will be many questions along the way. Please never hesitate to contact us with any questions - general or specific. Our staff is always available for your support, training and advice to ensure our joint success.

The role as a Sending Agent is to recruit au pair candidates that want to spend a year as an au pair in the USA. The output of your work is first a complete au pair candidate application and, if the au pair successfully matches with a host family, a prepared, motivated and informed au pair candidate that is ready to go to the USA.

Please contact the Sending Agent Manager for any further questions you may have about this process as you read through the Handbook and begin searching for qualified au pairs for this program.

Title: **International Coordinator**
Name: Katrina Vanderhulst
Location: San Francisco, California
Phone: (720) 308-5458
E-mail: katrina@aupairint.com
Skype: aupairinternational

## 1.3 High Level Overview of Sending Agent's Involvement in Application Process

API00002070

PLAINTIFFS' RESP. APP.0003457

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



PLAINTIFFS' RESP. APP.0003458

API00002071

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 Au Pair International                              *International Sending Agent Handbook*

# PART II: RECRUITING AU PAIRS

## 2.1 Marketing to and Recruiting Au Pair Candidates

Active marketing will be the main source for recruiting new au pairs. It is your creativity and enthusiasm in recruiting au pairs that will lead to finding most of the au pair candidates. Au Pair International will forward any leads received directly to the sending agent in the candidate's home country. Below are some ideas on how to market the Au Pair Program. We are constantly improving our materials and we welcome input on ideas to add to this list.

## 2.2 Places to Recruit

### *Online Recruiting*

*Listings:* Au pairs from most countries find their information about au pair opportunities on the Internet. Making sure that your company and/or Au Pair International are listed on relevant sites is therefore very important. These include work-abroad sites, student sites, sites that advertise for nannies, government youth information, work agencies, etc. Electronic bulletin boards, international travel sites, and language schools sites are all places where au pair candidates may be recruited. Being listed at sites where people actively look for this information is a free and "effortless" way to get new candidates to come to you.

*Active online search:* By registering at au pair portals, you will be able to read the profile of au pairs candidates that are actively looking for au pair positions. Many that are interested in going to the U.S. have not yet registered with a U.S. Agency. By paying a small monthly fee, you get access to their address and phone number. We have found that e-mailing *and* calling the candidates to inform about the U.S. au pair program gives the best results. Au pair portal examples:

www.GreatAuPair.com
www.AuPair.com
www.aupair-world.net

*Place an ad:* There are many free or paid ad sites on the web. One way to find good candidates is to place an ad under "family seeking au pair". Sites like www.craigslist.com may get you in contact with candidates looking for work abroad.

### *Schools and Other Organizations*

Visit or contact the schools and organizations in your area that would have students or members the right age for the Au Pair Program. Oftentimes, the staff will agree to promote your program to their students/members or at a minimum allow you to distribute/place brochures or postings on message/bulletin boards.  These places include:

- Universities and Colleges
- High Schools/Gymnasiums (or other schools where the students are close to 18 years or older)
- Language Schools
- Student organizations at Schools and Universities
- Study-abroad departments at Universities and Colleges

API00002072

PLAINTIFFS' RESP. APP.0003459

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                          *International Sending Agent Handbook*

- Travel agencies
- Public employment centers/services, job centers, employment exchange.
- Libraries
- Youth clubs, activity centers
- Other areas where job/education/travel information is posted.

You might also want to offer to do a short presentation at schools and student clubs. Schools to target first are of course those focusing on education for teachers and nurses.

### Attend Job Fairs
Recruit au pairs by participating in job fairs organized by schools/universities or job market offices.
- International Student Fairs
- Job fairs
- Job market offices

### Directory Listings
People search on the on the Internet and on "yellow pages". Make sure that you register your company at any websites or publications covering job/student exchanges/au pair/volunteer work information. Send an email with your contact information and follow up if you do not see your company/name listed within a week or two.

### Leads from Au Pair International
When applicants contact us, we will send the person's contact information to you. It is important that you act on these leads immediately. We will also do daily searches online to find candidates. We will send these to you and need you to follow up on the leads.

### Paid Classifieds Ads
Our sending partners find that they have success with placing ads for specific host families. Several times per month, the Boulder office will send out profiles of host families that are in the process of finding new au pairs. You might want to place specific classifieds describing the family to get the interest from potential au pair applicants. Remember to not disclose specific information or names.

### Paid Ads
We do have many ad templates in various sizes and forms. If you are planning on paying for advertising, make sure to ask us first for templates already available.

## 2.3 What to Look for in a Candidate

When reading, the first thing potential host families look for is how much childcare experience the au pair candidate has had. Lots of childcare experience, especially working in a kindergarten or day care, is of course very highly valued. Having completed parts of a childcare, teaching, nursing or medical education is also very positive, as well as the au pair planning on a career in those fields in the future. Also young employees or part-time workers at childcare centers, "Sunday schools" teachers or helpers, kids groups etc. are good candidates. Au pairs who are mature, have other skills and hobbies and have strong ties to their family and high family values are also very good candidates.

6

API00002073

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Other skills which can help them in their job also matter, like playing piano, being able to read music, doing sports and other hobbies. Host families also look for active candidates so any past or present experience in sports is a plus. As a sending agent, you must decide where you focus your time and effort.

### Pre-Screening

At a minimum, the au pair must fulfill the U.S. Department of State regulated requirements of an au pair. If the candidate does not fulfill these requirements, they should not apply. The au pair must:

- *Be 18 to 26 years old*
- *Have completed secondary school education*
- *Have at least 200 hours childcare experience*
- *Speak English with a rating of GOOD to EXCELLENT*
- *Be in good health*
- *Not have a criminal record*
- *Commit to 12 months living with an American family.*
- *Not previously have been an au pair in the USA*

It is important to be sure the au pairs meet *all* the minimum requirements. If they do not fulfill the minimum requirements they will *not* be able to work as an au pair in the U.S. and, needless to say; they should not apply or fill out paperwork.

### Factors that Limit the Chances of a Placement

As Sending Agent, you want to concentrate your search on candidates that are easy to place. After all, you get your commission for placed au pairs. If you have a great candidate (for example with broad childcare experience), you might want to guide them on factors that will be assist their chances to be placed (for example to get a driver's license).

Limiting factor: No Driver's License
Au Pair International does not want to turn down a "perfect" candidate because she does not have a driver's license. However, most American families will require a licensed driver. It is very difficult to place an au pair without a driver's license. Please advise the candidate to try to get a driver's license before they apply or prepare them on that the wait time to find a suitable host family will be longer. Last, but not least; as public transportation is not available in many areas in the US, having a driver's license is also to their advantage and will allow them to get out and explore more.

Limiting factor: Male Au Pairs
Male au pairs will be accepted, but very few families choose male au pairs.  Please prepare your male au pair candidates (and your staff) on a long wait time.

Limiting factor: Au Pair's Restrictions
The more restrictions the au pair has, the more difficult it will be to place the person. For example, if an au pair only wants to go to one area, it might take a long time to place them. Remember that the "popular areas" have thousands of very well qualified au pairs to choose from. There are other fun places in the U.S. other than New York City and California. Being placed in San Francisco, NYC or Los Angeles is not the main factor for having a fun and exciting year.

7

PLAINTIFFS' RESP. APP.0003461

API00002074

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///| Au Pair International | *International Sending Agent Handbook*

Most of the host families have more than one child. Therefore an au pair who only wants to care for one child only is more difficult to place. The more flexible the au pair is, the easier it will be to find a family.

<u>Smoking Au Pairs</u>
Remember!! We cannot accept au pairs that are smokers. It is very difficult to place the au pairs and the wait time is frustrating for all parties. Please ask that references be provided if the potential au pair smokes.

## 2.4 From Lead to Candidate

When an au pair candidate contacts you for information, you should try to call the person back immediately. People change their minds, get other offers and have second thoughts. The longer it goes before you contact the potential candidate, the more likely you are to lose the person to other opportunities. Our sending agents have found that calling the person within 24 hours gives the best results and, if you do not get a hold of the person, leave a message. if your phone-call has not been returned, f ollow-up a few days later with an e-mail or phone call to the potential candidate.

### *Contact*
A personal phone call is powerful. Call the candidate and make the connection. The au pair will choose the agency where she feels most comfortable. A phone call gives you the opportunity to tell about the program and the experience. Then let the candidate know that you will send an email with the necessary information.

### *Email*
Make it easy on yourself – have an email in your own language prepared with the necessary information and links. Change the name on the email and send it to the candidate.

### *Follow-Up*
Keep the momentum going by following up by phone or email to see if you can assist/answer questions. The au pair application is very comprehensive. It might seem overwhelming to the candidate to complete it – and to do it in English. Follow-up and encouragement will help the au pair trough the processes.

### *E-Mail List and Newsletters*
Send a newsletter or "available host families" to potential au pair candidates. Tangible host families are easier to relate to than "going to the US" for a year. **Please request these from the Sending Agent Manager.**

# PART III: AU PAIR APPLICATION

A neat application and nice smiling pictures go a long way. A lot can be achieved by making sure the application presents the candidate in the best way. Neat handwriting, all questions thoroughly answered, detailed explanations and examples all ad up.

API00002075

PLAINTIFFS' RESP. APP.0003462

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                    *International Sending Agent Handbook*

## 3.1 Application Checklist

The au pair should give all application documents directly to your office. It is the applicant's responsibility to provide all the documents (except for the interview report and psychometric test), but you can give guidance on how to get the required documents.

They <u>must</u> use a pen, not pencil to fill out application. They must print not write in cursive.

**A TYPED APPLICATION IS PREFERRED AND HIGHLY RECOMMENDED**

The complete application consists of:
- ❑ Au pair application form, including the signed agreements
- ❑ Two non-family childcare references (to be verified by Sending Agent)
- ❑ One non-family personal character reference (to be verified by Sending Agent)
- ❑ Medical checkup report
- ❑ Criminal background check
- ❑ Copy of driver's license and International Driver's License
- ❑ Copy of passport (expiring no earlier than 18 months from the application date)
- ❑ 1 passport photo (au pair should prepare 4 photos as 2-3 will be needed for the visa application)
- ❑ "Dear host family" letter
- ❑ Copy of school diplomas/certificates
- ❑ Photo collage (1-2 pages)
- ❑ Interview report (to be completed by Sending Agent after in-person interview)
- ❑ Psychometric test
- ❑ Application fee paid (fee must be between $50 minimum to $200 maximum.)

## 3.2 Assisting the Au Pair in Improving the Application

### *Pictures*

Enclosing nice pictures is very important as host families tend to "connect" with the pictures as much as the text. The passport photo is particularly important. Please advice the candidate to put together a photo collage that shows them spending time with children, doing sports, outdoors activities, playing musical instrument and pictures with their family. They should normally not include pictures of friends as it does not help their application. Pictures of them partying or "weird/funny" pictures should be avoided.

### *Answer all Questions Thoroughly*

Encourage the applicant to focus on *all* their childcare experiences. As in any job application, they should present any experience that might help them. When screening applications, host parents will look for:

- Their childcare/teaching/assisting experience (the more the better).
- If they are showing real interest in children and childcare.
- Their personality and interests; if they are active, like the outdoors, etc.
- If they have any other skills that will help them in their job, for example music or sports

Saying only "I just adore" children does not do much. However, listing all the activities they have done related to children will help them. They might have helped or assisted teaching music for their school band or been a sport coach helper. They might have assisted with younger children (without being paid

9

API00002076

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

////  Au Pair International                                  *International Sending Agent Handbook*

for it) or had paid jobs as a babysitter.  Also experience that does not qualify under the 200 hours of child care experience requirement should be listed.  The au pair candidate should focus on the experience they have and activities and responsibilities these jobs involved.

Parents will also look for how used the candidate is to being around children. The au pair applicant should therefore tell about their siblings or cousins, and time spent with them, babysitting or assisting in caring for them.

## 3.3 Verifying Documents

The documents received must be verified, meaning that you must contact the source and verify that the information provided is true and accurate. Remember the documents are not complete unless they have been verified. This includes:

- References. Contact childcare references to confirm that the information was actually given by them and that it is accurate.
  - o Get further details to issues they have brought up. For example if the reference has written anything that may be considered negative, ask for more detail to clarify what is meant by that statement.
  - o Clarify if any of the questions were not completed. In particular the form needs to have an estimated number of hours caring for children under and over the age of two.
- Control that the criminal background check certificate is recent (within one year) and must be original, which may include a watermark on the paper, stamp and/or signature.

## 3.4 Au Pair Interview and Orientation

The Interview – Questions and English Skills
The au pair must be interviewed by a Sending Agent trained employee or representative who speaks English. **The interviewer's English must be advanced enough to evaluate the au pair's conversational English skills.**  They must be able to carry on a conversation during the interview in English.

The interviewer should use the Interviewer's Guide provided by API to facilitate the interview.  After the interview the interviewer fill in the interviewer's report. The host family will be able to review the report. Therefore, please write neatly and add comments that might help the family in evaluating on this candidate.

The Interview - Administer the Psychometric Test
The psychometric test may be filled out during or before the interview. It may be filled in online or on paper.  Make sure the au pair understands the directions completely before starting the test.  The au pair may use a dictionary during the test.  These psychometric tests will be used to make a psychometric profile of the candidate.

10

PLAINTIFFS' RESP. APP.0003464

API00002077

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 Au Pair International                                          *International Sending Agent Handbook*

The Interview – Orientation

As part of the interview, the interviewer must give the candidate a orientation about the Au Pair Program, the process going forward, what to prepare for and what they can expect. This may be done in the au pair's native language. Please use the pre-departure orientation guide provided by Au Pair International as a checklist of what to cover during the orientation. Please also refer to the "Going-To-America Handbook" (coming soon) for the process up to departure and the Au Pair Handbook for detailed program information.

Remember to describe the process going forward; the au pair's application will be presented to potential host families, the interview, etc. Please see the pre-departure orientation guide for a complete list of the next steps towards arriving in the U.S.

## 3.5 Compiling and Sending Application

After the interview and orientation, compile all the documents, including your interview report and the au pair's psychometric test. Use the checklist to ensure that you are sending all the application documents. Please scan the files (as described below) and keep the original files for a least five years beyond the date of the au pair's program completion.

*Scanning the Files*

When you scan the applications, you should scan the files into multiple page pdf documents as instructed below. The images should be at the lowest resolution that is still easily legible (usually around 100 dpi) to keep the file sizes small.

To make a pdf file, please go to:

Most scanners will have a pdf-file option. However, if your scanner only gives single page gifs/jpgs, please insert the gifs into word documents and convert it to a pdf file by logging on to our account.

**Adobe Acrobat Maker:** https://createpdf.adobe.com/cgi-login.pl?BP=IE&LOC=en_US
**Username:** info@aupairint.com
**Password:** Please request the current password from the sending agent manager.

A complete application will look like this:

 SvenssonTina_Application.pdf
Adobe Acrobat 7.0 Document
1,151 KB

 SvenssonTina_Certificates.pdf
Adobe Acrobat 7.0 Document
143 KB

 SvenssonTina_Checklist.pdf
Adobe Acrobat 7.0 Document
52 KB

 SvenssonTina_Collage.pdf
Adobe Acrobat 7.0 Document
188 KB

 SvenssonTina_HFLetter.pdf
Adobe Acrobat 7.0 Document
30 KB

 SvenssonTina_Interview.pdf
Adobe Acrobat 7.0 Document
180 KB

 SvenssonTina_Medical.pdf
Adobe Acrobat 7.0 Document
201 KB

 SvenssonTina_PSTest.pdf
Adobe Acrobat 7.0 Document
205 KB

 SvenssonTina_References.pdf
Adobe Acrobat 7.0 Document
471 KB

API00002078

PLAINTIFFS' RESP. APP.0003465

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

/// Au Pair International                    *International Sending Agent Handbook*

Name the files with the au pair's first and last name (not middle name) as shown below. For example: Carolina Elena Britez Gonzales should be:  BritezGonzalesCarolina_Application.

Please name the files like this:

- LastNameFirstName_**Checklist**
- LastNameFirstName_**Application**
- LastNameFirstName_**HFLetter**
- LastNameFirstName_**Collage**
- NameFirstName_**Interview**
- LastNameFirstName_**Medical**
- LastNameFirstName_**PSTest**
- LastNameFirstName_**References**
- LastNameFirstName_**Certificates**
- LastNameFirstName_**Notification_Other** (to be sent after the au pair is matched, but before departure)
- LastNameFirstName_**InsUpgrade** (if applicable)

### *What to include in each PDF document*

LastNameFirstName_Checklist

The checklist should be completed by the Sending Agent representative completing the file.



LastNameFirstName_Application

The application form should include:

12

APi00002079

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                    *International Sending Agent Handbook*

- A smiling passport photo on the first page.
- The Au Pair Application including any descriptions written on separate paper scanned in order.
- AP Agreement.
- AP/HF Agreement.



LastNameFirstName_HFLetter

The host family letter should be 1-2 pages long, preferably typed.



LastNameFirstName_Collage

The photos/photo collage should be on white background.

13

API00002080

PLAINTIFFS' RESP. APP.0003467

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International           *International Sending Agent Handbook*



te. The more you can write about your a warm and sweet personality, maturity, re-didate.

### LastNameFirstName_Medical

The medical checkup must be signed and stamped by a physician.



### LastNameFirstName_References

The verified copy of the references is signed by the person who contacted the references. The Sending Agent can also stamp the forms.. If reference has to be translated: include original and translation. Verify both the original and verify that the translated references are genuine.

Also include any other references in addition to the three required. Additional references might be in letter or other form. The three minimum references must be completed on the API reference forms.



14

PLAINTIFFS' RESP. APP.0003468

API00002081

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                          *International Sending Agent Handbook*

LastNameFirstName_Certificates

- All school diploma's and certificates
- Criminal background check
- Copy of Driver License (if applicable)
- Copy of International Driver's license (required if au pair will drive in the U.S.)
- Copy of Passport
- Other certificates/diplomas (e.g. First Aid, Life saver, etc.)



**Etc…**

LastNameFirstName_PSTest
The Psychometric test and the Psychometric Profile should both be scanned.



After au pair has been matched with a host family, the following files are prepared:

15

PLAINTIFFS' RESP. APP.0003469

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                              *International Sending Agent Handbook*

LastNameFirstName_InsUpgrade (if applicable)

As soon as possible notify API of any insurance upgrade requests. Scan and send order form to API.

LastNameFirstName_Notification_Other
Before the au pair departs for the U.S., submit the notification form (the form confirming that she has received the required documentation has been interviewed by the host family, etc) and documentation showing that the au pair has completed her 32-hour training course.

- Confirming completion of 32-hour training.
- Information received notification form.

### *Send the Application Files*
Send the checklist and all files for the applicant (except for insurance upgrade and the notification form files which will be sent later) in an e-mail to files@aupairint.com  Please send each candidate in individual e-mails. Applications should only be sent when they are complete and ready. The application will be reviewed at the API office and you will be notified if any documents are missing or incomplete.

# PART IV: MATCHING PROCESS

### *Step 1: Host Family Search*
Once complete, the au pair application will be presented to potential host families in the U.S. by the Placement Coordinators. Each application is presented to multiple host families. The families will look through a number of applications until they make a decision to contact a particular candidate. It is during this process that the quality of the au pair's experience and the neatness and appearance of the application, makes a big difference. We often see au pairs with an appealing application being chosen over more qualified au pairs with "messy" applications. **A smiling passport photo is key.**

### *Step 2: Family Phone-Interview*
Host families will evaluate the applications and, if they think it looks like a good match, contact the au pair for an interview over the phone. The phone-interview is required before a match can be made.

### *When can they expect the phone call?*
It can happen within days or it may take longer. It is therefore important for the au pair to be available and prepared from the day the application is approved. Some host families will send an email first to schedule a time for the interview, others will call without notifying the au pair. Normally, though, the placement coordinator sends out an "interview" e-mail. The au pair needs to respond to the family per the instructions in this e-mail.

### *Where to contact:*
Please advise the candidate to keep Au Pair International apprised of where to contact them at all times - also if they go on vacation for a few days. We do not want them to miss their opportunity because a family could not get a hold of them.

16

API00002083

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// Au Pair International                                    *International Sending Agent Handbook*

*Reply to host families:*
Please remind the au pair to reply to messages promptly. If she did not understand the message or was not able to hear the e-mail or phone number, please ask her to contact the placement coordinators for assistance. When host families don't receive a reply (promptly) they often move on to the next candidate.

*Be prepared:*
Being cheerful and friendly during the interview is of course important. In advance, the au pair should use the "Q&A list" for the phone interview. This list is provided by the sending agent. It is a good idea to write down answers to potential questions that the host family might ask. The au pair should also write down questions to ask the family that would help her determine if this is a good match.

Both the au pair and the host family will rely on this interview to learn as much as possible about each other. Advise the au pair to avoid giving "yes/no" responses. She should instead answer by telling more about herself and ask questions that encourage conversation.

### Step 3: Match is Confirmed
The host family will formally invite the candidate to become their au pair. The Placement Coordinators will send the host family's application together with the invitation. If the au pair accepts the offer, API will inform the host family. The Sending Agent is immediately notified of the match and Au Pair International immediately starts the process toward preparing the au pair for a year abroad.

Please advise the au pair they should match with the *first* host family that they feel *comfortable* with. They should not turn down a good opportunity just "in case something better" come up as this might not happen or it might take a long time. When the au pair accepts an invitation from a family to join them they are making a commitment to be their au pair for *one year*.

# PART V: PREPARING AU PAIR FOR DEPARTURE

## 5.1 U.S. Embassy Interview

### Booking the Visa Interview at the Consulate or Embassy
Immediately after the match is confirmed, the au pair should schedule the Visa interview appointment with the nearest U.S. Embassy (or Consulate). Please consult the U.S. Embassy's website for instructions regarding how to book the interview in your home country. In some countries the interview may be booked by contacting the Embassy by phone or by scheduling the interview visa via that Embassy's website.

Embassy information specific to each country should be provided to the au pair by the Sending Agent. Every U.S. Embassy has a different application procedure. The au pair should be given a detailed overview of documents required, how to make the appointment, the website address and how to pay the J-1 Visa fee. The Sending Agent should provide this information and make sure it is updated and accurate. For a list of all U.S. Embassies, visit the official U.S. Department of State website at: www.state.gov.

17

API00002084

PLAINTIFFS' RESP. APP.0003471

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

/// Au Pair International | *International Sending Agent Handbook*

Many sending agencies provide the au pair with a handout with instructions as well as directions and map for the U.S. Embassy. It is also helpful if you provide the au pair with the required envelope that some U.S. Embassies require for returning the passport and visa to the au pair (see specifications on the local U.S. Embassy website).

### *How to Pay the Visa Interview Fee*

The U.S. Embassy imposes a fee for the J-1 Visa. The fee is currently about US$100. The au pair is responsible for paying this fee and it should normally be paid well in advance of the visa interview appointment. Please provide the au pair with information regarding how and when this fee should be paid to the Embassy. Please consult your local U.S. Embassy website.

### *SEVIS Fee*

There is also a "SEVIS fee" of US$35. This fee is paid by API and a receipt is included in the package sent to the au pair.

### *Visa Document Package*

API will send the visa information including the DS-2019 to the Sending Agent's office. The DS-2019 (CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR (J-1) STATUS ) is the main form that the au pair must bring together with the other documentation to the visa interview. The package includes:

- Signed DS-2019 form – au pair should sign and date
- Signed acceptance letter – letter confirming that they have been accepted to the au pair program.
- SEVIS I-901 fee receipt (a receipt showing the SEVIS fee has been paid)
- Form DS-160 - Online Nonimmigrant Visa Application
- Form DS-157 is included for male au pairs only. Female au pairs do not need to complete this.

## 5.2 Online Training

Au pairs must complete a 32-hour long training course prior to arriving at the host family's home. API will provide the au pair with a username and password in order to complete this training online. As it takes a while to complete the training, the au pair should receive the username and password as soon as possible after the match is confirmed. Please inform API immediately if the au pair has not received this pertinent information.

## 5.3 Au Pair Handbook and Pre-Departure Information

Sending Agent gives the au pair her pre-departure information package. The pre-departure information package should include the Au Pair Handbook and information about local educational opportunities in the U.S. The local agent might include additional information in the package they give the au pair.

## 5.4 Airplane Ticket/Travel Documents

API will send the au pair's air ticket to the Sending Agent by e-mail or by regular mail. The ticket will be from gateway cities in the au pair's home country (normally the capital) to the host family's home

18

API00002085

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| Au Pair International | *International Sending Agent Handbook* |
|---|---|

town airport. The au pair is responsible for arranging and paying for transportation to the gateway departure city.

## 5.5 Prepare the Au Pair for Departure and for a Successful Year

You should already have answered many of the questions during the interview and orientation. However, the au pair might have many questions when preparing for the year and she will turn to you for answers. After the visa has been approved you might want to give the au pair a call to make sure she is on schedule for the departure. Clarifying any questions in this conversation might also save you a few phone calls from the au pair.

Most of the questions should be answered in the information the au pair receives. Familiarizing yourself with this information will help you in guiding the au pair to the appropriate chapter where her answer may be found. If you find that you cannot answer any of the questions, please do not hesitate to contact us.

# PART VI: ARRIVAL AND PROGRAM START

## 6.1 Arriving in the U.S.

*Meeting the Host Family*
The host family will meet their new au pair at the airport. The host family and au pair are responsible for coordinating with each other through e-mail or phone on how and where to meet and what to do in case of delays.

*Arrival Information Package*
Upon arrival in the U.S., the au pair will receive an arrival information package including the insurance card, insurance information, a letter stating that the au pair is in good standing with the Au Pair Program, etc.

*Welcome call and Arrival Orientation*
The local Area Director will call the au pair within 48 hours of the au pair's arrival to welcome the au pair to the area. Within two weeks of the arrival the Area Director will meet with the au pair and her host family to assess how the relationship is progressing. Some Area Directors also contact the au pair by e-mail before she departs from her home country (this is optional for the Area Director).

*Contact Information*
Before or immediately after arrival the au pair will also receive the contact information for the other au pairs in her cluster.

## 6.2 Participating in the Program

*Monthly Activities*
Each month the Area Director arranges activities for the au pairs in the local cluster.

*Educational Requirement*

19

API00002086

PLAINTIFFS' RESP. APP.0003473

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                    *International Sending Agent Handbook*

The au pair will complete six credits or the equivalent of education during her year abroad. The host family will facilitate the attendance of classes and pay up to $500 towards education.

### Problems during the Year

Spending a year abroad may be challenging and there will always be smaller or larger issues during the year. Sending Agent should forward concerns received from au pair participants directly to API. Our field staff is best suited to assist with the issues. They know the background and are better suited in solving the issues in a neutral way. API will normally *not* contact or update the Sending Agent on issues or problems during the Au Pair Program year.

### Re-Match During the Year

If a relationship is not working out and the au pair is not in any violation of laws or regulations, API will attempt to find the au pair a new host family. The au pair should continue to stay with the current host family until a new host family is found. If this is not possible, API will make reasonable attempts to assist the au pair with temporary housing for a temporary period of time.

# SUMMARY

PLAINTIFFS' RESP. APP.0003474

API00002087

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

///// Au Pair International                    *International Sending Agent Handbook*

# The Process in Summary

In short, the process from application to departure:

1. **Application:** Au pair submits application.

2. **Verification:** Sending Agent verifies references and ensures that all documents are accurate.

3. **Interview:** Sending Agent interviews au pair candidate and gives an orientation about the Au Pair Program, U.S. regulations and prepare au pair for a successful year abroad. Sending Agent writes an interview report.

4. **Send:** Sending Agent scans application documents and e-mails complete application to API and keeps the original for future reference.

5. **Search:** Au pair's application is presented to American host families by Placement Coordinators.

6. **Phone Interview:** Host family contacts au pair candidate by phone for the phone interview. This might result in a match or not. If not, the au pair will wait for the next potential host family to call.

7. **Match:** The host family, thru the placement coordinator, invites the candidate to become their au pair. The au pair reviews the host family's application and accepts or declines the offer. If she accepts it is a "match" and the host family, au pair and Sending Agent are formally notified by API.

8. **Schedule Interview:** Au pair schedules the Visa interview with the local U.S. Embassy and pays the Visa fee (currently US$100) per the direction of the local U.S. Embassy.

9. **Receive information and training:** Sending Agent gives/informs au pair:

    a. The online training course. As this is a 32-hour training program, the au pair should receive the training as early as possible. Make sure they have their username and password to begin. (NACCP)

    b. The Au Pair Handbook, information about local U.S. educational opportunities and other pre-departure information.

10. **Au pair payments:** Au pair pays deposit $400, flight fee (if applicable), application fee- $50-$200, and other payments for upgrade/additional (if applicable) services to the Sending Agent.

11. **Receive visa documents:** Au pair receives Visa Package, including the DS-2019 and SEVIS fee receipt, from API.

12. **Embassy Interview:** Au pair goes in person for the visa interview at the U.S. Embassy. The visa is normally approved or denied immediately, and in most cases sent to the au pair's home by courier mail. If the Visa is *not* granted, the au pair or sending agent should contact API immediately. Normally more information may be provided and the au pair may appeal the decision and schedule a new interview.

13. **Travel documents:** Sending agent receives travel documents from API by e-mail or mail and gives/sends it to the au pair.

PLAINTIFFS' RESP. APP.0003475

API00002088

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

//// Au Pair International                          *International Sending Agent Handbook*

14. **Departure:** The au pair leaves for the U.S. and is met by the host family at her destination.

22

PLAINTIFFS' RESP. APP.0003476

API00002089

PLAINTIFFS' RESP. APP.0003477

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 Au Pair International

# International Sending Agent Agreement

This Au Pair International, Inc. International Sending Agent Agreement (the Agreement.) is made and entered into as of the _____ day of _____ 20____ (.Effective Date) by and between Au Pair International, Inc. (API), a Colorado Corporation and _____ (Sending Agent Company Name, Sending Agent Contact Name) located in_____ (City), _____ (Country) I/We, the authorized undersigned, as an International Sending Agent for the Au Pair International U.S. Au Pair Program (Program) agree to the terms and conditions set forth in this Agreement.

## Recruiting and Screening Responsibilities

Sending Agent agrees to carefully recruit and screen au pair candidates for participation in the Program in accordance with U.S. Department of State Au Pair Program Regulations (U.S. Regulations) and API standards, and agrees to:

- Promote the Program in Sending Agent's defined Territory as specified in Exhibit A.
- Send only *complete*, thorough, and suitable au pair applications to API in accordance with U.S. Regulations and API requirements.
- Approve only au pair candidates that fulfill all requirements set forth by the U.S. Regulations and API standards and approve only au pair candidates that are very well fitted to participate in the Program and able to take on the responsibility of safely caring for children.
- Verify that each au pair candidate meets U.S. Regulations and API standards and that each au pair application contains documentation of these qualifications, including, but not limited to; that each candidate is between 18 and 26 years old; has not previously been an au pair in the USA (or has been home for two years prior to applying again), is a secondary school graduate or the equivalent; is proficient in spoken English; is capable of fully participating in the Program as evidenced by the satisfactory completion of a physical; has been personally interviewed, and has successfully passed a background investigation that includes verification of school documents, minimum one non-family related personal reference, minimum two non-family related childcare employment references, a criminal background check or its recognized equivalent, and a psychometric test.
- Carefully interview each au pair candidate in person in English and allow only sufficiently trained Sending Agent representatives to conduct the interview in accordance with the API Sending Agent Handbook, U.S. Regulations and written instructions issued by API.
- Complete an Au Pair Interview Report for each au pair candidate and submit the report together with the au pair application.
- Contact and interview all references provided by the au pair candidate and verify the validity of the references by signing each reference form and adding any additional comments.
- Verify the validity of documents (criminal record, medical report, school documents, etc.) provided with the au pair application.
- Ensure that each au pair applicant has documented childcare experience of minimum 200 hours from non-family references.
- Ensure that each infant qualified au pair applicant has documented infant childcare experience of minimum 200 hours with children under the age of 2 years old.
- Send the complete au pair application to API electronically and keep the original hard copy on file for a minimum of 5 years past the end of the au pair's Program participation.
- Monitor the au pair's completion of the au pair training course by communicating with the Director of International Programs for details of au pair's progress, grades and completion of training.
- Notify API immediately should an au pair applicant no longer wish to take part in the Program and/or of any changes to the application.

## Orientation and Preparation Responsibilities

Sending Agent agrees to:

- Provide each au pair candidate with detailed information about the Program and distribute Program information before au pair's departure, including but not limited to; the Au Pair Handbook and information detailing U.S. educational opportunities.
- Assist the au pair applicant with her/his visa application and give advice and guidance in relation to the U.S. Embassy visa interview.

Au Pair International, 4450 Arapahoe Ave, Suite #100, Boulder, CO 80303 katrina@aupairint.com

API00002090

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## EXHIBIT A
### Territory

Sending Agent may promote program and screen au pair applicants from the country of _____ and _____ citizens located in other countries. Sending Agent may also accept applications from foreign citizens located in _____at the time of the application. Sending Agent is aware of that non-_____ citizens may be required to schedule their Visa interview at a U.S. Embassy in their home country.

Au Pair International, 4450 Arapahoe Ave, Suite #100, Boulder, CO 80303 katrina@aupairint.com

API00002093

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



# International Sending Agent Information

Please return the completed form to API. You may complete this form by filling in the information below or by providing the information in a separate document. Please do not hesitate to contact us with any questions to the information requested.

Company's legal name_____

Doing business as (if applicable)_____

Phone_____ Fax_____ Website _____

Addres_____

_____

Years in business _____ locations _____

_____

Is business under new ownership? _____ Date change occurred_____

Type of business _____

_____

Designated and published hours of business _____

_____

Emergency telephone number available to business partners and participants _____

_____

**MAIN CONTACT:**

Name _____ Phone _____
Title _____ Email _____

Name _____ Phone _____
Title _____ Email _____

**OWNERS AND OFFICERS:**

Name _____ Phone _____
Title _____ Email _____

Name _____ Phone _____
Title _____ Email _____

Au Pair International, 4450 Arapahoe Ave, Suite #100, Boulder, CO 80303 jennifern@aupairint.com

PLAINTIFFS' RESP. APP.0003480

PLAINTIFFS' RESP. APP.0003481

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**AFFILIATION AND EXPEREINCE**

Please list organizations you are affiliated with (nationally and internationally), including companies you recruit au pairs for:

| Company | Country | Affiliation/Relationship |
|---------|---------|--------------------------|
|         |         |                          |
|         |         |                          |
|         |         |                          |
|         |         |                          |

How many au pairs or exchange participants do you provide today?

| To Country | Exchange Program | # of Participants |
|------------|------------------|-------------------|
|            |                  |                   |
|            |                  |                   |
|            |                  |                   |

Have you previously been affiliated with an U.S. Au Pair Program?  ☐ Yes ☐ No

Please give details (which agency, number of au pairs, year, etc.) _____

_____

_____

**VOLUME**

Areas/countries you wish to recruit au pairs from: _____

_____

_____

Estimated number of au pair applications you expect to be sending per year:

Year 1_____  Year 2 _____  Year 3 _____

Fees charge or plan to charge from the au pair applicants:

Type of fee:                      Amount:

_____          _____

_____          _____

_____          _____

Au Pair International, 4450 Arapahoe Ave, Suite #100, Boulder, CO 80303 jennifern@aupairint.com

API00002095

PLAINTIFFS' RESP. APP.0003483

# Exhibit 349

PLAINTIFFS' RESP. APP.0003484

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Au Pair International**                                **AU PAIR AGREEMENT**

The following agreement ("Agreement") is entered into between Au Pair International, a Colorado Corporation ("API") and  (first and last name of au pair) _____ ("I") and outlines a minimum standard of participation and conduct for the *Au Pair Program* ("Program").

