# **<u>Exhibit S</u>**

(replacing ECF No. 943-38)



# What qualifications and training do au pairs have?

*All Cultural Care au pairs are screened and trained.*

All of our au pairs undergo a multi-step screening process and receive specialized training before arriving to your home and throughout the year. The steps to becoming a Cultural Care au pair are as follows:

### Screening and Orientation
All au pair screening is conducted by trained staff in established Cultural Care offices worldwide. Prospective applicants are invited to attend a Screening and Orientation meeting during which recruitment leaders present program requirements. Each candidate also undergoes an English evaluation and is interviewed individually in her native language allowing recruitment leaders to assess a candidate's personality and motivation for becoming an au pair. Only those suitable for placement are invited to submit an application.

### Au pair application
Our comprehensive application requires au pairs to share information about their education, family background, interests and goals, childcare experience and responsibilities. Applicants also submit photos, videos and a letter to their host family. In addition, all candidates take a personality assessment exam that evaluates personality styles—information many families find integral to the selection process.

### Background check
Cultural Care Au Pair completes a background review on each au pair before she travels to the U.S. We require a criminal background check, current health certificate from a physician, confirmation of completion of secondary school and a copy of her driver's license. Au pairs must also provide three non-family references (at least one documenting childcare experience), each of which are verified through an established Cultural Care office.

### Pre-departure training
All accepted au pairs receive a *Cultural Care Au Pair Handbook*, their go-to-guide for American culture, family life, safety and program guidelines. They also complete an independent study unit in preparation for the Au Pair Training School.

### Au Pair Training School
Before arriving to your home, your au pair will attend a 4-day training program on the St. John's University campus in Oakdale, NY. Class time at Cultural Care's exclusive Au Pair Training School is spent covering topics such as first aid, household safety and emergency procedures. Group discussions focus on nutrition, age-appropriate activities and building self-esteem.

### American Red Cross CPR and Driver's Safety Course
At our training school, American Red Cross instructors administer the adult and pediatric CPR/AED and First Aid certification program to all au pairs. Cultural Care au pairs attend a classroom course on driver's safety[1], also delivered by the American Red Cross, designed to familiarize au pairs with American driving laws, signs and protocols.

[1]Effective for au pairs arriving from overseas in February 2014 and beyond.

---

**EACH CULTURAL CARE AU PAIR:**

- Is recruited through established Cultural Care offices

- Participates in a multi-step screening process

- Submits a criminal background check

- Submits a certificate of health from a physician

- Presents three non-family references and at least one documenting childcare experience

- Participates in a 4-day orientation and training program at our Au Pair Training School

- Is American Red Cross-certified in adult and pediatric CPR/AED and First Aid

- Attends an American Red Cross classroom course on driver's safety[1]

- Learns about additional safety measures and injury prevention during the year through our Continuing Safety Education Program

PLAINTIFFS' RESP. APP.0003650

CC00000823

# How do I choose the right au pair for my family?

*Cultural Care Au Pair makes choosing your au pair easy.*

Choosing your au pair is a big decision—but it doesn't have to feel stressful or overwhelming. Our matching process is uniquely designed to suit every family's needs by offering:

**The largest selection of available candidates**
Cultural Care Au Pair has the largest selection of au pairs in the industry who hail from over 20 countries worldwide. There are thousands of applicants looking to join American families year-round.

**Full access to au pair candidates' applications online**
Our Search and Select functionality gives parents online access to our full selection of au pairs. Through their online accounts, registered families have the ability to browse our applicants using specific search criteria including nationality, age, driving experience and more. Families can view an au pair's detailed application and reserve, contact and release candidates on their own.

**A dedicated placement manager**
Every family is assigned to a dedicated Cultural Care placement manager, and upon registration, you will receive a welcome call from her or him. During your initial conversation, you will discuss your family's needs and how much of your placement manager's assistance you would like throughout the process. She or he can search for and reserve au pair candidates on your behalf or you may choose to do this independently. Families new to au pair childcare are encouraged to work closely with a placement manager to get started.

**Exclusive access to reserved candidates**
Because applications reserved in your account are yours to review exclusively, you will never compete with other families while you decide if a candidate is the right fit. You will have two days (more if you need them) to evaluate an au pair's application and give your placement manager feedback.

**Phone connection service**
A phone interview is an essential step to finding the right au pair, and before finalizing a match, Cultural Care Au Pair and the U.S. Department of State require all families to speak to their au pair at least once. To assist in this, we provide an overseas connection service as well as an *Au Pair Matching and Interview Guide* and helpful online advice. You also have the option to call an au pair's references if you wish to discuss her qualifications.

## STEPS TO HOSTING YOUR AU PAIR

Your au pair can arrive to your home in as little as 8-10 weeks from the time you register if you are actively engaged in the matching process. Contact us for help if you need an au pair sooner. The following steps outline the process from beginning to end:

- Register online at **register.culturalcare.com**

- Review and interview candidates with the help of your placement manager and our online Search and Select tool

- Select your au pair

- Complete your application and in-home interview with your local childcare consultant (LCC)

- Prepare your home for your au pair's arrival

- Pick up your au pair at your preferred airport or bus stop

PLAINTIFFS' RESP. APP.0003651

CC00000824



*We've just welcomed our seventh Cultural Care au pair.*
*I attribute our success in part to Cultural Care's screening process*
*and also to the work we put in to having honest and open communication*
*with our au pair. We welcome our au pairs into our family with*
*the same love that we would a family member.*

GRETCHEN, CULTURAL CARE HOST MOM SINCE 2006



CULTURALCARE.COM | 800-333-6056 | 11

PLAINTIFFS' RESP. APP.0003652

CC00000825



**Adriana, Cultural Care au pair from Mexico**
with her host parents Sneha and Rob and
two of her host children, Simran and Safia
(Druv not pictured)

PLAINTIFFS' RESP. APP.0003653

CC00000826

# What are my responsibilities as a host family?

*Cultural Care host families must also meet certain requirements.*

Before joining the program, families are required to meet all government and Cultural Care guidelines. We also ask families to embrace the "spirit" of the program by being open to cultural differences and keeping communication a priority. The most successful host families are those who will:

**Meet all U.S. Department of State and Cultural Care guidelines**
In order to protect host families and au pairs and the integrity of the program, the U.S. Department of State and Cultural Care Au Pair put forth basic requirements for both parties. To qualify to become a host family, you must meet all criteria included in the column at right. Host families must also complete an in-home interview prior to welcoming an au pair, and an orientation within 2 weeks of the au pair's arrival. They must be responsive to monthly contact with their local childcare consultant (LCC) and attend one host family event per year.

**Welcome your au pair as a member of your family**
Au pairs should not be considered employees, but rather an extended family member. Many host families liken their au pairs to a niece or older daughter. As such, give and take is important. Think about how you would want someone to treat your child if she was living with a host family abroad and treat your au pair accordingly. Asking how her day was, including her in family meals and outings, celebrating her birthday and recognizing important holidays will go a long way toward making her feel welcome and supported.

**Be open to cultural exchange**
It's important to recognize that the au pair program is a cultural exchange experience as well as a childcare program. When your au pair arrives, it will take some time for her to become accustomed to living in your home. You can make her feel more comfortable by supporting her as she adjusts to a new language and culture. Expressing interest in your au pair's culture and asking questions about her friends, family and life back home helps with this transition as well. When your au pair does things differently than you do, recognize that it can be because she's not familiar with what you consider "normal".

**Communicate, communicate, communicate**
Communication: it's the key to a successful year. Just as in any other good relationship, talking to your au pair about your expectations is essential. You should also find time to share praise, voice concerns and give constructive feedback when appropriate.

**Follow proper program procedures in the case of an issue**
If you and your au pair encounter an issue that can't be resolved through direct communication, your LCC is available if you feel you need a mediator to step in and help. We ask that host families and au pairs go through a mediation process during which both parties try to resolve the issue. If issues remain after a 2-week mediation period, your LCC will work with you and your au pair to make the transition to a new placement as seamless as possible for each of you.

## ALL CULTURAL CARE HOST FAMILIES MUST:

- Be U.S. citizens or Green Card holders (both parents)

- Limit their au pair's childcare responsibilities to 45 hrs/week and 10 hrs/day

- Give their au pair 1.5 consecutive days off/week, 1 complete weekend off/ month and 2 weeks paid vacation during the year

- Pay their au pair a weekly stipend of $195.75[1]

- Arrange for a responsible adult to be home for the first three days of their au pair's stay

- Provide a private bedroom for their au pair

- Contribute up to $500[2] towards their au pair's educational component

- Complete a criminal back-ground check prior to their au pair's arrival (applies to all adults living in the home)

[1]The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.

[2]The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any increase that is issued.

PLAINTIFFS' RESP. APP.0003654

CC00000827

# *What does it cost to host an au pair?*

*Most families find that hosting a Cultural Care au pair is a very cost effective childcare solution.*

## 2014 PROGRAM COSTS



### $75 registration fee

Payment of the registration fee will allow you to register online, begin our personalized matching process and access our online database of available au pair profiles. **Due at the time of registration (non-refundable).**

### $300 match fee

The match fee will secure your au pair match, allow us to process visa paperwork and reserve flights. **Due upon final selection of your au pair (non-refundable).**

### $7,995 program fee

Our program fee contributes to the following:

• Recruitment and screening of your au pair
• Your au pair's training at the Cultural Care Au Pair Training School
• The matching services of a dedicated placement manager
• Host family and au pair orientation
• Round-trip international airfare for your au pair
• Medical and travel insurance
• Year-long support from our office staff and your local childcare consultant (LCC)

**Payment due date varies based on your chosen payment plan (see right).**

### $195.75 au pair weekly stipend (x 51 weeks = $9,983.25)

The stipend is paid every week to your au pair for 51 weeks.[1]

### $18,353.25 TOTAL ANNUAL COST

| Annual Cost | Monthly Cost | Weekly Cost | Hourly Cost |
|---|---|---|---|
| $18,353.25 | $1,529.44 | $359.87[2] | $8.00[3] |

[1]The weekly stipend is determined by the U.S. Department of State using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.

[2]The weekly cost is calculated based on 51 program weeks (an au pair's first week in the U.S. is spent at the Cultural Care Au Pair Training School).

[3]The hourly cost is calculated based on 45 hours per week, the maximum number of childcare hours an au pair can provide according to U.S. Department of State regulations.

**Fabiana, Cultural Care au pair from Germany**
with her host children Liam and Luca

PLAINTIFFS' RESP. APP.0003655

CC00000828





## OTHER COSTS TO CONSIDER

In addition to the program and stipend fees listed, there are costs to consider that vary from family to family including:

**Educational allowance: up to $500[4]**
U.S. Department of State regulations require families to provide an allowance of up to $500 per au pair to enable their au pair to attend post-secondary accredited educational courses during the program year.

