# **<u>Exhibit T</u>**

(replacing ECF No. 943-44)

# Exhibit 371

PLAINTIFFS' RESP. APP.0004084



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

We, _____ with a primary residence at _____
_____ ("Host Family") have applied to be a Host Family with Go Au Pair Operations, LLC ("Go Au Pair") with an office at 151 East 6100 South Ste. 200, Murray, UT 84107 in the United States Department of State Au Pair Visitor Exchange Program which is sponsored by American Cultural Exchange, LLC ("ACE"). We have fully read this Host Family Placement Services Agreement ("Agreement") between Host Family and Go Au Pair, the United States Department of State ("DOS") Regulations ("DOS Regulations") included as Appendix B, the DOS Guidelines and the DOS publication "The Au Pair Exchange Program" concerning Au Pair Visitors. We agree, acting on behalf of and including all members of our household and family to adhere to the terms and conditions of the Agreement.

Go Au Pair will perform the following services (the "Services") for the Host Family:
- Perform the initial screening and selection of Au Pair candidates;
- Arrange for Au Pair's transportation to/from the United States and the arrival city of choice;
- Arrange for medical insurance covering the Au Pair;
- Advising the Host Family on techniques as to how to select an Au Pair;
- Provide support services to the Host Family and Au Pair such as facilitating communication between the Host Family and Au Pair, providing assistance in mediating disputes between the Host Family and Au Pair and conducting social/cultural events.

Go Au Pair does not provide child care services or supervision of child care services. The child care services are provided by the Au Pair and contracted for separately. An Au Pair ("Au Pair") is a young person from a foreign country living with a Host Family as an extended member of the Host Family and participating in the DOS Au Pair Visitor Exchange program as defined in the DOS Regulations. The Au Pair provides child care to the Host Family in exchange for room and board plus a small weekly stipend. The Host Family is responsible for supervising the Au Pair.

**Prior to the Au Pair's Arrival and During the Au Pair's stay in the United States:**

1.1    We authorize Go Au Pair to contact references and any government agency or other entity regarding suitability of our family and home for an Au Pair.

1.2    We agree that Go Au Pair has the exclusive right to determine admission into the Program. We agree to abide by all Go Au Pair rules and DOS Regulations if accepted to the Program. We agree to abide by any regulation changes made by the DOS including any changes to the regulated amount of the Au Pair's pocket money.

1.3    We agree to provide verification of employment for at least one host parent.

1.4    We warrant that we have the financial ability to afford this Program, including the following: application and program fees, weekly pocket money, tuition, any vehicle or homeowner's insurance which may be required, and any replacement costs or additional transportation costs. We understand that all fees related to this Program are subject to change.

1.5    We agree to interview, by telephone, the Au Pair we select for placement for our family. We understand it is our sole responsibility to carefully choose an Au Pair from the candidates presented to us, and there is no warranty as to our satisfaction or to the compatibility of any particular candidate as an Au Pair in our family. Au Pairs are not professionally trained childcare workers or capable of running an entire household when parents are absent for business or personal travel. Responsibility for the welfare of the children always remains with the parents. If applicable, we acknowledge our responsibility to provide the prior experience, skills and training of the Au Pair regarding the care of special needs children.

1.6    We agree Go Au Pair will use reasonable efforts to screen Au Pair candidates. Go Au Pair cannot guarantee that an Au Pair offered to us will be compatible with our family circumstances or free from behaviors or personal characteristics which we might find objectionable.

1.7    We are fully responsible for making the decision to select the Au Pair. We agree by selecting an Au Pair we are satisfied with the Au Pair's background information provided to us.

1.8    We understand Go Au Pair does not issue a J-1 visa for our Au Pair. United States Consular officers issue all visas and Go Au Pair cannot guarantee any Au Pair will receive a visa. We also understand that Go Au Pair does not issue J-1 extension visa paperwork for our Au Pair. United States Department of State officers grant all extensions of the J1 visa, and Go Au Pair cannot guarantee that any Au Pair will receive an extension visa. The deadline to apply for an extension is 7 weeks before the Au Pairs DS-2019 expires; no extension will be applied for after this date has past. If your Au Pair travels outside of the United States during the extension program, the Au Pair needs to apply for a J-1 visa in the Au Pair's home country.

Date_____   Initials_____

1

PLAINTIFFS' RESP. APP.0004085

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                              GAP_00000336



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

1.9     We understand and agree as a Host Family we shall pay the required fees to Go Au Pair as the sponsoring organization. Fees shall cover the Au Pair's placement, arrival transportation to our home, return transportation between designated cities abroad and those in the United States, orientation, medical insurance and support services by the Local Area Representative. In addition we shall pay any roundtrip airfare surcharges including domestic and international that Go Au Pair does not cover. International Surcharges include Au Pairs from Asia, Africa, Australia and South Pacific.*

1.10    We warrant that the facts stated in our Host Family application are true and complete.

**During the Au Pair's stay in the United States:**

2.1     We agree and understand English will be the primary language spoken in our home and certify we are U.S. Citizens or Permanent U.S. Residents.

2.2     As a condition of our participation in the Program, we agree to attend one family conference day, arranged by the Local Area Representative, during the Au Pair's stay in the United States.

2.3     We agree to provide full board and room in a private suitable bedroom approved by the Local Area Representative in advance.

2.4     We agree to provide the Au Pair with pocket money of not less than $195.75* per week, $215.00 for Au Pair Plus, $255.00 for Premiere Au Pair.  The intervals of payment shall be agreed upon by the Host Family and Au Pair and reviewed by the Local Area Representative.  We agree not to advance or withhold this pocket money from the Au Pair except as outlined below. Stipend cannot be withheld for loss of time through illness.

2.5     We agree the Au Pair will provide up to a maximum of 45 hours of child care and child care related light housekeeping duties per week, no more than 10 hours per day, and not to include heavy housework.

2.6     We agree that a Host Parent or other responsible adult will remain in the home for the first three days following the Au Pair's arrival to train, observe and acclimate him/her to his/her child care responsibilities.

2.7     We agree we will not require our Au Pair to care for a child aged less than three months unless a Host Parent or other responsible adult is present in the home.

2.8     We understand the Au Pair shall not be responsible for the administration of any medicine, medical or therapeutic treatment to the Host Family's children.

2.9     We agree to provide time off of one full day and one-half day consecutively each week, plus one free weekend (Friday evening to Monday morning) each month.

2.10    We agree to provide two weeks of paid vacation (10 working days, 4 weekend days) to be taken at a mutually agreed upon time during the 12 month exchange, with pocket money paid at least $195.75* per week, Au Pair Plus weekly stipend $215.00, Premiere Au Pair weekly stipend $255.00.

2.11    We agree to provide adequate time for the Au Pair to attend college courses.  We understand the Au Pair is required to complete 6 semester credit hours of post-secondary course work at an accredited institution during the 12 months.  We agree to provide up to a maximum of $500.00 per year for costs/tuition, as well as transportation to and from the place of instruction.

2.12    We understand the Au Pair is required to attend at least 4 Au Pair activities held by our Local Area Representative during the 12 month program. We agree to provide adequate time for the Au Pair to attend these activities.

2.13    We agree to provide car insurance at our expense for the Au Pair if he/she is to drive any vehicles we own.  We also agree in case of an accident our Au Pair will only be responsible for a maximum of a $500 car insurance deductible per incident.  We agree to pay for gas for the vehicle(s) used by the Au Pair when performing her/his duties or when driving to/from meetings and/or classes which are requirements of the program.  We acknowledge that it is our responsibility to conform to any and all state or local laws regarding the Au Pair's use of the automobile, including obtaining a local driver's license, if required.

2.14    We agree to ensure the Au Pair leaves the United States, as per Go Au Pair arrangement, at the conclusion of the year.  We understand any stay by the Au Pair beyond the year program dates is not within guidelines of the Program and puts the family

---

* Subject to change without notice

Date_____     Initials_____

2

PLAINTIFFS' RESP. APP.0004086

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                              GAP_00000337



Case 1:14-cv-03074-CMA-KMT   Document 949-29   Filed 08/17/18   USDC Colorado   Page 4 of 33

| | **Host Family** | 151 East 6100 South, Suite 200 |
| | **Placement Services** | Murray, Utah 84107 |
| | **Agreement** | 801.255.7722   801.255.7782 fax |
| | | www.GoAuPair.com |

at risk of criminal penalties and fines as dictated by federal law. We also understand our Au Pair cannot accept employment outside of our home. We understand if the Au Pair does not leave the U.S. at the end of the 13th month or changes her status the Au Pair forfeits the completion security deposit and transportation to the Au Pair's home country. We will not support or sponsor her for a change of visa status during the travel-month time frame that she is considered in valid program status with Go Au Pair.

2.15    We agree to allow communication with the Au Pair and the Local Area Representative, and allow Go Au Pair to mediate in case of disagreement, misunderstanding or problems between our family and the Au Pair. We agree to allow communication between the Host Family and Go Au Pair and the Local Area Representative. We will facilitate attendance and provide time off and transportation for the Au Pair's activities with the Local Area Representative.

2.16    We agree if the staff of Go Au Pair finds the Au Pair subject to exploitative conditions in our home, (for example, requiring a significant amount of Au Pair's time for activities not related to child care, physical, sexual or emotional abuse, failure to provide at least $195.75*, $215.00 for Au Pair Plus, $255.00 for Premiere Au Pair, weekly pocket money, or failure to provide the agreed upon leisure time, educational or cultural opportunities), the staff, at their sole judgment, may withdraw the Au Pair and we will not be granted a replacement or refund.

