# **<u>Exhibit U</u>**

(replacing ECF No. 943-45)

Case 1:14-cv-03074-CMA-KMT   Document 949-45   Filed 03/17/18   USDC Colorado   Page 1 of 94

# Exhibit 375

**AU PAIR USA**

# Host Family
# Handbook


InterExchange



PLAINTIFFS' RESP. APP.0004117

# Table of Contents

Chapter 1 - Welcome ................................................................................................ 1

Chapter 2 - Host Family Application ...................................................................... 3

Chapter 3 - Au Pair Application ............................................................................. 5

Chapter 4 - The Matching Process ......................................................................... 6

Chapter 5 - Pre-Matched Au Pairs & Host Families ........................................... 8

Chapter 6 - The J-1 Visa .......................................................................................... 9

Chapter 7 - Getting Ready for the Year Ahead .................................................... 10

Chapter 8 - The Au Pair Orientation & Training Program ................................ 11

Chapter 9 - The Host Family - Au Pair Relationship .......................................... 13

Chapter 10 - When Your Au Pair Arrives ............................................................. 15

Chapter 11 - Communication ................................................................................. 16

Chapter 12 - Duties of the Au Pair, Hours & Time Off ...................................... 18

Chapter 13 - The Role of Your Local Coordinator ............................................. 21

Chapter 14 - The Au Pair Educational Requirements ........................................ 23

Chapter 15 - The Au Pair's Insurance ................................................................... 24

Chapter 16 - Driving ............................................................................................... 25

Chapter 17 - International Communication ......................................................... 26

Chapter 18 - Culture Shock .................................................................................... 27

Chapter 19 - The Extension Program .................................................................... 29

Chapter 20 - The Host Family Reapplication Process ........................................ 30

Chapter 21 - Taxes ................................................................................................... 31

Chapter 22 - Transitions & Reassignment ........................................................... 32

Chapter 23 - Unexpected Challenges: Visa Delays and Denials ....................... 34

U.S. Department of State J-1 Visa Regulations .................................................... 35

All information in this handbook is subject to change without notice. Please contact InterExchange if you have any questions about specific topics covered.

PLAINTIFFS' RESP. APP.0004118

# KEEP IN TOUCH!

**InterExchange Au Pair USA**
161 6th Avenue, 10th Floor
New York, NY 10013
1.212.924.0446
1.800.AU.PAIRS
www.interexchange.org/au-pair-usa
Email: aupair@interexchange.org

**Visit our Blog:**
blog.InterExchange.org/au-pair-usa/

**Client Relations Team:**
Tel: 917.305.5469
Fax: 917.720.9158
hfsupport@interexchange.org

**Like us on Facebook:**
InterExchange Au Pair USA

**Follow us on Twitter:**
Au Pair USA

PLAINTIFFS' RESP. APP.0004119

# Chapter 1 - Welcome

InterExchange welcomes you to the world of cultural exchange as a host family in the Au Pair USA program!

## About InterExchange

InterExchange is a non-profit organization with more than 40 years of experience dedicated to promoting cultural awareness through a wide range of affordable and exciting au pair, work and travel, professional training, internship, camp, language and volunteer programs within the U.S. and abroad. InterExchange is designated by the U.S. government to sponsor a variety of J-1 Visa Exchange Visitor programs.

As a proud J-1 Visa sponsor and cultural exchange organization, we encourage our participants and professional colleagues to learn about **The Fulbright-Hays Act of 1961, also known as the Mutual Educational and Cultural Exchange Act of 1961.** This important act enables the Government of the United States to:
- increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchange;
- strengthen the ties which unite us with other nations by demonstrating the educational and cultural interests, developments, and achievements of the people of the United States and other nations, and the contributions being made toward a peaceful and more fruitful life for people throughout the world;
- promote international cooperation for educational and cultural advancement and thus assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world.

To learn more about us, please visit the InterExchange website: www.InterExchange.org or contact us through email aupair@interexchange.org, phone 212.924.0446 or fax 212.924.0575.

## Au Pair USA

InterExchange has been designated since 1989 to sponsor the Au Pair USA program. It is a 12-month program that gives young people from abroad, ages 18-26, the opportunity to experience the U.S. by living with an American host family and providing child care. In return for their services, au pairs receive room, board, a weekly stipend, accident and sickness insurance, airfare and up to $500 to use toward college-level educational courses. This program can be extended for an additional 6, 9 or 12 months after successfully completing the original 12-month program.

As a participant in the Au Pair USA program, you agree to follow all regulations set forth by the U.S. Department of State and maintain frequent contact with InterExchange. During your program, we encourage host families to provide their au pair access to cultural opportunities in the local host community and American culture at large.

## More InterExchange programs

InterExchange currently operates the following international exchange programs from its New York office:

The **Camp USA** program places international participants, ages 18-28, in U.S. summer camps as a counselor or in support staff positions. Camp USA also sponsors visas for returning staff or for participants who have found their own camp jobs. The Camp Counselor J-1 Visa is a four-month visa that runs from May until September.

The **Career Training USA** program assists international students and young professionals, ages 18-38, to secure internships and practical training programs in the U.S. Candidates may apply for the J-1 Visa internship if they have already secured a position in the U.S. Recent graduates may work as interns and pursue an internship for up to 12 months in a field related to their academic field of study. International working professionals may apply as Trainees and pursue training programs for up to 18 months in a field related to their occupational background. To be eligible, participants' education and work experience must have been earned outside of the U.S.

The **Work & Travel USA** program offers international university students ages 18-28 the opportunity to live and work in the U.S. for up to 4 months during their summer vacation. Students work at seasonal, temporary jobs in hotels, inns, amusement parks, national parks, retail stores and ski resorts. They receive a wage, assistance with housing, accident and sickness insurance, program support and an optional month for travel to explore the United States. Work & Travel USA also offers a 12-month program for citizens of Australia and New Zealand.

**Working Abroad** enables U.S. citizens, ages 18-30, to experience diverse work experiences overseas. Opportunities include au pair, English language instruction and internships. We offer programs in Central and South America, Europe, Asia, Australia and New Zealand.

PLAINTIFFS' RESP. APP.0004120

**The InterExchange Foundation** was established in 2006 to provide grants to young Americans who wish to help further cultural awareness through meaningful work abroad experiences. The InterExchange Foundation offers two grant options. The Working Abroad Grant supports participants of select InterExchange Working Abroad programs, while the Christianson Grant supports individuals who have sought out and arranged their own work abroad programs. By providing financial assistance to eligible candidates, the InterExchange Foundation aims to encourage young Americans to pursue work and life experiential programs outside of the U.S.

## The InterExchange New York Office

We have a talented and dedicated team at our New York office. The **Admissions and Compliance Coordinators** receive and review au pair and host family applications. **Placement Coordinators** propose candidates that fit each family's specific interests and needs. **Transition Coordinators** work with host families and au pairs whose relationship has ended prematurely. The Au Pair USA program also has a number of full-time staff who organize all of the logistics of the program, including the international travel arrangements, the au pair's accident and sickness insurance, visa application forms and completion certificates.

Our **Local Coordinators** serve as InterExchange representatives in the host family community. A group of host families is called a "cluster." Local Coordinators are a vital part of the organization's efforts to service au pairs and host families throughout their year together. They interact directly with both parties serving as an informational resource, monitoring the placement during the 12-month period, and occasionally serving as a mediator if problems arise.

Our **International Cooperator** network spans over 40 countries around the world. They are responsible for marketing, screening, interviewing and the preliminary selection of au pairs from their countries.

PLAINTIFFS' RESP. APP.0004121

## Chapter 2 - Host Family Application

All host families participating in the InterExchange Au Pair USA program must:

▸ Live in an area covered by a Local Coordinator
▸ Provide a private room and meals for the au pair
▸ Be a U.S. citizen or legal permanent resident
▸ Speak fluent English
▸ Complete an application and an in-home interview with the Local Coordinator
▸ Treat the au pair as an extended family member

Each accepted host family must agree to and adhere to the Host Family Agreement which includes:

▸ The number of hours the au pair provides child care are limited to a maximum of 45 hours per week, over no more than five and one half days per week. The au pair will not provide more than 10 hours of child care per day.
▸ The host family is required to pay the au pair a stipend on a mutually agreed upon day.
▸ The au pair is allowed 1.5 days off each week, and one complete weekend off each month (from Friday evening to Monday morning).
▸ The host family gives the au pair, in addition to weekly time off, a minimum of two weeks (11 days) paid vacation time during the one-year program.
▸ The host family provides the au pair with tuition and related fees of up to $500 per year for enrollment in appropriate course work to fulfill their educational requirement. The host family must also facilitate transportation for the au pair to and from educational classes.
▸ Families participate in one InterExchange Au Pair USA sponsored "Family Day Conference" annually.
▸ At least one host parent or other responsible adult must remain at home with the au pair during the first three days with the family to help in training and adapting the au pair to their child care responsibilities, new home and community.
▸ The host family agrees to maintain monthly contact with their Local Coordinator.
▸ Upon the au pair's arrival, the host family will prepare a written schedule that outlines the days and hours of child care to be provided.
▸ A parent or responsible adult will be in the home with the au pair if a child is less than three months of age. In such instances the au pair will not be the primary child care provider for an infant less than three months of age for any amount of time.
▸ The host family agrees to inform InterExcange of any changes that may alter their original acceptance and inclusion in the program.

### Host Family Interview: What to Expect
After your application has been submitted to InterExchange Au Pair USA, a Local Coordinator will contact you to schedule an in-person interview.

> **Purpose of the host family interview:**
> ▸ Inform and educate the family about the program
> ▸ Determine the family's needs and expectations
> ▸ Ascertain the suitability of a family as a host family

\* The interview is critical in aiding the host family's success with the au pair experience. While this time is an opportunity to share information regarding the placement of an au pair, it is also a time to help a family further assess the appropriateness of the program for their particular needs.

The more realistic expectations a family has regarding both the program regulations and living with a young adult, the more likely they will be able to adapt to hosting an au pair. All adult members of the home must be present during the interview. The Local Coordinator should also meet the host parent's children during the course of the meeting.

### The Au Pair's Bedroom
The Local Coordinator will ask to see the bedroom designated for the au pair. The bedroom must have a window and be exclusively for the au pair.

PLAINTIFFS' RESP. APP.0004122

If the Local Coordinator does not believe that the room is appropriate for the au pair to live in for a year, he/she will address such concerns with the host family.

**Question and Answer Session**
The final portion of the interview will be devoted to answering any outstanding questions the host family has about the program and to share with them the next steps in the process.

PLAINTIFFS' RESP. APP.0004123

# Chapter 3 - Au Pair Application

All au pair applicants must:

▸ Complete an application and participate in a thorough personal interview
▸ Be between the ages of 18 and 26 (traveling to the USA prior to the au pair's 27th birthday)
▸ Enjoy working with and have practical experience caring for children
▸ Have at least 200 hours of infant care experience to qualify for placement in a family with children under two years of age
▸ Speak and understand English to an acceptable level
▸ Commit to a twelve-month placement
▸ Be of good character and provide at least two child care references and one character reference
▸ Agree to follow the program's code of conduct which includes: adherence to all U.S. federal, state and local laws; forbids the use of illegal drugs and excessive use of alcohol; and expects the au pair to be courteous, considerate and respectful
▸ Be prepared to enter into an agreement with the host family upon arrival that outlines the days and hours (which may change) of child care services to be provided
▸ Have earned a secondary school diploma or certificate
▸ Possess a valid International Driver's License and have a minimum of 50 hours of driving experience
▸ Have no criminal record and be able to secure proof of this from a recognized authority in the applicant's home country
▸ Be in good health and provide a medical report completed by a qualified medical doctor
▸ Participate in an intensive orientation and training program upon arrival in the USA
▸ Have not participated previously in an au pair program in the USA in the past 24 months

## Au Pair Application & Interview

The interviewer's role is to gather information about an applicant so he/she can assess the applicant's suitability for the program. The interviewer will try to gain an understanding of the applicant's family background, motivation for applying to the program and personality traits. The interviewer is also assessing the applicant's English language ability and child care skills.

An au pair interview generally takes about two hours and will include:

▸ Meeting the candidate
▸ Reviewing the candidate's application and required documents
▸ Questioning the applicant in English
▸ Providing information to the applicant and answering questions about the program
▸ Having the applicant complete a psychometric au pair selection test
▸ Sharing the next steps with the applicant

Once the interview is completed, the International Cooperator will assess the candidate's appropriateness for the program and review the submitted application. Candidates who do not appear to be properly motivated or well-suited for the program may not be accepted.

## Final Screening and Selection by InterExchange

Once an au pair application has been received by InterExchange, it will be thoroughly reviewed to ensure it is complete, that references have been verified, the applicant is in good mental and physical health,  and the applicant meets our standards for placement and program inclusion.

The applicant will then be entered into the pool of available candidates for host family matching on Passport.

PLAINTIFFS' RESP. APP.0004124

# Chapter 4 - The Matching Process

InterExchange Au Pair USA employs a special one-on-one matching process to find you the perfect au pair. In addition to our online matching and application system, Passport, your Placement Specialist will work directly with your family to find the best available au pair. Due to the fact that your family will have exclusive access to an au pair's contact information, we utilize a 72-hour viewing policy. You need not make your final decision during this period, and may request an extension on your viewing deadline from your Placement Specialist.

If you are interested in an applicant, you should schedule a telephone or Skype interview as soon as possible. You should use the telephone interview suggestions outlined in this handbook and supplement these with questions related to issues unique to your family situation and the au pair's application.

If you are interested in the au pair after the first interview, you may schedule a second telephone call or follow up with any additional questions over email. Placements must be confirmed by both the au pair and the family.

Families are encouraged to contact prospective au pairs as soon as possible, and to accept or release applications after they have had them exclusively for three days so that those au pairs can be considered by other families.

Once your family and the au pair have agreed to match, your family will need to submit this confirmation through Passport or by contacting your Placement Specialist. The New York staff will then send your family a confirmation packet with your au pair's arrival information.

Shortly thereafter, the InterExchange Au Pair USA Logistics Coordinator will process the paperwork your au pair will need to apply for the Au Pair J-1 Visa at their local American Embassy or Consulate. Information for the New York Orientation and their transportation information traveling from the New York area airport to the orientation hotel will also be sent to their International Cooperator, who ensures that the applicant receives this information and applies for and secures the J-1 Visa in a timely fashion.

### Timing: The Typical Placement Calendar

Families should apply at least three months in advance of a requested au pair arrival date. All Local Coordinators and International Cooperators are given a "Matching Calendar" each year that lists the scheduled arrival dates for au pairs to come to the United States. This calendar is also sent to your family when you apply, and can be accessed on our website. If your family has special needs, has more than three children or has certain placement restrictions, we encourage you to begin the process earlier to allow enough time to match with an au pair.

*Important dates:*

- **Confirmation deadline:** This is the last date that a host family can confirm their acceptance of an au pair applicant for that arrival date. This deadline is generally 4 to 6 weeks before the arrival date in New York, because that is the amount of time it normally takes to secure a J-1 Visa for the au pair.

- **New York City arrival:** Au pairs always arrive on Mondays to begin their orientation and training program in New York.

- **Host family arrival date:** Au pairs always arrive at your home on Fridays from the orientation in New York. Families in the greater New York area may pick up their au pairs after 6 p.m. on Thursday night.

PLAINTIFFS' RESP. APP.0004125

## Telephone Interviews with the Au Pair Candidate

Host families are required by the U.S. Department of State regulations to call the au pair at least once prior to agreeing to match, but we recommend speaking with the potential au pair at least two times. It is a good idea to have the first call be more informational; tell the au pair about your community, about your family, your typical schedule and what might be expected of the au pair in your household. End the call by saying that you will follow up with the au pair at a designated time, and that the au pair should be prepared to ask questions about your family that they might have thought of, and to be prepared to answer questions from the host family about their qualifications to be an au pair.

Sample first-call questions you might ask an au pair candidate:

▸ Why do you want to become an au pair?
▸ Have you ever lived away from your family before? What will you do if you feel homesick?
▸ What will be the most difficult part about spending a year in the U.S. as an au pair?
▸ What did you study in school? How many years have you studied English?
▸ What type of job have you had recently?
▸ What do you enjoy most about working with children?
▸ What do you do in your free time?
▸ Do you drive? How often? Do you have an International Driving License? When did you begin driving?
▸ Do you like pets? Would you be willing to take the dog for walks or feed the cat?
▸ Are you a vegetarian or vegan? Will you cook meat for the children?
▸ Do you smoke? How often?
▸ Have you been to the United States before?
▸ What are your plans for the future when you finish your au pair year and return home?

A second call is a chance for the au pair to speak more fully and ask their own questions. If you have specific questions regarding how the au pair candidate will care for your children of certain ages, now is the time to ask them. This second call also allows you to determine the au pair's English level.

Sample second-call questions you might ask an au pair candidate:

▸ What is your child care experience? Have you cared for kids or worked in a camp or kindergarten? Have you ever bathed or cooked meals for children? What are the ages of the children you have cared for in the past?
▸ How do you discipline children? How were you disciplined as a child?
▸ How does your family feel about you coming to America for a year?
▸ Would you be happy in our community if it is a city/suburban/rural?
▸ Part of this program is about being a part of our family. How will you communicate with us if you have concerns or problems?
▸ What type of household chores are expected of you in your home? Do you have to make dinner, wash the dinner plates, take out the garbage?
▸ Do you have a boyfriend/girlfriend? How do they feel about you leaving for a year? Are they going to visit?
▸ Do you like sports, travel, swimming, the beach, etc?
▸ Do you understand what it's like to spend 45 hours a week with young children? Have you ever cared for a child for a long period of time?
▸ Do you cook? What types of meals do you think you could cook for the children?
▸ Do you consider yourself a tidy or messy person? Would you have a problem joining a very messy or very neat household?
▸ Who do you live with at the moment? If you live by yourself, how will you feel about joining a family and having to respect their house rules?
▸ Do you enjoy spending time with your family? What kinds of things do you do together?

PLAINTIFFS' RESP. APP.0004126

# Chapter 5 - Pre-Matched Au Pairs and Host Families

Pre-matching refers to the process when a family has recruited an au pair applicant independently of the InterExchange Au Pair USA program. Both the family and the prospective au pair involved in a pre-match must meet the same eligibility requirements that any other host family and au pair must meet. The prospective au pair must be able to provide adequate child care experiences and references, even in those situations where the individual has been caring for the host family's children for a period of time while the family lived abroad. The prospective au pair cannot be related to the host family, no matter how distant the relation.

All applicants must go through the same application and screening procedures, regardless of whether they are a pre-match or not. Many host families assume that a pre-match au pair will be able to arrive more quickly than a normal placement, but this is not the case. Pre-matches need to be completed with the same detail as non-pre-matches, and will not be accepted into the program if they do not meet the program requirements.

### Confirming a Pre-Match

▸ Once the au pair candidate has been selected, the host family will need to send the au pair's name, country of residence, email address and telephone number to the New York office. The information will then be sent to our International Cooperator so the prospective au pair may begin the application process.

▸ Meanwhile, the host family will need to complete the online application and indicate that they are a pre-match by answering yes to the question, "Do you have an au pair you are matched with?" The Local Coordinator will interview the family consistent with the procedures established for all families.

▸ When both the host family and au pair applications have been completed, the host family will have a chance to review the au pair's information before confirming the match. The family must be sensitive to the confirmation deadlines for arrivals as these dates will be the same regardless of the pre-match status of the placement.

PLAINTIFFS' RESP. APP.0004127

# Chapter 6 - The J-1 Visa

Au pairs participating in the InterExchange Au Pair USA program must acquire a J-1 Visa, valid for one year. No other visa is valid for participation in the program. The vast majority of our au pair candidates get the J-1 Visa without any problems.

InterExchange is designated by the U.S. Department of State to sponsor the J-1 Au Pair Visa and issues a DS-2019 Form for au pairs so they can go to the U.S. Embassy/Consulate in their home country to apply for the visa. The DS-2019 Form identifies InterExchange as the program sponsor, outlines the purpose of the program, and states the exact period during which the applicant is legally permitted to work as an au pair in the USA. Although InterExchange provides the appropriate forms and the International Cooperator assists the applicant through the process, it is the U.S. Consular Official who makes the determination as to whether the applicant will receive the J-1 Visa.

If the au pair's J-1 Visa application is approved, the Consular Officer will put a J-1 Visa stamp in the au pair's passport. The J-1 Visa provides permission to enter the USA as an au pair participating in a cultural exchange program.

▸ Once the au pair arrives in the United States, the immigration officer will validate the visa by stamping the passport and the accompanying DS-2019 Form. The immigration officer will also staple an "I-94 Arrival and Departure Card" in the au pair's passport.

▸ The validity period shown on the non-immigrant J-1 Visa stamped in the passport refers only to the period during which someone may enter the United States. When the immigration officer validates the au pair's visa at the time of their arrival in New York, the DS-2019 Form is stamped "J-1 D/S." This grants the au pair permission to stay under the J-1 Visa for the "Duration of Status" of the program. The duration of status is the date range indicated in box #3 of the DS-2019 form: the au pair's arrival date to one year after their arrival date.

▸ The DS-2019 Form should be kept with the au pair's passport. It is recommended that au pairs carry photocopies of both of these documents and leave the originals in a safe place. If the DS-2019 Form is lost or stolen, the Logistics Coordinator in the New York office should be contacted immediately and a replacement form will be issued. If the passport is lost or stolen, the au pair must contact their Embassy immediately to obtain a replacement passport.

## What Can/Cannot an Au Pair Do Under the Terms of Their Visa?

Your au pair can be directly responsible for your children and their needs, including laundry, cleaning of the children's bedrooms, play areas and eating areas. Some au pairs help with meal preparation and clean-up if the host family eats together. The au pair may not earn extra money by working during their stay (either for the host family beyond the permitted 45 hours or in work outside the home). Even baby-sitting at the home of a neighbor is considered employment outside the parameters of the J-1 Visa for au pairs and is not allowed.

## Travel Outside of the United States During the Au Pair Year

Au pairs may travel outside of the U.S. during their original program year (this may not be the case during an Extension). However, the intent of the program is for the au pair to experience American culture through living in a host family's home and community. Therefore, extended stays outside the U.S. (of more than four weeks) with or without the host family would not be in the spirit of the program and are not permitted.

It is the au pair's responsibility to research the visa requirements for travel outside the U.S., including Canada and Mexico. This is usually done by contacting the Consulate of the country he/she plans to visit. Au pairs should always take their DS-2019 Form with them when they travel abroad.

