IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 942] AND TO CERTAIN EXHIBITS TO PLAINTIFFS' OPPOSITION [ECF NOS. 943 – 943-50]**
_____

The Court has reviewed Certain Defendants' Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [ECF No. 942] and to Certain Exhibits to Plaintiffs' Opposition [ECF Nos. 943 – 943-50] ("Motion") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The following documents shall retain Level 1 access:

**Agent Au Pair**

- Exhibit 413 (Attachment 47, ECF No. 943-47, PRA 4627-34)

**APEX and 20/20**

- Exhibit 406 (Attachments 46 and 47, ECF Nos. 943-46, 943-47, PRA 4499-559)

**APF**

- Exhibit 5 (Attachment 1, ECF No. 943-1, PRA 388)
- Exhibit 103 (Attachment 11, ECF No. 943-11, PRA 1001-02)
- Exhibit 104 (Attachment 11, ECF No. 943-11, PRA 1004-18)
- Exhibit 105 (Attachment 11, ECF No. 943-11, PRA 1020-24)
- Exhibit 106 (Attachment 11, ECF No. 943-11, PRA 1025-31)
- Exhibit 107 (Attachment 11, ECF No. 943-11, PRA 1033-75)
- Exhibit 109 (Attachment 11, ECF No. 943-11, PRA 1080-83)
- Exhibit 136 (Attachment 14, ECF No. 943-14, PRA 1374-77)
- Exhibit 229 (Attachment 17, ECF No. 943-17, PRA 1852)
- Exhibit 346 (Attachment 33, ECF No. 943-33, PRA 3385-99)
- Exhibit 347 (Attachments 34 and 35, ECF No. 943-33, 943-34, PRA 3400-3450)
- Exhibit 409 (Attachment 47, ECF No. 943-47, PRA 4577-80, 4582, 4584-87)
- Exhibit 446 (Attachment 48, ECF No. 943-48, PRA 5431, 5439-40, 54444, 5448-51, 5455-60, 5462-65, 5468-83)

**APIA**

- Exhibit 38 (Attachment 3, ECF No. 943-3, 548-49)
- Exhibit 40 (Attachment 3, ECF No. 943-3, PRA 568-569)
- Exhibit 41 (Attachment 3, ECF No. 943-3, PRA 571-72)
- Exhibit 64 (Attachment 4, ECF No. 943-4, PRA 659-61)
- Exhibit 55 (Attachment 4, ECF No. 943-4, PRA 625-27)
- Exhibit 73 (Attachment 4, ECF No. 943-4, PRA 703-705)
- Exhibit 78 (Attachment 4, ECF No. 943-4, PRA 717-19)
- Exhibit 85 (Attachment 4, ECF No. 943-4, PRA 764-65)
- Exhibit 86 (Attachment 4, ECF No. 943-4, PRA 766-69)
- Exhibit 87 (Attachment 4, ECF No. 943-4, PRA 769-73)
- Exhibit 88 (Attachment 4, ECF No. 943-4, PRA 774-76)
- Exhibit 89 (Attachment 4, ECF No. 943-4, PRA 777-78)
- Exhibits 90 and 91 (Attachment 5, ECF No. 943-5, PRA 779-83)
- Exhibit 92 (Attachment 5, ECF No. 943-5, PRA 784-87)
- Exhibit 93 (Attachment 5, ECF No. 943-5, PRA 788-90)
- Exhibit 212 (Attachment 17, ECF No. 943-17, PRA 1800-01)
- Exhibit 218 (Attachment 17, ECF No. 943-17, PRA 1818-21)
- Exhibit 249 (Attachment 18, ECF No. 943-18, PRA 2048-49)
- Exhibit 250 (Attachment 18, ECF No. 943-18, PRA 2051-52)
- Exhibit 251 (Attachment 18, ECF No. 943-18, PRA 2053-57)
- Exhibit 252 (Attachment 18, ECF No. 943-18, PRA 2058-67)
- Exhibit 259 (Attachment 20, ECF No. 943-20, PRA 2185-86)
- Exhibit 269 (Attachments 21 and 22, ECF Nos. 943-21, 943-22, PRA 2247-304)
- Exhibit 264 (Attachment 21, ECF No. 943-21, PRA 2206-08)

