IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

   Defendants.

**DECLARATION OF SUSAN ASAY IN SUPPORT OF APEX AND 20/20'S REPLY IN SUPPORT OF CORRECTED MOTION FOR SUMMARY JUDGMENT**

   I, Susan Asay, declare as follows:

   1.  I am the owner of A.P.EX. American Professional Exchange, LLC dba ProAuPair (hereinafter "APEX") and 20/20 Care Exchange, Inc. dba The International

Au Pair Exchange (hereinafter "20/20").  The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.  I submit this Declaration in support of APEX and 20/20's Reply in Support of Corrected Motion for Summary Judgment.

2. APEX became a member of the Alliance for International Exchange (the "Alliance") on April 8, 2015.

3. 20/20 is not and has not been a member of the Alliance during the time I have been 20/20's owner since 2013.

4. Lukas S. was the last standard au pair placed by APEX or 20/20.  He matched with his host family on January 12, 2016, which is the date his stipend was determined.  His "AP Entry Date" with his host family (i.e., his in service date) was February 18, 2016 as reflected in APEX and 20/20's standard au pair spreadsheet attached to APEX and 20/20's Corrected Motion for Summary Judgment.  See, ECF 878, p. 65.  In spite of his "AP Entry Date", his stipend was determined on January 12, 2016, not on his AP Entry Date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of March, 2018 at San Clemente, California.

*Susan Asay*

_____
Susan Asay