# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18774 | B645EBGA4 | Camila Pelaez Valderrama | Cultural Care Au Pair |
| 18765 | T7B3A3F5A | Debora Cristina Cardoso Thelen | Au Pair in America (APIA/AIFS |
| 18784 | V9GEH2AGB | Fernanda Franco De Matos | Au Pair Care, Inc. |
| 18759 | P85H42BD3 | Lynette Armstrong | InterExchange, Inc. |
| 18782 | K36866CDA | María Paula Pineda Gómez | Cultural Care Au Pair |
| 18767 | XC398G779 | Nilda Hurtado Suxo | Au Pair in America (APIA/AIFS |
| 18778 | C2B6B2FB7 | Paola Andrea Posada Cruz | Cultural Care Au Pair |
| 18754 | P7C37E96D | Wenwen Zhou | Au Pair in America (APIA/AIFS |

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 03/23/2018

Firma: *CAMILAPELAEZ* (DocuSigned by, EB28C5C14D32447...)

Nome: Camila Pelaez Valderrama

Dirección: 2051 church road

Toms river, NJ US 08753

Telefone: 7323202169

Email Address: camipeva@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/30/2017   A: 01/30/2019

# CONSENTIMENTO DE INGRESSO

(De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

| | |
|---|---|
| Fecha: | 03/21/2018 |
| Assinatura: | DocuSigned by: Debora Cristina CARDOSO THELEN — 64B1DC0A2CEB42C... |
| Nombre: | Debora Cristina CARDOSO THELEN |
| Endereço: | 2409 Kelford Lane |
| | Bowie, MD US 20715 |
| Teléfono: | 4437864772 |
| Email Address: | deborac_cardoso@hotmail.com |
| Patrocinador: | Au Pair in America (APIA/AIFS |

Fechas de participación en el programa au pair:

De: 02/08/2011   A: 10/30/2011

# CONSENTIMENTO DE INGRESSO

(De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

| | |
|---|---|
| Fecha: | 03/28/2018 |
| Assinatura: | *DocuSigned by:* (signature) D2E721603990418... |
| Nombre: | Fernanda franco de matos |
| Endereço: | 312-22 beliveau road |
| | Winnipeg, Manitoba CA r2m1s5 |
| Teléfono: | 4313357089 |
| Email Address: | fernanda2.franco@gmail.com |
| Patrocinador: | Au Pair Care, Inc. |

Fechas de participación en el programa au pair:

De: 08/15/2012   A: 08/15/2013

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 03/19/2018 |
| Signature: | *Lynette Armstrong* (DocuSigned by: E968B378C63440F...) |
| Name: | Lynette Armstrong |
| Address: | P.O. Box 490352 |
| | Atlanta, GA US 30349 |
| Phone Number: | 4044778509 |
| Email Address: | lynetteda@yahoo.com |
| Sponsor: | InterExchange, Inc. |

Dates in Au Pair Program:

From: 05/16/2007　　To: 07/01/2013

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 03/27/2018

Firma: *María Paula Pineda Gómez* (DocuSigned by: B383D86351C9418...)

Nome: María Paula Pineda Gómez

Dirección: Calle 195 # 27-156

Floridablanca, Santander CO 68003

Telefone: +573173740174

Email Address: mapapinedag@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/16/2015    A: 10/12/2016

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 03/21/2018

Signature: *[DocuSigned by: 34B5AD4B7B5B4D0...]*

Name: Nilda Hurtado Suxo

Address: San Martin

La Paz, La Paz BO 0000

Phone Number: 59179143743

Email Address: adlin252006@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/11/2011       To: 01/11/2012

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 03/24/2018 |
| Signature: | *Paola Andrea Posada Cruz* (DocuSigned by: CF237036044B456...) |
| Name: | Paola Andrea Posada Cruz |
| Address: | calle 65 sur # 40-18 apt 1601 |
| | Medellin, Antioquia CO 1 |
| Phone Number: | 3014620024 |
| Email Address: | pao2616@hotmail.com |
| Sponsor: | Cultural Care Au Pair |

Dates in Au Pair Program:

From: 06/20/2009    To: 06/20/2011

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 03/18/2018 | Signature: | *DocuSigned by:* wenwen zhou (639618DD7DA24D2...) |

Name: wenwen zhou

Address: 8441 yarrow street

rosemead, CA US 91770

Phone Number: 5109443132

Email Address: happycandy28@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/10/2009    To: 01/10/2011