# Exhibit B

# Au Pair Wage Action
## Withdrawal Requests Received

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 13589 | BGFD9EH82 | Paula Johnston | Expert Au Pair |

| | |
|---|---|
| **From:** | Paula Johnston <paulaj86@hotmail.co.uk> |
| **Sent:** | Tuesday, March 27, 2018 1:56 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdraw consent |

Hi,

Due to unforeseen circumstances I wish to withdraw consent from au pair wage action.

Regards,
Paula Johnston
Sent from my iPhone