# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

---

**INTEREXCHANGE, INC.'S INTERROGATORIES,
REQUESTS FOR PRODUCTION, AND REQUESTS
FOR ADMISSION TO FLSA OPT-IN PLAINTIFFS**

---

Defendant InterExchange, Inc. ("Defendant" or "InterExchange"), pursuant to Fed. R. Civ. P. 26, 33, 34, 36, and 37, submits the following Interrogatories, Requests for Production, and Requests for Admission to all InterExchange FLSA Opt-In Plaintiffs (individually, "Opt-In Plaintiff").

## **DEFINITIONS**

1.    As used in this document, the terms "Opt-In Plaintiff," "you," "au pair," and derivatives of those terms refer to the individual responding to these requests, who has consented to become a plaintiff in this lawsuit, as well as to his or her attorneys and other persons acting or purporting to act on his or her behalf.

2. As used in this document, the terms "Defendant" and "InterExchange" refer to InterExchange, Inc., the company that sponsored your J-1 visa in connection with your participation in the au pair program in the United States, and the Au Pair USA program, and to any officer, employee, or agent of InterExchange or the Au Pair USA program.

3. The word "communication" or "communications" means any transmission of thoughts, opinions, or information by speech, writing, or signs.

4. The word "document" or "documents" shall be interpreted as broadly as permitted by the Federal Rules of Civil Procedure and shall mean any written, typed, or mechanically or electronically recorded or stored communications or records of any kind, however produced or reproduced. If copies of a document have been prepared and the copies are not identical (or have undergone alterations by the addition or deletion of notations or other modifications), each non-identical copy is a separate "document."

## INSTRUCTIONS

5. In answering these Interrogatories, Requests for Production, and Requests for Admission you are requested to furnish all information that is available to you, including that which has been obtained by, and that which is now in the possession of, your attorneys, employees, agents, and other representatives, and not merely the information known by the individuals preparing your response.

6. If a requested document once existed but is no longer in existence, so state and, to the best of your recollection, provide the content of the document, the date

and circumstances under which it ceased to exist, and the identity of all persons having knowledge of the contents thereof.

7.     If you are unable to respond fully and completely to any of these Interrogatories, Requests for Production, or Requests for Admission, after exercising due diligence to ensure the information necessary to make such full and complete responses, so state, and in addition, respond to each such Interrogatory, Request for Production, or Request for Admission to the fullest extent possible, specifying your knowledge, and the reason for your inability to respond to the remainder, and state whatever information or knowledge you may have concerning the answered portions thereof.

8.     If you consider any requested document or communication to be privileged, please provide a written log of all such documents or communications in sufficient detail to allow InterExchange's counsel to assess the claim of privilege. Your response should include the identification of such document or communication, the dates of the document or communication, the identity of the persons who were parties to the communication, and the basis asserted for such a privilege.

9.     You are requested to respond to these Interrogatories, Requests for Production, and Requests for Admission in writing and under oath within thirty (30) days from the date of service or from the date you agreed to opt-in to become a plaintiff in this action, whichever is later.

10.    Each of the following Interrogatories, Requests for Production, and Requests for Admission is a continuing one and must be supplemented in accordance

with Fed. R. Civ. P. 26(e). If you later obtain, or become aware of, any further information pertaining to these Interrogatories, Requests for Production, or Requests for Admission, you are requested to promptly serve upon InterExchange amended answers setting forth such information.

## INTERROGATORIES

1. Fully identify yourself by providing the following: (1) full name; (2) any other names used at any time in the two years prior, during and after your time as an au pair; (3) date of birth; (4) current address; (5) current and all former email address(es); (6) all social media sites that you have used or to which you have belonged during or after the time you were an au pair, including but not limited to Facebook, Twitter, and Snapchat; (7) the addresses (with respective dates of residence) of all locations at which you have lived since January 1, 2007; (8) dates during which you participated in an au pair program either in the United States or any other country; and (9) the name of any other sponsor(s), in addition to InterExchange, that sponsored your participation in the au pair program.

2. For each host family with whom you were placed during your participation in the au pair program, for each adult who lived in the family's home at any point during your placement, state (a) the adult's full name; (b) whether the adult was employed; (c) where the adult was employed (e.g. away from home or at home); and (d) for each day of the week, the number of hours the adult spent in employment, whether away from home or at home.

3. For each host family with whom you were placed during your participation in the au pair program, for each child who lived in the family's home at any point during your placement, state (a) the child's age; (b) whether the child attended school; (c) if the child attended school, how many days each week and how many hours each day he or she attended school; and (d) for each day of the week, the specific duties and responsibilities you had with respect to that child.

4. If your host family asked you to perform duties or take on responsibilities not listed in response to Interrogatory No. 3 above, describe in detail the specific duties and responsibilities and state the specific day or days of each week that you were required to perform that duty or responsibility.

5. For each week that you participated in the au pair program, identify (a) the amount that you were paid for that week's duties and responsibilities; (b) the date on which you were paid for that week; (c) the method by which you were paid (e.g. cash, check, etc.); (d) the person or entity from whom you received each payment; and (e) any document reflecting the amount and/or confirming the payment of that week's amount, including but not limited to bank records and copies of deposited checks.

