IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al;
and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al;

    Defendants.

**ORDER GRANTING DEFENDANT
INTEREXCHANGE, INC.'S MOTION TO COMPEL DISCOVERY**

This matter is before the Court on Defendant InterExchange, Inc.'s Motion to Compel Discovery.  Having considered the Motion, the Court orders as follows:

It is hereby ORDERED that the Motion is GRANTED.

1.    The following plaintiffs shall serve discovery responses that otherwise comply with this Order within 14 days of this Order:  Jennifer Karina Zambrano, Ana Karla Forte Silva, Inmaculada C. Simancas Martin, Silvia Morales Prado, Jacqueline Benavente, Jesica Mancera Gomez, Ligia Mercedes Diaz Portillo, Maria Camila Mejia, Rene Aaron Flores Flores, and Sarah Aghouiles.  Failure to do so will result in dismissal of the individual as a plaintiff in this action.

2.    The plaintiffs' objections to Interrogatory Nos. 2, 3, 5, and 6 are denied. InterExchange's plaintiffs subject to written discovery shall respond to Interrogatory

48276533.1

Nos. 2, 3, 5, and 6 within 14 days of this Order.  Failure to do so will result in dismissal of the individual as a plaintiff in this action.

3. InterExchange's plaintiffs who were subject to written discovery shall respond to Requests for Production within 14 days of this Order.  Failure to do so will result in dismissal of the individual as a plaintiff in this action.

4. Plaintiffs shall disclose all survey answers, if they exist, for all opt-in plaintiffs within 14 days of this Order.

5. Pursuant to Fed. R. Civ. P. 37(a)(5), InterExchange is hereby awarded its reasonable attorney fees and costs in connection with the Motion.

Dated this _____ day of _____ 2018.

BY THE COURT

_____
Christine M. Arguello
United Stated District Court

48276533.1