# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.
    Plaintiffs,
v.

INTEREXCHANGE, INC.; et al.
    Defendants.

## DECLARATION OF LYNDSEY M. KRUZER

1. My name is Lyndsey M. Kruzer. I am an attorney at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bar of the Commonwealth of Massachusetts. I am admitted to the United States District Court for the District of Colorado.

2. I am one of the attorneys representing Defendant Cultural Care, Inc. ("Cultural Care") in the above-captioned case.

3. Cultural Care served written discovery on Cultural Care-sponsored opt-in Plaintiffs (the "Opt-Ins") on October 4, 2017.

4. Thereafter, counsel for Cultural Care and Plaintiffs' counsel engaged in a series of conferrals, concerning the scope of both written and deposition opt-in discovery.

5. As to written discovery, Plaintiffs proposed that Cultural Care accept answers from a survey, disseminated to all Opt-Ins, that Plaintiffs' counsel had already drafted. After a series of additional conferrals, Plaintiffs' counsel agreed to

a few additional to the survey and to require opt-in plaintiffs to certify that their answers were truthful.  In turn, on November 7, 2017, Cultural Care agreed to accept spreadsheets of survey responses in lieu of any formal written discovery responses.

6. In December 2017, the parties entered into a stipulation regarding the survey responses.  The stipulation attached to the Motion to Compel as Exhibit 2 reflects the parties' agreement, including that the survey responses have the same evidentiary value as traditional interrogatories. Importantly, Cultural Care's agreement to this proposal was conditioned on Plaintiffs' counsel's agreement that they would attempt to obtain and produce survey responses for <u>all</u> opt-in plaintiffs. The parties reserved their rights to address with the court whether an Opt-In's failure to respond, in whole or in part, to the survey, would warrant entry of a default against that Opt-In.

7. Since that time, Cultural Care has received completed responses from only 1,030 out of 1,752 Opt-Ins (and some of these responses did not include the required confirmation that the answers were truthful). Despite multiple requests to Plaintiffs' counsel, they have failed to produce any survey results at all for 600 survey Opt-Ins. Plaintiffs have produced incomplete survey responses for 154 Opt-Ins.[1]

---

[1] Because of the format in which Plaintiffs produce the survey results to Cultural Care, it is not readily apparent how many Opt-Ins have responded to the survey.  However, attorneys at my firm have undergone a careful analysis of the results and have concluded in good faith that the numbers included in this declaration are accurate.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 6th day of April 2018.

/s/ Lyndsey M. Kruzer
Lyndsey M. Kruzer

3