# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DECLARATION OF KATHRYN A. REILLY

I, Kathryn A. Reilly, declare as follows:

1. I am an attorney licensed to practice law in the State of Colorado and admitted to the United States District Court for the District of Colorado. The matters stated herein are based upon my personal knowledge.

2. My law firm represents Defendant American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations, LLC (together, "Go Au Pair") in this action.

3. On October 5, 2017, Go Au Pair served written discovery requests on all opt-in Plaintiffs who have asserted claims against Go Au Pair in this action ("Opt-Ins").

4. Following extensive negotiations with Plaintiffs' counsel, Boies Schiller Flexner LLP ("BSF"), on January 4, 2018, Go Au Pair agreed to give up its right to obtain written discovery from the Opt-Ins and agreed to instead accept responses to surveys prepared and sent out by BSF. The stipulation attached to the Motion to

Compel as Exhibit 4 reflects the parties' agreement, including that the survey responses have the same evidentiary value as traditional interrogatories. Importantly, Go Au Pair's agreement to this proposal was conditioned on BSF's agreement that it would attempt to obtain and produce survey responses for all opt-in plaintiffs. The parties reserved their rights to address with the court whether an Opt-In's failure to respond, in whole or in part, to the survey, would warrant entry of a default against that Opt-In.

5. Since that time, we have received responses from only 89 out of 155 timely Opt-Ins. Despite multiple conferrals with BSF, BSF has failed to produce survey responses for 66 timely Opt-Ins. In fact, of the 36 au pairs Go Au Pair sought to depose, BSF never provided survey responses for 15 of them. Additionally, of the 89 responses received, complete responses have been received from only 66 Opt-Ins. The responses received from the other 23 Opt-Ins were produced as partial responses only. My colleagues have conferred with BSF by phone and email on numerous occasions regarding the outstanding survey responses, yet BSF has failed to produce survey responses for 66 Opt-Ins.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on April 6, 2018 in Denver, Colorado.

_____
Kathryn A. Reilly

Attorney for Defendant American Cultural Exchange, LLC d/b/a GoAuPair and Go Au Pair Operations, LLC

3