IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

_____

**DEFENDANTS CULTURAL CARE INC. AND GO AU PAIR'S
ASSENTED-TO MOTION FOR A FORTHWITH HEARING ON
THE JOINT MOTION TO COMPEL DISCOVERY**

_____

       Pursuant to CMA Civ. Practice Standard 7.1A(g), Defendants Cultural Care, Inc. ("CCI") and American Cultural Exchange, LLC (d/b/a Go Au Pair) and Go Au Pair Operations, LLC (collectively, "Go Au Pair") jointly move for a forthwith hearing on its Joint Motion to Compel Discovery (the "Motion").  CCI and Go Au Pair have provided notice to all parties regarding the reasons warranting immediate action and why a forthwith hearing is necessary.  Go Au Pair and CCI conferred with Plaintiffs regarding this motion.  Plaintiffs assent to forthwith treatment, and the parties have agreed to the following expedited briefing schedule in order to facilitate forthwith treatment:

- Plaintiffs will file their response to the Motion no later than Wednesday, April 18, 2018.

- Go Au Pair and CCI will file their reply in support of the Motion no later than Monday, April 23, 2018.

       Furthermore, CCI and Go Au Pair offer the following reasons for forthright treatment of the Motion:

As detailed in the Motion, after multiple discussions with Plaintiffs, both CCI and Go Au Pair and counsel for Plaintiffs entered into separate stipulated agreements stating that CCI and Go Au Pair would relinquish their rights to written discovery requests in exchange for Plaintiffs' agreement that it would provide survey answers from each opt-in plaintiff in CCI and Go Au Pair's respective classes.  Since that agreement, CCI and Go Au Pair have only received 58% and 57% of the survey responses, respectively.

Because opt-in discovery is currently set to close on April 9, 2018, and because motions to decertify the FLSA collective action classes are due May 9, 2018, the Motion cannot be handled within the time permitted to respond to the Motion and in the normal course of the Court's business.  Accordingly, CCI and Go Au Pair respectfully request a forthwith hearing on the Motion.

8608563v1

Dated:  April 6, 2018.                    Respectfully submitted,

                                          s/ James M. Lyons
                                          James M. Lyons (jlyons@lrrc.com)
                                          Diane Hazel (dhazel@lrrc.com)
                                          Jessica L. Fuller (jfuller@lrrc.com)
                                          LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                          One Tabor Center, Suite 3000
                                          1200 Seventeenth Street
                                          Denver, CO  80202
                                          Tel: (303) 623-9000
                                          Fax: (303) 623-9222

                                          Joan A. Lukey (joan.lukey@choate.com)
                                          Robert M. Buchanan, Jr.
                                          (rbuchanan@choate.com)
                                          Michael T. Gass (mgass@choate.com)
                                          Justin J. Wolosz (jwolosz@choate.com
                                          Lyndsey M. Kruzer (lkruzer@choate.com)
                                          CHOATE HALL & STEWART LLP
                                          Two International Place
                                          Boston, Massachusetts  02110
                                          Telephone: (617) 248-4790

                                          **Attorneys for Defendant Cultural Care, Inc.
                                          d/b/a Cultural Care Au Pair**

                                          s/ Kathryn A. Reilly
                                          Kathryn A. Reilly (reilly@wtotrial.com)
                                          Grace A. Fox (fox@wtotrial.com)
                                          Brett M. Mull (mull@wtotrial.com)
                                          Wheeler Trigg O'Donnell LLP
                                          370 Seventeenth Street, Suite 4500
                                          Denver, CO 80202-5647

                                          **Attorneys for Defendants Agent Au Pair, Go
                                          Au Pair Operations, and American Cultural
                                          Exchange, LLC d/b/a Go Au Pair**

8608563v1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 6, 2018, I have caused to be electronically filed the foregoing Defendants Cultural Care, Inc. and Go Au Pair's Assented-to Motion for a Forthwith Hearing on the Joint Motion to Compel Discovery with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver


*s/ James M. Lyons*

8608563v1