# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

      Defendants.

---

**EXPERT AUPAIR'S INTERROGATORIES,
REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION
TO FLSA OPT-IN PLAINTIFFS**

---

Defendant Expert Group International d/b/a Expert AuPair ("Expert AuPair"), pursuant to Fed. R. Civ. P. 26, 33, 34, 36 and 37, submits the following Interrogatories Requests for Production and Requests for Admission to Imane Msallak, Expert AuPair's FLSA Opt-In Plaintiff ("Opt-In Plaintiff").

**<u>DEFINITIONS</u>**

1.     As used in this document, the terms "You," "Opt-In Plaintiff," "au pair," and derivatives of those terms refer to the individual responding to these requests, who has consented to become a plaintiff in this lawsuit, as well as to her attorneys and other persons acting or purporting to act on her behalf.

2.     As used in this document, the terms "Defendant," "sponsor," and "Expert AuPair" refer to Expert AuPair and to any officer, employee, or agent of Expert AuPair.

3.      The word "communication" or "communications" means any transmission of thoughts, opinions, or information by speech, writing, or signs.

4.      The word "document" or "documents" shall be interpreted as broadly as permitted by the Federal Rules of Civil Procedure and shall mean any written, typed, or mechanically or electronically recorded or stored communications or records of any kind, however produced or reproduced.  If copies of a document have been prepared and the copies are not identical (or have undergone alterations by the addition or deletion of notations or other modifications), each non-identical copy is a separate "document."

## INSTRUCTIONS

5.      In answering these Interrogatories, Requests for Admission, and Requests for Production you are requested to furnish all information that is available to you, including that which has been obtained by, and that which is now in the possession of, your attorneys, employees, agents, and other representatives, and not merely the information known by the individuals preparing this response.

6.      If a requested document once existed but is no longer in existence, so state and, to the best of your recollection, provide the content of the document, the date and circumstances under which it ceased to exist, and the identity of all persons having knowledge of the contents thereof.

7.      If you are unable to respond fully and completely to any of these Interrogatories, Requests for Admission or Requests for Production, after exercising due diligence to ensure the information necessary to make such full and complete

responses, so state, and in addition, respond to each such Interrogatory, Requests for Admission or Request for Production to the fullest extent possible, specifying your knowledge, and the reason for your inability to respond to the remainder, and state whatever information or knowledge you may have concerning the answered portions thereof.

8.      If you consider any requested document or communication to be privileged, please provide a written log of all such documents or communications in sufficient detail to allow Expert AuPair's counsel to assess the claim of privilege.  Your response should include the identification of such document or communication, the dates of the document or communication, the identity of the persons who were parties to the communication, and the basis asserted for such a privilege.

9.      You are requested to respond to these Interrogatories and Requests for Production in writing and under oath within thirty (30) days from the date of service.

10.     Each of the following Interrogatories, Requests for Admission and Requests for Production is a continuing one and must be supplemented in accordance with Fed. R. Civ. P. 26(e).  If you later obtain, or become aware of, any further information pertaining to these Interrogatories, Requests for Admission, or Requests for Production, you are requested to promptly serve upon Expert AuPair amended answers setting forth such information.

## INTERROGATORIES

1.      Fully identify yourself by providing the following:  (1) full name; (2) any other names used at any time during or after your time as an au pair; (3) date of birth;

(4) current address; (5) current email address; (6) any email address used since July 24, 2009; (7) dates during which you participated in the au pair program; (8) name of the sponsor agency that sponsored your J-1 visa; and (9) the name(s) of the members of the host family or host families with whom you lived while in the United States with a J-1 visa.

2.      Describe in detail the duties that each host family with whom you lived required you to perform as an au pair.

3.      List all monetary and non-monetary benefits that you received from each host family with whom you lived and include the approximate value of each benefit. Examples of benefits include, but are not limited to, gifts, bonuses, personal use of a car, cell phone, or computer; flight tickets and travel expenses; educational costs in excess of $500; etc.

4.      For each week that you lived with a host family as an au pair, (a) describe your schedule, including the number of hours worked each day; (b) identify the days or partial days you were off that week; and (c) state whether you are in possession of any document reflecting your schedule for that week.

5.      If you made any complaint to your host family(ies), Expert AuPair, the United States Department of State, or any other person about your experience as an au pair, identify (a) the date of the complaint; (b) the method of communication of the complaint; (c) the person to whom you directed the complaint; (d) the substance of the complaint; (e) a description of what happened with the complaint after you made it; and (f) how the complaint was resolved.

## REQUESTS FOR PRODUCTION

1.      All documents identified or referenced in your answer to any Interrogatory.

2.      All communications with or documents given or sent to you by Expert AuPair or any other entity related to the au pair program.

3.       All communications with your host family or host families before, during, or after your time as an au pair related to hours, compensation, schedule, au pair duties, or this lawsuit.

4.      All documents reflecting the hours you worked as an au pair, whether on a daily, weekly, monthly, or other basis.

5.      All documents reflecting the amount or payment of the stipend or any other money payments received from your host family or host families during your time as an au pair.

6.      All documents, including but not limited to calendars, diaries, notes, files, appointment books, emails, text messages, and social media postings, that describe or reflect your experiences as an au pair.

## REQUESTS FOR ADMISSION

1.      Admit that in one or more occasions you received more than 195.75 in weekly payments from your host family or host families.

2.      Admit that in one or more weeks during your time working as an au pair, without counting vacations, you worked less than 45 hours.

3.      Admit that your daily schedule was set up by your host family and not by Expert AuPair.

4.       Admit that your stipend was paid to you by your host family and not by Expert AuPair.

5.       Admit that no representative of Expert AuPair observed you while working and evaluated the quality of your work.

6.       Admit that Expert AuPair did not terminate your placement with your host family.

DATED:  March 5, 2018             Respectfully submitted,


_s/Bogdan Enica_
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was served via electronic mail to all counsel below on the 5th day of March, 2018, addressed to:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy
Dawn L. Smalls
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com
Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
***Attorneys for Plaintiffs***

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
John Roger Mann
GORDON & REES LLP
tquinn@gordonrees.com
brian.maschler@arentfox.com
jmann@gordonrees.com
pkozal@gordonrees.com
***Attorneys for Defendant***
***AuPairCare, Inc.***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
***Attorneys for Defendant Cultural***
***Care, Inc. d/b/a Cultural Care Au Pair***

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural***
***Care, Inc. d/b/a Cultural Care Au Pair***

***Global Exchange, NFP d/b/a Aupair***
***Foundation; American Institute for***
***Foreign Study d/b/a Au Pair in***
***America***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera
Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
*Attorneys for Defendant InterExchange, Inc.*

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
*Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair*

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for Defendant USAuPair, Inc.*

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant GreatAuPair, LLC*

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for Defendant EurAupair InterCultural Child Care Programs*

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
*Attorneys for Defendant Cultural Homestay International*

Joseph B. Cartafalsa
Stephen J. Macri
Robert M. Tucker
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
joseph.cartafalsa@ogletree.com
stephen.macri@ogletree.com
rtucker@putneylaw.com
*Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America*

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

s/*Bogdan Enica*
Bogdan Enica, Esq.