# Exhibit E

1

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT
_____

JOHANA PAOLA BELTRAN; et al.              )
                                          )
              Plaintiffs,                 )
                                          )
                                          )
              -v-                         )
                                          )
INTEREXCHANGE, INC.; et al.               )
                                          )
              Defendants.                 )
_____)


         DEPOSITION UPON ORAL EXAMINATION

                         of

            MS. COURTNEY LOUISE FLYNN


                         on

            Wednesday, March 28th, 2018


               commencing at 1.14pm


                     Taken at:

                 The Varsity Hotel
                 One Queen Square,
                  Liverpool L1 1RH
                   United Kingdom
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
**www.depositioncenter.com**

2

```
 1
 2
 3              A P P E A R A N C E S
 4
 5   On behalf of the Plaintiffs:
 6           BOIES SCHILLER FLEXNER LLP
 7           1999 Harrison Street, Suite 900
 8           Oakland, CA 94612
 9           BY:  MR. SEAN PHILLIPS RODRIGUEZ
10
11   On behalf of the Defendants:
12           BOGDAN ENICA, ESQ.
13           111 Second Avenue NE, Suite 900
14           St Petersburg, FL 33701
15           BY: MR. BOGDAN ENICA
16
17   Court Reporter:
18           Mr. Shola McGregor
19
20
21
22
23
24
25
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

```
 1                    FLYNN - ENICA
 2   your preparation for today?
 3           A.    No.
 4           Q.    Did you review any documents in
 5   response to the requests in exhibit 2?  Exhibit,
 6   at page 6, it has a request for production of
 7   documents.  It is the sixth page.  I apologise,
 8   there are no numbers on the pages.
 9           A.    Oh this one, request for
10   production.  What was your question, sorry?
11           Q.    If you review any documents in
12   response to this request?
13           A.    No, I didn't review any document.
14                 MR. ENICA: Can we take a small
15   break?
16                 MR. RODRIGUEZ: Of course.
17              (Off the record at 1.44pm)
18              (Back on the record at 1.46pm)
19
20   BY MR. ENICA:
21           Q.    We are staying on the same document
22   and I am looking at page 5, which is the previous
23   page.
24           A.    Yes.
25           Q.    Under number 4 there is -- number 4
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
**www.depositioncenter.com**

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO


JOHANA PAOLA BELTRAN, et      )
al,                           )
                              )
    Plaintiffs,               )
                              )
vs.                           )
                              ) Civil Action No.
                              ) 1:14-cv-03074-CMA-KMT
INTEREXCHANGE, INC., et       )
al,                           )
                              )
    Defendants.               )




              DEPOSITION OF IRED SEVILLA


          March 23, 2018 * 10:03 a.m.

          Advanced Reporting Solutions
           243 East 400 South, B101
           Salt Lake City, Utah 84111



      Reporter:  Tamra J. Berry, CSR, RPR
```

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3             SEAN PHILLIPS RODRIGUEZ
               BOIES SCHILLER & FLEXNER, LLP
 4             Attorneys at Law
               1999 Harrison Street, 9th Floor
 5             Oakland, California  94612
               Tel:  510.874.1000
 6             srodriguez@bsfllp.com

 7
     FOR THE DEFENDANTS:
 8
               BOGDAN ENICA
 9             Attorney at Law
               111 Second Avenue NE, Suite 900
10             St. Petersburg, Florida
               Tel:  727.388.3472
11             bogdane@hotmail.com

12

13
                          -oOo-
14
                         I N D E X
15   IRED SEVILLA:                                    PAGE

16        Examination by Mr. Enica......................4
          Examination by Mr. Rodriguez.................44
17
          Further Examination by Mr. Enica.............45
18

19

20

21

22

23

24

25
```

```
 1   not a tricky question.  It has a date --
 2         A.    Okay.
 3         Q.    -- on the right-hand side.
 4         A.    Just -- yeah, that's the date, July 2017.
 5         Q.    So that sounds --
 6         A.    Yes.
 7         Q.    -- right?  I'm not trying to trick you.
 8         A.    Okay.
 9         Q.    I just want to make sure we have the right
10   document in front of us.
11               So except for today's deposition, did you
12   do anything else to prepare for this lawsuit?
13         A.    I did not.
14         Q.    Did you provide any written discovery, any
15   answers to questions or any documents?
16         A.    No, I did not.
17         Q.    Did you search for any documents in your
18   possession in regard to this lawsuit?
19         A.    No, I did not.
20         Q.    Well, I'll ask you if you remember, but
21   again there are some dates on the form as well.
22         A.    Okay.
23         Q.    So the question is:  Do you remember the
24   dates where you were in the au pair program?
25         A.    Yes.  In August 2013 until December 2013.
```