# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DECLARATION OF MARK GAULTER IN SUPPORT OF EXPERT AU PAIR'S MOTION TO COMPEL DISCOVERY

I, Mark Gaulter, declare as follows:

1. My name is Mark Gaulter, I am over the age of 18 and I make this declaration based upon personal knowledge. If called as a witness I am able to testify competently to the matters set forth in this declaration.

2. I am the CEO of Expert Group International Inc., d/b/a Expert AuPair ("Expert AuPair"), defendant in the above captioned action. Expert AuPair is one of the 16 designated sponsors administering the J-1 au pair exchange program.

3. In order to properly respond to Plaintiffs' Seventh Request for the Production of Documents, I have performed diligent searches of Expert AuPair's computers and paper files in order to locate documents related to the FLSA Opt-In Plaintiffs.

1

2

4. To date, I was not able to locate all the Opt-In Plaintiffs based on the information presented in the Opt-In Forms. Specifically, I was unable to locate the file for Paula Rafaele Aud. Furthermore, it appears that Jessica Moreira Pinheiro was an EduCare program participant and we do require further information in order to address her claim of participating in the au pair program.

5. In order to be able to locate the appropriate files, and properly identify the Opt-In Plaintiffs, we need to obtain further information from them, including their name at the time of participating in the program, their date of birth, and the name and address of their host family.

I declare under the penalty of perjury that the foregoing is true and correct. Dated on: April 9, 2018.

*[signature]*

Mark Gaulter, PhD

2

STATE OF FLORIDA
COUNTY OF Pinellas

Sworn to and subscribed before me this 9th day of April, 20 18, by Mark Gaulter.

KATHLEEN VERONICA MCCORMICK
Commission # FF 165634
My Commission Expires
October 05, 2018

Personally known  X
Or Produced identification _____
Type of identification _____

Kathleen Veronica McCormick
Notary Public