THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**PLAINTIFFS' AND DEFENDANT CULTURAL CARE INC.'S JOINT MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANT CULTURAL CARE'S DEPOSITIONS OF FLSA OPT-IN CLASS MEMBERS [ECF No. 953] AND PLAINTIFFS' DECLARATION IN SUPPORT OF AND EXHIBITS TO SUCH MOTION [ECF No. 954] AND PLAINTIFFS' OPPOSITION TO DEFENDANT CULTURAL CARE INC.'S MOTION FOR CLARIFICATION [ECF No. 952]**

---

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCivR. 7.1(A)

Plaintiffs and Defendant Cultural Care Inc. conferred on April 9, 2018 and decided to file portions of this motion jointly. Statements made by one side, but not the other, are clearly identified.

### ARGUMENT

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Plaintiffs and Cultural Care hereby move the Court for an Order restricting public access, under Level 1, to certain of the documents filed by the Plaintiffs in their motion for a protective order briefing.

In support thereof, Plaintiffs and Cultural Care state as follows:

    1.    All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the

1

requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D.382, App. A (D. Colo. 2000).

2. The Amended Stipulated Protective Order applies to "all documents, materials, and information, including without limitation…deposition testimony." (Amended Stipulated Protective Order ¶ 1, ECF No. 694.)

3. Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. *Id.* at ¶ 8.

4. In accordance with D.C.COLO.LCivR 7.2(c), Plaintiffs and Defendant Cultural Care identify the documents for which restriction is sought and the interest to be protected as follows:

**Plaintiffs' and Cultural Care's Position:**

Plaintiffs and Cultural Care respectfully request that Plaintiffs' Exhibits maintain its Level 1 restriction with respect to the exhibits (and excerpts of certain exhibits) listed below. Plaintiffs and Cultural Care believe the below-listed exhibits reflect personally identifying information of opt-in plaintiffs, non-party host family members and Local Childcare Consultants, including some potentially sensitive personal information. Publicizing this information would result in unnecessary disclosure of personal and confidential information. In the alternative, Plaintiffs and Cultural Care are willing to submit versions of these exhibits redacting personally identifying information from the transcripts for public filing.

**Requested Restrictions:**

- Pacheco Declaration [ECF No. 954]

Plaintiffs respectfully request that the Court restrict certain information on page 2 of the Pacheco Declaration as it contains information identifying the personal testimony of an opt-in plaintiff.

2

- Exhibit A [ECF No. 954-1]

Plaintiffs and Cultural Care agree that restricting Exhibit A is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit B [ECF No. 954-2]

Plaintiffs and Cultural Care agree that restricting Exhibit B is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit C [ECF No. 954-3]

Plaintiffs and Cultural Care agree that restricting Exhibit C is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit D [ECF No. 954-4]

Plaintiffs and Cultural Care agree that restricting Exhibit D is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit F [ECF No. 954-6]

Plaintiffs request that certain information on page 5 of Exhibit F be marked as restricted as it contains the login credentials for Plaintiffs' document production platform.

- Exhibit G-1 [ECF No. 954-7]

Plaintiffs and Cultural Care agree that restricting Exhibit G-1 is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit G-2 [ECF No. 954-8]

Plaintiffs and Cultural Care agree that restricting Exhibit G-2 is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit G-3 [ECF No. 954-9]

Plaintiffs and Cultural Care agree that restricting Exhibit G-3 is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit H [ECF No. 954-10]

Plaintiffs and Cultural Care agree that restricting Exhibit H is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit I [ECF No. 954-11]

Plaintiffs and Cultural Care agree that restricting Exhibit I is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit J [ECF No. 954-12]

Plaintiffs and Cultural Care agree that restricting Exhibit J is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit K [ECF No. 954-13]

Plaintiffs and Cultural Care agree that restricting Exhibit K is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit L [ECF No. 954-14]

Plaintiffs and Cultural Care agree that restricting Exhibit L is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit M [ECF No. 954-15]

Plaintiffs and Cultural Care agree that restricting Exhibit M is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit N [ECF No. 954-16]

Plaintiffs request that certain information on page 15 of Exhibit N be restricted as it contains the personal email address of an opt-in plaintiff.

