THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND CULTURAL CARE INC.'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO EXHIBITS TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER [ECF NO. 953] AND PLAINTIFFS' OPPOSITION TO CULTURAL CARE INC.'S MOTION FOR CLARIFICATION [ECF NO. 952]**

---

The Court has reviewed Plaintiffs and Cultural Care's Motion to Restrict Public Access (Level One) to the Exhibits to Plaintiffs' Motion for a Protective Order [ECF No. 953] and Plaintiffs' Opposition to Cultural Care Inc.'s Motion for Clarification [ECF No. 952] and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

ECF Nos. 952-2, 954-1-4, 954-6-16, 954-19, and 954-23-42 shall retain Level 1 restricted access.

The redacted versions of ECF No. 954, 954-6, and 954-16 will replace the versions originally filed.

DATED this ___ day of _____ 2018.

                                       BY THE COURT

                                       _____
                                       Christine M. Arguello
                                       United States District Judge