# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF BYRON PACHECO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER REGARDING DEFENDANT CULTURAL CARE'S DEPOSITIONS OF FLSA OPT-IN CLASS MEMBERS**

---

I, BYRON PACHECO, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs and for the Class. I am duly licensed to practice law in the State of New York, and am admitted to practice in the courts of that State, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion for a Protective Order Regarding Defendant Cultural Care's Depositions of FLSA Opt-In Class Members.

2. Attached hereto as **Exhibit A** are true and correct excerpts from the December 15, 2017 deposition of Raquel Eastridge, held in Hammond, Indiana.

1

3. Attached hereto as **Exhibit B** are true and correct excerpts from the February 9, 2018 deposition of Aimee Jane Cunnane, held in Denver, Colorado.

4. Attached hereto as **Exhibit C** are true and correct excerpts from the February 19, 2018 deposition of Amy Sylla, held in Toronto, Ontario, Canada.

5. Attached hereto as **Exhibit D** are true and correct excerpts from the March 11, 2018 deposition of Angelines Gallardo Gonzalez, held in New York, New York.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email from Joshua Libling to Joan Lukey, dated January 17, 2018.

7. Attached hereto as **Exhibit F** is a true and correct copy of an email from Juan Valdivieso to Natalia Smychkovich, dated February 4, 2018.

8. Attached hereto as **Exhibit G-1** is a true and correct copy of the transcript of the January 13, 2018 deposition of ▮▮▮▮▮▮▮, held in New York, New York.

9. Attached hereto as **Exhibit G-2** is a true and correct copy of the January 26, 2018 deposition of Kubra Sahin, held in New York, New York.

10. Attached hereto as **Exhibit G-3** is a true and correct copy of the February 10, 2018 deposition of Matilda Patrick, held via videoconference.

11. Attached hereto as **Exhibit H** are true and correct excerpts from the February 11, 2018 deposition of Marion Simpson, held via videoconference.

12. Attached hereto as **Exhibit I** are true and correct excerpts from the February 13, 2018 deposition of Christoph Zachhuber, held in Phoenix, Arizona.

13. Attached hereto as **Exhibit J** are true and correct excerpts from the January 30, 2018 deposition of Anna Kozlowska, held in Glasgow, Scotland.

14. Attached hereto as **Exhibit K** are true and correct excerpts from the

2

February 27, 2018 deposition of Aurelie-Juliette Therese Ruehl, held in Pensacola, Florida.

15. Attached hereto as **Exhibit L** are true and correct excerpts from the January 23, 2018 deposition of Dafne DiMarco, held via videoconference.

16. Attached hereto as **Exhibit M** are true and correct excerpts from the February 13, 2018 deposition of Carly Faye Fitzpatrick, held via videoconference.

17. Attached hereto as **Exhibit N** is a true and correct copy of an email chain between Plaintiffs' counsel and Defendants' counsel, beginning January 22, 2018 and ending February 5, 2018.

18. Attached hereto as **Exhibit O** is a true and correct copy of an email from Joan Lukey to Dawn Smalls, regarding international opt-in plaintiff depositions, dated January 23, 2018.

19. Attached hereto as **Exhibit P** is a true and correct copy of an email from Joan Lukey to Dawn Smalls, regarding international opt-in depositions in France, dated January 23, 2018.

20. Attached hereto as **Exhibit Q** are true and correct excerpts from the January 19, 2018 deposition of Cecile Pavot, held in Ewing, New Jersey.

21. Attached hereto as **Exhibit R** is a true and correct copy of an email from Joan Lukey to Joshua Libling, dated January 10, 2018.

22. Attached hereto as **Exhibit S** is a true and correct copy of a document produced to Plaintiffs by Third Party the Alliance for International Exchange, bearing production numbers ALLI-019039-50, titled "Communications and Media Workshop.

23. Attached hereto as **Exhibit T** is a true and correct copy of the Cultural

3

Care Au Pair Agreement for au pair Camilla Macchiavelli.

24. Attached hereto as **Exhibit U** are true and correct excerpts from the December 21, 2017 deposition of Erika Johana Esguerra Leon, held in Memphis, Tennessee.

25. Attached hereto as **Exhibit V** are true and correct excerpts from the December 29, 2017 deposition of Mariel Andrea Bobboni, held in Philadelphia, Pennsylvania.

26. Attached hereto as **Exhibit W** are true and correct excerpts from the January 23, 2018 deposition of Annika Kruschwitz, held in Washington, D.C.

27. Attached hereto as **Exhibit X** are true and correct excerpts from the January 26, 2018 deposition of Laura Juliana Cano Ligarreto, held in New York, NY.

28. Attached hereto as **Exhibit Y** are true and correct excerpts from the February 1, 2018 deposition of Inti Denise Escalante, held in London, United Kingdom.

29. Attached hereto as **Exhibit Z** are true and correct excerpts from the February 2, 2018 deposition of Anais Marine Patience Zanga Tayida, held in Oakland, California.

30. Attached hereto as **Exhibit AA** are true and correct excerpts from the February 2, 2018 deposition of Estafania Pinto, held in Kissimmee, Florida.

31. Attached hereto as **Exhibit BB** are true and correct excerpts from the February 3, 2018 deposition of Priscilla Brasileiro, held in Baltimore, Maryland.

32. Attached hereto as **Exhibit CC** are true and correct excerpts from the February 6, 2018 deposition of Ximena Uribe Zacarias, held via videoconference.

33. Attached hereto as **Exhibit DD** are true and correct excerpts from the

4

February 8, 2018 deposition of Julia Heller Alpert, held in New York, New York. I attended Mr. Alpert's deposition in person, and she began crying on the record at page 134 of the transcript.

34. Attached hereto as **Exhibit EE** are true and correct excerpts from the February 13, 2018 deposition of Felecia Mhlanzi, held in New York, New York.

35. Attached hereto as **Exhibit FF** are true and correct excerpts from the February 14, 2018 deposition of Liliana Paulin Lozano, held via videoconference.

36. Attached hereto as **Exhibit GG** are true and correct excerpts from the February 17, 2018 deposition of Shevonee Ellis, held via videoconference.

37. Attached hereto as **Exhibit HH** are true and correct excerpts from the February 19, 2018 deposition of Vanessa Wiggett, held via videoconference.

38. Attached hereto as **Exhibit II** are true and correct excerpts from the February 24, 2018 deposition of Giulia Montanari, held in Boston, Massachusetts.

39. Attached hereto as **Exhibit JJ** are true and correct excerpts from the February 26, 2018 deposition of Maria Florencia Romero, held in Gainesville, Florida.

40. Attached hereto as **Exhibit KK** are true and correct excerpts from the March 3, 2018 deposition of ZeQing Xu, held in San Diego, California.

41. Attached hereto as **Exhibit LL** are true and correct excerpts from the March 9, 2018 deposition of Nadine Brunner, held in Boston, Massachusetts.

42. Attached hereto as **Exhibit MM** are true and correct excerpts from the March 10, 2018 deposition of Lars Christoffer Stromstedt, held in New York, New York.

43. Attached hereto as **Appendix 1** is a compendium containing true and correct excerpts of the deposition testimony referenced herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of March, 2018, at New York, New York.

    Respectfully submitted,

    /s/ Byron Pacheco
    Byron Pacheco
    BOIES SCHILLER FLEXNER LLP
    575 Lexington Avenue
    New York, NY 10022
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    bpacheco@bsfllp.com

    *Counsel for Plaintiffs*