# Exhibit F

| | |
|---|---|
| **From:** | Juan Valdivieso |
| **To:** | Smychkovich, Natalia |
| **Cc:** | Sean Rodriguez; Dawn Smalls; Joshua Libling; Byron Pacheco; Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; Wolosz, Justin J.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.; James Lyons; Diane Hazel; O"Keefe, Kevin P.; Cahill, Mark |
| **Subject:** | RE: Beltran, et al. v. InterExchange, et al. - Brasileiro Deposition |
| **Date:** | Sunday, February 4, 2018 9:36:03 PM |

Natalia,

The nature of Ms. Brasileiro's "motivation in filing this action . . . is irrelevant to whether [Cultural Care] violated the FLSA." *Haught v. U.S. Engineering Contractors Corp.*, 2009 WL 36591, at *3 (S.D. Fla., Jan. 6, 2009); *see also Dole v. International Association Managers, Inc.*, 1991 WL 270194 at *4, (D. Ariz. 1991) (motivation of complainants irrelevant to the merits of plaintiff's allegations).  Moreover, Ms. Brasileiro's decision to rejoin the au pair program and the conduct of her current employer are also irrelevant to whether Cultural Care "properly paid its employees and otherwise complied with the [FLSA's] requirements." *Chao v. Westside Drywall, Inc.*, 254 F.R.D. 651, 660 (D. Or. 2009).  Indeed, "all testimony of Plaintiff's current employers is inadmissible because it is wholly irrelevant to the issue of whether or not Plaintiff received adequate compensation from [Cultural Care] under the FLSA" and evidence of any agreement by a "Plaintiff with either [Cultural Care] or any other of the Plaintiff's former or current employers to work for less than minimum wage or overtime wages is not admissible because it is not relevant to any permissible defense." *Campos v. Zopounidis*, 2011 WL 4852491, at *3 (D. Conn., Oct. 13, 2011).

You are not entitled to irrelevant discovery simply because an au pair has decided to sue your client.  Indeed your email fails to provide any legal authority for this position or to explain your rationale.  That an au pair has decided to vindicate her rights under the FLSA does not give you license to intimidate or harass her with irrelevant questions.  Please explain your assertion of relevance and point us to any authority you have within 48 hours.  We will consider your position and determine whether to raise this issue with the Court.

Regards,

Juan

**Juan P. Valdivieso, Esq.**
Associate

**BOIES SCHILLER FLEXNER** LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com
www.bsfllp.com

**From:** Smychkovich, Natalia [mailto:nsmychkovich@choate.com]

**Sent:** Sunday, February 04, 2018 2:22 PM
**To:** Juan Valdivieso
**Cc:** Sean Rodriguez; Dawn Smalls; Joshua Libling; Byron Pacheco; Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; Wolosz, Justin J.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.; James Lyons; Diane Hazel; O'Keefe, Kevin P.; Cahill, Mark
**Subject:** RE: Beltran, et al. v. InterExchange, et al. - Brasileiro Deposition

Juan,

Questions pertaining to Ms. Brasileiro's decision to re-join the au pair program at the same stipend level in 2017, after she affirmatively elected to press claims against Cultural Care for unfair wages arising out of her prior participation in the au pair program, are relevant. We are not planning to avoid this line of questioning in any future depositions that involve similar facts. If you disagree with our position, we invite you to arrange a conference pursuant to Fed. R. Civ. P. 26(c)(1).

The case you cited has no bearing here, just as your suggestion of retaliation is entirely inappropriate. If you have any other justification for your insinuations, please state it.

Your confidentiality designation is noted. I expect that you will put the designation in writing once you receive the transcript in accordance with the procedures set forth in the protective order.

