IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al;
and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al;

    Defendants.

## DEFENDANT INTEREXCHANGE, INC.'S MOTION TO RESTRICT

Pursuant to D.C.COLO.LCivR 7.2, Defendant InterExchange, Inc. ("InterExchange") moves for a Level 3 restriction on access to Exhibit G of its Motion to Compel Discovery filed on April 4, 2018 (Dkt. #970-7), and Motion to Restrict filed on April 6, 2018 (Dkt. #975 and #976).

1. On March 21, 2018, unsolicited, Plaintiffs' counsel provided to counsel for InterExchange survey questionnaires completed by two InterExchange opt-in plaintiffs.

2. On that same date, Plaintiffs' counsel informed InterExchange that Plaintiffs' counsel sent the survey questionnaires to InterExchange in error and asked InterExchange to disregard them. In this March 21, 2018 email to InterExchange, Plaintiffs' counsel did not assert any privilege as to the responses to the survey questionnaires.

3.      On April 6, 2018, two days after InterExchange filed its Motion to Compel Discovery, Plaintiffs' counsel emailed counsel for InterExchange, claimed for the first time that the responses to survey questionnaires sent to InterExchange on March 21, 2018 and attached to the Motion to Compel Discovery as Exhibit G are protected by the attorney-client privilege and the work product doctrine, and informed InterExchange that they sought to claw back the survey responses pursuant to Rule 26.[1]

4.      In response to Plaintiffs' counsel's post-filing privilege assertion to the information contained in Exhibit G of InterExchange's Motion to Compel Discovery, InterExchange filed a Motion to Restrict Exhibit G (Doc. #975 and #976). InterExchange filed its Motion to Restrict Exhibit G for compliance with Rule 26(b)(5)(B), and does not stipulate to any claim of privilege or work product, or that Plaintiffs have effected claw back of Exhibit G to InterExchange's Motion to Compel.

5.      InterExchange mistakenly filed its Motion to Restrict without the correct Level of restriction on April 6, 2018.  The first filing was not restricted at all, and the second filing was filed with a Level 1 restriction. As such, InterExchange immediately attempted to contact the Court clerk regarding this error on April 6, 2018, however, it was late in the day and the clerk was not available. The next business day, InterExchange promptly contacted the clerk again, and the clerk placed a Level 3

---

[1] InterExchange inadvertently included information in Exhibit G of its Motion to Compel Discovery which is subject to protection under Fed. R. Civ. P. 5.2(a)(2). The month and day of an individual's date of birth is to be redacted from filings made with the Court. InterExchange will file an Amended Exhibit G to InterExchange's Motion to Compel Discovery with the proper redactions to the date of birth of the two individuals identified in the documents should the Court find Exhibit G does not require a Level 3 restriction.

2

restriction on Dkt. Nos. 970-7 (Exhibit G), 975-1 (Amended Exhibit G), and 976. InterExchange files this current Motion to Restrict Dkt. Nos. 970-7 (Exhibit G), 975, and 976 to correct its prior filings in Dkt. Nos. 975 and 976.

6. Plaintiffs' counsel represented to InterExchange that they will provide their position with respect to privilege and work product protection of Dkt. No. 970-7 (Exhibit G) in a subsequent filing.

Therefore, InterExchange respectfully requests that Dkt. Nos. 970-7 (Exhibit G), 975, and 976 be restricted at Level 3.

DATED this 11th day of April, 2018.

Respectfully submitted,

*s/Brooke A. Colaizzi*
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bcolaizzi@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: rdeeny@shermanhoward.com
Email: jhunt@shermanhoward.com
Email: alevy@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2018, I electronically filed the foregoing **DEFENDANT INTEREXCHANGE, INC.'S MOTION TO RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO  80218
Email: alex@towardsjustice.org

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email: brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

Kathryn A. Reilly
Natalie E. West
Brett M. Mull
V. William Scarpato III
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email: reilly@wtotrial.com
Email: West@wtotrial.com
Email: Mull@wtotrial.com
Email: Scarpato@wtotrial.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1745 Broadway, 22nd Floor
New York, NW 10019
Email: joseph.cartafalsa@ogletree.com
Email: Robert.tucker@ogletree.com
Email:  Stephen.macri@ogletree.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Joan A. Lukey  
Robert M. Buchanan, Jr.  
Michael T. Gass  
Justin J. Wolosz  
Lyndsey M. Kruzer  
Kevin P. O'Keefe  
Samuel N. Rudman  
CHOATE HALL & STEWART LLP  
Two International Place  
Boston, MA 82110  
Email: joan.lukey@choate.com  
Email: rbuchanan@choate.com  
Email: mgass@choate.com  
Email: jwolosz@choate.com  
Email: lkruzer@choate.com  
Email: kokeefe@choate.com  
Email: srudman@choate.com  

James M. Lyons  
Jessica L. Fuller  
Diane R. Hazel  
LEWIS ROCA ROTHGERBER  
    CHRISTIE LLP  
One Tabor Center, Suite 3000  
1200 Seventeenth Street  
Denver, CO 80202  
Email: jlyons@lrrc.com  
Email: jfuller@lrrc.com  
Email: dhazel@lrrc.com  

Bogdan Enica  
Bogdan Enica, Attorney at Law  
111 Second Avenue, NE, Suite 213  
St. Petersburg, FL 33701  
Email: Bogdane@hotmail.com  

Susan Penniman Klopman  
H & K Law, LLC  
3900 East Mexico Ave, Suite 330  
Denver, CO 80210  
Email: sklopman@hklawllc.com  

Thomas B. Quinn  
Peggy E. Kozal  
Jennifer W. Vedra  
Nathan A. Huey  
Jennifer Arnett-Roehrich  
GORDON & REES, LLP  
555 17th Street, Suite 3400  
Denver, CO 80202  
Email: tquinn@gordonrees.com  
Email: pkozal@gordonrees.com  
Email: jvedra@gordonrees.com  
Email: nhuey@gordonrees.com  
Email: jarnett-roehrich@gordonrees.com  

Meshach Y. Rhoades  
Martin Estevao  
Vance O. Knapp  
ARMSTRONG TEASDALE LLP  
4643 S. Ulster St., Suite 800  
Denver, CO 80237  
Email:mrhoades@armstrongteasdale.com  
Email: mestevao@armstrongteasdale.com  
Email: vknapp@armstrongteasdale.com  

Eric J. Stock  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY 10166-0193  
Email: estock@gibsondunn.com  

Sean P. Rodriguez  
Juan P. Valdivieso  
Boies Schiller Flexner LLP  
1999 Harrison Street, Suite 900  
Oakland, CA 94612  
Email: srodriguez@bsfllp.com  
Email: jvaldivieso@bsfllp.com

Sigrid S. McCawley
Sabria McElroy
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email: smccawley@bsfllp.com
Email: smcelroy@bsfllp.com

Matthew L. Schwartz
Peter M. Skinner
Dawn L. Smalls
Randall W. Jackson
Joshua J. Libling
Byron Pacheco
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email: dsmalls@bsfllp.com
Email:  rjackson@bsfllp.com
Email: jlibling@bsfllp.com
Email: bpacheco@bsfllp.com

James E. Hartley
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO  80302
Email: jhartley@hollandhart.com

*s/ Laura Lewis*

7