IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al;
and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al;

    Defendants.

**DEFENDANT INTEREXCHANGE, INC.'S MOTION
TO WITHDRAW DKT. #975 AND #976**

Defendant InterExchange, Inc. ("InterExchange") moves to withdraw its Motion to Restrict filed on April 6, 2018 (Dkt. #975 and #976).

1. On April 6, 2018, InterExchange filed a Motion to Restrict, but erroneously filed it with a Level 1 restriction instead of a Level 3 restriction. InterExchange contemporaneously herewith files the correct Motion to Restrict with a Level 3 restriction.

2. The Motion to Restrict filed contemporaneously herewith covers both Exhibit G to InterExchange's Motion to Compel discovery filed April 4, 2018 (Dkt. No 970-7), as well as the erroneous Motion to Restrict for a Level 1 restriction (Dkt. #975 and #976).

48303915.1

3. InterExchange files this Motion to Withdraw to ensure compliance with Rule 26(b)(5)(B), pursuant to Plaintiffs' privilege claim made on April 6, 2018, and does not stipulate to any claim of privilege or work product, or that Plaintiffs have effected clawback of Exhibit G to InterExchange's Motion to Compel Discovery.

4. Plaintiffs' counsel represented to InterExchange that they will provide their position with respect to privilege and work product protection of Dkt. No. 970-7 (Exhibit G) in a subsequent filing.

Therefore, InterExchange respectfully requests that Dkt. Nos. 975 and 976 be withdrawn.

DATED this 10th day of April, 2018.

Respectfully submitted,

*s/Brooke A. Colaizzi*
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bcolaizzi@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: rdeeny@shermanhoward.com
Email: jhunt@shermanhoward.com
Email: alevy@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

48303915.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2018, I electronically filed the foregoing **DEFENDANT INTEREXCHANGE, INC.'S MOTION TO WITHDRAW DOC. #975 AND #976** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO  80218
Email: alex@towardsjustice.org

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1745 Broadway, 22nd Floor
New York, NW 10019
Email: joseph.cartafalsa@ogletree.com
Email: Robert.tucker@ogletree.com
Email:  Stephen.macri@ogletree.com

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email: brian@rietzlawfirm.com

Kathryn A. Reilly
Natalie E. West
Brett M. Mull
V. William Scarpato III
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email: reilly@wtotrial.com
Email: West@wtotrial.com
Email: Mull@wtotrial.com
Email: Scarpato@wtotrial.com

Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

48303915.1

| | |
|---|---|
| Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>Samuel N. Rudman<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 82110<br>Email: joan.lukey@choate.com<br>Email: rbuchanan@choate.com<br>Email: mgass@choate.com<br>Email: jwolosz@choate.com<br>Email: lkruzer@choate.com<br>Email: kokeefe@choate.com<br>Email: srudman@choate.com | Thomas B. Quinn<br>Peggy E. Kozal<br>Jennifer W. Vedra<br>Nathan A. Huey<br>Jennifer Arnett-Roehrich<br>GORDON & REES, LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>Email: tquinn@gordonrees.com<br>Email: pkozal@gordonrees.com<br>Email: jvedra@gordonrees.com<br>Email: nhuey@gordonrees.com<br>Email: jarnett-roehrich@gordonrees.com |
| James M. Lyons<br>Jessica L. Fuller<br>Diane R. Hazel<br>LEWIS ROCA ROTHGERBER<br>    CHRISTIE LLP<br>One Tabor Center, Suite 3000<br>1200 Seventeenth Street<br>Denver, CO 80202<br>Email: jlyons@lrrc.com<br>Email: jfuller@lrrc.com<br>Email: dhazel@lrrc.com | Meshach Y. Rhoades<br>Martin Estevao<br>Vance O. Knapp<br>ARMSTRONG TEASDALE LLP<br>4643 S. Ulster St., Suite 800<br>Denver, CO  80237<br>Email:mrhoades@armstrongteasdale.com<br>Email: mestevao@armstrongteasdale.com<br>Email: vknapp@armstrongteasdale.com |
| Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 Second Avenue, NE, Suite 213<br>St. Petersburg, FL  33701<br>Email: Bogdane@hotmail.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Email: estock@gibsondunn.com |
| Susan Penniman Klopman<br>H & K Law, LLC<br>3900 East Mexico Ave, Suite 330<br>Denver, CO 80210<br>Email: sklopman@hklawllc.com | Sean P. Rodriguez<br>Juan P. Valdivieso<br>Boies Schiller Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Email:  srodriguez@bsfllp.com<br>Email:  jvaldivieso@bsfllp.com |

4

48303915.1

| | |
|---|---|
| Sigrid S. McCawley<br>Sabria McElroy<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL  33301<br>Email: smccawley@bsfllp.com<br>Email: smcelroy@bsfllp.com | Matthew L. Schwartz<br>Peter M. Skinner<br>Dawn L. Smalls<br>Randall W. Jackson<br>Joshua J. Libling<br>Byron Pacheco<br>Boies, Schiller & Flexner, LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY  10022<br>Email:  mlschwartz@bsfllp.com<br>Email:  pskinner@bsfllp.com<br>Email: dsmalls@bsfllp.com<br>Email:  rjackson@bsfllp.com<br>Email: jlibling@bsfllp.com<br>Email: bpacheco@bsfllp.com |
| | James E. Hartley<br>HOLLAND & HART LLP<br>1800 Broadway, Suite 300<br>Boulder, CO  80302<br>Email: jhartley@hollandhart.com |
| | *s/ Laura Lewis* |