# Exhibit 434

Annex 1

Confidential

Page 182

1    overview of the J program in particular, with
2    emphasis on summer work and travel because that's
3    their biggest program.
4        Q.    And this is during the last month of your
5    tenure as executive director, correct?
6        A.    Yes.
7        Q.    And it's fair to say that you presented an
8    update on political challenges and expected
9    regulatory changes affecting J-1 sponsor programs; is
10   that correct?
11       A.    Correct.
12       Q.    And among those sponsor programs is the Au
13   Pair Program?
14       A.    The Au Pair Program wouldn't have been --
15   gotten much business (sic) presentation because they
16   don't do the Au Pair Program.
17       Q.    I see.
18       A.    You see most of it is about summer work
19   and travel if you look at the slides.
20       Q.    I see.  If you can turn to page 19206 --
21       A.    19206 -- where is that? -- right.
22       Q.    -- there is a slide on the Au Pair

Page 183

1    Program?
2        A.    Right.
3        Q.    Okay.  And does this slide provide
4    information on political challenges and expected
5    regulatory changes?
6        A.    It was just a way of flagging a couple --
7    well, the issue that was out there about local wage
8    versus -- local minimum wage versus a federal
9    stipend.
10       Q.    And what was the issue?
11       A.    The one we've been discussing today.
12       Q.    Okay.  And do you recall how you presented
13   this issue in this presentation?
14       A.    I don't.  But again, I think it would have
15   been very briefly because this was -- this is not a
16   direct interest to them.
17       Q.    Do you know why you included the Fair
18   Labor Standards Act in a slide discussing the au pair
19   stipend?
20       A.    Well, the Fair Labor Standards Act had
21   been invoked by the state department and that's
22   probably why.

Page 184

1        MS. REYES:  I need to take a break.
2        THE VIDEOGRAPHER:  The time is now 4:05.
3    Going off the record.
4        (A break was taken.)
5        THE VIDEOGRAPHER:  We're back on the
6    record.  The time is now 4:14.
7        MR. VALDIVIESO:  Mr. McCarry, I'm going to
8    hand you Exhibit 15.  It's an AIFS document ending in
9    3685.  It is marked highly confidential attorneys'
10   eyes only.  Under the protective order, it's
11   appropriate for me to show this witness because he's
12   a recipient.
13       (Exhibit Number 15 was marked for
14   identification and was attached to the deposition.)
15       BY MR. VALDIVIESO:
16       Q.    Have you had a chance to review Exhibit
17   No. 15, Mr. McCarry?
18       A.    Yes.
19       Q.    And are you familiar with Exhibit No. 15?
20       A.    Yes.
21       Q.    What is Exhibit No. 15?
22       A.    It's an email exchange between myself and

Page 185

1    Ruth Ferry with Goran Rannefors copied in about an
2    Alliance meeting of au pair sponsors and who should
3    be invited.
4        Q.    Do you recall why you were consulting
5    those particular individuals in deciding who should
6    be invited?
7        A.    I was at a conference with Goran and we
8    discussed it, about whether we should invite
9    non-Alliance members to our meeting.  And I asked
10   Ruth as -- after I talked to Goran and that talk was
11   inconclusive, I asked Ruth for her opinion.  And as
12   you see she said, let's invite them.
13       Q.    And you referred to certain outliers.  You
14   said:  "Since ECA has turned this into an all sponsor
15   meeting, should we consider inviting outliers to our
16   premeeting"?
17       A.    Right.
18       Q.    What did you mean by "outliers"?
19       A.    Nonmembers.  The sequence of events here
20   was we had -- the Alliance asked for a meeting and
21   then ECA agreed but said there was going to be an all
22   sponsor meeting, not just an Alliance meeting.

Confidential

Page 186

1    Q.   And Ms. Ferry said in her email that it
2  was a good idea to -- strike that.
3    A.   Yes.
4    Q.   Okay.  And Ms. Ferry expressed in her
5  email that she thought that the Alliance should
6  invite the nonmember sponsors to the meeting; is that
7  right?
8    A.   Right.
9    Q.   And did you agree with her that it would
10 be an opportunity to see how the -- well, she wrote:
11 "Might be an opportunity for them to see how we work
12 together and promote their involvement in the
13 Alliance"?
14   A.   Yes.
15   Q.   Did you agree with her?
16   A.   Yes.
17   Q.   And so ultimately, you invited all the
18 sponsors?
19   A.   Yes, um-hum.  Yeah.  We made the judgment
20 it was an opportunity to perhaps promote membership
21 in the Alliance, which we always think is a good
22 thing.

