# Exhibit 25

Annex 1

---

Message

| | |
|---|---|
| **From:** | Michael McCarry [/O=ALLIANCE-EXCHAN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MMCCARRY] |
| **Sent:** | 11/6/2009 1:50:21 PM |
| **To:** | 'lynn_shotwell@acip.com' [lynn_shotwell@acip.com] |
| **CC:** | Mark Overmann [/O=ALLIANCE-EXCHAN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MOvermann] |
| **Subject:** | membership committee |
| **Attachments:** | Au_pair_task_force_minutes_Oct09_draft.doc |

Lynn – am attaching au pair TF summary (not yet finished, but don't want to forget), because of a sentence or two near the bottom of the page. There are maybe 4 relatively new and relatively small au pair sponsors, whom our current members would like to get into the Alliance. The sponsor group in au pair is small, and those in the Alliance (larger and more experienced) often express concern that the newbies are not well informed re reg/policy matters. Our members, I think, are looking to create an informal program of 'constructive mentoring' through the Alliance.

I think the au pair sponsors, Ruth Ferry in particular has been active on this, are prepared to invest some time in recruitment.

-
**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1776 Massachusetts Avenue, N.W., Suite 620
Washington, D.C. 20036
(202) 293-6141
(202) 293-6144 (fax)

*A* **Introducing the new**
*http://www.alliance-exchange.org*

# Exhibit 26

PLAINTIFFS' RESP. APP.0000472



**Alliance Membership Meeting 2009**

**Au Pair Task Force Meeting Report**
**October 21, 2009**
***Chair*: Ruth Ferry, AIFS – Au Pair in America**

In Attendance:  Uta Christianson, InterExchange; Goran Rannefors and Natalie Jordan, EF – Cultural Care; Bill Kapler, goAuPair; Ruth Ferry, AIFS – Au Pair in America

Au pair sponsors are comfortable with task force approach – accustomed to collaborating over the years on regulatory matters.

Goran Rannefors provided a brief history and current update on a bill before the Massachusetts legislature to govern au pair/nanny programs.  For over 10 years, EF and AIFS have met with legislators and submitted testimony supporting federal regulations and opposing state regulations which, if passed, would set a precedent for other states to regulate at the state level and make it cumbersome if not impossible to administer the program.  During recent meetings, we learned the chairs of the committees with oversight are not in favor of the bill and in all likelihood the bill will move to study and therefore no additional action required by sponsors. Sponsors who have questions are welcome to contact Goran Rannefors or Ruth Ferry.

Subpart A of J Program 22CFR Part 62

We appreciate the importance for each organization to file a response to the proposed rule before the November 23 deadline—that our voice in numbers was critical to facilitating change.

The overriding concerns we discussed with respect to the rule:

1.  62.5(c)(6) and 62.7(2) business information report from Dunn and Bradstreet:  Those who have checked D&B reports for their own organizations do not find the information accurate and so question the validity of such report.  Attaining a D&B report for all 3rd parties foreign and domestic with whom a sponsor has a written agreement raises concern for those of us who have networks of local representatives who are independent contractors.  While ECA has indicated the intent of the language is to require D&B reports on all foreign partners and on all host organizations, we want the language of the bill to be more specific to that intent.

2.  62.14 insurance:  We noted the increase in minimum coverage levels.  Aside from cost, we expressed concern with the proviso that levels may be adjusted by the Department through guidance documents.

PLAINTIFFS' RESP. APP.0000473
CONFIDENTIAL

ALLI-007831

Annex 1

3. Actions by sponsors related to SEVIS: we noted that several requirements including those related to control of forms DS-2019 (62.12) would require a rule change with SEVIS II.

Educational requirement

We view a change to the current educational component a strategic focus for au pair programs in 2010.

