IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

### DEFENDANT GREATAUPAIR, LLC'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO SELECT EXHIBITS TO THE APPENDIX IN SUPPORT OF DEFENDANT GREATAUPAIR, LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to D.C.COLO.LCivR 7.2, Defendant GreatAuPair, LLC (hereinafter "GAP") hereby moves this Court for an order restricting public access, under Level 1 restricted access, to exhibits numbered GAP Appx. 0063–0065; and 0066 to the Appendix In Support of Defendant GreatAuPair, LLC's Reply in Support of Motion for Summary Judgment, filed contemporaneously herewith (hereinafter "Appendix"). In support thereof, GAP states as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel has conferred with counsel for Plaintiffs regarding this Motion. Plaintiffs do not oppose the relief requested herein.

    2.    All parties to this action have stipulated to an Amended Stipulated Protective Order (ECF No. 694) (hereinafter "Protective Order") that is consistent with

1

the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." (Protective Order ¶ 1.)

4. Pursuant to the Protective Order, all parties have agreed to file documents and/or information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. ( *Id.* ¶ 8.)

5. On April 13, 2018, GAP filed its Reply in Support of Motion for Summary Judgment against Plaintiffs on the single antitrust claim asserted against GAP (hereinafter "Reply"). GAP has included (1) an email dated September 23, 2010, produced in this case as GAP00017790–00017792 (GAP Appx. 0063–0065); and (2) the excerpted 30(b)(6) Deposition Transcript of GreatAuPair (GAP Appx. 0066), as evidence in support of GAP's Reply.

6. GAP Appx. 0063–0065 is a copy of emails (hereinafter "Emails"), produced in this case and designated as "CONFIDENTIAL" by GAP. The Emails contain confidential business information of GAP and the publication of the information contained therein would cause serious injury to GAP. GAP respectfully requests that the Emails remain under Level 1 restricted access.

7. GAP Appx. 0066 is a copy of excerpts from the Federal Rules of Civil Procedure 30(b)(6) deposition testimony of GreatAuPair representative Shannon Pitts (hereinafter "Transcript"), portions of which have been designated as "CONFIDENTIAL." The Transcript reveals confidential business and trade secret information of GAP and the publication of this information would cause GAP serious injury. GAP respectfully requests that the Transcript remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, GAP respectfully request that this Court issue an order restricting public access to Level 1 to exhibits numbered (1) GAP Appx. 0063–0065; and (2) GAP Appx. 0066.

Respectfully submitted this 13th day of April, 2018.

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster Street, Suite 800
Denver, Colorado 80237
720-722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

*Attorneys for Defendant*
*GreatAuPair, LLC*

Certificate Of Service

I hereby certify that on this 13th day of April 2018, a true and correct copy of the foregoing **DEFENDANT GREATAUPAIR, LLC'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO SELECT EXHIBITS TO THE APPENDIX IN SUPPORT OF DEFENDANT GREATAUPAIR, LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** was served on all counsel of record through the Court's electronic case filing (ECF) system.

*/s/ Alyssa Gilliam*
Alyssa Gilliam