IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANT GREATAUPAIR, LLC'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO SELECT EXHIBITS TO THE APPENDIX IN SUPPORT OF DEFENDANT GREATAUPAIR, LLC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

The Court having reviewed Defendants' Unopposed Motion To Restrict Public Access (Level 1) To Select Exhibits To The Appendix In Support of Defendant GreatAuPair, LLC's Reply in Support of Motion For Summary Judgment, hereby GRANTS the same, and

ORDERS that documents numbered (1) GAP Appx. 0063–0065; and (2) GAP Appx. 0066 are restricted under Level 1 public access.

DATED this _____ day of _____, 2018_____

                                              BY THE COURT:

2

_____
Christine M. Arguello
United States District Judge