# EXHIBIT A



Page 157

```
 1  [redacted]
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13     Q.  I'm handing you Exhibit 15.
14         MR. VALDIVIESO:  For those of you on the
15   phone, this is APEX-20/20 document ending in 10084.
16   It does not bear any confidentiality designation.
17   BY MR. VALDIVIESO:
18     Q.  After you've had a chance to look this over,
19   Ms. Hoggard, please let me know if you're familiar with
20   this document?
21         (Witness reviewing)
22     A.  Yes, I see this document.
23     Q.  And what is Exhibit 15?
24     A.  It is an e-mail from Ilir Zherka -- sorry,
25   it's an e-mail from me to Ilir Zherka regarding updates
```

CNA

Page 158

1  on -- some updates on issues of discussion that the
2  Alliance had with the appropriation subcommittee.
3      Q.  And Mr. Zherka writes: "We have some very
4  good news to share. The appropriations subcommittee
5  staff jointly asked ECA for a verbal brief -- briefing
6  on the stipend question, rather than a written report."
7          Do you see that?
8      A.  Yes.
9      Q.  Did you share Mr. Zherka's view that this was
10 great news?
11     A.  Yes.
12     Q.  Why did you think this was great news?
13     A.  Because I always think it's better when the
14 parties are talking.
15     Q.  Well, was it better in your view that it be a
16 verbal briefing rather than a written report?
17     A.  I don't recall what my view was, but as I'm
18 reading it now, I -- I think it's always a great thing
19 when staff on the Hill and ECA actually are talking to
20 each other about big policy issues to try and work
21 together to come up with the best outcomes.
22     Q.  Did you have a view whether a verbal briefing
23 was better than a written report?
24         MS. SCHAECHER: Objection, form.
25     A.  No.

MAG