IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

---

**DEFENDANT GO AU PAIR'S SUPPLEMENTAL APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 884]**

---

## TABLE OF CONTENTS

1.    Excerpt of L. Bohorquez 03-10-18 Deposition...................................................... 1

2.    Excerpts of Z. Maname 03-24-18 Deposition………................................................ 3

3.    Excerpts of V. Myshchenko 03-07-18 Deposition.................................................. 5

4.    Excerpt of J. Tuk 03-13-18 Deposition………....................................................... 9

5.    Excerpt of W. Xueting 02-22-18 Deposition..........................................................11

6.    Excerpt of Y. Zhang 03-14-18 Deposition………...................................................14

i

1

                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                      CIVIL ACTION NO. 1:14-cv-03074-CMA-KMT


_____

            CONFIDENTIAL VIDEOTAPE DEPOSITION OF:
                LEIDY CAROLINA ROMERO BOHORQUEZ
                        March 10, 2018
_____


JOHANA PAOLA BELTRAN; et al.
        Plaintiffs,

vs.

INTEREXCHANGE, INC.; et al.
        Defendants.




                    Video deposition of LEIDY CAROLINA

ROMERO BOHORQUEZ, taken at the offices of Advanced

Depositions, 1880 John F. Kennedy Boulevard, 6th

Floor, Philadelphia, Pennsylvania, on Saturday,

March 10, 2018, commencing at 10:08 a.m., before

Suzanne Walinsky, a Court Reporter and Notary

Public, pursuant to notice.



## Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

GAP Supp. App. 0001

**LEIDY CAROLINA ROMERO BOHORQUEZ - 3/10/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

33

1  is the purpose?
2  Q.  Yeah.  Anything that you know about the
3  J-1 --
4  A.  J-1 --
5  Q.  -- Visa.
6  A.  -- Visa.  I just know that it's a visa
7  which allows you to work and study in the United
8  States.  That's it.
9  Q.  So no other understanding that you have
10  about the visa program from, say, conversations with
11  other au pairs?
12  A.  No.
13  Q.  How did you first learn about the au
14  pair program?
15  A.  Online.  I -- I -- I was -- I don't
16  know, Google, looking for programs to study English
17  or -- and au pair program came up to my research.
18  Q.  Was it important to you to come to the
19  United States to study English?
20  A.  It was.
21  Q.  Why?
22  A.  Because I was studying international
23  business in my country and it was important for my --
24  my degree to learn English.
25  Q.  When you say it was important to your

34

1  degree, was it a requirement or was it more just
2  something you thought that you should have because it
3  would be a good thing to have?
4  A.  Exactly.
5  MR. PACHECO:  Objection, form.
6  THE WITNESS:  I thought it was important
7  for me.
8  BY MR. SCARPATO:
9  Q.  When you were looking for English study
10  programs, did you know of anyone else who had
11  participated in the au pair program?
12  A.  Not really, nobody.
13  Q.  So this was a pretty new thing --
14  A.  Yes.
15  Q.  -- for you?
16  A.  Yes.  That was brand new for me.  I
17  didn't have any other information more than what I
18  found on Internet.
19  Q.  When you looked into coming into the
20  United States, was it your goal to stay here long
21  term?
22  A.  No.
23  Q.  Was the cultural exchange aspect of the
24  program important to you?
25  A.  It was.

35

1  Q.  Tell me about that.
2  A.  I thought cultural exchange will be --
3  will allow me to get to know more people, more
4  cultures, for my English, is what I thought about the
5  concept of cultural exchange.
6  Q.  So that was an attractive part of the au
7  pair program for you?
8  A.  Exactly.
9  Q.  What about living with a host family?
10  Was that appealing to you?
11  A.  Can you explain that word?  Yeah.
12  Q.  Sure.
13  Was living with a host family also
14  something that you found attractive about the program?
15  A.  Attractive?  Well, I feel like I -- I
16  mean, I found it how the program was supposed to be.
17  But if you mean attractive to or comfortable with?  Or
18  no, no, no?
19  Q.  Sure.  Sorry.  I'll try to --
20  A.  Sorry.
21  Q.  No.  No problem at all.
22  So one of your goals was to improve your
23  English?
24  A.  Mm-hmm.
25  COURT REPORTER:  Yes?

36

1  THE WITNESS:  Yes.
2  BY MR. SCARPATO:
3  Q.  And one of your goals was to experience
4  the cultural exchange?
5  A.  Yes.
6  Q.  Was another of your goals to live with a
7  host family?  Was that...
8  A.  Yes.
9  Q.  Was that part of the reason why you
10  applied for the au pair program?
11  A.  Yes.
12  Q.  Why was that?
13  A.  Why?
14  Q.  Mm-hmm.
15  A.  Because I felt that the program was
16  convenient.
17  Q.  How was it convenient?
18  A.  Convenient because I was going be able
19  to talk to people and learn English.  So that was
20  probably, like, my main reason to come.
21  Q.  Did the amount of the weekly stipend
22  influence your decision to join the au pair program?
23  A.  No.
24  Q.  Safe to say you knew about what the
25  stipend would be before you joined --

