IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**DEFENDANT AU PAIR INTERNATIONAL INC.'S SUPPLEMENTAL APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 873]**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DECLARATION OF STEPHEN LEHAN IN SUPPORT OF AU PAIR INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Stephen Lehan, declare as follows:

1. My name is Stephen Lehan. I am over the age of 18, and I make this declaration based upon my personal knowledge.

2. I am the owner of Au Pair International, Inc. ("API"), one of 16 designated sponsors of the United States Department of State's J-1 visa au pair exchange program. API is a defendant to the antitrust claim in the above-referenced action.

3. I have reviewed Plaintiffs' Opposition to Defendants' Motions for Summary Judgment ("Opposition") and the evidence cited therein as it relates to API.

4. API works with a network of "international sending agents," which are independent entities that recruit au pairs. One of the sending agents API previously worked with is ProAuPair, which subsequently became a designated sponsor organization and is a defendant in this case.

5. In their Opposition, Plaintiffs refer to an October 2010 email exchange between Susan Asay of ProAuPair and me. At the time of that exchange, ProAuPair was not an au pair program sponsor, but a sending agent that referred prospective au pairs to API.

6. API ended its relationship with ProAuPair as a sending agent before ProAuPair received its designation as a sponsor.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2018.

_____
Stephen Lenahan

2