## ADDENDUM 1

The following chart identifies Plaintiffs' factual claims in relation to the evidence Plaintiffs cite in support of that claim. This addendum addresses only evidence bearing a relationship to Go Au Pair (or to Plaintiffs' generic claims regarding "Alliance Members" in Annex 2 to their Opposition).

| Page | Plaintiffs' Claim | Evidence |
|---|---|---|
| 20 (n.30) | "Defendants have admitted that they do not compete with regard to the stipend." (citing Annex 2.) | Deposition testimony from Go Au Pair's manager stating that Go Au Pair got out of the "nanny business" because it was "too competitive." (PRA[1] 4616-17 (Kapler Dep. 29:6-30:6).). It has nothing to do with the stipend. |
| 20 (n.31) | "Rather than compete, Defendants promote homogeneity and stability by sharing business methods and otherwise helping each other out."<br><br>• Evidence shows "cooperation between Go Au Pair and InterExchange" (PRA 4625-26)<br><br>• Evidence shows "cooperation between Go Au Pair and APC" (PRA 5634-35) | • Deposition testimony about an Alliance meeting with DOS at which a DOS official highlighted "best practices" and specifically mentioned, by name, InterExchange's practices in the area of recording hours and logs. (PRA 4625-26 (Kapler Dep. 162:7-168:18).)<br><br>• Deposition testimony about an email from Au Pair Care advising other sponsors about a website hosted by an unauthorized, non-designated entity that advertised au pair services by an Au Pair Care au pair (i.e., outside of the DOS-regulated Au Pair Program and in violation of DOS regulations). The deponent stated that the website appeared to be "stealing au pair information" and presented a risk of harm to au pairs, which "would be an industrywide issue" (PRA 5634-35 (Kapler Dep. 205:7-207:18; see also PRA 1612-14 (email).) |

---

[1] "PRA" refers to Plaintiffs' Response Appendix [ECF 943].

| | | |
|---|---|---|
| 38 (n.94) | "Go Au Pair communicated and cooperated with other sponsors." <ul><li>Evidence "describing relationship with InterExchange" (PRA 5622-23)</li><li>"[E]mail from AuPairCare to Go Au Pair and various sponsors suggesting everyone send a 'similar message' to a website owner'" (PRA 1612)</li></ul> | <ul><li>Deposition testimony from Go Au Pair's manager stating that he would see an InterExchange executive at industry conferences (testimony does not address the content of any conversations at those meetings) (PRA 5622-23 (Kapler Dep. 157:16-159:13).)</li><li>Email from Au Pair Care advising other sponsors about a website hosted by a non-designated entity that advertised au pair services by an Au Pair Care au pair (i.e., outside of the DOS-regulated Au Pair Program and possibly in violation of DOS regulations). (PRA 1612; *see* entry re: n.31, *supra*.)</li></ul> |
| 38-39 (n.96) | "Go Au Pair regularly met with other sponsors, including on calls on which Defendants furthered their goal of maintaining a uniform national stipend." <ul><li>Deposition testimony "discussing participation at Alliance meetings" (PRA 4618)</li><li>Evidence of "meetings with Alliance members in preparation for meetings with Department of State, the purpose of which is to 'consolidate and synthesize people's point of view so we don't have everybody going off the place'" (PRA 5631-33)</li></ul> | <ul><li>Deposition testimony from Go Au Pair's manager stating that he attends most, if not all, of the Alliance annual meetings, but that he has "not been to all the other ones" (testimony does not address content of any meeting) (PRA 4618 (Kapler Dep. 34:23-35:9).)</li><li>Deposition testimony about Alliance meetings held in advance of meetings with DOS; general thrust of six pages of transcript is that sponsors will organize in person or by email before meetings with DOS to identify and consolidate a "list of points" to address with DOS so that meetings are more "efficient" from a "business" or "meeting management" perspective. (PRA 5631-33 (Kapler Dep. 190:3-191:6, 195:7-16, 197:9-198:13).)</li></ul> |

