IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

**GO AU PAIR'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1)
TO MATERIALS INCLUDED IN DEFENDANT GO AU PAIR'S SUPPLEMENTAL
APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
[ECF NO. 1000]**

        Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") move this Court for an order restricting public access, under Level 1 restricted access, to materials included in Go Au Pair's Restricted Appendix in support of Defendant Go Au Pair's Reply in Support of its Motion for Summary Judgment (the "Appendix") [ECF No. 1000].

        In support thereof, Go Au Pair states as follows:

        1.    All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

        2.    The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to

interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

    3.    Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

    4.    On April 13, 2018, Go Au Pair filed its Reply in Support of its Motion for Summary Judgment [ECF No. 1002], along with the Appendix. The Appendix includes excerpts of plaintiffs' deposition transcript for which confidentiality designations are not yet due, or for which the entire transcript has been designated by plaintiffs as CONFIDENTIAL pending the due date for confidentiality designations. Go Au Pair is filing those excerpts under restricted access to allow Plaintiffs the opportunity to move for restricted access pursuant to D.C.COLO.LCivR 7.2. Go Au Pair does not take any position, either for or against, restricted treatment of these documents.

Dated: April 13, 2018

Respectfully submitted,

*s/ Natalie West*
Kathryn A. Reilly
Brett M. Mull
V. William Scarpato III
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
            Mull@wtotrial.com
            Scarpato@wtotrial.com
            West@wtotrial.com

Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 13, 2018, I electronically filed the foregoing GO AU PAIR'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS INCLUDED IN DEFENDANT GO AU PAIR'S SUPPLEMENTAL APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 1000] with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia Jones*