**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

---

**DEFENDANT APIA'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF
DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

**MOVANT'S APPENDIX**

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

---

### DECLARATION OF ROBERT TUCKER IN SUPPORT OF APIA'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

---

I, ROBERT M. TUCKER, declare as follows:

1. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel for Defendant American Institute for Foreign Study, d/b/a Au Pair in America ("APIA"). I am a duly licensed attorney and admitted to practice in the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this Declaration in support of APIA's Supplemental Brief in Further Support of Defendants' Joint Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of **[APP 1-3]** deposition excerpts from Beatriz Fueste's Deposition.

4. Attached hereto as Exhibit 2 is a true and correct copy of **[APP 4-8]**

2

deposition excerpts from Santos Daniela Lemus Trigueros' Deposition.

      5.    Attached hereto as Exhibit 3 is a true and correct copy of **[APP 9-11]** deposition excerpts from Liliam Arias' Deposition.

      6.    Attached hereto as Exhibit 4 is a true and correct copy of **[APP 12-13]** deposition excerpts from Lusapho Hlatshaneni's Deposition.

      7.    Attached hereto as Exhibit 5 is a true and correct copy of **[APP 14-16]** deposition excerpts from Maidelyn Cristina Barrera Martinez' Deposition.

      8.    Attached hereto as Exhibit 6 is a true and correct copy of **[APP 17-20]** deposition excerpts from Eileen Boehne's Deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of April, 2018, at New York, New York.

                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                              s/ *Robert M. Tucker*
                              Stephen J. Macri
                              Robert M. Tucker
                              1745 Broadway, 22nd Floor
                              New York, NY 10019
                              (212) 492-2071
                              Email:  stephen.macri@ogletree.com
                                                  robert.tucker@ogletree.com

                              ***Attorneys for American Institute for Foreign Study d/b/a Au Pair in America***