IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**EXPERT AU PAIR'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXPERT AU PAIR'S INDIVIDUAL REPLY IN FURTHER SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT [ECF NO.1007]**
_____

Pursuant to D.C.COLO.LCivR 7.2, Defendant Expert Group International Inc. d/b/a Expert AuPair ("Expert AuPair") moves this Court for an order restricting public access, under Level 1 restricted access, to Expert Au Pair's Individual Reply In Further Support of the Motion For Summary Judgment [ECF No.1007] and in support thereof, states as follows:

1. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other

1

information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (Id. ¶ 8.)

4. On April 13, 2018, Expert AuPair filed its Individual Reply In Further Support of the Motion For Summary Judgment ("MSJ Reply").

5. The MSJ Reply contains information and reference to documents previously marked by the parties as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, therefore such information should maintain Level 1 confidentiality designation.

For the foregoing reasons, Defendant Expert AuPair respectfully request that this Court issue an Order restricting public access under Level 1, to ECF No. 1007.

Expert AuPair further requests that the Court replace Expert Au Pair's Individual Reply In Further Support of the Motion For Summary Judgment [ECF No. 1007], with the redacted version submitted herewith.

Dated: April 13, 2018

Respectfully submitted,

s/Bogdan Enica
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 900
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
EXPERT GROUP INTERNATIONAL INC.
D/B/A EXPERT AUPAIR

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of April, 2018, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        s/Bogdan Enica

                                        Bogdan Enica, Esq.