# Exhibit C

# APPENDIX

| 20/20 Care Exchange d/b/a The International Au Pair Exchange | | |
| --- | --- | --- |
| | Definition | Representative(s) |
| Antitrust Class | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs[1] |

| Agent Au Pair | | |
| --- | --- | --- |
| | Definition | Representative(s) |
| Antitrust Class | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

| APEX, American Professional Exchange, LLC d/b/a ProAuPair | | |
| --- | --- | --- |
| | Definition | Representative(s) |
| Antitrust Class | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

| Au Pair Foundation | | |
| --- | --- | --- |
| | Definition | Representative(s) |
| Antitrust Class | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

---

[1] The Named Plaintiffs are: Sarah Carolina Azuela Rascon (Cultural Care), Johana Paola Beltran (InterExchange), Beaudette Deetlefs (Cultural Care), Alexandra Ivette Gonzalez (GoAuPair), Juliane Harning (AuPairCare), Lusapho Hlatshaneni (Au Pair in America), Laura Mejia Jimenez (AuPairCare), Nicole Mapledoram (Expert Au Pair), Camila Gabriela Reyes (Au Pair in America), Cathy Caramelo (Cultural Care), and Linda Elizabeth (Cultural Care)

| AuPairCare, Inc. | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |
| **RICO Class** | All persons sponsored to work as a standard au pair in the United States pursuant to a J-1 Visa by Defendants:<br><br>    Au Pair in America (American Institute for Foreign Study),<br>    AuPairCare, Inc.,<br>    Cultural Care, Inc., or<br>    InterExchange, Inc. | Lusapho Hlatshaneni;<br>Camila Gabriela Perez Reyes;<br>Johana Paola Beltran<br>Juliane Harning;<br>Laura Mejia Jimenez;<br>Cathy Caramelo;<br>Beaudette Deetlefs;<br>Linda Elizabeth;<br>Sarah Carolina Azuela Rascon |
| **New Jersey Training Subclass** | All persons subjected to unpaid standard au pair training by Defendant AuPairCare in New Jersey. | Laura Mejia Jimenez<br>Juliane Harning |
| **AuPairCare Michigan Subclass** | All persons sponsored by Defendant AuPairCare, Inc. to work as a standard au pair in the State of Michigan pursuant to a J-1 Visa. | Juliane Harning |
| **AuPairCare Pennsylvania Subclass** | All persons sponsored by Defendant AuPairCare, Inc. to work as a standard au pair in the Commonwealth of Pennsylvania pursuant to a J-1 Visa. | Laura Mejia Jimenez |

**NOTE TO AU PAIR CARE AU PAIRS.** AuPairCare is currently appealing a decision that will determine whether au pairs sponsored by AuPairCare can be part of the class before the court in Colorado. If the appeal is resolved in Au Pair Care's favor, you will not be part of this case and any claim you have must be brought in arbitration. In the event that AuPairCare-sponsored au pairs are ultimately made part of the class, AuPairCare au pairs will receive a separate notice and opportunity to opt out.

| American Institute for Foreign Study, d/b/a Au Pair in America | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |
| **RICO Class** | All persons sponsored to work as a standard au pair in the United States pursuant to a J-1 Visa by Defendants: <br><br> Au Pair in America (American Institute for Foreign Study), <br> AuPairCare, Inc., <br> Cultural Care, Inc., or <br> InterExchange, Inc. | Lusapho Hlatshaneni <br> Camila Gabriela Perez Reyes <br> Johana Paola Beltran <br> Juliane Harning <br> Laura Mejia Jimenez <br> Cathy Caramelo <br> Beaudette Deetlefs <br> Linda Elizabeth <br> Sarah Carolina Azuela Rascon |
| **New York Training Subclass** | All persons subjected to unpaid standard au pair training in New York by Defendants: <br><br> Au Pair in America (American Institute for Foreign Study), <br> Cultural Care, Inc. or <br> InterExchange, Inc. | Lusapho Hlatshaneni <br> Camila Gabriela Perez Reyes <br> Beaudette Deetlefs <br> Cathy Caramelo <br> Linda Elizabeth <br> Sarah Carolina Azuela Rascon <br> Johana Paolo Beltran |
| **Au Pair in America California Subclass** | All persons sponsored by Defendant Au Pair in America (American Institute for Foreign Study) to work as a standard au pair in the State of California pursuant to a J-1 Visa. | Lusapho Hlatshaneni |
| **Au Pair in America Illinois Subclass** | All persons sponsored by Defendant Au Pair in America (American Institute for Foreign Study) to work as a standard au pair in the State of Illinois pursuant to a J-1 Visa. | Camila Gabriela Perez Reyes |

