# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

## CULTURAL CARE, INC.'S INTERROGATORIES AND REQUESTS FOR PRODUCTION TO FLSA OPT-IN PLAINTIFFS

Defendant Cultural Care, Inc., pursuant to Fed. R. Civ. P. 26, 33, 34, and 37, submits the following Interrogatories and Requests for Production to FLSA Opt-In Plaintiffs (individually, "Opt-In Plaintiff").

## DEFINITIONS

1. As used in this document, the terms "Opt-In Plaintiff," "you," "au pair," and derivatives of those terms refer to the individual responding to these requests, who has consented to become a plaintiff in this lawsuit, as well as to his or her attorneys and other persons acting or purporting to act on his or her behalf.

2. As used in this document, the term "Defendant" or "sponsor" refers to the company that sponsored your J-1 visa in connection with your participation in the au pair program in the United States and any officer, employee, or agent of the sponsor.

3. The word "communication" or "communications" means any transmission of thoughts, opinions, or information by speech, writing, or signs.

4. The word "document" or "documents" shall be interpreted as broadly as permitted by the Federal Rules of Civil Procedure and shall mean any written, typed, or mechanically or electronically recorded or stored communications or records of any kind, however produced or reproduced. If copies of a document have been prepared and the copies are not identical (or have undergone alterations by the addition or deletion of notations or other modifications), each non-identical copy is a separate "document."

## INSTRUCTIONS

5. In answering these Interrogatories and Requests for Production you are requested to furnish all information that is available to you, including that which has been obtained by, and that which is now in the possession of, your attorneys, employees, agents, and other representatives, and not merely the information known by the individuals preparing this response.

6. If a requested document once existed but is no longer in existence, so state and, to the best of your recollection, provide the content of the document, the date and circumstances under which it ceased to exist, and the identity of all persons having knowledge of the contents thereof.

7. If you are unable to respond fully and completely to any of these Interrogatories or Requests for Production, after exercising due diligence to ensure the information necessary to make such full and complete responses, so state, and in

2

addition, respond to each such Interrogatory or Request for Production to the fullest extent possible, specifying your knowledge, and the reason for your inability to respond to the remainder, and state whatever information or knowledge you may have concerning the answered portions thereof.

8. If you consider any requested document or communication to be privileged, please provide a written log of all such documents or communications in sufficient detail to allow Defendant's counsel to assess the claim of privilege. Your response should include the identification of such document or communication, the dates of the document or communication, the identity of the persons who were parties to the communication, and the basis asserted for such a privilege.

9. You are requested to respond to these Interrogatories and Requests for Production in writing and under oath within thirty (30) days from the date of service or from the date you agreed to opt-in to become a plaintiff in this action, whichever is later.

10. Each of the following Interrogatories and Requests for Production is a continuing one and must be supplemented in accordance with Fed. R. Civ. P. 26(e). If you later obtain, or become aware of, any further information pertaining to these Interrogatories or Requests for Production, you are requested to promptly serve upon Defendant amended answers setting forth such information.

## **INTERROGATORIES**

1. Please identify yourself, including: (1) your full name; (2) your full name(s) when you were an au pair placed through Cultural Care; (3) your date of birth; (4) your

3

current street address and email address(s); and (5) the dates during which you participated in the au pair program in the United States.

2. For each placement during your participation in the au pair program, please state (a) for how many hours each week each child in your host family was in school or daycare outside the home; and (b) with what other adult(s), if any, you shared the childcare duties and for how many hours per week.

3. For each placement during your participation in the au pair program, describe your duties and responsibilities, for how many hours you worked daily and weekly, and whether you possess, or are aware of, documents reflecting your hours worked.

4. For each placement during your participation in the au pair program, state (a) the amount that you were paid for that week's duties and responsibilities; and (b) whether you possess, or are aware of, documents reflecting amounts paid.

5. For each placement during your participation in the au pair program, identify all other payments, benefits, and items of value that you received, e.g., gifts, bonuses, paid vacation in excess of two weeks, flight tickets for visits home or for family member visits to the U.S., education costs in excess of $500, fees associated with program extensions, personal use of a car, gas money, etc.

6. On what information did you rely in making the decision to participate in the au pair program, and from whom did you obtain it?

**REQUESTS FOR PRODUCTION**

Please produce:

1. All documents identified or referenced in your answer to any Interrogatory, including any documents relating to amounts paid to you and hours that you worked.

2. All documents that describe or reflect your experiences as an au pair, e.g., calendars, diaries, notes, and social media postings.

3. Not including communications involving your lawyers, all communications about this lawsuit or your decision to participate in this lawsuit.

4. All documents on which you relied in deciding to participate in the au pair program.

**REQUESTS FOR ADMISSION**

1. On one or more occasions you received more than $195.75 in weekly payment(s) from your host family or host families.

2. You provided childcare services for less than ten hours per day.

3. Not counting vacation (up to two weeks per year), you worked fewer than 45 hours during one or more weeks that you were an au pair.

4. Your schedule was set by, or determined in conjunction with, your host family, not your sponsor agency.

5. Your stipend was paid by your host family, not your sponsor agency.

DATED: October 12, 2017

Respectfully submitted,

5

                                          *s/ Lyndsey M. Kruzer*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com)
Lyndsey M. Kruzer (lkruzer@choate.com)
Choate Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2017, I served the foregoing CULTURAL CARE, INC.'S INTERROGATORIES AND REQUESTS FOR PRODUCTION TO OPT-IN COLLECTIVE MEMBERS via email to the following:

| | |
|---|---|
| Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, CO 80218<br>Email: alex@towardsjustice.org | Brian A. Birenbach<br>THE RIETZ LAW FIRM, L.L.C.<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>Email: brian@rietzlawfirm.com |

6

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO 80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL 33701
Email: Bogdane@hotmail.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Ave, Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

Lawrence Lee
Susan M. Schaecher
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO 80202
Email: llee@laborlawyers.com
Email: sschaecher@laborlawyers.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Email: estock@gibsondunn.com

8

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
575 Lexington Ave., 7th Floor
New York, NY  10022
Email: llouis@bsfllp.com
Email: smccawley@bsfllp.com
Email: smcelroy@bsfllp.com

Matthew L. Schwartz
Peter M. Skinner
Dawn L. Smalls
Randall W. Jackson
Joshua J. Libling
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email: dsmalls@bsfllp.com
Email:  rjackson@bsfllp.com
Email: jlibling@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Email:  srodriguez@bsfllp.com
Email:  jvaldivieso@bsfllp.com

*s/  Lyndsey M. Kruzer*