# Exhibit 6

| | |
|---|---|
| **From:** | Dawn Smalls |
| **To:** | "Lukey, Joan" |
| **Cc:** | "Wolosz, Justin J."; "Kruzer, Lyndsey M."; "O"Keefe, Kevin P." |
| **Subject:** | RE: status of written discovery to opt-ins |
| **Date:** | Monday, November 27, 2017 11:52:00 AM |

Joan,

I hope you had a great Thanksgiving as well. We have over 600 completed (and several hundred partial) responses to the questions posed (1) without the three additional questions we agreed upon; (2) the request for documents; and (3) the certification. We are in the process of building an interface by which each au pair can review and certify the answers previously provided and state whether they have any responsive documents, which we hope to have completed this/next week. Once we do we will ask all au pairs (those that have completed the questions and those that have not) to complete each of the three steps outlined above and will start producing the information on a weekly basis as soon as it comes in.

Dawn

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Monday, November 27, 2017 11:35 AM
**To:** Dawn Smalls
**Cc:** Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.
**Subject:** status of written discovery to opt-ins

Good morning, Dawn –
    I hope that you had a good Thanksgiving.
    Could you please let us know the status of the Cultural Care discovery that you said you would start processing at the time we reached agreement (see email of 11/7, attached)?  As we discussed at the time, Cultural Care is anxious to start identifying deponents and noticing depositions.
    Thank you.

Joan A. Lukey

logo


Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is

intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at [choate.com](http://choate.com)