# Exhibit 13

| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Dawn Smalls; Sean Rodriguez |
| **Cc:** | Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O"Keefe, Kevin P.; Rudman, Samuel N.; Denton, Brenda; Sheryl Heyward |
| **Subject:** | RE: 9 European opt-ins in Boston |
| **Date:** | Tuesday, March 13, 2018 4:14:27 PM |
| **Attachments:** | image002.gif |
| | image003.gif |

Hi, Dawn –

I'm stuck in DC, which was as close as I could get to Boston yesterday when returning from a funeral in Wichita.  If I'm lucky I'll get back tomorrow night!   The office is closed, but I'll ask my partner Mark Cahill to get back to you on this as soon as he able.

Joan A. Lukey

logo 

Choate, Hall & Stewart LLP

Two International Place

Boston, MA 02110

t 617.248.4949

f 617.502.4949

joan.lukey@choate.com

www.choate.com

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, March 13, 2018 4:09 PM
**To:** Lukey, Joan; Sean Rodriguez
**Cc:** Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.; Denton, Brenda; Sheryl Heyward
**Subject:** RE: 9 European opt-ins in Boston

Joan,

Indra Sinnathurai Kandasamy has reached out to see if you are still interested in deposing her in Boston. Please let me know what we should tell her, as well as your plans for the other au pairs listed below.

Dawn

**From:** Dawn Smalls
**Sent:** Friday, February 23, 2018 3:56 PM
**To:** Lukey, Joan; Sean Rodriguez
**Cc:** Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.; Denton, Brenda; Sheryl Heyward
**Subject:** RE: 9 European opt-ins in Boston

Hi Joan,

I've directed Nadine and Jonathan to call my assistant Sheryl (cc-ed to this message) who will conference in Brenda to make travel arrangements. Nadine has confirmed her date. I am still waiting to get confirmation from Jonathan.

Separately, I am writing to provide availability for the following three au pairs.

> 13. Indra Sinnathurai Kandasamy. Available to travel to Boston March 30th to April 2nd.
> 41. Daniela Henao Velasquez (Bogata, Columbia). Daniela is available to deposed in person in Bogata or by Skype on a weekend.
> 42. Danielle Gomes Oliviera. Available to be deposed on a Tuesday or Friday morning in Den Haag or Amsterdam after March 5th.

Note that Danielle is Brazilian but currently living in the Netherlands. A cursory review shows that there may be blocking statutes in the Netherlands for both Dutch and non-citizens. If you have any legal authority to the contrary, we request that you share it. Both Danielle and Plaintiffs' counsel are willing to proceed with the deposition (as well as the others) if it comports with local law.

Dawn

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Thursday, February 22, 2018 6:22 PM
**To:** Dawn Smalls; Sean Rodriguez
**Cc:** Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.; Denton, Brenda
**Subject:** RE: 9 European opt-ins in Boston

Dawn –

     As we agree on each deposition date, could you please give your client the contact information for my assistant Brenda Denton (bdenton@choate.com; 617 248-4734).   She will need:
1.        Name as it appears on passport
2.        Passport #
3.        Nationality
4.        Date of birth
        **Note: all of above could be taken care of with a scan of the cover page of passport, assuming they are similar to U.S. passports.**
5.        Departure and return city
6.        Date on which s/he wishes to depart home city, and date on which s/he wishes to return (CCI will cover the hotel one night before and on the night following the deposition; but they should tell Brenda if they want to extend at their own expense).
        Right now, as I understand it, we have Nadine Brunner scheduled at our office on March 9.   How about Tuesday, March 27 for Jonathan Russek?
        Thank you.

Joan A. Lukey




Choate, Hall & Stewart LLP
Two International Place

Boston, MA 02110

t 617.248.4949

f 617.502.4949

joan.lukey@choate.com

www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Wednesday, February 21, 2018 5:28 PM
**To:** Lukey, Joan; Sean Rodriguez
**Cc:** Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.
**Subject:** RE: 9 European opt-ins in Boston

Nadine has confirmed for March 9 in Boston. We are happy for you to make the travel arrangements. Her departure airport is Vienna. Who should we contact for her to do so?

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Wednesday, February 21, 2018 12:36 PM
**To:** Sean Rodriguez
**Cc:** Dawn Smalls; Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.
**Subject:** RE: 9 European opt-ins in Boston

      Sure, we'll take March 9 in Boston at our office.  If you are making the flight reservation, rather than having Cultural Care do so (which it is willing to do), please know that Cultural Care will reimburse full fare coach roundtrip (if full fare is actually used, or they'll pay the lower fare if that's what is used) from city of origin to and from Boston, plus reasonable hotel charges, e.g., at the nearby Hilton or Marriott, for the night before the deposition and the night of the deposition if the deponent wishes to travel home the next day.   Again, this is without precedent with regard to other Opt-Ins and certainly with regard to other sponsors.  Please let us know when you lock the March 9 deposition, and the depositions for the others.

