**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,and
SARAH CAROLINE AZUELA RASCON,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., d/b/a Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, d/b/a/ Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America, AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair, THE 20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange, ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GoAu Pair, and
GOAUPAIR OPERATIONS, LLC,

    Defendants.

**DECLARATION OF JENNIFER M. KEOUGH**

1

I, JENNIFER M. KEOUGH, declare as follows:

1. As of April 19, 2018, in addition to the Consent to Join submissions reported in my prior Declarations to the Court, JND has received three (3) further Consent to Join forms submitted via the online form and confirmed as completed where the au pair identified an FLSA Defendant as their sponsor. Copies of the completed electronic forms are attached hereto as Exhibit A.

2. Between March 30, 2018, and April 10, 2018, JND received three (3) email requests from au pairs who had previously submitted a Consent to Join form online indicating that they no longer wished to participate in the action. A list identifying the Consent to Join forms and copies of the withdrawal requests are attached hereto as Exhibit B.

3. In addition, two (2) Consent to Join forms that were previously reported was determined to be duplicative of another Consent to Join form submitted by mail. A list identifying the duplicative records is attached hereto as Exhibit C.

4. In total, JND has received 4,316 unique completed Consent to Join forms where the individual submitting the form identified an FLSA Defendant as their sponsor, of which thirty-three (33) have subsequently been withdrawn.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2018, at Seattle, Washington.

By: _____
Jennifer M. Keough