# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18786 | TGH8HE55B | Hayley Elizabeth Gee | Cultural Care Au Pair |
| 18800 | PB82H8764 | Ilda Marcela Rubalcava Loredo | Cultural Care Au Pair |
| 18791 | GB83628F9 | Marta Stimac | Au Pair in America (APIA/AIFS |

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 04/01/2018 | Signature: | *DocuSigned by:* [signature] CD0FE94BE8F747D... |
| Name: | Hayley Elizabeth Gee | | |
| Address: | 22 High Pastures Court | | |
| | Ridgefield, CT US 06877 | | |
| Phone Number: | 2033136156 | | |
| Email Address: | Hayley_gee101@hotmail.com | | |
| Sponsor: | Cultural Care Au Pair | | |

Dates in Au Pair Program:

From: 09/06/2016        To: 09/06/2018

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 04/18/2018

Firma: *DocuSigned by:* 3ED8B9578EFE4C5...

Nome: Ilda Marcela Rubalcava Loredo

Dirección: 10 east st

Providence, RI US 02906

Telefone: +521 5578589223

Email Address: ilda.rubalcava@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/01/2015   A: 06/30/2016

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 04/03/2018

Signature: *Marta Stimac* (DocuSigned by: B730D68BB86A424...)

Name: Marta Stimac

Address: 1432 Hickory Ave, Apt C

Harahan , LA US 70123

Phone Number: 5049131014

Email Address: marta.stimac@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/05/2013        To: 08/05/2015