# Exhibit B

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 6538 | 8E18F2E5 | Camila Mazza | Au Pair in America (APIA/AIFS |
| 4476 | E0075485 | Katja Rakuscek | Au Pair in America (APIA/AIFS |
| 11936 | CH53G9BCB | Mari Neyde Aparecida Silva | Expert Au Pair |

| | |
|---|---|
| **From:** | camila ocampo <kami_ocampo@hotmail.com> |
| **Sent:** | Friday, March 30, 2018 7:16 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdraw |

Hello,

I would like to withdraw from the case.

Thank you,
Camila

Sent from my iPhone

**From:** Katja R <katjarakuscek@hotmail.com>
**Sent:** Friday, April 06, 2018 8:42 AM
**To:** CA - AuPairWageAction
**Subject:** withdrawing

Hello,
I no longer wish to participate in the lawsuit.

Thanks,
Katja

1

**From:** Mari Silva <mariagroo@gmail.com>
**Sent:** Tuesday, April 10, 2018 11:05 AM
**To:** CA - AuPairWageAction
**Subject:** Withdraw au pair case Mari Neyde Aparecida Silva

Hello, hope you are doing well.

I would like to withdraw my au pair case with Expert Au Pair. Please advise me if it is possible and what I need to do.

Thank you!

Mari Silva