# Exhibit C

**Au Pair Wage Action**

**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 4412 | 050BD78C | Angélica Vargas Reyes | Au Pair Care, Inc. |
| 114 |  | Anna Matejova | Cultural Care Au Pair |