IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

            Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

            Defendants.

_____

**DECLARATION OF KEVIN P. O'KEEFE**

      1.      My name is Kevin P. O'Keefe.  I am an attorney at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York.  I am admitted to the United States District Court for the District of Colorado.

      2.      I am one of the attorneys representing Defendant Cultural Care, Inc. ("Cultural Care") in the above-captioned case.

      3.      In accordance with a December 27, 2017 stipulation entered into between Cultural Care and Plaintiffs concerning discovery (*see* ECF No. 973-2) with respect to Cultural Care-sponsored FLSA opt-in Plaintiffs (the "Opt-Ins"), Plaintiffs' counsel has delivered six files containing results of surveys distributed by Plaintiffs' counsel to the Opt-Ins.  Plaintiffs' counsel emailed these files to me and

my colleagues on January 19, 2018, February 1, 2018, March 8, 2018, March 21, 2018, April 3, 2018, and April 9, 2018 (the "Survey Results").[1]

4.      I compiled the Survey Results and de-duplicated identical entries, which resulted in 1,704 unique survey responses: 1,014 designated as "Complete," and 690 designated as "Partial."

5.      The Survey Results include data fields labeled "Time Started" and "Date Submitted," each of which includes a date and time.

6.      By calculating the difference between the Time Started field and Date Submitted field, we have estimated the maximum time that each au pair spent to submit each survey response.  (We cannot control for diversions to other issues between the Time Started and the Date Submitted.)  The aggregate of those calculations, grouped according to maximum time spent, is set forth in the table below:

| Time Spent | Complete Survey | | Partial Survey | | Total Number of Surveys | Total % |
| | Number of Surveys | % | Number of Surveys | % | | |
| --- | --- | --- | --- | --- | --- | --- |
| 30 Minutes or Less | 359 | 35% | 439 | 64% | 798 | 47% |
| 31 Minutes to 1 Hour | 355 | 35% | 155 | 22% | 510 | 30% |
| 1 Hour to 2 Hours | 194 | 19% | 48 | 7% | 242 | 14% |
| 2 Hours to 3 Hours | 41 | 4% | 16 | 2% | 57 | 3% |
| More Than 3 Hours | 65 | 6% | 32 | 5% | 97 | 6% |
| Grand Total | 1014 | 100% | 690 | 100% | 1704 | 100% |

---

[1]      This does not include prior deliveries of survey responses which were clawed back by Plaintiffs due to improper formatting and claims of privilege.

7.      Based on the Survey Results received to date, over 90% of survey responses are submitted less than two hours after starting.  Almost half are submitted in thirty minutes or less.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


DATED this 23rd day of April 2018.


_s/ Kevin P. O'Keefe_____
Kevin P. O'Keefe