IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

## DEFENDANT CULTURAL CARE, INC.'S AND PLAINTIFFS' STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT [ECF NO. 983]

In accordance with D.C.Colo.LCivR 6.1 and CMA Civ. Practice Standard 6.1(b)(1), Defendant Cultural Care, Inc. ("Cultural Care") and Plaintiffs hereby stipulate to a two-day extension of time for Cultural Care to respond to Plaintiffs' Third Amended Complaint, ECF No. 983.  Cultural Care will respond to Plaintiffs' Third Amended Complaint on April 27, 2018.

### CERTIFICATE OF COMPLIANCE PURSUANT TO D.C.COLO.LCivR 6.1(c)

The undersigned counsel of record each hereby certify that a copy of this Stipulation is being served contemporaneously on his/her client(s).

Dated:  April 24, 2018                              Respectfully submitted,


                                                    */s/ Diane R. Hazel*
                                                    Joan A. Lukey (joan.lukey@choate.com)
                                                    Robert M. Buchanan, Jr.
                                                    (rbuchanan@choate.com)
                                                    Michael T. Gass (mgass@choate.com)
                                                    Justin J. Wolosz (jwolosz@choate.com
                                                    Lyndsey M. Kruzer (lkruzer@choate.com)
                                                    CHOATE HALL & STEWART LLP
                                                    Two International Place
                                                    Boston, Massachusetts  02110
                                                    Telephone:  (617) 248-4790

                                                    James M. Lyons (jlyons@lrrc.com)
                                                    Jessica L. Fuller (jfuller@lrrc.com)
                                                    Diane R. Hazel (dhazel@lrrc.com)
                                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                                    One Tabor Center, Suite 3000
                                                    1200 Seventeenth Street
                                                    Denver, CO 80202
                                                    Tel: (303) 623-9000
                                                    Fax: (303) 623-9222

                                                    ***Attorneys for Defendant Cultural Care, Inc.
                                                    d/b/a Cultural Care Au Pair***

*/s/ Joshua Libling*
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Byron Pacheco (bpacheco@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Sean Rodriguez (srodriguez@bsfllp.com)
Juan Valdivieso (jvaldivieso@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St, #900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460

Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria McElroy (smcelroy@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022

Alexander Hood (alex@towardsjustice.org)
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289

**Attorneys for Plaintiffs**

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on April 24, 2018, I caused to be electronically filed the foregoing Defendant Cultural Care, Inc.'s and Plaintiffs' Stipulation to Extend Time to Respond to Plaintiffs' Third Amended Complaint [ECF No. 983] with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/    Diane R. Hazel*