# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINE AZUELA RASCON; LAURA MEJIA JIMENEZ;
JULIANE HARNING; NICOLE MAPLEDORAM;
CATHY CARAMELO; LINDA ELIZABETH;
CAMILA GABRIELA PEREZ REYES;

and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC.,
DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

      Defendants.

---

## JOINT MOTION FOR RELIEF FROM SCHEDULING ORDER
## AND FOR SUPPLEMENTAL BRIEFING

## **CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO.LCiv.R. 7.1(A)**

Plaintiffs and Defendants Cultural Care, Inc. ("CCI") and American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") (collectively, the "Parties") present this Joint Motion. Pursuant to D.C. Colo.L.Civ.R. 7.1(a), the Parties certify as follows: On or around April 10, 2018, and multiple times thereafter, the Parties conferred over email and telephone regarding expedited fact discovery and supplemental briefing related to the three new named Plaintiffs (Linda Elizabeth, Cathy Caramelo, and Camila Gabriela Perez Reyes). The below motion was agreed to and stipulated by the Parties.

## **Joint Motion For Relief From Scheduling Order**

The Parties jointly and respectfully request an Order granting the Parties relief from the existing Scheduling Order, ECF No. 687 (as amended by ECF No. 742 and ECF No. 763), for the limited purpose of conducting certain expedited fact discovery and supplemental briefing related to the three new named Plaintiffs that were added by the Court's *sua sponte* Order issued on April 9, 2018 (ECF No. 977).

In support of this Motion for Relief from Scheduling Order, the Parties state as follows:

1.  Fact discovery closed on January 5, 2018. ECF No. 763.

2.  In accordance with the Scheduling Order, the Parties submitted initial summary judgment briefs on February 16, 2018, opposition briefs on March 16, 2018, and reply briefs on April 13, 2018. At the time the Parties submitted their initial summary judgment briefs and opposition briefs, Plaintiffs' Motion to Amend the Complaint (ECF. No. 561), which sought to add Ms. Caramelo, Ms. Elizabeth, and Ms.

1

Reyes as named plaintiffs among other requests for relief, had been denied by this Court. Therefore, at that time, no named Plaintiffs represented the subclasses asserting claims against CCI under Pennsylvania and Texas law or claims against AIFS under Illinois law.

3. On April 9, 2018, this Court reconsidered, *sua sponte*, its initial denial of the Motion to Amend and granted Plaintiffs leave to file a Third Amended Complaint adding three new named Plaintiffs, two of whom are former au pairs who had been sponsored by CCI and one of whom is a former au pair who had been sponsored by AIFS. ECF No. 977.

4. On April 11, 2018, Plaintiffs filed the Third Amended Complaint, which is now the operative complaint. ECF No. 983. As a result of the Third Amended Complaint, Plaintiffs are now asserting claims against CCI under Pennsylvania and Texas law and claims against AIFS under Illinois law. Because these subclasses had no representatives at the time that the Parties moved for summary judgment (ECF Nos. 862, 879, 886/915), the Parties did not substantively brief the Texas, Pennsylvania, and Illinois law claims.

5. All Parties seek to avoid delays to this litigation. Therefore, the Parties have agreed to the following schedule to allow for expedited discovery related to the three new plaintiffs and limited supplemental briefing on the claims affected by the allowance of the Third Amended Complaint. The Parties do not anticipate that this schedule will impact other deadlines in this matter, and it will extend the close of all briefing on

summary judgment by approximately 7 weeks (from April 13, 2018, to June 29, 2018).

The agreed-upon schedule is as follows:

| Event | Deadline |
|---|---|
| Parties issue any new written discovery requests concerning the New Named Plaintiffs | Has already occurred. |
| Parties respond to discovery requests | May 7, 2018 |
| Depositions of New Named Plaintiffs | June 1, 2018 |
| The Parties file supplemental summary judgment briefs of no more than 7 pages each (CCI and AIFS) and 10 pages (Plaintiffs) | June 8, 2018 |
| The Parties file briefs in opposition to supplemental summary judgment motions of no more than 7 pages each (CCI and AIFS) and 10 pages (Plaintiffs) | June 22, 2018 |
| The Parties file reply briefs in support of supplemental summary judgment motions of not more than 3 pages each (CCI and AIFS) and 6 pages (Plaintiffs) | June 29, 2018 |

6.     Accordingly, having shown good cause, the Parties request that the Parties be granted relief from Scheduling Order and supplemental briefing as requested herein.

