IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINE AZUELA RASCON; LAURA MEJIA JIMENEZ;
JULIANE HARNING; NICOLE MAPLEDORAM;
CATHY CARAMELO; LINDA ELIZABETH;
CAMILA GABRIELA PEREZ REYES;

and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC.,
DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

      Defendants.

_____

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR RELIEF FROM SCHEDULING ORDER AND FOR SUPPLEMENTAL BRIEFING**
_____

The Court has reviewed the Joint Motion for Relief from Scheduling Order and for Supplemental Briefing and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The expedited discovery and supplemental briefing schedule shall be as follows:

| Event | Deadline |
|---|---|
| Parties respond to discovery requests | May 7, 2018 |
| Depositions of New Named Plaintiffs | June 1, 2018 |
| The Parties file supplemental summary judgment briefs of no more than 7 pages each (CCI and AIFS) and 10 pages (Plaintiffs) | June 8, 2018 |
| The Parties file briefs in opposition to supplemental summary judgment motions of no more than 7 pages each (CCI and AIFS) and 10 pages (Plaintiffs) | June 22, 2018 |
| The Parties file reply briefs in support of supplemental summary judgment motions of not more than 3 pages each (CCI and AIFS) and 6 pages (Plaintiffs) | June 29, 2018 |

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Hon. Christine M. Arguello