IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL*.

Defendants.

---

**DEFENDANT EXPERT AUPAIR'S ANSWER TO THIRD AMENDED COMPLAINT**

---

Expert Group International Inc., d/b/a Expert AuPair ("Expert AuPair") hereby answers the Third Amended Complaint as follows:

**<u>INTRODUCTORY STATEMENT</u>**

1.    Expert AuPair admits that the Mutual Educational and Cultural Exchange Act of 1961, 22 U.S.C. § 2451, *et seq.* indicates that Congress created the exchange visitor programs to "enable the Government of the United States to increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchange; [...] to promote international cooperation for educational and cultural advancement; and thus to assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world."  Expert AuPair also admits that under the au pair program, "foreign nationals are afforded the opportunity to live

with an American host family and participate directly in the home life of the host family".22 CFR 62.31. Expert AuPair denies the remaining allegations in paragraph 1.

2.    Expert AuPair denies that at the date of filing of the Third Amended Complaint 15 organizations were authorized by the Department of State ("DOS") to place au pairs with American families.   Expert AuPair also denies the remaining allegations in paragraph 2.

3.    Expert AuPair denies the allegations in paragraph 3.

4.    Expert AuPair admits that government agencies oversee the au pair program. Expert AuPair denies the remaining allegations in paragraph 4.

5.    Expert AuPair denies the allegations in paragraph 5.

6.    Expert AuPair denies the allegations in paragraph 6.

7.    Expert AuPair denies the allegations in paragraph 7.

8.    Expert AuPair denies the allegations in paragraph 8.

9.    Admitted that the au pair participants in the Expert Au Pair program join great families and have excellent experiences.   Expert AuPair denies the remaining allegations in paragraph 9.

10.  Expert AuPair denies the allegations in paragraph 10.

11.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Plaintiffs being recruited in various countries or directed to attend training in various states; therefore it denies those allegations.  Expert AuPair denies the remaining allegations in paragraph 11.

12.  Expert AuPair denies the allegations in paragraph 12.

## NATURE OF ACTION

13. Expert AuPair admits that plaintiff seek the relief set forth in paragraph 13. Expert AuPair denies the allegations contained in the rest of paragraph. Expert AuPair denies with particularity that it has violated state or federal antitrust laws and denies that plaintiffs are entitled to any relief whatsoever.

14. Expert AuPair admits that plaintiff seek the relief set forth in paragraph 14. Expert AuPair denies the allegations contained in the rest of paragraph. Expert AuPair denies with particularity that it has violated state or federal laws and denies that plaintiffs are entitled to any relief whatsoever.

15. Expert AuPair admits that plaintiff seek the relief set forth in paragraph 15. Expert AuPair denies the allegations contained in the rest of paragraph. Expert AuPair denies with particularity that it has violated state or federal laws and denies that plaintiffs are entitled to any relief whatsoever.

## JURISDICTION AND VENUE

16. Expert AuPair does not contest jurisdiction.

17. Expert AuPair does not contest venue. Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegation that other sponsor defendants sponsor au pairs in Colorado. Expert AuPair denies the remaining allegations in paragraph 17.

## PARTIES

18.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18, and therefore denies the same.

19.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and therefore denies the same.

20.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and therefore denies the same.

21.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21, and therefore denies the same.

22.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22, and therefore denies the same.

23.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23, and therefore denies the same.

24.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24, and therefore denies the same.

25.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25, and therefore denies the same.

26.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26, and therefore denies the same.

27.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27, and therefore denies the same.

28.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28, and therefore denies the same.

29.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29, and therefore denies the same.

30.  Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30, and therefore denies the same.

31.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31, and therefore denies the same.

32. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32, and therefore denies the same.

33. Expert AuPair admits that it is a business entity that at the time of filing the Amended Complaint had its principal place of business at 111 Second Avenue NE, Suite 213, St. Petersburg, Florida 33701.

34. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34, and therefore denies the same.

35. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35, and therefore denies the same.

36. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36, and therefore denies the same.

37. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37, and therefore denies the same.

38. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 38, and therefore denies the same.

39. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 39, and therefore denies the same.

40. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 40, and therefore denies the same.

41. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 41, and therefore denies the same.

42. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 42, and therefore denies the same.

43. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 43, and therefore denies the same.

44. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 44, and therefore denies the same.

45. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 45, and therefore denies the same.

46. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 46, and therefore denies the same.

47. Expert AuPair admits that plaintiffs refer to the defendants as "Sponsors" and "Sponsor Defendants" in the Second Amended Complaint. The remaining allegations in paragraph 47, if any, are denied.

## STATEMENT OF ALLEGED FACTS

48. Expert AuPair denies the allegations in paragraph 48.

49. Expert AuPair admits that participants in the au pair program must be in J-1 status, and that the au pair program is one of several J-1 status "cultural exchange" programs overseen by DOS. Expert AuPair further admits that the au pair program is carried out under the authority of the Mutual Educational and Cultural Exchange Act of 1961, as amended, as well as the applicable regulations issued by DOS. Expert AuPair denies the remaining allegations in paragraph 49.

50. Expert AuPair admits that, pursuant to the regulations governing the au pair exchange program that are set forth in 22 CFR 62.31 *et seq.*, participants in the au pair program must be between the ages of 18 and 26, must have a secondary school education (or equivalent), and must be proficient in spoken English. Additionally, Expert AuPair admits that foreign nationals participating in the au pair program "are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational

institution.  Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation."  22 CFR 62.31(a).  Expert AuPair further admits that the host families provide participants in the au pair program a suitable private bedroom, daily meals, and a weekly stipend.  Expert AuPair denies the remaining allegations in paragraph 50.

51.  Expert AuPair admits that the State Department authorizes certain entities to act as sponsors in the au pair program.  Expert AuPair denies the remaining allegations in paragraph 51.

52.  Expert AuPair further admits that the placement of au pairs with a host family is governed by DOS regulations.  Expert AuPair denies the remaining allegations in paragraph 52.

53.  Answering paragraph 47, Expert AuPair admits that it is a for-profit entity that has generated revenue from program fees.  Expert AuPair lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 53, and therefore denies the same.

