IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**DEFENDANT AUPAIRCARE, INC.'S UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT [ECF NO. 983]**
_____

Defendant AuPairCare, Inc. ("AuPairCare") by and through its attorneys Gordon & Rees LLP, pursuant to D.C. Colo.L. Civ. R. 6.1 hereby moves this Court for an extension of time up to and including April 27, 2018 to answer or otherwise respond to the Third Amended Complaint.  As grounds for this Motion, AuPairCare states as follows:

1. The Third Amended Complaint in this case was filed on April 11, 2018. Therefore, AuPairCare would have until April 25, 2018 to file its responsive pleading.

2. AuPairCare seeks a two-day extension of time up to and including April 27, 2018.

3. The requested extension is needed in order for AuPairCare to more fully investigate the allegations against it, specifically, to analyze the extent to which a response is required in light of the stay entered in this case as to Plaintiffs' claims against it and to prepare its response.

4. No other extensions of time to respond to the Third Amended Complaint have been sought by AuPairCare and the granting of this motion will not prejudice any of the parties or otherwise affect the scheduling in this case.

5. Pursuant to D.C. Colo.L. Civ. R. 7.1(a), counsel for AuPairCare conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose the extension of time sought herein.

6. In accordance with D.C. Colo.L. Civ. R. 6.1(c), a copy of this motion will be served contemporaneously on AuPairCare.

WHEREFORE, AuPairCare respectfully requests a two-day extension of time up to and including April 27, 2018 to answer or otherwise respond to the Third Amended Complaint in the above-captioned matter.

Respectfully submitted this 25th day of April 2018.

y

1. The Third Amended Complaint in this case was filed on April 11, 2018. Therefore, AuPairCare would have until April 25, 2018 to file its responsive pleading.

2. AuPairCare seeks a two-day extension of time up to and including April 27, 2018.

3. The requested extension is needed in order for AuPairCare to more fully investigate the allegations against it, specifically, to analyze the extent to which a response is required in light of the stay entered in this case as to Plaintiffs' claims against it and to prepare its response.

4. No other extensions of time to respond to the Third Amended Complaint have been sought by AuPairCare and the granting of this motion will not prejudice any of the parties or otherwise affect the scheduling in this case.

5. Pursuant to D.C. Colo.L. Civ. R. 7.1(a), counsel for AuPairCare conferred with Plaintiffs' counsel, who indicated that Plaintiffs do not oppose the extension of time sought herein.

6. In accordance with D.C. Colo.L. Civ. R. 6.1(c), a copy of this motion will be served contemporaneously on AuPairCare.

WHEREFORE, AuPairCare respectfully requests a two-day extension of time up to and including April 27, 2018 to answer or otherwise respond to the Third Amended Complaint in the above-captioned matter.

Respectfully submitted this 25th day of April 2018.

*s/ Peggy E. Kozal*
Thomas B. Quinn
Peggy E. Kozal
Nathan Huey
Jennifer Arnett-Roehrich
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@grsm.com
pkozal@grsm.com
nhuey@grsm.com
jarnett-roehrich@grsm.com

***Attorneys for Defendant AuPairCare, Inc.***

### CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 25th day of April, 2018 addressed to:

| | | |
|---|---|---|
| Sigrid S. McCawley<br>Sabria McElroy<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua Libling<br>Juan P. Valdivieso<br>Byron Pacheco<br>BOIES SCHILLER & FLEXNER, LLP<br>smccawley@bsfllp.com<br>smcelroy@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com | Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Joseph H. Hunt<br>Alyssa L. Levy<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>jhunt@shermanhoward.com<br>alevy@shermanhoward.com<br>***Attorneys for Defendant InterExchange, Inc.*** | William J. Kelly, III<br>Chanda M. Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br>***Attorneys for Defendant USAuPair, Inc.*** |

| | | |
|---|---|---|
| dsmalls@bsfllp.com<br>srogriguez@bsfllp.com<br>jlibling@bsfllp.com<br>jvaldivieso@bsfllp.com<br>bpacheco@bsfllp.com<br><br>and<br><br>Alexander N. Hood<br>TOWARDS JUSTICE – DENVER<br>alex@towardsjustice.org<br>**Attorneys for Plaintiffs** | | |
| Meshach Y. Rhoades<br>Martin J. Estevao<br>Vance Orlando Knapp<br>ARMSTRONG TEASDALE, LLP<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com<br>vknapp@armstrongteasdale.com<br>**Attorneys for Defendant GreatAuPair, LLC** | Bogdan Enica<br>BOGDAN ENICA, ATTORNEY AT LAW<br>bogdane@hotmail.com<br>**Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair** | David B. Meschke<br>Martha L. Fitzgerald<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>dmeschke@bhfs.com<br>mfitzgerald@bhfs.com<br>**Attorneys for Defendant EurAupair InterCultural Child Care Programs** |
| James E. Hartley<br>Adam A. Hubbard<br>Jonathan S. Bender<br>HOLLAND & HART, LLP<br>jhartley@hollandhart.com<br>aahubbard@hollandhart.com<br>jsbender@hollandhart.com<br>**Attorneys for Defendant Cultural Homestay International** | Brian A. Birenbach<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com<br>    and<br>Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>V. William Scarpato III<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>scarpato@wtotrial.com<br>**Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair** | Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>**Attorney for Defendant Agent Au Pair** |
| Lawrence L. Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS, LLP<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com<br><br>and<br><br>Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>Joseph B. Cartafalsa | Eric J. Stock<br>Gibson, Dunn & Crutcher LLP<br>estock@gibsondunn.com<br>mao@gibsondunn.com<br>**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**<br><br>Lawrence D. Stone<br>Kathleen E. Craigmile<br>NIXON SHEFRIN HENSEN OGBURN, P.C. | Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>CHOATE, HALL & STEWART, LLP<br>joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br>kokeefe@choate.com |

- 5 -

| OGLETREE, DEAKINS<br>Stephen.macri@ogletree.com<br>Jopseh.cartafalsa@ogletree.com<br>***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America*** | lstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com<br>***Attorneys for Defendants A.P.E.X. American***<br>***Professional Exchange, LLC d/b/a ProAuPair;***<br>***20/20 Care Exchange, Inc.***<br>***d/b/a The International Au Pair Exchange*** | *and*<br>Diane R. Hazel<br>James M. Lyons<br>Jessica L. Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br>***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*** |
|---|---|---|

*/s/ Peggy E. Kozal*
For Gordon & Rees LLP