**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF DAWN L. SMALLS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT INTEREXCHANGE'S
MOTION TO COMPEL DISCOVERY [ECF No. 970]**

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts, and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Opposition to Defendant InterExchange's Motion to Compel Discovery [ECF No. 970].

**Discovery Negotiations & InterExchange's Discovery Posture**

4. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between Joe Hunt and I, dated September 29, 2017 - January 17, 2018.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between Joe Hunt to I, dated March 8, 2018 - March 12, 2018.

6. InterExchange produced nearly 10,000 pages of documents from opt-in *au pairs'* personnel files in its possession in response to Plaintiffs' various document requests.

7. InterExchange deposed twelve *au pairs*, amounting to nearly 30 hours of testimony.

8. During the depositions of its opt-ins InterExchange frequently used many of the documents it had from its own files as exhibits.

9. Plaintiffs have made multiple productions of documents collected from opt-ins to InterExchange, totaling approximately 400 pages.

**Plaintiffs' Privileged Material**

10. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Sean Petterson to Joe Hunt, inadvertently attaching opt-in survey responses, dated March 21, 2018 at 5:25 PM.

11. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Sean Petterson to Joe Hunt, sent a few hours later than the email in Exhibit 3, addressing the accidental survey response production, dated March 21, 2018 at 10:29 PM.

12. Attached hereto as **Exhibit 5** is a true and correct copy of an email chain between Joe Hunt to Byron Pacheco, dated March 21, 2018.

13. Attached hereto as **Exhibit 6** are true and correct excerpts of the transcript from the deposition of Sara Mejia Alvarez, dated March 30, 2018.

14. Attached hereto as **Exhibit 7** is a true and correct copy of an article titled, "Au Pairs Shirking Questions in Wage Suit, Agency Says," dated April 5, 2018.

15. By April 3, 2018, Plaintiffs' counsel had received over 100 survey responses.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of April, 2018, at New York, New York.

    Respectfully submitted,

    /s/ *Dawn L. Smalls*
    Dawn L. Smalls
    BOIES SCHILLER FLEXNER LLP
    575 Lexington Avenue
    New York, NY 10022
    Tel. (212) 446-2300
    Fax. (212) 446-2350
    dsmalls@bsfllp.com

    *Counsel for Plaintiffs*