# Exhibit 2

| | |
|---|---|
| **From:** | Hunt, Joe H. |
| **To:** | Dawn Smalls |
| **Cc:** | Colaizzi, Brooke A.; Levy, Alyssa L. |
| **Subject:** | RE: IEX Discovery |
| **Date:** | Monday, March 12, 2018 3:38:31 PM |
| **Attachments:** | image001.png |

Dawn,

We have made concessions in terms of numbers, written discovery content, and numerous other items.  Your refusal to provide this information is not reasonable, and we will be filing a motion to compel.  Please allow this email to serve as notice that we will be seeking a forthwith hearing on the motion pursuant to Judge Arguello's Rules 7.1A(g).

Regards,


**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com
cid:image006.png@01D383CB.1CB46320



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Monday, March 12, 2018 1:00 PM
**To:** Hunt, Joe H. <JHunt@shermanhoward.com>
**Cc:** Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>
**Subject:** RE: IEX Discovery

Plaintiffs maintain their objections. To invoke the words of Judge Tafoya: any agreement by stipulation with one sponsor has no bearing on the discovery process with any other sponsor. Plaintiffs have consistently maintained that the information outlined below is not relevant to the FLSA claims and continue to do so. Whether the information was provided as part of a stipulation by the parties where concessions were made on both sides has no bearing on whether the information is relevant or whether Plaintiffs are obligated to provide it.

---

**From:** Hunt, Joe H. [mailto:JHunt@shermanhoward.com]
**Sent:** Monday, March 12, 2018 1:04 PM
**To:** Dawn Smalls

**Cc:** Colaizzi, Brooke A.; Levy, Alyssa L.
**Subject:** RE: IEX Discovery

Dawn,

We have not asked opt-in plaintiffs to produce documents that do not exist. Our email below is a follow up to the opt-in plaintiffs' statements that they will produce responsive documents after a reasonable search. Please let us know the status of the search for the 23 opt-plaintiffs whom InterExchange has designated for written discovery.

With respect to your objections based on relevancy and the FLSA in connection with Interrogatory Nos. 2, 3, 5, and 6, please reconsider your position. These Interrogatories seek information that is fundamental to the FLSA, and the objections are contrary to your previous proposals.

- Interrogatory No. 2 asks for the amount of time the child attended school and duties the au pair had for each child.
- Interrogatory No. 3 asks for duties not listed in response to Interrogatory No. 2.
- Interrogatory No. 5 asks for payments and benefits that the au pair received, such as cash, gifts, and bonuses.
- Interrogatory No. 6 asks for complaints, if any, based on wages, stipends, benefits, etc.

There is no non-frivolous argument that whether an au pair is 'on or off duty' is not relevant to the FLSA (Nos. 2-3). Of course, identifying payments or other benefits that the au pairs received from host families is relevant (No. 5), and so is whether they engaged in protected activity under the FLSA (No. 6). These inquiries are fundamental to the opt-in plaintiffs' claims, and they are directly tied to the allegations in the Second Amended Complaint.

Further, the relevancy objections are capricious because you have already agreed to provide this information.

Your email to Joan Lukey on October 13, 2017, agreed to provide to Cultural Care information including but not limited to: (i) whether the amount of the stipend varied; (ii) whether au pairs received any payments or benefits from the host family other than the weekly stipend; (iii) the number of children in the host family; (iv) whether the children attended school or daycare and the number of hours they were in school or daycare; (v) the main childcare tasks performed for the family; (vi) other childcare activities the au pair spent time on; (vii) whether the au pair expected to be on call when not actively providing childcare; and (viii) whether the au pair made a complaint and to whom it was reported and how it was resolved.

You proposed to provide the same information to InterExchange on November 8, 2017. In response, InterExchange decided to serve formal written discovery because the proposed survey was an optional one for au pairs to complete. *Importantly*, InterExchange's written discovery incorporated all of the information that would have been asked in the survey.

Your objections based on relevancy are without a basis, and you have already agreed to provide this

information. Accordingly, please withdraw the objections and respond to the discovery requests, including responding to both interrogatories and requests for production, as soon as possible.

Regards,

**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com

cid:image006.png@01D383CB.1CB46320

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Friday, March 09, 2018 10:03 AM
**To:** Hunt, Joe H. <JHunt@shermanhoward.com>
**Cc:** Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>
**Subject:** RE: IEX Discovery

Hi Joe,

Please find discovery responses for Dina Pfannkuchen, Bianette Barrera, and Diana Conzalez Gamboa attached.

Doris Ortiz and Amanda Silveira have since withdrawn from the lawsuit. (See Plaintiffs' 2.20.2018 filing with court).

With respect to scope, Plaintiffs' have been clear from the beginning that they will only answer questions relevant to the FLSA claims. These responses are consistent with that. With respect to the production of documents, Plaintiffs state that they will produce any responsive documents **if** any exist. We will follow up with them to ensure that we obtain and produce any relevant responsive documents in their possession.

Dawn

---

**From:** Hunt, Joe H. [mailto:JHunt@shermanhoward.com]
**Sent:** Thursday, March 08, 2018 5:55 PM
**To:** Dawn Smalls
**Cc:** Colaizzi, Brooke A.; Levy, Alyssa L.
**Subject:** IEX Discovery

Dawn,

We received discovery responses from 7 out of 23 of InterExchange's opt-in plaintiffs selected for written discovery (those crossed off below).  Those 7 who responded state they will produce documents after a reasonable search.  Please advise as to when we can expect those responsive documents.  Also, those 7 who responded state they decline to answer 4 out of 6 interrogatories.  This is unreasonable, particularly in light of your insistence that we limit the number of interrogatories and prior agreement to the language that we used.  We are entitled to responses to all of the interrogatories.  We also expect that the remaining opt-in plaintiffs (those not crossed off below) will also promptly respond to the discovery requests with supporting documentation and answer all interrogatories, too.  Accordingly, please promptly produce or supplement the below opt-in plaintiffs' discovery responses.

Regards,

Joe

…

Jennifer Karina Zambrano Ruiz
Amanda Silveira
Ana Karla Forte Silva
Diana Carolina Gonzalez Gamboa
Doris Ortiz
Bianette Barrera Robles
Inmaculada C. Simancas Martin
Silvia Morales Prado
Jacqueline Benavente
Jesica Mancera Gomez
Ligia Mercedes Diaz Portillo
~~Nicolle Garibaldi Sartori~~
~~Alejandra Marcela Garcia Vasquez~~
~~Brenda Mejia Canales~~
~~Laura Camila Barriga Rodriguez~~
Dina Pfannkuchen
Maria Camila Mejia
Rene Aaron Flores Flores
~~Sara Mejia Alvarez~~
~~Silvia Rojas Castro~~
~~Alison Paton~~
Sarah Aghouiles

**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com

cid:image006.png@01D383CB.1CB46320 

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]