# Exhibit 4

| | |
|---|---|
| **From:** | Sean Petterson |
| **To:** | Hunt, Joe H.; Colaizzi, Brooke A.; Levy, Alyssa L. |
| **Cc:** | Dawn Smalls; Maria Guarisco; Byron Pacheco |
| **Subject:** | RE: Beltran - Deposition of Lucie Vocetkova (3/22/18) |
| **Date:** | Wednesday, March 21, 2018 10:29:00 PM |
| **Attachments:** | image001.png |

Joe,

The survey responses for Ms. Arias and Ms. Melo were sent to you in error.  Because InterExchange has declined to stipulate to the use of au pair survey responses as evidence, and because the production to you was inadvertent, the responses cannot be used as evidence and we ask that you disregard them.

Best,

**Sean A. Petterson**
(t) +1 212-754-4272
(m) +1 434-989-1972

**From:** Hunt, Joe H. [mailto:JHunt@shermanhoward.com]
**Sent:** Wednesday, March 21, 2018 6:06 PM
**To:** Byron Pacheco <bpacheco@BSFLLP.com>; Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>
**Cc:** Dawn Smalls <DSmalls@BSFLLP.com>; Sean Petterson <SPetterson@BSFLLP.com>; Maria Guarisco <MGuarisco@BSFLLP.com>
**Subject:** RE: Beltran - Deposition of Lucie Vocetkova (3/22/18)

Thank you, Byron.  I'll forward the email addresses to Hunter + Geist.

Could you please send us Ms. Vocetkova's survey answers?

Regards,

**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com
cid:image006.png@01D383CB.1CB46320

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Byron Pacheco [mailto:bpacheco@BSFLLP.com]
**Sent:** Wednesday, March 21, 2018 3:55 PM
**To:** Hunt, Joe H. <JHunt@shermanhoward.com>; Colaizzi, Brooke A.
<bcolaizzi@shermanhoward.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>
**Cc:** Dawn Smalls <DSmalls@BSFLLP.com>; Sean Petterson <SPetterson@BSFLLP.com>; Maria
Guarisco <MGuarisco@BSFLLP.com>
**Subject:** RE: Beltran - Deposition of Lucie Vocetkova (3/22/18)

Joe,

Thanks for your message.  For Ms. Vocetkova, her email is lucy26hv@gmail.com  and mine is
bpacheco@bsfllp.com .

For Ms. Arias, her email is paoo_534@hotmail.com and the attorney defending is Sean Petterson,
SPetterson@BSFLLP.com (also copied above).

We will look for the emails with the Zoom links and take it from there.

Regards,

Byron

---

**From:** Hunt, Joe H. [mailto:JHunt@shermanhoward.com]
**Sent:** Wednesday, March 21, 2018 5:29 PM
**To:** Byron Pacheco; Colaizzi, Brooke A.; Levy, Alyssa L.
**Cc:** Dawn Smalls; Maria Guarisco
**Subject:** RE: Beltran - Deposition of Lucie Vocetkova (3/22/18)

Hi Byron,

I apologize for the delay responding to your message.  We will be with the court reporter at the
office of Hunter + Geist in Denver.  You and the deponent can appear via secured video conferencing
software called Zoom (even at separate locations).  It works with a laptop or tablet, so long as there
is a webcam.  If you can please send us email addresses for yourself, Ms. Arias, and Ms. Vocetkova,
the court reporter will send a link to get set up.  I understand that there is no download necessary
because it is all web-based.  Also, I believe the audio works through a telephone dial-in, and I will
confirm that is the case.

Regards,

**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com

cid:image006.png@01D383CB.1CB46320

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Byron Pacheco [mailto:bpacheco@BSFLLP.com]
**Sent:** Wednesday, March 21, 2018 10:22 AM
**To:** Hunt, Joe H. <JHunt@shermanhoward.com>; Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>
**Cc:** Dawn Smalls <DSmalls@BSFLLP.com>; Maria Guarisco <MGuarisco@BSFLLP.com>
**Subject:** Beltran - Deposition of Lucie Vocetkova (3/22/18)

Hi Joe,

I will be attending the deposition tomorrow on behalf of the witness and the Plaintiffs, and I'm writing to follow up about the video logistics.  Can you please let me know (i) what video software you intend to use; (ii) whether it requires a desktop connection (as opposed to a tablet or phone) and (iii) whether the witness will need to download anything on her end.

Please advise.

Regards,

Byron

**Byron Pacheco, Esq.**
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7632
bpacheco@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately

notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]