# Exhibit 7



Portfolio Media. Inc. | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Au Pairs Shirking Questions In Wage Suit, Agency Says

By **Danielle Nichole Smith**

Law360 (April 5, 2018, 7:22 PM EDT) -- Nearly half of 22 au pairs inadequately replied to discovery requests they were given after joining a class action accusing visa sponsoring agencies of conspiring to set low pay rates, while the other half failed to respond at all, one of the sponsoring agencies alleged in Colorado federal court Wednesday.

InterExchange Inc. told the court in its motion to compel that 10 au pairs refused to answer four of its questions on a discovery request that had already been trimmed down after negotiations between the parties. Ten of the other 22 au pairs from whom the parties agreed InterExchange could seek written discovery did not answer at all, and another two withdrew from the case, the sponsoring agency said.

InterExchange contended that the au pairs' assertion that the four questions were irrelevant to their Fair Labor Standards Act claims was made in bad faith. Two au pairs' answers to a separate survey accidentally sent to InterExchange by their counsel showed the desired information was applicable and had already been collected, the brief said.

"Plaintiffs' objections are not only meritless but made in bad faith. That is, plaintiffs already collected responsive information by way of the survey questionnaire (as revealed by their disclosure of survey answers for 2 opt-in plaintiffs)," InterExchange said. "Indeed, InterExchange's interrogatories mirror many of the survey questions."

The surveys taken of the opt-in au pairs should also be turned over to InterExchange, the sponsoring agency argued.

InterExchange said that it originally sent discovery requests to the opt-in plaintiffs in September, but received either objections or refusals to respond in October. The au pairs proposed a survey instead of the interrogatories in November, but the sponsoring agency turned down the alternative because it would be optional for the opt-ins, the brief said.

The au pairs eventually agreed to submit a quarter of the opt-in plaintiffs to written discovery, and those requests were served in January, according to the motion.

"InterExchange objected to the survey because the survey was optional for the opt-in plaintiffs to complete. The opt-in plaintiffs were not permitted to refuse to respond to discovery requests simply because InterExchange declined to accept a survey in lieu of limited written discovery," the sponsoring agency said. "InterExchange was — and still is — entitled to signed and verified discovery responses from the limited sample of opt-in plaintiffs who were subject to written discovery."

The au pairs originally sued the agencies, who sponsor J-1 visas for au pairs, in 2016, alleging they fixed the price of the au pairs' labor and failed to pay them the minimum wage. In February, a federal judge **granted certification** to numerous proposed classes, in total more than 91,000 au pairs in mid-2017, with the exception of a national class asserting state law claims.

In March, **several sponsoring agencies argued** that the au pairs were not employees entitled to Fair Labor Standard Act protections because the J-1 visa program was meant for cultural exchange

and education and not work. Those motions for summary judgment are still pending.

Counsel for the au pairs and InterExchange did not respond Thursday to requests for comment. Representatives for InterExchange also did not respond Thursday to requests for comment.

The au pairs are represented by Alexander Hood of Towards Justice and Matthew L. Schwartz, Peter M. Skinner, Randall W. Jackson, Dawn L. Smalls, Joshua J. Libling, Byron Pacheco, Sean P. Rodriguez, Juan P. Valdivieso and Sigrid S. McCawley of Boies Schiller Flexner LLP.

The sponsoring agencies are represented by Nixon Shefrin Hensen Ogburn PC, Kelly & Walker LLC, the Rietz Law Firm LLC, Wheeler Trigg O'Donnell LLP, Holland & Hart LLP, Ogletree Deakins Nash Smoak & Stewart PC, Brownstein Hyatt Farber Schreck LLP, Choate Hall & Stewart LLP, Lewis Roca Rothgerber Christie LLP, Gordon & Rees LLP, Armstrong Teasdale LLP and Gibson Dunn & Crutcher LLP.

The case is Beltran et al. v. InterExchange Inc. et al., case number 1:14-cv-03074, in the U.S. District Court for the District of Colorado.

--Editing by Philip Shea.

All Content © 2003-2018, Portfolio Media, Inc.