**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**April 26, 2018**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| CULTURAL CARE, INC., d/b/a Cultural Care Au Pair; AUPAIRCARE, INC.; INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., d/b/a Expert Au Pair; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP; AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America; AMERICAN CULTURAL EXCHANGE, d/b/a GoAuPair; AGENT AU PAIR; A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair; 20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange; GOAUPAIR OPERATIONS, LLC, | |
| Petitioners, | |
| v. | No. 18-702<br>(D.C. No. 1:14-CV-03074-CMA-KMT)<br>(D. Colo.) |
| JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ; JULIANE HARNING; NICOLE MAPLEDORAM; LAURA MEJIA JIMINEZ; SARAH CAROLINE AZUELA RASCON, | |
| Respondents. | |
| AMERICAN CULTURAL EXCHANGE, d/b/a GoAuPair; GOAUPAIR | |

OPERATIONS, LLC,

    Petitioners,

v.

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ; JULIANE HARNING; NICOLE MAPLEDORAM; LAURA MEJIA JIMINEZ; SARAH CAROLINE AZUELA RASCON,

    Respondents.

No. 18-703
(D.C. No. 1:14-CV-03074-CMA-KMT)
(D. Colo.)

---

AUPAIRCARE, INC.,

    Petitioner,

v.

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; ALEXANDRA IVETTE GONZALEZ; JULIANE HARNING; NICOLE MAPLEDORAM; LAURA MEJIA JIMINEZ; SARAH CAROLINE AZUELA RASCON,

    Respondents.

No. 18-704
(D.C. No. 1:14-CV-03074-CMA-KMT)
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **PHILLIPS**, and **McHUGH**, Circuit Judges.

---

    These matters are before the court on three separate petitions for permission to

appeal pursuant to Fed. R. App. P. 5 and Fed. R. Civ. P. 23(f).

We grant the motions for leave to file reply briefs in all three petitions and deem the reply briefs that accompanied the motions filed as of the dates they were received. We also grant the motions to seal filed in petitions 18-702 and 18-703 as modified: the Clerk shall replace the sealed exhibits with the redacted exhibits.

Upon careful consideration of the parties' filings, the record, and the applicable law, we deny all three petitions. We also deny the request for a stay in petition 18-704 as moot.

Under Fed. R. Civ. P. 23(f), "[a] court of appeals <u>may</u> permit an appeal from an order of a district court granting or denying class-action certification. . . ." Fed. R. Civ. P. 23(f) (emphasis added). This discretion is "'unfettered' and 'akin to the discretion exercised by the Supreme Court in acting on a petition for certiorari.'" <u>Vallario v. Vandehey</u>, 554 F.3d 1259, 1262 (10th Cir. 2009) (quoting Fed. R. Civ. P. 23(f) advisory committee's note). "[T]he grant of a petition for interlocutory review constitutes the exception rather than the rule." <u>Id.</u>

<u>Vallario</u> described three situations in which interlocutory review of a class certification order may be appropriate: (1) "death knell" situations, "in which a questionable class certification order is likely to force either a plaintiff or a defendant to resolve the case based on considerations independent of the merits," <u>id.</u> at 1263; (2) situations in which a class certification order involves "an unresolved issue of law relating to class actions that is likely to evade end-of-case review, and, . . . [that issue is] significant to the case at hand, as well as to class actions generally," <u>id.</u>; and (3) situations

in which the class certification order is "manifestly erroneous," id. A manifest error situation is presented "where the deficiencies of a certification order are both significant and readily ascertainable. . . ." Id. at 1264. Vallario noted that the manifest error category of cases will not be used as "a vehicle to micromanage class actions as they evolve in the district court." Id. at 1263. Vallario also noted that interlocutory review may be appropriate in a case that does not present one of the three specified situations and that review may not be appropriate even when a case seems to fit one of the three specified situations. Id. at 1264.

Petitioners have not adequately established that the district court's class certification order presents any of the three specified situations, nor have they established that review is otherwise appropriate. Accordingly, all three petitions are denied.

                Entered for the Court,

                ELISABETH A. SHUMAKER, Clerk

                by: Lindy Lucero Schaible
                    Counsel to the Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker	Chris Wolpert
Clerk of Court	April 26, 2018	Chief Deputy Clerk

Ms. Jennifer Arnett-Roehrich
Mr. Thomas B. Quinn
Nathan Andrew Huey
Peggy E. Kozal
Gordon & Rees
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

Mr. Jonathan S. Bender
Mr. James E. Hartley
Mr. Adam A. Hubbard
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Ms. Brooke A. Colaizzi
Mr. Raymond M. Deeny
Ms. Alyssa L. Levy
Ms. Heather Fox Vickles
Mr. Joseph H. Hunt
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

Ms. Kathleen Ellen Craigmile
Mr. Lawrence D. Stone
Nixon Shefrin Hensen Ogburn
5619 DTC Parkway
Suite 1200
Greenwood Village, CO 80111

Mr. Bogdan Enica
111 Second Avenue NE, Room 213
St Petersburg, FL 33701

Mr. Martin Jose Estevao
Ms. Meshach Y. Rhoades
Armstrong Teasdale
4643 South Ulster Street, Suite 800
Denver, CO 80237

Mr. Theane Evangelis
Mr. Bradley J. Hamburger
Mr. Eric Jonathan Stock
Gibson Dunn
333 South Grand Avenue
54th Floor
Los Angeles, CA 90071-3197

Chanda Marie Feldkamp
Mr. William J. Kelly III
Kelly & Walker
1512 Larimer Street, Suite 200
Denver, CO 80202

Ms. Martha L. Fitzgerald
Mr. David Brandon Meschke
Brownstein Hyatt Farber Schreck
410 17th Street, Suite 2200
Denver, CO 80202-4437

Ms. Jessica L. Fuller
Ms. Diane Rebecca Hazel
Mr. James Michael Lyons
Lewis Roca Rothgerber Christie
1200 17th Street, Suite 3000
Denver, CO 80202

Ms. Joan A. Lukey
Mr. Justin J. Wolosz
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Mr. Stephen J. Macri
Mr. Robert M. Tucker
Ogletree Deakins
1745 Broadway, 22nd Floor
New York, NY 10019

Ms. Kathryn A. Reilly
Ms. Theresa R. Wardon
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Ms. Susan M. Schaecher
Fisher & Phillips
1801 California Street, Suite 2700
Denver, CO 80202


**RE:**   18-702, 18-703, 18-704, AuPairCare, et al v. Beltran, et al
Dist/Ag docket: 1:14-CV-03074-CMA-KMT

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Alexander Hood
Randall Wade Jackson
Joshua James Libling
Lauren Fleischer Louis
Sigrid Stone McCawley
Sabria Alexandria McElroy
Byron Pacheco
Sean Phillips Rodriguez
Matthew Lane Schwartz
David Hollis Seligman
Peter Murray Skinner
Dawn L. Smalls
Juan Pablo Valdivieso

EAS/lab