**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO PLAINTIFFS' DECLARATION IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS GO AU PAIR AND APIA'S APPENDIXES IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**

---

1

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCivR. 7.1(A)**

Plaintiffs e-mailed Defendants' counsel on April 20, 2018.  None have indicated that they oppose the relief sought in this motion.

**ARGUMENT**

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Plaintiffs hereby move the Court for an Order placing Level 1 restricted access to certain of the documents filed on April 13, 2018 by the parties in their summary judgment reply briefing.  Specifically, Plaintiffs move for an order placing Level 1 restricted access to the following:

- portions of Plaintiffs' Declaration in Further Support of Plaintiffs' Motion for Partial Summary Judgment specified *infra*.  ECF No. 986.

- portions of deposition transcripts in Go Au Pair's Restricted Supplemental Appendix in Support of Its Motion for Summary Judgment specified *infra*.  ECF No. 1000; and

- portions of deposition transcripts in APIA's Supplemental Brief in Further Support of Defendants' Joint Motion for Summary Judgment—Movant's Appendix specified *infra*.  ECF No. 1005-1.

In support thereof, Plaintiffs state as follows:

1.   All parties to this action have stipulated to an Amended Stipulated Protective Order that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D.382, App. A (D. Colo. 2000).

2. The Amended Stipulated Protective Order applies to "all documents, materials, and information, including without limitation…deposition testimony." (Amended Stipulated Protective Order ¶ 1, ECF No. 694.)

3. Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY with Level 1 restricted access. *Id.* at ¶ 8.

4. On April 13, 2018, Plaintiffs filed a Declaration of Joshua J. Libling in Further Support of Plaintiffs' Motion for Partial Summary Judgment with Level 1 restriction. ECF No. 986.

5. On April 13, 2018, Defendant Go Au Pair filed its Restricted Supplemental Appendix in Support of Its Motion for Summary Judgment with Level 1 restriction. ECF No. 1000.

6. On April 13, 2018 Defendant APIA filed its Supplemental Brief in Further Support of Defendants' Joint Motion for Summary Judgment—Movant's Appendix with Level 1 restriction. ECF No. 1005.

7. In accordance with D.C.COLO.LCivR 7.2(c), Plaintiffs identify the documents for which restriction is sought and the interest to be protected as follows:

   a. **Plaintiffs' Declaration of Joshua J. Libling in Further Support of Plaintiffs' Motion for Partial Summary Judgment [ECF No. 986]**

Plaintiffs respectfully request that their Declaration in Further Support of Plaintiffs' Motions for Partial Summary Judgment maintain its Level 1 restriction with respect to the excerpts listed below. Those excerpts reflect personal, confidential information

3

about non-party host families, including their children and their children's routines and habits, and the witness.  See *Gillard*, 196 F.R.D. at 386 (entering protective order over personnel records and personally identifiable information about students) *Jacobsen v. Dillon Companies, Inc.*, No. 10-cv-01944-LTB-BNB, 2012 WL 13013600, at *2 (D. Colo. Jan. 5, 2012) (granting Level 1 restricted access to Exhibit containing "confidential information about non-party employees" because public access would "result in unwarranted and unnecessary annoyance or embarrassment to the non-parties"); *Smith v. Cheyenne Mountain Sch. Dist. 12*, Civ. 15-00881-PAB-CBS, 2017 WL 2791415, at *21 (D. Colo. May 11, 2017) (court *sua sponte* ordering documents containing identifiable information about minors as Level One restricted); *Huddleson v. City of Pueblo, Colo.*, 270 F.R.D. 635, 637 (D. Colo. 2010) ("privacy interests have been found to be sufficiently compelling to overcome the presumption of openness"); Fed. R. Civ. P. 5.2.

