# Exhibit A

Case No. 1:14-cv-03074-CMA-KMT Document 988-2 filed 04/27/18 USDC Colorado pg 2 of 243

# Exhibit 11

REPLY APP 00196

**AuPair in America**
**Income Statement Format**
**December 31, 2013**

Au Pair IN AMERICA

| | Co. | USAIF US - AuPair | USAIF US -Educare | UKAIF UK AuPair | LNDIN London AuPair | |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | Total AuPair |
| | 2013 Year | 2013 | 2013 | 2013 | 2013 | |
| | 12 | 12 | 12 | 12 | 12 | |
| REVENUE - PROGRAM | 400000 | - | | | - | - |
| REVENUE - PROGRAM | 400050 | 26,573,298 | 1,491,139 | - | - | 28,064,438 |
| REVENUE-EDUCARE REVENUE FROM AU | 400055 | - | - | 142,505 | | 142,505 |
| REVENUE - EXTENSION PROGRAM | 400075 | 6,469,071 | - | - | | 6,469,071 |
| REVENUE - MATCH FEE APIA | 400150 | 1,444,686 | 89,600 | - | | 1,534,286 |
| EXTENDED PGM FEE | 401400 | 811,027 | 27,325 | | | 838,352 |
| MATCH SHORT CREDIT | 401500 | (4,240,997.06) | (127,250.42) | - | | (4,368,247) |
| PENALTY | 401700 | 276,011 | - | | | 276,011 |
| WITHHELD PAYMENTS FROM CANCELLED | 401840 | - | - | 599.27 | | 599 |
| REVENUE-SEVIS (NEW AU PAIRS) | 401850 | 120,820 | 7,980 | - | | 128,800 |
| REVENUE-SEVIS (EXTENDING AU PAIRS) | 401870 | 290,595 | - | - | | 290,595 |
| PROGRAM FEE ADJMT | 402300 | (949,215) | (43,767) | - | | (992,982) |
| NON BILLED DAYS CR | 402400 | (28,105.44) | (130.73) | - | | (28,236) |
| REVENUE-FINANCE CHARGE - APA | 402450 | 28,076 | - | | | 28,076 |
| 5% DISCOUNT | 402500 | - | - | | | - |
| HOST FAMILY RECRUITMENT CREDIT | 402600 | (256,950) | - | | | (256,950) |
| MATCH FEE CREDIT-REPEAT DISCOUNT | 402610 | (753,749) | - | | | (753,749) |
| REVENUE-BAD DEBT EXPENSE | 410100 | (165,694) | - | (20) | | (165,714) |
| REVENUE - RESERVE - APA | 410200 | (67,309) | - | - | | (67,309) |
| REVENUE - PRIOR YEAR ADJ | 420000 | 236,180 | - | | | 236,180 |
| CONTRA PROGRAM REVENUE | 489950 | (3,397,881.74) | - | 6,746,767.74 | | 3,348,886 |
| REVENUE COLLECTED ON BEHALF | 489951 | - | - | (3,348,886.01) | | (3,348,886) |
| **TOTAL REVENUES** | | 26,389,862 | 1,444,896 | 3,540,966 | - | 31,375,724 |
| | | | | | | |
| PROGRAM COSTS | | | | | | |
| | | | | | | |
| LAND - VISAS | 500100 | - | - | 110 | - | 110 |
| LAND - HOTEL - CA | 500150 | - | - | 7,465.40 | - | 7,465 |
| LAND - GENERAL LIAB. INSURANCE | 501050 | 268,649 | - | - | - | 268,649 |
| LAND - MED/BAG INSURANCE | 501100 | 4,217,221 | - | - | - | 4,217,221 |
| LAND - ORIENTATION (ARRIVALS) | 501150 | 1,484,175 | - | - | - | 1,484,175 |
| LAND - EDUCATION / CULT EVENT | 501200 | 895 | - | - | - | 895 |
| LAND-CC HOST FAMILY INTERVIEW | 501300 | 159,980 | - | - | - | 159,980 |
| LAND CONTINGENCY | 501500 | 36,129 | 249 | - | - | 36,379 |
| LAND - DRIVING LESSON | 501575 | 6,329 | - | - | - | 6,329 |
| LAND CONTINGENCY-PR YR-APA | 501550 | 117 | - | - | - | 117 |
| LAND CC ANNUAL PLACEMENT SERV. | 501600 | 4,074,452 | - | - | - | 4,074,452 |
| LAND REGIONAL COUNSELOR EXP- | 501850 | 25,345 | - | - | - | 25,345 |
| LAND- COUNSELOR MEALS & ENTERTAIN | 501851 | 1,661 | - | - | - | 1,661 |
| LAND-REGIONAL COUNSELOR FEE | 501900 | 75,120 | - | - | - | 75,120 |
| LAND CC PLACEMENT/HF ORIENTATI | 501950 | 324,282 | - | - | - | 324,282 |
| LAND-CC RECRUITMENT/TRAINING-A | 502000 | 63,289 | - | - | - | 63,289 |
| LAND - USE TAX EXPENSE | 502250 | 11,828 | - | - | - | 11,828 |
| MISC. COSTS - SETTLEMENTS | 502300 | 4,767 | - | - | - | 4,767 |
| LAND-CC REMATCH PHONE/HOUSING | 502425 | 63,094 | - | - | - | 63,094 |
| CURRENCY-EXCHANGE RATE EXPN. | 520000 | - | - | (400) | 3,710 | 3,310 |
| OTH LAND HF ORIENT/WKSHP MTR | 530200 | 28,670 | - | - | - | 28,670 |
| OTH LAND RED CROSS SCHOL-APA | 530300 | 13,967 | - | - | - | 13,967 |
| OTH LAND-APA EDUC MTRLS/VIDEO | 530350 | 10,570 | - | - | - | 10,570 |
| OTH LAND-STUD TRAV OFF SERV FE | 531000 | - | - | - | - | - |
| OTH LAND COSTS - CC CHARGES | 531100 | 573,919 | - | - | - | 573,919 |
| OTH LAND-SEVIS (NEW AU PAIRS) | 531200 | 131,040 | - | - | - | 131,040 |
| OTH LAND-SEVIS (EXTENDING AU PAIRS) | 531250 | 361,575 | - | - | - | 361,575 |
| OVERSEAS COMMISSIONS | 531600 | - | - | 1,250,716 | - | 1,250,716 |
| OVERSEAS MARKETING | 531700 | - | - | 6,777 | - | 6,777 |
| EXPERIMENT INT COMMN | 531920 | - | - | 217,025 | - | 217,025 |
| EXPERIMENT MKT SUPP | 531950 | - | - | 20,000 | - | 20,000 |
| AP EXTRA COMMISSION | 531975 | - | - | - | - | - |
| NATIONAL CONVENTION | 533000 | (162) | - | - | - | (162) |
| UK INTERVIEW PAYMENTS | 533100 | - | - | 71,326 | - | 71,326 |
| UK INTERVIEW SUPPORT | 533150 | - | - | - | - | - |

| AuPair in America<br>Income Statement Format<br>December 31, 2013 | Co. | USAIF<br>US - AuPair | USAIF<br>US -Educare | UKAIF<br>UK AuPair | LNDIN<br>London AuPair | |
|---|---|---|---|---|---|---|
| | Dept<br>2013 Year<br>12 | 030<br>2013<br>12 | 035<br>2013<br>12 | 030<br>2013<br>12 | 030<br>2013<br>12 | Total AuPair |
| UK INTERVIEWER MARKETI | 533300 | - | - | 11,890 | - | **11,890** |
| GIJK INSURANCE COMMISS | 533650 | - | - | 11,370 | | **11,370** |
| INTERVIEWER INCENTIVE F | 533700 | - | - | 25,260 | - | **25,260** |
| RECRUITING COSTS - SOUTH AFRICA | 533725 | - | - | 1,281,773 | | **1,281,773** |
| OVERSEAS AGENTS MARK | 533750 | - | - | 108,347 | | **108,347** |
| INTERVIEWER CONFERENCE | 533800 | - | - | 37,090 | - | **37,090** |
| PROMOTIONAL ITEMS | 534000 | - | - | 4,861 | - | **4,861** |
| Promotional Video | 534050 | - | - | (30,000) | | **(30,000)** |
| PSYCHOMETRIC TESTING | 534100 | - | - | 122,858 | - | **122,858** |
| EXHIBITOR SPACE | 534250 | - | - | 5,748 | | **5,748** |
| COMPLAINTS | 534300 | - | - | 1,738 | - | **1,738** |
| **TOTAL LAND COSTS** | | 11,936,913 | 249 | 3,153,954 | 3,710 | **15,094,826** |
| | | | | | | |
| AIR -  FLIGHT COSTS | 540050 | 23,932 | - | - | - | **23,932** |
| AIR-FLIGHT COSTS-APA-SAF/NY | 540510 | 160,664 | - | - | - | **160,664** |
| AIR - FLIGHT COSTS-APA-NY/SAF | 540540 | 44,893 | - | - | - | **44,893** |
| AIR - FLT COSTS-APA-SAM&SP/NY | 540610 | 634,453 | - | - | - | **634,453** |
| AIR FLT COSTS APA ASIA/NY | 540620 | 195,924 | - | - | - | **195,924** |
| AIR FLT COSTS APA ME/NY | 540630 | 56,902 | - | - | - | **56,902** |
| AIR FLT COSTS APA CANADA/NY | 540635 | 8,791 | - | - | - | **8,791** |
| AIR FLT COSTS APA SP/NY | 540640 | 59,755 | - | - | - | **59,755** |
| AIR FLT COSTS APA USA/SP | 540650 | 12,691 | - | - | - | **12,691** |
| AIR-FLT COSTS-APA-USA/SAM&SP | 540660 | 209,411 | - | - | - | **209,411** |
| AIR FLT COSTS APA NY/ASIA | 540670 | 25,147 | - | - | - | **25,147** |
| AIR FLT COSTS APA USA/ASIA | 540680 | 69,794 | - | - | - | **69,794** |
| AIR FLT COSTS APA NY/MIDDLE EAST | 540690 | 10,985 | - | - | - | **10,985** |
| AIR FLT COSTS APA USA/MIDDLE EAST | 540695 | 7,237 | - | - | - | **7,237** |
| AIR-FLT COSTS-APA-EUROPE/NYC | 542200 | 1,625,517 | - | - | - | **1,625,517** |
| AIR-INBOUND PENALTIES - APA - INBOUN | 542455 | - | - | - | - | **-** |
| INBOUND FROM EUROPE | 543100 | - | - | (941,313.76) | - | **(941,314)** |
| AIR-FLIGHT COST-EB-NY/LDN | 560100 | 1,174 | - | - | - | **1,174** |
| AIR-PRIOR YR FLT SAVINGS | 560125 | (941,002) | - | - | - | **(941,002)** |
| AIR-CY RETURN FLT ACCRUAL | 560200 | 1,187,630 | - | - | - | **1,187,630** |
| AIR - FLIGHT COSTS-APA-USA/SAF | 560560 | 86,804 | - | - | - | **86,804** |
| AIR-FLT COSTS-APA-NY/SAM&SP | 560640 | 75,313 | - | - | - | **75,313** |
| AIR FLT COSTS APA NY/SP | 560650 | 10,228 | - | - | - | **10,228** |
| AIR FLT COSTS APA NYC/CANADA | 560660 | 1,397 | - | - | - | **1,397** |
| AIR FLT COSTS APA USA/CANADA | 560670 | 1,860 | - | - | - | **1,860** |
| AIR-EB EARLY DEPART (ALL SECTO | 562000 | 53,397 | - | - | - | **53,397** |
| AIR-FLT COSTS-APA-USA/LDN | 562500 | 4,367 | - | - | - | **4,367** |
| AIR - FLT COSTS-APA-NYC/EUROPE | 562600 | 306,632 | - | - | - | **306,632** |
| AIR - FLT COSTS-APA-USA/EUROPE | 562700 | 571,057 | - | - | - | **571,057** |
| AIR-FLIGHT PENALTIES - APA - OUTBOUN | 562855 | - | - | - | - | **-** |
| REV-GATEWAY SURCH OUTBD EUROPE | 577000 | (10,225) | - | - | - | **(10,225)** |
| REV-US GTWAY SRCHRGE OUTBND US | 577100 | (39,809) | - | - | - | **(39,809)** |
| REV-SURCHG OUTBND US,SP,S.AMER | 577200 | (212) | - | - | - | **(212)** |
| REV-SURCHG OUTBOUND US/S. AMER | 577250 | (21,202) | - | - | - | **(21,202)** |
| REV-GTWY SRCHRG OUTBD S.AFRICA | 577300 | (4,115) | - | - | - | **(4,115)** |
| REV-GTWY SURCHARGE ASIA | 577400 | (1,260) | - | - | - | **(1,260)** |
| REV-GTWY SURCHARGE ME | 577500 | (1,060) | - | - | - | **(1,060)** |
| REV-GTWY SURCHARGE CANADA | 577600 | (68) | - | - | - | **(68)** |
| AIR-AIRPORT HANDLING | 580150 | - | - | - | - | **-** |
| AIR-DOMESTIC TRAVEL (EXTENDING AU F | 580170 | 30,878 | - | - | - | **30,878** |
| AIR-CONTIGENCY | 581000 | 149,332 | - | - | - | **149,332** |
| TOTAL AIR COSTS | | 4,607,209 | - | (941,314) | - | **3,665,895** |
| **TOTAL PROGRAM DIRECT COSTS** | | 16,544,122 | 249 | 2,212,640 | 3,710 | **18,760,722** |
| | | | | | | |
| INSURANCE CONTRIBUTION | 401830 | - | - | 401,765 | - | **401,765** |
| REVENUE - REGISTRATION FEE | 400300 | 3,225 | - | 889,898 | - | **893,123** |
| OTH REV - COMPREHENSIVE INSURANCE | 490175 | 201,172 | - | - | - | **201,172** |
| OTH REV - UPGRADED INSURANCE | 490200 | - | - | 728,511 | - | **728,511** |
| OTH REV - INSURANCE MEDICAL OPTION | 490201 | - | - | 113,600 | - | **113,600** |

REPLY APP 00198

**AuPair in America**
**Income Statement Format**
**December 31, 2013**

Au Pair
IN AMERICA

| | Co. | USAIF US - AuPair | USAIF US -Educare | UKAIF UK AuPair | LNDIN London AuPair | |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | 2013 Year | 2013 | 2013 | 2013 | 2013 | Total AuPair |
| | 12 | 12 | 12 | 12 | 12 | |
| OTH REV - TRAVEL PACKAGE OPTIONAL | 490202 | - | - | 14,046 | - | **14,046** |
| OTH REV - 13TH MO INS REV | 490240 | 54,034 | - | - | - | **54,034** |
| OTH REV - EXTENDED PYMT PLAN I | 490300 | 310,081 | 14,437 | - | - | **324,519** |
| OTH REV - HOMELINE - APA | 490700 | 5,040 | - | - | - | **5,040** |
| OTH REV - APPLICATION ENHANCEMENTS | 490951 | - | - | 11,280 | - | **11,280** |
| OTH REV - APPLICATION ENHANCEMENTS | 490952 | - | - | - | - | **-** |
| OTH REV - FORFEITED GOOD FAITH | 491000 | - | - | 99,728 | - | **99,728** |
| OTH REV - TRAVEL PROGRAMS | 492500 | 28,299 | - | - | - | **28,299** |
| OTH REV - MISCELLANEOUS | 492600 | - | - | (579) | - | **(579)** |
| OTHER REV-SPORTS INS RECEIPTS | 490110 | 10,370 | - | - | - | **10,370** |
| OTHER REV-AAA DRIVING RECEIPTS | 490120 | 137,575 | - | - | - | **137,575** |
| REVENUE - VISAS | 492700 | - | - | 6,241 | - | **6,241** |
| **TOTAL OTHER REVENUE** | | 749,796 | 14,437 | 2,264,488 | - | **3,028,722** |
| OTH LAND - UPGRADE INSURANCE | 590100 | 676,258 | - | - | - | **676,258** |
| OTH LAND -SPORTS INSURANCE COSTS | 590110 | 5,013 | - | - | - | **5,013** |
| OTH LAND -AAA DRIVING COSTS | 590120 | 120,761 | - | - | - | **120,761** |
| OTH LAND - 13 MO INS EXP | 590125 | 26,261 | - | - | - | **26,261** |
| OTH LAND - COMPREHENSIVE INSURANC | 590175 | 146,005 | - | - | - | **146,005** |
| LONDON EX/REV RECORDED IN CT | 592997 | 9,510 | - | - | - | **9,510** |
| DEFERRED AIR COSTS CO | 599990 | | | | | |
| **TOTAL OTHER COSTS** | | 983,807 | - | - | - | **983,807** |
| **GROSS MARGIN** | | 9,611,730 | 1,459,084 | 3,592,814 | (3,710) | **14,659,917** |
| SALES EXP - F/T SALES FORCE-CO | 610100 | 37,445 | - | - | - | **37,445** |
| SALES MTG. - CONVENTIONS - CA | 611400 | 2,046 | - | - | - | **2,046** |
| SALES EXP - INCENTIVES - APA | 622000 | 87,998 | - | - | - | **87,998** |
| COMMISSIONS-GR STAFF-COLLE | 622100 | 1,153 | - | - | - | **1,153** |
| SALES SALARIES SALES FORCE CO | 622250 | (1,892.31) | - | - | - | **(1,892)** |
| SALES-CONTINGENCIES-CA | 623500 | - | - | - | - | **-** |
| SALES-REG COUNS MKTING INCENTI | 624100 | 8,880 | - | - | - | **8,880** |
| SALES-REG COUNS MKTING EXPENSE | 624150 | 20,574 | - | - | - | **20,574** |
| PRINTING - REFERRALS - AYS/CSS | 657600 | 58,250 | - | - | - | **58,250** |
| **SELLING COSTS - SALES** | | 214,454 | - | - | - | **214,454** |
| PRINTING-CATALOGS | 650050 | 13,491 | - | - | - | **13,491** |
| PRINTING - POSTAGE | 651000 | 259,171 | - | (532) | - | **258,640** |
| POSTAGE - COURIER | 651010 | - | - | 73,396 | - | **73,396** |
| POSTAGE - MATERIALS | 651020 | - | - | 4,505 | - | **4,505** |
| PRINTING-PHOTOGRAPHY | 651500 | - | - | - | - | **-** |
| MARKETING - RESEARCH & INITIATIVES | 651550 | - | - | - | - | **-** |
| PRINTING-TELEMARKETING | 652500 | 34,100 | - | - | - | **34,100** |
| OUTSOURCE TELEMARKETING | 652550 | 16,252.04 | - | - | - | **16,252** |
| PRINTING-ADVERTISING | 653000 | 703,903 | - | - | - | **703,903** |
| REMEDIAL MARKETING | 653050 | - | - | 4,610 | - | **4,610** |
| PRINTING-PUBLIC RELATIONS | 653500 | 8,525 | - | - | - | **8,525** |
| PRINTING-OTHER PRINT | 655000 | 180,281 | - | 7,873 | - | **188,154** |
| BROCHURES & POSTERS | 655010 | - | - | 1,844 | - | **1,844** |
| POSTERS/LEAFLETS | 655030 | - | - | - | - | **-** |
| PRINTING MAIL HOUSE EXP. AYA | 655500 | 49,580 | - | - | - | **49,580** |
| PRINTING - EXHIBITS - APA | 656500 | - | - | - | - | **-** |
| PRINTING - COUNSELOR LEADS-APA | 657500 | 16,150 | - | - | - | **16,150** |
| CROSS SELLING CONTRA | 660005 | 71 | - | - | - | **71** |
| **SELLING COSTS - PRINTING** | | 1,281,525 | - | 91,696 | - | **1,373,221** |
| **TOTAL SELLING EXPENSE** | | 1,495,979 | - | 91,696 | - | **1,587,674** |
| SALARIES DEPARTMENTAL | 701000 | 1,640,551 | - | 619,719 | - | **2,260,270** |
| BONUS | 701010 | | | 54,208 | | **54,208** |

**REPLY APP 00199**

**AuPair in America**
**Income Statement Format**
**December 31, 2013**

AuPair in America — logo

| | Co. | USAIF US - AuPair | USAIF US -Educare | UKAIF UK AuPair | LNDIN London AuPair | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | 2013 Year | 2013 | 2013 | 2013 | 2013 | |
| | 12 | 12 | 12 | 12 | 12 | |
| EMPLOYERS NHI | 701020 | - | - | 73,598 | - | **73,598** |
| OTHER REGULAR SALARIES | 701050 | 47,399.80 | - | - | - | **47,400** |
| SALARIES-SEASONAL/OT | 701100 | 38,209 | - | - | - | **38,209** |
| OVERTIME SALARY- TEMPS | 701150 | 1,557 | - | - | - | **1,557** |
| TEMPORARY HELP | 701200 | 76 | - | - | - | **76** |
| **SALARIES** | | 1,727,792 | - | 747,525 | - | **2,475,317** |
| TRAVEL & ENTERTAINMENT | 730000 | - | - | 40,021 | - | **40,021** |
| STAFF ENTERTAINING | 730010 | - | - | 1,402 | - | **1,402** |
| BUSINESS ENTERTAINING | 730020 | - | - | 4,423 | - | **4,423** |
| TRAVEL & ENTER -MEALS | 730100 | 2,910 | - | 1,828 | - | **4,738** |
| BUSINESS MEALS & ENTERTAINMENT | 730150 | 15,406 | - | - | - | **15,406** |
| HOTEL & AIRFARE | 730500 | 30,628 | - | - | - | **30,628** |
| GROUND TRANSPORTATION - EE | 730520 | 9,707 | - | - | - | **9,707** |
| **TRAVEL & ENTERTAINMENT** | | 58,652 | - | 47,673 | - | **106,325** |
| GROUP INSURANCE | 705000 | - | - | 32,944 | - | **32,944** |
| BUPA HEALTH SCREENING & EY | 705210 | - | - | 5,440 | - | **5,440** |
| EMPLOYEE EDUCATION | 705300 | 2,040 | - | - | - | **2,040** |
| COMPANY EMPLOYEE TRAINING | 705400 | 3,326 | - | - | - | **3,326** |
| MISC. EMPLOYEE BENEFITS | 705650 | 3,388 | - | - | - | **3,388** |
| PENSION | 708300 | - | - | 40,602 | - | **40,602** |
| FRINGE ALLOCATION | 774050 | 536,307 | - | - | - | **536,307** |
| **FRINGE BENEFITS** | | 545,060 | - | 78,987 | - | **624,048** |
| TELEPHONE | 716000 | 20,896 | - | 8,684 | - | **29,581** |
| TELEPHONE-EMAIL | 716100 | 4,716 | - | - | - | **4,716** |
| INTERNET SERVICES | 716200 | - | - | 24,418 | - | **24,418** |
| COURIERS | 730050 | - | - | 37 | - | **37** |
| OFFICE SUPPLIES | 740000 | 14,798 | - | 14,072 | - | **28,870** |
| PHOTOCOPIES | 740010 | - | - | 107.85 | - | **108** |
| COMPUTER SUPPLIES | 740200 | 286 | - | 99 | - | **385** |
| PUBLIC., SUBSCR., DUES | 740300 | 279 | - | 765 | - | **1,044** |
| AUDIT - OTHER - APA | 750100 | 11,700 | - | - | - | **11,700** |
| PROF. FEES - LEGAL - | 755000 | 49,012 | - | 14,995 | - | **64,007** |
| PROF. FEES - MISC. | 755200 | 319 | - | 5,752 | - | **6,071** |
| EMPLOYEE RECRUITING | 755400 | 11,684 | - | - | - | **11,684** |
| CONSULTING | 755500 | 6,919 | - | - | - | **6,919** |
| LOBBYING EXPENSE | 755900 | - | - | - | - | **-** |
| SYSTEMS SOFTWARE MAINT. | 761100 | 100 | - | - | - | **100** |
| INTERNET MAINT. | 761300 | 62.85 | - | - | - | **63** |
| BANK CHARGES | 771500 | - | - | 43,793 | - | **43,793** |
| MISC COSTS | 773050 | 1,393 | - | (55) | - | **1,337** |
| INCOME MISC. | 773400 | (65.10) | - | - | - | **(65)** |
| DEPRECIATION - FURN. & FIXT. | 787050 | - | - | - | - | |
| DEPRECIATION - LEASEHOLD IMPROVEM | 787350 | - | - | 2,614 | - | **2,614** |
| DEPRECIATION - OFFICE EQUIPMEN | 787450 | - | - | 276 | - | **276** |
| DEPRECIATION - SOFTWARE | 788150 | 344,478 | - | - | - | **344,478** |
| DEPRECIATION HARDWARE | 788450 | 14,345 | - | 978 | - | **15,323** |
| DEPRECIATION - GEN. SYS. SOFTW | 788850 | - | - | 106,363 | - | **106,363** |
| **ALL OTHER OVERHEAD** | | 480,922 | - | 222,899 | - | **703,821** |
| **TOTAL DIRECT G & A EXP** | | 2,812,426 | - | 1,097,084 | - | **3,909,511** |
| **PROGRAM CONTRIBUTION** | | 5,303,325 | 1,459,084 | 2,404,033 | (3,710) | **9,162,732** |
| SUPPORT ALLOCATION | 774300 | 3,612,982 | - | - | - | **3,612,982** |
| G & A OFFSET ACCOUNT | 774700 | - | - | 1,508,232 | (5,989) | **1,502,243** |
| **ALLOCATED EXPENSES** | | 3,612,982 | - | 1,508,232 | (5,989) | **5,115,225** |

**REPLY APP 00200**

**AuPair in America**
**Income Statement Format**
**December 31, 2013**

| | Co. | USAIF US - AuPair 030 2013 | USAIF US -Educare 035 2013 | UKAIF UK AuPair 030 2013 | LNDIN London AuPair 030 2013 | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | | | | | |
| | 2013 Year | | | | | |
| 12 | | 12 | 12 | 12 | 12 | |
| INTEREST EXPENSE ALLOCATION | 812000 | 9,141 | - | - | - | **9,141** |
| TOTAL INTEREST EXPENSE | | 9,141 | - | - | - | **9,141** |
| INVESTMENT INCOME ALLOCATION | 859000 | (72,835.64) | - | - | - | (72,836) |
| **TOTAL INTEREST INCOME** | | (72,836) | - | - | - | **(72,836)** |
| **NET CONTRIBUTION** | | 1,754,038 | 1,459,084 | 895,801 | 2,279 | **4,111,202** |

REPLY APP 00201

**AuPair in America**
**Income Statement Format**
**December 31, 2014**

| | Co. | USAIF US - AuPair 030 | USAIF US -Educare 035 | UKAIF UK AuPair 030 | LNDIN London AuPair 030 | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | 2014 Year | 2014 | 2014 | 2014 | 2014 | |
| | 12 | 12 | 12 | 12 | 12 | |
| REVENUE - PROGRAM | 400000 | - | - | - | - | - |
| REVENUE - PROGRAM | 400050 | 28,962,225 | 1,342,085 | - | - | 30,304,310 |
| REVENUE-EDUCARE REVENUE FROM AU | 400055 | - | - | 174,915 | - | 174,915 |
| REVENUE - EXTENSION PROGRAM | 400075 | 6,991,215 | - | - | - | 6,991,215 |
| REVENUE - MATCH FEE APIA | 400150 | 1,718,000 | 83,600 | - | - | 1,801,600 |
| EXTENDED PGM FEE | 401400 | 1,021,569 | 31,346 | - | - | 1,052,915 |
| MATCH SHORT CREDIT | 401500 | (4,127,099.85) | (129,429.93) | - | - | (4,256,530) |
| PENALTY | 401700 | 296,201 | - | - | - | 296,201 |
| WITHHELD PAYMENTS FROM CANCELLEI | 401840 | - | - | 1,001.41 | - | 1,001 |
| REVENUE-SEVIS (NEW AU PAIRS) | 401850 | 132,090 | 6,965 | - | - | 139,055 |
| REVENUE-SEVIS (EXTENDING  AU PAIRS) | 401870 | 363,636 | - | - | - | 363,636 |
| PROGRAM FEE ADJMT | 402300 | (668,772) | (16,104) | - | - | (684,876) |
| NON BILLED DAYS CR | 402400 | (30,791.36) | (705.73) | - | - | (31,497) |
| REVENUE-FINANCE CHARGE - APA | 402450 | 22,773 | - | - | - | 22,773 |
| HOST FAMILY RECRUITMENT CREDIT | 402600 | (253,750) | - | - | - | (253,750) |
| MATCH FEE CREDIT-REPEAT DISCOUNT | 402610 | (905,224) | - | - | - | (905,224) |
| REVENUE-BAD DEBT EXPENSE | 410100 | (62,841) | - | - | - | (62,841) |
| REVENUE - RESERVE - APA | 410200 | (170,062) | - | - | - | (170,062) |
| REVENUE - PRIOR YEAR ADJ | 420000 | 268,920 | - | - | - | 268,920 |
| CONTRA PROGRAM REVENUE | 489950 | (3,521,312.12) | - | 7,075,989.88 | - | 3,554,678 |
| REVENUE COLLECTED ON BEHALF | 489951 | - | - | (3,554,677.75) | - | (3,554,678) |
| **TOTAL REVENUES** | | 30,036,776 | 1,317,756 | 3,697,229 | - | 35,051,761 |
| PROGRAM COSTS | | | | | | |
| LAND - VISAS | 500100 | - | - | 389 | - | 389 |
| LAND - HOTEL - CA | 500150 | - | - | - | - | - |
| LAND - GENERAL LIAB. INSURANCE | 501050 | 300,646 | - | - | - | 300,646 |
| LAND - MED/BAG INSURANCE | 501100 | 4,919,820 | - | - | - | 4,919,820 |
| LAND - ORIENTATION (ARRIVALS) | 501150 | 1,636,548 | - | - | - | 1,636,548 |
| LAND - EDUCATION / CULT EVENT | 501200 | (315) | - | - | - | (315) |
| LAND-CC HOST FAMILY INTERVIEW | 501250 | 163,870 | - | - | - | 163,870 |
| LAND CONTINGENCY | 501500 | 54,089 | - | - | - | 54,089 |
| LAND - DRIVING LESSON | 501575 | 10,082 | - | - | - | 10,082 |
| LAND CONTINGENCY-PR YR-APA | 501550 | - | - | - | - | - |
| LAND CC ANNUAL PLACEMENT SERV. | 501600 | 4,435,150 | - | - | - | 4,435,150 |
| LAND REGIONAL COUNSELOR EXP- | 501850 | 27,200 | - | - | - | 27,200 |
| LAND- COUNSELOR MEALS & ENTERTAIN | 501851 | 818 | - | - | - | 818 |
| LAND-REGIONAL COUNSELOR FEE | 501900 | 90,191 | - | - | - | 90,191 |
| LAND CC PLACEMENT/HF ORIENTATI | 501950 | 340,445 | - | - | - | 340,445 |
| LAND-CC RECRUITMENT/TRAINING-A | 502000 | 61,009 | - | - | - | 61,009 |
| LAND - USE TAX EXPENSE | 502250 | 14,008 | - | - | - | 14,008 |
| MISC. COSTS - SETTLEMENTS | 502300 | 10,789 | - | - | - | 10,789 |
| LAND-CC REMATCH PHONE/HOUSING | 502425 | 77,655 | - | - | - | 77,655 |
| CURRENCY-EXCHANGE RATE EXPN. | 520000 | - | - | (44,462) | - | (44,462) |
| OTH LAND HF ORIENT/WKSHP MTR | 530200 | 24,960 | - | - | - | 24,960 |
| OTH LAND RED CROSS SCHOL-APA | 530300 | 8,919 | - | - | - | 8,919 |
| OTH LAND-APA EDUC MTRLS/VIDEO | 530350 | 13,478 | - | - | - | 13,478 |
| OTH LAND COSTS - CC CHARGES | 531100 | 679,505 | - | - | - | 679,505 |
| OTH LAND-SEVIS (NEW AU PAIRS) | 531200 | 144,165 | - | - | - | 144,165 |
| OTH LAND-SEVIS (EXTENDING AU PAIRS) | 531250 | 482,003 | - | - | - | 482,003 |
| OVERSEAS COMMISSIONS | 531600 | - | - | 1,295,123 | - | 1,295,123 |
| OVERSEAS MARKETING | 531700 | - | - | 6,600 | - | 6,600 |
| EXPERIMENT INT COMMN | 531920 | - | - | 248,223 | - | 248,223 |
| EXPERIMENT MKT SUPP | 531950 | - | - | 10,000 | - | 10,000 |
| NEW MKTS DEV | 531960 | - | - | - | - | - |

| AuPair in America<br>Income Statement Format<br>December 31, 2014 | Co.<br>Dept<br>2014 Year | USAIF<br>US - AuPair<br>030<br>2014 | USAIF<br>US -Educare<br>035<br>2014 | UKAIF<br>UK AuPair<br>030<br>2014 | LNDIN<br>London AuPair<br>030<br>2014 | Total AuPair |
|---|---|---|---|---|---|---|
| | 12 | 12 | 12 | 12 | 12 | |
| NATIONAL CONVENTION | 533000 | 166,811 | - | - | - | **166,811** |
| UK INTERVIEW PAYMENTS | 533100 | - | - | 89,107 | - | **89,107** |
| UK INTERVIEW SUPPORT | 533150 | - | - | - | - | **-** |
| UK INTERVIEWER MARKETI | 533300 | - | - | 13,367 | - | **13,367** |
| EUROPEAN INTERVIEWER | 533350 | - | - | - | - | **-** |
| EASTERN EURO INT. PYMT | 533450 | - | - | - | - | **-** |
| EUROPEAN REP PYMTS | 533500 | - | - | - | - | **-** |
| GIJK INTERVIEWER PYMTS | 533550 | - | - | - | - | **-** |
| GIJK INSURANCE COMMISS | 533650 | - | - | - | - | **-** |
| INTERVIEWER INCENTIVE F | 533700 | - | - | 45,238 | - | **45,238** |
| RECRUITING COSTS - SOUTH AFRICA | 533725 | - | - | 1,431,564 | - | **1,431,564** |
| OVERSEAS AGENTS MARK | 533750 | - | - | 104,662 | - | **104,662** |
| INTERVIEWER CONFERENCE | 533800 | - | - | 46,568 | - | **46,568** |
| PROMOTIONAL ITEMS | 534000 | - | - | 10,192 | - | **10,192** |
| PSYCHOMETRIC TESTING | 534100 | - | - | 97,212 | - | **97,212** |
| EXHIBITOR SPACE | 534250 | - | - | 2,389 | - | **2,389** |
| COMPLAINTS | 534300 | - | - | 902 | - | **902** |
| **TOTAL LAND COSTS** | | 13,661,845 | - | 3,357,075 | - | **17,018,919** |
| | | | | | | |
| AIR -  FLIGHT COSTS | 540050 | 30,452 | - | - | - | **30,452** |
| AIR-FLIGHT COSTS-APA-SAF/NY | 540510 | 151,524 | - | - | - | **151,524** |
| AIR - FLIGHT COSTS-APA-NY/SAF | 540540 | 31,572 | - | - | - | **31,572** |
| AIR - FLT COSTS-APA-SAM&SP/NY | 540610 | 752,154 | - | - | - | **752,154** |
| AIR FLT COSTS APA ASIA/NY | 540620 | 238,450 | - | - | - | **238,450** |
| AIR FLT COSTS APA ME/NY | 540630 | 61,048 | - | - | - | **61,048** |
| AIR FLT COSTS APA CANADA/NY | 540635 | 7,095 | - | - | - | **7,095** |
| AIR FLT COSTS APA SP/NY | 540640 | 52,225 | - | - | - | **52,225** |
| AIR FLT COSTS APA USA/SP | 540650 | 28,242 | - | - | - | **28,242** |
| AIR-FLT COSTS-APA-USA/SAM&SP | 540660 | 265,967 | - | - | - | **265,967** |
| AIR FLT COSTS APA NY/ASIA | 540670 | 16,989 | - | - | - | **16,989** |
| AIR FLT COSTS APA USA/ASIA | 540680 | 55,847 | - | - | - | **55,847** |
| AIR FLT COSTS APA NY/MIDDLE EAST | 540690 | 6,933 | - | - | - | **6,933** |
| AIR FLT COSTS APA USA/MIDDLE EAST | 540695 | 15,701 | - | - | - | **15,701** |
| AIR-FLT COSTS-APA-EUROPE/NYC | 542200 | 1,595,079 | - | - | - | **1,595,079** |
| AIR-INBOUND PENALTIES - APA - INBOUI | 542455 | - | - | - | - | **-** |
| INBOUND FROM EUROPE | 543100 | - | - | 0.01 | - | **0** |
| AIR-FLIGHT COST-EB-NY/LDN | 560100 | 18,205 | - | - | - | **18,205** |
| AIR-PRIOR YR FLT SAVINGS | 560125 | (1,177,368) | - | - | - | **(1,177,368)** |
| AIR-CY RETURN FLT ACCRUAL | 560200 | 1,364,269 | - | - | - | **1,364,269** |
| AIR - FLIGHT COSTS-APA-USA/SAF | 560560 | 89,241 | - | - | - | **89,241** |
| AIR-FLT COSTS-APA-NY/SAM&SP | 560640 | 84,239 | - | - | - | **84,239** |
| AIR FLT COSTS APA NY/SP | 560650 | 8,525 | - | - | - | **8,525** |
| AIR FLT COSTS APA NYC/CANADA | 560660 | 1,582 | - | - | - | **1,582** |
| AIR FLT COSTS APA USA/CANADA | 560670 | 1,968 | - | - | - | **1,968** |
| AIR-EB EARLY DEPART (ALL SECTO | 562000 | 74,169 | - | - | - | **74,169** |
| AIR-FLT COSTS-APA-USA/LDN | 562500 | 5,567 | - | - | - | **5,567** |
| AIR - FLT COSTS-APA-NYC/EUROPE | 562600 | 269,376 | - | - | - | **269,376** |
| AIR - FLT COSTS-APA-USA/EUROPE | 562700 | 782,382 | - | - | - | **782,382** |
| AIR-FLIGHT PENALTIES - APA - OUTBOUN | 562855 | - | - | - | - | **-** |
| REV-GATEWAY SURCH OUTBD EUROPE | 577000 | (2,607) | - | - | - | **(2,607)** |
| REV-US GTWAY SRCHRGE OUTBND US | 577100 | (24,315) | - | - | - | **(24,315)** |
| REV-SURCHG OUTBND US,SP,S.AMER | 577200 | - | - | - | - | **-** |
| REV-SURCHG OUTBOUND US/S. AMER | 577250 | 357 | - | - | - | **357** |
| REV-GTWY SRCHRG OUTBD S.AFRICA | 577300 | - | - | - | - | **-** |
| REV-GTWY SURCHARGE ASIA | 577400 | - | - | - | - | **-** |
| REV-GTWY SURCHARGE ME | 577500 | - | - | - | - | **-** |
| REV-GTWY SURCHARGE CANADA | 577600 | - | - | - | - | **-** |
| AIR-AIRPORT HANDLING | 580150 | - | - | - | - | **-** |
| AIR-DOMESTIC TRAVEL (EXTENDING AU | 580170 | 28,112 | - | - | - | **28,112** |
| AIR - INTERNATIONAL FUEL SURCHARGE | 580400 | | | | | |

REPLY APP 00203

| AuPair in America<br>Income Statement Format<br>December 31, 2014 | Co.<br><br>Dept<br>2014 Year | USAIF<br>US - AuPair<br>030<br>2014 | USAIF<br>US -Educare<br>035<br>2014 | UKAIF<br>UK AuPair<br>030<br>2014 | LNDIN<br>London AuPair<br>030<br>2014 | Total AuPair |
|---|---|---|---|---|---|---|
| | 12 | 12 | 12 | 12 | 12 | |
| AIR-CONTIGENCY | 581000 | 169,810 | - | - | - | 169,810 |
| | | | | | | |
| TOTAL AIR COSTS | | 5,002,788 | - | 0 | - | 5,002,788 |
| | | | | | | |
| **TOTAL PROGRAM DIRECT COSTS** | | 18,664,633 | - | 3,357,075 | - | 22,021,708 |
| | | | | | | |
| | | | | | | |
| INSURANCE CONTRIBUTION | 401830 | - | - | (150) | - | (150) |
| REVENUE - REGISTRATION FEE | 400300 | (13,040) | - | 2,386,632 | - | 2,373,592 |
| NYC TOURS - APIA | 490155 | 226,911 | - | - | - | 226,911 |
| OTH REV - COMPREHENSIVE INSURANCE | 490175 | 245,633 | - | - | - | 245,633 |
| OTH REV - UPGRADED INSURANCE | 490200 | - | - | 876,828 | - | 876,828 |
| OTH REV - INSURANCE MEDICAL OPTION | 490201 | - | - | 106,723 | - | 106,723 |
| OTH REV - TRAVEL PACKAGE OPTIONAL | 490202 | - | - | 18,053 | - | 18,053 |
| OTH REV - 13TH MO INS REV | 490240 | 58,469 | - | - | - | 58,469 |
| OTH REV - EXTENDED PYMT PLAN I | 490300 | 344,699 | 12,975 | - | - | 357,674 |
| OTH REV - T-SHIRT/GIFTS | 490400 | 30 | - | - | - | 30 |
| OTH REV - HOMELINE - APA | 490700 | 4,007 | - | - | - | 4,007 |
| OTH REV - APPLICATION ENHANCEMENT | 490951 | - | - | 5,639 | - | 5,639 |
| OTH REV - APPLICATION ENHANCEMENT | 490952 | - | - | (24,129.01) | - | (24,129) |
| OTH REV - FORFEITED GOOD FAITH | 491000 | - | - | 200 | - | 200 |
| OTH REV - TRAVEL PROGRAMS | 492500 | 24,155 | - | - | - | 24,155 |
| OTH REV - MISCELLANEOUS | 492600 | - | - | 1,493 | - | 1,493 |
| OTHER REV-SPORTS INS RECEIPTS | 490110 | 8,967 | - | - | - | 8,967 |
| OTHER REV-AAA DRIVING RECEIPTS | 490120 | 145,555 | - | - | - | 145,555 |
| REVENUE - VISAS | 492700 | - | - | 7,473 | - | 7,473 |
| | | | | | | |
| **TOTAL OTHER REVENUE** | | 1,045,386 | 12,975 | 3,378,761 | - | 4,437,123 |
| | | | | | | |
| | | | | | | |
| OTH LAND - UPGRADE INSURANCE | 590100 | 846,745 | - | - | - | 846,745 |
| OTH LAND -SPORTS INSURANCE COSTS | 590110 | 9,120 | - | - | - | 9,120 |
| OTH LAND -AAA DRIVING COSTS | 590120 | 129,362 | - | - | - | 129,362 |
| OTH LAND - 13 MO INS EXP | 590125 | 29,553 | - | - | - | 29,553 |
| NYC TOURS EXPENSE - APIA | 590155 | 203,687 | - | - | - | 203,687 |
| OTH LAND - COMPREHENSIVE INSURANC | 590175 | 184,617 | - | - | - | 184,617 |
| LONDON EX/REV RECORDED IN CT | 592997 | 7,859 | - | 2,171 | - | 10,030 |
| DEFERRED AIR COSTS CO | 599990 | - | - | (0) | - | - |
| | | | | | | |
| TOTAL OTHER  COSTS | | 1,410,944 | - | 2,171 | - | 1,413,115 |
| | | | | | | |
| **GROSS MARGIN** | | **11,006,586** | **1,330,731** | **3,716,744** | - | **16,054,061** |
| | | | | | | |
| | | | | | | |
| SALES EXP - F/T SALES FORCE-CO | 610100 | 13,368 | - | - | - | 13,368 |
| SALES EXP - MARKETING REPS | 610150 | 5 | - | - | - | 5 |
| SALES EXP - F/T SALES-MEALS-CO | 610300 | 61 | - | - | - | 61 |
| SALES MTG. - CONVENTIONS - CA | 611400 | - | - | - | - | - |
| SALES EXP - INCENTIVES - APA | 622000 | 81,203 | - | - | - | 81,203 |
| COMMISSIONS-GR STAFF-COLLE | 622100 | - | - | - | - | - |
| SALES SALARIES SALES FORCE CO | 622250 | - | - | - | - | - |
| SALES-CONTINGENCIES-CA | 623500 | 15 | - | - | - | 15 |
| SALES-REG COUNS MKTING INCENTI | 624100 | 1,150 | - | - | - | 1,150 |
| SALES-REG COUNS MKTING EXPENSE | 624150 | 8,628 | - | - | - | 8,628 |
| PRINTING - REFERRALS - AYS/CSS | 657600 | 57,409 | - | - | - | 57,409 |
| | | | | | | |
| **SELLING COSTS - SALES** | | 161,838 | - | - | - | 161,838 |
| | | | | | | |
| | | | | | | |
| PRINTING-CATALOGS | 650050 | 29,958 | - | - | - | 29,958 |
| PRINTING - POSTAGE | 651000 | 233,039 | - | 3 | - | 233,042 |
| POSTAGE - COURIER | 651010 | - | - | 80,721 | - | 80,721 |
| POSTAGE - MATERIALS | 651020 | - | - | 19,786 | - | 19,786 |

**REPLY APP 00204**

**AuPair in America**
**Income Statement Format**
**December 31, 2014**



| | Co. Dept 2014 Year 12 | USAIF US - AuPair 030 2014 12 | USAIF US -Educare 035 2014 12 | UKAIF UK AuPair 030 2014 12 | LNDIN London AuPair 030 2014 12 | Total AuPair |
|---|---|---|---|---|---|---|
| PRINTING-TELEMARKETING | 652500 | 37,000 | - | - | - | **37,000** |
| OUTSOURCE TELEMARKETING | 652550 | 21,138.89 | - | - | - | **21,139** |
| PRINTING-ADVERTISING | 653000 | 1,040,478 | - | - | - | **1,040,478** |
| REMEDIAL MARKETING | 653050 | - | - | 13,637 | - | **13,637** |
| PRINTING-PUBLIC RELATIONS | 653500 | 9,292 | - | - | - | **9,292** |
| PRINTING-OTHER PRINT | 655000 | 205,583 | - | 5,176 | - | **210,759** |
| BROCHURES & POSTERS | 655010 | - | - | (626) | - | **(626)** |
| POSTERS/LEAFLETS | 655030 | - | - | - | - | **-** |
| PRINTING MAIL HOUSE EXP. AYA | 655500 | 45,719 | - | - | - | **45,719** |
| PRINTING - EXHIBITS - APA | 656500 | - | - | - | - | **-** |
| PRINTING - COUNSELOR LEADS-APA | 657500 | 15,700 | - | - | - | **15,700** |
| DEFERRED PRINT. COSTS CONTRA- | 659990 | (0) | - | - | - | **-** |
| Promotional Video | 534050 | - | - | 20,000 | - | **20,000** |
| CROSS SELLING CONTRA | 660005 | - | - | - | - | **-** |
| **SELLING COSTS - PRINTING** | | 1,637,908 | - | 138,696 | - | **1,776,605** |
| **TOTAL SELLING EXPENSE** | | 1,799,747 | - | 138,696 | - | **1,938,443** |
| SALARIES DEPARTMENTAL | 701000 | 1,748,333 | - | 632,785 | - | **2,381,119** |
| BONUS | 701010 | - | - | 54,580 | - | **54,580** |
| EMPLOYERS NHI | 701020 | - | - | 65,998 | - | **65,998** |
| OTHER REGULAR SALARIES | 701050 | 63,633.19 | - | - | - | **63,633** |
| SALARIES-SEASONAL/OT | 701100 | 49,859 | - | - | - | **49,859** |
| OVERTIME SALARY- TEMPS | 701150 | 1,340 | - | - | - | **1,340** |
| TEMPORARY HELP | 701200 | - | - | 6,016 | - | **6,016** |
| TEMPORARY STAFF - NHI | 701220 | - | - | 177.32 | - | **177** |
| **SALARIES** | | 1,863,166 | - | 759,557 | - | **2,622,722** |
| TRAVEL & ENTERTAINMENT | 730000 | - | - | 56,922 | - | **56,922** |
| STAFF ENTERTAINING | 730010 | - | - | 5,192 | - | **5,192** |
| BUSINESS ENTERTAINING | 730020 | - | - | 10,476 | - | **10,476** |
| TRAVEL & ENTER -MEALS | 730100 | 4,365 | - | 1,445 | - | **5,810** |
| BUSINESS MEALS & ENTERTAINMENT | 730150 | 17,778 | - | - | - | **17,778** |
| HOTEL & AIRFARE | 730500 | 66,381 | - | - | - | **66,381** |
| GROUND TRANSPORTATION - EE | 730520 | 11,971 | - | - | - | **11,971** |
| **TRAVEL & ENTERTAINMENT** | | 100,496 | - | 74,035 | - | **174,530** |
| GROUP INSURANCE | 705000 | - | - | 31,877 | - | **31,877** |
| BUPA HEALTH SCREENING & EY | 705210 | - | - | 6,020 | - | **6,020** |
| EMPLOYEE EDUCATION | 705300 | 2,250 | - | - | - | **2,250** |
| COMPANY EMPLOYEE TRAINING | 705400 | 1,780 | - | - | - | **1,780** |
| MISC. EMPLOYEE BENEFITS | 705650 | - | - | - | - | **-** |
| FITNESS CENTER REIMB. | 705800 | 4,656.98 | - | - | - | **4,657** |
| PENSION | 708300 | - | - | 41,076 | - | **41,076** |
| TEMPORARY STAFF - PENSIONS | 708310 | - | - | 87 | - | **87** |
| FRINGE ALLOCATION | 774050 | 589,138 | - | - | - | **589,138** |
| **FRINGE BENEFITS** | | 597,825 | - | 79,060 | - | **676,886** |
| TELEPHONE | 716000 | 15,870 | - | 4,986 | - | **20,855** |
| TELEPHONE-EMAIL | 716100 | 6,640 | - | - | - | **6,640** |
| INTERNET SERVICES | 716200 | - | - | 21,901 | - | **21,901** |
| COURIERS | 730500 | - | - | 3,113 | - | **3,113** |
| OFFICE SUPPLIES | 740000 | 10,634 | - | 12,605 | - | **23,239** |
| PHOTOCOPIES | 740010 | - | - | - | - | **-** |

**REPLY APP 00205**

**AuPair in America**
**Income Statement Format**
**December 31, 2014**

| | Co. | USAIF US - AuPair 030 | USAIF US -Educare 035 | UKAIF UK AuPair 030 | LNDIN London AuPair 030 | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | | | | | |
| | 2014 Year | 2014 | 2014 | 2014 | 2014 | |
| | 12 | 12 | 12 | 12 | 12 | |
| COMPUTER SUPPLIES | 740200 | - | - | - | - | - |
| PUBLIC., SUBSCR., DUES | 740300 | 688 | - | 16,930 | - | 17,618 |
| AUDIT - OTHER - APA | 750100 | 12,150 | - | - | - | 12,150 |
| PROF. FEES - LEGAL | 755000 | 57,361 | - | 23,817 | - | 81,178 |
| PROF. FEES - MISC. | 755200 | 2,048 | - | 5,917 | - | 7,966 |
| EMPLOYEE RECRUITING | 755400 | 3,727 | - | - | - | 3,727 |
| CONSULTING | 755500 | - | - | - | - | - |
| SYSTEMS SOFTWARE MAINT. | 761100 | 721 | - | - | - | 721 |
| INTERNET MAINT. | 761300 | 500.00 | - | - | - | 500 |
| BANK CHARGES | 771500 | - | - | 46,187 | - | 46,187 |
| MISC. COSTS-CREDIT CARD CHAR | 771600 | - | - | 134.58 | - | 135 |
| MISC COSTS | 773050 | 1,532 | - | 1,187 | - | 2,719 |
| INCOME MISC. | 773400 | - | - | - | - | - |
| DEPRECIATION - LEASEHOLD IMPROVEM | 787350 | - | - | 931 | - | 931 |
| DEPRECIATION - OFFICE EQUIPMEN | 787450 | - | - | 139 | - | 139 |
| DEPRECIATION - SOFTWARE | 788150 | 343,435 | - | - | - | 343,435 |
| DEPRECIATION HARDWARE | 788450 | 13,032 | - | - | - | 13,032 |
| DEPRECIATION - GEN. SYS. SOFTW | 788850 | - | - | 77,742 | - | 77,742 |
| | | | | | | |
| **ALL OTHER OVERHEAD** | | 468,338 | - | 215,590 | - | 683,929 |
| | | | | | | |
| **TOTAL DIRECT G & A EXP** | | 3,029,825 | - | 1,128,242 | - | 4,158,067 |
| | | | | | | |
| **PROGRAM CONTRIBUTION** | | 6,177,014 | 1,330,731 | 2,449,806 | - | 9,957,551 |
| | | | | | | |
| SUPPORT ALLOCATION | 774300 | 4,081,511 | - | - | - | 4,081,511 |
| G & A OFFSET ACCOUNT | 774700 | - | - | 1,553,906 | 5,809 | 1,559,716 |
| | | | | | | |
| **ALLOCATED EXPENSES** | | 4,081,511 | - | 1,553,906 | 5,809 | 5,641,227 |
| | | | | | | |
| INTEREST EXPENSE ALLOCATION | 812000 | 10,513 | - | - | - | 10,513 |
| | | | | | | |
| TOTAL INTEREST EXPENSE | | 10,513 | - | - | - | 10,513 |
| | | | | | | |
| INVESTMENT INCOME ALLOCATION | 859000 | (11,034.72) | - | - | - | (11,035) |
| | | | | | | |
| **TOTAL INTEREST INCOME** | | (11,035) | | - | - | (11,035) |
| | | | | | | |
| **NET CONTRIBUTION** | | 2,096,025 | 1,330,731 | 895,900 | (5,809) | 4,316,846 |

AMERICAN INSTITUTE FOR FORIGN STUDY, INC.
AuPair in America
For the Twelve Months Ending December 31, 2009

| ACCT | DESCRIPTION | ACTUAL YTD |
|------|-------------|-----------|
| 010000 | INBOUND - PAX | 3,069.0 |
| (020000 | OUTBOUND - PAX | 3,034.0 |
| | | |
| 400050 | REVENUE - PROGRAM | 23,333.4 |
| 400055 | REVENUE-EDUCARE REVENUE FR | 147.7 |
| 400075 | REVENUE - EXTENSION PROGRAM | 7,021.0 |
| 400300 | REVENUE - REGISTRATION FEE | 196.3 |
| 401400 | EXTENDED PGM FEE | 854.6 |
| 401500 | MATCH SHORT CREDIT | (4,733.1) |
| 401700 | PENALTY | 366.9 |
| 401830 | INSURANCE CONTRIBUTION | 247.9 |
| 401850 | REVENUE-SEVIS (NEW AU PAIRS) | 106.9 |
| 401870 | REVENUE-SEVIS (EXTENDING  AU | 242.6 |
| 402300 | PROGRAM FEE ADJMT | (337.1) |
| 402400 | NON BILLED DAYS CR | (79.2) |
| 402450 | REVENUE-FINANCE CHARGE - APA | 43.7 |
| 402500 | 5% DISCOUNT | (189.8) |
| 402600 | HOST FAMILY RECRUITMENT CRE | (158.4) |
| 410100 | REVENUE-BAD DEBT EXPENSE | (109.3) |
| 410200 | REVENUE - RESERVE - APA | 124.8 |
| 420000 | REVENUE - PRIOR YEAR ADJ | 208.5 |
| 489950 | CONTRA PROGRAM REVENUE | 1,248.2 |
| 489951 | REVENUE COLLECTED ON BEHALI | (1,248.2) |
| | | --------------- |
| | TOTAL REVENUES | 27,287.4 |
| | | --------------- |

### PROGRAM COSTS

| | | |
|------|-------------|-----------|
| 500100 | LAND - VISAS | 0.4 |
| 500150 | LAND - HOTEL - CA | 0.2 |
| 501050 | LAND - GENERAL LIAB. INSURANC | 91.7 |
| 501100 | LAND - MED/BAG INSURANCE | 2,504.9 |
| 501150 | LAND - ORIENTATION (ARRIVALS) | 1,306.7 |
| 501200 | LAND - EDUCATION / CULT EVENT | 0.4 |
| 501250 | LAND-CC HOST FAMILY INTERVIE | 108.6 |
| 501500 | LAND CONTINGENCY | 21.2 |
| 501575 | LAND - DRIVING LESSON | 4.3 |
| 501600 | LAND CC ANNUAL PLACEMENT SE | 3,759.3 |
| 501850 | LAND REGIONAL COUNSELOR EXI | 8.1 |
| 501900 | LAND-REGIONAL COUNSELOR FEE | 110.5 |
| 501950 | LAND CC PLACEMENT/HF ORIENT, | 290.5 |
| 502000 | LAND-CC RECRUITMENT/TRAININ( | 50.4 |
| 502250 | LAND - USE TAX EXPENSE | 8.9 |
| 502300 | MISC. COSTS - SETTLEMENTS | 9.8 |
| 502425 | LAND-CC REMATCH PHONE/HOUS | 40.4 |
| 502400 | LAND-SD COMPENSATION (1099) A | 0.0 |
| 520000 | CURRENCY-EXCHANGE RATE EXP | (161.5) |

REPLY APP 00207

| | | |
|---|---|---:|
| 530200 | OTH LAND HF ORIENT/WKSHP MTI | 37.3 |
| 530300 | OTH LAND RED CROSS SCHOL-AP/ | 19.4 |
| 530350 | OTH LAND-APA EDUC MTRLS/VIDI | 5.1 |
| 531100 | OTH LAND COSTS - CC CHARGES | 513.7 |
| 531200 | OTH LAND-SEVIS (NEW AU PAIRS) | 112.7 |
| 531250 | OTH LAND-SEVIS (EXTENDING AU | 332.6 |
| 531400 | OTH LAND-PERFORMANCE BONUS | 0.0 |
| 531600 | OVERSEAS COMMISSIONS | 1,394.2 |
| 531700 | OVERSEAS MARKETING | 18.5 |
| 531920 | EXPERIMENT INT COMMN | 22.7 |
| 531950 | EXPERIMENT MKT SUPP | 19.0 |
| 531960 | NEW MKTS DEV | 0.0 |
| 531975 | AP EXTRA COMMISSION | 0.0 |
| 533000 | NATIONAL CONVENTION | 2.6 |
| 533100 | UK INTERVIEW PAYMENTS | 41.8 |
| 533150 | UK INTERVIEW SUPPORT | 0.0 |
| 533300 | UK INTERVIEWER MARKETI | 7.0 |
| 533650 | GIJK INSURANCE COMMISS | 10.1 |
| 533700 | INTERVIEWER INCENTIVE F | 6.4 |
| 533725 | RECRUITING COSTS - SOUTH AFRIC | 942.5 |
| 533750 | OVERSEAS AGENTS MARK | 152.9 |
| 533800 | INTERVIEWER CONFERENCE | 3.6 |
| 534000 | PROMOTIONAL ITEMS | 10.0 |
| 534100 | PSYCHOMETRIC TESTING | 116.2 |
| 534250 | EXHIBITOR SPACE | 2.4 |
| 534300 | COMPLAINTS | 0.4 |
| | | --------------- |
| | TOTAL LAND COSTS | 11,925.9 |
| | | --------------- |
| | | |
| 540050 | AIR -  FLIGHT COSTS | 7.1 |
| 540510 | AIR-FLIGHT COSTS-APA-SAF/NY | 100.2 |
| 540540 | AIR - FLIGHT COSTS-APA-NY/SAF | 47.1 |
| 540610 | AIR - FLT COSTS-APA-SAM&SP/NY | 569.7 |
| 540620 | AIR FLT COSTS APA ASIA/NY | 210.7 |
| 540630 | AIR FLT COSTS APA ME/NY | 36.9 |
| 540635 | AIR FLT COSTS APA CANADA/NY | 19.0 |
| 540640 | AIR FLT COSTS APA SP/NY | 25.1 |
| 540650 | AIR FLT COSTS APA USA/SP | 13.9 |
| 540660 | AIR-FLT COSTS-APA-USA/SAM&SP | 177.8 |
| 540670 | AIR FLT COSTS APA NY/ASIA | 39.5 |
| 540680 | AIR FLT COSTS APA USA/ASIA | 110.0 |
| 540690 | AIR FLT COSTS APA NY/MIDDLE E, | 9.9 |
| 540695 | AIR FLT COSTS APA USA/MIDDLE I | 5.3 |
| 542200 | AIR-FLT COSTS-APA-EUROPE/NYC | 791.5 |
| 542455 | AIR-INBOUND PENALTIES - APA - I | 14.4 |
| 543100 | INBOUND FROM EUROPE | (219.5) |
| 560100 | AIR-FLIGHT COST-EB-NY/LDN | 2.4 |
| 560125 | AIR-PRIOR YR FLT SAVINGS | (789.3) |
| 560200 | AIR-CY RETURN FLT ACCRUAL | 542.2 |
| 560560 | AIR - FLIGHT COSTS-APA-USA/SAF | 46.0 |
| 560640 | AIR-FLT COSTS-APA-NY/SAM&SP | 85.4 |
| 560650 | AIR FLT COSTS APA NY/SP | 5.2 |
| 560660 | AIR FLT COSTS APA NYC/CANADA | 1.8 |
| 560670 | AIR FLT COSTS APA USA/CANADA | 3.7 |
| 562000 | AIR-EB EARLY DEPART (ALL SECT | 40.1 |
| 562500 | AIR-FLT COSTS-APA-USA/LDN | 3.6 |
| 562600 | AIR - FLT COSTS-APA-NYC/EUROPI | 273.8 |
| 562700 | AIR - FLT COSTS-APA-USA/EUROPI | 242.7 |
| 562855 | AIR-FLIGHT PENALTIES - APA - OU | 16.6 |

| | | |
|---|---|---:|
| 577000 | REV-GATEWAY SURCH OUTBD EU | (15.1) |
| 577100 | REV-US GTWAY SRCHRGE OUTBNI | (99.2) |
| 577200 | REV-SURCHG OUTBND US,SP,S.AM | (5.9) |
| 577250 | REV-SURCHG OUTBOUND US/S. AM | (97.9) |
| 577300 | REV-GTWY SRCHRG OUTBD S.AFR | (24.3) |
| 577400 | REV-GTWY SURCHARGE ASIA | (42.0) |
| 577500 | REV-GTWY SURCHARGE ME | (3.4) |
| 577600 | REV-GTWY SURCHARGE CANADA | (1.0) |
| 580150 | AIR-AIRPORT HANDLING | 2.8 |
| 580155 | TICKET COST RECHARGE G/W | 27.1 |
| 580156 | TICKET COST RECHARGED STAM | (27.1) |
| 580170 | AIR-DOMESTIC TRAVEL (EXTENDI | 36.5 |
| 580400 | AIR - INTERNATIONAL FUEL SURC | 0.9 |
| 581000 | AIR-CONTIGENCY | 121.1 |
| | | --------------- |
| | TOTAL AIR COSTS | 2,305.3 |
| | | --------------- |
| | TOTAL PROGRAM DIRECT COSTS | 14,231.2 |
| | | --------------- |
| 490175 | OTH REV - COMPREHENSIVE INSU | 48.1 |
| 490200 | OTH REV - UPGRADED INSURANCI | 317.9 |
| 490201 | OTH REV - INSURANCE MEDICAL ( | 21.9 |
| 490202 | OTH REV - TRAVEL PACKAGE OPT | 4.7 |
| 490240 | OTH REV - 13TH MO INS REV | 44.6 |
| 490300 | OTH REV - EXTENDED PYMT PLAN | 242.5 |
| 490700 | OTH REV - HOMELINE - APA | 8.8 |
| 490951 | OTH REV - APPLICATION ENHANCI | 0.3 |
| 490952 | OTH REV - APPLICATION ENHANCI | (2.5) |
| 491000 | OTH REV - FORFEITED GOOD FAIT | 181.9 |
| 492500 | OTH REV - TRAVEL PROGRAMS | 13.2 |
| 492600 | OTH REV - MISCELLANEOUS | (2.5) |
| 492700 | REVENUE - VISAS | 1.5 |
| | | --------------- |
| | TOTAL OTHER REVENUE | 880.4 |
| | | --------------- |
| 590100 | OTH LAND - UPGRADE INSURANCI | 220.1 |
| 590125 | OTH LAND - 13 MO INS EXP | 18.9 |
| 590175 | OTH LAND - COMPREHENSIVE INS | 32.3 |
| 592997 | LONDON EX/REV RECORDED IN C1 | 10.5 |
| | | --------------- |
| | TOTAL OTHER  COSTS | 281.8 |
| | | --------------- |
| | GROSS MARGIN | 13,654.8 |
| | | --------------- |
| 610100 | SALES EXP - F/T SALES FORCE-CO | 33.8 |
| 610150 | SALES EXP - MARKETING REPS | 1.9 |
| 622000 | SALES EXP - INCENTIVES - APA | 21.7 |
| 622100 | COMMISSIONS-GR STAFF-COLLE | 22.7 |
| 622310 | CONTRA SF OFFICE SAL/COMMISS | 43.5 |
| 624100 | SALES-REG COUNS MKTING INCEN | 15.8 |
| 624150 | SALES-REG COUNS MKTING EXPEI | 9.5 |
| 640030 | CONTRA SF OFFICE GENERAL SAL | 39.7 |
| | | --------------- |
| | SELLING COSTS - SALES | 188.6 |
| | | --------------- |
| 650050 | PRINTING-CATALOGS | 15.4 |
| 651000 | PRINTING - POSTAGE | 285.5 |
| 651010 | POSTAGE - COURIER | 96.8 |
| 651020 | POSTAGE - MATERIALS | 5.0 |
| 651500 | PRINTING-PHOTOGRAPHY | 0.0 |

| 652500 | PRINTING-TELEMARKETING | 81.0 |
|--------|------------------------|------|
| 653000 | PRINTING-ADVERTISING | 373.6 |
| 653050 | REMEDIAL MARKETING | 35.1 |
| 653100 | MERCHANDISE COSTS | 0.0 |
| 653500 | PRINTING-PUBLIC RELATIONS | 38.8 |
| 655000 | PRINTING-OTHER PRINT | 317.0 |
| 655010 | BROCHURES & POSTERS | 33.0 |
| 655030 | POSTERS/LEAFLETS | 9.7 |
| 655500 | PRINTING MAIL HOUSE EXP. AYA | 32.0 |
| 656500 | PRINTING - EXHIBITS - APA | 0.3 |
| 657500 | PRINTING - COUNSELOR LEADS-AI | 2.1 |
| 657600 | PRINTING - REFERRALS - AYS/CSS | 1.4 |
| 660005 | CROSS SELLING CONTRA | 0.9 |
| | | ---------------- |
| | SELLING COSTS - PRINTING | 1,327.6 |
| | | ---------------- |
| | TOTAL SELLING EXPENSE | 1,516.2 |
| | | ---------------- |

## DIRECT G & A EXPENSE

| 701000 | SALARIES DEPARTMENTAL | 2,458.1 |
|--------|------------------------|---------|
| 701010 | BONUS | 72.2 |
| 701020 | EMPLOYERS NHI | 102.3 |
| 701050 | OTHER REGULAR SALARIES | 19.1 |
| 701100 | SALARIES-SEASONAL/OT | 13.9 |
| 701200 | TEMPORARY HELP | 10.2 |
| 701220 | TEMPORARY STAFF - NHI | 0.7 |
| | | ---------------- |
| | SALARIES | 2,676.5 |
| | | ---------------- |

| 730000 | TRAVEL & ENTERTAINMENT | 75.0 |
|--------|------------------------|------|
| 730010 | STAFF ENTERTAINING | 7.8 |
| 730020 | BUSINESS ENTERTAINING | 10.9 |
| 730100 | TRAVEL & ENTER -MEALS | 7.2 |
| 730150 | BUSINESS MEALS & ENTERTAINME | 10.4 |
| 730500 | HOTEL & AIRFARE | 4.5 |
| 730520 | GROUND TRANSPORTATION - EE | 2.3 |
| | | ---------------- |
| | TRAVEL & ENTERTAINMENT | 118.1 |
| | | ---------------- |

| 705000 | GROUP INSURANCE | 38.2 |
|--------|------------------------|------|
| 705210 | BUPA HEALTH SCREENING & EY | 0.9 |
| 705300 | EMPLOYEE EDUCATION | 16.2 |
| 705400 | COMPANY EMPLOYEE TRAINING | 1.8 |
| 705650 | MISC. EMPLOYEE BENEFITS | 5.2 |
| 708300 | PENSION | 74.7 |
| 774050 | FRINGE ALLOCATION | 425.1 |
| | | ---------------- |
| | FRINGE BENEFITS | 562.1 |
| | | ---------------- |

| 716000 | TELEPHONE | 16.9 |
|--------|------------------------|------|
| 716100 | TELEPHONE-EMAIL | 0.6 |
| 716200 | INTERNET SERVICES | 32.2 |
| 730050 | COURIERS | 0.4 |
| 740000 | OFFICE SUPPLIES | 37.0 |
| 740200 | COMPUTER SUPPLIES | 3.2 |

REPLY APP 00210

| 740300 | PUBLIC., SUBSCR., DUES | 12.6 |
| 750100 | AUDIT - OTHER - APA | 9.5 |
| 755000 | PROF. FEES - LEGAL - | 84.3 |
| 755200 | PROF. FEES - MISC. | 14.9 |
| 755400 | EMPLOYEE RECRUITING | 5.3 |
| 755500 | CONSULTING | 7.1 |
| 755900 | LOBBYING EXPENSE | 63.7 |
| 761000 | EQUIPMENT MAINTENANCE | 0.0 |
| 761100 | SYSTEMS SOFTWARE MAINT. | 3.8 |
| 771500 | BANK CHARGES | 36.8 |
| 773050 | MISC COSTS | 36.8 |
| 787050 | DEPRECIATION - FURN. & FIXT. | 0.1 |
| 787350 | DEPRECIATION - LEASEHOLD IMPI | 3.2 |
| 787450 | DEPRECIATION - OFFICE EQUIPME | 4.7 |
| 788150 | DEPRECIATION - SOFTWARE | 325.2 |
| 788450 | DEPRECIATION HARDWARE | 15.0 |
| 788850 | DEPRECIATION - GEN. SYS. SOFTW | 189.0 |

---------------

|  | ALL OTHER OVERHEAD | 902.3 |

---------------

|  | TOTAL DIRECT G & A EXP | 4,259.0 |

|  | PROGRAM CONTRIBUTION | 7,879.6 |

| 774300 | SUPPORT ALLOCATION | 3,509.4 |
| 774700 | G & A OFFSET ACCOUNT | 1,665.9 |

---------------

|  | ALLOCATED EXPENSES | 5,175.3 |

---------------

| 812000 | INTEREST EXPENSE ALLOCATION | 24.4 |

---------------

|  | TOTAL INTEREST EXPENSE | 24.4 |

---------------

| 850050 | INTEREST INCOME | 0.0 |
| 859000 | INVESTMENT INCOME ALLOCATIC | 52.4 |

---------------

|  | TOTAL INTEREST INCOME | 52.4 |

|  | OTHER INCOME |  |

---------------
---------------
---------------

|  | NET CONTRIBUTION | 2,732.3 |

REPLY APP 00211

AMERICAN INSTITUTE FOR FORIGN STUDY, INC.
CONSOL AuPair
For the Twelve Months Ending December 31, 2010

| ACCT | DESCRIPTION | ACTUAL YTD |
|------|-------------|-----------|
| 010000 | INBOUND - PAX | 3,071.0 |
| (020000 T | OUTBOUND - PAX | 2,588.0 |
| | | |
| 400050 | REVENUE - PROGRAM | 23,048.8 |
| 400055 | REVENUE-EDUCARE REVENUE FROM | 138.6 |
| 400075 | REVENUE - EXTENSION PROGRAM | 5,936.6 |
| 400300 | REVENUE - REGISTRATION FEE | 193.1 |
| 401400 | EXTENDED PGM FEE | 741.6 |
| 401500 | MATCH SHORT CREDIT | (4,178.6) |
| 401700 | PENALTY | 322.8 |
| 401830 | INSURANCE CONTRIBUTION | 289.9 |
| 401850 | REVENUE-SEVIS (NEW AU PAIRS) | 106.7 |
| 401870 | REVENUE-SEVIS (EXTENDING AU PA | 196.4 |
| 402300 | PROGRAM FEE ADJMT | (606.1) |
| 402400 | NON BILLED DAYS CR | (57.3) |
| 402450 | REVENUE-FINANCE CHARGE - APA | 41.8 |
| 402500 | 5% DISCOUNT | (264.9) |
| 402600 | HOST FAMILY RECRUITMENT CREDIT | (165.1) |
| 410100 | REVENUE-BAD DEBT EXPENSE | (214.8) |
| 410200 | REVENUE - RESERVE - APA | 150.8 |
| 420000 | REVENUE - PRIOR YEAR ADJ | 224.9 |
| 489950 | CONTRA PROGRAM REVENUE | 1,523.2 |
| 489951 | REVENUE COLLECTED ON BEHALF | (1,523.2) |
| | | ----------------- |
| | TOTAL REVENUES | 25,905.2 |
| | | ----------------- |

### PROGRAM COSTS

| 500100 | LAND - VISAS | 0.2 |
|--------|--------------|-----|
| 500150 | LAND - HOTEL - CA | 0.2 |
| 501050 | LAND - GENERAL LIAB. INSURANCE | 76.0 |
| 501100 | LAND - MED/BAG INSURANCE | 2,439.4 |
| 501150 | LAND - ORIENTATION (ARRIVALS) | 1,274.4 |
| 501200 | LAND - EDUCATION / CULT EVENT | 0.2 |
| 501250 | LAND-CC HOST FAMILY INTERVIEW | 115.3 |
| 501500 | LAND CONTINGENCY | 15.4 |
| 501575 | LAND - DRIVING LESSON | 3.1 |
| 501600 | LAND CC ANNUAL PLACEMENT SERV | 3,488.8 |
| 501850 | LAND REGIONAL COUNSELOR EXP- | 11.1 |
| 501900 | LAND-REGIONAL COUNSELOR FEE | 98.5 |
| 501925 | EDUCARE ADVISOR FEE | 0.1 |
| 501950 | LAND CC PLACEMENT/HF ORIENTATI | 299.3 |
| 502000 | LAND-CC RECRUITMENT/TRAINING-A | 28.0 |
| 502250 | LAND - USE TAX EXPENSE | 10.0 |
| 502300 | MISC. COSTS - SETTLEMENTS | 6.9 |
| 502425 | LAND-CC REMATCH PHONE/HOUSING | 43.9 |
| 503100 | LAND-APA EXTRA COMPLETION PAY | 0.2 |
| 520000 | CURRENCY-EXCHANGE RATE EXPN. | 34.5 |
| 530200 | OTH LAND HF ORIENT/WKSHP MTR | 43.6 |
| 530300 | OTH LAND RED CROSS SCHOL-APA | 17.8 |
| 530350 | OTH LAND-APA EDUC MTRLS/VIDEO | 0.6 |

| | | |
|---|---|---:|
| 531100 | OTH LAND COSTS - CC CHARGES | 483.0 |
| 531150 | OTH LAND CST - INS. CLAIMS REC | 0.6 |
| 531200 | OTH LAND-SEVIS (NEW AU PAIRS) | 119.9 |
| 531250 | OTH LAND-SEVIS (EXTENDING AU PA | 266.0 |
| 531400 | OTH LAND-PERFORMANCE BONUS FE | 2.8 |
| 531600 | OVERSEAS COMMISSIONS | 1,095.9 |
| 531700 | OVERSEAS MARKETING | 5.9 |
| 531920 | EXPERIMENT INT COMMN | 247.4 |
| 531950 | EXPERIMENT MKT SUPP | 21.0 |
| 533000 | NATIONAL CONVENTION | 94.2 |
| 533100 | UK INTERVIEW PAYMENTS | 50.2 |
| 533300 | UK INTERVIEWER MARKETI | 8.8 |
| 533650 | GIJK INSURANCE COMMISS | 3.2 |
| 533700 | INTERVIEWER INCENTIVE F | 13.9 |
| 533725 | RECRUITING COSTS - SOUTH AFRICA | 975.8 |
| 533750 | OVERSEAS AGENTS MARK | 151.5 |
| 533800 | INTERVIEWER CONFERENCE | 56.0 |
| 534000 | PROMOTIONAL ITEMS | 0.0 |
| 534100 | PSYCHOMETRIC TESTING | 104.4 |
| 534250 | EXHIBITOR SPACE | 4.4 |
| 534300 | COMPLAINTS | 0.9 |
| | | ----------------- |
| | TOTAL LAND COSTS | 11,713.3 |
| | | ----------------- |
| 540050 | AIR - FLIGHT COSTS | 13.4 |
| 540510 | AIR-FLIGHT COSTS-APA-SAF/NY | 163.2 |
| 540540 | AIR - FLIGHT COSTS-APA-NY/SAF | 31.2 |
| 540610 | AIR - FLT COSTS-APA-SAM&SP/NY | 505.4 |
| 540620 | AIR FLT COSTS APA ASIA/NY | 292.8 |
| 540630 | AIR FLT COSTS APA ME/NY | 32.3 |
| 540635 | AIR FLT COSTS APA CANADA/NY | 11.3 |
| 540640 | AIR FLT COSTS APA SP/NY | 34.3 |
| 540650 | AIR FLT COSTS APA USA/SP | 4.6 |
| 540660 | AIR-FLT COSTS-APA-USA/SAM&SP | 174.4 |
| 540670 | AIR FLT COSTS APA NY/ASIA | 34.6 |
| 540680 | AIR FLT COSTS APA USA/ASIA | 93.5 |
| 540690 | AIR FLT COSTS APA NY/MIDDLE EAST | 11.4 |
| 540695 | AIR FLT COSTS APA USA/MIDDLE EAS | 3.8 |
| 542200 | AIR-FLT COSTS-APA-EUROPE/NYC | 858.6 |
| 542455 | AIR-INBOUND PENALTIES - APA - INB | 17.1 |
| 543100 | INBOUND FROM EUROPE | (324.3) |
| 560100 | AIR-FLIGHT COST-EB-NY/LDN | 2.0 |
| 560125 | AIR-PRIOR YR FLT SAVINGS | (460.0) |
| 560200 | AIR-CY RETURN FLT ACCRUAL | 805.8 |
| 560560 | AIR - FLIGHT COSTS-APA-USA/SAF | 40.6 |
| 560640 | AIR-FLT COSTS-APA-NY/SAM&SP | 87.5 |
| 560650 | AIR FLT COSTS APA NY/SP | 6.8 |
| 560660 | AIR FLT COSTS APA NYC/CANADA | 2.7 |
| 560670 | AIR FLT COSTS APA USA/CANADA | 4.6 |
| 562000 | AIR-EB EARLY DEPART (ALL SECTO | 35.5 |
| 562500 | AIR-FLT COSTS-APA-USA/LDN | 2.4 |
| 562600 | AIR - FLT COSTS-APA-NYC/EUROPE | 290.1 |
| 562700 | AIR - FLT COSTS-APA-USA/EUROPE | 238.2 |
| 562855 | AIR-FLIGHT PENALTIES - APA - OUTB( | 11.1 |
| 577000 | REV-GATEWAY SURCH OUTBD EURO | (8.7) |
| 577100 | REV-US GTWAY SCRHRGE OUTBND U | (112.1) |
| 577200 | REV-SURCHG OUTBND US,SP,S.AMER | (2.5) |
| 577250 | REV-SURCHG OUTBOUND US/S. AMEI | (64.9) |
| 577300 | REV-GTWY SRCHRG OUTBD S.AFRIC/ | (24.1) |
| 577400 | REV-GTWY SURCHARGE ASIA | (16.7) |
| 577500 | REV-GTWY SURCHARGE ME | (2.7) |
| 577600 | REV-GTWY SURCHARGE CANADA | (0.8) |
| 580150 | AIR-AIRPORT HANDLING | 0.0 |

REPLY APP 00213

| 580155 | TICKET COST RECHARGE G/W | 14.2 |
| 580156 | TICKET COST RECHARGED STAM | (14.2) |
| 580170 | AIR-DOMESTIC TRAVEL (EXTENDING | 29.5 |
| 580400 | AIR - INTERNATIONAL FUEL SURCHA | (1.4) |
| 581000 | AIR-CONTIGENCY | 130.0 |
| | | ------------------ |
| | TOTAL AIR COSTS | 2,950.5 |
| | | ------------------ |
| | TOTAL PROGRAM DIRECT COSTS | 14,663.8 |
| | | ------------------ |
| 490175 | OTH REV - COMPREHENSIVE INSURA | 61.5 |
| 490200 | OTH REV - UPGRADED INSURANCE | 342.6 |
| 490201 | OTH REV - INSURANCE MEDICAL OPT | 44.0 |
| 490202 | OTH REV - TRAVEL PACKAGE OPTION | 5.5 |
| 490240 | OTH REV - 13TH MO INS REV | 54.8 |
| 490300 | OTH REV - EXTENDED PYMT PLAN I | 246.7 |
| 490700 | OTH REV - HOMELINE - APA | 7.4 |
| 490951 | OTH REV - APPLICATION ENHANCEM | 14.7 |
| 490952 | OTH REV - APPLICATION ENHANCEM | (11.1) |
| 491000 | OTH REV - FORFEITED GOOD FAITH | 216.1 |
| 492500 | OTH REV - TRAVEL PROGRAMS | 17.7 |
| 492600 | OTH REV - MISCELLANEOUS | (13.4) |
| 492700 | REVENUE - VISAS | 2.8 |
| | | ------------------ |
| | TOTAL OTHER REVENUE | 989.3 |
| | | ------------------ |
| 590100 | OTH LAND - UPGRADE INSURANCE | 252.2 |
| 590125 | OTH LAND - 13 MO INS EXP | 16.5 |
| 590175 | OTH LAND - COMPREHENSIVE INSUR | 37.8 |
| 592997 | LONDON EX/REV RECORDED IN CT | 1.2 |
| | | ------------------ |
| | TOTAL OTHER  COSTS | 307.7 |
| | | ------------------ |
| | GROSS MARGIN | 11,923.0 |
| | | ------------------ |
| 610100 | SALES EXP - F/T SALES FORCE-CO | 15.9 |
| 610150 | SALES EXP - MARKETING REPS | 1.2 |
| 611400 | SALES MTG. - CONVENTIONS - CA | 0.1 |
| 622000 | SALES EXP - INCENTIVES - APA | 23.8 |
| 622100 | COMMISSIONS-GR STAFF-COLLE | 19.4 |
| 622310 | CONTRA SF OFFICE SAL/COMMISSION | 12.0 |
| 623500 | SALES-CONTINGENCIES-CA | 0.1 |
| 624100 | SALES-REG COUNS MKTING INCENTI | 12.5 |
| 624150 | SALES-REG COUNS MKTING EXPENSE | 4.2 |
| 640030 | CONTRA SF OFFICE GENERAL SALES | 8.5 |
| | | ------------------ |
| | SELLING COSTS - SALES | 97.7 |
| | | ------------------ |
| 650050 | PRINTING-CATALOGS | 16.1 |
| 651000 | PRINTING - POSTAGE | 263.6 |
| 651010 | POSTAGE - COURIER | 89.9 |
| 651020 | POSTAGE - MATERIALS | 0.8 |
| 652500 | PRINTING-TELEMARKETING | 28.0 |
| 653000 | PRINTING-ADVERTISING | 421.6 |
| 653050 | REMEDIAL MARKETING | 5.6 |
| 653500 | PRINTING-PUBLIC RELATIONS | 4.9 |
| 655000 | PRINTING-OTHER PRINT | 277.5 |
| 655010 | BROCHURES & POSTERS | 8.1 |
| 655030 | POSTERS/LEAFLETS | 0.0 |
| 655500 | PRINTING MAIL HOUSE EXP. AYA | 52.5 |
| 656500 | PRINTING - EXHIBITS - APA | 2.0 |
| 657500 | PRINTING - COUNSELOR LEADS-APA | 5.8 |
| 657600 | PRINTING - REFERRALS - AYS/CSS | 19.2 |
| 660005 | CROSS SELLING CONTRA | 1.7 |

REPLY APP 00214

|        |                                      | -----------------   |
|        | SELLING COSTS - PRINTING             | 1,197.3             |
|        |                                      | -----------------   |
|        | TOTAL SELLING EXPENSE                | 1,295.0             |
|        |                                      | -----------------   |
|        | DIRECT G & A EXPENSE                 |                     |
| 701000 | SALARIES DEPARTMENTAL                | 2,245.9             |
| 701010 | BONUS                                | 69.7                |
| 701020 | EMPLOYERS NHI                        | 83.7                |
| 701050 | OTHER REGULAR SALARIES               | 0.0                 |
| 701100 | SALARIES-SEASONAL/OT                 | 76.8                |
| 701200 | TEMPORARY HELP                       | 1.2                 |
| 701220 | TEMPORARY STAFF - NHI                | 0.0                 |
|        |                                      | -----------------   |
|        | SALARIES                             | 2,477.3             |
|        |                                      | -----------------   |
| 730000 | TRAVEL & ENTERTAINMENT               | 119.8               |
| 730010 | STAFF ENTERTAINING                   | 5.8                 |
| 730020 | BUSINESS ENTERTAINING                | 11.2                |
| 730100 | TRAVEL & ENTER -MEALS                | 3.7                 |
| 730150 | BUSINESS MEALS & ENTERTAINMENT       | 4.9                 |
| 730500 | HOTEL & AIRFARE                      | 18.6                |
| 730520 | GROUND TRANSPORTATION - EE           | 2.9                 |
|        |                                      | -----------------   |
|        | TRAVEL & ENTERTAINMENT               | 166.9               |
|        |                                      | -----------------   |
| 705000 | GROUP INSURANCE                      | 30.9                |
| 705210 | BUPA HEALTH SCREENING & EY           | 1.3                 |
| 705300 | EMPLOYEE EDUCATION                   | 0.1                 |
| 705400 | COMPANY EMPLOYEE TRAINING            | 4.5                 |
| 705650 | MISC. EMPLOYEE BENEFITS              | 0.3                 |
| 705800 | FITNESS CENTER REIMB.                | 0.6                 |
| 708300 | PENSION                              | 59.8                |
| 774050 | FRINGE ALLOCATION                    | 401.1               |
|        |                                      | -----------------   |
|        | FRINGE BENEFITS                      | 498.6               |
|        |                                      | -----------------   |
| 716000 | TELEPHONE                            | 15.1                |
| 716100 | TELEPHONE-EMAIL                      | 1.1                 |
| 716200 | INTERNET SERVICES                    | 24.5                |
| 730050 | COURIERS                             | 0.6                 |
| 740000 | OFFICE SUPPLIES                      | 17.0                |
| 740200 | COMPUTER SUPPLIES                    | 4.6                 |
| 740300 | PUBLIC., SUBSCR., DUES               | 2.5                 |
| 750100 | AUDIT - OTHER - APA                  | 7.3                 |
| 755000 | PROF. FEES - LEGAL -                 | 98.7                |
| 755200 | PROF. FEES - MISC.                   | 22.6                |
| 755400 | EMPLOYEE RECRUITING                  | 37.7                |
| 755500 | CONSULTING                           | 1.5                 |
| 755900 | LOBBYING EXPENSE                     | 69.9                |
| 761000 | EQUIPMENT MAINTENANCE                | 0.3                 |
| 761100 | SYSTEMS SOFTWARE MAINT.              | 0.8                 |
| 771400 | CONTRIBUTIONS                        | 1.1                 |
| 771500 | BANK CHARGES                         | 41.3                |
| 773050 | MISC COSTS                           | 3.0                 |
| 787050 | DEPRECIATION - FURN. & FIXT.         | 0.1                 |
| 787350 | DEPRECIATION - LEASEHOLD IMPROV      | 2.9                 |
| 787450 | DEPRECIATION - OFFICE EQUIPMEN       | 3.7                 |
| 788150 | DEPRECIATION - SOFTWARE              | 396.2               |

REPLY APP 00215

| 788450 | DEPRECIATION HARDWARE | 3.6 |
| 788850 | DEPRECIATION - GEN. SYS. SOFTW | 195.6 |
| | | ------------------ |
| | ALL OTHER OVERHEAD | 951.7 |
| | | ------------------ |
| | TOTAL DIRECT G & A EXP | 4,094.5 |
| | **PROGRAM CONTRIBUTION** | **6,533.5** |
| 774300 | SUPPORT ALLOCATION | 3,331.4 |
| 774700 | G & A OFFSET ACCOUNT | 1,234.8 |
| | | ------------------ |
| | ALLOCATED EXPENSES | 4,566.2 |
| | | ------------------ |
| 812000 | INTEREST EXPENSE ALLOCATION | 27.9 |
| | | ------------------ |
| | TOTAL INTEREST EXPENSE | 27.9 |
| | | ------------------ |
| 859000 | INVESTMENT INCOME ALLOCATION | 0.0 |
| | | ------------------ |
| | TOTAL INTEREST INCOME | 0.0 |
| | OTHER INCOME | |
| | NET CONTRIBUTION | 1,969.4 |

**AuPair in America**
**Income Statement Format**
**December 31, 2011**

| | Co. | USAIF US - AuPair | USAIF US -Educare | UKAIF UK AuPair | LNDIN London AuPair | |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | Year | 2011 | 2011 | 2011 | 2011 | **Total AuPair** |
| | | 12 | 12 | 12 | 12 | |
| REVENUE - PROGRAM | 400050 | 22,053,284 | 1,298,539 | - | - | **23,351,822** |
| REVENUE-EDUCARE REVENUE FROM AU | 400055 | - | - | 171,986 | - | **171,986** |
| REVENUE - EXTENSION PROGRAM | 400075 | 5,868,969 | - | - | - | **5,868,969** |
| REVENUE - MATCH FEE APIA | 400150 | 1,143,625 | 83,200 | - | - | **1,226,825** |
| REVENUE - REGISTRATION FEE | 400300 | 4,740 | - | 209,118 | - | **213,858** |
| EXTENDED PGM FEE | 401400 | 775,107 | 7,889 | - | - | **782,996** |
| MATCH SHORT CREDIT | 401500 | (3,954,666.21) | (133,682.43) | - | - | **(4,088,349)** |
| PENALTY | 401700 | 305,268 | - | - | - | **305,268** |
| INSURANCE CONTRIBUTION | 401830 | - | - | 244,786 | - | **244,786** |
| REVENUE-SEVIS (NEW AU PAIRS) | 401850 | 105,070 | 7,385 | - | - | **112,455** |
| REVENUE-SEVIS (EXTENDING  AU PAIRS) | 401870 | 206,593 | - | - | - | **206,593** |
| PROGRAM FEE ADJMT | 402300 | (613,132) | (20,732) | - | - | **(633,864)** |
| NON BILLED DAYS CR | 402400 | (48,310.64) | (645.23) | - | - | **(48,956)** |
| REVENUE-FINANCE CHARGE - APA | 402450 | 25,788 | - | - | - | **25,788** |
| 5% DISCOUNT | 402500 | (35,068) | (569) | - | - | **(35,637)** |
| HOST FAMILY RECRUITMENT CREDIT | 402600 | (250,150) | - | - | - | **(250,150)** |
| MATCH FEE CREDIT-REPEAT DISCOUNT | 402610 | (389,546) | - | - | - | **(389,546)** |
| REVENUE-BAD DEBT EXPENSE | 410100 | (129,669) | - | (962) | - | **(130,630)** |
| REVENUE - RESERVE - APA | 410200 | 7,426 | - | - | - | **7,426** |
| REVENUE - PRIOR YEAR ADJ | 420000 | 196,377 | - | - | - | **196,377** |
| CONTRA PROGRAM REVENUE | 489950 | (3,968,876.94) | - | 6,057,898.90 | - | **2,089,022** |
| REVENUE COLLECTED ON BEHALF | 489951 | - | - | (2,089,021.95) | - | **(2,089,022)** |
| OTHER REV-SPORTS INS RECEIPTS | 490110 | 9,300 | - | - | - | **9,300** |
| OTHER REV-AAA DRIVING RECEIPTS | 490120 | 98,745 | - | - | - | **98,745** |
| **TOTAL REVENUES** | | 21,410,871 | 1,241,384 | 4,593,804 | - | **27,246,060** |
| **PROGRAM COSTS** | | | | | | |
| LAND - VISAS | 500100 | - | - | 70 | - | **70** |
| LAND - HOTEL - CA | 500150 | - | - | - | - | **-** |
| LAND - GENERAL LIAB. INSURANCE | 501050 | 95,882 | - | - | - | **95,882** |
| LAND - MED/BAG INSURANCE | 501100 | 2,887,998 | - | - | - | **2,887,998** |
| LAND - ORIENTATION (ARRIVALS) | 501150 | 1,316,985 | - | - | - | **1,316,985** |
| LAND - EDUCATION / CULT EVENT | 501200 | (71) | - | - | - | **(71)** |
| LAND-CC HOST FAMILY INTERVIEW | 501250 | 130,650 | - | - | - | **130,650** |
| LAND CONTINGENCY | 501500 | 20,300 | 663 | - | - | **20,964** |
| LAND - DRIVING LESSON | 501575 | 2,957 | - | - | - | **2,957** |
| LAND CC ANNUAL PLACEMENT SERV. | 501600 | 3,554,606 | - | - | - | **3,554,606** |
| LAND REGIONAL COUNSELOR EXP- | 501850 | 8,831 | - | - | - | **8,831** |
| LAND-REGIONAL COUNSELOR FEE | 501900 | 72,000 | - | - | - | **72,000** |
| EDUCARE ADVISOR FEE | 501925 | - | - | - | - | **-** |
| LAND CC PLACEMENT/HF ORIENTATI | 501950 | 296,739 | - | - | - | **296,739** |
| LAND-CC RECRUITMENT/TRAINING-A | 502000 | 29,797 | - | - | - | **29,797** |
| LAND - USE TAX EXPENSE | 502250 | 10,691 | - | - | - | **10,691** |
| MISC. COSTS - SETTLEMENTS | 502300 | 5,173 | - | - | - | **5,173** |
| LAND-CC REMATCH PHONE/HOUSING | 502425 | 37,872 | - | - | - | **37,872** |
| LAND-APA EXTRA COMPLETION PAYMEN | 503100 | 430.11 | - | - | - | **430** |
| CURRENCY-EXCHANGE RATE EXPN. | 520000 | - | - | 32,868 | - | **32,868** |
| OTH LAND HF ORIENT/WKSHP MTR | 530200 | 43,674 | - | - | - | **43,674** |
| OTH LAND RED CROSS SCHOL-APA | 530300 | 13,085 | - | - | - | **13,085** |
| OTH LAND-APA EDUC MTRLS/VIDEO | 530350 | 6,786 | - | - | - | **6,786** |
| OTH LAND-STUD TRAV OFF SERV FE | 531000 | 616 | - | - | - | **616** |
| OTH LAND COSTS - CC CHARGES | 531100 | 506,342 | - | - | - | **506,342** |
| OTH LAND CST - INS. CLAIMS REC | 531150 | - | - | - | - | **-** |
| OTH LAND-SEVIS (NEW AU PAIRS) | 531200 | 118,125 | - | - | - | **118,125** |
| OTH LAND-SEVIS (EXTENDING AU PAIRS) | 531250 | 255,979 | - | - | - | **255,979** |
| OTH LAND-PERFORMANCE BONUS FEE | 531400 | | | | | |

| | Co. | USAIF | USAIF | UKAIF | LNDIN | |
|---|---|---|---|---|---|---|
| **AuPair in America** | | US - AuPair | US -Educare | UK AuPair | London AuPair | |
| **Income Statement Format** | Dept | 030 | 035 | 030 | 030 | |
| **December 31, 2011** | Year | 2011 | 2011 | 2011 | 2011 | **Total AuPair** |
| | | 12 | 12 | 12 | 12 | |
| OVERSEAS COMMISSIONS | 531600 | - | - | 1,051,462 | - | **1,051,462** |
| OVERSEAS MARKETING | 531700 | - | - | 6,649 | - | **6,649** |
| EXPERIMENT INT COMMN | 531920 | - | - | 230,225 | - | **230,225** |
| EXPERIMENT MKT SUPP | 531950 | - | - | 21,000 | - | **21,000** |
| AP EXTRA COMMISSION | 531975 | - | - | - | - | |
| NATIONAL CONVENTION | 533000 | - | - | - | - | |
| UK INTERVIEW PAYMENTS | 533100 | - | - | 51,472 | - | **51,472** |
| UK INTERVIEW SUPPORT | 533150 | - | - | - | - | **-** |
| UK INTERVIEWER MARKETI | 533300 | - | - | 6,062 | - | **6,062** |
| GIJK INSURANCE COMMISS | 533650 | - | - | 11,490 | - | **11,490** |
| INTERVIEWER INCENTIVE F | 533700 | - | - | 17,135 | - | **17,135** |
| RECRUITING COSTS - SOUTH AFRICA | 533725 | - | - | 1,092,916 | - | **1,092,916** |
| OVERSEAS AGENTS MARK | 533750 | - | - | 122,798 | - | **122,798** |
| INTERVIEWER CONFERENCE | 533800 | - | - | 9,181 | - | **9,181** |
| PROMOTIONAL ITEMS | 534000 | - | - | 8,285 | - | **8,285** |
| PSYCHOMETRIC TESTING | 534100 | - | - | 95,543 | - | **95,543** |
| EXHIBITOR SPACE | 534250 | - | - | 4,040 | - | **4,040** |
| COMPLAINTS | 534300 | - | - | 2,366 | - | **2,366** |
| DEFERRED LAND COSTS CONTRA | 539990 | - | - | (0) | - | **-** |
| **TOTAL LAND COSTS** | | 9,415,448 | 663 | 2,763,563 | - | **12,179,674** |
| | | | | | | |
| | | | | | | |
| AIR - FLIGHT COSTS | 540050 | 14,591 | - | - | - | **14,591** |
| AIR-FLIGHT COSTS-APA-SAF/NY | 540510 | 160,213 | - | - | - | **160,213** |
| AIR - FLIGHT COSTS-APA-NY/SAF | 540540 | 47,899 | - | - | - | **47,899** |
| AIR - FLT COSTS-APA-SAM&SP/NY | 540610 | 582,050 | - | - | - | **582,050** |
| AIR FLT COSTS APA ASIA/NY | 540620 | 263,365 | - | - | - | **263,365** |
| AIR FLT COSTS APA ME/NY | 540630 | 30,361 | - | - | - | **30,361** |
| AIR FLT COSTS APA CANADA/NY | 540635 | 8,342 | - | - | - | **8,342** |
| AIR FLT COSTS APA SP/NY | 540640 | 57,485 | - | - | - | **57,485** |
| AIR FLT COSTS APA USA/SP | 540650 | 15,937 | - | - | - | **15,937** |
| AIR-FLT COSTS-APA-USA/SAM&SP | 540660 | 198,551 | - | - | - | **198,551** |
| AIR FLT COSTS APA NY/ASIA | 540670 | 37,315 | - | - | - | **37,315** |
| AIR FLT COSTS APA USA/ASIA | 540680 | 82,864 | - | - | - | **82,864** |
| AIR FLT COSTS APA NY/MIDDLE EAST | 540690 | 7,046 | - | - | - | **7,046** |
| AIR FLT COSTS APA USA/MIDDLE EAST | 540695 | 6,592 | - | - | - | **6,592** |
| AIR-FLT COSTS-APA-EUROPE/NYC | 542200 | 1,130,291 | - | - | - | **1,130,291** |
| AIR-INBOUND PENALTIES - APA - INBOUI | 542455 | 11,578 | - | - | - | **11,578** |
| INBOUND FROM EUROPE | 543100 | - | - | (762,625.18) | - | **(762,625)** |
| AIR-FLIGHT COST-EB-NY/LDN | 560100 | 2,484 | - | - | - | **2,484** |
| AIR-PRIOR YR FLT SAVINGS | 560125 | (751,649.84) | - | - | - | **(751,650)** |
| AIR-CY RETURN FLT ACCRUAL | 560200 | 1,002,854 | - | - | - | **1,002,854** |
| AIR - FLIGHT COSTS-APA-USA/SAF | 560560 | 50,410 | - | - | - | **50,410** |
| AIR-FLT COSTS-APA-NY/SAM&SP | 560640 | 73,125 | - | - | - | **73,125** |
| AIR FLT COSTS APA NY/SP | 560650 | 3,917 | - | - | - | **3,917** |
| AIR FLT COSTS APA NYC/CANADA | 560660 | 1,675 | - | - | - | **1,675** |
| AIR FLT COSTS APA USA/CANADA | 560670 | 2,112 | - | - | - | **2,112** |
| AIR-EB EARLY DEPART (ALL SECTO | 562000 | 31,371 | - | - | - | **31,371** |
| AIR-FLT COSTS-APA-USA/LDN | 562500 | 2,932 | - | - | - | **2,932** |
| AIR - FLT COSTS-APA-NYC/EUROPE | 562600 | 350,593 | - | - | - | **350,593** |
| AIR - FLT COSTS-APA-USA/EUROPE | 562700 | 299,680 | - | - | - | **299,680** |
| AIR-FLIGHT PENALTIES - APA - OUTBOUN | 562855 | 9,340 | - | - | - | **9,340** |
| REV-GATEWAY SURCH OUTBD EUROPE | 577000 | (9,460.00) | - | - | - | **(9,460)** |
| REV-US GTWAY SRCHRGE OUTBND US | 577100 | (100,513.90) | - | - | - | **(100,514)** |
| REV-SURCHG OUTBND US,SP,S.AMER | 577200 | (5,528.00) | - | - | - | **(5,528)** |
| REV-SURCHG OUTBOUND US/S. AMER | 577250 | (73,045.86) | - | - | - | **(73,046)** |
| REV-GTWY SRCHRG OUTBD S.AFRICA | 577300 | (19,331.00) | - | - | - | **(19,331)** |
| REV-GTWY SURCHARGE ASIA | 577400 | (27,764.00) | - | - | - | **(27,764)** |
| REV-GTWY SURCHARGE ME | 577500 | (3,605.00) | - | - | - | **(3,605)** |
| REV-GTWY SURCHARGE CANADA | 577600 | (1,305.00) | - | - | - | **(1,305)** |
| AIR-AIRPORT HANDLING | 580150 | - | - | - | - | **-** |
| TICKET COST RECHARGE G/W | 580155 | - | - | 25,324 | - | **25,324** |
| TICKET COST RECHARGED STAM | 580156 | - | - | (24,624) | - | **(24,624)** |

REPLY APP 00218

**AuPair in America**
**Income Statement Format**
**December 31, 2011**

| | | US - AuPair 030 2011 12 | US -Educare 035 2011 12 | UK AuPair 030 2011 12 | London AuPair 030 2011 12 | Total AuPair |
|---|---|---|---|---|---|---|
| | Co. | USAIF | USAIF | UKAIF | LNDIN | |
| | Dept | | | | | |
| | Year | | | | | |
| AIR-DOMESTIC TRAVEL (EXTENDING AU | 580170 | 25,636 | - | - | - | 25,636 |
| AIR - INTERNATIONAL FUEL SURCHARGE | 580400 | - | - | - | - | - |
| AIR-CONTIGENCY | 581000 | 116,233 | - | - | - | 116,233 |
| TOTAL AIR COSTS | | 3,634,638 | - | (761,925) | - | 2,872,713 |
| **TOTAL PROGRAM DIRECT COSTS** | | 13,050,086 | 663 | 2,001,637 | | 15,052,386 |
| | | | | | | |
| OTH REV - COMPREHENSIVE INSURANCE | 490175 | 81,851 | - | - | - | 81,851 |
| OTH REV - UPGRADED INSURANCE | 490200 | - | - | 519,865 | - | 519,865 |
| OTH REV - INSURANCE MEDICAL OPTION | 490201 | - | - | 64,167 | - | 64,167 |
| OTH REV - TRAVEL PACKAGE OPTIONAL | 490202 | - | - | 11,468 | - | 11,468 |
| OTH REV - 13TH MO INS REV | 490240 | 49,531 | - | - | - | 49,531 |
| OTH REV - EXTENDED PYMT PLAN I | 490300 | 256,902 | 13,515 | - | - | 270,417 |
| OTH REV - T-SHIRT/GIFTS | 490400 | 21 | - | - | - | 21 |
| OTH REV - HOMELINE - APA | 490700 | 5,757 | - | - | - | 5,757 |
| OTH REV - APPLICATION ENHANCEMENT | 490951 | - | - | 26,390 | - | 26,390 |
| OTH REV - APPLICATION ENHANCEMENT | 490952 | - | - | (17,600.00) | - | (17,600) |
| OTH REV - FORFEITED GOOD FAITH | 491000 | 22,000 | - | 94,559 | - | 116,559 |
| OTH REV - TRAVEL PROGRAMS | 492500 | 24,893 | - | - | - | 24,893 |
| OTH REV - MISCELLANEOUS | 492600 | - | - | (375) | - | (375) |
| REVENUE - VISAS | 492700 | - | - | 3,696 | - | 3,696 |
| **TOTAL OTHER REVENUE** | | 440,955 | 13,515 | 702,172 | | 1,156,641 |
| | | | | | | |
| OTH LAND - UPGRADE INSURANCE | 590100 | 358,083 | - | - | - | 358,083 |
| OTH LAND -SPORTS INSURANCE COSTS | 590110 | 1,575 | - | - | - | 1,575 |
| OTH LAND -AAA DRIVING COSTS | 590120 | 84,686 | - | - | - | 84,686 |
| OTH LAND - 13 MO INS EXP | 590125 | 16,832 | - | - | - | 16,832 |
| OTH LAND - MDSE.(T-SHIRT/GIFTS | 590150 | - | - | - | - | - |
| OTH LAND - COMPREHENSIVE INSURANC | 590175 | 57,865 | - | - | - | 57,865 |
| LONDON EX/REV RECORDED IN CT | 592997 | 4,166 | - | - | - | 4,166 |
| DEFERRED AIR COSTS CO | 599990 | - | - | - | - | - |
| **TOTAL OTHER COSTS** | | 523,206 | - | - | - | 523,206 |
| **GROSS MARGIN** | | 8,278,534 | 1,254,236 | 3,294,339 | - | 12,827,109 |
| | | | | | | |
| SALES EXP - F/T SALES FORCE-CO | 610100 | 38,654 | - | - | - | 38,654 |
| SALES EXP - MARKETING REPS | 610150 | - | - | - | - | - |
| SALES MTG. - CONVENTIONS - CA | 611400 | (0) | - | - | - | - |
| SALES EXP - INCENTIVES - APA | 622000 | 48,292 | - | - | - | 48,292 |
| COMMISSIONS-GR STAFF-COLLE | 622100 | 25,893 | - | - | - | 25,893 |
| CONTRA SF OFFICE SAL/COMMISSION AI | 622310 | 79,695 | - | - | - | 79,695 |
| SALES-CONTINGENCIES-CA | 623500 | 6,680 | - | - | - | 6,680 |
| SALES-REG COUNS MKTING INCENTI | 624100 | 8,523 | - | - | - | 8,523 |
| SALES-REG COUNS MKTING EXPENSE | 624150 | 27,742 | - | - | - | 27,742 |
| SALES - HOST FAMILY RECRUITMENT FAI | 624175 | 203 | - | - | - | 203 |
| CONTRA SF OFFICE GENERAL SALES EXPE | 640030 | 28,630 | - | - | - | 28,630 |
| **SELLING COSTS - SALES** | | 264,313 | - | - | - | 264,313 |
| | | | | | | |
| PRINTING-CATALOGS | 650050 | 16,119 | - | - | - | 16,119 |
| PRINTING - POSTAGE | 651000 | 298,742 | - | 4,594 | - | 303,336 |
| POSTAGE - COURIER | 651010 | - | - | 62,633 | - | 62,633 |
| POSTAGE - MATERIALS | 651020 | - | - | 61 | - | 61 |
| PRINTING-TELEMARKETING | 652500 | 32,100 | - | - | - | 32,100 |
| PRINTING-ADVERTISING | 653000 | 544,879 | - | - | - | 544,879 |
| REMEDIAL MARKETING | 653050 | - | - | 5,961 | - | 5,961 |
| PRINTING-PUBLIC RELATIONS | 653500 | 6,175 | - | - | - | 6,175 |
| PRINTING-OTHER PRINT | 655000 | 222,718 | - | 3,198 | - | 225,916 |
| BROCHURES & POSTERS | 655010 | - | - | 21,300 | - | 21,300 |
| POSTERS/LEAFLETS | 655030 | - | - | - | - | - |
| PRINTING MAIL HOUSE EXP. AYA | 655500 | 34,228 | - | - | - | 34,228 |
| PRINTING - EXHIBITS - APA | 656500 | 2,223 | - | - | - | 2,223 |
| PRINTING - COUNSELOR LEADS-APA | 657500 | 16,800 | - | - | - | 16,800 |
| PRINTING - REFERRALS - AYS/CSS | 657600 | 58,750 | - | - | - | 58,750 |
| DEFERRED PRINT. COSTS CONTRA- | 659990 | (0) | - | - | - | - |
| CROSS SELLING CONTRA | 660005 | 117 | - | - | - | 117 |
| **SELLING COSTS - PRINTING** | | 1,232,851 | - | 97,747 | - | 1,330,598 |

REPLY APP 00219

**AuPair in America**
**Income Statement Format**
**December 31, 2011**

| | Co. Dept Year | USAIF US - AuPair 030 2011 12 | USAIF US -Educare 035 2011 12 | UKAIF UK AuPair 030 2011 12 | LNDIN London AuPair 030 2011 12 | Total AuPair |
|---|---|---|---|---|---|---|
| **TOTAL SELLING EXPENSE** | | 1,497,164 | - | 97,747 | - | **1,594,911** |
| SALARIES DEPARTMENTAL | 701000 | 1,506,268 | - | 551,815 | - | **2,058,083** |
| BONUS | 701010 | - | - | 38,586 | - | **38,586** |
| EMPLOYERS NHI | 701020 | - | - | 61,412 | - | **61,412** |
| OTHER REGULAR SALARIES | 701050 | 53,847.99 | - | - | - | **53,848** |
| SALARIES-SEASONAL/OT | 701100 | 29,351 | - | - | - | **29,351** |
| TEMPORARY HELP | 701200 | 308 | - | 335 | - | **643** |
| **SALARIES** | | 1,589,775 | - | 652,148 | - | **2,241,923** |
| TRAVEL & ENTERTAINMENT | 730000 | (200) | - | 15,402 | - | **15,202** |
| STAFF ENTERTAINING | 730010 | - | - | 7,274 | - | **7,274** |
| BUSINESS ENTERTAINING | 730020 | - | - | 4,443 | - | **4,443** |
| TRAVEL & ENTER -MEALS | 730100 | 2,559 | - | 332 | - | **2,891** |
| BUSINESS MEALS & ENTERTAINMENT | 730150 | 11,878 | - | - | - | **11,878** |
| HOTEL & AIRFARE | 730500 | 35,990 | - | - | - | **35,990** |
| GROUND TRANSPORTATION - EE | 730520 | 8,456 | - | - | - | **8,456** |
| **TRAVEL & ENTERTAINMENT** | | 58,683 | - | 27,451 | - | **86,134** |
| GROUP INSURANCE | 705000 | - | - | 28,653 | - | **28,653** |
| BUPA HEALTH SCREENING & EY | 705210 | - | - | 9,282 | - | **9,282** |
| EMPLOYEE EDUCATION | 705300 | - | - | 375 | - | **375** |
| COMPANY EMPLOYEE TRAINING | 705400 | 6,136 | - | - | - | **6,136** |
| MISC. EMPLOYEE BENEFITS | 705650 | 1,584 | - | - | - | **1,584** |
| FITNESS CENTER REIMB. | 705800 | (577.14) | - | - | - | **(577)** |
| PENSION | 708300 | - | - | 37,171 | - | **37,171** |
| FRINGE ALLOCATION | 774050 | 429,991 | - | - | - | **429,991** |
| **FRINGE BENEFITS** | | 437,133 | - | 75,481 | - | **512,615** |
| TELEPHONE | 716000 | 24,778 | - | 8,784 | - | **33,562** |
| TELEPHONE-EMAIL | 716100 | 1,705 | - | - | - | **1,705** |
| INTERNET SERVICES | 716200 | - | - | 16,797 | - | **16,797** |
| COURIERS | 730050 | - | - | 78 | - | **78** |
| OFFICE SUPPLIES | 740000 | 6,347 | - | 17,328 | - | **23,675** |
| COMPUTER SUPPLIES | 740200 | 1,149 | - | 45 | - | **1,194** |
| PUBLIC., SUBSCR., DUES | 740300 | 346 | - | 2,125 | - | **2,471** |
| AUDIT - OTHER - APA | 750100 | 8,600 | - | - | - | **8,600** |
| PROF. FEES - LEGAL | 755000 | 43,576 | - | 12,889 | - | **56,465** |
| PROF. FEES - MISC. | 755200 | - | - | 6,304 | - | **6,304** |
| EMPLOYEE RECRUITING | 755400 | 10,854 | - | 17,497 | - | **28,351** |
| CONSULTING | 755500 | 1,200 | - | - | - | **1,200** |
| LOBBYING EXPENSE | 755900 | 27,740 | - | - | - | **27,740** |
| EQUIPMENT MAINTENANCE | 761000 | - | - | - | - | **-** |
| SYSTEMS SOFTWARE MAINT. | 761100 | 816 | - | - | - | **816** |
| CONTRIBUTIONS | 771400 | - | - | - | - | **-** |
| BANK CHARGES | 771500 | 4,294 | - | 37,396 | - | **41,690** |
| MISC COSTS | 773050 | 597 | - | 152 | - | **749** |
| DEPRECIATION - FURN. & FIXT. | 787050 | - | - | 62 | - | **62** |
| DEPRECIATION - LEASEHOLD IMPROVEM | 787350 | - | - | 2,648 | - | **2,648** |
| DEPRECIATION - OFFICE EQUIPMEN | 787450 | - | - | 3,506 | - | **3,506** |
| DEPRECIATION - SOFTWARE | 788150 | 420,466 | - | - | - | **420,466** |
| DEPRECIATION HARDWARE | 788450 | 4,939 | - | 1,082 | - | **6,021** |
| DEPRECIATION - GEN. SYS. SOFTW | 788850 | - | - | 197,759 | - | **197,759** |
| **ALL OTHER OVERHEAD** | | 557,405 | - | 324,451 | - | **881,856** |
| **TOTAL DIRECT G & A EXP** | | 2,642,996 | - | 1,079,531 | - | **3,722,527** |
| **PROGRAM CONTRIBUTION** | | 4,138,375 | 1,254,236 | 2,117,060 | - | **7,509,672** |
| SUPPORT ALLOCATION | 774300 | 3,265,070 | - | - | - | **3,265,070** |
| G & A OFFSET ACCOUNT | 774700 | - | - | 1,392,749 | 45,650 | **1,438,399** |
| **ALLOCATED EXPENSES** | | 3,265,070 | - | 1,392,749 | 45,650 | **4,703,469** |
| INTEREST EXPENSE ALLOCATION | 812000 | 10,880 | - | - | - | **10,880** |
| TOTAL INTEREST EXPENSE | | 10,880 | - | - | - | **10,880** |
| INVESTMENT INCOME ALLOCATION | 859000 | (9,993) | - | - | - | **(9,993)** |
| **TOTAL INTEREST INCOME** | | (9,993) | - | - | - | **(9,993)** |
| **NET CONTRIBUTION** | | 872,418 | 1,254,236 | 724,311 | (45,650) | **2,805,316** |

REPLY APP 00220

**AuPair in America**
**Income Statement Format**
**December 31, 2012**

| | Co. | USAIF US - AuPair | USAIF US -Educare | UKAIF UK AuPair | LNDIN London AuPair | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | 2012 Year | 2012 | 2012 | 2012 | 2012 | |
| | 12 | 12 | 12 | 12 | 12 | |
| REVENUE - PROGRAM | 400050 | 23,372,256 | 1,304,530 | - | - | 24,676,786 |
| REVENUE-EDUCARE REVENUE FROM AU | 400055 | - | - | 128,761 | - | 128,761 |
| REVENUE - EXTENSION PROGRAM | 400075 | 6,158,950 | - | - | - | 6,158,950 |
| REVENUE - MATCH FEE APIA | 400150 | 1,332,147 | 84,708 | - | - | 1,416,856 |
| REVENUE - REGISTRATION FEE | 400300 | (1,750) | - | 599,888 | - | 598,138 |
| EXTENDED PGM FEE | 401400 | 822,835 | 16,854 | - | - | 839,690 |
| MATCH SHORT CREDIT | 401500 | (4,012,975.87) | (176,259.08) | - | - | (4,189,235) |
| PENALTY | 401700 | 300,103 | - | - | - | 300,103 |
| INSURANCE CONTRIBUTION | 401830 | - | - | 388,402 | - | 388,402 |
| WITHHELD PAYMENTS FROM CANCELLEI | 401840 | - | - | 895.03 | - | 895 |
| REVENUE-SEVIS (NEW AU PAIRS) | 401850 | 108,885 | 7,175 | - | - | 116,060 |
| REVENUE-SEVIS (EXTENDING AU PAIRS) | 401870 | 203,642 | - | - | - | 203,642 |
| PROGRAM FEE ADJMT | 402300 | (750,671) | (23,392) | - | - | (774,064) |
| NON BILLED DAYS CR | 402400 | (38,405.56) | (1,199.48) | - | - | (39,605) |
| REVENUE-FINANCE CHARGE - APA | 402450 | 18,400 | - | - | - | 18,400 |
| 5% DISCOUNT | 402500 | 345 | - | - | - | 345 |
| HOST FAMILY RECRUITMENT CREDIT | 402600 | (232,900) | - | - | - | (232,900) |
| MATCH FEE CREDIT-REPEAT DISCOUNT | 402610 | (525,556) | - | - | - | (525,556) |
| REVENUE-BAD DEBT EXPENSE | 410100 | (119,603) | - | - | - | (119,603) |
| REVENUE - RESERVE - APA | 410200 | (21,516) | - | - | - | (21,516) |
| REVENUE - PRIOR YEAR ADJ | 420000 | 178,104 | - | - | - | 178,104 |
| CONTRA PROGRAM REVENUE | 489950 | (3,280,225.56) | - | 6,209,085.48 | - | 2,928,860 |
| REVENUE COLLECTED ON BEHALF | 489951 | - | - | (2,928,859.92) | - | (2,928,860) |
| OTHER REV-SPORTS INS RECEIPTS | 490110 | 9,477 | - | - | - | 9,477 |
| OTHER REV-AAA DRIVING RECEIPTS | 490120 | 127,850 | - | - | - | 127,850 |
| **TOTAL REVENUES** | | 23,649,391 | 1,212,417 | 4,398,172 | - | 29,259,980 |
| **PROGRAM COSTS** | | | | | | |
| LAND - VISAS | 500100 | - | - | 71 | - | 71 |
| LAND - HOTEL - CA | 500150 | - | - | 414.69 | - | 415 |
| LAND - GENERAL LIAB. INSURANCE | 501050 | 106,869 | - | - | - | 106,869 |
| LAND - MED/BAG INSURANCE | 501100 | 3,599,038 | - | - | - | 3,599,038 |
| LAND - ORIENTATION (ARRIVALS) | 501150 | 1,387,259 | - | - | - | 1,387,259 |
| LAND - EDUCATION / CULT EVENT | 501200 | 421 | - | - | - | 421 |
| LAND-CC HOST FAMILY INTERVIEW | 501250 | 156,090 | - | - | - | 156,090 |
| LAND CONTINGENCY | 501500 | 19,951 | - | - | - | 19,951 |
| LAND - DRIVING LESSON | 501575 | 4,881 | - | - | - | 4,881 |
| LAND CC ANNUAL PLACEMENT SERV. | 501600 | 3,813,748 | - | - | - | 3,813,748 |
| LAND REGIONAL COUNSELOR EXP- | 501850 | 25,020 | - | - | - | 25,020 |
| LAND-REGIONAL COUNSELOR FEE | 501900 | 66,400 | - | - | - | 66,400 |
| LAND CC PLACEMENT/HF ORIENTATI | 501950 | 303,970 | - | - | - | 303,970 |
| LAND-CC RECRUITMENT/TRAINING-A | 502000 | 47,137 | - | - | - | 47,137 |
| LAND - USE TAX EXPENSE | 502250 | 10,498 | - | - | - | 10,498 |
| MISC. COSTS - SETTLEMENTS | 502300 | - | - | - | - | - |
| LAND-CC REMATCH PHONE/HOUSING | 502425 | 44,627 | - | - | - | 44,627 |
| LAND-APA EXTRA COMPLETION PAYMEN | 503100 | - | - | - | - | - |
| CURRENCY-EXCHANGE RATE EXPN. | 520000 | - | - | 30,557 | (3,710) | 26,846 |
| OTH LAND HF ORIENT/WKSHP MTR | 530200 | 26,874 | - | - | - | 26,874 |
| OTH LAND RED CROSS SCHOL-APA | 530300 | 17,359 | - | - | - | 17,359 |
| OTH LAND-APA EDUC MTRLS/VIDEO | 530350 | 3,648 | - | - | - | 3,648 |
| OTH LAND-STUD TRAV OFF SERV FE | 531000 | (10) | - | - | - | (10) |
| OTH LAND COSTS - CC CHARGES | 531100 | 529,623 | - | - | - | 529,623 |
| OTH LAND-SEVIS (NEW AU PAIRS) | 531200 | 124,971 | - | - | - | 124,971 |
| OTH LAND-SEVIS (EXTENDING AU PAIRS) | 531250 | 276,907 | - | - | - | 276,907 |
| OVERSEAS COMMISSIONS | 531600 | - | - | 1,167,813 | - | 1,167,813 |

**REPLY APP 00221**

**AuPair in America**
**Income Statement Format**
**December 31, 2012**

Au Pair IN AMERICA

| | Co. | USAIF US-AuPair 030 | USAIF US-Educare 035 | UKAIF UK AuPair 030 | LNDIN London AuPair 030 | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | 2012 Year | 2012 | 2012 | 2012 | 2012 | |
| | 12 | 12 | 12 | 12 | 12 | |
| OVERSEAS MARKETING | 531700 | - | - | 6,493 | - | **6,493** |
| EXPERIMENT INT COMMN | 531920 | - | - | 241,747 | - | **241,747** |
| EXPERIMENT MKT SUPP | 531950 | - | - | 20,125 | - | **20,125** |
| NATIONAL CONVENTION | 533000 | 107,789 | - | - | - | **107,789** |
| UK INTERVIEW PAYMENTS | 533100 | - | - | 51,460 | - | **51,460** |
| UK INTERVIEWER MARKETI | 533300 | - | - | 37,974 | - | **37,974** |
| GIJK INSURANCE COMMISS | 533650 | - | - | 12,840 | - | **12,840** |
| INTERVIEWER INCENTIVE F | 533700 | - | - | 50,454 | - | **50,454** |
| RECRUITING COSTS - SOUTH AFRICA | 533725 | - | - | 923,882 | - | **923,882** |
| OVERSEAS AGENTS MARK | 533750 | - | - | 145,637 | - | **145,637** |
| INTERVIEWER CONFERENCE | 533800 | - | - | 51,081 | - | **51,081** |
| PROMOTIONAL ITEMS | 534000 | - | - | 1,800 | - | **1,800** |
| VIDEO | 534050 | - | - | 30,000.00 | - | **30,000** |
| PSYCHOMETRIC TESTING | 534100 | - | - | 109,844 | - | **109,844** |
| EXHIBITOR SPACE | 534250 | - | - | 5,484 | - | **5,484** |
| COMPLAINTS | 534300 | - | - | 1,666 | - | **1,666** |
| DEFERRED LAND COSTS CONTRA | 539990 | - | - | - | - | **-** |
| **TOTAL LAND COSTS** | | 10,673,067 | - | 2,889,343 | (3,710) | **13,558,699** |
| | | | | | | |
| AIR - FLIGHT COSTS | 540050 | 14,174 | - | - | - | **14,174** |
| AIR-FLIGHT COSTS-APA-SAF/NY | 540510 | 158,630 | - | - | - | **158,630** |
| AIR - FLIGHT COSTS-APA-NY/SAF | 540540 | 45,371 | - | - | - | **45,371** |
| AIR - FLT COSTS-APA-SAM&SP/NY | 540610 | 634,286 | - | - | - | **634,286** |
| AIR FLT COSTS APA ASIA/NY | 540620 | 230,303 | - | - | - | **230,303** |
| AIR FLT COSTS APA ME/NY | 540630 | 60,184 | - | - | - | **60,184** |
| AIR FLT COSTS APA CANADA/NY | 540635 | 8,777 | - | - | - | **8,777** |
| AIR FLT COSTS APA SP/NY | 540640 | 49,235 | - | - | - | **49,235** |
| AIR FLT COSTS APA USA/SP | 540650 | 21,263 | - | - | - | **21,263** |
| AIR-FLT COSTS-APA-USA/SAM&SP | 540660 | 188,761 | - | - | - | **188,761** |
| AIR FLT COSTS APA NY/ASIA | 540670 | 32,266 | - | - | - | **32,266** |
| AIR FLT COSTS APA USA/ASIA | 540680 | 86,810 | - | - | - | **86,810** |
| AIR FLT COSTS APA NY/MIDDLE EAST | 540690 | 9,719 | - | - | - | **9,719** |
| AIR FLT COSTS APA USA/MIDDLE EAST | 540695 | 3,952 | - | - | - | **3,952** |
| AIR-FLT COSTS-APA-EUROPE/NYC | 542200 | 1,292,447 | - | - | - | **1,292,447** |
| AIR-INBOUND PENALTIES - APA - INBOUI | 542455 | 4,383 | - | - | - | **4,383** |
| INBOUND FROM EUROPE | 543100 | - | - | (994,453.20) | - | **(994,453)** |
| AIR-FLIGHT COST-EB-NY/LDN | 560100 | 1,035 | - | - | - | **1,035** |
| AIR-PRIOR YR FLT SAVINGS | 560125 | (897,543.44) | - | - | - | **(897,543)** |
| AIR-CY RETURN FLT ACCRUAL | 560200 | 932,145 | - | - | - | **932,145** |
| AIR - FLIGHT COSTS-APA-USA/SAF | 560560 | 67,410 | - | - | - | **67,410** |
| AIR-FLT COSTS-APA-NY/SAM&SP | 560640 | 73,381 | - | - | - | **73,381** |
| AIR FLT COSTS APA NY/SP | 560650 | 7,596 | - | - | - | **7,596** |
| AIR FLT COSTS APA NYC/CANADA | 560660 | 1,337 | - | - | - | **1,337** |
| AIR FLT COSTS APA USA/CANADA | 560670 | 2,693 | - | - | - | **2,693** |
| AIR-EB EARLY DEPART (ALL SECTO | 562000 | 53,940 | - | - | - | **53,940** |
| AIR-FLT COSTS-APA-USA/LDN | 562500 | 3,518 | - | - | - | **3,518** |
| AIR - FLT COSTS-APA-NYC/EUROPE | 562600 | 413,963 | - | - | - | **413,963** |
| AIR - FLT COSTS-APA-USA/EUROPE | 562700 | 344,901 | - | - | - | **344,901** |
| AIR-FLIGHT PENALTIES - APA - OUTBOUN | 562855 | 3,803 | - | - | - | **3,803** |
| REV-GATEWAY SURCH OUTBD EUROPE | 577000 | (60,302.24) | - | - | - | **(60,302)** |
| REV-US GTWAY SRCHRGE OUTBND US | 577100 | (111,276.90) | - | - | - | **(111,277)** |
| REV-SURCHG OUTBND US,SP,S.AMER | 577200 | (8,107.00) | - | - | - | **(8,107)** |
| REV-SURCHG OUTBOUND US/S. AMER | 577250 | (72,725.35) | - | - | - | **(72,725)** |
| REV-GTWY SRCHRG OUTBD S.AFRICA | 577300 | (24,432) | - | - | - | **(24,432)** |
| REV-GTWY SURCHARGE ASIA | 577400 | (23,599) | - | - | - | **(23,599)** |
| REV-GTWY SURCHARGE ME | 577500 | (4,117) | - | - | - | **(4,117)** |
| REV-GTWY SURCHARGE CANADA | 577600 | (640) | - | - | - | **(640)** |
| TICKET COST RECHARGE G/W | 580155 | - | - | - | - | **-** |
| TICKET COST RECHARGED STAM | 580156 | - | - | - | - | **-** |
| AIR-DOMESTIC TRAVEL (EXTENDING AU | 580170 | 31,869 | - | - | - | **31,869** |
| AIR - INTERNATIONAL FUEL SURCHARGE | 580400 | - | - | - | - | **-** |

REPLY APP 00222

**AuPair in America**
**Income Statement Format**
**December 31, 2012**

AuPair IN AMERICA

| | Co. | USAIF US - AuPair 030 | USAIF US -Educare 035 | UKAIF UK AuPair 030 | LNDIN London AuPair 030 | Total AuPair |
|---|---|---|---|---|---|---|
| | Dept | 030 | 035 | 030 | 030 | |
| | 2012 Year | 2012 | 2012 | 2012 | 2012 | |
| | 12 | 12 | 12 | 12 | 12 | |
| AIR-CONTIGENCY | 581000 | 127,476 | - | - | - | 127,476 |
| TOTAL AIR COSTS | | 3,702,887 | - | (994,453) | - | 2,708,434 |
| **TOTAL PROGRAM DIRECT COSTS** | | 14,375,954 | - | 1,894,890 | (3,710) | 16,267,133 |
| | | | | | | |
| OTH REV - COMPREHENSIVE INSURANCE | 490175 | 150,700 | - | - | - | 150,700 |
| OTH REV - UPGRADED INSURANCE | 490200 | - | - | 600,825 | - | 600,825 |
| OTH REV - INSURANCE MEDICAL OPTION | 490201 | - | - | 99,942 | - | 99,942 |
| OTH REV - TRAVEL PACKAGE OPTIONAL | 490202 | - | - | 10,505 | - | 10,505 |
| OTH REV - 13TH MO INS REV | 490240 | 41,738 | - | - | - | 41,738 |
| OTH REV - EXTENDED PYMT PLAN I | 490300 | 275,120 | 13,005 | - | - | 288,125 |
| OTH REV - T-SHIRT/GIFTS | 490400 | - | - | - | - | - |
| OTH REV - HOMELINE - APA | 490700 | 9,325 | - | - | - | 9,325 |
| OTH REV - APPLICATION ENHANCEMENT | 490951 | - | - | 33,430 | - | 33,430 |
| OTH REV - APPLICATION ENHANCEMENT | 490952 | - | - | (16,000.00) | - | (16,000) |
| OTH REV - FORFEITED GOOD FAITH | 491000 | 24,200 | - | 85,334 | - | 109,534 |
| OTH REV - TRAVEL PROGRAMS | 492500 | 24,706 | - | - | - | 24,706 |
| OTH REV - MISCELLANEOUS | 492600 | - | - | (822) | - | (822) |
| REVENUE - VISAS | 492700 | - | - | 3,246 | - | 3,246 |
| **TOTAL OTHER REVENUE** | | 525,790 | 13,005 | 816,460 | - | 1,355,255 |
| | | | | | | |
| OTH LAND - UPGRADE INSURANCE | 590100 | 537,747 | - | - | - | 537,747 |
| OTH LAND -SPORTS INSURANCE COSTS | 590110 | 6,087 | - | - | - | 6,087 |
| OTH LAND -AAA DRIVING COSTS | 590120 | 108,305 | - | - | - | 108,305 |
| OTH LAND - 13 MO INS EXP | 590125 | 14,932 | - | - | - | 14,932 |
| OTH LAND - COMPREHENSIVE INSURANC | 590175 | 106,518 | - | - | - | 106,518 |
| LONDON EX/REV RECORDED IN CT | 592997 | 3,465 | - | - | - | 3,465 |
| **TOTAL OTHER  COSTS** | | 777,054 | - | - | - | 777,054 |
| **GROSS MARGIN** | | 9,022,173 | 1,225,422 | 3,319,743 | 3,710 | 13,571,048 |
| | | | | | | |
| SALES EXP - F/T SALES FORCE-CO | 610100 | 37,975 | - | - | - | 37,975 |
| SALES MTG. - CONVENTIONS - CA | 611400 | - | - | - | - | - |
| SALES EXP - INCENTIVES - APA | 622000 | 19,255 | - | - | - | 19,255 |
| COMMISSIONS-GR STAFF-COLLE | 622100 | 17,068 | - | - | - | 17,068 |
| SALES SALARIES SALES FORCE CO | 622250 | 47,780.85 | - | - | - | 47,781 |
| CONTRA SF OFFICE SAL/COMMISSION AI | 622310 | - | - | - | - | - |
| SALES-CONTINGENCIES-CA | 623500 | 750 | - | - | - | 750 |
| SALES-REG COUNS MKTING INCENTI | 624100 | 5,280 | - | - | - | 5,280 |
| SALES-REG COUNS MKTING EXPENSE | 624150 | 16,425 | - | - | - | 16,425 |
| SALES - HOST FAMILY RECRUITMENT FAI | 624175 | - | - | - | - | - |
| CONTRA SF OFFICE GENERAL SALES EXPE | 640030 | - | - | - | - | - |
| **SELLING COSTS - SALES** | | 144,533 | - | - | - | 144,533 |
| | | | | | | |
| PRINTING-CATALOGS | 650050 | 13,469 | - | - | - | 13,469 |
| PRINTING - POSTAGE | 651000 | 242,793 | - | (1,285) | - | 241,508 |
| POSTAGE - COURIER | 651010 | - | - | 75,666 | - | 75,666 |
| POSTAGE - MATERIALS | 651020 | - | - | - | - | - |
| PRINTING-PHOTOGRAPHY | 651500 | 2,895.33 | - | - | - | 2,895 |
| MARKETING - RESEARCH & INITIATIVES | 651550 | - | - | 57.38 | - | 57 |
| PRINTING-TELEMARKETING | 652500 | 32,400 | - | - | - | 32,400 |
| OUTSOURCE TELEMARKETING | 652550 | 16,633.61 | - | - | - | 16,634 |
| PRINTING-ADVERTISING | 653000 | 592,025 | - | 3,013 | - | 595,038 |
| REMEDIAL MARKETING | 653050 | - | - | 3,674 | - | 3,674 |
| PRINTING-PUBLIC RELATIONS | 653500 | 12,775 | - | - | - | 12,775 |
| PRINTING-OTHER PRINT | 655000 | 263,112 | - | 1,123 | - | 264,235 |
| BROCHURES & POSTERS | 655100 | - | - | - | - | - |
| PRINTING MAIL HOUSE EXP. AYA | 655500 | 44,268 | - | - | - | 44,268 |
| PRINTING - EXHIBITS - APA | 656500 | 354 | - | - | - | 354 |
| PRINTING - COUNSELOR LEADS-APA | 657500 | 9,600 | - | - | - | 9,600 |
| PRINTING - REFERRALS - AYS/CSS | 657600 | 85,700 | - | - | - | 85,700 |
| DEFERRED PRINT. COSTS CONTRA- | 659990 | - | - | - | - | - |
| CROSS SELLING CONTRA | 660005 | 212 | - | - | - | 212 |
| **SELLING COSTS - PRINTING** | | 1,316,237 | - | 82,248 | - | 1,398,485 |
| **TOTAL SELLING EXPENSE** | | 1,460,770 | - | 82,248 | - | 1,543,019 |

REPLY APP 00223

| AuPair in America<br>Income Statement Format<br>December 31, 2012 | Co.<br><br>Dept<br>Year | USAIF<br>US - AuPair<br>030<br>2012 | USAIF<br>US -Educare<br>035<br>2012 | UKAIF<br>UK AuPair<br>030<br>2012 | LNDIN<br>London AuPair<br>030<br>2012 | Total AuPair |
|---|---|---|---|---|---|---|
| | 12 | 12 | 12 | 12 | 12 | 12 |
| SALARIES DEPARTMENTAL | 701000 | 1,538,889 | - | 594,996 | - | 2,133,885 |
| BONUS | 701010 | - | - | 52,090 | - | 52,090 |
| EMPLOYERS NHI | 701020 | - | - | 59,658 | - | 59,658 |
| OTHER REGULAR SALARIES | 701050 | 46,674.75 | - | - | - | 46,675 |
| SALARIES-SEASONAL/OT | 701100 | 30,323 | - | - | - | 30,323 |
| OVERTIME SALARY- TEMPS | 701150 | 823 | - | - | - | 823 |
| TEMPORARY HELP | 701200 | 4,652 | - | - | - | 4,652 |
| **SALARIES** | | 1,621,362 | - | 706,744 | - | 2,328,106 |
| TRAVEL & ENTERTAINMENT | 730000 | - | - | 66,476 | - | 66,476 |
| STAFF ENTERTAINING | 730010 | - | - | 4,044 | - | 4,044 |
| BUSINESS ENTERTAINING | 730020 | - | - | 3,434 | - | 3,434 |
| TRAVEL & ENTER -MEALS | 730100 | 1,887 | - | 1,485 | - | 3,371 |
| BUSINESS MEALS & ENTERTAINMENT | 730150 | 12,430 | - | - | - | 12,430 |
| HOTEL & AIRFARE | 730500 | 57,707 | - | - | - | 57,707 |
| GROUND TRANSPORTATION - EE | 730520 | 7,664 | - | - | - | 7,664 |
| **TRAVEL & ENTERTAINMENT** | | 79,687 | - | 75,438 | - | 155,125 |
| GROUP INSURANCE | 705000 | - | - | 29,942 | - | 29,942 |
| BUPA HEALTH SCREENING & EY | 705210 | - | - | 4,555 | - | 4,555 |
| EMPLOYEE EDUCATION | 705300 | 3,942 | - | - | - | 3,942 |
| COMPANY EMPLOYEE TRAINING | 705400 | 1,567 | - | - | - | 1,567 |
| MISC. EMPLOYEE BENEFITS | 705650 | 800 | - | - | - | 800 |
| FITNESS CENTER REIMB. | 705800 | - | - | - | - | - |
| PENSION | 708300 | - | - | 34,783 | - | 34,783 |
| FRINGE ALLOCATION | 774050 | 543,595 | - | - | - | 543,595 |
| **FRINGE BENEFITS** | | 549,903 | - | 69,280 | - | 619,183 |
| TELEPHONE | 716000 | 23,680 | - | 7,973 | - | 31,653 |
| TELEPHONE-EMAIL | 716010 | 1,311 | - | - | - | 1,311 |
| INTERNET SERVICES | 716200 | - | - | 15,362 | - | 15,362 |
| COURIERS | 730050 | - | - | 31 | - | 31 |
| OFFICE SUPPLIES | 740000 | 10,579 | - | 15,176 | - | 25,755 |
| COMPUTER SUPPLIES | 740200 | 696 | - | 198 | - | 894 |
| PUBLIC., SUBSCR., DUES | 740300 | 630 | - | 13,439 | - | 14,069 |
| AUDIT - OTHER - APA | 750100 | 11,400 | - | - | - | 11,400 |
| PROF. FEES - LEGAL - | 755000 | 48,979 | - | 14,088 | - | 63,067 |
| PROF. FEES - MISC. | 755200 | - | - | 5,694 | - | 5,694 |
| EMPLOYEE RECRUITING | 755400 | 31,371 | - | 312 | - | 31,683 |
| CONSULTING | 755500 | - | - | - | - | - |
| LOBBYING EXPENSE | 755900 | 996 | - | - | - | 996 |
| SYSTEMS SOFTWARE MAINT. | 761100 | 842 | - | - | - | 842 |
| INTERNET MAINT. | 761300 | 213.98 | - | - | - | 214 |
| BANK CHARGES | 771500 | 914 | - | 38,558 | - | 39,471 |
| MISC COSTS | 773050 | 3,117 | - | 14,020 | - | 17,137 |
| DEPRECIATION - FURN. & FIXT. | 787050 | - | - | 51 | - | 51 |
| DEPRECIATION - LEASEHOLD IMPROVEM | 787350 | - | - | 2,595 | - | 2,595 |
| DEPRECIATION - OFFICE EQUIPMEN | 787450 | - | - | 2,981 | - | 2,981 |
| DEPRECIATION - SOFTWARE | 788150 | 384,082 | - | - | - | 384,082 |
| DEPRECIATION HARDWARE | 788450 | 10,872 | - | 1,061 | - | 11,933 |
| DEPRECIATION - GEN. SYS. SOFTW | 788850 | - | - | 134,996 | - | 134,996 |
| **ALL OTHER OVERHEAD** | | 529,682 | - | 266,534 | - | 796,217 |
| **TOTAL DIRECT G & A EXP** | | 2,780,635 | - | 1,117,996 | - | 3,898,631 |
| **PROGRAM CONTRIBUTION** | | 4,780,768 | 1,225,422 | 2,119,498 | 3,710 | 8,129,398 |
| SUPPORT ALLOCATION | 774300 | 3,482,356 | - | - | - | 3,482,356 |
| G & A OFFSET ACCOUNT | 774700 | - | - | 1,483,496 | 52,119 | 1,535,615 |
| **ALLOCATED EXPENSES** | | 3,482,356 | - | 1,483,496 | 52,119 | 5,017,972 |
| INTEREST EXPENSE ALLOCATION | 812000 | 6,722 | - | - | - | 6,722 |
| **TOTAL INTEREST EXPENSE** | | 6,722 | - | - | - | 6,722 |
| INVESTMENT INCOME ALLOCATION | 859000 | 15,000 | - | - | - | 15,000 |
| **TOTAL INTEREST INCOME** | | 15,000 | - | - | - | 15,000 |
| **NET CONTRIBUTION** | | 1,306,690 | 1,225,422 | 636,002 | (48,409) | **3,119,704** |

**AIFS INC.**

**CONSOLIDATING STATEMENT OF BUDGETED INCOME**

**2009 FINAL**

| | Au Pair | College | High School | Camp America | AIFS Deutschland | Insurance | SIG | Other/AYA | AIFS Aust. Pty. | Investment Income | Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 4,464 | - | - | 9,971 | 3,505 | - | - | - | 3,198 | | (2,329) | 18,809 |
| Placements | 4,220 | | | 5,406 | | | | | | | | 9,626 |
| Full revenue participants | 3,630 | 5,506 | 15,088 | 5,190 | 3,087 | 125,159 | 1,537 | 933 | 2,892 | | (1,605) | 161,417 |
| *Prior year full revenue participants* | *4,410* | *6,665* | *20,400* | *6,928* | *3,161* | *155,376* | *1,830* | *1,088* | *4,090* | | *(2,251)* | *201,697* |
| | 82% | 83% | 74% | 75% | 98% | 81% | 84% | 86% | 71% | | | 80% |
| Revenues | $ 28,673 | $ 45,171 | $ 57,174 | $ 15,014 | $ 11,286 | $ 16,388 | $ 5,459 | $ 560 | $1,372 | $ - | $ (6,953) | $ 174,144 |
| Land Costs | 12,208 | 29,896 | 26,342 | 3,973 | 6,951 | 11,572 | 3,819 | - | 486 | - | (6,953) | 88,294 |
| Air Cost | 2,811 | 2,298 | 15,173 | 2,854 | - | - | - | - | - | - | - | 23,136 |
| Margin | 13,654 | 12,977 | 15,659 | 8,187 | 4,335 | 4,816 | 1,640 | 560 | 886 | - | - | 62,714 |
| | 47.6% | 28.7% | 27.4% | 54.5% | 38.4% | 29.4% | 30.0% | 100.0% | 64.6% | 0.0% | 0.0% | 36.0% |
| Selling, General & Administrative | 5,775 | 5,234 | 12,243 | 3,762 | 3,456 | 2,770 | 1,107 | 133 | 890 | - | 2,133 | 37,503 |
| Allocated Overhead | 5,175 | 4,860 | 889 | 3,501 | - | 1,281 | 295 | 425 | - | - | 1,043 | 17,469 |
| Restructuring | - | - | - | - | - | - | - | - | - | - | - | - |
| | 10,950 | 10,094 | 13,132 | 7,263 | 3,456 | 4,051 | 1,402 | 558 | 890 | - | 3,176 | 54,972 |
| | 38.2% | 22.3% | 23.0% | 48.4% | 30.6% | 24.7% | 25.7% | 99.6% | 64.9% | 0.0% | 0.0% | 31.6% |
| Interest expense | 24 | 15 | | 4 | | 9 | | | - | | | 52 |
| Investment income | | | | | | | | | | 481 | | 481 |
| Investment allocation | 52 | 38 | 241 | 19 | - | 18 | 0 | - | 6 | (481) | 107 | 0 |
| Contingency | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income before Richmond & put** | **2,732** | **2,906** | **2,768** | **939** | **879** | **774** | **238** | **2** | **2** | **-** | **(3,069)** | **8,171** |
| Richmond | | (194) | | | | | | | | | (480) | (674) |
| NSGT | - | - | - | - | - | - | (28) | - | - | - | 28 | 0 |
| Put | - | - | - | - | - | - | - | - | - | - | (140) | (140) |
| Restructuring | - | - | (200) | - | - | - | - | - | - | - | (28) | (228) |
| Currency Mark to Market - FAS133 | | | | | | | | | | | - | 0 |
| SIG write-off | - | - | - | - | - | - | - | - | - | - | (2,232) | (2,232) |
| **Income before income taxes** | **$ 2,732** | **$ 2,712** | **$ 2,568** | **$ 939** | **$ 879** | **$ 774** | **$ 210** | **$ 2** | **$ 2** | **$ -** | **$ (5,921)** | **$ 4,897** |
| Income tax expense | | | | | | | | | | | | 2,284 |
| **Net income** | | | | | | | | | | | | **$ 2,613** |
| *Comparison to 2008 actual before tax* | $ 2,461 | $ 3,363 | $ 341 | $ 885 | $ 787 | $ 1,445 | $ (261) | $ (71) | $ 100 | $ - | $ (7,179) | 1,114 |
| *Variance* | $ 271 | $ (651) | $ 2,227 | $ 54 | $ 92 | $ (671) | $ 471 | $ 73 | $ (98) | $ - | $ 1,258 | $ 3,783 |

REPLY APP 00225

**AIFS INC.**
**CONSOLIDATING STATEMENT OF BUDGETED INCOME**
**2010 ACTUAL**
**1-Mar-11**

| | College | Au Pair | High School | Insurance | Camp America | AIFS Deutschland | AYA Srv Fee | SIG Srv Fee | AIFS Aust. Pty. | New Initiatives | Investment Income | Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | - | 3,850 | - | - | 7,953 | 3,319 | - | - | 1,812 | 61 | - | (2,110) | 14,885 |
| Placements | - | 3,982 | - | - | 4,700 | - | - | - | - | - | - | - | 8,682 |
| Full revenue participants | 3,668 | 3,446 | 13,110 | 120,159 | 4,625 | 3,031 | 964 | 1,714 | 1,533 | 61 | - | (1,525) | 150,786 |
| *Prior year full revenue participants* | *5,506* | *3,630* | *15,088* | *125,150* | *5,190* | *3,087* | *933* | *1,537* | *2,892* | *-* | *-* | *(1,605)* | *161,417* |
| | 67% | 95% | 87% | 96% | 89% | 98% | 103% | 112% | 53% | | | | 93% |
| Revenues | $ 39,665 | $ 27,218 | $ 50,046 | $ 17,329 | $ 12,685 | $ 11,083 | $ 541 | $ 664 | $ 1,341 | $ 237 | $ - | $ (6,809) | $ 154,000 |
| Land Costs | 24,396 | 12,021 | 22,683 | 12,222 | 3,631 | 7,539 | - | - | 274 | 118 | - | (6,809) | 76,075 |
| Air Cost | 3,146 | 3,275 | 14,630 | - | 2,863 | - | - | - | - | 20 | - | - | 23,934 |
| Margin | 12,123 | 11,922 | 12,733 | 5,107 | 6,191 | 3,544 | 541 | 664 | 1,067 | 99 | - | - | 53,991 |
| | 30.6% | 43.8% | 25.4% | 29.5% | 48.8% | 32.0% | 100.0% | 100.0% | 79.6% | 41.8% | 0.0% | 0.0% | 35.1% |
| Selling, General & Administrative | 5,815 | 5,389 | 10,712 | 2,644 | 3,365 | 3,221 | 121 | - | 1,085 | 433 | - | 1,647 | 34,432 |
| Allocated Overhead | 3,708 | 4,567 | 631 | 1,270 | 2,491 | - | 410 | 134 | - | - | - | 975 | 14,186 |
| Restructuring | - | - | - | - | - | - | - | 521 | - | - | - | - | 521 |
| | 9,523 | 9,956 | 11,343 | 3,914 | 5,856 | 3,221 | 531 | 655 | 1,085 | 433 | - | 2,622 | 49,139 |
| | 24.0% | 36.6% | 22.7% | 22.6% | 46.2% | 29.1% | 98.2% | 98.6% | 80.9% | 182.7% | 0.0% | -38.5% | 31.9% |
| Interest expense | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Investment income | - | - | - | - | - | - | - | - | - | - | 599 | 0 | 599 |
| Investment allocation | 7 | 3 | 241 | 9 | 2 | 19 | - | - | 13 | - | (599) | 305 | - |
| Contingency | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income before Richmond & put** | **2,607** | **1,969** | **1,631** | **1,202** | **337** | **342** | **10** | **9** | **(5)** | **(334)** | **-** | **(2,317)** | **5,451** |
| Richmond | (200) | - | - | - | - | - | - | - | - | - | - | (496) | (696) |
| NSGT | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Put | - | - | - | - | - | - | - | - | - | - | - | (8) | (8) |
| Restructuring | - | - | (130) | - | - | - | - | - | - | - | - | (169) | (299) |
| AIFS-Deutschland Campers Program | - | - | - | - | - | - | - | - | - | - | - | (99) | (99) |
| Reversal of First Rep. Unrealized Gains | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income before income taxes** | **$ 2,407** | **$ 1,969** | **$ 1,501** | **$ 1,202** | **$ 337** | **$ 342** | **$ 10** | **$ 9** | **$ (5)** | **$ (334)** | **$ -** | **$ (3,089)** | **$ 4,349** |
| Income tax expense | | | | | | | | | | | | | 1,704 |
| **Net income** | | | | | | | | | | | | | **$ 2,645** |
| *Comparison to 2009 forecast before tax* | $ 2,712 | $ 2,732 | $ 2,568 | $ 774 | $ 939 | $ 879 | $ 2 | $ 210 | $ 2 | $ - | $ - | $ (5,921) | 4,897 |
| *Variance* | $ (305) | $ (763) | $ (1,067) | $ 428 | $ (602) | $ (537) | $ 8 | $ (201) | $ (7) | $ (334) | $ - | $ 2,832 | (548) |
| *Comparison to prior 2010 Nov 18, 2010* | $ 2,135 | $ 2,096 | $ 1,650 | $ 909 | $ 138 | $ 403 | $ (5) | $ (90) | $ (29) | $ (375) | $ - | $ (3,306) | 3,527 |
| *Variance* | $ 272 | $ (127) | $ (149) | $ 293 | $ 199 | $ (61) | $ 15 | $ 99 | $ 24 | $ 41 | $ - | $ 217 | 822 |

REPLY APP 00226

**AIFS INC.**
**CONSOLIDATING STATEMENT OF BUDGETED INCOME**
**2011 ACTUAL**

| | Au Pair | Insurance | College | Investment Income | AIFS Deutschland | Camp America | High School | SIG* Srv Fee | AIFS Aust. Pty. | AYA Srv Fee | Elimination/ Allocations | Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 4,165 | #REF! | #REF! | | 4,247 | 8,234 | #REF! | #REF! | 1,981 | #REF! | (2,061) | | #REF! |
| Placements | 4,204 | #REF! | - | | #REF! | 5,022 | #REF! | #REF! | #REF! | #REF! | #REF! | | #REF! |
| Full revenue participants | 3,662 | 130,343 | 3,836 | | 3,881 | 4,867 | 13,911 | 2,287 | 1,783 | 848 | (1,559) | | 163,859 |
| *Prior year full revenue participants* | *3,446* | *120,159* | *3,668* | | *3,031* | *4,625* | *13,110* | *1,714* | *1,533* | *964* | *(1,525)* | | *150,725* |
| | 106% | 108% | 105% | | 128% | 105% | 106% | 133% | 116% | 88% | | | 109% |
| Revenues | $ 29,405 | $ 19,553 | $ 41,194 | $ - | $ 14,484 | $13,808 | $ 54,262 | $ 1,077 | $ 1,870 | $ 528 | $ (7,681) | $ - | $ 168,500 |
| Land Costs | 12,703 | 13,958 | 27,475 | | 9,818 | 3,949 | 24,623 | | 513 | | (7,681) | | 85,358 |
| Air Cost | 3,875 | - | 2,407 | - | - | 3,696 | 18,132 | - | - | - | - | | 28,110 |
| Margin | 12,827 | 5,595 | 11,312 | - | 4,666 | 6,163 | 11,507 | 1,077 | 1,357 | 528 | - | | 55,032 |
| | 43.6% | 28.6% | 27.5% | 0.0% | 32.2% | 44.6% | 21.2% | 100.0% | 72.6% | 100.0% | | | 32.7% |
| Selling, General & Administrative | 5,317 | 2,597 | 5,660 | - | 4,045 | 3,252 | 10,277 | - | 1,368 | 117 | - | 2,000 | 34,634 |
| Allocated Overhead | 4,703 | 1,295 | 3,788 | - | - | 2,476 | 565 | 702 | - | 413 | - | 950 | 14,893 |
| Restructuring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 10,021 | 3,892 | 9,448 | - | 4,045 | 5,728 | 10,842 | 702 | 1,368 | 530 | - | 2,950 | 49,527 |
| | 34.1% | 19.9% | 22.9% | 0.0% | 27.9% | 41.5% | 20.0% | 65.2% | 73.2% | 100.4% | 0.0% | | 29.4% |
| Interest expense | 11 | 4 | 7 | | 9 | 3 | - | - | - | | - | | 33 |
| Investment income | | | | 718 | | | | | | | | 0 | 718 |
| Investment allocation | 15 | 5 | 9 | - | 91 | 4 | 266 | 33 | 14 | - | (718) | 281 | (0) |
| Contingency | - | - | - | - | - | - | - | - | - | - | - | | - |
| **Income before Richmond & put** | **2,810** | **1,704** | **1,867** | **718** | **703** | **436** | **931** | **408** | **3** | **(2)** | **(718)** | **(2,669)** | **6,190** |
| Richmond | - | | (190) | | | | - | | | | | (150) | (340) |
| NSGT Debt Payment Reversal | - | - | - | | - | - | - | (303) | - | | - | - | (303) |
| Put | - | - | - | | - | - | - | - | - | | - | (5) | (5) |
| Service Fee Adjustment | - | - | (92) | | - | - | - | - | - | | - | - | (92) |
| Restructuring | - | - | - | | - | - | (585) | - | - | | - | (380) | (965) |
| AIFS Deutschland - Camps Int'l | - | - | - | | - | - | - | - | - | | - | (301) | (301) |
| **Income before income taxes** | **$ 2,810** | **$ 1,704** | **$ 1,585** | **$ 718** | **703** | **436** | **$ 346** | **$ 105** | **3** | **(2)** | **$ (718)** | **$ (3,505)** | **4,184** |
| Income tax expense | | | | | | | | | | | | | 1,979 |
| **Net income** | | | | | | | | | | | | | **$ 2,205** |
| *Comparison to 2010 before tax* | $ 1,969 | $ 1,202 | $ 2,407 | $ - | $ 342 | $ 337 | $ 1,501 | $ 9 | $ (5) | $ 10 | $ (334) | $ (3,089) | 4,349 |
| *Variance* | $ 841 | $ 502 | $ (822) | $ 718 | $ 361 | $ 99 | $ (1,155) | $ 96 | $ 8 | $ (12) | $ (384) | $ (416) | $ (165) |
| *Comparison to Dec estimate* | $ 2,478 | $ 1,281 | $ 1,911 | $ 615 | $ 604 | $ 337 | $ 401 | $ 103 | $ 7 | $ (24) | $ (615) | $ (3,427) | 3,673 |
| *Variance* | $ 332 | $ 422 | $ (326) | $ 103 | $ 99 | $ 99 | $ (55) | $ 2 | $ (4) | $ 22 | $ (103) | $ (78) | 511 |

REPLY APP 00227

**AIFS INC.**
**CONSOLIDATING STATEMENT OF BUDGETED INCOME**
**2012 ACTUAL**

| | Au Pair | Insurance | Investment Income | College | High School | AIFS Deutschland | Camp America | AYA Srv Fee | SIG* Srv Fee | AIFS Aust. Pty. | Elimination/ Allocations | Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 4,500 | | | | | 4,677 | 8,641 | | | 1,986 | (2,138) | | 17,666 |
| Placements | 4,371 | | | | | | 5,993 | | | | | - | 10,364 |
| Full revenue participants | 3,804 | 138,019 | | 3,701 | 12,100 | 3,978 | 5,993 | 823 | 2,414 | 1,661 | (1,674) | | 170,819 |
| *Prior year full revenue participants* | *3,662* | *130,343* | *-* | *3,836* | *13,911* | *3,881* | *4,867* | *848* | *2,287* | *1,783* | *(1,559)* | *-* | *163,859* |
| | 104% | 106% | | 96% | 87% | 102% | 123% | 97% | 106% | 93% | | | 104% |
| Revenues | $ 31,610 | $ 22,990 | $ - | $ 33,804 | $ 49,472 | $ 15,653 | $ 14,457 | $ 637 | $ 1,046 | $ 1,869 | $ (8,641) | | $ 162,897 |
| Land Costs | 14,336 | 16,495 | - | 19,341 | 20,669 | 7,304 | 4,542 | - | - | 750 | (8,641) | | 74,797 |
| Air Cost | 3,703 | - | - | 3,595 | 17,117 | 3,596 | 3,946 | - | - | - | - | | 31,957 |
| Margin | 13,571 | 6,495 | - | 10,868 | 11,686 | 4,753 | 5,969 | 637 | 1,046 | 1,119 | - | - | 56,144 |
| | 42.9% | 28.3% | 0.0% | 32.2% | 23.6% | 30.4% | 41.3% | 100.0% | 100.0% | 59.9% | 0.0% | | 34.5% |
| Selling, General & Administrative | 5,440 | 2,630 | - | 5,256 | 9,993 | 4,166 | 3,387 | 128 | - | 1,114 | - | 942 | 33,057 |
| Allocated Overhead | 5,018 | 1,444 | - | 3,882 | 658 | - | 2,446 | 481 | 873 | - | - | 2,005 | 16,808 |
| Restructuring | - | - | - | - | - | - | - | - | - | - | - | | - |
| | 10,458 | 4,074 | - | 9,138 | 10,651 | 4,166 | 5,833 | 610 | 873 | 1,114 | - | 2,947 | 49,865 |
| | 33.1% | 17.7% | 0.0% | 27.0% | 21.5% | 26.6% | 40.3% | 95.7% | 83.5% | 59.6% | 0.0% | | 30.6% |
| Interest expense | - | - | | - | - | - | - | - | - | - | | - | 0 |
| Investment income | | | 1,576 | | | | 0 | | | | | 0 | 1,576 |
| Investment allocation | 8 | 6 | - | 5 | 235 | 33 | 2 | - | - | 13 | (1,576) | 1,274 | (0) |
| Contingency | - | - | | - | - | - | - | - | - | - | - | | - |
| **Income before Richmond & put** | **3,121** | **2,427** | **1,576** | **1,735** | **1,270** | **620** | **138** | **27** | **173** | **18** | **(1,576)** | **(1,673)** | **7,855** |
| Richmond | - | - | | (200) | - | - | - | - | - | - | - | (454) | (654) |
| NSGT Debt Payment Reversal | - | - | | - | - | - | - | - | (154) | - | - | - | (154) |
| Put | - | - | | - | - | - | - | - | - | - | - | (87) | (87) |
| NSGT Debt Reserve | - | - | | - | - | - | - | - | - | - | - | (800) | (800) |
| | | | | | | | | | | | | | - |
| **Income before income taxes** | **$ 3,121** | **$ 2,427** | **$ 1,576** | **$ 1,535** | **$ 1,270** | **$ 620** | **138** | **$ 27** | **$ 19** | **$ 18** | **$ (1,576)** | **$ (3,014)** | **$ 6,160** |
| Income tax expense | | | | | | | | | | | | | 2,390 |
| **Net income** | | | | | | | | | | | | | **$ 3,770** |
| *Comparison to 2011 forecast before tax* | $ 2,810 | $ 1,704 | $ 718 | $ 1,585 | $ 346 | $ 703 | $ 436 | $ (2) | $ 105 | $ 3 | $ (718) | $ (3,505) | 4,184 |
| *Variance* | $ 311 | $ 723 | $ 858 | $ (50) | $ 924 | $ (83) | $ (298) | $ 29 | $ (86) | $ 15 | $ (858) | 491 | 1,976 |
| *Comparison to Dec estimate* | $ 2,723 | $ 2,340 | $ 1,740 | $ 1,449 | $ 1,301 | $ 499 | $ 346 | $ 26 | $ 25 | $ 1 | $ (1,740) | $ (2,580) | 6,130 |
| *Variance* | $ 398 | $ 87 | $ (164) | $ 86 | $ (31) | $ 121 | $ (208) | $ 1 | $ (6) | $ 17 | $ 164 | $ (434) | 30 |

**AIFS INC.**
**CONSOLIDATING STATEMENT OF BUDGETED INCOME**
**2013 ACTUAL**

| | Au Pair | Insurance | Investment Income | High School | College | AIFS Deutschland | Camp America | AYA Srv Fee | SIG* Srv Fee | AIFS Aust. Pty. | Elimination/ Allocations | Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | 4,610 | | | | | 400 | 10,098 | | | 2,024 | (2,372) | | 14,760 |
| Placements | 4,645 | | | | | | 6,635 | | | | | | 11,280 |
| Full revenue participants | 4,130 | 145,216 | | 11,399 | 3,919 | 4,728 | 6,432 | 823 | 2,329 | 1,957 | (1,755) | | 33,962 |
| *Prior year full revenue participants* | *3,804* | *138,019* | *-* | *12,100* | *3,701* | *3,978* | *5,843* | *823* | *2,414* | *1,661* | *(1,674)* | *-* | *32,650* |
| | *108.6%* | *105%* | | *94%* | *106%* | *119%* | *110%* | *100%* | *96%* | *118%* | | | *104%* |
| Revenues | $ 35,346 | $ 26,427 | $ - | $ 48,224 | $ 40,524 | $ 20,421 | $ 17,026 | $ 825 | $ 1,010 | $ 1,893 | $ (23,338) | | $ 168,358 |
| Land Costs | 16,077 | 19,390 | | 19,639 | 27,161 | 9,448 | 5,317 | - | - | 663 | (23,347) | | 74,348 |
| Air Cost | 4,607 | - | - | 15,918 | 2,297 | 4,739 | 4,774 | - | - | - | - | - | 32,335 |
| Margin | 14,662 | 7,037 | - | 12,667 | 11,066 | 6,234 | 6,935 | 825 | 1,010 | 1,230 | 9 | - | 61,675 |
| | 41.5% | 26.6% | 0.0% | 26.3% | 27.3% | 30.5% | 40.7% | 100.0% | 100.0% | 65.0% | 0.0% | | 36.6% |
| Selling, General & Administrative | 5,498 | 2,951 | - | 9,963 | 5,838 | 5,061 | 3,610 | 126 | - | 1,224 | - | 2,547 | 36,818 |
| Allocated Overhead | 5,115 | 1,578 | - | 824 | 3,595 | - | 2,501 | 548 | 923 | - | - | 1,178 | 16,262 |
| Restructuring | - | - | - | - | - | - | - | - | - | - | - | | - |
| | 10,613 | 4,529 | - | 10,787 | 9,433 | 5,061 | 6,111 | 674 | 923 | 1,224 | - | 3,725 | 53,080 |
| | 30.0% | 17.1% | 0.0% | 22.4% | 23.3% | 24.8% | 35.9% | 81.7% | 91.4% | 64.7% | 0.0% | | 31.5% |
| Interest expense | - | - | | - | - | - | - | - | - | - | - | - | 0 |
| Investment income | | | 2,088 | | | | 0 | | | | | 0 | 2,088 |
| Investment allocation | 64 | 23 | - | 68 | 38 | 30 | - | - | - | 9 | (2,088) | 1,856 | - |
| Contingency | - | - | - | | - | - | - | - | - | - | - | | - |
| **Income before Richmond & put** | **4,113** | **2,531** | **2,088** | **1,948 -** | **1,671 -** | **1,203 -** | **824** | **151** | **87** | **15** | **(2,079)** | **(1,869)** | **10,683** |
| Richmond | - | - | - | - | - | - | - | - | - | - | - | (290) | (290) |
| Put | - | - | - | - | - | - | - | - | - | - | - | (165) | (165) |
| Stamford Lease Write-off | - | - | - | - | - | - | - | - | - | - | - | (1,976) | (1,976) |
| New Initiative - Uprep/Jterm | - | - | - | - | - | - | - | - | - | - | - | (82) | (82) |
| New Initiative - Summer Advantage | - | - | - | - | - | - | - | - | - | - | - | (62) | (62) |
| Tax free investment income adjustment | - | - | - | - | - | - | - | - | - | - | - | (165) | (165) |
| Restructuring | - | - | - | (120) | - | - | - | - | - | - | - | - | (120) |
| **Income before income taxes** | **$ 4,113** | **$ 2,531** | **$ 2,088** | **$ 1,828** | **$ 1,671** | **$ 1,203** | **$ 824** | **$ 151** | **$ 87** | **$ 15** | **$ (2,079)** | **$ (4,609)** | **$ 7,823** |
| Income tax expense | | | | | | | | | | | | | 3,586 |
| **Net income** | | | | | | | | | | | | | **$ 4,237** |
| *Comparison to 2012 actual* | $ 3,121 | $ 2,427 | $ 1,576 | $ 1,270 | $ 1,535 | $ 620 | $ 138 | $ 27 | $ 19 | $ 18 | $ (1,576) | $ (3,014) | 6,160 |
| *Variance* | $ 992 | $ 104 | $ 512 | 558 | $ 136 | $ 583 | 686 | 124 | $ 68 | $ (3) | $ (503) | $ (1,595) | $ 1,663 |
| *Comparison to Dec13 estimate* | $ 3,300 | $ 2,675 | $ 2,165 | $ 1,712 | $ 1,270 | $ 838 | $ 787 | $ 172 | $ 130 | $ 39 | $ (2,165) | $ (4,312) | 6,611 |
| *Variance* | $ 813 | $ (144) | $ (77) | $ 116 | $ 401 | $ 365 | $ 37 | $ (21) | $ (43) | $ (24) | $ 86 | $ (297) | $ 1,212 |

REPLY APP 00229

**AIFS INC.**
**CONSOLIDATING STATEMENT OF BUDGETED INCOME**
**2014 Actual**

| | College | Au Pair | High School | Insurance | Investment Income | AIFS Deutschland | Camp America | AYA Srv Fee | SIG Srv Fee | AIFS Aust. Pty. | Elimination/ Allocations | Inc. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicants | | 5,206 | | | | 5,429 | 10,500 | | | 2,164 | (2,312) | | 20,987 |
| Placements | | 5,019 | | | | | 7,075 | | | | | - | 12,094 |
| Full revenue participants | 4,615 | 4,427 | 13,736 | 180,292 | | 4,723 | 6,880 | 860 | 2,226 | 1,945 | (1,886) | | 37,526 |
| *Prior year full revenue participants* | *3,919* | *4,130* | *11,399* | *145,216* | *-* | *4,728* | *6,432* | *823* | *2,329* | *1,957* | *(1,755)* | *-* | *33,962* |
| | 118% | 107% | 121% | 124% | | 100% | 107% | 104% | 96% | 99% | | | 110% |
| Revenues | $ 48,138 | $ 39,489 | $ 57,403 | $ 32,412 | $ - | $ 19,984 | $ 16,933 | $ 933 | $ 981 | $ 1,836 | $ (26,870) | | $ 191,238 |
| Land Costs | 28,275 | 18,431 | 23,004 | 25,254 | - | 9,114 | 4,841 | - | - | 620 | (26,878) | | 82,661 |
| Air Cost | 3,881 | 5,003 | 18,992 | - | | 4,772 | 4,607 | - | - | - | - | | 37,255 |
| Margin | 15,982 | 16,055 | 15,408 | 7,158 | - | 6,098 | 7,484 | 933 | 981 | 1,216 | 8 | - | 71,323 |
| | 33.2% | 40.7% | 26.8% | 22.1% | | 33.7% | 44.2% | 100.0% | 100.0% | 66.4% | | | 37.3% |
| *Gross Margin per head* | $3,463 | $3,627 | $1,122 | $40 | | $1,291 | $1,088 | $1,084 | $441 | | | | $1,901 |
| Selling, General & Administrative | 5,997 | 6,096 | 11,208 | 2,324 | - | 4,827 | 3,605 | 142 | - | 1,236 | - | 1,581 | 37,018 |
| Allocated Overhead | 4,122 | 5,641 | 987 | 1,839 | - | | 2,785 | 723 | 939 | - | - | 3,461 | 20,498 |
| Restructuring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | 10,119 | 11,738 | 12,195 | 4,164 | - | 4,827 | 6,390 | 865 | 939 | 1,236 | - | 5,043 | 57,516 |
| | 21.0% | 29.7% | 21.2% | 12.8% | | 28.4% | 37.7% | 92.8% | 95.7% | 66.8% | | | 30.1% |
| Interest expense | - | - | - | - | - | - | - | - | - | - | | - | 0 |
| Investment income | - | - | - | - | 2,439 | 10 | - | - | - | 5 | | 0 | 2,454 |
| Investment allocation | - | - | 108 | - | - | - | - | - | - | - | (2,439) | 2,331 | - |
| Contingency | - | - | - | - | - | - | - | - | - | - | - | | - |
| **Income before Richmond & put** | **5,863** | **4,317** | **3,320** | **2,995** | **2,439** | **1,280** | **1,095** | **67** | **42** | **(15)** | **(2,431)** | **(2,712)** | **16,261** |
| Richmond | - | - | - | - | - | - | - | - | - | - | - | (870) | (870) |
| Put | - | - | - | - | - | - | - | - | - | - | - | (364) | (364) |
| New Initiative - Richmond Uprep | - | - | - | - | - | - | - | - | - | - | - | (136) | (136) |
| New Initiative - SummAdv | - | - | - | - | - | - | - | - | - | - | - | (100) | (100) |
| New Initiative - APIA Cluster Developm | - | - | - | - | - | - | - | - | - | - | - | (198) | (198) |
| Settlment | | | | | | | | | | | | (3,000) | (3,000) |
| Tax free investment inc. adjustment | - | - | - | - | - | - | - | - | - | - | - | (160) | (160) |
| **Income before income taxes** | **$ 5,863** | **$ 4,317** | **$ 3,320** | **$ 2,995** | **$ 2,439** | **$ 1,280** | **$ 1,095** | **$ 67** | **$ 42** | **$ (15)** | **$ (2,431)** | **$ (7,540)** | **$ 11,432** |
| Income tax expense | | | | | | | | | | | | | 4,330 |
| **Net income** | | | | | | | | | | | | | **$ 7,102** |
| *Comparison to 2013 actual* | $ 1,671 | $ 4,113 | $ 1,828 | $ 2,531 | $ 2,088 | $ 1,203 | $ 824 | $ 151 | $ 87 | $ 15 | $ (2,079) | $ (4,609) | 7,822 |
| *Variance* | $ 4,192 | $ 204 | $ 1,493 | $ 464 | $ 351 | $ 77 | $ 271 | $ (84) | $ (45) | $ (30) | $ (352) | $ (2,930) | $ 3,611 |
| *Comparison to Dec estimate* | $ 5,412 | $ 4,406 | $ 3,406 | $ 3,089 | $ 2,413 | $ 1,006 | $ 815 | $ 129 | $ 60 | $ (6) | $ (2,413) | $ (4,868) | $ 13,449 |
| *Variance* | $ 450 | $ (89) | $ (86) | $ (94) | $ 26 | $ 274 | $ 280 | $ (62) | $ (19) | $ (9) | $ (18) | $ (2,671) | $ (2,017) |

REPLY APP 00230

# AIFS, INC.

## CONSOLIDATED FINANCIAL STATEMENTS

## DECEMBER 31, 2009 AND 2008

REPLY APP 00231

**AIFS, INC.**

**CONTENTS**

Independent Auditors' Report                                                                 1

Consolidated Balance Sheets - December 31, 2009 and 2008                                     2

Consolidated Statements of Operations for the Years Ended December 31, 2009 and 2008         3

Consolidated Statements of Cash Flows for the Years Ended
  December 31, 2009 and 2008                                                                 4

Consolidated Statements of Stockholders' Equity for the Years Ended
  December 31, 2009 and 2008                                                                 5

Notes to Consolidated Financial Statements                                                6-24

REPLY APP 00232

29 South Main Street  Tel 860.561.4000
P.O. Box 272000  Fax 860.521.9241
West Hartford, CT 06127-2000  blumshapiro.com

# BlumShapiro

Accounting | Tax | Business Consulting

## Independent Auditors' Report

The Board of Directors and Stockholders
AIFS, Inc.

We have audited the accompanying consolidated balance sheets of AIFS, Inc., as of December 31, 2009 and 2008, and the related consolidated statements of operations, cash flows and stockholders' equity for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of AIFS, Inc., as of December 31, 2009 and 2008, and the consolidated results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

*Blum, Shapiro & Company, P.C.*

April 22, 2010

Blum, Shapiro & Company, P.C.

**WEST HARTFORD • SHELTON**
Westport • Waterbury • New York
An Independent Member of Baker Tilly International

-1-

REPLY APP 00233

**AIFS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**DECEMBER 31, 2009 AND 2008**
(In Thousands Except for Shares and Per-Share Amounts)

## ASSETS

| | 2009 | 2008 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 33,198 | $ 29,649 |
| Short-term investments | 11,860 | 17,409 |
| Accounts receivable, net | 24,820 | 28,330 |
| Prepaid expenses | 2,427 | 2,135 |
| Prepaid income taxes | 581 | 146 |
| Deferred income taxes | 2,119 | 6,447 |
| Deferred program costs | 7,196 | 9,545 |
| Other current assets | 298 | 1,534 |
| Total current assets | 82,499 | 95,195 |
| **Property and Equipment** | | |
| Less accumulated depreciation and amortization | 55,084 | 52,921 |
| | 32,993 | 29,479 |
| Net property and equipment | 22,091 | 23,442 |
| **Other Assets** | | |
| Long-term investments | 7,491 | 5,824 |
| Goodwill | 2,254 | 5,560 |
| Intangible assets, net | 59 | 117 |
| Deferred income taxes | 160 | 2,311 |
| Other assets | 1,238 | 194 |
| Total other assets | 11,202 | 14,006 |
| **Total Assets** | $ 115,792 | $ 132,643 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2009 | 2008 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 7,192 | $ 6,806 |
| Accrued liabilities | 8,087 | 8,442 |
| Deferred revenue | 57,692 | 70,511 |
| Deferred income taxes | 84 | 37 |
| Other current liabilities | 1,615 | 10,587 |
| Total current liabilities | 74,670 | 96,383 |
| **Long-Term Liabilities** | | |
| Deferred income taxes | 2,833 | 2,492 |
| Other liabilities | 9 | 5,165 |
| Common stock and rights subject to redemption | 640 | 593 |
| Total long-term liabilities | 3,482 | 8,250 |
| Total liabilities | 78,152 | 104,633 |
| **Stockholders' Equity (Deficit)** | | |
| Common stock ($.10 par value) 10,000,000 shares authorized; 784,787 shares issued and outstanding | 78 | 78 |
| Paid-in capital | 387 | 387 |
| Retained earnings | 38,821 | 37,126 |
| Accumulated other comprehensive income (loss) | (1,646) | (9,581) |
| Total stockholders' equity | 37,640 | 28,010 |
| **Total Liabilities and Stockholders' Equity** | $ 115,792 | $ 132,643 |

The accompanying notes are an integral part of the consolidated financial statements

-2-

REPLY APP 00234

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008**
(In Thousands)

|  | 2009 | 2008 |
|---|---|---|
| **Program Revenues** | $ 164,318 | $ 197,578 |
| **Program Direct Costs** | 101,026 | 132,420 |
|  | 63,292 | 65,158 |
|  |  |  |
| **Other Income (Expense)** |  |  |
| Selling, general and administrative | (55,743) | (60,063) |
| Interest expense | (59) | (61) |
| Investment income (loss) | 505 | (2,190) |
| Loss on business disposal | (2,232) | (635) |
| Other expense | (813) | (1,095) |
| Net other expense | (58,342) | (64,044) |
|  |  |  |
| **Income Before Income Tax Expense** | 4,950 | 1,114 |
|  |  |  |
| **Income Tax Expense** | 3,255 | 369 |
|  |  |  |
| **Net Income** | $ 1,695 | $ 745 |

The accompanying notes are an integral part of the consolidated financial statements

-3-

REPLY APP 00235

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008**
(In Thousands)

|  | 2009 | 2008 |
|---|---|---|
| **Cash Flows from Operating Activities** |  |  |
| Net income | $ 1,695 | $ 745 |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |
| Loss on disposal of assets | - | 252 |
| Loss on disposal of business | 2,232 | 635 |
| Realized loss on investments | 180 | 2,854 |
| Deferred income tax expense (benefit) | 2,074 | (926) |
| Provision for earnings appreciation rights | 210 | (13) |
| Depreciation and amortization | 3,763 | 3,859 |
| Bad debt expense | 23 | 47 |
| (Increase) decrease in operating assets: |  |  |
| Accounts receivable | 3,487 | (1,562) |
| Prepaid expenses and income taxes | (727) | 216 |
| Deferred program costs | 2,349 | (720) |
| Other assets | 1,279 | 1,122 |
| Increase (decrease) in operating liabilities: |  |  |
| Accounts payable, accrued liabilities and income taxes payable | 31 | (1,357) |
| Deferred revenue | (12,819) | (79) |
| Other liabilities | - | 50 |
| Net cash provided by operating activities | 3,777 | 5,123 |
| **Cash Flows from Investing Activities** |  |  |
| Purchase of investments | (15,215) | (16,612) |
| Maturities of investments | 12,115 | 21,398 |
| Sales of investments | 5,230 | 1,689 |
| Capital expenditures | (2,195) | (3,814) |
| Net cash provided by (used in) investing activities | (65) | 2,661 |
| **Cash Flows from Financing Activities** |  |  |
| Proceeds from issuance of earnings appreciation rights | 4 | 241 |
| Redemption of earnings appreciation rights | (167) | (940) |
| Net cash used in financing activities | (163) | (699) |
| **Net Increase in Cash and Cash Equivalents** | 3,549 | 7,085 |
| **Cash and Cash Equivalents** - Beginning of Year | 29,649 | 22,564 |
| **Cash and Cash Equivalents** - End of Year | $ 33,198 | $ 29,649 |
| **Cash Paid During the Year for** |  |  |
| Interest | $ 59 | $ 61 |
| Taxes | 1,464 | 1,322 |

The accompanying notes are an integral part of the consolidated financial statements

-4-

REPLY APP 00236

**AIFS, INC.**

**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**

**FOR THE YEARS ENDED DECEMBER 31, 2009 AND 2008**

(In Thousands, Except Shares)

| | Common Stock | | Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balance - January 1, 2008** | 784,787 | $ 78 | $ 387 | $ 36,381 | $ 2,992 | $ 39,838 |
| Net Income | - | - | - | 745 | - | 745 |
| **Other Comprehensive Income (Loss), Net of Tax** | | | | | | |
| Foreign currency translation adjustments | - | - | - | - | (1,493) | (1,493) |
| Unrealized loss on investments available for sale | - | - | - | - | (83) | (83) |
| Unrealized loss on hedging activities | - | - | - | - | (10,997) | (10,997) |
| Comprehensive loss | | | | | | (11,828) |
| **Balance - December 31, 2008** | 784,787 | 78 | 387 | 37,126 | (9,581) | 28,010 |
| Net Income | - | - | - | 1,695 | - | 1,695 |
| **Other Comprehensive Income (Loss), Net of Tax** | | | | | | |
| Foreign currency translation adjustments | - | - | - | - | 497 | 497 |
| Unrealized gain on investments available for sale | - | - | - | - | 70 | 70 |
| Unrealized gain on hedging activities | - | - | - | - | 7,368 | 7,368 |
| Comprehensive income | | | | | | 9,630 |
| **Balance - December 31, 2009** | 784,787 | $ 78 | $ 387 | $ 38,821 | $ (1,646) | $ 37,640 |

The accompanying notes are an integral part of the consolidated financial statements

-5-

REPLY APP 00237

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 1 - DESCRIPTION OF BUSINESS

AIFS, Inc. (the Company) and its family of companies organize educational and cultural exchange programs throughout the world and arrange insurance coverage for its own participants as well as participants of other organizations involved in international education and cultural exchange. Collectively, the Company operates the following wholly owned subsidiaries: American Institute For Foreign Study, Inc.; American Institute For Foreign Study, (U.K.) Ltd.; American Council for International Studies, Inc. (High School); Cultural Insurance Services International, Inc. (CISI); American Institute For Foreign Study - Deutschland, GmbH; American Institute For Foreign Study - South Africa; American Institute For Foreign Study - Australia; College Gifted Programs, Inc. (d/b/a Summer Institute for the Gifted); and CareMed GmbH. Since the Company's founding in 1964, more than 1,000,000 people have participated in its programs.

Revenues in foreign countries totaled 22% of total revenue in 2009 and 2008.

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation** - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries, as disclosed above. Intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates -** The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. Actual results could differ from those estimates.

**Program Revenue and Direct Cost Recognition** - The Company develops, markets and operates educational and cultural exchange programs worldwide and generally requires deposits and final payments by participants in advance of the time the programs take place. Revenues are not recognized from the sale of programs until the services are provided to the participants. Deferred revenue is recognized at the time the program fees are received for High School programs and as billed for all other programs, except the sale of insurance as explained below. Program sales are recognized ratably over the program period.

Commission revenue from the sale of insurance policies as an agent is recorded at the time of the sale.

The Company incurs direct program costs and selling expenses related to programs prior to their occurrence. These costs are also deferred and recognized ratably over the program period.

**Cash and Cash Equivalents** - Cash equivalents include highly liquid investments whose maturities do not exceed 90 days from the date of purchase and are readily convertible to known amounts of cash. The Company's deposits in financial institutions may occasionally exceed federal depository insurance limits. However, the Company has not experienced any losses in this area, and management attempts to mitigate this risk by actively managing their cash and fixed income

-6-

REPLY APP 00238

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

investment portfolio and utilizing federal insurance guarantees where available.  Management will continue to monitor the credit worthiness of financial institutions holding significant deposits and make adjustments if deemed necessary.

**Investments** - All of the Company's investments are classified as available-for-sale.   At December 31, 2009, the following were classified as current: debt securities with a contractual maturity of one year or less, the investment partnerships and the certificates of deposit.  Available-for-sale securities are carried at fair value, with the unrealized gains and losses, net of income taxes, shown as a separate component of accumulated other comprehensive income (loss).  Realized gains and losses and declines in value judged to be other-than-temporary are included in investment income.  The cost of securities sold is based on the specific identification method.  Interest and dividends on investments are included in investment income.

The Company's investment in a limited partnership represents a fund whose underlying interests are comprised of arbitrage, distressed securities trading, securities option trading, event-driven and values opportunities and other securities transactions.  The fund invests in securities that include both publicly traded investments as well as other investments whose fair value is determined by the fund manager.  There are liquidity restrictions on this investment.  During 2008, the Company gave notification to fully redeem all holdings with the fund manager.  In January 2009, the Company received 90% of the total holdings.  The Company received the final 10% in April 2009, upon completion of the fund's audit.

The Company has interests in investment partnerships whose underlying interests are comprised of equity securities, fixed income government-backed securities and commodity, financial and currency futures.  The Company had given redemption notices to all equity fund managers and partnerships subsequent to December 31, 2008.  The Company has received the majority of the redeemed funds in 2009 and expects the remaining funds to be received prior to June 30, 2010.

Investment securities are exposed to various risks, such as interest rate, market and credit risks.  Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could occur in the near term and that such changes could materially affect the investment balances and activity reflected in the consolidated financial statements.

**Accounts Receivable** - The Company estimates its allowance for doubtful accounts based upon historical experience.   The allowance for doubtful accounts was $191,000 and $206,000 at December 31, 2009 and 2008, respectively.

Delinquent accounts are written off based on management's assessment of their collectability.

**Advertising** - The Company expenses production costs of advertising as incurred except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits.

-7-

REPLY APP 00239

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

Direct-response advertising consists primarily of the costs to produce and distribute program catalogs and related materials. Catalogs include enrollment forms for the Company's programs. The capitalized costs are amortized over the period in which each program operates.

At December 31, 2009 and 2008, advertising costs totaling $2.1 million and $3.5 million, respectively, were included in deferred program costs in the consolidated balance sheets. Advertising expense for the years ended December 31, 2009 and 2008, was $9.2 million and $6.9 million, respectively.

**Property and Equipment** - Property and equipment are carried at cost. Depreciation of property and equipment is computed on a straight-line basis over the following useful lives:

| | |
|---|---|
| Buildings | 15-35 years |
| Furniture and fixtures | 3-7 years |
| Leasehold improvements | Lesser of lease term or 10-20 years |
| Vehicles and office equipment | 3-10 years |

**Goodwill** - Goodwill is assigned to specific reporting units and is reviewed for impairment at least annually or more frequently when events or circumstances indicate that a reporting unit's carrying amount exceeds its fair value. During 2009 and 2008, the Company determined that the fair values for most of its reporting units exceeded their carrying values. Therefore, no impairment loss on goodwill was recognized, except in conjunction with the sale of the Company's Summer Institute for the Gifted (SIG) business during 2009 and the South Africa business in 2008 (see Note 16). During 2008, the Company recorded an impairment loss of $.4 million in connection with the sale of its South Africa business. During 2009, goodwill was reduced by $3.3 million in connection with the sale of its SIG business. This amount is comprised of an impairment loss of $2.1 million and the establishment of a promissory note receivable in the amount of $1.2 million (see Note 12).

**Intangible Assets** - Intangible assets represent directly purchased customer lists and are being amortized on a straight-line basis over a useful life of eight years. The carrying value of intangibles is evaluated periodically for impairment based on expectations of operating performance and future net cash flows of the related businesses.

**Insurance Services** - The Company sells medical, liability and personal effects coverage to eligible program participants. Prior to January 2006, the Company insured these policies under a risk-based approach through an outside insurance carrier. For this risk-based business, the Company is in a run-off period for claims processing that will be complete by the end of 2009. With this business, net premiums received after the insurance costs and claim payments are forwarded to the insurance carrier and are held on account. The Company receives interest on the net account balance at the six-month treasury bill rate. In connection with the profit-sharing agreement with the insurance carrier, the Company receives the remaining cash held in the account after an agreed run-off period

-8-

REPLY APP 00240

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

for claims. Claim payments are administered by the Company. Included in other current assets in the consolidated balance sheets are total net deposits of $.04 million and $1.2 million at December 31, 2009 and 2008, respectively.

The liabilities for unpaid claims and claim adjustment expenses are recorded as accrued liabilities. They include estimates of amounts due on reported claims and future anticipated claims as of December 31, 2009 and 2008. The reserves for unpaid claims and claim adjustment expenses are based on the best data available to the Company; however, those estimates are subject to a degree of inherent variability. Such estimates are reviewed and adjusted as necessary, and adjustments are reflected in operations at that time. It is possible that actual incurred losses and loss adjustment expenses will not conform to the assumptions inherent in the determination of the reserves; accordingly, the ultimate settlement of claims and the related claim adjustment expenses may vary from the estimates included in the consolidated financial statements. Management believes that such liabilities are reasonable and adequate as of December 31, 2009 and 2008.

The Company has stop loss coverage related to the aforementioned risk-based insurance business of $25,000 per incident. In addition, the Company has an aggregate stop loss coverage, which provides coverage if actual paid losses exceed a certain percentage of net premiums.

As of July 2006, the final premium was sent to the existing insurance carrier under the risk-based calculation for insurance. Effective for all policies renewed in 2006 and new business signed as of 2006, the revenue for the Company will be calculated under a commission-only basis, whereby the Company receives commissions on all premiums written. The remaining balance is forwarded to the insurance carrier, who assumes all responsibility for claims.

Effective January 1, 2007, all insurance business related to AIFS programs was transitioned to American International Group, Inc. (AIG). The Company has since partnered with an additional major insurance provider to mitigate any risk that may be associated with AIG. The Company will continue to evaluate the stability of such providers on an ongoing basis.

**Foreign Currency** - The functional currencies for each of the reporting units are as follows:

| Reporting Unit | Functional Currency |
|---|---|
| American Institute For Foreign Study, (U.K.) Ltd. and related companies | Sterling |
| AIFS Deutschland | Euro |
| CareMed GmbH | Euro |
| AIFS South Africa | Rand |
| AIFS Australia | Australian dollar |

-9-

REPLY APP 00241

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

The balance sheets for these entities are translated at current year-end exchange rates and the income statements at average exchange rates for the fiscal year, with the resulting translation adjustments included in accumulated other comprehensive loss.

The Company enters into foreign currency contracts to hedge commitments for program services to be provided in foreign currencies at later dates. Gains or losses on these contracts offset higher or lower direct costs caused by exchange rate fluctuations after program prices are established (see Note 13).

**Profit-Sharing and Retirement Plans** - Substantially all of the Company's employees are covered under profit-sharing and/or retirement plans. Company contributions for U.S. employees represent a matching contribution of 50% of a participants elective deferral up to 6% of annual compensation and a discretionary profit-sharing contribution. Company contributions to a noncontributory Money Purchase Pension Scheme for U.K. employees are in an amount equal to 10% for management and 5% for all other employees of the employee's base annual compensation. Company contributions to all plans were $1.0 million for each of the years ended December 31, 2009 and 2008.

**Income Taxes** - Deferred tax assets and liabilities are determined based on the difference between the financial statement and the tax basis of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. Deferred tax assets are subject to a valuation allowance to reduce them to net realizable value.

**Subsequent Events** - In preparing these consolidated financial statements, management has evaluated subsequent events through April 22, 2010, which represents the date the consolidated financial statements were available to be issued.

**Reclassifications** - Certain amounts in the prior year's consolidated financial statements have been reclassified to conform to the current year's presentation.

-10-

REPLY APP 00242

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS

The following is a summary of available-for-sale securities at December 31, 2009 and 2008:

| | Cost | | Gross Unrealized Gains | | Gross Unrealized Losses | | Estimated Fair Value |
|---|---|---|---|---|---|---|---|
| **2009** | | | | | | | |
| | | | *(in thousands)* | | | | |
| Corporate bonds | $ 5,020 | $ | 174 | $ | (2) | $ | 5,192 |
| Municipal securities | 2,773 | | 53 | | (20) | | 2,806 |
| U.S. Treasury securities | 1,124 | | 8 | | (2) | | 1,130 |
| Total debt securities | 8,917 | | 235 | | (24) | | 9,128 |
| Investment partnerships: | | | | | | | |
| Equities | 31 | | - | | - | | 31 |
| Futures | 52 | | - | | - | | 52 |
| Certificates of deposit | 10,143 | | - | | (3) | | 10,140 |
| Total Investments | $ 19,143 | $ | 235 | $ | (27) | $ | 19,351 |
| **2008** | | | | | | | |
| | | | *(in thousands)* | | | | |
| Corporate bonds | $ 5,501 | $ | 31 | $ | - | $ | 5,532 |
| Municipal securities | 1,075 | | - | | - | | 1,075 |
| U.S. Treasury securities | 2,072 | | 24 | | - | | 2,096 |
| Total debt securities | 8,648 | | 55 | | - | | 8,703 |
| Equity securities | 467 | | - | | - | | 467 |
| Limited partnership | 3,381 | | - | | - | | 3,381 |
| Investment partnerships: | | | | | | | |
| Equities | 1,045 | | - | | - | | 1,045 |
| Futures | 1,148 | | - | | - | | 1,148 |
| Certificates of deposit | 6,179 | | 37 | | - | | 6,216 |
| Mutual funds | 2,273 | | - | | - | | 2,273 |
| Total Investments | $ 23,141 | $ | 92 | $ | - | $ | 23,233 |

-11-

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 3 - INVESTMENTS (Continued)**

Included in the estimated fair value are securities with the following unrealized loss positions at December 31, 2009 and 2008:

| | 2009 | | 2008 | |
|---|---|---|---|---|
| | **Fair Value** | **Unrealized Loss** | **Fair Value** | **Unrealized Loss** |
| | | *(in thousands)* | | |
| Less than one year | $ 3,042 | $ 27 | $ - | $ - |

There were $3.1 million and $1.7 million of sales of available-for-sale securities in 2009 and 2008, respectively. These sales resulted in gross realized losses of $180,000 and $372,000 in 2009 and 2008, respectively.

The amortized cost and estimated fair value of available-for-sale debt securities, by contractual maturity, as of December 31, 2009, are shown below. Expected maturities may differ from contractual maturities because the issuers of the securities may have the right to prepay obligations without prepayment penalties.

| | **Cost** | **Estimated Fair Value** |
|---|---|---|
| | *(in thousands)* | |
| Due in one year or less | $ 1,557 | $ 1,638 |
| Due after one year through five years | 6,984 | 7,124 |
| Due after five years through ten years | 301 | 304 |
| Due after ten years | 75 | 62 |
| | $ 8,917 | $ 9,128 |

**NOTE 4 - PROPERTY AND EQUIPMENT**

Property and equipment, at cost, is comprised of the following at December 31, 2009 and 2008:

| | **2009** | **2008** |
|---|---|---|
| | *(in thousands)* | |
| Land | $ 7,580 | $ 7,580 |
| Buildings | 16,331 | 16,331 |
| Furniture and fixtures | 2,952 | 2,959 |
| Leasehold improvements | 4,009 | 3,847 |
| Vehicles and office equipment | 24,142 | 21,970 |
| Software in progress | 70 | 234 |
| | $ 55,084 | $ 52,921 |

-12-

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 4 - PROPERTY AND EQUIPMENT (Continued)

Depreciation expense was $3.8 million and $3.9 million for 2009 and 2008, respectively.

### NOTE 5 - INTANGIBLE ASSETS

Intangible assets, which consist primarily of customer lists, were $.5 million at December 31, 2009 and 2008. Accumulated amortization of intangible assets at December 31, 2009 and 2008, was $.4 million. Amortization of intangible assets charged to operations amounted to $.1 million in December 31, 2009 and 2008. The estimated aggregate amortization expense for 2010 is $.1 million, which will fully amortize the customer lists.

### NOTE 6 - LINE OF CREDIT

The Company has a $10 million revolving credit agreement, as amended, which currently expires on August 24, 2011. There is an annual commitment fee of .25%, payable quarterly, on the average unused portion. Under this agreement, the Company has the ability to borrow in either U.S. dollars or Euros. Interest on a U.S. dollar loan is based on the higher of (a) prime rate or (b) the federal funds rate in effect plus .5%. Interest on the Euro dollar loan is based on a rate equal to the quotient of LIBOR divided by one (1) minus the Euro dollar Reserve. The line was not drawn down upon in 2009 or 2008. No borrowings were outstanding under this agreement at December 31, 2009 or 2008. Under this agreement, the Company has the ability to obtain irrevocable letters of credit. The Company had outstanding letters of credit totaling $1,456,000 and $1,481,000 as of December 31, 2009 and 2008, respectively.

### NOTE 7 - LEASES

The Company leases office space and equipment from third parties, many of which contain renewal options. The leases related to office space are subject to escalation clauses. Rent expense was $4.6 million and $4.7 million for the years ended December 31, 2009 and 2008, respectively.

Future minimum payments under operating leases with initial or remaining lease terms in excess of one year are as follows:

| Year Ending December 31 | | (in thousands) |
|---|---|---|
| 2010 | $ | 4,354 |
| 2011 | | 3,593 |
| 2012 | | 2,994 |
| 2013 | | 2,572 |
| 2014 | | 1,917 |
| Thereafter | | 28,482 |

-13-

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 7 - LEASES (Continued)**

Included in the above is a lease for a building in London which has been sublet for classroom and office space. This lease runs through 2070 and calls for annual rental payments of $.4 million. Step increases that are included in leases are being amortized over the life of the lease on a straight-line basis.

**NOTE 8 - INCOME TAXES**

The provision for income taxes for the years ended December 31, 2009 and 2008, consists of the following:

|  | 2009 | 2008 |
|---|---|---|
|  | *(in thousands)* | |
| Current: | | |
| Federal | $ 571 | $ 1,130 |
| State | 477 | 338 |
| Foreign | 962 | (143) |
|  | 2,010 | 1,325 |
| | | |
| Deferred: | | |
| Federal | 958 | (736) |
| State | 287 | (220) |
| Foreign | - | - |
|  | 1,245 | (956) |
| | | |
|  | $ 3,255 | $ 369 |

The difference between the actual tax provision and the amounts obtained by applying the statutory U.S. Federal income tax rate of 34% against income before income taxes is primarily attributable to certain items that are not deductible and state income taxes.

The significant temporary differences that give rise to deferred tax assets relate to accruals for forward foreign currency contracts and purchases currency call options, Au-Pair early returns, insurance claims and earnings appreciation rights reserve and losses on investments. The deferred tax liabilities relate primarily to the differences between the tax bases and financial reporting bases of property and equipment.

The income tax returns of the Company for the years ended December 31, 2006 through 2009 are subject to examination by the Internal Revenue Service and the State of Connecticut.

-14-

REPLY APP 00246

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 9 - STOCKHOLDERS' EQUITY

Certain employees have the right to require the Company to repurchase their stock under a Shareholder Agreement. The price at which the shares may be put to the Company (Put Price) is a multiple of average pre-tax earnings as adjusted for the two most recent fiscal years with a minimum price of $15 per share. As of December 31, 2009 and 2008, the Put Price was $39.58 and $36.97, respectively. There were 300 shares outstanding as of December 31, 2009 and 2008. The portion of the Put Provision attributable to stock is not deductible for tax purposes. There were no payments made for the redemption of shares in 2009 and 2008.

### NOTE 10 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)

Components of the change in accumulated other comprehensive income (loss) for the years ended December 31, 2009 and 2008, are as follows:

|  | 2009 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | *(in thousands)* | | |
| Foreign currency translation adjustments | $ 829 | $ (332) | $ 497 |
| Unrealized gains on investments available-for-sale | 117 | (47) | 70 |
| Unrealized gains on hedging activities | 12,305 | (4,937) | 7,368 |
| Total Other Comprehensive Income (Loss) | $ 13,251 | $ (5,316) | $ 7,935 |

|  | 2008 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | *(in thousands)* | | |
| Foreign currency translation adjustments | $ (2,494) | $ 1,001 | $ (1,493) |
| Unrealized losses on investments available-for-sale | (139) | 56 | (83) |
| Unrealized losses on hedging activities | (18,359) | 7,362 | (10,997) |
| Total Other Comprehensive Income (Loss) | $ (20,992) | $ 8,419 | $ (12,573) |

-15-

REPLY APP 00247

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 10 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS) (Continued)**

Components of accumulated other comprehensive loss, net of income taxes, are as follows:

| | Foreign Currency Translation Adjustments | | Unrealized Net Gain (Loss) on Investments | | Unrealized Net Gain (Loss) on Hedging | | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|---|---|---|
| | | | *(in thousands)* | | | | |
| Balance January 1, 2008 | $ 617 | $ | 139 | $ | 2,236 | $ | 2,992 |
| Other comprehensive loss 2008 | (1,493) | | (83) | | (10,997) | | (12,573) |
| Balance - December 31, 2008 | (876) | | 56 | | (8,761) | | (9,581) |
| Other comprehensive income 2009 | 497 | | 70 | | 7,368 | | 7,935 |
| Balance - December 31, 2009 | $ ( 379) | $ | 126 | $ | (1,393) | $ | (1,646) |

## NOTE 11 - EARNINGS APPRECIATION PLANS

In October 1999, the Company established the AIFS, Inc. Earnings Appreciation Plan (Plan 1) for the purposes of providing deferred compensation for a select group of management employees (the Eligible Employees). The aggregate number of appreciation rights (Rights) that may be issued under Plan 1 is limited to 100,000.

Under Plan 1, the Eligible Employees may elect to defer an amount not to exceed 25% of their year-end incentive bonus to be invested in the Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. Eligible employees may redeem their Rights at the greater of the Put Price at the time of redemption or original issue price (see Note 9).

For the year ended December 31, 2009, three Eligible Employees deferred compensation to subscribe to Rights. During 2009, no rights were redeemed.

For the year ended December 31, 2008, no Eligible Employees deferred compensation to subscribe to Rights. During 2008, the Company paid approximately $763,000 for the redemption of 14,495 Rights.

At December 31, 2009, 39,520 Rights remain available for issuance.

Outstanding Rights at December 31, 2009 and 2008 are 1,560 and 220, respectively.

In May 2005, the Company established the AIFS, Inc. 2005 Earnings Appreciation Plan (Plan 2) for the purpose of providing deferred compensation as in Plan 1, but to also comply with new tax regulations introduced in the American Jobs Creation Act of 2004 related to SAR plans. Plan 2 has been created to preserve the tax benefit for U.S. participants and U.S. citizens who are taxed on their worldwide income. Plan 1 has been kept in force for all non-U.S. participants. The aggregate

-16-

REPLY APP 00248

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 11 - EARNINGS APPRECIATION PLANS (Continued)

number of Rights that may be issued under Plan 2 is limited to 100,000. Under Plan 2, the Eligible Employee may elect an amount not to exceed 25% of their year-end incentive bonus to be invested in Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. The Eligible Employee must assign the Rights purchased to holding periods of one, two, three or five years. Eligible Employees may redeem their Rights after a notice period of one year. Rights held for two years or less may be redeemed at the greater of the Put Price at the time of redemption or the original issue price. Rights withholding periods of greater than two years may be redeemed at a price that is a multiple of average pre-tax earnings as adjusted for the two highest fiscal years in terms of earnings within the respective holding period or, if greater, the original issue price. Holding periods can be extended for a minimum of five years not to exceed ten years. Notice must be received by the Company of the intent to extend one year prior to the expiration of the original holding period.

For Plan 2, during 2009, three Eligible Employees deferred approximately $71,900 of compensation to subscribe as of March 2010 to 2,018 Rights at an issue price of $35.76 per Right. During 2009, 4,018 Rights were redeemed under Plan 2 for approximately $163,000.

For Plan 2, during 2008, one Eligible Employee deferred approximately $4,000 of compensation to subscribe as of March 2009 to 120 Rights at an issue price of $33.27 per Right. During 2008, 4,129 Rights were redeemed under Plan 2 for approximately $178,000.

At December 31, 2009, 76,298 Rights remain available for issuance.

Outstanding Rights under Plan 2 at December 31, 2009 and 2008, are 13,142 and 15,142, respectively.

The carrying amount of the liability associated with Rights outstanding under Plans 1 and 2 together was $640,000 and $589,000 as of December 31, 2009 and 2008, respectively, and is included as long-term liabilities in the consolidated balance sheets. This liability is calculated based on the intrinsic value of the rights outstanding. During the years ended December 31, 2009 and 2008, a provision of $139,000 and a benefit of $15,000, respectively, representing the change in value of outstanding rights, have been reflected in other expense. The fair value of the rights is not reasonably estimated due to uncertainty with respect to exercise dates and the valuation of the rights on those future dates.

### NOTE 12 - RELATED PARTY TRANSACTIONS

**Foundation** - Certain officers and directors of the Company are also officers and/or trustees of the American Institute For Foreign Study Foundation (the Foundation), a tax-exempt corporation under the Internal Revenue Code (the Code).

-17-

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 12 - RELATED PARTY TRANSACTIONS (Continued)

The Company provides the Academic Year in America (AYA) program of the Foundation with recruitment, administrative and technical services as well as a limited financial guarantee up to $500,000. This guarantee will expire on December 31, 2010. The agreement also calls for payments to the Company equal to 15% of AYA revenues, will expire on December 31, 2010 and is renewed annually. Fees earned by the Company under this agreement amounted to $399,000 and $413,000 in 2009 and 2008, respectively. Included in accounts receivable is $12,000 and $134,000, which is due from the Foundation at December 31, 2009 and 2008, respectively.

**National Society for the Gifted and Talented** - Certain officers and directors of the Company are also officers and/or trustees of the National Society for the Gifted and Talented (NSGT), a tax-exempt corporation under the Code. The Company donated $28,000 and $216,000 to NSGT during the years ended December 31, 2009 and 2008, respectively. As disclosed in Note 16, the Company sold the assets and business interests in SIG to NSGT in 2009.

On September 1, 2009, the Company received a promissory note for $1.2 million from NSGT. The promissory note shall be paid within five years following the closing date, but only if and to the extent NSGT has any profits in excess of $.1 million for the year. If at the end of the repayment period there is an outstanding balance, NSGT will have no obligation to pay the outstanding amounts of the promissory note plus any accrued interest. The Company believes that the promissory note will be fully collectable. The promissory note shall bear interest at an annual rate equal to 2.87% from the closing date through but excluding the date on which the full promissory note is paid.

If NSGT sells the assets to any unrelated third party during the repayment period, NSGT shall pay to the Company, immediately after such sale has been consummated, an amount equal to the lesser of (i) the proceeds received by NSGT from such sale or (ii) the outstanding amount of the promissory note plus any interest accrued thereon.

The Company provides NSGT with office space, human resource management services, marketing plans and develop advertising and promotional materials, technical, administrative and accounting services as well as being a guarantor on a $1,000,000 credit facility of NSGT. This guarantee will expire on August 31, 2012. There were no borrowings by NSGT under this credit facility as of December 31, 2009. The agreement also calls for payments to the Company equal to 8% of NSGT revenues.

**Richmond** - A director of the Company is an officer of The American International University in London (Richmond). Richmond receives certain services from the Company under a service agreement with no fixed expiration date. Under the terms of this agreement, the Company provides recruiting in the United States, the real estate and facilities from which Richmond operates and various administrative and technical support services. The agreement calls for an annual payment of 20% of Richmond's revenues. Fees received by the Company under this agreement amounted to $4.4 million at December 31, 2009 and 2008.

-18-

REPLY APP 00250

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - RELATED PARTY TRANSACTIONS (Continued)

In 2000, the Company constructed a new library at the Richmond campus. Under the terms of the agreement with Richmond, the Company is to be paid interest on approximately $6 million of construction costs. Interest is due annually through 2013. Reimbursed interest of $126,000 and $154,000 for the years ended December 31, 2009 and 2008, respectively, is reflected as an offset to interest expense.

In addition, in conjunction with its agreement with Richmond, the Company provides a limited financial guarantee up to £500,000 ($807,000 at December 31, 2009) in any given year if Richmond is unable to meet its financial obligations. Richmond has a five-year $2.5 million revolving credit agreement, expiring on July 1, 2011. There was no balance outstanding on the line of credit as of December 31, 2009. The Company is a guarantor of this agreement.

Included in accounts receivable and accounts payable, respectively, is $497,000 and $16,000 at December 31, 2009 and 2008, respectively, which is due from and to Richmond. The Company donated $672,000 and $776,000 to Richmond in 2009 and 2008, respectively.

**Board of Directors** - A director of the Company is also an executive vice president and director of a limited partnership in which the Company had investments of $-0- and $3.4 million as of December 31, 2009 and 2008, respectively.

### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

The Company enters into forward foreign currency contracts and purchases currency call options to hedge its future foreign currency cost commitments up to two years in advance. The Company's revenues from its programs are received in U.S. dollars, and the prices at which the programs are offered are based on these foreign currency hedges. The purpose of the Company's foreign currency hedging activities is to protect the Company from the risk that the eventual foreign currency program costs will be adversely affected by changes in exchange rates. Gains and losses on foreign currency hedges are recognized in operations as part of direct program costs at the time services are rendered.

At December 31, 2009 and 2008, the Company had forward foreign currency contracts and purchased currency call options, substantially all having maturities of less than two years, with notional amounts of $67 million and $123 million, respectively. All contracts have been entered into with major financial institutions. The risk associated with these transactions is the cost of replacing these instruments, at current market rates, in the event of default of the counterparties. Management believes the risk of incurring such losses is remote.

Accounting standards require the Company to recognize all derivatives in the balance sheet at fair value. The Company's foreign exchange contracts and options are accounted for as cash flow hedges. The effectiveness of each cash flow hedge is measured by future cash flow requirements based on underlying participant volume. To the extent these contracts and options are effective in

-19-

REPLY APP 00251

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

offsetting the variability of the hedged cash flows, changes in their fair values are recorded in accumulated other comprehensive loss and reclassified into earnings/losses in future periods when the related hedged transaction occurs.

The balance in accumulated other comprehensive income representing the fair value of designated contracts and options, net of tax, at December 31, 2009 and 2008, is a loss of $.4 million and $8.8 million, respectively.  As a result of effective contracts maturing in 2010, an estimated $.9 million, net of tax, of the amount recorded in accumulated other comprehensive loss will be reclassified as losses during the next 12 months.

Fair values of derivative instruments at December 31, 2009 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other short-term assets | $ 211,000 | Other short-term liabilities | $ 1,615,000 |
| Foreign exchange contracts | Other long-term assets | 30,000 | Other long-term liabilities | - |
| Total | | $ 241,000 | | $ 1,615,000 |

Fair values of derivative instruments at December 31, 2008 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other short-term assets | $ 350,000 | Other short-term liabilities | $ 10,587,000 |
| Foreign exchange contracts | Other long-term assets | - | Other long-term liabilities | 5,174,000 |
| Total | | $ 350,000 | | $ 15,761,000 |

-20-

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

The effect of derivative instruments on the consolidated statement of operations for the year ended December 31, 2009 is as follows:

| | Amount of Gain or (Loss) Recognized in AOCI on Derivative (Effective Portion) | Location of Gain or (Loss) Reclassified from Accumulated OCI into Income (Effective Portion) | Amount of Gain or (Loss) Reclassified from AOCI into Income (Effective Portion) | Location of Gain or (Loss) Recognized in Income on Derivative (Ineffective Portion) | Amount of Gain or (Loss) Recognized in Income on Derivative (Ineffective Portion) |
|---|---|---|---|---|---|
| | *(in thousands)* | | *(in thousands)* | | *(in thousands)* |
| Foreign currency contracts | $ 3,749 | Selling, general and administrative | $ (10,088) | Selling, general and administrative | $ - |

### NOTE 14 - FINANCIAL INSTRUMENTS

The following summarizes the major methods and assumptions used in estimating the fair values of financial instruments.

**Cash and Cash Equivalents** - The carrying amount approximates fair value due to the short maturity of these instruments.

**Short-Term and Long-Term Investments** - The fair values of investments are generally based on quoted market prices for those instruments or values provided by the fund manager based on quoted market prices for the underlying instruments.

**Foreign Currency Contracts and Currency Options** - The fair value is the amount at which the contracts could be settled based on models provided by an independent third-party pricing service using observable inputs.

-21-

REPLY APP 00253

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 14 - FINANCIAL INSTRUMENTS (Continued)**

The carrying amount and estimated fair values of the Company's financial instruments are as follows (bracketed amounts represent liabilities):

| | 2009 | |
| --- | --- | --- |
| | Carrying Amount | Fair Value |
| | *(in thousands)* | |
| Cash and cash equivalents | $ 33,198 | $ 33,198 |
| Short-term investments | 11,860 | 11,860 |
| Long-term investments | 7,491 | 7,491 |
| Foreign currency contracts and currency options | 1,448 | 1,448 |
| Foreign currency contracts and currency options | (2,822) | (2,822) |

| | 2008 | |
| --- | --- | --- |
| | Carrying Amount | Fair Value |
| | *(in thousands)* | |
| Cash and cash equivalents | $ 29,649 | $ 29,649 |
| Short-term investments | 17,409 | 17,409 |
| Long-term investments | 5,824 | 5,824 |
| Foreign currency contracts and currency options | 544 | 544 |
| Foreign currency contracts and currency options | (15,955) | (15,955) |

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2009:

| | | Fair Value Measurements Using | | |
| --- | --- | --- | --- | --- |
| Description | December 31, 2009 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| | | *(in thousands)* | | |
| Short-term investments | $ 11,860 | $ 11,777 | $ 83 | $ - |
| Long-term investments | 7,491 | 7,491 | - | - |
| Derivatives: | | | | |
| Other short-term assets | 211 | - | 211 | - |
| Other assets | 30 | - | 30 | - |
| Other short-term liabilities | (1,615) | - | (1,615) | - |

-22-

REPLY APP 00254

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

**Fair Value Measurements Using Significant Unobservable Inputs (Level 3)**

|  | Limited Partnership | Total |
|---|---|---|
|  | *(in thousands)* | |
| Beginning balance | $ 3,381 | $ 3,381 |
| Total gains or losses (realized/unrealized): | | |
| Included in earnings | (2) | (2) |
| Included in other comprehensive income | - | - |
| Purchases, issuances and settlements | (3,379) | (3,379) |
| Transfers in and/or out of Level 3 | - | - |
| Ending Balance | $ - | $ - |
| The Amount of Total Gains for the Period Included in Earnings Attributable to the Change in Unrealized Gains or Losses Relating to Assets Still Held at the Reporting Date | $ - | $ - |

**Assets Measured at Fair Value on a Recurring Basis -** The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2008:

| | | Fair Value Measurements Using | | |
|---|---|---|---|---|
| Description | December 31, 2008 | Quoted Prices in Active Markets for Identical Assets (Level 1) | Significant Other Observable Inputs (Level 2) | Significant Unobservable Inputs (Level 3) |
| | | *(in thousands)* | | |
| Short-term investments | $ 17,409 | $ 11,835 | $ 2,193 | $ 3,381 |
| Long-term investments | 5,824 | 5,824 | - | - |
| Derivatives: | | | | |
| Other assets | 341 | - | 341 | - |
| Other short-term liabilities | (10,587) | - | (10,587) | - |
| Other liabilities | (5,165) | - | (5,165) | - |

-23-

REPLY APP 00255

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

**Fair Value Measurements Using Significant Unobservable Inputs (Level 3)**

| | Limited Partnership | | Total |
|---|---|---|---|
| | *(in thousands)* | | |
| Beginning balance | $ 3,862 | $ | 3,862 |
| Total gains or losses (realized/unrealized): | | | |
| Included in earnings | (481) | | (481) |
| Included in other comprehensive income | - | | - |
| Purchases, issuances and settlements | - | | - |
| Transfers in and/or out of Level 3 | - | | - |
| Ending Balance | $ 3,381 | $ | 3,381 |
| The Amount of Total Gains for the Period Included in Earnings Attributable to the Change in Unrealized Gains or Losses Relating to Assets Still Held at the Reporting Date | $ 11 | $ | 11 |

### NOTE 15 - RISKS AND UNCERTAINTIES

The Company transacts a significant volume of business with a particular insurance provider. The concentration leaves the Company vulnerable to risk of an impact on future sales of insurance in the near term should an event cause such provider to no longer provide insurance to the Company. The Company believes that it would be able to replace the insurance provider if this were to happen, as was evidenced by the relationship with a new insurance carrier.

### NOTE 16 - LOSS ON DISPOSAL OF BUSINESS

On September 1, 2009, the Company sold primarily all of its assets and business interests in SIG to the NSGT. NSGT is a nonprofit entity that is affiliated with the Company. The Company believes that the SIG business can be more successful operating within a nonprofit organization. The Company received a promissory note for $1.2 million, payable over five years and recorded a loss of approximately $2.3 million on the transaction mostly resulting from the recognition of impairment losses on goodwill and property.

On January 1, 2009, the Company sold primarily all of its assets and business interests in their operation located in South Africa to a third party. The Company recorded a loss for the year ended December 31, 2008 on the transaction of approximately $.6 million mostly resulting from the recognition of impairment losses on goodwill and property.

-24-

REPLY APP 00256

# AIFS, INC.

## CONSOLIDATED FINANCIAL STATEMENTS

### DECEMBER 31, 2010 AND 2009

REPLY APP 00257

**AIFS, INC.**

**CONTENTS**

Independent Auditors' Report                                                                  1

Consolidated Balance Sheets - December 31, 2010 and 2009                                     2

Consolidated Statements of Income for the Years Ended December 31, 2010 and 2009             3

Consolidated Statements of Cash Flows for the Years Ended
   December 31, 2010 and 2009                                                                 4

Consolidated Statements of Stockholders' Equity for the Years Ended
   December 31, 2010 and 2009                                                                 5

Notes to Consolidated Financial Statements                                                 6-24

REPLY APP 00258

| 29 South Main Street | Tel 860.561.4000 | | 2 Enterprise Drive | Tel 203.944.2100 |
| P.O. Box 272000 | Fax 860.521.9241 | | P.O. Box 2488 | Fax 203.944.2111 |
| West Hartford, CT 06127-2000 | blumshapiro.com | | Shelton, CT 06484-1488 | blumshapiro.com |

# BlumShapiro

Accounting | Tax | Business Consulting

## Independent Auditors' Report

The Board of Directors and Stockholders
AIFS, Inc.

We have audited the accompanying consolidated balance sheets of AIFS, Inc., as of December 31, 2010 and 2009, and the related consolidated statements of income, cash flows and stockholders' equity for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of AIFS, Inc., as of December 31, 2010 and 2009, and the consolidated results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

*Blum, Shapiro + Company, P.C.*

April 13, 2011

An Independent Member of Baker Tilly International

REPLY APP 00259

**AIFS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**DECEMBER 31, 2010 AND 2009**
(In Thousands Except for Shares and Per-Share Amounts)

## ASSETS

| | 2010 | 2009 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 42,374 | $ 33,198 |
| Short-term investments | 2,542 | 11,860 |
| Accounts receivable, net | 23,128 | 24,820 |
| Prepaid expenses | 2,506 | 2,427 |
| Prepaid income taxes | 519 | 581 |
| Deferred income taxes | 2,291 | 2,119 |
| Deferred program costs | 6,685 | 7,196 |
| Other current assets | 70 | 298 |
| Total current assets | 80,115 | 82,499 |
| **Property and Equipment** | 57,023 | 55,084 |
| Less accumulated depreciation and amortization | 36,254 | 32,993 |
| Net property and equipment | 20,769 | 22,091 |
| **Other Assets** | | |
| Long-term investments | 14,543 | 7,491 |
| Goodwill | 2,370 | 2,254 |
| Intangible assets, net | - | 59 |
| Deferred income taxes | 165 | 254 |
| Other assets | 1,721 | 1,238 |
| Total other assets | 18,799 | 11,296 |
| **Total Assets** | $ 119,683 | $ 115,886 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2010 | 2009 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 6,089 | $ 7,192 |
| Accrued liabilities | 7,677 | 8,087 |
| Deferred revenue | 61,986 | 57,692 |
| Deferred income taxes | 47 | 84 |
| Other current liabilities | 639 | 1,615 |
| Total current liabilities | 76,438 | 74,670 |
| **Long-Term Liabilities** | | |
| Deferred income taxes | 2,642 | 2,927 |
| Other liabilities | 6 | 9 |
| Common stock and rights subject to redemption | 477 | 640 |
| Total long-term liabilities | 3,125 | 3,576 |
| Total liabilities | 79,563 | 78,246 |
| **Stockholders' Equity (Deficit)** | | |
| Common stock ($.10 par value) 10,000,000 shares authorized; 784,687 and 784,787 shares issued and outstanding as of December 31, 2010 and 2009, respectively | 78 | 78 |
| Paid-in capital | 383 | 387 |
| Retained earnings | 41,222 | 38,821 |
| Accumulated other comprehensive loss | (1,563) | (1,646) |
| Total stockholders' equity | 40,120 | 37,640 |
| **Total Liabilities and Stockholders' Equity** | $ 119,683 | $ 115,886 |

The accompanying notes are an integral part of the consolidated financial statements

REPLY APP 00260

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF INCOME**
**FOR THE YEARS ENDED DECEMBER 31, 2010 AND 2009**
(In Thousands)

|                                        |     | 2010    |     | 2009    |
| -------------------------------------- | --- | ------- | --- | ------- |
| **Program Revenues**                   | $   | 141,433 | $   | 164,318 |
| **Program Direct Costs**               |     | 86,792  |     | 101,026 |
| **Gross Profit**                       |     | 54,641  |     | 63,292  |
| **General and Administrative Expenses**|     | 50,101  |     | 55,743  |
| **Income from Operations**             |     | 4,540   |     | 7,549   |
| **Other Income (Expense)**             |     |         |     |         |
| Interest expense                       |     | (70)    |     | (59)    |
| Investment income                      |     | 674     |     | 505     |
| Loss on business disposal              |     | -       |     | (2,232) |
| Other expense                          |     | (795)   |     | (813)   |
| Net other expense                      |     | (191)   |     | (2,599) |
| **Income Before Income Tax Expense**   |     | 4,349   |     | 4,950   |
| **Income Tax Expense**                 |     | 1,948   |     | 3,255   |
| **Net Income**                         | $   | 2,401   | $   | 1,695   |

The accompanying notes are an integral part of the consolidated financial statements

-3-

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2010 AND 2009**
(In Thousands)

|  | 2010 | 2009 |
|---|---|---|
| **Cash Flows from Operating Activities** | | |
| Net income | $ 2,401 | $ 1,695 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Loss on disposal of business | - | 2,232 |
| Realized (gain) loss on investments | (61) | 180 |
| Deferred income tax expense (benefit) | (379) | 2,074 |
| Provision for earnings appreciation rights | 41 | 210 |
| Depreciation and amortization | 3,564 | 3,763 |
| Bad debt expense | 41 | 23 |
| (Increase) decrease in operating assets: | | |
| Accounts receivable | 1,651 | 3,487 |
| Prepaid expenses and income taxes | (17) | (727) |
| Deferred program costs | 511 | 2,349 |
| Other assets | (59) | 1,279 |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable, accrued liabilities and income taxes payable | (1,513) | (61) |
| Deferred revenue | 4,294 | (12,819) |
| Other liabilities | (1,255) | - |
| Net cash provided by operating activities | 9,219 | 3,685 |
| **Cash Flows from Investing Activities** | | |
| Purchase of investments | (12,244) | (15,215) |
| Maturities of investments | 13,117 | 12,115 |
| Sales of investments | 1,421 | 5,230 |
| Capital expenditures | (2,155) | (2,195) |
| Net cash provided by (used in) investing activities | 139 | (65) |
| **Cash Flows from Financing Activities** | | |
| Proceeds from issuance of earnings appreciation rights | 76 | 92 |
| Redemption of earnings appreciation rights | (258) | (163) |
| Net cash used in financing activities | (182) | (71) |
| **Net Increase in Cash and Cash Equivalents** | 9,176 | 3,549 |
| **Cash and Cash Equivalents** - Beginning of Year | 33,198 | 29,649 |
| **Cash and Cash Equivalents** - End of Year | $ 42,374 | $ 33,198 |
| **Cash Paid During the Year for** | | |
| Interest | $ 70 | $ 59 |
| Taxes | 2,197 | 1,464 |

The accompanying notes are an integral part of the consolidated financial statements

-4-

REPLY APP 00262

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**FOR THE YEARS ENDED DECEMBER 31, 2010 AND 2009**
(In Thousands, Except Shares)

| | Common Stock | | Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balance - January 1, 2009** | 784,787 | $ 78 | $ 387 | $ 37,126 | $ (9,581) | $ 28,010 |
| **Net Income** | - | - | - | 1,695 | - | 1,695 |
| **Other Comprehensive Income,** Net of Tax | | | | | | |
| Foreign currency translation adjustments | - | - | - | - | 497 | 497 |
| Unrealized gain on investments available for sale | - | - | - | - | 70 | 70 |
| Unrealized gain on hedging activities | - | - | - | - | 7,368 | 7,368 |
| Comprehensive income | | | | | | 9,630 |
| **Balance - December 31, 2009** | 784,787 | 78 | 387 | 38,821 | (1,646) | 37,640 |
| **Net Income** | - | - | - | 2,401 | - | 2,401 |
| **Other Comprehensive Income,** Net of Tax | | | | | | |
| Foreign currency translation adjustments | - | - | - | - | (1,442) | (1,442) |
| Unrealized loss on investments available for sale | - | - | - | - | (33) | (33) |
| Unrealized gain on hedging activities | - | - | - | - | 1,558 | 1,558 |
| Comprehensive income | | | | | | 2,484 |
| **Redemption of Common Stock** | (100) | - | (4) | - | - | (4) |
| **Balance - December 31, 2010** | 784,687 | $ 78 | $ 383 | $ 41,222 | $ (1,563) | $ 40,120 |

The accompanying notes are an integral part of the consolidated financial statements

-5-

REPLY APP 00263

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 1 - DESCRIPTION OF BUSINESS

AIFS, Inc. (the Company) and its family of companies organize educational and cultural exchange programs throughout the world and arrange insurance coverage for its own participants as well as participants of other organizations involved in international education and cultural exchange. Collectively, the Company operates the following wholly owned subsidiaries: American Institute For Foreign Study, Inc.; American Institute For Foreign Study, (U.K.) Ltd.; American Council For International Studies, Inc. (High School); Cultural Insurance Services International, Inc. (CISI); American Institute For Foreign Study - Deutschland, GmbH; CAMPS International GmbH; American Institute For Foreign Study - South Africa; American Institute For Foreign Study - Australia; College Gifted Programs, Inc. (d/b/a Summer Institute for the Gifted); and CareMed GmbH. Since the Company's founding in 1964, more than 1,300,000 people have participated in its programs.

Revenues in foreign countries totaled 22% of total revenue in 2010 and 2009.

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation** - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries, as disclosed above. Intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates** - The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. Actual results could differ from those estimates.

**Program Revenue and Direct Cost Recognition** - The Company develops, markets and operates educational and cultural exchange programs worldwide and generally requires deposits and final payments by participants in advance of the time the programs take place. Revenues are not recognized from the sale of programs until the services are provided to the participants. Deferred revenue is recognized at the time the program fees are received for High School programs and as billed for all other programs, except the sale of insurance as explained below. Program sales are recognized ratably over the program period.

Commission revenue from the sale of insurance policies as a broker is recorded at the time of the sale.

The Company incurs direct program costs and selling expenses related to programs prior to their occurrence. These costs are also deferred and recognized ratably over the program period.

-6-

REPLY APP 00264

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**Cash and Cash Equivalents** - Cash equivalents include highly liquid investments whose maturities do not exceed 90 days from the date of purchase and are readily convertible to known amounts of cash. The Company's deposits in financial institutions may occasionally exceed federal depository insurance limits. However, the Company has not experienced any losses in this area, and management attempts to mitigate this risk by actively managing their cash and fixed income investment portfolio and utilizing federal insurance guarantees where available. Management will continue to monitor the credit-worthiness of financial institutions holding significant deposits and make adjustments if deemed necessary.

**Investments** - The Company maintains a significant investment portfolio in order to take advantage of potential acquisition opportunities and as a reserve against negative international incidents. All of the Company's investments are classified as available-for-sale. At December 31, 2010, the following were classified as current: debt securities with a contractual maturity of one year or less and certificates of deposit. Available-for-sale securities are carried at fair value, with the unrealized gains and losses, net of income taxes, shown as a separate component of accumulated other comprehensive loss. Realized gains and losses and declines in value judged to be other-than-temporary are included in investment income. The cost of securities sold is based on the specific identification method. Interest and dividends on investments are included in investment income.

Investment securities are exposed to various risks, such as interest rate, market and credit risks. Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could occur in the near term and that such changes could materially affect the investment balances and activity reflected in the consolidated financial statements.

**Accounts Receivable** - The Company estimates its allowance for doubtful accounts based upon historical experience. The allowance for doubtful accounts was $398,000 and $191,000 at December 31, 2010 and 2009, respectively.

Delinquent accounts are written off based on management's assessment of their collectibility.

**Property and Equipment** - Property and equipment are carried at cost. Depreciation of property and equipment is computed on a straight-line basis over the following estimated useful lives:

| | |
|---|---|
| Buildings | 15-35 years |
| Furniture and fixtures | 3-7 years |
| Leasehold improvements | Lesser of lease term or 10-20 years |
| Vehicles and office equipment | 3-10 years |

-7-

REPLY APP 00265

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 2 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Goodwill** - Goodwill is assigned to specific reporting units and is reviewed for impairment at least annually or more frequently when events or circumstances indicate that a reporting unit's carrying amount exceeds its fair value. During 2010 and 2009, the Company determined that the fair values for most of its reporting units exceeded their carrying values. Therefore, no impairment loss on goodwill was recognized, except in conjunction with the sale of the Company's Summer Institute for the Gifted (SIG) business during 2009 (see Note 17). During 2009, goodwill was reduced by $3.3 million in connection with the sale of its SIG business. This amount is comprised of an impairment loss of $2.1 million and the establishment of a promissory note receivable in the amount of $1.2 million (see Note 13).

**Intangible Assets** - Intangible assets represent directly purchased customer lists and are being amortized on a straight-line basis over a useful life of eight years. The carrying value of intangibles is evaluated periodically for impairment based on expectations of operating performance and future net cash flows of the related businesses.

**Insurance Services** - Through CISI, the Company sells medical, liability and personal effects insurance through a brokerage agreement with insurance companies that are rated A or better by AM Best. In addition, CISI is a licensed third-party administrator for the claims related to these policies. The Company earns revenue on a commission basis, whereby the Company receives commissions on all premiums written. The insurance carrier assumes all liability for any claims. A fee for third-party administration services is also received by the Company.

**Foreign Currency** - The functional currencies for each of the reporting units are as follows:

| Reporting Unit | Functional Currency |
|---|---|
| American Institute For Foreign Study, (U.K.) Ltd. and related companies | Sterling |
| AIFS Deutschland | Euro |
| CAMPS International | Euro |
| CareMed GmbH | Euro |
| AIFS South Africa | Rand |
| AIFS Australia | Australian dollar |

The balance sheets for these entities are translated at current year-end exchange rates and the income statements at average exchange rates for the fiscal year, with the resulting translation adjustments included in accumulated other comprehensive loss.

The Company enters into foreign currency contracts to hedge commitments for program services to be provided in foreign currencies at later dates. Gains or losses on these contracts offset higher or lower direct costs caused by exchange rate fluctuations after program prices are established (see Note 14).

-8-

REPLY APP 00266

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Advertising** - The Company expenses production costs of advertising as incurred except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits.

Direct-response advertising consists primarily of the costs to produce and distribute program catalogs and related materials. Catalogs include enrollment forms for the Company's programs. The capitalized costs are amortized over the period in which each program operates.

At December 31, 2010 and 2009, advertising costs totaling $2.7 million and $2.1 million, respectively, were included in deferred program costs in the consolidated balance sheets. Advertising expense for the years ended December 31, 2010 and 2009, was $7.7 million and $9.2 million, respectively.

**Profit-Sharing and Retirement Plans** - Substantially all of the Company's employees are covered under profit-sharing and/or retirement plans. Company contributions for U.S. employees represent a matching contribution of 50% of a participant's elective deferral up to 6% of annual compensation and a discretionary profit-sharing contribution. Company contributions to a noncontributory Money Purchase Pension Scheme for U.K. employees are in an amount equal to 10% for management and 5% for all other employees of the employee's base annual compensation. Company contributions to all plans were $1.0 million for each of the years ended December 31, 2010 and 2009.

**Income Taxes** - Deferred tax assets and liabilities are determined based on the difference between the financial statement and the tax basis of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. Deferred tax assets are subject to a valuation allowance to reduce them to net realizable value.

**Subsequent Events** - In preparing these consolidated financial statements, management has evaluated subsequent events through April 13, 2011, which represents the date the consolidated financial statements were available to be issued.

**Reclassifications** - Certain amounts in the prior year's consolidated financial statements have been reclassified to conform to the current year's presentation.

-9-

REPLY APP 00267

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS

The following is a summary of available-for-sale securities at December 31, 2010 and 2009:

| | 2010 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | *(in thousands)* | | | |
| Corporate bonds | $ 8,402 | $ 148 | $ (15) | $ 8,535 |
| Municipal securities | 5,810 | 64 | (27) | 5,847 |
| U.S. Treasury securities | 2,650 | 18 | (35) | 2,633 |
| Total debt securities | 16,862 | 230 | (77) | 17,015 |
| Mutual funds | 70 | - | - | 70 |
| Total Investments | $ 16,932 | $ 230 | $ (77) | $ 17,085 |

| | 2009 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | *(in thousands)* | | | |
| Corporate bonds | $ 5,020 | $ 174 | $ (2) | $ 5,192 |
| Municipal securities | 2,773 | 53 | (20) | 2,806 |
| U.S. Treasury securities | 1,124 | 8 | (2) | 1,130 |
| Total debt securities | 8,917 | 235 | (24) | 9,128 |
| Investment partnerships: | | | | |
| Equities | 31 | - | - | 31 |
| Futures | 52 | - | - | 52 |
| Certificates of deposit | 10,143 | - | (3) | 10,140 |
| Total Investments | $ 19,143 | $ 235 | $ (27) | $ 19,351 |

Included in the estimated fair value are securities with the following unrealized loss positions at December 31, 2010 and 2009:

| | 2010 | | 2009 | |
|---|---|---|---|---|
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
| | *(in thousands)* | | | |
| Less than one year | $ 3,338 | $ 49 | $ 3,042 | $ 27 |
| More than one year | 355 | 28 | - | - |

-10-

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 3 - INVESTMENTS (Continued)

There were $1.4 million and $3.1 million of sales of available-for-sale securities in 2010 and 2009, respectively.  These sales resulted in gross realized gains of $61,000 and losses of $180,000 in 2010 and 2009, respectively.

The amortized cost and estimated fair value of available-for-sale debt securities, by contractual maturity, as of December 31, 2010, are shown below.  Expected maturities may differ from contractual maturities because the issuers of the securities may have the right to prepay obligations without prepayment penalties.

|  | Amortized Cost | | Estimated Fair Value |
|---|---|---|---|
|  | *(in thousands)* | | |
| Due in one year or less | $ 2,451 | $ | 2,472 |
| Due after one year through five years | 13,900 | | 14,051 |
| Due after five years through ten years | 459 | | 449 |
| Due after ten years | 52 | | 43 |
|  | $ 16,862 | $ | 17,015 |

### NOTE 4 - PROPERTY AND EQUIPMENT

Property and equipment, at cost, is comprised of the following at December 31, 2010 and 2009:

|  | 2010 | | 2009 |
|---|---|---|---|
|  | *(in thousands)* | | |
| Land | $ 7,580 | $ | 7,580 |
| Buildings | 16,331 | | 16,331 |
| Furniture and fixtures | 2,949 | | 2,952 |
| Leasehold improvements | 4,049 | | 4,009 |
| Vehicles and office equipment | 25,660 | | 24,142 |
| Software in progress | 272 | | 70 |
| Leasehold improvements in progress | 182 | | - |
|  | $ 57,023 | $ | 55,084 |

Depreciation expense was $3.6 million and $3.8 million for 2010 and 2009, respectively.

-11-

REPLY APP 00269

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 5 - GOODWILL

The changes in the carrying amount of goodwill for the years ended December 31, 2010 and 2009, are as follows:

|  |  | *(in thousands)* |
|---|---|---|
| Balance as of January 1, 2009 | $ | 5,560 |
| Goodwill written off related to the sale of SIG |  | (3,327) |
| Changes in currency translation |  | 21 |
| Balance as of December 31, 2009 |  | 2,254 |
| Goodwill acquired during the year |  | 197 |
| Changes in currency translation |  | (81) |
| Balance as of December 31, 2010 | $ | 2,370 |

### NOTE 6 - INTANGIBLE ASSETS

Intangible assets, which consist primarily of customer lists, were fully amortized at December 31, 2010. At December 31, 2009, intangible assets were $.5 million. Accumulated amortization of intangible assets at December 31, 2009 was $.4 million. Amortization of intangible assets charged to operations amounted to $.1 million during each of the years ending December 31, 2010 and 2009.

### NOTE 7 - LINE OF CREDIT

The Company has a $10 million revolving credit agreement, as amended, which currently expires on August 24, 2011. The Company is currently in discussions to extend this agreement. There is an annual commitment fee of .25%, payable quarterly, on the average unused portion. Under this agreement, the Company has the ability to borrow in either U.S. dollars or Euros. Interest on a U.S. dollar loan is based on the higher of (a) prime rate or (b) the federal funds rate in effect plus .5%. Interest on the Euro dollar loan is based on a rate equal to the quotient of LIBOR divided by one (1) minus the Euro dollar Reserve. No borrowings were outstanding under this agreement at December 31, 2010 or 2009. Under this agreement, the Company has the ability to obtain irrevocable letters of credit. The Company had outstanding letters of credit totaling $1.56 million and $1.46 million as of December 31, 2010 and 2009, respectively.

REPLY APP 00270

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 8 - INCOME TAXES

The provision for income taxes for the years ended December 31, 2010 and 2009, consists of the following:

|  | 2010 | 2009 |
|---|---|---|
|  | *(in thousands)* | |
| Current: | | |
| Federal | $ 1,458 | $ 571 |
| State | 163 | 477 |
| Foreign | 565 | 962 |
|  | 2,186 | 2,010 |
| Deferred: | | |
| Federal | (55) | 958 |
| State | (183) | 287 |
|  | (238) | 1,245 |
|  | $ 1,948 | $ 3,255 |

The components of deferred taxes as of December 31, 2010 and 2009, consisted of the following:

|  | 2010 | 2009 |
|---|---|---|
|  | *(in thousands)* | |
| Deferred tax assets: | | |
| Federal | $ 1,845 | $ 1,753 |
| State | 553 | 526 |
| Foreign | 58 | 94 |
|  | $ 2,456 | $ 2,373 |
| Deferred tax liabilities: | | |
| Federal | $ 2,069 | $ 2,316 |
| State | 620 | 695 |
|  | $ 2,689 | $ 3,011 |

The difference between the actual tax provision and the amounts obtained by applying the statutory U.S. Federal income tax rate of 34% against income before income taxes is primarily attributable to certain items that are not deductible and state income taxes.

The significant temporary differences that give rise to deferred tax assets relate to the allowance for doubtful accounts, charitable contributions, accruals for forward foreign currency contracts and purchases, currency call options, earnings appreciation rights reserve and losses on investments. The deferred tax liabilities relate primarily to the differences between the tax bases and financial reporting bases of property and equipment.

-13-

REPLY APP 00271

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 8 - INCOME TAXES (Continued)

The income tax returns of the Company for the years ended December 31, 2007 through 2010 are subject to examination by the Internal Revenue Service and other taxing authorities.

### NOTE 9 - STOCKHOLDERS' EQUITY

Certain employees have the right to require the Company to repurchase their stock under a Shareholder Agreement. The price at which the shares may be put to the Company (Put Price) is a multiple of average pre-tax earnings as adjusted for the two most recent fiscal years with a minimum price of $15 per share. As of December 31, 2010 and 2009, the Put Price was $42.92 and $39.58, respectively. During 2010, a shareholder put their 100 shares to the Company for approximately $4,300. As a result, there were 200 shares outstanding as of December 31, 2010 as compared to 300 shares outstanding as of December 31, 2009. The portion of the Put Provision attributable to stock is not deductible for tax purposes. There were no payments made for the redemption of shares in 2009.

### NOTE 10 - ACCUMULATED OTHER COMPREHENSIVE LOSS

Components of the change in accumulated other comprehensive loss for the years ended December 31, 2010 and 2009, are as follows:

| | 2010 | | |
|---|---|---|---|
| | Pre-Tax Amount | Tax | After-Tax Amount |
| | | *(in thousands)* | |
| Foreign currency translation adjustments | $ (2,407) | $ 965 | (1,442) |
| Unrealized losses on investments available-for-sale | (55) | 22 | (33) |
| Unrealized gains on hedging activities | 2,597 | (1,039) | 1,558 |
| Total Other Comprehensive Income | $ 135 | $ (52) | $ 83 |

| | 2009 | | |
|---|---|---|---|
| | Pre-Tax Amount | Tax | After-Tax Amount |
| | | *(in thousands)* | |
| Foreign currency translation adjustments | $ 829 | $ (332) | $ 497 |
| Unrealized gains on investments available-for-sale | 117 | (47) | 70 |
| Unrealized gains on hedging activities | 12,305 | (4,937) | 7,368 |
| Total Other Comprehensive Income | $ 13,251 | $ (5,316) | $ 7,935 |

-14-

REPLY APP 00272

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 10 - ACCUMULATED OTHER COMPREHENSIVE LOSS (Continued)

Components of accumulated other comprehensive loss, net of income taxes, are as follows:

| | Foreign Currency Translation Adjustments | Unrealized Net Gain (Loss) on Investments | Unrealized Net Gain (Loss) on Hedging | Accumulated Other Comprehensive Loss |
|---|---|---|---|---|
| | | *(in thousands)* | | |
| Balance - January 1, 2009 | $ (876) | $ 56 | $ (8,761) | $ (9,581) |
| Other comprehensive income 2009 | 497 | 70 | 7,368 | 7,935 |
| Balance - December 31, 2009 | (379) | 126 | (1,393) | (1,646) |
| Other comprehensive income 2010 | (1,442) | (33) | 1,558 | 83 |
| Balance - December 31, 2010 | $ (1,821) | $ 93 | $ 165 | $ (1,563) |

### NOTE 11 - LEASES

The Company leases office space and equipment from third parties, many of which contain renewal options. The leases related to office space are subject to escalation clauses. Rent expense was $4.4 million and $4.6 million for the years ended December 31, 2010 and 2009, respectively.

Future minimum payments under operating leases with initial or remaining lease terms in excess of one year are as follows:

| Year Ending December 31 | *(in thousands)* |
|---|---|
| 2011 | $ 3,821 |
| 2012 | 3,631 |
| 2013 | 3,284 |
| 2014 | 2,485 |
| 2015 | 1,127 |
| Thereafter | 27,955 |

Included in the above is a lease that runs through 2070 for a building in London that calls for annual rental payments of $.4 million. The Company sublets space for classroom and office use with varying lease terms through 2018 related to this lease. Total rental income expected to be earned from the sublease agreements will approximate $1.3 million through 2018.

-15-

REPLY APP 00273

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - EARNINGS APPRECIATION PLANS

In October 1999, the Company established the AIFS, Inc. Earnings Appreciation Plan (Plan 1) for the purposes of providing deferred compensation for a select group of management employees (the Eligible Employees). The aggregate number of appreciation rights (Rights) that may be issued under Plan 1 is limited to 100,000.

Under Plan 1, the Eligible Employees may elect to defer an amount not to exceed 25% of their year-end incentive bonus to be invested in the Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. Eligible employees may redeem their Rights at the greater of the Put Price at the time of redemption or original issue price (see Note 9).

For the year ended December 31, 2010, three Eligible Employees deferred approximately $15,000 of compensation to subscribe to 410 Rights. During 2010, 370 Rights were redeemed for approximately $15,000.

For the year ended December 31, 2009, three Eligible Employees deferred approximately $20,000 of compensation to subscribe to 590 Rights. During 2009, no Rights were redeemed.

At December 31, 2010, 39,110 Rights remain available for issuance.

Outstanding Rights at December 31, 2010 and 2009, are 1,600 and 1,560, respectively.

In May 2005, the Company established the AIFS, Inc. 2005 Earnings Appreciation Plan (Plan 2) for the purpose of providing deferred compensation as in Plan 1, but to also comply with new tax regulations introduced in the American Jobs Creation Act of 2004 related to SAR plans. Plan 2 has been created to preserve the tax benefit for U.S. participants and U.S. citizens who are taxed on their worldwide income. Plan 1 has been kept in force for all non-U.S. participants. The aggregate number of Rights that may be issued under Plan 2 is limited to 100,000. Under Plan 2, the Eligible Employee may elect an amount not to exceed 25% of their year-end incentive bonus to be invested in Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. The Eligible Employee must assign the Rights purchased to holding periods of one, two, three or five years. Eligible Employees may redeem their Rights after a notice period of one year. Rights held for two years or less may be redeemed at the greater of the Put Price at the time of redemption or the original issue price. Rights with holding periods of greater than two years may be redeemed at a price that is a multiple of average pre-tax earnings as adjusted for the two highest fiscal years in terms of earnings within the respective holding period or, if greater, the original issue price. Holding periods can be extended for a minimum of five years not to exceed ten years. Notice must be received by the Company of the intent to extend one year prior to the expiration of the original holding period.

For Plan 2, during 2010, five Eligible Employees deferred approximately $61,000 of compensation to subscribe as of March 2011 to 1,590 Rights at an issue price of $38.64 per Right. During 2010, 5,065 Rights were redeemed under Plan 2 for approximately $243,000.

-16-

REPLY APP 00274

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - EARNINGS APPRECIATION PLANS (Continued)

For Plan 2, during 2009, three Eligible Employees deferred approximately $72,000 of compensation to subscribe as of March 2010 to 2,018 Rights at an issue price of $35.76 per Right. During 2009, 4,018 Rights were redeemed under Plan 2 for approximately $163,000.

At December 31, 2010, 74,708 Rights remain available for issuance.

Outstanding Rights under Plan 2 at December 31, 2010 and 2009, are 9,667 and 13,142, respectively.

The carrying amount of the liability associated with Rights outstanding under Plans 1 and 2 together was $477,000 and $640,000 as of December 31, 2010 and 2009, respectively, and is included as long-term liabilities in the consolidated balance sheets. This liability is calculated based on the intrinsic value of the rights outstanding. During the years ended December 31, 2010 and 2009, a provision of $98,000 and a provision of $139,000, respectively, representing the change in value of outstanding rights, have been reflected in other expense. The fair value of the rights is not reasonably estimable due to uncertainty with respect to exercise dates and the valuation of the rights on those future dates.

### NOTE 13 - RELATED PARTY TRANSACTIONS

**Foundation** - Certain officers and directors of the Company are also officers and/or trustees of the American Institute For Foreign Study Foundation (the Foundation), a tax-exempt corporation under the Internal Revenue Code (the Code).

The Company provides the Academic Year in America (AYA) program of the Foundation with recruitment, administrative and technical services as well as a limited financial guarantee up to $500,000. The agreement also calls for payments to the Company equal to 15% of AYA revenues. The guarantee and agreement will expire on December 31, 2011 and is renewed annually. Fees earned by the Company under this agreement amounted to $541,000 and $399,000 in 2010 and 2009, respectively. Included in accounts receivable is $181,000 and $12,000, which is due from the Foundation at December 31, 2010 and 2009, respectively.

**National Society for the Gifted and Talented** - Certain officers and directors of the Company are also officers and/or trustees of the National Society for the Gifted and Talented (NSGT), a tax-exempt corporation under the Code. The Company donated $100,000 and $28,000 to NSGT during the years ended December 31, 2010 and 2009, respectively. As disclosed in Note 17, the Company sold the assets and business interests in SIG to NSGT in 2009.

-17-

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 13 - RELATED PARTY TRANSACTIONS (Continued)**

On September 1, 2009, the Company received a promissory note for $1.2 million from NSGT. The promissory note shall be paid within five years following the closing date, but only if and to the extent NSGT has any profits in excess of $.1 million for the year. If at the end of the repayment period there is an outstanding balance, NSGT will have no obligation to pay the outstanding amounts of the promissory note plus any accrued interest. The Company believes that the promissory note will be fully collectible. The promissory note shall bear interest at an annual rate equal to 2.87% from the closing date through but excluding the date on which the full promissory note is paid.

If NSGT sells the assets to any unrelated third party during the repayment period, NSGT shall pay to the Company, immediately after such sale has been consummated, an amount equal to the lesser of (i) the proceeds received by NSGT from such sale or (ii) the outstanding amount of the promissory note plus any interest accrued thereon.

The Company provides NSGT with office space, human resource management services, marketing plans and development of advertising and promotional materials, technical, administrative and accounting services as well as being a guarantor on a $1,000,000 credit facility of NSGT. This guarantee will expire on August 31, 2012. NSGT had $600,000 in borrowings under this credit facility as of December 31, 2010 and none in 2009. The agreement also calls for payments to the Company equal to 8% of NSGT revenues.

**Richmond** - A director of the Company is an officer of The American International University in London (Richmond). Richmond receives certain services from the Company under a service agreement with no fixed expiration date. Under the terms of this agreement, the Company provides the real estate and facilities from which Richmond operates and various administrative and technical support services. The agreement calls for an annual payment of 20% of Richmond's revenues. Fees received by the Company under this agreement amounted to $4.5 million and $4.4 million at December 31, 2010 and 2009, respectively.

In 2000, the Company constructed a new library at the Richmond campus. Under the terms of the agreement with Richmond, the Company is to be paid interest on approximately $6 million of construction costs. Interest is due annually through 2013. Reimbursed interest of $98,000 and $126,000 for the years ended December 31, 2010 and 2009, respectively, is reflected as an offset to interest expense.

In addition, in conjunction with its agreement with Richmond, the Company provides a limited financial guarantee up to £500,000 ($783,000 at December 31, 2010) in any given year if Richmond is unable to meet its financial obligations. Richmond has a five-year $2.5 million revolving credit agreement, expiring on July 1, 2011. There was no balance outstanding on the line of credit as of December 31, 2010. The Company is a guarantor of this agreement.

Included in accounts receivable is $608,000 and $497,000 at December 31, 2010 and 2009, respectively, which is due from Richmond. The Company donated $697,000 and $672,000 to Richmond in 2010 and 2009, respectively.

-18-

REPLY APP 00276

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

The Company enters into forward foreign currency contracts and purchases currency call options to hedge its future foreign currency cost commitments up to two years in advance. The Company's revenues from its programs are received in U.S. dollars, and the prices at which the programs are offered are based on these foreign currency hedges. The purpose of the Company's foreign currency hedging activities is to protect the Company from the risk that the eventual foreign currency program costs will be adversely affected by changes in exchange rates. Gains and losses on foreign currency hedges are recognized in operations as part of direct program costs at the time services are rendered.

At December 31, 2010 and 2009, the Company had forward foreign currency contracts and purchased currency call options, substantially all having maturities of less than two years, with notional amounts of $50 million and $67 million, respectively. All contracts have been entered into with major financial institutions. The risk associated with these transactions is the cost of replacing these instruments, at current market rates, in the event of default of the counterparties. Management believes the risk of incurring such losses is remote.

Accounting standards require the Company to recognize all derivatives in the consolidated balance sheets at fair value. The Company's foreign exchange contracts and options are accounted for as cash flow hedges. The effectiveness of each cash flow hedge is measured by future cash flow requirements based on underlying participant volume. To the extent these contracts and options are effective in offsetting the variability of the hedged cash flows, changes in their fair values are recorded in accumulated other comprehensive loss and reclassified into earnings/losses in future periods when the related hedged transaction occurs.

The balance in accumulated other comprehensive loss representing the fair value of designated contracts and options, net of tax, at December 31, 2010 and 2009, is a gain of $.2 million and a loss of $1.4 million, respectively. As a result of effective contracts maturing in 2011, an estimated $.4 million, net of tax, of the amount recorded in accumulated other comprehensive loss will be reclassified as losses during the next 12 months.

Fair values of derivative instruments at December 31, 2010 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
|---|---|---|---|---|
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 12,000 | Other current liabilities | $ 639,000 |
| Foreign exchange contracts | Other long-term assets | 342,000 | Other long-term liabilities | – |
| Total | | $ 354,000 | | $ 639,000 |

-19-

REPLY APP 00277

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 14 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)**

Fair values of derivative instruments at December 31, 2009 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
|---|---|---|---|---|
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 211,000 | Other current liabilities | $ 1,615,000 |
| Foreign exchange contracts | Other long-term assets | 30,000 | Other long-term liabilities | - |
| Total | | $ 241,000 | | $ 1,615,000 |

The effect of derivative instruments on the consolidated statement of income for the year ended December 31, 2010 is as follows:

| | Amount of Gain or (Loss) Recognized in AOCL on Derivative (Effective Portion) | Location of Gain or (Loss) Reclassified from AOCL into Income (Effective Portion) | Amount of Gain or (Loss) Reclassified from AOCL into Income (Effective Portion) | Location of Gain or (Loss) Recognized in Income on Derivative (Ineffective Portion) | Amount of Gain or (Loss) Recognized in Income on Derivative (Ineffective Portion) |
|---|---|---|---|---|---|
| | *(in thousands)* | | *(in thousands)* | | *(in thousands)* |
| Foreign currency contracts | $ (3,398) | Selling, general and administrative | $ (4,580) | Selling, general and administrative | $ - |

**NOTE 15 - FINANCIAL INSTRUMENTS**

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date and sets out a fair value hierarchy. The fair value hierarchy gives the highest priority to quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3). The three levels of the fair value hierarchy are described below:

**Level 1** - Unadjusted quoted prices in active markets that are accessible at the measurement date.

**Level 2** - Pricing inputs that are generally those other than exchange quoted prices in active markets, which are either directly or indirectly observable as of the reporting date, and fair value is determined through the use of other valuation methodologies. Level 2 assets may include certain investments valued at Net Asset Value (NAV) with liquidity of 90 days or less.

-20-

REPLY APP 00278

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 15 - FINANCIAL INSTRUMENTS (Continued)**

**Level 3** - Pricing inputs are unobservable for the investment. Level 3 assets may also include certain investments valued at NAV with liquidity of greater than 90 days. The Company has no Level 3 investments at December 31, 2010 and 2009.

The following summarizes the major methods and assumptions used in estimating the fair values of financial instruments.

Investments in which both the investment fund's and the underlying investments' values are based on quoted market prices in active markets are classified as Level 1. Investment funds and derivatives classified as Level 2 may contain underlying assets that are actively traded; however, the ownership rights of the investment fund or derivative itself are not actively traded and determined through the use of multiple valuation techniques.

In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, a financial instrument's level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. The Company's assessment of the significance of a particular input to the fair value measurement in its entirety requires judgment and considers factors specific to the financial instrument. The following section describes the valuation techniques used by the Company to measure different financial instruments at fair value and includes the level within the fair value hierarchy in which the financial instrument is categorized.

**Cash and Cash Equivalents** - The carrying amount approximates fair value due to the short maturity of these instruments.

**Short-Term and Long-Term Investments** - The fair values of investments are generally based on quoted market prices for those instruments or values provided by the fund manager based on quoted market prices for the underlying instruments.

**Foreign Currency Contracts and Currency Options** - The fair value is the amount at which the contracts could be settled based on models provided by an independent third-party pricing service using observable inputs.

-21-

REPLY APP 00279

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 15 - FINANCIAL INSTRUMENTS (Continued)

The carrying amount and estimated fair values of the Company's financial instruments at December 31, 2010 and 2009, are as follows (bracketed amounts represent liabilities):

|  | 2010 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 42,374 | $ 42,374 |
| Short-term investments | 2,542 | 2,542 |
| Long-term investments | 14,543 | 14,543 |
| Foreign currency contracts and currency options | 821 | 821 |
| Foreign currency contracts and currency options | (1,106) | (1,106) |

|  | 2009 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 33,198 | $ 33,198 |
| Short-term investments | 11,860 | 11,860 |
| Long-term investments | 7,491 | 7,491 |
| Foreign currency contracts and currency options | 1,448 | 1,448 |
| Foreign currency contracts and currency options | (2,822) | (2,822) |

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2010:

|  | Fair Value Measurements Using | | | |
|---|---|---|---|---|
| Description | December 31, 2010 | Level 1 | Level 2 | Level 3 |
|  | *(in thousands)* | | | |
| Debt securities: |  |  |  |  |
| Corporate bonds | $ 8,535 | $ - | $ 8,535 | $ - |
| Municipal securities | 5,846 | - | 5,846 | - |
| U.S. Treasury securities | 2,633 | 2,633 | - | - |
| Mutual funds | 70 | - | 70 | - |
| Derivatives: |  |  |  |  |
| Foreign exchange contracts | 12 | - | 12 | - |
| Foreign exchange contracts | 342 | - | 342 | - |
| Foreign exchange contracts | (639) | - | (639) | - |

-22-

REPLY APP 00280

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 15 - FINANCIAL INSTRUMENTS (Continued)

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2009:

| Description | December 31, 2009 | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| | | *(in thousands)* | | |
| Debt securities: | | | | |
| Corporate bonds | $ 5,192 | $ - | $ 5,192 | $ - |
| Municipal securities | 2,806 | - | 2,806 | - |
| U.S. Treasury securities | 1,130 | 1,130 | - | - |
| Investment partnerships | | | | |
| Equities | 31 | - | 31 | - |
| Futures | 52 | - | 52 | - |
| Certificates of deposit | 10,140 | | 10,140 | - |
| Derivatives: | | | | |
| Foreign exchange contracts | 211 | - | 211 | - |
| Foreign exchange contracts | 30 | - | 30 | - |
| Foreign exchange contracts | (1,615) | - | (1,615) | - |

### Fair Value Measurements Using Significant Unobservable Inputs (Level 3)

| | Limited Partnership | Total |
|---|---|---|
| | *(in thousands)* | |
| December 31, 2008 | $ 3,381 | $ 3,381 |
| Total gains or losses (realized/unrealized): | | |
| Included in earnings | (2) | (2) |
| Included in other comprehensive income | - | - |
| Purchases, issuances and settlements | (3,379) | (3,379) |
| Transfers in and/or out of Level 3 | - | - |
| December 31, 2009 | $ - | $ - |
| The Amount of Total Gains for the Period Included in Earnings Attributable to the Change in Unrealized Gains or Losses Relating to Assets Still Held at the Reporting Date | $ - | $ - |

-23-

REPLY APP 00281

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## NOTE 16 - RISKS AND UNCERTAINTIES

The Company transacts a significant volume of business with a particular insurance provider. The concentration leaves the Company vulnerable to risk of an impact on future sales of insurance in the near term should an event cause such provider to no longer provide insurance to the Company. The Company believes that it would be able to replace the insurance provider if this were to happen, as was evidenced by the relationship with a new insurance carrier.

## NOTE 17 - LOSS ON DISPOSAL OF BUSINESS

On September 1, 2009, the Company sold primarily all of its assets and business interests in SIG to NSGT. NSGT is a nonprofit entity that is affiliated with the Company. The Company believes that the SIG business can be more successful operating within a nonprofit organization. The Company received a promissory note for $1.2 million, payable over five years, and recorded a loss of approximately $2.3 million on the transaction mostly resulting from the recognition of impairment losses on goodwill and property.

-24-

REPLY APP 00282

# AIFS, INC.

## CONSOLIDATED FINANCIAL STATEMENTS

### DECEMBER 31, 2011 AND 2010

REPLY APP 00283

AIFS, INC.

CONTENTS

Independent Auditors' Report | 1

Consolidated Balance Sheets - December 31, 2011 and 2010 | 2

Consolidated Statements of Income for the Years Ended December 31, 2011 and 2010 | 3

Consolidated Statements of Cash Flows for the Years Ended
December 31, 2011 and 2010 | 4

Consolidated Statements of Stockholders' Equity for the Years Ended
December 31, 2011 and 2010 | 5

Notes to Consolidated Financial Statements | 6-23

REPLY APP 00284

29 South Main Street    Tel 860.561.4000     2 Enterprise Drive    Tel 203.944.2100
P.O. Box 272000        Fax 860.521.9241    P.O. Box 2488      Fax 203.944.2111
West Hartford, CT 06127-2000   blumshapiro.com    Shelton, CT 06484-1488   blumshapiro.com

# BlumShapiro

Accounting | Tax | Business Consulting

## Independent Auditors' Report

The Board of Directors and Stockholders
AIFS, Inc.

We have audited the accompanying consolidated balance sheets of AIFS, Inc., as of December 31, 2011 and 2010, and the related consolidated statements of income, cash flows and stockholders' equity for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of AIFS, Inc., as of December 31, 2011 and 2010, and the consolidated results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

*Blum, Shapiro + Company, P.C.*

April 11, 2012

-1-

An Independent Member of Baker Tilly International

**AIFS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**DECEMBER 31, 2011 AND 2010**
(In Thousands Except for Shares and Per-Share Amounts)

## ASSETS

| | 2011 | 2010 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 31,758 | $ 42,374 |
| Short-term investments | 10,523 | 2,542 |
| Accounts receivable, net | 27,016 | 23,128 |
| Prepaid expenses | 2,708 | 2,506 |
| Prepaid income taxes | 1,262 | 519 |
| Deferred income taxes | 2,411 | 2,291 |
| Deferred program costs | 7,470 | 6,685 |
| Other current assets | 140 | 70 |
| Total current assets | 83,288 | 80,115 |
| **Property and Equipment** | 46,084 | 57,023 |
| Less accumulated depreciation and amortization | 26,421 | 36,254 |
| Net property and equipment | 19,663 | 20,769 |
| **Other Assets** | | |
| Long-term investments | 18,059 | 14,543 |
| Goodwill | 2,323 | 2,370 |
| Deferred income taxes | 161 | 165 |
| Other assets | 1,072 | 1,721 |
| Total other assets | 21,615 | 18,799 |
| **Total Assets** | $ 124,566 | $ 119,683 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2011 | 2010 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 9,362 | $ 6,089 |
| Accrued liabilities | 8,997 | 7,677 |
| Deferred revenue | 59,681 | 61,986 |
| Deferred income taxes | - | 47 |
| Other current liabilities | 927 | 639 |
| Total current liabilities | 78,967 | 76,438 |
| **Long-Term Liabilities** | | |
| Deferred income taxes | 2,701 | 2,642 |
| Other liabilities | 515 | 6 |
| Common stock and rights subject to redemption | 448 | 477 |
| Total long-term liabilities | 3,664 | 3,125 |
| Total liabilities | 82,631 | 79,563 |
| **Stockholders' Equity** | | |
| Common stock | - | 78 |
| Paid-in capital | 461 | 383 |
| Retained earnings | 43,536 | 41,222 |
| Accumulated other comprehensive loss | (2,062) | (1,563) |
| Total stockholders' equity | 41,935 | 40,120 |
| **Total Liabilities and Stockholders' Equity** | $ 124,566 | $ 119,683 |

The accompanying notes are an integral part of the consolidated financial statements

-2-

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF INCOME**
**FOR THE YEARS ENDED DECEMBER 31, 2011 AND 2010**
(In Thousands)

|  | 2011 | 2010 |
|---|---|---|
| **Program Revenues** | $ 153,091 | $ 141,433 |
| **Program Direct Costs** | 98,161 | 86,792 |
| **Gross Profit** | 54,930 | 54,641 |
| **General and Administrative Expenses** | 51,103 | 50,101 |
| **Income from Operations** | 3,827 | 4,540 |
| **Other Income (Expense)** | | |
| Interest expense | (37) | (70) |
| Investment income | 722 | 674 |
| Other expense | (327) | (795) |
| Net other income (expense) | 358 | (191) |
| **Income Before Income Tax Expense** | 4,185 | 4,349 |
| **Income Tax Expense** | 1,871 | 1,948 |
| **Net Income** | $ 2,314 | $ 2,401 |

The accompanying notes are an integral part of the consolidated financial statements

-3-

REPLY APP 00287

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2011 AND 2010**
(In Thousands)

|  | 2011 | 2010 |
|---|---:|---:|
| **Cash Flows from Operating Activities** | | |
| Net income | $ 2,314 | $ 2,401 |
| Adjustments to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Realized gain on investments | (142) | (61) |
| Deferred income tax benefit | (104) | (379) |
| Provision for earnings appreciation rights | (24) | 41 |
| Depreciation and amortization | 3,406 | 3,564 |
| Bad debt expense | 4 | 41 |
| (Increase) decrease in operating assets: | | |
| Accounts receivable | (3,892) | 1,651 |
| Prepaid expenses and income taxes | (945) | (17) |
| Deferred program costs | (785) | 511 |
| Other assets | 323 | (59) |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable, accrued liabilities and | | |
| income taxes payable | 4,593 | (1,513) |
| Deferred revenue | (2,305) | 4,294 |
| Other liabilities | 656 | (1,255) |
| Net cash provided by operating activities | 3,099 | 9,219 |
| **Cash Flows from Investing Activities** | | |
| Purchase of investments | (18,332) | (12,244) |
| Maturities of investments | 2,224 | 13,117 |
| Sales of investments | 4,761 | 1,421 |
| Capital expenditures | (2,356) | (2,155) |
| Net cash provided by (used in) investing activities | (13,703) | 139 |
| **Cash Flows from Financing Activities** | | |
| Proceeds from issuance of earnings appreciation rights | 34 | 76 |
| Redemption of earnings appreciation rights | (46) | (258) |
| Net cash used in financing activities | (12) | (182) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | (10,616) | 9,176 |
| **Cash and Cash Equivalents** - Beginning of Year | 42,374 | 33,198 |
| **Cash and Cash Equivalents** - End of Year | $ 31,758 | $ 42,374 |
| **Cash Paid During the Year for** | | |
| Interest | $ 37 | $ 70 |
| Taxes | 2,035 | 2,197 |

The accompanying notes are an integral part of the consolidated financial statements

-4-

REPLY APP 00288

## AIFS, INC.
## CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY
### FOR THE YEARS ENDED DECEMBER 31, 2011 AND 2010
(In Thousands, Except Shares)

| | Common Stock | | Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balance - January 1, 2010** | 784,787 | $ 78 | $ 387 | $ 38,821 | $ (1,646) | $ 37,640 |
| Net Income | - | - | - | 2,401 | - | 2,401 |
| **Other Comprehensive Income,** Net of Tax | | | | | | |
| Foreign currency translation adjustments | - | - | - | - | (1,442) | (1,442) |
| Unrealized loss on investments available for sale | - | - | - | - | (33) | (33) |
| Unrealized gain on hedging activities | - | - | - | - | 1,558 | 1,558 |
| Comprehensive income | | | | | | 2,484 |
| **Redemption of Common Stock** | (100) | - | (4) | - | - | (4) |
| **Balance - December 31, 2010** | 784,687 | 78 | 383 | 41,222 | (1,563) | 40,120 |
| Net Income | - | - | - | 2,314 | - | 2,314 |
| **Reverse Stock Split** | (783,902) | (78) | 78 | - | - | - |
| **Other Comprehensive Income,** Net of Tax | | | | | | |
| Foreign currency translation adjustments | - | - | - | - | 485 | 485 |
| Unrealized gain on investments available for sale | - | - | - | - | 90 | 90 |
| Unrealized loss on hedging activities | - | - | - | - | (1,074) | (1,074) |
| Comprehensive income | | | | | | 1,815 |
| **Balance - December 31, 2011** | 785 | $ - | $ 461 | $ 43,536 | $ (2,062) | $ 41,935 |

The accompanying notes are an integral part of the consolidated financial statements

-5-

REPLY APP 00289

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 1 - DESCRIPTION OF BUSINESS

AIFS, Inc. (the Company) and its family of companies organize educational and cultural exchange programs throughout the world and arrange insurance coverage for its own participants as well as participants of other organizations involved in international education and cultural exchange. Collectively, the Company operates the following wholly owned subsidiaries: American Institute For Foreign Study, Inc.; American Institute For Foreign Study, (U.K.) Ltd.; American Council For International Studies, Inc. (High School); Cultural Insurance Services International, Inc. (CISI); American Institute For Foreign Study - Deutschland, GmbH; CAMPS International GmbH; American Institute For Foreign Study - Australia; College Gifted Programs, Inc.; and CareMed GmbH. Since the Company's founding in 1964, more than 1,500,000 people have participated in its programs.

Revenues in foreign countries totaled 22% of total revenue in 2011 and 2010.

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation** - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries, as disclosed above. Intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates** - The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. Actual results could differ from those estimates.

**Program Revenue and Direct Cost Recognition** - The Company develops, markets and operates educational and cultural exchange programs worldwide and generally requires deposits and final payments by participants in advance of the time the programs take place. Revenues are not recognized from the sale of programs until the services are provided to the participants. Deferred revenue is recognized at the time the program fees are received for High School programs and as billed for all other programs, except the sale of insurance as explained below. Program sales are recognized ratably over the program period.

Commission revenue from the sale of insurance policies as a broker is recorded at the time of the sale.

The Company incurs direct program costs and selling expenses related to programs prior to their occurrence. These costs are also deferred and recognized ratably over the program period.

-6-

REPLY APP 00290

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**Cash and Cash Equivalents** - Cash equivalents include highly liquid investments whose maturities do not exceed 90 days from the date of purchase and are readily convertible to known amounts of cash. The Company's deposits in financial institutions may occasionally exceed federal depository insurance limits. However, the Company has not experienced any losses in this area, and management attempts to mitigate this risk by actively managing its cash and fixed income investment portfolio and utilizing federal insurance guarantees where available. Management will continue to monitor the credit-worthiness of financial institutions holding significant deposits and make adjustments if deemed necessary.

**Investments** - The Company maintains a significant investment portfolio in order to take advantage of potential acquisition opportunities and as a reserve against negative international incidents. All of the Company's investments are classified as available-for-sale. At December 31, 2011, the following were classified as current: debt securities with a contractual maturity of one year or less and certificates of deposit. Available-for-sale securities are carried at fair value, with the unrealized gains and losses, net of income taxes, shown as a separate component of accumulated other comprehensive loss. Realized gains and losses and declines in value judged to be other-than-temporary are included in investment income. The cost of securities sold is based on the specific identification method. Interest and dividends on investments are included in investment income.

Investment securities are exposed to various risks, such as interest rate, market and credit risks. Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could occur in the near term and that such changes could materially affect the investment balances and activity reflected in the consolidated financial statements.

**Accounts Receivable** - The Company estimates its allowance for doubtful accounts based upon historical experience. The allowance for doubtful accounts was $323,000 and $398,000 at December 31, 2011 and 2010, respectively.

Delinquent accounts are written off based on management's assessment of their collectibility.

**Property and Equipment** - Property and equipment are carried at cost. Depreciation of property and equipment is computed on a straight-line basis over the following estimated useful lives:

| | |
|---|---|
| Buildings | 15-35 years |
| Furniture and fixtures | 3-7 years |
| Leasehold improvements | Lesser of lease term or 10-20 years |
| Vehicles and office equipment | 3-10 years |

REPLY APP 00291

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

**Goodwill** - Goodwill is assigned to specific reporting units and is reviewed for impairment at least annually or more frequently when events or circumstances indicate that a reporting unit's carrying amount exceeds its fair value. During 2011 and 2010, the Company determined that the fair values for all of its reporting units exceeded their carrying values. Therefore, no impairment loss on goodwill was recognized as of December 31, 2011 and 2010.

**Intangible Assets** - Intangible assets represent directly purchased customer lists and are being amortized on a straight-line basis over a useful life of eight years. The carrying value of intangibles is evaluated periodically for impairment based on expectations of operating performance and future net cash flows of the related businesses.

**Insurance Services** - Through CISI, the Company sells medical, liability and personal effects insurance through a brokerage agreement with insurance companies that are rated A or better by AM Best. In addition, CISI is a licensed third-party administrator for the claims related to these policies. The Company earns revenue on a commission basis, whereby the Company receives commissions on all premiums written. The insurance carrier assumes all liability for any claims. A fee for third-party administration services is also received by the Company.

**Foreign Currency** - The functional currencies for each of the reporting units are as follows:

| Reporting Unit | Functional Currency |
| --- | --- |
| American Institute For Foreign Study, (U.K.) Ltd. and related companies | Sterling |
| AIFS Deutschland | Euro |
| CAMPS International | Euro |
| CareMed GmbH | Euro |
| AIFS Australia | Australian dollar |

The balance sheets for these entities are translated at current year-end exchange rates and the income statements at average exchange rates for the fiscal year, with the resulting translation adjustments included in accumulated other comprehensive loss.

The Company enters into foreign currency contracts to hedge commitments for program services to be provided in foreign currencies at later dates. Gains or losses on these contracts offset higher or lower direct costs caused by exchange rate fluctuations after program prices are established (see Note 13).

-8-

REPLY APP 00292

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Advertising** - The Company expenses production costs of advertising as incurred except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits, not to exceed 24 months.

Direct-response advertising consists primarily of the costs to produce and distribute program catalogs and related materials. Catalogs include enrollment forms for the Company's programs. The capitalized costs are amortized over the period in which each program operates.

Advertising costs totaling $2.7 million, at December 31, 2011 and 2010, were included in deferred program costs in the consolidated balance sheets. Advertising expense for the years ended December 31, 2011 and 2010, was $7.6 million and $7.7 million, respectively.

**Retirement Plans** - Substantially all of the Company's employees are covered under retirement plans. Company contributions for U.S. employees represent a matching contribution of 50% of a participant's elective deferral up to 6% of annual compensation and a discretionary profit-sharing contribution. Company contributions to a noncontributory Money Purchase Pension Scheme for U.K. employees are in an amount equal to 10% for management and 5% for all other employees of the employee's base annual compensation. Company contributions to all plans were $.9 million and $1.0 million for the years ended December 31, 2011 and 2010, respectively.

**Income Taxes** - Deferred tax assets and liabilities are determined based on the difference between the financial statement and the tax basis of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse. Deferred tax assets are subject to a valuation allowance to reduce them to net realizable value.

**Subsequent Events** - In preparing these consolidated financial statements, management has evaluated subsequent events through April 11, 2012, which represents the date the consolidated financial statements were available to be issued.

**Reclassifications** - Certain amounts in the prior year's consolidated financial statements have been reclassified to conform to the current year's presentation.

-9-

REPLY APP 00293

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS

The following is a summary of available-for-sale securities at December 31, 2011 and 2010:

| | 2011 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | (in thousands) | | | |
| Corporate bonds | $ 7,143 | $ 100 | $ (49) | $ 7,194 |
| Municipal securities | 12,936 | 252 | (63) | 13,125 |
| U.S. Treasury securities | 2,044 | 27 | - | 2,071 |
| Total debt securities | 22,123 | 379 | (112) | 22,390 |
| Equity securities | 5,914 | 306 | (232) | 5,988 |
| Mutual funds | 204 | - | - | 204 |
| Total Investments | $ 28,241 | $ 685 | $ (344) | $ 28,582 |

| | 2010 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | (in thousands) | | | |
| Corporate bonds | $ 8,402 | $ 148 | $ (15) | $ 8,535 |
| Municipal securities | 5,810 | 64 | (27) | 5,847 |
| U.S. Treasury securities | 2,650 | 18 | (35) | 2,633 |
| Total debt securities | 16,862 | 230 | (77) | 17,015 |
| Mutual funds | 70 | - | - | 70 |
| Total Investments | $ 16,932 | $ 230 | $ (77) | $ 17,085 |

Included in the estimated fair value are securities with the following unrealized loss positions at December 31, 2011 and 2010:

| | 2011 | | 2010 | |
|---|---|---|---|---|
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
| | (in thousands) | | | |
| Less than one year | $ 5,179 | $ 95 | $ 3,338 | $ 49 |
| More than one year | 483 | 16 | 355 | 28 |

-10-

REPLY APP 00294

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS (Continued)

There were $4.8 million and $1.4 million of sales of available-for-sale securities in 2011 and 2010, respectively. These sales resulted in gross realized gains of $142,000 and $61,000 in 2011 and 2010, respectively.

The amortized cost and estimated fair value of available-for-sale debt securities, by contractual maturity, as of December 31, 2011, are shown below. Expected maturities may differ from contractual maturities because the issuers of the securities may have the right to prepay obligations without prepayment penalties.

|  | Amortized Cost | | Estimated Fair Value |
|---|---|---|---|
|  | *(in thousands)* | | |
| Due in one year or less | $ 4,340 | $ | 4,331 |
| Due after one year through five years | 14,022 | | 14,256 |
| Due after five years through ten years | 3,761 | | 3,803 |
|  | $ 22,123 | $ | 22,390 |

### NOTE 4 - PROPERTY AND EQUIPMENT

Property and equipment, at cost, is comprised of the following at December 31, 2011 and 2010:

|  | 2011 | | 2010 |
|---|---|---|---|
|  | *(in thousands)* | | |
| Land | $ 7,580 | $ | 7,580 |
| Buildings | 16,331 | | 16,331 |
| Furniture and fixtures | 1,461 | | 2,949 |
| Leasehold improvements | 3,895 | | 4,049 |
| Vehicles and office equipment | 16,817 | | 25,660 |
| Software in progress | - | | 272 |
| Leasehold improvements in progress | - | | 182 |
|  | $ 46,084 | $ | 57,023 |

Depreciation expense was $3.4 million and $3.6 million for 2011 and 2010, respectively.

REPLY APP 00295

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 5 - GOODWILL**

The changes in the carrying amount of goodwill for the years ended December 31, 2011 and 2010, are as follows:

|  | | *(in thousands)* |
|---|---|---|
| Balance as of January 1, 2010 | $ | 2,254 |
| Goodwill acquired during the year | | 197 |
| Changes in currency translation | | (81) |
| Balance as of December 31, 2010 | | 2,370 |
| Changes in currency translation | | (47) |
| Balance as of December 31, 2011 | $ | 2,323 |

**NOTE 6 - LINE OF CREDIT**

The Company has a $10 million revolving credit agreement, as amended, which currently expires on August 26, 2016.  There is an annual commitment fee of .25%, payable quarterly, on the average unused portion.  Under this agreement, the Company has the ability to borrow in U.S. dollars at an interest rate based on LIBOR or the Prime Rate. For LIBOR Rate Advances, the rate will be determined by Reuters (as defined in the agreement) for the selected interest period plus .5% per annum.  For Prime Rate Advances, the rate is a variable rate, based on the Prime Rate as announced by the bank.   Under this agreement, no borrowings were made during 2011 or 2010 and there were no outstanding borrowings under this agreement at December 31, 2011 or 2010.   Under this agreement, the Company has the ability to obtain irrevocable letters of credit.  The Company had outstanding letters of credit totaling $1 million and $1.56 million as of December 31, 2011 and 2010, respectively.

-12-

REPLY APP 00296

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 7 - INCOME TAXES

The provision for income taxes for the years ended December 31, 2011 and 2010, consists of the following:

|  | 2011 | | 2010 |
|---|---|---|---|
|  | *(in thousands)* | | |
| **Current:** | | | |
| Federal | $ 792 | $ | 1,458 |
| State | 499 | | 163 |
| Foreign | 503 | | 565 |
|  | 1,794 | | 2,186 |
| **Deferred:** | | | |
| Federal | 65 | | (55) |
| State | 12 | | (183) |
|  | 77 | | (238) |
|  | $ 1,871 | $ | 1,948 |

The components of deferred taxes as of December 31, 2011 and 2010, consisted of the following:

|  | 2011 | | 2010 |
|---|---|---|---|
|  | *(in thousands)* | | |
| **Deferred tax assets:** | | | |
| Federal | $ 2,139 | $ | 1,845 |
| State | 384 | | 553 |
| Foreign | 49 | | 58 |
|  | $ 2,572 | $ | 2,456 |
| **Deferred tax liabilities:** | | | |
| Federal | $ 2,291 | $ | 2,069 |
| State | 410 | | 620 |
|  | $ 2,701 | $ | 2,689 |

The difference between the actual tax provision and the amounts obtained by applying the statutory U.S. Federal income tax rate of 34% against income before income taxes is primarily attributable to certain items that are not deductible and state income taxes.

The significant temporary differences that give rise to deferred tax assets relate to the allowance for doubtful accounts, charitable contributions, accruals for forward foreign currency contracts and purchases, currency call options, earnings appreciation rights reserve and losses on investments. The deferred tax liabilities relate primarily to the differences between the tax bases and financial reporting bases of property and equipment.

-13-

REPLY APP 00297

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 7 - INCOME TAXES (Continued)

The income tax returns of the Company for the years ended December 31, 2008 through 2011 are subject to examination by the Internal Revenue Service and other taxing authorities.

### NOTE 8 - STOCKHOLDERS' EQUITY

On December 31, 2011, a one-for-one thousand reverse stock split of the issued and outstanding shares of common stock was authorized by the Company. To effect the split, the Company canceled all 784,687 outstanding shares (10,000,000 shares authorized at $.10 par) as of December 31, 2011 and issued 784.687 shares (1,000 authorized at $.10 par). The Company reclassified the common stock to paid-in capital as of December 31, 2011 to reflect this change.

Certain employees have the right to require the Company to repurchase their stock under a Shareholder Agreement. The price at which the shares may be put to the Company (Put Price) is a multiple of average pre-tax earnings as adjusted for the two most recent fiscal years with a minimum price of $15 per share. As of December 31, 2011 and 2010, the Put Price was $36.62 and $42.92, respectively. During 2010, a shareholder put their 100 shares to the Company for approximately $4,300. As a result, there were 200 shares outstanding as of December 31, 2011 and 2010. The portion of the Put Provision attributable to stock is not deductible for tax purposes.

### NOTE 9 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)

Components of the change in accumulated other comprehensive income (loss) for the years ended December 31, 2011 and 2010, are as follows:

|  | 2011 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | | *(in thousands)* | |
| Foreign currency translation adjustments | $ 810 | $ (325) | 485 |
| Unrealized gains on investments available-for-sale | 148 | (58) | 90 |
| Unrealized losses on hedging activities | (1,796) | 722 | (1,074) |
| Total Other Comprehensive Loss | $ (838) | $ 339 | $ (499) |

-14-

REPLY APP 00298

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 9 – ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS) (Continued)

|  | 2010 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | *(in thousands)* | | |
| Foreign currency translation adjustments | $ (2,407) | $ 965 | $ (1,442) |
| Unrealized losses on investments available-for-sale | (55) | 22 | (33) |
| Unrealized gains on hedging activities | 2,597 | (1,039) | 1,558 |
| Total Other Comprehensive Income | $ 135 | $ (52) | $ 83 |

Components of accumulated other comprehensive loss, net of income taxes, are as follows:

|  | Foreign Currency Translation Adjustments | Unrealized Net Gain (Loss) on Investments | Unrealized Net Gain (Loss) on Hedging | Accumulated Other Comprehensive Loss |
|---|---|---|---|---|
|  | *(in thousands)* | | | |
| Balance - January 1, 2010 | $ (379) | $ 126 | $ (1,393) | $ (1,646) |
| Other comprehensive income 2010 | (1,442) | (33) | 1,558 | 83 |
| Balance - December 31, 2010 | (1,821) | 93 | 165 | (1,563) |
| Other comprehensive loss 2011 | 485 | 90 | (1,074) | (499) |
| Balance - December 31, 2011 | $ (1,336) | $ 183 | $ (909) | $ (2,062) |

### NOTE 10 – LEASES

The Company leases office space and equipment from third parties, many of which contain renewal options. The leases related to office space are subject to escalation clauses. Rent expense was $3.9 million and $4.4 million for the years ended December 31, 2011 and 2010, respectively.

Future minimum payments under operating leases with initial or remaining lease terms in excess of one year are as follows:

| Year Ending December 31 | *(in thousands)* |
|---|---|
| 2012 | $ 3,745 |
| 2013 | 3,397 |
| 2014 | 2,580 |
| 2015 | 1,154 |
| 2016 | 1,158 |
| Thereafter | 29,346 |

-15-

REPLY APP 00299

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 10 - LEASES (Continued)**

Included in the above is a lease that runs through 2070 for a building in London that calls for annual rental payments of $.4 million. The Company sublets space for classroom and office use with varying lease terms through 2018 related to this lease. Total rental income expected to be earned from the sublease agreements will approximate $1.3 million through 2018.

**NOTE 11 - EARNINGS APPRECIATION PLANS**

In October 1999, the Company established the AIFS, Inc. Earnings Appreciation Plan (Plan 1) for the purposes of providing deferred compensation for a select group of management employees (the Eligible Employees). The aggregate number of appreciation rights (Rights) that may be issued under Plan 1 is limited to 100,000.

Under Plan 1, the Eligible Employees may elect to defer an amount not to exceed 25% of their year-end incentive bonus to be invested in the Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. Eligible employees may redeem their Rights at the greater of the Put Price at the time of redemption or original issue price (see Note 8).

For the year ended December 31, 2011, four Eligible Employees deferred approximately $17,000 of compensation to subscribe to 530 Rights. During 2011, 190 Rights were redeemed for approximately $7,000.

For the year ended December 31, 2010, three Eligible Employees deferred approximately $15,000 of compensation to subscribe to 410 Rights. During 2010, 370 Rights were redeemed for approximately $15,000.

At December 31, 2011, 38,770 Rights remain available for issuance.

Outstanding Rights at December 31, 2011 and 2010, are 1,940 and 1,600, respectively.

In May 2005, the Company established the AIFS, Inc. 2005 Earnings Appreciation Plan (Plan 2) for the purpose of providing deferred compensation as in Plan 1, but to also comply with new tax regulations introduced in the American Jobs Creation Act of 2004 related to SAR plans. Plan 2 has been created to preserve the tax benefit for U.S. participants and U.S. citizens who are taxed on their worldwide income. Plan 1 has been kept in force for all non-U.S. participants. The aggregate number of Rights that may be issued under Plan 2 is limited to 100,000. Under Plan 2, the Eligible Employee may elect an amount not to exceed 25% of their year-end incentive bonus to be invested in Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. The Eligible Employee must assign the Rights purchased to holding periods of one, two, three or five years. Eligible Employees may redeem their Rights after a notice period of one year. Rights held for two years or less may be redeemed at the greater of the Put Price at the time of redemption or the original issue price. Rights with holding periods of greater than two years may be redeemed at a price that is a multiple of average pre-tax earnings as adjusted

-16-

REPLY APP 00300

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 11 - EARNINGS APPRECIATION PLANS (Continued)

for the two highest fiscal years in terms of earnings within the respective holding period or, if greater, the original issue price. Holding periods can be extended for a minimum of five years not to exceed ten years. Notice must be received by the Company of the intent to extend one year prior to the expiration of the original holding period.

For Plan 2, during 2011, two Eligible Employees deferred approximately $12,000 of compensation to subscribe as of March 2012 to 358 Rights at an issue price of $32.92 per Right. During 2011, 912 Rights were redeemed under Plan 2 for approximately $39,000.

For Plan 2, during 2010, five Eligible Employees deferred approximately $61,000 of compensation to subscribe as of March 2011 to 1,590 Rights at an issue price of $38.64 per Right. During 2010, 5,065 Rights were redeemed under Plan 2 for approximately $243,000.

At December 31, 2011, 74,350 Rights remain available for issuance.

Outstanding Rights under Plan 2 at December 31, 2011 and 2010, are 9,113 and 9,667, respectively.

The carrying amount of the liability associated with Rights outstanding under Plans 1 and 2 together was $448,000 and $477,000 as of December 31, 2011 and 2010, respectively, and is included as long-term liabilities in the consolidated balance sheets. This liability is calculated based on the intrinsic value of the rights outstanding. During the years ended December 31, 2011 and 2010, a provision of $13,000 and a provision of $98,000, respectively, representing the change in value of outstanding rights, have been reflected in other expense. The fair value of the rights is not reasonably estimable due to uncertainty with respect to exercise dates and the valuation of the rights on those future dates.

### NOTE 12 - RELATED PARTY TRANSACTIONS

**Foundation** - Certain officers and directors of the Company are also officers and/or trustees of the American Institute For Foreign Study Foundation (the Foundation), a tax-exempt corporation under the Internal Revenue Code (the Code).

The Company provides the Academic Year in America (AYA) program of the Foundation with recruitment, administrative and technical services as well as a limited financial guarantee up to $500,000. The agreement also calls for payments to the Company equal to 15% of AYA revenues. The guarantee and agreement will expire on December 31, 2012 and is renewed annually. Fees earned by the Company under this agreement amounted to $528,000 and $541,000 in 2011 and 2010, respectively. Included in accounts receivable is $397,000 and $181,000, which is due from the Foundation at December 31, 2011 and 2010, respectively.

**National Society for the Gifted and Talented** - Certain officers and directors of the Company are also officers and/or trustees of the National Society for the Gifted and Talented (NSGT), a tax-exempt corporation under the Code. The Company donated $-0- and $100,000 to NSGT during the years ended December 31, 2011 and 2010, respectively.

-17-

REPLY APP 00301

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - RELATED PARTY TRANSACTIONS (Continued)

On September 1, 2009, the Company received a promissory note for $1.2 million from NSGT. The promissory note shall be paid within five years following the closing date, but only if and to the extent NSGT has any profits in excess of $.1 million for the year. If at the end of the repayment period there is an outstanding balance, NSGT will have no obligation to pay the outstanding amounts of the promissory note plus any accrued interest. The Company believes that the promissory note will be fully collectible. The promissory note shall bear interest at an annual rate equal to 2.87% from the closing date through but excluding the date on which the full promissory note is paid.

If NSGT sells the assets to any unrelated third party during the repayment period, NSGT shall pay to the Company, immediately after such sale has been consummated, an amount equal to the lesser of (i) the proceeds received by NSGT from such sale or (ii) the outstanding amount of the promissory note plus any interest accrued thereon.

The Company provides NSGT with office space, human resource management services, marketing plans and development of advertising and promotional materials, technical, administrative and accounting services as well as being a guarantor on a $1,000,000 credit facility of NSGT. This guarantee will expire on August 24, 2016. NSGT had $250,000 and $600,000 in borrowings under this credit facility as of December 31, 2011 and 2010, respectively. The agreement also calls for payments to the Company equal to 10% of NSGT revenues.

**Richmond** - A director of the Company is an officer of The American International University in London (Richmond). Prior to July 1, 2011, Richmond and the Company had been parties to an agreement (the Prior Agreement) whereby the Company provided certain administrative and technical services in addition to providing real estate and facilities for Richmond. The Prior Agreement called for annual payment of 20% of Richmond's revenue. Fees received by the Company under the Prior Agreement amounted to $1.9 million and $4.5 million at December 31, 2011 and 2010, respectively.

Effective July 1, 2011, Richmond and the Company entered into a new agreement (the New Agreement) to replace the Prior Agreement. Under the New Agreement, the Company is to provide Richmond with certain real estate and office space for an annual payment of £1,734,000 ($2,767,000 at December 31, 2011) at an initial period of three years with an annual increase at each anniversary in line with the UK Retail Price Index. Also, Richmond is to provide the Company with study abroad programs in London, Florence and Rome for which it will invoice the Company a fixed annual total fee that will be agreed upon by July 1st of each year. Fees paid by Richmond to the Company under the New Agreement amounted to $1.4 million related to the real estate and facility fees at December 31, 2011. Fees paid by the Company to Richmond related to study abroad programs amounted to $1.1 million at December 31, 2011.

In 2000, the Company constructed a new library at the Richmond campus. Under the terms of the agreement with Richmond, the Company is to be paid interest on approximately $6 million of construction costs. Interest is due annually through 2013. Reimbursed interest of $98,000 for the years ended December 31, 2011 and 2010, is reflected as an offset to interest expense.

-18-

REPLY APP 00302

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

#### NOTE 12 - RELATED PARTY TRANSACTIONS (Continued)

In addition, in conjunction with its agreement with Richmond, the Company provides a limited financial guarantee up to £500,000 ($777,000 at December 31, 2011) in any given year if Richmond is unable to meet its financial obligations. Richmond has a five-year $2.5 million revolving credit agreement expiring on August 24, 2016. There was no balance outstanding on the line of credit as of December 31, 2011. The Company is a guarantor of this agreement.

Included in accounts receivable is $689,000 and $608,000 at December 31, 2011 and 2010, respectively, which is due from Richmond. The Company donated $340,000 and $697,000 to Richmond in 2011 and 2010, respectively.

#### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

The Company enters into forward foreign currency contracts and purchases currency call options to hedge its future foreign currency cost commitments up to two years in advance. The Company's revenues from its programs are received in U.S. dollars, and the prices at which the programs are offered are based on these foreign currency hedges. The purpose of the Company's foreign currency hedging activities is to protect the Company from the risk that the eventual foreign currency program costs will be adversely affected by changes in exchange rates. Gains and losses on foreign currency hedges are recognized in operations as part of direct program costs at the time services are rendered.

At December 31, 2011 and 2010, the Company had forward foreign currency contracts and purchased currency call options, substantially all having maturities of less than two years, with notional amounts of $59 million and $50 million, respectively. All contracts have been entered into with major financial institutions. The risk associated with these transactions is the cost of replacing these instruments, at current market rates, in the event of default of the counterparties. Management believes the risk of incurring such losses is remote.

Accounting standards require the Company to recognize all derivatives in the consolidated balance sheets at fair value. The Company's foreign exchange contracts and options are accounted for as cash flow hedges. The effectiveness of each cash flow hedge is measured by future cash flow requirements based on underlying participant volume. To the extent these contracts and options are effective in offsetting the variability of the hedged cash flows, changes in their fair values are recorded in accumulated other comprehensive loss and reclassified into earnings/losses in future periods when the related hedged transaction occurs.

The balance in accumulated other comprehensive loss representing the fair value of designated contracts and options, net of tax, at December 31, 2011 and 2010, is a loss of $.9 million and a gain of $.2 million, respectively. As a result of effective contracts maturing in 2012, an estimated $.5 million, net of tax, of the amount recorded in accumulated other comprehensive loss will be reclassified as losses during the next 12 months.

-19-

REPLY APP 00303

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

Fair values of derivative instruments at December 31, 2011 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
|---|---|---|---|---|
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 29,000 | Other current liabilities | $ 910,000 |
| Foreign exchange contracts | Other long-term assets | - | Other long-term liabilities | 507,000 |
| Total | | $ 29,000 | | $ 1,417,000 |

Fair values of derivative instruments at December 31, 2010 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
|---|---|---|---|---|
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 12,000 | Other current liabilities | $ 639,000 |
| Foreign exchange contracts | Other long-term assets | 342,000 | Other long-term liabilities | - |
| Total | | $ 354,000 | | $ 639,000 |

The effect of derivative instruments on the consolidated statement of income for the year ended December 31, 2011 is as follows:

| | Amount of Gain (Loss) Recognized in AOCL on Derivative (Effective Portion) (in thousands) | Location of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) | Amount of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) (in thousands) | Location of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) | Amount of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) (in thousands) |
|---|---|---|---|---|---|
| Foreign currency contracts | $ 939 | Selling, general and administrative | $ 581 | Selling, general and administrative | $ - |

-20-

REPLY APP 00304

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date and sets out a fair value hierarchy. The fair value hierarchy gives the highest priority to quoted prices in active markets for identical assets or liabilities (Level 1) and the lowest priority to unobservable inputs (Level 3). The three levels of the fair value hierarchy are described below:

> **Level 1** - Unadjusted quoted prices in active markets that are accessible at the measurement date.

> **Level 2** - Pricing inputs that are generally those other than exchange quoted prices in active markets, which are either directly or indirectly observable as of the reporting date, and fair value is determined through the use of other valuation methodologies. Level 2 assets may include certain investments valued at Net Asset Value (NAV) with liquidity of 90 days or less.

> **Level 3** - Pricing inputs are unobservable for the investment. Level 3 assets may also include certain investments valued at NAV with liquidity of greater than 90 days. The Company has no Level 3 investments at December 31, 2011 and 2010.

The following summarizes the major methods and assumptions used in estimating the fair values of financial instruments.

Investments in which both the investment fund's and the underlying investments' values are based on quoted market prices in active markets are classified as Level 1. Investment funds and derivatives classified as Level 2 may contain underlying assets that are actively traded; however, the ownership rights of the investment fund or derivative itself are not actively traded and determined through the use of multiple valuation techniques.

In certain cases, the inputs used to measure fair value may fall into different levels of the fair value hierarchy. In such cases, a financial instrument's level within the fair value hierarchy is based on the lowest level of input that is significant to the fair value measurement. The Company's assessment of the significance of a particular input to the fair value measurement in its entirety requires judgment and considers factors specific to the financial instrument. The following section describes the valuation techniques used by the Company to measure different financial instruments at fair value and includes the level within the fair value hierarchy in which the financial instrument is categorized.

**Cash and Cash Equivalents** - The carrying amount approximates fair value due to the short maturity of these instruments.

**Short-Term and Long-Term Investments** - The fair values of investments are generally based on quoted market prices for those instruments or values provided by the fund manager based on quoted market prices for the underlying instruments.

-21-

REPLY APP 00305

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

**Foreign Currency Contracts and Currency Options** - The fair value is the amount at which the contracts could be settled based on models provided by an independent third-party pricing service using observable inputs.

The carrying amount and estimated fair values of the Company's financial instruments at December 31, 2011 and 2010, are as follows (bracketed amounts represent liabilities):

| | | 2011 | | |
| --- | --- | --- | --- | --- |
| | | Carrying Amount | | Fair Value |
| | | *(in thousands)* | | |
| Cash and cash equivalents | $ | 31,758 | $ | 31,758 |
| Short-term investments | | 10,523 | | 10,523 |
| Long-term investments | | 18,059 | | 18,059 |
| Foreign currency contracts and currency options | | 229 | | 229 |
| Foreign currency contracts and currency options | | (1,617) | | (1,617) |

| | | 2010 | | |
| --- | --- | --- | --- | --- |
| | | Carrying Amount | | Fair Value |
| | | *(in thousands)* | | |
| Cash and cash equivalents | $ | 42,374 | $ | 42,374 |
| Short-term investments | | 2,542 | | 2,542 |
| Long-term investments | | 14,543 | | 14,543 |
| Foreign currency contracts and currency options | | 821 | | 821 |
| Foreign currency contracts and currency options | | (1,106) | | (1,106) |

-22-

REPLY APP 00306

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2011:

| Description | December 31, 2011 | | Level 1 | | Level 2 | | Level 3 |
|---|---|---|---|---|---|---|---|
| | | | *(in thousands)* | | | | |
| Debt securities: | | | | | | | |
| Corporate bonds | $ 7,194 | $ | - | $ | 7,194 | $ | - |
| Municipal securities | 13,125 | | - | | 13,125 | | - |
| U.S. Treasury securities | 2,071 | | 2,071 | | - | | - |
| Mutual funds | 204 | | - | | 240 | | - |
| Equities | 5,988 | | 5,988 | | - | | - |
| Derivatives: | | | | | | | |
| Foreign exchange contracts | 29 | | - | | 29 | | - |
| Foreign exchange contracts | (910) | | - | | (910) | | - |
| Foreign exchange contracts | (507) | | - | | (507) | | - |

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2010:

| Description | December 31, 2010 | | Level 1 | | Level 2 | | Level 3 |
|---|---|---|---|---|---|---|---|
| | | | *(in thousands)* | | | | |
| Debt securities: | | | | | | | |
| Corporate bonds | $ 8,535 | $ | - | $ | 8,535 | $ | - |
| Municipal securities | 5,846 | | - | | 5,846 | | - |
| U.S. Treasury securities | 2,633 | | 2,633 | | - | | - |
| Mutual funds | 70 | | - | | 70 | | - |
| Derivatives: | | | | | | | |
| Foreign exchange contracts | 12 | | - | | 12 | | - |
| Foreign exchange contracts | 342 | | - | | 342 | | - |
| Foreign exchange contracts | (639) | | - | | (639) | | - |

### NOTE 15 - RISKS AND UNCERTAINTIES

The Company transacts a significant volume of business with a particular insurance provider. The concentration leaves the Company vulnerable to risk of an impact on future sales of insurance in the near term should an event cause such provider to no longer provide insurance to the Company. The Company believes that it would be able to replace the insurance provider if this were to happen, as was evidenced by the relationship with a new insurance carrier.

-23-

REPLY APP 00307

REPLY APP 00308

# AIFS, INC.

### CONSOLIDATED FINANCIAL STATEMENTS

### DECEMBER 31, 2012 AND 2011

REPLY APP 00309

**AIFS, INC.**

**CONTENTS**

Independent Auditors' Report     1-2

Consolidated Balance Sheets - December 31, 2012 and 2011     3

Consolidated Statements of Comprehensive Income for the Years Ended
  December 31, 2012 and 2011     4

Consolidated Statements of Cash Flows for the Years Ended
  December 31, 2012 and 2011     5

Consolidated Statements of Stockholders' Equity for the Years Ended
  December 31, 2012 and 2011     6

Notes to Consolidated Financial Statements     7-24

REPLY APP 00310

29 South Main Street Tel 860.561.4000 2 Enterprise Drive Tel 203.944.2100
P.O. Box 272000 Fax 860.521.9241 P.O. Box 2488 Fax 203.944.2111
West Hartford, CT 06127-2000 blumshapiro.com Shelton, CT 06484-1488 blumshapiro.com

# BlumShapiro

Accounting | Tax | Business Consulting

## Independent Auditors' Report

To the Board of Directors and Stockholders
AIFS, Inc.

We have audited the accompanying consolidated financial statements of AIFS, Inc., which comprise the consolidated balance sheets as of December 31, 2012 and 2011, and the related consolidated statements of comprehensive income, cash flows and stockholders' equity for the years then ended, and the related notes to the consolidated financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditors consider internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

-1-

Blum, Shapiro & Company, P.C.  An Independent Member of Baker Tilly International

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of AIFS, Inc., as of December 31, 2012 and 2011, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Blum, Shapiro + Company, P.C.*

West Hartford, Connecticut
April 12, 2013

-2-

REPLY APP 00312

-3-

**AIFS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**DECEMBER 31, 2012 AND 2011**
(In Thousands)

**ASSETS**

|  | 2012 | 2011 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 34,148 | $ 31,758 |
| Short-term investments | 11,166 | 10,523 |
| Accounts receivable, net | 23,254 | 24,088 |
| Prepaid expenses | 2,890 | 2,708 |
| Prepaid income taxes | 629 | 1,262 |
| Deferred income taxes | 1,783 | 2,411 |
| Deferred program costs | 6,930 | 7,470 |
| Other current assets | 435 | 140 |
| Total current assets | 81,235 | 80,360 |
| **Property and Equipment** | | |
| Less accumulated depreciation and amortization | 46,824 | 46,084 |
|  | 28,420 | 26,421 |
| Net property and equipment | 18,404 | 19,663 |
| **Other Assets** | | |
| Long-term investments | 17,835 | 18,059 |
| Goodwill | 2,344 | 2,323 |
| Deferred income taxes | 575 | 161 |
| Other assets | 493 | 1,072 |
| Total other assets | 21,247 | 21,615 |
| **Total Assets** | $ 120,886 | $ 121,638 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

|  | 2012 | 2011 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 6,378 | $ 6,434 |
| Accrued liabilities | 9,086 | 8,997 |
| Deferred revenue | 55,558 | 59,681 |
| Income taxes payable | - | 927 |
| Other current liabilities | 45 | - |
| Total current liabilities | 71,067 | 76,039 |
| **Long-Term Liabilities** | | |
| Deferred income taxes | 2,415 | 2,701 |
| Other liabilities | 9 | 515 |
| Stock appreciation rights | 604 | 448 |
| Total long-term liabilities | 3,028 | 3,664 |
| Total liabilities | 74,095 | 79,703 |
| **Stockholders' Equity** | | |
| Common stock | 461 | 461 |
| Paid-in capital | 47,667 | 43,536 |
| Retained earnings | (1,337) | (2,062) |
| Accumulated other comprehensive loss | 46,791 | 41,935 |
| Total stockholders' equity | | |
| **Total Liabilities and Stockholders' Equity** | $ 120,886 | $ 121,638 |

The accompanying notes are an integral part of the consolidated financial statements

REPLY APP 00313

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**FOR THE YEARS ENDED DECEMBER 31, 2012 AND 2011**
(In Thousands)

|  | 2012 | 2011 |
|---|---|---|
| **Program Revenues** | $ 156,354 | $ 153,091 |
| **Program Direct Costs** | 99,928 | 98,161 |
| **Gross Profit** | 56,426 | 54,930 |
| **General and Administrative Expenses** | 50,325 | 51,103 |
| **Income from Operations** | 6,101 | 3,827 |
| **Other Income (Expense)** | | |
| Interest expense | (22) | (37) |
| Investment Income | 1,613 | 722 |
| Other expense | (1,540) | (327) |
| Net other income | 51 | 358 |
| **Income Tax Expense** | 2,021 | 1,871 |
| **Net Income** | 4,131 | 2,314 |
| **Other Comprehensive Income (Loss),** Net of Tax | | |
| Foreign currency translation adjustments | (347) | 485 |
| Unrealized gains (losses) on hedging activities | 1,265 | (1,074) |
| Unrealized gains (losses) on investments available for sale | (193) | 90 |
| Other comprehensive income (loss), net of tax | 725 | (499) |
| **Comprehensive Income (Loss)** | $ 4,856 | $ 1,815 |

The accompanying notes are an integral part of the consolidated financial statements

-4-

REPLY APP 00314

## AIFS, INC.
## CONSOLIDATED STATEMENTS OF CASH FLOWS
### FOR THE YEARS ENDED DECEMBER 31, 2012 AND 2011
(In Thousands)

|  | 2012 | 2011 |
|---|---|---|
| **Cash Flows from Operating Activities** |  |  |
| Net income | $ 4,131 | $ 2,314 |
| Adjustments to reconcile net income to net cash |  |  |
| provided by operating activities: |  |  |
| Realized (gain) loss on investments | 995 | (142) |
| Deferred income tax benefit | (72) | (104) |
| Provision for earnings appreciation rights | 87 | (24) |
| Depreciation and amortization | 3,148 | 3,406 |
| Bad debt expense | - | 4 |
| (Increase) decrease in operating assets: |  |  |
| Accounts receivable | 834 | (3,892) |
| Prepaid expenses and income taxes | 451 | (945) |
| Deferred program costs | 540 | (785) |
| Other assets | 284 | 323 |
| Increase (decrease) in operating liabilities: |  |  |
| Accounts payable, accrued liabilities and |  |  |
| income taxes payable | 78 | 4,593 |
| Deferred revenue | (4,123) | (2,305) |
| Other liabilities | (1,167) | 656 |
| Net cash provided by operating activities | 5,186 | 3,099 |
| **Cash Flows from Investing Activities** |  |  |
| Purchase of investments | (43,842) | (18,332) |
| Maturities of investments | 4,082 | 2,224 |
| Sales of investments | 38,708 | 4,761 |
| Capital expenditures | (1,813) | (2,356) |
| Net cash used in investing activities | (2,865) | (13,703) |
| **Cash Flows from Financing Activities** |  |  |
| Proceeds from issuance of earnings appreciation rights | 112 | 34 |
| Redemption of earnings appreciation rights | (43) | (46) |
| Net cash provided by (used in) financing activities | 69 | (12) |
| **Net Increase (Decrease) in Cash and Cash Equivalents** | 2,390 | (10,616) |
| **Cash and Cash Equivalents** - Beginning of Year | 31,758 | 42,374 |
| **Cash and Cash Equivalents** - End of Year | $ 34,148 | $ 31,758 |
| **Cash Paid During the Year for** |  |  |
| Interest | $ 21 | $ 37 |
| Taxes | 1,878 | 2,035 |

The accompanying notes are an integral part of the consolidated financial statements

-5-

Case No. 1:14-cv-03074-CMA-KMT Document 1042 filed 04/27/18 USDC Colorado pg 121
Case 1:14-cv-03074-CMA-KMT Document 960-10 filed 04/13/18 USDC Colorado Page 121
122 of 243

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**FOR THE YEARS ENDED DECEMBER 31, 2012 AND 2011**
(In Thousands, Except Shares)

| | Common Stock | | Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance - January 1, 2011 | 784,687 | $ 78 | $ 383 | $ 41,222 | $ (1,563) | $ 40,120 |
| Net Income | - | - | - | 2,314 | - | 2,314 |
| Reverse Stock Split | (783,902) | (78) | 78 | - | - | - |
| Other Comprehensive Loss, net of tax | - | - | - | - | (499) | (499) |
| Balance - December 31, 2011 | 785 | - | 461 | 43,536 | (2,062) | 41,935 |
| Net Income | - | - | - | 4,131 | - | 4,131 |
| Other Comprehensive Income, net of tax | - | - | - | - | 725 | 725 |
| Balance - December 31, 2012 | 785 | $ - | $ 461 | $ 47,667 | $ (1,337) | $ 46,791 |

The accompanying notes are an integral part of the consolidated financial statements

-6-

REPLY APP 00316

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 1 - DESCRIPTION OF BUSINESS

AIFS, Inc. (the Company) and its family of companies organize educational and cultural exchange programs throughout the world and arrange insurance coverage for its own participants as well as participants of other organizations involved in international education and cultural exchange. Collectively, the Company operates the following wholly owned subsidiaries: American Institute For Foreign Study, Inc.; American Institute For Foreign Study, (U.K.) Ltd.; American Council For International Studies, Inc. (High School); Cultural Insurance Services International, Inc. (CISI); American Institute For Foreign Study - Deutschland, GmbH; CAMPS International GmbH; American Institute For Foreign Study - Australia; and CareMed GmbH. Since the Company's founding in 1964, more than 1,500,000 people have participated in its programs.

Revenues in foreign countries totaled 23% and 22% of total revenue in 2012 and 2011, respectively.

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation** - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries, as disclosed above. Intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates** - The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the consolidated financial statements and accompanying notes. Actual results could differ from those estimates.

**Program Revenue and Direct Cost Recognition** - The Company develops, markets and operates educational and cultural exchange programs worldwide and generally requires deposits and final payments by participants in advance of the time the programs take place. Revenues are not recognized from the sale of programs until the services are provided to the participants. Deferred revenue is recognized at the time the program fees are received for High School programs and as billed for all other programs, except the sale of insurance as explained below. Program sales are recognized ratably over the program period.

Commission revenue from the sale of insurance policies as a broker is recorded at the time of the sale.

The Company incurs direct program costs and selling expenses related to programs prior to their occurrence. These costs are also deferred and recognized ratably over the program period.

-7-

REPLY APP 00317

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Cash and Cash Equivalents** - Cash equivalents include highly liquid investments whose maturities do not exceed 90 days from the date of purchase and are readily convertible to known amounts of cash. The Company's deposits in financial institutions may occasionally exceed federal depository insurance limits. However, the Company has not experienced any losses in this area, and management attempts to mitigate this risk by actively managing its cash and fixed income investment portfolio and utilizing federal insurance guarantees where available. Management will continue to monitor the creditworthiness of financial institutions holding significant deposits and make adjustments if deemed necessary.

**Investments** - The Company maintains a significant investment portfolio in order to take advantage of potential acquisition opportunities and as a reserve against negative international incidents. All of the Company's investments are classified as available-for-sale. At December 31, 2012, the following were classified as current: debt securities with a contractual maturity of one year or less, mutual funds and equity securities. Available-for-sale securities are carried at fair value, with the unrealized gains and losses, net of income taxes, shown as a separate component of accumulated other comprehensive loss. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Realized gains and losses and declines in value judged to be other-than-temporary are included in investment income. The cost of securities sold is based on the specific identification method. Interest and dividends on investments are included in investment income.

Investment securities are exposed to various risks, such as interest rate, market and credit risks. Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could occur in the near term and that such changes could materially affect the investment balances and activity reflected in the consolidated financial statements.

**Accounts Receivable** - The Company estimates its allowance for doubtful accounts based upon historical experience. The allowance for doubtful accounts was $323,000 at December 31, 2012 and 2011.

Delinquent accounts are written off based on management's assessment of their collectibility.

**Property and Equipment** - Property and equipment are carried at cost. Depreciation of property and equipment is computed on a straight-line basis over the following estimated useful lives:

| | |
|---|---|
| Buildings | 15-35 years |
| Furniture and fixtures | 3-7 years |
| Leasehold improvements | Lesser of lease term or 10-20 years |
| Computer hardware, software and other | 3-10 years |

-8-

REPLY APP 00318

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Goodwill** - Goodwill is assigned to specific reporting units and is reviewed for impairment at least annually or more frequently when events or circumstances indicate that a reporting unit's carrying amount exceeds its fair value. During 2012 and 2011, the Company determined that the fair values for all of its reporting units exceeded their carrying values. Therefore, no impairment loss on goodwill was recognized as of December 31, 2012 and 2011.

**Insurance Services** - Through CISI and CareMed GMBH, the Company sells medical, liability and personal effects insurance through a brokerage agreement with insurance companies that are rated A or better by AM Best. In addition, CISI is a licensed third-party administrator for the claims related to these policies. The Company earns revenue on a commission basis, whereby the Company receives commissions on all premiums written. The insurance carrier assumes all liability for any claims. A fee for third-party administration services is also received by the Company.

**Foreign Currency** - The functional currencies for each of the reporting units are as follows:

| Reporting Unit | Functional Currency |
|---|---|
| American Institute For Foreign Study, (U.K.) Ltd. and related companies | Sterling |
| AIFS Deutschland | Euro |
| CAMPS International | Euro |
| CareMed GmbH | Euro |
| AIFS Australia | Australian dollar |

The balance sheets for these entities are translated at current year-end exchange rates and the income statements at average exchange rates for the fiscal year, with the resulting translation adjustments included in accumulated other comprehensive loss.

The Company enters into foreign currency contracts to hedge commitments for program services to be provided in foreign currencies at later dates. Gains or losses on these contracts offset higher or lower direct costs caused by exchange rate fluctuations after program prices are established (see Note 13).

**Advertising** - The Company expenses production costs of advertising as incurred except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits, not to exceed 24 months.

Direct-response advertising consists primarily of the costs to produce and distribute program catalogs and related materials. Catalogs include enrollment forms for the Company's programs. The capitalized costs are amortized over the period in which each program operates.

REPLY APP 00319

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

Advertising costs totaling $2 million and $2.7 million, at December 31, 2012 and 2011, respectively, were included in deferred program costs in the consolidated balance sheets. Advertising expense for the years ended December 31, 2012 and 2011, was $7.2 million and $7.6 million, respectively.

**Retirement Plans** - Substantially all of the Company's employees are covered under retirement plans. Company contributions for U.S. employees represent a matching contribution of 50% of a participant's elective deferral up to 6% of annual compensation and a discretionary contribution. Company contributions to a noncontributory Money Purchase Pension Scheme for U.K. employees are in an amount equal to 10% for management and 5% for all other employees of the employee's base annual compensation. Company contributions to all plans were $1.1 million and $.9 million for the years ended December 31, 2012 and 2011, respectively.

**Income Taxes** - Deferred tax assets and liabilities are determined based on the difference between the financial statement and the tax basis of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse.

**Subsequent Events** - In preparing these consolidated financial statements, management has evaluated subsequent events through April 12, 2013, which represents the date the consolidated financial statements were available to be issued.

**Reclassifications** - Certain amounts in the prior year's consolidated financial statements have been reclassified to conform to the current year's presentation.

### NOTE 3 - INVESTMENTS

The following is a summary of available-for-sale securities at December 31, 2012 and 2011:

| | | 2012 | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | | *(in thousands)* | | |
| Corporate bonds | $ 5,852 | $ 117 | $ (6) | $ 5,963 |
| Municipal securities | 14,197 | 330 | (116) | 14,411 |
| U.S. Treasury securities | 2,212 | 16 | — | 2,228 |
| Total debt securities | 22,261 | 463 | (122) | 22,602 |
| Equity securities | 6,340 | 10 | (322) | 6,028 |
| Mutual funds | 371 | - | - | 371 |
| Total Investments | $ 28,972 | $ 473 | $ (444) | $ 29,001 |

-10-

REPLY APP 00320

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS (Continued)

| | 2011 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | | *(in thousands)* | | |
| Corporate bonds | $ 7,143 | $ 100 | $ (49) | $ 7,194 |
| Municipal securities | 12,936 | 252 | (63) | 13,125 |
| U.S. Treasury securities | 2,044 | 27 | - | 2,071 |
| Total debt securities | 22,123 | 379 | (112) | 22,390 |
| Equity securities | 5,914 | 306 | (232) | 5,988 |
| Mutual funds | 204 | - | - | 204 |
| Total Investments | $ 28,241 | $ 685 | $ (344) | $ 28,582 |

Included in the estimated fair value are securities with the following unrealized loss positions at December 31, 2012 and 2011:

| | 2012 | | 2011 | |
|---|---|---|---|---|
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
| | | *(in thousands)* | | |
| Less than one year | $ 6,950 | $ 298 | $ 7,945 | $ 328 |
| More than one year | 5,556 | 146 | 483 | 16 |

There were $38.7 million and $4.8 million of sales of available-for-sale securities in 2012 and 2011, respectively.  These sales resulted in gross realized losses of $995,000 and gains of $142,000 in 2012 and 2011, respectively.

The amortized cost and estimated fair value of available-for-sale debt securities, by contractual maturity, as of December 31, 2012, are shown below.  Expected maturities may differ from contractual maturities because the issuers of the securities may have the right to prepay obligations without prepayment penalties.

| | Amortized Cost | Estimated Fair Value |
|---|---|---|
| | | *(in thousands)* |
| Due in one year or less | $ 4,749 | $ 4,766 |
| Due after one year through five years | 15,489 | 15,808 |
| Due after five years through ten years | 2,023 | 2,028 |
| | $ 22,261 | $ 22,602 |

-11-

REPLY APP 00321

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 4 - PROPERTY AND EQUIPMENT

Property and equipment, at cost, is comprised of the following at December 31, 2012 and 2011:

|  | 2012 | | 2011 |
|---|---|---|---|
|  | *(in thousands)* | | |
| Land | $ 7,580 | $ | 7,580 |
| Buildings | 16,331 | | 16,331 |
| Furniture and fixtures | 1,486 | | 1,461 |
| Leasehold improvements | 3,028 | | 3,895 |
| Computer hardware, software and other | 18,399 | | 16,817 |
|  | $ 46,824 | $ | 46,084 |

Depreciation expense was $3.1 million and $3.4 million for 2012 and 2011, respectively.

### NOTE 5 - GOODWILL

The changes in the carrying amount of goodwill for the years ended December 31, 2012 and 2011, are as follows:

|  | *(in thousands)* |
|---|---|
| Balance as of January 1, 2011 | $ 2,370 |
| Changes in currency translation | (47) |
| Balance as of December 31, 2011 | 2,323 |
| Changes in currency translation | 21 |
| Balance as of December 31, 2012 | $ 2,344 |

### NOTE 6 - LINE OF CREDIT

The Company has a $10 million revolving credit agreement, as amended, which currently expires on August 26, 2016. There is an annual commitment fee of .25%, payable quarterly, on the average unused portion. Under this agreement, the Company has the ability to borrow in U.S. dollars at an interest rate based on LIBOR or the Prime Rate. For LIBOR Rate Advances, the rate will be determined by Reuters (as defined in the agreement) for the selected interest period plus .5% per annum. For Prime Rate Advances, the rate is a variable rate, based on the Prime Rate as announced by the bank. Under this agreement, no borrowings were made during 2012 or 2011 and there were no outstanding borrowings under this agreement at December 31, 2012 or 2011. Under this agreement, the Company has the ability to obtain irrevocable letters of credit. The Company had outstanding letters of credit totaling $2 and $1 million as of December 31, 2012 and 2011, respectively.

-12-

REPLY APP 00322

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 7 - INCOME TAXES

The provision for (benefit from) income taxes for the years ended December 31, 2012 and 2011, consists of the following:

|  | 2012 | 2011 |
|---|---|---|
|  | *(in thousands)* | |
| Current: | | |
| Federal | $ 1,757 | $ 792 |
| State | 296 | 499 |
| Foreign | 537 | 503 |
|  | 2,590 | 1,794 |
| Deferred: | | |
| Federal | (482) | 65 |
| State | (87) | 12 |
|  | (569) | 77 |
|  | $ 2,021 | $ 1,871 |

The components of deferred taxes as of December 31, 2012 and 2011, consisted of the following:

|  | 2012 | 2011 |
|---|---|---|
|  | *(in thousands)* | |
| Deferred tax assets: | | |
| Federal | $ 1,940 | $ 2,139 |
| State | 348 | 384 |
| Foreign | 70 | 49 |
|  | $ 2,358 | $ 2,572 |
| Deferred tax liabilities: | | |
| Federal | $ 2,048 | $ 2,291 |
| State | 367 | 410 |
|  | $ 2,415 | $ 2,701 |

The difference between the actual tax provision and the amounts obtained by applying the statutory U.S. Federal income tax rate of 34% against income before income taxes is primarily attributable to certain items that are not deductible and state income taxes.

The significant temporary differences that give rise to deferred tax assets relate to the allowance for doubtful accounts, charitable contributions, accruals for forward foreign currency contracts and purchases, currency call options, earnings appreciation rights reserve and losses on investments. The deferred tax liabilities relate primarily to the differences between the tax bases and financial reporting bases of property and equipment.

-13-

REPLY APP 00323

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 7 - INCOME TAXES (Continued)

The income tax returns of the Company for the years ended December 31, 2009 through 2012 are subject to examination by the Internal Revenue Service and other taxing authorities.

### NOTE 8 - STOCKHOLDERS' EQUITY

On December 31, 2011, a one-for-one thousand reverse stock split of the issued and outstanding shares of common stock was authorized by the Company. To effect the split, the Company canceled all 784,687 outstanding shares (10,000,000 shares authorized at $.10 par) as of December 31, 2011 and issued 784.687 shares (1,000 authorized at $.10 par). The Company reclassified the common stock to paid-in capital as of December 31, 2011 to reflect this change.

### NOTE 9 - ACCUMULATED OTHER COMPREHENSIVE LOSS

Components of the change in accumulated other comprehensive loss for the years ended December 31, 2012 and 2011, are as follows:

|  | 2012 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | | *(in thousands)* | |
| Foreign currency translation adjustments | $ (580) | $ 233 | $ (347) |
| Unrealized losses on investments available-for-sale | (322) | 129 | (193) |
| Unrealized gains on hedging activities | 2,112 | (847) | 1,265 |
| Total Other Comprehensive Income (Loss) | $ 1,210 | $ (485) | $ 725 |

|  | 2011 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | | *(in thousands)* | |
| Foreign currency translation adjustments | $ 810 | $ (325) | $ 485 |
| Unrealized gains on investments available-for-sale | 148 | (58) | 90 |
| Unrealized losses on hedging activities | (1,796) | 722 | (1,074) |
| Total Other Comprehensive Income (Loss) | $ (838) | $ 339 | $ (499) |

-14-

REPLY APP 00324

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 9 - ACCUMULATED OTHER COMPREHENSIVE LOSS (Continued)

Components of accumulated other comprehensive loss, net of income taxes, are as follows:

|  | Foreign Currency Translation Adjustments | Unrealized Net Gain (Loss) on Investments | Unrealized Net Gain (Loss) on Hedging | Accumulated Other Comprehensive Loss |
|---|---|---|---|---|
|  | *(in thousands)* | | | |
| Balance - January 1, 2011 | $ (1,821) | $ 93 | $ 165 | $ (1,563) |
| Other comprehensive income (loss) 2011 | 485 | 90 | (1,074) | (499) |
| Balance - December 31, 2011 | (1,336) | 183 | (909) | (2,062) |
| Other comprehensive income (loss) 2012 | (347) | (193) | 1,265 | 725 |
| Balance - December 31, 2012 | $ (1,683) | $ (10) | $ 356 | $ (1,337) |

Unrealized gains (losses) on securities are net of reclassification adjustments of $.6 million and ($.1) million, net of tax, for net realized gains (losses) on sales of securities included in net income in 2012 and 2011, respectively. The effective portion of cash flow hedges is net of reclassification adjustments of $.3 million, net of tax, for realized losses on foreign currency options.

Generally, the assets and liabilities of foreign operations are translated into U.S. dollars using the current exchange rate. For those operations, changes in exchange rates generally do not affect cash flows; therefore, resulting translation adjustments are made in stockholders' equity rather than in income. During 2012, there was $.3 million, net of tax, in realized gains recognized due to the recogniztion of translation adjustments for a substatially liquidated division.

### NOTE 10 - LEASES

The Company leases office space and equipment from third parties, many of which contain renewal options. The leases related to office space are subject to escalation clauses. Rent expense was $4 million and $3.9 million for the years ended December 31, 2012 and 2011, respectively.

Future minimum payments under operating leases with initial or remaining lease terms in excess of one year are as follows:

| **Year Ending December 31** | *(in thousands)* |
|---|---|
| 2013 | $ 3,738 |
| 2014 | 2,910 |
| 2015 | 2,270 |
| 2016 | 2,235 |
| 2017 | 2,254 |
| Thereafter | 34,267 |

-15-

REPLY APP 00325

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 10 - LEASES (Continued)**

Included in the above is a lease that runs through 2070 for a building in London that calls for annual rental payments of $.4 million. The Company sublets space for classroom and office use with varying lease terms through 2018 related to this lease. Total rental income expected to be earned from the sublease agreements will approximate $1.3 million through 2018.

**NOTE 11 - EARNINGS APPRECIATION PLANS**

In October 1999, the Company established the AIFS, Inc. Earnings Appreciation Plan (Plan 1) for the purposes of providing deferred compensation for a select group of management employees (the Eligible Employees). The aggregate number of appreciation rights (Rights) that may be issued under Plan 1 is limited to 100,000.

Under Plan 1, the Eligible Employees may elect to defer an amount not to exceed 25% of their year-end incentive bonus to be invested in the Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. Eligible employees may redeem their Rights at the greater of the Put Price at the time of redemption or original issue price. As of December 31, 2012 and 2011, the Put Price was $44.68 and $36.62, respectively.

For the year ended December 31, 2012, four Eligible Employees deferred approximately $56,000 of compensation to subscribe to 1,390 Rights. During 2012, no Rights were redeemed.

For the year ended December 31, 2011, four Eligible Employees deferred approximately $17,000 of compensation to subscribe to 530 Rights. During 2011, 190 Rights were redeemed for approximately $7,000.

At December 31, 2012, 37,380 Rights remain available for issuance.

Outstanding Rights at December 31, 2012 and 2011, are 3,330 and 1,940, respectively.

REPLY APP 00326

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 11 - EARNINGS APPRECIATION PLANS (Continued)**

In May 2005, the Company established the AIFS, Inc. 2005 Earnings Appreciation Plan (Plan 2) for the purpose of providing deferred compensation as in Plan 1, but to also comply with new tax regulations introduced in the American Jobs Creation Act of 2004 related to SAR plans. Plan 2 has been created to preserve the tax benefit for U.S. participants and U.S. citizens who are taxed on their worldwide income. Plan 1 has been kept in force for all non-U.S. participants. The aggregate number of Rights that may be issued under Plan 2 is limited to 100,000. Under Plan 2, the Eligible Employee may elect an amount not to exceed 25% of their year-end incentive bonus to be invested in Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. The Eligible Employee must assign the Rights purchased to holding periods of one, two, three or five years. Eligible Employees may redeem their Rights after a notice period of one year. Rights held for two years or less may be redeemed at the greater of the Put Price at the time of redemption or the original issue price. Rights with holding periods of greater than two years may be redeemed at a price that is a multiple of average pre-tax earnings as adjusted for the two highest fiscal years in terms of earnings within the respective holding period or, if greater, the original issue price. Holding periods can be extended for a minimum of five years not to exceed ten years. Notice must be received by the Company of the intent to extend one year prior to the expiration of the original holding period.

For Plan 2, during 2012, two Eligible Employees deferred approximately $57,000 of compensation to subscribe as of March 2013 to 1,410 Rights at an issue price of $40.21 per Right. During 2012, 916 Rights were redeemed under Plan 2 for approximately $43,000.

For Plan 2, during 2011, two Eligible Employees deferred approximately $12,000 of compensation to subscribe as of March 2012 to 358 Rights at an issue price of $32.92 per Right. During 2011, 912 Rights were redeemed under Plan 2 for approximately $39,000.

At December 31, 2012, 73,063 Rights remain available for issuance.

Outstanding Rights under Plan 2 at December 31, 2012 and 2011, are 9,607 and 9,113, respectively.

The carrying amount of the liability associated with Rights outstanding under Plans 1 and 2 together was $604,000 and $448,000 as of December 31, 2012 and 2011, respectively, and is included in long-term liabilities in the consolidated balance sheets. This liability is calculated based on the intrinsic value of the rights outstanding. During the years ended December 31, 2012 and 2011, a provision of $87,000 and a provision of $13,000, respectively, representing the change in value of outstanding rights, have been reflected in other expense. The fair value of the rights is not reasonably estimable due to uncertainty with respect to exercise dates and the valuation of the rights on those future dates.

-17-

REPLY APP 00327

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - RELATED PARTY TRANSACTIONS

**Foundation** - Certain officers and directors of the Company are also officers and/or trustees of the American Institute For Foreign Study Foundation (the Foundation), a tax-exempt corporation under the Internal Revenue Code (the Code).

The Company provides the Academic Year in America (AYA) program of the Foundation with office space, human resources management, marketing, information technology support and accounting services as well as a limited financial guarantee up to $500,000. The agreement also calls for payments to the Company equal to 15% of AYA revenues and will increase to 18% in 2013. The guarantee and agreement will expire on December 31, 2013 and is renewed annually. Fees earned by the Company under this agreement amounted to $637,000 and $528,000 in 2012 and 2011, respectively. Included in accounts receivable is $(25,000) and $397,000, which is due (to) from the Foundation at December 31, 2012 and 2011, respectively.

**National Society for the Gifted and Talented** - Certain officers and directors of the Company are also officers and/or trustees of the National Society for the Gifted and Talented (NSGT), a tax-exempt corporation under the Code.

On September 1, 2009, the Company received a promissory note for $1.2 million from NSGT. The promissory note shall be paid within five years following the closing date, but only if and to the extent NSGT has any profits in excess of $.1 million for the year. If at the end of the repayment period there is an outstanding balance, NSGT will have no obligation to pay the outstanding amounts of the promissory note plus any accrued interest. The promissory note shall bear interest at an annual rate equal to 2.87% from the closing date through but excluding the date on which the full promissory note is paid. The Company has reserved $.8 million at December 31, 2012 as the Company believes the promissory note will not be collectible based on NSGT profit projections.

If NSGT sells the assets to any unrelated third party during the repayment period, NSGT shall pay to the Company, immediately after such sale has been consummated, an amount equal to the lesser of (i) the proceeds received by NSGT from such sale or (ii) the outstanding amount of the promissory note plus any interest accrued thereon.

The Company provides NSGT with office space, human resource management services, marketing plans and development of advertising and promotional materials, technical, administrative and accounting services as well as being a guarantor on a $1,000,000 credit facility of NSGT. This guarantee will expire on August 24, 2016. NSGT had $250,000 in borrowings under this credit facility as of December 31, 2012 and 2011. The agreement also calls for payments to the Company equal to 10% of NSGT revenues. Fees earned by the Company under this agreement amounted to $959,000 and $775,000 in 2012 and 2011, respectively. Included in accounts receivable is $860,000 and $522,000, which is due from NSGT at December 31, 2012 and 2011, respectively.

-18-

REPLY APP 00328

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### NOTE 12 - RELATED PARTY TRANSACTIONS (Continued)

**Richmond** - A director of the Company is an officer of The American International University in London (Richmond). Prior to July 1, 2011, Richmond and the Company had been parties to an agreement (the Prior Agreement) whereby the Company provided certain administrative and technical services in addition to providing real estate and facilities for Richmond. The Prior Agreement called for annual payment of 20% of Richmond's revenue. Fees received by the Company under the Prior Agreement amounted to $1.9 million at December 31, 2011.

Effective July 1, 2011, Richmond and the Company entered into a new agreement (the New Agreement) to replace the Prior Agreement. Under the New Agreement, the Company is to provide Richmond with certain real estate and office space for an annual payment of £1,734,000 ($2,705,000 at December 31, 2012) at an initial period of three years with an annual increase at each anniversary in line with the UK Retail Price Index. Also, Richmond is to provide the Company with study abroad programs in London, Florence and Rome for which it will invoice the Company a fixed annual total fee that will be agreed upon by July 1st of each year. Fees paid by Richmond to the Company under the New Agreement amounted to $7.4 million related to the real estate and facility fees at December 31, 2012. Fees paid by the Company to Richmond related to study abroad programs amounted to $8.7 million and $1.1 million at December 31, 2012 and 2011, respectively.

In 2000, the Company constructed a new library at the Richmond campus. Under the terms of the agreement with Richmond, the Company is to be paid interest on approximately $6 million of construction costs. Interest was due annually through July 1, 2011. Reimbursed interest of $98,000 for the year ended December 31, 2011, is reflected as an offset to interest expense.

In addition, in conjunction with its agreement with Richmond, the Company provides a limited financial guarantee up to £500,000 ($813,000 at December 31, 2012) in any given year if Richmond is unable to meet its financial obligations. Richmond has a five-year $2.5 million revolving credit agreement expiring on August 24, 2016. There was no balance outstanding on the line of credit as of December 31, 2012. The Company is a guarantor of this agreement.

Included in accounts receivable is $815,000 and $828,000 at December 31, 2012 and 2011, respectively, which represent the net amount due from Richmond as Richmond and the Company settle amounts due to/from each other on a net basis. The Company donated $654,000 and $340,000 to Richmond in 2012 and 2011, respectively.

REPLY APP 00329

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

The Company enters into forward foreign currency contracts and purchases currency call options to hedge its future foreign currency cost commitments up to two years in advance. The Company's revenues from its programs are received in U.S. dollars, and the prices at which the programs are offered are based on these foreign currency hedges. The purpose of the Company's foreign currency hedging activities is to protect the Company from the risk that the eventual foreign currency program costs will be adversely affected by changes in exchange rates. Gains and losses on foreign currency hedges are recognized in operations as part of direct program costs at the time services are rendered.

At December 31, 2012 and 2011, the Company had forward foreign currency contracts and purchased currency call options, substantially all having maturities of less than two years, with notional amounts of $48 million and $59 million, respectively. All contracts have been entered into with major financial institutions. The risk associated with these transactions is the cost of replacing these instruments, at current market rates, in the event of default of the counterparties. Management believes the risk of incurring such losses is remote.

Accounting standards require the Company to recognize all derivatives in the consolidated balance sheets at fair value. The Company's foreign exchange contracts and options are accounted for as cash flow hedges. The effectiveness of each cash flow hedge is measured by future cash flow requirements based on underlying participant volume. To the extent these contracts and options are effective in offsetting the variability of the hedged cash flows, changes in their fair values are recorded in accumulated other comprehensive loss and reclassified into earnings/losses in future periods when the related hedged transaction occurs.

The balance in accumulated other comprehensive income representing the fair value of designated contracts and options, net of tax, at December 31, 2012 and 2011, is a gain of $.4 million and a loss of $.9 million, respectively. As a result of effective contracts maturing in 2013, an estimated $.2 million, net of tax, of the amount recorded in accumulated other comprehensive loss will be reclassified as losses during the next 12 months.

Fair values of derivative instruments at December 31, 2012 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 322,000 | Other current liabilities | $ - |
| Foreign exchange contracts | Other long-term assets | 318,000 | Other long-term liabilities | - |
| Total | | $ 640,000 | | $ - |

REPLY APP 00330

### AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

Fair values of derivative instruments at December 31, 2011 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 29,000 | Other current liabilities | $ 910,000 |
| Foreign exchange contracts | Other long-term assets | - | Other long-term liabilities | 507,000 |
| Total | | $ 29,000 | | $ 1,417,000 |

The effect of derivative instruments on the consolidated statement of comprehensive income for the year ended December 31, 2012 is as follows:

| | Amount of Gain (Loss) Recognized in AOCL on Derivative (Effective Portion) | Location of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) | Amount of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) | Location of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) | Amount of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) |
| --- | --- | --- | --- | --- | --- |
| | (in thousands) | | (in thousands) | | (in thousands) |
| Foreign currency contracts | $ 741 | Selling, general and administrative | $ (543) | Selling, general and administrative | $ - |

## NOTE 14 - FINANCIAL INSTRUMENTS

Generally accepted accounting principles establish a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are described below:

Level 1 - Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that are accessible at the measurement date.

-21-

REPLY APP 00331

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

**Level 2** - Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

**Level 3** - Inputs to the valuation methodology are unobservable and significant to the fair value measurement. The Company has no Level 3 investments at December 31, 2012 and 2011.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques need to maximize the use of observable inputs and minimize the use of unobservable inputs. There were no transfers between Levels for the years ended December 31, 2012 and 2011.

The following is a description of the valuation methodologies used for assets measured at fair value:

**Cash and Cash Equivalents** - The carrying amount approximates fair value due to the short maturity of these instruments.

**Corporate and Municipal Bonds** - Corporate and municipal bonds are valued based on yields currently available on comparable securities of issuers with similar durations and credit ratings.

**U.S. Treasury securities** - U.S. Treasury securities are valued at the closing price reported in the active market in which the individual securities are traded.

**Mutual Funds** - Mutual funds are valued at the quoted net asset value of shares held by the Company at year end.

**Equity securities** - Equity securities are valued at the closing price reported in the active market in which the individual securities are traded.

**Foreign Currency Contracts and Currency Options** - The fair value is the amount at which the contracts could be settled based on models provided by an independent third-party pricing service using observable inputs.

-22-

REPLY APP 00332

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

The carrying amount and estimated fair values of the Company's financial instruments at December 31, 2012 and 2011, are as follows (bracketed amounts represent liabilities):

|  | 2012 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 34,148 | $ 34,148 |
| Short-term investments | 11,166 | 11,166 |
| Long-term investments | 17,835 | 17,835 |
| Foreign currency contracts and currency options | 989 | 989 |
| Foreign currency contracts and currency options | (349) | (349) |

|  | 2011 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 31,758 | $ 31,758 |
| Short-term investments | 10,523 | 10,523 |
| Long-term investments | 18,059 | 18,059 |
| Foreign currency contracts and currency options | 229 | 229 |
| Foreign currency contracts and currency options | (1,617) | (1,617) |

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2012:

| Description | Fair Value Measurements Using | | | |
|---|---|---|---|---|
|  | December 31, 2012 | Level 1 | Level 2 | Level 3 |
|  | *(in thousands)* | | | |
| Debt securities: | | | | |
| Corporate bonds | $ 5,963 | $ - | $ 5,963 | $ - |
| Municipal securities | 14,411 | - | 14,411 | - |
| U.S. Treasury securities | 2,228 | 2,228 | - | - |
| Mutual funds | 371 | - | 371 | - |
| Equities | 6,028 | 6,028 | - | - |
| Foreign currency contracts and currency options | 640 | - | 640 | - |

-23-

REPLY APP 00333

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 14 - FINANCIAL INSTRUMENTS (Continued)**

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2011:

| Description | Fair Value Measurements Using | | | |
| | December 31, 2011 | Level 1 | Level 2 | Level 3 |
| --- | --- | --- | --- | --- |
| | | *(in thousands)* | | |
| Debt securities: | | | | |
| Corporate bonds | $ 7,194 | $ - | $ 7,194 | $ - |
| Municipal securities | 13,125 | - | 13,125 | - |
| U.S. Treasury securities | 2,071 | 2,071 | - | - |
| Mutual funds | 204 | - | 204 | - |
| Equities | 5,988 | 5,988 | - | - |
| Foreign currency contracts and currency options | (1,388) | - | (1,388) | - |

## NOTE 15 - RISKS AND UNCERTAINTIES

The Company transacts a significant volume of business with a particular insurance provider. The concentration leaves the Company vulnerable to risk of an impact on future sales of insurance in the near term should an event cause such provider to no longer provide insurance to the Company. The Company believes that it would be able to replace the insurance provider if this were to happen, as was evidenced by the relationship with a new insurance carrier.

## NOTE 16 - CONTINGENCIES

The Company is listed as a defendant in a number of claims relating to matters arising in the ordinary course of their business. These claims are covered by the Company's professional liability insurance and are not subject to a deductible. Management is of the opinion that the outcome of the claims will not exceed their coverage or have a material adverse impact on the consolidated financial statements.

-24-

REPLY APP 00334

# AIFS, INC.

## CONSOLIDATED FINANCIAL STATEMENTS

### DECEMBER 31, 2013 AND 2012

REPLY APP 00335

**AIFS, INC.**

**CONTENTS**

| | |
|---|---|
| Independent Auditors' Report | 1-2 |
| Consolidated Balance Sheets - December 31, 2013 and 2012 | 3 |
| Consolidated Statements of Comprehensive Income for the Years Ended December 31, 2013 and 2012 | 4 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2013 and 2012 | 5 |
| Consolidated Statements of Stockholders' Equity for the Years Ended December 31, 2013 and 2012 | 6 |
| Notes to Consolidated Financial Statements | 7-22 |

REPLY APP 00336

29 South Main Street          Tel  860.561.4000
P.O. Box 272000               Fax 860.521.9241
West Hartford, CT 06127-2000  blumshapiro.com

# BlumShapiro

Accounting | Tax | Business Consulting

## Independent Auditors' Report

To the Board of Directors and Stockholders
AIFS, Inc.

We have audited the accompanying consolidated financial statements of AIFS, Inc., which comprise the consolidated balance sheets as of December 31, 2013 and 2012, and the related consolidated statements of comprehensive income, cash flows and stockholders' equity for the years then ended, and the related notes to the consolidated financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditors consider internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

-1-

REPLY APP 00337

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of AIFS, Inc., as of December 31, 2013 and 2012, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Blum, Shapiro & Company, P.C.*

West Hartford, Connecticut
April 8, 2014

-2-

Case No. 1:14-cv-03074-CMA-KMT   Document 961-12   filed 04/27/18   USDC Colorado   pg 104
Case 1:14-cv-03074-CMA-KMT   Document 96-1   Filed 04/13/16   USDC Colorado   Page 145 of 243
145 of 243

AIFS, INC.
CONSOLIDATED BALANCE SHEETS
DECEMBER 31, 2013 AND 2012
(In Thousands)

## ASSETS

| | 2013 | 2012 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 42,278 | $ 34,148 |
| Short-term investments | 16,177 | 11,166 |
| Accounts receivable, net | 22,779 | 23,254 |
| Prepaid expenses | 3,331 | 2,890 |
| Prepaid income taxes | - | 629 |
| Deferred income taxes | 864 | 1,783 |
| Deferred program costs | 7,940 | 6,930 |
| Other current assets | 2,828 | 435 |
| Total current assets | 96,197 | 81,235 |
| **Property and Equipment** | | |
| Less accumulated depreciation and amortization | 46,496 | 46,824 |
| | 24,099 | 28,420 |
| Net property and equipment | 22,397 | 18,404 |
| **Other Assets** | | |
| Long-term investments | 17,359 | 17,835 |
| Goodwill | 2,396 | 2,344 |
| Deferred income taxes | 1,595 | 575 |
| Other assets | 934 | 493 |
| Total other assets | 22,284 | 21,247 |
| **Total Assets** | $ 140,878 | $ 120,886 |

## LIABILITIES AND STOCKHOLDERS' EQUITY

| | 2013 | 2012 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 6,897 | $ 6,378 |
| Accrued liabilities | 11,532 | 9,086 |
| Deferred revenue | 64,145 | 55,558 |
| Income taxes payable | 826 | 45 |
| Total current liabilities | 83,400 | 71,067 |
| **Long-Term Liabilities** | | |
| Deferred income taxes | 3,552 | 2,415 |
| Other liabilities | 8 | 9 |
| Stock appreciation rights | 777 | 604 |
| Total long-term liabilities | 4,337 | 3,028 |
| Total liabilities | 87,737 | 74,095 |
| **Stockholders' Equity** | | |
| Common stock ($.10 par value), 1,000 shares authorized, 784,687 shares issued and outstanding | - | - |
| Paid-in capital | 461 | 461 |
| Retained earnings | 52,181 | 47,667 |
| Accumulated other comprehensive income (loss) | 499 | (1,337) |
| Total stockholders' equity | 53,141 | 46,791 |
| **Total Liabilities and Stockholders' Equity** | $ 140,878 | $ 120,886 |

The accompanying notes are an integral part of the consolidated financial statements

-3-

REPLY APP 00339

## AIFS, INC.
## CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME
### FOR THE YEARS ENDED DECEMBER 31, 2013 AND 2012
(In Thousands)

|  | 2013 | 2012 |
|---|---|---|
| **Program Revenues** | $ 168,357 | $ 159,601 |
| **Program Direct Costs** | 106,667 | 103,175 |
| **Gross Profit** | 61,690 | 56,426 |
| **General and Administrative Expenses** | 53,357 | 50,325 |
| **Income from Operations** | 8,333 | 6,101 |
| **Other Income (Expense)** |  |  |
| Interest expense | (24) | (22) |
| Investment income | 1,946 | 1,613 |
| Other expense | (2,432) | (1,540) |
| Net other income (expense) | (510) | 51 |
| **Income Tax Expense** | 3,309 | 2,021 |
| **Net Income** | 4,514 | 4,131 |
| **Other Comprehensive Income,** Net of Tax |  |  |
| Foreign currency translation adjustments | 139 | (347) |
| Unrealized gains on hedging activities | 1,576 | 1,265 |
| Unrealized gains (losses) on investments available for sale | 121 | (193) |
| Other comprehensive income, net of tax | 1,836 | 725 |
| **Comprehensive Income** | $ 6,350 | $ 4,856 |

The accompanying notes are an integral part of the consolidated financial statements

-4-

REPLY APP 00340

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2013 AND 2012**
(In Thousands)

|  | 2013 | 2012 |
|---|---|---|
| **Cash Flows from Operating Activities** |  |  |
| Net income | $ 4,514 | $ 4,131 |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |
| Loss on disposal of assets | 468 | - |
| Realized (gain) loss on investments | (1,209) | 995 |
| Deferred income tax expense (benefit) | 1,034 | (72) |
| Provision for earnings appreciation rights | 165 | 87 |
| Depreciation and amortization | 2,835 | 3,148 |
| Bad debt expense | 106 | - |
| (Increase) decrease in operating assets: |  |  |
| Accounts receivable | 369 | 834 |
| Prepaid expenses and income taxes | 188 | 451 |
| Deferred program costs | (1,010) | 540 |
| Other assets | (1,306) | 284 |
| Increase (decrease) in operating liabilities: |  |  |
| Accounts payable, accrued liabilities and income taxes payable | 3,746 | 78 |
| Deferred revenue | 8,587 | (4,123) |
| Other liabilities | (1) | (1,167) |
| Net cash provided by operating activities | 18,486 | 5,186 |
| **Cash Flows from Investing Activities** |  |  |
| Purchase of investments | (61,046) | (43,842) |
| Maturities of investments | 5,675 | 4,082 |
| Sales of investments | 52,166 | 38,708 |
| Capital expenditures | (7,112) | (1,813) |
| Net cash used in investing activities | (10,317) | (2,865) |
| **Cash Flows from Financing Activities** |  |  |
| Proceeds from issuance of earnings appreciation rights | 143 | 112 |
| Redemption of earnings appreciation rights | (182) | (43) |
| Net cash provided by (used in) financing activities | (39) | 69 |
| **Net Increase in Cash and Cash Equivalents** | 8,130 | 2,390 |
| **Cash and Cash Equivalents** - Beginning of Year | 34,148 | 31,758 |
| **Cash and Cash Equivalents** - End of Year | $ 42,278 | $ 34,148 |
| **Cash Paid During the Year for** |  |  |
| Interest | $ 24 | $ 21 |
| Taxes | 2,179 | 1,878 |

The accompanying notes are an integral part of the consolidated financial statements

-5-

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**FOR THE YEARS ENDED DECEMBER 31, 2013 AND 2012**
(In Thousands, Except Shares)

| | Common Stock | | Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| **Balance - January 1, 2012** | 785 | $ - | $ 461 | $ 43,536 | $ (2,062) | $ 41,935 |
| Net Income | - | - | - | 4,131 | - | 4,131 |
| Other Comprehensive Income, Net of Tax | - | - | - | - | 725 | 725 |
| **Balance - December 31, 2012** | 785 | - | 461 | 47,667 | (1,337) | 46,791 |
| Net Income | - | - | - | 4,514 | - | 4,514 |
| Other Comprehensive Income, Net of Tax | - | - | - | - | 1,836 | 1,836 |
| **Balance - December 31, 2013** | 785 | $ - | $ 461 | $ 52,181 | $ 499 | $ 53,141 |

The accompanying notes are an integral part of the consolidated financial statements

-6-

REPLY APP 00342

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 1 - DESCRIPTION OF BUSINESS

AIFS, Inc. (the Company) and its family of companies organize educational and cultural exchange programs throughout the world and arrange insurance coverage for its own participants as well as participants of other organizations involved in international education and cultural exchange. Collectively, the Company operates the following wholly owned subsidiaries: American Institute For Foreign Study, Inc.; American Institute For Foreign Study, (U.K.) Ltd.; American Council For International Studies, Inc. (High School); Cultural Insurance Services International, Inc. (CISI); American Institute For Foreign Study - Deutschland, GmbH; CAMPS International GmbH; American Institute For Foreign Study - Australia; and CareMed GmbH. Since the Company's founding in 1964, more than 1,500,000 people have participated in its programs.

Revenues in foreign countries totaled 25% and 23% of total revenue in 2013 and 2012, respectively.

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation** - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries, as disclosed above. Intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates** - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in financial statements and accompanying notes. Actual results could differ from those estimates. Significant estimates include the calculation of deferred and accrued income taxes, review of goodwill for impairment, and the useful lives of property and equipment.

**Program Revenue and Direct Cost Recognition** - The Company develops, markets and operates educational and cultural exchange programs worldwide and generally requires deposits and final payments by participants in advance of the time the programs take place. Revenues are not recognized from the sale of programs until the services are provided to the participants. Deferred revenue is recognized at the time the program fees are received for High School programs and as billed for all other programs, except the sale of insurance as explained below. Program sales are recognized ratably over the program period.

Commission revenue from the sale of insurance policies as a broker is recorded at the time of the sale.

The Company incurs direct program costs and selling expenses related to programs prior to their occurrence. These costs are also deferred and recognized ratably over the program period.

-7-

REPLY APP 00343

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Cash and Cash Equivalents** - Cash equivalents include highly liquid investments whose maturities do not exceed 90 days from the date of purchase and are readily convertible to known amounts of cash. The Company's deposits in financial institutions may occasionally exceed federal depository insurance limits. However, the Company has not experienced any losses in this area, and management attempts to mitigate this risk by actively managing its cash and fixed income investment portfolio and utilizing federal insurance guarantees where available. Management will continue to monitor the creditworthiness of financial institutions holding significant deposits and make adjustments if deemed necessary.

**Investments** - The Company maintains a significant investment portfolio in order to take advantage of potential acquisition opportunities and as a reserve against negative international incidents. All of the Company's investments are classified as available-for-sale. At December 31, 2013, the following were classified as current: debt securities with a contractual maturity of one year or less, mutual funds and equity securities, long-term: debt securities with contractual maturity of over one year. Available-for-sale securities are carried at fair value, with the unrealized gains and losses, net of income taxes, shown as a separate component of accumulated other comprehensive income (loss). Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Realized gains and losses and declines in value judged to be other-than-temporary are included in investment income. The cost of securities sold is based on the specific identification method. Interest and dividends on investments are included in investment income.

Investment securities are exposed to various risks, such as interest rate, market and credit risks. Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could occur in the near term and that such changes could materially affect the investment balances and activity reflected in the consolidated financial statements.

**Accounts Receivable** - The Company estimates its allowance for doubtful accounts based upon historical experience. The allowance for doubtful accounts was $358,000 and $323,000 at December 31, 2013 and 2012, respectively.

Delinquent accounts are written off based on management's assessment of their collectibility.

**Property and Equipment** - Property and equipment are carried at cost. Depreciation of property and equipment is computed on a straight-line basis over the following estimated useful lives:

| | |
|---|---|
| Buildings | 15-35 years |
| Furniture and fixtures | 3-7 years |
| Leasehold improvements | Lesser of lease term or 10-20 years |
| Computer hardware, software and other | 3-10 years |

-8-

REPLY APP 00344

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Goodwill** - Goodwill is assigned to specific reporting units and is reviewed for impairment at least annually or more frequently when events or circumstances indicate that a reporting unit's carrying amount exceeds its fair value. During 2013 and 2012, the Company determined that the fair values for all of its reporting units exceeded their carrying values. Therefore, no impairment loss on goodwill was recognized as of December 31, 2013 and 2012.

**Insurance Services** - Through CISI and CareMed GMBH, the Company sells medical, liability and personal effects insurance through a brokerage agreement with insurance companies that are rated A or better by AM Best. In addition, CISI is a licensed third-party administrator for the claims related to these policies. The Company earns revenue on a commission basis, whereby the Company receives commissions on all premiums written. The insurance carrier assumes all liability for any claims. A fee for third-party administration services is also received by the Company.

**Foreign Currency** - The functional currencies for each of the reporting units are as follows:

| Reporting Unit | Functional Currency |
|---|---|
| American Institute For Foreign Study, (U.K.) Ltd. and related companies | Sterling |
| AIFS Deutschland | Euro |
| CAMPS International | Euro |
| CareMed GmbH | Euro |
| AIFS Australia | Australian dollar |

The balance sheets for these entities are translated at current year-end exchange rates and the comprehensive income statements at average exchange rates for the fiscal year, with the resulting translation adjustments included in accumulated other comprehensive income (loss).

The Company enters into foreign currency contracts to hedge commitments for program services to be provided in foreign currencies at later dates. Gains or losses on these contracts offset higher or lower direct costs caused by exchange rate fluctuations after program prices are established (see Note 12).

**Advertising** - The Company expenses production costs of advertising as incurred except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits, not to exceed 24 months.

Direct-response advertising consists primarily of the costs to produce and distribute program catalogs and related materials. Catalogs include enrollment forms for the Company's programs. The capitalized costs are amortized over the period in which each program operates.

-9-

REPLY APP 00345

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

Advertising costs totaling $2.3 million and $2 million at December 31, 2013 and 2012, respectively, were included in deferred program costs in the consolidated balance sheets. Advertising expense for the years ended December 31, 2013 and 2012, was $7.7 million and $7.2 million, respectively.

**Retirement Plans** - Substantially all of the Company's employees are covered under retirement plans. Company contributions for U.S. employees represent a matching contribution of 50% of a participant's elective deferral up to 6% of annual compensation and a discretionary contribution. Company contributions to a noncontributory Money Purchase Pension Scheme for U.K. employees are in an amount equal to 10% for management and 5% for all other employees of the employee's base annual compensation. Company contributions to all plans were $1.2 million and $1.1 million for the years ended December 31, 2013 and 2012, respectively.

**Income Taxes** - Deferred tax assets and liabilities are determined based on the difference between the financial statement and the tax basis of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse.

**Subsequent Events** - In preparing these consolidated financial statements, management has evaluated subsequent events through April 8, 2014, which represents the date the consolidated financial statements were available to be issued.

**NOTE 3 - INVESTMENTS**

The following is a summary of available-for-sale securities at December 31, 2013 and 2012:

|  | 2013 | | | |
|---|---|---|---|---|
|  | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
|  | *(in thousands)* | | | |
| Corporate bonds | $ 5,654 | $ 112 | $ (22) | $ 5,744 |
| Municipal securities | 13,442 | 101 | (18) | 13,525 |
| U.S. Treasury securities | 875 | 3 | (1) | 877 |
| Total debt securities | 19,971 | 216 | (41) | 20,146 |
| Equity securities | 12,797 | 383 | (310) | 12,870 |
| Mutual funds | 520 | - | - | 520 |
| Total Investments | $ 33,288 | $ 599 | $ (351) | $ 33,536 |

REPLY APP 00346

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS (Continued)

| | 2012 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | | *(in thousands)* | | |
| Corporate bonds | $ 5,852 | $ 117 | $ (6) | $ 5,963 |
| Municipal securities | 14,197 | 330 | (116) | 14,411 |
| U.S. Treasury securities | 2,212 | 16 | - | 2,228 |
| Total debt securities | 22,261 | 463 | (122) | 22,602 |
| Equity securities | 6,340 | 10 | (322) | 6,028 |
| Mutual funds | 371 | - | - | 371 |
| Total Investments | $ 28,972 | $ 473 | $ (444) | $ 29,001 |

Included in the estimated fair value are securities with the following unrealized loss positions at December 31, 2013 and 2012:

| | 2013 | | 2012 | |
|---|---|---|---|---|
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
| | | *(in thousands)* | | |
| Less than one year | $ 8,402 | $ 127 | $ 6,950 | $ 298 |
| More than one year | 3,687 | 224 | 5,556 | 146 |

There were $52.2 million and $38.7 million of sales of available-for-sale securities in 2013 and 2012, respectively. These sales resulted in gross realized gains of $1,209,000 and losses of $995,000 in 2013 and 2012, respectively.

The amortized cost and estimated fair value of available-for-sale debt securities, by contractual maturity, as of December 31, 2013, are shown below. Expected maturities may differ from contractual maturities because the issuers of the securities may have the right to prepay obligations without prepayment penalties.

| | Amortized Cost | Estimated Fair Value |
|---|---|---|
| | | *(in thousands)* |
| Due in one year or less | $ 2,793 | $ 2,787 |
| Due after one year through five years | 17,178 | 17,359 |
| Due after five years through ten years | - | - |
| | $ 19,971 | $ 20,146 |

-11-

REPLY APP 00347

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 4 - PROPERTY AND EQUIPMENT**

Property and equipment, at cost, is comprised of the following at December 31, 2013 and 2012:

|  | 2013 | 2012 |
|---|---|---|
|  | *(in thousands)* | |
| Land | $ 7,580 | $ 7,580 |
| Buildings | 16,331 | 16,331 |
| Furniture and fixtures | 2,652 | 1,486 |
| Leasehold improvements | 4,247 | 3,028 |
| Computer hardware, software and other | 15,686 | 18,399 |
|  | $ 46,496 | $ 46,824 |

Depreciation expense was $2.8 million and $3.1 million for 2013 and 2012, respectively.

**NOTE 5 - GOODWILL**

The changes in the carrying amount of goodwill for the years ended December 31, 2013 and 2012, are as follows:

|  | *(in thousands)* |
|---|---|
| Balance as of January 1, 2012 | $ 2,323 |
| Changes in currency translation | 21 |
| Balance as of December 31, 2012 | 2,344 |
| Changes in currency translation | 52 |
| Balance as of December 31, 2013 | $ 2,396 |

**NOTE 6 - LINE OF CREDIT**

The Company has a $10 million revolving credit agreement, as amended, which currently expires on August 26, 2016. There is an annual commitment fee of .25%, payable quarterly, on the average unused portion. Under this agreement, the Company has the ability to borrow in U.S. dollars at an interest rate based on LIBOR or the Prime Rate. For LIBOR Rate Advances, the rate will be determined by Reuters (as defined in the agreement) for the selected interest period plus .5% per annum. For Prime Rate Advances, the rate is a variable rate, based on the Prime Rate as announced by the bank. Under this agreement, no borrowings were made during 2013 or 2012 and there were no outstanding borrowings under this agreement at December 31, 2013 and 2012. Under this agreement, the Company has the ability to obtain irrevocable letters of credit. The Company had outstanding letters of credit totaling $2 million as of December 31, 2013 and 2012.

-12-

REPLY APP 00348

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 7 - INCOME TAXES**

The provision for (benefit from) income taxes for the years ended December 31, 2013 and 2012, consists of the following:

|  | 2013 | 2012 |
|---|---|---|
|  | *(in thousands)* | |
| Current: | | |
| Federal | $ 1,942 | $ 1,757 |
| State | 823 | 296 |
| Foreign | 756 | 537 |
|  | 3,521 | 2,590 |
| Deferred: | | |
| Federal | 371 | (482) |
| State | (583) | (87) |
|  | (212) | (569) |
|  | $ 3,309 | $ 2,021 |

The components of deferred taxes as of December 31, 2013 and 2012, consisted of the following:

|  | 2013 | 2012 |
|---|---|---|
|  | *(in thousands)* | |
| Deferred tax assets: | | |
| Federal | $ 1,541 | $ 1,940 |
| State | 918 | 348 |
| Foreign | - | 70 |
|  | $ 2,459 | $ 2,358 |
| Deferred tax liabilities: | | |
| Federal | $ 3,009 | $ 2,048 |
| State | 543 | 367 |
|  | $ 3,552 | $ 2,415 |

The difference between the actual tax provision and the amounts obtained by applying the statutory U.S. Federal income tax rate of 34% against income before income taxes is primarily attributable to certain items that are not deductible and state income taxes.

The significant temporary differences that give rise to deferred tax assets relate to the allowance for doubtful accounts, charitable contributions, accruals for forward foreign currency contracts and purchases, state net operating loss carry forwards, currency call options, earnings appreciation rights reserve and losses on investments. The deferred tax liabilities relate primarily to the differences between the tax bases and financial reporting bases of property and equipment.

The income tax returns of the Company for the years ended December 31, 2010 through 2013 are subject to examination by the Internal Revenue Service and other taxing authorities.

-13-

REPLY APP 00349

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 8 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)

Components of the change in accumulated other comprehensive income (loss) for the years ended December 31, 2013 and 2012, are as follows:

| | 2013 | | |
|---|---|---|---|
| | Pre-Tax Amount | Tax | After-Tax Amount |
| | | *(in thousands)* | |
| Foreign currency translation adjustments | $ 232 | $ (93) | $ 139 |
| Unrealized gains on investments available for sale | 201 | (80) | 121 |
| Unrealized gains on hedging activities | 2,631 | (1,055) | 1,576 |
| Total Other Comprehensive Income | $ 3,064 | $ (1,228) | $ 1,836 |

| | 2012 | | |
|---|---|---|---|
| | Pre-Tax Amount | Tax | After-Tax Amount |
| | | *(in thousands)* | |
| Foreign currency translation adjustments | $ (580) | $ 233 | $ (347) |
| Unrealized losses on investments available for sale | (322) | 129 | (193) |
| Unrealized gains on hedging activities | 2,112 | (847) | 1,265 |
| Total Other Comprehensive Income | $ 1,210 | $ (485) | $ 725 |

Components of accumulated other comprehensive income (loss), net of income taxes, are as follows:

| | Foreign Currency Translation Adjustments | Unrealized Net Gain (Loss) on Investments | Unrealized Net Gain (Loss) on Hedging | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|
| | | *(in thousands)* | | |
| Balance - January 1, 2012 | $ (1,336) | $ 183 | $ (909) | $ (2,062) |
| Other comprehensive income (loss) - 2012 | (347) | (193) | 1,265 | 725 |
| Balance - December 31, 2012 | (1,683) | (10) | 356 | (1,337) |
| Other comprehensive income - 2013 | 139 | 121 | 1,576 | 1,836 |
| Balance - December 31, 2013 | $ (1,544) | $ 111 | $ 1,932 | $ 499 |

Unrealized gains (losses) on securities are net of reclassification adjustments of ($.7) million and $.6 million, net of tax, for net realized gains (losses) on sales of securities included in net income in 2013 and 2012, respectively. The effective portion of cash flow hedges is net of reclassification adjustments of $.2 million, net of tax, for realized losses on foreign currency options.

-14-

REPLY APP 00350

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 8 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS) (Continued)

Generally, the assets and liabilities of foreign operations are translated into U.S. dollars using the current exchange rate. For those operations, changes in exchange rates generally do not affect cash flows; therefore, resulting translation adjustments are made in stockholders' equity rather than in income.

### NOTE 9 - LEASES

The Company leases office space and equipment from third parties, many of which contain renewal options. The leases related to office space are subject to escalation clauses. Rent expense was $3.9 million and $4 million for the years ended December 31, 2013 and 2012, respectively.

Future minimum payments under operating leases with initial or remaining lease terms in excess of one year are as follows:

| Year Ending December 31 | | *(in thousands)* |
|---|---|---|
| 2014 | $ | 2,381 |
| 2015 | | 2,644 |
| 2016 | | 2,548 |
| 2017 | | 2,460 |
| 2018 | | 2,460 |
| Thereafter | | 35,870 |

Included in the above is a lease that runs through 2070 for a building in London that calls for annual rental payments of $.4 million. The Company sublets space for classroom and office use with varying lease terms through 2018. Total rental income expected to be earned from the sublease agreements will approximate $2.4 million through 2018.

### NOTE 10 - EARNINGS APPRECIATION PLANS

In October 1999, the Company established the AIFS, Inc. Earnings Appreciation Plan (Plan 1) for the purposes of providing deferred compensation for a select group of management employees (the Eligible Employees). The aggregate number of appreciation rights (Rights) that may be issued under Plan 1 is limited to 100,000.

Under Plan 1, the Eligible Employees may elect to defer an amount not to exceed 25% of their year-end incentive bonus to be invested in the Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. Eligible employees may redeem their Rights at the greater of the Put Price at the time of redemption or original issue price. As of December 31, 2013 and 2012, the Put Price was $58.74 and $44.68, respectively.

-15-

REPLY APP 00351

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 10 - EARNINGS APPRECIATION PLANS (Continued)**

For the year ended December 31, 2013, three Eligible Employees deferred approximately $72,000 of compensation to subscribe to 1,370 Rights. During 2013, 1,010 Rights were redeemed under Plan 1 for approximately $60,000.

For the year ended December 31, 2012, four Eligible Employees deferred approximately $56,000 of compensation to subscribe to 1,390 Rights. During 2012, no Rights were redeemed.

At December 31, 2013, 37,030 Rights remain available for issuance.

Outstanding Rights at December 31, 2013 and 2012, are 3,680 and 3,330, respectively.

In May 2005, the Company established the AIFS, Inc. 2005 Earnings Appreciation Plan (Plan 2) for the purpose of providing deferred compensation as in Plan 1, but to also comply with new tax regulations introduced in the American Jobs Creation Act of 2004 related to SAR plans. Plan 2 has been created to preserve the tax benefit for U.S. participants and U.S. citizens who are taxed on their worldwide income. Plan 1 has been kept in force for all non-U.S. participants. The aggregate number of Rights that may be issued under Plan 2 is limited to 100,000. Under Plan 2, the Eligible Employee may elect an amount not to exceed 25% of their year-end incentive bonus to be invested in Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. The Eligible Employee must assign the Rights purchased to holding periods of one, two, three or five years. Eligible Employees may redeem their Rights after a notice period of one year. Rights held for two years or less may be redeemed at the greater of the Put Price at the time of redemption or the original issue price. Rights with holding periods of greater than two years may be redeemed at a price that is a multiple of average pre-tax earnings as adjusted for the two highest fiscal years in terms of earnings within the respective holding period or, if greater, the original issue price. Holding periods can be extended for a minimum of five years not to exceed ten years. Notice must be received by the Company of the intent to extend one year prior to the expiration of the original holding period.

For Plan 2, during 2013, five Eligible Employees deferred approximately $144,000 of compensation to subscribe as of March 2014 to 2,723 Rights at an issue price of $52.87 per Right. During 2013, 2,660 Rights were redeemed under Plan 2 for approximately $135,000.

For Plan 2, during 2012, two Eligible Employees deferred approximately $57,000 of compensation to subscribe as of March 2013 to 1,410 Rights at an issue price of $40.21 per Right. During 2012, 916 Rights were redeemed under Plan 2 for approximately $43,000.

At December 31, 2013, 70,340 Rights remain available for issuance.

Outstanding Rights under Plan 2 at December 31, 2013 and 2012, are 9,670 and 9,607, respectively.

-16-

REPLY APP 00352

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 10 - EARNINGS APPRECIATION PLANS (Continued)

The carrying amount of the liability associated with Rights outstanding under Plans 1 and 2 together was $777,000 and $604,000 as of December 31, 2013 and 2012, respectively, and is included as long-term liabilities in the consolidated balance sheets. This liability is calculated based on the intrinsic value of the rights outstanding. During the years ended December 31, 2013 and 2012, provisions of $165,000 and $87,000, respectively, representing the change in value of outstanding rights, have been reflected in other expense. The fair value of the rights is not reasonably estimable due to uncertainty with respect to exercise dates and the valuation of the rights on those future dates.

### NOTE 11 - RELATED PARTY TRANSACTIONS

**Foundation** - Certain officers and directors of the Company are also officers and/or trustees of the American Institute For Foreign Study Foundation (the Foundation), a tax-exempt corporation under the Internal Revenue Code (the Code).

The Company provides the Academic Year in America (AYA) program of the Foundation with office space, human resources management, marketing, information technology support and accounting services as well as a limited financial guarantee up to $500,000. The agreement also calls for payments to the Company equal to 15% of AYA revenues, which increased to 18% in 2013. The guarantee and agreement will expire on December 31, 2014 and is renewed annually. Fees earned by the Company under this agreement amounted to $825,000 and $637,000 in 2013 and 2012, respectively. Included in accounts receivable is $188,000 and $(25,000), which is due (to) from the Foundation at December 31, 2013 and 2012, respectively.

**National Society for the Gifted and Talented** - Certain officers and directors of the Company are also officers and/or trustees of the National Society for the Gifted and Talented (NSGT), a tax-exempt corporation under the Code.

On September 1, 2009, the Company received a promissory note for $1.2 million from NSGT. The promissory note shall be paid within five years following the closing date, but only if and to the extent NSGT has any profits in excess of $.1 million for the year. If at the end of the repayment period there is an outstanding balance, NSGT will have no obligation to pay the outstanding amounts of the promissory note plus any accrued interest. The promissory note shall bear interest at an annual rate equal to 2.87% from the closing date through but excluding the date on which the full promissory note is paid. The Company has reserved $.8 million at December 31, 2013 as the Company believes the promissory note will not be collectible based on NSGT financial projections.

If NSGT sells the assets to any unrelated third party during the repayment period, NSGT shall pay to the Company, immediately after such sale has been consummated, an amount equal to the lesser of (i) the proceeds received by NSGT from such sale or (ii) the outstanding amount of the promissory note plus any interest accrued thereon.

-17-

REPLY APP 00353

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**NOTE 11 - RELATED PARTY TRANSACTIONS (Continued)**

The Company provides NSGT with office space, human resource management services, marketing plans and development of advertising and promotional materials, technical, administrative and accounting services as well as being a guarantor on a $1,000,000 credit facility of NSGT. This guarantee will expire on August 24, 2016. NSGT had $600,000 and $250,000 in borrowings under this credit facility as of December 31, 2013 and 2012, respectively. The agreement also calls for payments to the Company equal to 10% of NSGT revenues through August 31, 2012 and 12% thereafter. Fees earned by the Company under this agreement amounted to $1,010,000 and $959,000 in 2013 and 2012, respectively. Included in accounts receivable is $926,000 and $860,000, which is due from NSGT at December 31, 2013 and 2012, respectively.

**Richmond** - Two directors of the Company are also Trustees of The American International University in London (Richmond).

Under an agreement entered into in July 2011, the Company provides Richmond with certain real estate and office space. For 2013, Richmond paid the Company a rental fee of £1,812,000 ($2,857,000) for this space. The rental fee has an initial period of three years with an annual increase at each anniversary in line with the UK Retail Price Index. Also, Richmond is to provide the Company with study abroad programs in London, Florence and Rome for which it will invoice the Company a fixed annual total fee that will be agreed upon by July 1st of each year. Fees and expense reimbursements paid by Richmond to the Company under the New Agreement amounted to $7.6 million and $7.4 million during December 31, 2013 and 2012, respectively. The Company paid fees to Richmond and paid expenses on behalf of Richmond totaling $7.7 million and $8.7 million during 2013 and 2012, respectively.

In addition, in conjunction with its agreement with Richmond, the Company provides a limited financial guarantee up to £500,000 ($825,000 at December 31, 2013) in any given year if Richmond is unable to meet its financial obligations. Richmond has a five-year $2.5 million revolving credit agreement with a financial institution expiring on August 24, 2016. There was no balance outstanding on the line of credit as of December 31, 2013. The Company is a guarantor of this agreement.

Included in accounts receivable is $162,000 and $815,000 at December 31, 2013 and 2012, respectively, which represent the net amount due from Richmond as Richmond and the Company settle amounts due to/from each other on a net basis. The Company donated $290,000 and $654,000 to Richmond in 2013 and 2012, respectively.

**NOTE 12 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES**

The Company enters into forward foreign currency contracts and purchases currency call options to hedge its future foreign currency cost commitments up to two years in advance. The Company's revenues from its programs are received in U.S. dollars, and the prices at which the programs are offered are based on these foreign currency hedges. The purpose of the Company's foreign currency hedging activities is to protect the Company from the risk that the eventual foreign currency program costs will be adversely affected by changes in exchange rates. Gains and losses on foreign currency hedges are recognized in operations as part of direct program costs at the time services are rendered.

-18-

REPLY APP 00354

## AIFS, INC.
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

At December 31, 2013 and 2012, the Company had forward foreign currency contracts and purchased currency call options, substantially all having maturities of less than two years, with notional amounts of $48.8 million and $48 million, respectively. All contracts have been entered into with major financial institutions. The risk associated with these transactions is the cost of replacing these instruments, at current market rates, in the event of default of the counterparties. Management believes the risk of incurring such losses is remote.

Accounting standards require the Company to recognize all derivatives in the consolidated balance sheets at fair value. The Company's foreign exchange contracts and options are accounted for as cash flow hedges. The effectiveness of each cash flow hedge is measured by future cash flow requirements based on underlying participant volume. To the extent these contracts and options are effective in offsetting the variability of the hedged cash flows, changes in their fair values are recorded in accumulated other comprehensive income (loss) and reclassified into earnings/losses in future periods when the related hedged transaction occurs.

The balance in accumulated other comprehensive income representing the fair value of designated contracts and options, net of tax, at December 31, 2013 and 2012, is a gain of $2 million and a gain of $.4 million, respectively. As a result of effective contracts maturing in 2014, an estimated $1.6 million, net of tax, of the amount recorded in accumulated other comprehensive gains will be reclassified as gains during the next 12 months.

Fair values of derivative instruments at December 31, 2013 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
|---|---|---|---|---|
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 2,726,000 | Other current liabilities | $ - |
| Foreign exchange contracts | Other long-term assets | 652,000 | Other long-term liabilities | - |
| Total | | $ 3,378,000 | | $ - |

Fair values of derivative instruments at December 31, 2012 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
|---|---|---|---|---|
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 322,000 | Other current liabilities | $ - |
| Foreign exchange contracts | Other long-term assets | 318,000 | Other long-term liabilities | - |
| Total | | $ 640,000 | | $ - |

-19-

REPLY APP 00355

**AIFS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## NOTE 12 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

The effect of derivative instruments on the consolidated statement of comprehensive income for the year ended December 31, 2013 is as follows:

| | Amount of Gain (Loss) Recognized in AOCL on Derivative (Effective Portion) *(in thousands)* | Location of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) | Amount of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) *(in thousands)* | Location of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) | Amount of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) *(in thousands)* |
|---|---|---|---|---|---|
| Foreign currency contracts | $ (336) | Selling, general and administrative | $ (413) | Selling, general and administrative | $ - |

## NOTE 13 - FINANCIAL INSTRUMENTS

Generally accepted accounting principles establish a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are described below:

Level 1 - Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that are accessible at the measurement date.

Level 2 - Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3 - Inputs to the valuation methodology are unobservable and significant to the fair value measurement. The Company has no Level 3 investments at December 31, 2013 and 2012.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques need to maximize the use of observable inputs and minimize the use of unobservable inputs. There were no transfers between levels for the years ended December 31, 2013 and 2012.

-20-

REPLY APP 00356

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - FINANCIAL INSTRUMENTS (Continued)

The following is a description of the valuation methodologies used for assets measured at fair value:

**Cash and Cash Equivalents** - The carrying amount approximates fair value due to the short maturity of these instruments.

**Corporate and Municipal Bonds** - Corporate and municipal bonds are valued based on yields currently available on comparable securities of issuers with similar durations and credit ratings.

**U.S. Treasury securities** - U.S. Treasury securities are valued at the closing price reported in the active market in which the individual securities are traded.

**Mutual Funds** - Mutual funds are valued at the quoted net asset value of shares held by the Company at year end.

**Equity Securities** - Equity securities are valued at the closing price reported in the active market in which the individual securities are traded.

**Foreign Currency Contracts and Currency Options** - The fair value is the amount at which the contracts could be settled based on models provided by an independent third-party pricing service using observable inputs.

The carrying amount and estimated fair values of the Company's financial instruments at December 31, 2013 and 2012, are as follows (bracketed amounts represent liabilities):

|  | 2013 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 42,278 | $ 42,278 |
| Short-term investments | 16,177 | 16,177 |
| Long-term investments | 17,359 | 17,359 |
| Foreign currency contracts and currency options | 3,416 | 3,416 |
| Foreign currency contracts and currency options | (38) | (38) |

|  | 2012 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 34,148 | $ 34,148 |
| Short-term investments | 11,166 | 11,166 |
| Long-term investments | 17,835 | 17,835 |
| Foreign currency contracts and currency options | 989 | 989 |
| Foreign currency contracts and currency options | (349) | (349) |

-21-

REPLY APP 00357

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - FINANCIAL INSTRUMENTS (Continued)

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2013 and 2012:

| Description | | December 31, 2013 | | Fair Value Measurements Using | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Level 1 | | Level 2 | | Level 3 | |
| | | | | *(in thousands)* | | | | | |
| Debt securities: | | | | | | | | | |
|   Corporate bonds | $ | 5,744 | $ | - | $ | 5,744 | $ | - | |
|   Municipal securities | | 13,525 | | - | | 13,525 | | - | |
|   U.S. Treasury securities | | 877 | | 877 | | - | | - | |
| Equities | | 12,870 | | 12,870 | | - | | - | |
| Mutual funds | | 520 | | - | | 520 | | - | |
| Foreign currency contracts and currency options | | 3,378 | | - | | 3,378 | | - | |

| Description | | December 31, 2012 | | Fair Value Measurements Using | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Level 1 | | Level 2 | | Level 3 | |
| | | | | *(in thousands)* | | | | | |
| Debt securities: | | | | | | | | | |
|   Corporate bonds | $ | 5,963 | $ | - | $ | 5,963 | $ | - | |
|   Municipal securities | | 14,411 | | - | | 14,411 | | - | |
|   U.S. Treasury securities | | 2,228 | | 2,228 | | - | | - | |
| Equities | | 6,028 | | 6,028 | | - | | - | |
| Mutual funds | | 371 | | - | | 371 | | - | |
| Foreign currency contracts and currency options | | 640 | | - | | 640 | | - | |

### NOTE 14 - RISKS AND UNCERTAINTIES

The Company transacts a significant volume of business with a particular insurance provider. The concentration leaves the Company vulnerable to risk of an impact on future sales of insurance in the near term should an event cause such provider to no longer provide insurance to the Company. The Company believes that it would be able to replace the insurance provider if this were to happen, as was evidenced by the relationship with a new insurance carrier.

### NOTE 15 - CONTINGENCIES

The Company is listed as a defendant in a number of claims relating to matters arising in the ordinary course of their business. These claims are covered by the Company's professional liability insurance and are not subject to a deductible. Management is of the opinion that the outcome of the claims will not exceed their coverage or have a material adverse impact on the consolidated financial statements.

-22-

# AIFS, INC.

## CONSOLIDATED FINANCIAL STATEMENTS

### DECEMBER 31, 2014 AND 2013

REPLY APP 00359

# AIFS, INC.

## CONTENTS

Independent Auditors' Report                                                              1-2

Consolidated Balance Sheets - December 31, 2014 and 2013                                    3

Consolidated Statements of Comprehensive Income for the Years Ended
  December 31, 2014 and 2013                                                                4

Consolidated Statements of Cash Flows for the Years Ended
  December 31, 2014 and 2013                                                                5

Consolidated Statements of Stockholders' Equity for the Years Ended
  December 31, 2014 and 2013                                                                6

Notes to Consolidated Financial Statements                                               7-23

REPLY APP 00360



29 South Main Street    Tel 860.561.4000
P.O. Box 272000    Fax 860.521.9241
West Hartford, CT 06127-2000    blumshapiro.com

# Independent Auditors' Report

To the Board of Directors and Stockholders
AIFS, Inc.

We have audited the accompanying consolidated financial statements of AIFS, Inc., which comprise the consolidated balance sheets as of December 31, 2014 and 2013, and the related consolidated statements of comprehensive income, cash flows and stockholders' equity for the years then ended, and the related notes to the consolidated financial statements.

## Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

## Auditors' Responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditors consider internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

Blum, Shapiro & Company, P.C.      An independent member of Baker Tilly International

REPLY APP 00361

**Opinion**

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of AIFS, Inc., as of December 31, 2014 and 2013, and the results of their operations and their cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Blum, Shapiro + Company, P.C.*

West Hartford, Connecticut
May 20, 2015

-2-

REPLY APP 00362

**AIFS, INC.**
**CONSOLIDATED BALANCE SHEETS**
**DECEMBER 31, 2014 AND 2013**
(In Thousands)

**ASSETS**

| | 2014 | 2013 |
|---|---|---|
| **Current Assets** | | |
| Cash and cash equivalents | $ 44,186 | $ 42,278 |
| Short-term investments | 25,993 | 16,177 |
| Accounts receivable, net | 28,788 | 22,779 |
| Prepaid expenses | 3,871 | 3,331 |
| Deferred income taxes | 4,897 | 864 |
| Deferred program costs | 8,081 | 7,940 |
| Other current assets | 110 | 2,828 |
| Total current assets | 115,926 | 96,197 |
| **Property and Equipment** | 48,835 | 46,496 |
| Less accumulated depreciation and amortization | 26,584 | 24,099 |
| Net property and equipment | 22,251 | 22,397 |
| **Other Assets** | | |
| Long-term investments | 18,437 | 17,359 |
| Goodwill | 2,250 | 2,396 |
| Deferred income taxes | 1,695 | 1,595 |
| Other assets | 310 | 934 |
| Total other assets | 22,692 | 22,284 |
| **Total Assets** | $ 160,869 | $ 140,878 |

**LIABILITIES AND STOCKHOLDERS' EQUITY**

| | 2014 | 2013 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts payable | $ 7,880 | $ 6,897 |
| Accrued liabilities | 19,657 | 11,532 |
| Deferred revenue | 67,783 | 64,145 |
| Income taxes payable | 986 | 826 |
| Other current liabilities | 2,306 | - |
| Total current liabilities | 98,612 | 83,400 |
| **Long-Term Liabilities** | | |
| Deferred income taxes | 3,609 | 3,552 |
| Other liabilities | 751 | 8 |
| Stock appreciation rights | 1,201 | 777 |
| Total long-term liabilities | 5,561 | 4,337 |
| Total liabilities | 104,173 | 87,737 |
| **Stockholders' Equity** | | |
| Common stock | - | - |
| Class A common stock | - | - |
| Class B common stock | - | - |
| Paid-in capital | 1,361 | 461 |
| Retained earnings | 59,283 | 52,181 |
| Accumulated other comprehensive income (loss) | (3,948) | 499 |
| Total stockholders' equity | 56,696 | 53,141 |
| **Total Liabilities and Stockholders' Equity** | $ 160,869 | $ 140,878 |

The accompanying notes are an integral part of the consolidated financial statements

-3-

REPLY APP 00363

## AIFS, INC.
## CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME
## FOR THE YEARS ENDED DECEMBER 31, 2014 AND 2013
(In Thousands)

|  | 2014 | 2013 |
|---|---|---|
| **Program Revenues** | $ 190,574 | $ 168,357 |
| **Program Direct Costs** | 117,858 | 106,667 |
| **Gross Profit** | 72,716 | 61,690 |
| **General and Administrative Expenses** | 59,344 | 53,357 |
| **Income from Operations** | 13,372 | 8,333 |
| **Other Income (Expense)** | | |
| Interest expense | (32) | (24) |
| Investment income | 2,326 | 1,946 |
| Settlement loss | (3,000) | - |
| Other expense | (1,234) | (2,432) |
| Net other expense | (1,940) | (510) |
| **Income Tax Expense** | 4,330 | 3,309 |
| **Net Income** | 7,102 | 4,514 |
| **Other Comprehensive Income (Loss),** Net of Tax | | |
| Foreign currency translation adjustments | (853) | 139 |
| Unrealized gains (losses) on hedging activities | (3,979) | 1,576 |
| Unrealized gains on investments available for sale | 385 | 121 |
| Other comprehensive income (loss), net of tax | (4,447) | 1,836 |
| **Comprehensive Income** | $ 2,655 | $ 6,350 |

The accompanying notes are an integral part of the consolidated financial statements

-4-

REPLY APP 00364

# AIFS, INC.
## CONSOLIDATED STATEMENTS OF CASH FLOWS
## FOR THE YEARS ENDED DECEMBER 31, 2014 AND 2013
### (In Thousands)

|  | 2014 | 2013 |
|---|---|---|
| **Cash Flows from Operating Activities** | | |
| Net income | $ 7,102 | $ 4,514 |
| Adjustments to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Loss on disposal of assets | - | 468 |
| Realized gain on investments | (1,795) | (1,209) |
| Deferred income tax expense (benefit) | (2,701) | 1,034 |
| Provision for earnings appreciation rights | 345 | 152 |
| Depreciation and amortization | 3,143 | 2,835 |
| Bad debt expense | 22 | 106 |
| (Increase) decrease in operating assets: | | |
| Accounts receivable | (6,031) | 369 |
| Prepaid expenses and income taxes | (540) | 188 |
| Deferred program costs | (141) | (1,010) |
| Other assets | 121 | (1,306) |
| Increase (decrease) in operating liabilities: | | |
| Accounts payable, accrued liabilities and | | |
| income taxes payable | 10,141 | 3,746 |
| Deferred revenue | 3,638 | 8,587 |
| Other liabilities | (816) | (48) |
| Net cash provided by operating activities | 12,488 | 18,426 |
| **Cash Flows from Investing Activities** | | |
| Purchase of investments | (75,872) | (61,046) |
| Maturities of investments | 2,548 | 5,675 |
| Sales of investments | 64,540 | 52,166 |
| Capital expenditures | (2,765) | (7,112) |
| Net cash used in investing activities | (11,549) | (10,317) |
| **Cash Flows from Financing Activities** | | |
| Proceeds from issuance of earnings appreciation rights | 180 | 216 |
| Redemption of earnings appreciation rights | (111) | (195) |
| Issuance of common stock | 900 | - |
| Net cash provided by financing activities | 969 | 21 |
| **Net Increase in Cash and Cash Equivalents** | 1,908 | 8,130 |
| **Cash and Cash Equivalents** - Beginning of Year | 42,278 | 34,148 |
| **Cash and Cash Equivalents** - End of Year | $ 44,186 | $ 42,278 |
| **Cash Paid During the Year for** | | |
| Interest | $ 32 | $ 24 |
| Taxes | 5,347 | 2,179 |

The accompanying notes are an integral part of the consolidated financial statements

-5-

REPLY APP 00365

**AIFS, INC.**
**CONSOLIDATED STATEMENTS OF STOCKHOLDERS' EQUITY**
**FOR THE YEARS ENDED DECEMBER 31, 2014 AND 2013**
(In Thousands, Except Shares)

| | Common Stock | | Class A Common Stock | | Class B Common Stock | | Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | Shares | Amount | | | | |
| **Balance** - January 1, 2013 | 785 | $ - | - | $ - | - | $ - | $ 461 | $ 47,667 | $ (1,337) | $ 46,791 |
| **Net Income** | - | - | - | - | - | - | - | 4,514 | - | 4,514 |
| **Other Comprehensive Income,** Net of Tax | - | - | - | - | - | - | - | - | 1,836 | 1,836 |
| **Balance** - December 31, 2013 | 785 | - | - | - | - | - | 461 | 52,181 | 499 | 53,141 |
| **Net Income** | - | - | - | - | - | - | - | 7,102 | - | 7,102 |
| **Redemption of Common Stock** | (785) | - | - | - | - | - | - | - | - | - |
| **Issuance of Class A Common Stock** | - | - | 785 | - | - | - | - | - | - | - |
| **Issuance of Class B Common Stock** | - | - | - | - | 100 | - | 900 | - | - | 900 |
| **Other Comprehensive Loss,** Net of Tax | - | - | - | - | - | - | - | - | (4,447) | (4,447) |
| **Balance** - December 31, 2014 | - | $ - | 785 | $ - | 100 | $ - | $ 1,361 | $ 59,283 | $ (3,948) | $ 56,696 |

The accompanying notes are an integral part of the consolidated financial statements

-6-

REPLY APP 00366

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 1 - DESCRIPTION OF BUSINESS

AIFS, Inc. (the Company) and its family of companies organize educational and cultural exchange programs throughout the world and arrange insurance coverage for its own participants as well as participants of other organizations involved in international education and cultural exchange. Collectively, the Company operates the following wholly owned subsidiaries: American Institute For Foreign Study, Inc.; American Institute For Foreign Study, (U.K.) Ltd.; American Council For International Studies, Inc. (High School); Cultural Insurance Services International, Inc. (CISI); American Institute For Foreign Study - Deutschland, GmbH; CAMPS International GmbH; American Institute For Foreign Study - Australia; and CareMed GmbH. Since the Company's founding in 1964, more than 1,500,000 people have participated in its programs.

Revenues in foreign countries totaled 24% and 23% of total revenue in 2014 and 2013, respectively.

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basis of Presentation** - The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries, as disclosed above. Intercompany balances and transactions have been eliminated in consolidation.

**Use of Estimates** - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in financial statements and accompanying notes. Actual results could differ from those estimates. Significant estimates include the calculation of deferred and accrued income taxes, review of goodwill for impairment, and the useful lives of property and equipment.

**Program Revenue and Direct Cost Recognition** - The Company develops, markets and operates educational and cultural exchange programs worldwide and generally requires deposits and final payments by participants in advance of the time the programs take place. Revenues are not recognized from the sale of programs until the services are provided to the participants. Deferred revenue is recognized at the time the program fees are received for High School programs and as billed for all other programs, except the sale of insurance as explained below. Program sales are recognized ratably over the program period.

Commission revenue from the sale of insurance policies as a broker is recorded at the time of the sale.

The Company incurs direct program costs and selling expenses related to programs prior to their occurrence. These costs are also deferred and recognized ratably over the program period.

-7-

REPLY APP 00367

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Cash and Cash Equivalents** - Cash equivalents include highly liquid investments whose maturities do not exceed 90 days from the date of purchase and are readily convertible to known amounts of cash. The Company's deposits in financial institutions may occasionally exceed federal depository insurance limits. However, the Company has not experienced any losses in this area, and management attempts to mitigate this risk by actively managing its cash and fixed income investment portfolio and utilizing federal insurance guarantees where available. Management will continue to monitor the creditworthiness of financial institutions holding significant deposits and make adjustments if deemed necessary.

**Investments** - The Company maintains a significant investment portfolio in order to take advantage of potential acquisition opportunities and as a reserve against negative international incidents. All of the Company's investments are classified as available-for-sale. At December 31, 2014, the following were classified as current: debt securities with a contractual maturity of one year or less, mutual funds and equity securities, long-term: debt securities with contractual maturity of over one year. Available-for-sale securities are carried at fair value, with the unrealized gains and losses, net of income taxes, shown as a separate component of accumulated other comprehensive income (loss). Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. Realized gains and losses and declines in value judged to be other-than-temporary are included in investment income. The cost of securities sold is based on the specific identification method. Interest and dividends on investments are included in investment income.

Investment securities are exposed to various risks, such as interest rate, market and credit risks. Due to the level of risk associated with certain investment securities, it is possible that changes in the values of investment securities could occur in the near term and that such changes could materially affect the investment balances and activity reflected in the consolidated financial statements.

**Accounts Receivable** - The Company estimates its allowance for doubtful accounts based upon historical experience. The allowance for doubtful accounts was $358,000 at December 31, 2014 and 2013.

Delinquent accounts are written off based on management's assessment of their collectability.

**Property and Equipment** - Property and equipment are carried at cost. Depreciation of property and equipment is computed on a straight-line basis over the following estimated useful lives:

| | |
|---|---|
| Buildings | 15-35 years |
| Furniture and fixtures | 3-7 years |
| Leasehold improvements | Lesser of lease term or 10-23 years |
| Computer hardware, software and other | 3-10 years |

-8-

REPLY APP 00368

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Goodwill** - Goodwill is assigned to specific reporting units and is reviewed for impairment at least annually or more frequently when events or circumstances indicate that a reporting unit's carrying amount exceeds its fair value. During 2014 and 2013, the Company determined that the fair values for all of its reporting units exceeded their carrying values. Therefore, no impairment loss on goodwill was recognized as of December 31, 2014 and 2013.

**Insurance Services** - Through CISI and CareMed GMBH, the Company sells medical, liability and personal effects insurance through a brokerage agreement with insurance companies that are rated A or better by AM Best. In addition, CISI is a licensed third-party administrator for the claims related to these policies. The Company earns revenue on a commission basis, whereby the Company receives commissions on all premiums written. The insurance carrier assumes all liability for any claims. A fee for third-party administration services is also received by the Company.

**Foreign Currency** - The functional currencies for each of the reporting units are as follows:

| Reporting Unit | Functional Currency |
| --- | --- |
| American Institute For Foreign Study, (U.K.) Ltd. and related companies | Sterling |
| AIFS Deutschland | Euro |
| CAMPS International | Euro |
| CareMed GmbH | Euro |
| AIFS Australia | Australian dollar |

The balance sheets for these entities are translated at current year-end exchange rates and the comprehensive income statements at average exchange rates for the fiscal year, with the resulting translation adjustments included in accumulated other comprehensive income (loss).

The Company enters into foreign currency contracts to hedge commitments for program services to be provided in foreign currencies at later dates. Gains or losses on these contracts offset higher or lower direct costs caused by exchange rate fluctuations after program prices are established (see Note 13).

**Advertising** - The Company expenses production costs of advertising as incurred except for direct-response advertising, which is capitalized and amortized over its expected period of future benefits, not to exceed 24 months.

Direct-response advertising consists primarily of the costs to produce and distribute program catalogs and related materials. Catalogs include enrollment forms for the Company's programs. The capitalized costs are amortized over the period in which each program operates.

-9-

REPLY APP 00369

Case No. 1:14-cv-03074-CMA-KMT Document 210-12 filed 04/13/18 USDC Colorado pg 175
of 243
Case 1:14-cv-03074-CMA-KMT Document 986-7 Filed 04/13/18 USDC Colorado Page 176 of 242

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)**

Advertising costs totaling $2.2 million and $2.3 million at December 31, 2014 and 2013, respectively, were included in deferred program costs in the consolidated balance sheets. Advertising expense for the years ended December 31, 2014 and 2013, was $9.0 million and $7.7 million, respectively.

**Retirement Plans** - Substantially all of the Company's employees are covered under retirement plans. Company contributions for U.S. employees represent a matching contribution of 50% of a participant's elective deferral up to 6% of annual compensation and a discretionary contribution. Company contributions to a noncontributory Money Purchase Pension Scheme for U.K. employees are in an amount equal to 10% for management and 5% for all other employees of the employee's base annual compensation. Company contributions to all plans were $1.3 million and $1.2 million for the years ended December 31, 2014 and 2013, respectively.

**Income Taxes** - Deferred tax assets and liabilities are determined based on the difference between the financial statement and the tax basis of assets and liabilities using enacted tax rates in effect for the year in which the differences are expected to reverse.

**Reclassifications** - Certain 2013 amounts have been reclassified to conform with current year presentation.

**Subsequent Events** - In preparing these consolidated financial statements, management has evaluated subsequent events through May 20, 2015, which represents the date the consolidated financial statements were available to be issued.

**NOTE 3 - INVESTMENTS**

The following is a summary of available-for-sale securities at December 31, 2014 and 2013:

| | 2014 | | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | *(in thousands)* | | | |
| Corporate bonds | $ 9,787 | $ 48 | $ (33) | $ 9,802 |
| Municipal securities | 11,822 | 334 | (154) | 12,002 |
| U.S. Treasury securities | 225 | - | - | 225 |
| Total debt securities | 21,834 | 382 | (187) | 22,029 |
| Equity securities | 20,727 | 906 | (224) | 21,409 |
| Mutual funds | 992 | - | - | 992 |
| Total Investments | $ 43,553 | $ 1,288 | $ (411) | $ 44,430 |

-10-

Case No. 1:14-cv-03074-CMA-KMT  Document 985-10  Filed 04/13/18  USDC Colorado  Page 177
of 243

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 3 - INVESTMENTS (Continued)

| | | 2013 | | |
|---|---|---|---|---|
| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Estimated Fair Value |
| | | *(in thousands)* | | |
| Corporate bonds | $ 5,654 | $ 112 | $ (22) | $ 5,744 |
| Municipal securities | 13,442 | 101 | (18) | 13,525 |
| U.S. Treasury securities | 875 | 3 | (1) | 877 |
| Total debt securities | 19,971 | 216 | (41) | 20,146 |
| Equity securities | 12,797 | 383 | (310) | 12,870 |
| Mutual funds | 520 | - | - | 520 |
| Total Investments | $ 33,288 | $ 599 | $ (351) | $ 33,536 |

Included in the estimated fair value are securities with the following unrealized loss positions at December 31, 2014 and 2013:

| | 2014 | | 2013 | |
|---|---|---|---|---|
| | Fair Value | Unrealized Loss | Fair Value | Unrealized Loss |
| | | *(in thousands)* | | |
| Less than one year | $ 2,671 | $ 140 | $ 8,402 | $ 127 |
| More than one year | 9,484 | 271 | 3,687 | 224 |

There were $64.5 million and $52.2 million of sales of available-for-sale securities in 2014 and 2013, respectively.  These sales resulted in gross realized gains of $2.7 million and gross realized losses of $.9 million in 2014 and gross realized gains of $1.6 million and gross realized losses of $.4 million in 2013, respectively.

The amortized cost and estimated fair value of available-for-sale debt securities, by contractual maturity, as of December 31, 2014, are shown below.  Expected maturities may differ from contractual maturities because the issuers of the securities may have the right to prepay obligations without prepayment penalties.

| | Amortized Cost | Estimated Fair Value |
|---|---|---|
| | *(in thousands)* | |
| Due in one year or less | $ 3,383 | $ 3,592 |
| Due after one year through five years | 18,451 | 18,437 |
| Due after five years through ten years | - | - |
| | $ 21,834 | $ 22,029 |

REPLY APP 00371

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 4 - PROPERTY AND EQUIPMENT

Property and equipment, at cost, is comprised of the following at December 31, 2014 and 2013:

|  | 2014 | 2013 |
|---|---|---|
|  | *(in thousands)* | |
| Land | $ 7,580 | $ 7,580 |
| Buildings | 16,331 | 16,331 |
| Furniture and fixtures | 2,894 | 2,652 |
| Leasehold improvements | 4,235 | 4,247 |
| Computer hardware, software and other | 17,795 | 15,686 |
|  | $ 48,835 | $ 46,496 |

Depreciation expense was $2.8 million for each of the years ended December 31, 2014 and 2013.

## NOTE 5 - GOODWILL

The changes in the carrying amount of goodwill for the years ended December 31, 2014 and 2013, are as follows:

|  | *(in thousands)* |
|---|---|
| Balance as of January 1, 2013 | $ 2,344 |
| Changes in currency translation | 52 |
| Balance as of December 31, 2013 | 2,396 |
| Changes in currency translation | (146) |
| Balance as of December 31, 2014 | $ 2,250 |

## NOTE 6 - LINE OF CREDIT

The Company has a $10 million revolving credit agreement, as amended, which currently expires on August 26, 2016. There is an annual commitment fee of .25%, payable quarterly, on the average unused portion. Under this agreement, the Company has the ability to borrow in U.S. dollars at an interest rate based on LIBOR or the Prime Rate. For LIBOR Rate Advances, the rate will be determined by Reuters (as defined in the agreement) for the selected interest period plus .5% per annum. For Prime Rate Advances, the rate is a variable rate, based on the Prime Rate as announced by the bank. Under this agreement, no borrowings were made during 2014 or 2013 and there were no outstanding borrowings under this agreement at December 31, 2014 and 2013. Under this agreement, the Company has the ability to obtain irrevocable letters of credit. The Company had outstanding letters of credit totaling $1.2 million and $2 million as of December 31, 2014 and 2013, respectively.

-12-

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 7 - INCOME TAXES

The provision for (benefit from) income taxes for the years ended December 31, 2014 and 2013, consists of the following:

|  | 2014 | 2013 |
|---|---|---|
|  | *(in thousands)* | |
| Current: | | |
| Federal | $ 3,688 | $ 1,942 |
| State | 968 | 823 |
| Foreign | 824 | 756 |
|  | 5,480 | 3,521 |
| Deferred: | | |
| Federal | (936) | 371 |
| State | (214) | (583) |
|  | (1,150) | (212) |
|  | $ 4,330 | $ 3,309 |

The components of deferred taxes as of December 31, 2014 and 2013, consisted of the following:

|  | 2014 | 2013 |
|---|---|---|
|  | *(in thousands)* | |
| Deferred tax assets: | | |
| Federal | $ 5,006 | $ 1,541 |
| State | 1,586 | 918 |
|  | $ 6,592 | $ 2,459 |
| Deferred tax liabilities: | | |
| Federal | $ 3,062 | $ 3,009 |
| State | 547 | 543 |
|  | $ 3,609 | $ 3,552 |

The difference between the actual tax provision and the amounts obtained by applying the statutory U.S. Federal income tax rate of 34% against income before income taxes is primarily attributable to certain items that are not deductible and state income taxes.

The significant temporary differences that give rise to deferred tax assets relate to the allowance for doubtful accounts, charitable contributions, accruals for forward foreign currency contracts and purchases, state net operating loss carry forwards, currency call options, earnings appreciation rights reserve and losses on investments. The deferred tax liabilities relate primarily to the differences between the tax bases and financial reporting bases of property and equipment.

-13-

REPLY APP 00373

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 8 - STOCKHOLDERS' EQUITY

On September 3, 2014, the Company converted all shares of common stock and reclassified them as Class A common stock (1,000 voting shares authorized at $.10 par). Additionally, the Company issued 100 shares of Class B common stock (100 nonvoting shares authorized at $.10 par). As of December 31, 2014 and 2013, there were 784.687 shares of Class A common stock and common stock issued and outstanding, respectively. As of December 31, 2014, there were 100 shares of Class B common stock issued and outstanding.

### NOTE 9 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)

Components of the change in accumulated other comprehensive income (loss) for the years ended December 31, 2014 and 2013, are as follows:

|  | 2014 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | *(in thousands)* | | |
| Foreign currency translation adjustments | $ (1,365) | $ 512 | $ (853) |
| Unrealized gains on investments available for sale | 615 | (230) | 385 |
| Unrealized losses on hedging activities | (6,363) | 2,384 | (3,979) |
| Total Other Comprehensive Loss | $ (7,113) | $ 2,666 | $ (4,447) |

|  | 2013 | | |
|---|---|---|---|
|  | Pre-Tax Amount | Tax | After-Tax Amount |
|  | *(in thousands)* | | |
| Foreign currency translation adjustments | $ 232 | $ (93) | $ 139 |
| Unrealized gains on investments available for sale | 201 | (80) | 121 |
| Unrealized gains on hedging activities | 2,631 | (1,055) | 1,576 |
| Total Other Comprehensive Income | $ 3,064 | $ (1,228) | $ 1,836 |

-14-

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 9 - ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS) (Continued)

Components of accumulated other comprehensive income (loss), net of income taxes, are as follows:

| | Foreign Currency Translation Adjustments | | Unrealized Net Gain (Loss) on Investments | | Unrealized Net Gain (Loss) on Hedging | | Accumulated Other Comprehensive Income (Loss) |
|---|---|---|---|---|---|---|---|
| | | | *(in thousands)* | | | | |
| Balance - January 1, 2013 | $ (1,683) | $ | (10) | $ | 356 | $ | (1,337) |
| Other comprehensive income - 2013 | 139 | | 121 | | 1,576 | | 1,836 |
| Balance - December 31, 2013 | (1,544) | | 111 | | 1,932 | | 499 |
| Other comprehensive income (loss) - 2014 | (853) | | 385 | | (3,979) | | (4,447) |
| Balance - December 31, 2014 | $ (2,397) | $ | 496 | $ | (2,047) | $ | (3,948) |

Unrealized gains (losses) on securities are net of reclassification adjustments of $1.8 million and ($.7) million, net of tax, for net realized gains (losses) on sales of securities included in investment income in 2014 and 2013, respectively. The effective portion of cash flow hedges is net of reclassification adjustments of $1.4 million, net of tax, for realized gains on foreign currency options.

Generally, the assets and liabilities of foreign operations are translated into U.S. dollars using the current exchange rate. For those operations, changes in exchange rates generally do not affect cash flows; therefore, resulting translation adjustments are made in stockholders' equity rather than in income.

### NOTE 10 - LEASES

The Company leases office space and equipment from third parties, many of which contain renewal options. The leases related to office space are subject to escalation clauses. Rent expense was $3.3 million and $3.9 million for the years ended December 31, 2014 and 2013, respectively.

Future minimum payments under operating leases with initial or remaining lease terms in excess of one year are as follows:

| Year Ending December 31 | *(in thousands)* |
|---|---|
| 2015 | $ 3,278 |
| 2016 | 3,253 |
| 2017 | 3,248 |
| 2018 | 3,159 |
| 2019 | 2,961 |
| Thereafter | 31,908 |

-15-

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 10 - LEASES (Continued)**

Included in the above is a lease that runs through 2070 for a building in London that calls for annual rental payments of $.4 million. The Company sublets space for classroom and office use with varying lease terms through 2018. Total rental income expected to be earned from the sublease agreements will approximate $2.0 million through 2018.

**NOTE 11 - EARNINGS APPRECIATION PLANS**

In October 1999, the Company established the AIFS, Inc. Earnings Appreciation Plan (Plan 1) for the purposes of providing deferred compensation for a select group of management employees (the Eligible Employees). The aggregate number of appreciation rights (Rights) that may be issued under Plan 1 is limited to 100,000.

Under Plan 1, the Eligible Employees may elect to defer an amount not to exceed 25% of their year-end incentive bonus to be invested in the Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. Eligible employees may redeem their Rights at the greater of the Put Price at the time of redemption or original issue price. As of December 31, 2014 and 2013, the Put Price was $84.51 and $58.74, respectively.

For the year ended December 31, 2014, two Eligible Employees deferred approximately $40,000 of compensation to subscribe to 520 Rights. During 2014, 810 Rights were redeemed under Plan 1 for approximately $69,000.

For the year ended December 31, 2013, three Eligible Employees deferred approximately $72,000 of compensation to subscribe to 1,370 Rights. During 2013, 1,010 Rights were redeemed under Plan 1 for approximately $60,000.

At December 31, 2014, 37,360 Rights remain available for issuance.

Outstanding Rights at December 31, 2014 and 2013, are 3,390 and 3,680, respectively.

In May 2005, the Company established the AIFS, Inc. 2005 Earnings Appreciation Plan (Plan 2) for the purpose of providing deferred compensation as in Plan 1, but to also comply with new tax regulations introduced in the American Jobs Creation Act of 2004 related to SAR plans. Plan 2 has been created to preserve the tax benefit for U.S. participants and U.S. citizens who are taxed on their worldwide income. Plan 1 has been kept in force for all non-U.S. participants. The aggregate number of Rights that may be issued under Plan 2 is limited to 100,000. Under Plan 2, the Eligible Employee may elect an amount not to exceed 25% of their year-end incentive bonus to be invested in Rights. The price at which the Rights are issued to the Eligible Employee is equal to 90% of the Put Price not to be less than $15. The Eligible Employee must assign the Rights purchased to holding periods of one, two, three or five years. Eligible Employees may redeem their Rights after a notice period of one year. Rights held for two years or less may be redeemed at the greater of the Put Price at the time of redemption or the original issue price. Rights with holding periods of greater

-16-

REPLY APP 00376

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 11 - EARNINGS APPRECIATION PLANS (Continued)

than two years may be redeemed at a price that is a multiple of average pre-tax earnings as adjusted for the two highest fiscal years in terms of earnings within the respective holding period or, if greater, the original issue price. Holding periods can be extended for a minimum of five years not to exceed ten years. Notice must be received by the Company of the intent to extend one year prior to the expiration of the original holding period.

For Plan 2, during 2014, six Eligible Employees deferred approximately $140,000 of compensation to subscribe as of March 2015 to 1,828 Rights at an issue price of $76.06 per Right. During 2014, 705 Rights were redeemed under Plan 2 for approximately $42,000.

For Plan 2, during 2013, five Eligible Employees deferred approximately $144,000 of compensation to subscribe as of March 2014 to 2,723 Rights at an issue price of $52.87 per Right. During 2013, 2,660 Rights were redeemed under Plan 2 for approximately $135,000.

At December 31, 2014, 67,807 rights remain available for issuance.

Outstanding Rights under Plan 2 at December 31, 2014 and 2013, are 10,793 and 9,670, respectively.

The carrying amount of the liability associated with Rights outstanding under Plans 1 and 2 together was $1,201,000 and $777,000 as of December 31, 2014 and 2013, respectively, and is included as long-term liabilities in the consolidated balance sheets. This liability is calculated based on the intrinsic value of the rights outstanding. During the years ended December 31, 2014 and 2013, provisions of $345,000 and $165,000, respectively, representing the change in value of outstanding rights, have been reflected in other expense. The fair value of the rights is not reasonably estimable due to uncertainty with respect to exercise dates and the valuation of the rights on those future dates.

### NOTE 12 - RELATED PARTY TRANSACTIONS

**Foundation** - Certain officers and directors of the Company are also officers and/or trustees of the American Institute For Foreign Study Foundation (the Foundation), a tax-exempt corporation under the Internal Revenue Code (the Code).

The Company provides the Academic Year in America (AYA) program of the Foundation with office space, human resources management, marketing, information technology support and accounting services as well as a limited financial guarantee up to $500,000. The agreement also calls for payments to the Company equal to 18% of AYA revenues. The guarantee and agreement expired on December 31, 2014 and has been renewed. Fees earned by the Company under this agreement amounted to $933,000 and $825,000 in 2014 and 2013, respectively. Included in accounts receivable is $247,000 and $188,000, which is due from the Foundation at December 31, 2014 and 2013, respectively.

**National Society for the Gifted and Talented** - Certain officers and directors of the Company are also officers and/or trustees of the National Society for the Gifted and Talented (NSGT), a tax-exempt corporation under the Code.

-17-

REPLY APP 00377

Case No. 1:14-cv-03074-CMA-KMT   Document 1042   filed 04/27/18   USDC Colorado   pg 183
184 of 243
Case 1:14-cv-03074-CMA-KMT   Document 986-2   Filed 04/13/18   USDC Colorado   Page 1 of 1

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 12 - RELATED PARTY TRANSACTIONS (Continued)

On September 1, 2009, the Company received a promissory note for $1.2 million from NSGT.  The promissory note shall be paid within five years following the closing date, but only if and to the extent NSGT has any profits in excess of $.1 million for the year.  If at the end of the repayment period there is an outstanding balance, NSGT will have no obligation to pay the outstanding amounts of the promissory note plus any accrued interest.  The promissory note shall bear interest at an annual rate equal to 2.87% from the closing date through but excluding the date on which the full promissory note is paid.  During 2014, the repayment period ended and the remaining $.8 million was written off against the reserve established at December 31, 2013.

The Company provides NSGT with office space, human resource management services, marketing plans and development of advertising and promotional materials, technical, administrative and accounting services as well as being a guarantor on a $1,000,000 credit facility of NSGT.  This guarantee will expire on August 24, 2016.  NSGT had $800,000 and $600,000 in borrowings under this credit facility as of December 31, 2014 and 2013, respectively.  The agreement also calls for payments to the Company equal to 12% of NSGT revenues.  Fees earned by the Company under this agreement amounted to $981,000 and $1,010,000 in 2014 and 2013, respectively.  Included in accounts receivable is $429,000 and $926,000, which is due from NSGT at December 31, 2014 and 2013, respectively.

**Richmond** - Two directors of the Company are also Trustees of The American International University in London (Richmond).

Under an agreement entered into in July 2011, the Company provides Richmond with certain real estate and office space.  For 2013 and 2014, Richmond paid the Company a rental fee of £1,867,000 ($2,870,000) and £1,812,000 ($2,857,000) for this space, respectively.  The rental fee has an initial period of three years with an annual increase at each anniversary in line with the UK Retail Price Index.  Also, Richmond is to provide the Company with study abroad programs in London, Florence and Rome for which it will invoice the Company a fixed annual total fee that will be agreed upon by July 1st of each year.  Fees and expense reimbursements paid by Richmond to the Company under the New Agreement amounted to $6.5 million and $7.6 million during December 31, 2014 and 2013, respectively.  The Company paid fees to Richmond and paid expenses on behalf of Richmond totaling $8.0 million and $7.7 million during 2014 and 2013, respectively.

In addition, in conjunction with its agreement with Richmond, the Company provides a limited financial guarantee up to £500,000 ($780,000 at December 31, 2014) in any given year if Richmond is unable to meet its financial obligations.  Richmond has a five-year $2.5 million revolving credit agreement with a financial institution expiring on August 24, 2016.  There was no balance outstanding on the line of credit as of December 31, 2014.  The Company is a guarantor of this agreement.

Included in accounts payable and accounts receivable is ($263,000) and $162,000 at December 31, 2014 and 2013, respectively, which represent the net amount due to/from Richmond as Richmond and the Company settle amounts due to/from each other on a net basis.  The Company donated $870,000 and $290,000 to Richmond in 2014 and 2013, respectively.

-18-

REPLY APP 00378

## AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES**

The Company enters into forward foreign currency contracts and purchases currency call options to hedge its future foreign currency cost commitments up to two years in advance. The Company's revenues from its programs are received in U.S. dollars, and the prices at which the programs are offered are based on these foreign currency hedges. The purpose of the Company's foreign currency hedging activities is to protect the Company from the risk that the eventual foreign currency program costs will be adversely affected by changes in exchange rates. Gains and losses on foreign currency hedges are recognized in operations as part of direct program costs at the time services are rendered.

At December 31, 2014 and 2013, the Company had forward foreign currency contracts and purchased currency call options, substantially all having maturities of less than two years, with notional amounts of $68.0 million and $48.8 million, respectively. All contracts have been entered into with major financial institutions. The risk associated with these transactions is the cost of replacing these instruments, at current market rates, in the event of default of the counterparties. Management believes the risk of incurring such losses is remote.

Accounting standards require the Company to recognize all derivatives in the consolidated balance sheets at fair value. The Company's foreign exchange contracts and options are accounted for as cash flow hedges. The effectiveness of each cash flow hedge is measured by future cash flow requirements based on underlying participant volume. To the extent these contracts and options are effective in offsetting the variability of the hedged cash flows, changes in their fair values are recorded in accumulated other comprehensive income (loss) and reclassified into earnings/losses in future periods when the related hedged transaction occurs.

The balance in accumulated other comprehensive income representing the fair value of designated contracts and options, net of tax, at December 31, 2014 and 2013, is a loss of $2 million and a gain of $2 million, respectively. As a result of effective contracts maturing in 2015, an estimated $1.4 million, net of tax, of the amount recorded in accumulated other comprehensive losses will be reclassified as losses during the next 12 months.

Fair values of derivative instruments at December 31, 2014 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
|---|---|---|---|---|
| | *(in thousands)* | | | |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $         - | Other current liabilities | $     2,306 |
| Foreign exchange contracts | Other long-term assets | - | Other long-term liabilities | 743 |
| Total | | $         - | | $     3,049 |

-19-

REPLY APP 00379

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 13 - ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES (Continued)

Fair values of derivative instruments at December 31, 2013 are as follows:

| | Asset Derivatives | | Liability Derivatives | |
| --- | --- | --- | --- | --- |
| | Balance Sheet Location | Fair Value | Balance Sheet Location | Fair Value |
| | *(in thousands)* | | | |
| Derivatives designated as hedging instruments: | | | | |
| Foreign exchange contracts | Other current assets | $ 2,726 | Other current liabilities | $ - |
| Foreign exchange contracts | Other long-term assets | 652 | Other long-term liabilities | - |
| Total | | $ 3,378 | | $ - |

The effect of derivative instruments on the consolidated statement of comprehensive income for the year ended December 31, 2014 is as follows:

| | Amount of Gain (Loss) Recognized in AOCL on Derivative (Effective Portion) | Location of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) | Amount of Gain (Loss) Reclassified from AOCL into Income (Effective Portion) | Location of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) | Amount of Gain (Loss) Recognized in Income on Derivative (Ineffective Portion) |
| --- | --- | --- | --- | --- | --- |
| | *(in thousands)* | | *(in thousands)* | | *(in thousands)* |
| Foreign currency contracts | $ (1,291) | Selling, general and administrative | $ 2,381 | Selling, general and administrative | $ (84) |

### NOTE 14 - FINANCIAL INSTRUMENTS

Generally accepted accounting principles establish a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are described below:

**Level 1** - Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that are accessible at the measurement date.

**Level 2** - Inputs to the valuation methodology include:

- Quoted prices for similar assets or liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

-20-

REPLY APP 00380

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

**Level 3** - Inputs to the valuation methodology are unobservable and significant to the fair value measurement. The Company has no Level 3 investments at December 31, 2014 and 2013.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques need to maximize the use of observable inputs and minimize the use of unobservable inputs. There were no transfers between levels for the years ended December 31, 2014 and 2013.

The following is a description of the valuation methodologies used for assets measured at fair value:

**Cash and Cash Equivalents** - The carrying amount approximates fair value due to the short maturity of these instruments.

**Corporate and Municipal Bonds** - Corporate and municipal bonds are valued based on yields currently available on comparable securities of issuers with similar durations and credit ratings.

**U.S. Treasury Securities** - U.S. Treasury securities are valued at the closing price reported in the active market in which the individual securities are traded.

**Mutual Funds** - Mutual funds are valued at the quoted net asset value of shares held by the Company at year end.

**Equity Securities** - Equity securities are valued at the closing price reported in the active market in which the individual securities are traded.

**Foreign Currency Contracts and Currency Options** - The fair value is the amount at which the contracts could be settled based on models provided by an independent third-party pricing service using observable inputs.

The carrying amount and estimated fair values of the Company's financial instruments at December 31, 2014 and 2013, are as follows (bracketed amounts represent liabilities):

|  | 2014 | |
|---|---|---|
|  | **Carrying Amount** | **Fair Value** |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 44,186 | $ 44,186 |
| Short-term investments | 25,993 | 25,993 |
| Long-term investments | 18,437 | 18,437 |
| Foreign currency contracts and currency options | (3,049) | (3,049) |

-21-

REPLY APP 00381

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 14 - FINANCIAL INSTRUMENTS (Continued)

|  | 2013 | |
|---|---|---|
|  | Carrying Amount | Fair Value |
|  | *(in thousands)* | |
| Cash and cash equivalents | $ 42,278 | $ 42,278 |
| Short-term investments | 16,177 | 16,177 |
| Long-term investments | 17,359 | 17,359 |
| Foreign currency contracts and currency options | 3,378 | 3,378 |

**Assets Measured at Fair Value on a Recurring Basis** - The following is a summary of the source of fair value measurements for assets that are measured at fair value on a recurring basis as of December 31, 2014 and 2013:

| Description | December 31, 2014 | Fair Value Measurements Using | | |
|---|---|---|---|---|
|  |  | Level 1 | Level 2 | Level 3 |
|  | *(in thousands)* | | | |
| Debt securities: |  |  |  |  |
| Corporate bonds | $ 9,802 | $ - | $ 9,802 | $ - |
| Municipal securities | 12,002 | - | 12,002 | - |
| U.S. Treasury securities | 225 | 225 | - | - |
| Equities | 21,409 | 21,409 | - | - |
| Mutual funds | 992 | - | 992 | - |
| Foreign currency contracts and currency options | (3,049) | - | (3,049) | - |

| Description | December 31, 2013 | Fair Value Measurements Using | | |
|---|---|---|---|---|
|  |  | Level 1 | Level 2 | Level 3 |
|  | *(in thousands)* | | | |
| Debt securities: |  |  |  |  |
| Corporate bonds | $ 5,744 | $ - | $ 5,744 | $ - |
| Municipal securities | 13,525 | - | 13,525 | - |
| U.S. Treasury securities | 877 | 877 | - | - |
| Equities | 12,870 | 12,870 | - | - |
| Mutual funds | 520 | - | 520 | - |
| Foreign currency contracts and currency options | 3,378 | - | 3,378 | - |

-22-

REPLY APP 00382

# AIFS, INC.
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### NOTE 15 - RISKS AND UNCERTAINTIES

A division of the Company transacts a significant volume of insurance services business with three insurance providers. The concentration leaves the division vulnerable to risk of an impact on future sales of insurance in the near term should an event cause such providers to no longer provide insurance to the division. The Company believes that it would be able to replace the insurance providers if this were to happen, as was evidenced on relationships with new insurance carriers in 2006, 2009, 2013 and 2014.

### NOTE 16 - CONTINGENCIES

The Company was listed as a defendant in a class action lawsuit alleging that the Company violated certain provisions of The Telephone Consumer Protection Act of 1991 and related amendments (TCPA). In May 2015, the Company and the plaintiff agreed upon a settlement creating a $6.0 million fund for payouts to members in the classes, attorney's fees and other expenses. Three million dollars of this amount will be paid by the Company's directors and officers insurance. The settlement is still to be approved the court. The net expense of $3.0 million has been shown in other income (expense) on the consolidated statements of comprehensive income.

The Company is also listed as a defendant in a number of other claims related to manners arising in the ordinary course of business. These other claims are covered by the Company's general liability insurance and are not subject to a deductible. Management is of the opinion that the outcome of the claims will not exceed their coverage or have a material adverse impact on the consolidated financial statements.

-23-

REPLY APP 00383

# Exhibit 12

REPLY APP 00384



# HOST FAMILY APPLICATION
Host Family ID:   78795

## GENERAL INFORMATION

**Program preference (check all that apply)***

| | |
|---|---|
| Standard Au Pair Program | ☑ |
| Extraordinaire Au Pair Program | ☐ |
| EduCare Au Pair Program | ☐ |
| Year2 Au Pair | ☐ |

We would like the au pair to arrive:          August          2014

How did you hear about Au Pair In America?

Please describe current methods of child care used:

s

*"Parent 1" and "Parent 2" refer to parents, step-parents or guardians of the child(ren) living at the same address as the child(ren).*

### Host Family Parent 1

| | |
|---|---|
| Title: | Ms. |
| First Name: | ▮ |
| Last Name: | ▮ |
| Relationship to children: | Mother |
| Cell Phone: | |
| Occupation: | Medical |
| Job Title: | Nurse |
| Employer: | ▮ |
| Work Phone: | ▮ |

### Host Family Parent 2

| | |
|---|---|
| Title: | Mr. |
| First Name: | ▮ |
| Last Name: | ▮ |
| Relationship to children: | Father |
| Cell Phone: | |
| Occupation: | Law |
| Job Title: | Attorney |
| Employer: | ▮ |
| Work Phone: | ▮ |

Email: ▮

Email: ▮

☑ Primary

☐ Primary

### Home Address

| | |
|---|---|
| Address Line1: | ▮ |
| Address Line2: | |
| City: | East Greenwich |
| State: | RHODE ISLAND |
| Zip: | 02818 |

| | |
|---|---|
| Home Phone: | ▮ |
| Fax: | |

AIFS0072306
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

**REPLY APP 00385**



# HOST FAMILY APPLICATION
Host Family ID:   78795

## HOUSEHOLD INFORMATION

Are you currently expecting a child?

○ Yes  ⊙ No

Are you currently planning to adopt a child under the age of two?

○ Yes  ⊙ No

**Child(ren) Requiring Au Pair Care**

| Name | DOB | Gender | Special Needs | Medical Condition |
|------|-----|--------|---------------|-------------------|
| C███ Levine | ███ 2001 | F | ☐ | ☐ |
| A███ stangel | ███ 2008 | F | ☑ | ☐ |

*SpecialNeedsDescription:*

A███ has been diagnosed with ██████████ She is very independent, walks,
feeds herself, plays with playmates, speaks well enough to he understood.
A███ can do things most other four ear olds can do with a bit more time and a
little help.

| | | | | |
|------|-----|--------|---------------|-------------------|
| L███ Stangel | ███ 2009 | F | ☐ | ☐ |

**Other Family / Household Members**

| Name | Date Of Birth | Relationship |
|------|---------------|--------------|

AIFS0072307
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

**REPLY APP 00386**



# HOST FAMILY APPLICATION

Host Family ID:   78795

## Interests/Abilities

Please indicate what interests or abilities the members of your family have:

**Athletic**
- ☑ Swimming
- ☑ Horseback Riding
- ☐ Cycling
- ☑ Skiing
- ☐ Tennis
- ☐ Soccer
- ☐ Running
- ☑ Gymnastics

**General Interest**
- ☐ Writing
- ☐ Reading
- ☐ Arts/Crafts
- ☐ Chorus
- ☑ Dance
- ☐ Photography
- ☐ Artwork
- ☐ Computers
- ☑ Community Service

**Musical**
- ☐ Piano
- ☐ Guitar
- ☐ Violin
- ☐ Other Musical Instruments

## Other

| | |
|---|---|
| Marital status: | Partner |
| Host Family home is in a: | Suburb |
| Nearest major city: | |
| Travel Distance | |
| Travel Time | |
| Is public transportation easily accessible in your community? | ○ Yes ⊙ No |
| Would you consider a non-driving au pair? | ○ Yes ⊙ No |
| Do host parent(s) speak English fluently? | ⊙ Yes ○ No |
| Will the au pair have a private room that meets fire code safety standards in your home? | ⊙ Yes ○ No |
| Are the parents/guardians all U.S. citizens or legal, permanent residents of the United States? | ⊙ Yes ○ No |

## Religious, Cultural and Dietary Information

Does your household maintain religious, cultural practices or dietary restrictions of which the au pair should be made aware?

○ Yes   ⊙ No

## Conviction Information

Have you or any member of your immediate family been convicted of an offense other than a minor traffic

○ Yes   ⊙ No

## Pet Information

Do you have any of these house pets?*

| None | Dog(s) | Cat(s) | Bird(s) | Other |
|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ |

AIFS0072308
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

We are two families that h ave come together as one. ███ is a 31 year old moth er of two girls, A███ who is 6 years old and L███ who is 5 years old. ███ is a 46 year old father with one daughter, C ███, who is turning 13 years old. Both A███ is graduating from kindergarten and L███ is starting kindergarten in September. C ███ is in middle school going into eighth grade. We are a very activ e family, always on the go, work, school, and fun.

███ is a registered nurse working in a hospital on the medical surgical floor and is graduating from paramedic school in August which she attends with ███ ███ loves the beach, outdoor activi ties, traveling and spending time with family . ███ owns his own law firm, has 60 employees , and practices personal injury, social security, and real estate law. ███ also loves the beach or anything to do with the water, enjoys skiing, and anything active. C ███ enjoys horseback riding, field hockey, chorus , and anything fun. C ███ is with us fifty percent of the time and with her mother fifty percent of the time. L███ is a very fun five year old. She will tell you what she likes and wants, and is learning what no means . She can be very loving , and is a good listener. A ███ is a sweet , loving child who has █████████, she can get frustrated at times and is difficult twenty percent of the time . She has no cognitive impairment a nd is very smart. She has ████████████████ ████████████████. She has physical and occupational therapy on a regular basis. They both take swim and karate lessons, A███ does ballet and ███ does gymnastics.

We love to work hard and play hard. We believe in having fun in everything we do. L ife is short and should be lived to the fullest. It is important for the children to have fun while understanding that there are boundaries and rules. So , we are strict so that the children understand what is expected of them and so they grow up with great manners, drive, and self- confidence.

We are looking for an au pair who is extremely caring above and beyond all else, patient, neat, organized, smart, fun, very active, likes sports, can swim, an EXCELLENT driver, and is outgoing. They must be independent, able to fo llow direction, and also be self- motivated and think for themselves. We love to travel , so you must be willing to vacation with us and help with the children and enjoy new experiences.

AIFS0072309
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

Case 1:14-cv-03074-CMA-KMT Document 986-12 Filed 04/13/18 USDC Colorado Page 195
of 242



**Program**

Standard AP: ☒
Extraordinaire: ☐
EduCare: ☐

*River Plaza, 9 West Broad Street, Stamford, CT 06902-3788*
*Confidential Host Family Interview Report*

| | | | |
|---|---|---|---|
| Host Family Name: ▉▉▉▉ | | ID Number: | 78795 |
| Conducted By: | Barbara Fetta | GEO Code: | RIP |
| Interview Date: | 6/12/12 | | |

## Child Care

What will be the duties and responsibilities of the Au Pair?  Child care while host partents are at work

What are the elements of care giving that are most important to the Host Family?  Safety of children

Do they have any special needs (handicapped, dietary, religious, age, language)?  yes

Will the au pair be required to provide any special duties while engaged in caring for your children that are out of the normal scope of childcare?  no

How do they plan to communicate their thoughts on child raising to their Au Pair?

☒ verbally  ☒ in writing  ☒ training  ☐ other: _____

Has the Host Family determined a general schedule and list of duties for the Au Pair?  ☒ Yes  ☐ No
   If *yes*, do they conform to the restrictions and regulations set forth by the USIA?  ☒ Yes  ☐ No
   If *no*, were you able to help the Host Family determine a schedule?  ☐ Yes  ☐ No

Anticipated schedule:

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 7 - 9:00 a.m<br>3 - 7 p.m. | 7 - 9:00 a.m<br>3 - 7 p.m. | 7 - 9:00 a.m<br>3 - 7 p.m. | 7 - 9:00 a.m<br>3 - 7 p.m. | 7 - 9:00 a.m<br>3 - 7 p.m. | occasional<br>weekend work | _____ |

Did you discuss Au Pair's 1½ days off each week, one complete weekend off each month
and 2 weeks paid vacation?  ☒ Yes  ☐ No

## Family

Were all family members present at the interview?  ☐ Yes  ☒ No

   If no, who was missing?  children

(It is a Federal Regulation that all adult family members be personally interviewed.  If an adult family member was unable to attend this interview they must be present at the HF Orientation or be interviewed in person prior to AP's arrival.)

Were there any concerns expressed by:  Host Mother  ☐ Yes  ☒ No  Host Father ☐ Yes  ☒ No

   If yes, briefly describe: _____

## Living with an International Visitor

Is the family aware of the adaptation process the Au Pair will experience as she learns to live in the U.S.? ☒ Yes  ☐ No
   If no, Community Counselor should discuss some of the initial settling in issues e.g. homesickness,
   language difficulties, lack of friends, inability to be effective with the children.

## Living with a Young Adult

Do you feel that the family understands the impact that the presence of a young adult will have in their home? ☒ Yes  ☐ No
Did you discuss some of the issues, positive and negative, inherent in hosting a young adult?  ☒ Yes  ☐ No

   List issues discussed: _____

AIFS0072310
CONFIDENTIAL

**Host Family Name:** ███████████   **ID Number:** <u>78795</u>

## *Transportation*

| | | |
|---|---|---|
| Did you discuss car usage with the family? | ☑ Yes | ☐ No |

When will the Au Pair be able to use the family car? <u>Yes</u>

Are there any restrictions on car use?  <u>To be determined based in driving skills</u>

| | | |
|---|---|---|
| Is the family aware of the need for adequate car insurance? | ☑ Yes | ☐ No |

If no car usage available, is the family aware that transportation to and from classes and cluster meetings is the Host Family's responsibility? ☑ Yes ☐ No

How will the family handle this? <u>Will provide transportation</u>

## *Financial Aspects/Program Policies*

Is the family aware of their financial responsibilities to the Au Pair, including pocket money paid weekly for 51 weeks, education allowance, transportation costs to and from classes and cluster meetings? ☑ Yes ☐ No

Did you discuss the "no refund/replacement" policy? ☑ Yes ☐ No

✚**Note to the Counselor**: Advise Host Family to review Program Policies Handout sheet in brochure prior to orientation.

Do they understand that there may be a gap in childcare should a change of Au Pair be needed? ☑ Yes ☐ No

What are their back-up childcare arrangements? <u>baby sitters/family members</u>

## *Role of the Community Counselor*

Does the family understand and accept Community Counselor's obligation to maintain ongoing contact with them and their Au Pair during the year? ☑ Yes ☐ No

Does the family understand their obligation to cooperate with the Community Counselor in maintaining monthly contact? ☑ Yes ☐ No

Does the family understand the Community Counselor role as mediator should problems develop? ☑ Yes ☐ No

Does the family understand their obligation to attend an annual Host Family Workshop? ☑ Yes ☐ No

## *The Home*

Physical Appearance of the home: <u>Very nice, spacious, suburban home</u>

Describe the Au Pair's bedroom:<u>will have a choice of upstairs room with shared bath or walk-out basement (poolside)</u> room

## *Recommendation*

**I recommend** ☑ / **do not recommend** ☐ this family for the Au Pair in America program (please check one).

If not, please explain: _____

✚**Note to the Counselor:** Be sure to review Weighted Preferences form with Host Family and remind Host Family to contact their Placement Coordinator if there are changes.  Please do not use this form to submit changes to their Weighted Preferences.

*Community Counselor's signature* <u>Barbara Fetta</u>          *Date*<u>6/13/12</u>

*Revised 02/2006*

U:\Maria\mking documents\FORMS\Sharepoint Templates\HF Interview FormSP.DOC

AIFS0072311
CONFIDENTIAL

**REPLY APP 00390**

# Host Family and
# Au Pair/Companion Agreement




River Plaza, 9 West Broad Street, Stamford, CT 06902-3788    (800) 9-AU-PAIR

The U.S. Department of State requires the au pair/companion and the host family to sign a written agreement that outlines the au pair's obligation to provide not more than the maximum allowable hours of child care services per week.

We recommend the host family establish "on-duty" schedules to clarify the days and hours of child care to be provided by the au pair/companion, recognizing that such schedules may change over the course of the year.

The host family and au pair/companion must consider and agree to the following:

☑ I/We understand that an au pair on Au Pair in America's standard or Extraordinaire program is not to provide more than 45 hours of child care services per week; the companion on the EduCare program is not to provide more than 30 hours of child care services per week.

☑ I/We understand that an au pair/companion is not to provide more than 10 hours of child care on any given day.

☑ I/We understand the au pair/companion is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month.

☑ I/We understand the au pair/companion is to receive two weeks paid vacation during her stay in the United States (to be mutually agreed upon between the host family and au pair/companion).

☑ I/We understand that an au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.

☑ I/We understand the au pair/companion is in the U.S. to provide care to the host family's children and may not seek other employment opportunities.

☑ I/We understand that the au pair/companion will register and attend classes offered by an accredited U.S. post-secondary institution. Au pairs on the standard or Extraordinaire program agree to complete not less than six semester hours of academic credit or its equivalent; companions on the EduCare program agree to complete not less than 12 semester hours of academic credit or its equivalent. I/We understand that non-participation in the education component is a violation of program regulations. *Note: Au pairs on the standard/Extraordinaire program who fail to comply with this requirement will lose their completion payment. EduCare companions pay a non-refundable program fee and expect placement with a family who supports their interests in education.*

☑ I/We understand that the host family is required, in addition to covering transportation costs to and from class, to reimburse tuition and related material costs incurred by the au pair/companion to meet the education requirement up to a maximum of $500 for au pairs on the standard/Extraordinaire program and $1,000 on the EduCare program. Costs in excess of the maximum required contribution will be covered by the au pair/companion.

☑ I/We agree to adhere to our respective agreements with Au Pair in America and to comply with the intent of the governing regulations which stipulate the au pair/companion may stay with a host family up to the end of her 12-month J visa term performing au pair duties. I/We understand the arrangement can be extended only through approval of the Department of State for up to an additional year. Details regarding extending the arrangement will be presented in month eight of the au pair's year.

We have read and agree to the terms outlined above. We further agree to adhere to the program regulations established by the U.S. Department of State and shared with us by the Au Pair in America program.

| ██████████ | 78795 | _(signature)_ | 9-17-14 |
|---|---|---|---|
| Print name of Host Parent/Guardian 1 | ID# | Signature of Host Parent/Guardian 1 | Date |

| Marcela Gonzalez | N0111 | _(signature)_ | 9-17-14 |
|---|---|---|---|
| Print name of Host Parent/Guardian 2 | ID# | Signature of Host Parent/Guardian 2 | Date |

| _(signature)_ | | _(signature)_ | |
|---|---|---|---|
| Print name of Au Pair | ID# | Signature of Au Pair | Date |

Community Counselor Name

AIFS0072312
CONFIDENTIAL

**Sign and give White Copy to Au Pair in America's Community Counselor**
Host Family retains Yellow Copy • Au Pair retains Pink Copy

1/05

REPLY APP 00391

Compliance : New Match Assessment & Agreement Report

9/26/2017

**Current Counselor Name**
Barbara Fetta

**Host Family Name**
███████████

**Host Family ID**
78795

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Match Dates**
8/11/2014-8/10/2015

**Program Code**
AP-Standard Program

**Who was present at the 2 week assessment?**
Select all

███████████
███████████
███████████
███████████

☑ Marcela Gonzalez Segura

**Select the meeting date**
09/17/2014

If this evaluation was not conducted within the first 2 weeks that the au pair was in the family home, provide reason for the delay:
Scheduling conflicts with host family

**Did the two-week visit take place in the host family home?** ● Yes ○ No

**Second check of au pair's room meets requirements** ● Yes ○ No

**Was there a 3 day training for the au pair?** ● Yes ○ No

**What responsible adult supervised the three day training?**
Former au pair

Additional Details/Name of other adult who supervised the training:
███████████

**Is the au pair settling in?** ● Yes ○ No

**Does the au pair have a schedule for her responsibilities?** ● Yes ○ No

**Does au pair schedule fit within regulations hours?** ● Yes ○ No

**Does the au pair know how and when she will receive her weekly stipend?** ● Yes ○ No

**Does the au pair understand her responsibilities?** ● Yes ○ No

**I confirmed with the au pair that her host family helped her become familiar with her new community and surroundings** ● Yes ○ No

**Does the au pair feel she is connecting with the children?** ● Yes ○ No

AIFS0072313
CONFIDENTIAL

REPLY APP 00392

Case No. 1:14-cv-03074-CMA-KMT   Document 960-21   filed 04/27/18   USDC Colorado   pg 198
of 243

Case 1:14-cv-03074-CMA-KMT   Document 986-2   Filed 04/13/18   USDC Colorado   Page 199
of 243

9/26/2017
Compliance : New 2 Week Assessment & Agreement Report

**Is the au pair comfortable in the home?**  ⦿ Yes  ◯ No

**Has the au pair connected with other au pairs?**  ⦿ Yes  ◯ No

**Confirm the au pair has information about the education options**  ⦿ Yes  ◯ No

**Review the Au Pair in America ID card with the au pair and confirm the au pair has your contact information and the Au Pair in America emergency number**  ⦿ Yes  ◯ No

**Does the au pair have any concerns at this time?**  ◯ Yes  ⦿ No

Any additional information about the au pair

**Does the host family feel the au pair is settling in?**  ⦿ Yes  ◯ No

**Does the host family feel the au pair understands her responsibilities?**  ⦿ Yes  ◯ No

**Does the host family feel the au pair is connecting with the children?**  ⦿ Yes  ◯ No

**Does the host family feel au pair is participating in family meals/activities?**  ⦿ Yes  ◯ No

**Has the host family confirmed they have made arrangement for the weekly stipend to be paid?**  ⦿ Yes  ◯ No

**Has the host family discussed time off with their au pair; holidays and vacation time?**  ⦿ Yes  ◯ No

**Does the host family have any concerns at this time?**  ◯ Yes  ⦿ No

Any additional information about the host family

**Your overall assessment of the match so far**
Excellent

**I have reviewed the 2-week agreement with both the au pair and host family and answered any related questions**  ⦿ Yes  ◯ No

**Do you need to discuss this match with your regional program manager?**  ◯ Yes  ⦿ No

Additional Details:

**Upload signed agreement:**
Agreement HF78795 HFN0111.pdf

AIFS0072314
CONFIDENTIAL

**REPLY APP 00393**



## SCHEDULE

**Host Family ID :** **78795** 

☑   I am aware that an au pair may not work more than 45 hours per week if participating on the standard au pair or Extraordinaire programs; 30 hours per week for the EduCare program. The scheduled hours may not exceed 10 hours per day or extend over more than five and a half days. At least one day off is to include the Sabbath if requested.

| Day of the Week | Start Time | End Time | Total Hours |
|---|---|---|---|

**Total Hours Per Week:**

Please feel free to add any additional information about your au pair's work schedule. Schedule changes on a regular basis. You will work early mornings to get the girls to school, have the morning and early afternoon off most days then work after school and evenings. You will be responsible for preparing all meals for the girls, cleaning all areas the girls use: kitchen, bathroom, bedrooms. We have a cleaning person who comes in once per week but you are responsible for cleaning up after yourself and them in the interim. There will be nights and weekends required. We are always fair. Our current au pair extended for her second year with us.

**Travel and Activity**

Does your job require overnight travel to another city?*

○ Yes    ⊙ No

Are you regularly out of the home during the evening?*

⊙ Yes    ○ No

Gina is a nurse who works 3-11.

AIFS0072315
CONFIDENTIAL

**REPLY APP 00394**

REPLY APP 00395



## Education Summary for Au Pairs Applying for an Extension

**Note to Community Counselors:**

Use this form to verify that an au pair has completed, or will complete, her educational requirement by the end of her first year and submit to Adriana Lucero. Your signature at the bottom of the form confirms that you have verified that this au pair is in compliance with the State Department's education requirement that: an au pair complete 6 semester hours (or its equivalent) of academic credit at post secondary accredited institutions; or an EduCare companion complete 12 semester hours (or its equivalent) of academic credit at post secondary accredited institutions.

Au Pair Name: Marcela Gonzalez Segura          ID #: N0111

U.S. Arrival Date: August 11, 2014

| Name of Institution | Course Title | Credit/CEUS/Hours (please specify) | Course Start Date (mm/dd/yyyy) | Course End Date (mm/dd/yyyy) |
|---|---|---|---|---|
| 1. Rhode Island College | Outreach Program's ESL | 180 hours | 01/05/2015 | 04/16/2015 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

☑ **Note to Community Counselor– by checking this box, you verify that:** to the best of your knowledge, the above information is true and accurate and that you would be able to provide primary documents verifying the au pair's education if requested. You are required to retain records pertaining to your au pair's education for three years.

Counselor Name: Tanja Carroll          Date: April 26, 2015          GEO code: RIP

educare  Au Pair  Au Pair Extraordinaire

U/AExtensionEducationVerification Form.doc

AIFS0072416
CONFIDENTIAL

9/26/2017
Compliance : Regulation Check-In Report

Case No. 1:14-cv-03074-CMA-KMT   Document 960-21   filed 04/27/18   USDC Colorado   pg 201
Case 1:14-cv-03074-CMA-KMT   Document 986-21   Filed 04/13/18   USDC Colorado   Page 202
of 243

Compliance : Regulation Check-In Report

**Current Counselor Name**
Barbara Fetta

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Date of contact**
11/11/2014

**What type of contact?**
Email

**Is the au pair receiving the weekly stipend every week and for the full amount?**   ● Yes   ○ No

**Is the au pair working over hours?**   ○ Yes   ● No

**Has the au pair scheduled or will schedule vacation time?**   ● Yes   ○ No

**Is the au pair working on her education?**   ● Yes   ○ No

**Is the au pair experiencing the cultural exchange aspect of the program?**   ● Yes   ○ No

Additional Information:

**Do you need to discuss this au pair with your regional program manager?**   ○ Yes   ● No

**REPLY APP 00396**

Compliance : Regulation Check-In Report

**Current Counselor Name**
Tanja Carroll

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Date of contact**
02/04/2015

**What type of contact?**
Email

**Is the au pair receiving the weekly stipend every week and for the full amount?**   ● Yes   ○ No

**Is the au pair working over hours?**   ○ Yes   ● No

**Has the au pair scheduled or will schedule vacation time?**   ● Yes   ○ No

**Is the au pair working on her education?**   ● Yes   ○ No

**Is the au pair experiencing the cultural exchange aspect of the program?**   ● Yes   ○ No

Additional Information:
AP comments on cultural exchange: "Yes. It's the best decision that I could take! I'm enjoying a lot that experience!"

**Do you need to discuss this au pair with your regional program manager?**   ○ Yes   ● No

AIFS0072318
CONFIDENTIAL

**REPLY APP 00397**

**Current Counselor Name**
Tanja Carroll

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Date of contact**
05/04/2015

**What type of contact?**
Email

**Is the au pair receiving the weekly stipend every week and for the full amount?**   ● Yes   ○ No

**Is the au pair working over hours?**   ○ Yes   ● No

**Has the au pair scheduled or will schedule vacation time?**   ● Yes   ○ No

**Is the au pair working on her education?**   ● Yes   ○ No

**Is the au pair experiencing the cultural exchange aspect of the program?**   ● Yes   ○ No

Additional Information:
I think become in Au Pair is the best decision that I made! The cultural exchange has been great, I learned a lot from my family and I teach them about my culture too.

**Do you need to discuss this au pair with your regional program manager?**   ○ Yes   ● No

AIFS0072319
CONFIDENTIAL

**REPLY APP 00398**

Compliance : Regulation Check-In Report

**Current Counselor Name**
Tanja Carroll

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Date of contact**
11/16/2015

**What type of contact?**
Email

**Is the au pair receiving the weekly stipend every week and for the full amount?**   ◉ Yes   ○ No

**Is the au pair working over hours?**   ○ Yes   ◉ No

**Has the au pair scheduled or will schedule vacation time?**   ◉ Yes   ○ No

**Is the au pair on track with completing her education requirement?**   ○ Yes   ◉ No

**Has the au pair completed the education requirement?**   ○ Yes   ◉ No

List the educational institutions attended:
n/a

List the courses taken:
n/a

**Is the au pair experiencing the cultural exchange aspect of the program?**   ◉ Yes   ○ No

Additional Information:
She is looking into classes to start in the spring

**If there is a pattern of non-compliance with any of the above or other regulatory requirements, check yes and your regional program manager will contact you?**   ○ Yes   ◉ No

AIFS0072320
CONFIDENTIAL

**REPLY APP 00399**

9/26/2017
Compliance : Regulation Check-In Report

Case No. 1:14-cv-03074-CMA-KMT   Document 960-21   filed 04/27/18   USDC Colorado   pg 205
of 243

Case 1:14-cv-03074-CMA-KMT   Document 966-21   Filed 04/13/18   USDC Colorado   Page 206
of 243

Compliance : Regulation Check-In Report

**Current Counselor Name**
Margaret Feno

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Date of contact**
04/19/2016

**What type of contact?**
Email

**Is the au pair receiving the weekly stipend every week and for the full amount?**   ● Yes   ○ No

**Is the au pair working over hours?**   ○ Yes   ● No

**Has the au pair scheduled or will schedule vacation time?**   ● Yes   ○ No

**Is the au pair on track with completing her education requirement?**   ● Yes   ○ No

**Has the au pair completed the education requirement?**   ○ Yes   ● No

List the educational institutions attended:
Wake Technical Community College

List the courses taken:
Advanced ESL

**Is the au pair experiencing the cultural exchange aspect of the program?**   ● Yes   ○ No

Additional Information:
Marcela is in Puerto Rico with a friend, but she is SO happy that she came here to NC, she loves her HF and wishes she could stay longer.

**If there is a pattern of non-compliance with any of the above or other regulatory requirements, check yes and your regional program manager will contact you?**   ○ Yes   ● No

AIFS0072321
CONFIDENTIAL

REPLY APP 00400

Compliance : Regulation Check-In Report

**Current Counselor Name**
Margaret Feno

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Date of contact**
07/19/2016

**What type of contact?**
Phone

**Is the au pair receiving the weekly stipend every week and for the full amount?**    ● Yes    ○ No

**Is the au pair working over hours?**    ○ Yes    ● No

**Has the au pair scheduled or will schedule vacation time?**    ● Yes    ○ No

**Is the au pair on track with completing her education requirement?**    ● Yes    ○ No

**Has the au pair completed the education requirement?**    ○ Yes    ○ No

List the educational institutions attended:
Wake Technical Community College

List the courses taken:
various advanced ESL classes: Conversation and Writing for non-Native speakers.

**Is the au pair experiencing the cultural exchange aspect of the program?**    ● Yes    ○ No

Additional Information:
Marcela is doing well, can't believe her time here is nearly done. She is excited to be going to NYC, but we talked about being present here with the kids before she leaves too, she admits that she has been a bit distracted but promised to do better.

**If there is a pattern of non-compliance with any of the above or other regulatory requirements, check yes and your regional program manager will contact you?**    ○ Yes    ● No

AIFS0072322
CONFIDENTIAL

**REPLY APP 00401**



# HOST FAMILY APPLICATION
Host Family ID:   132182

## GENERAL INFORMATION

**Program preference (check all that apply)***

| | |
|---|---|
| Standard Au Pair Program | ☑ |
| Extraordinaire Au Pair Program | ☑ |
| EduCare Au Pair Program | ☐ |
| Year2 Au Pair | ☑ |

We would like the au pair to arrive:     January     2016

How did you hear about Au Pair In America?     Referred by a host family

Please indicate the Host Family or Community
Counselor who referred you to our program:     ▮▮▮▮     ▮▮▮

Referral City:     Lexington

Referral State:     MASSACHUSETTS

Please describe current methods of child care used:

Nanny

*"Parent 1" and "Parent 2" refer to parents, step-parents or guardians of the child(ren) living at the same address as the child(ren).*

| **Host Family Parent 1** | | **Host Family Parent 2** | |
|---|---|---|---|
| Title: | Ms. | Title: | Mr. |
| First Name: | ▮▮▮ | First Name: | ▮▮▮ |
| Last Name: | ▮▮▮ | Last Name: | ▮▮▮ |
| Relationship to children: | Mother | Relationship to children: | Father |
| Cell Phone: | ▮▮▮ | Cell Phone: | ▮▮▮ |
| Occupation: | Other | Occupation: | Medical |
| Job Title: | Pharmaceutical Sales | Job Title: | Interventional Account Manager |
| Employer: | ▮▮▮ | Employer: | ▮▮▮ |
| Work Phone: | ▮▮▮ | Work Phone: | ▮▮▮ |

| | |
|---|---|
| Email: | ▮▮▮ |
| Email: | ▮▮▮ |

☑ Primary
☐ Primary

### Home Address

| | | | |
|---|---|---|---|
| Address Line1: | ▮▮▮ | Home Phone: | ▮▮▮ |
| Address Line2: | | Fax: | |
| City: | Raleigh | | |
| State: | NORTH CAROLINA | | |
| Zip: | 27608 | | |

AIFS0072323
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

REPLY APP 00402



# HOST FAMILY APPLICATION

Host Family ID:   132182

## HOUSEHOLD INFORMATION

Are you currently expecting a child?

○ Yes   ◉ No

Are you currently planning to adopt a child under the age of two?
○ Yes   ◉ No

**Child(ren) Requiring Au Pair Care**

| Name | DOB | Gender | Special Needs | Medical Condition |
|------|-----|--------|---------------|-------------------|
| S▬▬▬ | ▬▬2012 | M | ☐ | ☐ |

**Other Family / Household Members**

| Name | Date Of Birth | Relationship |
|------|---------------|--------------|

## Interests/Abilities

Please indicate what interests or abilities the members of your family have:

**Athletic**
- ☑ Swimming
- ☐ Horseback Riding
- ☑ Cycling
- ☐ Skiing
- ☐ Tennis
- ☑ Soccer
- ☑ Running
- ☐ Gymnastics

**General Interest**
- ☐ Writing
- ☑ Reading
- ☑ Arts/Crafts
- ☐ Chorus
- ☐ Dance
- ☐ Photography
- ☑ Artwork
- ☐ Computers
- ☐ Community Service

**Musical**
- ☐ Piano
- ☐ Guitar
- ☐ Violin
- ☐ Other Musical Instruments

## Other

| | |
|---|---|
| Marital status: | Married |
| Host Family home is in a: | City |
| Nearest major city: | |
| Travel Distance | |
| Travel Time | |
| Is public transportation easily accessible in your community? | ◉ Yes ○ No |
| Would you consider a non-driving au pair? | ○ Yes ◉ No |
| Do host parent(s) speak English fluently? | ◉ Yes ○ No |
| Will the au pair have a private room that meets fire code safety standards in your home? | ◉ Yes ○ No |
| Are the parents/guardians all U.S. citizens or legal, permanent residents of the United States? | ◉ Yes ○ No |

## Religious, Cultural and Dietary Information

Does your household maintain religious, cultural practices or dietary restrictions of which the au pair should be made aware?

◉ Yes   ○ No

Christian family.

AIFS0072324
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

**REPLY APP 00403**



# HOST FAMILY APPLICATION

Host Family ID:   132182

## Conviction Information

Have you or any member of your immediate family been convicted of an offense other than a minor traffic

○ Yes    ⊙ No

## Pet Information

Do you have any of these house pets?*

| None | Dog(s) | Cat(s) | Bird(s) | Other |
|------|--------|--------|---------|-------|
| ☐ | ☑ | ☐ | ☐ | ☐ |

AIFS0072325

HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

**REPLY APP 00404**

Hello,

██████ and I are excited to welcome an au pair into our home and to become a part of our family. We have two small children and an eleve   n year old dog named Togan.  Our son S████ is three and a half our daughter C █████ (C████) just turned two on December 12.  S████ is all boy as we like to say. He loves anything construction related and loves to play outside and dig in the dirt. He also loves to play with puzzles and read. He is a sweet boy. C ████ loves to drive trucks with her brother as well as read. She also loves to dance and is just a sweet and funny girl.

As a family we love to visit local parks, zoos, museums, and the likes. B    oth our children love food and are open to trying new cuisines.  Quacomole  is one of their favorite foods! We enjoy going out to dinner as a family. We love   love to travel and generally take a few trips a year. The kids have a lot of fun at the beach and also enjoy hiking.

We have had wonderful experiences with    nanny's  over the last three and a half years and they have truly become a part of our family. We have several friends who have au pairs and have truly loved the experience. We are ver    y excited about the opportunity and look forward to speaking with you.

Best regards,

██████

AIFS0072326

HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

**REPLY APP 00405**

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-10   filed 04/27/18   USDC Colorado   pg 211
Case 1:14-cv-03074-CMA-KMT   Document 986-10   Filed 04/13/18   USDC Colorado   Page 212 of 243
of 242

Hello and Happy New Year,



███ and I wanted to take this opportunity to introduce ourselves and provide some insights on our family and why we would like to find an au pair to help care for our kiddos and become a part of our family. ██████ and I have been married for five years and have two children. S███ is three and a half and C ██████ (C███) is two. She just turned two on December 12, 2015. We also have a King Charles  Spaniel , Togan. He is almost twelve years old and is in great shape.

███ and I met at ████████████ , where we were both employed at the time. At the time █████ was living in Connecticut and I was living in North Carolina. I have spent several years in New York City and upstate New York after college and knew I love the North East. To make a long story short we knew right away we wanted to spend our lives together and each of us were willing to move so that we could have a proper courtship. ████ left ████ d joined a medical device company and moved to Raleigh. Five years later we are still in Raleigh with two wonderful children. ████ works for a device company called ████ For the most part he works out of the home but there are occasions where he will work from home. I work for ████ pharmaceuticals in sales. We both have been in the pharmaceutical and device world for the last thirteen or so years. We love our careers and feel that the flexibility they provide make them great for having a wonderful home/work balance.

We are looking for an au pair who loves children and will take great care of them, have fun, and become a part of our family. We are very excited about bringing a different culture into our home. ████ and I both love to travel and are just thrilled to find a great fit for our family. We will need care for our kids from 8-5 Monday through Friday. This may change an hour or two but in general those will be the work hours.   S███ goes to a Church Preschool three mornings a week from 9-1 and Charlie is at home every day.   S███ will go to preschool four mornings a week beginning in September and C ████ will go two mornings a week. S███ loves school and has made several friends. There are nine girls in his class and three boys. Needless to say, the three boys pal around together. It's quite funny actually. The school is a mile up the road which is very convenient. Both kiddos wake up around seven and start their day with breakfast, some play time and then three mornings a week ██ is off to school a little before nine. They both still nap. They usually go down for their naps around 1:30 and sleep till around four. When they get up from nap, they are usually ready for a snack. ████ or   myself get home at five and when the weather is nice we usually spend about an hour outside at a park or in the yard. Both kids love to play outside.   S███ loves driving his dump truck, collecting rocks, digging for worms, and really enjoys reading and putting together puzzles. C ████ enjoys all of these activities as well as coloring and playing with stickers. Both kids are full of life and are a lot of fun.

███ and I have traveled quite a bit to Europe, the Bahamas, the   Carribean , and enjoyed a trip to Quito and the Galapagos a few years back. We moved to Boston last year and were so fortunate to have met Silvana who was our nanny. She is from Brazil and is ju st a gem of a person. We loved bringing the Brazilian culture in   to our home. Our kids enjoyed her cooking!!!! Rice and beans and burritos were amongst their favorite foods she would make. Oh, and they also loved her yucca. We look forward to bringing more culture into our home when we find an au pair.

We currently live in Downtown Raleigh which is the Capital of North Carolina. We love Raleigh and find the size to be great. Not too big, not too small. We are just a couple miles from downtown Raleigh which as a lot of yummy restaurants, parks, and museums. We live five minutes from a nice movie theatre as well as a few malls. We don't have to get on a highway to get to our grocery store, downtown, restaurants, movies, etc. We are so close to everything which we really appreciate.   We are hopeful an au pair will love Raleigh as well. I believe there is a good contingency of au pairs in Raleigh and there really is a lot to do. We are surrounded by wonderful Universities. In Raleigh there are several colleges including NC State, Meredith College, Peace College as well as a few others.   We just moved  into a new home a few weeks ago and are really enjoying our new neighborhood. We have a lot of really nice neighbors and lots of kids in the neighborhood. We have a big meadow in the backyard which is just so much fun for the kids.   We also have a guest room with a bathroom in the room which we hope and think will be quite comfortable for an au pair.

Raleigh is two hours from the nearest beach and three hours to the mountains. Both the beaches and the mountains of NC are lovely and we frequent them.   Raleigh is also an hour flight to New York City which is such a fun city. We have friends and

AIFS0072327
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

family in Connecticut as well as the Boston area so we try and get to the Northeast a few times a year.

We look forward to finding an au pair and hope that the au pair becomes a part of our family. With that, we will have a few household rules. We will ask that the au pair help keep the     kids playroom tidy as well as their rooms. We will also ask that the au pair be involved in meal times with the kids which may involve some cooking at times. We will ask that during the week the au pair be home by  ten or eleven or eight hours before he/she is scheduled to work with the kids. We are hopeful that our au pair will join us for some evening meals, dinners out, trips to the beach, etc.

Thank you so much for your time! Look forward to meeting you.

Best,

█████████████ and Togan

AIFS0072328
HIGHLY CONFIDENTIAL -
ATTORNEYS EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT   Document 966-2   filed 04/27/18   USDC Colorado   pg 213
of 242

Case 1:14-cv-03074-CMA-KMT   Document 96-21   Filed 04/18/16   USDC Colorado   Page 214
of 243
Compliance : Host Family Orientation Report

9/26/2017

Compliance : Host Family Orientation Report

**Current Counselor Name**
Margaret Feno

**Host Family Name**
███████████

**Host Family ID**
132182

**Date Orientation Occurred:**
01/16/2016

**Was it a group or individual orientation?**
Group

**Where did the orientation take place?**
Host family home

Additional Details:
We went over all the details of Marcela's arrival, ███████████ have been working hard to make sure she is welcomed! They are buying a new car and making ███████ old car the 'au pair car', and are putting the finishing touches on her room. They are very excited about her arrival tomorrow, and I think they are ready.

**Who was present at the orientation?**
Select all
☑ ███████████
☑ ███████████

**Upload check list from orientation or check off items below that were discussed:**
Select all
☑ Review host family orientation materials
☑ Review counselor generated materials
☑ Preparation for the au pair's arrival
☑ Au pair visa
☑ I-9 Employment Eligibility form
☑ Weekly stipend/taxes
☑ Acquiring a social security number
☑ Banking
☑ Health and liability insurance
☑ Tips for welcoming the au par
☑ Communication guidelines
☑ Living with an au pair, the first three days: work schedule and expectations for child care and safety
☑ Living with an au pair, the first three days: household and family rules including curfew, household duties and responsibilities
☑ Holidays, vacation and travel
☑ Car insurance, car usage and optional AAA driving class
☑ Phone use and computer use
☑ Education
☑ Annual host family day/workshop
☑ Role of the community counselor
☑ Global Awareness
☑ 2 week notice rematch policy

Upload check list form:

**Time spent on this activity:**
75

AIFS0072329
CONFIDENTIAL

**REPLY APP 00408**



## SCHEDULE

**Host Family ID :  132182  Mcdonald/Riggio**

☑    I am aware that an AP is to be given at least 1 weekend per month off; I am aware
that an AP schedule must include time for that an AP may not work more than 10 hours
per day; I am aware that an AP may not work more than 45 hours per week; I am aware
that an AP schedule must include time for classes.

**Day of the Week      Start Time      End Time      Total Hours**

**Total Hours Per Week:**

Please feel free to add any additional information about your au pair's work schedule.
▉▉▉▉▉ and I work outside of the home. The hours for the au pair will likely be 8-5 Monday
through Friday. There are times where we may get home a little earlier and would let our au pair
know. In this case, we would hope to coordinate a block of time on another day or night.

**Travel and Activity**

Does your job require overnight travel to
another city?*

○ Yes    ⊙ No

Are you regularly out of the home during the
evening?*

○ Yes    ⊙ No

AIFS0072330
CONFIDENTIAL

**REPLY APP 00409**

# Host Family and
# Au Pair/Companion Agreement





1 High Ridge Park, Stamford, CT 06905 · www.AuPairInAmerica.com · (800) 928-7247

The U.S. Department of State requires the au pair/companion and the host family to sign a written agreement that outlines the au pair's obligation to provide not more than the maximum allowable hours of child care services per week.

We recommend the host family establish "on duty" schedules to clarify the days and hours of child care to be provided by the au pair/companion, recognizing that such schedules may change over the course of the year.

☑ I/We understand that an au pair on Au Pair In America's standard or Extraordinaire program is not to provide more than 45 hours of child care services per week; the companion on the EduCare program is not to provide more than 30 hours of child care services per week.

☑ I/We understand that an au pair/companion is not to provide more than 10 hours of child care on any given day.

☑ I/We understand the au pair/companion is to receive a minimum of one and a half days off per week in addition to one weekend (Friday evening to Monday morning) off each month.

☑ I/We understand the au pair/companion is to receive two weeks paid vacation during her stay in the United States (to be mutually agreed upon between the host family and au pair/companion).

☑ I/We understand that the au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.

☑ I/We understand the au pair/companion is in the U.S. to provide care only to the host family's children and may not seek other employment opportunities.

☑ I/We understand that the au pair/companion will register and attend classes offered by an accredited U.S. post secondary institution. Au pairs on the standard or Extraordinaire program agree to complete not less than six semester hours of academic credit or its equivalent. I/We understand that non-participation in the education component is a violation of program regulations. EduCare companions agree to complete not less than 12 semester hours or its equivalent.

☑ I/We understand that the host family is required, in addition to covering transportation costs to and from class, to reimburse tuition and related material costs incurred by the au pair/companion to meet the education requirement up to a maximum of $ 500 .... for au pairs on the standard/Extraordinaire program and $ _____ on the EduCare program. Costs in excess of the maximum required contribution will be covered by the au pair/companion. Note: Subject to change by Department of State. Au Pair in America will explain any regulatory change.

☑ I/We agree to adhere to our respective agreements with Au Pair in America and to comply with the intent of the governing regulations, which stipulate the au pair/companion may stay with a host family up to the end of her 12-month (au pairs performing au pair duties. I/We understand the arrangement can be extended only through approval of the Department of State for up to an additional year. Details regarding extending the arrangement will be presented in month eight of the au pair's year.

☑ I/We understand the au pair/companion is responsible to claim taxable income with the IRS.

We have read and agree to the terms outlined above. We further agree to adhere to the program regulations established by the U.S. Department of State and shared with us by the Au Pair in America program.

| | | | |
|---|---|---|---|
| ▬▬▬▬▬▬▬▬▬ | | _[signature]_ | 6/13/16 |
| Print name of Host Parent/Guardian 1 | OR | Signature of Host Parent/Guardian 1 | Date |
| | | | |
| Marcela Gonzalez | | _Nicole Fields_ | 2/15/16 |
| Print name of Host Parent/Guardian 2 | OR | Signature of Host Parent/Guardian 2 | Date |
| Margaret Peno | | | |
| Print name of Au Pair | OR | Signature of Au Pair | Date |
| Community Counselor Name | | | |

**Sign and give White Copy to Au Pair in America's Community Counselor**
Host Family retains Yellow Copy · Au Pair retains Pink Copy

REPLY APP 00410

9/26/2017

Compliance : Host Family Interview Report

Compliance : Host Family Interview Report

**Current Counselor Name**
Margaret Feno

**Host Family Name**
████████████

**Host Family ID**
132182

**Date of Interview:**
12/23/2015

**Describe the au pair's Schedule**
Monday - Friday, days. Children are 2 and 3. 3 year old is in part time preschool, 2 year old will be too next year.

**Did host family interview take place at home?**  ○ Yes  ○ No

Explain?

**Check off family members present at interview**
Select all
☑ ████████████
☑ ████████████
☑ ████████████

**Home is**
Suitable for an au pair

Additional details:
Beautiful home, in great neighborhood in Raleigh

**Au pair's room is**
Suitable for an au pair

Describe au pair private bedroom
HF has two options for an AP room, one the private basement with separate entrance, the other her own suite upstairs. Both are more than adequate, and have private baths

**Did you review the au pair responsibilities? Federal regulation states that au pair's repsonsibilies be directly connected to the care and supervision of the children only.**  ○ Yes  ○ No

Additional details:

**Did you review the 3 day training period with the host family?**  ● Yes  ○ No

Additional details:
both parents work a lot from home, and have flexible schedules.

**Did you review the au pair schedule and government regulation for working hours?**  ● Yes  ○ No

Additional details:

**Are any of the children in the host family home diagnosed with a condition?**  ○ Yes  ● No

Additional details:

**Did you review the cultural exchange aspects as part of the relationship between the host family and au pair?**  ● Yes  ○ No

Additional details:

**Did you review the 30 day adjustment period?**  ● Yes  ○ No

Additional details:

**Does the host family understand that the au pair should be treated as family member?**  ● Yes  ○ No

Additional details:

AIFS0072332
CONFIDENTIAL

**REPLY APP 00411**

This HF really wants an inclusive, warm AP.

**Did you discuss the availability and usage of a car for the au pair?**    ⦿ Yes   ○ No

Additional details:
HF is planning to purchase an 'AP car' for her use. Do not need a driver for the kids right away

**Is the host family aware they must provide car insurance for the au pair and limit damages incurred by her to $500 per accident?**    ⦿ Yes   ○ No

Additional details:

**Did you review the host family financial obligations?**
Select all
☑ Program fee payment
☑ Stipend to au pair
☑ Education allowance
☑ Transportation costs to and from classes and cluster meetings
☑ 2 weeks paid vacation to au pair
☑ Au Pair in America refund policy

**Were there any concerns that needed more information raised by the host family?**    ○ Yes   ⦿ No

Additional details:

**Confirm that host family understands the need for back-up childcare during unforeseen circumstances?**    ⦿ Yes   ○ No

Additional details:

**Did you review your role as community counselor?**
Select all
☑ Minimum monthly contact
☑ Host family day requirement
☑ Cluster meetings
☑ Ongoing support you provide

**Do you recommend this host family for the Au Pair in America program?**    ⦿ Yes   ○ No

Additional details:
Delightful family, has many friends with APs, truly seems to understand the spirit of the program.

**Time spent on this activity:**
105

AIFS0072333
CONFIDENTIAL

**REPLY APP 00412**

9/26/2017

Case 1:14-cv-03074-CMA-KMT   Document 960-2   Filed 04/13/18   USDC Colorado   Page 218
of 242

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-1   filed 04/27/18   USDC Colorado   pg
219 of 243

Compliance : New Match Assessment & Agreement Report

Compliance : New Match Assessment & Agreement Report

**Current Counselor Name**
Margaret Feno

**Host Family Name**
▓▓▓▓▓▓▓▓

**Host Family ID**
132182

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Match Dates**
1/19/2016-8/10/2016

**Program Code**
AP-Standard Program

**Who was present at the 2 week assessment?**
Select all
☑ ▓▓▓▓▓▓
☑ ▓▓▓▓▓▓▓▓
☑ ▓▓▓▓▓▓▓▓
☑ Marcela Gonzalez Segura

**Select the meeting date:**
02/13/2016

If this evaluation was not conducted within the first 2 weeks that the au pair was in the family home, provide reason for the delay:
Host mom went out of town for a week, and we had inclimate weather for a bit before she left. AP has been in contact, we all had dinner a while back with the host mom and some other APs, and I saw her at a cluster meeting. I also spoke to the host mom on the phone a few times, so I knew all was going well.

**Did the two-week visit take place in the host family home?**   ◉ Yes   ○ No

**Second check of au pair's room meets requirements?**   ◉ Yes   ○ No

**Was there a 3 day training for the au pair?**   ◉ Yes   ○ No

**What responsible adult supervised the three day training?**
▓▓▓▓▓▓▓▓

Additional Details/Name of other adult who supervised the training:
▓▓▓▓▓ was home most of the time too.

**Is the au pair settling in?**   ◉ Yes   ○ No

**Does the au pair have a schedule for her responsibilities?**   ◉ Yes   ○ No

**Does au pair schedule fit within regulations hours?**   ◉ Yes   ○ No

**Does the au pair know how and when she will receive her weekly stipend?**   ◉ Yes   ○ No

**Does the au pair understand her responsibilities?**   ◉ Yes   ○ No

**I confirmed with the au pair that their host family helped her become familiar with her new community and surroundings**   ◉ Yes   ○ No

**Does the au pair feel she is connecting with the children?**   ◉ Yes   ○ No

AIFS0072334
CONFIDENTIAL

**REPLY APP 00413**

9/26/2017
Case No. 1:14-cv-03074-CMA-KMT Document 960-21 filed 04/27/18 USDC Colorado pg 219
of 243
Case 1:14-cv-03074-CMA-KMT Document 960-21 Filed 04/13/18 USDC Colorado Page 219
220 of 243
Compliance : New Match Assessment & Agreement Report

**Is the au pair comfortable in the home?**  ◉ Yes  ○ No

**Has the au pair connected with other au pairs?**  ◉ Yes  ○ No

**Confirm the au pair has information about the education options**  ◉ Yes  ○ No

**Review the Au Pair in America ID card with the au pair and confirm the au pair has your contact information and the Au Pair in America emergency number**  ○ Yes  ○ No

**Does the au pair have any concerns at this time?**  ○ Yes  ◉ No

Any additional information about the au pair:
Marcela likes to go out, and this HF is new and was a bit worried at first about her being out late with the car. They have compromised at a car curfew, but allow Marcela to stay out later. This seems to have satisfied all parties.

**Does the host family feel the au pair is settling in?**  ◉ Yes  ○ No

**Does the host family feel the au pair understands her responsibilities?**  ◉ Yes  ○ No

**Does the host family feel the au pair is connecting with the children?**  ◉ Yes  ○ No

**Does the host family feel au pair is participating in family meals/activities?**  ◉ Yes  ○ No

**Has the host family confirmed they have made arrangement for the weekly stipend to be paid?**  ◉ Yes  ○ No

**Has the host family discussed time off with their au pair; holidays and vacation time?**  ◉ Yes  ○ No

**Does the host family have any concerns at this time?**  ○ Yes  ◉ No

Any additional information about the host family
Marcela is great with the kids, and has been taking them to activities and programs █████████ are very pleased. She cooks very well too!

**Your overall assessment of the match so far:**
Excellent

**I have reviewed the 2-week agreement with both the au pair and host family and answered any related questions**  ◉ Yes  ○ No

**Do you need to discuss this match with your regional program manager?**  ○ Yes  ◉ No

Additional Details:
I think Marcela is a good fit for this new HF. She has a lot of experience, is very mature and very communicative. They have been able to sit down and talk a lot about issues that come up, and solve problems and compromise. I think this is a good sign. Everyone seems very comfortable.

**Upload signed agreement:**
IMG_3678.jpg

**Time spent on this activity:**
75

AIFS0072335
CONFIDENTIAL

Compliance : Host Family 48 Hour Report

**Current Counselor Name**
Margaret Feno

**Host Family Name**
███████████

**Host Family ID**
132182

**Check with whom contact was made:**
<u>Select all</u>


**Date of contact:**
01/19/2016

**What type of contact?**
Phone

**Confirm there was a responsible adult in the home for the three day training**   ● Yes    ○ No

**What was discussed?**
Marcela arrived safe and sound, and is just great. They are inviting other area APs over for dinner tomorrow. ████ is thrilled she is here!

**Time spent on this activity:**
10

AIFS0072336
CONFIDENTIAL

**REPLY APP 00415**

Compliance : Au Pair 48 Hour Report

**Current Counselor Name**
Margaret Feno

**Au Pair Name**
Marcela Gonzalez Segura

**Au Pair ID**
N0111

**Check with whom contact was made:**
Select all
☑ Marcela Gonzalez Segura

**Date of contact:**
01/19/2016

**What type of contact?**
Phone

**Confirm there was a responsible adult in the home for the three day training**   ◉ Yes   ○ No

**What was discussed?**
Marcela has arrived and said that she feels very welcomed and very happy to be here so far.

**Time spent on this activity:**
5

AIFS0072337
CONFIDENTIAL

# Exhibit 13

REPLY APP 00417



CC00000501

REPLY APP 00418

# Customize *your* childcare *with* an *au pair!*



### Dear fellow parent,

As a host mom to nine au pairs and Vice President for Cultural Care Au Pair since 1997, I have talked to many parents who are curious about our program. Since my first child, Ryan, was 9 months old, he and my daughter Katie have grown up with the help of au pairs from all over the world—and families want to know what that has been like. And I'm always happy to share my experience.

I tell them that by hosting au pairs, I've been able to customize my childcare according to my family's needs. So when Ryan and Katie were little, my husband Leo and I relied on our au pairs to work full days during the week caring for them in the safe environment of our own home. As my kids got older, our au pairs helped get them off to school in the morning and to lessons and practices on time. Because our au pairs worked less during the week, we had more coverage on the weekends for date nights. With au pairs I had control and flexibility over the "when", "where" and "how". Being at the mercy of the rules and limitations of day care or nannies didn't work as well for us.

I also share how welcoming au pairs into our home gave us peace of mind, an invaluable extra set of hands and the chance to expand our family of four into a family of 13, as we will forever consider our au pairs part of our family.

I'm glad you are curious about the au pair program, too. I encourage you to read through this brochure and also to go online for more information. One way in which I personally have been able to educate even more parents about our program is by answering common questions through my "Au Pair Answer Mom" video series on: **aupairanswermom.com**. I hope these and our other online resources will help you figure out if hosting an au pair makes sense for your family.

Sincerely,

*Susan Robinson*

Susan Robinson
Host mom to nine au pairs
Vice President of Cultural Care Au Pair
Au Pair Answer Mom

**Table of contents**

| | |
|---|---|
| What is an au pair? | 4-5 |
| Careful screening | 6-7 |
| Preparation and training | 8-9 |
| Becoming a host family | 10-11 |
| Choosing the right au pair | 12-13 |
| Support all year long | 14-15 |
| Why choose Cultural Care? | 16-17 |
| Getting started | 18 |
| Financial information | 19 |



**Cultural Care Au Pair introduces families to the benefits of hosting an au pair and many of our staff (pictured left with their au pairs) experience the program first-hand in their own homes!**

2  **1-800-333-6056**

CC00000502

REPLY APP 00419



## *Cultural Care Au Pair offers you:*

- **Up to 45 hours per week of live-in childcare**
- **The freedom to customize your childcare based on your family's needs**
- **An average weekly cost of just $345 (per family, not per child)**
- **Loving, one-on-one attention for your children**
- **Exposure to a different language and culture**
- **Local support during your program experience**
- **Worldwide office staff, on-call 24 hours a day**

### aupairvideos.com

Whether you are a family in the matching process, or just trying to learn what au pair candidates are like, we encourage you to visit **aupairvideos.com**. This site includes hundreds of videos created by Cultural Care au pairs themselves and provides a closer look at an au pair's childcare experience, motivation for traveling to the U.S., and, of course, her personality. You can also view a selection of hundreds of au pair profiles at: **culturalcare.com/availableaupairs**.

**culturalcare.com 3**

REPLY APP 00420

CC00000503



# What is an au pair?

Au pair childcare—the best of both worlds!

## Who becomes an au pair?

Au pairs are caring and committed, adventurous and educated young people from 20 different countries around the world who have a legal visa to spend one year in the U.S. They are 18 to 26 years old, high school graduates and proficient in conversational English. All of our au pairs have previous experience caring for children and are eager to learn about American culture while sharing their own.

## What can au pairs do?

In exchange for a weekly stipend and the opportunity to live with you as a family member, au pairs provide up to 45 hours per week of personalized and flexible childcare. You set her working hours according to your family's schedule. Au pairs can assist you with light household responsibilities related to the children and drive your children to and from school, appointments and lessons. They can also help with homework. Unique to this sort of exchange program, au pairs will enrich your children's playtime with international games, stories and activities.

## Why host a Cultural Care au pair?

Au pair childcare gives you the benefits of one-on-one attention for your children in your own home—without the high cost of a nanny. This convenience of a live-in provider at an affordable price gives host families incredible peace of mind. Our families also love the household help, exposure to a different language and culture and the energy au pairs provide.

*Hosting a **Cultural Care au pair** offers benefits that a day care center or nanny cannot. Use the chart below to determine whether the program is a good fit for your needs.*

| Value comparison | Au pair | Day care | Nanny |
|---|---|---|---|
| **$345 average weekly cost** (per family, not per child) An affordable childcare solution regardless of the number of children you have. | ✔ | NO | NO |
| **Up to 45 hours of care per week** A guaranteed number of childcare hours when you need them most. | ✔ | Varies | Varies |
| **Flexible scheduling option** The ability to create your own childcare schedule week-to-week. | ✔ | NO | Varies |
| **A government-regulated childcare program** Knowledge that your childcare is provided within the context of a carefully government regulated program. | ✔ | Varies | Varies |
| **Low caregiver-to-child ratio** Assurance that your children receive 100% of their caregiver's attention all day long. | ✔ | NO | ✔ |
| **Assistance with household duties** An extra helping hand with kids' laundry, meals and room clean-up. | ✔ | NO | Varies |
| **Year-long, local support** The assistance of a local childcare coordinator (LCC) throughout your exchange year. | ✔ | NO | NO |
| **Opportunity for cultural exchange** Exposure to a new culture, language and way of life. | ✔ | Varies | Varies |
| **Convenience of a live-in caregiver** Convenience and peace of mind that come with knowing your caregiver is close by. | ✔ | NO | Varies |
| **24-hour on-call service** The ability to reach a staff member around the clock in case of an emergency. | ✔ | NO | NO |

CC00000504

REPLY APP 00421

# *An au pair is...*

"...somebody who takes care of me when my parents are at work. She likes sports and teaches me how to do things like play Uno."

**Ella Wolff**
**Cultural Care host child**
**Illinois**

"...someone who loves to be around kids, wants to teach them new things and watch them grow up. I am like an older sister to Cooper and Ella. I love it when they tell me I am their favorite au pair!"

**Julia Dannenburg**
**Cultural Care au pair**
**from Germany**

"...a young woman like Julia who takes a genuine interest in our children. She not only takes great care of Cooper and Ella, she reinforces the values we want to instill in them. We feel very fortunate to have her in our lives."

**Meredith Wolff**
**Cultural Care host mom**
**Illinois**

"...someone who shows up at the breakfast table every morning ready to roll up her sleeves and help out any way she can. Julia makes life a lot easier."

**Sam Wolff**
**Cultural Care host dad**
**Illinois**



*"What is an au pair?" Visit: aupairanswermom.com*

culturalcare.com 5

CC00000505

# *Careful screening*

Only qualified candidates become Cultural Care au pairs

### Step-by-step selection process

Over the years, Cultural Care Au Pair has developed a step-by-step screening and selection process to provide you with the most appropriate au pair candidates for your family. We screen prospective au pairs for practical childcare experience, English language ability and education.

In 2010, we became the only au pair agency designated by the U.S. Department of State to recruit all au pairs through Cultural Care's exclusive recruitment network. Most agencies outsource their recruitment efforts to independent agents. Our unique recruitment structure reflects our belief that investing in a quality recruitment organization is the best way to ensure that Cultural Care au pairs are rigorously screened and well prepared for their year as an au pair with an American host family.

### Screening and Orientation

Every prospective au pair completes a pre-application and sends it to our office in her home country. If the candidate appears to fit the Cultural Care profile, she will be invited to attend a Screening and Orientation meeting with a recruitment leader who lives in her area. The Screening and Orientation meeting is conducted by trained recruitment leaders who spend several hours reviewing the Cultural Care program requirements and expectations with attendees.

### In-person interview

Each candidate has a personal interview in her native language and undergoes an English evaluation. Our English evaluation is designed to gauge an au pair's comfort in conversational English. During the personal interview, we also assess a candidate's personality and motivation for becoming an au pair. Through this personalized approach, we carefully evaluate each candidate's suitability for placement with an American family.

### Detailed application

Candidates complete a comprehensive application with information about their education, family background, interests and goals. Applicants provide details about their childcare experience and responsibilities, including the ages and gender of the children in their care. They also include personal photos, a letter to their host family written in English and three non-family references (at least one of which must document childcare experience). All references are verified before an applicant is accepted, and as a prospective host family, you may also choose to contact these references during the matching process.

### Background investigation

Cultural Care Au Pair completes a background screening on each au pair before she travels to the U.S. We require a police record check, a current health certificate, a confirmation of schooling and a standardized personality analysis, an effective tool for assessing personalities in different cultures and languages.

### All Cultural Care au pairs:

- Are recruited by Cultural Care staff
- Participate in a careful screening process
- Are 18 to 26 years old
- Are proficient in English
- Enjoy children and have previous childcare experience
- Express a sincere interest in living with an American family for a year
- Have successfully completed their country's secondary education
- Present three non-family references with at least one documenting childcare experience
- Participate in a 4-day orientation and training program at our Au Pair Training School

Cultural Care Au Pair seeks candidates with maturity, enthusiasm, proficient English and, of course, demonstrated childcare experience.



REPLY APP 00423

CC00000506

"We only recruit from countries in which we have established offices—so the quality of our au pairs is consistently superior."

### How does Cultural Care Au Pair's recruitment process differ from other agencies?

"Cultural Care Au Pair only recruits au pairs in countries where we have Cultural Care offices and full-time staff. This allows us to maintain consistent, rigorous screening and interviewing techniques. Our recruitment directors meet twice per year to share best practices and review the screening process together."

**Judd Liebman (left, back row) Host dad and Vice President of Au Pair Recruitment (with the team of recruitment directors)**

### How do you ensure an au pair knows what to expect?

"We promote this program as a full-time job with the added benefit of experiencing American culture and personal development. All of our au pairs learn what their responsibilities will be during the screening process and sit down one-on-one with a recruitment leader to be interviewed and ask questions. Our office also hosts pre-departure meetings to discuss expectations in the U.S."

**Jenny Engelhardt (center, back) Recruitment Director Norway and Denmark**

### What qualities do you look for in au pairs in Mexico?

"My team looks for all of the necessary qualities, including someone with excellent references and childcare experience. We also look for the qualities that we, as parents, would want in our own childcare providers: a genuine love for children, a positive attitude, flexibility, high energy, creativity and good values."

**Eva Corella (second in, on left) Recruitment Manager Mexico**



*"How are au pairs screened?" Visit: aupairanswermom.com*

culturalcare.com 7

CC00000507

# *Preparation and training*

With Cultural Care your au pair's training continues throughout the year

### Pre-departure training

Preparation for the au pair experience begins as early as the initial Screening and Orientation meeting. Topics discussed include au pair responsibilities, American culture and overall expectations for the year. This meeting often features a presentation by a former au pair who shares her experiences and offers advice. Prior to departure, au pairs learn about their new home by familiarizing themselves with their host family's application and reviewing material about the state in which they will live.

Each au pair receives a *Cultural Care Au Pair Handbook*, a detailed guide on American culture, family life, good communication skills and safety precautions, as well as program guidelines. Au pairs also complete an independent study unit in preparation for Cultural Care's unique Au Pair Training School in the U.S. Topics include American child-rearing, discipline, health and safety and age-appropriate activities. The Au Pair Account, an online resource containing invaluable information about the program year, is made available to au pairs once they have been accepted onto the program.

### Au Pair Training School

A Cultural Care Au Pair exclusive! Before arriving to your home, your au pair will attend a one-of-a-kind training program at the Oakdale campus of St. John's University on Long Island, NY. Cultural Care's unique Au Pair Training School has provided a comprehensive curriculum over the course of four days to help prepare au pairs for the year ahead.

Both the curriculum and accompanying workbook were developed in cooperation with The Children's Foundation in Washington, D.C. Class time is spent covering such topics as first aid, household safety, emergency procedures and childhood illnesses. Discussions also include children's nutrition, interacting with children and building their self-esteem. Au pairs also participate in a personal safety workshop led by a New York City police officer. Cultural Care Au Pair's training school campus is an ideal environment for introducing your au pair to life in America.

### Training through the year

Our Continuing Education Program (CEP) ensures that au pairs receive ongoing training with safety programs scheduled periodically throughout the year. Developed in partnership with Safe Kids USA, these informal seminars supply au pairs with information on safety measures and injury prevention for children. The CEP safety seminars are conducted by Cultural Care's local childcare coordinators. Area EMT authorities and safety educators are often invited to facilitate the training. Au pairs are quizzed on each safety topic and are encouraged to share what they learn with their host families.

### Ongoing safety seminars

The following are just a few of the topics covered at our CEP safety seminars held periodically for Cultural Care au pairs throughout their exchange year:

- Water and playground safety
- Carbon monoxide poisoning prevention
- Fire safety and prevention
- Household poisoning prevention
- Bicycle safety and sports injury prevention

*To learn more about our training school,*
*visit: **aupairtrainingschool.com***



At our Training School in New York, au pairs study a range of childcare skills, including how to plan age-appropriate activities.

8   1–800–333–6056

REPLY APP 00425

CC00000508



*"What do au pairs learn at the Au Pair Training School?"* **Visit: aupairanswermom.com**



"We are the dynamic team of training school teachers, and we are proud to prepare au pairs for their year ahead."

"I love working with au pairs from all over world. They all have previous childcare experience, of course, but I help prepare them to take on this responsibility in a new environment with a new family. The au pairs gain confidence as we give them the tools they need to provide a safe, enriching environment and to be a positive role model for the children in their care."

**Marie Lombardi**
**Teacher since 1995**
**Cultural Care Training School**
**St. John's University, New York**
*(Teachers from left to right:*
*Kris Raniolo, Joan Noga, Marie*
*Lombardi and Joyce Vera)*

**Background:**

With a Bachelor's degree in Education, French and Social Studies, Marie began her career teaching elementary and high school students. After two years working as a local childcare coordinator for Cultural Care Au Pair, Marie joined the training school staff in 1995.

**Au Pair Training Topics:**

- Health and safety
- Food and nutrition
- Common childhood illnesses
- Effective communication
- Ages and stages
- Building self-esteem in children
- Behavior management strategies

culturalcare.com 9

CC00000509

# Becoming a host family

We ensure families know their responsibilities for the exchange year

## Host family commitment

Your family should share Cultural Care Au Pair's commitment to ensuring that your au pair's American experience is as rewarding as possible. As a Cultural Care host family, you must be willing to include your au pair in family meals, activities and outings. In exchange for your hospitality, the au pair's primary responsibility is to provide childcare, including light household duties related to the children, for up to 45 hours per week.

## Host family responsibilities

Cultural Care Au Pair is designated and regulated by the U.S. Department of State. All host families, therefore, must adhere to government regulations, designed to ensure a successful program experience. Au pairs currently receive a weekly stipend of $195.75 from the host family. Their childcare responsibilities must not exceed 45 hours per week with a limit of 10 hours in any one day. Au pairs are entitled to one and a half consecutive days off per week, one complete weekend off each month and two weeks of paid vacation during the year.

As a host parent, you or another responsible adult must be at home during the first three days of your au pair's stay to familiarize her with your children and home. If you have a child under the age of three months, an adult must also be present in your home at all times. If you require your au pair to drive, you will be responsible for securing the appropriate auto and liability insurance.

## Educational classes

All Cultural Care au pairs are required by the U.S. Department of State to fulfill an educational component equivalent to six semester hours of academic credit during their year in the U.S. Host parents support their au pair's education by paying up to $500 for course enrollment and educational materials as well as providing the au pair with transportation to and from classes and meetings.

## Enrollment and screening

Enrolling in our program is easy. Apply online at **culturalcare.com** or call us for assistance at **1-800-333-6056**. Just as we screen au pairs to ensure they are appropriate for our program, we review all host family applications as well. Cultural Care Au Pair requires all families to submit two references along with their application: one personal and one professional. Additionally, each family will receive an in-home visit by a local childcare coordinator (LCC) during which program regulations will be reviewed in person and a tour of the home will be conducted.

## Family selection criteria

**A successful exchange year depends on matching a qualified au pair with a welcoming host family. In order to participate, a family must be:**

- Committed to cultural exchange and willing to welcome a young person from abroad into their home as a family member
- U.S. citizens or legal permanent residents
- Fluent in spoken English
- The parent(s) or guardian(s) of children requiring up to 45 hours per week of childcare
- Able to provide a private bedroom
- Available to participate in orientation meetings and attend host family conferences

*To watch videos created by our own host families, visit: ilovemyaupair.com*

Go online to view candidates who may be the right fit for your family! Visit: culturalcare.com/availableaupairs or aupairvideos.com.

10   1-800-333-6056

CC00000510

REPLY APP 00427

"Nicole and I tackle each day as a team, which makes all the difference in my family's quality of life."

"We were hoping to find an au pair who was outgoing and who loves to be a part of a loving, active and large household; Nicole has been all of that and more! Having live-in help has truly transformed our household. Every day is different, so life is much easier with a full-time au pair at home who can roll with the punches. This flexibility in our childcare has been amazing."

Gretchen O'Grady
Cultural Care host mom
Massachusetts

**Family profile:**

The O'Grady family lives in Marblehead, Massachusetts. In July of 2009, Gretchen and Brendan welcomed their au pair, Nicole Weiss, into their home. She extended her year for 12 additional months to continue caring for their four children Reilly (10), Caitlin (8), Brianna (6) and Sean (2).

**What Nicole thinks about her host family:**

"Another year in the U.S. has been an opportunity to continue having the best year of my life. I have been blessed with a great host family who I love and who has shown me how great America is. The O'Grady kids are like my little sisters and brother."

Nicole Weiss
Cultural Care au pair
from Germany



Au Pair ANSWER Mom!

*"What are the unexpected benefits of hosting an au pair?"* **Visit: aupairanswermom.com**

culturalcare.com   11

CC00000511

REPLY APP 00428

# Choosing the right au pair

With Cultural Care Au Pair finding the right match is stress-free

## Meeting your family's needs

Cultural Care Au Pair is committed to helping you find an au pair who best matches your needs and lifestyle—using an approach that works for you. For this reason, we are the only au pair agency that offers families three ways to match with potential au pair candidates.

## Three ways to match

Cultural Care Au Pair offers host families the ability to choose the method you prefer. Regardless of how you choose to move forward, you will always have the support of a dedicated placement manager throughout the selection process.

### 1. Personalized, exclusive matching

Your placement manager will carefully select applicants on your behalf. You will be presented with up to three exclusive au pair candidates based on the information in your application and discussions with your placement manager.

### 2. Consultative matching

For a more collaborative approach, you may schedule a consultative matching appointment with your placement manager. During this phone call, you will review multiple candidates over the phone and get an overview of our current pool of au pair candidates. By the end of the appointment, your placement manager will place up to three applicants in your account to review (based on your requirements and au pair availability).

### 3. Search and Select

If you prefer to search au pair profiles independently, we encourage you to "Search and Select" online at your own convenience. This option allows you to search through hundreds of available au pair profiles and to express interest in specific candidates.

## Never compete for a candidate

Unlike other au pair agencies, you will always be the only family reviewing au pair applications that have been placed in your account. For this reason, you will never compete with other families while you decide if a candidate is the right fit. This unique one-to-one approach ensures that you have enough time to make the best choice for your family. If you have questions or need clarification regarding any details of a candidate's application, your placement manager is there to assist you every step of the way.

## Phone interview

After you have carefully reviewed your prospective au pair's application, the next step is to conduct an interview by telephone. Keep in mind that personality is often as important as childcare experience in determining a successful placement. You are also encouraged to contact the candidate's references to discuss her qualifications.

## The final decision is yours

Although all au pair candidates have been carefully screened, only you can choose the right au pair for your family. If you are unsure about a particular candidate, Cultural Care Au Pair will re-match you with new candidates until you are fully satisfied with your final choice.

## Your au pair's arrival

Once you have chosen an au pair and the match is finalized, we take care of the appropriate visa forms. We also make your au pair's necessary travel arrangements from the school in New York to the arrival gateway nearest you.



## Our preferred matching system

One of the biggest ways in which au pair agencies differ is how they match host families and au pairs. Cultural Care's matching process sets us apart because we give families:

- Three ways to match to suit your family's needs
- Exclusive access to au pair matches so you never compete for a candidate
- A dedicated placement manager to support you throughout the selection process
- The largest selection of qualified, carefully screened candidates
- Immediate online access to a candidate's application, letter and photo collage

*To view available au pair profiles,*
*visit:* ***aupairvideos.com***

REPLY APP 00429

CC00000512



*"How does the matching process work?" Visit: aupairanswermom.com*

ANSWER Mom!

## "I never knew I could be so lucky to have three host children like I do. We have so much fun together every day."

"I believe that children can be our teachers. When you really pay attention, you can learn a lot from them. During my time in the U.S., I have learned that being an au pair is so much more than just taking care of kids. It is being a good role model, an older sister and a friend. Being an au pair is hard work, but it's worth it!"

**Adriana Maria Cota Ramirez
Cultural Care au pair
from Mexico**

### Relevant experience:

- Has 2,500+ hours of childcare experience
- Worked as a camp director
- Earned her driver's license in 2003 and drives on a daily basis

### Her host family:

Adrianna lived with the Bahnuk family in Rockland, MA. Her host parents, Elizabeth and Daniel, and host children Julia (4), Lucas (2) and Nathan (11 months) welcomed her into their home in June of 2009.

### What she thinks about the Bahnuk family:

"The Bahnuks have opened up their home to me and have created a warm and fun environment that has allowed me to feel comfortable and a part of their family. They love learning about my culture and think it's cool that the children are learning Spanish!"

REPLY APP 00430

CC00000513

# *Support all year long*

We're right there to guide you through the exchange experience

### Pre-arrival information

Prior to your au pair's arrival, you can log in to your Host Family Account to obtain information about your au pair's home country, her travel itinerary, a copy of the U.S. Department of State program regulations, and other information you will find helpful throughout your year. Cultural Care Au Pair also provides you with invaluable support materials. Our *Host Family InfoSource* is a searchable online resource designed to help answer your questions and provide helpful tools day or night. Our *Host Family Handbook* outlines your program responsibilities and shares insightful tips to help make your upcoming year a success. Our *Daily Communication Log* offers an effective format for you and your au pair to share information with one another during the week. Lastly, Cultural Care's customizable *Household Handbook* allows you to create a set of guidelines to help your au pair understand your family rules, routines and emergency procedures.

### Local representatives

Your local childcare coordinator (LCC) will be a valuable resource to both you and your au pair. Not only is she or he available should you have any questions, but your LCC also serves as a mentor to your au pair throughout the year.

### Orientation upon arrival

Upon your au pair's arrival to your home, you and your au pair will receive a welcome call from your LCC. Within two weeks, your LCC will arrange an orientation meeting with both you and your au pair. At this meeting, practical information will be discussed, including any initial adjustment issues and guidance on how to fulfill the educational requirement of the program.

### Frequent contact

Your LCC will maintain regular contact with you to make sure things are going smoothly. Your au pair will attend monthly meetings held by your LCC. This is an opportunity for your au pair to get updated program information and safety training, ask questions and make new friends. Contact with other au pairs helps to ensure an enjoyable and fulfilling year in the U.S. Several times a year, you and your au pair will receive email updates about program news and events throughout the country.

### Office support

After your LCC, your primary contacts at Cultural Care Au Pair are your placement manager and program director. Whether based in our main office or in one of our local satellite offices, your placement manager is responsible for guiding you through the matching process, and your program director works closely with your LCC to provide assistance throughout the year. Account Services representatives are also available to answer any general questions on insurance, flights, payments or invoices.

### Office hours to suit your needs

Cultural Care Au Pair has designed our office hours to accommodate the lives of busy families. You can reach a representative through our toll-free number Monday–Friday from 7:30am–5:30pm in all time zones: **1-800-333-6056**. We also have staff available on the weekends from 10am-4pm to assist families with matching needs and connect overseas calls. You may also choose to send us an email anytime at **aupair@culturalcare.com**, and in an emergency, you can reach a member of our staff 24 hours a day.



**Support materials for your year include:**
*Daily Communication Log*
*Host Family Handbook*
*Household Handbook*
*Host Family InfoSource*

### Your local childcare coordinator (LCC) will:

- Interview your family in your home
- Conduct an initial orientation with your au pair and family
- Hold monthly meetings for your au pair including seasonal safety units
- Maintain monthly contact with your family
- Provide advice on local educational opportunities
- Schedule two host family day conferences/events per year
- Provide support and advice as needed
- Act as a liaison between you, your au pair, your placement manager and program director



Your local childcare coordinator (LCC) serves as the primary liaison between you, your au pair and our Cultural Care Au Pair office staff.

14   **1-800-333-6056**

**REPLY APP 00431**

# "Nurturing relationships between host families and au pairs is an important part of my role—and one I love to do."

"My husband Dennis and I are both LCCs, and the two of us love welcoming au pairs from all over the world into our small midwestern community. Our home is always open to host families and au pairs in need of a listening ear, a hug or a home-cooked meal. Whatever it is that will make the exchange year successful, we are there to make it happen."

**Jean Ann Bjonfald**
**Cultural Care local childcare**
**coordinator (LCC)**
**Minnesota**
*(pictured with Austrian au pair, Steffie Kratky)*

**Background:**

Jean Ann became a local childcare coordinator (LCC) in February of 1999. As the mother of five grown children and grandmother to eight, Jean Ann loves growing her family even more to include new au pairs and host families each year.

Jean Ann also works as a special events coordinator for an international public relations firm, so the outings she organizes for her group are always a hit. "Mom's Night Out," an opportunity for host moms to gather for food, wine and great company, is an especially popular event!

**What a host dad has to say about Jean Ann:**

"My wife and I feel blessed to have four wonderful children. We feel just as blessed to have hosted six great au pairs—each of whom has added something special to our lives. We credit our success with the program to good communication, openness to different cultures and our LCCs, Jean Ann and Dennis Bjonfald. They have been by our side whenever we've needed them. Simply put, they are wonderful!"

**Joel Krueger**
**Cultural Care host dad**
**Minnesota**



*"What is the role of my local childcare coordinator (LCC)? Visit: aupairanswermom.com*

culturalcare.com  15

CC00000515

# Why choose Cultural Care Au Pair?



### America's leading—and largest—au pair agency

Although all are governed by the same U.S. Department of State regulations, au pair agencies differ in ways that will impact your family's program experience. Cultural Care Au Pair has been the leader in the au pair industry since our program began over 20 years ago—we are not only the largest agency, but the most well-connected within the cultural exchange community. You will rely on on-the-ground support from the most extensive network of local childcare coordinators (LCCs) in the country. And you can depend on our knowledgeable office staff for help seven days a week.

### Dedicated recruitment offices

Our size and extensive global network provide distinct advantages to our customers. Each Cultural Care au pair has been recruited and screened through staff in an established Cultural Care office. Unlike most organizations that outsource with independent agents to recruit their au pairs, we control the standards of the recruitment process from beginning to end to make sure that our commitment to quality is consistent in every country.

### Superior customer service

While Cultural Care Au Pair offers you the security of a large organization, we also provide the personalized customer service you need to feel confident you are making the right childcare choice for your family. Having a dedicated LCC, program director and placement manager means your family has personalized support at every stage of your application process and program year. Our staff is just a phone call away and always ready to help with any questions or issues you have.

### Continuous program enhancements

Our mission to provide the best possible customer service prompted us to launch our first customer satisfaction survey in 2008. Since that time, Cultural Care has published the results of our families' feedback (*see below*) and taken steps to further improve our program based on our families' suggestions. Some of the most significant program enhancements since 2008 include our Repeat Family Rewards program, online host family community (**community. culturalcare.com**), modified extended payment plan, updated matching system and "Peace of Mind" guarantee.

### Always an affordable option

**Not all au pair agencies offer the same affordable weekly cost. When considering your options, it's important to know how our costs differ from other agencies. Unlike other agencies, Cultural Care Au Pair:**

- Only charges $75 to start matching compared to up to $350 with other leading agencies.
- Won't charge you extra for additional childcare experience such as infant or teaching qualifications.
- Doesn't hide fees—we are upfront with the costs of hosting an au pair and how that factors into our weekly cost calculation (see page 19 for more information).
- Offers the largest discounts for repeat families in the industry.

# Our commitment to quality

*Cultural Care Au Pair is proud of our quality leadership among au pair programs, and we believe that the results of our customer satisfaction surveys speak for themselves:*



**We are satisfied with the quality of childcare that our au pair provides:**

Agree / Disagree

94% 96% 97% / 6% 4% 3%



**We are pleased with the choice we made to use the services of Cultural Care Au Pair:**

Agree / Disagree

96% 97% 98% / 4% 3% 2%



**We would recommend the services of Cultural Care Au Pair to other families:**

Agree / Disagree

94% 96% 97% / 6% 4% 3%



Key:
2008
2009
2010

REPLY APP 00433

CC00000516

## When considering other childcare options, make sure you know about their...



| | |
|---|---|
| **Pool of au pair candidates** | Because Cultural Care Au Pair is the largest au pair agency in the U.S., we have hundreds of candidates for families to choose from year-round—more than any other agency. |
| **Recruitment and screening structure** | Cultural Care Au Pair recruits every au pair exclusively through our own established worldwide network staffed with full-time employees. Most agencies outsource their recruitment processes to independent agents. |
| **Local support** | Cultural Care Au Pair has the largest network of local childcare coordinators (LCCs) in the industry. Our LCCs undergo rigorous training and ongoing professional development. |
| **Matching process** | We offer our families three ways to match depending on their individual preference. Once a match is placed into a host family's account, they have exclusive access to her/his application, eliminating stressful competition between families. |
| **Payment options** | Families have the option to pay the fee in full right away or in installments. All families enjoy a "Peace of Mind" guarantee that protects them in the case of involuntary job loss. |
| **Au pair training methods** | When our au pairs arrive to the U.S, they spend the first 4 days at our Au Pair Training School on St. John's University campus in NY. They learn safety and development curriculum from dedicated teachers in an interactive classroom setting. |
| **Customer loyalty programs** | We reward our loyal host families with significant program fee discounts and prioritized matching. Repeat families can save up to $2,000 with our Repeat Family Rewards program. |
| **Program history and experience** | Cultural Care Au Pair has been a leader in the cultural exchange community for over 20 years. Our founding company, EF Education, is the world's largest private educational institution and manages dozens of cultural and language programs. |
| **Commitment to helping children in need** | Cultural Care Au Pair's philanthropic program, Kids First, is dedicated to raising money for children in need worldwide. Our staff, LCCs, host families and au pairs raised over $40,000 for the cause last year alone. |

**WE ARE A MEMBER OF:**





**DEDICATED TO SUPPORTING:**

  

 



Our headquarters are in Cambridge, MA, but we have staff in communities nationwide ready to service your family.

culturalcare.com 17

REPLY APP 00434

CC00000517

# *Getting started is easy!*

Submit your application today to start matching

### Submit the online host family application

Go to **culturalcare.com** to access our easy, save-as-you-go application. Your application will introduce us to your family's background, childcare needs and preliminary au pair schedule. Please complete the application carefully, as it will be used to begin our personalized matching process and will be presented to your prospective au pair.

### Choose an arrival date

Cultural Care Au Pair welcomes a new group of au pairs to the Au Pair Training School almost every single week, making it easy to bring a new au pair into your home any time of the year. We encourage families to apply to the program 8 to 10 weeks prior to your desired arrival date, but the sooner we receive your application the more time we have to find the best match for you. If you require more immediate childcare, please call us at **1-800-333-6056** to learn more about au pairs who may be available sooner.

### Ask for references

Ask your employer and a friend to complete professional and personal references. References can be completed and submitted online at **culturalcare.com/references** or you may request hard copies by calling **1-800-333-6056**.

### Write a letter to your prospective au pair

To complete your application, you will be required to write a letter to your prospective au pair and submit some photos of your family and your home. This letter should introduce your family to your future au pair and should highlight your family's personalities, interests and values, as well as the area in which you live. You can upload your letter and photos to your online application at your convenience. The letter and photos will be made available to your au pair once your selection is finalized.

### Schedule a personal interview

After we receive your application, a local childcare coordinator in your area will contact you to schedule an in-home interview to review paperwork, discuss your childcare needs and expectations and answer any questions you have regarding the program.

### Make the right choice

As you are completing the full application process, you will work with your placement manager to finalize an au pair match for your family. Each time a suitable match is made, you will review the candidate's application through your Host Family Account, conduct a phone interview and give detailed feedback on the match to your placement manager. Your local childcare coordinator and placement manager will be available to help you throughout this process until you are confident that you have chosen the best au pair for your family.

### Let us take care of the rest!

We will take care of the appropriate visa forms and travel arrangements from the Au Pair Training School in New York to the arrival gateway nearest you. Local and office support will be available to you and your au pair throughout the year ahead.

## APPLY NOW!

Our convenient, save-as-you-go technology allows you to submit your application and get started on the matching process right away.

Start today at **culturalcare.com**.



18 **1-800-333-6056**

CC00000518

REPLY APP 00435

# *Financial information*

## PROGRAM COSTS

### Paid to Cultural Care Au Pair:

### Application fee: $75

A non-refundable application fee of $75 is due at the time of application. This entitles you to begin our personalized matching process and allows you access to our online database of available au pair profiles. In addition, you will have the support of a dedicated placement manager as you review au pair applications.

### Selection fee: $275

Upon final selection of your au pair candidate, a "selection" fee of $275 will be due to secure your au pair match and allow us to process visa paperwork and reserve flights. This non-refundable fee may be made by check or credit card.

### Program fee: $7,295[1]

The program fee includes the recruitment, screening and preparation of your au pair; your au pair's training at the Cultural Care Au Pair Training School; host family and au pair orientations; international airfare; a full year of basic travel insurance; training materials; and year-long support from Cultural Care Au Pair office staff and your local childcare coordinator. See program fee payment terms at right.

### Paid to your au pair:

### Weekly stipend: $195.75[2]

The weekly stipend is paid by you directly to your au pair for 51 weeks, which includes two weeks of paid vacation.

## PROGRAM FEE PAYMENT TERMS

### Regular payment plan

The program fee, less any applicable discounts, is due 30 days prior to your au pair's arrival to the Au Pair Training School. Payment may be made by check or credit card.

### Extended payment plan

Our extended payment plan makes paying for your program year even more convenient as you may choose to pay-as-you-go in easy installments. Please contact us or visit our website for more details about this option: **culturalcare.com/paymentplan**.

## PAYMENT OPTIONS

For your convenience, we accept the following methods of payment:

   

*Please read the application forms and the Host Family Agreement for detailed financial information, including our refund policy. All fees are effective January 1, 2011 and are subject to change. A fee of $50 will be charged on all late payments, returned checks or declined credit cards.*

[1] *The program fee amount may vary based on the expected period of program weeks to be received.*

[2] *The weekly stipend is determined by the U.S. Department of Labor using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend. Since tax laws are different in every state, please consult a tax professional regarding filing requirements.*

## OTHER COSTS TO CONSIDER

In addition to the program and stipend fees listed, there are variable costs to consider that vary from family to family including:

### Educational allowance: up to $500

U.S. Department of State regulations require families to provide an allowance of up to $500 to enable their au pair to attend post-secondary accredited educational courses during the program year.

### Additional insurance

Families who require their au pair to drive must ensure she has been added to their current insurance policy.

It is also important to review whether your state requires workers' compensation coverage for an au pair living in your home.

### Room and board

Families are required to provide their au pairs with a private bedroom and include them in family meals.

### Domestic transportation fee

If families require their au pair to travel to their home from the Au Pair Training School in NY, they will incur a domestic transportation fee. For a full list of our gateways and associated costs, please refer to our "Costs" section on **culturalcare.com**.



### How it adds up:

$75 application fee

+ $275 selection fee

+ $7,295 program fee

+ $195.75 au pair stipend x 51 weeks

÷ 51 program weeks

= **$345 average weekly cost!**

**SAVE EVEN MORE!** For a complete list of current discounts, visit **culturalcare.com/discounts**.

### ALWAYS AN AFFORDABLE OPTION

Cultural Care Au Pair is one of the most affordable childcare options available. Regardless of the number of children in your family, the average weekly cost is just $345. Other leading au pair agencies charge extra for certain qualifications. Day care centers charge expensive per child rates. And, quality nannies base their fees on local demand and their high rates can fluctuate dramatically. By choosing Cultural Care Au Pair, you are guaranteed flexible, affordable childcare.

[3] *Based on statistics compiled by the National Association of Child Care Resource & Referral Agencies (NACCRRA) for families living in major metro regions of the U.S. with two children (one 0 to 2-year-old and one 3 to 5-year-old).* [4] *Based on a 2010 salary and benefits survey distributed by the International Nanny Association.*



**Average weekly cost**

Cultural Care Au Pair: $345
Other au pair agencies: $425
Day care centers: $445[3]
Nannies: up to $700[4]

CC00000519

REPLY APP 00436

## *Choosing Cultural Care Au Pair gives you:*

- Flexible, live-in childcare for up to 45 hours per week
- The ability to customize your childcare schedule to your family's needs
- A more affordable solution to day care or nannies
- A cultural exchange experience for the whole family
- The largest national network of local childcare coordinators
- Worldwide support staff, on-call 24 hours a day



**Average weekly cost just $345!**
(That's $7.70 per hour!)

**Call toll free:**
1–800–333–6056

**Visit our website:**
culturalcare.com



## Cultural Care Au Pair

*Cultural Care Au Pair*
*One Education Street*
*Cambridge, MA 02141*
*Phone: 1-800-333-6056*
*Fax: 1-617-619-1101*
*E-mail: aupair@culturalcare.com*



RAINFOREST ALLIANCE CERTIFIED

**Mixed Sources**
Product group from well-managed forests and recycled wood or fiber
www.fsc.org Cert no. XXX-XXX-000
© 1996 Forest Stewardship Council
FSC

REPLY APP 00437

CC00000520