I, the undersigned, agree that Program regulations issued by the United States Department of State (22 CFR 62.31) ("Regulations") and API information, guidelines, brochures and handbooks are deemed incorporated in this Agreement. I acknowledge receipt of a copy of the Regulations as they apply to me.  I understand that if there is any confusion between the terms of this Agreement and the terms of any other contracts, agreements, or API materials of any kind, the terms of this Agreement shall prevail.

### Qualifications and Acceptance:

1. I understand that the Program is a minimum twelve (12) month long J-1 Visa cultural exchange child care program in the USA.
2. I confirm that I comply with all the requirements for the Program including, but not limited to; that I have never been charged with or convicted of a criminal offence; I have not previously participated in an au pair program in the USA; I have successfully completed my secondary school and I am in good health. I confirm that the information I have given in my au pair application is accurate; all qualifications described, certificates and references provided are genuine. I understand that in order to care for children under the age of two I must have at least 200 hours of documented infant child care experience. I understand that API has the exclusive right to determine my suitability for acceptance and for my continued participation in the Program.
3. I understand that it is entirely my choice to participate and continue in the Program and to accept or decline a placement with a host family presented to me, and that it is my responsibility to read and understand all the information provided to me regarding a prospective host family. I agree to interview with the potential host family by telephone and request additional information, if needed, before accepting the placement.
4. I will complete all visa and screening requirements and obtain a passport valid for at least 26 months after my departure to the USA.
5. I agree to complete the au pair training course and review all pre-departure material <u>before</u> my departure to the USA.
6. I understand that in the event of my late cancellation from the Program prior to departure, API reserves the right to charge a cancellation fee.

### Travel and Flights:

7. I understand that Program flights will depart from and return to designated airports, that I am responsible for my own transportation to the specified departure airport in my home country and for transportation to a designated US airport in time for my return flight. I understand that I am responsible for costs prior to departure and upon my return. I understand that API will not be responsible for alternate transportation, or airline baggage costs or airport taxes. I understand that *if* I am required to pay a flight contribution for my flight to the US, a similar flight contribution for my return flight will apply at the end of the Program.  I understand that if I change my ticket after it has been issued, I will be responsible for paying a change fee and other airline penalties. I understand that on the completion of my Program, I am expected to depart on the date and time arranged by API. I understand that API cannot book my return flight for a date later than thirty days after the completion of my Program.
8. I agree to keep the forms DS-2019 and I-94 safe at all times and understand that it is costly and timely to replace lost forms. I understand that, should I wish to travel outside the US during my Program, I must submit (and receive) my DS-2019 form to API for a signature prior to leaving.
9. I understand that if I am in good standing with the Program, I may legally remain in the US for 13 month after my arrival date, but that the expiration date on my visa may show an expiration date earlier than the 13 months. For this reason I am recommended to not travel abroad during my 13th month as I might no be able to re-enter the US during this time.

### Program Rules and US Regulations:

10. I understand that during my Program participation: i) I may provide child care and light child care related housework for up to 45 hours per week and up to 10 hours per day; ii) I will be compensated at a weekly stipend by my host family in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the US Department of Labor; iii) I will have a minimum of one and a half days off per week in addition to one complete weekend off each month and receive two weeks of paid vacation; iv) I must register and attend classes at an accredited US post-secondary institution for not less than six semester hours of academic credit or its equivalent. I understand that my host family has agreed to facilitate the enrollment and attendance and to pay the cost of such academic course work in an amount up to $500 and that I will be responsible for educational costs exceeding this amount; v) I may not accept any form of paid employment in the US during my stay other than within my duties as an exchange participant with my current host family; vi) My host family must provide me with a suitable private bedroom; vii) A parent or other responsible adult must remain in the home for the first three days following my arrival; viii) I may not have the sole responsibility of a child younger than three (3) months. *If* my host family has a child younger than three months of age, a parent or other responsible adult must be present.
11. I understand that active and safe care of the children is my first priority as an au pair. I agree to be diligent, conscientious and involved while caring for children and to never leave a child unattended and to never put a child at risk in any way. I agree to limit personal Internet or phone communication while caring for children. I understand that by caring for children I am assuming a great responsibility.
12. I understand that all vacation and free time must be planned and mutually agreed upon in advance with my host family.
13. I agree to perform the child care responsibilities outlined by my host family to the best of my ability and due respect, and make every effort to act as a caring, responsible family member, and will abide by my host family's household rules. I will discuss and agree to the rules for use of Internet, cell phone and phone use with my host family. I will accept any cultural differences in the spirit of cultural exchange.
14. I understand that I will be responsible for all personal debts (personal phone calls, gas usage, etc.) during my Program.
15. I agree to not use an automobile without express permission from the owner and that any agreement to use any automobile is strictly between the automobile's owner and me. I agree to not use an automobile unless I have the required papers for driving in the state and the owner has obtained all mandatory automobile insurance coverage required for me. I understand that I am strongly recommended to obtain a state driver's license even in states that does not specifically require it. I understand that in the event of an automobile accident, I may be liable for an insurance deductible up to USD 500 per accident. I understand that if I do not have a local US state driver's license, I need to have my foreign driver's license *and* my international driver's permit with me when driving.
16. I understand that during the Program, I will be covered under basic health insurance and that the deductible, as stated on my insurance card, applies per illness/accident. Insurance provided by API is valid from the start date to the end date of the Program. I understand that in order to have insurance coverage during my 13th month, I must purchase such insurance. I agree to and understand the insurance policy and agree to pay for any medical or transportation expenses that are not covered by the insurance. I understand that any conditions or illness I am suffering from prior to entering the US will not be covered under any insurance. I release API from any liability relating to any medical care received. I understand that my insurance and participation in the Program does not cover costs related to court appearance assistance, liability insurance or legal fees.



Au Pair International Au Pair Application 072706

8

//// Au Pair International

**Supervision, Monitoring and Support:**

17. I will co-operate fully with those supervising the Program on my behalf, maintain monthly contact with my local Area Director or other API representative in my Area Director's absence and abide by any reasonable instructions they may give me. In addition to the terms of this Agreement, I agree to abide by additional reasonable terms and conditions stipulated by API during the Program.

18. I agree to, as soon as possible, notify my local Area Director in case of dissatisfaction, concerns and/or problems including, but not limited to; safety, welfare, adjustment to my host family and/or the American culture, misunderstandings, disagreements or problems with my host family, my health, fulfilling my educational requirement, homesickness, language or other. In situations where I am having problems with my host family, I agree to consult with and/or meet with my local Area Director or other API representative(s) and to follow API's mediation guidelines as outlined in the au pair handbook and by API staff.

19. I agree to contact my API Regional Director if my local Area Director does not provide the supervision and support as required.

20. I will immediately report to API unusual or serious situations or incidents involving either myself or my host family.

21. I understand that an API representative will attempt to contact me within forty-eight hours of my arrival and meet with me and my host parent(s) within two weeks of my arrival. I agree to make myself available for these contacts and to immediately contact my Area Director or Regional Director if these contacts have not taken place.

22. I understand that I am recommended to keep funds of a minimum of USD 500 for emergency purposes during the Program.

**Rematch During the Program:**

23. I understand that API does not guarantee that an au pair will have the opportunity to re-match during the Program and that such decision will be at API's sole discretion.

24. If problems with my host family cannot be resolved and I am recommended for future placement, I understand that, at API's discretion, API will use reasonable efforts to find new host family for me. I understand that API may be required to disclose information received from my original host family regarding my stay, performance and behavior while with their family.

25. During a re-match process, I shall, if possible, continue to live with my current host family who, in their discretion, may request me to provide, or not to provide, child care for their children. If I can not remain with my host family, API will make reasonable attempt to find temporary housing for me. I agree to remain in contact with API at all times and to make myself available to be interviewed by potential new host families.

26. I understand that if my placement and/or participation in the program is/are deemed unsatisfactory by API for whatever reason, API will reassess my suitability for future placement. If a recommendation for future placement cannot be provided by my host family, my Area Director and/or my Regional Director, and/or a new family placement cannot be found within a reasonable period or due to my behavior or if I refuse to be placed; my participation in the Program will be terminated and be subject to the standard termination procedures outlined in this Agreement.

**Early Termination and Suitability Procedure:**

27. I understand that I may be terminated from the Program if I do not successfully complete the 12 month long Program with API for reasons including but not limited to: if I leave my host family without prior consent from API; if I decide to terminate my participation and return to my home country before the end of my 12 month long Program; if I am removed from the Program at the discretion of API; if I do not fully participate in training, academic courses and monthly meetings/contacts; if I in any way violate this Agreement; or if I put myself in a situation where I cannot be placed with a new host family. Such termination may result in any or all of the following:
a. I will forfeit the return ticket and I will be required to make my own arrangements to return to my home country at my own expense; b. I will no longer receive the support of my host family or API; c. My API insurance coverage will no longer be valid and no part of it refunded; d. API will not provide me with housing. e. My J-1 visa will no longer be valid; and. f. If I remain in the USA after an agreed departure date, my status will be reported to US Immigration.

**Program Extension:**

28. I understand that au pairs may apply to extend their Program participation for additional 6, 9 or 12 months beyond the first 12 Program months. I understand that I may apply to extend my Program participation with my current host family *or* to be considered for placement with a new host family during the extension period. I understand that in order to extend my Program I must submit the Extension Program Application and formally be approved for the extension.

**Agreement between Au Pair and Originating Exchange Organization:**

29. I understand that API is not a party to any agreement or translations of agreements between me and the Originating Exchange Organization in my home or other country or between me and other organizations including, but not limited to, other US or international agencies, travel agencies and/or insurance companies. API assumes no duties or responsibilities for any acts or omissions of agreements between me and other parties.

**General Release, Indemnification and Hold Harmless Provisions:**

As a condition of the my participation in the Program, I agree to release and hold harmless API, its employees, officers, subsidiaries, agents and/or affiliated organizations for injury, loss, delay, and/or any other damage and/or expense incurred by me or any other person due to (i) any incident beyond API's reasonable control, including without limitation, acts of God, acts of war, or government actions and restrictions, (ii) any events directly or indirectly caused, in whole or in part, by intentional or negligent acts or omissions by any third party, including but not limited to any member, guest, employee or agent of the host family or other persons in the host country, even if API's negligence is alleged to have contributed to the event; (iii) risks associated with foreign travel and living abroad, including but not limited to, risks associated with health care services, living conditions, sanitation conditions, road and transportation systems, criminal justice systems, civil liberty laws, customs and values; (iv) any differences in the living conditions and standards between my home and home country and the host home and host country; and/or (v) any act or omission of the Originating Exchange Organization. As a further condition of my participation in the Program, I agree to indemnify and hold harmless API, its employees, officers, subsidiaries, agents and/or affiliated organizations from any liability or expense, including court costs and attorney fees, resulting from any injury, loss or any other damage or expense caused by me during my participation in the Program. I agree that API and/or its affiliates, without liability or expense to themselves, may take such actions as it considers necessary regarding my health and safety during my participation in the Program.

My signature below indicates acceptance of the terms of this Agreement, and is legally binding. No alteration of the terms of this Agreement will be valid unless approved by Au Pair International in writing. I have retained a copy of this Agreement. This agreement shall be governed by the laws of the State of Colorado, USA.

Signature _____ Date ___/_____/_____ Print name _____

PLAINTIFFS' RESP. APP.0003486

API_37

Case 1:14-cv-03074-CMA-KMT   Document 948-39   Filed 03/17/16   USDC Colorado   Page 73
of 181

# Exhibit 350

PLAINTIFFS' RESP. APP.0003487

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Toll free: 888-649-2876
Phone: 720-221-3563
Fax: 720-221-0724
Email: hostfamily@aupairint.com

# Host Family Agreement

This Au Pair International Host Family Agreement (the "Agreement") is entered into between Au Pair International, Inc. ("API"), a Colorado Corporation and _____ (Host Parents first and last name) ("I/We" or "Host Family") of _____(city) _____(state), acting on behalf of and including all members of said person(s)' household and family. I/We, the undersigned, as applicants to be an Au Pair International Host Family with Au Pair International's Au Pair Program (the "Program"), agree to the terms and conditions set forth in this contract. I/We have fully read and understood this Agreement and the United States Department of State's Host Family Letter and Program Regulations and I/we agree to comply with these rules which are subject to change at the discretion of the United States Department of State. I/We warrant that the facts stated in the following application are true and complete.

**Program Objective and Regulations**

I/We understand that hosting an Au Pair is part of a cultural exchange program and that the purpose of the Program is to increase mutual understanding between the people of the United States and the people of other countries. I/We understand that the Program is a Department of State-designated exchange visitor program under which foreign nationals are afforded the opportunity to live with an American Host Family and participate directly in the home life of the Host Family. I/We therefore agree to give the Au Pair ample opportunity and encouragement to take advantage of the educational and cultural benefits of the region.

**Selection of Au Pair**

I/We understand that it is our sole responsibility to carefully choose from among the Au Pair candidates presented to us, and that there is no warranty as to my/our satisfaction or to the compatibility of any particular candidate as an Au Pair in my/our family. I/We understand that it is entirely my/our choice to participate in the Program and to accept or decline a placement for an Au Pair candidate presented to me. I/We understand that it is my/our responsibility to read and understand all the information provided to me/us about an Au Pair candidate, to interview the Au Pair candidate by telephone and to request additional information about the candidate as needed before choosing an Au Pair candidate that I/we decide will successfully be placed with my/our family. I/We understand:

- That in order to place and Au Pair with a Host Family having a child younger than two years old, regulations require that the Au Pair must have at least 200 hours of previous experience caring for children under two years of age.
- That in order to place an Au Pair with a Host Family having a special needs child, as so identified by the Host Family, the Au Pair has specifically identified his/her prior experience, skills, or training in the care of special needs children and the Host Family must review and acknowledge in writing the Au Pair's prior experience, skills, or training so identified.

For the purpose of facilitating the selection and placement of an Au Pair with our family, we authorize API to make reasonable inquiries of any third party or governmental agency regarding me/us, and grant permission for any such party or entity to disclose the requested information, which will be treated strictly confidential. I/We understand that API has the exclusive right to determine admission to the Program.

**Providing for the Au Pair**

I/We agree to endeavor to the best of my/our ability to ensure a successful stay for the Au Pair in my/our home. I/We understand and agree:

- To interview, by telephone, the Au Pair candidate at least once before I/we make the selection for placement with my/our family.
- To provide full room and board for our Au Pair in a private suitable bedroom approved in advance by an API representative.
- To provide the Au Pair a stipend of no less than: $195.75 per week ("weekly stipend"), to be paid weekly on a set day, and to not withhold or advance any payment to the Au Pair. I/We agree to pay the weekly stipend also if the Au Pair is unable to perform child care due to illness.  A higher rate will apply for the Au Pair Professionel program.
- To that the Au Pair will assist my/our family with day-to-day child care and light child care related housekeeping duties for up to 45 hours per week and not more than 10 hours per day.
- To provide the Au Pair with a written schedule.
- To provide the Au Pair with at least one and one half day off every week, plus one free weekend (Friday evening to Monday morning) each month.
- To provide two weeks (10 working days 4 weekend days) of vacation to be taken at a mutually agreed upon time during the 12 month exchange, with the weekly stipend paid per week.
- To facilitate the enrollment and attendance of the Au Pair for no less than six semester hours of academic credit or its equivalent in an accredited U.S. post-secondary institution and to pay the cost of such academic course work in an amount not to exceed $500 per Au Pair participant. In the event that a placement ends prematurely, I/we understand that I/we owe the Au Pair the appropriate percentage of her/his vacation and educational allowance for the time she/he has been with my/our family.
- To meet weekly with the Au Pair to discuss scheduling, to clarify duties and to resolve any differences.
- To that the Au Pair is neither an employee nor agent of API and therefore does not have any authority to alter my/our agreement(s) with API or in any manner bind the agency.
- That the Au Pair cannot accept employment outside of our home during his/her stay in the United States.

Au Pair International, 4450 Arapahoe Ave, Suite 100, Boulder, CO 80303. P: 720-221-3563 F: 720-221-0724,
hostf4mil@aupairint.com

7

PLAINTIFFS' RESP. APP.0003488                                      API_120

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

/// Au Pair International

**Insurance**

If the Au Pair is to use any of my/our motor vehicles, I/we agree to provide automobile insurance coverage for the Au Pair and to have the Au Pair listed as an operator on my/our insurance policy. We agree to limit any claim against the Au Pair for damage to the car to $500 per accident, including uninsured damages resulting from negligent operation of a motor vehicle. I/We also agree to maintain liability and casualty insurance to cover any reasonably foreseeable damages which may be sustained by the Au Pair while in our household. If I/we are legally responsible for such damages to the Au Pair, I/we agree to hold the API harmless and indemnify it from any resulting claim by the Au Pair, including court costs and legal fees.

**Au Pair International Supervision and Direction**

I/We acknowledge that API first and foremost is a cultural exchange agency and that all visas for Au Pairs are issued by a United States Consular Office, and not by API. I/We understand that the role of API consists of screening, selecting and presenting prospective Au Pair candidates to me/us, and to oversee, monitor, evaluate, direct and provide support and supervision to both parties during the exchange. I/We agree to fully cooperate with API and its representatives in their role of supervising and implementing the Program.

After placement, I/we agree to maintain regular contact and communication with our Au Pair International Area Director ("AD") in order to monitor the appropriateness of the placement and to take advantage of the Program's resources. I/We agree to allow frequent communication between the Au Pair and API representatives, and to contact AD or other API representative in case of disagreement or problems between my/our family/family members and the Au Pair.

- I/We understand that API may make a reasonable attempt to mediate in the case of serious problems and differences between the Au Pair and my/our family, and shall assist both me/us and the Au Pair if the placement for any reason cannot be continued.

- I/We agree to submit a written notice specifying our reasons in the case I/we wish the Au Pair to be removed from my/our home because I/we feel that our differences/problems cannot be solved.

- I/We understand and agree that the Au Pair will be responsible for *all* his/her personal debt, including but not limited to; gasoline charges, phone charges, postage, etc., and that Au Pair International or its affiliates are not, under any circumstances, responsible for any bills or debt incurred by the Au Pair or for any damages or losses caused to anyone by any act or omission of the Au Pair.

- I/We understand and agree that if API finds the Au Pair subject to exploitative conditions or circumstances in my/our home, it may in sole judgment remove the Au Pair from my/our household and I/we shall not be entitled to a replacement Au Pair or any refund.

- I/We understand that API does not guarantee continuous child care coverage at any time, including but not limited to delays, change in arrival date, illness, Au Pair cancellations and delays related to replacement of Au Pair.

**The Family's Participation**

I/We certify that I/we are U.S. Citizens or Permanent U.S. Residents and that I/we have adequate financial resources to satisfy all obligations as an API Host Family. I/we agree:

- To attend one family conference day during the Au Pair's stay in the United States.
- To that English will be the primary language spoken in our home.
- To that a host parent or other responsible adult will remain in the home for the first three (3) days following the Au Pair's arrival to facilitate the adjustment of the Au Pair into our family, household and community.
- To that if my/our family has a child under three months old, there must be a responsible adult in the home and the Au Pair cannot be left as the sole childcare provider even for a limited period of time.
- To inform API of any change in the U.S. address within 10 days of such change.
- To report unusual or serious situations or incidents involving either the Au Pair or our/my family.
- To report any incidents involving or alleging a crime of moral turpitude or violence.
- To complete a yearly survey regarding our satisfaction with the Program, its strengths and weaknesses.
- To not ask the Au Pair to leave our home without our AD's knowledge and involvement.

**Refund Policy**

*Refund after Au Pair placement, but before arrival:* I/We understand that Program and flight fees are refundable, less $800, if cancellation is received in writing by API at least 28 days prior to the Au Pair's arrival date. Program and flight fees are refundable, less $800 and less the cost of non-refundable airfares, if cancellation is received in writing by API less than 28 days prior to the Au Pair's arrival date.

*Refund within six (6) months of Au Pair's arrival:* I/We understand that if a placement is terminated after one month of placement and before six months have elapsed, and a replacement cannot be found, $325 for the Regular Au Pair Program or $355 for the Au Pair Professionnel Program for each full month remaining in the 12-month program will be refunded. If, however, I/we decline to remain in the Program after the withdrawal of the Au Pair, there may be no refund. To obtain a refund, I/we must submit a letter to the Program requesting the refund for each full month remaining in the one-year commitment.

*Refund or replacement after six (6) months:* I/We understand that a placement is considered final after six (6) months for the remainder of the one-year Program, and no refund will be made for any reason. Should the Au Pair and Host Family separate after the six months period, a replacement Au Pair may not be available.

Au Pair International, 4450 Arapahoe Ave, Suite 100, Boulder, CO 80303. P: 720-221-3563 F: 720-221-0724, hostfamily@aupairint.com

8

PLAINTIFFS' RESP. APP.0003489

API_121

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

/// Au Pair International

*Removal of Au Pair by API:* I/We understand that there will be no refund given to a Host Family who's Au Pair is removed by API due to the failure of the Host Family to meet their obligations as agreed to in this Agreement and Program brochure and guidelines. The determination by API of unsatisfactory conditions is final.

I/We understand that my/our failure to comply with any portion of this contract will result in waiving of my/our rights to any refund or replacement Au Pair. The application fee of $250 is not refundable.

## Replacement Policy

- I/We understand that the first month of the placement is viewed as an adjustment period during which time no change in placement will be considered.
- I/We understand that if a placement is terminated after one month of placement and before six months have elapsed, or if, in the judgment of Au Pair International, a placement terminates for reasons beyond the Host Family's control after six months from the date of the Au Pair's arrival in our home, API will make a reasonable attempt to locate another Au Pair to be placed with my/our family as soon as possible. Any decision regarding the removal or replacement of an Au Pair is at API 's sole discretion.
- I/We understand that API cannot guarantee the ability to find a replacement Au Pair and that API reserves the right to refund me/our family a prorated amount of the total fee for each month remaining in the initial contract period. I/We understand it is not the policy of Au Pair International to issue a refund of fees for time remaining on the contract in lieu of selecting a replacement.
- I/We understand that if the Au Pair remains in residence with me/us and continues to fulfill her/his child care responsibilities, she/he shall receive their weekly stipend payment until a new Host Family is arranged for her/him. I/We understand that there may be no replacement if the Au Pair is removed from our home due to my/our failure to follow Program guidelines and/or after six months of Au Pair's arrival.
- In the case where my/our Au Pair is replaced after having taken her/his paid vacation and/or I/we have paid the tuition allowance, we agree to also provide paid vacation and up to $500 education tuition for the replacement Au Pair, in accordance with the terms of this contract. I/We also agree to pay the reasonable cost of transportation to my/our home if the replacement Au Pair is currently located in the United States, and to pay the round-trip domestic air fare to my/our home if I/we select a "new arrival" replacement Au Pair from abroad. I/we agree that if the replacement Au Pair's contract term is longer than my/our original contract term, a program fee adjustment will be made.

## Financial Information

I/We understand and agree to the terms of payment as set forth in this contract, which are subject to change.

*Application fee:*     $350 (due with application, non-refundable).
*Program fee*:     $6,990 *Regular Au Pair Program,* or $7,490 *Au Pair Professional Program.*
                 ($1,500 is due upon selecting an au pair. Remaining balance is due thirty (30) days prior to the au pair's arrival).
*Domestic flight fee:* $0 - $450.

Stipends owed to the au pair:
*Stipend, Standard Au Pair:* currently $195.75 per week.
*Stipend, Au Pair Professional:* $225 per week (no changes until further notice).
*Educational Fee:* up to $500 per au pair per year.

I/We understand that fees paid by me/us to API shall cover recruitment, screening and selection of au pair participants, au pair placement, round-trip international airfare from API designated airport abroad to API designated airports in the US, orientation, medical insurance, information/training material, and year-long support services and supervision.

## Liability

I/We understand and agree to not hold API and/or its employees, officers, subsidiaries and/or agents responsible nor liable for any events beyond their control, including without limitation: Acts of God, acts of war or Government restrictions that may interfere with or preclude operation of the Program; nor in the absence of their own gross or willful negligence are API, it's employees, subsidiaries, officers and/or agents liable for any events directly or indirectly caused by any intentional or negligent acts or omission by an Au Pair placed in my/our home. I/We understand and agree to indemnify and hold harmless API, it's employees, officers, subsidiaries and/or agents for any and all liability or expense, incurred by any person as a result of any act committed by the Au Pair or any person associated with the Au Pair in any way, as well as liability incurred as a result of any conduct whatsoever committed by API, it's employees, officers, subsidiaries and/or agents.
I/We understand that API is not responsible for any economic damage or loss alleged to arise from loss or unavailability of the Au Pair's child care services.

My (our) signature(s) below indicates acceptance of the terms of this Agreement and its legal binding. No alteration of the terms of this Agreement will be valid unless approved by API in writing. I/We will not rely on any promises, statements or representations, including any such made by an AD, that are not expressly stated in this Agreement. Changes in regulations governing Au Pair International supersede any portion of this Agreement. I/We will retain a copy of this Agreement for my/our files.

_____      _____
*Signature of parent/guardian 1*         *Date*       *Signature of parent/guardian 2*         *Date*

_____      _____
*Print name*                    *Print name*

Au Pair International, 4450 Arapahoe Ave, Suite 100, Boulder, CO 80303. P: 720-221-3563 F: 720-221-0724,
hostfamily@aupairint.com           9

PLAINTIFFS' RESP. APP.0003490                              API_122

Case No. 1:14-cv-03074-CMA-KMT   Document 918-59-19   Filed 03/30/18   USDC Colorado   pg 78 of 181

# Exhibit 351

PLAINTIFFS' RESP. APP.0003491

**From:** ▮▮▮▮▮▮▮▮
**To:** Alisha Paolino; Steve
**Sent:** 11/11/2009 6:53:54 PM
**Subject:** RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No – that would be correct. I know I called on it, and there was an answer that I agreed with, otherwise I would have dug further.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, November 11, 2009 11:47 AM
**To:** ▮▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮▮▮▮▮▮▮

Hello ▮▮▮▮

I spoke with Steve and we reviewed your family's invoice. Steve will send your family an additional copy of your API invoice for 2008 as well. Your family was charged a program fee of $6,190 for the year and also a domestic flight fee of $275. Altogether your invoice should show that your family paid a total of $6,465. Please let me know if you invoice does not line up with these calculations.

Best Regards,

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724

www.aupairint.com

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, November 11, 2009 10:42 AM
**To:** slehan@aupairint.com; Alisha
**Subject:** RE: ▮▮▮▮▮▮▮▮▮▮

Hmmm. So, it actually looks like we paid more last year than we were supposed to. I know when I received the invoice, it was for more than I was quoted. I recall questioning it at the time, but could not find the original email from Jolene at that same time. It is attached, and quoted in part, below. When I spoke with Steve in October 2009 (looking for fees and a Tax ID Number), he quoted that I paid $6,490. That would be an overpayment of $300, based upon the quote from Jolene in 2008.

If we applied that credit to this year, it would be $6,190. If that fee/arrangement sounds reasonable to you, please let me know.

Thank you for your consideration.

▮▮▮▮▮▮▮

PLAINTIFFS' RESP. APP.0003492

Hi 

*Attached is our pricing and some information on our company. Please also feel welcome to call me if you have questions.*

*Our Program fee $6,690.00 less a $500.00 credit because you are coming from another agency. Total: $6,190.00*
*There is no application fee if you come from another agency.*
*The host family will pay $500.00 toward education.*
*The host family will also pay a two week paid vacation.*
*The host family may incur the domestic flight depending upon where the Au Pair is traveling from.*
*The current weekly stipend is $176.95. In May of 09' the stipend will increase to $194.00 this is reflection of the minimum wage increase.*

*Let me know if you have any further questions.*

*jolene*



---

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, November 11, 2009 9:59 AM
**To:**
**Subject:**

Hello

Your fees for next year will be as follows:

- No application fee
- Program fee with renewal discount: $6,490
- Weekly stipend: $195.75/wk
- Educational allowance: $500

The other possible fee would be a domestic flight fee. This fee is 0-$400 dollars.

Please let me know if you have additional questions or if you would like to begin looking at new au pair files.

Best Regards,

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724

www.aupairint.com

PLAINTIFFS' RESP. APP.0003493

API00001577

HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY

**From:** Steve [mailto:slehan@aupairint.com]
**Sent:** Wednesday, November 11, 2009 9:48 AM
**To:** Alisha
**Subject:** RE: ███████████ ████ ██

They will save $850. No application and renewal discount. $6,490 total. Fees have not been determined yet, but that will be the fee for this family.

Allowance and Stipend are not anticipated to change, but those are set by law and could change in theory.

Steve

**Au Pair International**

4450 Arapahoe Ave, Suite 100
Boulder, Colorado 80303
720 226-9014 direct
720 221-3563 main
720 221-0724 fax

www.aupairint.com

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, November 11, 2009 9:40 AM
**To:** Steve
**Subject:** ███████████ ████ ██

Hello Steve,

The ██████ family is trying to determine whether to stay with the agency another year or move in a new direction. The host mother has requested the costs for next year. Since the family will be renewing in March will their program fee be different than $6,490? Are the fees going up? Will the educational allowance and weekly stipend remain the same?

Please let me know and I will get back to the family.

Best,

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724

www.aupairint.com

**From:** ████████████████████
**Sent:** Wednesday, November 11, 2009 8:55 AM
**To:** Alisha
**Subject:** ████████████

PLAINTIFFS' RESP. APP.0003494

API00001578

HIGHLY CONFIDENTIAL - Attorneys Eyes Only

We are considering re-matching for next year. ███ arrived March 26, 2009 (I think).

What would the agency fee be in the rematch?
When would it have to be paid, and is there a payment program?
What would her weekly stipend fee be?
I assume we would pay the $500 towards education again.

Are there any other fees that I did not consider?

Thank you.



---

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, December 10, 2008 1:42 PM

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724

www.aupairint.com

PLAINTIFFS' RESP. APP.0003495

API00001579

# Exhibit 352

PLAINTIFFS' RESP. APP.0003496

Case 1:14-cv-03074-CMA-KMT HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY USDC Colorado Page 83 of 181



# Au Pair International



# Au Pair Handbook

## Your guide to successful participation in the Au Pair Program

PLAINTIFFS' RESP. APP.0003497

API00002248



# Table of Contents

**Emergency Information**

**Au Pair International Contact Information**

**1.0 The Au Pair Program** ............................................. 1

**2.0 Start Preparing** ...................................................... 3

**3.0 Au Pair Training Course** ...................................... 3

**4.0 Expectations** ......................................................... 4

    **4.1 Your Expectations** ........................................... 4

    **4.2 Your Host Family's Expectations** ................... 4

    **4.3 Au Pair International's Expectations** ............ 5

**5.0 Practical – Before You Leave** .............................. 5

    **5.1 Flight Information and Airline Tickets** .......... 5

    **5.2 Things to do Before You Leave** ...................... 6

    **5.3 Packing** ............................................................ 6

    **5.2 Things to do Before You Leave** ...................... 6

**6.0 Practical – Arriving in the USA** ........................... 8

    **6.1 Entering the U.S.** ............................................ 8

    **6.2 Arrival at the Local Airport** ............................ 9

    **6.3 First Impression** .............................................. 9

**7.0 Practical – Starting Your Year** ........................... 10

    **7.1 Social Security Card** ...................................... 10

    **7.2 Driver's License** ............................................ 11

    **7.3 Bank Account** ................................................ 12

    **7.4 Signing Up for Classes** ................................. 12

    **7.5 Calling Card** .................................................. 13

    **7.6 Email** ............................................................. 13

    **7.7 Other** ............................................................. 13

**8.0 Living with Your Host Family** ............................ 14

    **8.1 The Adjustment Period** ................................. 14

    **8.2 Getting to Know Your Host Family** ............... 15

    **8.3 Your Au Pair Responsibilities** ..................... 15

    **8.4 On-Duty vs. Off-Duty Time** ........................... 16

    **8.5 House Rules** .................................................. 16

    **8.6 A Typical Day** ................................................ 17

    **8.7 Holidays** ........................................................ 17

    **8.8 Your Time Off** ................................................ 18

    **8.9 Privacy** .......................................................... 18

    **8.10 Using the Car and Car Insurance** .............. 18

    **8.11 Use of Telephone, Computer, Etc.** ............ 21

    **8.12 Food and Meals** ........................................... 21

    **8.13 Stay-at-Home/Work-from-Home Parents** .. 21

    **8.14 Family Vacations** ......................................... 21

    **8.15 Taking Your Two Weeks Vacation** ............ 22

    **8.16 Weekly Stipend** ........................................... 22

    **8.17 Borrowing Money** ........................................ 22

    **8.18 Personal Expenses** ...................................... 22

    **8.19 Factors for a Successful Relationship** ..... 23

**9.0 Caring for Children** ............................................ 23

**10.0 Living in America** ............................................. 24

    **10.1 Arrival Fatigue** ............................................. 24

    **10.2 Making Friends** ............................................ 25

    **10.3 Living Safely** ................................................ 25

    **10.4 Getting Around** ............................................ 25

    **11.1 Area Director's Role** .................................... 26

    **11.2 Educational Requirement** ........................... 27

    **11.4 Reciprocal Component of the Program** ... 28

**12.0 Au Pair Rules** .................................................... 28

    **12.1 Summary, Au Pair Visa Obligations** ......... 28

    **12.2 Au Pair Rules** .............................................. 28

**13.0 Cultural Differences and Communication** .... 29

    **13.1 Cultural Differences** ..................................... 29

PLAINTIFFS' RESP. APP.0003498

Case No. 1:14-cv-03074-CMA-KMT Document 959-19 filed 03/30/18 USDC Colorado pg 86 of 181



**13.2 Succeeding in a Foreign Culture** ............... 29

**13.3 Culture Shock and Home Sickness** ........... 31

**13.4 Common Symptoms of Culture Shock** ..... 31

**13.7 Differences in Communication Style** ........ 34

**14.0 Dealing with Problems** .................................... 34

**14.1 Preventing Problems** ................................... 34

**14.2 Problem Solving** .......................................... 35

**14.3 Area Director's Role in Problem Solving** .. 35

**14.4 When Problems Can't be Solved** .............. 35

**15.0 Insurance Information** .................................... 37

**15.1 Medical Coverage** ........................................ 37

**15.2 Medical Providers and IMPORTANT Emergency Procedure** ......................................... 38

**15.3 Insurance FAQs** ........................................... 39

**16.0 Important Information** .................................... 41

**16.1 Au Pair Program Regulations** ................... 41

**16.2 Traveling Outside the U.S.** ......................... 41

**16.3 Stay Longer – The Visa Extension Program** ............................................................ 42

**16.4 The Home Country Physical Presence Requirement** ........................................................ 42

**16.5 Address Changes** ....................................... 42

**17.0 Program End** .................................................... 43

**17.3 The 13th Month** ............................................ 43

**18.0 Other** ................................................................ 45

**18.1 Useful Websites** ........................................... 45

**18.2 Dictionary** ..................................................... 46

**18.3 Other Information** ........................................ 47

**Addendum**

A.   U.S. Department of State Welcome Brochure

B.   U.S. Department of State Regulations

C.   U.S. Department of State Welcome Letter

D.   Detailed Insurance Information

PLAINTIFFS' RESP. APP.0003499

API00002250



# Emergency Information

## EMERGENCY – CALL 911

Call 9-1-1 in case of fire, a serious crime, any serious medical condition or any situation requiring immediate response of Police, Fire Department or Emergency Medical Personnel. Try to <u>stay calm</u>, <u>speak slowly</u> and <u>clearly</u> and be prepared to answer questions, receive instructions and <u>stay on the phone</u> until you are told to hang up. The 9-1-1 operator will need to verify:

1. Address of the emergency: _____

2. Phone number you are calling from: _____

3. Nature of the emergency: _____

## WORK CONTACT INFORMATION:

Host Mother, work phone: _____  Cell phone: _____

Host Father, work phone: _____  Cell phone: _____

## ALTERNATE CONTACT INFORMATION:

Nearest relative or adult to whom your Host Parents give responsibility in their absence:

Name: _____

Phone: _____  Cell phone: _____

Address: _____

## CHILDREN'S INFORMTATION:

**Name:** _____  Birth date and age: _____

School phone: _____  Teacher's name: _____

School address: _____

Allergies, special medications, conditions: _____

**Name:** _____  Birth date and age: _____

School phone: _____  Teacher's name: _____

School address: _____

Allergies, special medications, conditions: _____

**Name:** _____  Birth date and age: _____

School phone: _____  Teacher's name: _____

School address: _____

Allergies, special medications, conditions: _____

Name of Host Family's health insurance coverage and policy number: _____

PLAINTIFFS' RESP. APP.0003500

API00002251

## YOUR HOST FAMILY'S INFORMATION:

Name and address: _____

_____

Home phone: _____  _____

Nearest cross streets: _____

## NON-EMERGENCY CONTACT INFORMATION:

Police:                                    _____

Family doctor:                             _____

Poison control:                            _____

Fire department:                           _____

Ambulance:                                 _____

Dentist:                                   _____

Veterinarian:                              _____

Taxi service:                              _____

Electric power company:                    _____

Electrician:                               _____

Plumber:                                   _____

Heating system service:                    _____

 Gas meter/gas company:                    _____

Security or alarm system:                  _____

Mechanic and/or tow service (car):         _____

## CAR:

Car mechanic and/or tow service : _____

Car insurance information:_____

_____

## IN THE HOUSE:

*The following are* _located_ *(make sure you also know how to operate):*

Circuit board: _____

Main water shut-off: _____

Alarm (location only):_____

Fire- extinguisher(s): _____

Sprinkler control: _____

Medical cabinet: _____

API00002252

 *Au Pair Handbook*

# Au Pair International Contact Information

**In terms of Emergency,** please follow required emergency procedure (**dial 911** if required) and then contact your Area Director or Au Pair International's Head Office:

| | |
|---|---|
| **Au Pair International Phone:** | |
| Monday – Friday, 8:00 am - 5:00 pm MST: | **720-221-3563** or **1-888-649-2876** |
| Emergency number after hours (24-hour emergency service): | **1-888-852-1917** |

Your Au Pair International local representative - your Area Director - is available to assist you with any questions you might have. Your Area Director may be contacted if problems arise and/or when you need someone other than your host family or friends to talk to. If your Area Director is unavailable, please contact the Regional Director or Au Pair International's Head Office.