**Additional insurance**
Families who allow their au pair to drive are responsible for adding her to their current insurance policy. Some states require workers' compensation coverage for an au pair living in your home. Visit your Host Family Account for more information.

**Room and board**
Families are required to provide their au pairs with a private bedroom and provide for regular meals.

**Domestic transportation fee**
The domestic transportation fee covers an au pair's transportation to their host family's home from the Au Pair Training School in NY. For a full list of our gateways and associated costs, please refer to our "Program costs" section on culturalcare.com.

## PROGRAM FEE PAYMENT TERMS

### Regular payment plan

The $7,995 program fee, less any applicable discounts, is due 30 days prior to your au pair's arrival to the Au Pair Training School.

### Extended payment plan

Our extended payment plan (EPP) makes paying for your program year even more convenient as you may choose to pay as you go in easy installments.

Initial deposit ($2,495) + enrollment fee ($200)
(Due 30 days prior to your au pair's arrival)

Installment #1 ($2,000) + financing fee ($50) + domestic transportation fee (see above) less any applicable discounts
(Due 2 months after your au pair's arrival)

Installment #2 ($1,750) + financing fee ($50)
(Due 4 months after your au pair's arrival)

Installment #3 ($1,750) + financing fee ($50)
(Due 6 months after your au pair's arrival)

Please contact us or visit our website for more details about this option: **culturalcare.com/costs/payment-plans.**

[4]The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any increase that is issued.

PLAINTIFFS' RESP. APP.0003656

CC00000829

# What kind of support can I expect as a host family?

*Cultural Care Au Pair provides families with a strong network of support.*

Throughout your program experience, you will have access to your local and office support team, as well as a host of online resources—a unique advantage to the au pair program. During the year, you can rely on:

**Your local childcare consultant (LCC)**
Your LCC is your first line of support, and she or he lives within an hour's drive of your house (usually a lot closer). Your LCC will: schedule an in-home interview to review program regulations and expectations; check in with you within 48 hours of your au pair's arrival; arrange an orientation meeting with your family and au pair within two weeks of her arrival to ensure things are going smoothly; maintain regular contact with you and host monthly meetings for your au pair; and be on-hand to assist you if you encounter challenges along the way.

**Cultural Care office support**
Your primary office contacts at Cultural Care Au Pair are your placement manager and program director. Whether based in our Cambridge office or in one of our satellite offices, your placement manager is responsible for guiding you through the matching process, and your program director works together with your LCC to provide assistance throughout the year.

In addition, our Account Services team is available to answer any general questions on insurance, flights, payments or invoices. Contact a member of the team **Monday–Friday, 7:30am–5:30pm** in all time zones: **1–800–333–6056**. We have staff available on Saturdays to assist families in the matching process, and, in case of emergency, you can reach us 24 hours a day. You may also contact us through email at: **aupair@culturalcare.com**.

**Online and printed resources**
Your online Host Family Account is created when you register and gives you access to your au pair's application, information about her home country, her travel itinerary, a copy of the U.S. Department of State program regulations, and other information you will find useful throughout your year. Cultural Care's host family InfoSource is another helpful tool, also available through your Host Family Account. This searchable database is designed to answer questions you have at any time of day or night.

Upon selecting your au pair, you will also receive a copy of our *Host Family Handbook* and *Daily Communication Log*. The handbook outlines your program responsibilities and shares insightful tips to help make your upcoming year a success, and the *Daily Communication Log* provides an effective platform for scheduling and sharing information during the week. Lastly, Cultural Care's customizable *Household Handbook* (available online through your Host Family Account) allows you to create a set of guidelines to help your au pair understand your family's rules, routines and emergency procedures.

## MEET YOUR CULTURAL CARE TEAM

As a Cultural Care host family, you will always have people who are available for support when you need it:

- **Local childcare consultant (LCC)**
  Your LCC is your primary support during the year. She or he conducts your initial in-home interview, completes a 48-hour phone call and 2-week orientation after your au pair's arrival, hosts monthly meetings for your au pair and organizes two host family events per year (one of which you are required to attend).

- **Placement manager**
  Your placement manager assists you during the matching process to ensure you find the right au pair for your needs.

- **Program director**
  Your program director is an additional resource during the year should you encounter challenges with the program.

- **Account services staff**
  Our team of account service representatives is available to assist you with general questions during regular business hours.

PLAINTIFFS' RESP. APP.0003657

CC00000830



> "
> Our LCC, Joanne, has been an extremely helpful resource to us as new host parents. One example was her support during the matching process. She gave us such great feedback on all of the applicants we considered and the process in general. I really feel like, because of her, we ended up with someone that is perfect for us.
>
> SARA, CULTURAL CARE HOST MOM SINCE 2013

CC00000831

# Why choose us?

*More families choose Cultural Care Au Pair than any other au pair agency.*
*We are the best choice for parents because of our:*



**Selection of au pairs**
Cultural Care Au Pair
has the largest number
of candidates year-
round.



**Recruitment structure**
We recruit every au
pair exclusively through
Cultural Care offices
worldwide.



**Safety training**
All Cultural Care au pairs
are American Red Cross
certified in adult and pediatric
CPR/AED and First Aid.



**Matching process**
We give families
exclusive access to au
pair candidates during
the matching process.



**Years of experience**
Cultural Care Au Pair
has provided au pair
childcare for American
families for 25 years.



**Local support**
We have the largest
network of professionally
trained local childcare
consultants.



**Loyalty program**
We offer significant
program fee discounts
for our extension and
repeat families.



**Program fees**
Our program fee is always
the same no matter the
qualifications or skills
you require of your au pair.



**Corporate responsibility**
The Cultural Care Kids
First Foundation gives
back to children in need
all over the world.







18 | CULTURALCARE.COM | 800-333-6056

PLAINTIFFS' RESP. APP.0003659

CC00000832





*Are you ready to...*

# become a host family?

*Are you ready to...*

✓ Enjoy up to 45 hours/week of flexible childcare coverage?

✓ Depend on an extra set of hands to help with your children's laundry, meal prep and room clean-up?

✓ Pay just $360 per week for your childcare provider regardless of how many children you have?

✓ Welcome a young adult into your home?

✓ Treat her as a family member?

✓ Share your culture and language and encourage her to share hers?

**Register today at:**

## *register.culturalcare.com*

CULTURALCARE.COM | 800-333-6056 | **19**

 CC00000833

## CHOOSING CULTURAL CARE AU PAIR GIVES YOU:

- Flexible, live-in childcare for up to 45 hours per week

- The ability to customize your childcare schedule to your family's needs

- A more affordable solution to daycare or nannies

- A cultural exchange experience for the whole family

- The largest network of local childcare consultants

- Support staff on-call 24 hours a day

*Call toll free:*
**1-800-333-6056**

*Visit our website:*
**CULTURALCARE.COM**



*Cultural Care Au Pair*

Cultural Care is a registered trademark of International Care, Ltd.

PLAINTIFFS' RESP. APP.0003661

CC00000834

Case 1:14-cv-03074-CMA-KMT   Document 918-58   Filed 03/17/18   USDC Colorado   Page 14
of 63

# Exhibit 358

PLAINTIFFS' RESP. APP.0003662



**Cultural Care Au Pair**

**Au Pair Monthly Contact Report for (Month/Year):** October 2012

*Due by the 10th of the next month to Charlotte Landon*

**LCC Name:** Rosalie Gennarelli (NJ)

**Date of meeting:** Oct 6, 2012

**Location of meeting:** Castle Park Chatham NJ

**Type of meeting: (Circle applicable)**

CSEP    Cultural    Social    (Host Family Event)

PR Event    Kids First event    Other _____

The US Department of State expects that the following are conducted and documented by the LCC:

1) monthly personal contact with each au pair and host family for which the LCC is responsible

2) contact with au pair and hostfamily **twice** monthly for the first **two months** following a transition placement

3) specific contact regarding the schedule or violations of other regulations be documented

| Au pair name (family name) | Au pair initials | Au pair arrival date | Stipend rcvd each week (LCC initials) | Worked 45 hours or less each week (LCC initials) | Date of contact | Date of 2nd contact (for in-country only) | Form of contact (meeting, phone, etc) | Comments |
|---|---|---|---|---|---|---|---|---|
| | | 9/10/2012 | Loo | 25/30 | | N/A | meeting | OK |
| | | 11/28/2011 | 195? | 40 | 10/06 | N/A | ice cream | I'm good |
| | | 9/17/2012 | 200.8 | 45 | 10/06 | N/A | Ice cream | I'm fine :) |
| | | 8/20/2012 | 200$ | 40 | 10/06 | N/A | ice cream so cool | everything is perfect. |
| | | 1/3/2012 | 250 | 40 | 10/30 10/31 | 10/29 N/A | Phone call | Everything going well |
| | | 10/31/2011 | 200,00 | 40 | 10/06 | N/A | ice cream kosher | everything is perfect |
| | | 10/24/2011 | 195.75 | 35 | 10/6 | N/A | phone | Everything good Leaving soon |
| | | 3/26/2012 | 200,00 | 45 | 10/06 | N/A | ice cream social | everytine is fine |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT   Document 948-38-20   filed 03/30/18   USDC Colorado   pg 17
of 64

# Exhibit 359

# Welcome to CHI Au Pair USA!

*Partner Agency Training*

*www.chiaupairusa.org*

*chiaupairops@chinet.org*

CHI Au Pair USA

CHI0002546

ATTORNEY'S EYES ONLY

PLAINTIFFS' RESP. APP.0003665





- This Presentation will serve as a brief introduction to the Au Pair Exchange Program and CHI Au Pair USA procedure

- For a more in depth understanding of the requirements and procedures involved in the Au Pair Exchange process, please read your Partner Manual

CHI0002547

ATTORNEY'S EYES ONLY



# About us

**CHI Au Pair USA** is part of **CHI (Cultural Homestay International),** *a non-profit organization* that has been dedicated to building *international understanding* through *cultural exchange* for over 30 years.

As one of the leading Au Pair agencies, **CHI Au Pair USA** *values customer service and one-on-one attention* to our families and Au Pairs.

As one of our partner agency it's important for us to carefully screen candidates to maintain our high standards



www.chiaupairusa.org

CHI0002548

ATTORNEY'S EYES ONLY

# The Au Pair Exchange Program -Department of State (DoS) Regulated Program-

The Au Pair Exchange Program in the United States is unique in that it is cultural exchange program regulated and monitored by the United States Department of State.

For more information on the Department of State Regulations, please refer to the partner manual and the Au Pair Exchange Program pamphlet pictured here.