2.17    We understand and agree that the Au Pair is not an employee, independent contractor or agent of Go Au Pair. We understand any personal bills incurred by the Au Pair while residing with the Host Family are not the responsibility of Go Au Pair. Personal bills incurred by the Au Pair include, but are not limited to, any credit card charges, phone bills; charges or extra expenses incurred by the Host Family as a result of any acts or omission of the Au Pair, medical expenses not covered by the health insurance are not the responsibility of Go Au Pair or its affiliates. The Au Pair's Completion Security Deposit and the au pair return airfare cannot be applied to any outstanding bills. We agree not to seek payment from Go Au Pair for any such expense or costs.

2.18    We agree to meet weekly with the Au Pair to discuss scheduling, to clarify duties and to resolve any differences. During our participation with Go Au Pair we endeavor to the best of our ability to assure a successful stay for the Au Pair placed in our home.

2.19    We understand and agree to the terms of payment to Go Au Pair as set forth in this Agreement, which is subject to change. We understand and agree to the terms of refund and replacement policies as stated below, should our family or our Au Pair withdraw from the Program for any reason.

**Refund/Replacement Policies:**

3.1    In the event an Au Pair is removed from our household due to our failure to adhere to the Program guidelines there will be absolutely no refund. We also agree if we fire the Au Pair, or the Au Pair requests to leave and we fail to give the Au Pair the required two weeks notice plus room and board, and 2 weeks pay; we will not receive a refund or replacement. At our discretion we may request the departing Au Pair to provide, or not provide, any childcare services. We understand Go Au Pair is not responsible for any economic damage or loss alleged to arise from loss or unavailability of the Au Pair's service. Go Au Pair cannot guarantee 12-months of uninterrupted childcare. Interim, alternative care at the family's expense may be needed if a change of Au Pair is necessary.

3.2    We agree the application fee is non-refundable. We agree if we withdraw from the Program after the initial Program match fees have been paid, and prior to the Au Pair's arrival, we will be refunded $900.00. If we withdraw from the Program after total payment of the Program fees, but prior to the Au Pair leaving for the United States, we are entitled to a $5,200.00 refund. If we decide to change au pairs before the Au Pair has arrived or our Au Pair's visa is denied, we agree to pay any processing fees acquired.

3.3    We agree that if the placement is unsatisfactory, such dissatisfaction will be reviewed on a case-by-case basis and left to the discretion of Go Au Pair. Notice must be given in order to review potential replacement au pairs. The first two weeks in the placement is viewed as an adjustment period during which no change in placement will be considered. Unsatisfactory placement includes, but is not limited to the following situations: the Au Pair is negligent or delinquent in fulfilling his/her duties as an Au Pair, the Au Pair does not feel that he/she is being treated as a respected member of the family; personality conflicts between the Host Family and Au Pair, Au Pair leaves the family without notice, etc. The Replacement Policy is defined as follows:

- If the request for a new Au Pair is received within 6 months of the replaced Au Pair's arrival in the United States, Go Au Pair will attempt to replace the Au Pair covered by this Agreement with a new Au Pair from outside the country or

Date_____   Initials_____

3

PLAINTIFFS' RESP. APP.0004087

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                    GAP_00000338



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

with an Au Pair already in the United States. If the end date for the new Au Pair is beyond that for the Replaced Au Pair's Agreement, then the Host Family will have the new Agreement extended according to the time on the new Au Pair's program end date. Any extension in time will result in additional fees of $400/month, while a reduced time frame will result in a credit of $400/month for the Host Family's next contract (no refund is available). The Host Family will be required to pay for the Au Pair's one way arrival transportation, above $300. The Host Family will be responsible for any return airfare cost differences.

- If the request for a new Au Pair occurs after the sixth month anniversary of the Replaced Au Pair's arrival in the United States, Go Au Pair will attempt to replace the Replaced Au Pair with a new Au Pair from outside the country under a new contract or with an Au Pair already in the United States. The Host family will receive a credit of $350/month for the remaining number of months on the Replaced Au Pair's Agreement against the fees due for the new Agreement. Fees due or credited for partial months will be prorated based on a 30 day month (for example 10 days becomes 10/30 or .33 months). Unused credits expire 13 months from the end date of the Replaced Au Pair's Agreement. We understand the Go Au Pair staff will attempt to find a replacement and will attempt to locate another placement for the Au Pair. Additionally, we understand there is no guarantee a replacement will be found. In which case, provided the Host Family has acted in accordance with Program guidelines, a standard refund in accordance with the Go Au Pair Refund Policy (defined in 3.9 below) will be issued. A refund, if owed, will be processed thirty (30) days after this request has been received by Go Au Pair.

3.4   We agree to submit written notice to our Local Area Representative when we need intervention and we understand this constitutes the grievance procedures. If we wish the Au Pair to be removed from our home, we agree to submit a letter specifying the reasons to the Program headquarters in Salt Lake City, Utah. We agree if we have any problems with the Local Area Representative, Placement Coordinator, or other agents of the Program, we will submit written notification of the problem to the Salt Lake City office.

3.5   If the Au Pair requests a transfer within the first 60 days, the Au Pair could be responsible for reimbursing the Host Family for the arrival airfare originally paid by the Host Family. It is the Host Family's responsibility to collect this money from the Au Pair. If our Au Pair is replaced after we have given him/her a paid vacation and/or paid the tuition allowance, we agree to provide paid vacation and tuition for the replacement Au Pair as well, in accordance with the terms of this Agreement. The domestic and international transportation, extended payment plan fees, insurance upgrades and any late payments or returned check charges are non-refundable. We understand in the event the Au Pair does not use the return air ticket provided by Go Au Pair for any reason, no refund, credit, or travel voucher will be provided.

3.6   Refunds are calculated based on the date the Au Pair leaves the Host Family's home.

3.7   Go Au Pair reserves the right to refund the Host Family rather than provide a replacement in their home.

3.8   We understand if our full program fees are not paid within 21 business days of the Au Pair's arrival, we will be responsible for an additional courier charge of $75.00 (due before Au Pair's arrival). We understand our Au Pair's flight cannot be confirmed until final payment is made and tickets are issued. Flight schedules are subject to change until they have been ticketed. We also understand any outstanding balance more than 30 days past due will be subject to a finance charge of 1.5% per month, 18 % per annum and the removal of our Au Pair.

3.9   We understand and agree that because the majority of Go Au Pair's operation costs are incurred in the process of recruitment, interviewing, orientation and placement of au pairs, Go Au Pair's refund policy is limited to that shown in the refund calculation schedule shown below for a 12 month contract. There is no prorating of amounts in determining refunds. For example an Agreement in the seventh day of the 6th month falls in the column labeled Agreement Month 7 (<6 months remaining). The Refund Calculation Schedule is based on all payments having been made. Any balance due reduces the refund amount by the full amount of the balance due. Should a refund be due on a contract shorter than 12 months, the amount due is calculated based on the months remaining. For example, if a contract is for 9 months and 3 months and 3 days have been used, the refund amount is shown in the column labeled Agreement Month 7(<6 months remaining).

| Agreement Month | Pre-Arrival | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Months Remaining | | <12 | <11 | <10 | <9 | <8 | <7 | <6 | <5 | <4 | <3 | <2 | <1 |
| Refund | 5200 | 4200 | 3500 | 2800 | 2100 | 1750 | 1400 | 1050 | 700 | 350 | 200 | 0 | 0 |

Date_____   Initials_____

4

PLAINTIFFS' RESP. APP.0004088

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                    GAP_00000339



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

---

**Other Terms and Conditions:**

4.1   As Host Family, we agree to indemnify and save harmless Go Au Pair and its subsidiaries, related affiliates, and parent, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries, from any and all liability or claims, demands, damages, and costs for or arising out of Au Pair referral and matching services whether it be caused by negligence of Go Au Pair, its agents or employees.

4.2   We acknowledge and agree to release and hold harmless Go Au Pair and its subsidiaries, related affiliates, and parent company, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries, from any and all liability incurred by any person as a result of any act committed by an Au Pair or by any person associated with the Au Pair in any way, as well as liability incurred as a result of any conduct whatsoever committed by Go Au Pair and its officers, employees, agents, and representatives for any personal injury and/or property damages, injury, loss, delay or expense incurred by us or any family member, child, guest, employee, or agent of the Host Family as a result of, but not limited to, any of the following events: Acts of God, acts of war or government restrictions, any events directly or indirectly caused by an unintentional or negligent act or omission by an Au Pair placed in our household, or any unintentional acts or negligence caused by Go Au Pair or any of its officers, employees, representatives or agents.

4.3   If the Host Family breaches the indemnification and hold harmless clause and fails to defend Go Au Pair; Go Au Pair may institute a law suit for all legal fees and costs incurred including those associated with the enforcement of this provision.

4.4   In case a claim should be brought or an action filed with respect to the subject of indemnity, we agree that Go Au Pair may employ attorneys of Go Au Pair's own selection to appear and defend the claim or action on behalf of Go Au Pair.  Go Au Pair, at its option, shall have the sole authority for the direction of the defense, and shall be the sole judge of the acceptability of any compromise or settlement of any claims or actions against Go Au Pair.

4.5   The sole liability of Go Au Pair and its subsidiaries, related affiliates, and parent company, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries for any claim related to this Agreement shall be for Go Au Pair to use commercially reasonable efforts to replace the Au Pair according to the Replacement Policy and then the Refund Policy.  In no event shall Go Au Pair be liable for any consequential, incidental, indirect, special, or punitive damages, loss or expenses.  Not withstanding anything to the contrary, in no event shall the payment of any type of damages, due to any cause, including without limitation gross negligence or willful misconduct exceed the fees received by Go Au Pair under this Agreement.