The Au Pair program regulations permit au pairs on a J-1 Visa to travel around the U.S. for an additional month at the end of their 12-month program year. The J-1 Visa is not valid for re-entry into the U.S. during this period so travel outside the country, even to Canada or Mexico, should not be part of the au pair's travel plans in the 13th month if they intend to re-enter the U.S. before returning to their home country. Au pairs must have medical coverage for travel during the 13th month as the program insurance coverage expires at the end of the 12th month. Au pairs may arrange an additional month of insurance through InterExchange to cover themselves for medical expenses during this time. The cost to do so is the au pair's responsibility.

PLAINTIFFS' RESP. APP.0004128

# Chapter 7 - Getting Ready for the Year Ahead

### Travel Arrangements

Travel arrangements for au pairs from their home country to New York City are arranged by InterExchange. InterExchange Au Pair USA provides a one-way ticket prior to the au pair's departure from the home country, and at the end of the au pair's year, will again provide another one-way ticket for the au pair's return.

It is the host family's responsibility to make the travel arrangements for their au pair to get from the New York Orientation & Training hotel to their home. Please contact Globe Travel (details below) to arrange air and/or train tickets for the au pair's domestic travel. Families are strongly encouraged to purchase refundable/transferable/changeable tickets. InterExchange Au Pair USA is unable to reimburse families for the cost of domestic flight tickets that have been bought by families for arriving au pairs who subsequently denied the J-1 Visa or who cannot come on the planned arrival date. **Please send domestic travel information to logistics@interexchange.org at least two weeks in advance of your au pair's arrival, so we can distribute it during the Orientation week.**

Families that prefer to use their own travel agent, or those who plan to pick up their au pair from the hotel by car, need to contact the Logistics Coordinator so that he/she can make a note of the travel arrangements for each au pair. The Logistics Coordinator will need to collect tickets purchased directly by host families well in advance of the au pair's arrival.

### Ten Tips for the Best Start to a Wonderful Year:

1. Communicate with your au pair while they are still abroad. The more you work to establish a relationship with your au pair before they arrive in your home, the easier it will be for everyone to adapt to one another. Talking on the telephone, exchanging emails or sending a picture drawn by the children are good ways to connect with the au pair.

2. Prepare the au pair's room. The room should be ready for the au pair to move right in.

3. Draft a typical weekly schedule and a simply-worded list of tasks, including times and locations.

4. Use the InterExchange Au Pair USA *Communication Log*. This should include a detailed review of the spoken and unspoken rules of the home, which will help the au pair understand what is expected of him/her.

5. Check with your car insurance carrier to ensure adequate coverage for the au pair driving the car(s). The coverage should include collision. Also check with your home owner's policy regarding employing domestic live-in help.

6. Make travel arrangements for the au pair to get from the New York City Orientation & Training in New York City to the host community and communicate these arrangements to the InterExchange Au Pair USA Logistics Coordinator. Instructions for contacting Globe Travel to make these arrangements listed below.

7. Talk with your pediatrician's office to find out what type of medical release form might be needed to allow the au pair to take responsibility for the child's care in an emergency.

8. Think about how to orient a new au pair to your home. Make a list of all the things you will want to be sure to show your au pair (i.e. dishwasher, washer/dryer, air conditioning/heating, alarm systems).

9. Think about how to orient a new au pair to your community. Make a list of all the places in your community that you will want to be sure and show your au pair (i.e. schools, doctor's office, post office, supermarket, bank, pharmacy, etc.)

10. Have your children make a sign to welcome the au pair or do things that will make the au pair feel right at home. If you know the au pair's favorite food, prepare dinner. Small gestures go a long way!

| | |
|---|---|
| **Au Pair USA Logistics Department** | **Globe Travel** |
| 917.305.5463 | 1.800.892.9385 (ask for Elaine Messier) |
| logistics@interexchange.org | elaine@globetvl.com |

PLAINTIFFS' RESP. APP.0004129

## Chapter 8 - The Au Pair USA Orientation & Training Program in New York City

InterExchange Au Pair USA provides an Orientation & Training Program in accordance with the U.S. Department of State's regulations governing au pair programs. While the program meets these requirements, it is not intended to replace the host family's training of an au pair on how they want their children cared for. Nor is it intended to train an au pair to become a professional child care provider.

The Au Pair USA Orientation & Training Program was designed by and is taught by professionals from both the education and healthcare fields. The format includes the use of workbooks, lectures, videos and hands-on training. The content includes general information regarding health, safety and childhood development ranging from newborns to age 12. In addition, there are discussions about cultural differences, adjusting to the United States and their new life living with an American family. The J-1 Visa regulations, InterExchange Au Pair USA program information and policies, insurance information, Social Security cards, bank accounts in the USA and other related topics are also reviewed.

The goals of the Au Pair USA Orientation & Training Program are to:

▸ Help the au pair adjust to a new country before joining his/her American host family
▸ Give the au pair information regarding the ages and stages of child development and how to safely care for children
▸ Provide an opportunity to reinforce the U.S. government regulations for au pair programs
▸ Help au pairs cope with the challenges of living in a new culture by discussing cultural issues
▸ Respond to any questions or concerns au pairs may have and to clarify program policies as needed

### Logistics

The program is held at a hotel in the heart of New York City. An InterExchange Au Pair USA representative will be available in the lobby of the hotel on Monday from mid-afternoon until late at night, when the majority of au pairs arrive. Most au pairs will travel from the airport to the hotel on a Super Shuttle van. All au pairs receive a pre-departure packet that includes a section on transportation to the hotel in New York City.

### Cultural Adaptation and Culture Shock

Much of the introductory phase of the Au Pair USA Orientation & Training Program focuses on American culture and cultural adaptation. The trainers discuss American values and how they might differ from those found in the au pair's native culture. The different phases of culture shock are reviewed so au pairs can recognize the signs of culture shock should they experience it and be reassured that these feelings are common for people who leave their home environment for an extended period of time.

### Child Development Training

The child development session explores the development of children from newborns through school-aged children. Several separate training workshops are used to share information about the various ages and stages of a child's growth and development.

In discussing caring for very young children, the au pairs review charts that outline the physical, intellectual/cognitive, and emotional/social development of young children. They also receive packets that contain worksheets, written work and sample situations that are used to help the au pairs understand the needs of young children.

The basic skills of feeding, bathing, changing diapers and responding to a sick child are demonstrated through role-playing exercises. The use of videos, art, songs, games, poems and activities that focus on cultural exchange among the au pairs all add to the fun and learning that takes place during this workshop.

Other workshops focus on specific important areas of growth and development that take place with school-age children. Au pairs talk about "the average child" at different ages, but are reminded to keep in mind that every child is an individual, with his/her own personality and ability. Au pairs must always do "developmentally appropriate" activities with a child to challenge him/her without overwhelming the child.

PLAINTIFFS' RESP. APP.0004130

The group also talks about intellectual growth, personality changes, peer-group influence, physical growth, the importance of play, discipline issues and problem solving with school-age children. They review special situations and conflict resolution in respect to the entire family. Au pairs participate in role-plays, exercises, hands-on projects and work together in groups to learn how to work effectively, creatively and assure a respectful and fun relationship with school-age children. Au pairs also share their ideas with the group.

The last part of this portion of the program leads the au pairs through a discussion of ways to communicate with the parents about the children.

## Child Health and Safety Training

The child health and safety portion of the training and orientation program is led by licensed American Red Cross instructors. Information and demonstrations about first aid techniques, recognizing illnesses, avoiding common accidents with children and how to respond to flood, fire, gas and related emergencies are addressed. Instruction on infant and child CPR and the Heimlich maneuver are provided. Prior to arriving in the United States, au pairs receive a copy of the *Au Pair USA Child Care Guide*, which covers important topics on child development as well as important topics on child health and safety.

While the Au Pair USA Orientation & Training Program is comprehensive in providing information on child development and child health and safety, the au pair must ultimately gain direction and instructions from the host family. Each child is unique and develops at his/her own pace and each family has their own philosophy on child rearing and their own instructions on what to do in emergencies. The host family must discuss with the au pair all critical information and instructions before leaving children in the au pair's care. The host family must also monitor the health, safety and well-being of their children and address any concerns with their au pair and Local Coordinator immediately.

PLAINTIFFS' RESP. APP.0004131

# Chapter 9 - The Host Family - Au Pair Relationship

### The First Six Weeks

Host families and their au pairs should make an effort to establish clear communication and opportunities for addressing questions during the first six weeks of the au pair's program year. This time period is crucial to the development of a good host family-au pair relationship. Families and au pairs should use their first few weeks together to develop relationships and build trust. The effort will be worthwhile and enable both the new au pair and the host family to become a family unit. Adjustments will need to be made along the way and challenges will be encountered. These introductory steps take time and effort on both parts, and it is important to keep in mind the following points:

- It is typical for au pairs not to share everything about him/herself, at first; he/she may be tired, or even shy and hesitant in new surroundings
- Initially, the children may not trust or obey the new au pair and will need some time before they accept the au pair's authority. The host parents will need to help the au pair gain the children's trust
- The host family may feel a loss of privacy as a result of sharing their home with a young adult whose tastes may vastly differ from their own

It is important to set realistic expectations for the development of the relationship between au pair and host family. Some relationships develop more gradually than others. Open, honest and regular communication will help build a solid foundation for a lasting relationship. Discussing house rules with the au pair, as well as any other important information unique to your family, will help in a smooth transition for both the au pair and host family.

It is important to spend extra time together in the beginning by sharing activities, talking and learning about each other's likes, dislikes, interests, values, expectations, lifestyles, and child-rearing beliefs. While spending time together is important, it is also necessary for the au pair to have a certain amount of private time each day to relieve the stress of learning new information and using a second language. He/she will also need time to study, attend classes and participate in local activities.

### During the Program

#### Flexibility
When problems arise, host families and au pairs will need to be able to listen to one another's needs and work toward a compromise where both can feel comfortable. The relationship may require a lot of "give and take," but the end result will be more satisfying for everyone.

#### Cooperation
There are many areas where cooperation is necessary, but none is more important than in the care of the children. Given the important responsibility the au pair has, cooperation between the host parents and their au pair is essential to ensure consistency in the way the children are cared for by all involved. One of the many benefits of in-home care is the opportunity for the caregiver and the parents to observe one another and work together in caring for the children. The au pair will need to cooperate and respect the host family's wishes for the care of the children even when he/she may not agree with the family's approach or child care ideas.

#### Mutual Respect
The host family will need to remember to treat the au pair as an adult member of the family. This means that you should treat them the same way you would want to be treated: with respect. It is important for both the host parents and the au pair to demonstrate mutual respect so they can begin developing a good relationship and the children can feel a greater sense of security.

#### Sharing Cultures
The primary goal of InterExchange Au Pair USA is to offer young men and women from around the world and families in the U.S. the opportunity to gain first hand knowledge and understanding of each other's cultures. We hope both the au pair and host family take advantage of living with someone from another country to learn about and enjoy each other's cultural identities and traditions.

### Sexual Harassment and Sexism

InterExchange, as well as the U.S. Department of State, take harassment of any form very seriously. It is essential that your au

PLAINTIFFS' RESP. APP.0004132

pair is treated with respect and care and that your au pair treats your family with respect. If you learn of any harassment that your au pair is involved with, please let InterExchange know and let your au pair know about their rights. Share the following information with your au pair:

## What is sexual harassment?
Sexual harassment is behavior that is uninvited, unwanted and unwelcomed by the recipient. The behaviors include physical contact, verbal abuse, gestures or written messages.

Sexual harassment includes:
▸ Continuous idle chatter of a sexual nature
▸ Sexual slurs, innuendos and other comments about a person's clothing, body and/or sexual activities
▸ Continuous and unwelcome flirting
▸ Gifts related to adult themes
▸ Lewd remarks or suggestive sounds such as whistling, wolf calls or kissing sounds
▸ Implied or overt threats if sexual attention is not given
▸ Repeated unsolicited propositions for dates and/or sexual intercourse
▸ Jokes or comments based on sex
▸ The use of graphics or other materials degrading persons based on their sex
▸ Unwelcome touching or ogling
▸ Coercion, with the promise of reward
▸ Unwanted physical contact such as patting, pinching, stroking or brushing up against the body
▸ Attempted or actual kissing or fondling
▸ Physical assault
▸ Coerced sexual intercourse and rape

## Who is a victim?
Who are the victims? Anyone—male or female, young or old—can be the victim of sexual harassment from someone of the opposite or the same sex. Anyone who promises to assist with changing visa status or offer additional pay or hours in exchange for sexual favors is breaking the law.

## How your au pair can take action against a sexual harasser
If someone you know is being harassed, take action to stop it. Some options available:
▸ Say no. Make it loud and clear. A harasser does not expect confrontation.
▸ Keep records of all incidents and confrontations find witnesses or others who will back up the claim.
▸ Get support from a friend, employer or anyone else who is trusted.
▸ Call InterExchange.

For more information visit The Equal Employment Opportunity Commission online at: www.eeoc.gov.

## An Au Pair's Rights
The William Wilberforce Trafficking Victims Protection Reauthorization Act (WWTVPRA) of 2008 protects the legal rights of certain employment or education-based nonimmigrants—including J-1 Exchange Visitors—against abuse and discrimination while visiting the United States.

## Among other protections, an au pair has the right to:
▸ Be treated and paid fairly
▸ Not be held in a job against their will
▸ Keep a passport and other identification documents in their possession
▸ Report abuse without retaliation
▸ Request help from unions, immigrant and labor rights groups and other groups
▸ Seek justice in U.S. courts

Be aware of all the laws that protect your au pair: www.travel.state.gov/visa.

PLAINTIFFS' RESP. APP.0004133

# Chapter 10 - When Your Au Pair Arrives

The first few days after the au pair's arrival may be hectic and somewhat disruptive to the family's normal routine. You will need to spend time orienting the au pair to your home and community. Your children may also have a hard time adjusting to this new person in their home. The au pair may still be jet lagged or tired. For some au pairs, this trip to the U.S. may be the first time they traveled by plane and experienced time zone differences. Everyone will need to be patient.

While the program regulations require host parents to remain at home with the au pair for the first three days following the au pair's arrival, to acclimate and train the au pair, the reality is that the training period takes longer. Host families are encouraged to continuously share information and reinforce their needs until the au pair has adjusted to his/her role in the home. Nothing should be taken for granted as the au pair is experiencing so many new things at once and even the simplest tasks may feel strange to him or her. Host families who invest time in helping the au pair adjust and learn his/her responsibilities are generally rewarded with a successful year-long relationship.

InterExchange provides an in-home orientation handbook for all host families to work with their newly-arrived au pairs.

## The Au Pair's Adaptation to Your Home

Local Coordinators will call au pairs within 48 hours of arrival to greet them and make sure all is well. They will give your au pair information about your local area and educational institutions.

The sooner your au pair gets out in the community, the easier it will be to adapt to life in America. Enrolling in educational courses early on in the year will not only help fulfill the educational requirements of the program, but will give the au pair an opportunity to interact with others and make friends.

There are a number of things the host family can do to help the au pair settle in to their home and begin adapting to the new environment. These include:

▸ Suggesting that they call or email family members to let them know he/she has arrived.
▸ Giving the au pair an easy schedule the first few days and planning a minimum of three days to orient the au pair.
▸ Read about your au pair's home country and prepare decorations or food that show you've taken the time to learn about where he or she is from.
▸ Thinking about the differences in food and explaining mealtime customs so the au pair can begin to feel comfortable dining with the family. Consider taking the au pair on a trip to the grocery store and encourage him/her to let the family know what special foods he/she might enjoy or is allergic to. While au pairs should try to adapt to the family's lifestyle, including meal preparations, they may feel more welcome and comfortable with a few familiar items from home.
▸ For au pairs who are struggling with the language, families should avoid correcting their every word. Families should talk to their au pair about how he/she would like them to help with language improvement and encourage the au pair to speak English. Strategically placed flash cards will help an au pair learn new words even when the host parents are out.
▸ Not overwhelming the au pair with too much information.

PLAINTIFFS' RESP. APP.0004134

# Chapter 11 - Communication

Like all relationships, the host family/au pair relationship relies on good communication to function effectively. Au pairs are encouraged to talk directly to the family about any concerns they may have and vice versa. If the attempts to communicate a concern are not productive, they may ask the Local Coordinator for advice or to assist. In most cases, though, we believe that host families and au pairs should talk about a problem or concern with each other first, before involving a third party.

Host parents and au pairs should take time at the end of each day to talk to each other about the children's days. Casual conversation over dinner about whatever might be going on in the au pair's life will show the au pair that the family also takes a personal interest in his/her life outside of the home.

## The Communication Log

InterExchange Au Pair USA provides each family with a Communication Log. The Communication Log should not be a replacement for communicating with your au pair, but it is a good way for the host family to clarify the scope of your au pair's responsibilities and your own expectations. It will also facilitate better daily communication and more meaningful weekly meetings. It is particularly helpful to share this log during the first few days, as your au pair may still be tired and slightly overwhelmed and they are unable to absorb everything you tell them.

### The Communication Log should include:
☐ Parents' work addresses and phone numbers
☐ Full names, addresses and phone numbers of other close relatives or neighbors
☐ Emergency numbers for police and fire department, family doctor or pediatrician
☐ Names and addresses of the children's schools and teachers, sports clubs, etc.

### A clear work schedule
Having a weekly schedule in advance will allow for better planning and less stress. Give your au pair a written schedule before the week starts. Differentiate between activities that must be done at a particular time (such as picking up the children from the school bus) and activities that the au pair may schedule in when time allows (such as doing the children's laundry).

### Weekend and vacation information
Au pairs get one full weekend off a month (Friday evening to Monday morning), as well as two weeks of paid vacation during the year. Think about how you want your au pair to arrange these vacations. We recommend that your family and your au pair use one central calendar to list the planned events and time off.

## Weekly Meeting Topics

Many families and au pairs find that weekly, structured meetings work well for them. For many working parents, such meetings are the only time they have to really talk with their au pair. Meetings should be held when both parents can attend. Some host parents also use this as the time to give the au pair the weekly stipend.

Topics to discuss during the weekly meeting:

▸ **Positive conversation:** Tell the au pair what he or she did the previous week that you liked or appreciated.

▸ **The weekly schedule:** You should let the au pair know the schedule as far in advance as possible so plans can be made for time off. It is also helpful for au pairs to know ahead of time which weekend that month they will have free. Au pairs also should let the host parents know in advance of any time in particular that they would have off, such as for au pair outings or vacation. Any upcoming birthdays, holidays, house guests or school activities could also be discussed.

▸ **Child care:** It is very important for host parents to share with their au pair any goals they have set for their children. Host parents could come up with a comprehensive plan with their au pair of how to best reach these goals together.

▸ **Children's behavioral issues:** It is crucial for host parents to educate their au pair on your personal philosophy of behavior management. Caring for the children needs to be a cooperative effort between both the host parents and the au pair. Discuss what goes on with the children in your absence. Host parents could suggest creative and active things to do with the children.

▸ **Any concerns:** This is the time for you to mention anything that may be concerning you about how the au pair is caring for the children, about the family car(s) or any health and safety issues.

PLAINTIFFS' RESP. APP.0004135

▸ **Cultural awareness:** Host families might ask if their au pair has any questions, confusions or observations since their arrival here. The host family could explain to their au pair about any upcoming holidays and events. Au pairs could teach the host family some words or phrases in their native language, ask if there is something from their own culture the host family would like to know or learn more about, or show the host family pictures from their home country.

## The Host Family/InterExchange Relationship

The majority of communication will happen between the host family and their Local Coordinator. However, the host family should contact the InterExchange office directly for the following:

▸ Emergency hospitalization of the au pair
▸ Moving outside your cluster's area or moving to a new address in the same cluster area
▸ Change in contact information
▸ Change in home structure (ie. divorce, separation, death in the household, live-in partner)
▸ Change in financial situation (ie. bankruptcy, loss of job, etc.)
▸ Failure of the Local Coordinator to monitor placement

PLAINTIFFS' RESP. APP.0004136

## Chapter 12 - Duties of the Au Pair, Hours and Time Off

Some of the most common areas of concern that arise in a host family/au pair relationship is conflict over the au pair's responsibilities, and hours to be worked and their time off. It is important to make sure that a clear schedule is written down for the au pair each week and that the au pair clearly understands their responsibilities.

The au pair may not provide more than 10 hours per day, nor more than 45 hours per week of child care for the host family. This regulation is strictly enforced by the U.S. government and must be adhered to by host families and au pairs. These limits are in place to ensure the safety of the host family's children and the au pair.

Host families who ask their au pair to do household chores that are not in keeping with the program guidelines, or ask their au pair to work more than 10 hours in a day or 45 hours in a week, will be violating program regulations and may be asked to withdraw from the program.

If the host family develops a strong, honest and respectful relationship with their au pair, he/she will most likely be pleased to pitch-in, in a true emergency (i.e. to change a daily or weekly schedule at the last minute). If all agree that the au pair's household responsibility as a member of the family is to empty the dishwasher every day, that's fine. If, on the other hand, the family expands this responsibility to include washing the kitchen floor, preparing the evening meal for the entire family on a regular basis, or cleaning the entire house, this would not be in keeping with the program rules.

### Au Pair's Schedule

- ▸ Au pairs are entitled to a minimum of one and one-half days off per week (the program recommends that one of these days be a weekend day, so that the au pair may enjoy a Saturday or Sunday with American friends who may only be free on the weekends)
- ▸ They are entitled to one weekend off each month (Friday evening to Monday morning)
- ▸ The au pair's last work day is the day before the one year anniversary of the date he/she arrived in the USA a year earlier
- ▸ Host families cannot "bank" unused hours one week for use at a later time, nor can au pairs "bank" time off
- ▸ Child care is hard work and limiting the hours to a maximum of 10 hours per day and a maximum of 45 hours per week helps the au pair provide safe child care
- ▸ Holidays are not necessarily time-off for au pairs. Generally au pairs are expected to share in holiday celebrations with their host families

Given the nature of the "live-in family member" status au pairs hold in the home, it can be difficult at times to assess when they are on-duty versus when they are off-duty. It is clear when the au pair is alone with the children that they are on-duty, but it can become less clear when for example, the parents are at home in the evening preparing dinner. Families with an at-home parent should be particularly clear about the au pair's schedule (see "Scheduling Tips for Stay at Home Parents"). Written schedules are the best way to avoid any confusion. The au pair is considered on duty whenever he/she has responsibility for the well-being of the children.