- Exhibit 265 (Attachment 21, ECF No. 943-21, PRA 2209-11)
- Exhibit 266 (Attachment 21, ECF No. 943-21, PRA 2212-40)
- Exhibit 267 (Attachment 21, ECF No. 943-21, PRA 2241-44)
- Exhibit 270 (Attachment 22, ECF No. 943-22, PRA 2272-304)
- Exhibit 341 (Attachment 33, ECF No. 943-33, PRA 3274-80)
- Exhibit 344 (Attachment 33, ECF No. 943-33, PRA 3287-375)
- Exhibit 383 (Attachment 46, ECF No. 943-46, PRA 4212-13)
- Exhibit 384 (Attachment 46, ECF No. 943-46, PRA 4214-24)
- Exhibit 385 (Attachment 46, ECF No. 943-46, PRA 4225-55)
- Exhibit 387 (Attachment 46, ECF No. 943-46, PRA 4285-98)
- Exhibit 388 (Attachment 46, ECF No. 943-46, PRA 4299-304)
- Exhibit 411 (Attachment 47, ECF No. 943-47, PRA 4595-612)
- Exhibit 447 (Attachment 48, ECF No. 943-48, PRA 5485-528)
- Exhibit 447 (Attachment 49, ECF No. 943-49, PRA 5529-80)
- Exhibit 460 (Attachment 49, ECF No. 943-49,  PRA 5968-69)
- Exhibit 461 (Attachment 49, ECF No. 943-49, PRA 5970-71)

**Au Pair International**

- Pacheco Declaration Para. 352
- Exhibits 115 through 119 (Attachment 11, ECF No. 943-11, PRA 1099-1176)
- Exhibit 351 (Attachment 34, ECF No. 943-34, PRA 3491-95)
- Exhibit 470 (Attachment 50, ECF No. 943-50, PRA 6144-74)

**Cultural Care**

- Exhibit 1 (Attachment 1, ECF No. 943-1, PRA 1-89)
- Exhibit 2 (Attachment 1, ECF No. 943-1, PRA 90-137)
- Exhibit 3 (Attachment 1, ECF No. 943-1, PRA 138-287)
- Exhibit 4 (Attachment 1, ECF No. 943-1, PRA 288-386)
- Exhibit 11 (Attachment 1, ECF No. 943-1, PRA 424-25)
- Exhibit 12 (Attachment 1, ECF No. 943-1, PRA 426-27)
- Exhibits 14, 15, and 16 (Attachment 1, ECF No. 943-1, PRA 430-43)
- Exhibit 17 (Attachment 1, ECF No. 943-1, PRA 444-48)
- Exhibit 18 (Attachment 1, ECF No. 943-1, PRA 449-51)
- Exhibit 19 (Attachment 1, ECF No. 943-1, PRA 452-53)
- Exhibit 39 (Attachment 3, ECF No. 943-3, PRA 558-67)
- Exhibit 47 (Attachment 3, ECF No. 943-3, PRA 589-98)
- Exhibit 48 (Attachment 3, ECF No. 943-3, PRA 599-606)
- Exhibit 51 (Attachment 4, ECF No. 943-4, PRA 613-16)
- Exhibit 54 (Attachment 4, ECF No. 943-4, PRA 622-24)
- Exhibit 55 (Attachment 4, ECF No. 943-4, PRA 625-27)
- Exhibits 57, 58, and 59 (Attachment 4, ECF No. 943-4, PRA 631-38)