6. Identify all other payments and/or benefits that you received from each host family with whom you lived and include the approximate value of each benefit. Examples of other payments and/or benefits include, but are not limited to, cash; gifts; bonuses; personal use of a car, cell phone, or computer; gas money; clothing; personal items; family vacations; and travel expenses.

7. For each week that you lived with a host family as an au pair, (a) identify the days or partial days you were relieved from any duties or responsibilities for that week; and (b) state whether you are in possession or have ever been in possession of any document reflecting your schedule for that week.

8. Identify every source of information on which you relied in making the decision to participate in the au pair program and describe in detail the specific information that you received from each source.

9. If you made any complaint to your host family(ies), InterExchange, the United States Department of State, or any other person or entity about your experience as an au pair, identify (a) the date of the complaint; (b) the method of communication of the complaint; (c) the person or entity to whom you directed the complaint; (d) the substance of the complaint; (e) a description of what happened with the complaint after you made it; and (f) how the complaint was resolved.

10. Identify how you learned of this lawsuit, including but not limited to: (a) whether you viewed an advertisement sponsored by Google or Facebook related to this lawsuit before you joined; (b) whether you joined this lawsuit by clicking on a link within a Google or Facebook advertisement; and (c) whether you read the Notice of Your Right to Join Lawsuit for Unpaid Wages, attached as Exhibit A, before you joined.

## REQUESTS FOR PRODUCTION

1. All documents identified or referenced in your answer to any Interrogatory.

2. All communications with or documents provided to or received from InterExchange or the agency in your home country related to the au pair program.

3. All communications or documents provided to or received from your host family or host families related to your participation in the au pair program or this lawsuit.

4. All records reflecting your actual hours of childcare assistance as an au pair, whether on a daily, weekly, monthly, or other basis.

5. All documents reflecting the amount(s) or payment of a stipend or any other payments received from your host family or host families during your time as an au pair.

6. All documents, including but not limited to schedules, calendars, diaries, notes, files, appointment books, letters, agreements, emails, text messages, and social media postings, that describe or reflect your experiences as an au pair.

7. Not including communications involving your lawyers, all communications with any other person about this lawsuit or your decision to participate in this lawsuit.

8. All documents related to any advertising or marketing upon which you relied when making the determination about which sponsor you would apply to or when deciding to participate in the au pair program.

## REQUESTS FOR ADMISSION

1. Admit that on one or more occasions you received more than $195.75 in weekly payment(s) from your host family or host families.

2. Admit that no representative of InterExchange assigned you to the particular duties or responsibilities that you provided to your host family.

3. Admit that no representative of InterExchange ever observed you while you performed duties for your host family.

4.  Admit that no representative of InterExchange ever determined or specified to you your schedule or the actual hours when you would perform your duties and responsibilities during your participation in the au pair program.

5.  Admit that InterExchange did not give or pay you your weekly stipend amounts.

6.  Excluding your two weeks of vacation, admit that you worked fewer than 45 hours during at least one week that you were an au pair.

DATED: September 29, 2017

Respectfully submitted,

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:      bcolaizzi@shermanhoward.com
Email:      hvickles@shermanhoward.com
Email:      rdeeny@shermanhoward.com
Email:      jhunt@shermanhoward.com
Email:      alevy@shermanhoward.com

ATTORNEYS FOR DEFENDANT INTEREXCHANGE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2017, I served the foregoing **INTEREXCHANGE, INC.'S INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION TO FLSA OPT-IN PLAINTIFFS** via email to the following:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO 80218
Email: alex@towardsjustice.org

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO 80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL 33701
Email: Bogdane@hotmail.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Ave, Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
575 Lexington Ave., 7th Floor
New York, NY 10022
Email: llouis@bsfllp.com
Email: smccawley@bsfllp.com
Email: smcelroy@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Email: srodriguez@bsfllp.com
Email: jvaldivieso@bsfllp.com

Lawrence Lee
Susan M. Schaecher
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO 80202
Email: llee@laborlawyers.com
Email: sschaecher@laborlawyers.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Email: estock@gibsondunn.com

Matthew L. Schwartz
Peter M. Skinner
Dawn L. Smalls
Randall W. Jackson
Joshua J. Libling
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY 10022
Email: mlschwartz@bsfllp.com
Email: pskinner@bsfllp.com
Email: dsmalls@bsfllp.com
Email: rjackson@bsfllp.com
Email: jlibling@bsfllp.com

s/ Louisa Boyte

# NOTICE OF YOUR RIGHT TO JOIN LAWSUIT FOR UNPAID WAGES

*This is a Court-Authorized Notice, not a solicitation from a lawyer.*

TO: Current and Former Au Pairs who on or after **July 25, 2009** were sponsored by:

**InterExchange, Inc.;**

**Cultural Care, Inc. d/b/a Cultural Care Au Pair;**

**American Institute For Foreign Study (AIFS) d/b/a Au Pair In America (APIA);**

**Go Au Pair Operations, LLC d/b/a Go Au Pair and American Cultural Exchange, LLC d/b/a Go Au Pair;**

**Au Pair Care, Inc.;**

**Expert Group International, Inc. d/b/a Expert AuPair.**

RE: Your Right to Join a Lawsuit Seeking Unpaid Wages

## YOU MAY JOIN THIS LAWSUIT REGARDLESS OF YOUR IMMIGRATION STATUS

## YOUR VISA SPONSOR CANNOT RETALIATE AGAINST YOU IN ANY WAY, INCLUDING CALLING IMMIGRATION, IF YOU JOIN THIS LAWSUIT.

| 1. | What Is This Lawsuit About? |
|---|---|

Plaintiffs have sued the visa sponsors named above to recover unpaid minimum and overtime wages they claim you, and all other au pairs sponsored by these visa sponsors, are owed. Plaintiffs claim that they were not paid minimum hourly wages, overtime wages, and for time spent in mandatory training, and had an improper credit for room and board deducted from their wages. Plaintiffs are suing to recover unpaid wages times two, attorneys' fees, and costs from these visa sponsors.

**Your visa sponsor denies that au pairs were not lawfully compensated.**

| 2. | Why Am I Getting This Notice? |
|---|---|

This Notice is to let you know that you have the right to participate in this minimum wage and overtime lawsuit, and how to sign up, if you want to. You are receiving this Notice because you were sponsored to work as an au pair by one of the named visa sponsors listed above on or after **July 25, 2009**.

This Notice will explain your options and tell you how to get more information.

**If you want to participate in this lawsuit, you must complete the Consent to Join Form online or sign the Consent to Join Form and mail, email, or fax it to the Notice Administrator listed below by November 2, 2017.**

| 3. | How Do I Join This Lawsuit? |
|---|---|

Enclosed is a form called "Consent to Join." If you want to join this lawsuit, **it is extremely important that you read, sign, and promptly complete the Consent to Join form at www.aupairwageaction.com**. You may also print and send the Consent to Join form to:

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

The signed Consent to Join form must be completed online or mailed, emailed or faxed by **November 2, 2017**.

**If you do not complete the Consent to Join form online, or mail, email, or fax it by November 2, 2017, you will not share in the money, if any, which may be won in this lawsuit.**

EXHIBIT A

| 4. | **What Happens If I Join This Lawsuit?** |

If you join this lawsuit by returning the enclosed Consent to Join form, you will share in the money that may be recovered for everyone who joins the lawsuit. It also means that if nothing is recovered in the suit, you will recover nothing. By returning the Consent to Join form, you will designate the named Plaintiff for your visa sponsor to make decisions regarding this lawsuit, including decisions as to settlement of the lawsuit, entering into an agreement for fees and costs with Plaintiff's counsel, and all other matters pertaining to your rights and this litigation under the FLSA. The decisions made by the named Plaintiff, and all rulings made by the Court, will be binding on you if you join this lawsuit. While this suit is pending you may be required to submit documents and written answers to questions and to testify under oath at a deposition hearing or trial, which may take place in Denver, Colorado.

| 5. | **How The Attorneys Are Paid** |

You will not have to pay the attorneys directly – win or lose. Instead, if you win, the attorneys will be paid either by your visa sponsor their hourly fees plus litigation costs, or 35% of the overall recovery in the case, whichever is greater. If you lose, the attorneys will not be paid. By completing the enclosed Consent to Join form, the attorneys representing the Plaintiffs will also represent you in this case.

| 6. | **What Happens If I Do Not Join This Lawsuit?** |

If you choose not to join the Lawsuit, you will not share in any money that may be recovered in this case. If you do not join, you will not be affected by any adverse judgment in the litigation unless such a determination has a preclusive precedential effect on your overtime rights. Your rights to participate in any other action against the company will be preserved. However, the statute of limitations will not stop running on any FLSA claims for unpaid wages you may have until you join this action or file suit on your own.

| 7. | **Can I Be Retaliated Against For Joining This Case?** |

No. It is a violation of federal criminal law for a visa sponsor to retaliate against you in any way for taking part in this case.

**Nobody can call or threaten to call the police or Immigration in retaliation for you joining this lawsuit.**

| 8. | **I Still Have Questions. Where Can I Get More Information?** |

You can get more information by contacting the attorneys handling this case. Your call is confidential and there is no charge to speak with an attorney. The attorneys handling this case are:

> Matthew L. Schwartz
> Peter M. Skinner
> Boies Schiller Flexner LLP
> 575 Lexington Avenue
> New York, New York 10022
> T: (+1) 212-446-2300
> E: aupairclassaction@bsfllp.com
> Website: www.bsfllp.com

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _____   SIGNATURE: _____

PRINTED NAME: _____

ADDRESS: _____

_____

_____

TELEPHONE NUMBER(S): _____

EMAIL ADDRESS: _____

SPONSOR: _____

DATES IN AU PAIR PROGRAM: _____

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336