- Exhibit Q [ECF No. 954-19]

Plaintiffs and Cultural Care agree that restricting Exhibit Q is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit U [ECF No. 954-23]

Plaintiffs and Cultural Care agree that restricting Exhibit U is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit V [ECF No. 954-24]

Plaintiffs and Cultural Care agree that restricting Exhibit V is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit W [ECF No. 954-25]

Plaintiffs and Cultural Care agree that restricting Exhibit W is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit X [ECF No. 954-26]

Plaintiffs and Cultural Care agree that restricting Exhibit X is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit Y [ECF No. 954-27]

Plaintiffs and Cultural Care agree that restricting Exhibit Y is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit Z [ECF No. 954-28]

Plaintiffs and Cultural Care agree that restricting Exhibit Z is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit AA [ECF No. 954-29]

Plaintiffs and Cultural Care agree that restricting Exhibit AA is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit BB [ECF No. 954-30]

Plaintiffs and Cultural Care agree that restricting Exhibit BB is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit CC [ECF No. 954-31]

Plaintiffs and Cultural Care agree that restricting Exhibit CC is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit DD [ECF No. 954-32]

Plaintiffs and Cultural Care agree that restricting Exhibit DD is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit EE [ECF No. 954-33]

Plaintiffs and Cultural Care agree that restricting Exhibit EE is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit FF [ECF No. 954-34]

Plaintiffs and Cultural Care agree that restricting Exhibit FF is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit GG [ECF No. 954-35]

Plaintiffs and Cultural Care agree that restricting Exhibit GG is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit HH [ECF No. 954-36]

Plaintiffs and Cultural Care agree that restricting Exhibit HH is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit II [ECF No. 954-37]

Plaintiffs and Cultural Care agree that restricting Exhibit II is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit JJ [ECF No. 954-38]

Plaintiffs and Cultural Care agree that restricting Exhibit JJ is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit KK [ECF No. 954-39]

Plaintiffs and Cultural Care agree that restricting Exhibit KK is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit LL [ECF No. 954-40]

Plaintiffs and Cultural Care agree that restricting Exhibit LL is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Exhibit MM [ECF No. 954-41]

Plaintiffs and Cultural Care agree that restricting Exhibit MM is appropriate because it discloses personal information about the opt-in plaintiff and host family.

- Appendix 1 [ECF No. 954-42]

Plaintiffs and Cultural Care agree that restricting Appendix 1 is appropriate because it discloses personal information about the opt-in plaintiff and host family.

Further, Plaintiffs and Defendant Cultural Care asks the Court to restrict Exhibit B to the Rodriguez Declaration [ECF No. 952-2] as it contains personal information about the opt-in plaintiff and her host family.

**Requested Relief:**

For the foregoing reasons, Plaintiffs and Defendant Cultural Care respectfully request that this Court issue an Order restricting public access under Level 1, to ECF Nos. 954-1-4, 954-6-16, 954-19, 954-23-42. Plaintiffs and Defendants further request that this Court issue an Order restricting public access under Level 1 to ECF No. 952-2.

Plaintiffs further request that the Court replace the Pacheco Declaration [ECF No. 954], Exhibit F [ECF No. 954-6], and Exhibit N [ECF No. 954-16] with the redacted versions submitted herewith.

Dated: April 9, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ Sean Rodriguez
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000

Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*


  /s/ Kevin O'Keefe
Kevin O'Keefe
Choate Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Tel: (617) 284-4790
kokeefe@choate.com

*Attorneys for Cultural Care Inc.*

8

## CERTIFICATE OF SERVICE

    I hereby certify that on April 9, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/* Sean Rodriguez  
Sean Rodriguez