Best,
Natalia

---

From: Juan Valdivieso [JValdivieso@BSFLLP.com]
Sent: Sunday, February 04, 2018 11:09 AM
To: Smychkovich, Natalia
Cc: Sean Rodriguez; Dawn Smalls; Joshua Libling; Byron Pacheco; Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; Wolosz, Justin J.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.; James Lyons; Diane Hazel; O'Keefe, Kevin P.
Subject: RE: Beltran, et al. v. InterExchange, et al. - Brasileiro Deposition

Natalia,

Because Ms. Brasileiro joined the lawsuit as a Cultural Care au pair and was noticed and deposed by Cultural Care, we are designating any mention or discussion of her current host family with whom she matched through another sponsor to be Highly Confidential - Attorneys' Eyes Only. We reserve the right to make further designations upon review of the transcript, but wanted to bring this to your attention immediately.

We reiterate our objections stated on the record – we believe questioning into this area is irrelevant, harassing, and designed to intimidate this witness and discourage other au pairs from opting in to this lawsuit. We trust that neither your client nor any other defendant will use this information for any kind of retaliation against the witness. See Quintanilla v. Suffolk Paving Corp. (E.D.N.Y., Sept. 17, 2012, No. 09-CV-5331 AKT) 2012 WL 4086805, at *7 (allowing plaintiff to add retaliation claim based on former employer's threat implicit in communicating with current employer during deposition).

Regards,

Juan

Juan P. Valdivieso, Esq.
Associate


BOIES SCHILLER FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com<mailto:jvaldivieso@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

From: Juan Valdivieso
Sent: Saturday, February 03, 2018 4:40 AM
To: 'Lukey, Joan'; 'Kruzer, Lyndsey M.'; 'Wolosz, Justin J.'; 'Rudman, Samuel N.'; 'Boyd, Patrick S.'; 'Selden, Virginia I.'; 'James Lyons'; 'Diane Hazel'; 'O'Keefe, Kevin P.'
Cc: Sean Rodriguez; Dawn Smalls; Joshua Libling; Byron Pacheco; Maria Guarisco
Subject: RE: Beltran, et. al. v. InterExchange, et. al. - Production

Counsel,

We are producing documents from Ms. Brasileiro that I received only last night (her deposition is at 9 am today). The documents are stamped BRASILEIRO_000109 through BRASILEIRO_000200 and have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.

Regards,

Juan

Juan P. Valdivieso, Esq.
Associate


BOIES SCHILLER FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com<mailto:jvaldivieso@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

From: Maria Guarisco

Sent: Thursday, February 01, 2018 3:46 PM
To: Lukey, Joan; 'Kruzer, Lyndsey M.'; 'Wolosz, Justin J.'; 'Rudman, Samuel N.'; 'Boyd, Patrick S.'; 'Selden, Virginia I.'; 'James Lyons'; 'Diane Hazel'; 'O'Keefe, Kevin P.'
Cc: Sean Rodriguez; Dawn Smalls; Joshua Libling; Byron Pacheco; Juan Valdivieso
Subject: Beltran, et. al. v. InterExchange, et. al. - Production

Counsel:

On behalf of Plaintiffs, we are producing documents numbered BRASILEIRO_000001- BRASILEIRO_000108 and ZANGA TAYIDA_000001- ZANGA TAYIDA_000062, which we have identified as responsive to Cultural Care, Inc.'s Interrogatories and Requests for Production to FLSA Opt-In Plaintiffs.

To access this production, please use the credentials below. If you would prefer to use FileZilla, I have attached instructions to this email.

https://bsfftp.bsfllp.com/thinclient/<https://bsfftp.bsfllp.com/thinclient/>

Username: ▮▮▮▮
Password: ▮▮▮▮▮

The passwords to the document files are below:

Priscilla Brasileiro (BRASILEIRO_000001- BRASILEIRO_000108): ▮▮▮▮▮
Anais Marine Patience Zanga Tayida (ZANGA TAYIDA_000001- ZANGA TAYIDA_000062): ▮▮▮▮▮

Regards,
Maria


Maria Guarisco
Paralegal


BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212-446-2347
mguarisco@bsfllp.com<mailto:mguarisco@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

_____
The information contained in this electronic message is confidential information intended

only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at [choate.com](choate.com)