Page 187

1        MR. VALDIVIESO:  I'm going to hand you
2  Exhibit 16.  It's a Cultural Care document ending in
3  9191.  It is also marked highly confidential,
4  attorneys' eyes only.  Again under the protective
5  order, it's proper to show this witness because he is
6  a recipient of the document.
7        (Exhibit Number 16 was marked for
8  identification and was attached to the deposition.)
9        MR. VALDIVIESO:  And it was also marked as
10 Exhibit 21 in the Rannefors deposition.
11       BY MR. VALDIVIESO:
12   Q.   Have you had a chance to review Exhibit
13 No. 16, Mr. McCarry?
14   A.   Yes.
15   Q.   Are you familiar with Exhibit 16?
16   A.   Yes.
17   Q.   What is Exhibit 16?
18   A.   Helene Young, again, an Alliance member,
19 reported to me via email about a phone conversation
20 she had with Maha, M-A-H-A -- I assume a phone
21 conversation -- at the state department.
22   Q.   And then you forwarded that information to

Page 188

1  Mr. Rannefors; is that correct?
2    A.   I did.
3    Q.   Why did you forward that information to
4  Mr. Rannefors?
5    A.   Judging from the date in her message, we
6  were at a conference together and I wanted to get his
7  views on it.
8    Q.   Do you believe that you, in fact,
9  discussed the information that Ms. Young forwarded to
10 you with Mr. Rannefors?
11   A.   Yes.
12   Q.   And do you recall what you discussed?
13   A.   No.
14   Q.   And is this an example of your receiving
15 information from one sponsor and transmitting it to
16 another sponsor?
17       MS. REYES:  Objection as to form.
18   A.   Yes.
19       MS. REYES:  I just want the record to
20 reflect the witness had already testified that it was
21 not from a sponsor.
22   A.   Not from an Alliance member.

Page 189

1        MS. REYES:  My apologies.
2        MR. VALDIVIESO:  I'm sorry.  Let's make
3  the record clear.
4        First of all, I move to strike.  Let's
5  keep the objections to form, and the person who is
6  testifying here is Mr. McCarry.  But in any event,
7  I'd like to clarify the record.
8        BY MR. VALDIVIESO:
9    Q.   Are you aware of if USAuPair is an au pair
10 sponsor agency?
11   A.   They are an au pair sponsor.
12   Q.   And is your testimony still, as you've
13 said, in response to the answer, which is was this an
14 example of you receiving information from one sponsor
15 agency and transferring it to another sponsor?
16   A.   I received information from one sponsor
17 about the state department and shared that with
18 another sponsor, yes.
19       MR. VALDIVIESO:  I'm handing you Exhibit
20 17.  It's an Au Pair Foundation document ending in
21 408.  It does not bear any confidentiality
22 designation.  It was also marked as Exhibit 19 in the

MAGNA
LEGAL SERVICES

Case No. 1:14-cv-03074-CMA-KMT   Document 989   filed 04/13/18   USDC Colorado   pg 4 of 35
Annex 1
Case 1:14-cv-03074-CMA-KMT   Document 903-30   Filed 09/27/17   USDC Colorado   Page 16 of 266

# Exhibit 22

Annex 1

| | |
|---|---|
| **From:** | Michael McCarry(MMcCarry@alliance-exchange.org) |
| **To:** | Ruth Ferry |
| **CC:** | Goran.Rannefors@culturalcare.com |
| **BCC:** | |
| **Subject:** | Re: Meeting |
| **Sent:** | 3/19/2011 04:28:49 PM 0000 (GMT) |
| **Attachments:** | |

Thanks, Ruth. I'll proceed along the lines you suggest M

Sent from my iPhone

On Mar 19, 2011, at 3:22 PM, "Ruth Ferry" <rferry@aifs.com> wrote:

> Hi Mike and Goran,
>
> I think we invite them to our pre-meeting. Might be an opportunity for them to see how we work together and promote their involvement in Alliance.
>
> Some of the issues may be stemming from how some of the smaller organizations are operating. Sally had called me recently for input on issues she was working out with one organization and issue of bonds.
>
> Mike, I will call you next week.
>
> Ruth
>
> ----- Original Message -----
> From: Michael McCarry <MMcCarry@alliance-exchange.org>
> To: Ruth Ferry
> Cc: Goran Rannefors <Goran.Rannefors@culturalcare.com>
> Sent: Sat Mar 19 06:12:46 2011
> Subject: Meeting
>
> Since ECA has turned this into all sponsor meeting, should we consider inviting outliers to our pre-meeting?
>
> I'm with Goran at Wetm and he doesn't have strong feeling either way.
>
> Tks M
>
> Ps back at my desk Wednesday
>
>
> Sent from my iPhone

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                    **AIFS0003685**
PLAINTIFFS' RESP. APP.0000776

# Exhibit 28

Annex 1

Message

| | |
|---|---|
| **From**: | Steve [slehan@aupairint.com] |
| **Sent**: | 4/18/2011 4:11:03 PM |
| **To**: | Michael McCarry [/O=ALLIANCE-EXCHAN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MMCCARRY] |
| **Subject**: | Alliance Meeting |

Hello Michael

I did communicate with Ruth of Au Pair in America that I will be attending the Alliance meeting on behalf of Au Pair International.  But I am sending a note along directly to you as well.  Thanks to you and the organization for putting this together.