ECA is open to change the regulatory requirement and Stanley has requested the Alliance submit a paper proposing a change to the requirement that all sponsors sign. The requirement must remain 'educational' for statutory reasons. He is prepared to allow on-line courses, with the proviso that volunteer experience be added to provide a community immersion component. He apparently will not accept volunteering as a substitute for classroom education, however.

Sponsors present felt the requirement for classroom education and the opportunity for au pairs to take an on-line coupled with a volunteer component was viable. Working from this premise, Ruth Ferry offered to work with Michael McCarry to draft a proposal to change the education rule. We agreed that a draft paper would be distributed by the Alliance to member au pair sponsors and when there was agreement from the group, sent to non-Alliance members for consensus.

Age cap

Some sponsors felt they did not view a change to the age cap, currently age 27, was critical, but would support a request to change to age 30 or 32. A change would enable more au pairs who would like to return to the program after a 2-year home residency to do so.

The age cap change will be requested with the change of education.

Beyond immediate issues:

We are concerned that several newer au pair sponsors are not members of the Alliance and do not benefit from sharing best practices and gaining insight in to the regulatory aspects of the program. We view it an important mission to encourage their membership in 2010.

The filing of extension requests for the sponsor and the Department of State is cumbersome. Sponsors would be pleased to work with the Department in an effort to streamline the process.

Sponsors would like to know more about the future focus of the Department with the expansion of the compliance unit.

CONFIDENTIAL
ALLI-007832

# Exhibit 33

Message

| | |
|---|---|
| **From**: | Michael McCarry [/O=ALLIANCE-EXCHAN/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MMCCARRY] |
| **Sent**: | 12/22/2010 9:40:06 PM |
| **To**: | 'Ellen Hoggard' [ellen.hoggard@sts-education.com] |
| **Subject**: | RE: Big news everywhere! |

Here's her info:

Julia Findlay
Office of Designation, Private Sector Programs Division
U.S. Department of State
ECA/EC/D/PS, SA-5, 5th Floor
2200 C Street, NW
Washington, DC 20522-0505

Tel. 202 632-9299
Fax 202 632-2701

Glad that it's snowing today and not yesterday, when I was flying back from my brief visit to EF in Boston. FYI, I mentioned to Goran that you will be joining the Alliance and he is all for it (of course, he is the treasurer now….).

He also mentioned that he thinks STS's Swedish incarnation has used the Alliance logo in promotional materials, like brochures and maybe the website?  I tried to find the Swedish website and couldn't.  Could you check on that?  Obviously, it would be frowned upon here.

Thanks, M

--
**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org

Follow us on Twitter


Like us on Facebook


*2011 International Exchange Locator available for order!*
***http://www.alliance-exchange.org/alliance-store***

---

**From:** Ellen Hoggard [mailto:ellen.hoggard@sts-education.com]
**Sent:** Wednesday, December 22, 2010 16:24
**To:** Michael McCarry
**Subject:** RE: Big news everywhere!

PLAINTIFFS' RESP. APP.0000491
CONFIDENTIAL

ALLI-012440

Hi Michael:

I navigated through the Au Pair stuff on the DOS website but no telephone numbers are offered - might you have Julia's number?  I really want to give her a call and chat a bit in advance of coming down to DC to meet her.

Thanks so much!

Snowing like crazy here - finally!

Warmest,

Ellen



**Ellen B. Hoggard**
Country Manager USA
STS USA
127 Hill Road
Groton, MA 01450
Phone: +1 978.448.8092
Email ellen.hoggard@sts-education.com

From:     "Michael McCarry" <MMcCarry@alliance-exchange.org>
To:       "Ellen Hoggard" <ellen.hoggard@sts-education.com>
Date:     12/18/2010 08:28 AM
Subject:      RE: Big news everywhere!

Hi, Ellen – sorry for the delay in responding.  Kate and I were hosting the Alliance holiday lunch yesterday, so lots of fun but a bit hectic.  John H was here and is in great spirits.  Did you know he plans to join the Foreign Service?  I'm very happy for him.