9 (Pages 33 to 36)

**RESTRICTED – EXCERPTS OF MARCH 24, 2018 DEPOSOTION OF ZARA MAMANE SEE GO AU PAIR'S RESTRICTED SUPPLEMENTAL APPENDIX AT GAP Supp. App. 0003**

# RESTRICTED – EXCERPTS OF MARCH 7, 2018 DEPOSOTION OF VIKTORIIA MYSHCHENKO SEE GO AU PAIR'S RESTRICTED SUPPLEMENTAL APPENDIX AT
## GAP Supp. App. 0005

**RESTRICTED – EXCERPTS OF MARCH 13, 2018 DEPOSOTION OF JAKOB ANDRZEJ TUK SEE GO AU PAIR'S RESTRICTED SUPPLEMENTAL APPENDIX AT GAP Supp. App. 0009**

1

```
 1

 2           IN THE UNITED STATES DISTRICT COURT

 3              FOR THE DISTRICT OF COLORADO

 4

 5   Civil Action No. 1:14-cv-03074-CMA-KMT

 6

 7   JOHANA PAOLA BELTRAN; et al., )

 8           Plaintiffs,          )

 9       v.                       )

10   INTEREXCHANGE, INC.; et al.,  )

11           Defendants.          )

12   _____

13   VIDEOTAPE DEPOSITION OF: WANG XUETING - February 22, 2018
              (CONFIDENTIAL DESIGNATIONS PENDING)
14   _____

15              THE VIDEOTAPED DEPOSITION OF WANG XUETING
     was taken on February 22, 2018 at 8:56 a.m. at CC Reporting &
16   Videoconferencing, 172 East 8th Avenue, Eugene, Oregon,
     before Christine Oljace, CSR, RPR, CRC, Certified Shorthand R
17   Reporter in and for the State of Oregon.

18

19

20

21

22

23

24

25
```

**H+G**

Hunter + Geist, Inc.

**303.832.5966**
**800.525.8490**

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

GAP Supp. App. 0011

Court Reporting, Legal Videography, and Videoconferencing

**WANG XUETING - 2/22/2018**

**Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.**

Page 23

09:21:32  1    of the host family who contact me are from America.

09:21:36  2       Q.       And when you first started the application

09:21:40  3    process to be an au pair, were you hoping that you

09:21:42  4    would get to stay in the United States for a long

09:21:45  5    period of time or just for the au pair program?

09:21:49  6                 MR. ESBENSHADE:  Objection.  Form.

09:21:50  7       A.    I was thinking just for the au pair

09:21:51  8    system.

09:21:58  9    BY MS. MULL:

09:21:59  10      Q.       Were you hoping to improve your English

09:22:02  11   language skills?

09:22:02  12      A.    You mean before I became an au pair?

09:22:04  13      Q.    Yeah.

09:22:05  14      A.    Yes.

09:22:05  15      Q.       And you said that you were interested in

09:22:07  16   living with a host family.  Is that right?

09:22:11  17      A.    Yeah.  During that time, yeah.

09:22:15  18      Q.       And did the amount of the weekly stipend

09:22:18  19   that you were paid, did that influence your decision

09:22:20  20   to become an au pair?

09:22:22  21                MR. ESBENSHADE:  Objection to form.

09:22:25  22      A.    During that time?

09:22:26  23   BY MS. MULL:

09:22:27  24      Q.    Uh-huh.

09:22:27  25      A.    No.  It is not perfectly related to my

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

Page 24

09:22:29   1   decision.

09:22:30   2        Q.     Okay.  So if the stipend had been a $150,

09:22:34   3   would you still want to be an au pair?

09:22:37   4               MR. ESBENSHADE:  Objection.  Form.

09:22:40   5        A.     I don't know.

09:22:40   6   BY MS. MULL:

09:22:41   7        Q.     Okay.  Were you considering any other

09:22:45   8   opportunities when you were deciding whether to be

09:22:47   9   an au pair?

09:22:49  10               MR. ESBENSHADE:  Objection.  Form.

09:22:51  11        A.     Well, personally, I don't know, but if

09:22:54  12   there is, I don't know what choice I gonna make.

09:22:57  13   BY MS. MULL:

09:22:58  14        Q.     So when you were deciding to become an

09:22:59  15   au pair, were you thinking about other jobs you

09:23:03  16   could do instead of being an au pair?

09:23:10  17        A.     Well, during that time, no.

09:23:12  18        Q.     Okay.  Now I want to talk a little bit

09:23:15  19   about the application process.  Okay?

09:23:19  20        A.     Uh-huh.

09:23:24  21        Q.     Okay.  The first thing I'm going to hand

09:23:27  22   you is your survey responses.

09:23:28  23        A.     Uh-huh.

09:23:29  24        Q.     And this will be Exhibit 4.

09:23:46  25               (Deposition Exhibit No. 4 marked

**RESTRICTED – EXCERPTS OF MARCH 14, 2018
DEPOSOTION OF YANRU ZHANG
SEE GO AU PAIR'S RESTRICTED
SUPPLEMENTAL APPENDIX AT
GAP Supp. App. 0014**