|  |  |  |
|---|---|---|
|  | • Evidence of "meeting with au pair sponsors and the Department of State at which wages and hours were discussed" (PRA 4622-24 & 1608-09) | • Email from an Alliance representative that refers to a meeting at DOS, lists "12 points (plus one) that were <u>presented by DOS</u> as components of the new proposed rulemaking," (emphasis added) and advises that <u>DOS asked for comment</u> on those items. One of the items listed was "Wages and hours based on Department of Labor requirements; au pairs to receive weekly compensation, 1.5 days off weekly, 2 weeks of vacation—ECA [a division of DOS] requests suggested language about hours as related to 'overnight duties.'" (PRA 1608-09 (email).)<br><br>• Deposition testimony from Go Au Pair's manager about the above-referenced email; in response to being asked whether the email "refresh[ed his] recollection as to whether the issue of wages and hours was discussed," Mr. Kapler stated that "I don't know whether there was actually much discussed in the details on hours as part of this meeting." (PRA 4622-24 (Kapler Dep. 145:18-152:4).) |
|  | • Evidence of "February 8, 2016 call with sponsors discussing au pair wages, which was part of a series of calls regarding the Alliance's efforts on uniform national stipend" (PRA 431-32) | • Notes from Alliance call held in advance of meeting with DOS; notes reflect no comment from Go Au Pair concerning the stipend. (PRA 431-32 (meeting notes).) |
| 11, 47 (nn.7, 132)<br><br>52-53 nn.153, | • Evidence of "April 19, 2011 meeting with representatives from Go Au Pair [and other sponsors] where 'minimum wage violation' was discussed" (PRA 778, 785-787, 1470-72)<br><br>• Evidence of "April 19, 2011 meeting with representatives from Go Au Pair [and other | • Alliance email notifying sponsors of the date and time of a meeting in advance of meeting with DOS and that non-member sponsors will be invited. (PRA 778.)<br><br>• Email forwarding agenda for April 19, 2011 Alliance meeting in advance of same-day meeting with DOS; agenda items do <u>not</u> include the stipend. (PRA 1470-72.) |

3

| | | |
|---|---|---|
| 160 | sponsors] discussing increases in weekly stipend" (PRA 778, 785-787, 1470-72) | • Minutes from April 19, 2011 meeting <u>with DOS</u> at which (1) some attendants expressed concern with increasing host families' <u>education contribution</u> (from $500 to $750) "given the recent 3-year increase in minimum weekly stipends"; and (2) a <u>DOS official</u> advised that securing a performance bond from au pairs was a "minimum wage violation." The minutes reflect no discussion on the stipend amount. (PRA 785-787, at 787.) |
| 21 (n. 35) | "The evidence shows that many sponsors had intimate knowledge of each other's fees and identical stipends, and it is unclear how each obtained this sensitive information from the other . . . ." <br><br>• Evidence that one sponsor had "information about refunds from APF, Go Au Pair, and Cultural Care" (PRA 1851) | • Internal email produced by CHI summarizing "refund policies" maintained by various sponsors, which policies a CHI representative gleaned from "HF Agreements from a few agencies" that someone had "found." (PRA 1852.) |
| 29 (n.54) | "Defense witnesses have repeatedly denied having discussions amongst themselves about the conspiracy's subject matter, or professed not to recall anything about Alliance meetings, calls, or other participation. Their amnesia subsides only when an Alliance-related document is presented." <br><br>• Evidence that Go Au Pair's corporate representative "fail[ed] to recall meeting with [DOS] where au pair wages and hours were discussed, but once shown document recollection was refreshed" (PRA 5619, | • Deposition testimony from Go Au Pair's manager stating the he did not recall any "meetings with the [DOS] where the weekly stipend was discussed" (PRA 5619 (Kapler Dep. 144:16-145:2.) <br><br>• A post-meeting email stating that, in relation to a potential rulemaking, DOS requested comment on a list of issues, including "wages and hours" in connection with DOS's specific request for language "about hours as related to 'overnight duties.'" (PRA 1608-09.) <br><br>• Deposition testimony from Go Au Pair's manager about the above-referenced email; in response to being asked whether the email "refresh[ed his] recollection of whether |

| | | |
|---|---|---|
| | 5620, 1606) | the issue of wages and hours was discussed," Mr. Kapler stated that "I recall what you asked me was stuff on wages as opposed to hours," that the email "refers more to hours," as related to "overnight details," and that he did not recall whether "there was actually much discussed in the details on hours as part of this meeting." (PRA 5619-21 (Kapler Dep. 145:18-152:4).)[2] |
| Annex 1 | February 9, 2009 Alliance Meeting (PRA 1761-63) | • Email confirming that Go Au Pair will attend meeting by phone; email reflects nothing about the substance of the meeting. (PRA 1762.)<br><br>• Email exchange between the Alliance and InterExchange noting that InterExchange agreed to host meeting and that Go Au Pair would be putting together "survey questions" to identify "talking points" for the meeting. (PRA 1764-65) |
| Annex 1 | September 23, 2009 Alliance Meeting (PRA 1759-60, PRA 475-76) | • Alliance email confirming the date and time of "Alliance-related events [with DOS] at this year's WYSTC conference" (PRA 1760.)<br><br>• Email exchange between the Alliance and EurAuPair that has nothing to do with Go Au Pair or Alliance events at the WYSTC conference. (PRA 476) |
| Annex 1 | October 21, 2009 Alliance Meeting (PRA 475, at 473) | Report of October 21, 2009 membership meeting; report reflects no discussion of au pair stipend. (PRA 473-74) |
| Annex 1 | October 6, 2010 Alliance Meeting | Minutes of October 21, 2009 meeting with DOS regarding proposed changes to education component of the Au Pair |