| Au Pair International, Inc. | | |
| --- | --- | --- |
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

| Cultural Care, Inc. d/b/a Cultural Care Au Pair | | |
| --- | --- | --- |
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |
| **RICO Class** | All persons sponsored to work as a standard au pair in the United States pursuant to a J-1 Visa by Defendants:<br><br>Au Pair in America (American Institute for Foreign Study),<br>AuPairCare, Inc.,<br>Cultural Care, Inc., or<br>InterExchange, Inc. | Lusapho Hlatshaneni<br>Camila Gabriela Perez Reyes<br>Juliane Harning<br>Laura Mejia Jimenez<br>Cathy Caramelo<br>Beaudette Deetlefs<br>Linda Elizabeth<br>Sarah Carolina Azuela Rascon<br>Johana Paolo Beltran |
| **New York Training Subclass** | All persons subjected to unpaid standard au pair training in New York by Defendants:<br><br>Au Pair in America (American Institute for Foreign Study),<br>Cultural Care, Inc. or<br>InterExchange, Inc. | Lusapho Hlatshaneni<br>Camila Gabriela Perez Reyes<br>Beaudette Deetlefs<br>Cathy Caramelo<br>Linda Elizabeth<br>Sarah Carolina Azuela Rascon<br>Johana Paolo Beltran |
| **Cultural Care Maryland Subclass** | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the State of Maryland pursuant to a J-1 Visa. | Sarah Carolina Azuela Rascon |

| Cultural Care Massachusetts Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the Commonwealth of Massachusetts pursuant to a J-1 Visa. | Sarah Carolina Azuela Rascon |
|---|---|---|
| Cultural Care Pennsylvania Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the Commonwealth of Pennsylvania pursuant to a J-1 Visa. | Linda Elizabeth |
| Cultural Care Texas Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the State of Texas pursuant to a J-1 Visa. | Cathy Caramelo Linda Elizabeth |
| Cultural Care Utah Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the State of Utah pursuant to a J-1 Visa. | Beaudette Deetlefs |
| Cultural Care Virginia Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the Commonwealth of Virginia pursuant to a J-1 Visa. | Sarah Carolina Azuela Rascon |

| Cultural Homestay International | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

| EurAuPair Intercultural Child Care Programs | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

| Expert Group International Inc., d/b/a Expert AuPair | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |
| **Florida Training Subclass** | All persons subjected to unpaid standard au pair training by Defendant Expert Group International, Inc. in Florida. | Nicole Mapledoram |
| **Expert Au Pair Colorado Subclass** | All persons sponsored by Defendant Expert Group International, Inc. to work as a standard au pair in the State of Colorado pursuant to a J-1 Visa. | Nicole Mapledoram |

| American Cultural Exchange LLC and GoAuPair Operations, LLC, d/b/a GoAuPair | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |
| **GoAuPair Maryland Subclass** | All persons sponsored by Defendant American Cultural Exchange LLC (dba Go Au Pair) to work as a standard au pair in the State of Maryland pursuant to a J-1 Visa. | Alexandra Ivette Gonzalez-Cortes |

| Great AuPair, LLC | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |

| Interexchange Inc. | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |
| **RICO Class** | All persons sponsored to work as a standard au pair in the United States pursuant to a J-1 Visa by Defendants:<br><br>    Au Pair in America (American Institute for Foreign Study),<br>    AuPairCare, Inc.,<br>    Cultural Care, Inc.,<br>    or InterExchange, Inc. | Lusapho Hlatshaneni<br>Camila Gabriela Perez Reyes<br>Juliane Harning<br>Laura Mejia Jimenez<br>Cathy Caramelo<br>Beaudette Deetlefs<br>Linda Elizabeth<br>Sarah Carolina Azuela<br>Rascon, Johana Paolo Beltran |
| **New York Training Subclass** | All persons subjected to unpaid standard au pair training in New York by Defendants:<br><br>    Au Pair in America (American Institute for Foreign Study),<br>    Cultural Care, Inc. or<br>    InterExchange, Inc. | Lusapho Hlatshaneni<br>Camila Gabriela Perez Reyes<br>Beaudette Deetlefs, Cathy Caramelo, Linda Elizabeth<br>Sarah Carolina Azuela<br>Rascon, Johana Paolo Beltran |
| **InterExchange Colorado Subclass** | All persons sponsored by Defendant InterExchange, Inc. to work as a standard au pair in the State of Colorado pursuant to a J-1 Visa. | Johana Paolo Beltran |

| USA Au Pair, Inc | | |
|---|---|---|
| | **Definition** | **Representative(s)** |
| **Antitrust Class** | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | All Named Plaintiffs |