Joan A. Lukey



Choate, Hall & Stewart LLP

Two International Place

Boston, MA 02110

t 617.248.4949

f 617.502.4949

joan.lukey@choate.com

www.choate.com

---

**From:** Sean Rodriguez [mailto:srodriguez@BSFLLP.com]
**Sent:** Wednesday, February 21, 2018 8:24 AM
**To:** Lukey, Joan
**Cc:** Dawn Smalls; Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.

**Subject:** RE: 9 European opt-ins in Boston

Joan,

March 8 was the first day of a window in which Ms. Brunner can travel, as I say below.  I gave you the travel windows because you indicated your client wanted direct involvement in the travel planning.  Mr. Brunner will not be deposed on the day of her transatlantic flight.

Would you like the 9th for the deposition?  If so, we'll go ahead and book the travel.

As for the rest, my offer and the discussion was for all the defendants.  You may have been focused on the "9" au pairs and Boston, but what I applied to everyone on the line.  This includes New York, which I mentioned twice on the call—not because anything is about "my convenience" but because there are more involved than your client and your team.

Regards,


**Sean P. Rodriguez**
Partner

BOIES SCHILLER FLEXNER LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(d) +1 510 874 1101
(o) +1 510 874 1000
srodriguez@bsfllp.com
www.bsfllp.com

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Wednesday, February 21, 2018 4:19 AM
**To:** Sean Rodriguez
**Cc:** Dawn Smalls; Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.
**Subject:** RE: 9 European opt-ins in Boston


Sean –

        You were the one who posed the question on the call yesterday as to whether we would bring to the U.S. the Opt-Ins whom we cannot depose in Europe because of blocking statutes. (In the countries that require depositions at the consulate, we did reach out; but they could not accommodate within the discovery period.)
        You will recall that we had noticed those depositions to occur in Denver, I believe on February 24 and March 9, after they declined to cross national lines in Europe.  I believe it was Dawn who told us the number was nine, but we can pull the notices again if there is any question.  You posited that it would be approximately the same cost for us to send a lawyer to Europe as for us to pay for the Opt-Ins to come to us in Boston.
        We have answered your question in the affirmative as to the nine Opt-Ins whom we noticed for Denver for depositions to occur (I believe) on Feb. 24 and March 1.

While there is no obligation for a defendant to pay the expenses of someone who has sued in the U.S.  to travel to the U.S., you asked and we agreed as to this specific group.

We did not offer N.Y.  This is not for your convenience.

For this group, Cultural Care will pay their reasonable expenses – the details of which we must still work out – to Boston, or to Denver as the venue of the lawsuit.

We would like to depose Ms. Brunner on March 8.

Thank you.

Joan A. Lukey

logo

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Sean Rodriguez [mailto:srodriguez@BSFLLP.com]
**Sent:** Wednesday, February 21, 2018 1:58 AM
**To:** Lukey, Joan
**Cc:** Dawn Smalls; Juan Valdivieso; Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.
**Subject:** RE: 9 European opt-ins in Bosron

Joan,

I take the reference to "9" au pairs to mean those your team picked from Austria, France, Germany, and other countries that prohibit giving evidence in a foreign proceeding (absent approvals that I don't believe your client has sought to obtain).

As you know, we don't believe anyone should be compelled or coerced into crossing international borders unwillingly—especially where the au pair's country of residents prohibits unauthorized depositions of even willing participants.  We will not conspire to circumvent the laws and policy judgments of foreign sovereigns.

Our terms were clear in my email of last week, and I didn't say anything different on the call yesterday:  We will let you know if any overseas au pairs you request is willing to travel to Boston (or New York) for a deposition on the condition that your client pays for the au pair's travel.  As I elaborated yesterday, that is the efficient and prudent course where Cultural Care demands an in-person foreign deposition.  It reduces the total number of travelers by at least one attorney.  We appreciate that you client has apparently agreed to this proposal on a limited basis, and under reservation of right.

We reached out to the "9" au pairs today.  So far one has responded that she will travel to Boston for a deposition provided that Cultural Care pays her travel expenses.

That au pair is Nadine Brunner, of Austria.  She can travel in these windows:
> March 8th- 12th
> March 29th - April 2nd
> April 6th - 9th

Please let us know your preference.

Thanks,


**Sean P. Rodriguez**
Partner

**BOIES SCHILLER FLEXNER LLP**

1999 Harrison Street
Suite 900
Oakland, CA 94612
(d) +1 510 874 1101
(o) +1 510 874 1000
srodriguez@bsfllp.com
www.bsfllp.com

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Tuesday, February 20, 2018 4:26 PM
**To:** Dawn Smalls; Sean Rodriguez; Juan Valdivieso
**Cc:** Cahill, Mark; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.
**Subject:** 9 European opt-ins in Bosron

Hello —
Given the extra time needed for travel logistics, please let us know as soon as you can what dates the deponents want. I believe they were previously noticed for Feb. 24 and March 1. We will accommodate weekends and evenings with reasonable notice. If we don't hear dates from you by the end of this week, we'll pick dates and send notices next week.
Thanks.

Joan Lukey
617 248-4949


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-

mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com