## **CONCLUSION**

For the foregoing reasons, the Parties jointly and respectfully request the Motion for Relief from Scheduling Order and For Supplemental Briefing be GRANTED.

Dated: April 25, 2018             Respectfully Submitted,

*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

 *s/ Robert M. Tucker*
Robert M. Tucker
Joseph B. Cartafalse
Stephen J. Macri
Ogeltree Deakins Nash Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY  10019
Tel: (212) 492-2510
Robert.tuckker@ogletree.com
Joseph. Cartafalsa@ogletree.com
Stephen.macri@ogletree.com

***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

4

BOIES, SCHILLER & FLEXNER LLP

*s/ Joshua Libling*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sigrid S. McCawley
Sabria A. McElroy
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
smcelroy@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel.  (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 25, 2018, I caused to be electronically filed the foregoing **JOINT MOTION FOR RELIEF FROM SCHEDULING ORDER AND FOR SUPPLEMENTAL BRIEFING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Kathryn A. Reilly (reilly@wtotrial.com) Brett Michelle Mull (mull@wtotrial.com) Natalie Elizabeth West (west@wtotrial.com) ***Counsel for Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Agent Au Pair, and GoAuPair Operations, LLC*** | Brooke A. Colaizzi (bcolaizzi@shermanhoward.com) Raymond Myles Deeny (rdeeny@shermanhoward.com) Alyssa Lauren Levy (alevy@shermanhoward.com) Heather Fox Vickles (hvickles@shermanhoward.com) Joseph H. Hunt (jhunt@shermanhoward.com) ***Counsel for InterExchange, Inc.*** |
| Chanda Marie Feldkamp (cfeldkamp@kellywalkerlaw.com) William James Kelly, III (wkelly@kellywalkerlaw.com) ***Counsel for USAuPair, Inc.*** | Martin Jose Estevao (mestevao@armstrongteasdale.com) Meshach Yustine Rhoades (mrhoades@armstrongteasdale.com) Vance Orlando Knapp (vknapp@armstrongteasdale.com) ***Counsel for GreatAuPair, LLC*** |
| Bodgan Enica (bogdane@hotmail.com) ***Counsel for Expert Group International, Inc. d/b/a Expert AuPair*** | Martha Louise Fitzgerald (mfitzgerald@bhfs.com) David Meschke (dmeschke@bhfs.com) ***Counsel for Euraupair InterCultural Child Care Programs*** |
| Adam Hubbard (ahubbard@hollandhart.com) James Edward Hartley (jhartley@hollandhart.com) Jonathan S. Bender (jsbender@hollandhart.com) ***Counsel for Cultural Homestay International*** | Thomas Baker Quinn (tquinn@gordonrees.com) Peggy Kozal (pkozal@gordonrees.com) Jennifer Arnett Roehrich (jarnett@roehrich@grsm.com) Nathan Andrew Huey (nhuey@gordonrees.com) ***Counsel for AuPairCare, Inc.*** |

| | |
|---|---|
| Kathleen E. Craigmile (kcraigmile@nixonshefrin.com) Lawrence Daniel Stone (lstone@nixonshefrin.com)  **Counsel for A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, LLC d/b/a International Au Pair Exchange** | Susan M. Schaecher (sschaecher@fisherphillips.com)  **Attorney for Defendant APF Global Exchange, NFP** |
| Brian Alan Birenbach (brian@rietzlawfirm.com)  **Counsel for Au Pair International, Inc. and American Cultural Exchange, LLC d/b/a GoAuPair** | |

*s/    Diane R. Hazel*

8