54. Answering  paragraph  54,  Expert  AuPair  admits  that  State Department regulations govern the au pair program and state in part that au pairs: (1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor [...];  (2) Do not provide more than 10 hours of child care per day, or more than 45 hours of

child care in any one week [...]; (3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and (4) Receive two weeks of paid vacation. 22 CFR 62.31(j). Expert AuPair denies the remaining allegations in paragraph 54.

55. Expert AuPair denies the allegations in paragraph 55.

56. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56, and therefore denies the same.

57. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57, and therefore denies the same.

58. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 58, and therefore denies the same.

59. Expert AuPair denies the allegations in paragraph 59.

60. Expert AuPair denies the allegations in paragraph 60.

61. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 61, and therefore denies the same.

62. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 62, and therefore denies the same.

63.  Expert AuPair denies the allegations in paragraph 63.

64.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 64, and therefore denies the same.

65.  Expert AuPair admits that USIA issued final regulations in 1995. Without citation, these paragraphs purport to quote selectively from those regulations and the accompanying statements by USIA.  Those regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 65.

66.  USIA regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 64.

67.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 67, and therefore denies the same.

68.  Expert AuPair denies the allegations in paragraph 68.

69.  Expert AuPair denies the allegations in paragraph 69.

70.  Expert Au Pair admits that 22 C.F.R. § 63.31(j)(1) governs the au pair exchange visitor program. Those regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 70.

71.  Expert AuPair denies the allegations in paragraph 71.

72.  Expert AuPair denies the allegations in paragraph 72.

73.  Expert AuPair denies the allegations in paragraph 73.

74.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 74, and therefore denies the same. Expert AuPair specifically denies that the sponsors "have a cartel."

75.  Expert AuPair denies the allegations in paragraph 75.

76.  Expert AuPair denies the allegations in paragraph 76.

77.  Expert AuPair admits that the sponsors were the only entities authorized to serve as sponsoring organizations in the au pair program.   Expert AuPair denies the remaining allegations in paragraph 77.

78.  Expert AuPair denies the allegations in paragraph 78.

79.  Expert AuPair admits that "sponsors compete with one another." Expert AuPair denies the remaining allegations in paragraph 79.

80.  Expert AuPair admits that "sponsors compete with one another." Expert AuPair denies the remaining allegations in paragraph 80.

81.  Expert AuPair denies the allegations in paragraph 81.

82.  Expert AuPair denies the allegations in paragraph 82.

83.  Expert AuPair denies the allegations in paragraph 83.

84.  Expert AuPair denies the allegations in paragraph 84.

85.  Expert AuPair denies the allegations in paragraph 85.

86.  Expert AuPair admits that DOS oversees the au pair exchange visitor program.

87.  Expert AuPair denies the allegations in paragraph 87.

88.  Answering paragraph 88, Expert AuPair admits that 22 CFR 62.31(j) states in part that au pairs are to be "compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor […]."  Those regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 88.

89.  Expert AuPair admits that the participants in the program may work a maximum of 45 hours/week. Expert AuPair denies the remaining allegations in paragraph 89.

90.  Expert AuPair denies the allegations in paragraph 90.

91.  Expert AuPair denies the allegations in paragraph 91.

92.  Expert AuPair denies the allegations in paragraph 92.

93.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 93, and therefore denies the same.

94.  Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 94, and therefore denies the same.

95.  Expert AuPair denies the allegations in paragraph 95.

96.  Expert AuPair denies the allegations in paragraph 96.

97.  Expert AuPair denies the allegations in paragraph 97.

98.  Expert AuPair denies the allegations in paragraph 98.

99.  Expert AuPair denies the allegations in paragraph 99.

100.    Expert AuPair denies the allegations in paragraph 100.

101.    Expert AuPair denies the allegations in paragraph 101.

102.    Expert AuPair lacks knowledge or information sufficient to belief about the truth of the allegations in paragraph 102, and therefore denies the same.

103.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 103, and therefore denies the same.

104.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 104, and therefore denies the same.

105.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 105, and therefore denies the same.

106.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 106, and therefore denies the same.

107.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 107, and therefore denies the same.

108.      Expert AuPair admits that the information presented was a snippet of a table that existed on Expert AuPair website. Crucially, the table included an explanation for the amount of 195.75 stating: "You can pay more [...]," a fact that was omitted from the Second Amended Complaint.   Expert AuPair denies the remaining allegations in paragraph 108.

109.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 109, and therefore denies the same.

110.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 110, and therefore denies the same.

111.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 111, and therefore denies the same.

112.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 112, and therefore denies the same.

113.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 113, and therefore denies the same.

114.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 114, and therefore denies the same.

115.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 115, and therefore denies the same.

116.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 116, and therefore denies the same.

117.      Expert AuPair denies the allegations in paragraph 117.

118.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 118, and therefore denies the same.

119.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 119, and therefore denies the same.

120.      Expert AuPair admits that it's advertising in compliance with DOS regulations. Expert AuPair denies the remaining allegations in paragraph 120.

121.      Expert AuPair denies the allegations in paragraph 121.

122.     Expert AuPair denies the allegations in paragraph 122.

123.     Expert AuPair denies the allegations in paragraph 123.

124.     Expert AuPair denies the allegations in paragraph 124.

125.     Expert AuPair denies the allegations in paragraph 125.

126.     Expert AuPair denies the allegations in paragraph 126.

127.     Expert AuPair denies the allegations in paragraph 127.

128.     Expert AuPair admits that some foreign nationals seek to participate in the au pair program as a means for experiencing life in the United States.  Expert AuPair denies the remaining allegations in paragraph 128.

129.     Expert AuPair denies the allegations in paragraph 129.

130.     Expert AuPair denies the allegations in paragraph 130.

131.     Expert AuPair denies the allegations in paragraph 131.

132.     Expert AuPair admits that it was a member of an association called the Alliance for International Education and Cultural Exchange, which is referred to in paragraph 129 as the "Alliance."  Expert AuPair denies that at the tome of filing the Third Amended Complaint is a member of "Alliance." Expert AuPair denies the remaining allegations in paragraph 132.

133.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 133, and therefore denies the same.

134.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 134, and therefore denies the same.

135.     Expert AuPair denies the allegations in paragraph 135.

136.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 136, and therefore denies the same.