Specifically, Plaintiffs believe that portions of their declaration exhibits listed below should be redacted:

Exhibit A

- Plaintiffs' Reply App. 385-416, Exhibit 12

Exhibit B

- Plaintiffs' Reply App. 608-610, Exhibit 19
- Plaintiffs' Reply App. 611-620, Exhibit 20

Exhibit C

- Plaintiffs' Reply App. 680-691, Exhibit 32

Exhibit D

- Plaintiffs' Reply App. 895-898, Exhibit 52

- Plaintiffs' Reply App. 966-971, Exhibit 58
- Plaintiffs' Reply App. 972-977, Exhibit 59
- Plaintiffs' Reply App. 978-987, Exhibit 60
- Plaintiffs' Reply App. 988-993, Exhibit 61
- Plaintiffs' Reply App. 994-999, Exhibit 62
- Plaintiffs' Reply App. 1000-1008, Exhibit 63
- Plaintiffs' Reply App. 1009-1014, Exhibit 64
- Plaintiffs' Reply App. 1015-1020, Exhibit 65
- Plaintiffs' Reply App. 1021-1026, Exhibit 66
- Plaintiffs' Reply App. 1027-1031, Exhibit 67

Therefore, Plaintiffs submit redacted copies, attached hereto as <u>Exhibits A-D</u>. Plaintiffs respectfully request that Exhibit A replace ECF No. 986-2, Exhibit B replace ECF No. 986-3, Exhibit C replace ECF No. 986-4, and Exhibit D replace ECF No. 986-5. These redacted copies will protect confidential information, and may be made available for public viewing.

### b. Go Au Pair's Restricted Supplemental Appendix in Support of Its Motion for Summary Judgment [ECF No. 1000]

Plaintiffs respectfully request that Go Au Pair's Restricted Appendix maintain its Level 1 restriction with respect to the portions identified below.  Those deposition excerpts reflect personal, confidential information about non-party host families, including their children and their children's routine and habits, and the FLSA opt-in witness.  *See supra* at 7.a.  Accordingly, these excerpts should maintain their Level 1 restrictions.  Specifically, Plaintiffs believe that the following portions of the FLSA opt-in deposition excerpt should be redacted:

- GAP Supp. App. 0004, Tr. 116:21-25
- GAP Supp. App. 0006, Tr. 21:6-12
- GAP Supp. App. 0006, Tr. 21:17
- GAP Supp. App. 0006, Tr. 22:17-23:3
- GAP Supp. App. 0008, Tr. 49:7-50:19
- GAP Supp. App. 0008, Tr. 51:11
- GAP Supp. App. 0008, Tr. 51:16

- GAP Supp. App. 0008, Tr. 51:19
- GAP Supp. App. 0008, Tr. 52:2-5
- GAP Supp. App. 0008, Tr. 52:17

Therefore, Plaintiffs submit a redacted copy, attached hereto as <u>Exhibit E</u>.  This redacted copy would protect confidential information, and may be made available for public viewing.

### c. APIA's Supplemental Brief in Further Support of Defendants' Joint Motion for Summary Judgment—Movant's Appendix [ECF No. 1005-1]

Plaintiffs respectfully request that the FLSA opt-in depositions in APIA's Supplemental Brief in Further Support of Defendants' Joint Motion for Summary Judgment—Movant's Appendix maintain its Level 1 restriction with respect to the transcript excerpts listed below.  Those excerpts reflect personal, confidential information about non-party host families, including their children and their children's routine and habits, and the FLSA opt-in witness.  *See supra* at 7.a.  Accordingly, these excerpts should maintain their Level 1 restrictions.

Specifically, Plaintiffs believe that the following portions of the FLSA opt-in deposition excerpts should be redacted:

- Movant's App. 10, Tr. 16:3
- Movant's App. 10, Tr. 16:8
- Movant's App. 10, Tr. 16:10
- Movant's App. 10, Tr. 17:15
- Movant's App. 11, Tr. 17:18-23
- Movant's App. 15, Tr. 19:8-21:22
- Movant's App. 16, Tr. 38:14-20

Therefore, Plaintiffs submit a redacted copy, attached hereto as <u>Exhibit F</u>.  This redacted copy would protect confidential information, and may be made available for public viewing.

For these reasons, Plaintiffs respectfully request that this Court issue an Order placing Level 1 restricted access, to ECF Nos. 986, 1000, and 1005-1, and accept the attached redacted versions of ECF Nos. 986, 1000 and 1005-1 for public filing.

Dated: April 27, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ Sean P. Rodriguez
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218

Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/* Sean P. Rodriguez
Sean P. Rodriguez