## AREA DIRECTOR

Name:  _____

Cell Phone:  _____

Alternate Phone: _____

Work Phone:  _____

Address:  _____

_____

Email:  _____

## REGIONAL DIRECTOR

Name:  _____

Work Phone:  _____

Cell Phone:  _____

Address:  _____

_____

Email:  _____

## HEAD OFFICE
Au Pair International
4450 Arapahoe Ave. Suite 100
Boulder, Colorado 80303

Phone (Mon - Fri, 8:00 am to 5:00 pm MST):     720-221-3563 or 1-888-649-2876
Emergency number (after hours):                       1-888-852-1917 (24-hour emergency service)
Fax: 720-221-0724
Email: AuPair@AuPairInt.com

PLAINTIFFS' RESP. APP.0003502



## Congratulations!

We are delighted to welcome you as a new member of the Au Pair International family. In the next days and weeks you will be preparing for your exciting year as an au pair in the United States of America. This handbook and other material you receive will help you and your family prepare for your year abroad. Preparing and understanding the Au Pair International program and issues related to being an au pair is your key to making this year as successful as possible.

Your year as an au pair in the United States will be packed with activities, experiences and fun, but it will also present challenges. Please take time to read and understand the information and advice we give in this handbook and other material that you receive. If you have any questions or need additional details, please contact your local agent/interviewer in your home country. You may also contact Au Pair International's Head Office in the U.S. by phone or email.

We will support you and give you assistance along the way. We will do what we can to make this year as rewarding and successful as possible for you, your host family and everyone involved. By becoming an au pair, you have chosen to take the opportunity to use your interest, enthusiasm and experience in caring for children to learn about life in the United States.  Through your *commitment, patience, flexibility, personality, and desire to learn*, you can make this one of the most wonderful experiences of your life!

### *We look forward to meeting you in the United States!*



## 1.0 The Au Pair Program

The au pair program provides the opportunity for carefully screened, motivated and skilled young adults from around the world to live as part of an American family (your host family) for up to two years while providing child care for their children. Au Pair International is designated by the United States Department of State to administer the Au Pair International program.

Au Pair International was founded to increase the opportunity for cultural exchange between the United States and selected countries around the world. In the Fulbright-Hays Act, members of the United States Congress declared their objective regarding the cultural exchange of au pairs:

*"to increase mutual understanding between the people of the United States and the people of other countries and to assist in the development of friendly, sympathetic and peaceful relations between the United States and other nations."*

PLAINTIFFS' RESP. APP.0003503

API00002254



*Au Pair Handbook*

# Application Process Step-by-Step



2

PLAINTIFFS' RESP. APP.0003504

API00002255

Case 1:14-cv-03074-CMA-KMT Document 945-19 HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER Attorneys' Eyes Only



*Au Pair Handbook*

## 2.0 Start Preparing

The preparation and training for your year abroad starts long before leaving your home country. During your first few weeks in the United States you will be very busy. You will also be jetlagged and understanding new information given to you in English is very challenging. Get plenty of rest before you depart!

<u>Program Payments</u>: Having accepted your placement, you will now be required to pay your Good Faith Deposit. Contact your local agent/interviewer to find out how to make the payment. Au Pair International must receive your payment before you can depart for the United States.

<u>International Driver's License/Permit (IDP)</u>: Before leaving your home country, you will need to obtain an International Driver's Permit (IDP). You can only get this license in your home country. Contact your local Motor Vehicle Office or driving school for information about how to get the IDP.

The IDP is required in order to legally drive in the US. An IDP is valid for 12 months from the date of issue. It is therefore important that you obtain the license as close to your travel as possible and not several weeks before. If the IDP is not available in your country, you may take the test required to get a United States License upon arrival in the United States. As driving laws are set by each individual state, the state or the insurance company chosen by your host family may also require you to pass the state driving test.

<u>Write to your Host Family</u>: Next, we encourage you to sit down and write your host family a letter or email. Let them know how much you are looking forward to spending a year with them. Take the opportunity to ask any additional questions you may have. Consider enclosing a separate note to each of the children to let them know you are looking forward to joining their family and to tell them more about yourself and your home country. Enclose a few photographs if you can. Many au pairs and host families choose to communicate via email.

<u>Program Information</u>: Make sure you read and understand all the information sent to you.

## 3.0 Au Pair Training Course

Before arriving at your host family's home, you will need to complete a 32-hour training course. The training course is designed to better prepare you for your year as an au pair. You will learn more about how to perform your child care duties and understand what is expected of you as an au pair. Some of the topics covered during the training are:

- Child care and child development.
- Activity ideas for children in different age groups.
- Safety, first aid/CPR and emergency procedures.
- Discipline, feeding, rest and sleep, hygiene, diaper change and toilet training.
- Child abuse prevention, shaken baby syndrome and SIDS (Sudden Infant Death Syndrome).
- Problem solving and communication.



You will participate in the training course as a self-studying module while in your home country. A series of DVDs or VHS tapes, and study books will be sent to you in your home country. You are required to complete the entire course before departing to the U.S.

Many au pairs prefer this self-studying module because they can complete the course at their own pace and stop or rewind the tapes if there is something they do not understand. You may study when it is most convenient for you and split your study up into sections. You should start the training as soon as you receive the training material. Watching a little every day will be less tiring.

PLAINTIFFS' RESP. APP.0003505

API00002256



*Au Pair Handbook*

# 4.0 Expectations

## 4.1 Your Expectations



The first step to making your au pair year a success is making sure that your expectations are reasonable and can be met during the program year. The au pair year experience is your opportunity to learn a new culture; not in the way you do when you go on vacation, but from "within". Although you will be able to travel and see new things, this is not a vacation year. Caring for children is extremely rewarding, but also a lot of work.

Each family and each child is different and has different needs. Therefore, we cannot tell you exactly what to expect, what your detailed duties will be or what you will learn. We can, however, tell you that the first few weeks will be very busy, intense and maybe exhausting. You will have a lot to learn and it will require your full attention and effort. You will need to ask lots of questions to make sure you understand, so do not be afraid to ask. Asking questions is, in fact, a part of the American way of communicating. Be open to treating what is different as a new experience each time and, as you learn, be prepared to change your expectations.

This is new for your host family too. Give them time. In the beginning, they will have so much to teach you that there will not be a lot of time to focus on your background, your family and your culture. In the beginning you both need to focus on settling into the new routine. There will be plenty of time for your host family to learn about you and your culture during the year, but first you need to learn how to live as an au pair with the family.

Living with another family is always different – when it is in a new culture it is even more different. Learn to accept and appreciate your host family. Try to understand how and why they do things a certain way. Do not get frustrated, but see this as a learning experience. After all, that is one of the reasons why you chose to become an au pair; to learn about a new culture. People around you are there to help - your host parents, fellow au pairs and your Area Director. Seek their advice and let them know if you have any concerns.

## 4.2 Your Host Family's Expectations

Your host family does not expect you to do everything right from the start. However, they <u>do</u> expect you to show interest, ask questions and try your best to learn how to live with them and respect how they do things. You may be their first au pair or they may have already had one or several au pairs living with them over several years. In either case, the family has expectations for you and for the au pair year. They are likely to hope and expect:

- That you will be a positive addition to their family, that you are a person with a positive attitude; an enthusiastic and friendly person that they will miss when you leave.

- That you will provide safe, reliable and loving care for their children.

- That you are responsible and always put safety first.

- That you are interested in children and like caring for children.

- That you perform your duties in a professional manner. Your duties may include:

   o   bathing, changing and feeding the children;

   o   putting the children to bed and being available to the children while they are sleeping;

   o   playing games, doing art projects, doing puzzles or reading to the children;

   o   cleaning up, making the beds and straightening the children's rooms;

   o   helping with school work;

   o   driving the children to activities.

PLAINTIFFS' RESP. APP.0003506

API00002257

 *Au Pair Handbook*

- That you share with them information about things that have happened during the day: fun stories, cute things the kids have done, problems with discipline and questions about how to handle certain situations.

The host family has chosen to participate in the au pair program because they believe that having an au pair as a member of their family, who truly cares about the children and enjoys spending time with them, will provide the best care for their children. They will trust you to take care of the most precious thing in their life – their children. Trust and respect is something you earn by the way you are and how you do things – it is not something you "demand". You need to behave responsibly in order for your host parents to trust you. As an au pair you have committed to not let them down.

Hosting an au pair may be a new experience for the host parents. They may not have experience with having another adult from another country living with them. Remember that they need to learn how to live together with you too. Give them time to adjust!

## 4.3 Au Pair International's Expectations



We work very hard to try to make this a wonderful experience for you and your host family. However, whether this becomes the experience you dreamed of or not, is in the end up to you. It is what you do out of it that makes the difference. By accepting you to the program we also have expectations for you, including that you:

- Respect and follow the au pair program guidelines established by the US. Department of State.

- Respect and follow the program policies established by Au Pair International as outlined in this handbook and other material you have received.

- Take very good and safe care of the children you are in charge of at all times. Never leave a child alone – not even for a few minutes – and never shake or physically punish a child.

- Respect all members of your host family, their home, belongings and their rules. Appreciate the opportunity they have given you: to allow you to stay with them for an entire year.

- Take charge of your experience. Do what you can to integrate into your new lifestyle, new culture and new community. Do what you can to make new friends and engage in safe activities.

We expect this of you because we know that this will increase your chances of succeeding during your year in the U.S. At the end of your program year, we will ask you to fill in a survey regarding your satisfaction with the program, the program's strengths and weaknesses. We expect you to fill in this survey and return it to us.

# 5.0 Practical – Before You Leave

## 5.1 Flight Information and Airline Tickets

Au Pair International will provide you with your international airline ticket. Approximately 8-10 days before your scheduled departure date, flight information and your airline ticket (or instructions on how you will receive your airline ticket) will be sent to you. This may be an electronic airline ticket (e-ticket) sent by email.



PLAINTIFFS' RESP. APP.0003507

API00002258

## 5.2 Things to do Before You Leave

The following is a checklist of things to do before you depart for the United States:

- <u>Read</u>. Carefully read this handbook and other information that has been sent to you. Review the placement information sent to you to ensure that the details about your placement, including departure date and the city from which you plan to depart are correct.

- <u>Good Faith Deposit</u>. Contact your local agent for information on how to pay the Good Faith Deposit.

- <u>Get the required immunizations</u>. You should obtain immunization against tetanus, measles, mumps, rubella and tuberculosis (test only). Follow your doctor's advice on any other inoculations you may need prior to visiting the United States.

- <u>International driver's permit</u>. An international driver's license is required to legally drive in the United States. You can only get this permit in your home country. See section 2.0 above for more information.

- <u>Medical checkups</u>. Consider getting medical, dental and eye checkups before leaving. The insurance coverage does not provide dental coverage or reimbursement for eye tests, glasses/contact lenses. Be sure your eyes and teeth are examined and in good health before you leave.

- <u>Prescriptions, medication and eyeglasses</u>. Certain drugs may not be brought into the country. If you have questions, check with the U.S. Embassy or Consulate before you leave home. If you take prescription medicine on a regular basis, bring a sufficient supply and a copy of the prescription, written in English. Consult with your doctor to obtain a generic breakdown of the prescription in order to enable a doctor in the U.S. to prescribe the same or equivalent medication. Be sure to mention any medication to your host family. If you depend on eyeglasses, it is a good idea to bring a copy of your eyeglass prescription, written in English.

- <u>Documents</u>. You may want to make 2 copies of all your travel documents, including your passport, addresses and contact information in the U.S. Leave one copy at home and bring the other copy with you. Remember, you must <u>bring all the originals with you</u> as well. Keep the copy in a different location than the originals.

- <u>Plan Arrival</u>. Make detailed plans with your Host Family regarding where they will meet you at the airport and what to do if you are not able to find each other.

- <u>Contact information</u>. Review the enclosed copy of your host family's application and make sure you have their contact information.

- <u>Insurance</u>. Consider buying the 13th month of insurance before you leave (if you are planning on spending your 13th month in the U.S.). You may also purchase this while in the U.S.

## 5.3 Packing



What you bring with you is largely a matter of personal choice. You will have to carry whatever you bring, so it is in your best interest to keep it light and compact. Start to pack early so that excess weight and bulk can be eliminated and essential items not overlooked. Do not worry if you cannot bring everything. Most goods are available in a wide range of prices in the United States. Small items can be sent by airfreight or through the postal system. Please note, shipping by sea can take several months.

### *What to Bring – Carry-on Baggage:*

- <u>Documents</u>. Bring originals of all required travel documents, all of your essential identification papers and documents, and program documents. These should be carried on your person or in your carry-on baggage. Your documents will be checked both when you check-in with the airline at the airport and by immigration officials when you arrive in the U.S. Do not put important documents in bags that you will

PLAINTIFFS' RESP. APP.0003508

API00002259


send as checked baggage – <u>keep all important documents in your carry-on baggage or carry them on your person</u>. Take very good care of the documents and know where they are at all times.

- U.S. $100 to cover your personal expenses at the airport and during your travel.

- Prescriptions, medication and eyeglasses. When you enter the United States, you must declare medications you are carrying on customs forms. 

- You should have enough clothing and personal items packed in your carry-on baggage to last for a couple days in the event your checked baggage is lost or sent to the wrong destination.

- Contact information for your host family and numbers to call should your flight get delayed or cancelled or should you not find them at the airport.

### What to Bring – Checked Baggage:

- Clothes for the seasons. Take clothing that will be appropriate for all four seasons of the year. Please consult your host family for advice about what to expect.

- Copies of school certificates and diplomas (educational institutions may want to review them before you register for studies).

- Consider bringing a small token gift for the children in your host family. For example, something that is used by children in your country.

- A bilingual dictionary.

- Photos of friends, family, hometown and country.

### What <u>Not</u> to Bring:

- Food, flowers, fruits or vegetables, or animals with you from your home country. The U.S. has very strict restrictions on importing foods, perishables and agricultural goods into the country. When entering the U.S., you may even be asked if you brought any food from the plane. Most plant and food products are illegal to bring into the U.S. 

- Leave the electrical appliances you have at home. Most of them will not work in the U.S. and buying an adaptor may cost more than buying new appliances once you arrive. Most items are reasonably priced. Appliances in the U.S. work on a 115 volts and 60 cycle system. Also note that video systems, including televisions, VCRs and DVD players, use different systems in different parts of the world, and those you bring from home may not be compatible with U.S. media.

- Things you can easily buy in the United States, such as notebooks, pens, paper (paper in the United States is of a slightly different size than in countries following the metric system), toiletries, towels or bed sheets. These items will take up valuable space in your baggage.

- Expensive jewelry, treasured possessions, family heirlooms or delicate things, since there is always a chance that these items can get lost, stolen or damaged during travel or during your stay.

- Firearms, knives, weapons or articles that could be perceived as weapons.

- Narcotics or drugs.

- Any article of clothing, artifact or medicine made from endangered animals.

### Security and Screening:

There are restrictions on what you can pack in your carry-on and checked baggage. All of your baggage will be screened and possibly hand-searched as part of the new security measures. This inspection may include emptying most or all of the articles in your bags. Think carefully about the personal items you place in your carry-

PLAINTIFFS' RESP. APP.0003509

API00002260



*Au Pair Handbook*

on baggage. The screeners may have to open your bags and examine their contents. Be aware that wrapped gifts may need to be opened for inspection. This applies to both carry-on and checked baggage.

Do not lock your checked baggage (i.e. with a key or code). In many cases, TSA (Transportation Security Administration) baggage handling agents may require access to the contents of your baggage and will break locks as required. Do NOT pack or bring prohibited items to the airport.

### *Baggage Size and Weight Restrictions:*
There is a limit to the amount of baggage you can take with you on an airplane. The number of pieces of baggage and the size and weight of those pieces determine this limit. Contact your airline to find the airline's baggage allowance. To North America, passengers are usually allowed two pieces of baggage, plus one small piece of carry-on baggage that can be carried onto the airplane and must be able to fit under the airplane seat. Each piece (each bag or suitcase) must not surpass a certain weight and size restriction, as established by the airline. If your luggage exceeds these limitations, you will be asked to pay excess baggage charges. Excess baggage, oversized and overweight charges can be very expensive.



### *Protecting Your Baggage:*
Be sure to clearly label every piece of baggage with your name, U.S. address and the telephone number of your host family. Identification tags are available from the airline, but sturdier luggage tags or labels are recommended. For additional security, you may also want to put a label or luggage tag inside your baggage.

# 6.0 Practical – Arriving in the USA

## 6.1 Entering the U.S.

### *U.S. Immigration Inspection (Important!):*
Before your arrival in the United States, flight attendants will distribute customs declaration forms and an arrival-departure card for immigration (I-94). Fill these out on the plane. You will submit them to the appropriate U.S. customs and immigration authorities after you land. If you do not understand what to fill in, ask the flight attendant for assistance.

Once you have left the airplane, follow the other passengers into the terminal area reserved for incoming passengers. You will be asked to get in line in front of the immigration inspection booths. As you approach, have your passport, DS-2019 form and I-94 (arrival-departure card) ready for inspection by the immigration officer. You are likely to be asked your purpose for entering the United States and your final destination. An appropriate response is "to attend an au pair cultural exchange program sponsored by Au Pair International. I will live with my host family in [name of city, state]".

- Be prepared to professionally answer any questions the officer asks you.

- Do not be offended by the questions, and do not joke or make fun of the questions asked.

- Do not engage in an argument with the officer.

- Keep your answers to the officer's questions short and to the point.

- Avoid asking questions. If you have any questions about the program or your visa, please direct them to your local Area Director after arriving.

Note: The I-94 card will normally be stapled to your passport. During your year in the U.S., please keep the I-94 card and passport in a safe place. It is very expensive to replace the I-94 card if you lose it.

PLAINTIFFS' RESP. APP.0003510

API00002261



*Au Pair Handbook*

### U.S. Customs:

After passing through the immigration area, you will collect your baggage and then - with your baggage - pass through U.S. Customs. A customs inspector will ask you to declare what you have brought into the country, review the customs form you filled out on the airplane and may inspect your bags. If you have connecting flights, you might be clearing customs *before* you have arrived to your final destination.

Gifts: Items for your personal use may be brought into the United States without paying duty. As a nonresident, you are also allowed to bring in gifts with a total value up to $100 duty free.

Cash: You must declare the amount of money you have with you, but you do not have to pay duty on it. Money in any amount may be brought into and taken out of the United States, but anyone bringing more than $10,000 into the country must file a report with the customs official.

Forbidden articles: Certain articles are forbidden or restricted. These include plants, fruits, meats, vegetables, clothing made from the skins of endangered animals, ivory, lottery tickets, obscene articles or publications and switchblade knives. Drugs without a doctor's prescription or narcotics, such as barbiturates, amphetamines and marijuana, are strictly prohibited.

### Correct Time in the U.S.:
As you approach the airport, the pilot will announce the correct time. The U.S. follows a 12-hour system of time, rather than the 24-hour system followed by many other countries. The 12 hours from midnight to noon are called "a.m." (ante meridian). The 12 hours from noon to midnight are called "p.m." (post meridian). For example, 14:00 is "two o'clock" or 2:00 p.m.; set your watch to the correct U.S. time before you leave the plane.

### Connecting Flights:
If you are connecting with a flight to go to your final destination, there will be airline representatives available to take your baggage after exiting the customs area. Your baggage should have baggage tags for your final destination. If you are experiencing any problems, please go the airline's information counter or to their check-in counter.

## 6.2 Arrival at the Local Airport

Once you arrive at your final destination, your host family will meet you to escort you to your new home. Before you leave, make sure you make detailed plans with your host family regarding where they will meet you at the airport and what to do if you are not able to find each other.

If you can't find each other: Make sure you have your host family's phone numbers and cell phone numbers handy. If you are not able to find each other at the airport and you are not able to connect with them over the phone, you should go to the information desk at the airport and ask to have them paged. The airport representative will call out their name and give them instructions on how to find you - for example to meet you by the information desk. Your host family may do the same, so make sure to listen when you hear announcements over the speaker. Note that the speaker might not pronounce you name correctly.

## 6.3 First Impression

A good first impression is important. Although you are tired, maybe confused and everything is new to you, try to be as positive and interested as possible. Make sure you show them and tell them how elated you are to finally be there. You will have plenty of time to unpack your things later. Immediately try to get to know the children. For example, ask them to show you around.



First 3 days: The first three days with your host family will be an especially important time. One of your host parents or another responsible adult will be at home to help you

PLAINTIFFS' RESP. APP.0003511

API00002262



adapt to your new surroundings and community. They will explain your child care duties and what your daily schedule will be. This is the time for you to ask questions so that you fully understand your schedule and responsibilities.

<u>Schedule</u>: You and your host family will plan your schedule together. You should expect to be caring for the children or have child care related duties for up to, but not more than, 45 hours a week and no more than 10 hours a day. Both you and your host family have already signed an agreement to this effect. The schedule established for you will depend on when the host parents require you to care for their children.

<u>First few weeks</u>: The first few weeks will be very busy, intense, exhausting and maybe even frustrating. You will have so much to learn and it will require your full attention and effort. You will need to ask lots of questions to make sure you understand. Do not be afraid to ask. Asking questions is, in fact, a part of the American way of communicating.

Remember that this may be new for your host family too. In the beginning, they will have so much to teach you that there will not be a lot of time to focus on learning more about your background, your family and your culture. Give them time. Remember that there will be plenty of time for your host family to learn about you and you culture. However, in the beginning you both need to focus on settling into the new routine.

# 7.0 Practical – Starting Your Year

You will have to get a number of practical things set up when you arrive. Ask your host family or other au pairs to help you.

## Practical Tasks

As soon as possible after you arrive, you should get the following:

- Social Security Number (SSN) (min 12 days after arrival).
- Driver's license.
- Bank account.
- Sign up for classes.
- Calling card.
- Email.



## 7.1 Social Security Card

You will need a social security card for taking your local driver's license, signing up for bank account, classes, etc. The Social Security Administration will issue a "Valid for Work Only With DHS Authorization" social security card and number to any au pair participating in a Department of State authorized au pair program. To apply for a restricted working social security card, an au pair must go in person to the local social security office in your community. Normally, you must wait at least <u>twelve days</u> after your arrival in the United States. To find the closest social security office, go to: https://s044a90.ssa.gov/apps6z/FOLO/fo001.jsp

You need to go to the Social Security Administration in person and bring the following documents:

- Valid passport.
- DS 2019 Form.
- White I-94 card.
- Proof of identification that is at least one year old (e.g. passport, driver's license, birth certificate).
- Acceptance letter and "in good standing" letter.

PLAINTIFFS' RESP. APP.0003512

API00002263

Case 1:14-cv-03074-CMA-KMT   Document 213-1   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Au Pair Handbook*

Social security will verify your au pair status with SEVIS (Student and Exchange Visitor Information System) before a social security number can be assigned. If there is a discrepancy with information, the social security office may deny the au pair a social security card and would request a manual verification of data, this will take additional time.

## 7.2 Driver's License

### Before you Drive a Car

- Driving your host family's car is a privilege, not a right.
- Make sure you have the correct Driver's License for driving in your state.
- Make sure you have automotive insurance coverage.
- Clearly understand you financial responsibility in case of an accident. **In advance, find out how much of the deductible you will have to pay in case of an accident. Normally you may be responsible for up to $500 per accident** (as most families insurance deductible is over $500). A *deductible* is an amount that must be paid by the insured before the insurance company will pay anything on a claim in case of an accident.
- The insurance provided for you by Au Pair International **does not** cover claims resulting from automobile accidents.

*Local State Driver's License – Required:*
You should obtain a Local Driver's License as soon as possible (you will have to wait for your Social Security Number). This will enable you to become familiar with national and state driving laws. Most states *require* a (local) state driver's license before you are allowed to drive. It will also prevent any misunderstandings should you get into an accident or stopped by the police.

*Foreign Driver's License:*
Before leaving your home country, you were asked to get an international driver's permit (IDP). If you do not have a local driver's license, you must carry both your home country license and your IDP at all times. If your home country license is in a language other than English, you must carry an official translation of your home country's license with you. Your home country's license, along with an IDP or English translation of your home country's license may be sufficient for you to drive legally in the U.S. when you first arrive.



*Host Parent's Insurance Carrier:*
Your host parents must contact their insurance carrier to have you added to their insurance policy. They may want to ask their insurance provider if a state driver's license is required for coverage. (If a state driver's license is not required, they should ask if there is a discount on the insurance premium payment if the au pair has a state driver's license versus a foreign licens. However, again you must obtain a State Driver's License either way).

*How to Apply for the Local Driver's License:*
There is no one procedure regarding driver's licenses and auto insurance for au pairs. Rules, requirements and testing procedures vary from state to state. To prepare for the driving test, you can download the book in a pdf-file from your local DMV website or order it online.

You will need to apply for a social security card before you can get the driver's license. When getting the local driver's license, you should bring all of the following documents:

PLAINTIFFS' RESP. APP.0003513

API00002264



*Au Pair Handbook*

- Social security card, or letter from SSA indicating that SSA did not make a decision yet, or SSA rejection letter (see section 7.1 regarding how to apply for a SSN).
- Passport.
- I-94 card (the small white card that you filled in on the plane before arriving).
- Visa.
- Written verification showing proof of employment (bring your <u>acceptance letter</u> and the letter included in your welcome package saying that you are "in good standing" in the program).
- Your DS-2019 form.

<u>Special agreements</u>: Some states will also allow visitors from specific countries to exchange their foreign license for a state license without requiring the completion of a written and driving test (for example for au pairs from Germany and Canada). The cost is about $15. However, if this is an option for you, make sure you <u>do not surrender your home country's driver's license</u> in order to do this. It will be much more expensive to take the tests again to get a new license once you return to your home country.

## 7.3 Bank Account

You also need to establish a bank account. It is not a good idea to carry large sums of cash. Checking accounts are a way to keep your money safe and still allow easy access to it. Checks are an easy way to pay bills, especially by mail. Never send cash through the mail.

<u>Automatic Tellers (ATMs)</u>: Almost all American banks offer banking privileges 24 hours a day through "automatic teller machines" or "ATMs". When you open a bank account, you will be issued a bankcard and a personal identification number (PIN). You will be able to use this card in your bank's ATM to access your account and make transactions. This will enable you to withdraw and deposit money and obtain your balance 24 hours a day.

<u>Personal Checks</u>: Checks that you write are called "personal" checks. You can use checks instead of money in most stores or businesses in the United States. Usually, you will be asked to present personal identification, like a driver's license, before you can use a personal check to make a purchase or to obtain cash.

<u>Overdrafts</u>: When you write a check for more money than you have in the bank, you create an "overdraft". Overdrafts can be very expensive; for each overdrawn check, the bank will charge you a fine of $10-$25 or more. The bank will also return your check, unpaid, to the person or business to which you wrote the check. If the payee is a store or business, that payee may also charge you $5-$20 for the trouble the bad check has caused - and they may not accept your checks again. Therefore, you must keep track of the exact amount of funds you have in your account.

<u>Credit Cards</u>: The use of credit cards, which can be used to make purchases, is widespread in the United States. Statements are mailed to credit card holders once a month. If the amount due is not paid within a specified number of days, an expensive "finance charge" is added to the bill. Most ATMs also accept credit cards.

Applications for credit cards are available in many banks and stores. Some credit card companies offer special exchange visitor or student credit cards, subject to certain conditions. Note that using your credit card at an ATM may be considered a "cash advance" and therefore your credit card company may immediately begin to charge you interest. In some cases, the interest rates for a cash advance may be higher than for credit card purchases.

PLAINTIFFS' RESP. APP.0003514

API00002265



## 7.4 Signing Up for Classes

During your year in America, the United States Government: *"requires that each au pair participant register and attend classes offered by an accredited U.S. post secondary institution for not less than 6 semester hours of academic credit, or the equivalent".* It will be difficult to enroll in classes in the middle of a semester - after they have started. You should sign up for classes as soon as possible to get started fulfilling the educational requirement. Please see section 11.2 below regarding the educational requirement and the document sent to you in your pre-departure package regarding local educational opportunities.



## 7.5 Calling Card

You will be responsible for expenses related to your personal phone calls in the U.S. The least expensive way to call from the U.S. to your home country is to buy a phone card. A phone card also allows you to keep track of your phone expenses. Below, you will find information about how to purchase the *ekit phone card* which gives good rates for calling to your home country.

*Ekit:*
To find more specific information about how much the costs are to call to your country go to: http://www.ekit.com/ekit/Callcosts or click on the link saying "Save up to 70% on international calls" on the home page. You can buy and refill your card via this following website: www.ekit.com.

How the phone card works: When you purchase a phone card you will be given a personal account number, a PIN number and an access number. You will call the access number to enter your phone card and then call the number you are trying to reach in, for example, your home country.

1. Using any touch tone phone, dial the access number for the country you are calling from and then follow the voice prompts.
2. Enter your account number, and then press #.
3. Enter your PIN, and then press #.
4. Press 2 at the main menu to make a call.
5. When prompted enter the country code (e.g. 49 for Germany), area code (without the leading 0) and phone number of the person you wish to call, then press # to be connected.

*Local Calls:*
Ask your host family about the rules for using their home phone and which numbers are free/included under their monthly plan. You will not need to use your phone card to call local numbers if local calls are included in their plan.

## 7.6 Email

You should sign up for an email account (if you don't already have one). Email is the easiest way to stay in touch with other au pairs and your new American friends. Your Area Director and Au Pair International will also communicate with you via email. Ask your host family for assistance. One easy way is to sign up for a hotmail account. Go to: www.hotmail.com and follow the instructions.

## 7.7 Other

*Student Discount Card:*
As an au pair, you may choose to buy the Student Advantage Card. This is a discount program for students/au pairs that gives you discounts at more than 20,000 locations around the U.S. like Target, magazines, travel, etc.

PLAINTIFFS' RESP. APP.0003515

API00002266



The card costs $22.50 and is sent to your address after ordering. For more information go to:
www.studentadvantage.com

**Health Club Card:**
You may also consider signing up for a health club card. Ask you host parents if they are members of a health club. Often you will be able to be included as a member under their family plan for a small fee or for free.

**Cell Phone:**
Your host family is not required to give you a cell phone. However, you might be able to be added for free or for a small extra fee under their family plan. You may also consider contacting your cell phone company in your home country to see if they can recommend an inexpensive way to keep using your current phone – for example through partners they have in the U.S. If not you should consider buying a pre-paid mobile phone. Keep in mind that in the U.S., you may get charged for both incoming calls as well as calls you make. It is still recommended to use the calling card to call overseas.

# 8.0 Living with Your Host Family

## 8.1 The Adjustment Period

The training course that you completed before you arrived was just the beginning of your training. Training continues once you arrive in your host family's home and your new community. The more you understand about the culture and your role as an au pair, the easier it will be for you to adapt.

When you first enter your new home it is likely that both you and the members of your family will feel awkward and uncomfortable. One way to feel more comfortable in your new home is to start learning about your new family and their home. Ask your host parents to show you around and explain how to deal with schedules, bottles, diaper changes, safety, fussy eaters, nap time, picking out clothes for school, play time, homework, taking walks, sibling disagreements, T.V. watching, cooking, kitchen tasks and bedtime routines. Ask for help and guidance until you are sure that you understand how your host family does things. Remember that you are trying to learn their routines.