Also check: jivisa.state.gov



THE
AU PAIR
EXCHANGE
PROGRAM

WHAT YOU SHOULD KNOW

[body text of pamphlet illegible]

CHI Au Pair USA
www.chiaupairusa.org

CHI0002549

ATTORNEY'S EYES ONLY

PLAINTIFFS' RESP. APP.0003668

# Au Pair Dept of State minimum requirements



- ❖ Between 18 and 26 years old
- ❖ Proficiency in English
- ❖ Graduated from secondary school
- ❖ Have documented, verifiable child-care experience
- ❖ Have no criminal records
- ❖ Must be personally interviewed by partner agency
- ❖ Good health



www.chiaupairusa.org

CHI0002550

ATTORNEY'S EYES ONLY

PLAINTIFFS' RESP. APP.0003669

# Au Pair benefits and duties

## Au Pairs duties

- ❖ work up to 45 hours per week (flexible schedule)
- ❖ assist with light housekeeping (related to children e.g. cooking, cleaning, laundry)
- ❖ drive children to or from school appointments & activities
- ❖ introduce her language and culture of her home country to the host family

## Au Pairs receive:

- A direct weekly payment from the host family of $195.75
- Two weeks paid vacation; one full weekend off per month
- $500 educational allowance
- Private room and full board
- Medical insurance
- Paid round trip international flight AND domestic transfer to the host family's community
- Four day comprehensive arrival orientation in Washington, D.C.
- Regularly scheduled social and cultural activities with other area au pairs ; 24 hour support provided by CHI Au Pair USA



www.chiaupairusa.org

CHI0002551

ATTORNEY'S EYES ONLY

CHI0002552

ATTORNEY'S EYES ONLY



www.chiaupairusa.org

# How to recruit au pairs

Since you know your country better than we do, we leave the marketing and recruiting of au pair applicants to you. At the same time, it is important to emphasize the cultural opportunities the program offers.

- However, we've put together some ideas of where and how to recruit applicants. Some ideas include:
  - Place ads in newspapers/magazines
  - Target young workers at schools or day care
  - Target childcare/nanny schools
  - Place posters in language schools and universities
  - Post ads on internet sites for youth activities/international exchange
  - Use former Au Pairs to advertise – "word of mouth."
  - Create special essay/photo contests
  - Create an attractive and informative website

PLAINTIFFS' RESP. APP.0003671

# Interview and selection process

**STEP1:** Ensure that the applicant is well aware of CHI Au Pair USA's regulations and policies and of the duties that she will be expected to fulfill as an au pair

**STEP2:** Interview and administer the psychometric test

**Structured Interview:** The partner agency interviews au pair in English using the questions provided in the structured interview. The interview should be in person whenever possible (or via Skype with a webcam). The candidate must have at least upper intermediate English level

**Psychometric Test:** please see the instructions on the test.

-CANDIDATE PASS PSYCHOMETRIC TEST
-CANDIDATE ACCEPTABLE ENGLISH LEVEL
-CANDIDATE UNDERSTANDS PROGRAM REGULATIONS AND POLCIES

PARTNER MATERIAL, AU PAIR APPLICATION AND OTHER USEFUL
RESOURCES ARE AVAILABLE ON LINE (see instructions to access system)



www.chiaupairusa.org

ATTORNEY'S EYES ONLY

CHI0002553

PLAINTIFFS' RESP. APP.0003672

# Interview and selection process

**STEP3:** Candidate completes CHI Au Pair USA application form and provide the supplementary documents listed in the checklist

**STEP4:** Partner agency verifies Au Pair references using the "Reference Verification" questionnaire provided

**STEP5:** Partner agency reviews au pair application, supplementary documents, verifies the au pair agreement is signed on every page

**STEP6:** Partner agency submits the application to CHI Au Pair USA:

Via CHI Au Pair USA on line system (see instructions to use CHI Au Pair USA system)

**STEP7:** CHI staff reviews au pair application and schedules a Skype interview with candidate

**STEP8:** Candidate is accepted by CHI and her application is on line available for our host families

ATTORNEY'S EYES ONLY

CHI0002554

# The interview

▶ During this interview, please ensure that the applicant is well aware of CHI Au Pair USA's regulations and policies and of the duties that she will be expected to fulfill.

▶ Please discuss culture shock and how the applicant would go about dealing with this when in the United States. Remind her of the three month transitional period which can be quite hard. Remind the au pair that this is at least a one year commitment. Although she will have vacation time and free time, she will be expected to work almost 45 hours a week with the children, often without any other adult supervision. She will be THE responsible adult.

▶ Discuss the au pair's childcare experience and how she expects to deal with discipline issues.

▶ Learn about the au pair's driving experience. Does she have a driver's license? For how long has she had it? Does she have experience transporting children? Has she ever driven in snow or bad weather? Has she ever driven in a city? Remind the au pair that she will most likely have to transport the children via car and if her driving skills are not good enough, she will be required to pay for driving school.

**Please verify all candidate information. Remember, when you submit the application to us, you are vouching for all information contained therein!**



www.chiaupairusa.org

ATTORNEY'S EYES ONLY

CHI0002555

PLAINTIFFS' RESP. APP.0003674

# The matching process

▲ Once accepted, au pair applicant profiles will be uploaded to our online database, where accepted host families can view them.

▲ If a family is interested in an au pair, they can place her on "hold". When they do this, they receive her contact information and can directly contact her.
Please inform your applicants that should be prepared for host families to contact them via email, telephone or Skype.

▲ Remind your applicants that it is very important that they feel comfortable with their potential host family, as they will be living with this family for a year.
Unfortunately, we cannot guarantee placement and some applicants will not be contacted by potential host families.

**If, after at least TWO telephone interviews, both the family and the au pair are interested in a placement, the family will request a placement online.**



www.chiaupairusa.org

CHI0002556

ATTORNEY'S EYES ONLY

# Placement

▲ When a family requests placement with one of your applicants, we will contact you via email to confirm the placement. Please review the placement information and respond as soon as possible.

▲ Please ensure that we have spelled the applicant's name correctly, that we have the correct place of birth and confirm the arrival date.

▲ We have twelve orientations scheduled throughout the year and au pairs will be scheduled to arrive on one of these orientation dates.

**We cannot process the placement until we receive your confirmation.**

▲ Once we receive your confirmation of the placement, we will put together the pre-departure package and send it to your agency.

**PLEASE NOTE THAT WE CAN NEVER GUARANTEE PLACEMENTS**



www.chiaupairusa.org

CHI0002557

ATTORNEY'S EYES ONLY

PLAINTIFFS' RESP. APP.0003676

# First Pre-departure package

The first pre-departure package is sent to Partner Agency via courier and it includes:

- DS 2019 form ( Au Pair must take this to her visa interview)
- Confirmation of payment of SEVIS fee ( Au Pair must take this with her to the visa interview)
- Depending on the country, you might receive a letter to the visa officer. If you do, please have the au pair take this to the visa interview with her.
- Placement information. This will provide the au pair with the contact information of her host family and her local coordinators in the United States. This can also be useful in the visa interview.
- Host family application – this will provide the applicant additional information about her future host family
- United States government fact sheets on immigration and social security
- Travel tips and a welcome letter from our director explaining the program.
- Au Pair Orientation Handbook
- The Baby-Sitter's Handbook
- The ABC's of American Culture
- Tote Bag

ATTORNEY'S EYES ONLY

CHI0002558

PLAINTIFFS' RESP. APP.0003677

# Visa interview

●When you receive the DS 2019 form, please assist the applicant in scheduling a visa interview as soon as possible. For more information please check the consulate website.

● Let us know when the visa interview is scheduled.

● Assist the applicant in preparing for the interview. The consulate website will provide you with information on the required materials.

●For additional questions and assistance in regards to the visa acquisition process, please contact the CHI staff.

**Please notify us as soon as you know about the results of the visa interview. If the visa has been approved, CHI will begin booking the au pair's flight and medical insurance and send it to you. If visa has been denied, please let us know if the applicant wants to try again or not.**



www.chiaupairusa.org

CHI0002559

ATTORNEY'S EYES ONLY

PLAINTIFFS' RESP. APP.0003678

# Second pre-departure package

- In the second pre-departure package, there will be:

  - International and Domestic flight ticket. Most of the time these will be e-tickets.

  - Orientation information

  - Insurance information and insurance card

  - ISIC card



**Travel cost:**

▲ CHI Au Pair USA will arrange and pay for an international ticket from a gateway airport (decided by CHI ) to domestic airport.

▲ Au Pair is responsible for arranging and paying for transportation to gateway airport.

▲ Au Pair is responsible for arranging and paying for transportation of airport to hotel in Washington D.C.

▲ Remind au pairs that they will need at least $300 in pocket money to pay for dinners and additional costs while in Washington, DC.

ATTORNEY'S EYES ONLY

CHI0002560

PLAINTIFFS' RESP. APP.0003679

CHI0002561

ATTORNEY'S EYES ONLY

# Pre-departure Orientation

**All partner agencies are required to carry out a pre-departure orientation with their au pairs**



- Please review all materials sent in pre-departure packages one and two and the pre-departure orientation guidelines

- Review CHI Au Pair USA regulations and policies.
- Review Health Insurance regulations.
- Review child care techniques and problem solving techniques.
- Discuss culture shock and how to deal with it.
- Review travel tips and orientation information.
- Remind the au pairs that they should bring all these materials to the United States with them.

PLAINTIFFS' RESP. APP.0003680

CHI0002562

ATTORNEY'S EYES ONLY

# Orientation in Washington DC

- All au pairs are required to attend an orientation in Washington D.C.

- Remind au pairs to bring all pre-departure materials with them, as they will be reviewed at this orientation.

- Remind au pairs that they will need at least $300 in pocket money to pay for dinners and additional costs while in Washington, DC.



PLAINTIFFS' RESP. APP.0003681

# Important additional information

## APC: Au Pair local coordinator

All au pairs will be assigned a local coordinator. This coordinator will supervise and assist the au pair during her year in the U.S.A.

If there are any problems or questions, the au pair should **immediately** contact her coordinator.

## Educational Component

All au pairs are *required* to complete six credit hours of study at an accredited higher education institution.

The host family will contribute UP TO $500 towards the au pair's educational component. The au pair is responsible for paying all additional costs.

If Au Pair does not complete her educational component, she has broken her agreement with CHI Au Pair USA and will lose her return ticket.

## Re-matching policy

Au Pairs will only be re-matched with a new family if all other options have been exhausted.

We cannot guarantee placement with a new family. If a new family is not found within two weeks, the au pair may have to return home at her own expense.

Please remind your au pairs that if they request removal from a family, they might not be able to find a new family and will have to pay for their return trip home.

PLAINTIFFS' RESP. APP.0003682

ATTORNEY'S EYES ONLY

CHI0002563

CHI0002564

ATTORNEY'S EYES ONLY

# CHI Au Pair USA – on line system



Use our home page www.chiaupairusa.org to log in our on line system. You will receive an automatic email with your username and password upon signing the Partner Agreement with CHI.

Use the side menu to navigate in the system



**Au Pairs:** You will find all the candidates accepted and entered in our system. You will be able to access also the information about host families matched with your au pairs.