4.6   We acknowledge that it is our responsibility to comply with any federal, state or local laws regulating host relationships with our Au Pair.  Go Au Pair does not provide legal advice regarding any such laws and is not responsible for informing the Host Family of, or overseeing compliance with, any federal, state or local laws which may vary from state to state, and are subject to change from time to time.

4.7   During the course of Go Au Pair performing services for Host Family, each party may be given access to information (in hardcopy and/or electronic form) that is confidential ("Confidential Information").  Confidential Information shall include Host Family information on the application to Go Au Pair, all information provided to the Host Family about each potential Au Pair, and other information specifically identified as confidential unless such information is already in the public domain. The Confidential Information received by each party shall be used only in connection with the Services provided under this Agreement and may only be copied or reproduced to the extent reasonably necessary for the receiver to perform its obligations.  Each party agrees to use the same degree of care to protect the Confidential Information of the other in the same manner that it protects the confidentiality of its own confidential information of a similar nature, but in no event less than reasonable care.  If either party receives a subpoena or other validly issued administrative or judicial process, including without limitation a request from the DOS, performing the procedural audits required by the DOS, or in responding to any legal action, requiring Confidential Information of the other party, it shall be permitted to disclose such information without notifying the other party.  Host Family agrees that releasing Confidential Information related to an Au Pair to another Au Pair agency of any type or receiving Confidential Information relating to an Au Pair and then subsequently arranging for that Au Pair to provide services outside of this Agreement is a breach of the Agreement and entitles Go Au Pair to damages of $4500 plus any reasonable, associated legal costs.

4.8   The terms and conditions of this Agreement shall be construed under the laws of the State of Utah.  If any of the terms or conditions of this Agreement are found to be illegal, or void, the remaining terms shall remain in full force and effect.

4.9   We agree that any dispute with Go Au Pair that is not settled informally will be submitted to binding arbitration, to be conducted in substantial accordance with the rules of American Arbitration Association in the State of Utah.  The identity of the arbitrator will be decided by mutual agreement, with the costs to be shared equally between the parties and the decision of

Date_____   Initials_____

5

PLAINTIFFS' RESP. APP.0004089

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                    GAP_00000340



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

the arbitrator shall be final.  By signing this Agreement we are waiving our right to have any claim against Go Au Pair decided in Court before a judge or jury, although each party retains the right to have a court confirm the arbitration award in accordance with the law.

4.10    Any and all lawsuits, claims or actions involving any issue or contractual requirements under this Agreement shall be commenced within two years and one day from the date the claim or cause of action accrues and all causes of the action shall be brought in the State of Utah.

4.11    Failure to comply with any portion of the above Agreement will result in waiving our right to any refund or replacement Au Pair.

4.12    Changes in Federal Regulations governing Go Au Pair, Au Pair, and/or Host Family supersede any portion of this Agreement.

4.13    This Host Family Agreement may be signed in counterparts and may be delivered by facsimile.  A facsimile signature shall be considered the same as an original.

4.14    We acknowledge this document (and documents referenced herein) sets forth our entire Agreement with the Go Au Pair Program, and we have not relied on any warranties or representations other than set forth. Should our family or Au Pair withdraw for any reason we understand and agree to the terms of the refund and replacement policies stated in this Agreement.

4.15    We understand that this document is a legal contract and that we have been advised to seek legal advice if we do not understand its terms.  By signing the document, we acknowledge that we have read and understand the provisions of this Agreement and accept and agree to abide by the terms set forth.

_____        _____        _____
Signature                                              Print Name                                           Date

_____        _____        _____
Signature                                              Print Name                                           Date

6

PLAINTIFFS' RESP. APP.0004090

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                                          GAP_00000341



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

**Sample Host Family Arrangements (Exact amounts may vary, based on specific Au Pair)**

$250   Application Fee (due at time of application)

$2300   Initial Payment (to be charged at time of match)

$4695   Final Payment (to be charged 30 days prior to Au Pair's arrival)

$TBD   Airfare Surcharge (to be charged 30 days prior to Au Pair's arrival) *Ask us about our reduced rates!*

$200   Premiere Au Pair added Program Fee (to be charged 30 days prior to Au Pair's arrival if matched with a Premiere Au Pair)

**Please charge my:**

o **Master Card**   o **Visa**   **(Preferred)**

o American Express   o Discover   o A check will be sent

Card Number: _____   Expiration Date: _____

Print name as it appears on card: _____

Cardholder Billing Address: _____

City: _____   ST: _____   Zip: _____

Home Phone: _____   Work Phone: _____

Email Address: _____

**\*\*I/We (Host Family) is/are responsible for making sure sufficient funds are available at the time due. A $25 fee will be charged in the event the credit card is declined. A late fee of $75 will be charged for late payments or paperwork.\*\***

_____   _____
Signature                                            Date

_____   _____
Signature                                            Date

7

PLAINTIFFS' RESP. APP.0004091

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                    GAP_00000342

# Exhibit 372

PLAINTIFFS' RESP. APP.0004092

CONFIDENTIAL – ATTORNEYS'
EYES ONLY



**CHILD CARE SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7762 fax
www.GoAuPair.com

*a cultural child care experience*

This Child Care Services Agreement is between ▮▮▮▮▮▮▮ ("Host
Family") with primary residence at 109 Woodland Ave Allerdale
_cho._
And ▮▮▮▮▮▮▮ ("Au Pair") from the country of El Salvador
(collectively "Parties" and individually "Party") for a cultural experience and child care services sponsored by Go Au Pair
Operations, LLC ("Go Au Pair") through the US Department of State ("DOS") Au Pair Visitor Program ("Au Pair Program").
Each Party warrants they have read and understand the DOS' Au Pair Program goal to increase mutual understanding
between the people of the United States and other countries through an educational and cultural exchange so the Au Pair
can return home to share their experiences with others in their home country.

This Child Care Services Agreement and the below items (collectively the "Written Agreement") document the agreement
of the Parties' responsibilities, work schedule, and living arrangements to be followed during the term of the Au Pair
Program:
1.  United States Department of State ("DOS") Regulations on the Au Pair Visitor Exchange Program in Title 22 CFR 62
    ("DOS Regulations"), specifically 22 CFR 62.31 – Defines the regulations the Au Pair and Host Family must follow to
    participate in the Au Pair Program.
2.  Au Pair and Host Family Orientation ("Orientation") is to be completed within the first two weeks of the Au Pair's
    arrival and is conducted by the Go Au Pair Local Area Representative ("LAR") with the Parties and all adults living in
    the home. The Orientation will be signed by the Host Family, Au Pair, and any other adult living in the home.
3.  Go Au Pair Grievance Policy ("Grievance Policy") - This policy describes the steps to be followed if issues arise
    during the Au Pair Program.
4.  Hours & Wages Log - The Au Pair will record the hours worked and wages paid. When accurate, the Host Family
    and Au Pair will initial the log.

This Written Agreement is effective on the date both Party sign it and continues to the end date on the Au Pair's Form DS-
2019 or until the Au Pair leaves the United States, whichever is later ("End Date"). The Parties acknowledge: the Au Pair
is not an employee, independent contractor, or agent of Go Au Pair; the Au Pair is an employee of the Host Family; the
Host Family is solely responsible to supervise all Child Care Services performed by the Au Pair. *(Reg. 62.2; 62.31.h.e.5;
62.31.h.6)*

**1.    Work Schedule**
The work schedule ("Work Schedule") on the next page describes the activities, duties, and hours each day in the week.
The work schedule may be modified by mutual agreement. The Parties agree the Au Pair will not work more than 10
hours a day or 45 hours a week (30 hours per week for an EduCare Au Pair) and the Au Pair will receive a minimum of
one and one half days off a week in addition to one complete weekend off a month. *(Reg. 62.31.c.2; 62.31.j.2; 62.31.j.3)*

**2.    Duties and Responsibilities**
2.1     The Au Pair's duties and responsibilities for child care services ("Child Care Services") are documented by the
Host Family on page 3. Some examples of responsibilities which do NOT comply with DOS guidelines include (Reg.
62.31.e.5; 62.31.h.6):
   • Heavy housework – cleaning/dusting entire house, gardening, mowing, painting, etc
   • Caring for pets, elderly or handicapped adults
   • Running the entire household when Host Family is regularly absent
   • Caring of child under the age of 3 months without a Host Family parent or other responsible adult present (Reg.
     62.31.e.2 )
2.2     The DOS Regulations have three unique requirements that may exist in this placement with the Host Family.
The Host Family has identified on the table in this section whether any of the following are present in the home:
   • **Infant Experience:** If the Host Family has children under the age of two, the Host Family and Au Pair have
     confirmed the Au Pair has at least 200 hours of documented infant child care experience. *(Reg. 62.31.e.3)*
   • **Special Needs Child(ren):** The Host Family must identify all children requiring Special Needs (see definition in
     Section 15.1) and personally review and confirm to their satisfaction that the Au Pair has the necessary
     experience, skills, and training to care for all such children. *(Reg. 62.31.e.4)*
   • **EduCare:** If Au Pair is with the EduCare program, the Host Family has full time arrangements in place for
     supervising the pre-school children. *(Reg. 62.31.e.3 )*



Initial – Au Pair: ▮▮▮▮▮▮▮   Date: 11/13/14      1 of 9      Initial – Host Family: ▮▮▮▮▮▮   Date: 11/3/14

PLAINTIFFS' RESP. APP.0004093

GAP_00021701



## CHILD CARE SERVICES
## AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

### Section 1 - Work Schedule

| | Schedule Hours | Description of Duties & Activities | Total Hours |
|---|---|---|---|
| Monday | 8:30 - 5:30 | | 9 |
| Tuesday | 8:30 - 5:30 | | 9 |
| Wednesday | 8:30 - 5:30 | | 9 |
| Thursday | 8:30 - 5:30 | | 9 |
| Friday | 8:30 - 5:30 | | 9 |
| Saturday | | | |
| Sunday | | | |
| | | Total Weekly Hours = | 45 |