Encourage children to respect the au pair's privacy when he or she is at home during time off. Discuss with the au pair what their preferences are in this matter.

### Scheduling Tips

The following guidelines will help you create and maintain a mutually agreeable schedule with your au pair:

**Decide on your au pair's weekly time off before making any other plans.** Block it out and keep it consistent. If this cannot be done for an extended period of time, then at least try to do it month-to-month. This way your au pair will know which days he/she will have off and he/she can make plans accordingly. This is also a good time to schedule your au pair's full free weekend for the month. When that is set, begin thinking about when the really busy times in your household are and schedule your au pair to work those times. For example, households with school-age children usually become quite active in the late afternoon.

After these hours have been scheduled in, you can then determine how many hours are left over for that week (up to a maximum of 45 hours). Then think about your children's school and activity schedules, as well as your own routine appointments and obligations throughout the week. Of course, this schedule will tend to fluctuate a bit more from week to week, and you will want it to be flexible. However, it is important for your au pair to know in advance when his/her time off will be. This will enable him/her to attend classes (required under the educational component), visit friends (a necessary social outlet) and generally

PLAINTIFFS' RESP. APP.0004137

recuperate from working within a foreign culture and foreign language.

**Keep your au pair's time-off sacred.** If it is the au pair's day off and you need to run out on an errand, get a sitter. If this is done, your au pair will trust that their time-off is respected.

**Schedule in weekly meetings.** Weekly meetings can keep you and your au pair from getting frustrated beyond normal levels. View the schedule as a dynamic tool that will help you and your au pair have a successful and productive experience with each other.

**Work on communication and trust early on in the relationship.** Discussing these feelings will help both parties be considerate of each other's expectations.

**Never have your au pair "on-call" during the day.** This lack of scheduling has been known to cause very tense and distrustful situations. It is important for au pairs to have time when they can separate themselves from their duties and relax. Remember that your au pair is not only working with your children, but also with cultural and language adjustments requiring much energy and concentration.

### Time Off: Cluster Meetings & Classes

Au pairs are required to attend cluster meetings and complete the educational component of the program. The host family must make a weekly schedule for the au pair which permits the au pair to attend all cluster meetings and all regularly scheduled classes that the au pair is taking to complete the required educational component of the program. Disregard for these program regulations can jeopardize the au pair's successful completion of the program. Host families must make it possible for au pairs to attend the monthly cluster meetings and provide transportation. The cluster meetings are an important part of the program and provide a much needed support network for the au pair during the year.

The successful completion of the educational component of the program is also required of au pairs. Host families must allow consecutive periods of time off each week, for the au pair to take classes at a local accredited educational institution. When au pairs are arranging their class schedules, they should consult with the host family to make sure the schedule is mutually convenient.

### Vacation Time

As stated in the U.S. Department of State regulations for au pair programs, au pairs are entitled to two-weeks paid vacation (11 working days) during their 12 month program in the U.S. Au pairs accrue one full vacation day per month, after the first month. This vacation time should be scheduled at a time that is mutually convenient for both the host family and the au pair.

When a host family is planning to take a vacation, they will need to be very clear with their au pair about their role during this period. Both parties should consider the following:

▸ Host families should never consider a family trip, which includes the au pair working, as an au pair's vacation period. Vacation is completely free time for the au pair to use as he/she wishes. If you both want to vacation together and the au pair has no child care responsibilities during the trip, then the au pair should certainly join the family and consider this as vacation time.

▸ If an au pair is to travel with the family on their vacation and care for the children during this time period, it is not vacation time for the au pair and a schedule should be arranged to ensure that the au pair is working no more than 45 hours a week. Being away from home with different family activities taking place at all hours can create uncertainty as to on-duty versus off-duty time.

▸ If a family is out of town with the children on a trip that does not include the au pair, the au pair should not assume that he/she is on vacation. The family will need to be clear about their expectations during this period.

▸ A family might arrange a trip that does not include the au pair and ask that the au pair take his/her own vacation during this time as well. This may help the parents avoid having to take future days off work or having to hire another caregiver when the au pair would be vacationing.

Au pairs and host families should discuss vacation plans early in the year so that everyone has an opportunity to plan ahead. Both the host family and the au pair should work together in determining when the au pair should schedule vacation time. A fair way to do this is for the family to choose one of the weeks as a convenient time for them, and for the au pair to choose the other week. Host families should also understand that most au pairs are not prepared to take vacation until after their first six

PLAINTIFFS' RESP. APP.0004138

months, when they have had a chance to find travel companions, save some money and decide where they would like to travel. The vacation earned per month becomes an important factor only if an au pair leaves a host family prematurely. Unused vacation time accrued should be paid to the au pair by the host family at $35.60/day, before the au pair leaves the home. Likewise, au pairs that used vacation not fully earned, will be required to reimburse the host family for those days before he/she leaves the home, at the same rate of $35.60/day. If an au pair is reassigned to a new family, he/she will begin again accruing vacation days with the new host family for each month he/she is with the family.

## Sick Days

Occasionally your au pair may get sick and won't be able to work. These days are not considered vacation time and cannot be deducted from the au pair's weekly stipend. If your au pair becomes seriously ill or is injured for a long period of time, please contact your Local Coordinator to discuss the situation.

PLAINTIFFS' RESP. APP.0004139

# Chapter 13 - The Role of Your Local Coordinator

Your Local Coordinator is always available to answer questions and provide assistance. She also meets with host families and au pairs throughout the program—especially during the early stages of the au pair's placement.

## 48-Hour Contact

U.S. government regulations require that each Local Coordinator make contact with the host family and au pair within 48 hours of the au pair's arrival in the host family's home. As au pairs arrive at the host family's home on either Thursday night or Friday, this means that this contact needs to take place over the weekend. The host family and au pair should therefore expect to hear from their Local Coordinator. The Local Coordinator is there to support both the au pair and the host family, and the purpose of the "48 hour contact" is to answer any questions that may have arisen during the first day or two of the au pair's arrival.

## Two-Week Visit

The second type of contact required by U.S. government regulations is the two-week visit. Since the two weeks after an au pair's arrival can be a very hectic time for everyone, the Local Coordinator will schedule an appointment for the two-week visit ahead of time. The Local Coordinator will most likely meet with the family and the au pair separately and then together, as this approach helps each party speak more freely with the Local Coordinator.

If a cluster meeting is held around the same time as a two-week meeting, the Local Coordinator may meet with the au pair after the meeting, although a separate meeting with the host family must still be scheduled.

The two-week visit provides an opportunity to talk to the host family and au pair about adapting to one another, the children and the quality of care being provided, and communication issues between the au pair and the parents. It is also a time to review the au pair's duties, responsibilities and the schedule that has been established. The visit is intended to be the first formal evaluation of the placement and it provides an excellent forum to clarify issues, which left alone, might develop into problems later in the year.

## Monthly Contact

The Local Coordinator is required to make monthly contact with you and your au pair. The majority of your contact with the Local Coordinator throughout the year will most likely be by telephone. Each month the Local Coordinator will set aside a time to telephone each host family in the cluster. You should inform your Local Coordinator of the best times to reach you. It is imperative that host families respond to any messages left for you from your Local Coordinator.

## Support

Au pairs and host families should feel confident that their Local Coordinator is a year-round source of support. A Local Coordinator may have set office hours during the day, but will always check messages and return calls in a timely manner and be available to discuss ideas or assist in mediating disputes before they turn into overwhelming problems.

## Handling Emergencies

All unusual or serious situations involving either an au pair or a host family need to be reported to your Local Coordinator and in turn to InterExchange Au Pair USA program management as soon as possible. Depending on the nature of the problem, InterExchange will need to report the incident to the U.S. Department of State.

The Local Coordinator is often the first point of contact for both the au pair and the host family when a crisis occurs. If it is after business hours, Local Coordinators may be in contact with a member of InterExchange Au Pair USA's program management staff in a true emergency.

PLAINTIFFS' RESP. APP.0004140

## Cluster Meetings

One of the most enjoyable tasks of the Local Coordinator is to facilitate meetings and activities on a monthly basis for the au pairs in the cluster. Cluster activities can take a variety of forms, however, all meetings or events should:

▸ Create a sense of unity among program participants
▸ Provide opportunities for the au pairs to learn more about the United States and the area they are living in
▸ Help au pairs feel supported by the Local Coordinator and InterExchange

Many creative, fun and informative meetings and events have been scheduled by Local Coordinators in the past including: holiday parties, seminars on child development and child safety, career counseling sessions, sports/athletic events, trips to local museums/attractions and workshops on travel opportunities, to name just a few.

Monthly cluster meetings are scheduled well in advance so au pairs (and their host families) can plan on the au pair's attendance. Meetings are mandatory and au pairs must call the Local Coordinator in advance if they are unable to attend the meeting. Au pairs who miss monthly meetings consistently will be reminded that they are required to attend the meetings and non-attendance may result in being cancelled from the program.

## Cluster Newsletters

Each month, Local Coordinators will prepare and e-mail a cluster newsletter to all au pairs and host families in the cluster. Au pairs are encouraged to send information to their Local Coordinator for inclusion in the newsletter. The content of the newsletters may include:

▸ Information about newly arriving au pairs that will be joining the cluster
▸ A reminder of upcoming cluster meeting dates, times and venues
▸ A reminder about any upcoming Host Family Day events or conferences
▸ General information about upcoming events or things to enjoy in the community (i.e. parades, fairs, outdoor art and craft shows)
▸ Information about upcoming American holidays
▸ Recognition of au pairs' birthdays
▸ Answers to frequently asked questions or general reminders of program regulations and policies

## Host Family Day Conferences

Each year, host families are required by regulation to participate in a Host Family Day Conference organized by the Local Coordinator. These workshops are intended to help further educate the host parents about various aspects of the program. The Local Coordinator, sometimes in cooperation with a neighboring Local Coordinator, will organize a meeting at least once, and possibly twice a year so that all host families will have an opportunity to attend a session. Attendance in at least one Host Family Day Conference is required and failure to attend such a meeting could jeopardize a family's continued participation in the program.

## Change of Local Coordinators

In the event that a Local Coordinator needs to take a vacation or resigns from the position, another Local Coordinator in the area will provide temporary coverage until your Local Coordinator returns or the position is filled. During these periods, the New York office will check in more frequently to make sure each host family is supported during this time.

PLAINTIFFS' RESP. APP.0004141

# Chapter 14 - The Au Pair Educational Requirement

Local Coordinators will prepare a list of appropriate educational insitutions in the community for au pairs, including the contact information and average costs. Under the current U.S. State Department regulations, only classes held at the following institutions count toward satisfying the educational component requirements:

▸ Public and private colleges and universities
▸ Community colleges
▸ Adult education courses held at university/college campuses only

Since au pairs are not considered permanent residents of the host family's community/state, they do not normally qualify for in-state tuition. Community colleges, adult education programs and other accredited institutions offer interesting courses that are less expensive and less academically rigorous than those found in a university setting. Au pairs may also "audit" classes, provided the school allows this, and this approach is less costly than paying per credit.

## Understanding the Educational Requirements of the U.S. Government

The government regulations for au pair programs require au pairs to "enroll in an accredited post-secondary institution for not less than six credit hours of academic credit or its equivalent." Courses must be academic in nature and the six credit hours must be earned during the 12-month program. To check whether a program of study is "accredited," please refer to: www.ope.ed.gov/accreditation/

The host family and the au pair should set up a work schedule that provides sufficient opportunity for the au pair to fulfill the educational requirement.

In addition, the host family must also:

▸ Facilitate transportation for the au pair to and from educational classes
▸ Offer support and advice in choosing an educational institution and particular coursework. Many au pairs will have a good idea of the classes they want to take during their year, others will not. Most au pairs will need guidance on how to register for classes.

Au pairs should be enrolled in some form of academic pursuit more or less throughout the year. If the course taken is not designed as a "for credit" class, each 10 hours of class time will count as one credit.

Au pairs should get started with their educational responsibilities within the first month or two after their arrival. If this time does not coincide with the beginning of a school term, au pairs are encouraged to at least begin researching future class options and think about how they will complete their required hours in the time that they have left. We often find that if au pairs wait too long, they will not have enough time to complete the program requirements. If this happens, au pairs will forfeit the balance of their educational allowance. *Families should never pay an au pair money in lieu of taking classes.*

The education allowance can only be used to pay for tuition and books or materials required for the course. The cost of transportation to and from classes should not be deducted from the $500 education stipend. If the au pair has used the entire educational allowance paid by the family and he/she has not completed the educational requirement, the au pair is financially obligated to pay for the remaining tuition to fulfill the program requirement. Host families may choose to pay half of the educational allowance during the first six months and the remainder during the second half of the year.

If an au pair chooses not to enroll in course work, he/she will be violating the terms of the J-1 Visa and the program may send the au pair home at his/her own expense. Au pairs who have not completed the educational requirements will not be eligible to extend their program as part of the InterExchange Au Pair USA Extension Program.

PLAINTIFFS' RESP. APP.0004142

## Chapter 15 – The Au Pair's Insurance

As part of the program guidelines, Accident and Sickness insurance is provided to each au pair for the 12-month program. The most up-to-date informational brochure is sent to each au pair as part of the Pre-Arrival Packet, before traveling to the U.S. During the orientation program, the orientation trainers review the insurance policy with au pairs, including the scope of coverage and information on how to file a claim for reimbursement of medical expenses. Au pairs should be aware that this insurance will not cover pre-existing conditions. Any au pair traveling to the U.S. to take part in the InterExchange Au Pair USA program who has a medical condition that requires medication or treatments throughout the year will have to arrange for such medication or treatments personally. Each au pair has a copy of his/her insurance. Please visit our website for more details: *www.InterExchange.org/au-pair-usa/jobs/insurance-information*

Host families can help au pairs locate doctors that take their insurance prior to actual need of medical care. Also remember that visiting an emergency room in lieu of going to the doctor is costly to the au pair, as the co-pay is high.

### Extra 30 Days for Travel

Au pairs are not insured for the optional 30-day travel period at the end of their program. InterExchange has made arrangements to allow au pairs to purchase one extra month of insurance if they will be staying in the U.S. for this optional travel period. We strongly recommend au pairs purchase this insurance so they will be covered during this period.

#### Going to the Doctor – Instructions for Au Pairs

1. Find a doctor after reviewing the insurance provider information on our website: www.InterExchange.org/au-pair-usa/jobs/insurance-information

2. Give the doctor your insurance card (from orientation) and personal policy number (from your local coordinator).

3. Ask if the doctor is or is not going to send the itemized treatment bill directly to the insurance company.

PLAINTIFFS' RESP. APP.0004143

Case 1:14-cv-03074-CMA-KMT   Document 948-59-23   Filed 03/17/18   USDC Colorado   Page 29 of 94

# Chapter 16 - Driving

Local Coordinators will discuss with you the use of the family car and the following topics:

- The need for a state driver's license, if required in your state. If you are unsure, your state's Department of Motor Vehicles will have information as to the driver's license requirements in your state
- The need to drive with the au pair soon after his/her arrival to determine comfort level with his/her driving ability (a driving course may be a good idea to help an au pair become comfortable with local roads and local driving laws)
- The need for the host family to have adequate automobile insurance, including collision
- The rules regarding the extent of damages (or the amount of the deductible) paid by au pairs in the case of an accident
- The need to be clear with their au pair about car maintenance, gasoline payments, curfews and never to drink and drive
- The need to explain to their au pair what to do in the case of an accident, where the registration and insurance documents are located and who he/she should call
- The need for them to train the au pair in the use of children's car seats and safe driving with the children

## Accidents While Driving On-Duty

In the case of an automobile accident that occurs while the au pair is driving while on-duty, the au pair is not responsible for any costs associated with damages and their repairs.

Au pairs are responsible for all fines or tickets they receive.

## Accidents While Driving Off-Duty

In the case of an automobile accident that occurs while the au pair is driving while off-duty, the au pair will be responsible for half of the first $1,000 of the repair bill or insurance deductible. If the repairs to the car should total more than $1,000, the au pair is still only responsible for one-half of the first $1,000 (meaning $500). For example, if the repairs are $600, the au pair will pay $300 and the family will pay $300. If the damages are $1,200, the au pair will pay $500 and the family will pay the remaining $700. Host families must share the repair receipts with their au pair.

Au pairs will need to understand that use of the car is a privilege, not a right. Host families will need to understand that with few exceptions, au pairs will need access to the family car to enjoy the social and cultural opportunities that will help make the year enjoyable.

If a family does not live in a city where public transportation is readily available, they must consider the use of the family car by their au pair as a normal extension of how they treat all adult members of the family. A family may not want to have the au pair drive the children as part of their child care duties and that is their choice, but he/she will need the freedom to drive the car to social activities, classes and for other personal reasons. Communicating needs and expectations will lead to a successful relationship.

During the initial three-day home orientation, families need to get in the car and drive with their au pair to both show them the area and directions to places, but equally important, to assess the au pair's driving ability. Most au pairs arrive with an International License. There are however, a few countries where these are not available. These licenses are generally used by tourists, however many states do not recognize this document and require that au pairs obtain a state driver's license. Regardless of what your state requires, host families are encouraged to have their au pair get a state driving license as this will assure that he/she has read the "Rules of the Road" booklet provided by the Department of Motor Vehicles and that his/her driving is acceptable.

PLAINTIFFS' RESP. APP.0004144

# Chapter 17 - International Communication

## Telephone

For au pairs, the telephone provides instant communication with family and friends both in the USA and abroad. We encourage au pairs and host families to be respectful of each other's telephone needs and not to let telephone use become a source of conflict between the au pair and the host family.

During the Au Pair USA Orientation & Training Program, there is a discussion on appropriate telephone use and the importance of not abusing this privilege. However, au pairs who are in their first few months with the family are often still surprised by the cost of all their telephone calls back home. One phone bill is often enough for au pairs to curtail their calling and they will begin to find less costly ways to communicate. Au pairs must remember that all telephone charges are their responsibility. Au pairs are encouraged to make all long distance calls using a calling card or through Skype or another online calling service, many of which are free.

If a host family agrees to let au pairs make long distance calls directly from their home phone, a system should be agreed upon for the au pair to pay the host family for those calls. The host family and the au pair should also agree to some method of repayment for phone calls that will appear on the following month's phone bill after the au pair leaves at the end of the year.

Host families must be aware that InterExchange will not assume responsibility for outstanding debts left by an au pair and that it is the family's responsibility to collect telephone bills or any other debts left by an au pair from him or her directly before he/she returns home. Again, host families and au pairs must resolve debt issues prior to the au pair's departure from the host family.

## Computer and Internet

Please work out a schedule with your au pair for use of the family computer. Au pairs may also want to communicate with friends and family by using Skype or messenger programs. These can be very cost-effective (or free) alternatives to the telephone and may offer video options. Please talk to your au pair before he/she downloads any messenger software onto your computer.

PLAINTIFFS' RESP. APP.0004145

## Chapter 18 - Culture Shock

Culture shock is a form of complex emotional stress that happens when people move from one culture to another. Anthropologists studying this concept have called it a form of disorientation anxiety that results from becoming aware that some of the most basic assumptions about life and the way we live seem no longer appropriate or comfortable in a new environment. Dealing with language differences, unspoken rules and new physical surroundings can create tremendous anxiety.

The InterExchange trainers at the Au Pair USA Orientation & Training Program attended by au pairs at the beginning of their year emphasize the need for au pairs to accept that they may go through one or all of the typical phases of culture shock and they provide them with the tools to help them get through these experiences. Often, both the host family and the au pair will experience some form of culture shock as they learn to adapt to one another.

▸ **Pre-Arrival**

For the au pair, the pre-arrival phase combines excitement and anxiety as the au pair looks forward to a new adventure. The host family meanwhile, is combining the anticipation of the au pair's arrival, and how much help he/she will be, with the anxieties about the au pair's role and how they will fit in to the family.

▸ **The Honeymoon**

The first few weeks after your au pair arrives are generally referred to as the Honeymoon Period. During this arrival period, the au pair is emotionally excited and everything is new and wonderful. The host family is working hard to make the au pair feel at home and they are excited that the au pair has finally arrived.

▸ **Fight or Flight**

The newness of things begins to wear thin and au pairs begin to find aspects of life in the U.S. annoying or inconvenient. Confronted with unfamiliar or uncomfortable situations, one reaction is to withdraw or remove oneself from the situation, taking "flight" from the new environment.

The au pair may choose to be only with friends of the same nationality or he/she may reject or ignore the American way of doing things. In turn, the family may respond critically and reject the au pair's approach. During the "flight" phase, the au pair may seem to place "blame" on either the local population, for lack of "understanding," or on him/herself for an inability to handle new experiences.

In the "fight" phase the au pair may think that he/she can somehow change others to their way of thinking or doing things. The host family may become irritated with the au pair for making them feel ill at ease in their own home.

▸ **Filter and Flex (Cultural Adjustment and Adaptation)**

During this phase, au pairs may have become more comfortable with speaking English and communicating is less difficult. The au pair becomes more relaxed and perhaps more confident and the host family seems more accepting and trusting as the dialogue improves and most problems are successfully resolved. Rather than rejecting or trying to change behaviors, the au pair begins to filter information and examine things more objectively. The family and the au pair learn to be more and more flexible with one another in accepting personality and cultural differences. This flexibility strengthens both the host family/au pair relationship and the au pair's ability to continue deepening the relationship with the host culture.

▸ **Pre/Post Departure Re-entry Adjustment**

Toward the end of the year, some au pairs will begin to feel anxious anticipating having to say goodbye to their host family, the children and their new friends. The family also begins to consider the inevitable goodbye and sadness of losing a member of the family and they may become anxious about their next child care provider.

### Ways to Help Your Au Pair Cope With Culture Shock

▸ Help them keep an open mind and a sense of humor. While people in the U.S. may do or say things that people in your au pair's home country would not, that doesn't mean they're strange or unapproachable. Americans like to talk, laugh and makes jokes. Remind your au pair to talk with you and their friends for understanding and support. Making friends with other Americans as well as people from other countries and try new things will help your au pair take the cultural differences in stride.

PLAINTIFFS' RESP. APP.0004146

▸ Remind your au pair to stay positive! Have your au pair tell you why he or she decided to come to the U.S. in the first place and remind them when they are feeling homesick or overwhelmed. Help them learn new vocabulary and try to speak English with them as much as possible. It might be difficult at first, but with regular practice your au pair will learn quickly. As he or she learns, they will become more confident about interacting with their surroundings.