- Exhibit 62 (Attachment 4, ECF No. 943-4, PRA 649-53)
- Exhibit 60 (Attachment 4, ECF No. 943-4, PRA 639-45)
- Exhibit 108 (Attachment 11, ECF No. 943-11, PRA 1076-78)
- Exhibit 120 (Attachment 12, ECF No. 943-12, PRA 1253-55)
- Exhibit 157 (Attachment 15, ECF No. 943-15, PRA 1543-45)
- Exhibit 208 (Attachment 17, ECF No. 943-17, PRA 1789-92)
- Exhibit 216 (Attachment 17, ECF No. 943-17, PRA 1813-15)
- Exhibit 217 (Attachment 17, ECF No. 943-17, PRA 1816-17)
- Exhibit 218 (Attachment 17, ECF No. 943-17, PRA 1818-21)
- Exhibit 247 (Attachment 18, ECF No. 943-18, PRA 1957-86)
- Exhibit 248 (Attachment 18, ECF No. 943-18, PRA 1987-2043)
- Exhibit 273 (Attachment 23, ECF No. 943-23, PRA 2320-22)
- Exhibit 275 (Attachment 23, ECF No. 943-23, PRA 2352-54)
- Exhibit 276 (Attachment 23, ECF No. 943-23, PRA 2355-56)
- Exhibit 282 (Attachments 26 and 27, ECF Nos. 943-26, 943-27, PRA 2456-94)
- Exhibit 283 (Attachment 27, ECF No. 943-27, PRA 2495-505)
- Exhibit 317 (Attachment 30, ECF No. 943-30, PRA 2856-58)
- Exhibit 353 (Attachment 34, ECF No. 943-34, PRA 3568-80)
- Exhibit 354 (Attachment 34, ECF No. 943-34, PRA 3581-90)
- Exhibit 358 (Attachment 38, ECF No. 943-38, PRA 3662-63)
- Exhibit 403 (Attachment 46, ECF No. 943-46, PRA 4415-86)
- Exhibit 417 (Attachment 47, ECF No. 943-17, PRA 4651-79)
- Exhibit 427 (Attachment 47, ECF No. 943-47, PRA 4742-47)
- Exhibit 429 (Attachment 47, ECF No. 943-47, PRA 4754-61)
- Exhibit 430 (Attachment 47, ECF No. 943-47, PRA 4762-67)
- Exhibit 432 (Attachment 47, ECF No. 943-47, PRA 4774-79)
- Exhibit 433 (Attachment 47, ECF No. 943-47, PRA 4780-85)
- Exhibit 436 (Attachment 47, ECF No. 943-47, PRA 4814-22)
- Exhibit 435 (Attachment 47, ECF No. 943-47, PRA 4808-13)
- Exhibit 441 (Attachment 48, ECF No. 943-48, PRA 5133-81)
- Exhibit 450 (Attachment 49, ECF No. 943-49, PRA 5701-66)
- Exhibit 452 (Attachment 49, ECF No. 943-49, PRA 5829-83)
- Exhibit 453 (Attachment 49, ECF No. 943-49, PRA 5884-946)
- Exhibit 463 (Attachment 49, ECF No. 943-49, PRA 5978-80)
- Exhibit 467 (Attachment 49, ECF No. 943-49, PRA 5991-6068)

**Cultural Homestay International**

- Exhibit 133 (Attachment 13, ECF No. 943-13 at 48, PRA 1345)
- Exhibit 359 (Attachment 38, ECF No. 943-38 at 17- 39, PRA 3665-87)

### EurAuPair

- Exhibit 143 (Attachment 15, ECF No. 943-15, PRA 1423-61)
- Exhibit 144 (Attachment 15, ECF No. 943-15, PRA 1463-64)
- Exhibit 364 (Attachments 39, 40, and 41, ECF Nos. 943-39, 943-40, and 943-41, PRA 3748-959)
- Exhibit 365 (Attachment 41, ECF No. 943-41, PRA 3961)
- Exhibit 367 (Attachments 41 and 42, ECF Nos. 943-41, 943-42, PRA 3971-4018)

### Go Au Pair

- Exhibit 161 (Attachment 16, ECF No. 943-16, PRA 1557-68)
- Exhibit 163 (Attachment 16, ECF No. 943-16, PRA 1606-10)
- Exhibit 291 (Attachment 27, ECF No. 943-27, PRA 2541-45)
- Exhibit 292 (Attachment 27, ECF No. 943-27, PRA 2546-53)
- Exhibit 294 (Attachment 27, ECF No. 943-27, PRA 2557-59)
- Exhibit 372 (Attachment 44, ECF No. 943-44, PRA 4092-4102)
- Exhibit 412 (Attachment 47, ECF 943-47, PRA 4613-26)
- Exhibit 448 (Attachment 49, ECF No. 943-49, PRA 5582-5643)

In addition, the Court also restricts under Level 1 access page 110 and footnote 248 on page 110 of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment (ECF No. 942).

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Hon. Christine M. Arguello
United States District Court Judge