Steve Lehan


**Au Pair International**

4450 Arapahoe Ave, Suite 100
Boulder, Colorado 80303
720 226-9014 direct
720 221-3563 main
720 221-0724 fax

www.aupairint.com

CONFIDENTIAL
ALLI-008956

Annex 1

# Exhibit 20

Annex 1

Message

| | |
|---|---|
| **From**: | Ruth Ferry [rferry@aifs.com] |
| **Sent**: | 4/14/2011 1:00:20 PM |
| **To**: | Michael McCarry [/O=ALLIANCE-EXCHAN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MMCCARRY] |
| **Subject**: | Proposed Agenda for Au Pair Sponsor Pre-Meeting at Alliance |
| **Attachments**: | Alliance Meeting_au pair sponsors_prpsd agnd.docx |

Mike,

Attached is a proposed agenda for our pre-meeting next Tuesday.  Would you suggest we move forward with this or alter?

Updates on contacts with sponsors:
- Received a message from Stephen Lehan of Au Pair International – he will be attending pre-meeting and may have emailed you by now to confirm.
- Spoke with Lawrence Mason of International Au Pair Exchange – believe he is the 'driver' of the program but not traveling east for this program.  Jason Ankeny is part-owner.  They did manage to get an 'audience' with Karen/Maha on Tues AM so likely Jason will show at the Alliance for a brief period and then cut out to meet with Karen Hawkins.
- No word yet from Mark Gaulter of Expert Au Pair

Let me know how you'd like to handle the agenda.

Thanks
Ruth

Ruth Frizell Ferry
Sr Vice President and Director
Au Pair in America
203-399-5025
aupairinamerica.com

CONFIDENTIAL
ALLI-003749

Annex 1

# Exhibit 21

## Alliance Meeting

Au Pair Sponsors

Tuesday April 19, 2011

10:00 a.m. – 2:00 p.m.

Agenda Items:

Introductions—au pair sponsors

About the Alliance—introduction of mission and activities for non-members

Discussion of Department of State agenda items:

- Program administration
- Regulatory compliance
- Pending program regulations
- Education requirements for au pairs
- Management audits
- Database of complaints/incidents: review of proposed reporting template
- Performance bonds

Review of 'reminders' issued to sponsors in Maha Ammar's communication of April 11th

Other items sponsors would like to address with DOS

Observations of program regulation and oversight—considerations for the future

CONFIDENTIAL

# Exhibit 89

| | |
|---|---|
| **From:** | Michael McCarry(MMcCarry@alliance-exchange.org) |
| **To:** | Ana Fass; William Gertz; Bill@asse.com; Bill Kapler; bkapler@goaupair.com; ce@asse.com; goran.rannefors@ef.com; Heidi Woehl; InterExchange/Christine La Monica-Lunn; Jackie Sant-Myerhoff; jwilhelm@intraxinc.com; Linda James; Linda Mori; MOvermann@alliance-exchange.org; Michael McHugh; Natalie Jordan; Paul Christianson (Paul Christianson); Ruth Ferry; Susan Hayes; Susan Robinson; Thomas Kiechle; Tom Areton; twilson@goaupair.com; uchristianson@interexchange.org |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Updates on April 19 meeting |
| **Sent:** | 4/1/2011 08:38:42 PM 0000 (GMT) |
| **Attachments:** | |

Colleagues - Just to confirm our schedule for April 19:

We'll convene at the Alliance at 10 to prepare for our afternoon meeting at ECA. Please come to the American Councils reception desk on the 12th floor and they will direct you to the conference room. We will bring in lunch before we leave for ECA.

Because State has decided to invite all au pair sponsors to the meeting, we will invite non-Alliance sponsors to join us for the prep meeting. Some of you will recall that we did this on an earlier occasion, and our motivations are the same: to ensure that all sponsors have a common understanding of regulatory requirements, and to gently promote Alliance membership by demonstrating how sponsors work together on a common policy agenda.

Look forward to seeing you in a few weeks - if you have not yet RSVP'd, please let us know you'll be coming.

Finally and probably very obvious, this meeting is contingent on the government being open and operating on April 19. No one can predict that situation, and there's no option but to plan for our meeting as scheduled.

Best, Michael

--

**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org
Follow us on Twitter

Like us on Facebook



***2011 International Exchange Locator available for order!***
*http://www.alliance-exchange.org/alliance-store*

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                    **AIFS0003687**
PLAINTIFFS' RESP. APP.0000778

Annex 1

# Exhibit 92

PLAINTIFFS' RESP. APP.0000784

Annex 1

DRAFT
Internal Use Only

Au Pair Sponsor Meeting with The Department of State
April 19, 2011

In attendance:
ECA Representatives:  Stanley Colvin, Maha Ammar, Karen Hawkins, Susan Geary, Jackie Chism(?), Nicole Deaner, Dan ?, John Fleming

Program Sponsors:  Bill Kapler, GoAu Pair, Goran Rannefors and Natalie Jordan, Cultural Care Au Pair; Ana Fass, EuroPair, Christine Lamonica-Lunn and Michael McHugh, InterExchange Au Pair USA, Heidi Woehl and Sarah McNamara, Au Pair Care, Linda Mori, CHI; Stacey Frank, Agent Au Pair; Helene Young, USAuPair; Jason Ankeny, The International Au Pair Exchange; Mark Gaulter, Expert Au Pair; Stephen Lehan, Au Pair International; Ruth Ferry and Jean Quinn, Au Pair in America.  Au Pair Foundation via conference call.