I'll keep mum re au pair.  The program officer is Julia Findlay, who is very good, perhaps their best.  They have designated a few new sponsors lately – all are small and none have joined the Alliance.  Worrisome in a way, because one screw up could affect the whole field.  If you are going to be down here, you might want to check in with Julia and get a read on whether they are designating in au pair.  Don't know why they wouldn't be.

If you don't know Julia, she previously worked in the int'l office at George Mason U, and did high school for a while at ECA.

I have no travel planned for January, so timing is good. Maybe you could come over some night for a family dinner.  We are very close in, so easily accessible from DC hotels.  Of course, that assumes that DHS doesn't have you in custody.....Best, M

CONFIDENTIAL

ALLI-012441

--
**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org

Follow us on Twitter

Like us on Facebook



*2011 International Exchange Locator available for order!*
*http://www.alliance-exchange.org/alliance-store*

**From:** Ellen Hoggard [mailto:ellen.hoggard@sts-education.com]
**Sent:** Friday, December 17, 2010 13:23
**To:** Michael McCarry
**Subject:** Big news everywhere!

Hi there:

Happy Friday!   Wow I come back and John Hishmeh announces he is leaving - Geoff  "leaves" AYUSA and Craig gets Mr. Persikos job!  Life never is dull right?  I just got the email from John Doty and honestly I was not surprised.   When John and I had a long chat recently  he just didn't sound like his old self - he sounded totally drained.

Unlike YOU who sounded just like you always do - upbeat - helpful and a hell of a lot of fun to talk to!

Anyway a few things:

1)  The Director of the STS Foundation and I are going to work on  submitting the Alliance application together since we will bring all programs in under your umbrella.  I am glad about this - as I want to be sure everything we are doing in the USA is reflected in our membership.  I must tell you this is not going to happen overnight as she is working on her January placements - we place quite a few kids in January and I am working like crazy on getting this new program off the ground.

2)  We are interested in applying for our own Au Pair designation.  Eva thinks you walk on water and asked me to ask you your thoughts on this?  Who should I contact about this possibility?  Any advice would be greatly appreciated.  We ask that you keep this between the 3 of us right now as we are just at an exploration stage.

Finally - I want to come down  to DC after the holidays and see you, John, Craig and some others so oh great traveller will you be around DC in the first part of the year? Any traveling scheduled?  I want to plan my visit with that in mind.

When you talk to Craig again can you say hi for me?  I left him a message to call me and I know he is super busy so I would love to hear from him when he gets a moment.

Pretty funny story - I guess I wrote his number down wrong when you gave it to me and I got a guy in counter-terrorism.....He asked me:  "WHO are YOU???  And I told him I worked in youth exchange but he didn't sound like he was buying it.  So great - I think I may now be on some red flag list somewhere.!!!!!!!!!  Well what the heck - I was detained at several borders by local police  in Eastern Europe and the Soviet Union back in the 80s when the communists were still in power and no one in those countries was buying my story that I worked in youth exchange - I swear they all thought I was CIA!  How could you not believe this honest nice face I ask you?!?!  This is all true - I was detained at the Berlin Wall in East Germany for an entire afternoon and a few other stories...but I will leave those for our talk over a long overdue beer!

PLAINTIFFS' RESP. APP.0000493
CONFIDENTIAL

ALLI-012442

Annex 1

Hope you are well - let's chat soon!