---

[2] The Alliance's official comment letter to DOS demonstrates that the issue of "wages and hours" discussed at the DOS meeting and referenced in the email did not concern the amount of the weekly stipend to which au pairs are entitled. (See PRA 1647-51, at 1650 (comment letter).)

5

| | (PRA 487-89) | Program. (PRA 487-89) |
|---|---|---|
| Annex 1 | April 19, 2011 Alliance Meeting (PRA 777, 784, 1469) | *See* entry re: nn. 7, 132, 153, & 160, *supra*. |
| Annex 1 | February 9, 2012 Alliance meeting (PRA 1615, 1627) | Minutes from February 9, 2012 meeting <u>with DOS</u> concerning visa issues, SEVIS records, best practices identified by DOS, program expansions, and annual reporting. (PRA 1616-26.) |
| Annex 1 | September 20, 2012 Alliance meeting involving "Alliance members" (PRA 2506) | Document appears to be an "Alliance summary" of remarks made by Robin Lerner, a DOS representative, at a WYSTC conference; report notes that Ms. Lerner spoke with "Alliance members only" on September 20, 2012, at that conference. There is no indication which members attended that conference or what Ms. Lerner spoke to members about. (PRA 2507-12.) |
| Annex 1 | October 23, 2012 Alliance meeting involving "Alliance members" (PRA 5947, 5951, 1647, 2506-12) | • Agenda for and recap of 2012 Alliance Membership Meeting; no indication of which members attended and neither agenda nor recap reflect any discussion of the stipend. (PRA 5947-50, 5951-57.)<br><br>• Official comment letter from the Alliance in response to DOS's request for comment on proposed rulemaking and thanking her "on behalf of the Alliance and all of its members" for an "excellent meeting on October 25." (PRA 1647-51; *see also* entry re: n.96, *supra*.)<br><br>• Summary of remarks by Robin Lerner, a DOS representative, at WYSTC conference. (PRA 2506-12.) |
| Annex 1 | April 7, 2015 Alliance meeting involving "Alliance Members" (PRA 1546) | Email addressed to "au pair colleagues" confirming that the Alliance would be holding a conference call on April 7, 2015 to "provide an update on recent issues pertaining to the au pair program on Capitol Hill, at the State Department, and in |

| | | |
|---|---|---|
| | | the media." (There is no indication which organizations received this email or which attended the scheduled call.) (PRA 1546-47.) |
| Annex 1 | December 17, 2015 Alliance meeting involving "Alliance Members" (PRA 633) | Internal Alliance email referring to "yesterday's meeting" concerning the Alliance's lobbying efforts. (The email provides no indication about who attended the meeting.) (PRA 633-35.) |
| Annex 1 | January 15, 2016 Alliance meeting (PRA 679) | Alliance email confirming time for upcoming conference call "to brief you on our meeting this morning with Evan Ryan," a DOS representative. (PRA 679-80.) |
| Annex 1 | January 26, 2016 Alliance meeting (PRA 683) | Alliance email advising that "we've confirmed our meeting with the Senate appropriations minority staff" and rescheduling "update" conference call with members. (PRA 683-85.) |
| Annex 1 | February 8, 2016 Alliance meeting (PRA 430, 673) | • Notes regarding conference call among au pairs sponsors in advance of discussion with DOS. (PRA 430-31; *see also* entry re: n.96, *supra*.)<br>• Alliance email noting that conference call was rescheduled. (PRA 673-75.) |
| Annex 1 | October 19, 2016 Alliance meeting (PRA 587, 2513) | • Email exchange between the Alliance and AIFS listing participants for break-out session. (PRA 587-88.)<br>• Report of Au Pair Breakout Session with DOS, which was held in connection with the Alliance Annual Meeting. (PRA 2513-17.) |