137.     Expert AuPair denies the allegations in paragraph 137.

138.     Expert AuPair denies the allegations in paragraph 138.

139.     Expert AuPair denies the allegations in paragraph 139.

140.     Expert AuPair denies the allegations in paragraph 140.

141.     Expert AuPair denies the allegations in paragraph 141.

142.     Expert AuPair denies the allegations in paragraph 142.

143.     Expert AuPair denies the allegations in paragraph 143.

144.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 144, and therefore denies the same.

145.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 145, and therefore denies the same.

146.     Expert AuPair denies the allegations in paragraph 146.

147.     Expert AuPair denies the allegations in paragraph 147.

148.     Expert AuPair denies the allegations in paragraph 148.

149.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 149, and therefore denies the same.

150.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 150, and therefore denies the same.

151.     Expert AuPair denies the allegations in paragraph 151.

152.     Expert AuPair denies the allegations in paragraph 152.

153.     Expert AuPair denies the allegations in paragraph 153.

154.     Expert AuPair denies the allegations in paragraph 154.

155.     Expert AuPair denies the allegations in paragraph 155.

156.     Expert AuPair denies the allegations in paragraph 156.

157.     Expert AuPair denies the allegations in paragraph 157.

158.     Expert AuPair understands that the allegations contained in paragraph 158 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 158, Expert AuPair denies those allegations.

159.     Expert AuPair understands that the allegations contained in paragraph 159 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 159, Expert AuPair denies those allegations.

160.     Expert AuPair understands that the allegations contained in paragraph 160 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 160, Expert AuPair denies those allegations.

161.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 161, and therefore denies the same.

162.     Expert AuPair denies the allegations in paragraph 162.

163.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 163, and therefore denies the same.

164.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 164, and therefore denies the same.

165.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 165, and therefore denies the same.

166.     The opinion letter is in writing and speaks for itself.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 166.

167.     The opinion letter is in writing and speaks for itself.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 167.

168.　　Expert AuPair admits that DOS oversees the au pair exchange visitor program.

169.　　The "Fact Sheet" is in writing and speaks for itself.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 169.

170.　　Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 170, and therefore denies the same.

171.　　The DOS notice entitled is in writing and speaks for itself. Expert AuPair denies any interpretation and the remaining allegations in paragraph 171.

172.　　Expert AuPair denies the allegations in paragraph 172.

173.　　Expert AuPair admits that it understands the amount of the weekly stipend as designated by DOS is the minimum required.  The remaining allegations in paragraph 173 are denied.

174.　　Expert AuPair admits that has access to regulations related to the au pair program. The remaining allegations in paragraph 174 are denied.

175.　　Expert AuPair admits that it competes with the other sponsors. Expert AuPair denies the remaining allegations in paragraph 175.

176.　　Expert AuPair admits that its website mentioned that $195.75 per week is the minimum required. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the rest of the allegations in paragraph 176 and therefore denies the same.

177.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 177, and therefore denies the same.

178.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 178, and therefore denies the same.

179.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 179, and therefore denies the same.

180.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 180, and therefore denies the same.

181.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 181, and therefore denies the same.

182.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 182, and therefore denies the same.

183.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 183, and therefore denies the same.

184.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 184, and therefore denies the same.

185.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 185, and therefore denies the same.

186.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 186, and therefore denies the same.

187.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 187 and therefore denies the same.

188.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 188, and therefore denies the same.

189.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 189, and therefore denies the same.

190.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 190, and therefore denies the same.

191.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 192, and therefore denies the same.

192.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 192, and therefore denies the same.

193.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 193, and therefore denies the same.

194.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 194, and therefore denies the same.

195.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 195, and therefore denies the same.

196.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 196, and therefore denies the same.

197.     Expert AuPair understands that the allegations contained in paragraph 197 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 197, Expert AuPair denies those allegations.

198.     Expert AuPair understands that the allegations contained in paragraph 195 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 198, Expert AuPair denies those allegations.

199.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 199, and therefore denies the same.

200.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 200, and therefore denies the same.

201.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 201, and therefore denies the same.

202.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 202, and therefore denies the same.

203.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 203, and therefore denies the same.

204.     Expert AuPair denies the allegations in paragraph 204.

205.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 205, and therefore denies the same.

206.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 206, and therefore denies the same.

207.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 207, and therefore denies the same.

208.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 208, and therefore denies the same.

209.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 209, and therefore denies the same.

210.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 210, and therefore denies the same.

211.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 211, and therefore denies the same.

212.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 212, and therefore denies the same.

213.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 213, and therefore denies the same.

214.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 214, and therefore denies the same.

215.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 215, and therefore denies the same.

216.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 216, and therefore denies the same.

217.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 217, and therefore denies the same.

218.      Expert AuPair understands that the allegations contained in paragraph 218 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 218, Expert AuPair denies those allegations.

219.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 219, and therefore denies the same.

220.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 220, and therefore denies the same.

221.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 221, and therefore denies the same.

222.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 222, and therefore denies the same.

223.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 223, and therefore denies the same.

224.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 224, and therefore denies the same.

225.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 225, and therefore denies the same.

226.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 226, and therefore denies the same.

227.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 227, and therefore denies the same.

228.      Expert AuPair understands that the allegations contained in paragraph 2285 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 228, Expert AuPair denies those allegations.

229.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 229, and therefore denies the same.

230.      Expert AuPair understands that the allegations contained in paragraph 230 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 230, Expert AuPair denies those allegations.

231.      Expert AuPair understands that the allegations contained in paragraph 231 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 231, Expert AuPair denies those allegations.

232.     Expert AuPair understands that the allegations contained in paragraph 232 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 232, Expert AuPair denies those allegations.

233.     Expert AuPair understands that the allegations contained in paragraph 233 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 233, Expert AuPair denies those allegations.

234.     Expert AuPair understands that the allegations contained in paragraph 234 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 234, Expert AuPair denies those allegations.

235.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 235, and therefore denies the same.

236.     Expert AuPair understands that the allegations contained in paragraph 236 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 236, Expert AuPair denies those allegations.

237.     Expert AuPair denies the allegations in paragraph 237.

238.     Expert AuPair denies the allegations in paragraph 238.

239.     Expert AuPair denies the allegations in paragraph 239.

240.      Expert AuPair denies the allegations in paragraph 240.

241.      Expert AuPair denies the allegations in paragraph 241.

242.      Expert AuPair denies the allegations in paragraph 242.

243.      Expert AuPair denies the allegations in paragraph 243.

244.      Expert AuPair denies the allegations in paragraph 244.

245.      Expert AuPair denies the allegations in paragraph 245 as it pertains to Expert AuPair. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 245 as it pertains to other Sponsors, and therefore denies the same.