By concentrating and asking for help and clear directions you should experience a steep learning curve of doing things. Soon it will all be natural to you. Expect to get more responsibility as you master tasks. Do not get frustrated if you do not get everything right the first time. Remember that the first three months are considered an adjustment period.

**Jet Lag:**
Depending upon where you are coming from, one of the first adjustments you will have to face after your arrival in the United States is "jet lag". Jet lag is the physical shock of your body adjusting to a new time zone. Its intensity will depend upon how many time zones you have crossed during your travel to the United States. While your body is adjusting to a new daily rhythm, you may experience headaches, disorientation, sleeplessness or sleepiness.



There are a number of things you can do to help yourself through the transition. Attempt to follow the normal eating and sleeping patterns of your new time zone. Resist taking naps in the middle of the day since this will make it more difficult to sleep at night and will only serve to prolong your jet lag. Instead, take a walk, exercise or plan activities with friends during the day when you find that you are tired. Exposure to sunlight or other light during the day can also help reset your body's clock. After a short period of adjustment (a few days to a couple of weeks), you should be able to function normally and follow a regular daily schedule.

PLAINTIFFS' RESP. APP.0003516

API00002267

*Au Pair Handbook*

## 8.2 Getting to Know Your Host Family

Welcoming a new person into a family requires adjustment from all parties involved. You will be sharing their day-to-day lives and the duties associated with family life. Remember that you are a family member who joins in and shares the responsibilities of family life. Each family has their own unwritten rules that govern daily life. Some of which seem so obvious to the family members that they may not even be aware of them. Although host families try to identify unwritten and written rules for you, you may have to discover some of them together. As you will have a lot to learn, it is a good idea to take notes and organize them so that you can easily refer to them when needed.

You need to know:



- How to care for the children.
- Safety in and around the home.
- How to feel comfortable and "at home".
- How to operate household appliances.
- Emergency procedures.
- Household rules.

The au pair program requires that:

- One of your host parents or another responsible adult remains with you for the first three days to assist you with your schedule and responsibilities. You must immediately contact your Area Director if this requirement is not met.

- You are not allowed to have sole responsibility for any child who is younger than three months old. You must contact your Area Director immediately if you have indications that this requirement will not be met.

## 8.3 Your Au Pair Responsibilities

As an au pair, your main responsibility is to help the host parents care for their children. Your responsibilities may include, but are not limited to:

- Waking the children and getting them ready for school or activities.
- Preparing meals for the children.
- Playing games, doing art projects, reading to the children and helping with school work.
- Teaching them things by including them in day-to-day activities like helping them make their own beds or clean up their toys.
- Bathing, changing and dressing the children.
- Putting the children to bed and watching over children that are sleeping.
- Looking after the children's belongings.
- Making the children's beds, straightening their rooms and doing their laundry.
- Being home with children that are home from school due to sickness, holidays or school closures.
- Driving the children to and from school, outings, activities or other appointments requested by the host parents.

1.29.14

15

PLAINTIFFS' RESP. APP.0003517

API00002268

Your duties will not include:

- Having the sole responsibility for the children for an extended period of time, e.g. when parents are traveling. You will not be expected to run an entire household in the absence of your host parents.

- Mowing the lawn or gardening. Any housework must be child care related.

- Caring for pets, elderly or handicapped adults.

- Having sole responsibility for a baby younger than three months old.

## 8.4 On-Duty vs. Off-Duty Time

As an au pair, you have two roles: one as the nanny/caregiver during your on-duty time and second as a family member during your off-duty time. Your role and responsibilities are very different between these two roles. When developing your schedule, you and your host family are required to follow the regulations governing the au pair program:

- Your on-duty hours must total no more than 10 hours per day and no more than 45 hours per week.

- You are entitled to the following free time:

  o A minimum of one and a half days off per week. This does not have to be on consecutive days, but you might ask that this include your Sabbath day.

  o One full weekend off per month (Friday evening to Monday morning).

- You are entitled to two weeks paid vacation. You must discuss with your host parents when it will be appropriate for you to take your vacation.



*Your Two Roles as an Au Pair:*

On-duty:
A professional

Off-duty:
Your free time

It is important that you are flexible and work with your host family to meet their needs while staying within the restrictions of the regulations.

## 8.5 House Rules

You will need to discuss "house rules" with your host family. Topics that might be covered:

- "Curfew" for weekdays and weekends.

- Spending the night at a friend's house.

- Having guests over to your house.

- Having guests spend the night at your house.

- Using the car and "curfew" for the car.

Every family has different house rules. Make sure that you and your host parents discuss and agree on the rules as soon as possible. You must respect your host family's rules. Do not be surprised if your host parent's expectations and house rules are different from your own, or your own parent's.

PLAINTIFFS' RESP. APP.0003518

API00002269



*Au Pair Handbook*

## 8.6 A Typical Day

The first few months, you and your host family should try to have a weekly meeting where you plan any changes to your schedule for the upcoming week and discuss any changes to the regular schedule. Be aware that schedules might change on short notice. Be prepared to be flexible with making changes to your plans. Make sure to let your host parents know, as early as possible, about any activities you may want to attend so that they can plan around them or let you know if it will work.

A day in the life of an au pair might look something like this:

| Time | Activity |
|---|---|
| 7:00 A.M. | Alarm goes off. Shower and get ready. Eat breakfast. |
| | *- - - - -On-duty hours start - - - -* |
| 8:00 A.M. | Help prepare breakfast for the children. Put food back in the refrigerator. Help Audrey and Sarah (8 years) get ready for school. Change diaper and dress Adam (1 year). |
| 9:00 A.M | Put Adam in his stroller and walk the girls to school. Return home. Read books to and play with Adam. |
| 11:00 A.M | Prepare lunch for Adam. Clean up and prepare for Adam's nap. |
| 12:00 A.M | Put Adam to bed for his nap. Clean up after the kids, straighten the kids' beds and rinse the kids' dishes. Start a load of the kids' laundry. Read a Magazine, rest and eat lunch while Adam naps. |
| 2:00 P.M | Go to the playground with Adam. Bring a snack. |
| 3:00 P.M. | Go to pick up the girls from school. Prepare afternoon snack. Supervise the girls' homework. |
| 4:00 P.M. | Host Mom returns home. Tell her about the day. *- - - - On-duty hours end - - - -* |
| 5:00 P.M. | Help set table and join in family meal. |
| 6:00 P.M. | Leave for class at the Community College. Meet friends. |
| 11:00 P.M | Bedtime. |



## 8.7 Holidays

There is no special provision for holidays, including national public holidays, in the program. Therefore, do not assume that you have time off because your host parents have the day off or it is a national U.S. holiday. In fact, holidays provide a special opportunity for you to experience American and special family traditions with your host family.

PLAINTIFFS' RESP. APP.0003519

API00002270



## 8.8 Your Time Off

Your host parents are responsible for your safety and well-being while you are in the United States. They will expect you to let them know when you are going out and where you are going. They will expect you to return at an agreed time. If it looks like you might be late, make sure to call them and let them know why and how delayed you think you will be. The more responsibility you show, the more flexibility you will receive.

Although what you do during your free time is your choice, most families may ask you to be home by about 8 hours before you are scheduled start your on-duty time the next day. It is common courtesy to be well rested for your work. Host parent's restrictions about late hours are most likely based upon a concern for your and their children's safety and well-being.

## 8.9 Privacy

You will be accepted as a family member of your new family, but you will also need your privacy. You will have your own bedroom and on your free time you may choose to spend time with friends, fellow au pairs, alone or with your host family. As Americans are very social, it might be difficult for the host family, especially the children, to understand that people from other cultures need more privacy than them. In a friendly way, explain to the children (and host parents if necessary) that it is important for you to be alone sometimes. Try to do this in a kind way so that the family and children do not feel shut out.

Discuss with your host family about bringing your friends or boyfriends home. Although you have your own room, your host parents might not approve of visitors. You should not let your boyfriend stay overnight with you. Never have parties in your host parent's absence.

## 8.10 Using the Car and Car Insurance

Your host parents may allow you to use their car. Remember that the use of your host family's car during your free time is a privilege, not a right. You should try to limit your personal use of the car. Trade off with your friends on picking each other up, carpooling to events, etc. You should also find out what kind of public transportation is available in your host community. Ask your host family, Area Director and other au pairs to find out the safest and most economical way of transportation.

Expect your host parents to have clear rules on when and where you can drive, which car you may drive and how frequently you may use the car. Always know and abide by the rules that your host parents set. You should pay for gas when you are using the car for your own personal use. You therefore need to keep track of how far you drive and how much gas you are using.

***Driver's License:***
We recommend that you also obtain a state driver's license. This will enable you to become familiar with national and state driving laws. In some states you are even required to have a state driver's license before you are able to drive. (See section 7.2 for more information).

***Driving Skills:***
Driving in America is very different from driving in your country. Make sure you learn how to safely drive the car before you drive by yourself. Make sure you:

- Know how to operate the vehicle safely, how to operate an automatic transmission, where to find headlights, hazard lights, windshield wipers and door locks. How to turn off alarms and how the panic alarm works.

- Know how to maintain the car and what type of gas and oil is required. Know how to read gas and oil gauges.

PLAINTIFFS' RESP. APP.0003520

API00002271



- Understand road signs, markings on the road and the location of traffic lights.

- Understand what you are to do in the event of a breakdown.

- Are comfortable reading the speed limits in miles (not kilometers).

- Are comfortable driving on the right side of the road even in roundabouts (you may be used to driving on the opposite side of the road).

- Know how to fasten the car seat safety straps and how to strap a child into child car seats. Before you drive with the children in the car, make sure you know what safety precautions you will need to take.

Your host parents may practice driving with you until they are comfortable with your driving skills and can make a decision about the use of the car.

***Car Insurance and Accidents:***
If you are allowed to drive your host family's car, you have been given a great responsibility.

Car Insurance: your host family must provide car insurance for you if you are to drive any vehicle they own. Automobile insurance is your host parent's responsibility. Do not drive any car unless you know you are covered under the automobile insurance for that car. If you are involved in an accident driving the car, you would be liable for damage/deductible up to $500 per accident. Remember that the insurance coverage provided for you by Au Pair International does not cover claims resulting from automobile accidents.

Understand how to Operate the Car: before driving a car you must make sure you understand how to operate the car and the warning lights/messages for the car. Ask your host parents to teach you and show you where to find required documents like the car's registration, etc. You  need to know what to do if warning lights appear in the car. For example; if the oil-lamp warning lamp comes on, find the closest SAFE place to pull over and STOP (stopping on the side of the highway is NOT safe). Driving with low oil level may completely ruin the car. Call your host parents for assistance if you don't know how to change the oil or don't know what to do.

AAA - Always Avoid Accidents: car accidents cause a lot of problems and are very expensive. Even a very small accident can cost thousands in damages. Host families are often left with years of higher insurance premiums (the cost of their insurance) as a result of the accident. Avoiding getting in an accident is your responsibility. Being in a hurry increases the risk of an accident. Remember it is better to be a few minutes late than to risk an accident. PLEASE do not take lightly on your driving responsibilities and make sure to:

- ALWAYS observe the speed limit and drive at a speed that is safe for the conditions.

- NEVER text, talk on the phone or be distracted when you drive.

- ALWAYS keep the 3-second rule (see below).

- ALWAYS wear a SEATBELT.

- Of course: NEVER drive under the influence of alcohol.

**PLEASE: Do not take lightly on your driving responsibilities. PLEASE DRIVE VERY CAREFULLY!**

3 Second Rule:
Always use the "3 second rule when" driving.

*In Good Weather:* The distance changes at different speeds. To determine the right following distance, first select a fixed object on the road ahead such as a sign, tree or overpass. When the vehicle ahead of you passes the object, slowly count "one one thousand, two one thousand, three one thousand." If you reach the object before

PLAINTIFFS' RESP. APP.0003521

API00002272



*Au Pair Handbook*

completing the count, you're following too closely. Making sure there are three seconds between you and the car ahead gives you time and distance to respond to problems in the lane ahead of you.

*Inclement Weather, Heavy Traffic, or Night-Time Driving*: In heavy traffic, at night, or when weather conditions are not ideal (eg. light rain, light fog, light snow), double the three second rule to six seconds, for added safety.
If the weather conditions are very poor, eg. heavy rain, heavy fog, or heavy snow, start by tripling the three second rule to nine seconds to determine a safe following distance.

Tailgating (other cars following you too closely). Following a vehicle too closely is called 'tailgating'. Most rear end collisions are caused by the vehicle in back following too closely. If someone is tailgating you, move to another lane or turn off the road as soon as possible and allow the tailgating vehicle to pass.

**Accidents – Know what to Do:**
Before you drive a car, you should have a clear understanding of what to do in case of an accident . The police may ask for your Driver's License, the car's registration papers, and insurance papers. Make sure you know where the required papers are located.

In case of an accident, remember:

- Stay calm (taking a deep breath may help you gain calm).
- Call:
  - o If you are in an accident that involves other cars or people, **dial 911 to get the police to assist you.**
  - o Immediately call your host parents.
- Safety:
  - o Turn on your car's emergency light (triangle button on dashboard).
  - o Move the vehicle out of the traveled roadway, if it is clear, safe and legal. (NOTE: In some states it is against the law to move the vehicle from the place where the accident occurred. Check the ordinance in your area.)
  - o Turn off the ignition of the car.
  - o Make sure it is safe before you go out of the car.
- Get the info:
  - o Write down the car's full license plate number and state.
  - o Ask to see the other driver's license **and write down the number and name.**
  - o Exchange insurance company information. **DO NOT discuss "fault" or make statements about the accident to anyone but the police.**
  - o Get a copy of the police report of the accident.
  - o Get the police officer's name/card.
  - o Take several pictures of the damages.

PLAINTIFFS' RESP. APP.0003522

API00002273

### 8.11 Use of Telephone, Computer, Etc.

**Telephone:**
For phone calls outside your local area you should use a calling card. Please see section 7.2 for more information. Local calls might be unlimited under your family's phone plan. Therefore, ask your host family about the use of the phone to make local calls. You are responsible for all your own phone charges including calls made nationally within the U.S. Telephone charges you incur should be paid promptly.

**Computer:**
Limit your use of the computer while you are on-duty. You are expected to be actively caring for the children. Note that your host parents will likely be able see when and how much time you have spent on the computer. Discuss the use of the computer with your family. Computers and access to the Internet is also available at public libraries, internet cafés and your educational institution.

**TV:**
Limit the use of TV during your on-duty time. May families will have rules for TV watching during the day. Make sure to discuss the TV watching rules with your Host Family.

### 8.12 Food and Meals

The meals together with your host family might be different from what you are accustomed to. Family members may eat "on the run" or have their dinner sitting at the counter; regular "sit down" meals may occur only on weekends. As in any culture, the kind of food being served might seem different from what you are used to and you might be served "take-home" dinners made at a restaurant. Even though the food might not be appealing to you to start with, make an effort to try new things – you might even like it. You may also occasionally offer to prepare dinner for your family as a way to share your culture's traditional cooking with them.

### 8.13 Stay-at-Home/Work-from-Home Parents

Duties, responsibilities and hours may be challenging to strictly define for au pairs whose host parents stay-at-home or work from a home office. It may be confusing for both you and the children to know who is responsible for what. Ask your host parents for to give you clear definitions of what you will be responsible for and what your on-duty and off-duty hours will be. Always exercise the same level of responsibility as you would if your host parents were absent.

### 8.14 Family Vacations

Your host family may invite you to go on vacation with them. If you are required to go with them on vacation and you are expected to continue to work, your host family should pay for you (travel, hotel, food). Before you leave for a vacation, be sure to discuss rules and responsibilities during the vacation days:

- What will your duties be?

- What is your schedule and when you will be on-duty?

- What are you allowed to do on your off-duty/free time?



- Safety precautions for both your role as a child care giver and your own safety during your free time?

- What is the emergency procedure at the new location?

Make sure that you familiarize yourself with your new surroundings. Always bring the address for where you are staying and emergency phone numbers with you. Before you leave, contact your Area

PLAINTIFFS' RESP. APP.0003523

API00002274

Case No. 1:14-cv-03074-CMA-KMT Document 959-18 filed 03/30/18 USDC Colorado pg 111 of 182

Director to leave a contact number where you can be reached in case of an emergency. Also, let your family in your home country know how long you will be gone.

In the event that your host family is out of town with the children, do not assume that you also have a vacation and are free to leave the home. Your host family may wish you to remain at home during this period. Thoroughly discuss any and all expectations before your host family leaves.

## 8.15 Taking Your Two Weeks Vacation

It is recommended to take the two weeks paid vacation in the middle of your au pair year or one week during the first half of the year and one during the second. Many au pairs "burn out" if they save the vacation until the end of their stay. The timing must be mutually agreed upon by the au pair and host family, and should be planned well in advance. There are many travel options for au pairs. We can also offer you a great deal on adventure tours provided by our travel partner: http://www.trekamerica.com/

## 8.16 Weekly Stipend

The weekly stipend is established by the regulations that govern the au pair program. You should establish a mutually agreed upon time and method of payment (cash, check or direct transfer to your bank account) for receiving your weekly stipend. An au pair is to receive the minimum weekly stipend as stipulated by regulations governing the US Au Pair program, currently $195.75 per week per week for the Regular Au Pair Program or $225 per week for Au Pair Professional.

## 8.17 Borrowing Money

Avoid borrowing money from your host parents. Promptly pay your charges, i.e. phone, gasoline use, etc. Money you borrow may not be deducted from the deposit or from your weekly payment. Therefore, you must keep track of what you owe your host parents and pay the money back as soon as possible.

## 8.18 Personal Expenses

Your host family will provide housing and food during your stay. However, you will also have expenses that you will have to pay for yourself. You need to manage your budget during your stay.

Examples of personal expenses that are likely or may incur are:

- Personal hygiene items such as hair spray, feminine products, shampoo and conditioner, etc.
- Any expenses related to activities you do during your free time – like movie tickets for yourself, food and drinks you might buy when going out with friends during your free time, concert tickets, and transportation costs to go to activities during your free time.
- Gas when using the host family's car during your free time.
- Any personal use of the family's phone.
- Any books and/or tuition fees for your education that are more than $500. Your family is only required to pay *up to $500* for your education.
- Postcards and stamps.
- Gifts, souvenirs, film, batteries and film developing for your camera.
- Personal clothes, shoes and jewelry.



PLAINTIFFS' RESP. APP.0003524

API00002275

Case 1:14-cv-03074-CMA-KMT Document 959-19 filed 02/03/18 USDC Colorado Page 111 of 181



*Au Pair Handbook*

- Electrical appliances from your home country will not work in the U.S. and buying an adaptor may cost more than buying new appliances in the United States.
- Insurance and travel costs during your 13th month.
- Other expenses which are not reasonable for your host family to pay.

## 8.19 Factors for a Successful Relationship

**Communication:**
Communication with your host family is the most important key to success. By communicating, talking, chatting, listening and learning you will more easily achieve the other factors listed below.

**Mutual Respect:**
"Au pair" means "on par" or "equal". Your host family has invited you into their home and their life. They have already shown you trust and respect. Earn this respect and respect them back. Respect their way of raising their children, living and who they are. Mutual respect is tolerance and understanding of others, of their culture and their habits.

**Co-operation:**
You and your host parents must be consistent in the way you care for, teach and raise the children. Co-operation is necessary in order to make the schedules work and allow both you and your host family to achieve your goals.

**Flexibility:**
One of the reasons your host family has decided to host you as an au pair is the flexibility it gives them. Be flexible with working out schedules and day to day activities. In any relationship, both parties are required to "give and take".

**Trust:**
Make sure that your host family can always trust you. Never lie about anything and always be honest. Children will hurt themselves and accidents will happen, you must tell them about it.

**Enthusiasm and Fun:**
Enthusiasm is what you bring to your role and fun is what you get. Fun is when you feel good about being in the family, proud of what you do and enjoy what you do.  Fun is what we want your au pair year to be.

# 9.0 Caring for Children

Your host family will expect you to adopt their methods of child care. If you are having difficulty doing so, ask for suggestions and/or contact your Area Director to discuss how you can better adapt. During the au pair training course you will learn about how to safely care for children.

You will need to learn how your host parents want you to care for their children. Some families have strict rules and routines, other families don't. You need to follow and respect your host family's way and not question or compare it to how other host families care for their children. How you care for the children will vary depending on their age and the developmental stage they are in, or if they have any handicap or learning disability.

Host parents will talk to you about the children's daily routine, development and developmental needs, behavior, problems, conflicts, achievements and goals. You are expected to <u>actively</u> care for the children in a way that positively contributes to their development and learning, and the enhancement of the child's self-confidence. Since child care is going to be a large part of your time in the U.S., you should start thinking about it now.

PLAINTIFFS' RESP. APP.0003525

API00002276

- Interactive vs. passive child care.
- Developmental stages and age appropriate activities for children.
- The use of children's media to educate and learn.
- Discipline through understanding.
- Problem solving.
- Emergency procedures and how to avoid accidents and danger.



You will have your own ideas, activities and experience in caring for children. Over time your host family will appreciate that you bring your creativity, experience and enthusiasm to your child care. Keep in mind, your host parents must always approve of all activities and projects. This is especially important if you are planning to take the children with you out of the family home. Always remember that it is your host parent's child rearing philosophy - the way *they* have decided to bring up their children - which you must respect and adhere to.

Always talk to the children in a controlled manner and never lose control. When you talk to the children, you should:

- Always use a non-threatening tone.
- Give directions and corrections in a productive and supportive way.
- Never raise your voice unnecessarily.
- Never call them hurtful or derogatory names.
- Always explain to the children why or why not they must do a certain thing.
- Always be appropriate.
- Never swear, curse or say "shut up".
- Never ridicule or deliberately try to embarrass or shame the children.

Infants: Remember to use extra caution when handling infants under two years of age. You must have infant experience if you are caring for children under two years of age. Children under the age of two are more fragile and can more easily become injured. Infants have weak neck muscles and are unable to fully control their head movements. Rough handling of an infant may cause brain damage or even death. Never shake a baby. Vigorous shaking can seriously injure or kill a baby. When being responsible for taking care of an infant, you <u>must know what the proper care is</u>.

# 10.0 Living in America

## 10.1 Arrival Fatigue

Many au pairs feel very tired the first days and even weeks in the U.S. This is a natural result of your long travel and absorbing new impressions. During the first days you may experience fatigue, upset stomach or other discomfort. This is most likely due to jet lag, exhaustion from the long journey, overtiredness causing you to have problems sleeping, new and different food, anxiety from being in a new place or overload from impressions and receiving information in a different language. Ask people to speak slowly or repeat things for you. Practice speaking English with your friends, host family and fellow au pairs and resist the temptation of speaking in your native language with fellow au pairs from your country

Try to get a lot of sleep, fresh air and exercise. You might try going to the grocery store to buy food that is more familiar to you and slowly adjust to American food. Try to get into a routine of eating regular meals and getting enough sleep.

PLAINTIFFS' RESP. APP.0003526

API00002277

Case 1:14-cv-03074-CMA-KMT Document 959-9 filed 03/13/18 USDC Colorado Page 113 of 181
HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

## 10.2 Making Friends

Start building your new life as soon as possible. Start living in your new community. You should spend time getting to know new people around you instead of spending your time chatting on the Internet, sending emails or talking on the phone with your friends from home. Examples of places where you can meet new friends:

- **Playground:** You might meet au pairs, nannies and young parents at the playground or at activities you take your children to. Take the initiative and start a conversation.

- **Other au pairs:** In your arrival package, you will receive a list of other Au Pair International au pairs in your community. Feel free to contact them and introduce yourself.

- **School:** At your school you might meet friends your own age. Sign up for classes as soon as possible.

- **Local community:** Find out what activities there are for people your age in the community. 

- **Friends of your host family:** Ask your host family if they know anybody your age that you could meet.

- **Church communities:** In America the church communities often serve as a social institution where you can participate in activities and meet friends.

- **Volunteer work:** Volunteering can be a way to get to know your new community and make new friends. However, it does not count towards the educational requirement.

- **Sports/health clubs:** Many health clubs are very expensive. However, in some clubs you may be able to go for free as part of their family.

## 10.3 Living Safely

Familiarize yourself with where things are and how things work in the house. This is important not only for your own safety, but also for the children's safety. It will also help you perform your duties better and make you more comfortable in your new home. Ask first for a demonstration of how things work. Repeat what you are told so that you are sure to understand.

- <u>Appliances</u>: Ask your host parents to watch you operate appliances a couple of times to make sure you remember. Do not try to guess how things work and run the risk of breaking them or hurting yourself.

- <u>Contact</u>: When and how you can contact your host parents at work, and when you should seek help or advice from a friend or relative.

- <u>Emergency</u>: Who to contact and what to do in the event of an emergency. Please discuss emergency and non-emergency procedures with your host parents. As a guide, please use the emergency contact information sheet in the front of this handbook.

- <u>Insurance Card</u>: Your Au Pair International identification card that you received at orientation confirms your legal status as an au pair and has important phone numbers, as well as your medical insurance identification number and emergency contact details. Take the card with you whenever you leave your host family's home.

## 10.4 Getting Around

You will need to familiarize yourself with the community. Find out where things are, how to get to places and how to get back home. Make sure that you know and remember the following:

PLAINTIFFS' RESP. APP.0003527

API00002278

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



*Au Pair Handbook*

- Your home phone number and address.

- Have a directory with all important phone numbers easily available. It is a good idea to post the list of phone numbers multiple places in the house: your room, the kitchen and the playroom.

- Use your local map to familiarize yourself with the area. Before you go or drive to places, you may also want to go on the Internet and find a map with detailed directions. You may go to www.yahoo.com and click on maps or www.mapquest.com to find maps and driving directions. However, sometimes these might not be accurate. Therefore, always double check by using a hard copy map or ask your host parents.

# 11.0 The Program in Progress

Throughout the year you will participate in a number of activities organized by Au Pair International. It is important that you familiarize yourself with the mandatory activities you are required to attend. The educational component of the program and attending monthly meetings and cultural events are all mandatory requirements of the au pair program.

## 11.1 Area Director's Role

Au Pair International will assign a local Au Pair International representative (your Area Director). The role of the Area Director is to be a support for both you and your host family. Your Area Director will monitor the activities of your exchange participation to ensure they are in keeping with the intent of the program.

Your Area Director is also there to assist you and your host family with solving issues. If there is a conflict between you and your host family, your Area Director may be contacted. He/She will *not* take the position of one side, but try to facilitate a discussion to solve the problem. Your local Area Director is available when you need to ask questions, clarify rules and regulations or just want someone to talk to other than your host family, friends or fellow au pairs. You may ask that your questions and conversations with your Area Director be held confidential. You can expect to be in touch with your Area Director at least:

- <u>Within 48 hours of arrival at your host family's home</u>: Your Area Director will contact you and your host family to ensure that you have arrived safely, welcome you to the area and answer any questions you may have.

- <u>Within 2 weeks of arrival at your host family's</u> home: Your Area Director will arrange to meet with you and your host parents to give you an orientation to:
    - Review rules and regulations;
    - Discuss how well you are coping with life in the United States;
    - Review your on-duty schedule and how you are adjusting to your role as an au pair;
    - Answer questions and concerns you may have.

- <u>Monthly au pair meetings</u>: Once per month you will meet with your Area Director and fellow au pairs (your au pair cluster) to have a formal or informal meeting or to do an activity. These meetings are mandatory and your host family is expected to give you time off from your duties to allow you to attend the meetings. The monthly meeting is your chance to discuss issues with your Area Director and fellow au pairs, and to help solve challenges that you and your fellow au pairs are facing.

- <u>Monthly Host Parent contact</u>: Your Area Director will be contacting your host parents once a month to make sure problems and conflicts are not arising.

PLAINTIFFS' RESP. APP.0003528

API00002279

- <u>When needed</u>: Your Area Director is available for questions or to help you with questions and concerns you might have. You may email, call or arrange a meeting with your Area Director at any time during your au pair year.

## 11.2 Educational Requirement



The educational component is a mandatory requirement of the au pair program. All au pairs are required by the U.S. Department of State to complete a minimum of 6 semester hours of academic credit (or its equivalent) at an accredited U.S. post-secondary institution during their year in the United States.

Fulfilling the educational component is a part of your visa requirement and you **must** sign up and attend classes while you are in the U.S. You must also be able to provide proof of fulfilling the educational component at the end of your year. If you fail to do so, you will forfeit your Completion Bonus and may be responsible for paying for your ticket home. In your pre-arrival package, you will receive an educational document that describes the educational opportunities in your local area. Please contact your local agent or Au Pair International's Head Office if this document is missing.

There are many ways to fulfill the educational requirement. Public and private universities and community colleges will offer a variety of courses that may meet your educational or career interests. English as a Second Language (ESL) classes for all skill levels are available in most communities. Your host family, fellow au pairs or your Area Director will be able to assist you with information about available educational institutions and schedules in your community.

The following does **not** qualify to meet the educational requirements:

- Courses given by non-accredited institutions.
- Gym membership, sports instruction and private tutoring.
- Classes organized by church communities.

*Cost:*
Your host family will pay <u>up to</u> $500 toward the cost of your education. This is not money owed to you if your classes are free or cost less than $500. If the cost of the course(s) you wish to take exceeds $500, you will be responsible for paying anything above $500. Choose your classes in accordance with your free time and let your host parents approve of the schedule. Attending courses is not only mandatory, but also an opportunity to develop friendships outside of your host family and au pair cluster.

*Proof of Enrollment:*
At the end of your program year you must present evidence documenting the completion of the educational requirement. Valid documentation may be official school transcripts, diploma showing the credits earned, signed letter from the instructor or note in your Au Pair International portfolio. If you fail to complete the required number of qualifying classes/credits, you will not receive your Completion Bonus.

## 11.3 Monthly Au Pair Meetings

The monthly au pair meeting arranged by your Area Director is a mandatory requirement of the Au Pair International program. If you are not able to attend at the scheduled time, you must arrange to meet your Area Director at another time during that month.



Always bring your au pair portfolio to the meetings. Your Area Director will sign it to verify that you have attended the meetings. In order to receive your deposit when you return to your home country, you must show proof that you attended 12 meetings with your Area Director.

PLAINTIFFS' RESP. APP.0003529

API00002280



### 11.4 Reciprocal Component of the Program

In addition to bringing au pairs from overseas to the U.S., Au Pair International also assists Americans with participating in exchange programs overseas. If you have American friends that are interested in receiving information about this part of the program, please ask them to contact Au Pair International's Head Office or visit Au Pair International's website.

## 12.0 Au Pair Rules

### 12.1 Summary, Au Pair Visa Obligations

- Provide safe child care and child care related housework.
    - o No more than 45 hours per week.
    - o No more than 10 hours per day.
- Not work for other families or take other jobs and not work extra hours for extra pay.
- Attend educational classes (min 6 credits or equivalent).
- Have monthly contact with Area Director.
- Receive no less than 1.5 days off per week and one weekend off per month.
- Receive two weeks paid vacation.
- Not drive a car without being insured.
- Leave the U.S. after the end of the program.

### 12.2 Au Pair Rules

In addition to the visa regulation requirements, you must understand and agree to all the rules for the au pair program. If you do not understand the reasons for any of the rules, please ask your Area Director to discuss them with you. The rules, which you have agreed to include:

- To be diligent, conscientious and involved while supervising your host family's children.
- To be an active, congenial participant in your host family's life. This includes joining in family meals, holidays, social gatherings, cultural and other family activities.
- To keep your room and personal area (e.g. your bathroom) clean, and pick up after yourself.
- To plan all vacation and free time in advance, this must be mutually agreed upon with your host family.
- To strictly follow the house rules, in particular rules about smoking.



- To reimburse your host family for personal expenses which they have incurred on your behalf. For example, personal phone calls or gasoline for personal use of the family car.

Above and beyond the rules and regulations detailed in other parts of this handbook and the Au Pair International brochures and regulations, the following areas are additional serious issues. Violations may call for immediate dismissal from the program. If found violating any of these rules you will forfeit your deposit and may have to return to your home country at your own expense:

**Safe child care:** You must always take good and safe care of the children. You or your actions must never jeopardize the safety of the children in your care. You are expected to use good judgment at all times while caring for the children.

PLAINTIFFS' RESP. APP.0003530

API00002281

*Au Pair Handbook*

**United States Law:** You must understand and obey all U.S. federal, state and local laws. Au Pair International will fully co-operate with the authorities (police) should you be charged with an illegal activity while in the United States.

**Alcohol and Drugs:** Any illegal use of drugs, alcohol or harmful controlled substances, or illegal possession of these. The minimum drinking age in the United States is 21. You may not legally buy or consume alcohol before that age. The use or possession of any form of drugs or harmful controlled substances that are illegal in the United States can result in you being sent to prison and/or returned to your home country at your own expense.

**Child Punishment:** By participating in the au pair program, you have been trusted with one of the most responsible jobs - taking care of children. Any form of abuse, both verbal and physical abuse, or suspected abuse of children will result in immediate dismissal from the program. You are never to physically punish a child, even if your host parents use physical punishment or give you the permission to do so. You may never strike, grab, shake or pull a child as a punishment.

**Ethical Behavior:** When living in a new culture, you must learn what the correct ethical behavior is. Behavior that may seem natural to you may be offensive to your host family or friends. Follow stricter guidelines than you would in your home country and be sensitive to what is appropriate in an American family.

**Additional Issues:** As an au pair you are expected to behave responsibly not only when you are with your host family, but also during your free time. Examples of other behavior or conditions that may result in you being returned to your home country at your own expense:

- Pregnancy: If you are pregnant at the time of arrival in the United States or if you become pregnant at any time during the program year.
- Marriage: You are not allowed to marry while participating in the au pair program.
- Hitch-hike: You are not permitted to hitch-hike or to pick up hitch-hikers.

# 13.0 Cultural Differences and Communication

## 13.1 Cultural Differences

The au pair program is a cultural exchange program and learning what Americans are like is part this exchange process. Beginning on your very first day, you will be constantly discovering new insights about America and the American culture and people. You may have to adjust to fit into this culture. Culture includes values, attitudes, beliefs and a way of life that a group of people share. If you have not experienced life anywhere else than in your own country, you may not realize how much other people's ideas vary.

Learning about and understanding another culture will broaden your horizon and enhance the way you relate to other people. Dealing with cultural differences is one of the biggest challenges of the au pair program, but it also gives the biggest rewards.

## 13.2 Succeeding in a Foreign Culture



You will find that when spending time in a different culture, you need to think about how you behave. Whether you go to Japan, Sweden or Mexico, you need to adapt to their culture – not the other way around. It is your choice to spend time in the country. People in different countries do things differently, express themselves differently and act differently. The best way to succeed in a foreign culture is to be flexible and adapt to the culture.