**Forms:** You can access all our partner material, au pairs application and resources.

PLAINTIFFS' RESP. APP.0003684

CHI0002565

ATTORNEY'S EYES ONLY



**From my account:** You can manage your password, agency information, view your agreement with CHI and upload new candidates application for CHI staff to review it.

**New form:** You can upload a new Candidate to our system. Our staff will be notified and will review your candidate as soon as possible.

CHI0002566

ATTORNEY'S EYES ONLY

CHI0002567

ATTORNEY'S EYES ONLY



Add the name of your candidate, and the name of the document you want to upload: Ex: "au pair presentation letter", "application form" ..

PLAINTIFFS' RESP. APP.0003686



We look forward to working together and to having a successful program!

If you have any questions our staff is always available to assist you!

chiaupairops@chinet.org

CHI Au Pair USA

CULTURAL HOMESTAY INTERNATIONAL

*Loving and affordable childcare from around the world*

www.chiaupairusa.org    1-800-432-4643

CHI0002568

ATTORNEY'S EYES ONLY

PLAINTIFFS' RESP. APP.0003687

# Exhibit 360

PLAINTIFFS' RESP. APP.0003688



OPENING DOORS TO THE WORLD SINCE 1980!
· CULTURAL HOMESTAY INTERNATIONAL ·
A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM
104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960



# AU PAIR PROMISE AND AGREEMENT

"OPEN YOURSELF TO THE WORLD, THE WORLD WILL BECOME YOUR HOME"

I, _____[Redacted]_____, as a participant of the CHI Au Pair USA Exchange Visitor Program, agree to perform all of my duties under the terms and conditions set forth in this Promise and Agreement.

## A. CORE VALUES. I PROMISE TO:

1. Perform my responsibilities in childcare for my host family's children in a conscientious and alert manner with resp courtesy, safety and commitment, as well as abide by the host family's rules.
2. Act with a level of maturity which is respectful of my host family's values.
3. Avoid behavior which may reflect negatively on my host family or CHI Au Pair USA.
4. Obey all U.S. Federal, State, and local laws.
5. Actively participate in and contribute to the life of my host family with a positive attitude, including, but not limite joining in family meals, holidays, and other cultural and social activities.
6. Enroll in and attend at least six semester hours, or the equivalent, at an accredited post-secondary education institution.
7. Abide by all regulations outlined by the U.S. Department of State relative to the Au Pair Exchange Visitor Program.
8. Cooperate fully with all representatives of the CHI Au Pair USA program and understand if any disputes arise rela to program requirements, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.
9. Participate in this Exchange Visitor Program with the intent to further my personal, educational and cult enrichment.

## B. PROHIBITED ACTIVITIES. DURING MY PARTICIPATION PERIOD IN THE CHI PAIR USA PROGRAM, I WILL NOT UNDER ANY CIRCUMSTANCES:

1. Accept any form of paid employment other than for my duties as an au pair with my host family from whom I receive a weekly stipend in accordance to current U.S. Government regulations.
2. Ask to borrow money from my host family or accept any offer from them to lend money to me.
3. Use illegal drugs or engage in the excessive use of alcohol.
4. Consume alcoholic beverages if I am under the U.S. legal drinking age of 21 years.
5. Smoke in the host family home without permission.
6. Violate the terms jointly established in the Host Family/Au Pair Agreement.
7. Engage in any form of sexual misconduct.



EXHIBIT
Reilly
19
5-16-17

CHI code: _____

AP Initials: L·A

1 / 6

© CHI AuP Prom&Agrmt

PLAINTIFFS' RESP. APP.0003689 ATTORNEY'S EYES ONLY          CHI0002324

## AU PAIR PROMISE AND AGREEMENT (cont.)

### C. TERMS AND CONDITIONS. I ACCEPT THE TERMS OF MY CHI Au Pair USA AU PAIR RESPONSIBILITIES TO: 

1. Notify CHI Au Pair USA immediately of any new information and/or changes to my application.

2. Ensure I will personally conduct all communication, whether it be via phone, written and/or electronic, with the Host Family during the interview process.

3. Understand that any falsification or exaggeration of any application information provided by me, my references and/or home country agent may result in my immediate dismissal from the program and return to my home country at my expense.

4. Understand that CHI Au Pair USA has the exclusive right at any time to determine if I am suitable to participate in the program, including inquiries to references and third parties about my background, character, and medical history within the realm of legal guidelines.

5. Understand that as an au pair, I am not an employee, agent or independent contractor of CHI Au Pair USA. At the same time, CHI does not have legal control over the actions of the Host Family.

6. Perform childcare and light housekeeping duties related to childcare:

   a. Up to 45 hours per week

   b. 5 1/2 days per week

   c. Maximum of 10 hours per day

7. Understand that I will receive a weekly stipend from the host family based upon minimum wage in accordance to current U.S. Government regulations.

8. Undertake childcare and related tasks including, but not limited to, supervision; being present when children are sleeping; interactive activities; transport of children to and from school, extra-curricular activities, medical appointments; preparing children's meals; upkeep of children's rooms; and doing children's laundry. If a dispute arises concerning the scope of the au pair's responsibilities, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

9. Agree to attend the CHI Au Pair USA arrival orientation training session. Failure to attend any portion of the training will result in my immediate program dismissal and repatriation back to my home country at my own expense.

10. Ensure, in the event there is a baby less than three months old living in the home, a parent or other responsible adult shall be present in the home at all times, and that I shall not be the sole caregiver for that child at any time.

11. Ensure, in the event there is an infant under the age of two years old, I must have 200 hours of documented experience working with children under the age of two.

12. Agree that if I am expected or permitted to drive the family car, I will obtain a valid driver's license at my own expense and provide proof.

13. Understand that if I am expected or permitted to drive the family car, my host family must provide me with automobile insurance with a minimum of $10,000 in medical coverage. I further understand that I will not be responsible for payment of any automobile insurance deductibles that exceed $250 per accident. I agree never to use the car without the express permission of my host family and will not operate a car after consuming alcoholic beverages.

14. Communicate in advance with the host family regarding the scheduling of my free time of at least 1 1/2 days off per week as well as one full weekend (Friday evening to Monday morning) off per month. In addition, I will notify the host family of the scheduling of my paid vacation time of 14 days.

15. Agree to promptly reimburse the host family for any and all personal expenses incurred by me, including, but not limited to, telephone bills, automobile expenses, travel expenses, etc.

16. Agree to enroll and attend an accredited U.S. post-secondary institution for a minimum of six credit hours or its equivalent. I understand that my courses shall be taken at mutually agreed upon time with my host family. I further understand that I will submit verification of attendance for these classes at the end of my program year. I shall be responsible for costs related with such educational study that exceed the $500 paid by my host family. I will submit verification of attendance for these classes at the end of my program year.

17. Agree to attend au pair meetings/gatherings/activities arranged by CHI Au Pair USA.

18. Agree not to enter into any kind of contractual agreement, such as employment, marital or religious, during my year in the U.S.

| CHI code: | | AP Initials: L.A |
|---|---|---|

© CHI AuP Prom&Agrmt 2011 v1

PLAINTIFFS' RESP. APP.0003690 ATTORNEY'S EYES ONLY          CHI0002325

## AU PAIR PROMISE AND AGREEMENT (cont.)



### D. AU PAIR CONDUCT AND BEHAVIOR. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. Use good judgment, sensitivity and caution while participating in Internet-base communities and social networking websites, such as MySpace, Facebook, YouTube etc. I agree not to post Host Family information, including but not limited to, addresses, phone numbers, names, and information about Host Family children.

2. Agree to obey all local, state and federal laws. Should I be arrested for committing a crime, CHI Au Pair USA is not responsible for arranging or paying for legal help or representation. All legal matters as a result of my actions will be resolved on my own and at my expense. I also acknowledge that if any terms of this Agreement was violated as a result of criminal activity and/or legal matter, CHI may in its sole discretion terminate my participation in the program, and I will immediately return to my home country at my own expense.

### E. FINANCIAL. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. A program administration and processing fee is due upon submission of the application.

2. The DS 2019 form will not be issued until the processing fee balance is paid in full.

3. If the au pair cancels the program after having accepted a host family placement, the au pair forfeits the processing fee.

4. Should issuance of the J-1 visa be denied by the U.S. Embassy/Consulate, the unused DS 2019 form and written proof of denial must be submitted to CHI Au Pair USA after which the partner agency will issue a refund less an administrative fee.

5. No refunds will be issued for early departure, dismissal and/or any violation of program regulations, local, state and federal laws. The Au Pair agrees to have sufficient financial resources to satisfy all obligations during participation in the CHI Au Pair USA program, including payment for a return flight if the Au Pair does not complete the program successfully.

6. The au pair is entitled to two weeks or 14 days of paid vacation and vacation time-off is to be determined mutually by both the au pair and host family.

7. The au pair understands that he/she is not entitled to paid or unpaid time-off on government recognized holidays such as Thanksgiving, Christmas, Independence Day, etc.

8. The U.S. Department of Labor has determined that the au pair stipend constitutes "wages" because an employer-employee relationship exists between the au pair and the host family. Au Pair wages are essentially in the nature of household employment, and au pairs are required to file U.S. individual tax returns. CHI Au Pair USA is not responsible for providing, and will not provide, any guidance in tax matters, but that said matters are strictly the responsibility of the au pair.

### F. TRANSPORTATION. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. The au pair is responsible for arranging and paying for domestic home country transportation from his/her residence to a CHI designated international gateway airport, as well as the domestic home country transportation upon return to the home country.

2. At the end of the program year, the au pair is responsible for arranging and paying for U.S. domestic transportation to the U.S. international gateway airport.

3. A portion of the Host Family's program fees is applied toward the au pair's international airfare. CHI Au Pair USA arranges the itinerary and air ticket purchase.

a. Should the au pair cancel or request itinerary changes after the ticket is purchased, the au pair is responsible for paying any penalties and/or surcharges on the ticket.

b. Two months prior to the end of the program year, the au pair is required to notify CHI Au Pair USA, in writing, of his/her departure itinerary and pay any applicable airline charges in advance. Should the au pair fail to comply with this request, the au pair is responsible for arranging the departure flight and paying any penalties, surcharges, and/or ancillary expenses related non-notification.

c. All return flights must originate in the U.S. CHI either will pay for the return segment directly to your home country or will pay the airfare to a final destination that is the same or less than the cost of an airfare to your home country.

---

CHI code: _____                                    AP Initials: L.A

© CHI AuP Prom&Agrmt 2011 v)

PLAINTIFFS' RESP. APP.0003691 ATTORNEY'S EYES ONLY                      CHI0002326

## AU PAIR PROMISE AND AGREEMENT (cont.)



d. CHI will only book flights that depart during the au pair's program period or the one month grace period. Any au pair that chooses not to return home upon completion of his/her program or during the grace period following his/her program waives his/her right to a return flight ticket.

e. CHI arranges the au pair's return ticket on the best flight option available. If there are no available flights, CHI reserves the right to book the au pair on an alternative date.

f. CHI cannot guarantee non-stop or direct flights.