Initial – Au Pair: ▮▮▮  Date: 11/13/14          2 of 9          Initial – Host Family: ▮▮▮  Date: 11/3/14



## CHILD CARE SERVICES AGREEMENT

151 East 8100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

### Section 2.3 – Duties and Responsibilities

| Child Care Duties | Yes | No | Comments |
|---|---|---|---|
| Playing with child(ren) | X | | Playing games, taking to Playground |
| Reading & enrichment | X | | Reading to twins |
| Helping with school homework | X | | Emily needs help with Math & English |
| Tutoring Foreign Language | X | | Singing in Spanish & teaching some words Spanish |
| Walks & Exercise | X | | Walks with twin girls |
| Driving / transport – to / from school | X | | Pick up Emily from school at 3:15pm |
| Driving / transport – to / from activities | | | |
| Preparing children meals | X | | lunch & dinner |
| Cleaning up after child(ren) meals | X | | |
| Washing child(ren) dishes | X | | both twins & Emily |
| Pick-up child(ren) areas (play area, bedroom, children belongings) | X | | both twins & Emily |
| Making child(ren) beds | X | | |
| Laundry of child(ren) clothes | X | | |
| Vacuuming / Dusting child(ren) rooms | X | | |
| Bathing child(ren) | X | | Everyday Mon - Fri |
| Changing infant diapers | X | | |
| Being home when children absent from school (illness, vacation, etc) | X | | |
| Other: | | | |
| Other: | | | |
| Other: | | | |
| Special Needs (please list) | | | |

| Unique DOB regulations | Yes | No | Comments |
|---|---|---|---|
| Infant Child (ren) under the Age of 2 Years | | | |
| Special Needs Child(ren) | | | |
| Pre-school Child(ren) AND an EduCare Au Pair | | | |

Initial – Au Pair: ▮▮▮   Date: 11/13/14          3 of 9          Initial – Host Family ▮▮▮   Date: 11/7/14

PLAINTIFFS' RESP. APP.0004095

GAP_00021703

CONFIDENTIAL – ATTORNEYS'
EYES ONLY



**CHILD CARE SERVICES
AGREEMENT**

151 East 8100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

**Section 2.3 – Duties and Responsibilities**

| Child Care Duties | Yes | No | Comments |
|---|---|---|---|
| Playing with child(ren) | X | | Playing games, taking to Playground |
| Reading & enrichment | X | | Reading to twins |
| Helping with school homework | X | | Emily needs help with Math & English |
| Tutoring Foreign Language | X | | Singing in Spanish & teaching some words Spanish |
| Walks & Exercise | X | | Walks with twin girls |
| Driving / transport – to / from school | X | | Pick up Emily from school at 3:15 pm |
| Driving / transport – to / from activities | | | |
| Preparing children meals | X | | lunch & dinner |
| Cleaning up after child(ren) meals | X | | |
| Washing child(ren) dishes | X | | both twins & Emily |
| Pick-up child(ren) areas (play area, bedroom, children belongings) | X | | both twins & Emily |
| Making child(ren) beds | X | | |
| Laundry of child(ren) clothes | X | | |
| Vacuuming / Dusting child(ren) rooms | X | | |
| Bathing child(ren) | X | | everyday Mon-Fri |
| Changing infant diapers | X | | |
| Being home when children absent from school (illness, vacation, etc) | X | | |
| Other: | | | |
| Other: | | | |
| Other: | | | |
| Special Needs (please list) | | | |

| Unique DOS regulations | Yes | No | Comments |
|---|---|---|---|
| Infant Child (ren) under the Age of 2 Years | | | |
| Special Needs Child(ren) | | | |
| Pre-school Child(ren) AND an EduCare Au Pair | | | |

Initial – Au Pair: [redacted]  Date: 11/12/14          3 of 9          Initial – Host Family: [redacted]  Date: 11/7/14

PLAINTIFFS' RESP. APP.0004096



# CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

**3.      Compensation, Vacation, & Education**

3.1      The Host Family agrees to pay the Au Pair at least the minimum weekly stipend of $195.75 (and if the Au Pair is in EduCare, $146.81). The stipend is subject to the DOS Regulations, the higher of federal or state minimum wages laws, and in conformance with the Fair Labor Standards Act as interpreted by the United States Department of Labor. Should the federal or state regulations change, the updated stipend must be used when they go into effect. The Host Family will provide the Au Pair with accommodations and meals. (Reg. 62.31.j.1) The Host Family acknowledges and agrees:

- The Au Pair's stipend cannot be withheld for loss of time through illness.
- The Host Family will not reduce stipend payments to the Au Pair except for bills produced pursuant to in this Written Agreement.
- The Host Family will reimburse the Au Pair for all reasonable out of pocket expenses incurred in the performance of Child Care Services provided they are approved by the Host Family and receipts are provided when requested.
- The Host Family will pay for the Au Pair's education costs and in pursuant to section 3.5, either to the Au Pair or directly to the secondary institution.
- The Au Pair is responsible for all other personal costs.
- At the current time, the Au Pair stipend is not subject to withholding tax or FUTA (See the IRS link - http://www.irs.gov/Individuals/International-Taxpayers/Au-Pairs).
- The Au Pair is responsible for all income taxes paid under this Written Agreement.

Stipend:
The weekly stipend is  $  *200*

The stipend will be paid:

| | | |
|---|---|---|
| Weekly | ☒ | |
| Every two weeks | ☐ | |
| Other: | ☐ | _____ |

3.2      The Au Pair will prepare a hardcopy weekly log of the hours worked by day, stipend paid, vacation days used, and educational financial contributions made ("Hours & Wages Log"). The Parties agree to review the information, and when correct, approve with initials. If there are any discrepancies or missed initials lasting more than 14 days, any Party will notify the LAR and Headquarters in writing to mediate any open points. (Reg. 62.31.j.1-4)

3.3      The Au Pair will be responsible for paying his/her routine personal costs, some of which the Host Family may pay in advance. The Host Family will provide the Au Pair with written, itemized statements of these costs for which the Au Pair will reimburse the Host Family. The reimbursable costs ("Reimbursable Costs") are listed below; additional costs need to be agreed to in advance.

| Reimbursable Costs Allowed to the Host Family during the month for the Au Pair to pay when billed | | | |
|---|---|---|---|
| Travel (personal only) - gas & tolls | | | |
| Phone Bill (personal only) | X | | |
| Other: | | | |

3.4      The Host Family agrees to provide the Au Pair two (2) weeks paid vacation at the Au Pair's normal weekly stipend each year at a mutually determined time following Au Pair's arrival. Optionally, as part of the cultural experience, the paid holiday(s) are described below (Reg. 62.31.j.4).

| Vacation timing (may be mutually defined later): | |
|---|---|

Holidays:   1.  *4th of July*          2.  *Christmas*
            3.  *Labor Day*          4.  *Thanksgiving*

Initial – Au Pair: ████   Date: 11/13/14      4 of 9      Initial – Host Family: ████   Date: 11/4/14

GAP_00021705

CONFIDENTIAL - ATTORNEYS'
EYES ONLY



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

3.5     The Au Pair is required to register and attend classes to complete at least six semester credit hours (12 semester credit hours for an EduCare Au Pair) in a formal educational setting offered at an accredited post-secondary institution during a 12 month Au Pair Program. The Host Family agrees to facilitate the enrollment and attendance of the Au Pair in the academic program by providing adequate time and transportation to attend classes. The Host Family agrees to provide the Au Pair the amount specified below for tuition/costs: (Reg. 61.31.c.3; 61.31.k.1)

**Education Tuition:**

| Au Pair Program | 12 Month | | Transition Au Pair Only | |
|---|---|---|---|---|
| | Education Semester (Hours) | Education Contribution ($) | Education Semester (Hours) | Education Contribution ($) |
| All other than EduCare | 6 | $ 500 | | |
| EduCare | 12 | $ 1000 | | |

## 4.     Au Pair Bedroom & Accommodations

The Host Family will provide a suitable, private bedroom (with a door that closes) for the Au Pair in each of the residences where Child Care Services are provided and the Au Pair sleeps as described below. *(Reg. 62.31.e.6)*

| Living Spaces | Please Describe |
|---|---|
| Bedroom – Requires private door<br>- Describe level of home<br>- What else is on this floor | *Please keep room clean* |
| Bathroom<br>- Private<br>- If Shared, with whom | *Please clean* |
| Amenities provided in the bedroom<br>- Windows<br>- Furniture<br>- Closet<br>- TV, Cable, Internet | |
| Other Comments | |
| Other benefits / privileges: | |

## 5.     Transportation and Use of Car

5.1     If the Au Pair is to operate any vehicle, the Host Family agrees to:
- Determine that the Au Pair has sufficient driving ability to do so
- Ensure that the Au Pair has a valid driver's license
- Provide at least the minimum mandatory car insurance at the Host Family's expense for the Au Pair
- In case of an accident, the Au Pair will only be responsible for the actual costs of damages not covered by insurance up to a maximum of a $500 per incident where the Au Pair is deemed to be at fault.
- Pay for gas, tolls, and parking for the vehicle(s) used by the Au Pair to perform Child Care Services or when driving to/from LAR Cultural Events and/or classes which are requirements of the Au Pair Program.
- Supervise the Au Pair's use of the automobile.