▸ Remind your au pair to take care of their health. Relaxing when they feel stressed and getting plenty of sleep is a great way to help hime or her be more alert and relaxed when caring for your children. Also making sure there is plenty of nutritious food and encouragement of regular exercise sets a healthy example for the whole family to follow.

▸ Keeping a journal is a great way for your au pair to keep track of their best moments while in the U.S. Not just a place to keep pictures and keepsakes, writing in a journal can help your au pair sort through any probelms they are having with culture shock. Plus, it makes a great welcome present!

PLAINTIFFS' RESP. APP.0004147

# Chapter 19 - Extension Program

The InterExchange Au Pair USA Extension Program allows host families and au pairs to extend their match beyond their first year for an additional 6, 9 or 12 months. Host families benefit from the continuation of a stable child care environment and au pairs benefit from having more time to experience life in the United States. Host families also save money by paying reduced fees, making this program one of the most affordable child care options available. Au pairs continue to receive the weekly stipend and are entitled to pro-rated vacation days and an educational allowance.

### What is required for an extension?

▸ Only au pairs and host families in "good standing" are eligible to extend.

▸ Au pairs have abided by all program rules, attended their cluster meetings and completed the program's educational requirement.

▸ Host families have abided by all program rules and do not have any outstanding balance due to InterExchange.

## Extension Application

All au pairs and host families who wish to extend their program must complete an Extension Application. You can receive the necessary Extension Application from your Local Coordinator, the New York office or by downloading it from our website: *www.InterExchange.org/au-pair-usa*. Be sure to read all instructions carefully, paying special attention to deadlines and fees.

The U.S. Department of State charges an Extension Processing Fee of $233* for each application and requires this amount to be paid through InterExchange. InterExchange must receive payment of this $233 before we will submit the application on your behalf. We strongly recommend that au pairs take charge of this process since it is their visa status that depends on the successful completion of all necessary steps. Any failure to meet the deadlines involved will result in a denial of the Extension Application.

The U.S. Department of State requires InterExchange to pre-approve all Extension Applications and then send the paperwork to their office by courier post for final approval. All paperwork and fees must be received by the U.S. Department of State no less than 30 days before the original program end dates on the au pair's DS-2019 Form. InterExchange must therefore receive the paperwork from the host family or au pair at least seven business days before this deadline to ensure timely delivery.

Once an Extension Application is approved by the U.S. Department of State, we will print a new DS-2019 Form that reflects the amended program dates and send it to the au pair by mail. Au pairs must keep this new DS-2019 together with their original DS-2019 Form.

## Travel During the Extension Period

Please note that while the DS-2019 Form has been amended to reflect the new dates, the original J-1 Visa in the au pair's passport has not been changed. This means that the au pair is allowed to remain in the U.S. during the extension period, but if he/she wishes to travel abroad and re-enter the U.S., he/she will have to acquire a new visa at a U.S. Embassy or Consulate abroad.

There is no guarantee that a new visa will be issued and InterExchange has no control over the visa approval outcome.

*subject to change without notice

PLAINTIFFS' RESP. APP.0004148

# Chapter 20 - The Host Family Reapplication Process

All host families active in the program will automatically be contacted and asked to reapply four months before the end of their current contract year. Re-applying host families are required to submit a complete new application each year. Every year, the interview held by the Local Coordinator must be done in-person. Repeat families must submit new references and employment verification.

Host families are encouraged to submit their new applications and have their interviews as soon as possible.

### Scheduling the Au Pair's Return Flight Home

Return flight home information and request forms are sent from Globe Travel to the au pair approximately four months prior to the scheduled departure date. The au pair will be asked to select a departure date which should be somewhere between the end of the 12th month and the end of what would be the 13th month in the country. Au pairs are allowed to stay in the U.S., for travel purposes only, for 30 days after the end date on the DS-2019 Form. Stays in the U.S. beyond the 13th month are violating the rules of the au pair's J-1 Visa. If an au pair does not leave the USA by the end of the 13th month, the au pair will forfeit the return airline ticket home and their Completion Certificate.

PLAINTIFFS' RESP. APP.0004149

# Chapter 21 - Taxes

While InterExchange is not licensed to provide official tax advice and cannot counsel host families or au pairs in regard to program fee and wage inquiries, we do list resources on our website. We also put updates on our blogs and send out information to au pairs every year about filing taxes.

## Child and Dependent Care Tax Credit

Stipends paid to au pairs are eligible under the Child and Dependent Care Tax Credit. You must obtain a Social Security number or ITIN (Individual Taxpayer Identification Number) for your au pair from your local branch of the Social Security Administration. To claim the credit, you can file Form 1040, Form 1040A or Form 1040-T. Use your au pair's Social Security number or ITIN as the tax identification number for the child care provider.

Au pair stipends typically qualify as a dependent care provider expense under employers' Dependent Care Reimbursement programs. Please note that the program fees paid to InterExchange will not qualify as a child or dependent care expense. Contact your employer for specific guidance on this issue.

## Au Pair Tax Status

In 1994, the U.S. Department of Labor determined that the au pair stipend constitutes "wages" because an employer-employee relationship exists. The weekly stipend as of May 2012 is $195.75. Refer to IRS Publication 926, Household Employer's Tax Guide.

## Social Security and Medicare Taxes

Au pair wages are not usually subject to Social Security and Medicare taxes because of the au pair's status as a J-1 non-immigrant and as a non-resident alien. If the au pair is a resident alien and his/her annual au pair wages exceed the applicable dollar threshold, then the host family must withhold Social Security and Medicare taxes and report them on Schedule H of Form 1040 and on Form W-2. You will need to apply for an Employer Identification Number (EIN) if it is required to withhold tax and file Form W-2.

## Income Tax Withholding

Because au pair wages are paid for domestic service in a private home, they are not subject to U.S. income tax withholding and reporting on Forms 941 and W-2. However, au pair wages are included in the gross income of the recipients, and au pairs are required to file individual U.S. income tax returns. Subject to change, au pairs will only have to file a 1040 NR-EZ if they earn more than the standard deduction.

## Federal Unemployment Taxes (FUTA)

Most au pairs are non-resident aliens, and therefore their host families would be exempt from paying federal unemployment taxes on their au pair wages. However, an au pair who had previously been in the United States as a student, teacher, trainee or researcher with F, J, M or Q nonimmigrant status might be considered a resident alien during their current stay in the United States.

## Income Tax Filing

An au pair will almost always be a non-resident alien (NR) and will be required to file Form 1040NR-EZ to report au pair wages. As a non-resident alien, the au pair is ineligible for the Earned Income Tax Credit, the Hope Credit and the Lifetime Learning Credit. An au pair is not a student in the United States, and therefore is not eligible to exclude au pair wages from gross income under the student article of any U.S. income tax treaty.

## Additional Resources

Internal Revenue Service Web Site: www.irs.ustreas.gov
Internal Revenue Service Information: 800.829.1040

Should you have any questions, please consult the resources listed above.

PLAINTIFFS' RESP. APP.0004150

# Chapter 22 - Transitions & Reassignment

InterExchange refers to the process of ending the host family/au pair relationship early as a "transition". Although it is a problem faced by few families and au pairs, transitions do happen. A transition occurs when a family and their au pair decide that they are truly incompatible, or there are extenuating circumstances which lead the host family and au pair to end their relationship with one another. In these cases, a reassignment or withdrawal from the program are the only options available to them.

## Three-Point Meeting

A "three-point meeting" between the Local Coordinator, host family and au pair allows everyone to discuss the problems and come to a common decision about how to proceed. This can simply be a meeting to discuss the situation or it can be a meeting to discuss re-assignment. Any party can ask for a three-point meeting if they feel they need the Local Coordinator's assistance. Mediation is the goal of these meetings.

## Ending the Placement

If it is decided the relationship will end early, the Local Coordinator will go through the following information and complete some InterExchange Au Pair USA forms. It is also necessary to clarify any outstanding financial obligations such as vacation and educational allowance owed and outstanding bills such as telephone, gym, etc. InterExchange Au Pair USA will assist au pairs and host families to resolve their issues, but we cannot be responsible for determining or collecting any outstanding debts owed to either party.

## Au Pair Stipend

Au pairs receive a stipend for each week they fulfill their duties as an au pair. Au pairs that leave their host family and stay with their Local Coordinator or a temporary family while waiting for a new placement, or au pairs that stay with their present host family but are not providing child care duties are considered to be "temp-housed" and are not entitled to the stipend.

## Au Pair Debts to the Host Family

Au pairs are responsible for any outstanding telephone bills or miscellaneous items that they may owe to the host family. Au pairs and host families must resolve these issues together before the au pair leaves the host family's home. Once the au pair leaves the host family's home it becomes increasingly difficult for the host family and the au pair to resolve these issues.

Please Note: Local Coordinators and InterExchange Au Pair USA staff will help host families and au pairs communicate with each other and resolve issues, but we are unable to collect funds that either party may feel they are due. It is in your own best interest to resolve financial issues prior to the au pair leaving your home.

## Vacation

Au pairs accrue one day per month of vacation after the first month. Au pairs are to receive $35.60/day for unused vacation that the au pair earned prior to the transition. Au pairs who used vacation that they had not fully earned, will be required to reimburse the host family for those days, at $35.60/day.

## Education

Au pairs receive $500 for the year from the host family to complete the Educational Requirement. Should an au pair leave the host family prior to the end of the year, they are to receive $9.62/week for each week they were an au pair with the present host family, to be used for educational courses already taken, or future educational pursuits in the new host family's community only. Should the au pair have received all or part of the educational stipend prior to leaving the family early, the au pair is required to reimburse the family $9.62/week for time that was not earned.

PLAINTIFFS' RESP. APP.0004151

## Transition Policies

▸ **Two-week notice**

InterExchange Au Pair USA enforces a two-week notice policy after the family and the au pair have decided to terminate their relationship. This requires the host family and au pair to stay together for 2 weeks from the time their transition is registered in the New York office. This policy was initiated to secure housing for the au pair until he/she can go to another host family.

▸ **No Eviction**

A host family may never evict an au pair from their home. If a host family tries to evict an au pair, they are violating the spirit of the cross-cultural exchange and the requirements of program participation. In this case, InterExchange Au Pair USA will reconsider whether the family is suitable for this type of exchange program.

▸ **No self-matching**

Au pairs wishing to be reassigned must do so through the transitions office of InterExchange. Au pairs are not allowed to find their own host families or arrange their own matches.

## Program Violations

Host families who have broken the program regulations or have mistreated the au pair in violation of InterExchange's policies or the "spirit of the program" will not be re-matched with another au pair and will be cancelled from the program.
Host families who show a pattern of unsuccessful matches will be asked to leave the program.

Au pairs who violate program regulations will be cancelled from the program and will have to return to their home countries immediately at their own expense.

## Self-Repatriation (Leaving the Program)

Any au pair who leaves the host family without contacting InterExchange will be considered off the program. At this point, we are required to alert Department of Homeland Security. Having such information on record may prevent the au pair and the au pair's family members from being able to obtain another visa to the U.S. or other countries.

### Back-Up Child Care

InterExchange does not guarantee continuous child care from au pairs. During a transition, a family may be without an au pair for several weeks while waiting for a new match. For this reason, it is important that families have back-up plans for child care not only during transitions, but also throughout the year.

## Reassignment

Families in transition will work directly with a Transitions Coordinator in the New York office to find another au pair. This may be either an au pair who is in transition or out of country. Once the participants are reassigned, the Local Coordinator is required to be in contact with the host family every two weeks for the first two months following the reassignment.

InterExchange Au Pair USA is aware that transitions can be an extremely stressful time for all parties. The New York office works as quickly as possible in these situations to reassign the au pair and the host family. The New York transition team is always aware of the pressing child care needs of families and the inconvenience the two-week notice may impose on a family. However, the ultimate goal is to find the best match for the family and the au pair to help ensure a successful reassignment.

PLAINTIFFS' RESP. APP.0004152

## Chapter 23 - Unexpected Challenges: Visa Delays & Denials

Although visa delays and denials are rare and seldom happen to au pairs, there are no guarantees that every applicant who applies to the U.S. Embassy or Consulate abroad will be granted a J-1 Visa. Currently, all au pair candidates are required to go to the U.S. Embassy or Consulate for an interview. It is entirely up to the Consular Officer to decide if an applicant will be granted a visa or not.

Delays are often a result of:
‣ A backlog of visa appointments at the embassy or consulate during the busy seasons
‣ The procedures of specific embassies or consulates such as returning the passport/visas by post

Denials are often due to one of the following:
‣ The applicant's inability to demonstrate strong ties, and therefore reasons to return, to his/her home country. This may be highlighted by the applicant's lack of: a job, school enrollment, extended family or money in the bank in his/her home country.
‣ If an applicant had been denied a visa in the past or has had a previous visa cancelled by the U.S. government, he/she will have difficulty securing a visa now. International Cooperators discuss these issues with each applicant during the pre-screening process so as to deter unforeseen difficulties later on.

When an applicant is denied a visa, the International Cooperator will notify the InterExchange Au Pair USA staff in New York. Depending on whether the au pair contacts the host family directly after the interview, the family may find out this news before the New York office does. In either instance, the Local Coordinator and the host family will be notified as soon as possible. Our staff will investigate the situation; often communicating with the Embassy/Consulate abroad in an attempt to gain a clear understanding of why the application was denied.

Au pairs may re-apply at the consulate, which may take days or weeks, depending on whether the consulate will be able to offer a new interview date quickly or not. In this case, InterExchange will send a letter of support on behalf of the au pair, requesting that the au pair's visa application be reconsidered.

Often these problems will arise very late in the process, perhaps even a day or two before the scheduled arrival, and it may not be possible to find another appropriate au pair for the family by the planned arrival date. For this reason, families must have alternative child care arrangements available. They will however, be given top priority in the placement process to select an alternative applicant. In addition to considering out-of-country applicants, families in these situations may be given the opportunity to consider in-country au pairs who need a new host family.

PLAINTIFFS' RESP. APP.0004153

# U.S. Department of State Au Pair Program Regulations

Sec. 62.31 Au Pairs

(a) Introduction. This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American Host Family and participate directly in the home life of the Host Family. All au pair participants provide child care services to the Host Family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) Program designation. The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) Program eligibility. Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a Host Family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and Host Family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and Host Families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and Host Families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) Au pair selection. In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the Host Family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e) Au pair placement. Sponsors shall secure, prior to the au pair's departure from the home country, a Host Family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a Host Family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a Host Family having a special needs child, as so identified by the Host Family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the Host Family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a Host Family unless a written agreement between the au pair and the Host Family detailing the au pair's obligation to provide child care has been signed by both the au pair and the Host Family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week;

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a Host Family unless the Host Family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) Au pair orientation. In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where

PLAINTIFFS' RESP. APP.0004154

the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) Au pair training. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the Host Family, the au pair participant shall receive not less than four hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American Host Family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) Host Family selection. Sponsors shall adequately screen all potential Host Families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the Host Family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the Host Family with the prospective au pair participant's complete application, including all references.

(i) Host Family orientation. In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all Host Families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected Host Families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected Host Families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host Family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the Host Family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the Host Family and au pair within two weeks of the au pair's arrival at the Host Family home.

(j) Wages and hours. Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component. Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, Host Family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and Host Families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, Host Family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post-secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, Host Family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and Host Family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and Host Family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or Host Family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all Host Family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding Host Family or au pair

PLAINTIFFS' RESP. APP.0004155

participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one Host Family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her Host Family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either Host Family or au pair participants.

(n) Sanctions. In addition to the sanctions provisions set forth in §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor Host Family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section. 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component. Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to

facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) Sanctions. In addition to the sanctions provisions set forth in §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) Extension of program. The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program ( i.e. , 30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

PLAINTIFFS' RESP. APP.0004156

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay. gov.

(p) Repeat participation. A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

PLAINTIFFS' RESP. APP.0004157



161 Sixth Avenue, New York, NY 10013
**TEL** 212.924.0446 or 1.800.287.2477
**FAX** 212.924.0575
**www.InterExchange.org**

PLAINTIFFS' RESP. APP.0004158

# Exhibit 376

PLAINTIFFS' RESP. APP.0004159

**Au Pair USA**
**Host Family Agreement**

This Au Pair USA Host Family Agreement (herein after the "Agreement") is entered into by InterExchange, Inc. ("InterExchange"), a not for profit 501(c) (3) corporation with its principle place of business located at 161 Avenue of the Americas, New York, NY 10013 and the named signatories for the Host Family (herein after the " Host Family"). For the purposes of this Agreement, the signatures for the Host Family authorizes this agreement on behalf of all members of the Host Family's household including any other individuals residing in or frequently staying at the Host Family's residence.

**Background**

InterExchange is a designated sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs (the "Program"). The Program allows foreign Participants ("Participant" herein defined below) to enter the United States to work as Au Pairs so that the Participant may increase their understanding of American culture and society and enhances the American Host Family's knowledge of foreign cultures through an open interchange of ideas.

This J-1 Visa Program requires employment for Au Pairs as part of the Cultural Exchange Program so that cost and expenses incurred during the Participant's time in the U.S. may be offset by the Program Stipend paid by the Host Family.

**Agreement**

Now, the Host Family and InterExchange agree to the following terms and conditions:

1. **Definitions**. Host Family agrees to the Definitions found in the following list:
2.

   a. "**Adjustment Period**" begins when an Au Pair (see definition) first arrives to live in a Host Family's (see definition) home and ends thirty (30) days after the Au Pair has been living in a Host Family's home. During this period, an Au Pair cannot Transition (see definition) to a Rematch (see definition) Host Family except, in rare cases, Au Pairs may be moved as required by InterExchange.

   b. "**Applicable Fees, Discounts, Refunds & Stipends Schedule**" means terms and conditions of the Fees, Discounts, Refunds & Stipends Schedule in effect when a Host Family submits a complete application (e.g., the fees for an Extension shall be determined by the Applicable Schedule in effect at the time of submission of a complete Extension Application). The Applicable Schedule terms shall be incorporated into the Agreement in Exhibit A.

   c. An "**Applicant**" or "**Candidate**" is anyone who applies to the Au Pair USA Program about whom InterExchange has not yet determined his or her suitability for the Program.

   d. "**At-Will Employment**" means either the Host Family or the Au Pair may end the employment relationship

PLAINTIFFS' RESP. APP.0004160

between the two parties at any time.

e. An **"Au Pair"** is a carefully screened Participant (see definition), who is between the ages of 18 and 26, is a secondary school graduate or the equivalent, and is proficient in spoken English. Au Pairs are Matched (see definition) with a Host Family for cultural exchange purposes. The Au Pair lives with and provides child care services to a Host Family for up to ten (10) hours a day and forty-five (45) hours per Week (see definition below) per Program regulations. The Au Pair is provided numerous cross-cultural activities, including, without limitation, taking at least six (6) credit hours of educational course work at a U.S. educational institution while participating in the Au Pair USA Program.

f. **"Culture Exchange Program"** is a non-immigrant program operated by the U.S. Department of State's Bureau of Education and Cultural Affairs that increases a Participant's understanding of American culture and society and enhances the Host Family's knowledge of foreign cultures through an open interchange of ideas between Au Pairs and Host Families and the communities in which they live.

g. **"Extension"** is a period of time in which the U.S Department of State allows a one-time extension of the Au Pair Program for six (6), nine (9), or twelve (12) additional months contingent upon successful completion of the initial 12-month Program and subject to certain additional limitations.

h. **"30-Day Travel/Grace Period"** is the 30-day cultural exchange travel or "grace" period to which Au Pairs are entitled upon successful completion of the requirements of the Au Pair USA Program. During this 30-day period, Au Pairs are not permitted to engage in any employment.  Au Pairs are required to leave the U.S. before the end of this 30-day period.

i. **"Host Family"** is a carefully screened family of U.S. citizens or legal permanent residents who participate in the Au Pair USA Program by matching with an Au Pair to utilize the Au Pair's child care services for cultural exchange purposes.

j. **"In-Country"** means an Au Pair is already in the U.S.  An In-Country Au Pair may be in the U.S. due to an Extension or Transition.

k. **"Insurance"** is accident and sickness coverage from an insurance company authorized by InterExchange (or, in rare cases, an International Cooperator (see definition below)) that meets or exceeds U.S. Department of State requirements.

l. **"International Cooperator"** or **"IC"** is an independent contractor that performs services for InterExchange including, without limitation, recruiting Au Pairs for the Program, assisting the Candidates and InterExchange with the application process and providing additional pre-arrival support after the Au Pair is matched with a Host Family.

m. **"J-1 Visa Sponsorship"** means a non-immigrant cultural exchange visa issued pursuant to 8 U.S.C. 1101(a)(15)(J).

n. **"Local Coordinator"** is the InterExchange independent contractor or representative who liaises with the Au Pair and Host Family in the Host Family community. The Local Coordinator provides information in compliance with InterExchange Au Pair USA rules and requirements and coordinates monthly gatherings for InterExchange Au Pairs in the cluster area.

PLAINTIFFS' RESP. APP.0004161

o. **"Match"** is the process by which the Host Family chooses to host the Au Pair, who as a result of being matched receives sponsorship for cultural exchange purposes under a J-1 visa sponsored by InterExchange.

p. **"Orientation"** is the period of time during which Participants visit New York City to be trained by InterExchange and are provided detailed information about the Program before the Participants start employment as an Au Pair for Host Families.

q. **"Paid Vacation Days"** means the days under the Regulations and InterExchange requirements that a Host Family must provide paid time off to an Au Pair. The calculation for determining both the number of days off and payment to be received by the Au Pair is defined in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

r. **"Participant"** is a suitable and qualified Candidate who matches with a Host Family and takes part in the InterExchange Au Pair USA Program under U.S. Department of State regulations and InterExchange's requirements.

s. **"Program"** or **"Au Pair USA Program"** or **"Au Pair USA"** means the Cultural Exchange Program as administered by InterExchange. The Program includes the initial twelve (12) month Program, Transitions and Extensions.

t. **"Rematch"** is the process by which an in-country Au Pair is Matched to a Host Family other than the one to which he or she was originally Matched. Please see the definition of "Match."

u. **"Replacement"** is an Au Pair who replaces another Au Pair after a Host Family enters Transition.

v. **"Social Media"** means a wide range of new and evolving communication tools including, without limitation, multi-media and social networking websites such as MySpace, Facebook, Yahoo! Groups, LinkedIn, Flickr and YouTube and other media or video sharing sites; Blogs; Wikis such as Wikipedia and any other site where text or photos can be posted; Sites and/or apps like Twitter on smart devices such as cell phones, digital tablets and similar communication devices.

w. **"Special Needs Child"** is a Host Family child with emotional, physical or psychological needs, as identified by the Host Family, that require additional child care services from the Au Pair other than child care services generally provided to Host Families.

x. **"Sponsor"** is a legal entity designated by the U.S. Department of State to conduct Cultural Exchange Programs under the J-1 Visa.

y. The **"Stipend"** is the minimum amount that the Host Family is required to pay the Au Pair pursuant to U.S. Department of State regulations and employment and labor laws of the U.S. The current minimum required Weekly amount is one hundred ninety-five dollars and seventy-five cents ($195.75).

z. **"Suitable Candidate"** means a candidate who meets the Program requirements of the both the U.S. Department of State regulations and InterExchange guidelines.

aa. **"Transition"** is the process by which a Host Family or Au Pair may either leave the Program or be Rematched with a new placement.