Alliance Representatives:  Michael McCarry, Mark Overman

Summary of ECA Presentation:

Stanley reported:
> 150,000 au pairs have participated since the program's inception in 1986. Annual numbers have declined 10-15% in the past few years.  Volume in 'active status': 2008 – 17,000; 2009—15,400; 2010—13,014; 2011—14,700
> Complaints/Incidents received by the Department since 2009: 22 complaints; 78 incidents (10 of which were sexual assault; 3 deaths).

Stanley emphasized that the #1 objective of the Department was to support exchange participants to establish positive impressions of the U.S.

The complaint/incident reporting form distributed by the Department to the sponsors last week was reviewed.  Going forward the Department requests this form be used for reporting.
**Incidents**:  The litmus test for what is to be reported to the Department:  Sponsors should consider, if the situation/controversy/allegation(s) are covered by the local and/or national media cause embarrassment and/or disrepute to the sponsor or the Department.  If the answer is yes, sponsors should report the situation/controversy/allegation(s) to the Department.
**Complaints:**  are reportings by the participant (au pair) or third party to the Department of any situation/controversy/allegation(s) of abuse and/or exploitation.

Stanley and John Fleming cautioned that you cannot over report.  There is no penalty for reporting.  The Department does not want any surprises.

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                                    **AIFS0003868**

Annex 1

Management audits
The Department uses audit information for trend analysis and personally identifiable information is not transparent.  Stanley recalled only one request for access to the annual audits being requested and information was not released.

Audit Templates:  Stanley requested any recommendations for changes to the audit template be submitted to Maha.

Education Rule Change:
Draft of the proposed rule change was distributed and discussed.  The rule change broadens the scope of opportunity for au pairs to fulfill the educational requirement to include accredited secondary academic institutions, continuing education programs and volunteer opportunities in the communities in which au pairs are placed.  Changes include opportunity for online courses coupled with a community component.  Families would be expected to pay up to $750 ($1,500 for EduCare).

Concerns were raised that the increase in stipend would deter families from joining the program given the recent 3-year increase in minimum weekly stipends.  Stanley felt the additional $20 per month should not deter the majority of families.  It was noted the rule should reflect the au pair is expected to complete the requirement with a stipend of **up to** $750 ($1,500 for EduCare).  With more options open, the outlay of funds by the families may be less.

Question of whether professional skills development courses would be permissible and adult education options were discussed.  Stanley requested that sponsors identify accrediting authorities for other adult education and/or professional skills development courses; and survey au pairs for their perspective on the educational component.  Stanley agreed that if sponsors submit information within one month; the education rule will be filed in one month following.

Subpart A rule:  Expected to be released in Fall 2011.
The minimum medical insurance coverage requirement in subpart A is expected to double to $200,000.  At present it is unclear as to whether the Obama Health Care Act will impact immigrants in country more than 90 days and thus the impact on sponsor requirements providing medical care policies.

Requirement of Citizenship:  section 62.31 (h) (1)
The current stipulation that both parents be U.S. citizens or legal permanent residents restricts participation for families of 'one parent' American citizenship.  Stanley agreed

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                    **AIFS0003869**
PLAINTIFFS' RESP. APP.0000786

Annex 1

to consider a notice that would effectively open the program to families with one-parent American citizenship and/or legal permanent resident.

Performance Bond:
Stanley encouraged all sponsors to review the ruling on bond requirements in the 1995 regulations, 22CFR Part 514, specifically in the preamble, section titled *Other Statutory Considerations*.  The bond requirement is a minimum wage violation and sponsors can expect to receive an email from Maha advising that the withholding of a security deposit is not within keeping of regulatory requirements.

Department of State Seal
Sponsors are not authorized to use the Department of State seal on printed or web materials without explicit approval from the Department.  Approval of such would/have been granted to sponsors of the Department's grant programs.

Department Web Resources:
Stanley suggested sponsors check the Department's web links for updates on postings, notices and rule changes.  Useful links include:

Private Sector Exchange link: http://exchanges.state.gov/jexchanges/... the following two links are found on this webpage.

Regulations and Compliance Administration link:
http://exchanges.state.gov/jexchanges/regs_and_resources.html

Au-pair Exchange Program link:  http://exchanges.state.gov/jexchanges/programs/aupair.html

Sponsors thanked Stanley for the opportunity to meet with the Department.  Finding the exchange of information and ideas very helpful, sponsors would welcome the opportunity to do so on a more regular basis.  Stanley suggested a sponsor meeting every two years.