Have a great weekend,

Ellen



**Ellen B. Hoggard**
Country Manager USA
STS USA
127 Hill Road
Groton, MA 01450
Phone: +1 978.448.8092
Email ellen.hoggard@sts-education.com

CONFIDENTIAL

# Exhibit 89

PLAINTIFFS' RESP. APP.0000777

Annex 1

| | |
|---|---|
| **From:** | Michael McCarry(MMcCarry@alliance-exchange.org) |
| **To:** | Ana Fass; William Gertz; Bill@asse.com; Bill Kapler; bkapler@goaupair.com; ce@asse.com; goran.rannefors@ef.com; Heidi Woehl; InterExchange/Christine La Monica-Lunn; Jackie Sant-Myerhoff; jwilhelm@intraxinc.com; Linda James; Linda Mori; MOvermann@alliance-exchange.org; Michael McHugh; Natalie Jordan; Paul Christianson (Paul Christianson); Ruth Ferry; Susan Hayes; Susan Robinson; Thomas Kiechle; Tom Areton; twilson@goaupair.com; uchristianson@interexchange.org |
| **CC:** | |
| **BCC:** | |
| **Subject:** | Updates on April 19 meeting |
| **Sent:** | 4/1/2011 08:38:42 PM 0000 (GMT) |
| **Attachments:** | |

Colleagues - Just to confirm our schedule for April 19:

We'll convene at the Alliance at 10 to prepare for our afternoon meeting at ECA. Please come to the American Councils reception desk on the 12th floor and they will direct you to the conference room. We will bring in lunch before we leave for ECA.

Because State has decided to invite all au pair sponsors to the meeting, we will invite non-Alliance sponsors to join us for the prep meeting. Some of you will recall that we did this on an earlier occasion, and our motivations are the same: to ensure that all sponsors have a common understanding of regulatory requirements, and to gently promote Alliance membership by demonstrating how sponsors work together on a common policy agenda.

Look forward to seeing you in a few weeks - if you have not yet RSVP'd, please let us know you'll be coming.

Finally and probably very obvious, this meeting is contingent on the government being open and operating on April 19. No one can predict that situation, and there's no option but to plan for our meeting as scheduled.

Best, Michael

--

**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org
Follow us on Twitter

Like us on Facebook

*2011 International Exchange Locator available for order!*
http://www.alliance-exchange.org/alliance-store

**HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY**

# Exhibit 82

PLAINTIFFS' RESP. APP.0000733

Annex 1

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Michael McCarry <MMcCarry@alliance-exchange.org> |
| **Sent:** | Thursday, August 11, 2011 3:10 PM |
| **To:** | Stacey Frank; Helene Young; Mark Gaulter; Jason E. Ankeny; mmkass@aol.com; llehan@aupairint.com; lmason@tiape.com |
| **Cc:** | Ruth Ferry; Goran Rannefors; Mark Overmann |
| **Attachments:** | image001.gif; MEMBERSHIP APPLICATION CHECKLIST - 2011.pdf; 2011 _Dues_Worksheet.pdf |

Colleagues – many of you will recall discussions at our April meeting at the Alliance concerning our membership criteria.  Several of you expressed concern about providing your financials as part of the application process.

We have reviewed this issue with our attorney and the Alliance board, and have decided to revise our membership application process.  For for-profit organizations, we will no longer require financial information.  (For nonprofits, Form 990s are of course publicly available.) Our new membership application checklist is attached.

With this change, we hope that all of you will consider Alliance membership.  Much of the au pair program's considerable success has been due to the collaborative efforts of sponsors to develop and pursue policy objectives with ECA, U.S. embassies overseas, and Congress.  These efforts will only be strengthened by the participation of you and your organizations.

Also attached fyi is a dues worksheet.  Alliance dues are calculated on the basis of an organization's salaries/benefits budget, as detailed in the worksheet.  Dues are invoiced on a calendar year basis.  For organizations who join in the middle of a year, dues are pro-rated by quarters, e.g., an organization joining in July owes 50 per cent of its annual dues amount for that year.

Please feel free to be in touch with me with any questions.  And thanks for your consideration.