246.      Expert AuPair denies the allegations in paragraph 246.

247.      Expert AuPair denies the allegations in paragraph 247.

248.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 248, and therefore denies the same.

249.      Expert AuPair denies the allegations in paragraph 249.

250.      Expert AuPair denies the allegations in paragraph 250.

251.      Expert AuPair denies the allegations in paragraph 251.

252.      Expert AuPair denies the allegations in paragraph 252.

253.      Expert AuPair denies the allegations in paragraph 253.

254.      Expert AuPair denies the allegations in paragraph 254.

255.      Expert AuPair denies the allegations in paragraph 255.

256.      Expert AuPair denies the allegations in paragraph 256.

257.     Expert AuPair denies the allegations in paragraph 257.

258.     Expert AuPair denies the allegations in paragraph 258.

259.     Expert AuPair denies the allegations in paragraph 259.

260.     Expert AuPair denies the allegations in paragraph 260.

261.     Expert AuPair denies the allegations in paragraph 262. Expert AuPair denies with particularity that plaintiffs are suffered any damages whatsoever.

262.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 262, and therefore denies the same.

263.     Expert AuPair understands that the allegations contained in paragraph 260 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 263, Expert AuPair denies those allegations.

264.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 264, and therefore denies the same.

265.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2652, and therefore denies the same.

266. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 266, and therefore denies the same.

267. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 267, and therefore denies the same.

268. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 268, and therefore denies the same.

269. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 269, and therefore denies the same.

270. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 270, and therefore denies the same.

271. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 271, and therefore denies the same.

272. Expert AuPair understands that the allegations contained in paragraph 272 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 272, Expert AuPair denies those allegations.

273.      Expert AuPair understands that the allegations contained in paragraph 270 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 273, Expert AuPair denies those allegations.

274.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 274, and therefore denies the same.

275.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 275, and therefore denies the same.

276.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 276, and therefore denies the same.

277.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 277, and therefore denies the same.

278.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 278, and therefore denies the same.

279.      . Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 279, and therefore denies the same.

280.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 280, and therefore denies the same.

281.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 281, and therefore denies the same.

282.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 282, and therefore denies the same.

283.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 283, and therefore denies the same.

284.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 284, and therefore denies the same.

285.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 285, and therefore denies the same.

286.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 286, and therefore denies the same.

287.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 287, and therefore denies the same.

288.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 288, and therefore denies the same.

289.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 289, and therefore denies the same.

290.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 290, and therefore denies the same.

291.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 291, and therefore denies the same.

292.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 292, and therefore denies the same.

293.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 293, and therefore denies the same.

294. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 294, and therefore denies the same.

295. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 295, and therefore denies the same.

296. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 296, and therefore denies the same.

297. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 297, and therefore denies the same.

298. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 298, and therefore denies the same.

299. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 299, and therefore denies the same.

300. Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 300, and therefore denies the same.

301.     Expert AuPair admits that the information presented was a snippet of the Expert AuPair website that is cited out of context. Expert AuPair denies any interpretation of the information as well as the remaining allegations in paragraph 301.

302.     Expert AuPair admits that the cite presented was a sentence in a clause of the agreement that Expert AuPair had with some of the au pairs. Expert AuPair denies any interpretation and the remaining allegations in paragraph 302.

303.     Expert AuPair admits that it informed the families that $195.75 is a minimum stipend and not the highest amount the host families could pay.

304.     Expert AuPair denies the allegations in paragraph 304.

305.     Expert AuPair denies the allegations in paragraph 305.

306.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 306, and therefore denies the same.

307.     Expert AuPair understands that the allegations contained in paragraph 307 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 307, Expert AuPair denies those allegations.

308.     Expert AuPair understands that the allegations contained in paragraph 308 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 308, Expert AuPair denies those allegations.

309.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 309, and therefore denies the same.

310.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 310, and therefore denies the same.

311.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 311, and therefore denies the same.

312.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 312, and therefore denies the same.

313.     Expert AuPair denies the allegations in paragraph 313.

314.     Expert AuPair denies the allegations in paragraph 314.

315.     Expert AuPair denies the allegations in paragraph 315.

316.     Expert AuPair denies the allegations in paragraph 316.

317.     Expert AuPair denies the allegations in paragraph 317.

318.     Expert AuPair denies the allegations in paragraph 318.

Expert AuPair denies with particularity that plaintiffs are suffered any damages whatsoever.

319.     Expert AuPair denies the allegations in paragraph 319.

320.     Expert AuPair denies the allegations in paragraph 320.

321.     Expert AuPair denies the allegations in paragraph 321. Expert AuPair denies with particularity that it hired any au pair whatsoever.

322.     Expert AuPair denies the allegations in paragraph 322.

323.     Expert AuPair denies the allegations in paragraph 323.

324.     Expert AuPair denies the allegations in paragraph 324.

325.     Expert AuPair denies the allegations in paragraph 325.

326.     Expert AuPair denies the allegations in paragraph 326.

327.     Expert AuPair understands that the allegations contained in paragraph 327 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 327, Expert AuPair denies those allegations.

328.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 328, and therefore denies the same.

329.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 329, and therefore denies the same.

330.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 330, and therefore denies the same.

331.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 331, and therefore denies the same.

332.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 332, and therefore denies the same.

333.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 333, and therefore denies the same.

334.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 334, and therefore denies the same.

335.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 335, and therefore denies the same.

336.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 336, and therefore denies the same.

337.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 337, and therefore denies the same.

338.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 338, and therefore denies the same.

339.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 339, and therefore denies the same.

340.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 340, and therefore denies the same.

341.      Expert AuPair understands that the allegations contained in paragraph 3410 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 341, Expert AuPair denies those allegations.

342.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 342, and therefore denies the same.

343.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 343, and therefore denies the same.

344.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 344, and therefore denies the same.

345.     Expert AuPair understands that the allegations contained in paragraph 344 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 345, Expert AuPair denies those allegations.

346.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 346, and therefore denies the same.