PLAINTIFFS' RESP. APP.0003531

API00002282



The following guidelines apply for anybody visiting a different country. Think about how you would like a foreigner to behave if he/she would move into your home. If you opened your home to a "stranger", you would not like the person to criticize or make fun of your home, friends, culture, history, politics, religion or country. Nor would you like them to take things for granted, not appreciate the things you do for them or be rude.

However, chances are, if you communicate in a different way, you may misunderstand people. When they are, in fact, very appreciative of when you do for them, you may think they are not – leading to irritation and conflicts. The best way to adjust to another culture is adapting to the way they do things, using their language and behaving the way they do, while at the same time being you. Here are some simple and easy guidelines to help you fit in:

- **Do not make fun of:** *All* nations are proud of their culture, family, traditions, etc. Never make fun of the American way of doing things, culture, history, traditions or the way people look, talk or act – even if others do so. As in <u>any</u> culture, Americans can make fun of themselves, but it is not OK that you do.

  Although people in your home country might make fun of other countries – it is not acceptable to do so when you are *in* the country as a visitor. If you are asked, you might just say that things are different.

- **Do not criticize:** Avoid criticizing. If you look, there will always be things you *could* criticize. However, as nobody likes to be criticized, criticizing will only harm you and your relationship with people. Instead – deal with it. If it is too cold, put on a sweater. If there is a particular food that you don't like, eat more of what else is offered or offer to make dinner.

- **Be grateful:** Show that you are grateful for the things your host family gives you. Do not take things for granted. For example, the family is not obligated to let you use their car. It is very expensive to add you to their car insurance. Therefore, be very respectful and appreciative when they allow you to use their car or other things.

- **Be polite:** Americans are very polite. They smile and acknowledge each other more than most cultures. They use words like "thank you", "excuse me", "I apologize" and "I am sorry" more than other cultures. Adjusting to another culture is trying to adapt the way people talk and behave.

- **Show excitement:** Americans also show excitement and often use "big words" like "that is great", "fabulous", "fantastic", "amazing" and "unbelievable". Again, you might want to add these words to your daily vocabulary.

- **Think before you talk:** Because your English might not be fluent, you may chose words that make you sound very frank, straight forward or even rude. Americans are very sensitive to the way things are said. As Americans are very polite to each other, be careful so that the way you say things doesn't sound insulting or hurtful to them. Be very careful about the words you choose and how you say things.

- **Be open minded:** Be open to trying new things and doing things in a new way. You might learn something.

- **Show respect:** Show respect for your host family, the way they live, their life and their things. Ask for permission to be sure. For example, before you use things in the house or dig into a cake in the refrigerator, ask if it is OK. Over time, you will learn the rules in the house, but in the beginning it is better to be respectful and ask.

- **Take part in the family life:** The best way to adjust is to learn to know your new family. This can only be done by spending time with them.

- **Timeliness:** Being on time is very important. If you are more than a few minutes late it is a good idea to apologize, an excuse is usually not necessary. If you will be more than 10 or 15 minutes late, it is considered polite to call and inform your host of your delay.

PLAINTIFFS' RESP. APP.0003532

API00002283

- **It's your choice:** Last, but not least; *you* have decided to spend a year in the U.S. to learn about American culture and traditions, and to live with an American family. It is therefore your responsibility to make the most out of it. Your host family has agreed to host you for a year and introduce you to American culture. It is you that must adjust to their lifestyle, their culture and their country.

- **If you have concerns:** If you have concerns about your host family, the American culture, lifestyle or the way things are done, please bring this up with your Area Director. You will also have the opportunity to share your experience with other au pairs in your group.

## 13.3 Culture Shock and Home Sickness

Culture shock is a natural response among au pairs/cultural exchange participants. Culture shock occurs when everything that is familiar to a person is taken away. It is the emotional and behavioral reaction to living and working in another culture. When you leave your home you will leave behind all that is familiar to you: family, friends, food, your things, smells, tastes, surroundings, the way you do things and the way you get around. Everything is different.

Most au pairs will likely experience culture shock to varying degrees and for varying lengths of time. Dealing with language differences, unspoken rules and new physical surroundings can create tremendous anxiety. It is noted that often both the host family and the participant may experience some form of culture shock as they learn to adapt to one another:

***A Natural Reaction:***
Culture shock and homesickness are natural emotional reactions that people get when they are put in a new cultural situation. They are very common reactions that have been studied extensively. People experience the same types of emotions when encountering change; for example, in companies that are going through reorganization processes where everything changes or when people switch jobs or schools.

Keep in mind:

- <u>Almost all</u> au pairs get homesick to some or great extent.

- <u>Almost all</u> overcome it.

- It is a <u>natural reaction</u> to adjusting to a new situation.

- When working through it, you will be stronger, more confident and better able to handle situations like this in the future.

## 13.4 Common Symptoms of Culture Shock



- **Mentally and physically tired:** You may become nervous and/or excessively tired. You may sleep a lot, even after you have recovered from jet lag. You have no energy to do "anything", lack initiative and feel that things are boring.

- **Not recognizing the culture shock:** You might not recognize that you are experiencing culture shock. Instead, you feel that you are depressed due to a number of tings and if they were just different, everything would be OK.

- **Homesick:** You may be excessively homesick. It is normal to miss home, family and friends; but if you can think of nothing else, write letters, call home all the time, or frequently are depressed or cry, you are most likely suffering from culture shock.

- **Hostility/Negativity:** You may feel hostile toward being in the U.S. or toward American people, and minor irritations may make you overly upset.

PLAINTIFFS' RESP. APP.0003533

API00002284



- **Doubt and blame:** You may have deep doubts about your decision to come to the U.S. You may have anxieties with work. You may think: "this is not what I expected", "I can't live like this for a year" or "everything would be better if only…".

- **Language/Communication:** You may feel reluctant to speak English or to associate with people. You may be looking for things or people to blame for the situation.

- **Negative feelings:** You may feel isolated, frustrated, angry, irritated, annoyed or panicked.

## 13.5 The Culture Shock Cycle
Participants may go through <u>one, all or none</u> of the typical phases of culture shock.

**Stage 1: Pre-Arrival**
The pre-arrival phase combines pre-departure excitement, nervousness and anxiety as you look forward to a new adventure.

**Stage 2: The "Honeymoon"**
Everything seems exciting, interesting and new. You are learning a lot of new things and everything is wonderful. You might be tired from the trip, but you still have a lot of energy and initiative. The host family is working hard to make you feel at home and they are excited that you have finally arrived.

**Stage 3: Questioning (Culture Shock)**
Soon the newness of things may begin to wear thin and you may start to react negatively to things. Confronted with unfamiliar or uncomfortable cultural situations, one reaction is to withdraw or remove oneself from the situation, "escaping" from the new environment. During this phase, you may seem to place "blame" on people around you for lack of understanding, or on yourself for an inability to handle new experiences. All the new information, everything you have to learn and get used to, speaking in English, working and getting settled is making you tired – which again makes it difficult to enjoy things.

Although outwardly you seem to be fitting in, you begin to question certain aspects of the culture. You feel homesick and may start to have conflicts with your family and friends. You become dissatisfied. You are both physically and mentally tired, and may even regret the decision to participate in the program.

**Stage 4: Confronting (Culture Shock)**
After awhile the culture shock starts to show. You may have complaints about Americans in general, the au pair program, your situation and your host family. In the confronting phase the au pair may think she can somehow change others to her way of thinking or doing things.

You may complain a lot and make negative comments. In turn, the host family may become irritated with the au pair for making them feel ill at ease in their own community. They may respond critically and perhaps even regretting, for a time, having accepted the participant in the first place.

The situation is becoming difficult and it is clear that something has to be done. At this stage some au pairs realize that they need to take charge and change or solve the situation. In other cases, au pairs pass this stage by not giving up. However, by not taking charge, it takes a longer time to get to the next stage – adjustment and adaptation.

**Stage 5: Cultural Adjustment and Adaptation**
Rather than rejecting or trying to change behaviors, you begin to filter information and examine things more objectively. You become more relaxed and comfortable, start "living" in the U.S. not only "existing" and feel like you are beginning to fit in. Things are not so tiring anymore. You become more comfortable speaking the English language and communication is less difficult. You understand more and are able to fit in.

PLAINTIFFS' RESP. APP.0003534

API00002285

Case No. 1:14-cv-03074-CMA-KMT   Document 959-10   filed 03/03/18   USDC Colorado   pg 122 of 182

The host family becomes more accepting and trusting as the dialogue improves and most problems are successfully resolved. You both learn to accept personality and cultural differences. This increased understanding strengthens your relationship and your ability to continue deepening the relationship with the host culture.

### *Stage 6: Fitting In*
You accept the new culture, make friends, know your way around and feel comfortable with the new way of living. You feel that you belong and may even feel like a native. You are enjoying your stay, studying, meeting friends, traveling and having fun.

### *Stage 7: Going–Home Anxiety*
When you are experiencing homesickness, it is difficult to think that you may be feeling sad about going home at the end of your stay. Toward the end of the program, some au pairs will begin to feel anxious when anticipating having to say goodbye to their host family and their new friends in the U.S. They will begin to have mixed feelings about going home and feel guilty towards their family and friends in their home country because they – although exited that they will see them again soon – would also like to have stayed longer.

Re-entry adjustment: After returning to their home country, some au pairs also experience reverse culture shock with memories of their stay abroad. They feel that the "world has been standing still" while they have been gone.

**13.6 Suggestions for Dealing with Culture Shock**

*Mentally:*
- Remember that culture shock and homesickness are normal and will pass if you take charge. The same au pairs that at the beginning of the year say: "*this is not what I expected*", "*I can't live like this for a year*", "*I have no friends/no real friends*", say this at the end of the year: "*I will miss my friends [in the U.S.] so much*", "*I am not ready to go home*", "*I want to extend my visa*" and "*this has been the most wonderful year of my life*".

- Remember back to before you came to the U.S., and why you wanted to participate in the program. Reflect upon the positive!

- Talk to people about how you are feeling. You are not alone, and you do not have to go through the adjustment by yourself. Use the resources around you: your host family, new friends and API staff.

- Maintain your perspective.

- Concentrate on the present and take charge. Stop thinking about it – start solving it. Sitting around thinking and talking about how much you miss home is only going to make it worse.

- Keep an open mind and a sense of humor. People in the U.S. may do or say things different from what you are used to. It is a learning experience.

- Trust that it will pass if you take charge. Thousands of Au Pairs arrive in the U.S. every year. A majority of them will experience culture shock to some or great extent and almost all of them overcome it.

*Physically:*
- Friends: making new friends is important. It will require some initiative from you. Don't give up even if you feel that they "have their own life" and that you don't fit in. Friendships are established over time.

  o Take initiative, talk to people, make contact and call someone from school or another au pair to arrange a get together. Don't wait for others to call you.

  

  o Read section 10 in this handbook about making friends.

  o Remember that friends are made through other friends and by doing things. You will not make friends sitting in your room.

PLAINTIFFS' RESP. APP.0003535

API00002286

- Take care of yourself.
  - Eat well and take good care of yourself. Exercise to release stress and tension. Join a sports club or pursue outdoor activities.
  - Take some time to relax. Listen to music, read a book and go to bed early once in a while.
- Save later. Although you want to save as much money as possible for your vacation or other things, you might want to spend a little more in the beginning to enjoy yourself more. By doing things, you will meet people.
- Familiarize yourself with your new neighborhood and city. This will help you develop a sense of home as you find local stores, parks, activity centers and so on. Try to carry a small map of the city with you so you do not get lost.
- Speak English and try to adapt to the new culture. In order to overcome culture shock, you must accept certain aspects of the new culture. For more on this subject see section 13.1.
- Take interest. Visit places, museums, read the newspaper – learn about your new home.
- Seek help. If you feel that your problem is different and this advice does not help, contact your Area Director. Your Area Director is dedicated to helping you with any problems within the program rules.

## 13.7 Differences in Communication Style

Learning to communicate with Americans may take effort in the beginning. People from different parts of the world have cultural differences and communicate in different ways. Ask questions when you do not understand. If you don't ask questions, they'll assume you do understand. A few characteristics about the American culture and communication style:

- Use a lot of slang and abbreviations.
- Speak very casually to people, no matter what the social relationship is to one another.
- Talk about personal experiences and feelings with people they have just met.
- Might use direct communication that might seem abrupt or harsh.
- May sound judgmental.

Non-verbal Communication: Body language also plays an important role in American communication. Facial expressions, the use of touch and the distance someone stands from you also have meaning. Americans often rely on the inflection or tone in a voice to determine the nature of a conversation. For example, when an American asks you how you are and you reply "wonderful" with a rise in your voice, they are likely to think that you really do feel fine. On the other hand, if you say "wonderful" with no change in you voice, they will probably think that you either do not feel well or that you are being sarcastic.

Cross-Cultural Communication: Remember that misunderstanding can work both ways – you may misunderstand your host family or they may misunderstand you. Take your time to think through what is being said and be sure to ask all the questions you need. Try not to become frustrated. If you feel that your question may not be understood, see if you can think of another way to ask the question.

# 14.0 Dealing with Problems

## 14.1 Preventing Problems

Communication is the most important tool you and your host family can use to avoid problems. Talk openly and honestly with each other and express concerns before they become a problem. Have daily discussions with your

PLAINTIFFS' RESP. APP.0003536

API00002287

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



*Au Pair Handbook*

host parents; let them know how your day went, fun things the children said or did and things you are concerned about. Creating a foundation of openness, trust and friendship will enable you to also discuss difficult situations.

It is usual to face misunderstandings, disagreements and problems during the exchange year. This does not mean that you are in a big crisis, that your host family does not like you or that you need to switch families. Success is found in your ability to solve issues and get to an agreement.

## 14.2 Problem Solving

There are a few things you can do in order to solve problems when or before they occur:

- Communicate concerns as soon as possible. Do not wait and hope the issue will go away and do not wait until you are angry or annoyed.
- Communicate your concerns clearly and honestly.
- Don't wait for your host family to speak to you. They may not even be aware that a problem exists.
- Set an appointment with your host parents when the children are not present to allow you to talk uninterrupted.
- Remain flexible and be prepared to compromise.
- Be specific when you are trying to communicate something.
- Never discuss host family problems with other au pairs.

## 14.3 Area Director's Role in Problem Solving

You should *always* try to solve your problems with your host family directly, before a conflict arises. However, if after several attempts, you and your host family cannot find a solution to problems together, ask for the help of your Area Director. If needed, your Area Director may schedule a meeting to discuss problems with you and your host family. It is often helpful to have a third person to help sort things out. Your Area Director is both your and your host family's contact and is not biased.

## 14.4 When Problems Can't be Solved

In the case of extreme conflicts, Au Pair International may consider removing you from your host family and re-matching you with another family. However, both parties must have *had a fair chance to solve the issues* before a transfer may take place. Before this decision can be made, you must have had a meeting involving your Area Director and host family together. Switching host families is not an easy process and should be avoided.

PLAINTIFFS' RESP. APP.0003537

API00002288



## Procedure for Changing Host Families
### IMPORTANT!

First: You must make sufficient effort to solve the problems.
Second: You must seek assistance from your Area Director to solve the problems (meeting).
Third: Both parties must be given a fair chance to improve or solve the problems.

Important:
- Never leave your host family without a formal approval from Au Pair International.
- Au pairs will only be allowed to re-match host families once due to conflicts/problems.
- You may be in between host families for 30 days only.
- You will not receive your weekly payment during any time you are not actively placed with for a host family.
- Ideally, you should stay with your current host family and perform you duties until a new host family has been found.
- If a host family is not found in time or if you refuse placements, you will have to return home. Depending on the situation, you may forfeit your deposit and be responsible for your flight home.
- Before a potential new host family makes up their mind, they may want to interview your current host family to understand why things did not work out. It is in your best interest to handle the situation in a professional and mature way.

Before you leave your host family, make sure:
- To have the approval of Au Pair International.
- To receive payments for any accrued vacation or educational stipend. (If you have worked ½ year for your current family, you should receive one week paid vacation and $250 educational stipend).
- To pay any money you owe to the host family.
- To pack all your belongings. Look around the house to make sure you find everything that belongs to you. Take your time, as it might be difficult to get any forgotten items later. Au Pair International or your Area Director will not be able to assist in collecting or sending forgotten items after you have left the host family.

### IMPORTANT: Limited time:
Once you leave your host family, you have 30 days to be placed with a new host family. Since au pairs cannot be inactive for a longer period of time, you will unfortunately have to return to your home country if you are "in between host families" for more than 30 days.

Therefore, it is always preferred to continue your relationship with your host family as long as possible while both you and the host family search for a new placement.

PLAINTIFFS' RESP. APP.0003538

API00002289



*Au Pair Handbook*

# 15.0 Insurance Information

## 15.1 Medical Coverage

As long as you are an active participant in the Au Pair International Au Pair Program, you are covered by a travel insurance policy. If you decide to stay in the US for your grace period ("13th month"), you are not covered under this plan, but have the option to purchase insurance for that time. As with any insurance policy, there are limitations to the coverage. Please refer to the insurance booklet and make sure you understand the details of your coverage. You may find the information online and in the addendums of this handbook. There is a deductible (co-pay) for each accident/illness. Please see below for details. Remember that your host family should never pay for the medical bills or give their name for billing purposes. Terms of insurance are subject to change.

**Comfort50 (included):    Health insurance up to $100,000, $50 co-pay**

**Online Insurance Resources:**
All your insurance information is available online on your MyInsurance website. The information is available in multiple languages:

1. Go to website: www.esecutive.com/MyInsurance/
2. Enter your information. The username for COMFORT50 plan is: IEGC000180135



**Insurance Upgrade Plans:**
You also have the option to upgrade your insurance plan, should you want to. The upgrade plan must be purchased before you leave your home country and is done directly with the insurance company. Log in to your MyInsurance website, select "Upgrade" and pay with credit card. Remember the upgrade plan is optional and not required. The upgrade button is found on the home page and looks like this:

Welcome to the eSecutive™ **MyInsurance** - Log-In Area.
Please select from the menu options to the left to view your Policy Information.

Upgrade Your Insurance

Note: The upgrade button will only show on your MyInsurance website before you leave your home country.  If you are still in your home country but you can't see the upgrade button, you may have entered some information wrong. Make sure you enter your first name in the correct field and your last name in the correct field.

PLAINTIFFS' RESP. APP.0003539

API00002290



*Au Pair Handbook*

**Your Deductible (Co-Pay):**
A deductible (co-pay) refers to the dollar amount for which you are responsible each time you receive a service covered under your insurance (for example a doctor's visit).

*Doctor ("out-patient") deductible:*
The out-patient deductible for your insurance plan is $50 per diagnosis/incident and you will pay this the doctor's office on your first visit. If you go for follow-up visits for the same illness/incident, you do not pay anything.

*Emergency (ER) deductible:*
Visits to the Emergency Room (ER) have different deductibles:
- For illness resulting in direct hospitalization and injuries: USD 0
- For illness which does not result in direct hospitalization: USD 250

That means that if you go to the ER for a condition that *should* have been treated by scheduling an appointment with a doctor, the co-pay is $250.


**Insurance Card:**
Please log in to your MyInsurance website and print your card or write down the information. If you lose your card, you may simply log on to your insurance website and print a new card. You do not need the card in order to receive your insurance, but you do need all the info. You may simply give the correct information to the doctor's office.

You may also access the information via iPhone/iPod touch and Android phones. To download the free application, please follow the instructions on the website at http://www.esecutive.com/mobileapps.

Your Insurance Card looks like this:





## 15.2 Medical Providers and IMPORTANT Emergency Procedure

Always call the medical service center for pre-certification before you visit a doctor or a hospital. Next, to make sure that your medical bill will be settled directly with the doctor's office (so that you don't have to pay for it upfront), please visit a provider who is part of the First Health Network.

Your insurance plan is contracted to the independent U.S. Preferred Provider Organization (PPO). This PPO network is organized and administered by The First Health Network and includes hundreds of thousands of established, highly qualified health care physicians and hospitals in the U.S.

PLAINTIFFS' RESP. APP.0003540

API00002291



To search for a medical care provider within the independent Preferred Provider Organization network, please contact the Service Center toll-free at:

# 1.800.628.4664

Or use the Online PPO directory at: **www.imglobal.com** to access a list of providers and facilities within the PPO network. The Online PPO directory is updated on a routine basis however changes may be made between updates. To ensure that the physician you have selected is in the network, please contact the physician's office to confirm his/her participation.

**IMPOIRTANT: Hospitalization/ Emergency Situations**
Each hospital admission <u>MUST</u> be pre-certified for medical necessity, which means you or the attending physician must call the following number prior to admittance to a hospital or performance of a surgery:

# In the US & Canada:
# 1.800.628.4664 (toll-free) or 1.317.655.4500
### Outside the US & Canada: +1.317.655.4500 (call collect if necessary)

In case of an Emergency Admission, the pre-certification call must be made within 48 hours of the admission, or as soon as reasonably possible. If a hospital admission or a surgery is not pre-certified, eligible claims and expenses will be reduced by 50%.The following treatments and/or supplies must always be pre-certified for medical necessity:

* Inpatient Treatment and/or supplies of any kind
* Any Surgery or Surgical procedure
* Durable Medical Equipment
* Computerized Axial Tomography (CAT Scan)
* Magnetic Resonance Imaging (MRI)

## 15.3 Insurance FAQs

### *Where am I Covered?*
The insurance provides coverage worldwide, except in your home country.

### *What is Covered?*
Acute illness and injury sustained during the trip abroad is covered. A pre-existing medical condition is covered only if it has been stable for at least 6 months prior to departure from your home country. If you submit a claim please make sure that you include proper documentation from a physician stating that the condition was not present 6 months prior to the start of the policy.

### *When do I Need the Insurance ID-Card or information?*
Before receiving medical treatment, you will present your Insurance ID-Card or the information on the card to the provider. You or the provider should call the Emergency Service to verify coverage at any time, to arrange a direct settlement of the claim, or request a written Guarantee of Payment (GOP).

Your insurance ID-Card summarizes all necessary information you need if you have to go to a doctor or a hospital: emergency phone numbers for a hospitalization and for out-patient treatment (e.g. doctor's office, walk-in clinic etc.), claims address and necessary information for the physician (e.g. co-payments). You always have to

PLAINTIFFS' RESP. APP.0003541

API00002292



*Au Pair Handbook*

bring your IDCard or the information for any medical treatment you might need. When calling the emergency hotline the following information will be requested:

- The Customer Number (listed on top of the ID-Card. Normally IEGC000180135),
- The name of the organization you are traveling with (Au Pair International)
- Your name
- Your date of birth.

### How Do I Book An Appointment?
To search for a medical care provider within the independent Preferred Provider Organization network, please contact the Service Center toll-free at: **1.800.628.4664**. Or use the Online PPO directory at: **www.imgglobal.com** to access a list of providers and facilities within the PPO network.

Next, call the office of the doctor, hospital or healthcare facility. When you make the appointment make sure the physician's office agrees to settle the bill through your insurance company directly. Please give them the contact information listed on the back of your card.

### When do I Need to Fill Out a Claim Form?

<u>In the US</u>:
If you are in the US you should make sure your physician agrees to settle directly with the insurance company directly. Then there is no need for you to fill out a claim form. Please follow these instructions:

- Prior to treatment ALWAYS call the Service Center for pre-certification.
- Present your Insurance ID-card or card information to the provider.
- Request that the provider will send the bill directly to the insurance company.

In many cases, IMG works with the hospital or clinic as an accommodation, including those outside of the independent PPO, for direct payment of eligible medical expenses on your behalf. To be eligible to have a claim paid in this fashion, you or the provider must complete a Claim Form and submit it with itemized bills. The IMG Customer Care Center is here to help you. Always start with them as a point of contact should you need assistance or have a question regarding a claim.

<u>Outside the US</u>:
If you are receiving medical treatment outside the US, you will need to pay and then send a claim form to with the original receipts for reimbursement. Please print the claim form from your MYInsurance website.

<u>Reimbursements</u>:
If you have received treatment and need to be reimbursed for out-of-pocket medical expenses, complete the Claim Form and submit your original itemized bills and paid receipts within 180 days. Please mail completed claim forms to:

**International Medical Group**
**P.O. Box 88500**
**Indianapolis, IN 46208-0500 USA**

**Fax: 1.317.655.4505**
**Email: insurance@imgglobal.com**

### Are Pre-Existing Conditions Covered?
A pre-existing medical condition is covered only if it has been stable for at least 6 months prior to departure from your home country. If you submit a claim please make sure that you include proper documentation from a

PLAINTIFFS' RESP. APP.0003542

API00002293



physician stating that the condition was not present 6 months prior to the start of the policy. You can find detailed information in your general insurance conditions available at the organization you are traveling with.

**Is Medicine Included?**
Medicine prescribed by a doctor is normally covered. For reimbursement please send the original prescription, the receipt and a short documentation from the doctor stating that the medicine is necessary for your treatment.

**Can I Extend my Coverage?**
If you apply and are approved for an extension to your Au Pair Program, Au Pair International will automatically extend your insurance coverage.

You will not have insurance coverage through Au Pair International during your 30 day grace period ("13th month") as you are no longer an active program participant. You may choose to purchase insurance for your "grace period" (the 13th month) by competing the insurance form that will be sent to you by the end of your year.

# 16.0 Important Information

## 16.1 Au Pair Program Regulations

It is important that you understand the regulations for your visa. A transcript of the U.S. Department of State Exchange Visitor Program Regulations can be found in Addendum B in this Handbook. Please review these before you join your host family and refer to them as required throughout your year.

## 16.2 Traveling Outside the U.S.

The majority of Au Pairs are able to travel outside of the United States during their twelve-month program year. However, the following instructions must be followed. Do not finalize or pay for any travel without following the instructions below:

1. Contact the local foreign embassy or consulate of the country where you intend to travel. The embassy or consulate will provide you with information about special visas needed to travel to that country, if applicable.

2. Send your Form DS-2019 to Au Pair International Headquarters in Denver a minimum of 3 weeks prior to your trip. The Responsible Officer will sign and return the form to you. Please send your form to:

   Au Pair International
   Att: Responsible Officer
   4450 Arapahoe Ave. Suite 100
   Boulder, Colorado 80303

   Include a self-addressed postage-paid return envelope. If you need to have your DS-2019 form signed and returned to you via express mail, please include a check or money order for $30. You must send a complete mailing address (we cannot send mail overnight to a post office box number) and your daytime telephone number.

3. Complete your travel abroad before the end of your 12th month. You should <u>not</u> travel beyond the borders of the United States <u>after</u> your 12th month as you <u>may not be permitted reentry</u> into the U.S.

PLAINTIFFS' RESP. APP.0003543

API00002294

Case No. 1:14-cv-03074-CMA-KMT Document 959-19 filed 03/03/18 USDC Colorado pg 131 of 182



*Au Pair Handbook*

## 16.3 Stay Longer – The Visa Extension Program

Have you enjoyed your year in the U.S.? Not ready to return home yet? Now you can: the au pair extension program allows you to extend your au pair program for an additional 6, 9 or 12 months. Au Pair International's extension program will provide you more time to experience even more of what America has to offer.

If you consider applying for an extension to your au pair program, please contact you Area Director or Regional Director for more information. Late applications are NOT (absolutely no exceptions) accepted by the U.S. State Department, so make you complete your educational requirement and apply in time.

IMPORTANT: To qualify for the Extension Program you MUST:
- Apply no later than six weeks prior to the end date of first year program.
- Complete your educational requirement *before* applying (six hours of credit (or its equivalent) at an U.S. accredited post-secondary institution) and submit an applications form and proof or your educational requirement
- Be in good standing with the Au Pair International program.
- Submit your extension program application to Au Pair International for a program by the deadline.

Benefits of Extending Your Program:
- Continue your studies at an educational institution.
- Further improve your English language skills.
- Gain additional experience caring for children.
- Travel and see more of the United States.
- You may continue with your current family or seek to experience life with a different host family.

Program Details:
- Au pairs may extend their program one time for an additional 6, 9 or 12 months.
- You can make the decision towards the end of the program.
- Receive continued insurance coverage and program support.
- Have 30 days to travel at the end of your extension program.

## 16.4 The Home Country Physical Presence Requirement

Exchange visitors admitted in J-1 status may be subject to a two-year foreign (home country) residence requirement. If this applies to you, you are required to reside in your home country for two years after completing your au pair program before you are eligible for immigrant status, temporary worker or intra-company transferee status to the United States. If the two-year requirement applies to you, this is marked on your DS-2019 form and on your visa.

## 16.5 Address Changes

Any change in your U.S. address <u>must</u> be reported to Au Pair International within 10 days of such change. Please notify Au Pair International as soon as you know about the change. Please include the new address, phone number and the exact date of the change.

PLAINTIFFS' RESP. APP.0003544

API00002295

# 17.0 Program End

## 17.1 Arrangements for Your Return Home

You will receive a Return Flight Request Form about two months before the end of your program year. You will be able to choose which week you will return home, but not the specific date or flight. Remember to coordinate your return flight plans with your host family. You will receive your return flight information and your ticket or information on how to obtain your ticket 2-4 weeks prior to your flight. On your Return Flight Request From you must:

- Choose a departure week that falls between the end of your 12th and 13th months.

- Choose the city from which you wish to depart and arrive. You may choose to return from another U.S. gateway and/or to other home destination cities for an additional fee.

## 17.2 Your Good Faith Deposit/Completion Payment

The Good Faith Deposit is returned to you in the form of a Completion Payment. To receive your Completion Payment, you must send the required paper work, along with your mailing address to Au Pair International. You will receive the payment when you have:

- Successfully completed the 12-month program year.

- Submitted the signed and competed Au Pair International Au Pair Folio, confirming that you attended monthly activities.

- Submitted signed education forms documenting the completion of the program's educational requirement.

- Submitted a return flight boarding pass as proof of return from the U.S. within the time legally permitted by the visa (13 months).

- Paid any outstanding financial obligations owed to your host family or Au Pair International.

If you have not complied or are not able to show proof of these requirements, or do not complete your full twelve-month commitment for any reason, you will forfeit your Good Faith Deposit and may be responsible for paying for your return flight ticket.

## 17.3 The 13th Month



Your J-I visa is valid for one year as long as you are an au pair exchange program participant in good standing. Your au pair program is completed on the program end date stated on your DS-2019. Following the completion of the au pair program, participants are allowed a 30-day period commonly referred to as the "grace period". During this 30-day grace period, participants are no longer in J-visa status. This period was established to allow participants to settle their affairs and to prepare to return to their home countries. Program participants may no longer continue and/or complete exchange activities, nor may they work.



You may take the opportunity of the last 13th month to travel, at your own expense, and learn more about America before returning to your home country. Although participants may travel *in* the United States, they should *not* travel beyond the borders of the United States as they may not be permitted reentry (regardless of whether the visa stamped in the passport indicates multiple entries). Remember, during your 13th month:

---

PLAINTIFFS' RESP. APP.0003545

API00002296

- You are not allowed to continue to work for your host family or take any full or part-time job.

- Unless you have purchased insurance for your 13th month, you are no longer insured. Please contact Au Pair International's Head Office for more information regarding optional 13th month insurance coverage.

- You may want to return to your home country from another U.S. city than your host family's hometown. You may choose to return from New York to a number of home destination cities, without any additional cost, or from another U.S. gateway and/or to other home destination cities, for additional fees. Note that the flight arrangements must be made before the twelve-month program ends and before you leave your host family.

PLAINTIFFS' RESP. APP.0003546

API00002297

## 18.0 Other

### 18.1 Useful Websites

Below, you will find some website you might find useful during your year in the U.S.

**State Department:**

- http://exchanges.state.gov/

**Conversion Charts:**

- Clothing & Shoe Sizes: www.csgnetwork.com/clothingwomenconv.html
- Currency: http://finance.yahoo.com/m3?u
- Weights, Measures, Speed, etc.: www.convert-me.com/en/
- Cooking Equivalents: www.globalgourmet.com/cgi-bin/hts?convcalc.hts
- World time: www.timeanddate.com/

**Education:**

List of Community Colleges and Universities by state

- Community Colleges: http://www.utexas.edu/world/comcol/state/
- Universities: http://www.utexas.edu/world/univ/state/

**Driving and directions:**

- Maps and directions: www.mapquest.com
- Maps and directions: http://maps.yahoo.com/dd
- American road signs skills test: http://www.quia.com/de/nhsign.html

**Other:**

- Mail: Calculate mail postage: http://postcalc.usps.gov/
- Develop pictures and create online photo album:
  www.shutterfly.com
  www.bestcolorphoto.com
  http://www.photoworks.com

**Travel:**

Remember to ask for discounts for au pairs.

- Travel agency, group trips: http://www.culturalhiways.net/
- Travel agency, group trips: http://www.trekamerica.com/
- Travel agency, group trips: http://www.studentuniverse.com/
- Travel agency: http://www.sta.com/
- Hostel: http://www.hostelworld.com/
- Tourist info: http://www.virtualtourist.com/vt/
- Train: http://www.amtrak.com/

PLAINTIFFS' RESP. APP.0003547

API00002298



*Au Pair Handbook*

## 18.2 Dictionary

***Program Sponsor:*** The organization sponsoring a J-1 applicant must be approved by the Department of State. Au Pair International is an approved program sponsor. The approved organization sends a Certificate of Eligibility for Exchange Visitor Status (Form DS-2019) to the J-1 applicant.

***Form DS–2019:*** Certificate of Eligibility for Exchange Visitor Status. The Form DS-2019 allows you to apply for a J-1 visa. The Form DS-2019 has the title "certificate of eligibility for exchange visitor (J-1) status" and has a barcode in the upper right corner. You will find the form number in the bottom left corner.

U.S. Department of State
**CERTIFICATE OF ELIGIBILITY FOR EXCHANGE VISITOR(J-1) STATUS**

***Visa:*** A permit for a person to <u>apply</u> to enter the United States. A person applies for a visa in the consular section of an American embassy or consulate abroad. Under U.S. law, the Department of State has responsibility for issuing visas, and most visas are issued at one of the Department of State's embassies and consulates abroad. A consular officer decides whether you are qualified for a visa.

A visa does not authorize entry to the U.S. A visa simply indicates that your application has been reviewed by a U.S. consular officer at an American embassy or consulate, and that the officer determined you're eligible to travel to the port-of-entry for a specific purpose. At the port-of-entry and admission to the U.S., an immigration officer decides whether to allow you to enter. The immigration officer tells you how long you can stay for any particular visit, and records this on the Arrival/Departure Record, I-94 (white card), as a date or D/S (duration of status). Only the Department of Homeland Security U.S. immigration officer has the authority to permit you to enter the United States.

***Exchange Visitor:*** A foreign citizen coming to the United States to participate in a particular program in the U.S. (for example the au pair program). The Department of State approves these programs. The applicant enters the United States on a J-visa.

***J-1 Visa:*** The J-1 visa is a nonimmigrant status for an exchange visitor wishing to stay temporarily in the U.S. This visa status applies to nonimmigrant foreign nationals who have been selected by a sponsor designated by the Department of State to participate in an exchange visitor program in the United States.