4. The au pair is responsible for paying for any U.S. airport transfer between the arrival orientation airport and the orientation hotel and the return transfer from the orientation hotel back to the airport.

## G. TRAVEL & ACCIDENT INSURANCE. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. CHI Au Pair USA provides the au pair with 12 months of travel and accident insurance that meets U.S. Department of State requirements. Coverage is NOT full comprehensive medical insurance and the travel and accident insurance coverage contains limitations and exclusions. Prior to arrival in the U.S., the au pair agrees to read the insurance coverage and its limitations and exclusions.

2. Pre-existing medical conditions will not be covered by travel and accident insurance.

3. Dental coverage only applies to dental work as a result of an injury or accident. It does NOT cover standard dental treatment.

4. Any medical expenses that are not covered by the insurance policy are the responsibility of the au pair, and not CHI nor the Host Family.

5. Medical insurance for the optional 30-day post-program travel period can be purchased for an additional fee through CHI.

6. The au pair participant is fully responsible for arranging insurance to cover any additional time as a tourist.

## H. J-1 VISA. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. Once the au pair and host family placement is confirmed and all program fees are paid, CHI Au Pair USA will issue a DS 2019 form - Certificate of Eligibility for Exchange Visitor (J-1) Status.

2. The DS 2019 form is NOT a visa. The au pair must take the DS 2019 form and apply for the J-1 visa at the nearest U.S. Embassy/Consulate in the participant's home country. Without a current J-1 visa stamped in the passport, participation in the program is invalid.

3. The J-1 visa allows the au pair to legally enter the U.S. and participate in the role of an au pair .

4. Should the au pair choose to travel outside the U.S. during the one-year program term, the au pair:

a. Must qualify for time-off within the program rules.

b. Must notify the host family and CHI Au Pair USA field representative

c. Is responsible for contacting the appropriate country's embassy to determine if a visa is required for entry into that country.

d. Must submit DS 2019 to CHI Au Pair USA Main Office to verify good standing in program and approve temporary exit out of U.S.

5. There is an optional 30-day post-program grace period in which the au pair may either stay in the U.S. for travel purposes only or return to his/her home country.

a. During this 30-day grace period the host family is not obligated to host the au pair, nor are they required to pay a weekly stipend.

b. The au pair is not to seek paid employment during the post program grace period.

c. The au pair is responsible for any and all living and travel related expenses during the 30-day post-program grace period.

6. The au pair is required to return to his/her home country no later than 30-days after the last day of their one year program term as indicated on the DS 2019 form.

CHI code: _____          AP Initials: _L. A_

4 / 6                                        © CHI AuP Prom&Agrmt 2011 v1

PLAINTIFFS' RESP. APP.0003692 ATTORNEY'S EYES ONLY                    CHI0002327

## AU PAIR PROMISE AND AGREEMENT (cont.)



7. The au pair is NOT to seek a change in visa status, i.e. from J-1 to F-1 visa, during his/her CHI Au Pair USA program. Should the au pair wish to pursue studies on an F-1 visa, he/she is required to return to his/her home country after the successful completion of the CHI program and then re-enter the U.S. under another applicable valid visa. Should the au pair violate these specific terms, the au pair is not entitled to the return airline ticket, and CHI reserves the right to notify U.S. immigration authorities of procedural abuse.

## I. GRIEVANCE PROCEDURE AND RESOLUTION. SHOULD SIGNIFICANT PROBLEMS OCCUR, INCLUDING BUT NOT LIMITED TO MY HEALTH, SAFETY OR WELFARE AND/OR ADJUSTMENT TO THE FAMILY, CULTURE AND LANGUAGE, I UNDERSTAND THE FOLLOWING ACTIONS WILL TAKE PLACE AND MY RESPONSIBILITIES IN SUCH SITUATIONS:

1. The au pair is to initially communicate and problem-solve by working toward a solution with the host family.
2. If the problem persists, the au pair must notify CHI Au Pair USA of the situation. CHI will intervene and attempt to resolve the problem. The au pair is aware that there is an initial adjustment period of 60 days following the au pair's arrival before any placement changes is considered; however, any decision regarding the au pair's program status, dismissal or re-placement will be made at the sole discretion of CHI Au Pair USA.
3. A change in host family needs are not the sole reason for the au pair to request a placement change and/or re-match. The au pair understands the nature of the program of being flexible and agrees to cooperate the CHI during the re-matching process.
4. If the au pair does not make a good faith effort to resolve the problems or misunderstandings, or if the au pair violates any terms of this Agreement, CHI Au Pair USA may in its sole discretion terminate the au pair's participation in the program and immediately repatriate the au pair to his/her home country at the au pair's expense.
5. If the au pair does not successfully complete the program year, the au pair is responsible for his/her return travel expense.
6. If the au pair's first placement is not successful, and CHI Au Pair USA determines and approves that the au pair shall be placed in a new family, the au pair agrees to cooperate with CHI Au Pair USA during the entire re-matching process. Should CHI Au Pair USA is unable to place the au pair in a new family within a 14 day period, the au pair may be sent home at his/her expense.
7. If the host family is willing to house the au pair in transition until he/she is re-matched, and CHI Au Pair USA, in its sole discretion, determines that under the circumstances it would be reasonable for the au pair to remain in the home, but the au pair refuses to stay with the family, the au pair will be required to pay a $25.00 per day housing stipend to the party who houses him/her.
8. CHI Au Pair USA is not responsible for any financial damage or loss alleged to arise from the unavailability of a replacement host family.
9. In the event of an accident or serious illness or medical condition that prevents the au pair from continuing his/her duties, CHI, at its sole discretion and judgment, will end the au pair's program early and expects him/her to return home.

## J. MEDICAL LIABILITY RELEASE

I agree that CHI Au Pair USA, or its agents, can take any action whatsoever in regards to my heath and safety without incurring any liability or expense. This may include, but is not limited to, my placement in a hospital, use of doctor/clinical services, and transportation to my home country at my expense.

© CHI AuP Prom&Agrmt 2011 v1

PLAINTIFFS' RESP. APP.0003693  ATTORNEY'S EYES ONLY                    CHI0002328



## AU PAIR PROMISE AND AGREEMENT (cont.)

### K. LIABILITY RELEASE AGREEMENT

In consideration of being accepted by the CHI Au Pair USA program, I hereby release, forever discharge and agree to hold harmless, Cultural Homestay International (CHI), it's overseas Partner organizations and/or affiliates thereof from any and all liability claims or demands for personal injury, sickness or death, as well as property damage and expense of any nature whatsoever which may be incurred by me that may occur during participation in the CHI Au Pair USA program understand that by signing this Release, I fully and completely waive and relinquish all claims I may have against CHI, its employees, Partner organizations and affiliates thereof, and release them from any liability they may otherwise have toward me whether know to me or not.

Dispute Resolution. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Service in San Rafael, California, upon the petition of either party. The decision of the arbitration shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. Au Pair agrees that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the domiciled in California. My signature below indicates acceptance of the terms of this Agreement, and is legally binding. No alteration of the terms of this Agreement will be valid unless approved by CHI Au Pair USA. I do not rely on any promises, statements or representations that are not expressly stated in this Agreement. I have retained a copy of this Agreement for my file.

### L. PERMISSION & RELEASE TO USE WRITTEN MATERIALS/ PHOTOGRAPHS

I agree that CHI Au Pair USA may use, reproduce, and/or publish all written and or visual materials that may pertain to me, including photographs.I understand that this material may be used in various publications, promotional material, Internet Web page or for other related endeavors.I further agree that use of such written materials and photographs pertaining to me may be used with or without my name and for any lawful purpose.

### M. ACKNOWLEDGEMENT OF PROGRAM RULES, TERMS AND CONDITIONS

IMPORTANT NOTE: PLEASE BE AWARE THAT THE ACCEPTANCE OF YOUR CHI AU PAIR CANDIDATE APPLICATION DOES NOT GUARANTEE YOUR PLACEMENT WITH AN AU PAIR FAMILY.AU PAIR FAMILIES CHOOSE THEIR CARE-PROVIDERS FROM THE CHI APPLICANT POOL. AU PAIRS WITH INFANT CARE EXPERIENCE ARE IN THE GREATEST DEMAND AND ARE EASIEST TO PLACE.IF YOU ARE NOT SELECTED BY AN AU PAIR FAMILY WITHIN 90 DAYS, YOUR APPLICATION WILL AUTOMATICALLY LAPSE, UNLESS YOU REQUEST THAT WE EXTEND YOUR DEADLINE PERIOD.IF YOU DO NOT HAVE INFANT CARE EXPERIENCE, IT IS OUR RECOMMENDATION THAT YOU USE THE 90-DAY PLACEMENT PERIOD TO ACQUIRE SUCH SKILL.

I declare that all information contained in this application packet is true and accurate. I have read this entire Agreement carefully, and I have had the opportunity to ask questions, obtain advice as to its meaning and understand it. I am capable of reading and understanding this Agreement in English. I agree that I will perform my duties and responsibilities to the best of my ability. I understand that my CHI Au Pair USA program terminates per the date indicated on my DS 2019 form and that CHI is only able to grant extensions by a review and approval process. After the program termination date, I have an optional 30- day grace period for which I can stay in the U.S. for travel purposes only. I understand that failure to depart the U.S., as specified relative to visa immigration laws, may disqualify my entry into the U.S. in the future and/or I may be subject to fines, imprisonment and deportation. I agree to comply and abide by the rules, terms and conditions of this Agreement. I understand that if I violate any terms of this Agreement or any local or national laws, it will result in my immediate dismissal from the program and repatriation. If dismissed from the program, I agree to surrender my visa status, reimburse international airfare/applicable penalties/surcharges, and immediately return to my home country at my own expense. Any breach of this Agreement and promise to the CHI Au Pair USA program is subject to financial penalties with no entitlement to any refund. I have retained a copy of this Agreement for my files and reference.



Au Pair Name (print): Redacted     Date (mm/dd/yyyy): 03/11/2014

Au Pair Signature: Redacted

6 / 6

© CHI AuP Prom&Agrmt 2011 v1

PLAINTIFFS' RESP. APP.0003694 ATTORNEY'S EYES ONLY     CHI0002329

```
                                                    ┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
                                                    │                   │
                                                    │      Redacted     │
                                                    │                   │
                                                    └ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
                                                      10 March 2014
```

Dear Host Family

My name is [Redacted] I am currently an au pair in the Netherlands for the [Redacted] Family in Soest.. They have really made me part of the family the first day I got here. I take care of they two little angels [Redacted] years old respectively. My time here in the Netherlands has been the so amazing. My host family have been so great and I plan to forever be in touch with them. We have bonded so much in the last year that is about to come to an end. I guess its true when they say all good things do come to an end. Taking care of [Redacted] was the greatest pleasure above all things. They would always put a smile on my face, we would always play and eat together. What I love the most is the way they pronounce my name. At first I didn't think they would ever get it right. I have also seen and made friends I never thought I would. I expect to carry the life lessons that I have learnt here for the rest of my life.