Initial – Au Pair: _____ Date: 11/3/14        5 of 9        Initial – Host Family: _____ Date: 11/4/14



**Go AuPair**
*a cultural child care experience*

### CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

|  | Yes | No |
|---|---|---|
| **Driving Required for child care** |  |  |
| **Home Area** |  |  |
| Rural |  |  |
| Suburban |  | X |
| City – midsize |  |  |
| City – Large |  |  |
| **Traffic volume** |  |  |
| Light |  | X |
| Moderate |  |  |
| Heavy |  |  |
| Very Heavy |  |  |

|  | Yes | No |
|---|---|---|
|  |  |  |
|  | X |  |
|  | X |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.2    If the Au Pair does not have access to a car, the Host Family will provide suitable, safe transportation between the Host Family's residence and the educational institution and LAR cultural events.

| Public Transportation | Yes | No | Comments |
|---|---|---|---|
| Bus |  |  |  |
| Train |  |  |  |
| Subway |  |  |  |
| Other (describe) |  |  |  |

**6.    House Rules, Curfews, & Restrictions   (See below)**
Any house rules concerning restrictions or curfews are defined below.

|  | Au Pair | Visitor(s) |
|---|---|---|
| Weekday | Be in by 1100pm | yes |
| Weekend | No curfews | yes. |
| Other |  |  |

**7.    Dispensing of Medicine**
Host Family agrees the Au Pair is not responsible for the diagnosis of any medical condition, the dispensing of any medicine, or the provision of medical or therapeutic treatment ("Special Treatment") for the Host Family's children.  The Au Pair has no verified medical training.

**8.    Au Pair Program Guidelines and DOS Regulations**
8.1    The Parties have read, understand, and agree to abide the DOS Regulations.
8.2    Either a Parent or other responsible adult will remain in the home for the first three days following the Au Pair's arrival. (Reg. 62.31.e.1)

Initial – Au Pair: ███  Date: 11/13/14        8 of 9        Initial – Host Family: ███  Date:  11/4/14

PLAINTIFFS' RESP. APP.0004099

GAP_00021707



**CHILD CARE SERVICES AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

8.3     The Parties understand the Au Pair cannot accept employment of any type outside of Child Care Services with the Host Family. If the Au Pair engages in unauthorized employment, he/she is in violation of the Au Pair Program and subject to termination. *(Reg. 62.16.b)*

8.4     The Host Family agrees to maintain liability and casualty insurance to cover any reasonably foreseeable damages which may be sustained by the Au Pair while in our household.

8.5     The Parties agree they have received the Grievance Policy and will use it whenever there are concerns affecting the relationship between the Host Family and the Au Pair or related to the Au Pair providing Child Care Services. The Parties agree Go Au Pair will attempt to mediate any issues and disputes between the Host Family and the Au Pair after reviewing the available written documentation and that Go Au Pair Headquarters decisions are final. *(Reg. 62.31.f.1)*

8.6     For an Au Pair to participate in the extension program as defined in the DOS regulations, the extension application and documentation verifying the educational requirements must be submitted 51 days before the Au Pair's Form DS-2019 expires.

8.7     The Parties agree to use reasonable efforts to ensure the Au Pair leaves the United States by the End Date plus the 30 day grace period ("Grace Period"). If the Au Pair does not leave the United States before the end of the Grace Period, Au Pair is at risk of penalties dictated by federal law. The Parties further acknowledge that Go Au Pair cannot support nor sponsor the Au Pair for a change of visa status or visa program. *(Reg 62.13.c.1 )*

8.8     The Parties agree the use of recording device, including but not limited to a "nanny cam", shall be limited to the purpose of evaluating the Au Pair's performance with the child(ren) in the Au Pair's care, and shall not be used in any area of the Host Family's home in which an Au Pair has reasonable expectation of privacy, including but not limited to bathrooms and bedroom used by the Au Pair.  Rather, the use of such devices shall be limited to common areas of the home, in which the Au Pair provides Child Care Services.

**9.     Insurance**
Go Au Pair provides the Au Pair with basic accident and illness insurance coverage which ends on the End Date.

* Upgraded coverage is recommended and available for purchase by the Host Family or Au Pair through Go Au Pair for a one-time annual fee
* Coverage for the Grace Period is available for an additional cost and is highly recommended.

**10.     Cultural Events**
10.1     The Parties understand the Au Pair is required to attend **at least** four (4) cross-cultural activities ("LAR Cultural Events") throughout the 12 months in the Au Pair Program, or prorated if less than 12 months.  These cross-cultural activities are designed to promote exposure and interchange between exchange visitors and Americans so as to increase their understanding of each other's society, culture, and institutions. The Host Family agrees to support attendance and provide the Au Pair with the necessary time off and transportation for the LAR Cultural Events. *(Reg. 62.8.d.1-2)*

10.2     As required by the Au Pair Program the Host Family agrees to attend one family day event, arranged by the LAR, during the Au Pair's stay in the United States. *(reg. 62.31.i.3)*

**11.     Communications with Go Au Pair**
11.1     The Parties agree to respond to inquiries and maintain communication with the LAR in their monthly contacts to monitor the placement and to take advantage of the Au Pair Program's resources. This includes both routine matters and issues while the Au Pair is living in the Host Family's home.  Parties agree to timely notify the LAR in writing of any emergency matters, unusual or serious incidents, or problems arising from the Au Pair's participation in the Au Pair Program, especially situations that could potentially affect the Au Pair's completion of the Au Pair Program. This includes without limitation: adherence to DOS regulations, hours or wages, performance/quality of services, quality of relationship between the Au Pair and Host Family or Au Pair and children, and the overall satisfaction of each Party with the Au Pair Program, etc.

11.2     The Parties agree the communications and support provided during the Au Pair Program by Go Au Pair including without limitation by any LAR's, employees, agents, do not represent any form of supervision of the Child Care Services or imply any responsibility for the Au Pair's performance.

**12.     Confidential Information**
During the course of the Au Pair's employment, the Parties will legitimately become privy to confidential information about one another.  Confidential information ("Confidential Information") includes, without limitation, pictures, videos, email addresses, financial information, personal telephone numbers, birth dates, and Social Security numbers. Confidential information may not be disclosed to anyone or in any public forum, including without limitation, Facebook, Twitter, Instagram, LinkedIn, MySpace, YouTube, social networks, internet sites, or personal blogs without the prior written consent of the other Party.

**13.     Termination of Contract**
13.1     This Written Agreement will terminate on the End Date specified in the Au Pair's Form DS-2019.

Initial – Au Pair:  ▮  Date: 11/13/14          7 of 9          Initial – Host Family:  ▮  Date: 11/4/14



**CHILD CARE SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

13.2    To terminate this Written Agreement before the End Date, the Parties must follow the Grievance Policy, especially
Step 3.   The party(ies) requesting to terminate this Written Agreement must notify Headquarters in writing via email, fax or
written letter requesting the placement be terminated ("Notification")
13.3    Both Party must submit the written Incident Report from their point of view
13.4    The Party terminating this Written Agreement must give two (2) week notice ("Transition Period") unless otherwise
mutually agreed by the Parties.
13.5    Outstanding charges for the Au Pair's personal expenses as defined in this Written Agreement may be deducted
from his or her final paycheck. The Au Pair may have a financial obligation to the Host Family if the final paycheck does
not cover outstanding charges.
13.6    If the Au Pair terminates this Written Agreement within the first 60 days of arriving at the Host Family's home,
then the Au Pair must reimburse the Host Family for his or her airfare cost as below, absent the Host Family violating the
Au Pair Program regulations as determined by Go Au Pair.

- Between 0 to 60 days at 100% of his or her airfare cost

### 14.    Other Terms

14.1    The Parties and their heirs, predecessors, successors and assigns completely release and forever discharge Go
Au Pair, its past, present and future officers, managers, members/owners, agents, representatives, employees,
consultants, independent contractors, attorneys, insurers, parent companies, subsidiaries, and affiliates, (collectively, the
"Released Parties"), from any and all past, present or future claims of any kind, including but not limited to, claims for pain,
suffering, personal injuries, attorney's fees, costs, loss of services, mental anguish, disability, medical and hospital
expenses, lost wages or earning capacity, all special and general damages, consequential and punitive damages,
whether based on a tort, contract, statutory or other theory of recovery ("Claims"), on account of or in any way arising
from, the hiring, placement, or employment of an Au Pair, any activities in the Au Pair Program, the provision of Child
Care Services, or from an Au Pair's intentional or negligent acts, or omissions.

14.2    The terms and conditions of this Written Agreement shall be construed under the laws of the State of Utah.  The
Parties agree that any dispute among them that is not settled informally will be submitted to binding arbitration, to be
conducted in substantial accordance with the rules of American Arbitration Association by a single arbitrator. The identity
of the arbitrator will be decided by mutual agreement, with the arbitrator's fee to be shared equally between the Host
Family and Au Pair.  The decision of the arbitrator shall be final and cannot be appealed.  If the Parties cannot agree on
an arbitrator then the AAA will appoint one.  By signing this Child Care Services Agreement, the Parties waive their right
to have any claim against the other heard in any court by a judge or jury, although each Party retains the right to have a
court enforce an arbitration award in accordance with the law.

14.3    If any of the terms or conditions of this Written Agreement are found to be illegal, invalid, or otherwise
unenforceable, such term shall not affect the remaining terms and conditions of this Written Agreement, and such term or
condition shall be deemed modified to the extent necessary in the arbitrator's opinion to render such term or condition
enforceable, preserving to the fullest permissible extent the intent and agreements of the Parties.

14.4    This Written Agreement may be signed in counterparts and may be delivered by facsimile signature or electronic
signature under the provisions of the US ESIGN Act.  A facsimile or electronic signature shall be considered the same as
an original.