PLAINTIFFS' RESP. APP.0004162

bb. "**Work Week**" or "**Weekly**" means the five and a half (5½) days that the Au Pair is expected to perform Au Pair Services for the Host Family under the Agreement. If not capitalized, the word "week" means the five and half (5½) days plus the one and a half (1½) day off, equaling a total of seven (7) days.

cc. "**Withdrawal**" means that a Host Family or Au Pair voluntarily ends its relationship with InterExchange.

dd. "**3-Point Meeting**" is an optional meeting facilitated by a Local Coordinator or InterExchange to mediate differences between a Host Family and an Au Pair.

3. **Cultural Exchange Program, Key Documentation, Suitability & Respect**

   a. **Cultural Exchange Program**. Host Family understands and agrees with the following:

      i. Host Family understands that InterExchange operates Au Pair USA as a Cultural Exchange Program. Host Family agrees that any conflict between the cultural exchange purposes of the Au Pair USA Program and the child care services offered by the Au Pair shall be decided in favor of the cultural exchange purposes of the Program.

      ii. Host Family understands that InterExchange is a designated Sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs. To participate in the Au Pair USA Cultural Exchange Program, Host Family agrees to comply with all of the regulations published by U.S. Department of State as set forth in 22 CFR Part 62, which may be amended. By signing this Agreement, Host Family acknowledges a receipt of a copy of 22 CFR Part 62.31 and the Department of State publication "The Au Pair Exchange Program" from InterExchange.

   b. **Additional Key Documents**. Host Family agrees that InterExchange e-mail communications, publications (e.g., Host Family handbook), application/s and website information (e.g., the Passport system) about the Au Pair USA Program (herein "Requirements") are incorporated into this Agreement, provided, however, that the Requirements do not conflict with either the terms and conditions of the Agreement or U.S. Department of State regulations.

   c. Host Family agrees that U.S. Department of State regulations are controlling if there is a conflict between the regulations and this Agreement.

   d. **Suitability**. Host Family agrees that InterExchange has the right to determine Host Family's suitability for the Au Pair USA Program. The right shall continue during, without limitation, the application process, Au Pair placement with the Host Family and Host Family's ongoing participation in the Program. InterExchange, at its discretion, may make reasonable inquiries to third parties to determine Host Family's suitability. Host Family agrees to supply references and job verification upon submission of Host Family's application.

PLAINTIFFS' RESP. APP.0004163

e. **Respect**. The Host Family agrees to treat Au Pair(s) with respect and dignity as cultural ambassadors of the international community.

4. **Interview Process**. The Host Family agrees to make reasonable direct contact with Au Pair candidate(s) that the Host Family believes are potential Matches or Rematches during the interview process or prior to making an offer to host. At a minimum, Host Family agrees to interview each potential Au Pair for by telephone or electronic telephony (e.g., Skype) prior to agreeing to a Match or Rematch.

5. **Communications with InterExchange.**

   a. **Family Day Conference**. The Host Family agrees to attend at least one of the two family day conferences organized by InterExchange's Local Coordinator during the Program year and understands that failing to do so is grounds for termination of continued or future participation in the Program.

   b. **InterExchange Contact**. The Host Family agrees to facilitate regular contact between InterExchange, Au Pair(s) and Host Family to ensure the success of the exchange, and to provide orientation, assistance and counsel. Host Family agrees to cooperate fully with InterExchange and its representatives in their role of monitoring and implementing the Au Pair USA Program.

   c. **Emergency or Dispute Contact**. Host Family agrees to notify InterExchange by telephone and in writing if a serious problem and/or dispute develops between Host Family and Au Pair(s). If the Au Pair is injured, ill or is in an accident or arrested, Host Family agrees to contact the Local Coordinator and an InterExchange manager immediately.

   d. **Local Coordinator Contact**. Host Family agrees to respond to monthly contact inquiries from the Local Coordinator.

6. **Local Coordinator**. While Host Family should seek general direction and advice about the Program from the Local Coordinator, Host Family understands and agrees that InterExchange managers make all final decisions. Host Family agrees that statements by the Local Coordinator are not binding on InterExchange unless confirmed in written policy and under the terms and conditions of this Agreement. If Host Family has any questions or concerns regarding the Local Coordinator, Host Family must contact an InterExchange manager directly.

7. **Host Family Obligations to Au Pair(s)**. Host Family agrees to ensure that Au Pair(s) employed by the Host Family must receive the following from the Host Family:

   a. **Host Family/Au Pair Agreement.** Prior to Au Pair's departure from Au Pair's home country, Host Family must enter into a signed written agreement with the Au Pair. Host Family must provide an outline of Au Pair duties

PLAINTIFFS' RESP. APP.0004164

enter into a signed written agreement with the Au Pair. Host Family must provide an outline of Au Pair duties and schedule in the Host Family application, which may be amended from time to time, but shall in no way conflict with terms and conditions that are acceptable under Program rules, regulations and the terms and conditions of this Agreement. Host Family agrees to clearly and accurately set forth the obligations expected of Au Pair as detailed through the Host Family Application and any additional terms and conditions set forth in the agreement between the Host Family and the Au Pair. Host Family agrees that the Host Family/Au Pair Agreement shall include, without limitation, compliance under the Fair Labor Standards Act. Host Family agrees that the agreement between the Au Pair and the Host Family must be signed prior to Au Pair's departure from his or her home country. Host Family understands that InterExchange does not offer an Educare program.

b. **Room and Board**. Each Au Pair must be given room and board. Au Pair's room must occupy a separate room, which must be private, not subject to dual use (e.g., a bedroom and a room where the family does its laundry, a family entertainment room, or a bedroom occupied by two Au Pairs) and approved satisfactorily by InterExchange's Local Coordinator. If the Au Pair is joining the Host Family on a vacation, Host Family understands and agrees that no adult may share a room with Au Pair, and Au Pair must not share a bed with anyone, including, without limitation, children.

c. **Stipend. Host Family agrees that Au Pair must be given at least the minimum appropriate U.S. State Department mandated Stipend. Host Family must pay the Weekly Stipend on a set day. If paying by check, Host Family must maintain sufficient funds in the applicable checking account to fund all outstanding Stipend checks. InterExchange highly recommends that the Host Family account for the Stipend payment on a monthly basis to avoid any failures to pay due to insufficient funds and the resulting charges and fees for which the Host Family would be responsible for paying. In compliance with the terms of this Agreement, Host Family understands and agrees to additional terms regarding the Stipend as set for in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into this Agreement**

d. **Hours of Work**. Au Pair must not work more than forty-five (45) hours per Work Week or ten (10) hours per day. Au Pair must receive a written schedule at least one week in advance. Generally, Host Family agrees to arrange a consistent schedule of work hours per Week to conform to Program requirements. The Host Family and Au Pair may renegotiate the hours on a mutually agreed upon basis provided that the changes in hours does not violate this Agreement, U.S. Department of State regulations, or employment and labor laws.

e. **Time Off Per Week**. Host Family agrees that Au Pair must be given at least one and a half (1½) days off every week and one free weekend (Friday early evening to Monday morning) each month;

f. **30-Day Travel/Grace Period**. As part of the Culture Exchange Program, Au Pairs, who meet the requirements of the Program, are allowed a 30 day Travel/Grace Period during which the Au Pair may travel in the U.S. after their employment with Host Family. The Host Family agrees that Host Family is not permitted to employ the Au Pair during the 30-Day Travel/Grace Period.

g. **Vacation**. Host Family agrees to give Au Pair Paid Vacation Days under the terms set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule, during which time period the Au Pair is not working, to be taken at a mutually agreed upon time during the exchange. Host Family understands that vacation pay is not paid in advance.

h. **Education**.

PLAINTIFFS' RESP. APP.0004165

i. **Required Educational Courses**. Host Family must give Au Pair adequate time to complete the U.S. Department of State required six (6) semester hours of academic courses at an accredited post-secondary institution during the twelve (12) month stay. In addition, Host Family must give an Education Stipend up to five hundred dollars ($500.00) as described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. Host Family understands that the Au Pair must use the Education Stipend for educational courses. Further, Host Family agrees to facilitate transportation to such classes.

ii. **Educational Requirements After Transition (if applicable)**. If a Host Family is Rematched with a new Au Pair after Transition (see Transition below), the Host Family shall be responsible for assisting the Rematched Au Pair in meeting the educational requirements as set forth in the Required Educational Courses section of this Agreement, including, without limitation, completion of the six (6) semester hours in the manner required by the U.S. Department of State. Host Family agrees that Host Family shall pay a pro rated amount of the five hundred dollar ($500) balance left based on the time that the Rematched Au Pair has remaining in the Program, which shall be calculated at a pro rated value equaling nine dollars and sixty-two cents ($9.62) per Work Week in a standard 52-Work Week Program (e.g., if Transition to a Rematch with 27 Work Weeks left on the Program, the Host Family will be responsible for paying two hundred fifty-nine dollars and seventy-four cents ($259.74) towards the Au Pair educational courses for the twenty-seven (27) Work Weeks remaining). The pro rated Weekly amount applies to Transitions that occur during Extensions.

iii. **Additional Cost of Courses**. Host Family understands that all additional costs for educational requirement are the responsibility of the Au Pair.

iv. **Optional Educational Courses.** If a remaining balance is left from the five hundred dollars ($500.00) after an Au Pair completes the requisite six (6) semester hours, Host Family agrees that the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement for academic courses at an accredited post-secondary institution. If the Au Pair elects to take additional course, Host Family agrees to facilitate transportation to such classes.

v. **Driver's Education.** If the Host Family or state law requires that the Au Pair take a driver's education course and driving is required as part of the Au Pairs duties, Host Family shall be responsible for paying the cost of the course. If state law and the Host Family do not require that the Au Pair take a course in driver's education, the Au Pair shall be responsible for costs of taking any driver's education course.

8. **Child Care Services**. Host Family agrees to the following terms and conditions regarding Au Pair child care services:

a. **Under Age of Two (2)**. Au Pair must not work in a family home with a child under the age of two (2) unless the Au Pair has at least two hundred (200) hours of documented experience working with children under the age of two. Host Family must promptly notify InterExchange if a child under the age of two years joins the household at any time during the Program. If a child under the age of two joins the home, the previously placed Au Pair shall not be permitted to remain in the home without 200 hours of documented experience working with children under the age of two.

PLAINTIFFS' RESP. APP.0004166

b. **Under Age of Three (3) Months. If there are any children under three (3) months old living in the home, Host Family agrees that there must be a responsible adult (e.g., grandparent or home nurse) in the home at all times and the Au Pair must not be left as the sole child care provider, even for a limited amount of time, including sleeping hours.**

c. **Special Needs Children**. Prior to the arrival of the Au Pair, Host Family agrees to inform InterExchange about Special Needs Children to whom the Au Pair is expected to provide child care services. Host Family agrees that Au Pair shall provide child care services to the extent of Au Pair's training or lack thereof.

d. **First 3 Days In Home**. During the first three (3) days of an Au Pair's stay in the home, a parent or another responsible adult (e.g., grandparent or home nurse) must remain in the home to facilitate the adjustment of the Au Pair into the family, household and community.

e. **Medicine or Therapeutic Treatment**. Host Family agrees that the Au Pair shall not be responsible for the administration of any medicine or medical or therapeutic treatment.

f. **Child Care Includes**. Au Pair's duties shall be restricted to child care and responsibilities related to care of the children of the Host Family. This may include active duties such as general supervision of play and homework, driving children to school, preparing children's meals, straightening their rooms, and doing the children's laundry as well as passive duties such as being present when the children are sleeping. All time spent on child care duty counts toward the 45 hours per Work Week maximum.

g. **Child Care Does Not Include**. Au Pair must not perform heavy chores, including, without limitation, the care of any children that are not the Host Family's children, yard work, window washing, scrubbing floors, or care for pets.

h. **Disciplining Children**. Host Family agrees not to ask the Au Pair under any circumstances to physically discipline children in any way (e.g., hitting or withholding food as punishment). If Host Family has questions about appropriate behavior, Host Family must ask the Local Coordinator for guidance.

9. **Monthly Cluster Meetings**. Host Family agrees to facilitate attendance and provide time off and transportation for an Au Pair's monthly cluster meetings with InterExchange's Local Coordinator.

10. **Auto Requirements**.

a. **Legally Allowed to Drive**. Host Family agrees to be responsible for determining whether an Au Pair will be able

PLAINTIFFS' RESP. APP.0004167

b. **Legally Allowed to Drive**. Host Family agrees to be responsible for determining whether an Au Pair will be able to legally drive in the Host Family state of residence. Host Family agrees to conform to any and all state or local laws regarding the Au Pair's use of Host Family's automobile, including the Au Pair obtaining a local driver's license and familiarization with local roads and traffic patterns.

b. **Vehicle Insurance**. Host Family agrees to provide automobile insurance at the Host Family's sole expense if the Au Pair uses any of the Host Family's vehicles. The insurance coverage must not be less than the minimum mandatory insurance coverage required by law in the Host Family's state and city of residence.

c. **Cost of Fuel and Vehicle Expenses**. Host Family agrees to pay for fuel and any other vehicle expenses accrued during the period under which the vehicle is used by the Au Pair and while Au Pair is performing her/his duties or when driving to/from meetings and/or educational courses that are requirements of the Program.

d. **Vehicle Damage**. Host Family agrees that Au Pair shall only be responsible for damages as described under the Liability section of this Agreement.

11. **Insurance**.

a. **Accident and Sickness Insurance**. Except for covering Au Pair's Insurance during the 30-Day Grace/Travel Period, Host Family agrees to cover the cost of Insurance through Program Fees as described in the Fee section of this Agreement. Host Family may, at Host Family's sole election, pay for the Au Pair's Insurance during the 30-Day Travel/Grace Period, provided, however, that the Host Family understands that this fee is not part of the Program Fee. Host Family understands that the Insurance is provided through a vendor that is authorized by InterExchange, but InterExchange is neither a seller nor reseller of the Insurance. While Insurance meets or exceeds the limitations required by the U.S. Department of State regulations, Host Family understands that the Insurance coverage contains limitations and exclusions, which may affect Host Family as Au Pair's Employer. InterExchange highly recommends that the Host Family explore the limitation and exclusions of the coverage at the following link: http://www.interexchange.org/au-pair-usa/jobs/insurance-information

b. **Insurance Disputes**. While InterExchange may make a good faith effort to help resolve disputes, Host Family agrees that any disputes regarding coverage issues are strictly between Au Pair and the third-party insurance company. Host Family agrees with the Liability section limitation that InterExchange is not liable for the disputed matter.

c. **Additional Insurance**. Host Family agrees to be responsible for determining whether any additional types of employee insurance are required under federal, state and/or local laws. Host Family understands that InterExchange is not responsible for providing guidance regarding insurance matters.

PLAINTIFFS' RESP. APP.0004168

12. **Travel Requirements.**

    a. **Outside Local Community**. If a problem or emergency arises when traveling with the Au Pair outside of their local community, Host Family shall be responsible for making arrangements at Host Family's expense to promptly return the Au Pair to Host Family's community, provided, however that returning the Au Pair to Host Family's community is not prohibited by medical professionals or legal authorities. Host Family shall also immediately notify the Local Coordinator and an InterExchange manager about any problems and/or emergencies.

    b. **Travel In Excess of Thirty (30) Days**. Host Family agrees that travel with the Au Pair in excess of 30-days within the U.S. or outside of the U.S. shall require prior written consent from InterExchange.

    c. **After Program Ends**. Host Family agrees to assist InterExchange in ensuring that the Au Pair leaves the United States at the conclusion of the Program year, including Extensions (See Extensions as described in this Agreement), in compliance with the regulations.

13. **Au Pair Well-Being and Living Situation**. Host Family agrees to notify InterExchange in writing in the event that Host's family situation changes in any way that may impact Au Pair well being or living situation. Such changes include, without limitation, someone joining the household, a change of family address, divorce/separation of the Host Family, illness in the Host Family, death in the Host Family, arrest of a member of the Host Family, legal proceedings involving the Host Family (e.g., divorce or bankruptcy) or other significant events that may occur during the Program.

14. **Emergency Plan**.

a. In case of emergencies (e.g., hurricanes, floods, earthquakes, landslides, fires, terrorist attacks), Host Family must follow guidance issued by InterExchange regarding Au Pair for the purpose of ensuring the safety and wellbeing of Au Pairs. Host Family shall also follow any updates included in the Host Family Handbook regarding safety and emergencies.
b. The most important aspects of promoting safety are communication, preparedness and coordination. Host Family shall have an emergency contingency plan and make plan known to Au Pairs. Timely communication with InterExchange throughout an emergency event is necessary and a requirement of the Program. Host Family shall always respond to InterExchange's inquiries about the safety of Au Pairs as soon as reasonably possible.
c. InterExchange also requires that the Host Family make the Au Pair aware of emergency and evacuation procedures issued by authorities. Host Family must encourage compliance.  Any procedures advocated by authorities shall take precedent over any procedures communicated to the Host Family by InterExchange.

15. **Au Pair Status & Removal**

    a. **Au Pair Status**. Host Family agrees that any decision regarding the Au Pair's Program status, dismissal or replacement shall be made at the sole discretion of InterExchange and shall be final.

PLAINTIFFS' RESP. APP.0004169

b. **Removal in case of accident or illness**. Host Family agrees that in the event of an accident or serious illness that, in the judgment of InterExchange, prevents the Au Pair from continuing her/his duties, the Au Pair may end or be asked to end the Program early and return home. In such a circumstance InterExchange will use reasonable efforts to Rematch the Host Family with an Au Pair through InterExchange's Transition process.

C. **Removal for exploitative or unreasonable circumstances**. Host Family agrees that if InterExchange finds that an Au Pair is subject to exploitative or other unreasonable circumstances or conditions (e.g. failure to pay the appropriate Weekly Stipend, a failure to provide the agreed upon free time or educational benefits required under this Agreement or otherwise fail to meet Department of State regulations), InterExchange may, at its sole discretion, immediately withdraw the Au Pair from the household, and Host Family shall not be entitled to a replacement Au Pair or any refund. Under the conditions described in this paragraph, this Agreement shall terminate automatically, provided, however that all terms regarding payment of fees shall survive the Agreement and Host Family shall pay the cost of immediately removing the Au Pair from Host Family. Any legal expenses arising out of actions as described herein shall be subject to the Indemnification Clause as set forth in Liability section of this Agreement.

d. **Illegal Activities. Host Family shall not ask Au Pair** to engage in any illegal activities (e.g., illegal drugs, prostitution). InterExchange will immediately remove Au Pair from the Host Family's home if Au Pair discovers or believes Host Family is engaged in any illegal activities regardless of the Au pair's involvement in the illegal activities.

16. **Transition**. After an initial adjustment time of one month following an Au Pair's arrival, InterExchange has a Transition procedure in the eventuality that the relationship between the Host Family and the Au Pair breaks down and/or ends.

a. **Transition- General Procedure**. The Transition process shall be triggered under the following circumstances:

i. The Host Family or the Au Pair communicates to InterExchange a breakdown in the relationship between the Host Family and the Au Pair.

ii. Upon receiving communication regarding a breakdown in the Host Family and Au Pair relationship, a Local Coordinator may mediate a meeting between the Host Family and Au Pair if it is determined that a medication will help.

iii. If there is not a resolution of the dispute, the Host Family and Au Pair shall be placed into Transition, which shall mean for the Host Family either a Rematch or Withdrawal or a determination that Host Family is Unsuitable (see below) for the Program.

iv. During Transition, the original Au Pair may remain in residence with Host Family for several weeks or be removed, if reasonably feasible, into temporary housing arranged by the Local Coordinator and authorized and approved by InterExchange. The Au Pair may continue to fulfill child care responsibilities if requested by Host Family to perform these services so long as the Au Pair receives the appropriate Weekly Stipend and follows Program requirements and regulations until a new Rematch Au Pair replaces the original Au Pair. InterExchange shall make best efforts to Transition the Au Pair from Host Family as quickly as is reasonably possible. Host Family understands and agrees that InterExchange

PLAINTIFFS' RESP. APP.0004170

Family as quickly as is reasonably possible. Host Family understands and agrees that InterExchange cannot provide exact timelines regarding the Transition process. Host Family understands and agrees that at no time should the Au Pair be asked to leave without InterExchange having secured accommodations for the Au Pair.

b. Upon entering Transition, Host Family understands and agrees that its future participation in the Au Pair USA Program shall occur as follows:

   i. **Transition- Rematch**

      1. InterExchange will make reasonable attempts to locate another Au Pair for the Host Family.

      2. Subject to the requirements of the interview, the Host Family shall carefully choose an Au Pair from the Au Pair candidate(s) presented.

      3. If a Rematch occurs, Host Family agrees that the Program length shall be adjusted to match the new Au Pair's Program length (e.g., if a new Au Pair has 5 months left within the Program, and the prior Au Pair had 9 months left, then, the contract length for the Host Family would be adjusted to require 5 months, or, if an Au Pair has 11 months left in the Program, and the prior Au Pair had 7 months, then the total time left on the contract for the new Au Pair would require 11 months).

      4. If a Rematch takes place, InterExchange and the Local Coordinator organize the travel details by working with the Host Family and the new Au Pair. Subject to the terms and conditions set forth in the Fees & Payment Section, the Host Family agrees to cover the cost of travel for the new Au Pair replacing the existing Au Pair. Subject to the Fees & Payments Section, Host Family agrees to drive the existing Au Pair to the airport and/or pay incidental cost to facilitate travel.

   ii. **Transition – Withdrawal.** Host Family, at its sole discretion, may elect to withdraw from InterExchange's Au Pair Program.

   iii. **Transition – Unsuitable.** InterExchange, at its sole discretion, may determine that the Host Family is unsuitable to remain in InterExchange's Au Pair Program.

c. **Additional Fees.** InterExchange policies regarding any additional fees and expenses for Transition are set forth under the Education, and, separately, the Fee and Payment clauses of this Agreement and in the incorporated applicable Fees, Discounts, Refunds & Stipends Schedule.