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**                    **AIFS0003870**

# Exhibit 146

PLAINTIFFS' RESP. APP.0001469

Annex 1

Message

| | |
|---|---|
| **From:** | Michael McCarry [MMcCarry@alliance-exchange.org] |
| **Sent:** | 4/14/2011 8:09:46 PM |
| **To:** | Ana Fass [/O=ASEU/OU=ASSE/CN=RECIPIENTS/CN=Ana]; Bill Gertz [wgertz@aifs.com]; Bill Gustafson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F4e5773acb35427bb42bbe932ebb6a55-Bill Gustafson]; Bill Kapler [bkapler@alumni.princeton.edu]; bkapler@goaupair.com; Ce Parker [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7e24e4934c904a6a9a7c2e1b1476ca12-Ce Parker]; goran.rannefors@ef.com; Heidi Woehl [hwoehl@aupaircare.com]; InterExchange/Christine La Monica-Lunn [clamonica-lunn@interexchange.org]; Jackie Sant-Myerhoff [chijackie@chinet.org]; jwilhelm@intraxinc.com; Linda James [ljames@aupairamerica.co.uk]; Linda Mori [chilinda@chinet.org]; MOvermann@alliance-exchange.org; Michael McHugh [mmchugh@interexchange.org]; Natalie Jordan [natalie.jordan@ef.com]; Paul Christianson (Paul Christianson) [pchristianson@interexchange.org]; Ruth Ferry [rferry@aifs.com]; Susan Hayes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F4f157b619b643dd940618ef56d24a3b-Susan Hayes]; Susan Robinson [susan.robinson@ef.com]; tkiechle@aifs.de; Tom Areton [chitom@chinet.org]; twilson@goaupair.com; uchristianson@interexchange.org |
| **CC:** | Helene Young [hly@usaupair.com]; Stacey Frank [stacey@agentaupair.com]; Jason E. Ankeny [jankeny@tiape.org] |
| **Subject:** | Agenda |
| **Attachments:** | Au Pair meeting agenda.doc |

Colleagues – attached, courtesy of our Au Pair Task Force chair Ruth Ferry, is the agenda for our meeting on Tuesday, April 19.  See you then.  Best, Michael


--

**Michael McCarry**

Executive Director

Alliance for International Educational & Cultural Exchange

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)

http://www.alliance-exchange.org


Follow us on Twitter


Like us on Facebook

PLAINTIFFS' RESP. APP.0001470

Annex 1

*2011 International Exchange Locator available for order!*

*http://www.alliance-exchange.org/alliance-store*

PLAINTIFFS' RESP. APP.0001471

EAP0001553

## Alliance Meeting

### Au Pair Sponsors

Tuesday April 19, 2011

10:00 a.m. – 2:00 p.m.

Agenda Items:

Introductions—au pair sponsors

About the Alliance—introduction of mission and activities for non-members

Discussion of Department of State agenda items:

- Program administration
- Regulatory compliance
- Pending program regulations
- Education requirements for au pairs
- Management audits
- Database of complaints/incidents: review of proposed reporting template
- Performance bonds

Review of 'reminders' issued to sponsors in Maha Ammar's communication of April 11th

Other items sponsors would like to address with DOS

Observations of program regulation and oversight—considerations for the future

PLAINTIFFS' RESP. APP.0001472

EAP0001554

# Exhibit 211

PLAINTIFFS' RESP. APP.0001798

Case No. 1:14-cv-03074-CMA-KMT   Document 989   filed 04/13/18   USDC Colorado   pg 23 of 35
Annex 1
Case 1:14-cv-03074-CMA-KMT   Document 943-17   Filed 03/17/18   USDC Colorado   Page 62 of 159

Message

| | |
|---|---|
| **From:** | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960] |
| **Sent:** | 12/26/2013 4:11:42 PM |
| **To:** | Goran Rannefors [Goran.Rannefors@culturalcare.com] |
| **CC:** | Natalie Jordan [Natalie.Jordan@EF.com] |
| **Subject:** | RE: minimum wage? |

Maybe the second one is possible, but I think the political optics would be all wrong.  M

**From:** Goran Rannefors [Goran.Rannefors@culturalcare.com]
**Sent:** Thursday, December 26, 2013 11:07 AM
**To:** Michael McCarry
**Cc:** Natalie Jordan
**Subject:** minimum wage?

Hi Michael,
Could you please do us a favor and stop the legislation increasing minimum wage?
Or at least make sure we take out the tie to Au Pair stipend?
The first one will take some effort – but the second one might be possible?
Happy New Year!
G
This e-mail and any attachments may contain confidential and
privileged information. If you are not the intended recipient,
please notify the sender immediately by return e-mail, delete this
e-mail and destroy any copies. Any dissemination or use of this
information by a person other than the intended recipient is
unauthorized and may be illegal.