Best, Michael

--
**Michael McCarry**
Executive Director
Alliance for International Educational & Cultural Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
(202) 293-6141
(202) 293-6144 (fax)
http://www.alliance-exchange.org

Follow us on Twitter

Like us on Facebook

1

AAP_0000856

Annex 1

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

**2011 International Exchange Locator available for order!**
*http://www.alliance-exchange.org/alliance-store*

2

AAP_0000857

# Exhibit 186

PLAINTIFFS' RESP. APP.0001730

Annex 1

September 12, 2012

**MEMORANDUM**

For:        **Alliance Members**

From:      Michael McCarry

Subjects:   Membership applications – Agent Au Pair/ICEPWorld USA and Expert Au Pair

We have two applications for full membership – from Expert Au Pair, and from Agent Au Pair, which also operates as Summer Work/Travel program as ICEPWorld USA.

Both organizations are among a group of 7 relatively new au pair sponsors.  The larger and more established au pair sponsors (all Alliance members) have encouraged these new sponsors to join the Alliance, with the goal of enhancing the new sponsors' understanding of regulatory and policy issues, and the providing enhanced networking opportunities for the sponsor community.  On occasion over the last two years, the Alliance has included the new sponsors in our au pair meetings.

We therefore have a good start on our relationship with the two applicant organizations, and know their principals reasonably well.

Both applicants have endorsements from leading Alliance members, and their applications are complete.

A summary of each application follows:

**Expert Au Pair**

Expert Au Pair, incorporated in 2006, is based in St. Petersburg, FL.

Its mission statement:  "Expert Au Pair's mission is to facilitate international cultural exchange. We believe that responsible people throughout the world deserve the opportunity to participate in exchange programs which is why we promote both traditional and nontraditional destinations, we recruit from a diverse group of countries and we offer affordable options to make this program available to people from varied economic backgrounds."

The Expert Au Pair application includes letters of reference from Goran Rannefors, President of Cultural Care Au Pair and Alliance treasurer, and Ruth Ferry, Sr. Vice President at Au Pair in America (AIFS) and chair of the Alliance's Au Pair Task Force.

Mark Gaulter, the founder and CEO, would serve as the primary Alliance representative.  The organization estimates its dues at $2800.

InterExchange0005241

**Agent Au Pair/ICEPWorld USA**

Agent Au Pair, headed by Stacey Frank, received its au pair designation in 2003.  Ms. Frank established ICEPWorld USA and received her Summer Work Travel designation in 2008.  The organizations are located in San Francisco.

Organizational mission statements:

Agent Au Pair – "Bringing high quality, pre-screened au pairs to the USA on a legal J-1 visa to live with American Host Families while providing excellent customer service to our clients".

ICEP World USA – "Providing the opportunity for students abroad to participate on a J-1 cultural exchange program in the USA by working during the summer at largely leisure-based entry level jobs, earning money, then providing the opportunity to travel within the USA afterward".

In her application letter, Ms. Frank notes the value of her personal experience living and working in Europe for 8 years as a motivating factor in entering the exchange field.

The application includes a reference letter from Ruth Ferry, of Au Pair in America (AIFS), fulfilling the requirement for one recommendation from an Alliance member. Ms. Frank also includes with her application a ringing testimonial from an au pair host family, Ms. Leslie Lambert of San Francisco, who attests to the high quality of Agent Au Pair's program.

Ms. Frank would be the organization's representative to the Alliance.  She estimates annual dues at $2100.

InterExchange0005242

Annex 1

# Exhibit 51

PLAINTIFFS' RESP. APP.0000613

---

**Message**

---

**From**: Mark Overmann [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK OVERMANN6626BF2F]

**Sent**: 2/29/2016 10:41:51 PM

**To**: Ilir Zherka [/O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ilir Zherka0b3]; 'Natalie Jordan' [Natalie.Jordan@EF.com]

**Subject**: Re: Au Pair Update

Hi to you both,

I can think of only one time we worked with non-Alliance au pair members: a number of years ago (4,5 years ago?), ECA held an all sponsor meeting and we convened a pre-meeting of Alliance members to prep. We decided (don't remember the process for making that decision) that we'd extend a courtesy invite to non-Alliance sponsors, both to better coordinate messaging and hopefully get them to join (which several of them have since then).  Nat, you must have been at that meeting.