347.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 347, and therefore denies the same.

348.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 348, and therefore denies the same.

349.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 349, and therefore denies the same.

350.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 350, and therefore denies the same.

351.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 351, and therefore denies the same.

352.     Expert AuPair denies the allegations in paragraph 352.

353.     Expert AuPair denies the allegations in paragraph 353. Expert AuPair denies with particularity the interpretation of the word "communication" as being a "meeting."

354.     Expert AuPair denies the allegations in paragraph 355.

355.     Expert AuPair denies the allegations in paragraph 355. AuPair denies with particularity that it is a party of the contract between the au pair and the host family.

356.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 356, and therefore denies the same.

357.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 357, and therefore denies the same.

358.     Expert AuPair admits that federal minimum wage for covered nonexempt employees is $7.25 per hour effective July 24, 2009.

359.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 359, and therefore denies the same.

360.     Expert AuPair denies the allegations in paragraph 360.

361.     Expert AuPair denies the allegations in paragraph 361.

362.     Expert AuPair denies the allegations in paragraph 362.

363.      Expert AuPair denies the allegations in paragraph 363.

364.      Expert AuPair denies the allegations in paragraph 364. Expert AuPair denies with particularity any liability and denies that plaintiffs are entitled to any relief whatsoever.

365.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 365, and therefore denies the same.

366.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 366, and therefore denies the same.

367.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 367, and therefore denies the same.

368.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 368, and therefore denies the same.

369.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 369, and therefore denies the same.

370.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 370, and therefore denies the same.

371.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 371, and therefore denies the same.

372.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 372, and therefore denies the same.

373.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 373, and therefore denies the same.

374.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 374, and therefore denies the same.

375.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 375, and therefore denies the same.

376.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 376, and therefore denies the same.

377.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 377, and therefore denies the same.

378.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 378, and therefore denies the same.

379.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 379, and therefore denies the same.

380.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 380, and therefore denies the same.

381.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 381, and therefore denies the same.

382.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 382, and therefore denies the same.

383.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 383, and therefore denies the same.

384.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 384, and therefore denies the same.

385.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 385, and therefore denies the same.

386.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 386, and therefore denies the same.

387.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 387, and therefore denies the same.

388.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 388, and therefore denies the same.

389.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 389, and therefore denies the same.

390.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 390, and therefore denies the same.

391.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 391, and therefore denies the same.

392.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 392, and therefore denies the same.

393.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 393, and therefore denies the same.

394.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 394, and therefore denies the same.

395.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 395, and therefore denies the same.

396.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 396, and therefore denies the same.

397.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 397, and therefore denies the same.

398.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 398, and therefore denies the same.

399.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 399, and therefore denies the same.

400.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 400, and therefore denies the same.

401.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 401, and therefore denies the same.

402.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 402, and therefore denies the same.

403.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 403, and therefore denies the same.

404.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 404, and therefore denies the same.

405.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 405, and therefore denies the same.

406.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 406, and therefore denies the same.

407.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 407, and therefore denies the same.

408.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 408, and therefore denies the same.

409.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 409, and therefore denies the same.

410.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 410, and therefore denies the same.

411.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 411, and therefore denies the same.

412.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 412, and therefore denies the same.

413.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 413, and therefore denies the same.

414.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 414, and therefore denies the same.

415.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 415, and therefore denies the same.

416.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 416, and therefore denies the same.

417.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 417, and therefore denies the same.

418.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 418, and therefore denies the same.

419.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 419, and therefore denies the same.

420.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 420, and therefore denies the same.

421.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 421, and therefore denies the same.

422.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 422, and therefore denies the same.

423.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 423, and therefore denies the same.

424.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 424, and therefore denies the same.

425.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 425, and therefore denies the same.

426.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 426, and therefore denies the same.

427.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 427, and therefore denies the same.

428.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 428, and therefore denies the same.

429.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 429, and therefore denies the same.

430.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 430, and therefore denies the same.

431.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 431, and therefore denies the same.

432.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 432, and therefore denies the same.

433.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 433, and therefore denies the same.

434.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 434, and therefore denies the same.

435.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 435, and therefore denies the same.

436.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 436, and therefore denies the same.

437.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 437, and therefore denies the same.

438.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 438, and therefore denies the same.

439.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 439, and therefore denies the same.

440.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 440, and therefore denies the same.

441.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 441, and therefore denies the same.

442.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 442, and therefore denies the same.

443.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 443, and therefore denies the same.

444.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 444, and therefore denies the same.

445.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 445, and therefore denies the same.

446.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 446, and therefore denies the same.

447.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 447, and therefore denies the same.

448.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 448, and therefore denies the same.

449.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 449, and therefore denies the same.

450.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 450, and therefore denies the same.

451.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 451, and therefore denies the same.

452.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 452, and therefore denies the same.

453.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 453, and therefore denies the same.

454.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 454, and therefore denies the same.

455.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 455, and therefore denies the same.

456.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 456, and therefore denies the same.

457.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 457, and therefore denies the same.

458.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 458, and therefore denies the same.

459.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 459, and therefore denies the same.

460.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 460, and therefore denies the same.

461.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 461, and therefore denies the same.

462.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 462, and therefore denies the same.

463.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 463, and therefore denies the same.

464.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 464, and therefore denies the same.

465.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 465, and therefore denies the same.

466.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 466, and therefore denies the same.

467.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 467, and therefore denies the same.

468.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 468, and therefore denies the same.

469.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 469, and therefore denies the same.

470.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 470, and therefore denies the same.

471.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 471, and therefore denies the same.

472.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 472, and therefore denies the same.

473.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 473, and therefore denies the same.

474.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 474, and therefore denies the same.

475.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 475, and therefore denies the same.

476.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 476, and therefore denies the same.

477.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 477, and therefore denies the same.

478.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 478, and therefore denies the same.

479.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 479, and therefore denies the same.

480.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 480, and therefore denies the same.

481.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 481, and therefore denies the same.

482.      Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 482, and therefore denies the same.

483.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 483, and therefore denies the same.

484.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 484, and therefore denies the same.

485.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 485, and therefore denies the same.

486.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 486, and therefore denies the same.

487.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 487, and therefore denies the same.

488.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 488, and therefore denies the same.

489.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 489, and therefore denies the same.

490.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 490, and therefore denies the same.