***Form I-94:*** The Arrival-Departure Card. All foreign visitors (all non-U.S. citizens) are given an Arrival-Departure Record (a small white card), when they enter the United States. Recorded on this card are the immigrant classification and the authorized period of stay in the U.S. This is either recorded as a date or the entry of D/S, meaning "duration of status". <u>Do not lose this form</u>. You will need it when you leave the U.S.

It is important to always keep this card safe because it shows the length of time you are permitted and authorized by the Department of Homeland Security to stay in the U.S. It is best kept stapled with your passport, kept in a safe place. The visitors return the I-94 card when they leave the country. (The I-94 W, Nonimmigrant Visa Waiver Arrival-Departure Record (green card) is for travelers on the Visa Waiver Program).

***SEVIS (Student and Exchange Visitor Information System):*** The information system that is used to monitor the status of people who enter the U.S. with a J-visa. In order for exchange visitors to qualify for a J-visa, the exchange program in the U.S. must issue a Certificate of Exchange Visitor Status (DS-2019) on a SEVIS-generated form and must register each person on the SEVIS website.

***Port of Entry:*** Place where a person enters the country (for example the airport).

***Department of Homeland Security (DHS):*** DHS is now responsible for immigration and naturalization.

PLAINTIFFS' RESP. APP.0003548

API00002299

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



*Au Pair Handbook*

## 18.3 Other Information

***Tipping:***
In the U.S., tips (gratuities) are not always automatically added to bills, as is customary in some other countries. However, if you are a large group of more than 6 or 8 people, the tip might be added, so make sure to check the bill before you pay. The general guidelines for tips in the U.S. are as follows, however tipping remains a personal choice:

<u>Eating Out</u>: The expected tip is 10 to 20 percent in a good restaurant with excellent service. If you sit at a counter in a restaurant, the tip is usually smaller. In a fast-food restaurant, cafeteria or a self-service restaurant, the bill is paid when the food is ordered and no tip is expected.

You should leave your tip on the table for the waiter or waitress as you leave. If you are tipping with cash and only have a large bill, ask to get the remaining amount back. If you pay with a credit card, you may add the tip to the credit card charges before you total the bill.

| | |
|---|---|
| Taxi Drivers: | Are usually tipped 10 to 15 percent of the total fare. |
| Airport and Hotel Porters: | Usually receive $1.00 for each bag. |
| Hairdressers and Beauticians: | Are usually tipped 10 to 15 percent of the bill. |
| Valet Parking: | Usually receive $1.00 to $2.00. |

NEVER OFFER A TIP to public officials, police officers or government employees. This is against the law in the United States. There is no need to tip hotel desk clerks, bus drivers, theater ushers, salespeople, flight attendants or gas station attendants.

***U.S. Currency:***
The basic unit of exchange in the United States is the dollar ($), which is divided into 100 cents (¢). One dollar is commonly written as $1 or $1.00. There are four denominations of commonly used coins: 1 cent, 5 cents, 10 cents and 25 cents. U.S. coins are marked with the coin's value and each denomination is a different size. Americans usually refer to coins, not by their value in cents, but by their names:

- A one-cent coin is a penny.
- A five-cent coin is a nickel.
- A ten-cent coin is a dime.
- A twenty five-cent coin is a quarter.



U.S. paper money (often called bill, ex. a "one-dollar bill") comes in single-bill denominations of:
- One dollar ($1.00).
- Two dollars ($2.00), but these are rare.
- Five dollars ($5.00).
- Ten dollars ($10.00).
- Twenty dollars ($20.00).
- Fifty dollars ($50.00).
- One hundred dollars ($100.00).

You will immediately notice that, unlike in most other countries, U.S. bills are all the same size and all the same color. They are differentiated from each other by the number value and with the portrait of a different U.S. historical figure on each denomination. At first, you may find this confusing and you will need to carefully watch which bills you use. However, you will become accustomed to the currency and will soon be able to easily differentiate between the denominations.

PLAINTIFFS' RESP. APP.0003549

API00002300

Case 1:14-cv-03074-CMA-KMT Document 959-18 filed 03/30/18 USDC Colorado pg 136 of 181


## Addendum A
# U.S. Department of State documents

*The following U.S. Department of State (DOS) document governing au pair programs and more information may be found at the DOS web site http://www.state.gov*

**Addendum A.** *U.S. Department of State Welcome Brochure*

**The Exchange Visitor Program**

**Welcome Brochure**

**Bureau of Educational and Cultural Affairs**
**United States Department of State**
The Department of State welcomes you to the United States. We are pleased to receive you as an exchange visitor. This brochure is designed to help you understand the purpose and operation of the Exchange Visitor Program and to introduce you to some of the major requirements of the Exchange Visitor Program regulations that are most relevant to you.

**THE EXCHANGE VISITOR PROGRAM**
**THE U.S. DEPARTMENT OF STATE** administers the Mutual Educational and Cultural Exchange Act of 1961, as amended. The Act promotes mutual understanding between the people of the United States and other countries by means of educational and cultural exchange. The Exchange Visitor Program provides foreign nationals with opportunities to participate in exchange programs in the United States and then return home to share their experiences.

**Sponsors**
The U.S. Department of State designates sponsors to administer individual exchange visitor programs. Sponsors are U.S. organizations such as government agencies, academic institutions, educational and cultural organizations, and corporations. They screen and select exchange visitors participating in their programs, provide them with pre-arrival information, an orientation, and monitor their activities. Sponsors offer exchange visitors cross-cultural activities that will expose them to American society, culture, and institutions. Exchange visitors are encouraged to voluntarily participate in activities that provide them with an opportunity to share their language, culture, and history with Americans.

**Responsible Officers**
Sponsors appoint individuals as responsible officers and alternate responsible officers to advise and assist exchange visitors. These officers issue the Certificates of Eligibility (Form DS-2019, formerly IAP-66), and conduct official communications with the Department and the Immigration and Naturalization Service (INS) on your behalf. Should you have questions about the regulations or any aspect of your exchange program, your initial and primary contact is the responsible officer whose name you can find in Block 7, at the bottom right of the DS-2019 form.

**Exchange Visitors**
An exchange visitor is a foreign national selected by a sponsor to participate in an exchange program, and is issued a J-1 visa. An accompanying spouse and any unmarried children under 21 years of age, may apply for J-2 visas, with the permission of your sponsor.

**RULES — REGULATIONS**
**IT IS IMPORTANT THAT YOU** understand and abide by the Exchange Visitor Program regulations, U.S. laws and sponsor rules. Regular contact with your responsible officer will help you keep current of any changes which may affect your J status. Some requirements of the Federal regulations and where to find them are indicated below.

**Activities and Program Provisions**
You entered the United States in one program category, and are required to engage in that category and subject/field of activity listed on your form DS-2019 (formerly the IAP-66). You must comply with the specific program provisions of the regulations relating to your program category.

**Insurance**
You are required to have medical insurance in effect for yourself and any dependents in J-visa status for the duration of your program. Some sponsors provide the required insurance for their participants. Other

PLAINTIFFS' RESP. APP.0003550

API00002301

sponsors may allow you to make your own arrangements or may help to identify insurance carriers. Consult with your responsible officer before the start of your program.

a. **Minimum Coverage** — Insurance shall cover: (1) medical benefits of at least $50,000 per person per accident or illness; (2) repatriation of remains in the amount of $7,500; and (3) expenses associated with medical evacuation in the amount of $10,000.

b. **Additional Terms** — A policy secured to fulfill the insurance requirements shall not have a deductible that exceeds $500 per accident or illness, and must meet other standards specified in the regulations.

c. **Maintenance of Insurance — Willful failure on your part to maintain the required insurance will result in the termination of your exchange program.**

**Transfers**
Exchange visitors may transfer from one sponsor to another only if they are released by the first sponsor as required by the regulations. A transfer must be clearly consistent with the intent and purpose of the original program objective and category. A transfer does not extend the length of the maximum program duration of the category. Insurance may be obtained with the new sponsor.

**Extensions**
An exchange visitor's program may be extended at the sponsor's discretion to the extent permitted by the regulations. Sufficient funds must be available to support you and any dependents if a new Form DS-2019 (formerly IAP-66) is to be issued. Insurance is also required.

**Maintenance of Status**
You are required to have a valid and unexpired Form DS-2019 (formerly IAP-66). Sponsors may terminate an exchange visitor's program for violating U.S. Laws, Exchange Visitor Program regulations or the sponsor's rules governing their particular program.

**Notification**
You must inform your responsible officer if you change your address or telephone number, or complete or withdraw from your program early. Doing so assists your sponsor in complying with their notification and reporting requirements to the U.S. Department of State.

**Current Regulations**
The Exchange Visitor Program regulations are located

in the Code of Federal Regulations, (22 CFR, Part 62 — formerly Part 514). The regulations are generally available for review at the offices of responsible officers, universities, law schools, or large public libraries. They are also available on the Internet at: http://www.exchanges.state.gov/education/jexchanges

**For Further Information**
Additional requirements that may apply to you are set forth in the Exchange Visitor Program Regulations. Review a copy of the current regulations and consult with your responsible officer.
The address, telephone and fax numbers and web site address of the Exchange Visitor Program, Bureau of Educational and Cultural Affairs, United States Department of State is:

SA-44, Room 734
301 Fourth Street, SW
Washington, DC 20547
TEL: 202-401-9810 FAX 202-401-9809
Internet address:
http://www.exchanges.state.gov/education/jexchanges

**WAIVERS AND THE TWO-YEAR HOME-COUNTRY PHYSICAL PRESENCE REQUIREMENT [212(E)]**
**Two-Year Home-Country Physical Presence Requirement [212(e)]**
Some Exchange Visitor Program participants and family members who were admitted to the U.S. or who adjusted their visa status to J after admission must return home for a minimum of two years after completing their educational or cultural exchange program before they can change or adjust their status. This requirement applies to those whose:

1. Exchange program was financed to some extent by the U.S. Government or your home country government;

2. skill appears in the Exchange Visitor Skills List as identified by their home country government; or

3. purpose in coming to the United States was to receive graduate medical education or training. For details, see {(22 CFR 62.44 (e)] or contact your responsible officer.

**Waivers**
**Contact information for the Waivers Review Branch is as follows:**
Waiver Review Public Inquiry Number: (202) 663-1225
Waiver Review FAX number: (202) 663-8666
Microlog number for status check on waiver requests: (202) 663-1600
Visa Office Homepage: http://travel.state.gov

PLAINTIFFS' RESP. APP.0003551

API00002302



*Au Pair Handbook*

---

# U.S. Department of State documents

*The following U.S. Department of State (DOS) document governing au pair programs and more information may be found at the DOS web site http://www.state.gov*

United States Department of State
Bureau of Educational and Cultural Affairs
Washington, D.C 20547



THE
AU PAIR
EXCHANGE
PROGRAM

WHAT YOU SHOULD KNOW

## INTRODUCTION

Thousands of American families and foreign nationals have participated in the Au Pair Program. Most have found it to be a rewarding experience, but it is important to fully understand the program before deciding to participate. This brochure explains the program and answers some frequently asked questions.

The Au Pair Program was established in 1986 as an educational and cultural exchange with a strong child care component. Program participants enter the United States for up to 12 months to care for the children of the American family in whose home they will live. At the same time, the au pairs are required to complete an educational component of six semester hours of academic credit or its equivalent. At the end of one year, au pairs return to their home country.

"Au pair" is French for "on par," reminding host families that, although an employee, their international visitor is to be treated as a member of the family. The rules are clear: au pairs are provided a private bedroom, meals, remuneration tied to the minimum wage, and one and one-half days off weekly plus a full weekend off each month, two weeks' paid vacation, and the first $500 toward the costs of required course work to be completed at an accredited institution of higher education in order to satisfy the requirements of the educational component of the program. Au pairs are not to work more than 10 hours a day/45 hours a week. They are not to serve as general housekeepers or assume responsibility for household management.

In August 2001 the regulations governing the Au Pair Program were amended to create a sub-category called EduCare. This component is specifically designed for families with school-aged children requiring limited childcare assistance. Au pairs participating in the EduCare component may not be placed with families having preschool aged children unless alternative arrangements are in place for these children.

EduCare participants are not to work more than 10 hours a day/30 hours a week. They must complete a minimum of 12 semester hours of academic credit, or its equivalent, during their program. Host families provide the first $1000 to the au pair toward the cost of the educational component. All au pair participants are paid in accordance with the provisions of the Fair Labor Standards Act. As a matter of administrative convenience for both the Department-designated sponsors and participating host families, EduCare participants receive 75 percent of the predetermined weekly wage that is required for au pair participants.

If these rules cause you any concern, you may wish to reconsider participating in the Au Pair Program. There are other considerations as well. Are you willing to communicate your expectations at the beginning of your program? When occasional problems arise, one mistake that host families and au pairs make is to hope that conditions will improve and problems will correct themselves. As you consider whether the Au Pair Program is right for you, host families should think about how they will adjust to having an international visitor in their home. Au pairs should think about how they will adjust to living with a new family in a different country. For each, the values and cultural

Addendum A

PLAINTIFFS' RESP. APP.0003552

API00002303



perspectives of the other may be vastly different. The following questions and answers might help you to make that decision.

## GENERAL QUESTIONS

### What is the Au Pair Program?
The Au Pair Program is an educational and cultural exchange program with a child care component. Au pairs come to the United States for one year to provide up to 45 hours of child care per week for their host family while pursuing educational credits. The EduCare participant provides up to 30 hours of child care a week. Sponsoring organizations in the U.S. have the responsibility for administering the program, within the regulations set by the Department of State (DOS).

Although DOS authorizes these sponsoring organizations to conduct au pair programs, the responsibility for choosing the right organization rests solely with the host family and the au pair.

### What do the sponsoring organizations do?
Sponsoring organizations carry out the day-to-day operation of the Au Pair Program. They identify, screen, select, and match au pairs and host families. They ensure that background investigations, including criminal history checks, are performed on au pairs, and that host parents have adequate financial resources to participate in the program.

The sponsoring organizations interview au pairs for spoken English proficiency and suitability to participate in the program. They also interview host parents to ensure spoken English fluency and suitability to deal with an international visitor.

The sponsoring organizations provide au pairs with a detailed profile of the host family and community into which they will be placed, as well as the educational institutions available in the community. They ensure that au pairs have all the training required by DOS and must monitor the au pair/host family relationship throughout the year. These organizations must maintain monthly contact, through local and regional counselors, with au pairs and host families to ensure compliance with the program.

### What do local and regional counselors do?
Local and regional counselors maintain ongoing contact with, and support, au pairs and host families. They are required to report to the sponsoring organization any unusual or serious situations or incidents involving au pairs or host families. Any incidents involving or alleging a crime of moral turpitude or violence are immediately to be relayed by the sponsoring organization to DOS. Moral turpitude is defined to include, but is not limited to, acts of theft, sexual misconduct, and child abuse.

### Are there any checks on the sponsoring organizations?
Yes. Sponsoring organizations must annually submit to DOS copies of their advertisement and recruitment materials. They must submit summaries of the annual survey they conduct of host families and au pairs, all complaints received and their resolutions, and all situations that result in the placement of an au pair with more than one host family. Sponsoring organizations are audited annually to ensure compliance with the procedures and reporting requirements set forth in DOS's regulations.

### What is the educational component of the Au Pair Program?
Au pairs are required to enroll in an accredited post-secondary institution for not less than six semester hours of academic credit or its equivalent. Its equivalent would include the recognized trimester or quarter hours. The EduCare participant is required to enroll in an accredited post-secondary institution for not less than twelve semester hours of academic credit or its equivalent. Two-year community colleges are eligible institutions.

### What are the responsibilities of the American host family in assisting the au pair with the "mandatory" educational component?
As a condition for American families to host an exchange visitor under the Au Pair Program they must agree to (1)

Addendum A

PLAINTIFFS' RESP. APP.0003553

API00002304



facilitate the enrollment and attendance in an American "post-secondary" educational institution (2) ensure that the au pair has adequate transportation to attend and (3) pay the first $500 ($1000 for EduCare participants) toward the costs of required academic course work. Any additional costs associated with acquiring the six academic credits (twelve for the EduCare participant) are to be absorbed by the au pair.

<u>**Back to the top**</u>

**THE SELECTION AND SCREENING PROCESS**

**Where do au pairs come from?**
Because the Au Pair Program is worldwide, au pairs can be from any foreign country except those with which the U.S. does not have diplomatic relations.

**What kind of training and experience is required to be an au pair?**
Au pairs must be proficient in spoken English and have a high school diploma or the equivalent. **Host parents are to interview prospective au pairs by telephone, before they leave home, prior to accepting candidates as their au pairs.**

Before being placed with a host family, au pairs must receive at least 8 hours of child safety and 24 hours of child development instruction. At least 4 hours of the child safety training will be infant related and at least 4 hours of the child development instruction will be devoted to the care of children under 2 years of age.

The child safety training, provided by qualified organizations, includes topics such as stress management, shaken baby syndrome, and CPR. Au pairs responsible for children under 2 years of age must have at least 200 hours of documented infant child care experience. **Au pairs may not be placed with a family having a child less than three months of age unless a parent or other responsible adult is present in the home.**

Au pairs will **NOT** have specialized training in nursing. They are **NOT** to provide child care services relating to the care and protection of infants and children performed by such trained personnel, as registered or practical nurses.

**What costs are involved?**
The average annual cost to an American host family is about $13,000. This includes fees to the sponsoring organization, a weekly payment tied to the minimum wage (currently $157.95 (07.24.07 to 05.24.08), $176.85 per week (08.25.08 to 05.24.09), $195.75 per week (after 05.25.09)), an educational allowance of $500, and room/board. The weekly wage for the EduCare participant is $118.46 with an educational allowance of $1000.00.

**ONCE THE AU PAIR IS WITH THE HOST FAMILY**

**What are au pairs entitled to?**
Au pairs are entitled to a private bedroom, meals, a weekly wage that will increase if the minimum wage increases, one and one-half days off each week, a full weekend off each month, two weeks of paid vacation, and the first $500 ($1000 for EduCare participants) toward the costs of required academic course work.

**What are host families entitled to?**
Host families are entitled to a maximum of 10 hours a day/45 hours a week (10 hours a day/30 hours a week for EduCare participants) of child care, and they have the benefit of someone from another culture living in their home.

**What responsibilities do both parties have?**
Either a parent or responsible adult must be present in the home for the first three days that the au pair is with the host family, which may include a weekend. The host family and au pair must attend at least one of their sponsoring organization's family day events during the au pair's stay.

Addendum A

PLAINTIFFS' RESP. APP.0003554

Case 1:14-cv-03074-CMA-KMT Document 959-19 filed 03/30/18 USDC Colorado Page 141 of 182
HIGHLY CONFIDENTIAL ATTORNEY EYES ONLY



*Au Pair Handbook*

There must be a signed written agreement between the host family and the au pair outlining the obligations of both parties. In addition, the sponsoring organizations generally require the host family and the au pair to sign written agreements that outline the obligations of each party to the organization.

**How long may an au pair stay with a family, and may the arrangement be extended?**
Au pairs may stay with their host families in the U.S. for one year. After that time they are required to return to their home country. The au pair arrangement cannot be extended.

## QUESTIONS OR PROBLEMS

**What if I have questions after the initial selection and match have been made, or what if a problem arises?**
The sponsoring organizations have local and regional representatives who are available to help and counsel one or both parties of an Au Pair Program match. You can contact them or the sponsoring organization through which you entered the program.

DOS's Exchange Visitor Program staff is available to answer questions at (202) 401-9810. In addition, a listing of designated sponsors and related information can be obtained from the Department's web site http://exchanges.state.gov/education/jexchanges/.

**What are my options if I am not happy with the arrangement?**
Both the host family and the au pair have options if they are not happy with the au pair arrangement. Since the terms of these options may vary from one sponsoring organization to another, it is suggested that you check your contract with the sponsoring organization for specific information on cancellation conditions or talk with your sponsoring organization directly.

## PLEASE READ YOUR CONTRACT FOR TIME LIMITS AND CONDITIONS

Please Note: No guarantee of performance or competency is made by the designation of sponsor organizations.

Addendum A

-

PLAINTIFFS' RESP. APP.0003555

API00002306

Case No. 1:14-cv-03074-CMA-KMT Document 959-18 filed 03/30/18 USDC Colorado pg 142 of 182

Case 1:14-cv-03074-CMA-KMT HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY Document 459-18 filed 12/30/16 USDC Colorado Page 142 of 181


---

**Addendum B.** *United States Department of States Au Pair Program Regulations.*

[Code of Federal Regulations]
[Title 22, Volume 1]
[Revised as of April 1, 2004]
From the U.S. Government Printing Office via GPO Access
[CITE: 22CFR62]

Sec. 62.31  Au pairs.

 (a) *Introduction*. This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.
(b) *Program designation*. The Department of State may, in its sole discretion, designate bona fide exchange programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.
(c) *Program eligibility*. Sponsors designated by the Department of State to conduct an au pair exchange program shall:
  (1) Limit the participation of foreign nationals in such programs to not more than one year;
  (2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;
  (3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;
  (4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;
  (5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;
  (6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;
  (7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.
  (8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and
  (9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

 (d) Au pair selection. In addition to satisfying the requirements of Sec. 62.10(a), sponsors shall ensure that all participants in a
designated au pair exchange program:
  (1) Are between the ages of 18 and 26;
  (2) Are a secondary school graduate, or equivalent;
  (3) Are proficient in spoken English;
  (4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;
  (5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and
  (6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.
(e) Au pair placement. Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:
  (1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;
  (2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;
  (3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a host family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

[[Page 304]]

  (4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;
  (5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.
  (6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and
  (7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.
  (f) Au pair orientation. In addition to the orientation requirements set forth at Sec. 62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:
  (1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation
in the exchange program;

Addendum B

API00002307

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost
of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) Au pair training. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) Host family selection. Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) Host family orientation. In addition to the requirements set forth at Sec. 62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

[[Page 305]]

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j) Wages and hours. Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component. Sponsors shall require that during their period of program participation, all EduCare au pair participants be enrolled in an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants be enrolled in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of the au pair in an accredited U.S. post-secondary institution and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(l) Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors
shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth in Sec. 62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) Sanctions. In addition to the sanctions provisions set forth at Sec. 62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed
to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997;
64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR

43087, Aug. 17, 2001]

---

Addendum B

PLAINTIFFS' RESP. APP.0003557



*Au Pair Handbook*

---

**Addendum C.** *United States Department of States Welcome Letter*



United States Department of State

*Bureau of Educational and Cultural Affairs*

*Washington, DC 20522*

*www.state.gov*

Dear American Host Family,                                          December, 2010

On behalf of the U.S. Department of State, I welcome your decision to host an Au Pair exchange participant. This is a unique opportunity for you to experience first-hand the richness and diversity of a culture different from your own. Through this program, you are among thousands of American families who serve as citizen ambassadors of the United States, and many families have found the Au Pair program to be a rewarding and enjoyable experience.

It is important that you understand the program before deciding if you and your family will benefit. Please keep in mind that while you are an employer of the young person who will care for your children in the next year, you are also a host. The au pair is a guest in your home and in the United States, perhaps for the first time, and how you interact with the au pair will create powerful and lasting images about our country and its people.

The ultimate responsibility for the well being of your children continues to rest with you, and you must be prepared to work with the au pair to establish the best care for your children. Au pairs may not provide more than 10 hours of child care per day, or exceed 45 hours per week. Those participating in the EduCare program may have no more than 30 hours per week, and may not be placed in homes with pre-school children, unless alternative full time arrangements for their supervision is in place. All au pairs receive one and one-half days off each week, a complete weekend off each month, and two weeks of paid vacation. Au pairs may not perform general housekeeping chores unrelated to the care of your children. Au pairs are required to complete an educational component, thus flexibility in arranging work schedules may be needed.

Information about the Au Pair Program may be found on our website at http://exchanges.state.gov/jexchanges/programs/aupair.html . The regulations governing the program are found at http://exchanges.state.gov/jexchanges/regs_and_resources.html (click on the link for 22 CFR 62 Exchange Visitor Program and select section 62.31 Au Pairs.) These regulations address most frequently asked questions about the Program and provide the rules under which the program operates. The Department is unable to mediate disputes involving au pairs, host families and sponsoring organizations. It is extremely important that you notify your sponsoring organization if you have any concerns or if the au pair's personal health, safety or well-being is threatened in any way. If the sponsoring organization is not responsive to your concerns, you should contact the Department of State directly at our email address (jvisas@state.gov).

I hope this will be a positive and rewarding experience for you and your Au Pair. The U.S. Department of State is deeply appreciative of your part in making this educational and cultural experience possible.

Sincerely,

Stanley S. Colvin
Deputy Assistant Secretary
for Private Sector Exchange

---

Addendum C

---

PLAINTIFFS' RESP. APP.0003558

API00002309

Case 1:14-cv-03074-CMA-KMT HIGHLY CONFIDENTIAL—ATTORNEY EYES ONLY USDC Colorado Page 145 of 181



*Au Pair Handbook*

**Addendum D**



# Insurance Information

For Participants of:
**AuPair International**

Policy Number:
**IEGC000180135**

Travel Insurance Plan
Comfort50

PLAINTIFFS' RESP. APP.0003559

API00002310



# Contents

Description of your insurance coverage
Medical Insurance Coverage
What is covered?
Medical treatment in case of illness
Finding a provider in the US:
Finding a provider outside the US:
Free choice of doctors and hospital
Out-patient Treatment
Hospitalization - Emergency situations
Pre-certification for Special Treatments
Universal RX Pharmacy Discount Card
How to file Health and Accident Insurance Claims
Frequently asked questions
Insurance Terms and Conditions

Addendum D

PLAINTIFFS' RESP. APP.0003560

API00002311

Case 1:14-cv-03074-CMA-KMT HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY USDC Colorado Page 147
148 of 181



*Au Pair Handbook*

## Description of your insurance coverage

You are insured during your stay abroad for the period reported by AuPair International. The insurance cover does not apply in your home country, except during the outward and return journey to or from your place of residence in the host country.

**Please note:** If you want to extend or shorten your insurance cover, please contact your organization.

Addendum D

PLAINTIFFS' RESP. APP.0003561

*Au Pair Handbook*

## Medical Insurance Coverage

| Medical Coverage - Schedule of Benefits | USD |
|---|---|
| | 100.000 |
| Coinsurance Percentages | Plan pays 100% of eligible charges |
| Outpatient copayment | 50 |
| **Hospital Services** | |
| Inpatient Room & Board | 100% (URC)[1] |
| Intensive Care | 100% (URC)[1] |
| Emergency Room Deductible (USA only) | For Injury: $0<br>For Illness resulting in direct hospitalization: $0<br>For Illness which does not result in direct hospitalization: $250 |
| **Outpatient Services** | |
| Physical Therapy | 1 visit per day to a maximum of USD 2,500 / EUR 1.750 per Period of Insurance |
| Physician Visit | 100% (URC)[1] |
| Prescription Drugs | 100% (URC)[1] |
| **Other Services** | |
| Eligible Medical Expenses | 100% (URC)[1] |
| Durable Medical Equipment | 100% (URC)[1] |
| Local Ambulance | Per Injury: 100% (URC)[1]<br>Per Illness (only if admitted Inpatient): 100% (URC)[1] |
| Dental | Sudden & Unexpected Pain: USD 200 / EUR 140 per Occurrence (limited to 3 x per Period of Insurance)<br>Accident exclusively involving dental treatment:USD 500 / EUR 350 per Period of Insurance<br>Major medical injury that also affects teeth: Medical benefits up to the Policy Limit |
| Emergency Medical Evacuation | Up to Maximum Limit |
| Emergency Reunion | USD 15,000 / EUR 10.500 lifetime maximum benefit |
| Urgent Travel Expense (Compassionate Home Visit) | Up to USD 1,000 / EUR 700 payable for transportation to Home Country in the event of death of a<br>close Family Member |
| Return of Mortal Remains | Up to USD 25,000 / EUR 17.500 |
| Sports Coverage | 100% (URC)[1] for eligible expenses incurred while participating in organized interscholastic or club sporting activities (non professional) (refer to insurance conditions for exclusions) |
| Accidental Death & Dismemberment | Up to USD 25,000 / EUR 17.500 |

[1] **URC = Usual, Reasonable and Customary charges**: The amount that will be covered for a particular procedure through this plan is defined through the fee charged for a certain specified procedure by a particular type of health care provider practicing within a specified geographic area.

This Plan is underwritten by Sirius International Insurance Corporation (publ.). Sirius International is rated A (excellent) by A.M. Best and A- by Standard & Poor's.

Sirius International is a White Mountains Re company.

International Medical Group, Inc. Provides complete Plan administration of the products.



Addendum D

PLAINTIFFS' RESP. APP.0003562

API00002313

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

 *Au Pair Handbook*

## What is covered?

**Pre-existing conditions**
All acute illness and injury sustained during the trip abroad is covered. A pre-existing medical condition is covered only if it has been stable for at least 6 months prior to the effective date of this insurance.
If you submit a claim please make sure that you include proper documentation from a physician stating that the condition was not present 6 months prior to the start of the policy.

**Co-Payment in case of outpatient treatment**
In case of out-patient treatment at a doctor or a specialist you will have a co-payment, which you will have to pay yourself, in the amount listed in the medical coverage overview.

This only applies if your medical insurance plan has an outpatient co-payment included.

**Emergency Room Treatment in the USA**
Charges incurred for the use of the Emergency Room due to an accident are covered up to the Policy Maximum.
Charges incurred for the use of the Emergency Room for treatment of an illness are subject to an additional co-payment in the amount of USD 250, if treatment does not require admittance to the hospital.

**Dental Treatment**
Injury due to an accident: Your insurance plan covers the cost of emergency dental treatment and dental procedures necessary to restore sound natural teeth lost or damaged in an accident up to the amount of USD 500 / EUR 350 (in case the accident exclusively involves dental treatment).

In case of Major medical injuries that also affect teeth, your insurance plan covers the costs up to the policy limit.
Sudden dental pain: Your insurance plan will pay up to USD 200 / EUR 140 (limited to 3 x per Period of Insurance) for the necessary treatment of sudden, unexpected pain to sound natural teeth.

**Emergency Evacuation**
Your insurance plan includes coverage for Emergency Medical evacuation to the nearest qualified medical facility; expenses for reasonable travel and accommodations resulting from the evacuation; and the cost of returning to either the home country or the country where the evacuation occurred, up to the policy limit.

**Emergency Reunion**
Your insurance plan provides emergency reunion coverage, up to USD 15,000 / EUR 10,500, for the reasonable travel and lodging expenses of a relative or friend during an Emergency Medical Evacuation: either the cost of accompanying the insured during the evacuation or traveling from the home country to be reunited with the insured.

## Medical treatment in case of illness

It is very important that you always call the medical service center for pre-certification when you visit a doctor or a hospital.
To make sure that your medical bill will be settled directly with the physician so that you don't have to pay on-site, please visit a provider who is part of the First Health Network.

Addendum D

PLAINTIFFS' RESP. APP.0003563

API00002314

 *Au Pair Handbook*

### Finding a provider in the US:

Your insurance plan is contracted to the independent U.S. Preferred Provider Organization (PPO). This PPO network is organized and administered by The First Health Network and includes hundreds of thousands of established, highly qualified health care physicians and many well-recognized hospitals in the U.S.
To search for a medical care provider within the independent Preferred Provider Organization network, please contact the Service Center toll-free at:

**1.800.628.4664**

Or use the Online PPO directory at: www.imglobal.com to access a list of providers and facilities within the PPO network. The Online PPO directory is updated on a routine basis however changes may be made between updates. To ensure that the physician you have selected is in the network, please contact the physician's office to confirm his/her participation.

### Finding a provider outside the US:

If you are seeking treatment outside the U.S., you have access to the International Provider AccessSM (IPA) (www.imglobal.com), a database that includes more than 16,000 highly qualified physicians and facilities that encompass a comprehensive array of specialties to handle any health care emergency.
In case you need help or cannot find a physician next to your location, please contact the Service Center at:

**+44 (0) 1444 465555**
or
**+1.317. 655.4500 (Worldwide Collect)**

### Free choice of doctors and hospitals:

With your insurance plan you may seek treatment with the hospital or doctor of your choice. However, it is highly recommended to choose a doctor as described above (Finding a provider in the US / Finding a provider outside the US), in order to avoid out-of-pocket costs, that may apply, if you choose a doctor outside the PPO network.

---

Addendum D

PLAINTIFFS' RESP. APP.0003564

API00002315

 *Au Pair Handbook*

## Out-patient Treatment

**In case of out-patient treatment always call the Service Center prior to treatment at 1.800.628.4664**

**A. Direct Billing**
In many cases IMG works directly with the hospital or clinic, for payment of eligible medical expenses. To be eligible to have a claim paid in this fashion, you or the provider must complete a Claim Form and submit it with original itemized bills. In this case, you will be responsible for direct payment of your deductible and non-eligible expenses and charges.

**B. Reimbursement**
If you have received treatment and need to be reimbursed for out-of-pocket medical expenses, complete the Claim Form and submit your original itemized bills and paid receipts within 180 days. We will reimburse your eligible medical expenses after applying the deductible.

## Hospitalization - Emergency situations

Each hospital admission **MUST** be pre-certified for medical necessity, which means you or the attending physician must call the following number prior to admittance to a hospital or performance of a surgery:

**In the US & Canada: 1.800.628.4664 (toll-free) or 1.317.655.4500**
**Outside the US & Canada: +1.317.655.4500 (call collect if necessary)**

In case of an Emergency Admission, the pre-certification call must be made within 48 hours of the admission, or as soon as reasonably possible. If a hospital admission or a surgery is not pre-certified, eligible claims and expenses will be reduced by 50%.

## Pre-certification for Special Treatments

The following treatments and/or supplies **must** always be pre-certified for medical necessity:

- Inpatient Treatment and/or supplies of any kind
- Any Surgery or Surgical procedure
- Durable Medical Equipment
- Computerized Axial Tomography (CAT Scan)
- Magnetic Resonance Imaging (MRI)

**In case of any of the above mentioned treatments, please call IMG for pre-certification:**

**In the US & Canada: 1.800.628.4664 (toll-free) or 1.317.655.4500**
**Outside the US: +1.317.655.4500 (collect if necessary)**
**email:** acm@imglobal.com

**Please note:** if your treatment was not pre-certified, eligible claims and expenses will be reduced by 50%.

Addendum D

PLAINTIFFS' RESP. APP.0003565

API00002316



*Au Pair Handbook*

## Universal RX Pharmacy Discount Card

The following treatments and/or supplies **must** always be pre-certified for medical necessity:

- Inpatient Treatment and/or supplies of any kind
- Any Surgery or Surgical procedure
- Durable Medical Equipment
- Computerized Axial Tomography (CAT Scan)
- Magnetic Resonance Imaging (MRI)

**In case of any of the above mentioned treatments, please call IMG for pre-certification:**

**In the US & Canada: 1.800.628.4664 (toll-free) or 1.317.655.4500**
**Outside the US: +1.317.655.4500 (collect if necessary)**
email: acm@imglobal.com

**Please note:** if your treatment was not pre-certified, eligible claims and expenses will be reduced by 50%.

## How to file Health and Accident Insurance Claims

**When receiving treatment from a PPO provider, please follow these instructions:**
• Prior to treatment always call the Service Center for pre-certification
• Present your Insurance ID-card to the provider
• Request that the provider will send the bill directly to IMG.
• The submitted bills will be re-priced through the PPO to the negotiated rate.