Being an au pair is one of the most rewarding job I have ever done. You get to learn an experience another culture while doing what you love which is taking care of children. Also being able to make difference in the family by helping around the household and raising the children. I believe children are treasures of the universe. Being an au pair is not just taking care of the children. You become a part of them and they of you. In my culture you start taking care of them at a young age. But for me I feel it has always came naturally.

Before I ventured in becoming an au pair I was a tutor. Tutoring primary and high school children Accounting. As I obtained a Diploma in Accountancy at the University of Johannesburg earler this year.

What is also important to me is my believe in the Lord Jesus Christ. I come from a christian home. Being a believer has shaped me to be the person I am today. I come from a family of 6. I have 3 sisters. I am the third one out of the 4 of us. My younger sister resides in the USA, Chicago also an au pair. My two older sisters are in South Africa. They both married and have daughters. So I have two beautiful nieces. Our father is the biggest influence in our lives as he has guided and shielded us to the point where we are all today.

In 2006, we lost our mother. She played such an important role and still does in our lives.. I am. The women I am today because of her. So her memory and her life lives on. I would say my qualities are like a pearl. I instill confidence in others, anything that I do I do to my best ability. I am loving and kind and most importantly consider the feelings of other people.

Sincerely

```
┌ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┐
│     Redacted      │
└ ─ ─ ─ ─ ─ ─ ─ ─ ─ ┘
```

PLAINTIFFS' RESP. APP.0003695 ATTORNEY'S EYES ONLY                    CHI0002330

OPENING DOORS TO THE WORLD SINCE 1980!



• CULTURAL HOMESTAY INTERNATIONAL •
A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM
104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960

| CHI office use only |
|---|
| HF Code: |
| RAPC name: |
| APC name: |
| AP code: |
| AP name: |

## CHI Au Pair USA Interview Report

| NAME OF CANDIDATE | Redacted | | |
|---|---|---|---|
| INTERVIEW METHOD (Tick Box) | In person ☑ | By Webcam ☐ | Date / / (mm/dd/yyyy) |
| NAME OF INTERVIEWER | Angel Jordaan | | |
| NAME OF AU PAIR AGENCY | Au Pair Travel | | |

### EVALUATION OF A CANDIDATE
(Rating on a scale of "1-6" where "6" is the highest)

| Criteria | Definition | Rating |
|---|---|---|
| Flexible/Adaptable | Able to fit into family life, to understand the 'give and take' of the relationship | 6 |
| Independent/Mature | Able to make a life in a new culture and environment, to exist without dependence on her/his own family | 6 |
| Motivated | Has a clear objective about what she/he wishes to achieve from the au pair experience in the context of her/his longer-term plans | 6 |
| Responsible | Acts with maturity, understands the need to be accountable for work carried out | 6 |
| Co-operative | Able to follow clear instructions about how to manage children, duties, rules of the house, etc | 6 |
| Initiative | Thinks about what needs to be done in various situations that might arise and can act without instruction if necessary | 6 |
| Sensitive | Understands and respects both the family's and children's needs | 6 |
| Clean and Tidy | Regarding both her/his own room and the rest of the house | 6 |
| Common Sense | Has a practical view about what to do | 6 |
| Firm | Able to gain respect from children in order to exercise the necessary control according to family guidelines | 6 |
| Language | Able to speak the language of the host country, at least a basic conversational level | 6 . |

### EVALUATION OF A CANDIDATE'S INTERVIEW ATTITUDE
(Rating on a scale of "1-6" where "6" is the highest)

| Outgoing | 6 | Open-minded | 6 | Reserved | 4 | Talkative | 6 | Serious | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Cheerful | 6 | Patient | 6 | Warm | 6 | Modest | 3 | | |
| Confident | 6 | Easy-going | 6 | Nervous | 1 | Polite | 6 | | |

### EVALUATION OF A CANDIDATE'S LANGUAGE ABILITY
(Rating on a scale of "1-9" where "9" is the highest)

| Listening | 9 | Speaking | 9 | Reading | 9 | Writing | 9 |
|---|---|---|---|---|---|---|---|

### WHAT TYPE OF FAMILY WOULD SUIT THIS CANDIDATE?
(Tick all the relevant boxes)

| | | | |
|---|---|---|---|
| Children ranging from 2-6 years | ✓ | Working parents requiring an independent au pair | ✓ |
| Children aged from 10+ years | ✓ | Family wanting an au pair to be part of the family | ✓ |
| Children ranging from 6-10 years | ✓ | Family in a small town/ rural area | ✓ |
| Infants raging 1-2 years | ✓ | Family in a big city | ✓ |
| Infants raging 0-1 years | ✓ | Very active family with sports interests | |
| Twins | ✓ | Family with wide range of interests | ✓ |
| Any Ages | ✓ | Family with many social interests | ✓ |
| Maximum numbers of children in the family | 4 | Family with special needs children | |
| Educare famiiy | ✓ | Family who requires a driver | ✓ |
| Mother's helper | ✓ | Family who doesn't need a driver | |

### PLEASE ADD ANY ADDITIONAL COMMENTS THAT MIGHT HELP PLACE THIS AU PAIR

I have been privileged to have such a great au pair on my program. She has been a blessing to the current host in The Netherlands.

Signature of Interviewer: *Jordaan.*

✱ Sister to [Redacted] a previous CHI au pair in 2013.

PLAINTIFFS' RESP. APP.0003696    ATTORNEY'S EYES ONLY                    CHI0002331

Case 1:14-cv-03074-CMA-KMT   Document 918-39   Filed 03/17/18   USDC Colorado   Page 49
of 63

# Exhibit 361

| Message | |
|---|---|
| **From**: | Linda Mori [chilinda@chinet.org] |
| **Sent**: | 7/17/2012 10:57:53 AM |
| **To**: | Helene Young [hly@usaupair.com] |
| **Subject**: | Re: Question |

Believe it or not, we are actually fairly strict when it comes to "au pair brides." First of all, if they tell us they are planning to get married, we encourage them to wait until after they complete their program, return to the home country and get proper visa documentation. If they go ahead during their program a marry, we terminate (not end) their programs. We have a clause in our agreement that specifically states they are "not to enter into any contractual agreements -- marital, employment, religious....." , otherwise they are in direct violation of their contract with CHI.

On Mon, Jul 16, 2012 at 2:03 PM, Helene Young <hly@usaupair.com> wrote:
Hi Linda - What do you do when an au pair gets married during her program year, is no longer living with host family? She continues to provide child care but once married is she still "on program" or "off program"?

Helene :-)

USAuPair
PO Box 2126
Lake Oswego, OR 97035
Tel: 503-675-5333
Fax: 503-699-7776
Skype: usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information. Any unauthorized use or disclosure of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of this email.

--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
Skype: linda_mori
Web: www.chinet.org
Join our cultural events Facebook Group:
Summer 2012 CHI participants- Experience USA!
Opening doors to the world for over 30 years!


EXHIBIT
22
5-16-17

# Exhibit 362

PLAINTIFFS' RESP. APP.0003699

Host Family Agreement



# Host Family Agreement

Host Family Agreement

This CHI Au Pair USA Host Family Agreement (the "Agreement") is entered into between Cultural Homestay International, Inc. Au Pair USA (hereinafter, in the aggregate, referred to as "CHI Au Pair USA"), a California Corporation and Redac acting on behalf of an including all members of said persons' household and family (hereinafter, in the aggregate, referred to as "Host"). Host family has fully read this Agreement and agree to the terms and conditions contained herein. The parties agree as follows:

Program Requirements

1. Host will abide by the terms and conditions of this Agreement unless and until this Agreement is replaced or modified by a subsequent agreement executed by CHI Au Pair USA and Host.

2. Host understands that CHI Au Pair USA has the exclusive right to determine suitability of Host to participate in the program. Host agrees that in determining suitability, CHI Au Pair USA may make inquiries to third parties about Host and Host's family members. Host represents that all information set forth in the Host Family Application is true and complete.

3. Host understands that au pair is a participant in a cultural exchange program, and agrees to comply with all of the Regulations published by U.S. Department of State in 22 CFR Part 514, as the same may be amended from time to time in the future ("the Regulations"). Host acknowledges receipt of a copy of the U.S. Department of State publication, "The Au Pair Exchange Program".

4. Host understands and agrees that CHI Au Pair USA's function is to locate and present au pair candidates who meet CHI Au Pair USA selection criteria, but that final selection of an au pair is the sole responsibility of Host. Host understands and agrees that CHI Au Pair USA does not guarantee that any particular au pair will be compatible in Host's home or meet Host's expectations.

5. Host agrees to provide au pair with board and lodging in the form of meals and a suitable private bedroom in Host's home which has been approved by the CHI Au Pair USA representative.

6. Host agrees to pay a stipend to au pair in accordance with the Regulations. Said stipend shall be paid on the same mutually agreed upon day each week, and cannot be withheld for any reason, including, but not limited to, outstanding phone bills, auto accidents or lost time due to illness.

7. Host agrees that the au pair will perform childcare services and light housekeeping only related to childcare which shall not exceed forty-five (45) hours per week, five and
one half (5 1/2) days per week, with a maximum of ten (10) hours per day. Host agrees that au pair will have one full weekend off per month (Friday evening to Monday morning). If a dispute arises as to any of these limits or requirements, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

8. Host will provide au pair with 14 days of paid vacation, to be taken at mutually agreed upon time. If any disputes arise concerning vacation issues, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

9. Host will restrict au pair's responsibilities to childcare and related tasks. This may include duties such as general supervision, preparing children's meals, straightening children's rooms, doing children's laundry and being present when children are sleeping. Host agrees that au pair's responsibilities will not include heavy housework, yard work or other labor related to the household. If a dispute arises concerning the scope of the au pair's responsibilities, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

10. Host agrees that during the first three (3) days of an au pair's stay in the home, a parent or another responsible adult shall remain in

PLAINTIFFS' RESP. APP.0003700

ATTORNEY'S EYES ONLY

CHI0000053

the home to facilitate the adjustment of the au pair into the family, household and community.

11. Host agrees that in the event there is a baby less than three months old living in the home, a parent or other responsible adult shall be present in the home at all times, and the au pair shall not be the sole caregiver for that child at any time.

12. Host understands that in the event there is an infant under the age of two years old, the au pair must have 200 hours of documented experience working with children under the age of two. Such documented experience shall be verified by CHI Au Pair USA prior to placement of the au pair in Host's home.