14.5    The Parties each acknowledge this Written Agreement sets forth the entire agreement between them related to the
Au Pair Program, and neither has relied on any warranties or representations other than set forth.  This Written
Agreement may be modified or amended only by the mutual written agreement of the Parties.

14.6    The Parties agree changes in the DOS Regulations and DOS formal guidelines governing the Au Pair Program
supersede and amend any portion of this Written Agreement.

### 15.    Definitions

15.1    "Special Needs" means  individuals (child or adult) who require assistance because of a wide variety of physical,
mental, and psychological health conditions that impact an individual's medical, behavioral, and developmental needs.
They range from relatively mild to chronic and severe. This could include without limitation any of the following areas:
breathing, swallowing/digestion/metabolism, blood circulation, chronic pain, hearing even with corrective devices, seeing
even with corrective devices, taking care of self, coordination/moving around, learning/understanding/paying attention,
speaking/communicating, making/keeping friends, and behavior. A list without limitation of health conditions considered
to be special needs includes: Attention Deficit Disorder (ADD), Attention Deficit Hyperactivity Disorder (ADHD), Auditory

Initial – Au Pair: ▇▇▇▇    Date: 11/13/14        8 of 9      Initial – Host Family: ▇▇▇▇    Date: 11/4/14

PLAINTIFFS' RESP. APP.0004101

CONFIDENTIAL – ATTORNEYS'
EYES ONLY



**CHILD CARE SERVICES
AGREEMENT**

151 East 8100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

Processing Disorder (APD), dyslexia, depression, anxiety problems, asthma, autism, Asperger's, Autism Spectrum Disorders(ASD), cancer, diabetes, developmental delay, Intellectual Disability (ID), epilepsy, migraines, Traumatic Brain Injury (TBI), heart problems, blood problems, cystic fibrosis, cerebral palsy, muscular dystrophy, down syndrome, arthritis, joint problems, and allergies.

16.   **Parties Representations**

Each Party warrants that all the information given to the other Party is true, accurate and complete. Each Party has thoroughly reviewed the other Party's application and personally interviewed the other Party by telephone, or the equivalent, in English at least two times prior to entering into this Written Agreement. Each Party warrants it has carefully reviewed the terms and conditions outlined herein and agrees to abide by them as acknowledged by his or her signature below. *(62.31.0.7)*



| | | |
|---|---|---|
| Signature – Host Family – Parent | Print Name | 11/4/14 Date |
| Signature – Au Pair | Print Name | 11/13/14 Date |

PLAINTIFFS' RESP. APP.0004102

GAP_00021710

Case 1:14-cv-03074-CMA-KMT   Document 949-29   Filed 03/17/18   USDC Colorado   Page 20
of 32

# Exhibit 373

PLAINTIFFS' RESP. APP.0004103



<span style="float:right">Host Family Agreement</span>

## Instructions

As a Host Family participating in the J-1 Exchange Visitor Program, you must agree to and abide by the U.S. Department of State program regulations and the terms and conditions of this Host Family Agreement. Please carefully review the terms of this Agreement, then sign and date this Agreement via our secure electronic signature service.

## Host Family Agreement

We the undersigned ("we", "our", "host family" or "host" to include all members of said person's household and family hereinafter, in the aggregate, referred to as "we", "our", "host family" or "host") have applied to be a host family with GreatAuPair, LLC, a Delaware limited liability company ("GreatAuPair"). In exchange for program fees paid by host family, GreatAuPair agrees to recruit, screen and train au pair candidates for our consideration and to provide reasonable support during our program term. Our electronic signature confirms that we have carefully reviewed the Agreement and understand and agree to the following terms.

## Selection of Au Pair Candidates

1. We understand that it is our responsibility to choose an au pair from the candidates presented to us and that GreatAuPair cannot guarantee our satisfaction with our selected au pair. We acknowledge that GreatAuPair has made reasonable efforts to verify the health and experience of the au pair and we agree that GreatAuPair cannot be held liable for any misrepresentation or omission on the part of a physician, agent or reference. We understand and agree that GreatAuPair shall not be liable for the performance or conduct of the au pair and that the au pair is not an employee or agent of GreatAuPair and therefore GreatAuPair maintains no direct control or dominion over our au pair. We understand that GreatAuPair is not liable for any misrepresentation, act or omission on the part of the au pair.

## Department of State Program Requirements

2. As a participant in the au pair program we understand the importance of providing our au pair a positive cultural exchange experience and we agree to introduce our au pair to American life, making reasonable attempts to include our au pair in family activities.

3. We agree that we have adequate financial resources to satisfy all obligations as a GreatAuPair Host Family as required by the U.S. Department of State as a condition of hosting an au pair.

4. We understand that in order to participate in the program, both parents or legal guardians must be U.S. citizens or permanent legal residents of the United States.

5. We agree to attend to the health, safety and welfare of our au pair and to promptly notify GreatAuPair of any changes to our au pair's well being.

6. We understand our au pair can perform childcare services and light housekeeping related to childcare for up to 45 hours per week, 5.5 days per week with a maximum of 10 hours per day. We understand our obligation to provide our au pair with the following benefits as mandated by the Department of State:

   a) Room and board including a private bedroom that is approved by a GreatAuPair representative. The approved private bedroom must be located at the address listed on the au pair's DS-2019 form (the host family's primary residence) and may not be substituted for any other living quarters. Au pairs are not permitted to reside, even on a temporary basis, at an alternate location without prior written approval from GreatAuPair.

   b) A weekly minimum stipend, based on the Fair Labor Standards Act (FLSA), as determined by the Department of State, currently set at $195.75 per week (subject to change). We understand the stipend cannot be withheld for any reason and will be paid to the au pair every week on the same day via verifiable means such

PLAINTIFFS' RESP. APP.0004104

GAP0000029



Host Family Agreement

as check or direct deposit. Payment of the first weekly stipend shall be made upon the completion of our au pair's first week within our home.

c) A minimum of one full weekend off per month (Friday evening to Monday morning), at least 1.5 days off each week and two weeks (10 days) paid vacation over the 12-month program. 12 and 9-Month extending au pairs will received two weeks (10 days) paid vacation, and 6-month extensions shall receive one week (5 days) of paid vacation.

d) Educational allowance up to $500 for our au pair to complete up to six credit hours of study at an accredited post-secondary institution. We agree to assist our au pair in finding transportation in order to attend classes and to provide scheduling opportunities. (The educational component for a 6-month extension is not less than three credit hours of academic credit or its equivalent and the host family contributes up to $250. The educational component for a 12-month and 9-month extension is not less than six credit hours and the host family contributes up to $500.)

7. In addition to providing our au pair the above benefits, we understand and agree to abide by all GreatAuPair and Department of State guidelines as published by the Department of State in 22 CFR Part 514 and which may be amended periodically. We acknowledge receipt of a copy of the Au Pair Program Regulations and the Host Family Handbook from GreatAuPair and we agree to the requirements therein which are not limited to, but shall include the following recitals:

a) We agree that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival.

b) We understand that in the event we have a child under the age of two years old, our au pair must have 200 hours of documented childcare experience working with children in this age group. We agree to notify GreatAuPair in advance should a baby join our household during our program in order to ensure our au pair has the required experience.

c) We understand that if we have a baby under three months of age, a parent or other responsible adult must be present in the home at all times and that the au pair cannot be the sole caregiver of the baby at any time.

d) We understand that if we have a special needs child, our chosen au pair must have identified his or her prior experience, skills or training in the care of special needs children and we will need to review and acknowledge in writing the au pair's prior experience, skills and training at the time of matching.

e) We agree to notify GreatAuPair in writing within one week of any material change in our family that may impact our ability to participate in the Au Pair Program, which includes but is not limited to a change in marital status, the addition or removal of any person from our household, a change of address, loss of job or any other change that may impact our au pair's well being and or living situation.

f) We agree to speak with our GreatAuPair local childcare coordinator within 48 hours of our au pair's arrival.

g) We agree to schedule an arrival orientation with our GreatAuPair local childcare coordinator within two weeks of our au pair's arrival in our home.

h) We agree to speak with our GreatAuPair local childcare coordinator on a monthly basis for the required contact call.

PLAINTIFFS' RESP. APP.0004105

GAP0000030



<span style="float:right">Host Family Agreement</span>

    i)   We agree to facilitate our au pair's attendance at monthly GreatAuPair sponsored events and to attend at least one Host Family Event per calendar year.

    j)   We understand that we must live within one-hour's driving time of the home of the GreatAuPair local childcare coordinator. Should we relocate outside of a GreatAuPair serviced area during our program year, we understand we will not be eligible to continue in the program. In this case, we are eligible to receive a refund in accordance with GreatAuPair's refund policy.

### Additional Program Requirements

1.  We understand and agree that once our au pair's flight has been booked, any changes made to our au pair's flight, per our request, will be at our sole expense. In addition, we understand that GreatAuPair is not responsible for any baggage fees associated with our au pair's arrival or return flight.

2.  We agree to provide automobile insurance with a minimum of $50,000 in medical coverage to cover our au pair if she is permitted to drive our family car(s). We agree to demonstrate compliance by showing our Local Childcare Coordinator that our au pair has been added to our insurance policy during the Arrival Orientation. We agree that our au pair will not be held liable for more than a $500 insurance deductible per accident. Accidents must be reported to our insurance agent and a claim must have been filed before the $500 deductible payment can be considered due and payable by our au pair. We agree not to hold GreatAuPair liable for any damages or loss due to the au pair's use or misuse of a vehicle.

3.  We understand that we are responsible for evaluating our au pair's driving skills and we in our sole discretion, based on our determination will allow our au pair to drive our car(s) only after our au pair has obtained a legal driver's license for the state in which we primarily reside.