17. **Extension of Program**

   a. Host Family agrees that Au Pair(s) wishing to participate in the Extension Program must submit their application on or before the Au Pair USA's published deadline date as set forth on InterExchange's website:

   b. http://www.interexchange.org/au-pair-usa/jobs/extending-your-stay

   c. Host Family agrees that InterExchange does not guarantee that the Department of State will approve any extension request.

PLAINTIFFS' RESP. APP.0004171

d. If the Host Family is planning to travel outside of the U.S. during the Extension period, the Host Family understands that Au Pairs participating in the Extension Program will receive an updated DS-2019 form that reflects the updated Program dates. Although Au Pairs will have a valid DS-20 19 form, the J-1 visa in his/her passport may have expired during the first 12-months of stay in the U.S. InterExchange discourages Au Pair travel outside of the U.S. after the J-1 visa expires as Au Pair may not be allowed re-entry to the U.S.

e. Upon conditions of InterExchange receiving and approving a timely submission of the Extension application, InterExchange shall submit the application to the U.S Department of State for approval or denial on behalf of the Host Family, provided, however, that Host Family has paid all fees as required by InterExchange and the U.S. Department of State. After submission of a complete Extension application, the Extension Agreement shall be incorporated into this Agreement as an Attachment. Except as set forth in the Attachment, the general terms of this Master Agreement shall control regarding obligations of the Host Family during the Extension.

f. **Extension Fees**. InterExchange policies regarding any Extension Fees and expenses are set forth under the Education, and, separately, the Fee, Cost and Payments Sections of this Agreement, the Extension Agreement and in the incorporated Applicable Fees, Discounts, Refunds & Stipends Schedule.

## 18. Fees, Costs & Payments

a. **Fees**. Fees (e.g., Program Fees, which shall include the cost of Au Pair's Insurance, Prorated Weekly Fees, and Extension Fees) are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

b. **U.S Department of State Fees**. U.S. Department of State Fees (e.g. SEVIS Fees, Extension Application Fees), if any, are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. Host Family is responsible for paying all fees due to the U.S. Department of State. Host Family understands and agrees that U.S. Department of State fees are not a part of fees that Host Family owes to InterExchange and, therefore, are not refundable.

c. **Discounts**. Discounts are described in the Applicable Fees, Discounts, Refunds & Stipends Schedule. If on a payment plan, all Discounts are deducted from the Program Fee Balance after the Host Family pays the Application Fee, if applicable, and Program Fees in full.

d. **Refund.** The Refund Policy is described in the Applicable Fees, Discounts, Refunds & Stipends Schedule.

e. **Waiver.** Waivers, if any, shall be applied in compliance with the Waiver and Dispute Clauses of this Agreement

PLAINTIFFS' RESP. APP.0004172

f. **Additional Fees & Costs**. If an Au Pair must be removed from the Host Family's home due to, without limitations, unsuitable, unreasonable or exploitative circumstances, InterExchange shall be entitled to recoup any and all additional expenses, including, without limitation, Au Pair housing and transportation costs, collection and attorneys fees and the cost of any consequences arising from the Host Family that InterExchange incurs in removing the Au Pair.

g. **Credit Check**. Host Family agrees that InterExchange, at its sole discretion, may check Host Family's credit. The Host Family shall bare the cost of the credit check. Any subsequent agreement by a third party vendor authorized to perform a credit check on InterExchange's behalf shall be incorporated into this Agreement to the extent that said subsequent agreement does not conflict with this Agreement. In the case of a failure to pay or request for changes in payment by the Host Family that differ from the payment options available under this Agreement, Host Family understands that the credit check shall be automatic.

h. **Payment Plan Options**. Host Family agrees to pay by one of the three payment options offered by InterExchange:

   i. **Pay In Full.** Host Family may pay all fees and costs in full that are due under the following terms:

      1. The Original Program Fees owed by the Host Family are due upon the date of Matching with an Au Pair

      2. Extension Program Fees are due if an Extension is approved

      3. Rematching Program Fees (if any) are due upon the date of Rematching with a new Au Pair

   The due date of all fees shall be described in invoice(s) that Host Family shall receive either by mail correspondence, E-mail or the Host Family account in the Passport system.

   ii. **Split Payment Plan**.

      1. Host Family may elect to make the Down Payment as described under the Fee Schedule as follows:

         a. Due upon Matching Host Family with an Au Pair

         b. Due if an Extension is approved

         c. Due upon Rematching with a new Au Pair (if fees are applicable)

      2. Pay the Program Fee Balance upon arrival of the Au Pair into the United States, start of the Extension or arrival of the new Au Pair, which ever is applicable under the circumstances to the Host Family.

iii. **6-Month Payment Plan**. Host Family may elect to make the Down Payment as described under the Fee Schedule upon Matching with an Au Pair and pay the Program Fee Balance in 6 monthly installments upon the arrival of the Au Pair into the United States. The Host Family must pay the installments by Automatic Debit as defined below in this Agreement and in Exhibit B.

i. **Methods of Payment**. Host Family shall make payments to InterExchange through one of the following authorized methods of payment:

   i. Electronic debit entries through an online payment system linked to InterExchange's corporate website (including the Au Pair USA Passport) system. Host Family understands and agrees that additional terms may apply related to a third party vendor, and that, while InterExchange encourages the Host Family to understand what those terms are that InterExchange is not responsible for the agreements between Host Family and third parties.

   ii. ACH debits on a U.S. bank account under the terms set forth by InterExchange for the transaction in a separate agreement, which shall be incorporated into this Agreement. Host Family authorizes the financial institution (e.g., bank and/or credit company) ("Bank") named in the agreement to debit entries from the account.

   iii. By checks drawn on U.S. Bank accounts

   iv. Bank account or credit card provided by Host Family as described in payment forms retained by InterExchange. These payment forms include, without limitations, "to Accept Credit Cards by Phone", "Automatic Payment Request", "Fee Payment Information", "Extension or the Bank Account Information" forms. If an Accept Credit Cards by Phone form is used to process an immediate payment, InterExchange will send correspondence verifying that Host Family agreed to the payment. Subject to the terms of this Agreement for disputing payments within 15 business days, Host Family must dispute the credit card payment in writing under the Billing Dispute Process described in this Agreement. If Host Family fails to respond to the correspondence in writing, Host Family hereby agrees that the payment shall be considered binding and final.

j. **Payment by Third Parties**. Host Family understands that any third party making payments on behalf of the Host Family shall be subject to the applicable terms of this, including, without limitation any Cancellation and Refund Policies described in the applicable Fee Schedule.

k. **Additional Fees and Costs Due**. The amount due may change due to additional fees and/or costs incurred by Host Family under the terms and conditions of this Agreement. InterExchange shall provide written notice (e.g., via e-mail or the Passport system) to Host Family regarding additional fees and/or costs before electronically debiting Host Family's bank or credit card account.

l. **Invoices**. InterExchange shall provide Host Family with an Invoice of all fees and expenses to be covered under

PLAINTIFFS' RESP. APP.0004174

l. Invoices. InterExchange shall provide Host Family with an invoice of all fees and expenses to be covered under the Program. From time to time, invoices may be adjusted to reflect changes in balances due to, without limitation, the Host Family going into Transition, payments made by the Host Family and the resolution of any disputes about Program Fees. If invoices are adjusted for any reason, the authorization to automatically debit the bank or credit card account shall be automatically amended to authorize the debit of an amount equal to the new total amount due. Host Family shall be sent a Statement for any changes in Host Family's balance via mail, electronic correspondence or through Passport, InterExchange's online platform found at InterExchange's website. Host Family shall be invoiced separately for Extension Fees only after InterExchange and the U.S. Department of State have approved the Extension.

m. **Due Dates**. Host Family Invoice Due Date is listed in the Invoice. Any amount left unpaid after the Due Date shall constitute an overdue payment. Host Family Statement Due Dates are listed in each Statement according to itemized adjustments for fees and expenses paid, new fees and expenses with a new due date, and any prior overdue fees and expenses. Any fees and expenses left unpaid after their Statement Due Dates shall constitute payments that are overdue.

n. **Insufficient Funds & Bank Fees.** If InterExchange incurs any costs related to, including, without limitation, insufficient funds, debit decline(s) and/or bank fees that arise out of any payments that Host Family fails to pay to InterExchange, Host Family shall be invoiced the amount of the costs and the costs shall be added to the total amount owed to InterExchange.

o. **Overdue Amount.** Host Family understands that all payments made under this Agreement shall apply against any Overdue Amount first. Host Family understands that failure to pay InterExchange's Program invoices by the due date will result in the assessment of interest charges calculated at a rate of 8% per annum, compounded monthly, of the overdue balance. Additionally, InterExchange shall be entitled to reimbursement from the Host Family for all costs incurred in recovering the overdue balances, which may include, without limitation, collection fees of 25% of the overdue balance, attorney fees and/or court costs.

p. **Partial Amount Remaining.** If Host Family fails to pay in full all fees under the Payment Plan on or before said fees are due and/or any additionally incurred fees and/or costs on or before said fees and/or costs are due, Host Family shall be subject to the Failure to Pay clause of this Agreement.

q. **Failure to Pay**

  i. If Host Family fails to make payments as required under the terms and conditions of this Agreement, InterExchange shall have the right to end the Host Family's participation in the Program and terminate this Agreement at InterExchange's sole discretion without written notice. In compliance with the Survival Clause of the Agreement, Host Family shall remain responsible for all fees and/or costs due under this Agreement without regard to termination of the Agreement. At InterExchange's sole discretion, an Au Pair may remain in Host Family's home for an additional two weeks, provided, however, that Host Family shall pay all Weekly Stipends, fees and costs incurred by InterExchange and the Au Pair during the two weeks. Regardless of whether the Au Pair remains in the home of Host Family, the failure to pay fees and costs when due under this Agreement is a material breach. At InterExchange's sole discretion, any cost incurred in addressing Host Family's breach of this Agreement shall be recouped from the Host Family. Said recoupment shall be invoiced to the Host Family, and, the Host Family shall be required to pay the balance due within thirty (30) days or InterExchange may seek additional legal recourse.

  ii. **Cure**. Host Family shall have 7 business days to cure termination of this Agreement so long as the Au

PLAINTIFFS' RESP. APP.0004175

iii. Sale. Host Family shall have 7 business days to cure termination of this Agreement so long as the Au Pair has not been removed from the Host Family's home by paying all outstanding amounts due. In addition, any fees and costs incurred by InterExchange for failure to pay overdue amount shall be added to Host Family's total amount due and must be paid in full. At InterExchange's sole discretion, additional time may be added in the case of paying the additional amounts incurred by InterExchange due to the Host Family's failure to pay.

r. **Bankruptcy**. In the event that Host Family files petition for bankruptcy or otherwise InterExchange finds evidence that Host Family is insolvent, this Agreement shall automatically terminate. InterExchange shall remove the Au Pair from the Host Family as quickly as is reasonably possible. To the extent allowed by law, InterExchange shall seek to recover any costs or damages from Host Family that arise from Host Family's bankruptcy. To the extent that obligations incurred in either this Agreement or the agreement between Host Family and Au Pair are non-dischargeable, this amount is due immediately, and Host Family shall pay in full. To the extent that State Department regulations supersede bankruptcy law, the amount is immediately due in full.

s. **Billing & Payment Disputes**

i. If Host Family wishes to dispute an invoice, any amount due under this Agreement, or an Accept Credit Cards by Phone form, Host Family must contact InterExchange in writing within 15 days after receiving the invoice, the written statement in which the disputed balance first appears, or the correspondence regarding paying by an Accept Credit Cards by Phone form. The written documentation must describe in detail the basis of the dispute. Host Family must provide supporting documentation. If Host Family fails to dispute the invoice, the amount due under this Agreement, or the Accept Credit Cards by Phone form within the 15-day period, the invoice, the amount due under this Agreement, or the Accept Credit Cards by Phone form shall be considered binding under this Agreement.

ii. If a Host Family disputes an amount owed and/or due with written notice and documentation corroborating Host Family's assertion within the 15-day period allotted, InterExchange will conduct an investigation about the validity of the dispute. If invoice amounts change for any reason, invoices shall be automatically amended to authorize InterExchange the right to the debit an amount equal to the new total amount due. If InterExchange finds no basis for the dispute, the disputed amount shall be binding on the Host Family. By signing this Agreement, Host Family agrees to the terms of this billing dispute process.

iii. Host Family understands and agrees that because Host Family has a duty to screen Au Pair(s) under the Interview section of the Agreement and that InterExchange does not guarantee suitability of Au Pair(s), Host Family cannot use suitability as a basis for disputing fees.

19. **Release, Intellectual Property & Disrepute.**

a. **Release**

i. Host Family gives permission to InterExchange to (i) take and retain any photographs, videos, audio recordings and other depictions of Host Family (collectively, the "Reproductions") during activities associated with InterExchange; (ii) retain any Reproductions that Host Family submits to InterExchange, or that Host Family posts on any InterExchange-branded or InterExchange-affiliated media site, social networking site or video upload site or "channel" or blog, including, without limitation, Facebook, Linked-In, YouTube, Twitter, or any other electronic site; and (iii) publish, distribute and display, either in whole or in part, any Reproductions in any and all media throughout the world, including, without limitation, media sites, social networking sites, video upload sites or "channels," blogs, electronic postings, calendars, brochures, advertisements and other promotional materials.

ii. Host Family hereby waives compensation and any right to inspect or approve any such uses and Reproductions. Host Family shall not submit any Reproduction unless Host Family first obtained permission from each person whose name, image, voice, or likeness is included in the Reproduction, and each such person has granted Host Family and InterExchange all copyright and other intellectual property rights, including renewal rights, necessary to use the Reproduction and his or her name, image, voice and likeness in it. Host Family hereby releases, discharges and agrees to hold InterExchange harmless from any liability arising out of InterExchange's use of the Reproductions, including any blurring, distortion, alteration, optical illusion or use in composite form with other works. Host Family hereby assigns all copyright and other intellectual property rights, including renewal rights, to InterExchange, in any materials produced that are the subject of this Release.

b. **Intellectual Property.** If Host Family desires to use InterExchange Intellectual Property for any reason, Host Family shall contact InterExchange's Marketing Department to request permission. Host Family shall not use InterExchange's Intellectual Property without having obtained prior written permission. InterExchange Intellectual Property shall mean, without limitation, InterExchange copyrights, trademarks and trade secrets, patents, online content appearing on InterExchange's website, Facebook and other Social Media content and marketing tools, marketing material and the application and other materials that I submitted to InterExchange.

c. **Reputation.** Host Family shall not communicate in any manner with third parties that will disparage or attack the reputation or image of InterExchange to the public without first seeking to resolve the issue by contacting authorized representatives of InterExchange. For the purpose of this paragraph, the mediums covered include, but are not limited to, social media and any medium use in communicating with third parties. Host Family shall under no circumstances communicate disputes over invoices to InterExchange as per resolving disputes under the terms and conditions of this Agreement. If Host Family wishes to resolve invoice issues, Host Family must use the Dispute procedure under this Agreement.

20. **Privacy & Background Check**

a. **Privacy**.

i. **InterExchange Privacy Policy.** By signing below, Host Family accepts and agrees to be bound by InterExchange's Privacy Policy pursuant to InterExchange's Terms of Use located at www.InterExchange.org/terms-use, its Privacy Policy located at www.InterExchange.org/privacy-policy, Host Family Application and the terms and conditions set forth in this Agreement. Host Family agrees that Host Family has read each of these documents, which (if applicable) are incorporated herein by this reference, as they form a legal agreement between InterExchange and Host Family regarding the

reference, as they form a legal agreement between InterExchange and Host Family regarding the
Privacy Policy of the Program. Host Family understands that in the event of any conflict between the
Application, this Agreement and those of the Terms of Use and Privacy Policy, the Host Family agrees
that the Terms of Use and Privacy Policy shall supersede with regard to the Privacy Policy.

ii.  **Host Family duty to provide privacy**. Host Family understands and agrees that Host Family must
protect the privacy of the Au Pair. In addition, Host Family agrees to protect the privacy of any party in a
relationship with InterExchange and/or Au Pair USA, including, without limitation, InterExchange staff
and Local Coordinators. If Host Family has questions about this clause, InterExchange recommends that
Host Family contact an authorized InterExchange manager for guidance.

b.  **Background Check**. If Host Family requests additional screening of Au Pair at the Host Family's own expense.
Host Family understands and agrees that Host Family must conduct such investigation pursuant to the laws of
the U.S. and state and local laws in which the Host Family resides.

21.  **Additional Agreement Terms**

a.  <u>**Entire Agreement**</u>. Host agrees that the terms and conditions set forth herein, on the InterExchange website
and in the InterExchange Au Pair USA brochure and Host Family Handbook shall constitute part of this
Agreement with InterExchange. If a term is found to conflict among the documents, this Agreement is controlling,
provided, however, that the definition of the term is not required by law or U.S. Department of State regulations.

b.  **Documents Incorporated into Agreement.** I understand and agree that 22 CFR Part 62, the Wilberforce
Brochure (see below, "Dispute Process"), the Extension Agreement (if applicable and as described in the
Agreement), the Au Pair Handbook, and the Department of State publication "The Au Pair Exchange Program"
from InterExchange are incorporated into this Agreement. With regard to the use of InterExchange's website
located at www.InterExchange.org ("Site"), I understand and agree that I must follow terms and conditions of
www.InterExchange.org/terms-use and www.InterExchange.org/privacy-policy, which are incorporated into this
Agreement for the purpose of Privacy Policy and site use only rather than for the general terms and conditions
of the Program. Unless required by law or regulation e.g., required 22 CFR Part 62, Wilberforce, the Department
of State or federal, state or foreign law) or involving InterExchange's Privacy Policy, if there is a conflict between
this Agreement and other documents incorporated into this Agreement, the Agreement shall be controlling.

c.  <u>**Assignment.**</u> This Agreement is restricted solely to Host Family and shall not be assigned, transferred,
encumbered, or subject to any third party agreement without the written consent of InterExchange. Any
attempted assignment will be void and of no effect. InterExchange may assign this Agreement to a successor
(whether by merger, a sale of all or a significant portion of its assets, a sale of a controlling interest of its capital
stock, or otherwise) which agrees in writing to assume InterExchange's obligations under this Agreement.

d.  **Third Parties and Third Party Beneficiaries**. Except as expressly stated under this Agreement (e.g., liability
concerning motor vehicles set forth under this Agreement), Host Family agrees that the terms and conditions of
this Agreement, expressed or implied, exist only for the benefit of the parties to this Agreement. No other person
or entity will be deemed to be a third party beneficiary of this Agreement.

PLAINTIFFS' RESP. APP.0004178

e. **Waiver.** Host Family agrees that InterExchange's failure to enforce any provision of this Agreement shall not be construed as a waiver or limitation of InterExchange's right to subsequently enforce and compel strict compliance with each and every provision of this Agreement.

f. **Void Provision**. Host Family agrees that if any provision of this Agreement is held to be void or contrary to law, such provision shall be construed as nearly as possible to reflect the intention of the parties, with the other provisions remaining in full force and effect.

g. **Headings**. All headings are for purposes of convenience only and are not to be used in interpretation or enforcement of this Agreement.  Terms defined in the singular have the same meaning in the plural and vice versa.

h. **Change of Sponsor**. Host Family understands and agrees that InterExchange is not required to facilitate a request to change sponsors during the Program. Host Family understands and agrees that if this Agreement is terminated or otherwise the Host Family or Au Pair ends the Program, that the Au Pair must return to Au Pair's home country rather than stay in the U.S. Host Family agrees that Host Family shall owe InterExchange for any costs and/or expenses incurred by InterExchange due to a change of sponsor.

22. **Laws, Regulations & Culture.**

a. **U.S. State Department Regulations**. Host Family acknowledges and agrees that Host Family is participating in a Cultural Exchange Program and agrees to comply with all of the regulations published by United States Department of State under 22 CFR Sec. 62, which may be amended from time to time in the future.

b. **Federal, state and local laws.** Host Family must comply with federal, state and local laws of the U.S., including income tax filing requirements (see below), licensing for use of motor vehicles (and other motor vehicle requires described in this Agreement) and laws regarding alcohol and drug use (see below for further details). Host Family takes full responsibility in the event that laws, regulations or customs are broken and for obtaining actual knowledge of these laws, regulations or customs as they pertain to the Au Pair.

c. **Taxes**. Host Family is hereby given notice that an Au Pair may be considered, under most circumstances, a non-resident alien who is not subject to Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Under rare circumstances involving Participants who previously entered the U.S. under a J Visa program or as a student under the F Visa, Host Family is given notice that an Au Pair may be considered a resident immigrant for tax purposes and subject to paying Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Host Family understands it is Host Family's responsibility to contact a tax professional to determine the extent (if any) of any payroll taxes. For more information, InterExchange recommends that Host Family should visit the IRS website and search for "Au Pair." Under all circumstances, Host Family understands that an Au Pair is subject to paying federal, state (if applicable) and local (if applicable) income taxes on an Au Pair's Stipend. This information is provided for notice purposes only, "as is" and is subject to change.

PLAINTIFFS' RESP. APP.0004179

d. **Drugs and Alcohol**. In the case of interacting with Au Pairs, Host Family understands that drug and alcohol laws of the U.S. must be adhered to by Host Family even in the case of over the counter drugs and herbal remedies. Host Family agrees to investigate and follow all U.S. federal, state and local laws regarding drugs and alcohol.