EXHIBIT 12
McCarry
1/26/18 Sb
PENGAD 800-631-6989

CONFIDENTIAL

ALLI-010107

PLAINTIFFS' RESP. APP.0001799

# Exhibit 65

Message

| | |
|---|---|
| **From**: | Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICHAEL MCCARRY989DD960] |
| **Sent**: | 3/18/2015 5:31:09 PM |
| **To**: | Bill Gertz [wgertz@aifs.com]; Ruth Ferry [rferry@aifs.com] |
| **CC**: | Shotwell, Lynn [lshotwell@councilforglobalimmigration.org]; Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mark Overmann6626bf2f]; Bob Dotchin [robert@advocacy.com] |
| **Subject**: | FW: Au pair concerns |

**Importance**:   High

Will let you know what I hear.  Have had multiple conversations w ECA today, but not RJL (yet).  Have to comment by COB today and really don't want to have to get cross-wise with them in public.  M

---

**From: Michael <MMcCarry@alliance-exchange.org>**
**Date: Wednesday, March 18, 2015 5:27 PM**
**To: Robin Lerner <LernerRJ@state.gov>**
**Cc: "Saba, G. Kevin" <SabaGK@state.gov>, Rick Ruth <ruthra@state.gov>**
**Subject: Au pair concerns**

Robin – tried to call you earlier, and as you are likely aware, I'm on the hook for a comment to the Washington Post reporter doing a story on the au pair lawsuit.

I did a phone interview with her yesterday, and she came back to me today for a comment on the following statement purportedly  from State Department:  "Employers who employ an au pair on a j-1 visa must adhere to local laws.  If the local minimum wage is higher than the Federal minimum wage – the way the standards are written – the employer needs to meet the rate of pay for the local or State minimum wage."

Sponsors feel (and I agree) that this has always been a federally administered exchange program and the ECA regs have been seen to have preemption over local requirements.  State has always told sponsors what the stipend will be (most recently in 2007) and the notion that state-level minimum wage applies, or that the stipend is a 'floor', are new to sponsors within the last few days.  There's nothing about these issues on the IRS website which specifies the stipend.  Of course, we would prefer a more consultative process (as has almost invariably been the case) before such a major change in the program is imposed, and hope we can facilitate such a discussion on an urgent basis.

We hope you will consider correcting, revising or retracting the statement above. The implications of the statement are very significant:

I need to comment for this article in the next few hours, and as things stand now, I would have to take issue with it on the merits and the process.  The Alliance does not want to be publicly in disagreement with the Department, especially on a issue with this much public visibility.  But we can't be silent on a story likely to have this much impact.

If the Department makes this statement now in the context of a lawsuit with an increasingly high profile, it likely will cause an ongoing public mess:  there's no implementation plan in place that we know of, the cost of the au pair program will increase for many families, and some families (who have valid agreements with au pair sponsors based on the common understanding of the au pair regs) will lose their au pairs because they cannot afford the stipend increases.

CONFIDENTIAL

Annex 1

Moreover, the statement above potentially opens virtually every au pair family in the program's history to retroactive lawsuits to claim additional compensation, and in the current climate, there is no reason to think this will not happen.  If one estimates that the 26-year history of the au pair program has generated 150,000-200,000 host families, we are looking at an enormous issue.  It's also likely that some sponsors will be forced to shut down.

If the quote is published as written, the Department would essentially be announcing a major change in policy in the media, rather than through the usual rule making process or even any consultation with sponsors.  The general interpretation of a standard nationwide stipend has been conventional wisdom in this program for years.  Sponsors submit annual audits that include information on stipend, and no sponsor has ever been questioned by the Department on this point.

We are also concerned that the statement identifies the host family as an 'employer', implying that the au pair is an 'employee', rather than an exchange visitor.  These revised definitions open the door for a fundamental reinterpretation of the nature of the program, making a move of oversight to the Department of Labor (which critics have sought) more plausible.  We believe moving the program from State would be a major mistake and extremely detrimental to the program.

We're open to discussing with you any aspect of the program, and believe that the program has been well served over time by the close consultation between sponsors and ECA.  Making such a major shift in the media will jeopardize the program's future.

Hope you will reconsider how the Department's view is portrayed in the media.  Look forward to your thoughts.  Feel free to call if you prefer to talk:  202-285-9498.

Michael

Michael McCarry
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L St NW, Suite 1150
Washington, DC  20036
202-293-6141
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000664
CONFIDENTIAL

ALLI-036272

Annex 1

CONFIDENTIAL
ALLI-036273

Annex 1

# Exhibit 54

Annex 1

Message

**From**:        Natalie Jordan [Natalie.Jordan@EF.com]
**Sent**:        4/10/2015 5:59:09 PM
**To**:          Michael McCarry [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael McCarry989dd960]
**Subject**:     RE: Blumenthal letter

HI,
I agree with your approach so far.  Obviously points 1 and 2 we can work with but 3 is a nonstarter.  I think we have to
be clear that we would object and that any application of local labor laws would be problematic for program participants
and would be strongly opposed by our community.
Happy to talk later if you have an opportunity,
Nat

---

**From:** Michael McCarry [mailto:MMcCarry@Alliance-Exchange.org]
**Sent:** Friday, April 10, 2015 10:00 AM
**To:** Bill Gertz; Goran Rannefors; Ruth Ferry; Natalie Jordan; Bob Dotchin; Suzy Glucksman; Mark Overmann;
alec@thorsen-french.com
**Subject:** Blumenthal letter
**Importance:** High

Colleagues – Blumenthal staff sent along this draft letter (below) that will apparently announce their transparency bill re the
au pair program.  They've asked for comments, and I'd like to get back to them today if possible.  Bill introduction likely next
week.