That's the only precedent I can remember for engaging non-members.

Mark

--

**Mark Overmann**

Deputy Director

Alliance for International Exchange

1828 L Street, NW, Suite 1150

Washington, DC 20036

(202) 293-6141

(202) 293-6144 (fax)

www.alliance-exchange.org

---

**From:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Date:** Monday, February 29, 2016 at 5:07 PM
**To:** 'Natalie Jordan' <Natalie.Jordan@EF.com>
**Cc:** Mark Overmann <MOvermann@Alliance-Exchange.org>
**Subject:** RE: Au Pair Update

I haven't. I'm copying Mark so that he can tell us what we normally do.

Best,

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org

PLAINTIFFS' RESP. APP.0000614
CONFIDENTIAL                                                                    ALLI-035039

202-293-6141

**From:** Natalie Jordan [mailto:Natalie.Jordan@EF.com]
**Sent:** Monday, February 29, 2016 3:14 PM
**To:** Ilir Zherka <IZherka@Alliance-Exchange.org>
**Subject:** RE: Au Pair Update

Hi,
Did you reach out to non members to let them know about this?
Nat


Natalie Jordan
*Senior Vice President*

———

Cultural Care Au Pair
EF Center Boston
One Education Street
Cambridge, MA 02141

Office: 617-619-1159
Skype: Natalie.Jordan.ef
www.culturalcare.com

**From:** Ilir Zherka [mailto:IZherka@Alliance-Exchange.org]
**Sent:** Monday, February 29, 2016 3:12 PM
**To:** 'wgertz@aifs.com'; 'rferry@aifs.com'; 'bill@asse.com'; 'ellen@aupairfoundation.org'; 'smcnamara@aupaircare.com'; 'chitom@chinet.org'; 'chilinda@chinet.org'; Goran Rannefors; Dan Sodervall; Natalie Jordan; 'shayes@euraupair.com'; 'mark@expertaupair.com'; 'bkapler@goaupair.com'; 'twilson@goaupair.com'; 'shannon@greataupair.com'; 'jennifer@greataupair.com'; 'clamonica-lunn@interexchange.org'; 'mmchugh@interexchange.org'; 'jwilhelm@intraxinc.com'; 'mschneider@intraxinc.com'; 'heidi@proaupair.com'; 'susan@proaupair.com'; 'stacey@agentaupair.com'; Christina Reilly
**Cc:** Mark Overmann; Lisa Heyn; 'Kate Eltrich'
**Subject:** Au Pair Update

Greetings:

We have not heard back yet from Robin or her office regarding the May 2 meeting.

We are going to explore this week the possibility of getting a congressional letter to ECA urging them to talk prospectively only on May 2 about the stipend given the limitations of the lawsuit on a retrospective conversation. We'll let you know if we get any traction.

Also, some of you have asked if you should respond to ECA's meeting invitation. If you do so, please consider focusing your communication on these points:

·   We look forward to the possibility of meeting with you on May 2
·   We appreciate that you are working with the Alliance on the agenda for that meeting and encourage you to continue doing so
·   As a reminder, given the pending lawsuit, we are not in a position to discuss retrospectively any issues that are subject to the suit

Of course, please use your own words to convey these points. If you have any questions or concerns, let me know.