491.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 491, and therefore denies the same.

492.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 492, and therefore denies the same.

493.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 493, and therefore denies the same.

494.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 494, and therefore denies the same.

495.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 495, and therefore denies the same.

496.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 496, and therefore denies the same.

497.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 497, and therefore denies the same.

498.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 498, and therefore denies the same.

499.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 499, and therefore denies the same.

500.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 500, and therefore denies the same.

501.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 501, and therefore denies the same.

502.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 502, and therefore denies the same.

503.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 503, and therefore denies the same.

504.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 504, and therefore denies the same.

505.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 505, and therefore denies the same.

506.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 506, and therefore denies the same.

507.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 507, and therefore denies the same.

508.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 508, and therefore denies the same.

509.        Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 509, and therefore denies the same.

510.        Expert AuPair admits that Ms. Mapledoram represented to be originally from Australia.

511.        Expert AuPair denies the allegations in paragraph 511.

512.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 512, and therefore denies the same.

513.     Expert AuPair denies the allegations in paragraph 513.

514.     Expert AuPair denies the allegations in paragraph 514.

515.     Expert AuPair denies the allegations in paragraph 515.

516.     Expert AuPair admits that Ms. Mapledoram rematched in 2015 with a host family that she found in Colorado.

517.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 517, and therefore denies the same.

518.     Expert AuPair denies the allegations in paragraph 518.

519.     Expert AuPair denies the allegations in paragraph 519.

520.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 520, and therefore denies the same.

521.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 521, and therefore denies the same.

522.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 522, and therefore denies the same.

523.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 523, and therefore denies the same.

524.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 524, and therefore denies the same.

525.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 525, and therefore denies the same.

526.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 526, and therefore denies the same.

527.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 527, and therefore denies the same.

528.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 528, and therefore denies the same.

529.       Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 529, and therefore denies the same.

530.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 530, and therefore denies the same.

531.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 531, and therefore denies the same.

532.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 532, and therefore denies the same.

533.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 533, and therefore denies the same.

534.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 534, and therefore denies the same.

535.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 535, and therefore denies the same.

536.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 536, and therefore denies the same.

537.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 537, and therefore denies the same.

538.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 538, and therefore denies the same.

## **RULE 23 CLASS ALLEGATIONS**

539.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint in response to paragraph 539.

540.     Expert AuPair denies the allegations in paragraph 540 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

541.     Expert AuPair denies the allegations in paragraph 541 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

542.     Expert AuPair understands that the allegations contained in paragraph 542 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 542, Expert AuPair denies those allegations.

543.     Expert AuPair understands that the allegations contained in paragraph 543 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 543, Expert AuPair denies those allegations.

544.    Expert AuPair understands that the allegations contained in paragraph 544 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 544, Expert AuPair denies those allegations.

545.    Expert AuPair understands that the allegations contained in paragraph 545 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 545, Expert AuPair denies those allegations.

546.    Expert AuPair understands that the allegations contained in paragraph 546 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 526, Expert AuPair denies those allegations.

547.    Expert AuPair denies the allegations in paragraph 547 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

548.    Expert AuPair understands that the allegations contained in paragraph 548 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 548, Expert AuPair denies those allegations.

549.        Expert AuPair understands that the allegations contained in paragraph 549 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 549, Expert AuPair denies those allegations.

550.        Expert AuPair understands that the allegations contained in paragraph 550 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 550, Expert AuPair denies those allegations.

551.        Expert AuPair understands that the allegations contained in paragraph 551 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 551, Expert AuPair denies those allegations.

552.        Expert AuPair understands that the allegations contained in paragraph 552 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 552, Expert AuPair denies those allegations.

553.        Expert AuPair understands that the allegations contained in paragraph 553 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 553, Expert AuPair denies those allegations.

554.        Expert AuPair understands that the allegations contained in paragraph 554 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 554, Expert AuPair denies those allegations.

555.    Expert AuPair understands that the allegations contained in paragraph 555 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 555, Expert AuPair denies those allegations.

556.    Expert AuPair understands that the allegations contained in paragraph 556 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 556, Expert AuPair denies those allegations.

557.    Expert AuPair understands that the allegations contained in paragraph 557 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 557, Expert AuPair denies those allegations.

558.    Expert AuPair understands that the allegations contained in paragraph 558 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 558, Expert AuPair denies those allegations.

559.    Expert AuPair understands that the allegations contained in paragraph 559 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 559, Expert AuPair denies those allegations.

560.    Expert AuPair understands that the allegations contained in paragraph 560 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 560, Expert AuPair denies those allegations.

561.    Expert AuPair denies the allegations in paragraph 561 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

562.    Expert AuPair denies the allegations in paragraph 562.

563.    Expert AuPair denies the allegations in paragraph 563.

564.    Expert AuPair denies the allegations in paragraph 564.

565.    Expert AuPair denies the allegations in paragraph 565.

566.    Expert AuPair denies the allegations in paragraph 566.

567.    Expert AuPair denies the allegations in paragraph 567.

568.    Expert AuPair denies the allegations in paragraph 568.

569.    Expert AuPair denies the allegations in paragraph 569.

570.    Expert AuPair denies the allegations in paragraph 570.

571.    Expert AuPair denies the allegations in paragraph 571.

572.    Expert AuPair denies the allegations in paragraph 572.

573.    Expert AuPair denies the allegations in paragraph 573.

## 29 U.S.C. § 216(B)COLLECTIVE ACTION ALLEGATIONS

574.	Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint in response to paragraph 574.

575.	Expert AuPair denies the allegations in paragraph 575 and denies that certification of a class in this case would be proper under 29 U.S.C. § 216(b).

576.	Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 576, and therefore denies the same.

577.	Expert AuPair understands that the allegations contained in paragraph 577 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 577, Expert AuPair denies those allegations.

578.	Expert AuPair understands that the allegations contained in paragraph 578 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 578, Expert AuPair denies those allegations.

579.	Expert AuPair understands that the allegations contained in paragraph 579 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 579, Expert AuPair denies those allegations.

580.      Expert AuPair understands that the allegations contained in paragraph 580 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 580, Expert AuPair denies those allegations.

581.      Expert AuPair understands that the allegations contained in paragraph 581 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 581, Expert AuPair denies those allegations.