**Reimbursement**
If you have received treatment and need to be reimbursed for out-of-pocket medical expenses, complete the Claim Form and submit your original itemized bills and paid receipts within 180 days.

**Please mail completed claim forms to:**

**International Medical Group**
**P.O. Box 88500 Indianapolis, IN 46208-0500**
**USA**

**or**

**IMG Europe Ltd./Claims Dept.**
**36-38 Church Road**
**Burgess Hill, West Sussex**
**RH15 9AE, United Kingdom**

**Fax: 1.317.655.4505**
**Email:** insurance@imglobal.com

---

Addendum D

PLAINTIFFS' RESP. APP.0003566

API00002317

Case No. 1:14-cv-03074-CMA-KMT Document 959-18 filed 02/03/18 USDC Colorado pg 154 of 182

 *Au Pair Handbook*

## Frequently asked questions

**I need to go to the doctor. What should I do?**
Please always call the Service Center toll-free prior to treatment at

**1.800.628.4664 (inside the US & Canada)**
**+1.317.655.4500 or +44 (0) 1444.46.5577 (outside the US & Canada)**

Present your IMG insurance ID card to the doctor's office when you first visit. The doctor's office should contact IMG to verify benefits.

**What are the advantages of using the PPO?**
When using a PPO provider, the provider directly bills IMG and IMG pays the provider promptly. This means you do not have to pay upfront with your own money to cover the cost of treatment, however, you will be responsible for any deductible or coinsurance.

**What happens if the provider bills me before IMG pays the bill?**
Providers generally send copies of bills to the insurance companies and to the patient. If you receive a bill after treatment from a PPO provider, please contact IMG. Chances are, the provider sent the bill to IMG and the bill will be paid shortly. Help us to avoid duplicate payments by allowing IMG to make payments to providers on your behalf. If you receive a bill from a non-PPO provider, submit the bill to IMG with a completed claim form. Assuming you have met your deductible and coinsurance, and the medical expenses are eligible, IMG will pay directly to the provider. Please make sure that you always call the Service Center for Pre-Certification prior to treatment.

## Insurance Terms and Conditions

The list of Cover and Benefits forms part of the Certificate of Insurance where the complete terms for the insurance policy are stated.
For a detailed representation, including all restrictions and exemptions from coverage, please read the detailed insurance terms and conditions in the Certificate of Insurance available within this MyInsurance area.

Addendum D

PLAINTIFFS' RESP. APP.0003567

Case No. 1:14-cv-03074-CMA-KMT Document 859-19 filed 03/30/18 USDC Colorado pg
155 of 182

# Exhibit 353

**Agreement**

This Agreement is made and entered into in Lucerne, on the date hereinafter set forth, by and between Cultural Care Inc., duly organized and existing under the laws of the Commonwealth of Massachusetts, (hereinafter referred to as "Inc") and International Care. Ltd. (hereinafter referred to as "ICL") Duly organized under the laws of Switzerland.

Whereas:

A.     It is the mission and purpose of Inc to operate exchange visitor programs (hereinafter "Programs") which are designed to afford exchange visitors (hereinafter "Participants") cultural and educational opportunities outside their native countries.

B.     Inc identifies and recruits American families willing to host an au pair and thereby increase the appreciation of international culture among American families and at the same time enhance the knowledge of the Participant and increase the Participant's awareness and appreciation of American culture and the English language through active participation in family and community life.

C.     Inc has received official recognition as a Designated Exchange Visitor Program Sponsor from the United States Department of State ("U.S.D.S.") and its Exchange Visitor Program designated number is P-4-10181

D.     Inc wishes to devote itself exclusively to its chartered purposes. It therefore desires to deliver its exchange program services to ICL, as ICL is an organization which is experienced in organizing and promoting cultural and educational programs abroad and which has vast international experience and is familiar with the legal regulations governing such programs.

E.     ICL has a thorough global knowledge in national policies, rules and regulations governing international cultural and educational exchange programs and has experience marketing and developing such programs.

F.     The purposes of ICL include the promotion of educational and cultural exchange programs such as Au Pair to clients throughout the world.

G.     ICL has the global presence with offices, staff and contracted agents and the unique capacity to supply Inc with significant number of qualified participants who are adequately screened and prepared. ICL also has long term relationships with schools and other organizations through which to contact potential participants worldwide.

H.     ICL has the global scale, organization, systems and skills to coordinate the

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003569

CC00034585

logistics, insurance and supply of qualified participants from around the world according to the demand of Inc.

I.      ICL has developed an internet based information system allowing for accurate management of applications and Participants. This is highly useful in facilitating selections and matching between applicants and host families.

J.      ICL owns the rights to the name Cultural Care and is willing to license the use of this name to Inc

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below and for other good and valid consideration, the sufficiency of which is hereby recognized, the parties hereto agree as follows:

## 1. General Statement.

Inc operates an au pair program whereby eighteen (18) to twenty-six (26) year old Participants from countries outside of North America stay with host families in the United States, learn about American culture, provide a cross culture exchange and improve English language skills, while assisting the host families with child care to promote the general interests of educational and cultural exchange. The principal purpose of the Program is that of an educational and cultural exchange. The program is operated in accordance with the rules and regulations promulgated by the US Department of State (the "Regulations").

Inc shall deliver all services required to be performed by the designated entity under the Regulations and ICL shall recruit participants and provide the other services needed for organizing the program as set forth in this Agreement.

Inc specifically seeks partnership with an Organization which has the international capacity and experience to organize and promote recruitment of qualified participants worldwide and to supply Inc with a sufficient number of applicants with a wished for diversity to facilitate and accommodate Inc's needs from time to time.

ICL operates a global organization outside the United States with the unique capacity to find, recruit and prepare international individuals who are qualified and suitable to become participants in the program. ICL has the know-how and capacity to manage an international organization, and be able to respond to fluctuations in demand or supply and to monitor various national policies regulating exchange programs. ICL also has the reputation and developed brand recognition needed to accommodate the volume demands as well as future increase in demand from Inc.

Inc and ICL hereby contracts with each other to promote the Program outside of North America and to accommodate the placements of Participants in host families in the United States and, in connection therewith, to cooperate as set forth below to provide the services as may be necessary

Page 2

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003570

CC00034586

or advisable to operate the said Program, with the terms and conditions set forth in this Agreement.

## 2. Term.

### 2.1. Initial term.

The obligations of the parties hereunder shall commence on October 1, 2010 and shall continue through September 30, 2011 unless sooner terminated as herein provided.

### 2.2. Extension.

This agreement shall be automatically extended for additional one year periods should either of the parties fail to give notice of termination at least 3 months prior to the expiration of this agreement, provided that each of the parties is in compliance with its obligations hereunder.

## 3. Duties of ICL

a,   Organization and Promotion. ICL will promote the Cultural Care name and program worldwide.

b,   Recruitment and preparation of participants. ICL will identify, recruit and prepare prospective Participants to the Program directly or through its agents in countries designated by the U.S.D.S. (each respectively a "country of origin").

c,   Selection of Participants. ICL will be responsible for the selection and screening of Participants, and will present the agreed number of Participants to Inc.

d,   Qualifications. Qualification requirements of the Participant are thoroughly described in the Regulations. Applicants will be screened by ICL for demonstrated maturity, good character, sufficient skills in English and ability to derive maximum benefit from the Program experience and shall meet other such requirements and procedures which are required under the Regulations, adopted or modified from time to time by the U.S.D.S. and as the parties deem appropriate in connection with the Program.

f,   Screening. In screening applicants, ICL shall perform a personal interview, a careful evaluation of the application information, school reports, references, and medical forms concerning physical and mental health. ICL shall also conclude a background investigation that includes verification of school, three non-family related personal and employment references, a personality profile and criminal record check or its recognized equivalent.

f,   Preparation of application. ICL will ensure all applications have required documents in a format as from time to time required by Regulations and Inc. such as health forms, insurance certificates, participant and parental releases and all other documents deemed necessary or advisable. ICL will verify all documents and supply to Inc. a complete application package.

g,   Promotional materials. Depending upon the number of participants Inc and ICL agree to accommodate, ICL will develop promotional activities, material and plans. Inc will supply ICL with Program information deemed necessary in

Page 3

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003571

CC00034587

promoting the Program. ICL translates promotional materials to all relevant markets, ensuring compliance with all requirements in the Regulations. All promotional material shall name Inc as the sponsor of the Program in the United States. Annually ICL will provide Inc with a complete set of all promotional materials, brochures or pamphlets distributed to either Participants or host families for further deliverance to U.S.D.S. according to the Regulations. All promotional and orientation materials developed hereunder shall remain the property of ICL. The rights of ICL regarding the assignment of promotional materials contained in this 3. shall survive the termination of this Agreement.

h,   Preparation of participants. ICL will arrange for training and education of the participants in the home country of the Participant. Prior to the start of the Program, ICL will arrange pre-departure orientation meetings to familiarize the Participant with orientation materials to acquaint the Participant with the host country, its people, and its family and cultural life.

i,   Visa. ICL shall inform each Participant that he or she is responsible for arranging and obtaining all necessary visas and other immigration requirements for his or her travel to and from the host country sufficiently in advance of his or her departure. ICL shall do its best in actively supporting the Participant in the application process.

j,   Notification of Qualification. As each applicant is deemed qualified, ICL shall notify such applicant and provide Inc with the name and address and all application documents of the applicant.

k,   Liaison. ICL shall serve as a liaison between Inc., the Participant and the Participants home country family through the duration of the program. ICL shall be prepared to arrange for emergency contacts, translation services and other services needed to fulfill the Program's intention of a successful cultural exchange experience.

l.,   Travel. ICL is responsible for providing international and domestic air travel.

m,   Insurance. ICL will secure participant health and accident insurance meeting the requirements of U.S.D.S.

## 4. Duties of Inc.

a,   Selection, Screening and supervision of host families. Inc arranges for the selection, screening and supervision of host families. Inc ensures that the host families are fully aware of their responsibilities and obligations set forth in the Regulations, as such Regulations may be modified and amended from time to time.

b,   Compliance. Inc has the procedures and systems in place to secure compliance with the Regulations. Inc also provides such other services as may be required to assist in the orderly administration of the program and the needs and welfare of the Participants during their stay in the United States.

c,   Visa. Inc is responsible for the proper handling and registration of all applicants in order to obtain necessary documents for J-visa application.

d,   Final selection of Participant. Inc is responsible for the presentation of the applicant to the selecting host family and has the right to reject any potential

Page 4

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003572

CC00034588

Participant for any reason it deems advisable.

e, <u>Training.</u> Inc provides health and safety training and childcare and development education to the participants, consistent with the Regulations, and provides some general orientation about the way of life and culture in the United States.

f, <u>Supervision.</u> Inc provides continuing supervision in the US of the Program by means of meetings with the participant and the host family and/or monthly telephone progress reports. Inc provides counseling support to the participant on an ongoing basis. In addition, workshops are scheduled on a regular basis to address cross-cultural issues.

g, <u>Travel.</u> Inc shall be responsible for the Participant's ground travel arrangements in the United States.

## 5. Matching applications.

The matching of an applicant with the appropriate host family is a key element for a successful program year. ICL and Inc. shall work together to meet the demands and expectations of both parties. The final matching is decided between the au pair and the host family by mutual consent.

## 6. Program Rules.

Inc has together with ICL established such program rules as it deems in the best interest of the Program and the Participants. If, at any time, a Participant violates such program rules or engages in any conduct which Inc, after thorough review, believes is not in the best interest of its Program, the Participant will be required to return to his or her home country at his or her own expense.

## 7. U.S. Department of State.

Inc and ICL acknowledge and affirm that Inc's Program is subject to the Regulations for au pair programs now in existence, as such Regulations may be amended or modified in the future, and that this Agreement and the obligations of the parties hereunder shall be subject to, and interpreted in accordance with such guidelines and any relevant regulations related thereto. Inc will provide all selected host families and Participants with copies of the U.S.D.S.-promulgated Exchange Visitor Program Regulations. In addition, Inc shall file with the U.S.D.S. such annual reports and other information as required under the Regulations.

## 8. Extensions of Program

Since February 2004 U.S.D.S allows Participants a one term extension of their stay in the US for a period up to 12 months after their initial year. It is in both parties interest to promote extensions to both Host Families and to the participants and it is therefore agreed that all obligations under this agreement shall continue under such extension.

## 9. Projected Number of Participants.

a, Inc and ICL shall each year in August agree on a budgeted number of participants

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003573

CC00034589

for the following year. This amount will be partly based on the number of visas Inc expects to have for the upcoming year. Inc shall then use its best efforts to inform ICL regularly of the estimated number of Participants Inc anticipates that it will be possible to accommodate for the succeeding month, based upon the number of host family applications received without this being deemed to be a guarantee that a certain number of Participants will be accepted.

b,　　ICL shall use its best efforts to promote the Program to the extent necessary to provide Inc with a pool of applicants from which Inc can select approximately the number of Participants submitted to Inc pursuant to subsection 9.a, The parties anticipate that the number of applicants will be significantly higher than the estimated number of Participants to be accepted. ICL or its agents shall use its best efforts to provide Inc on a regular basis with a list of potential Participants from each country of origin.

## 10. Intangible Property

ICL is the sole and exclusive owner without any legal or territorial limitations of intangible property as defined below. The Intangible property means: the trade mark and trade name Cultural Care, registered domain names, the know how, agent lists, country information, data manuals, standards, specifications, screening and selection materials, recruitment leader lists, design, contracts and all other related information to the promotional activities of the Cultural Care name.

ICL has developed an Internet based system for tracking and facilitating the matching process between prospective Participants and Host Families. ICL is the sole and exclusive owner of this system.

## 11. Use of Intangible Property and Trade Marks

a,　　ICL grants Inc the non-exclusive rights to use the intangible property in the US for purposes of operating the designated program. Inc's right to use the intangible property expires automatically when this agreement terminates or expires.

b,　　ICL develops and produces instructions and manuals for usage of the Intangibles and the trademark and any material produced directly by Inc needs to conform with these instructions. http://www.culturalcare.ch/media/4502980/styleguide.pdf

c,　　Upon termination or cancellation of this Agreement, each party shall take all actions necessary to transfer and assign to the nominee any right, title or interest in or to any of the trademarks which ICL and/or Inc may have acquired in any manner under this Agreement, and each Party shall cease to use any trademark or copyright material of the other party.

## 12. Emergency.

Page 6

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003574

CC00034590

In the event of war, natural catastrophe, illness, death, or other unforeseen emergency, both parties shall cooperate in fulfilling such responsibilities to Participants and their families as the parties deems it to be necessary and/or advisable. ICL shall arrange with Participant and his or her family a means of emergency communication in the Participant's native language

## 13. Program Fees and Payments.

### 13.1 ICL Compensation.

As a result of the services described in this agreement, INC shall provide ICL with arm's length compensation as specified in Exhibit A. All compensation paid under this agreement shall be transferred to the bank account indicated by ICL within 30 days of receipt of written compensation request. Above compensation should be decided for one year at a time and should be subject to negotiations during the month of September each year. Modifications must be mutually agreed to by the parties in writing to be effective.

### 13.2. Fees and other services.

Each party shall be entitled to retain fees and offer supplemental products to the participant such as visa services, pre-language training, and other travel related services and special travel arrangements. ICL shall offer these services prior to the Participant's departure and Inc has the right to offer this kind of services during the stay in the United States.

### 13.3. Royalties and Compensation for use of Intangible Property.

All compensation referable to the use of trademarks and other intangible property owned by other party is subject to separate agreement.

### 14. Indemnity.

ICL shall defend and indemnify Inc and its employees, its agents, and its representatives and hold it and them harmless from and against any and all costs, expenses, and damages of any kind suffered or incurred by any reason of any suit, claim or demand arising out of or attributed, directly or indirectly, to the acts or omissions of ICL or its employees or agents in connection with the Program. Inc shall defend and indemnify ICL and its employees and agents and hold it harmless from and against any and all costs, expenses and damages arising out of or attributed, directly or indirectly, to the acts or omissions of Inc or its employees or its agents in connection with the Program, provided however, that any indemnification provided by Inc is made in accordance with the rules and regulations governing Inc.

### 15. Relationship to the Parties.

Nothing contained in this Agreement shall be construed to constitute ICL or Inc as a partner or agent of the other. Either party has no right or authority to incur, assume or create, in writing or otherwise, any warranty, liability, or other obligation of any kind, express or implied, in the name of or on behalf of the other party, it being intended by both ICL and Inc that each shall

Page 7

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003575

CC00034591

remain an independent contractor responsible for its own actions. Inc shall not be liable or responsible for any cost or expenses of ICL, its agents, volunteers, or employees.

## 16. Notices.

Any notice required permitted to be given hereunder shall be in writing and may be given by facsimile, international courier service, personal delivery or by certified mail, and if given personally or by mail, shall be deemed sufficiently given, if addressed to the respective party at the address below, as the case may be:

President
Cultural Care, Inc.
One Education Street
Cambridge, MA 02141
U.S.A.

President
International Care, Ltd.
Haldenstrasse 4
6006 Lucerne
Switzerland

Either party may by notice in writing to the other party specify a different address for notification purposes.

## 17. Termination of Agreement.

### 17.1. Breach.

Either party may terminate this Agreement immediately upon written notice to the other party if that party fails to cure any material breach of its obligations hereunder within thirty (30) days of the delivery of written notice of such breach. If the Agreement is terminated under this provision, all amounts outstanding shall be due and payable within thirty (30) days of termination.

### 17.2. Insolvency.

This Agreement shall be terminated by written notice upon either party's cessation of business, election to dissolve, dissolution, insolvency, or the commencement of a proceeding by or against such party for the appointment of a receiver for any substantial part of its property under any bankruptcy law or similar law.

### 17.3. Operation of Law.

Either party may terminate this Agreement in the event that a law, decree, or regulation is enacted or adopted by any governmental authority which would impair or restrict in any manner

Page 8

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003576

CC00034592

whatsoever the right of Inc to terminate or elect not to renew this Agreement; provided, however, that such termination shall not take effect until the day prior to the effective date of the aforementioned law, decree, or regulation.

### 17.4. Compliance with Governmental Regulations.

In the event any legislation, rule, judgment or order is enacted, adopted or issued which frustrates Inc's purposes in entering into this Agreement or its ability to perform, Inc has the right, in its sole discretion, notwithstanding any other provisions of this Agreement, immediately to terminate this Agreement or to cease performing or unilaterally to modify that portion of the Agreement which has been so affected upon notice to the other parties.

### 17.5. Obligations on Termination.

Upon the termination or cancellation of this Agreement, ICL shall return to Inc any supporting documents made available to them by Inc, and any monies held for the benefit of Inc, and shall further comply with their obligations under section 13.

### 17.6. Confidentiality of Information and Materials.

Both parties shall hold in strict confidence and shall not disclose to others or use, either before or after termination or expiration to this Agreement, any technical or business information, Participant records, informational materials, computer programs and databases, processes, trade secret or their confidential matter relating to the Program, except to the extent disclosure is necessary to perform under this Agreement.

The Parties shall, upon request (and upon termination or expiration of this Agreement without request), return any and all handbooks, manuals, notes, records, computer programs, and databases, documents, and materials received from or owned by other party.

### 18. Miscellaneous.

### 18.1. Force Majeure.

If the performance of any obligation under this Agreement by either party is prevented, restricted, or interfered with by reason of war, revolution, civil commotion, acts of public enemies, blockade, embargo, strikes, any law, order, proclamation, regulation, ordinance, demand, or requirement having legal effect of any government or any judicial authority or representative of any such government, or any other act whatsoever, which is beyond the reasonable control of the party affected, then the party so affected shall, upon giving prior written notice to the other party, be excused from such performance to the extent of such prevention, restriction, or interference, provided that the party so affected shall use reasonable commercial efforts to avoid or remove such causes of nonperformance, and shall continue performance hereunder with reasonable dispatch whenever such causes are removed.

### 18.2. Authentic Text.

Page 9

CC00034593

The authentic text of this Agreement shall be the text in the English language first executed by the parties.

### 18.3. Assignment and Delegation.

This Agreement shall be binding upon and inure to the benefit of and enforceable by the successors and assigns of both parties.

### 18.4. Binding Effect.

Subject to any provisions hereof restricting assignment, this Agreement shall bind the parties, their personal representative, successors, and assigns.

### 18.5. Applicable Law.

This contract shall be governed by the substantive laws of Switzerland. Any dispute, controversy or claim arising out of or in connection with this Agreement, or the breach, termination or invalidity thereof, shall be finally settled by arbitration in accordance with Swiss law. The place of arbitration shall be in Lucerne and shall be conducted in English. The arbitration tribunal shall be composed of a single arbitrator unless the parties agree otherwise in writing.

### 18.6. Partial Illegality.

If any provision of this Agreement of the application thereof to any party or circumstances shall be declared void, illegal or unenforceable, the remainder of this Agreement shall be valid and enforceable to the extent permitted by applicable law. In such event, the parties shall use their best efforts to replace the invalid and unenforceable provision that, to the extent permitted by the applicable law, achieves the purposes intended under the invalid or unenforceable provision. Any deviation by any party from the terms and provisions of this Agreement in order to comply with applicable laws, rules or regulations shall not be considered a breach of this Agreement.

### 18.7. Waiver of Compliance.

Any failure by either party hereto to enforce at any time any term or condition under this Agreement shall not be considered a waiver of that party's right thereafter to enforce each and every term and condition of this Agreement.

### 18.8. Counterparts.

This Agreement may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same instrument.

### 18.9. Amendments.

This Agreement and any Schedule hereto may be amended by written agreement of the parties.

Page 10

CC00034594

International Care Ltd – Cultural Care Inc

In witness whereof, the parties hereto have caused this Agreement to by duly executed by their duly authorized representatives.

**Cultural Care, Inc.**

By: _____

_____ **OCT1 2010** _____
Date

**International Care, Ltd.**

By: _____
PHOATU ANDREA

_____ **OCT1 2010** _____
Date

Page 11

**HIGHLY CONFIDENTIAL**
PLAINTIFFS' RESP. APP.0003579

CC00034595



## Exhibit A – Arm's Length Compensation Determination

The arm's length compensation from INC to ICL for services provided in this contract has been determined as below for the year:

A. A fixed amount of US$400 per completed application ('ACC')

B. A fixed amount of US$1.630 per selected Participant in the program ('OTP')

C. A fixed amount of US$1.400 per participant enrolled in an extension for 12 months beyond the standard Program 12 months ('12EXT')

D. A fixed amount of US$1.260 per participant enrolled in an extension for 9 months beyond the standard Program 12 months ('9EXT')

E. A fixed amount of US$1.065 per participant enrolled in an extension for 6 months beyond the standard Program 12 months ('6EXT')

The compensation shall be subject to review in September each year, meeting the Arm's Length Standard between the parties.

**Cultural Care, Inc.**

By: _____   Date: OCT 1 2010

**International Care, Ltd.**

By: _____   Date: OCT 1 2010
RADRAEL (ACEVEDO)

Page 12

HIGHLY CONFIDENTIAL
PLAINTIFFS' RESP. APP. 0003580
CC00034596

Case No. 1:14-cv-03074-CMA-KMT Document 859-19 filed 03/30/18 USDC Colorado pg
168 of 182

# Exhibit 354





Au Pair reference number:
ILY40991

# Agreement

*Cultural Care (registered business name of International Care, Ltd.), with registration number CH-1003.023.491-6, having its registered address at Haldenstrasse 4, 6006 Lucerne, Switzerland, together with its successors and assignees ("CC"), and the undersigned au pair.*

*(Please print full au pair name)*

with date of birth: **11/04/1993** *(Hereafter refered to as "I", "me" or "my"), for good and valuable consideration, understand and agree to the following terms and conditions (the "Agreement") relating to the au pair's participation in Cultural Care Au Pair au pair program (the "Program").*

1. In addition to the terms of this Agreement, I agree to abide by additional reasonable terms and conditions stipulated by CC during the Program, including the Extension program. If there is any confusion between this Agreement and the terms of any other contracts, agreements, or materials of any kind, the terms of this Agreement shall prevail.

2. I acknowledge that any materials I submit to Cultural Care will be used to make a suitable host match for me and therefore agree that any submitted materials may be disclosed to prospective host families during the selection process, including my submitted medical forms

3. I agree to comply with the Program regulations issued by the United States Department of State (22 CFR Part 62) ("Regulations"). I acknowledge receipt of a copy of the Regulations as they apply to me. I also understand that I must comply with CC's rules as outlined in the Au Pair Handbooks and other materials that CC has supplied to me. This includes staying within the legal number of working hours per day and week without exception. This also includes participation in all child safety and child development training and orientation sessions sponsored by CC. I will inform my Local Childcare Coordinator or CC if I encounter anything that does not comply with the Program regulations as outlined by the U.S. Department of State Regulations.

4. I agree to perform the child care responsibilities as outlined by CC and my host family to the best of my ability. I understand that providing childcare is my primary obligation in this Program and that any personal plans or activities will take secondary priority to caring for my host children. Should I be found to act in a way that puts my host children at risk or is inappropriate in any way, I understand that I will be removed from the Program immediately. I understand that my host family may ask me to respect a curfew and/or assign other reasonable restrictions designed to protect the safety and well-being of my host children. I agree to abide by such reasonable restrictions. I also understand that I may not post photos or personal information about my host family, host children, or host home on any web site, blog or the like without the express written consent of my host parents.

5. During my participation in the Program I will abide by all local, state and federal laws and other regulations. I understand that breaking these laws (such as shoplifting, driving under the influence of alcohol, drinking alcohol under the age of 21, possession, or use of illegal substances, etc.) shall be grounds for my immediate dismissal from the program and my return flight will be forfeited.

6. I understand that I may not use the family's automobile(s) for any reason without express permission from the host family and that any agreement to use the host family's automobile is strictly between the host family and me. I will not use the automobile unless the host family has obtained all of the mandatory automobile insurance coverage required under the laws of the state where the host family resides. I understand that if I have a car accident while using the car for personal use not related to my child care duties that I will be required to pay a deductible up to $500 US.

7. I agree to pay any personal expenses I incur while participating in the Program, including but not limited to, health expenses not covered by insurance, phone bills and/or car damages. CC is not responsible for any financial disputes I have with my host family such as outstanding money for educational component, weekly stipend, etc. I understand that I must settle all disputes directly with my host family prior to my departure from their home.

8. I understand that my Local Childcare Coordinator and the Cultural Care staff in the U.S. are my primary contacts during the Program, and are responsible for ensuring a positive and successful program year for me and my host family. I will notify the staff of CC in the U.S. in case of disagreement, misunderstanding or serious problems including but not limited to my health, safety, welfare, adjustment to my host family, school, culture or language, or misunderstandings or problems with my host family. I acknowledge that CC is solely responsible for choosing appropriate host families for me and I will not make attempts to obtain placements on my own after my arrival in the U.S. In situations where I am having problems with my host family, I agree to consult with and meet with my Local Childcare Coordinator and to follow CC's mediation guidelines as outlined in the Au Pair Handbook. I understand that it is CC's policy to try to resolve issues in the existing placement if possible before considering a new placement.

9. If CC determines that my placement within the host family will not continue, CC shall determine whether or not to pursue a new host family match for me. I understand that CC may not pursue a new host family for me due to safety concerns, a lack of positive recommendations or for other reasons relating to my suitability on the Program. I acknowledge that CC has sole discretion to pursue a new placement or not. Should CC decide to pursue a new placement, I understand that CC will use reasonable efforts for two weeks to find another host family for me. During such time, I shall continue to live with my current host family who, in its discretion, may request me to provide, or not to provide, any childcare services and I shall remain reachable by phone/email with CC at all times. If I do not perform childcare duties during the transition period (even if I am staying with a host family) I understand that I will not receive the weekly stipend. CC will make every effort to match me with appropriate host families. Should I reject these host families for reasons of geographical region, car/computer use or other non-essential reasons I understand that CC may opt to discontinue a search for replacement. I understand that CC cannot guarantee a new family placement for me within the two-week transition period and inability to be replaced will result in my early return to my home country. Notwithstanding the above, I further understand that the first month of any placement is a period of adjustment and therefore CC will not process any non-emergency transitions during this period.

10. I understand that CC has the exclusive right to determine my suitability for acceptance and for my continued participation in the Program. I understand that if CC determines that my emotional or physical state does not make me suitable for providing quality childcare, I will be removed from the Program. I also

Au Pair's signature for this page:

Date: **26/09/2012**

Version SY13  *Last updated August 2012*

understand that should I marry or become pregnant while on the Program I will also be removed from the Program. If my performance as an au pair and/ or participation in the program is deemed unsatisfactory by CC for whatever reason, CC will reassess my suitability for future placement. I understand that I may be terminated from the Program if I do not successfully complete the Program requirements and uphold Program expectations for reasons including, but not limited to, the following: leaving the host family without prior consent from CC; engaging in behavior that CC deems inappropriate during the Program duration, performance reasons including but not limited to breaking host family rules, neglectful or inappropriate behavior towards the children, etc.; non-participation in training, not fulfilling educational credit, non-attendance at monthly meetings, or if I in any way violate this Agreement. I further understand that should it be discovered that I have falsified or withheld critical information from my application materials including, but not limited to, health conditions, criminal history, educational documentation, childcare experience, etc. I may be terminated from the Program. Should I be terminated from the Program because of my actions including, but not limited to, those outlined above, I forfeit my return to my home country and must pay for this flight on my own.

11. I understand that the Program is designated as a full year program with the possibility to extend for a further six (6), nine (9) or twelve (12) months. I confirm receiving information about the optional Extended Insurance coverage, including a copy of the general conditions booklet. If I extend after my first program year, I will be contacted regarding the activation of Extended Insurance coverage for my extension term under a new policy. Should I voluntarily decide to return home before the regular end date of my program (including extension period) I understand that my flight will not be paid for by CC. The exception to this will be in cases of my own extreme illness or the extreme illness or a death in my immediate family. Should I terminate or be terminated from the Program for any reason as outlined in this agreement, such termination will result in the following:

a) I will forfeit the return ticket and I will be required to make my own arrangements to return to my home country at my own expense; and b) My CC insurance coverage will no longer be valid and no part of it refunded other than the additional month optional insurance; and c) My status will be reported to U.S. Immigration and my participation in the au pair program will be canceled. d) CC will not provide me with housing in the USA.

12. CC will arrange my flights from and to my home country, from a CC approved gateway. I am responsible for my own transportation and the cost involved to the specified departure gateway in my home country. My departure date to the US (Group Arrival Date), will be determined by my availability and my host family's request. Should I cancel either of the included flights once the ticket has been issued, I understand that I will then be held responsible for any penalties and costs relating to this cancellation. CC will determine my return date based on the end date of my program and my host family gateway will be my return gateway. Special requests may be considered, however additional fees may apply and these costs will be my responsibility. I agree to provide proof of medical insurance coverage, either purchased as additional month optional insurance through CC or as a comparable policy from a third party, in order for CC to book my return flight for a date later than the completion of my Program. I understand that CC cannot book my return flight for a date later than thirty (30) days after completion of my Program. I understand that CC will not arrange for my return flight in case that I do not successfully complete the Program (including completion of required educational component). In this case I shall be responsible for my own flight home.

13. This agreement is made between me and CC. In regards to confidentiality, CC agrees not to divulge medical or confidential information (with the exception of my submitted medical forms, and any accompanying documents) about me or my Program experience to any third party except in case of medical emergency, or in the event I am incapacitated for any reason. As a person of the age of majority I understand that this also includes my parents or family members as well as any partner or friends. Any disputes will be settled between me and CC or any legal entity bound to represent us and no other third party.

14. I agree to irrevocably, unconditionally, and fully remise, release and forever discharge CC and its affiliates; and said persons' respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates, or others to the extent acting or purporting to act on the afore mentioned persons' behalf (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which I have or may hereafter have, which arise out of illness, injury, damage or loss of any other kind to me or my participation arising from or during participation in the Program. This includes, without limitation, my performance of services for and involvement with the host family, regardless of how such illness, injury, damage or loss may arise. I further agree to indemnify and hold harmless the Released Parties from and against any losses, claims, damages or liabilities related to or arising out of my participation in the Program, including (without limitation) any illness, injury or damage to me, that my host family causes, that any third party causes, that I cause or to which I contribute, and any illness, injury or damage to my host family which I cause or to which I contribute.

15. This Agreement shall take effect as a sealed instrument under and shall be governed by the laws of Switzerland. In the event of any claim, dispute, or proceeding arising out of the relationship of me and CC, or any claim which in contract, tort, or otherwise at law or in equity arises between the parties, whether or not related to this Agreement, the parties submit and consent to the exclusive jurisdiction and venue of the arbitrational tribunals of Switzerland.

16. My signature on this agreement indicates acceptance of this Agreement and is legally binding. No alterations to the terms of this agreement will be valid unless approved in writing by CC. If any provision of this agreement shall be deemed unenforceable, such paragraph shall be omitted and the remainder of the agreement shall be valid and enforceable to the fullest extent allowed by law.