13. Host will provide automobile insurance with a minimum of $50,000 liability coverage and $10,000 in medical coverage to cover the au pair if she or he is expected or permitted to drive the family car(s). Host agrees that au pair will not be responsible for payment of any automobile insurance deductibles that exceed $250. Host further agrees that Host will not hold CHI Au Pair USA liable for any damage or loss resulting from the au pair's use of a vehicle.

14. Host will provide au pair with adequate time to attend courses for study at an accredited U.S. post-secondary institution (for a minimum of six (6) credit hours or its equivalent), adequate transportation to and from the place of instruction, and tuition up to a maximum of $500 per au pair per year.

15. Host will facilitate attendance and provide the au pair time off and transportation to any of CHI Au Pair USA sponsored gatherings. Host agrees to respond to the inquiries of CHI Au Pair USA staff, agents and employees; Host agrees to attend at least one Family Day event sponsored by CHI Au Pair USA per year.

16. Host acknowledges that CHI Au Pair USA shall not be responsible for any personal bills incurred by the au pair or Host, such as (without limitation) telephone bills, automobile expenses, travel expenses, and/or health expenses not covered by insurance. Accordingly, Host agrees not to seek payment from CHI Au Pair USA for any such expenses or costs.

17. Host agrees that CHI Au Pair USA shall not he liable for, and does not guarantee acceptable performance by, the au pair. Host agrees that au pair is not an employee, agent or independent contractor of CHI Au Pair USA, and that CHI Au Pair USA does not exercise dominion or control over the actions of the au pair. CHI Au Pair USA is not responsible for any act or omission on the part of the au pair.

18. Host must live within one hour's driving time of the home of the local CHI Au Pair USA representative. In the event Host moves outside of the area covered by CHI Au Pair USA, Host will not be eligible to continue in the program, and the au pair will he removed. In this case, Host will be eligible to receive a refund in accordance with CHI Au Pair USA's refund policy.

19. Host agrees to assist CHI Au Pair USA in ensuring that the au pair leaves the United States at the conclusion of her program year. Host understands that any stay by the au pair beyond the program dates specified is a direct breach of the Regulations.
Removal of Au Pair

20. Host understands that any decision regarding an au pair's program status, dismissal, or re-placement will be made at the sole discretion of CHI Au Pair USA, and said decisions shall be considered final.

21. Host agrees that CHI Au Pair USA may immediately terminate Host's participation in the program and remove the au pair from Host's home, if: a) CHI Au Pair USA determines, at its sole discretion, that the au pair is in an unsuitable environment or is being treated in an inappropriate manner by Host; or b) Host fails to comply with any terms of this Agreement, including, but not limited to, failure to pay the full program fee or any other stipend or payment required hereunder; or c) Host fails to comply with any of the Regulations. In the case of any such termination, Host shall not be eligible for a program fee refund or to obtain a replacement au pair.

22. In the event of accident or serious illness which, in the judgment of CHI Au Pair USA, prevents the au pair from continuing her duties for an extended period, she will end the program early and return home.
Placement Changes

23. Host understands that CHI Au Pair USA requires an initial adjustment period of 60 days following au pair's arrival before any placement change is considered, but, any decision regarding au pair's removal is at CHI Au Pair USA's sole discretion. If a placement is deemed unsatisfactory by Host or au pair for any reason whatsoever, Host agrees to follow CHI Au Pair USA's mediation guidelines

PLAINTIFFS' RESP. APP.0003701

ATTORNEY'S EYES ONLY

CHI0000054

(contained in the Host Family Handbook) and to remain in communication with both the au pair and CHI Au Pair USA.

24. CHI Au Pair USA will provide Host with ONE replacement au pair within the first six months of Host's original program year without requiring Host to re-apply to the program and pay new program fees. Host understands that a replacement au pair will be provided at the sole discretion of CHI Au Pair USA and is dependent upon current au pair availability, and that CHI Au Pair USA will use reasonable efforts to find a replacement. Host understands that if less than six months remain in Host's original program year, CHI Au Pair USA will not provide a replacement au pair. Instead, Host will receive a program credit in the amount of $425 for each remaining month of the program year, which may be applied to future program fees. Host understands that this credit may not be redeemed for cash, and that no monetary refunds will be given beyond the sixth month period of the original program year. Host understands that if its match with a replacement au pair is unsuccessful, FOR ANY REASON WHATSOEVER, and Host wishes to continue in the program, Host will be required to pay new program fees, less a credit in the amount of $425 for each remaining month of the original program year.

25. Host understands that the refund policies set forth herein will be the exclusive remedy in the event CHI Au Pair USA is unable to provide a replacement au pair, and that CHI Au Pair USA is not responsible for any economic damage or loss alleged to arise from loss or unavailability of au pair services.

a) Host's program term shall be adjusted to include the remainder of the replacement au pair's full program year. Host shall be responsible for paying CHI Au Pair USA $425 for each additional month of au pair service beyond Host's original twelve (12) month program. Such payment is due no later than sixty days (60) after the arrival of the replacement au pair and will be automatically charged to your credit card.

b) If the replacement is an au pair currently located in the United States, the Host Family acknowledges that they are responsible for arranging and paying for domestic transportation for the Au Pair. If Host selects a replacement au pair who is a new arrival from overseas, Host agrees to pay any international air surcharge (if applicable, due to immediate request), prior to new au pair's arrival.
c) Host is responsible for additional tuition costs for the replacement au pair(s) if the au pair has not completed the educational component with a previous family (up to a maximum of $500).
d) Host will be responsible to allow the replacement au pair to take any unused vacation time that may still be due to the au pair up to a maximum of two calendar weeks (14 days), and the Host shall pay the replacement au pair during such period.

Refunds and Program Credits

26. If Host wishes to request a refund, they must do so in writing. A refund, if owed, will be issued within thirty (30) days after receipt of the request by CHI Au Pair USA.

27. HOST UNDERSTANDS AND AGREES THAT BECAUSE THE MAJORITY OF CHI AU PAIR USA'S OPERATION COSTS ARE INCURRED IN THE PROCESS OF RECRUITMENT, INTERVIEWING, ORIENTATION, AND PLACEMENT OF AU PAIRS, CHI AU PAIR USA'S REFUND POLICY IS LIMITED TO NO MORE THAN $300 PER MONTH FOR EACH REMAINING MONTH OF CREDIT, REGARDLESS OF THE LENGTH OF THE AU PAIR(S)' STAY. HOST HAS READ AND AGREES TO THE FOLLOWING REFUND POLICY:

Annual Program Fee Refunds and Credit Policy

a) Application/Interview Fees: The application fee is non-refundable, unless a family's program application is not accepted.

b) Refund before an au pair match: If Host cancels prior to being matched with an au pair, the Application fee is forfeited.

c) Refund after an au pair match, but prior to au pair's arrival; the Host will forfeit the Application fee, plus 15% of the Placement fee, plus cost of non-refundable airline tickets or penalties, if applicable.

d) International and/or domestic airfare surcharges are not refundable after the au pair's arrival.

e) If Host has a one year agreement, a refund after the au pair's arrival will be calculated as follows:
Months of childcare paid for: _____ (Includes all months in the Host's current program year)
Less Months of childcare received: – _____ (Includes all au pairs placed with Host, and includes week(s) at Orientation)
Multiplied by monthly Rate of Refund: x $300.00 Equals Total Refund Due = _____

PLAINTIFFS' RESP. APP.0003702

ATTORNEY'S EYES ONLY

CHI0000055

f) The refund calculation listed above is based on the Host having paid for a full program year (12 months minimum). If Host is on the Payment Plan and has a balance of fees due, or if any other fees are due to CHI Au Pair USA, this balance due will be subtracted from the total refund amount.

g) If Host has less than six (6) months remaining on their original 12 month program year, no cash refund will be given. Instead Host will receive a $425 per month credit toward a new program year.

28. Host understands that the program credit is calculated by month, and that credit for partial months is calculated by rounding up to the nearest week if an au pair was in Host's home for four (4) or more days of a given week, and round down to the nearest week if the au pair was in Host's home for three (3) or less days of a given week.

29. Host understands that in the event the au pair does not elect to use the return air ticket provided by CHI Au Pair USA for any reason, no refund, credit or travel voucher will be provided.

Other Terms and Conditions

30. Host understands and agrees that CHI Au Pair USA does not guarantee continuous child care coverage at any time, including but not limited to, situations involving arrival delays, au pair cancellations, visa denials, illness, and/or inability or unwillingness of an au pair to fulfill her duties hereunder. Host hereby releases CHI Au Pair USA, its subsidiaries, officers, employees and/or agents from any and all claims for financial, incidental or consequential damages, including but not limited to, costs of alternative or interim child care, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of an au pair's services for any reason whatsoever.

31. Host hereby irrevocably, unconditionally, and fully remises, releases and forever discharges CHI Au Pair USA, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense incurred by Host or any Host family member, guest, employee or agent, due to: (i) events beyond CHI Au Pair USA's reasonable control, including without limitation acts of God, acts of war or governmental restrictions, and, in the absence of gross negligence or willful misconduct by CHI Au Pair USA (ii) any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in Host's household. In this respect, Host acknowledges that au pair is not an employee or agent of CHI Au Pair USA and actions or omissions of au pair are not to be attributed in any way to CHI Au Pair USA. Host further agrees to indemnify and hold harmless CHI Au Pair USA, its subsidiaries, officers, employees and/or agents for any liability or expense, including court costs and legal fees incurred, that Host in anyway caused or contributed to, whether directly or indirectly.

32. Host agrees that it has adequate financial resources to satisfy all obligations as a CHI Au Pair USA Host Family.

33. Host understands that program fees are used to cover au pair recruitment and screening, international airfare, orientation and training, medical insurance costs, placement and supervision of local field staff representatives. Host also understands that au pair may pay an insurance surcharge, airfare surcharge and/or other administrative costs to participate in the program.

34. Host agrees to abide by the payment terms outlined in the current CHI Au Pair USA program materials. Host agrees to pay CHI Au Pair USA the full program fee, plus the cost of domestic travel, should Host select to have CHI Au Pair USA arrange domestic travel. Additionally, Host agrees to pay any other fees established by CHI Au Pair USA related to providing Host with an au pair. Host is aware that an international airfare surcharge of $350 will apply for au pairs from Australia and New Zealand. Host agrees to pay CHI Au Pair USA a $75 fee for any late payments, returned checks, credit card charge backs, or declined credit cards.

35. Host is hereby advised and acknowledges that in 1994 the U.S. Department of Labor determined that the au pair stipend constitutes "wages" because of an employer-employee relationship exists between the au pair and the Host. Au pair wages are essentially in the nature of household employment, and au pairs are required to file individual tax returns. Host understand that CHI Au Pair USA does not provide legal advice regarding labor laws and income tax laws and is not responsible for informing Host of, or overseeing compliance with, any such laws, but that said matters are strictly the responsibility of the Host and the au pair.