4.  We understand that GreatAuPair provides our au pair with travel and accident insurance through a third-party and that the insurance is limited in its coverage. We agree to familiarize ourselves with the insurance policy and the limitations and exclusions therein. We also agree to hold GreatAuPair harmless for any disputes that may arise between the third-party insurance company, our au pair and ourselves.

5.  We understand and agree that GreatAuPair shall not be responsible for any personal bills incurred by the au pair or us, such as telephone bills, automobile expenses, travel expenses or health expenses not covered by insurance. We agree not to seek payment from GreatAuPair for any such expenses.

6.  We understand that if we travel with our au pair outside of our local community and a problem arises, we are responsible for making arrangements at our expense to promptly return the au pair to our community. Further, we understand that if we occupy multiple residences, we are responsible for informing GreatAuPair when changing location for any period exceeding 5 days. We understand that travel with our au pair in excess of 30 days within the U.S. or outside of the U.S. must have prior written approval from GreatAuPair.

7.  We understand and agree that GreatAuPair may immediately terminate our participation in the program and remove the au pair from our home if GreatAuPair determines, in its sole discretion, that the au pair is in an unsuitable environment or if we fail to comply with the terms of this Agreement or Department of State regulations.

8.  Upon the completion or termination of our participation in the au pair program, we agree to provide reasonable assistance to GreatAuPair to ensure that our au pair leaves the United States.

PLAINTIFFS' RESP. APP.0004106

GAP0000031

**GREATAUPAIR**USA

# Host Family Agreement

**Placement Change, Replacement Au Pair, Credit and Refund Policy**

1. If we have concerns with our au pair's behavior or performance, we agree to keep our au pair for a minimum of thirty (30) days and we agree to work with a GreatAuPair representative to help resolve placement issues. If after thirty (30) days from our au pair's arrival, GreatAuPair deems a placement change necessary, we agree to continue housing our au pair for a period of up to 14 days during the replacement period.

2. In the event GreatAuPair deems it necessary to remove our au pair from our home, we agree to pay GreatAuPair an au pair housing fee of $35 per day for each day our au pair does not reside in our home, not to exceed 14 days. We understand that removal of our au pair may only be exercised by GreatAuPair and that we cannot seek removal of our au pair or remove our au pair's belongings from our home without prior approval of GreatAuPair.

3. We understand that in the event of a placement change, we are responsible for paying pro rata, vacation time due our outgoing au pair prior to the au pair's departure from our home. Vacation time shall accrue on a basis of one day per month beginning upon the au pair's third month in the United States. Au pairs extending for 12 or 9 months will receive two weeks (10 days) paid vacation, and au pairs extending for 6 months shall receive one week (5 days) of paid vacation. Vacation time for au pairs who extend shall accrue on the basis of one day per month during the extension program.

4. We understand and agree that in the event of illness, injury or other medical condition that prevents our au pair from continuing her duties, our au pair will not be eligible to continue in the program and will be required to return home.

5. We understand and agree that GreatAuPair is the au pair's program sponsor, and as such, any decision regarding our au pair's program status will be made at the sole discretion of GreatAuPair.

6. We understand and agree that the refund policies set forth herein will be the exclusive remedy in the event GreatAuPair is unable or unwilling to provide a replacement au pair, and that GreatAuPair is not responsible for any economic hardship, damage or loss alleged to arise from the unavailability of the au pair's services.

7. We understand and agree that a placement change initiated by our au pair, for any reason, does not make us eligible for an increased credit or refund. Furthermore, we agree and understand that in the event that our au pair leaves the placement without warning, elects to change their visa status, or takes any other action that causes the placement to end abruptly, that we will continue to be held to the terms and conditions defined in this Agreement.

8. Should a placement change occur, we understand that we are subject to GreatAuPair's replacement policy as follows:

**Replacement Policy**

| Replacement Au Pairs | Terms & Conditions Applicable Only to 12-Month Placements |
|---|---|
| Within first 6 months of family's 12-month program | Host family is eligible to receive one replacement au pair. Host family will pay for any additional months of service they may receive from the new au pair at a rate of $675/month due 30 days after the replacement au pair's arrival. If host family matches with an in-country au pair, they are responsible for transportation costs for the au pair to travel to their home. If host family matches with an out-of-country au pair and host family has received a program fee discount of $600 or greater, then Family agrees to pay an airfare surcharge of $600 to offset the cost of au pair's airfare. |

PLAINTIFFS' RESP. APP.0004107

GAP0000032

**GREATAUPAIRUSA**

Host Family Agreement

| Within the last six months of family's 12-month program | Host family is not eligible to receive a replacement au pair. They can receive a credit in the amount of $575 per month of unused service less any balance due on the account. |
|---|---|
| 12- Month In-country placements | Host family is eligible to receive one replacement au pair within the first 6 months on program. Host family will pay for any additional months of service they may receive from the new au pair at a rate of $675/month due 30 days after the replacement au pair's arrival. If host family matches with an in-country au pair, they are responsible for transportation costs for the au pair to travel to their home. If host family matches with an out-of-country au pair and host family has received a program fee discount of $600 or greater, then Family agrees to pay an airfare surcharge of $600 to offset the cost of au pair's airfare. |
| Extension placements | **Host family is not eligible to receive a replacement au pair.** They will receive a banked credit in the amount of $450 per month of unused service, less any balance due on the account, which will be applied to future program fees. |

1. We understand and agree that the amount of credits or refunds defined above are based on the full payment of GreatAuPair's standard program fee as published on the GreatAuPairUSA.com website at the time of purchase and any discounts we may have received will proportionally affect the amount of credits or refunds that may be due.

2. We understand and agree that we may be responsible for providing our replacement au pair with up to $500 in tuition reimbursement and up to two weeks of paid vacation.

3. We understand and accept that GreatAuPair's refund and credit policy is as follows:

**Refund Policy**

| 12-Month Program | Amount | Terms |
|---|---|---|
| Refund prior to au pair's arrival | - | All fees paid less a $500 administrative fee and non-refundable airfare. |
| Refund within the first 6 months of service | ($475)/Month | Monthly refund rate for unused service, less any balance due on the account. |
| Refund after 6 months of service | $0 | No refund available. Eligible for credit at a rate of $575/month for unused service, less any balance due on the account. |
| International Air Surcharge | $0 | Non-refundable |

PLAINTIFFS' RESP. APP.0004108

GAP0000033

**GREATAUPAIR USA**

| 12-Month In-Country Refund * | Amount | Terms |
|---|---|---|
| Refund within the first 6 months of service | ($525)/Month | Monthly refund rate for unused service, less any balance due on the account. |
| Refund after 6 months of service | $0 | No refund available. Eligible for banked program credit at a rate of $625/month for unused service, less any balance due on the account. |

| Extension Program Refund | Amount | Terms |
|---|---|---|
| Department of State SEVIS Extension Fee | $367 | Non-refundable. |
| Refund within the first 6 months of extension | ($350)/Month | Monthly refund rate for unused service, less any balance due on the account. |
| Refund after 6 months of extension | $0 | No refund available. Eligible for banked program credit at a rate of $400/month for unused service, less any balance due on the account. |

**\* No refunds for in-country placements less than 12-months in length. Host family will receive a banked program credit as outlined in the refund policy.**

1. We understand and agree that the amount of credits or refunds defined above are based on the full payment of GreatAuPair's standard program fee as published on the GreatAuPairUSA.com website at the time of purchase and any discounts we may have received will proportionally affect the amount of credits or refunds that may be due.

2. We understand and agree that the majority of GreatAuPair's operating costs are incurred in the process of recruiting, screening, training and arranging the au pair's travel and that GreatAuPair's refund policy is limited. A refund, if owed, will be issued within 14 days of receiving the refund request and will be refunded to the original source of payment.

3. We understand and agree that the program credit is calculated by month, and that credit for partial months is calculated by rounding up to the nearest week if an au pair was in our home for four (4) or more days of a given week, and rounding down to the nearest week if the au pair was in our home for three (3) or less days of a given week.

4. We understand and agree that program credits expire twelve (12) months from the end date of the last placement, and that they have no cash value and are non-transferrable. We understand and agree that a refund must be requested within ninety (90) days of placement break or we forfeit our right to refund and instead will receive a banked credit as outlined within this Agreement.

5. We understand that we cannot seek reimbursement from GreatAuPair for expenses related to our au pair, such as the weekly stipend, tuition or personal loans.

PLAINTIFFS' RESP. APP.0004109



Host Family Agreement

6. We understand and agree that in the event we elect to make installment payments for our program fee, we will pay GreatAuPair a $25 late fee for every instance that our monthly installment payment is not received when due.

7. We understand and agree that our program fees do not cover return airfare for our au pair. In the event our au pair does not elect to use a return air ticket provided by GreatAuPair, no refund, credit, or travel voucher will be provided. If we allow our au pair to end her/his program early, no refund or credit will be provided for unused service.

**Other Terms and Conditions**

1. We understand that the decision to grant a participant a J-1 visa is at the sole discretion of the consular officer in the au pair's home country and that GreatAuPair cannot be held liable in the event of a visa denial. Furthermore, we understand that there is always a risk that a participant may not be granted a visa to participate in the J-1 au pair program.

2. We understand that if we wish to participate in the extension program with our au pair that GreatAuPair must be in receipt of all paperwork, including proof of course completion, prior to the Department of State submission deadline date and that the Department of State extension fee must be paid in full prior to submission. We also recognize that a request does not guarantee acceptance on the part of the Department of State. In addition, we understand that the extension fee cannot be refunded for any reason. We agree to consult with GreatAuPair prior to travel outside of the United States involving our au pair during his/her extension year.