23. **Warranties, Guarantees, Liabilities, Acts of God & Indemnification**.

   i. **No Guarantee of Match or Participation**. Host Family agrees that InterExchange neither guarantees a Match (or Rematch) nor participation in the Program.

   j. **No Guarantee of Satisfaction or Suitability**. Host Family agrees that InterExchange neither guarantees satisfaction, compatibility nor suitability with the Program or the Au Pair.

   k. **Information Provided "As Is" Without Warranty or Guarantees**. Host Family agrees that any information (e.g., tax and labor law requirements and emergency information and plans) communicated by InterExchange to Host Family is provided "as is" without warranties or guarantees either expressed or implied that information is "up to date", correct and/or accurate.

   l. **Host Family General Liability**. Host Family acknowledges that InterExchange is primarily a cultural exchange organization rather than a domestic services business and waives and releases InterExchange from any and all claims for contract damages such as, for example, cost of providing alternate child care arrangements if InterExchange is unable, for any reason, after reasonable efforts, to place an Au Pair with a Host Family or to obtain a replacement Au Pair if one should be needed. In addition, Host Family waives and releases InterExchange from any and all claims for, torts arising out of or concerning Au Pair's employment with the Host Family and any liability that Host Family incurs that arise out of or concerning Host Family's participation in the Program, including, without limitation, any lost, stolen or damaged property and/or any bodily injuries that harms a third party or Host Family.

   m. **Limitation of Liability**. If a court, government agency or legal authority finds that InterExchange has a duty under foreign or U.S. federal, state or local law, Host Family understands and agrees that InterExchange's liability (if any) shall be no greater than its role as a nonprofit Sponsor under the U.S Department of State regulations. Host Family agrees that nothing herein described in this paragraph or in the Agreement creates a duty or obligation under the law, and that the language written herein is provided solely for the purpose of limiting liability to InterExchange's role as the Sponsor. Host Family further agrees that InterExchange's liability is subject to the limitations set forth in separate paragraphs described in this Agreement.

   n. **Change of Sponsorship Costs**. In compliance with Change of Sponsor, I agree that I shall owe InterExchange for any costs and expenses that arise from a change of sponsor.

   o. **Specific Liability**.

      i. **Au Pair's Use of Auto**. In case of damage to the car during non-working hours the Au Pair will be liable for one half the damages up to $500.00 per accident.

PLAINTIFFS' RESP. APP.0004180

ii. **InterExchange Not Liable**. Host Family agrees not to hold InterExchange liable for any damage or loss resulting from the Au Pair's use of the vehicle. If Au Pair has an accident while driving Host Family's motor vehicle that Au Pair is driving during Au Pair work hours, the Host Family agrees that the Au Pair will not be liable for any cost concerning the repair of the motor vehicle. If Au Pair has an accident driving the Host Family's motor vehicle outside of the Au Pair's hours, the Host Family agrees that Au Pair will solely be responsible for a total amount of $500.00 for all damages. Host Family agrees that the $500 shall only be payable upon Host Family presenting proof of repair that shall include receipt and photos of the repaired vehicle.

iii. **Au Pair Personal Bills**. Host Family agrees that InterExchange shall not be liable for any personal bills incurred by the Au Pair while residing with my/our family. Host Family understands that the Au Pair will be responsible directly to the family for all personal debts including but not limited to phone calls, use of the Host Family gym memberships. Regarding telephone or cellular telephone use, Host Family is required to outline cost upfront to the Au Pair and to caution the Au Pair about, including, without limitation, hidden fees, incremental fees and taxes associated with use.

iv. **Specific Liabilities.** Host Family agrees that Host Family is responsible, and that Host Family shall hold InterExchange as not liable or responsible for any claims, liability, damages or costs incurred by reason of any breach, act, error, negligence or omission that arises out of or concerns, without limitation, the following:

a. **Au Pair Performance**. Host Family agrees that InterExchange shall not be liable for and does not guarantee acceptable performance by the Au Pair. Host agrees that the Au Pair is not an employee, servant or agent of InterExchange or any Local Coordinator, and that InterExchange and/or any Local Coordinator do not exercise dominion and control over the actions of the Au Pair. InterExchange and any Local Coordinator are not responsible for any act or omission on the part of the Au Pair.

b. **Child Care Services**. Host Family understands that InterExchange does not guarantee continuous child care coverage in any circumstances, including but not limited to circumstances in which the Au Pair becomes ill or disabled by any circumstance or is otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange is not responsible for the costs of supplemental, replacement, or interim child care. In addition, InterExchange is not responsible for delays in the Au Pair's arrival such as visa rejections, visa delays, flight delays, or situations otherwise beyond the direct control of InterExchange**.**

c. Decisions and actions carried out by the Au Pair

d. Emergency plans set forth by the Host Family for the Au Pair

PLAINTIFFS' RESP. APP.0004181

    e.  Insurance (including car insurance for vehicles) or medical, dental and health care needs that an
Au Pair may have during the Program

    f.  Alternative flights to and from the U.S. and any delays that results from transportation

    g.  Host Family failure to meet immigration status requirements while in Program (e.g., travel outside
of U.S. with expired J-1 Visa)

    h.  Host Family failure to follow emergency, safety and problem rules suggested or required by
InterExchange, the Host Family or local authorities

    i.  Host Family disclosure of Au Pair information and/or documents to unauthorized parties (e.g., tax
payer id number or passport)

    j.  Host Family failure to apply for and obtain necessary documentation and information (if any) as
described in this Agreement

    k.  Host Family failure to pay the Stipend owed to Au Pair (e.g., problems with state labor
departments)

    l.  Host Family breaching any other term of this Agreement

    m.  Host Family violations of U.S. federal, state and local laws, regulations and customs

p.  **Act of God**. Host Family agrees that InterExchange and/or its officers, employees and agents are neither
responsible nor liable for any events beyond their control, including without limitation Acts of God or
Government restrictions that may interfere with or preclude operation of the InterExchange Program; nor, in the
absence of their own gross or willful negligence are InterExchange, its officers, employees, agents and/or any
Local Coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or
omissions by an Au Pair placed in my/our household.

q.  **Assumption of Risk**. Although InterExchange will make best efforts to screen and train all Au Pairs, Host Family
understands that child care, especially for infants under the age of two (2) years old, is an inherently risky

business. Host Family therefore agrees to assume the risks involved in the child care provided by Au Pair, and hereby irrevocably, unconditionally, and fully waives, releases and forever discharges InterExchange, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense that the Host Family incurs. If a Host Family seeks to Rematch/Transition with a new Au Pair or withdraw from the Au Pair USA Program, the Host Family assumes the risk for any continued use of the existing Au Pair's child care services.

r. **Indemnification**. To the fullest extent permitted by applicable law, the Host Family agrees to defend, at Host Family's expense and with counsel acceptable to InterExchange, indemnify, and save and hold harmless InterExchange and all of its officers, directors, shareholders, employees, agents, successors, and assigns, from and against any and all claims, suits, losses causes of action, damages, liabilities, and expenses of any kind whatsoever arising out of the performance or non-performance of Au Pair employment and period of time living with Host Family, including without limitation, all expenses of litigation and/or arbitration, court costs, and attorneys' fees, arising on account of or in connection with injuries to or the death of any person whomsoever, and all damages to property, regardless of possession or ownership, which injuries, death or damages arise from, or are in any manner connected with Au Pair employment performed for Host Family or Au Pair period of time living with Host Family, or are caused in whole or part by reason of the acts or omissions or presence of the person or property of the Host Family or any of its employees, agents, representatives, suppliers, including without limitation injuries, death, or damages to property which arise from or in connection with, or are caused by, any act, error, omission or negligence.

24. **General Dispute Process**

a. In the event that Host Family wishes to lodge a complaint about any services provided by InterExchange, its suppliers, agents, representatives, independent contractors, vendors and/or affiliates (e.g., Insurance vendor, Au Pair, Local Coordinators, International Cooperator or anyone in a relationship with InterExchange), Host Family must first notify both the Local Coordinator and/or an authorized InterExchange manager in writing in order to give InterExchange the chance to rectify the problem.

b. I understand and agree this Agreement is governed by laws of the state of New York.

c. **Arbitration**. I agree that any controversy, dispute or claim arising out of or in connection with this Agreement, the relationship of the parties, or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association. Any dispute resolution proceedings, whether in arbitration or court, will be conducted on an individual basis and not in a class or representative action or as a named or unnamed member in a class, consolidated, representative or private attorney general legal action, unless both the Host Family and InterExchange, with which Host Family specifically has a dispute, agree to do so in writing following initiation of the arbitration.

d. **Cost of Arbitration**. In the event of arbitration as described in 17(d), I understand and agree that the non-prevailing party must reimburse the prevailing party for all reasonable attorneys' fees and costs resulting therefrom.

e. **Cost of Litigation**. In the event that a court or legal authority fails to enforce the arbitration clause set forth in 17(d), I understand and agree that the non-prevailing party shall reimburse the prevailing party for all reasonable attorneys' fees and costs resulting from the cost of the litigation, including, but not limited to any trial and/or appeals.

PLAINTIFFS' RESP. APP.0004183

25. **Terms, Termination and Survivorship**.

    a. **Effective Date**. Host Family agrees that this Agreement shall be effective as of the date of Host Family submitting an application to InterExchange for the purpose of participating in the InterExchange Au Pair USA Program.

    b. **Automatic Termination**. Host Family agrees that this Agreement shall automatically terminate at the end of the Au Pair USA Program for standard 12-month Programs, in-country placements, rematches or Extension Programs, whichever is latest in time. Host Family understands and agrees that the Agreement may automatically terminate once the Program with InterExchange ends, or earlier subject to the terms and conditions of termination of the Agreement, whichever occurs first.

    c. **Termination**.

        i. **InterExchange**. This Agreement may be terminated by InterExchange at any time.

        ii. **Host Family**. Provided that Host Family meets Host Family obligations under this Agreement, Host Family may terminate this Agreement by withdrawing from the Program, provided, however that Host Family provides InterExchange with 2-weeks notice prior to termination.

        iii. **Consequences of Termination Agreement**. Host Family understands and agrees that termination of this Agreement shall include removal of the Au Pair from the Host Family's home.

        iv. **Consequences of Withdrawal from the Program or Removal of Au Pair.** This Agreement shall terminate upon receipt of a request for withdrawal from the Program by the Host Family as approved by InterExchange in writing or removal of an Au Pair because InterExchange determines that the Host Family is unsuitable.

    d. **Survivorship**. Host Family agrees that any terms and conditions regarding definitions, liability, fees, privacy, releases, intellectual property, Social Media, reputation, confidentiality and expenses/costs shall survive the termination of this Agreement.

26. **Full Disclosure**. Host Family warrants and guarantees that Host Family's responses in the Host Family Application and all information provided to InterExchange from Host Family are true, complete and fully disclosed. Host Family further warrants and guarantees that the information provided is sufficient for InterExchange to determine Host Family's suitability for the Au Pair USA Program. Host Family understands and agrees that Host Family is under a continuing duty to provide true and complete information to InterExchange throughout the duration of the Program. A failure to provide true, complete and full disclosure under this Agreement shall represent a material breach, and, is grounds, at InterExchange discretion for termination of the Agreement.

27. **Signature**.

PLAINTIFFS' RESP. APP.0004184

a. **Authorization Signatures**. Each Host Family member legally responsible for the care of Host Family's children and/or responsible for payment under the terms of this Agreement must authorize the terms and conditions of this Agreement. The parties signing below for the Host Family hereby certify that each is authorized to sign on behalf of the Host Family.

b. **Valid Signature**. This Agreement must be signed by electronic signature under the procedures set forth in InterExchange's online Passport system.

PLAINTIFFS' RESP. APP.0004185

**Exhibit A**

**FEES, DISCOUNTS, REFUNDS & STIPENDS SCHEDULE**

**PAYMENTS MADE BY HOST FAMILY SHALL BE APPLIED TO OVERDUE AMOUNTS FIRST.**

This fee schedule will be in effect for all applications received electronically by InterExchange after 3:00 pm EST December 31, 2012 until 11:59 EST on December 31, 2013 until 11:59 EST.  Applications received before or after these days and times will be billed according to the 2012 and 2014 fee schedules, whichever is in effect at the time the application is received.

**Standard Program Fee**

| Fee Type | Amount |
|---|---|
| **Application Fee** (due upon submission of Application) | $350 (non-refundable) |
| **Program Fee Deposit** (due upon Match) | $2500 |
| **Program Fee Balance** (due upon Au Pair arrival) | $4990 |

**Prorated Weekly Fee**

**(If applicable)**

| Fee Type | Amount |
|---|---|
| **Prorated Weekly Fee:**<br><br>Calculated based upon the Standard Program Fee divided by 52 Work Weeks. | $144 |

PLAINTIFFS' RESP. APP.0004186

| | |
|---|---|
| Applicable to Transition or a Host Family Matched with an In-County Au Pair. | |
| Due upon the arrival of the Matched or Rematched Au Pair | |

## Cancellation and Change of Arrival Date Fees

### (If applicable)

| Fee Type | Amount |
|---|---|
| **Cancellation Fee:**<br><br>Host Families who cancel a Confirmed Match with an Au Pair prior to his/her arrival and subsequently withdraw from the Program will be charged a Cancellation Fee | $500 |
| **Change of Arrival Date Fees:**<br><br>Host Families who wish to change the arrival date of their au pair after the match has been Confirmed will be charged a Change of Arrival Fee. In addition, Host Family will have to pay any additional airline change/cancellation fees incurred and any difference in airfare above the original ticket that was issued.<br><br>InterExchange cannot guarantee that the change requested will be possible. | $350 |

PLAINTIFFS' RESP. APP.0004187



|  |  |
|---|---|
|  |  |

**Extension Fees**

**(If applicable)**

| Fee Type | Amount |
|---|---|
| **U.S. Department of State Extension Fee** (due upon submission of Extension Application)* | $367 (non-refundable) |
| **6-Month Extension** (due upon start of Extension Program) | $3310 |
| **9-Month Extension** (due upon start of Extension Program) | $4420 |
| **12-Month Extension** (due upon start of Extension Program) | $5390 |

**Extension Fee Policy**:

The U.S. Department of State Extension Fee is subject to change without notice by the U.S. Department of State. This fee is

PLAINTIFFS' RESP. APP.0004188

The U.S. Department of State Extension Fee is subject to change without notice by the U.S. Department of State. This fee is due with the submission of the Extension Application and is non-refundable regardless of approval or denial of InterExchange cannot guarantee the approval of all

**Standard Discounts**

| Discount Type | Amount |
|---|---|
| **Reapplying Host Family**.<br><br>Host Families are eligible for this discount on any contract that begins after completing 40 Work Weeks of Au Pair child care on previous agreements | $450 |
| **Multiple discount.**<br><br>Eligible Host Families must have twins or triplets (or more) at the time of applying | $200 |
| **Military discount**<br><br>Eligible Host Families must one or more parents working as an active member of the U.S. Military | $200 |

PLAINTIFFS' RESP. APP.0004189

| Prematch Discount | $300 |
|---|---|
| Eligible Host Families who are already pre-matched with an Au Pair who is not an active Au Pair USA Au Pair Applicant | |
| **Switching Discount** | $450 |
| Host Families are eligible for this discount upon submission of proof that they were a registered paying member another U.S. Dept. of State designated au pair sponsors' programs | |

**Standard Discounts Policy**:

Standard Discounts are based on a Host Family's completion of a Standard Program with InterExchange, or, if in Transition under a Standard Program, the completion of the time remaining under the Program of the Rematched Au Pair. Discounts amounts reflect participation in the Standard Program and will be pro-rated for shortened program lengths. If the Host Family does not complete the Standard Program, any discounts will be subtracted from any Refund that InterExchange owes to a Host Family.

**Refund Rates**

| Refund Type | Amount |
|---|---|
| **Standard Program** | $100 for each unused Work Week of child care |

PLAINTIFFS' RESP. APP.0004190

| Extension Program | $80 for each unused Work Week of child care |
| --- | --- |

**Refund Policy**:

Standard Discounts described above are forfeited upon the Host Family leaving the Standard Program early. For example, a Reapplying Host Family Discount would be subtracted from any Refund that InterExchange owes to a Host Family involving a Transition under a Standard Program.

**Au Pair Stipend**

| Stipend | Stipend Amount |
| --- | --- |
| **Weekly Stipend** (In accordance with the Agreement, "Weekly" herein refers to the 5½ days that Au Pair is expected to work for Host Family in compliance with the definition under the Agreement) | $195.75 |

**Au Pair Stipend Policy**:

The Au Pair Stipend is a Weekly amount payable for the time the au pair is working in your home providing child care. This amount is subject to change without notice by the U.S. Department of State.

| Program | Paid Vacation Days |
| --- | --- |
| **12-Month Standard Program** | 11 days (2 Weeks) paid vacation |
| **Transition** | After a Rematch, Au Pairs accrue paid vacation days at the rate of one day per full month worked. |

| | |
|---|---|
| **6-Month Extension** | 5.5 Paid Vacation Days |
| **9-Month Extension** | 7.5 Paid Vacation Days |
| **12-Month Extension** | 11 Paid Vacation Days |

**Vacation Stipend Policy**:

An Au Pair accrues one Paid Vacation Day per month employed by the Host Family. The first month of any Standard Program or Extension is excluded from calculating the number of Paid Vacation Days.

To calculate the per day pay rate for each Paid Vacation Day, the Host Family pro rates the Weekly Stipend to equal the amount that an Au Pair earns per day of the Weekly Stipend (i.e., $35.60 per day is obtained by dividing the Weekly Stipend by the 5½ days that constitutes the Work Week).

To calculate the total amount of Vacation pay owed to an Au Pair, a Host Family must multiply the per day rate for Paid Vacation Days by the total number of Paid Vacation Days that the Au Pair accrues. For example, if an Au Pair is entitled to 2 Work Weeks of paid vacation for a Standard Program, by the end of the Program the total number of Paid Vacation Days must equal 2 Work Weeks x 5.5 days/Work Week or 11 Paid Vacation Days. The 11 Paid Vacation Days is multiplied by the per day rate to obtain an amount that equals $391.60.

The Vacation Stipend is subject to change without notice by the U.S. Department of State.

## Education Stipend

| Program | Education Stipend |
|---|---|

PLAINTIFFS' RESP. APP.0004192

| 12-month Standard | **$500** |
|---|---|
| Transition | **Prorated**<br><br>A Host Family pays a pro rated amount based on the time that the Rematched Au Pair has remaining in the Program, which is calculated at $9.62 per Work Week (e.g., if a Rematched Au Pair has 27 Work Weeks left on the Program, the Host Family pays $259.74 in Education Stipend. |
| 6-Month Extension | **$250** |
| 9-Month Extension | **$500** |
| 12-Month Extension | **$500** |

**Exhibit B**

**Extension Agreement**

The following terms and conditions apply if and when an Au Pair's Cultural Exchange Program with a Host Family is extended under the terms and conditions described in the Extension Section of the Host Family Agreement. Host Family understands that neither the Host Family nor InterExchange shall be obligated to follow the Extension terms and conditions unless and until the Extension is approved (e.g., by both InterExchange and U.S. Department of State).

Now, therefore, the parties hereby agree as follows:

1. **Host Family Agreement.** Except for the additional terms and conditions set forth in this Extension, Host Family agrees to comply with the terms and conditions of the Host Family Agreement for the duration of the Extension.

2. **Extension.** Host Family agrees to all the terms and conditions of the InterExchange Au Pair USA Extension Program as mandated by the U.S. Department of State, other U.S. regulatory agencies, the Host Family Agreement and InterExchange.

3. **Extension Fees**: Host Family shall pay Extension Fees set forth under the Applicable Fees, Discounts, Refunds & Stipends Schedule, the SEVIS fee, and any remaining balance due from the Standard Program. For the most up to date Extension Fee Schedule, Host Family should either contact InterExchange directly or visit InterExchange's website before submitting documentation to InterExchange to seek InterExchange and State Department approval.

4. **Education.** Host Family shall give Au Pair adequate time to complete educational credits in compliance with U.S. Department of State regulations, the requirements of the Program and terms of the Host Family Agreement.

   a. Host Family understands and agrees to assist the Au Pair with meeting the following requirements:

      i. 3 semester hours for 6 month Extension

      ii. 6 semester hours for 9 and 12-month Extensions.

   b. Host Family shall provide transportation, if applicable, to and from the place of instruction and shall make tuition payment contribution for an Au Pair's tuition as follows:

      i. Up to $250 for six (6) month Extensions

      ii. Up to $500 for nine (9) and twelve (12) month Extensions.

   c. If a remaining balance is left from the Host Family required tuition payment contribution after the Au Pair completes the requisite semester hours, the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement. Host Family shall Au Pair shall take adequate time to attend courses at an accredited post secondary institution based on the following extensions**:**

5. **Paid Vacation**. The Host Family shall provide Paid Vacation Days in compliance with the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

6. **Refund**. The terms and conditions for refunds (if any) involving Extensions are set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

PLAINTIFFS' RESP. APP.0004194

7. **Approval.** Host Family understands that Extension requests are final and cannot be changed once submitted to the United States Department of State. Host Family understands that the extension is at the sole discretion of the United States Department of State. Host Family understands that InterExchange, Inc. cannot be held accountable for any delay or denial of the extension by the United States Department of State.

**Host Family Signature:** /s/Sunny Mays
**Time & Date:** 01/31/2014 1:45 PM (EST)
**IP Address:** 99.7.164.254

PLAINTIFFS' RESP. APP.0004195

Case 1:14-cv-03074-CMA-KMT   Document 948-59   Filed 03/17/18   USDC Colorado   Page 81 of 94

# Exhibit 377

PLAINTIFFS' RESP. APP.0004196



**USAuPair**

**Au Pair Code of Conduct**

USAuPair's au pair Code of Conduct incorporates USAuPair policies, U.S. federal and state laws and au pair visa regulations. You must agree to follow the Code of Conduct before final acceptance into the program. Failure to follow these rules may result in program termination and require your immediate departure from the U.S. at your expense. Please read the following carefully.

1. You agree to be diligent, responsible and involved in the care of your host family's children. You have a great responsibility and must keep children safe. Failure to attend to your host family's children results in immediate repatriation at your expense.

2. You agree to enroll in an accredited college, university or school of higher learning and complete a minimum of six credits or its equivalent. You agree to enroll in academic courses. Academic studies must relate to American culture (history, current events, economics, law, English as a second language or related courses).

3. You agree to meet with your local USAuPair counselor for orientations, monthly meetings and two cultural events.

4. You agree to abide by all U.S. federal, state and local laws. This includes, but is not limited to, any illegal *use* of drugs or alcohol or abuse of harmful controlled substances; any illegal *possession* of drugs, alcohol or controlled substances; or any event which results in your arrest. Such behavior will subject you to immediate repatriation at your expense.

5. You agree not to return to your home country during your vacation, or any other time during your program year unless you are traveling with your host family. American holidays are part of the cultural exchange program. All vacation and free time must be mutually agreed upon in advance with your host family. You may return home to obtain an extension visa or upon the death of an immediate family member.