Some suggested comments:

1.  We fully support transparency in fees.  Au pair program materials that host families receive from sponsors typically indicate
that au pairs pay a program fee.  We have no problem with disclosing this to families.  As we discussed, the fees themselves
are market-driven, and vary from country to country.  Fees of 'several thousand dollars' are very unusual; many au pairs pay
less than $1000.

2.  We have discussed w ECA for years an expansion of the educational component to provide a broader range of options for
au pairs.  We believe that au pairs should have the option of fulfilling this requirement through other extracurricular activities,
such as community service – experiences that demonstrate important American values.  State has not yet acted on this, but
we hope that it will in its next au pair rule making.  We also believe it will appropriate to reassess the amount of the allowance
at that time.

3.  We look forward to discussing issues around the weekly stipend with ECA in the context of its au pair category review and a
rule making.  As we discussed, we believe that all the issues raised in the draft letter are better addressed through the rule
making process, which will include robust public comment, than by statute.

Practical note: I'm moderating a workshop in Chicago today and will have limited availability to talk.  Best to start with e-mail,
and pls let me know in those messages if you'd like me to call you.  I'll try to do so during breaks here, and will find a way to
make that work.

Thanks, M


DRAFT letter from Sen. Blumenthal:

CONFIDENTIAL
ALLI-035322

Annex 1

I appreciate your ongoing efforts to both revise regulations pertaining to the Department of State J-1 visa au pair program and bring about greater enforcement to protect program participants and provide greater transparency. To this end, I urge you to continue your leadership in reforming the program by adopting the following measures.

First, I understand that to participate in the au pair program, au pairs may pay up to several thousands of dollars to providers or third parties and that these fees are not regulated. Transparency is necessary to ensure that the au pair organizations deliver all services associated with these fees. While I oppose the imposition of recruitment fees, if the Department of State allows this practice to continue, it must ensure that any fees paid are customary and reasonable. In addition, host families must be made fully aware of all such fees paid by their au pair. I am aware of the recent revisions to the Exchange Visitor Program regulations that require a list of all fees charged to the exchange visitor be sent to the host employers. As such, I want to ensure that host families are covered as host employers because it is vital that they received this information.

Second, the Department of State must revise the current academic allowance given to au pairs. Given the cultural exchange experience intended through the au pair program, I urge you to immediately revise the allowance from the current threshold of $500 to a minimum figure that will allow au pairs to take part in educational opportunities they are intended to experience. The rising cost of education simply does not permit au pairs to take full advantage of meaningful educational opportunities with the $500 figure established 14 years ago in 2001.

Third, the Department of State must enforce compliance of all state and federal labor laws for au pair organizations. Without question, these organizations must ensure compliance with state minimum wage standards. Connecticut has led the nation in a successful effort to increase the national minimum wage to $10.10 per hour. As the au pair program is run under the auspices of the Department of State J-1 visa program, the Department of State must ensure that au pair organizations are held responsible for providing at least minimum wages to their au pairs for each respective state in which they are placed.

I look forward to working with you to ensure these reforms are implemented. In addition, please let me know if further statutory changes are necessary to carry out these or other improvements. I welcome additional measures that will help strengthen the au pair program.

CONFIDENTIAL
ALLI-035323

# Exhibit 62

Annex 1

| Message | |
|---|---|
| **From**: | Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK OVERMANN6626BF2F] |
| **Sent**: | 1/4/2016 10:06:36 PM |
| **To**: | Kate Eltrich [kate@sixkillerconsulting.com] |
| **Subject**: | Re: Summary of Thursday meeting |

We thought about that same thing today...I think one of the things Ilir wants to talk to you about in advance—and then with the whole lobby group—is not only our action plan but our goal. Ie, is trying to get the report not in writing but just voice the right way to go? So I think the lobby group can still play a very useful role tomorrow in further clarifying what our goal should be and how we might accomplish that. We'd then be able to go into the call with a stronger sense of what we believe we should do and allow the members to react to that—and hopefully guide them in what we think is the right direction. (And if we have AIFS and EF on board in advance via their lobbyists, then that's a major step toward consensus.)

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

---

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Monday, January 4, 2016 at 5:02 PM
**To:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: Summary of Thursday meeting

okay, thanks for the heads-up! I was thinking today that our two meetings this week are a bit cart before the horse. Tomorrow the lobby group may come up with a great action plan but not have execution orders from the membership. If the Alliance members are not comfortable with a robust outreach then we'll have to go back to the lobby group.

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, January 4, 2016 at 4:59 PM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>
**Subject:** Re: Summary of Thursday meeting

Okay! FYI, just spent a long time talking with Ilir about au pair, background, member dynamics, strategy, etc. He'll likely be reaching out very shortly for a call with you tomorrow morning prior to our lobbyist.

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

CONFIDENTIAL

Annex 1

---

**From:** Kate Eltrich <kate@sixkillerconsulting.com>
**Date:** Monday, January 4, 2016 at 1:59 PM
**To:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** Re: Summary of Thursday meeting

Hi Mark, Casey and Sally are planning to join me as well. thanks!