Best,

PLAINTIFFS' RESP. APP.0000615
CONFIDENTIAL                                                                                                  ALLI-035040

Annex 1

Ilir Zherka
Executive Director
Alliance for International Exchange
1828 L Street, NW, Suite 1150
Washington, DC 20036
www.alliance-exchange.org
202-293-6141

CONFIDENTIAL

ALLI-035041

# Exhibit 420

Page 126

1    Q.   Do you recall having any discussions with
2  Heidi regarding the au pair stipend?
3    A.   No discussions regarding the au pair stipend.
4  I had one discussion with Heidi once to ask her if
5  she -- if she knew of any good people in the field that
6  might be looking for opportunities, and she said no.  If
7  it's the Heidi I'm thinking it is.
8    Q.   And do you recall where you had that
9  conversation with Heidi?
10   A.   No, I don't recall.
11   Q.   The next name on that list,
12  ruthferry@aifs.com (sic), do you know Ruth Ferry?
13   A.   Yes.
14   Q.   And who is Ruth Ferry?
15   A.   Ruth Ferry is the person who is in charge of
16  Au Pair in America, which is at -- yes, Ruth Ferry's in
17  charge of Au Pair in America.
18   Q.   And how do you know Ms. Ferry?
19   A.   Ruth is usually the person who is the
20  moderator at the au pair breakout sessions at the
21  Alliance.
22   Q.   Do you know when you met Ms. Ferry?
23   A.   I don't recall.
24   Q.   Do you think it was before or after APF Global
25  Exchange, NFP was formed?

Page 127

1    A.   I -- I -- I don't recall.
2    Q.   Do you recall having any discussions with
3  Ms. Ferry regarding the au pair program?
4    A.   Yes.
5    Q.   What do you recall about your discussions
6  relating to the au pair program with Ms. Ferry?
7    A.   She was not at all pleased that I stood up at
8  the Department of State meeting and stated my opinion
9  that all au pair programs -- that it should be a
10  regulation for all host families with au pair programs
11  undergo a criminal background check.  It is not a
12  regulation currently.
13   Q.   Do you recall when you stood up and made that
14  comment?
15   A.   I don't recall which meeting.  It's been a few
16  years ago.
17   Q.   Do you think it was before or after APF Global
18  Exchange, NFP was formed?
19   A.   After.
20   Q.   Did any other sponsors approach you and make a
21  comment --
22   A.   No.
23   Q.   -- in response to your comment?
24   A.   No.
25   Q.   Did you say anything in response to Ms. Ferry?

Page 128

1    A.   I'm paraphrasing, but I said it is a very
2  valuable and worthwhile tool to utilize to protect the
3  safety and well-being of the au pairs.
4    Q.   Did Ms. Ferry explain why she did not think
5  that was a good idea?
6    A.   No.
7    Q.   Were you upset that she approached you?
8    A.   I was not upset that she approached me.  I was
9  upset at the manner in which she approached me.
10   Q.   Did you change your behavior in response to
11  Ms. Ferry's comments at future meetings?
12   A.   Could you be more specific?
13   Q.   Sure.
14         Were you more hesitant to make comments
15  in future meetings as a response to Ms. --
16   A.   No.
17   Q.   -- Ferry's comments?
18   A.   No.
19   Q.   So you're an active participant at Alliance
20  meetings?
21   A.   When I feel it's warranted, yes.
22   Q.   Do you recall any other situations where you
23  felt it warranted to make a comment at an Alliance
24  meeting?
25   A.   I have a lot of years to review in my head, so

Page 129

1  bear with me.
2         Yes, there was a time many years ago when
3  the Alliance only allowed, as I recall, not-for-profit
4  members and there was a very, shall we say, heated
5  discussion.  This was, I think, in the '90s.
6         And I shared my view that it's far better
7  to bring associations into the Alliance and all those
8  rise with the tide.  And if we all work together to work
9  on best practices together, that increases the overall
10  safety and well-being of all participants.
11         So that is the other major moment in the
12  Alliance when I spoke up.
13   Q.   Other than that time in the '90s and the
14  instance regarding the criminal background checks, do
15  you recall taking a stand on any other issues?
16         It is a mouthful.  You can limit my
17  question to the period of 2013 to the present.
18   A.   Okay.  Thank you.  Not with that veracity.
19  Not with such -- no, not that I recall.
20   Q.   On page 10274, which is the attachment, in the
21  paragraph that starts the "Third."  Do you see that?
22   A.   Yes.
23   Q.   "The Department of State must enforce
24  compliance of all state and federal labor laws for
25  au pair organizations.  These organizations must ensure