582.      Expert AuPair understands that the allegations contained in paragraph 582 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 582, Expert AuPair denies those allegations.

583.      Expert AuPair understands that the allegations contained in paragraph 583 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 583, Expert AuPair denies those allegations.

584.      Expert AuPair understands that the allegations contained in paragraph 584 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 584, Expert AuPair denies those allegations.

585.      Expert AuPair understands that the allegations contained in paragraph 585 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 585, Expert AuPair denies those allegations.

586.     Expert AuPair denies the allegations in paragraph 586 and denies that certification of a class in this case would be proper under 29 U.S.C. § 216(b).

587.     Expert AuPair denies the allegations in paragraph 587 and denies that certification of a class in this case would be proper under 29 U.S.C. § 216(b).

588.     Expert AuPair denies the allegations in paragraph 588.

## COUNT I:  ALLEGED RESTRAINT OF TRADE

589.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint.  Expert AuPair denies with particularity that plaintiffs may assert their claims on behalf of any other similarly situated participants in the au pair program, and denies the remaining allegations in paragraph 589.

590.     Expert AuPair denies the allegations in paragraph 590.

591.     Expert AuPair denies the allegations in paragraph 591.

592.     Expert AuPair denies the allegations in paragraph 592.

593.     Expert AuPair denies the allegations in paragraph 593.

594.     Expert AuPair denies the allegations in paragraph 594.

595.     Expert AuPair denies the allegations in paragraph 595.

596.     Expert AuPair denies the allegations in paragraph 596.

597.     Expert AuPair denies the allegations in paragraph 597.

## COUNT II: ALLEGED CIVIL RICO

598.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 598.

599.     Expert AuPair understands that the allegations contained in paragraph 599 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 599, Expert AuPair denies those allegations.

600.     Expert AuPair understands that the allegations contained in paragraph 600 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 600, Expert AuPair denies those allegations.

601.     Expert AuPair understands that the allegations contained in paragraph 601 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 601, Expert AuPair denies those allegations.

602.     Expert AuPair understands that the allegations contained in paragraph 602 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 602, Expert AuPair denies those allegations.

603.      Expert AuPair understands that the allegations contained in paragraph 603 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 603, Expert AuPair denies those allegations.

604.      Expert AuPair understands that the allegations contained in paragraph 604 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 604, Expert AuPair denies those allegations

## COUNT III: ALLEGED BREACH OF FIDUCIARY DUTY

605.      Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 605.

606.      Expert AuPair denies the allegations in paragraph 606 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

607.      Expert AuPair denies the allegations in paragraph 607.

## COUNT IV: ALLEGED NEGLIGENT MISREPRESENTATION

608.      Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 608.

609.     Expert AuPair denies the allegations in paragraph 609 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

610.     Expert AuPair denies the allegations in paragraph 610.

## COUNT V: ALLEGED CONSTRUCTIVE FRAUD

611.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 611.

612.     Expert AuPair denies the allegations in paragraph 612 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

613.     Expert AuPair denies the allegations in paragraph 613.

## COUNT VI: ALLEGED CONSUMER PROTECTION

614.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 614.

615.     Expert AuPair denies the allegations in paragraph 615 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

616.     Expert AuPair denies the allegations in paragraph 616.

## COUNT VIII: ALLEGED FAILURE TO PAY MINIMUM WAGE AND OVERTIME

617.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 617.

618.     Expert AuPair denies the allegations in paragraph 618 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

619.     Expert AuPair denies the allegations in paragraph 619.

620.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 620, and therefore denies the same.

621.     Expert AuPair denies the allegations in paragraph 621.

622.     Expert AuPair denies the allegations in paragraph 622.

623.     Expert AuPair denies the allegations in paragraph 623.

624.     Expert AuPair denies the allegations in paragraph 624.

625.     Expert AuPair denies the allegations in paragraph 625.

626.     Expert AuPair denies the allegations in paragraph 626.

627.     Expert AuPair denies the allegations contained in paragraph 627. Expert AuPair denies with particularity that plaintiffs are entitled to any relief whatsoever.

## **COUNT IX: ALLEGED CLAIMS FOR UNPAID WAGES**

628.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 628.

629.     Expert AuPair denies the allegations in paragraph 629.

630.     Expert AuPair denies the allegations in paragraph 630.

631.     Expert AuPair denies the allegations in paragraph 631.

632.     Expert AuPair denies the allegations in paragraph 632.

633.     Expert AuPair denies the allegations in paragraph 633.

634.     Expert AuPair denies the allegations in paragraph 634.

635.     Expert AuPair denies the allegations in paragraph 635.

636.     Expert AuPair denies the allegations contained in paragraph 636. Expert AuPair denies with particularity that plaintiffs are entitled to any relief whatsoever.

## COUNT X: ALLEGED VIOLATIONS OF NEW YORK WAGE ACT

637.     Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 637.

638.     Expert AuPair understands that the allegations contained in paragraph 638 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 638, Expert AuPair denies those allegations.

639.        Expert AuPair understands that the allegations contained in paragraph 639 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 639, Expert AuPair denies those allegations.

640.        Expert AuPair understands that the allegations contained in paragraph 640 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 640, Expert AuPair denies those allegations.

641.        Expert AuPair understands that the allegations contained in paragraph 641 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 641, Expert AuPair denies those allegations.

642.        Expert AuPair understands that the allegations contained in paragraph 642 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 642, Expert AuPair denies those allegations.

## COUNT XI: ALLEGED VIOLATIONS OF NEW JERSEY WAGE ACT

643.        Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint therefore denying paragraph 643.

644.        Expert AuPair understands that the allegations contained in paragraph 644 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 644, Expert AuPair denies those allegations.

645.     Expert AuPair understands that the allegations contained in paragraph 645 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 645, Expert AuPair denies those allegations.

646.     Expert AuPair understands that the allegations contained in paragraph 646 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 646, Expert AuPair denies those allegations.

647.     Expert AuPair understands that the allegations contained in paragraph 547 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 547, Expert AuPair denies those allegations.

648.     Expert AuPair understands that the allegations contained in paragraph 648 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 648, Expert AuPair denies those allegations.