26/09/2011

*If au pair will not be of the legal age of majority in his/her home country at the time of anticipated departure to the USA, please include below signature of parent or legal guardian.*

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003583

CC00033090

# REPUBBLICA ITALIANA

## MINISTERO DELL'ISTRUZIONE, DELL'UNIVERSITÀ E DELLA RICERCA

MINISTRY OF EDUCATION, UNIVERSITY AND RESEARCH
MINISTÈRE DE L'INSTRUCTION, DE L'UNIVERSITÉ ET DE LA RECHERCHE
MINISTERIUM FÜR UNTERRICHT, WISSENSCHAFT UND FORSCHUNG
MINISTERIO DE EDUCACIÓN, UNIVERSIDAD E INVESTIGACIÓN

### ANNO SCOLASTICO 2011/2012

SCHOOL YEAR   ANNÉE SCOLAIRE - SCHULJAHR – CURSO ACADÉMICO

Il Presidente della Commissione n. II
The President of Board of Examiners no.
Le Président du Jury n.
Die Präsidentin/Der Präsident der Kommission Nr.
El Presidente del Tribunal n.

operante nel Liceo/Istituto
based at Lyceum/Vocational Institute/Technical Institute
auprès du Lycée/de l'Institut
eingesetzt an der Oberschule
con sede en el Liceo/Instituto

### LICEO GINNASIO STATALE " L. GALVANI "

### CERTIFICA

CERTIFIES
ATTESTE
BESCHEINIGT
CERTIFICA

che  (nome e cognome del candidato)

that (candidate's name and surname)
que (prénom et nom du candidat)
dass (Vor- und Nachname der Kandidatin/des Kandidaten)
que (nombre y apellidos del candidato)

**nata  a BOLOGNA**                              **Provincia   BO**            **il   14/04/1993**

born in                                                     District                                    cn
nó(e) à                                                     Province de                             le
geboren in                                                Provinz                                   am
nacido/a en                                              Provincia de                            el día

**ha superato l'esame di Stato conclusivo degli studi di istruzione secondaria di secondo grado nell'indirizzo:**

has passed the State Exam at the conclusion of secondary school studies in the course:
a obtenu l'examen d'État da fin d'études secondaires, série
die staatliche Abschlussprüfung der Oberschule mit Fachrichtung:
ha superado el Examen de Estado tras finalizar los estudios de secundaria superior en la modalidad de:

### LICEO CLASSICO

**con la votazione complessiva di 96/100 (*), derivante dalla somma dei seguenti punteggi parziali:**

(il punteggio minimo complessivo per superare l'esame è di 60/100)
with an overall mark of ........./100.. ...... corresponding to the sum of the following partial scores
(minimum overall mark 60/100)
avec la note globale de .../100 , résultant de la somme des points partiels suivants :
(la note globale pour réussir à l'examen est d'eu moins 60/100)
mit der Gesamtpunktezahl von .......... /100............. bestanden hat, wobei folgende Teilergebnisse erzielt wurden:
(die Mindestpunktezahl, um die Prüfung zu bestehen, beträgt 60/100)
con la calificación global de ........./100............., obtenida a partir de la suma de las siguientes puntuaciones parciales:
(la puntuación mínima global para superar el examen es de 60/100)
(*) - Menzionare la lode, qualora attribuita dalla Commissione.
(*) - Cite commendation if awarded by Board of Examiners
(*) - Ajouter la mention éventuelle attribuée par le Jury
(*) - Die Auszeichnung angeben, sofern sie von der Kommission vergeben wurde.
(*) - Anotar la Mención, en caso de ser concedida por la Comisión

TIMBRO DELLA SCUOLA E FIRMA ...............................
SCHOOL STAMP AND SIGNATURE ...............................
Cachet de l'établissement scolaire et signature.................
STEMPEL DER SCHULE UND UNTERSCHRIFT ...............................
SELLO DEL CENTRO Y FIRMA ...............................

Allegato del diploma N.
Diploma attachment no................................
Pièce jointe au diplôme n°............................
Anlage zum Dipoim Nr................................
Anexo al diploma n°................................

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003584

CC00033091

Nome e Cognome CAMILLA MACCHIAVELLI
Name and Surname...............................
Prénom et nom ...............................
Vor- und Nachname ...........................
Nombre y apellidos ...........................

Corso 3B CLASSICO
Course of studies ...............................
Cursus scolaire ...............................
Studiengang ...............................
Nivel ...............................

Anno scolastico 2011/2012    Pag
School year............    Pag
Année Scolaire ......    Pag
Schuljahr ...............    Seit
Curso académico ...    Pág

**La prima prova è intesa ad accertare la padronanza della lingua ufficiale d'insegnamento e le capacità espressive, logico-linguistiche, critiche e creative.**

The first paper is aimed at testing the candidate's mastery of the official language and his/her expressive, logical, linguistic, critical and creative skills.

La manière épreuve vise à vérifier la maîtrise de la langue officielle d'enseignement et les capacités d'expression, d'organisation du discours, de critique et de créativité.

Die erste schriftliche Prüfung weist die Sprachkompetenz in der offiziellen Unterrichtssprache nach, sie überprüft die Ausdrucksfähigkeit, die Sprachlogik, das kritische Denkvermögen und die kreativen Fähigkeiten.

La primera prueba tiene como objetivo medir el dominio de la lengua oficial de la enseñanza y las capacidades expresivas, lógicolingüísticas, críticas y creativas.

La primera prueba sirve para medir el dominio de la lengua oficial de la enseñanza y las capacidades expresivas, lógico-lingüísticas, críticas y creativas.

**La seconda prova è intesa ad accertare le conoscenze specifiche relative alla seguente materia caratterizzante il corso di studi seguito;**

The second paper is aimed at testing the candidate's specific knowledge concerning the following core subject in his/her course:

La deuxième épreuve vise à vérifier les connaissances spécifiques relatives à la discipline suivante, caractérisant le cursus scolaire suivi.

Die zweite schriftliche Prüfung stellt die spezifischen Kenntnisse im hier angeführten und für die Oberschulrichtung kennzeichnenden Fach fest:

La segunda prueba tiene como objetivo medir los conocimientos específicos relativos a la siguiente materia propia de la modalidad de los estudios cursados:

**La terza prova, a carattere pluridisciplinare, è intesa ad accertare le conoscenze, competenze e capacità acquisite relativamente alle materie dell'ultimo anno del corso di studi, nonché le capacità di collegare ed integrare conoscenze e competenze.**

The third paper, covering various subjects, is aimed at testing the candidate's knowledge, competence and skills in the subjects studied in the final year of the course and his/her ability to connect and integrate knowledge and competence.

La troisième épreuve, "pluridisciplinaire" (transversale), vise à vérifier les connaissances, les compétences et les savoir-faire acquis dans les disciplines de la dernière année du cursus scolaire, ainsi que les capacités de relier et d'intégrer les connaissances et les compétences.

Die dritte schriftliche Prüfung umfasst mehrere Fachbereiche und stellt fest, welche Kenntnisse, Kompetenzen und Fähigkeiten der Kandidat/die Kandidatin sich in den Fächern des letzten Studienjahres angeeignet hat und inwieweit sie/er in der Lage ist, entsprechende Zusammenhänge herzustellen.

La tercera prueba tiene carácter pluridisciplinar y su finalidad es medir los conocimientos, competencias y capacidades adquiridas relativas a las materias del último curso de estudios, además de las capacidades de relacionar e integrar conocimientos y competencias.

**È inteso ad accertare la padronanza della lingua, la capacità di utilizzare le conoscenze acquisite e di collegarle nell'argomentazione e di discutere ed approfondire sotto vari profili i diversi argomenti.**

The interview is aimed at testing the candidate's mastery of the language, his/her ability to use and connect the knowledge acquired in the final year of the course and to discuss in depth the various subjects from different points of view.

Elle vise à vérifier la maîtrise de la langue, la capacité d'utiliser les connaissances acquises et de les développer dans une argumentation, de discuter et d'approfondir sous plusieurs points de vue les différents sujets.

Das Prüfungsgespräch ermittelt die Sprachkompetenz, weist aber auch die Fähigkeit nach, die erworbenen Kenntnisse zu nutzen und sie in der Argumentation zu verknüpfen sowie die verschiedenen Themen von unterschiedlichen Gesichtspunkten aus zu betrachten und zu vertiefen.

Tiene como objetivo verificar el dominio de la lengua, la capacidad de poner en práctica y relacionar entre sí los conocimientos adquiridos y la competencia para debatir y profundizar sobre éstos desde diversos puntos de vista.

**È la somma dei punteggi attribuiti dal 1) C.d.C. in relazione all'esito degli ultimi tre anni scolastici del corso di studi e ad eventuali crediti formativi documentali.**

These are the total marks awarded by the 1) .................... with reference to the results attained over the last three years of the course and to any documented credits.

Total des points attribués par 1) .................... considérant les résultats des trois dernières années du cursus scolaire ainsi que les attestations d'éventuels crédits de formation.

Es handelt sich um die Summe der Punkte, die 1) .................... aufgrund der Ergebnisse der letzten drei Oberschuljahre und etwaiger nachgewiesener Bildungsguthaben zugeteilt wurde.

Es la suma de las puntuaciones otorgadas por 1) .................... en relación a las calificaciones de los tres últimos cursos y a otros posibles créditos formativos justificados documentalmente.

**È attribuito dalla Commissione a candidati particolarmente meritevoli e integra il punteggio totale conseguito nel limite massimo di 100 punti complessivi.**

These are awarded by the Examination Board to students of particular merit and are added to the total mark, up to a maximum of 100 points overall.

Bonus attribué par le Jury aux candidats particulièrement méritants. Il intègre la note globale, sans permettre de dépasser le maximum de 100 points.

Sie werden besonders verdienstvollen Kandidatinnen/Kandidaten von der Kommission zugewiesen und ergänzen die erreichte Punktezahl im Rahmen des vorgesehenen Maximums von 100 Punkten.

Los concede el Tribunal a los candidatos con méritos especiales y se añaden a la puntuación total obtenida con el límite máximo de 100 puntos.

| | | |
|---|---|---|
| Prove scritte punti | 40 | /45 |

Written exams ............./45 points
Épreuves écrites ........... /45 points
Schriftliche Prüfungen ........... /45 Punkte
Pruebas escritas........ /45 puntos

| | | |
|---|---|---|
| Colloquio punti | 30 | /30 |

Oral exam ............/30 points
Épreuve orale ............../30 points
Prüfungsgespräch............ /30 Punkte
Prueba oral........./30 puntos

| | | |
|---|---|---|
| Credito scolastico punti | 22 | /25 |

School credit ........../25 points
Crédit scolaire ........../25 points
Schulguthaben............./25 Punkte
Crédito escolar ., ......../25 puntos

| | | |
|---|---|---|
| Punteggio aggiunto punti | 4 | /5 |

Extra score ........../5 points
Bonus ............/5 points
Zusätzliche Punkte............/5 Punkte
Puntuación añadida........./5 puntos

TIMBRO DELLA SCUOLA E FIRMA ....................
SCHOOL STAMP AND SIGNATURE ....................
Cachet de l'établissement scolaire et signature....................
STEMPEL DER SCHULE UND UNTERSCHRIFT ....................
SELLO DEL CENTRO Y FIRMA ....................

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003585

CC00033092

| | | | |
|---|---|---|---|
| Nome e Cognome | ████████ | Corso 3B CLASSICO | Anno scolastico 2011/2012 | Pag.3/4 |

Nome e Cognome ...........
Name and Surname ...........
Prénom et nom : ...........
Vor- und Nachname ...........
Nombre y appelidos ...........

Corso 3B CLASSICO
Course of studies ...........
Cursus scolaire ...........
Studiengang ...........
Nivel ...........

Anno scolastico 2011/2012   Pag.3/4
School year...........   Page 3/4
Année Scolaire ......   Page 3/4
Schuljahr ...............   Seite 3/4
Curso académico ...   Pàg.3/4

**Crediti formativi documentati:**
Credits for which documentation has been provided.
Justificatifs de crédits de formation.
Nachgewiesene Bildungsguthaben.
Créditos formativos justificados documentalmente:

**Ulteriori specificazioni valutative della Commissione con riferimento anche a prove sostenute con esito particolarmente positivo:**
Further specific Board of Examiners' evaluation, including tests passed with extremely high results:
Autres appréciations du Jury concernant également des épreuves soutenues avec des résultats partichèrement positifs:
Zusätzliche Anmerkungen der Kommission zur Bewertung und weitere Hinweise zu Prüfungsteilen, die besonders erfolgreich abgelegt wurden:
Otros méritos valorados por el Tribunal referidos a pruebas realizadas con resultados positivos:

**L'indirizzo di istruzione secondaria superiore cui si riferisce il diploma prevede un corso della durata di 5 anni:**
The secondary school course to which the diploma refers covers a period of ........... years.
La série d'enseignement secondaire du second degré à laquelle le diplôme se réfère établit un cursus scolaire de ....... ans.
Die Fachrichtung der Oberschule, auf die sich das Diplom bezieht, umfasst einen Studiengang von ........... Jahren.
La modalidad de enseñanza secundaria superior a la que se refiere el diploma tiene una duración de ........... cursos.

| N. | Materie del curricolo degli studi [1] <br> Subjects included in the curriculum [1] <br> Disciplines au programme [1] <br> Fächer des Curriculums [1] <br> Materias del curriculo [1] | Anni del corso di studi <br> Years of course <br> Années du cursus scolaire suivi [1] <br> Anzahl der Studienjahre <br> Curso académico | Durata oraria complessiva <br> Total number of hours <br> Volume horaire d'ensemble <br> Gesamtunterrichtszahl <br> Total de horas |
|---|---|---|---|
| 1 | LINGUA E LETTERATURA ITALIANA* | 45123 | 726 |
| 2 | LINGUA E LETTERATURA LATINA** | 45123 | 726 |
| 3 | LINGUA E LETTERATURA GRECA** | 45123 | 561 |
| 4 | STORIA* | 45123 | 429 |
| 5 | GEOGRAFIA* | 45 | 132 |
| 6 | LINGUA E LETTERATURA INGLESE* | 45123 | 495 |
| 7 | FILOSOFIA** | 123 | 297 |
| 8 | SCIENZE NATURALI* | 123 | 297 |
| 9 | MATEMATICA* | 45123 | 363 |
| 10 | FISICA* | 23 | 165 |
| 11 | STORIA DELL'ARTE** | 123 | 132 |
| 12 | EDUCAZIONE FISICA* | 45123 | 330 |
| 13 | RELIGIONE* | 45123 | 165 |

**Totale delle ore di insegnamento**
Total curricular hours
Total des heures d'enseignement
Gesamtsumme der Unterrichtsstunden
Total de horas de enseñanza

4818

TIMBRO DELLA SCUOLA E FIRMA ...........
SCHOOL STAMP AND SIGNATURE ...........
Cachet de l'établissement scolaire et signature...........
STEMPEL DER SCHULE UND UNTERSCHRIFT ...........
SELLO DEL CENTRO Y FIRMA ...........

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003586

CC00033093

Nome e Cognome CAMILLA MACCHIAVELLI
Name and Surname.............................
Prénom et nom ................................
Vor- und Nachname ..........................
Nombre y appellidos ........................

Corso 3B CLASSICO
Course of studies ..................................
Cursus scolaire ...................................
Studiengang .......................................
Nivel .................................................

Anno scolastico          Pag.4
2011/2012              Page
School year...........   Page
Année Scolaire ......    Seite
Schuljahr ..............   Pág.4
Curso académico ...

Ulteriori elementi caratterizzanti il corso di studi seguito:
Further characteristics of the course attended:
Autres éléments caractérisant le cursus scolaire suivi:
Weitere Angaben, die den Studiengang kennzeichnen:
Otros elementos significativos de los estudios cursados:

## PROGRESSIONE NEGLI STUDI:

CONTINUATION OF STUDIES:
Poursuite d'études:
STUDIENBERECHTIGUNG:
CONTINUACIÓN DE LOS ESTUDIOS:

Il titolo acquisito dà diritto alla prosecuzione degli studi in ambito universitario e alla frequenza di corsi postsecondari[3].

The diploma permits the holder to continue studies at University level or to attend post-secondary courses[3].
Le titre obtenu ouvre un accès de droit à l'enseignement supérieur de type universitaire et permet de fréquenter les cours d'enseignement post-secondaire[3].
Der erworbene Studientitel berechtigt zum Weiterstudium an Universitäten und zum Besuch von postsekundären Kursen[3].
El título obtenido otorga el derecho a continuar estudios en el ámbito universitario y a la asistencia a cursos postsecundarios[3].

BOLOGNA
Place           li  28/03/12
Fait à          date
Io              le
En              am
                n

BENEVENTO LAURA DOROTEA

**IL PRESIDENTE DELLA COMMISSIONE**
PRESIDENT OF THE BOARD OF EXAMINERS
LE PRÉSIDENT DU JURY
DER PRÄSIDENT DER KOMMISSION
EL PRESIDENTE DEL TRIBUNAL

[¹] Il consiglio di classe o la Commissione.
Class Council or Board of Examiners.
Le conseil de classe ou le jury d'examen.
Vom Klassenrat oder von der Kommission.
La Junta de Evaluación o el Tribunal del examen.

[²] La tabella deve essere compilata a cura della scuola. Se esiste la ripartizione delle materie tra aree di base e aree di indirizzo, le prime devono essere indicate con asterisco (es. Italiano*)[e le seconde con due asterischi (es. Topografia**).
The table is to be completed by the school. If there is a division between core and specialization subjects, the former must be marked with an asterisk (e.g.: Italian* ) and the latter with two asterisks (e.g.: Topography **).
Le tableau doit être rempli par l'établissement scolaire. S'il existe une distinction entre les disciplines de base et les disciplines spécifiques, les premières doivent être marquées par un astérisque (ex.: Italien **) et les secondes par deux (ex.: Topographie **).
Die Tabelle muss von der Schule ausgefüllt werden. Bei der Unterscheidung von Kernfächern und fachrichtungsspezifischen Fächern müssen erstere mit einem Sternchen versehen werden (z. B.: Italienisch *), die letzteren mit zwei Sternchen (z. B.: Vermessungslehre **).
El cuadro se completará por parte del centro. Si las materias estuvieran repartidas entre comunes y específicas de la modalidad, se deberán señalar las primeras con un asterisco (ejemplo: Italiano *) y las segundas con dos asteriscos (ejemplo: Topografía **).

[³] In relazione alla natura dell'indirizzo di studi, indicato nel frontespizio del presente certificato, la Commissione segnalerà anche l'eventuale diritto a partecipare al tirocinio professionale abilitante all'esercizio della professione
In keeping with the type of course studied, as specified on page 1 of this certificate, the Board will also indicate possible entitlement to take part in professional training to qualify to practise in the profession.
Selon la série d'enseignement, mentionnée à la première page de certificat, le jury indiquera également le droit éventuel à participer au stage professionnel conférant l'aptitude à l'exercice de la profession.
In Bezug auf die angegebene Fachrichtung spricht die Kommission gegebenenfalls nach das Recht auf den Besuch eines berufsbefähigenden Praktikums aus.
Según el tipo de la modalidad cursada, indicado en el encabezamiento del presente certificado, el Tribunal señalará la posibilidad de realización de las prácticas profesionales que habilitan al ejercicio de la profesión.

TIMBRO DELLA SCUOLA E FIRMA ...............................
SCHOOL STAMP AND SIGNATURE .................................
Cachet de l'établissement scolaire et signature.......................
STEMPEL DER SCHULE UND UNTERSCHRIFT .....................
SELLO DEL CENTRO Y FIRMA .....................................

**CONFIDENTIAL**
PLAINTIFFS' RESP. APP.0003587

CC00033094



### Sistema Informativo del Casellario

## Certificato Penale del Casellario Giudiziale
**(ART. 25 D.P.R. 14/11/2002 N.313)**

CERTIFICATO NUMERO: 49738/2012/R

Al nome di:

Cognome

Nome

Data di nascita **14/04/1993**

Luogo di Nascita **BOLOGNA (BO) - ITALIA**

Sesso **F**

sulla richiesta di **INTERESSATO**

per uso: **AMMINISTRATIVO - ESENTE DA BOLLO  (ART. 25 D.P.R. 14/11/2002 N.313)**

Si attesta che nella Banca dati del Casellario giudiziale risulta:

### NULLA

ESTRATTO DALL' UFFICIO:

CASELLARIO GIUDIZIALE - PROCURA DELLA REPUBBLICA PRESSO IL TRIBUNALE DI BOLOGNA

**Si attesta l'avvenuto pagamento (art. 273 e 285 T.U. 30/5/2002 n. 115) del**
   ☞ **diritto di certificato**       ☞ **diritto di urgenza**

BOLOGNA, 02/10/2012 15:55              IL RESPONSABILE DEL SERVIZIO CERTIFICATIVO

IL CANCELLIERE
Dott.ssa Camilla Serra

Il presente certificato non può essere prodotto agli organi della pubblica amministrazione o ai privati gestori di pubblici servizi (art. 40 D.P.R 28 dicembre 2000, n. 445), fatta salva l'ipotesi in cui sia prodotto nei procedimenti disciplinati dalle norme sull'immigrazione (d.lgs. 25 luglio 1998, n. 286 e circolare del Ministero per la pubblica amministrazione e la semplificazione e del Ministero dell'Interno n. 3/2012)

Il certificato è valido all'estero
(art. 15 L 183/11)
Bologna,  **– 2 OTT. 2012**

IL CANCELLIERE
Dott.ssa Camilla Serra

*** CERTIFICATO NUMERO: 49738/2012/R  DEL 02/10/2012                PAG. 1 DI

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003588

CC00033095

**DISCovery Profile for:**

███████████████████

**Your responses indicate that you ....**

**D**
- ○ enjoy competition and challenge.
- ○ are goal orientated.
- ○ are resourceful, aim high and want authority.
- ○ are self-sufficient and individualistic.
- ○ tend to be direct with people.

**I**
- ○ are comfortable working alone.
- ○ tend to take little at face value.
- ○ have that rare combination of being creative, logical and analytical.
- ○ tend to use your social skills when circumstances dictate. At other times you may tend to be more solitary.

**S**
- ○ enjoy stretching yourself intellectually and physically.
- ○ need change and variety in your work and non-work life.
- ○ get restless when involved in routine and repetitive activities.

**C**
- ○ are innovative but tend to avoid risk-taking.
- ○ are more comfortable when following a plan.
- ○ consider methods that have proven to be successful in the past.
- ○ have a tolerance of rules and regulations.

More about you ▶

25 Jul 2012

The Discovery Personality Test Report:2/3

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003589

CC00033096

## Profile for: ███████████

### More about you and how to increase your effectiveness:

You have a strong inner motivation to assertively create and implement new ideas. You take control whenever the opportunity arises.

Your desire to be practical and obtain perfection may lead you to be decisive about small decisions but more cautious about bigger decisions.

You may get so immersed in your project that you may forget to include those around you. A pause to consider other people's thoughts and ideas may increase warmth and harmony.

You handle pressure well - you push yourself and expect others to do the same.

### Your primary strength:

The great combination of your creative and logical approach to work and solving problems.

### To increase your effectiveness:

Try to temper your strong drive with a bit more recognition of other people's contributions.

End of your report.

© 2010 Psychological Research Foundation LLC | testsonthenet.com
UK T: +44 (0) 208 402 0122 | USA T: +1 941 331 2165 | ThePeople@prfwebsite.com

25 Jul 2012

The Discovery Personality Test Report:3/3

CONFIDENTIAL
PLAINTIFFS' RESP. APP.0003590

CC00033097

Case No. 1:14-cv-03074-CMA-KMT Document 259-10 filed 03/30/18 USDC Colorado pg 178 of 182

# Exhibit 355



**Mail to:** Cultural Care Au Pair
One Education Street
Cambridge, MA 02141

**Fax to:** 1-617-619-1101

for office use only

HF #

## 2013 Host Family Agreement

This agreement is between Cultural Care, Inc. of Cambridge, MA (hereinafter referred to as "CC") and _____ and _____, of (City), (State), _____ (hereinafter referred to as "Host Family")

In good and sufficient consideration, including but not limited to the Host Families acceptance into the CC Au Pair program, the receipt of which is hereby acknowledged and the Host Families agreement to be bound by the following terms and conditions, Host Family agrees as follows:

1. This agreement shall govern in all respects (except financial obligations which are set forth in the Host Family Financial Responsibility Agreement) the relationship between CC and the Host Family unless modified by a subsequent written agreement signed by the parties. This agreement can only be modified by a writing signed by both parties and any purported oral agreement or statements shall be without any force or effect. The Host Family has reviewed and understands the financial obligations of participating in the Au Pair program as set forth in the Host Family Financial Responsibility Agreement. Host Family agrees to execute said document as a condition of acceptance into the Au Pair program.

2. Host Family understands and acknowledges that the Au Pair program is a cultural exchange program sponsored and regulated by the U.S. Department of State. Host Family will accept an au pair and any cultural differences in the spirit of international exchange. Host Family agrees to comply with all of the regulations published by U.S. Department of State in 22 CFR Part 62, as the same may be amended from time to time in the future ("the Regulations") in all respects as they are the governing standards of the program. Host Family acknowledges receipt of a copy of the U.S. Department of State publication "The Au Pair Exchange Program" (available on host family web account). Host Family affirms that they are U.S. citizens or legal permanent residents.

3. Host Family understands that CC has the exclusive right to determine the suitability of Host Families' home for placement of an au pair and Host Families' continued participation in the au pair program. Host Family acknowledges that CC has complete and unfettered discretion to utilize whatever methods it deems appropriate to assist it in making this determination. Host Family understands and acknowledges that CC utilizes a criminal background check in evaluating all prospective host families.

4. Host Family agrees that CC may immediately terminate Host Family's participation in the program and remove the au pair from Host Family's home, if a) CC determines, at its sole discretion, that the au pair is in an unsuitable environment or is being treated in an inappropriate manner by Host Family; or b) Host Family fails to comply with any provision of the Host Family Financial Responsibility Agreement; or c) Host Family fails to comply with any of the aforementioned regulations of the U.S. Department of State. In the case of any termination pursuant to this paragraph the Host Family shall not be eligible for a program fee refund or a replacement au pair.

5. Host Family understands and acknowledges that it is the Host Family's sole responsibility to thoroughly interview and carefully choose an au pair from the candidate(s) presented to the Host Family, and that there is no guarantee as to the Host Family's satisfaction or to the compatibility of any particular candidate as an au pair in the Host Family. Host Family acknowledges and understands that the au pair is not an employee or agent of CC, and as such CC does not exercise dominion or control over the actions of the au pair. CC is not responsible for any act or omission on the part of the au pair.

6. Host Family understands that CC does not guarantee continuous childcare coverage during the program year under any circumstance, including, but not limited to, circumstances in which the au pair becomes ill or otherwise unable or unwilling to fulfill her or his duties hereunder; and that CC is not responsible for the costs of supplemental, replacement, or interim childcare. In addition, CC is not responsible for delays in the au pair's arrival due to visa rejections, visa delays, and flight delays.

7. Host Family will provide board and lodging in a suitable private bedroom that complies with local building codes in their home for the au pair throughout participation in the program. Host Family agrees to pay a weekly stipend in accordance with the Regulations. The stipend shall be paid to the au pair on the same mutually agreed upon day each week for fifty-one (51) weeks and cannot be withheld for any reason, including, but not limited to, outstanding phone bills, auto accidents, or lost time due to illness.

8. If the au pair will be driving a car owned or leased by any member of the Host Family, the Host Family will provide automobile insurance for the au pair at Host Family's sole cost. The insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the state in which the Host Family resides. In the case of an accident while the au pair is off duty, the au pair shall not be responsible for a deductible that exceeds $500.00 per incident. Host Family will not hold CC liable for any damage or loss resulting from the au pair's use of a vehicle. Host Family will pay for gas, and for the entire deductible resulting from any loss, for the vehicle(s) used by the au pair when performing his/her duties or requirements of the program. Host Family acknowledges that it is the Host Family's responsibility to conform to any and all state or local laws regarding the au pair's use of Host Family's automobile, including the au pair obtaining a local driver's license, if required. Host Family acknowledges that CC makes no representation of the ability of an au pair to drive an automobile. It is the sole responsibility of the Host Family to independently evaluate the driving abilities of the au pair in both the interview and on the road upon arrival.

9. Host Family agrees that during the first three (3) days of an au pair's stay in the home, a parent or another responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household, and community.

10. Host Family agrees that au pair's will perform childcare services and light housekeeping related to childcare and that the au pair's duties are not to include heavy chores, including, but not limited to, yard work, window washing, or scrubbing floors. The au pair's duties relating to childcare may include active duties, including, but not limited to, general supervision of play, preparing children's meals, straightening their rooms, and doing the children's laundry; and passive duties, such as being present when the children are sleeping, which time is considered working hours.

11. Host Family agrees that the au pair hours and work schedule will be limited to forty five (45) hours per week with a maximum of ten (10) hours per day and no more than five and one half (5½) days per week. Host Family agrees that the au pair will have one (1) full weekend (Friday evening to Monday morning) off duty per month and one and one half (1½) consecutive days off per week. The au pair will also receive two (2) calendar weeks (14 days) of paid vacation, to be taken at mutually agreed upon times. Host Family also understands that asking the au pair to work additional hours and/or offering additional compensation for additional hours is a violation of the U.S. Department of State guidelines.

12. Host Family will facilitate enrollment and provide time off and transportation for the au pair to study at an accredited post-secondary institution of au pair's choice (for a minimum of six (6) credit hours or its equivalent). Host Family agrees to pay up to $500.00 per year for au pair's tuition and related educational expenses.

13. Host Family will facilitate attendance and provide time off and transportation for the au pair to attend monthly meetings with CC's Local Childcare Consultant. Host Family agrees to at all times respond to the inquiries of CC's Local Childcare Consultant and other CC agents and employees; and Host Family agrees to attend at least one of two family day conferences sponsored by CC during the program year.

14. Host Family agrees that if an infant less than three (3) months old is living in the home, a parent or another responsible adult shall be present in the home at all times and the au pair shall not be the sole care giver for that child at any time (including sleeping hours). Host Family agrees to notify CC if a child less than three (3) months is added to the household at any time during the program term. Host Family agrees to notify CC in the event there is a change of composition of the household, including, but not limited to, divorce, custody change, death, adoption, pregnancy, or possible move to a different home.

**HIGHLY CONFIDENTIAL** AP.0003592
**ATTORNEYS' EYES ONLY**

**CC00000698**

15. Host Family acknowledges that it is Host Family's responsibility to investigate and comply with any state or local laws which relate in any manner to having an individual live in the Host Family's home to provide childcare.

16. If a serious problem develops between the Host Family and the au pair, the Host Family shall notify CC immediately both by telephone and in writing. If CC in its sole discretion believes that its involvement might help to reach a resolution, the Host Family agrees to consult with and cooperate in all respects with CC representatives. Host Family agrees to follow CC's mediation and transition guidelines as outlined in the Host Family Handbook. Host Family further understands that the first month is a period of adjustment; and accordingly CC will not process non-emergency transitions during this time period.

17. In the event of au pair replacement, CC will use reasonable efforts to locate another au pair for Host Family. The Host Family recognizes that CC may not be able to immediately find a new placement for the Host Family's departing au pair. If a new placement cannot be so immediately found, the Host Family is required to allow the departing au pair to continue to live with them for a period not in excess of two (2) weeks. During such interim period, the Host Family in its discretion may request the departing au pair to provide, or not to provide, any childcare services. Host Family will provide reasonable assistance to CC in transporting departing au pair to nearest departure gateway. The Host Family understands and acknowledges that it is the practice of CC to review the accounts of all Host Families that have had more than two placements within a thirty week period. CC may in its sole discretion require any Host Family so reviewed to pay a fee, the amount of which shall be in CC discretion enough to cover the travel and training costs of a new au pair. Said fee shall be a condition precedent to a new placement. Nothing contained in this provision modifies or alters in any manner the right of CC to determine any Host Family as unsuitable and to terminate their participation as set forth in the Host Family Agreement.

18. Host Family agrees to complete a new host family application, including host family agreement, weekly schedule, references, letter to the au pair, and photos in the event that:
a) Host Family completes at least thirty (30) childcare weeks (30 weeks or more is considered a program year).
b) Host Family transitions with their current au pair after completing at least 30 weeks of childcare. Host Family understands that may be responsible for any tuition costs or vacation days for the replacement au pair if he/she has not previously received his/her allotment.
c) Host Family wishes to welcome an au pair into their home and their previous application is older than six (6) months.

19. In the event that Host Family has received less than thirty (30) weeks and chooses to extend with current au pair, Host Family understands that they are not eligible for extension pricing and the regular program fee rates apply. The au pair with whom the Host Family is extending must have arrived at Host Family's home more than thirty (30) weeks before the end of their first-year legal departure date to be eligible for Extension Program fee savings.

20. In the event of an accident or serious illness which, in the sole judgment of CC, prevents the au pair from continuing her/his duties for an extended period, she or he will end the exchange early and return home and CC will use reasonable efforts to find a replacement au pair for Host Family.

21. Host Family understands that au pair term begins upon arrival to the CC training school. Host Family further agrees to assist CC in ensuring that the au pair leaves the United States at the conclusion of the program term.

22. Host Family acknowledges that CC is not responsible for any expenses incurred by the au pair or by the Host Family, including, but not limited to, telephone bills, automobile expenses, property damage, travel expenses, and health expenses not covered by insurance. Accordingly, Host Family agrees not to seek payment from CC for any of these expenses or costs.

23. Host Family agrees to inform CC in writing in the event Host Family wishes to withdraw from the program before completion of the program term. In the event of such withdrawal, Host Family shall be subject to the refund policy set forth in the Host Financial Responsibility Document executed by the Host Family. If Host Family withdraws from the program before the au pair arrives, Host Family is subject to cancellation fees.

24. Host Family acknowledges and understands that the Au Pair program is an International exchange program that is dependent on the U.S. government and foreign governments for support and assistance for its ability to function. Host Family agrees that CC is not responsible in any manner for any act of non-performance as a result of government regulations, sickness, epidemics, health risks, civil strife, industrial action, natural disaster, fire, adverse weather conditions, war or threat of war, actual or threatened terrorist activity or any other act or event beyond CC's control.

25. All adults residing in the home where the Au Pair will reside are required to be screened by CC in a manner solely determined by CC to be appropriate which shall include but not be limited to a criminal background check. Host Family hereby consents to said criminal background check and agrees to acquire the consent to said criminal background from any other adult living in the household. Host Family hereby states that all adults living in the house have been so identified to CC staff. All adults living in the household who are legal guardians/parents of the involved children must execute this agreement. Host Family's obligation hereunder shall be joint and several. This Agreement shall be governed by the laws of the Commonwealth of Massachusetts, without regard to the conflict of law principles in Massachusetts or any other jurisdiction. In the event of any claim, dispute or proceeding arising out of the relationship of the Host Family and CC, or any claim whether in contract, tort, or otherwise, or at law or in equity that arises between the parties, whether or not related to this agreement, the parties hereby submit and consent to the exclusive jurisdiction and venue of the courts of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts.

26. CC may assign this agreement to another U.S. State Department approved entity who is an affiliate of CC or who acquires all or substantially all of the assets of CC.

27. Host Family agrees on their own behalf and on behalf of their children, to irrevocably, unconditionally, and fully remise, release, and forever discharge CC and CC's respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which Host Family has or may hereafter have, which are based out of injury, damage, or loss of any other kind to the Host Family or their property resulting from participation in the CC program. This includes, without limitation, the au pair's performance of services for and involvement with the Host Family, regardless of how such injury, damage, or loss may arise and regardless of whether the injury, damage, or loss is in whole or in part caused by the negligence of any one or more of the Released Parties. Host Family further agrees to indemnify and hold harmless the Released Parties from and against any losses, claims, damages, or liabilities related to or arising out of the participation of Host Family in the CC program, including, but not limited to, any injury or damage to the Host Family or their children that the au pair causes or to which s/he contributes.

My (our) signature(s) below indicates acceptance of the terms of this agreement, and is legally binding and we agree to follow these terms and conditions if accepted into the program by CC. No alterations to the terms of this agreement will be valid unless approved in writing by CC.

_____     _____
*Host parent's signature*                                              *Date*

_____     _____
*Host parent's signature*                                              *Date*

*Please contact us with questions or for more information. Phone:* **1-800-333-6056** • *Email:* **aupair@culturalcare.com** • *Website:* **culturalcare.com**

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

CLW-CC-APP.0003593

CC00000699

Case No. 1:14-cv-03074-CMA-KMT   Document 859-19   filed 03/30/18   USDC Colorado   pg
181 of 182

# Exhibit 356



*Cultural Care*
*Au Pair*

*Host Family*
*Handbook*

*culturalcare.com*

PLAINTIFFS' RESP. APP.0003595

CC00000717