36. Host is hereby advised and acknowledges that due to the fact that an employee-employer relationship exists between the au pair and Host, Host is responsible for determining whether Workers' Compensation insurance, or any other insurance requirements, is mandatory under federal, state and/or local laws. Host is advised and understands that CHI Au Pair USA is not responsible for providing guidance as to such insurance matters, but that the failure to comply with applicable laws in this regard can potentially have severe consequences to Host.

PLAINTIFFS' RESP. APP.0003703

ATTORNEY'S EYES ONLY                                    CHI0000056

37. This Host Family Agreement may be signed in counterparts and may be delivered online. An electronic signature shall be considered the same as an original.

38. Dispute Resolution. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in San Rafael, California, upon the petition of either party. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. Host agrees that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of California because, among other reasons, this agreement was negotiated in large part in California, and CHI Au Pair USA is domiciled in California. My (our) signature(s) below indicates acceptance of the terms of this Agreement, and is legally binding. No alteration of the terms of this Agreement will be valid unless approved by CHI Au Pair USA in writing. We do not rely on any promises, statements or representations that are not expressly stated in this Agreement. We have retained a copy of this Agreement for our files.

**IMPORTANT:** Please read the Host Family Agreement before continuing. By clicking the check boxes below, you will be submitting an electronic signature acknowledging acceptance of the program terms and conditions and consequently will be considered valid in lieu of a handwritten signature.

☑
As the Host Parent, I [Redacted] have read and agreed with the Host Family Agreement.

☑
As the Host Parent, I [Redacted] have read and agreed with the Host Family Agreement.

**Photo Release**

◌
We give CHI Au Pair USA permission to use, free of charge, photographs of our family, taken during participation in the CHI Au Pair USA program.

◉
We do not give CHI Au Pair USA permission to use, free of charge, photographs of our family, taken during participation in the CHI Au Pair USA program.

| Print Agreement |

ATTORNEY'S EYES ONLY

# Exhibit 363

PLAINTIFFS' RESP. APP.0003705

# WELCOME TO CHI AU PAIR USA



Thank you for selecting CHI Au Pair USA for your childcare needs. As a Host Family, you are about to embark on a 12 month intercultural journey of learning and friendship. CHI is dedicated to ensuring that your experience is both beneficial and rewarding.

This Host Family Handbook is designed to help and guide you toward achieving a successful au pair cultural exchange program. We strongly encourage you to take the time to read through this handbook thoroughly and carefully. There are important program highlights, regulations and procedures as well as suggestions and ideas for you to utilize.

CHI's hallmark is its experienced and well-trained field staff coordinators. Our coordinators are available to answer any of your questions and give you on-going support. Our staff conducts intensive program orientations for both the Host Families and Au Pairs. It is important to us that our Host Families and Au Pairs to be well informed and well prepared. We also believe that good and open communication is important and is a crucial step toward making your program enjoyable.

Please utilize this handbook as an essential reference tool and do not hesitate to contact your local coordinator if you have additional questions.

Our very best wishes for an exciting and enriching year for your family and Au Pair!

Warm regards,

Tom Areton
Executive Director
Cultural Homestay International (CHI)

Jackie Sant-Myerhoff
Director
CHI Au Pair USA

PLAINTIFFS' RESP. APP.0003706

ATTORNEY'S EYES ONLY

CHI0018647



PLAINTIFFS' RESP. APP.0003707

ATTORNEY'S EYES ONLY                                                    CHI0018648



# HOST FAMILY HANDBOOK

## TABLE OF CONTENTS

PROGRAM SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROGRAM ADMINISTRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ROLES AND RESPONSIBILITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

THE APPLICATION PROCESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

SELECTING YOUR AU PAIR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

PRE-ARRIVAL PREPARATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

BEGINNING A SUCCESSFUL YEAR WITH YOUR AU PAIR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

LIVING WITH YOUR AU PAIR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

ADDRESSING PROBLEMS AND CONCERNS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

THE EDUCATIONAL REQUIREMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TAX GUIDELINES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

EMERGENCIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

30-DAY TRAVEL GRACE PERIOD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

SECOND YEAR EXTENSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

PROGRAM EVALUATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

HOST FAMILY APPENDIX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

U.S. DEPARTMENT OF STATE — "WHAT YOU SHOULD KNOW" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-17

U.S. DEPARTMENT OF STATE — AU PAIR PROGRAM REGULATIONS . . . . . . . . . . . . . . . . . . . . . . . . . 18-20

U.S. DEPARTMENT OF STATE — WEEKLY WAGE DUE TO AU PAIR PROGRAM PARTICIPANTS . . . . . . . . . . . . . . . . . . . . 21

CHI AU PAIR USA — AU PAIR AND HOST FAMILY AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-27

CAREMED INSURANCE INFORMATION AND CLAIMS INSTRUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . 28–31

PLAINTIFFS' RESP. APP.0003708

ATTORNEY'S EYES ONLY

CHI0018649



PLAINTIFFS' RESP. APP.0003709

ATTORNEY'S EYES ONLY                                          CHI0018650

# PROGRAM SUMMARY

Cultural Homestay International (CHI) is a non-profit, public benefit, educational organization. For nearly 30 years, CHI's mission has been to bring people of diverse cultures together so those who participate gain a greater knowledge and understanding of one another. CHI believes that the best way to learn about the cultures, languages and customs of other countries is through international educational exchanges and homestay programs.

CHI Au Pair USA is the most recent addition to the growing programs at CHI. Your family's participation in this au pair cultural exchange program will give all of you the opportunity to share your customary daily life with a carefully selected young person from abroad who will, in turn, provide childcare assistance. An au pair is a cultural ambassador who will be able to teach your family about life in her home country, while at the same time, the au pair will learn about American culture during her twelve-month stay with your family. CHI Au Pair USA promotes the value of equality between the host family and au pair. The au pair is considered an equal family member, and is included in family activities such as family meals, and holiday celebrations, unlike an "employee" or "servant" who might be excluded from such gatherings.

The au pair is able to provide up to 45 hours per week of childcare. Childcare duties should take up no more than five and a half days per week and no more than 10 hours per day. She can care for up to four children per family between the ages of three months and 12 years old. The family provides a weekly stipend of $195.75, a private room, meals and additional car insurance if the au pair is expected to drive the family car. In addition, the family provides up to $500 tuition allowance towards the au pair's educational requirement.

The Educare program differs from the Au Pair program in that Educare Au Pairs are able to provide up to 30 hours of childcare per week and may only work with school age children. They are entitled to a weekly stipend of $146.81 and the family provides up to a $1000 tuition allowance towards the Au Pair's educational requirement.

Please read the U.S. Department of State's (DoS) program guideline brochure for host families entitled, *The Au Pair Exchange Program – What You Should Know."* This brochure is available through CHI's local field representatives. Also, in the reference section of this handbook, the complete description of the DoS program regulations is provided.

# PROGRAM ADMINISTRATION

CHI Au Pair USA is committed to making your program year rewarding and successful. Through our program support network of experienced staff members, your questions and concerns can be addressed immediately. The CHI Au Pair USA staff includes:

## Regional Au Pair Coordinator (RAPC)

RAPCs are in charge of specific CHI geographical territories in the U.S. They coordinate personnel and the au pair program within their region, and are the supervisory link between the Au Pair Coordinator (APC), the host family, au pair and the CHI Main Office. Their duties include hiring and supervising APCs, problem solving, implementing the overall program and representing CHI to the community.

## Au Pair Coordinator (APC)

As APCs, they have a valuable role in maintaining close contact with the host family and au pair throughout the program year.. APCs screen host families and help the au pair adjust to her new home and community. APCs are the first point of contact to offer advice and counseling to both the host family and au pair should the need arise.

## CHI Au Pair USA Main Office

Located near San Francisco, California, *CHI Au Pair USA's* Program Director and Program Operations Managers oversee all the program administration, including supervising RAPCs and maintaining relations with overseas partner agencies. In the event of an evening or weekend emergency, a 24-hour toll free emergency number is available: **1-800-432-4643**.    This service will connect you with a CHI staff person.





PLAINTIFFS' RESP. APP.0003710

ATTORNEY'S EYES ONLY

# ROLES AND RESPONSIBILITIES

CHI Au Pair USA maintains a strict and thorough screening and admissions procedure based on U.S. Department of State requirements. Both the au pair and host family benefit from this detailed process and can feel confident that they are entering a program that exceeds the minimum standards.

## Au Pair Qualifications

CHI Au Pair USA candidates are selected based on their maturity, independence, adaptability, and, most importantly, for their sincere interest and affection toward children. Among other qualifications, the au pair candidate is:

- Between the ages of 18-26 and is at least a high school graduate
- Proficient in English language ability
- Experienced with recent documented practical childcare experience
- Required to have a minimum of 200 hours of verified childcare experience, this experience must be with infants if caring for children under the age of two
- In possession of a valid driver's license and has no criminal record
- Able to submit three character and childcare references and able to pass a psychometric test which measures behavior and personality
- Personally interviewed by CHI's representing overseas partner organization
- Willing to share customs and culture from her home country

## Au Pair Duties

The au pair provides up to 45 hours per week (30 hours for Educare Au Pairs) of childcare. Childcare duties will take up no more than 5½ days a week and no more than 10 hours per day. All the au pair's duties will be focused specifically on the children; heavy housework is restricted. Some daily tasks may include:

- Waking the children, dressing infants and toddlers, bathing and playing with them
- Preparing meals for the children, tidying their belongings, making their beds and doing their laundry
- Driving the children to or from school, appointments and activities
- Caring for and watching the children while they are asleep if the parents are not at home

## Host Family Eligibility

One of the most important host family characteristics is not only the need for childcare, but for the family to incorporate and treat the au pair as a family member. Including the au pair in family leisure activities and family events reinforces CHI Au Pair USA's goal of promoting intercultural sharing and exchange. Other host family requirements include:

- Host parents are U.S. citizens or legal permanent residents
- English is the primary language spoken in the home
- Family has adequate financial resources to support hosting an au pair for 12 months
- Family agrees to a personal interview by a CHI representative
- Family supplies character references for background check
- Family reads and agrees to the U.S. Department of State' Exchange Visitor Program regulations

## Host Family Provides:

- Private room and meals
- A stipend of $195.75 per week
- Educational allowance up to $500 (up to $1000 for Educare Au Pairs)
- Automobile insurance coverage if the au pair is expected to drive
- Two weeks paid vacation; one full weekend off per month



**PLEASE BE SURE TO CAREFULLY READ YOUR CONTRACT AND *THE AU PAIR AND HOST FAMILY AGREEMENT* FOR A DETAILED OUTLINE OF RESPONSIBILITIES.**

2

CHI_AU PAIR_USA_HANDBOOK

www.chiaupairusa.org

ATTORNEY'S EYES ONLY

CHI0018652