3. We understand and agree that GreatAuPair does not guarantee continuous childcare coverage at any time, including but not limited to situations involving arrival delays, au pair cancellations, visa denials, illness, and/or inability or unwillingness by an au pair to fulfill her duties. We hereby irrevocably, unconditionally, and fully remise, release and forever discharge GreatAuPair, its subsidiaries, officers, employees and/or agents from any and all claims for financial, incidental or consequential damages, including but not limited to costs of alternative or interim childcare, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of an au pair's services for any reason whatsoever.

4. **General Release, Indemnification and Hold Harmless Provision**. We shall irrevocably, unconditionally, and fully remise, release, forever discharge, indemnify, defend and hold harmless GreatAuPair, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense incurred by our family, guests, au pairs, employees or agents, due to: (i) events beyond GreatAuPair's reasonable control, including without limitation, acts of God, acts of war or governmental restrictions, and, in the absence of gross negligence or willful misconduct by GreatAuPair (ii) any events directly or indirectly caused by any intentional or negligent acts or omissions by us, our guests, employees or agents, or an au pair placed in our household. Without limiting the generality of the foregoing, we further acknowledge that any au pair provided through GreatAuPair is not an employee or agent of GreatAuPair and actions or omissions of such au pairs are not to be attributed in any way to GreatAuPair. We further agree to indemnify and hold harmless GreatAuPair, its subsidiaries, officers, employees and/or agents from any and all liability or expense, including court costs and legal fees incurred, that we in any way caused or contributed to, whether directly or indirectly.

5. We understand that we are solely responsible for complying with any applicable federal, state, or local labor, wage or tax laws or regulations ("Labor Laws"), and shall indemnify, defend, and hold harmless GreatAuPair, its subsidiaries, officers, employees, and/or agents from any and all claims related to our host family or au pair pursuant to Labor Laws. We further understand that GreatAuPair does not provide legal or income tax advice regarding any such laws and is not responsible for informing our family of, or overseeing compliance with, any such labor laws and income tax laws which vary from state to state and are subject to change from time to time.

6. We understand that due to the fact that an employee-employer relationship exists between our family and our au pair(s), we are responsible for determining our compliance with the FLSA in accordance with our state's labor and tax

PLAINTIFFS' RESP. APP.0004110

GAP0000035



Host Family Agreement

laws, and whether Workers' Compensation insurance, or any other insurance requirements, is mandatory under federal, state and/or local laws.

7. We agree to inform GreatAuPair of any use of a recording device in the home, including but not limited to a nanny cam, and said device shall be limited to common areas of the home. We agree to abide by the Department of State regulation, which stipulates that an au pair must have a private bedroom and that no such recording device will be present in the au pair's bedroom or bathroom at any time. Under penalty of perjury.

8. **Arbitration, Choice of Law, Venue and Forum**. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in Austin, Texas, upon the petition of either party. In such proceeding, the parties may utilize subpoenas and have discovery as provided in the Texas Alternative Dispute Resolution Act (Civil Practice and Remedies Code, Title 7, Chapter 154). The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. The Host agrees to arbitrate solely on an individual basis, and that this Agreement does not permit class arbitration or any claims through as a plaintiff or class member in any class or representative arbitration proceeding. The arbitral tribunal may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. In the event the prohibition on class arbitration is deemed invalid or unenforceable, then the remaining portions of this Agreement will remain in force. The parties agree that this Agreement, the entire relationship of the parties hereto, and any dispute between the parties (whether grounded in contract, tort, statute, law or equity) shall be governed by, construed in accordance with, and interpreted pursuant to the laws of the State of Texas, without giving effect to its choice of laws principles. Host further agrees that Texas is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of Texas because among other reasons, this Agreement was negotiated in Texas and GreatAuPair is domiciled in Texas. In the event this arbitration clause is deemed invalid or unenforceable, then exclusive venue for any and all disputes between the parties hereto shall be in Travis County, Texas, and shall be brought in the State District Courts of Travis County, Texas, or in the United States District Court for the Western District of Texas, Austin Division. Further in the event this arbitration clause is deemed invalid or unenforceable, the parties hereto waive any challenge to personal jurisdiction or venue (including without limitation a challenge based on inconvenience) in Travis County, Texas, and specifically consent to the jurisdiction of the State District Courts of Travis County and the United States District Court for the Western District of Texas, Austin Division.

9. **Entire Agreement**. This Agreement constitutes the entire agreement among the parties hereto with respect to the subject matter hereof, and supersedes any prior agreement or understanding among the parties hereto with respect to the subject matter hereof.

10. **Binding Effect**. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective legal representatives, heirs, successors and assigns.

## Privacy Consent

1. In the unlikely event of a legal claim, lawsuit or arrest in connection with our participation in the GreatAuPair program, we understand it may be necessary to provide our host family application and related information to attorneys, insurers, or the United States Department of State or, if GreatAuPair receives a valid Court order or subpoena, to whatever entity is determined to have a legal right to obtain this information. The GreatAuPair Privacy Policy provides that a host family's personal information will not be disclosed to any other parties unless it is given notice and an opportunity to object. GreatAuPair takes reasonable precautions to protect personal information from loss, misuse and unauthorized access, disclosure, alteration and destruction.

2. We agree that GreatAuPair has the exclusive right to determine suitability of our family to participate in the program. We agree that in determining suitability, GreatAuPair may make inquiries to third parties about family members and

PLAINTIFFS' RESP. APP.0004111

GAP0000036



# Host Family Agreement

other individuals residing at or frequently staying at our residence. Under penalty of perjury, we confirm that all information submitted in our Host Family Application is true, complete and correct as of the date submitted. In the event GreatAuPair removes us from the program, we understand and agree that we forfeit any right to a credit or refund.

**We have read, understand and agree to the terms and conditions contained herein. Our physical or electronic signature(s) below, confirms our acceptance of the terms and conditions of this Agreement, and are legally binding. No alteration of the terms or conditions of this Agreement shall be valid unless approved in writing by GreatAuPair. We have retained a copy of this Agreement.**

&lt;Father FirstName_LastName&gt;
Host Father

Signature of Host Father

Date

&lt;Mother_FirstName_LastName&gt;
Host Mother

Signature of Host Mother

Date

PLAINTIFFS' RESP. APP.0004112

GAP0000037

# Exhibit 374

PLAINTIFFS' RESP. APP.0004113

## Costs ↓

### GreatAuPair costs: $450
*(to be paid after being matched with a family)*
Includes:
* The GreatAuPair Program
* Round-trip airfare
* Training and Assistance
* Basic travel and accident insurance

### USA Embassy in Madrid: $160
*(to be paid to the consulate)*
Includes:
* The DS160 form, needed for the VISA application

## Testimonials ↓

* "GreatAuPair is the best site around. They are excellent at matching up good, hardworking, dedicated people with loving host families." *Kudos to GreatAuPair.*
  Saundra

* "I was very impressed with the quick responses and ease of finding a family to work for that suited what I was looking for."
  Aimee

* "Of all the au pair websites available, I feel GreatAuPair has the best reputation. It has provided me with a very wide selection of possibly appropriate families."
  Lydia



GREATAUPAIRUSA

## More Info ↓

www.greataupairusa.com

## Contact ↓

**USA:** Cassandra Marsh
Casi@greataupair.com

**SPAIN:** Yonela Scoarta
+34 671 450 983
GASpain.YScoarta@gmail.com

Facebook:
www.facebook.com/GreatAuPairUSASpain



Successfully matching great au pairs with families since 2001.

GREATAUPAIR

How would you like to experience American culture and gain valuable training while having the experience of a lifetime?

PLAINTIFFS' RESP. APP. 0004114

Highly Confidential - Attorneys' Eyes Only

GAP00005913

## Requirements ↓

* Be between 18 and 26 years old
* Be a non-US citizen
* Love children
* Have at least 200 hours of experience
* Speak English well
* Have no criminal background
* Have secondary school completed
* Have a valid driver's license
* Good health and be a non-smoker
* Stay in the US for 1 year



## Responsibilities ↓

* Playing and supervising children
* Preparing meals and cleaning up
* Making school lunches
* Helping with bedtime
* Driving children to school and activities
* Helping with homework and tutoring
* Doing childrens' laundry
* Keeping kids' rooms tidy
* Other child-related duties requested
* Provide childcare for 45 hours/week, no more than 10 hours at a time

PLAINTIFFS RESP_APP 0004115

* Consider yourself part of the family

## Reasons and Inspiration ↓

* Make new friends
* Improve your English
* Earn weekly US $195.75
* Travel and see the US
* Receive up to $500 in education allowance to take courses in the US
* Care and guidance from our GreatAuPair team during your program
* Full room and board with family
* Documentation allowing you to receive a J-1 visa
* Round-trip airfare from your home country to the US
* Training from GreatAuPair USA Training Academy before you arrive
* Travel and accident insurance during your stay
* The opportunity to extend your stay for another 6, 9, or 12 months
* One and a half day free a week
* Two weeks paid vacation a year

## Steps ↓

*Good so far?*

Then there are 2 steps you need to complete to be an au pair:

## General Steps:

* Complete the GreatAuPair application and interview process
* Complete the 32+ hour GreatAuPair USA Training Academy prior to departing from your home country

## Guidelines:

1. Register for Au Pair Application: www.greataupairusa.com
2. Upload your photos and references
3. Get an International Driver's License from "Trafico"
4. Upload documents (medical evaluation, criminality background, driver's license)
5. Pass the face to face interview
6. Get matched with a family and have a Skype interview with them
7. Receive the documentation for your J1 Visa Application
8. Apply for the Visa at the USA Consulate in Madrid
9. Complete the 32+ hour training
10. Prepare your luggage and don't

Highly Confidential - Attorneys' Eyes Only

GAP00005914