6. You agree to be respectful, maintain a positive attitude and participate in your Host Family's life, joining in family meals, holidays, social events, recreational activities and family outings.

7. You agree to keep your room neat and clean, setting an example for the children in your care.

8. You agree to make a reasonable contribution to household chores, keeping common living areas neat and clean. Common living areas are bathroom, living room, kitchen, family room. Light housework related to the children is permitted.

9. Personal automobile use varies among host families and must be mutually agreed upon in advance. This includes, but is not limited to, mileage, replenishment of gasoline, frequency of use, passenger limitations and curfews. You agree to return the automobile in clean condition after each use.

10. Your free time may be spent any way you choose. You may spend this time with your host family or you may elect to socialize, rest or travel. However, you agree to conduct yourself in a manner that does not reflect poorly upon your host family or the the au pair program. While you are caring for the children, you agree to actively care for the children, and conduct yourself in a manner that reflects the behavior and values of your host family.

11. Your J1 visa does not allow you to work at any other part-time or full-time job. Working at another job results in program termination and immediate repatriation at your expense. You agree not to work at a part-time or full-time job.

12. You agree you will not ask your host family for permission to invite your family and friends to visit or stay with your host family.

13. You agree you will not smoke during your program year.

14. You understand you will repay your host family for additional expenses you incur during your program year. This includes, but is not limited to, expenses related to automobile usage, personal phone calls, any damage to or theft of host family personal items. Any unpaid debts may affect your program status and re-entry (future visits) to the U.S.

15. If you depart from your host family within the first 60 days of your arrival, you agree to reimburse (pay) your host family for the domestic travel fees and depart the U.S. immediately at your expense. Medical insurance is canceled.

16. You understand you must complete your 12-month program or extension program term (6, 9 or 12 months). If you do not complete your program year or extension term for any reason, you must depart the U.S. immediately at your own expense.

17. You agree not to borrow money from your host family.

18. You agree you will not hitch-hike or, if driving, pick up hitch-hikers. You agree not to engage in couch surfing.

20. You agree to abide by any curfews set by your host family. You agree to have at least seven hours rest each night preceding a work day.

21. You agree to obtain a U.S. state driver license within 60 days of arrival to your host family.

I understand and agree to follow the Au Pair Code of Conduct. I confirm the information in this application is true and accurate.

| | | | |
|---|---|---|---|
| **USAuPair Officer** | **Date** | **Au Pair Signature** | **Date (mmddyy)** |
| **Name of Signer (please print)** | | **Name of Signer (please print)** | |

PLAINTIFFS' RESP. APP.0004197

CONFIDENTIAL

USA 00467

# Exhibit 378

PLAINTIFFS' RESP. APP.0004198

EXHIBIT 7

# HOST FAMILY AGREEMENT

**USAuPair**
A Cultural Exchange Program

US Au Pair, Inc. ("USAuPair") and _____ (collectively, "Host Parents")
enter into this USAuPair Host Family Agreement, dated as of _____ ("Agreement"), and agree as follows:

1. Host Parents live at _____.
Host Parents are acting on behalf of all members of their household and family (Host Parents and all members of their household and family are collectively called "Host Family"). Host Family is applying to USAuPair for the USAuPair, cultural exchange program ("Program"). As a participant in the Program, Host Family must comply fully and timely with all of the (i) provisions in this Agreement, (ii) provisions in the Program's guidelines published by USAuPair, as amended from time to time in USAuPair's sole discretion ("Guidelines"), (iii) provisions in the Program's brochure published by USAuPair, as amended from time to time in USAuPair's sole discretion ("Brochure"), and (iv) regulations published by the USA Department of State in 22 CFR Part 62, as amended from time to time ("Regulations"). If Host Family violates any provision of this Agreement, the Orientation Guidelines, the Brochure, the Regulations, the Handbook (defined below), the Code of Conduct (defined below), or the Fee Schedule (defined below), then USAuPair may, in its sole discretion, immediately terminate this Agreement and as a result any and all refunds will be automatically and fully forfeited by Host Family. Host Family must live within a 1-hour's drive of a USAuPair counselor. If Host Family moves and if a USAuPair counselor is not within a 1 hour's drive of the new home, then (i) the au pair will be removed, (ii) Host Family is no longer eligible to participate in the Program, and (iii) Host Family may receive a refund under USAuPair's refund policy.

2. In exchange for Host Family's participation in the Program, USAuPair must provide au pair applicants for Host Family's consideration, and USAuPair must provide reasonable support with respect to issues relating to the Program. USAuPair will use reasonable efforts to screen au pair candidates; however, Host Family agrees that USAuPair cannot guarantee that an au pair offered to Host Family will be compatible with Host Family or free from behaviors or personal characteristics that Host Family might find objectionable. Host Family agrees that USAuPair's function is to locate and present Host Family with au pair candidates whom USAuPair believes are suitable, but that the final interviewing and selection of an au pair are Host Family's sole responsibility; consequently, Host Family must review au pair candidates carefully, interview them by telephone before selection, and make a careful selection that reflects the best choice and placement for the au pair and Host Family, and Host Family agrees that the chosen au pair may not meet Host Family's expectations. Because the Program's goal is to place au pairs in American homes so that the au pairs may learn about American culture, receive meals and lodging, and provide limited childcare, Host Family must encourage its au pair to take advantage of the educational, cultural, and natural opportunities of Host Family's community. Host Family agrees that au pairs are not professional childcare providers and that au pairs are cultural exchange participants with some childcare experience. Host Family must treat its au pair as a family member and must include its au pair in family activities. Host Family consents to having USAuPair make inquiries about Host Family to any third person or private or government entity and investigate Host Family's suitability to participate in the Program.

3. Host Family must meet with a USAuPair counselor for orientation, must maintain monthly contact with a USAuPair counselor, must follow USAuPair's grievance process, and must attend an annual host family event as required by the Regulations. Host Family must monitor the performance of its au pair and promptly notify USAuPair of any problems. A 60-day adjustment period following an au pair's arrival is required before any placement change may be considered. If a placement is unsatisfactory for Host Family or an au pair for any reason, then Host Family must follow USAuPair's grievance process described in the Host Family Handbook and Guide ("Handbook") and must remain in communication with both the au pair and USAuPair. If an accident or illness prevents an au pair from continuing au pair duties for an extended period of time, then the au pair's program may be terminated and the au pair sent home. If USAuPair learns that the au pair is subject to any exploitive condition in Host Family's home (e.g., any failure to provide stipend, free time, or educational benefits, or any physical or emotional abuse), or if Host Family breaches this Agreement, then USAuPair may in its sole discretion withdraw the au pair from the Host Family's home and Host Family will not be entitled to any replacement au pair or refund. Host Family agrees that all decisions regarding an au pair's status, dismissal, or replacement may be made by USAuPair in its sole discretion, and any decision by USAuPair is final and binding on Host Family.

4. Host Family must ensure that its au pair: (a) has a private room approved by a USAuPair counselor, and receives meals as a regular member of Host Family; (b) assists Host Family with childcare and day-to-day family duties, excluding general housekeeping or yard work, but the time required for the duties must not exceed 10 hours per day or 45 hours per week, pursuant to the Regulations; (c) receives a weekly stipend consistent with applicable law and paid weekly, but the stipend must not be reduced or withheld for any time lost by illness, and is given 1½ free continuous days per week plus 1 free weekend (Friday evening to Monday morning) per month, and has 2 calendar weeks of paid vacation, at mutually agreeable times; (d) is given time to attend courses for language study or cultural understanding at an accredited postsecondary institution for at least 6 credit hours or its equivalent during the Program year, and Host Family must facilitate transportation to and from the place of instruction and must pay up to $500 per year for related tuition; (e) is included as a member of the Host Family, is treated as a participant in a cultural exchange program, and is not considered or treated as domestic help; (f) does not provide care for a child under 3 months old, unless a responsible adult is present at all times, and is supervised by a responsible adult in the Host Family's home for 3 days following the au pair's arrival; and (g) attends at least 2 cultural events annually that are organized by a USAuPair counselor, and (h) obtains a local driver's license and is covered by a reasonably sufficient amount of auto insurance.

5. Host Family represents and warrants to USAuPair that: (i) Host Family has the power and authority to enter into this Agreement and to undertake and perform all of its duties and obligations; (ii) there is no contract or any other obligation that prevents Host Family from entering into this Agreement or from undertaking or performing all of its duties and obligations, (iii) this Agreement is Host Family's legally binding Agreement; (iv) all information provided on the Host Family Interview form is true and complete; (v) all Host Family members are citizens or legal permanent residents of the United States of America and are fluent in English; and (vi) Host Family must pay all fees to USAuPair as required by the Program.

6. USAuPair has published a code of minimum standards of conduct for au pairs participating in the Program ("Code of Conduct"), and each au pair is required to sign a Code of Conduct agreement. Host Family must support its au pair's compliance with the Code of Conduct and with all Regulations. The Code of Conduct may be amended from time to time in USAuPair's sole discretion. Host Family agrees that the au pair cannot switch to student status and must live with the Host Family. At Host Family's expense, Host Family must provide its au pair with transportation from Portland, OR to Host Family's home. Travel arrangements must be made before the au pair's departure for the U.S., with the itinerary sent to

PLAINTIFFS' RESP. APP.0004199

USA  00266

USAuPair. Travel must occur on the same day after completion of the au pair's mandatory introductory workshop, unless cancellations initiated by the transportation companies force an overnight stay, in which case Host Family must pay for all of the au pair's meals and lodging until travel begins. At the conclusion of the Program, the au pair will receive a return ticket to his or her home country from the major international airport nearest to Host Family's home, and Host Family must assist USAuPair at the conclusion of its au pair's Program year by providing and paying for transportation to the airport to help the au pair in leaving the United States. Host Family agrees that any stay by its au pair or by any other au pair beyond the specified Program dates is a breach of this Agreement and the Regulations and that notification of the breach will be sent to the appropriate government authorities.

7. USAuPair has published a fee schedule for the Program ("Fee Schedule"), and Host Family must pay to USAuPair all fees described in the Fee Schedule. The Fee Schedule may be amended from time to time in USAuPair's sole discretion, and Host Family agrees that all fees are subject to change. The fees include expenses relating to the au pair's recruiting and screening process, round trip international airfare, orientations, transportation to and from hotel, 3.5-day workshop, lodging and meals during workshop, medical insurance, placement and supervision by a local counselor, and administrative costs. Because many of those expenses are incurred before the au pair's arrival to the Host Family's home, Host Family must comply with the Fee Schedule and make timely payments. USAuPair's refund policy may be included in the Fee Schedule. USAuPair is not responsible for any personal bills (e.g., telephone bills, credit card charges, purchases, or debts) incurred while the au pair lives with Host Family. USAuPair cannot guarantee 51 weeks of uninterrupted child care and interim alternative care is at Host Family expense.

8. Host Family agrees that the Program is a cultural exchange program and is not a domestic services business, and that USAuPair is not responsible for any economic damage or loss relating to or arising from any loss or unavailability of the au pair's services. Host Family agrees that au pairs and USAuPair's counselors and recruiting agents are not USAuPair employees and that an au pair or a USAuPair counselor or recruiting agent cannot legally bind USAuPair in any manner. Host Family releases USAuPair and its owners, affiliates, agents, successors, and assigns from any and all claims, liabilities, obligations, and damages (including but not limited to attorneys' fees) arising from or relating to for any event: (i) beyond USAuPair's control, or (ii) caused by an au pair or counselor. Host Family must indemnify, defend, and hold harmless USAuPair and its owners, affiliates, agents, successors, and assigns (collectively, "Indemnified Party") from and against any and all liabilities, obligations, and damages caused by Host Family or relating to any unavailability of an au pair.

9. USAUPAIR MAKES NO EXPRESS OR IMPLIED REPRESENTATION OR WARRANTY REGARDING THE PROGRAM OR ANY AU PAIR. USAUPAIR AND HOST FAMILY ARE NOT LIABLE FOR ANY PUNITIVE, CONSEQUENTIAL, INDIRECT, INCIDENTAL, OR SIMILAR DAMAGES CLAIMED UNDER ANY STATUTE OR UNDER ANY LEGAL OR EQUITABLE THEORY. THE TOTAL LIABILITY OF USAUPAIR FOR ANY AND ALL CONTRACT, TORT (INCLUDING BUT NOT LIMITED TO NEGLIGENCE), STATUTORY, OR OTHER CLAIMS ARISING FROM OR RELATING TO THIS AGREEMENT, THE PROGRAM, OR ANY AU PAIR IS LIMITED TO $500. THE TOTAL LIABILITY OF HOST FAMILY FOR ANY AND ALL CONTRACT, TORT (INCLUDING BUT NOT LIMITED TO NEGLIGENCE), STATUTORY, OR OTHER CLAIMS ARISING FROM OR RELATING TO THIS AGREEMENT, THE PROGRAM, OR ANY AU PAIR IS LIMITED TO $500.

10. This Agreement, the Orientation Guidelines, Brochure, the Regulations, the Handbook, the Code of Conduct, and the Fee Schedule contain the complete, final, and exclusive integrated agreement between the parties. An amendment to this Agreement must be written and signed by USAuPair. This Agreement may be assigned by USAuPair, but it may not be assigned by you without the prior written consent of USAuPair, which may be withheld in its sole discretion. This Agreement is governed by, and must be construed and enforced in accordance with, the laws of the State of Oregon, excluding principles of conflict of law. The parties each consent to the jurisdiction of the courts of the State of Oregon and agree that the courts have personal jurisdiction over each party. Plural terms refer to all members of the relevant class, and singular terms refer to any one or more members of the relevant class. "Or" is not exclusive in its meaning. This Agreement may be signed in counterparts, and facsimile signatures are acceptable. No waiver of any breach of this Agreement is a waiver of any other breach. All rights and remedies are cumulative and nonexclusive. The termination of this Agreement does not terminate any duty or obligation that continues past the termination of this Agreement.

The parties execute this Agreement as of the date first written above.

| USAuPair, Inc. | | Host Parents: | |
| By:_____ | | | |
| | | Signature | Date |
| _____Officer_____ | | _____Print Name_____ | |
| _____Date_____ | | | |
| | | Signature | Date |
| | | Print Name | |

**Host Family/Au Pair Agreement**

By signing below in counterpart, the Host Family and the Au Pair agree that the Au Pair is participating in a <u>non-EduCare</u> program and shall not be obligated to provide more than 10 hours per day or more than 45 hours of child care assistance per week.

| X_____ | | X_____ | |
| Au Pair Signature | Date | Host Mother Signature | Date |
| | | X_____ | |
| | | Host Father Signature | Date |

PLAINTIFFS' RESP. APP.0004200     USAuPair     PO Box 2126     Lake Oswego, OR 97035

CONFIDENTIAL

USA 00267

Case 1:14-cv-03074-CMA-KMT   Document 948-59   Filed 03/17/18   USDC Colorado   Page 86
of 94

# Exhibit 379

PLAINTIFFS' RESP. APP.0004201




# Au Pair Exchange Program

Fostering daily cultural exchange in American homes for more than 25 years

## Key program elements:

- Au pairs experience **direct involvement in the daily life of the American people** by living with host families, caring for their children, and engaging in cultural activities outside the home.

- Au pairs **gain valuable career skills**, while American children are **inspired at a young age to become global citizens.**

- Au pairs complete an **educational requirement** (at least 6 hours of academic credit), and get involved in their host communities through **community service** and other activities.

- Participants are between 18 and 26 years old and stay with their host families for 12 months, with an option to extend for an additional 6, 9 or 12 months.

- Participants come on privately funded programs, **at no cost to the taxpayer.**

## Fostering peace by creating "international families"

The Au Pair Program provides participants with broad exposure to American culture and society, and fosters greater knowledge and appreciation among Americans of the participants' home countries. In accomplishing these goals, the program assists in the development of peaceful relations and strengthens cultural ties between the U.S. and other nations.

"Au pair" is the French term for "on par." Indeed, the connection between au pairs and their host families typically transcends terms like "visitor" or "guest." Rather, the au pair is "on par" with his or her hosts, becoming like a member of the American family. Host families share American culture with their au pairs, and au pairs in turn share their own traditions, customs, food, songs, and ways of life. Families help au pairs practice and improve their English, while au pairs are able to teach their native language to their hosts. Au pairs and host families often stay in touch after the completion of the program, and travel to visit one another, creating an international "second family" connection that lasts for years.

## Preparing Americans to succeed in a global economy—starting at a young age

American children are inspired by their au pairs to learn about other people, cultures, and countries. As a result of the international exposure their au pairs bring into their homes, these children develop aspirations to travel the world, learn new languages, and become global citizens. Fostering notions of international engagement, cultural learning, and language study at an early age helps prepare Americans to thrive in a globalized economy. Such preparation can make these individuals more successful in their future studies and careers, and ultimately help make the United States and its people more prosperous and secure.

## Creating leaders and partners for the future

Each au pair completes the program having developed new skills and qualities that will be valuable in a future career. Through a mandatory educational component, au pairs gain increased academic training and exposure to American students. They greatly improve their English language skills and gain American perspectives on responsibility, initiative, and problem solving. Au pairs acquire flexibility, patience, and compassion, and become global citizens. These skills and qualities—combined with their deepened understanding of American values and culture—make these young people, many of them from countries key to U.S. national security interests, strong partners for the U.S. as they move into careers in a variety of sectors.



www.alliance-exchange.org

CONFIDENTIAL

ALLI-020888



EXHIBIT 18
Heyn
1/25/18 56

PLAINTIFFS' RESP. APP.0004202

## Protecting the interests of au pairs and host families

The Alliance and its members support strong program regulations that protect the interests of au pairs, as well as their American host families. Au pair sponsor organizations are designated by the Department of State, which monitors regulatory compliance. These regulations require that:

- Au pair working hours are limited to 45 hours per week (no more than 10 hours in one day);

- Au pair household responsibilities are limited to those related to care of the children;

- Au pairs receive a weekly stipend from host families of $195.75, as mandated by the Department of State, in consultation with the Department of Labor and the IRS;

- In addition to the stipend, host families provide room, board, utility costs, and local transportation;

- Au pairs are granted 1.5 days off per week, at least 1 full weekend off each month, and 2 weeks of paid vacation per year;

- Au pairs receive up to $500 from their host families toward the completion of their educational requirement;

- Each host family has an assigned local program coordinator who lives within a one-hour drive;

- Local program coordinators contact each au pair within 48 hours of arrival at host family, and conduct an orientation with each host family and au pair within 14 days of an au pair's arrival;

- Local program coordinators maintain monthly personal contact with host families and host monthly check-in meetings for their au pairs;

- All au pair sponsor organizations must submit an annual independent audit to the Department of State, to ensure regulatory compliance.

www.alliance-exchange.org

CONFIDENTIAL

ALLI-020889

PLAINTIFFS' RESP. APP.0004203

# Exhibit 380

PLAINTIFFS' RESP. APP.0004204

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

## DECLARATION OF █████████

---

I, █████████, declare as follows:

1.    My name is █████████ and I am over the age of 18.

2.    I was an au pair for Cultural Care for two-and-a-half years from 2012 to 2014.

3.    When deciding whether to participate in the program, I met with Cultural Care representatives in ██████ who told me that the stipend was $195.75 a week for up to 45 hours of work, although they told me most au pairs didn't work 45 hours. They also told me that I would just be responsible for childcare. They also said that I would have a car for my use, that I would travel with the family and see different places, and that I would be able to take whatever classes I wanted. They made participating in the au pair program sound very dreamy.

4.    Upon my arrival in the United States, I was required to attend training in New York. I was not paid for this time.

5.    During my time as an au pair I worked for one host family and cared for 1 year old girl.

6.    The host mom had epilepsy and I was told that she could not be alone with the child. Because of that, I had to care for the host mother almost as much as I cared for the child. I drove her everywhere, helped her run errands, and did other tasks as needed. This was very hard for me as I was not a nurse and when I signed up for the program, I was told that I would only be caring for a child.

7.    My first year I was paid a weekly stipend of $195.75. I had no access to a

car.

8.     In my second year, my host family put the girl in school. However, the family said that I still had to work 45 hours and asked me to clean the house and do other chores to make up the time.

9.     In the second year, my host family raised my weekly salary by $20-$30 to compensate me for the extra duties. However, Cultural Care found out about the extra money and told the host family that it was not allowed to pay more than $195.75 a week. After that, and for the rest of my time as an au pair, my salary stayed at $195.75 per week, with my host family occasionally giving me $10 gift cards as a way of compensating me for the extra work.

10.    Cultural Care knew about the extra work, and the duties beyond childcare but did nothing to address either issue.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.

Dated: June _01_, 2017



2

PLAINTIFFS' RESP. APP.0004206

Case 1:14-cv-03074-CMA-KMT   Document 918-59   Filed 03/17/18   USDC Colorado   Page 92 of 94

# Exhibit 381

PLAINTIFFS' RESP. APP.0004207

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

## DECLARATION OF ███████████ 

---

I, ██████████ declare as follows:

1.     My name is ████████ and I am over the age of 18.

2.     I was an au pair for Cultural Care from 2007 to 2008 in ████████ and from 2013 to 2015 in █████.

3.     Before I met with Cultural Care representatives to discuss participation in the program, I saw posters in Germany that advertised the stipend as a set amount.

4.     During the orientation and recruitment meeting in ████████ I was told that the stipend was a set amount.

5.     Upon arrival in the United States in 2007, I attended training in New York. I was not paid for this time.

6.     When I participated in the au pair program in 2007, I was initially paid around $139 per week, which increased to $159 per week by the end of my time as an au pair in 2008.

7.     During this time, I was responsible for two sets of twins, one set that was 2 years old, and one set that was 3 months old.

8.     When I returned in 2013 to participate in the program a second time, I was paid $195.75 per week.

9.     Again, during the orientation and recruitment meeting in ████████ I was told that the stipend was a set amount.

10. Upon my return to the United States, I was required to again attend training in New York. I was not paid for this time.

11. I worked for two families during this period. From 2013 – 2014, I worked for a host family in ███████████. During this time, I cared for ███████████ ███████████

12. I worked for a second family from 2014 – 2015. The family was initially located in ██████ and then moved to ███████████ during my time with them. ███████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████

13. For the ███████████ family I worked an average of 50 hours per week and the family paid me $9/hour for every hour above 45 hours. If I worked fewer than 45 hours in a week, the family required me to make up the time. This was the case even when the reason I worked fewer hours was due to a holiday or because the family went on vacation without me.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.


Dated: June __/__, 2017