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, January 4, 2016 at 10:48 AM
**To:** Kate Eltrich <kate@sixkillerconsulting.com>, Robert Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, Alec French <alec@thorsen-french.com>, Carl Thorsen <carl@thorsen-french.com>
**Cc:** Ilir Zherka <IZherka@Alliance-Exchange.org>, Lisa Heyn <LHeyn@Alliance-Exchange.org>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, William Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Re: Summary of Thursday meeting

Hi everyone,

Happy new year! Just to confirm we'll hold this meeting **tomorrow (Tuesday Jan. 5) at 2:30pm in the 12th floor conference room of 1828 L Street NW.** Our goal will be to brainstorm Congressional targets and further discuss engagement strategy. Attached is a DOS report from October showing volume of placements by state (this is for visas issued Jan 1 – Oct 2015), to help our Congressional targeting. I'll print copies for tomorrow.

So far I have attending: Alec, Bob, Kate, Lisa, Ilir, Mark

Let me know if I missed anyone!

Thanks,
Mark

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

---

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Wednesday, December 30, 2015 at 11:00 AM
**To:** Michael McCarry <MMcCarry@Alliance-Exchange.org>, Kate Eltrich <kate@sixkillerconsulting.com>, Bob Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, "alec@thorsen-french.com" <alec@thorsen-french.com>, "carl@thorsen-french.com" <carl@thorsen-french.com>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>, Ilir Zherka <izherkadc@gmail.com>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, Bill Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Re: Summary of Thursday meeting

CONFIDENTIAL

ALLI-036071

Annex 1

Hi everyone,

We'll hold our Congressional target brainstorming meeting **January 5 at 2:30 pm** at 1828 L Street. Let me know if you'll attend—once I have a headcount, I'll book an appropriate room.

Happy new year!
Mark

--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

_____

**From:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Date:** Monday, December 21, 2015 at 11:36 AM
**To:** Michael McCarry <MMcCarry@Alliance-Exchange.org>, Kate Eltrich <kate@sixkillerconsulting.com>, Bob Dotchin <robert@advocacy.com>, Suzy Glucksman <suzy@advocacy.com>, "alec@thorsen-french.com" <alec@thorsen-french.com>, "carl@thorsen-french.com" <carl@thorsen-french.com>
**Cc:** Lisa Heyn <LHeyn@Alliance-Exchange.org>, Ilir Zherka <izherkadc@gmail.com>, Natalie Jordan <natalie.jordan@ef.com>, Goran Rannefors <Goran.Rannefors@culturalcare.com>, Bill Gertz <wgertz@aifs.com>, Ruth Ferry <rferry@aifs.com>
**Subject:** Summary of Thursday meeting

Hi all,

Thanks for the very good meeting on Thursday. To re-cap, the two main goals we agreed on are:

1)Ensure that the 45-day report required of State in the Senate SFOPS bill is delivered as a briefing, not in writing; and
2)RE: the upcoming au pair rulemaking, prevent an adverse rulemaking and influence the rulemaking so that a single national standard is upheld.

We'll garner key Congressional offices in the coming weeks willing to weigh in with State on these issues. For #1, we'll ask Sen. Graham's office (and possibly others) to tell State to deliver a briefing rather than a written report. We will also need to consult with Sen. Leahy's staff since they sought the report. For #2, we'll identify a targeted group of key Members willing to weigh in with the State Department in support of maintaining au pair as a federal cultural exchange program with a single national standard.

Our immediate tactics over the remainder of December and in the first few weeks of January to accomplish these goals are:

•       Kate Eltrich to set up Alliance meeting for early January with Paul Grove, Adam Yezerski, and Jason Wheelock (R SFOPS staffers) – ask will be for Graham to tell State that 45-day requirement should be delivered as briefing

PLAINTIFFS' RESP. APP.0000652
CONFIDENTIAL                                                                                      ALLI-036072

Annex 1

- Alliance to press again in late December/early January (with Kit Bartels and Jordan Fox) for an au pair meeting with Evan Ryan (preferable to continue to seek this meeting with Evan before going over her head to Heather Higginbottom – let's defer Higginbottom contact for the moment)

- Alliance to begin immediately drafting talking points and host family action alerts/letters

- Ruth Ferry to send top 10 au pair sending states to the Alliance, which will forward to the group, group to meet first week in January to brainstorm on key Congressional voices for au pair

- Alliance to convene meeting for first week of January with small group to finalize Congressional targets (suggest either *January 5 or 6) – please let me know if you would like to participate in that meeting and your availability those days*

- Alliance to schedule conference call of key au pair members (on either January 7 or 8) to present strategy and Congressional targets to date and seek feedback on both, as well as the timing and necessity of a full-on grassroots, congressional, and media engagement strategy. Suggested participants in call are: AIFS, EF, InterExchange, ASSE, and Au Pair Foundation.


Thanks for your feedback on all of this, and your response to whether you'll participate in a meeting on January 5 or 6.

Happy holidays!
Mark


--
**Mark Overmann**
Deputy Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
www.alliance-exchange.org

CONFIDENTIAL