# Exhibit 126

# Exhibit 20

PLAINTIFFS' RESP. APP.0001291

Annex 1

| From: | Ruth Ferry <rferry@aifs.com> |
|---|---|
| Sent: | Wednesday, November 4, 2009 4:31 PM |
| To: | Natalie Jordan <Natalie.Jordan@EF.com> |
| Subject: | Follow Up to Alliance Meeting |
| Attach: | 1641_001.pdf |

Natalie,

Attached are the notes you took at the au pair task force meeting.  Thank you for taking notes and apologies for the delay in getting these off to you.  The minutes were submitted last week to Mike McCarry and I presume he will distribute them to all program sponsors in due course.

As we were leaving the Alliance meeting I had a conversation with Goran about blogs.  I gave him my opinion of some and he indicated he was sorry that you weren't there to get in on the conversation.  If you would like to discuss them please give me a call.

I look forward to working with you and other sponsors as we try to move some positive changes through the legislative process.

With regards,

Ruth

Ruth Frizell Ferry
Sr. Vice President and Director
Au Pair in America
9 West Broad St.
Stamford, CT 06902
203-399-5025 (P)

PLAINTIFFS' RESP. APP.0001292

CONFIDENTIAL                                                                                                    CC00018076

Au Pair Task Force Mtg

Presence: Agencies represented - CCAP   Go Au Pair   Nicole, Bill, Nat Gorem, UTA
APIA   Interexchange

Topics: Subpart A, Educational Comp., Age cap increase MA legislation

Mass Leg. - points for issue post - Woodward
Marie Brune initial push + has since retired
Was returned again

Problems ① MA to be run diff. than all others
② Precedent-setting nationwide

Recent visit - only 2 legislators signed on, up again in Zep.
As an industry, provided no cases of ____ significance.
We are in a better position. Canners have no regulation
so it pertains to them as well.

UTA indicated payroll taxes must be paid for LCCs in CA → is this
different than unemployment taxes?

Subpart A
Focus on Summer Work Travel ____ + High School but AP
becomes collateral damage.

(What is their criteria?)

(DOL) organizes same. Ruth great concern. AG/report
→ do LCCs fall under 3rd party
→ Can individuals get a D+B #?
→ We need confirmation this is NOT needed for
local reps.

CONFIDENTIAL
CC00018077

3rd party definitions ⇒ States that subcontracts can't be farmed out to others in fulfilling their prgm. obligations

<u>Edu. Component.</u>

Sept. '09 Tamara, Julia, Karen, Sally + Kerli Remy meet to discuss edu. in general + approval for UCLA program. Program is revamped with a survey developed w/ DOS. Pilot is now 2 yrs old.

UCLA admin. online course, PRVA admin. community aspect. They seem to be pleased w/ it so far. Sterling has spoken favorably about it. Sterling focused on need for "educational" aspect. Topic of removal of "post-secondary" requirement. Reference was made to 45 hours per course.

Discussion of online course + they confirmed it must include a community component.

No limit or requirements set forth re: volunteer time but in general they average approx. 15 hours. ⇒ based on survey responses.

Keith will take this on w/ Mike + draft an Alliance submission (will open to entire industry)

<u>Age Cap.</u>

Keith would love to see 31/32 limit if benefit return program. Its the limit of an age cap. No objections from sponsors present.

<u>Elder Companion Program</u>

early indicators are strong re: DOS support. Maybe 25+ age

Future

Some concerns re smaller competitions

with goals wept to have them in the Alliance—she's willing to make some calls.

Agent Au For just Auth. for work/travel. She realized she needed another pgm to keep it viable.

Ongoing group to begin.