## **DEMAND FOR JURY TRIAL**

649.     Expert AuPair admits that plaintiffs have demanded a trial by jury for all issues so triable.

## **PLAINTIFFS' PRAYER FOR RELIEF**

To the extent that the plaintiffs' prayer for relief may be deemed to require a response, it is denied.  Expert AuPair states that plaintiffs are not entitled to maintain this action as a class-action and deny that plaintiffs are entitled to any relief or damages whatsoever.

## **SEPARATE DEFENSES**

Expert AuPair asserts these defenses without assuming the burden of proof or production on any of these defenses that would otherwise rest on the plaintiffs.

### FIRST DEFENSE

1.      Plaintiffs' claims are barred, in whole or in part, for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

2.      Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### THIRD DEFENSE

3.      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered antitrust injury proximately caused by the conduct of Expert AuPair and/or have not suffered, and will not suffer, injury of the type the antitrust laws were designed to prevent.

### FOURTH DEFENSE

4.      Plaintiffs' claims are barred, in whole or in part, because the claims are governed by the rule of reason, and Plaintiffs have not alleged and cannot prove the

elements of a rule of reason claim.  In particular, the procompetitive benefits of the conduct alleged by Plaintiffs outweigh any alleged anticompetitive effects.

<u>FIFTH DEFENSE</u>

5.     Plaintiffs' claims are barred, in whole or in part, because of conduct of which Plaintiffs complain is reasonable and justified, has not, and will not substantially lessen competition in any relevant market, tend to create a monopoly, or injure, destroy, or prevent competition.

<u>SIXTH DEFENSE</u>

6.     Expert AuPair's actions constitute bona fide, legitimate business competition, and were carried out in furtherance of their legitimate business interests.

<u>SEVENTH DEFENSE</u>

7.     Plaintiffs' claims are barred because they have not alleged properly defined relevant product (or service) and geographic markets.

<u>EIGHTH DEFENSE</u>

8.     Plaintiffs' claims are barred because Expert AuPair reasonably relied upon the weekly stipend established, calculated and applied by the State Department and the Department of Labor to be paid to participants in the au pair program.  The weekly stipend paid by host families to participants in Defendants' au pair exchange program is consistent with, and authorized by, the statutory and regulatory rules and regulations governing the au pair exchange program.

<u>NINTH DEFENSE</u>

9.     If, for some reason, any or all of the alleged acts and omissions of Expert AuPair were not within the scope of conduct authorized by the State Department and/or the Department of Labor, such a situation was not reasonably foreseeable by Defendants.

## TENTH DEFENSE

10.     Plaintiffs' claims are barred, in whole or in part, by the Noerr-Pennington doctrine, the federal instrumentality doctrine, the sovereign immunity doctrine, the state action doctrine and/or the doctrine of implied immunity.  Plaintiffs' claims are further barred because the alleged conduct that is the subject of the Complaint was caused by, due to, based upon, or in response from directives, laws, regulations, authorizations, policies and/or acts of government and/or their agencies.

## ELEVENTH DEFENSE

11.     Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or latches.

## TWELFTH DEFENSE

12.     Any injuries, losses or damages suffered by Plaintiffs were the result of the independent actions and decisions of third parties.  Expert AuPair not liable for the acts of others over which it has no control.

## THIRTEENTH DEFENSE

13.     Plaintiffs' claims for damages against Expert AuPair are barred because the alleged damages, if any, are too speculative and uncertain, and because of the impossibility of ascertaining and allocating those alleged damages.

## FOURTEENTH DEFENSE

14.     The alleged injury, loss or damage suffered by Plaintiffs, if any, would be compensated adequately by damages.   Accordingly, Plaintiffs have a complete and adequate remedy at law and are not entitled to equitable relief.

## FIFTEENTH DEFENSE

15.     Plaintiffs' claims are barred, in whole or in part, because Expert AuPair has acted in good faith and with intent to comply with the law and DOL policies.

## SIXTEENTH DEFENSE

16.     Count I cannot be certified as a class action under the provisions of Rule 23 of the Federal Rules of Civil Procedure.

## SEVENTEENTH DEFENSE

17.     Plaintiffs' claims are barred, in whole or in part, because the named plaintiffs are not appropriate class representatives, and lack standing to assert claims on behalf of other persons other than themselves.

## EIGHTEENTH DEFENSE

18.     Expert AuPair's actions have been procompetitive and carried out in furtherance of Expert AuPair's legitimate business interests.

## NINETEENTH DEFENSE

19.     Plaintiffs' claims are barred, in whole or in part, because the plaintiffs would be unjustly enriched if they would be allowed to recover any part of the alleged damages.

## TWENTIETH DEFENSE

20.     Plaintiffs' claims are barred, in whole or in part, based on failure to join indispensable parties.

<div align="center">TWENTY-FIRST  DEFENSE</div>

21.     Expert AuPair is not an employer of a joint employer within the meaning of FLSA or any state statute or regulation.

<div align="center">TWENTY-SECOND  DEFENSE</div>

22.     Expert AuPair did not owe a fiduciary duty to the named plaintiffs or any other au pair.

<div align="center">TWENTY-THIRD  DEFENSE</div>

23.     Expert AuPair acted in good faith and with reasonable grounds believing that it was acting in conformity with the FLSA, and its actions did not violate FLSA.

<div align="center">TWENTY-FOURTH  DEFENSE</div>

24.     Expert AuPair reserves the right to assert additional separate defenses if and when they become known through investigation and discovery.

<div align="center">TWENTY-FIFTH DEFENSE</div>

25.     Expert AuPair adopts by reference any applicable defense pleaded by any other defendant that is not set forth in this answer.

<div align="center">**EXPERT AUPAIR'S PRAYER FOR RELIEF**</div>

WHEREFORE, Defendant Expert AuPair respectfully requests that judgment be entered in its favor as follows:

a. This Court decline to certify this action as a class action under Fed. R. Civ. P. 23;

b. This Court decline to maintain and certify this action as a collective action under 29 U.S.C. § 216(b);

c. This Court enters judgment in favor of Expert AuPair as to all counts alleged against Expert AuPair;

d. This Court awards Expert AuPair its attorneys' fees and all other costs reasonably incurred in defense of this action; and

e. This Court awards such other relief as it made deem just and proper.

Dated April 25th, 2018.

Respectfully submitted,

<div style="margin-left: 40%;">

*s/Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

s/Bogdan Enica_____
Bogdan Enica, Esq.