# Exhibit B

# Exhibit 14

REPLY APP 00438



Cultural Care
Au Pair

**Host Family
Handbook**

culturalcare.com

REPLY APP 00439

CC00000717

# *Welcome to the Cultural Care Au Pair Family!*

Welcome to the Cultural Care family! In selecting our program, you have opened the door to an enriching, international relationship that will benefit you and your children for years to come. When you host a Cultural Care au pair, you provide your children with quality care in the familiar environment of your own home as well as the unique cultural benefits of hosting an international visitor.

The Cultural Care *Host Family Handbook* is designed to help you successfully navigate your year with your au pair. When people from different cultures live together, they inevitably experience both challenges and triumphs, and our aim is to give you the information and resources you need to make your experience a positive one.

In this handbook, you will find information covering a number of helpful topics. The time you spend reviewing this information both before your au pair arrives and during your year will be time well spent. We also recommend using Cultural Care's *Household Handbook* (available through your Host Family Account) and *Daily Communication Log* (included in your welcome pack) in conjunction with this *Host Family Handbook*. All will enhance communication between your family and au pair while she lives in your home. Your local childcare consultant, and office staff will also be available to answer questions you have during the year.

We hope you find this handbook helpful, and we wish you a wonderful program year with your au pair!

2013 International Care, Ltd.

REPLY APP 00440

CC00000718

# *Useful Contact Information*

## *Local childcare consultant*

*Name:* _____

*Telephone:* _____

*Email: firstname.lastname@lcc.culturalcare.com (i.e., jane.smith@lcc.culturalcare.com)*

*Email:* _____ . _____ *@culturalcare.com*

*Website:*

## *Program director*

*Name:* _____

*Telephone:* _____

*Email: firstname.lastname@culturalcare.com (i.e., jane.smith@culturalcare.com)*

*Email:* _____ . _____ *@culturalcare.com*

### *Au Pair Services* (insurance, flights, etc.):

*Telephone: 1-800-448-5753*
*Email: aupair.operations@culturalcare.com*

### *Aetna Student Health* (for claims in the U.S.):

*Telephone: 1-800-783-7447*
*Email: erika@aetna.com*

### *AXA Assistance* (24-hour emergency assistance for all au pairs except Nordic):

*Telephone: 1-800-847-3948*
*Email: erika@axa-assistance.de*

### *Falck TravelCare* (24-hour emergency assistance for au pairs from Sweden, Denmark, Norway and Finland):

*Telephone: 1-800-871-9211*
*Email: erika@falcktravelcare.com*

## *General*

*E-mail: aupair@culturalcare.com*
*Website: culturalcare.com*
*Online Community: community.culturalcare.com*
*InfoSource: http://infosource.family.culturalcare.com*
*Au Pair Answer Mom: aupairanswermom.com*

REPLY APP 00441

CC00000719

# *Table of Contents*

**1. Welcome to Cultural Care Au Pair** ........................................................................... **6**

Your Cultural Care team ................................................................................................... 6

Host Family Account & Infosource ................................................................................... 7

## BEFORE YOUR AU PAIR ARRIVES

**2. Your role as a host family** ...................................................................................... **8**

Supporting cultural exchange ........................................................................................... 8

Family member versus employee ...................................................................................... 8

Effective communication .................................................................................................. 8

Providing support ............................................................................................................. 8

**3. Preparing to welcome your au pair** ........................................................................ **9**

Required preparations ...................................................................................................... 9

Suggested preparations .................................................................................................... 9

## DURING THE YEAR

**4. The first few days** ................................................................................................. **12**

Arrival dates and airport/bus gateway ............................................................................ 12

Cultural Care Training School ....................................................................................... 12

The first few days ........................................................................................................... 13

Setting realistic expectations .......................................................................................... 14

**5. Program guidelines and rules** ............................................................................. **16**

U.S. State Department regulations ................................................................................. 16

General au pair responsibilities ...................................................................................... 16

General host family responsibilities ............................................................................... 16

**A. Scheduling and payment** ........................................................................................ 17

    Childcare schedule ................................................................................................... 17

    On- versus off-duty .................................................................................................. 17

    Weekly stipend ......................................................................................................... 17

    Weekly schedule ....................................................................................................... 17

    Weekly meetings ...................................................................................................... 18

**B. Au pair vacation and sick days** ............................................................................... 18

    Au pair vacations ...................................................................................................... 18

    Family vacations ....................................................................................................... 18

    Au pair sick days ...................................................................................................... 19

**C. Educational component and monthly meeting requirements** ................................. 19

    Educational component requirements and resources ................................................ 19

    Au pair monthly meetings ........................................................................................ 20

    Continuing Safety Education Program (CSEP) ........................................................ 20

    Host family events .................................................................................................... 20

CC00000720

REPLY APP 00442

D. Au pair insurance and travel ...................................................................................21
   Travel insurance ...........................................................................................................21
   Filing an insurance claim..............................................................................................21
   Au pair travel guidelines................................................................................................22
   Travel during your au pair's first year...........................................................................22
   Travel during the 30-day "grace period".......................................................................23
   Travel during the extension year....................................................................................23
   Travel to Canada, Mexico and the Caribbean in the second year..................................23
   Travel and visa paperwork.............................................................................................24

## 6. Household rules ....................................................................................................26
Car use and car insurance..............................................................................................26
Phone use.......................................................................................................................27
Computer use.................................................................................................................27
Curfew..........................................................................................................................27

## 7. Social Security, taxes and workers' compensation ...................................28
Social Security................................................................................................................28
Taxes and personal financial matters .............................................................................28
Workers' compensation..................................................................................................30

## 8. Cross-cultural dynamics ...................................................................................30
Cultural differences.......................................................................................................30
Culture shock and adjustment cycle ..............................................................................30

## 9. Host family and au pair communication .......................................................32
Communicating with your au pair ................................................................................32

## 10. When issues arise ...............................................................................................34
Solving problems on your own......................................................................................34
When to involve your LCC and/or program director ...................................................34
Entering into a transition ..............................................................................................35

# THE END OF YOUR YEAR

## 11. Repeating with Cultural Care Au Pair..........................................................37
Repeat Family Rewards .................................................................................................37
Extending with your current au pair .............................................................................37
Welcoming a new au pair...............................................................................................38

## 12. Preparing for your au pair's departure........................................................39
Your au pair's return flight.............................................................................................39
30-day grace period .......................................................................................................39
Reverse culture shock ....................................................................................................39
Saying goodbye ..............................................................................................................40
Making the transition to a new au pair ..........................................................................40

## 13. Appendix...............................................................................................................41
U.S. Department of State regulations.............................................................................41

REPLY APP 00443

CC00000721

**CHAPTER 1**

# *Welcome to Cultural Care Au Pair*

Thank you for choosing Cultural Care Au Pair to fulfill your childcare needs! We look forward to working with you throughout the year.

As we often say—the most successful host families are those who are well prepared and who put effort into their relationship with their au pair. This handbook is a great resource for host families, both new and veteran, who are looking for ways to make the most of their time on the program. We encourage you to read this handbook thoroughly before your au pair arrives so you can start off on the right foot, and to keep it handy so you can continue to reference it throughout your year.

## *Your Cultural Care team*

Cultural Care Au Pair's offices are located in Cambridge, MA, and we also have a network of 600+ field staff and local childcare consultants who service families and au pairs locally. You will work closely with both full-time staff and your local childcare consultant (LCC).

Upon applying (or reapplying) to our program, your placement manager will play a key role in helping you throughout the matching, interviewing and "finalizing" process. S/he can play as big or small a role as you want in the search for your au pair. Once your au pair arrives to the U.S., your primary office contact during the year will be your program director. While your LCC will be your first point of contact while you host an au pair (see below), your program director is a resource for you and will become involved if your LCC is not available or if you encounter any bigger issues along the way.

Our Account Services team is also available to help at any time if you have questions regarding your account, finances or the program in general. Lastly, you will also receive occasional emails from our U.S. headquarters in Cambridge, MA, including details about important program updates and incentives.

### **LOCAL CHILDCARE CONSULTANTS (LCCS)**

From the moment you register until the end of your program term, your local childcare consultant (LCC) will be your primary contact and support system. S/he is located within an hour's drive of your home and is not only available to support you, but serves as a mentor to your au pair throughout the year.

Your LCC has many responsibilities in supporting your family and au pair during the year. S/he will:

- Interview your family in your home
- Conduct an initial orientation with your au pair and family within two weeks of your au pair's arrival
- Hold monthly meetings for your au pair



### **CULTURAL CARE STAFF**

As a host family, you can count on the following office and field staff members to support you during your au pair year:

- **Placement Manager**
- **Program Director**
- **Account Services team**
- **Local childcare consultant**

REPLY APP 00444

CC00000722

- Maintain monthly contact with your family
- Provide advice on local educational opportunities
- Invite you to host family events
- Give support and advice as needed
- Conduct a mediation in case of a dispute
- Act as a liaison between you, your au pair, your placement manager and program director

Perhaps the most critical support you will receive from your LCC will be the interview, orientation and regular follow-up during the year.

### IN-HOME INTERVIEW

After you register for the program, your LCC will visit you in your home to complete a host family interview. During this interview, your LCC will review the program regulations and answer any remaining questions you may have. S/he will also make sure your expectations are realistic and share tips for making your au pair year a success. Approving the au pair's bedroom is also a necessary part of the interview and required by the U.S. Department of State. Before you can welcome your au pair, an in-home interview with your family must be completed—a State Department regulation.

### ORIENTATION UPON ARRIVAL

Shortly after arriving to your home, your au pair will receive a welcome call from your LCC, and within two weeks, your LCC will arrange an orientation meeting with both you and your au pair. At this meeting, your LCC will have an opportunity to introduce her/himself to your au pair and make sure the first few days have gone well. Practical information will be also discussed, including any initial adjustment issues and guidance on how to fulfill the educational component.

### MONTHLY CONTACT

For the rest of your exchange year, your LCC will contact you once a month. These are informal calls or emails to check in and a required part of the program. Please be responsive to these calls—they are meant to ensure the well-being of all our participants. Additionally, your au pair will attend monthly meetings organized by your LCC. This is an important opportunity for your au pair to receive updated program information and safety training, ask questions and make new friends.

## *Host Family Account & InfoSource*

To help guide you through the year, we have compiled a wealth of great information that you can find through your online Host Family Account in a section called InfoSource. InfoSource includes helpful information that is categorized as it relates to: General program information; Before your au pair arrives; During your year, The end of your year; and Extras.

We encourage you to spend some time exploring your Host Family Account and remember to revisit it during the year if you are looking for program information or advice. A search function makes it easy to find just what you are looking for.

We are confident that the staff and online resources we provide for you as a host family will help you successfully navigate your program year.



**MORE ON INFOSOURCE**

Whenever you see the InfoSource symbol featured in this handbook, it means that you can find more information on the topic at hand by going to your Host Family Account and clicking on "InfoSource." You can navigate directly to the page indicated or use the search function to locate information on your own.

InfoSource is often the best way to access information about our program at any time.

REPLY APP 00445

CC00000723

**CHAPTER 2**

# *Your role as a host family*

Being a host family not only means following Cultural Care and U.S. Department of State regulations, but also being prepared to embrace the cultural exchange spirit of the program. Supporting the exchange of culture, treating your au pair as a family member, communicating effectively and giving your au pair the support she needs are all ways to make sure you are doing your part as a host family.

## *Supporting cultural exchange*

While an au pair's responsibility to care for your children is of utmost importance, it is also crucial for au pairs to enjoy the benefits of an exchange experience. Experiencing life in the U.S. is one of the biggest attractions of the au pair program to young people around the world and you play an important role in this by:

- Helping her adjust to a new language and culture
- Encouraging her to seek new experiences
- Including her in your own American traditions and holidays
- Inviting her to share her own customs and traditions with you

## *Family member versus employee*

An au pair should not be treated simply as an employee, but rather an extension of your family. As such, give and take is important. Asking how her day was, being thoughtful around holidays or birthdays, and including her in family meals will go a long way to making her feel welcome and supported in your family. Think about how you would want someone to treat your child living with a host family abroad and treat your au pair accordingly.

Your au pair may not always join you at dinner time or participate in every family weekend excursion—and that is okay. Knowing you care enough about her to offer these opportunities is what's important.

### *Effective communication*

While our au pairs come with prior childcare experience and undergo a rigorous curriculum at our Au Pair Training School, only you know what works best in your own home, and it is your responsibility to share this information with your au pair. The au pair program is most successful when host parents take the time to verbalize their needs and expectations—not all at once but more than once!

### *Providing support*

There will be days when your au pair feels homesick or needs reassurance while adjusting to immersion in a new language and culture, especially in the beginning. While your LCC and Cultural Care office staff can step in to help, you are the first line of support to your au pair. Taking the time to listen to her and offer encouragement is part of being a great host family.

"Antonia stepped into our home with so much openness and love that it is hard to remember life before her and difficult to think what it would be like without her here. We have learned much about her culture (luckily through the delicious snacks and meals she offers to prepare) and her family at home. From us she has learned about New York and New Jersey, our four seasons (snow!) and American holidays, including Thanksgiving."

**Dnistrian Family in New Jersey**

REPLY APP 00446

CC00000724

Our veteran host families say it best, "You get out of the au pair program what you put into it." Families who invest in communication, teamwork and support have the most rewarding relationships with their au pairs — and their children are the ones who benefit most.

**CHAPTER 3**

# *Preparing to welcome your au pair*

Once you have selected and finalized an au pair match, you will most likely have a period of weeks or months before your au pair arrives. During this time, we encourage you to ensure you are making the right preparations before her arrival.

## *Required preparations*

There are a few things that host families must complete before welcoming an au pair, including their host family registration and the in-home interview.

### COMPLETED HOST FAMILY REGISTRATION

Before your au pair can travel to your home, the U.S. Department of State requires you to submit a complete registration, including all personal and professional references and agreement forms. Part of the registration process includes agreeing to a criminal background check for all adults living in your home. Not only is a complete registration required by the Department of State, it also gives your au pair a preview of life with your family and assists your au pair in obtaining her visa. Consular officers at U.S. embassies often ask au pairs about the families they will be joining in the U.S., and request to review host family information.

### HOST FAMILY IN-HOME INTERVIEW

Another U.S. Department of State regulation dictates that all host families participate in an in-home interview with their LCC prior to their au pair's arrival. This interview must occur each year you welcome an au pair into your home, and all adults living in your home must be present for the interview. Your LCC will ask you to sign and date the interview form to acknowledge that you discussed the program requirements and rules, and that you agree to abide by them. Your LCC will also ask to see the au pair's bedroom to check that it is a suitable space for her to live in during the year.

The in-home interview is a great opportunity for you to ask any outstanding questions you may have about the program and to get to know your LCC a bit better. If you receive this handbook prior to your interview, we suggest reviewing it so that all questions and concerns can be addressed.

## *Suggested preparations*

In addition to completing your registration and host family interview with your LCC, there are other steps to consider that will help you be prepared to welcome your au pair. You will want to maintain contact with your au pair while making sure her room is ready, finalizing your *Household Handbook* and schedule, preparing for upcoming tasks and investigating educational options.

### HOST FAMILY INTERVIEW

The in-home interview is conducted by your LCC and includes the following:

- Discussion of current family situation and any anticipated changes.

- A tour of the home and the au pair's bedroom (it must have a door that can be closed and an effective means of egress).

- Review of U.S. Department of State regulations.

- Discussion of car use expectations.

- Cultural awareness information.

REPLY APP 00447

CC00000725

## CONTINUE COMMUNICATION

After you've selected your au pair, it's important to maintain regular contact with her until she arrives to your home. Correspondence will help put your au pair and her family at ease about the approaching year. The following are suggestions as to how you can keep in touch.

### FOLLOW-UP CALLS

An au pair has access to information including your children's ages, the area you live in and the qualities you are looking for in an au pair. We suggest a follow-up call by phone or Skype after your au pair has had a chance to read this through and had time to think of some questions. Typical questions your au pair may have include: "What type of clothing should I bring?" "Is the schedule for the summer going to be different than during the school year?" "Will there be other au pairs in the area?" Be prepared to answer lots of questions!

### FOLLOW-UP EMAILS

Email is another good way to continue communicating with your au pair. Email is especially effective for sharing information that au pairs can go back and reference, like links to local colleges and attractions, details regarding her schedule and other family information that is not included in your host family registration.

### WELCOME LETTER

A welcome letter sent to an au pair's home overseas is a welcome surprise for au pairs and their families. Your au pair will read the "family essay" that is part of your registration packet, but this letter can be much more personal. You can also include more photos of your family and drawings by your children. Au pairs also appreciate information about your community including maps of your area, and information about local attractions, colleges, and activities.

We suggest checking in on a weekly basis until she travels to the U.S. Our experience has shown that the more contact you have with your au pair before her arrival, the more comfortable the initial stages of her stay will be.

## LEARN ABOUT YOUR AU PAIR'S CULTURE

One resource for learning about cultural differences is your Host Family Account. Through your account you can access information on all Cultural Care recruitment countries and cultures. We strongly recommend reading and referencing your au pair's specific country to learn about common cultural traits. This will help you communicate and work together more smoothly. You can also pick up a book at the library, bookstore or do some research online about your au pair's country.

## PREPARE YOUR AU PAIR'S ROOM

Another important step to prepare for your au pair's arrival is to make sure her room is ready. At a minimum, the room should have a bed, a dresser and a closet or armoire. Besides these items, there are small things you can add that will go a long way in making your au pair feel at home. Some families put flowers and/or balloons in the room and a welcome sign on the door. Another thoughtful touch is to print out photos from your au pair's application, frame them and put them around the room. Imagine your au pair's surprise to arrive and see some familiar faces!

"There is no such thing as being too specific with your instructions for your au pair. We have a very detailed Household Handbook and we spend several hours reviewing it with our au pair, and then I always spend time training her myself. Au pairs (and families) want to succeed here, but it's a host family's responsibility to explain the specifics of her role in the family — you can't expect your au pair to be just like you."

**Bauer family in Massachusetts**

REPLY APP 00448

CC00000726

## FINALIZE YOUR HOUSEHOLD HANDBOOK

Before your au pair arrives, we strongly suggest that you take some time to complete Cultural Care's *Household Handbook*, available through your Host Family Account. This tool is a customizable guide that provides your au pair with information about your family's rules with regards to things like:

- Au pair childcare schedule
- Household responsibilities
- Pay and vacation schedule
- Car use
- Curfew and guest policy
- Phone, internet and television

Completing the *Household Handbook* before your au pair arrives gives you the opportunity to communicate your expectations right from the start.

## FINALIZE YOUR HOST FAMILY SCHEDULE

It is very helpful to put together a plan for your au pair's first week before she arrives. Another of Cultural Care's helpful host family resources, the *Daily Communication Log*, can be used from the start to document her schedule. This notebook gives families a place to write down the weekly schedule, monthly overview and other notes. It also gives families and au pairs an opportunity to document adherence to the 45-hour per week rule and confirmation of weekly stipend payment. (Keep in mind au pairs must be paid the stipend each week without exception.) If payment of the weekly stipend is ever questioned, this documentation will be helpful in solving a dispute.

## PREPARE FOR UPCOMING TASKS

When your au pair joins your family, it is in your best interest to help her obtain a Social Security number, a state-issued driver's license and a bank account as quickly as possible. You must also look into adding her to your car insurance policy if driving will be a part of her childcare responsibilities. We recommend that you look into the steps necessary to complete these tasks before your au pair arrives to the U.S. Your LCC will have information about local laws and requirements, so don't hesitate to use her/him as a resource during this process.

### 1. SOCIAL SECURITY NUMBER

Most au pairs apply for a non-working Social Security number while in the U.S. This helps in applying for a state driver's license, opening a bank account and for tax purposes. See page 28 for more details on how to help your au pair get a Social Security number.

### 2. STATE-ISSUED DRIVER'S LICENSE

If you require your au pair to drive as part of her childcare duties and/or will allow her to drive while off-duty, it is important to obtain information about state driving regulations. While most au pairs will arrive with an international driving permit, some states require au pairs to obtain a state license too.

### 3. A BANK ACCOUNT

It's a good idea to identify a convenient local bank she can use when she arrives. Having her own bank account will allow your au pair to manage her money much more effectively and allow you to set up a regular payment schedule more easily.

### CULTURAL CARE AU PAIR QUICK TIP:

Your LCC will be an important resource for you as you prepare to tackle the tasks necessary to help your au pair get settled in. Be sure to visit her/his LCC website or to contact her/him by phone or email if you have any questions regarding your local:

- **Social Security office**
- **DMV**
- **Banks best suited for au pairs**
- **Accredited colleges and universities**

REPLY APP 00449

CC00000727

### 4. COVERAGE UNDER YOUR CAR INSURANCE POLICY

If you require your au pair to drive as part of her childcare duties and/or will allow her to drive while off-duty, she must be insured on your policy as someone who lives in your household full-time. Because insurance companies have different requirements (some require drivers to have a state driver's license in order to be named on the policy, while others only require a social security number), we advise families to look into this as soon as they finalize their match with an au pair candidate.

### INVESTIGATE EDUCATIONAL OPTIONS IN YOUR COMMUNITY

Au pairs are required to complete six semester hours (or their equivalent in academic credit) at an accredited, post-secondary institution during their year in the U.S., so it is helpful to start thinking about what schools your au pairs might consider once she arrives. Your LCC will also have suggestions for how your au pair can fulfill this requirement.

### CHAPTER 3

# *The first few days*

After she arrives to the U.S. and spends five days at the Au Pair Training School, Cultural Care Au Pair arranges for your au pair to travel to the airport or bus stop nearest your family. Welcoming a new au pair is an exciting time but may leave you feeling nervous as well, especially if you are a first-time host parent. Spend some quality time with your au pair, take things slowly, don't expect perfection—and you'll be off to a great start.

## *Arrival dates and airport/bus gateway*

Cultural Care Au Pair arranges all travel for your au pair, and will use the mutually agreed upon arrival date to book her tickets. When she first arrives to the U.S., your au pair will initially fly into New York to participate in a mandatory 4-day training course at the Cultural Care Au Pair Training School at St. John's University. Au pairs usually arrive to the school on Sunday or Monday and depart on Friday with the exception of holiday weekends (in which case they arrive on Tuesday and depart on Saturday). Domestic transportation fees vary according to your preferred arrival gateway.

You can view your au pair's arrival information in your Host Family Account approximately 2-3 weeks prior to her arrival. Here you will find her exact pick-up location and time of arrival. For New England, NY, NJ, Eastern PA, MD, Washington D.C. and VA families whose au pairs will take a bus to their area from the Au Pair Training School instead of flying, we have a toll-free message line, **1-800-590-1126**, with updated bus arrival times on the dates of travel. Host families can also choose to sign up for text message alerts with updated arrival information on the date of travel.

If you have other questions about your au pair's arrival, please call the Cultural Care office. *Please note, if you need to reschedule your au pair's flight arrangements after the au pair's ticket is booked, you will be asked to pay a change fee and any airline penalties.*



### WAYS TO PREPARE YOUR CHILDREN FOR YOUR AU PAIR'S ARRIVAL INCLUDE:

• Let your children know that your au pair will need their cooperation in getting used to language and cultural differences.

• Begin using her name around them and involve them in the preparation of the au pair's bedroom.

• Help them make a nice sign or cards to welcome her to your home.

• Tell your children a little about your au pair's home country (including a few words in her native language.)

REPLY APP 00450

CC00000728

## Cultural Care Training School

Our Au Pair Training School provides an ideal opportunity for au pairs to acclimate to American culture and review information critical to the success of their year in the U.S. The curriculum and workbook used at the school were developed exclusively for Cultural Care au pairs in cooperation with The Children's Foundation, a leader in early childhood education and childcare training.

The Au Pair Training School curriculum complements the workbook and the pre-departure assignment that au pairs are asked to complete prior to leaving their home country. This ensures that all au pairs have received 32 hours of training in child safety and child development prior to arrival to the host family home. Through discussions, hands-on exercises and role-play, teachers at the school focus on how to create a safe and nurturing environment for children. All au pairs receive their own workbook containing information and exercises on health, safety, nutrition, positive guidance, communication and developmentally appropriate activities.

During their time at the school, Cultural Care au pairs also complete the American Red Cross Full Service Training in which American Red Cross instructors present the adult and pediatric CPR/AED and First Aid certification program (*effective for au pairs arriving from overseas in January 2013 and beyond*).

Small class size and the unique college campus set Cultural Care Au Pair's Training School apart from other au pair training programs as do our dedicated and experienced teachers who specialize in childcare and working with young adults from other cultures. A personal safety workshop led by a New York City police officer and a communications workshop that instructs au pairs on effective communication and cultural differences in communication styles provide au pairs with practical knowledge about their new life in the U.S.

## The first few days

The first few days with your new au pair are an opportunity to introduce her to your family, your home and your community, to train her on your needs and her responsibilities, and to help her feel comfortable and welcome in her new surroundings. In fact, to ensure the best possible transition for your au pair, the U.S. Department of State requires that either a parent or another responsible adult be at home with her for the first three days after her arrival.

Every host family has their own philosophy about how to schedule the first few days after their au pair arrives. However, there are a few suggestions that seem to be universal among our veteran host families, including:

### TRY NOT TO PLAN ANYTHING TOO AMBITIOUS
Keep in mind your au pair will likely be nervous and jet lagged. Help your au pair adjust to your home and routine by easing her in slowly; a home-cooked meal at home with your immediate family is special enough.

### BE WELCOMING, BUT DON'T TREAT YOUR AU PAIR LIKE A "GUEST"
Remember, you are welcoming your au pair as a part of your family, and she can be asked to pitch in and help from the start. In fact, she may welcome being given small tasks right away so she feels useful. Make sure to point out where she can "help herself." This concept is foreign to many other cultures.

**AU PAIR TRAINING SCHOOL SCHEDULE**

The outline below includes many of the topics and activities covered during the week.

MONDAY:

• Au pairs arrive to the school

• Welcome orientation and dinner

TUESDAY:

• Introductions

• *Class:* Food and Nutrition

• *Class:* Common Childhood Health Issues

• *Class:* Au Pairs as Role Models; Learning Basic First Aid

WEDNESDAY:

• *Class:* Building Self Esteem in Children; Behavior Management Strategies

• *Class:* Child Safety Awareness and Emergency Procedures

• Communication workshop

• Personal safety workshop

THURSDAY:

• American Red Cross CPR and First Aid Certification

• New York City trip

FRIDAY:

• Au pair meeting

• Preparing for departures

**culturalcare.com** 13

REPLY APP 00451

CC00000729

### HELP HER ESTABLISH A ROUTINE RIGHT AWAY
Give your au pair a sense of purpose by establishing a routine as soon as possible.

### DON'T BE AFRAID TO BE VERY SPECIFIC
All au pairs will need to be trained on your specific needs and you shouldn't assume she will know how you want things done. It's helpful to also write down important instructions and details on a back up so she can refer to it later.

### ERR ON THE SIDE OF CAUTION
It's a good practice to enforce stricter policies in the beginning (with regards to curfew, car use, etc.) and loosen up rules as you build trust and progress through the year. Host parents will find it's much harder to do the opposite.

### DON'T EXPECT THINGS TO BE PERFECT
No one is perfect—including your au pair! The most important thing you can do for your au pair during the first few days, of course, is be there with her and help her acclimate to your family and household. Au pairs want to succeed and helping her recognize how to do that will set the pace for a great year.

## Setting realistic expectations

When your au pair first arrives be mindful of your own expectations. Are they fair? Realistic? Consider the following points to make sure you are paving the way for a successful experience as you go forward with your au pair year.

### 1. YOU MIGHT EXPECT THAT YOUR AU PAIR WILL HAVE NO PROBLEMS COMMUNICATING AND EXPRESSING HERSELF.
Even au pairs with excellent English skills may have difficulty expressing their thoughts and feelings exactly. They are sometimes unfamiliar with colloquialisms, rapid speech and dialects. They will be nervous to do or say the wrong thing. Speak slowly, be patient, listen carefully and take the time to clarify words or phrases your au pair might not understand. The way Americans talk about themselves or about a problem differs greatly from the way in which people from other cultures approach this subject.

### 2. YOU MIGHT EXPECT THAT YOUR AU PAIR WILL AUTOMATICALLY TREAT YOUR CHILDREN THE WAY YOU WANT THEM TO.
Your au pair is a young adult from another country, not a professional nanny or day care provider. If you are unhappy with the way she handles a situation, talk to her about it in an open, non-judgmental way. In a calm and non-accusatory manner, explain what you observed and then ask your au pair about her reaction. Then listen carefully. Perhaps if you understand the reasoning behind your au pair's action, you will gain a new and valuable perspective. If you would like situations handled in a different way, let her know specifically and explain the reasons—your au pair should be open to learning from you.

### 3. YOU MIGHT EXPECT THAT YOUR CHILDREN WILL INSTANTLY LIKE AND RESPECT YOUR AU PAIR.
While children generally accept adults very readily and are usually pleased with the attention, give them time to accept and trust your au pair. Your au pair is a new adult in your home and will need your support to establish credibility as an authority figure.



**ADVICE FROM VETERAN HOST FAMILIES**

InfoSource contains advice from veteran host families on a number of different topics you will encounter during your year including:

• **Matching**

• **Interviewing au pair candidates**

• **Communication before your au pair arrives**

• **Preparing for the arrival of your au pair**

• **Setting household rules**

• **Communication tips**

• **Using Cultural Care's communication tools**

• **And other advice to guide you through your year**

We recommend visiting this section before your au pair arrives so you feel more prepared:

INFOSOURCE:
EXTRAS:
BEST PRACTICES

REPLY APP 00452

CC00000730

## 4. YOU MIGHT EXPECT YOUR AU PAIR TO IMMEDIATELY FIT IN WITH YOUR FAMILY.

Building relationships takes time. Your au pair might be used to different ways of interacting with family members and might be used to entirely different routines. Explain your family's routines and invite her to take part in family activities. Respect your au pair as an adult moving into your family who has a life of her own to build while in the U.S. Keep in mind the cultural differences that may be at play as well.

### SAMPLE SCHEDULE: FIRST THREE DAYS

|  | ARRIVAL DAY - FRIDAY | DAY 1 - SATURDAY | DAY 2 - SUNDAY | DAY 3 - MONDAY |
|---|---|---|---|---|
| **MORNING** |  | The first half of the day we spend reviewing the *Household Handbook.* Using the handbook as a reference, I show her our fire escape routes and how to operate our washer/dryer, dishwasher, tv, oven, microwave, etc. I also show her where the children's things are including bottles, baby food, diapers, etc. I explain how to prepare the kids' bottles and meals, and how she can help tidy their rooms. | Our family goes to church; she is invited along but not expected to join. | I take Monday off but have her scheduled at the regular time. She takes charge, and I shadow her for the morning. |
| **AFTERNOON** | Whole family greets our au pair at the airport with flowers and a homemade welcome sign. We drive home and show her her room and bathroom. After giving her a bit of time to get settled and unpack she meets us in the kitchen to see the rest of the house. | We pile into the car with the kids and I show her how to get to the kids' school and pediatrician's office, the grocery store, shopping mall and gas station. I also show her how to use our GPS. | We review next week's schedule and walk through the steps that will happen each day. She takes the baby so I can watch her fix her bottle, get her changed, etc. Later, my husband shows her how to use the car seats and she drives (with him in the passenger seat) to the mall and back. He's able to assess her driving skills and help her feel at ease with the car. | Once my oldest is home from school, I leave her with all three kids to run errands or go to the gym (with my cell phone handy). |
| **EVENING** | The kids and I give her a tour of the house and sit down to chat for a while. We either have a meal together at home or take her out to our favorite local restaurant. Once back home, I tell her to sleep in the next day until she feels rested and come downstairs when ready to tackle the day. | That evening, she enjoys a movie and pizza night with our two older kids. They get to bond with her while my husband and I take the baby. She helps them get ready for bed and after all the kids are asleep, we invite her to spend some time with us. | We go over curfew, internet and phone rules. I give her a cell phone to use and leave her for the rest of the night to relax and contact her family. | We talk about the day and go over expectations for the remainder of the week now that I will go back to work. |

REPLY APP 00453

CC00000731

### 5. YOU MIGHT EXPECT THAT YOUR AU PAIR WILL KNOW HOW TO DO SIMPLE HOUSEHOLD TASKS WITH LITTLE OR NO EXPLANATION.

Tasks such as turning on the shower or using the washing machine might be very different from what your au pair is accustomed to at home. Explain procedures clearly and write down important points.

### 6. YOU MIGHT BE A LITTLE ANXIOUS ABOUT HAVING A YOUNG ADULT LIVING IN YOUR HOME AND YOU MIGHT NOT KNOW WHAT TO EXPECT.

While your au pair might spend over half of her day caring for your children, time off will most likely be spent developing friendships and learning about American culture. Do not be surprised if your au pair leaves the house at 8pm on a weekend night to meet friends and doesn't come home until 2am This is natural for young adults, including Americans, between the ages of 18 and 26. Remember, your au pair is an adult. If you have concerns about her activities or habits, discuss those concerns in a caring (not controlling) manner. Your responsibility is not to parent your au pair, and your au pair did not come here to be parented. As long as your au pair's personal life is not interfering with her ability to care for your children, you may want to let it be. If you feel it is interfering with your children's well-being or your family in any way, discuss the situation with your au pair and involve your LCC.

## CHAPTER 5

# *Program guidelines and rules*

## *Overview of U.S. Department of State Regulations*

All designated au pair organizations follow specific regulations issued by the U.S. Department of State. As participants in the program, Cultural Care Au Pair, our local representatives, au pairs and host families are all required to comply with these regulations. The Account Services team in our Cambridge headquarters works together with the LCCs and program directors to ensure that all aspects of the program are consistent with U.S. Department of State regulations. We appreciate your continued cooperation with the regulations during your program year. A copy of these regulations is included at the back of this handbook for your convenience and review.

## *General au pair responsibilities*

In addition to following the U.S. Department of State regulations, Cultural Care Au Pair expects our au pairs to:

- Be a goodwill ambassador of her country
- Be flexible, adaptable, reliable and positive
- Try her best at all times
- Participate in host family and community activities
- Accept and show respect for her host family and their culture
- Be open and honest with her host family about problems
- Talk with her local childcare consultant (LCC) about any problems that



**GENERAL PROGRAM RULES**

A comprehensive look at all general program rules is also available on InfoSource:

**INFOSOURCE:
DURING YOUR YEAR:
GENERAL PROGRAM RULES**

REPLY APP 00454

CC00000732

cannot be resolved with her host family
- Attend monthly meetings with her LCC
- Abide by all Cultural Care program and U.S. Department of State regulations and all laws

## *General host family responsibilities*

In addition to following the U.S. Department of State regulations, Cultural Care Au Pair expects our host families to:

- Be open and to share themselves and their culture with their au pair
- Be adaptable, allowing their au pair to make mistakes and grow
- Treat their au pair like a family member and an adult
- Set reasonable household rules and chores that relate to the children for their au pair
- Hold weekly "touch base" meetings with their au pair
- Spend time to get to know their au pair
- Let their au pair know when they are happy or unhappy with something
- Talk with their LCC about problems that can't be resolved with their au pair
- Attend orientation meetings and family day conferences
- Limit the number of hours their au pair provides childcare to 45 per week and 10 hours per day
- Provide stipend payment to their au pair each week
- Abide by all Cultural Care program and U.S. Department of State regulations and all laws

# A. Scheduling and payment

## *Childcare schedule*

There are very strict guidelines in place regarding an au pair's childcare schedule. According to the U.S. Department of State regulations, your au pair is allowed to provide no more than 45 hours of childcare per week, with a maximum of 10 hours in any one day. This 45-hour limit includes the direct care of your children and all childcare-related tasks (i.e. laundry and room tidying). The children's sleeping time is also counted as "on-duty" time if your au pair is alone with the children. Although many families give their au pairs the entire weekend off, your au pair is entitled to at least one and a half consecutive days off each week, as well as one full weekend (Friday night to Monday morning) off per month. Your LCC will confirm with both you and your au pair each month that these regulations are being followed. As far as holidays go, it is your responsibility to initiate a discussion to mutually determine which holidays your au pair will be on- and off-duty.

## *On- versus off-duty*

Imagine the following scene: your entire family is sitting at the dinner table and the children are getting restless and want her to play with them. Your au pair is officially "off-duty" this evening, but feels responsible for attending to the children's needs and requests. What happens next? Although there are no concrete rules governing this type of situation, keep in mind that, like you, your au pair has had a long day caring for your kids. For her, however, it is particularly difficult to feel "off-duty" because she also lives in your home. From the very



**QUESTION:**
**What happens if I need to schedule my au pair for more than 45 hours per week?**

**ANSWER:**
Au pairs are not allowed to provide more than 45 hours of childcare per week per U.S. Department of State guidelines under any circumstances—even if you're prepared to pay extra. This is a strict program rule. If you need more than 45 hours of childcare coverage, you must find supplemental care from a babysitter, day care center, family member, etc.

REPLY APP 00455

CC00000733

beginning, it is important for your au pair to know that you are sensitive to this dynamic and recognize when her "official" duties are over. Keep in mind that any time you would expect your au pair to take over control of the children, whether or not you're present, this could be considered part of her 45 hour limit.

## Weekly stipend

The weekly stipend you give your au pair is a living stipend of $195.75, which is calculated with a formula using the federal minimum wage and a housing credit. Because the weekly stipend is determined by the U.S. Department of Labor, any change in the federal minimum wage will result in an increase in the stipend. All resulting changes must be adhered to by all program participants, regardless if such a change occurs during an existing program year.

You must pay your au pair her stipend on a regular weekly schedule. We also ask you to document this transaction using our *Daily Communication Log* which includes a page that host families and au pairs sign each week to indicate the stipend was paid. You cannot withhold her stipend for any reason, including a car accident, outstanding telephone bill, lost time due to illness or other damages. Your LCC will confirm with both you and your au pair each month that her weekly stipend is being paid.

## Weekly schedule

A weekly schedule, not exceeding 45 hours (with a maximum of 10 hours in any one day), should be clearly laid out at the beginning of every week. It's helpful to give even more advance notice if you need your au pair to be on duty at a time outside of her normal childcare schedule (i.e. a Sunday afternoon while you attend a wedding). A schedule allows your au pair to feel confident about making plans with friends and finding time to pursue her own interests and hobbies. Last minute changes to the schedule are sometimes unavoidable, but when this happens frequently it can be frustrating for au pairs.

Many host families have also found that a written list of specific tasks helps au pairs know exactly what is expected of them. We suggest giving detailed instructions for activities to do with the children and the child-related household help you expect to be completed until your au pair feels she knows what to do on her own. The *Daily Communication Log* includes a page to confirm that your au pair did not provide more than 45 hours of childcare per week or over 10 hours in any one day.

## Weekly meetings

We recommend you set aside a specific time each week to discuss your au pair's schedule and responsibilities. Informal meetings seem to work best to discuss all issues that come up during that week—parents' work schedules, children's activities, conflicts, successes, etc. In addition to your weekly meetings, have as many spontaneous discussions as needed to keep things running smoothly. If you want your au pair to change the way she is performing a particular task, or if you would like to add a new responsibility, be sure to let her know directly. Do not ignore problems—if they are not addressed, they will only get worse. Give your au pair the opportunity to do better because she wants to succeed as much as you do. Weekly meetings are also a perfect opportunity to review your au pair's schedule for the upcoming week and answer any questions your au pair may have.

REPLY APP 00456

CC00000734

# B. Au pair vacation and sick days

## Au pair vacations

According to U.S. Department of State regulations, your au pair is entitled to two calendar weeks (14 days) of paid vacation during the year. While granting single vacation days might suit your family, au pairs usually prefer to take vacation one week at a time so they can travel within the U.S. (The two weeks of vacation do not have to be taken consecutively.) If at any time you welcome a replacement au pair during the year, you will be responsible for accommodating the remaining vacation time, including the weekly stipend, that your new au pair might have left.

Although it is up to you and your au pair to plan vacation time, Cultural Care Au Pair suggests au pairs take the first week of vacation within the first six months and then take the second week during the remaining six months. Vacations should always be mutually convenient, and it is never too early to begin discussing potential vacation dates for your au pair.

With regards to international holidays and religious observances, there are no designated holidays for your au pair. That being said, it is best to let her know about holidays on which you expect your au pair to be providing childcare in advance. Will you need her to care for the kids while you prepare Thanksgiving dinner for your extended family? Will she be expected to be on-duty for Memorial Day, even though it's a widely recognized American holiday? Make your holiday childcare coverage needs clear so that you both know what to expect.

## Family vacations

Some families love to take their au pairs on vacations with them; others want private time to themselves. Whether or not you invite your au pair to accompany you while you travel is your choice. However, if you require your au pair to accompany you on a family vacation and she will be considered "on-duty", you are expected to provide her with her own room and pay for all expenses, in addition to the weekly stipend. If she is on-duty, this time will not count towards your au pair's vacation time.

If you invite your au pair to join your family on vacation as part of her vacation time (meaning she will not be responsible for providing childcare), your au pair should pay for her own expenses. We encourage you to make this very clear from the beginning and give your au pair an idea of how much money she will need for the trip. If your au pair declines your invitation please try not to feel offended. Most au pairs have a limited budget and prefer to spend their two weeks of vacation with friends.

## Au pair sick days

There may be days when your au pair is sick and cannot fulfill her childcare duties, so it's a good idea to have a back-up plan in case this occurs. If your au pair has to take time off due to illness, this time is not considered vacation time, and she still must receive the full stipend for the week. In the event your au pair is seriously ill or injured for a long period of time, you should contact your LCC for guidance.



**BRINGING YOUR AU PAIR ON VACATION**

If you do decide to take your au pair with you on vacation and expect her to work, use the following tips to make it a successful getaway:

**1. Communicate your expectations to your au pair before you leave.** What does your ideal vacation look like and how does your au pair fit into this picture? Let her know what you expect of her while you are away, being as specific as possible. For example, if you'll want her to be on duty most evenings so you can enjoy time with your spouse, make sure she knows that.

**2. Keep within the 45 hour per week/10 hour per day limit.** The State Department rules don't change just because you're far from home! Make sure your au pair's childcare hours stay within the guidelines.

**3. Give her some time to relax as well.** Even though she will have child-care duties, giving your au pair some time to enjoy the vacation spot goes a long way. Encourage her to explore and enjoy her surroundings when she is off-duty.

REPLY APP 00457

CC00000735

If your au pair needs a doctor, you can check to see if your family physician is in the Aetna network or go online to **www.aetna.com/docfind/Erika** to find a local physician who is affiliated with the network. In the event that your au pair has an unusual condition (something other than a common illness such as the flu or strep throat) and you have questions about full reimbursement, call Aetna Student Health at **1-800-783-7447**.

If your au pair has to be hospitalized for an illness, please call Cultural Care at **1-800-333-6056** (press 5 if this is an after-hours emergency) so that we can contact the Emergency Assistance claims handlers and assist you.

For more information about coverage and deductibles, please reference the Travel Insurance section of this Handbook.

# C. Educational requirement and monthly meeting requirements

## *Educational requirement and resources*

The U.S. Department of State requires all au pairs to fulfill an educational component of six semester hours (or their equivalent of academic credit) in a formal classroom setting at an accredited, post-secondary institution while they are in the U.S. As a host family, you are responsible for paying up to $500[1] for enrollment and related educational expenses. Should you transition to a different au pair during the year and your first au pair has already used $500 for courses, you are still responsible for paying the balance needed—up to $500—in educational expenses for your new au pair. You are also responsible for providing transportation to and from classes or covering transportation costs if your au pair drives herself or takes public transportation.

We suggest you help your au pair look into classes at nearby schools soon after she arrives, because it can take time to find a class that:

- Is offered at an accredited college, university or community college
- Meets during your au pair's time off and has availability
- Matches her interests

Au pairs who wait too long to start their classes often end up scrambling at the end of the year. Au pairs who want to extend their year must show proof of completion of their educational component by the end of their 11th month in the U.S.—so for them, waiting too long can have unfortunate consequences.

The most important thing to remember when investigating educational options is that courses must be completed through an accredited college, university or community college. Tutorials, health club memberships or courses at high school evening program are not valid options.



**QUESTION:**
How can I determine whether or not a university or college is an accredited institution?

**ANSWER:**
To find out if a school is accredited, visit the Council for Higher Education Accreditation: **chea.org**. You can search for a specific school by name or get a full list of accredited schools in your preferred town and/or state.



**FULFILLING THE EDUCATIONAL COMPONENT**

A comprehensive look at all general program rules is also available on InfoSource:

**INFOSOURCE:**
**DURING YOUR YEAR:**
**GENERAL PROGRAM RULES**

---

[1] *The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any increase that is issued.*

REPLY APP 00458

CC00000736

Your LCC should be a helpful resource for suggestions as to how to satisfy the educational component. You can also contact your program director with specific questions.

## *Au pair monthly meetings*

Your LCC is responsible for organizing monthly meetings for her/his group of au pairs. Sometimes the meetings are very informal and discussion-oriented; sometimes a guest speaker is invited or a social event is planned. These meetings are very important to au pairs as they offer an opportunity to make friends, get to know their LCC and experience activities in their community.

Monthly meetings are mandatory for au pairs and those who miss more than two meetings are no longer considered in "good standing." Attendance is documented by your LCC, and attendance reports are sent each month to the Cultural Care office. It is your responsibility to ensure your au pair attends these meetings by driving her, allowing her to drive herself or provide money and showing her how she can travel by public transportation.

## *Continuing Safety Education Program (CSEP)*

Cultural Care's Continuing Safety Education Program (CSEP) aims to continue your au pair's safety training—started at the Au Pair Training School—throughout her year. As part of your LCC's monthly meetings, the CSEP curriculum focuses the following seasonal safety information:

- Unit 1: Household Poisoning Prevention
- Unit 2: Water Safety & Drowning Prevention
- Unit 3: Fire & Carbon Monoxide Poisoning Prevention

Before the date of each CSEP meeting, au pairs are encouraged to take an online quiz and print out the answers to bring with them. At the meeting, the LCC will facilitate all portions of the curriculum which include:

- Safety activity
- Discussion of au pairs' experiences with current safety topic
- Opportunity to go over quiz answers
- Review of best safety practices
- Review of action in case of emergency

## *Host family events*

Your LCC will organize at least two host family day conferences during your program year, and the U.S. Department of State guidelines require host families to attend at least one of these events. These are usually casual, fun occasions, that give families a chance to meet other host parents and au pairs and spend some time with their local childcare consultant.

REPLY APP 00459

CC00000737

# D. Au pair insurance and travel

## Basic insurance

All Cultural Care au pairs are covered for 12 months by basic insurance provided by the insurance company Erika. The basic insurance coverage provides limited coverage for medical expenses, emergency home evacuation or home repatriation. For an additional fee, your au pair has the option to upgrade the 12-month basic insurance to comprehensive extended insurance prior to leaving her home country. Approximately 90% of au pairs travel with extended insurance coverage.

All coverage through Erika carries a per-condition deductible. The deductible varies depending on the type of insurance (basic or extended) and the provider used. Erika partners with the Aetna Network, so we strongly recommend that your au pair seeks treatment within the Aetna Network. The deductible is generally $60-$100 lower than for a non-affiliated provider. To find a doctor within the Aetna network go to **aetna.com/docfind/erika**. You can find the exact amount of the deductible applicable to your au pair in the insurance booklet. We advise seeking treatment in the emergency room only in case of a true emergency as there is an additional emergency room deductible ($150 for basic and $50 for extended).

Each au pair is given an insurance booklet describing the policy and a paper insurance card prior to departure from her home country. Please notify Au Pair Services in case the original card is lost or stolen.

## Filing an insurance claim

We recommend au pairs contact Aetna Student Health directly at **1-800-783-7447** prior to any treatment to confirm whether or not it will be covered by insurance. If an au pair sees a doctor within the Aetna network, she should not be required to pay for the visit upfront. She will be responsible for covering the deductible, which is paid directly to the doctor or hospital. Au pairs need to bring their Erika Insurance card to appointments so that the administrative staff can use the billing details to bill Aetna Student Health directly.

If, for some reason, an au pair pays for a visit or for medicine that should be covered under her plan, she must submit a completed and signed claim form, available on both the Au Pair and Host Family Accounts. Along with receipts, medical reports and any other documentation that might be relevant, claim forms should be mailed to Aetna Student Health. If the au pair is filing a claim for a prescription, both the cash register receipt and the prescription medication label must be attached. In case of theft, a police report must be attached.

Aetna Student Health will review the claim once they receive it. If they determine it should be covered, they will send a check to the au pair, and this process normally takes about one month. Most au pairs have never filed a medical claim before so we hope you will offer assistance as needed. Claim forms can be found on your au pair's online account as well as your Host Family Account. All claims should be mailed directly to the claims handling company (not Cultural Care Au Pair) at the following address: Aetna Student Health, P.O. Box 14101, Lexington, KY 40512

### TRAVEL INSURANCE VS HEALTHCARE

Your au pair comes with travel insurance which is different than having "comprehensive healthcare." In most cases, their care won't be different than you would normally expect. However, in cases of chronic illness, for example, the insurance is designed to stabilize and return the traveler to their own country for ongoing treatment.

### EMERGENCY SITUATIONS

Erika partners with two assistance companies for serious situations.

**Falck TravelCare**
Based in Stockholm, Sweden (24-hour emergency assistance team for Swedish, Danish, Norwegian, and Finnish au pairs)

Toll free from the U.S.:
**1-800-871-9211**
Email: **erika@falcktravelcare.com**

**AXA Assistance:**
Based in Munich, Germany (24-hour emergency assistance team for all other nationalities)

Toll free from the U.S.:
**1-800-847-3948**
Email: **erika@axa-assistance.de**

The proper assistance company should be notified prior to surgery or hospitalization of an au pair or as soon as possible after a serious injury, illness, or accident occurs.

REPLY APP 00460

CC00000738

If you have a question about a claim or for specific information about the insurance policy, please refer to your au pair's travel insurance booklet or call the Aetna Student Health at **1-800-783-7447** during business hours EST. Cultural Care Au Pair does not have access to the status of claims.

## Au pair travel guidelines

Au pairs who wish to travel outside the country during their time in the U.S. need to be aware of possible visa limitations that could restrict where and when they can go as well as what they need to bring with them on their trip. Below, we highlight the rules for au pairs traveling during their first year, their 30-day "grace period" and their extension year. We highly recommend your au pair consult these guidelines thoroughly before confirming her travel plans. If at any time you or your au pair have questions regarding au pair travel, please call Au Pair Services at **1-800-448-5753**.

## Travel during your au pair's first year

If there is an "M" underneath the heading "Entries" on your au pair's visa stamp, this means your au pair's J-1 visa is a multiple entry visa. With this type of visa, your au pair can leave the U.S. during her 12-month program. If your au pair is planning to leave and re-enter the country, she must mail her DS-2019 form to our Cambridge office no later than six weeks before her date of travel so it can be signed by a Cultural Care staff member and mailed back to her. She must also include a self-addressed envelope and a short note with the specific departure and return travel dates and location of travel.

Cultural Care Au Pair will charge an administrative fee to au pairs who submit their forms at the last minute, requiring overnight courier service. Au pairs should always contact Au Pair Services to confirm these details prior to their trip.

Au pairs should also carry the I-94 card when they travel outside the U.S. as officials may ask to see it upon re-entry to the U.S. Your au pair must be responsible for determining whether or not an additional visa is required for the country to which she will be traveling. One good resource for visa information is **www.embassyworld.com**.

Please be aware, we do not recommend that au pairs travel outside of the U.S. in the last two months prior to the expiration date of the visa in their passport as they may be denied re-entry into the country. Airline officials carefully review visas and visa expiration dates for U.S. bound passengers, and even if the visa dates in an au pair's passport are still valid, airlines have the right to deny boarding to anyone whose visa is close to expiring.

## Travel during the 30-day "grace period"

Upon completion of the 12-month program, your au pair is entitled to a "grace period." This 30-day grace period allows your au pair to travel within the continental U.S. if she so desires. Your au pair cannot provide childcare during this 30-day period. Au pairs are strongly urged not to travel outside the continental U.S. during this period. The only exceptions to this regulation are Alaska and Hawaii. If your au pair leaves the U.S. during the grace period, she risks being denied re-entry. *(continued on page 26)*

**CULTURAL CARE AU PAIR QUICK TIP:**

Au pair travel outside of the U.S. is sometimes a tricky business—at times tricky enough to stump even the officials who are checking people into and out of the country. When possible, encourage your au pair to bring a copy of the regulations regarding entry and exit of J-1 visa holders to the specific countries on her itinerary. This may help her get where she needs to go in times of confusion.



**VISA AND TRAVEL INFORMATION**

Because the guidelines surrounding au pair travel during their extension year are subject to change, we suggest visiting InfoSource for the latest information:

**INFOSOURCE:**
**THE END OF YOUR YEAR:**
**CONSIDER THE EXTENSION PROGRAM:**
**TRAVEL DURING AU PAIR'S EXTENSION TERM**

REPLY APP 00461

CC00000739

## INFORMATION AND FREQUENTLY ASKED QUESTIONS ABOUT AU PAIR DOCUMENTS

### J-1 CULTURAL EXCHANGE VISA

All au pairs on the Cultural Care program come to the U.S. on a J-1 cultural exchange visa. These visas are issued by the U.S. Embassy in the au pair's home country before she departs from her home country. The J-1 visa is affixed inside the au pair's passport and facilitates the au pair's entry into the U.S.

*What does the J-1 visa look like?*



*What do I do if my au pair loses her passport and J-1 visa?*

Au pairs who lose their passports must replace them immediately by contacting the embassy for their home country located in the U.S. Embassy contact information can be found online at **www.embassyworld.com**.

*What do I do if my au pair's visa expires during the year?*

The expiration date on the visa should not be confused with the authorized length of stay in the U.S. Au pairs may legally stay in the U.S. on J-1 status as long as they are active participants on the Cultural Care program, even if the visa in their passport has expired. The au pair's legal program participation dates are listed on her DS-2019 form, and it is possible that the J-1 visa will expire prior to the end of their program. An expired visa does not mean that the au pair is in the U.S. illegally—as long as the au pair entered the country on a valid J-1 visa, she will remain on a legal J-1 status throughout the duration of her program year. However, if the visa in your au pair's passport has expired, travel outside of the U.S. during the program year will be restricted. Please call Au Pair Services at **1-800-448-5753** for more information.

While the au pair's home country embassy can replace her passport, the J-1 visa cannot be replaced while she is in the U.S. To get a new or replacement J-1 visa, an au pair must travel to the U.S. embassy in her home country. Similarly, au pairs who have lost their passport cannot travel outside of the U.S. unless they first visit the U.S. embassy in their home country and obtain a new J-1 visa stamp. Au pairs can legally stay in the U.S. after losing the J-1 visa.

REPLY APP 00462

CC00000740

## INFORMATION AND FREQUENTLY ASKED QUESTIONS ABOUT AU PAIR DOCUMENTS

### DS-2019 FORM

Once you have selected your au pair, she is issued a DS-2019 form, which she must bring to the U.S. embassy in her home country in order to apply for the J-1 visa. Au pairs must also take this DS-2019 form with them when they travel to the U.S. to begin their au pair year. Au pairs must keep this form with their passport when traveling in or outside of the U.S. because they will be required to present this form together with a passport and a valid visa upon re-entering the U.S

*What does the J-1 visa look like?*



*What do I do if my au pair loses her DS form?*

If your au pair loses the DS-2019 form, she should contact Au Pair Services immediately by phone or email.

Phone: **1-800-448-5753** Email: **aupair.operations@culturalcare.com**.

### I-94 CARD

t is your au pair's responsibility to ensure that she has her I-94 card upon leaving customs at the U.S. airport. The I-94 card is the white landing card that the au pair fills out before her flight lands in the U.S. This card will be stamped by an immigration officer at the port of entry and is stapled or placed loosely in the passport.

*What does the I-94 card look like?*



*What do I do if my au pair loses her I-94 card?*

If an au pair loses this card, it must be replaced, as she needs it when departing the U.S. at the end of the year. Au pairs can visit http://uscis.gov to fill out the I-102 form in order to receive a new I-94 card. The fee to replace the card is currently $330 (although this fee is determined by the U.S. Citizenship and Immigration Services and is subject to change). Because Cultural Care Au Pair does not issue the I-94 card, we cannot replace it for your au pair.

CC00000741

REPLY APP 00463

## *Travel during the 30-day "grace period" (cont.)*

Cultural Care Au Pair requires all au pairs staying for any portion of their 30-day grace period to have proper insurance coverage during this time in order to book a return flight through Cultural Care. If your au pair chooses to stay in the U.S. through her grace period, she has two options for insurance coverage. She may extend her current coverage by purchasing the "Additional Month Insurance" available through her online account in the Au Pair Store. This insurance must be purchased on or before her legal departure date. Alternatively, she may provide proof of her own insurance policy that would cover her through her grace period. This coverage must match the minimum coverage requirements as determined by the Department of State. Insurance coverage is mandatory during the additional month so she should call Au Pair Services at **1-800-448-5753** to discuss how to secure the necessary insurance before making travel plans.

## *Travel during the extension term*

Once an au pair officially begins her extension term, guidelines for travel outside the U.S. will change, and it's important to be aware of these changes. Should you choose to extend with your au pair, please visit InfoSource through your Host Family Account for the most up-to-date information or call **1-800-448-5753** with questions.

## *Travel to Canada, Mexico and the Caribbean during the extension term*

We have a good number of au pairs who travel to nearby countries during their year. To avoid having problems at the border, please always have your au pair call us at **1-800-448-5753** before traveling. More details or what au pairs need to have to travel can be found on InfoSource which is accessible through your Host Family Account.

**CHAPTER 6**

# *Household Rules*

It is very important for host parents to establish their household rules as soon as their au pairs arrive. Cultural Care Au Pair provides an invaluable *Household Handbook*, available on your Host Family Account, that you can download and customize on your own. It allows you to establish household rules regarding:

- Use of appliances
- Smoking
- Visitors and guests
- Curfews
- Car use
- Television
- Phone
- Internet
- Personal and/or family computers



**QUESTION:**
What happens if my au pair travels outside the U.S. but forgets to bring her DS-2019?

**ANSWER:**
Contact the Au Pair Services Department by phone: **1-800-448-5753**, or email: **aupair.operations@culturalcare.com** immediately. Our team can send a DS-2019 form authorized for travel to an address provided where your au pair can receive mail. Please know the DS-2019 form will be sent within the next business day, and your au pair will incur all shipping fees.



**PREPARATION RESOURCES**

To access Cultural Care's Household Handbook, a downloadable document that allows you to customize your family's household rules, visit:

**INFOSOURCE:**
**THE END OF YOUR YEAR:**
**CONSIDER THE EXTENSION PROGRAM:**
**TRAVEL DURING AU PAIR'S EXTENSION TERM**

REPLY APP 00464

CC00000742

Case 1:24-cv-03048-CMA-KMT Document 988-3 Filed 04/13/16 USDC Colorado Page 28 of 203

Making your household rules known from the start eliminates any confusion as to how you expect your au pair to behave. Although your au pair is an adult and you should treat her as such, it is much easier to adjust or eliminate rules according to the trust you have established than to add or tighten rules later in the year. Sample *Household Handbooks* can also be found in your Host Family Account if you are interested in learning how some of our veteran host families define their household rules.

## *Car use and car insurance*

You'll want to think carefully about what your family's policy will be regarding car use. Make sure you know the answers to the following questions and make sure these points are outlined clearly in the driving section of your *Household Handbook*:

- Will you require your au pair to drive while on duty?
- Will you allow her to use the car to drive to classes and au pair meetings? (If not, how will she get to those places?)
- Will she have access to the car for personal use? If so, what limits will you impose on using the car with regards to distance, mileage, passengers, conditions, etc.? Who is responsible for paying for gas?
- Will the au pair have her own car or will she share one with you? If she will share, when should she expect to have access to the car?

Upon arrival, host families and au pairs are urged to sit down together and agree on rules regarding use of the family car. Because your au pair is a "family member," you should consider what rules you would consider reasonable for your own adult children. While an au pair should recognize that use of a car during her year is a privilege, not a right, giving your au pair access to a car will help her feel less isolated and more independent during the year, especially if you live in an area with limited public transportation.

If you require your au pair to drive, you need to make sure she is covered under your own insurance policy during her time in the U.S. Your au pair's insurance does not provide coverage for any liability or property damage. It's a good idea to check in advance with your insurance broker for specific pricing and policy information. Also, be sure to check with your local motor vehicle department to determine if your au pair will need a state driver's license in order to be a legal driver. Even if they don't require it at first, many insurance companies and/or states require your au pair to obtain a state driver's license after a certain period of time. If a state license is not required, it is still recommended that your au pair obtain a state license if possible. Host families are responsible for the cost of insuring their au pairs, the cost of obtaining a driver's license and for the cost of gas when the au pair is driving on duty. This includes travel to and from au pair monthly meetings and required classes to fulfill the educational component.

## *Phone use*

Most host families agree that providing a cell phone for their au pairs is necessary so they may get in touch with her both while she's on duty and off. Family plans often allow families to add another cell phone account for a minimal cost. There are also cell phones that allow you to pay-as-you-go. It is your responsibility to let your au pair know what her limits are with regard to making phone calls, texting and data usage. If there are consequences to going over those limits (i.e. your au pair covers the cost) be sure to make sure she understands these as well.

**HOUSEHOLD HANDBOOK TOPICS**

Use the *Household Handbook* to specify household rules and avoid confusion later on. The *Household Handbook* contains a section for many household issues that you might not even think to address including:

- Curfew
- Car use
- Computer use
- Phone use
- Household appliance use
- Trash pick-up
- Pet care

**STATE DRIVING LAWS**

State driving policies change all the time—so although your LCC will try to keep up-to-date about laws in your area, you may encounter changes when you are in contact with your local motor vehicle department. Please inform your LCC if you encounter any changes to existing policies. You can also find more information about local driving laws as they apply to your au pairs in your Host Family Account.

REPLY APP 00465

CC00000743

Rules regarding when she should be on the phone should be included in your *Household Handbook*. We also recommend reminding your au pair about the dangers of texting while driving.

## Computer use

Your au pair will likely want to use a computer to keep in touch with friends and family back home through email and Skype. Most au pairs will also use a computer to check favorite websites from back home and visit popular social media sites. Some au pairs bring their own laptops and others rely on their host family's computers for online access. In any case, we encourage you to think about what computer, if any, will be available for your au pair to use and when she will have access to it.

You'll also want to talk to your au pair about protecting your family's privacy when online. If it is important to you to keep photos and information about your family off of popular social media sites or blogs, make sure your au pair is aware of this.

## Curfew

Curfew is another important issue to bring up as soon as your au pair arrives, and like car, phone and computer use, there is a section of the *Household Handbook* dedicated to curfew. Most families give their au pairs a curfew based on when and if she will be on duty the next day. An earlier curfew on weeknights is reasonable and ensures your au pair has time to get enough rest so she can fulfill her duties. On weekends, au pairs generally expect to be out later.

Some families have a "car curfew" meaning that the car must be back by a certain time but the au pair may stay out later.

**CHAPTER 7**

# Social Security, taxes and workers' compensation



**PREPARATION RESOURCES**

For more detailed tax information, visit:

**INFOSOURCE:
DURING YOUR YEAR:
INSURANCE, HEALTH, SOCIAL
SECURITY TAX, AND WORKERS'
COMPENSATION INFORMATION**

When your au pair arrives, it's important to help her get a Social Security number so she can open a bank account, file taxes and you can properly file your own family's taxes.

## Social Security

It is important for your au pair to obtain a non-working Social Security number. Not only are they required in some states to get a driver's license or to open a bank account, it is also necessary for au pairs to file taxes, as well as host families to claim on their taxes.

To obtain a Social Security number, an au pair must go to the nearest Social Security office with her passport, I-94 card, DS-2019 form, and Social Security letter from Cultural Care Au Pair (available in your Host Family Account). Au pairs should wait at least 10 days from the date they enter the U.S. before filing an application with the Social Security Administration (SSA) because the SSA

28 **1-800-333-6056**

REPLY APP 00466

cannot verify their status with the Department of Homeland Security (DHS) until at least 10 days after the date of entry.

Once at the Social Security office, she will have to fill out an application form which they will provide. In order to grant the Social Security number, the SSA must then verify the au pair's visa status. If an au pair is told that she is not in the database yet or cannot be verified, she should ask to have her status verified through the Student and Exchange Visitor Information System (SEVIS) instead. Her Social Security number application will then be faxed to a central office to be verified. From the time she applies, it may take several days or weeks for to receive her Social Security number and card by mail.

If your au pair experiences a problem when applying for a Social Security number, please contact Cultural Care Au Pair and we will try to assist you. Please be sure to provide the address of the office at which your au pair applied. You will also need to fax a copy of your au pair's I-94 card to Au Pair Services at **1-617-619-2102**. While we cannot expedite the process of obtaining a Social Security number, we may be able to help in cases where the Social Security office has incorrect information in their database.

## *Taxes and personal financial matters*

While Cultural Care Au Pair is not able to provide specific tax information for host families, we can provide general guidelines regarding host family and au pair tax issues, as well as information to help au pairs complete their tax returns. Because we update these guidelines on a regular basis, we suggest that you check your InfoSource through your Host Family Account, for the latest version of our tax guidelines. You can also call our office and request a copy by email. Since tax laws vary from state to state and are changed on a frequent basis, we advise host families and au pairs to speak with a local professional tax advisor or directly with the Internal Revenue Service (IRS) for definitive answers to any specific questions regarding taxation.

### SUMMARY OF AU PAIR TAX ISSUES

- The IRS considers au pairs to be "employees" of the host family for tax reasons, even though they are in the U.S. on a cultural exchange visa. This means that au pairs are required to file U.S. individual income tax returns even though they may not owe any taxes.

- By April 15th of each year, the au pair should file form 1040NR-EZ or 1040NR using her Social Security number.

- Au pairs are allowed to claim a personal exemption for themselves, but are not eligible for the standard deduction in their tax filing.

- Because the maximum tax burden for the vast majority of au pairs is less than $1,000, there is usually no need for the au pair to make quarterly estimated payments, or for host families to withhold taxes. There are exceptions to this rule that are explained on InfoSource, accessible through your Host Family Account.

### TAX ID INFORMATION

If your employer requires taxpayer identification numbers for flexible spending account reimbursement, you should use:

**Your au pair's social security number**, in reference to payments made directly to your au pair.

**Cultural Care Au Pair's federal tax ID number** in reference to program fees paid to Cultural Care Au Pair. Cultural Care Au Pair's federal tax ID number is 20-2020345.

REPLY APP 00467

CC00000745

## SUMMARY OF HOST FAMILY TAX ISSUES

### CHILD AND DEPENDENT CARE TAX CREDIT

As long as you have used the au pair's childcare services in order to work or
look for employment, the stipend paid to your au pair, the costs of room
and board and the program fees paid to Cultural Care Au Pair are all eligible
under the Child and Dependent Care Tax Credit.

### DEPENDENT CARE REIMBURSEMENT PROGRAMS

The eligibility requirements for these programs (often called "Flex-Spending
Accounts" or "FSAs") are usually identical to those for the Child and Depen-
dent Care Tax Credit. Please note that expenses paid for using Dependent
Care Reimbursement Program funds are not also eligible for the Child and
Dependent Care Tax Credit.

### FLEX-SPENDING ACCOUNT PAPERWORK

Cultural Care Au Pair is happy to provide host families with a summary
statement of payments received during a tax year. We are also able to sign
and complete most forms that your plan might require for reimbursement.
Please note, however, that we are only able to provide you with either the
total amount of program fees paid in a given calendar year, or the amount
of program fees paid in a given calendar year with the dates of the applicable
full au pair term of service (e.g. one year, six months, etc.). Cultural Care Au
Pair cannot provide documentation explicitly pro-rating payments received
to a specified range of dates. Contact our office if you require any assistance
in claiming a Dependent Care reimbursement.

### WITHHOLDING FOR AU PAIR TAXES

Because the maximum tax burden for the vast majority of au pairs is less than
$1,000, there is no need for the au pair to make quarterly estimated pay-
ments. In addition, because au pair wages are deemed by the IRS to be paid
for domestic service in a private home, they are not subject to mandatory
income tax withholding on Forms 941 and W-2 by the host family. Host
families usually do not need to pay federal unemployment taxes for their
au pair or withhold Social Security and Medicare taxes. There are some rare
cases where this rule might not apply—please with your tax professional, and
refer to our detailed tax document available on InfoSource  through your
Host Family Account.

## *Workers' compensation*

In preparing your family and your home for the arrival of your au pair, it is
important to be aware of all the laws and regulations in your state as it pertains
to hosting an au pair. One issue to review in particular is whether your state re-
quires workers' compensation coverage for an au pair living in your home. You
can check with your insurance agent in order to determine the required coverage
in your state.

REPLY APP 00468

CC00000746

**CHAPTER 8**

# *Cross-cultural dynamics*

By choosing the au pair program to fulfill your childcare needs, you have chosen to participate in a cultural exchange program and add a new member to your family. If you were welcoming a parent, aunt, cousin or niece into your household, the configuration and dynamics of your family would change substantially. In hosting an au pair, you go one step further by adding a new family member who comes from an entirely different background, with different cultural beliefs, standards and practices. Combining two cultures within one family can be an exciting challenge with many rewards. However, it requires understanding, sensitivity and support of both differences and similarities.

## *Cultural differences*

As a host family, it is important to remember cultural differences are natural and should be respected. Something that may seem silly or strange to you might be customary in your au pair's home country. Before casting judgment, it's critical to try to understand why your au pair may behave in ways that are different from what you expected.

Once your au pair arrives, we suggest you all sit down and have an open discussion and ask questions about each other's countries and cultures. Use this as an opportunity to get to know each other. Seeing the humor and delight in our differences makes us seem all the more similar.

Your au pair has a genuine desire to learn about the customs and traditions of the U.S. and understand the cultural differences she will face during the year. We hope you are curious about her culture as well and encourage her to share her own traditions, holidays and language.

## *Culture shock and adjustment cycle*

Although many of our au pairs have traveled outside their home country before, they will undoubtedly encounter some degree of culture shock during their year in the U.S. Culture shock is not continuous—it typically comes and goes in waves, and people experience culture shock in varying degrees. Some people do not notice it at all, while others seem to be affected very much. Some go through culture shock in their first month, and others notice it much later. However, most people follow the same version of the adjustment cycle on the next page.

1. HONEYMOON STAGE: Everything seems exciting and new to au pair.

2. CULTURE FATIGUE: Au pair starts to see cultural differences, begins to feel uncomfortable, and is tired, both physically and mentally.

3. SURFACE ADJUSTMENT: Au pair begins to understand the people and their ways, and feels more comfortable.

4. HIDDEN PROBLEMS: Although outwardly she seems to be fitting in, she

**CULTURE SHOCK SYMPTOMS:**

Many au pairs go through some degree of culture shock and may experience some of the following symptoms:

• Difficulty in holding normal conversations (the most common symptom of culture shock).

• Feelings of alienation, confusion, inadequacy, homesickness, depression, lethargy.

• Yearning for certain foods or personal comforts that are reminders of home.

• Seeking contact with people from home country to the exclusion of new people.

• Blaming innocent parties for any problems that arise.

• Not leaving the house much; spending unusual amounts of time sleeping, eating, grooming, daydreaming, reading, organizing or reorganizing their own room.

In most cases, symptoms of culture shock go away, but if your au pair experiences continued symptoms please contact your LCC or program director.

REPLY APP 00469

CC00000747

begins to question certain aspects of the culture. She is homesick and possibly has conflicts with family and friends. She might feel dissatisfied and thinks things would be better "if only…"

5. FITTING IN: Au pair accepts the host culture and feels comfortable with the way of living. She might feel like a native of the host country.

6. GOING HOME: Au pair begins to have mixed feelings about going home.

It's helpful to periodically remind yourself of how this cycle progresses so you can support your au pair through periods of adjustment. Your encouragement, support and understanding can help your au pair overcome difficult times. The following suggestions are ways to ease any culture shock your au pair might encounter during the program year:

- Encourage your au pair to meet with other au pairs in your area. Your LCC will host monthly meetings for all the au pairs and whenever possible will arrange for a "buddy."

- Help your au pair get involved in community groups or activities that allow her to pursue her personal interests (i.e., join a gym, church, sports team, dancing group, etc.).

- Keep the lines of communication open. If problems arise, discuss them. Postponing them will only make things worse.

- Show genuine interest in your au pair's home country, family and culture by asking questions and creating a dialogue. Encourage her to prepare a favorite native meal for your family.

- Help your au pair find ways of preserving her sense of cultural identity. If you feel she is going through a period of culture shock, do not give ultimatums, such as, "No more phone calls." Doing so can create a "no-exit" feeling, since the calls might be considered a vital lifeline.

Culture shock varies by person and is a natural part of any cultural exchange experience. If at any time you feel you need assistance in helping your au pair through a difficult stage of culture shock do not hesitate to contact your LCC or program director.

**CHAPTER 9**

# *Host family and au pair communication*

The most important thing you can do as a host family to ensure a great year with your au pair is to communicate. The fact that your au pair comes from a different country and speaks a different language makes communication even more critical. Taking time each day and at your weekly meeting to touch base and give critical and positive feedback is essential to creating a happy household. Finding

"There are times when living with someone else can have its challenges, but I had challenges when we sent our kids to an in-home day care as well. The peace of mind for me is more than worth it. When we've had any problems with our au pairs we have always taken the time to sit down with them and luckily they have all been respectful enough to see the big picture and understand any problems that have come up."

**Newman Family in Colorado**

REPLY APP 00470

CC00000748

time to chat with her like you would to a friend or family member will also go a long way in making your au pair feel welcome.

## *Communicating with your au pair*

When speaking to your au pair about her duties or when giving feedback, it is important to adhere to the "ground rules" of good communication. Two of the most effective tools you can use to facilitate good communication with your au pair are assertive directing and effective listening. One helpful tip is to keep a copy of your au pair's DISC personality profile. This provides great insight for effective communication and improving your relationship.

### ASSERTIVE DIRECTING

Assertive directing means being open and straightforward about your expectations, family routines, childcare practices, au pair responsibilities, work schedule, household rules, etc. To practice assertive directing, sit down to discuss responsibilities, household rules, work schedule and other relevant items after giving your au pair a few days to settle in.

- Be direct about your expectations.
- Openly discuss your childcare philosophy, types of activities you want your au pair to do with your children, household rules that apply to the children, issues around food/snacks, desired discipline techniques, etc.
- Use the *Household Handbook* that details her childcare and household responsibilities since it is helpful for au pairs to refer to written directions.
- Explain things carefully and thoroughly—not all at once, but probably more than once.

### EFFECTIVE LISTENING

Effective listening means listening to your au pair with the intent to understand her feelings and needs from her perspective, not your own.

Most often we listen not with the intent to understand, but rather with the intent to respond. We are either busy preparing to speak or we are already "talking over" the other person. If you want to interact effectively with anyone—your au pair, spouse, child, co-worker, supervisor, neighbor, friend—you must first understand him or her.

The two main components of effective listening are empathic listening and using reflective feeling statements:

### EMPATHIC LISTENING

This level of communication occurs when we are willing to "walk in our au pair's shoes" and see the world from her perspective, rather than react with our own emotions, judgments, stories, suggestions, etc. This is crucial when we are dealing with cultural and language differences, and it accomplishes three primary things:

- Reduces emotion to a more manageable level
- Allows parties to get to and through the problem solving process
- Builds a relationship based on trust, credibility, and integrity

### EXAMPLES OF USING REFLECTIVE FEELING STATEMENTS:

- "You look frustrated when Sam won't listen to you."

- "I know it can be embarrassing when Lucy acts up in the grocery store. She does that with us sometimes, too."

- "It seems like you're trying to ask me something, Britta, but I get the sense that you're nervous to ask. Is that right?"

### EXAMPLES OF USING REFLECTIVE FEELING STATEMENTS FOLLOWED BY AN OFFER TO HELP:

- "You look frustrated when Sam won't listen to you. He seems to have a way of testing everybody, including us! Maybe we could talk about some ideas of how to get him to do what you want him to do."

- "I know it can be embarrassing when Lucy acts up in the grocery store. She does that with us sometimes, too. Would it be helpful if we sat down and discussed ways we handle her?"

- "It seems like you're trying to ask me something, Britta, but I get the sense that you're nervous to ask. I always want you to feel comfortable in coming to me with anything, so I'd love to hear what's on your mind."

REPLY APP 00471

CC00000749

When you have a discussion with your au pair, it's also important to pay attention to the "feeling tone" of what is being said. Sometimes your au pair might have difficulty vocalizing her true feelings, but if you listen to the tone of voice and take note of facial expressions and body language, you may pick up on those emotions.

## USING REFLECTIVE FEELING STATEMENTS

It is a good idea to use statements to reflect back to your au pair what you think she is feeling before you offer any assistance. By accurately reflecting your au pair's feelings, you assist in diffusing emotions so she can open up to new possibilities. Only after you both understand the issue at hand is it appropriate to offer your assistance.

## CONFLICT RESOLUTION MODEL

Every family experiences the challenge of resolving opposing needs. The conflict resolution model can be used when there is conflict between family members, including your au pair. Use it to help find a creative way to resolve problems, respecting the input, needs and rights of all concerned parties.

### 1. DEFINE THE PROBLEM
Define the problem in terms of needs (usually feelings), not solutions.

### 2. BRAINSTORM POSSIBLE SOLUTIONS
Withhold value judgments and do not be afraid to be completely honest and open. (If possible, write down brainstorm ideas on a large piece of paper that everyone can see.)

### 3. EVALUATE THE SOLUTIONS
Evaluate the solutions in a non-judgmental manner. Explore the perceived positives and negatives of each solution.

### 4. DECIDE ON MUTUALLY ACCEPTABLE SOLUTION(S)
Narrow down the list of possible solutions, starting with the elimination of those that are the least acceptable.

### 5. ACT ON THE SOLUTION

### 6. CHECK RESULTS
Schedule a time to assess the results of your efforts, and give feedback to each other.

### 7. REFER BACK TO YOUR *HOUSEHOLD HANDBOOK* AND *DAILY COMMUNICATION LOG* TO SEE IF THERE ARE WAYS YOU CAN IMPROVE YOUR COMMUNICATION
The sooner you engage in this conflict resolution model when a conflict arises, the sooner you can find a solution and continue building trust and respect for one another.

## CULTURAL CARE TRANSITION POLICY DURING THE FIRST MONTH

For the first month that an au pair and host family are together, Cultural Care Au Pair will not process any non-emergency transitions. While there are times when au pairs and host families cannot work through their differences, the first month is always a time of adjustment for both parties and once initial problems are resolved, host families and au pairs have a much better chance of enjoying a successful relationship. In addition, host families will be responsible for a $500 transition fee in the event of three au pair placements within the first 30 program weeks.

REPLY APP 00472

CC00000750

**CHAPTER 10**

# *When issues arise*

When issues arise, it is even more imperative to keep the lines of communication open between you and your au pair. Normally, host families and au pairs are able to resolve their own issues through communication and problem-solving. However, there are situations that may require involvement from your LCC and/or program director.

## *Solving problems on your own*

Like with any relationship, you will have points where you and/or your au pair will experience bumps along the way. Adding another person to your household with her own personality and habits makes this almost inevitable. But the approach families use to address these issues affects the outcome of conflict dramatically.

The worst way to handle an issue is to ignore it. Problems don't go away—they just tend to get worse. So, if you don't like the way your au pair does something, it's best to bring it up right away. Give her the chance to learn you are unhappy and why so she can work on it.

Likewise, if you sense your au pair is bothered by something, give her an opportunity to bring it up. Weekly meetings are a good time to ask her about how things are going. Au pairs are often afraid to immediately bring up concerns, so sometimes you may have to press them to open up. Once she feels comfortable enough to vocalize her feelings, the situation can be addressed.

We expect that all families and au pairs make a good faith effort to work through issues they face. Most families find that successfully working through conflict with their au pair strengthens their relationship as a result. And, knowing you can overcome bumps in the road is a great predictor of success for the rest of the year. However, if you are unable to work out problems independently and feel you would benefit from the counsel of an impartial third party, calling your LCC and/or program director may be necessary.

## *When to involve your LCC and/or program director*

If you and your au pair encounter an issue you cannot resolve on your own, your first call should always be to your LCC. Your LCC is a resource for both you and your au pair and they have been trained to provide information and support when misunderstandings or conflicts occur. In fact, it is Cultural Care Au Pair's policy that your LCC serve as an objective mediator and conduct a three-way mediation in the event of a host family-au pair conflict. To help resolve issues your LCC will:

- Initiate a mediation during which s/he will serve as an objective mediator
- Help outline guidelines for a follow-up, two-week trial period
- Offer advice as you decide to work towards resolution or initiate a transition

### CONSIDER AN IN-COUNTRY AU PAIR

Although you should always choose the best au pair for your family's needs, there are several advantages to considering an in-country au pair. In-country au pairs are suitable childcare providers who are in transition due to circumstances within their own host family (e.g. personality differences, communication problems, financial issues, etc.) In-country au pairs are already acclimated to the U.S. and usually available immediately. Another advantage to considering in-country au pairs is that if they live close by there is an opportunity to meet them in person.

It is Cultural Care's policy to secure a recommendation from either the previous host family or the current LCC before re-matching an au pair. If you are considering an in-country au pair, you always have the opportunity to contact the previous host family for feedback before making your final decision. Cultural Care Au Pair will not recommend a host family to a new au pair or an au pair to a new host family without providing full disclosure to all parties. Like you, in-country au pairs are very eager to find a great match and continue their year.

REPLY APP 00473

CC00000751

Your program director is also committed to working with you and your LCC to determine a solution that is sensitive to both the needs and well-being of your family and au pair.

## MEDIATION

Discussing a tough situation with your LCC as an impartial mediator can help you make progress towards a solution. Cultural Care Au Pair requires that a three-way mediation take place between you, your LCC, and your au pair in the event of a conflict you can't solve on your own, before any further steps are taken. During the mediation, your LCC will ask to hear about issues from both you and your au pair independently. This is a good opportunity to listen to what each other has to say once again and gain insight as to how problems can be resolved. The goal of a mediation is to develop a plan outlining how behavior will change in order to overcome the issues and how you can measure your progress during a two-week trial period.

## TWO-WEEK TRIAL PERIOD

At the end of the mediation, your LCC will ask that your family and au pair enter into a two-week trial period. You and your au pair should be following the plan you developed during your three-way mediation and monitoring your progress along the way. Constant communication is important during this time as you honestly evaluate whether outstanding issues can be fixed.

At the end of the two-week trial period, your LCC will check in with both you and your au pair to determine if the plan to overcome the issue has been successful. By the end of a two-week trial period, many host families and au pairs will have discovered a way to work through their problems. There are also times when host families and au pairs may not agree on all issues but agree to stay together as they continue to work on the relationship. Families sometimes accept minor personality differences or other perceived minor shortcomings because they are confident in an au pair's childcare abilities.

## *Entering into a transition*

In the event that your issues are irreconcilable, your family and au pair may decide to end the relationship and initiate a transition. Once you decide to end the relationship with your current au pair, your LCC will schedule an exit interview, during which s/he will determine how you wish to move forward. S/he will also:

- Explain host family and au pair obligations during the transition period
- Work with you on the selection of a new au pair for your family if you decide to continue
- Work to find a new placement for your au pair
- Review the financial implications of transition

### HOST FAMILY AND AU PAIR OBLIGATIONS DURING A TRANSITION

Your au pair (whether she is going to a new family or returning home) is expected to stay with your family for a two-week period starting from the date of the exit interview. This gives Cultural Care Au Pair enough time to find her a new host family or arrange for her travel home. You and your au pair can determine together how to handle the arrangements during these two weeks. Au pairs can continue to provide childcare (for which they earn their weekly stipend) or



**WHAT TO EXPECT FROM A TRANSITION**

For more detailed information about the impact of a transition, including a downloadable help guide, visit:

**INFOSOURCE:**
**DURING YOUR YEAR:**
**YOUR RELATIONSHIP WITH YOUR AU PAIR:**
**IF ISSUES ARISE**

REPLY APP 00474

CC00000752

you can relieve her of all childcare responsibilities. Families are not expected to pay the weekly stipend if the au pair is not providing childcare.

Your program director and placement manager will work hard to find you a new au pair who meets your needs as soon as possible. However, families who cannot or choose not to rely on their departing au pair to provide childcare during these two weeks are responsible for finding an alternate childcare solution. Likewise, if a family's new au pair doesn't arrive until after the other departs, families must find other childcare coverage—Cultural Care Au Pair cannot guarantee continuous childcare.

If you are unsure of alternate childcare, please contact your LCC as s/he might be able to offer you referrals through her/his connections in the community.

### WELCOMING A NEW AU PAIR

If you decide to welcome a new au pair after transitioning with your current au pair, your program director will speak with you directly to review the re-matching process. Your program director and LCC will also try their best to locate a new family for your current au pair, provided she is still recommended for childcare duties. Please be aware that when presenting your registration to a prospective au pair or your former au pair's application to a prospective host family, Cultural Care Au Pair will disclose details related to the transition.

Host families who are in transition are eligible to match with any of our available au pairs including those who are overseas, wish to extend with a new family or who are currently in the U.S, (or "in-country") and re-matching.

### FINANCIAL CONSIDERATIONS DURING A TRANSITION

When going through a transition, there are several financial considerations to take into account that are affected by your host family status and whether you decide to welcome an overseas au pair, in-country au pair or to exit the program. As you consider candidates, keep in mind your used childcare weeks so far and how many weeks your new candidate may have. Choosing a candidate with more weeks left on her term than you've paid for will result in a balance to be paid.

Should you go into transition, your Program Director will review your options in depth with you.

### LEAVING THE PROGRAM

If, after the exit interview, you decide that the program isn't the right childcare option for your family, you will receive a refund per the refund schedule outlined on your Host Family Agreement.

### CHAPTER 11

# *Repeating with Cultural Care Au Pair*

Cultural Care Au Pair is proud that over 70% of host families each year decide to repeat with us to host another au pair. We hope you will consider your options and rewards as a repeat family and choose us again for your childcare needs.

### CONSIDER AN IN-COUNTRY AU PAIR

Although you should always choose the best au pair for your family's needs, there are several advantages to considering an in-country au pair. In-country au pairs are suitable childcare providers who are in transition due to circumstances within their own host family (e.g. personality differences, communication problems, financial issues, etc.) In-country au pairs are already acclimated to the U.S. and usually available immediately. Another advantage to considering in-country au pairs is that if they live close by there is an opportunity to meet them in person.

It is Cultural Care's policy to secure a recommendation from either the previous host family or the current LCC before re-matching an au pair. If you are considering an in-country au pair, you always have the opportunity to contact the previous host family for feedback before making your final decision. Cultural Care Au Pair will not recommend a host family to a new au pair or an au pair to a new host family without providing full disclosure to all parties. Like you, in-country au pairs are very eager to find a great match and continue their year.

REPLY APP 00475

CC00000753

## Repeat Family Rewards

Cultural Care Repeat Family Rewards Program is offered exclusively to families who decide to extend with their current au pair or to host a new au pair from overseas. Repeat families are entitled to great benefits including:

- The most generous program discounts in the industry
- Prioritized matching
- Free overseas connection services

Whether you decide to extend with your current au pair or welcome a new au pair, our repeat family discounts allow you to save a significant amount of money and enjoy priority status. For more information on extension pricing and the savings you receive as a host family, please visit the program costs section on **culturalcare.com.**

We encourage families to repeat with Cultural Care Au Pair and apply all that they've learned about being a host family to another great year with their current au pair or a new au pair from overseas.

## Extending with your current au pair

Host families who are having a great year with their current au pair may want to consider the Cultural Care Extension Program. This program allows all au pairs in good standing to extend their time in the U.S. for an additional 12, 9 or 6 months once their first year is over.

Extending with your au pair allows you to enjoy:

- Consistent care for you and your children
- Continuous program support from your LCC
- Significant savings
- Time saved finding a replacement
- Effort saved training a new au pair

Four to five months before your program year ends, you and your au pair will receive information about the Cultural Care Extension Program, and we suggest using this as an opportunity to talk about the possibility of an extension. Although it may seem early to bring up, the deadline for submitting extension registrations is 60 days before your au pair's legal departure date. Your au pair must also submit documentation showing she completed or will complete the educational component 30 days before her legal departure date. (Acceptable documentation includes a Certificate of Completion, a letter from the professor or an official transcript.)

The decision to stay together for an additional 12, 9, or 6 months is an important one, and it requires an open dialogue and careful consideration from each person involved. In the end, all parties should feel completely comfortable with the decision to remain together.

If you know you want your au pair to extend, share why you appreciate her and how the next year might look for your family. Most au pairs who extend decide to do so with their current families because of their love for their host families, their new community and all the new friends they've made.

---

**BENEFITS TO REPEATING WITH YOUR CURRENT AU PAIR INCLUDE:**

- Consistent care for you and your children.

- Continuous program support from your LCC.

- Significant program fee savings.

- Time saved finding a replacement.

- Effort saved training a new au pair.

**OR, WELCOME A NEW AU PAIR AND LOOK FORWARD TO:**

- Continuous program support from your LCC.

- A savings of up to $1,100!*

- The chance to expose your family to a new language and culture.

REPLY APP 00476

CC00000754

If you won't be inviting your au pair to extend with your family, it's also important to let your au pair know. Every au pair has the opportunity to extend with a new family during her extension term so this will be an option for her to consider. In fact, there are some au pairs who prefer to spend their additional 12, 9 or 6 months with a new family so they can see a different part of the country or to experience caring for children of different ages.

If you do decide to extend with your current au pair, you are entitled to the same 45 hours per week of personalized, live-in childcare including help with any child-related household help. All extension au pairs have basic travel insurance coverage but may purchase an optional extended insurance policy for a 6, 9, or 12 month extension term. Just like during the first year, host families are responsible for providing their au pair with paid vacation (2 weeks for 12- and 9-month extensions; 1 week for 6-month extensions) and contributions toward their coursework (up to $500 for 12- and 9-month extensions; $250 for 6-month extensions)[1].

## *Welcoming a new au pair*

If you decide not to or are unable to extend with your current au pair, we encourage you to register to host a new au pair. Families who decide to welcome new au pairs can look forward to:

- Continuous program support from your LCC
- Significant savings
- The option to expose your family to a new language and culture

We recommend re-applying early to welcome your new au pair for two reasons. First, it gives you and your placement manager more time to find a candidate who meets all of your family's criteria. In addition, repeat families who register early enough are entitled to an early matching bonus. To make sure you qualify for this bonus, we recommend you reference looking at the early matching bonus deadline chart available through your Host Family Account.

Once you've submitted your registration, you can begin reviewing candidates and schedule your next in-home interview with your LCC.

[1] *The amount a host family is required to contribute their au pair's educational component during her extension term is determined by the U.S. Department of State and is subject to change. Host families must comply with any change in the contribution amount.*

**CHAPTER 12**

# *Preparing for your au pair's departure*

## *Your au pair's return flight*

About three months before the end of your au pair's year, she will receive an email from Cultural Care Au Pair asking her to select her return flight option within a three-week deadline. She will be prompted to speak with you about this decision so you can mutually decide on a time that is convenient. All au

**HELP YOUR AU PAIR PREPARE TO RETURN HOME BY DOING THE FOLLOWING:**

- Discuss the best and the most challenging moments for each of you.

- Explore what you've learned from each other.

- Share what you've learned about yourself.

- Discuss your answers to the following questions: What have you learned about each other's country and culture? What would you do differently if you had to do it over again? What would you keep the same? What's the one thing you will miss the most?

- Put together a scrapbook of photos and/or souvenirs, organize a farewell dinner or a weekend away, or give your au pair a special gift (family photo, art print of host city, etc.); any of these gestures will mean a great deal to your au pair.

- Write a letter of recommendation for your au pair to help with her job search back home.

- Finalize all financial matters with your au pair, such as payment of phone bills, medical bills, closing of bank accounts, etc.

REPLY APP 00477

CC00000755

pairs must return to their home countries no later than 30 days after their legal departure date, and Cultural Care Au Pair cannot book flights beyond this grace period. Approximately four to six weeks prior to her date of travel, your au pair's itinerary can be accessed in the "Current Au Pair" tab in your online account. As a host family, you are responsible for ensuring that your au pair gets to the airport in time to leave for home.

Should you or your au pair want to make changes to the requested departure date, she will need to contact Cultural Care within three days after submitting her return flight option. After that, changes are subject to a change fee plus any additional fees charged by the airline.

Your au pair can fly from any gateway Cultural Care Au Pair serves, however there may be additional fees involved if the gateway from which she departs is different than the one to which she arrived. Cultural Care Au Pair cannot guarantee one specific date or a specific gateway, since we require flexibility, but we will try our best to accommodate your au pair's first choice.

## 30-day grace period

At the end of a successful au pair's year, she is entitled to what's called a 30-day grace period. For the 30-day grace period, au pairs can stay legally in the country to do what they want, although they are not permitted to provide childcare during this time. If an au pair decides to extend her year, the 30-day grace period cannot be taken at the end of her first year. Rather, she is entitled to a 30-day grace period at the end of her extension term.

Many au pairs take advantage of their 30-day grace period to travel within the continental U.S. (with the exception of Alaska and Hawaii.) There are many tours geared toward au pair travel, and many au pairs plan trips with other au pairs who have the same month off. When it is time for your au pair to fly back home, she is responsible for returning to your area, and you are responsible for getting her to the airport for her flight.

If your au pair does plan to stay and travel during her 30-day grace period, the basic or extended insurance policy under which she was covered during her time as an au pair will expire. Erika Travel Insurance does not automatically cover your au pair during this grace period. Additional insurance must be purchased or she must show proof of insurance coverage by the end of her regular program term in order to have her return flight booked through Cultural Care Au Pair. For more information, please see the Insurance section of InfoSource.

## Reverse culture shock

As you and your au pair reflect upon the year spent together, it is natural to feel a range of emotions from sadness and confusion to relief and excitement. You might experience a renewed closeness or a loosening of bonds as you prepare to separate. In the latter case, you might notice an increase in irritability and tension. It is important to take time to express your thoughts and feelings if this occurs. You and your au pair are about to make a major change and are searching for a meaningful closure. Therefore, good communication is just as important at this time during your cultural exchange year.

It has been said that cultural exchange participants travel to not one but two

REPLY APP 00478

CC00000756

foreign cultures: the one they are visiting and the one to which they are return-
ing. Upon returning home, au pairs often find their native culture strange and
uninviting. You can prepare your au pair for reverse culture shock by talking
about her feelings about going back home and asking questions about what
expectations she has.

### PREVENT REVERSE CULTURE SHOCK: QUESTIONS FOR YOUR AU PAIR

- Do you think your family and friends will notice the ways in which you
  have grown and matured while here? How will you handle it if they
  don't?

- You might be criticized for becoming "too American." How will you
  handle this if it happens?

- After first hearing about your exchange experience nobody seems to want
  to hear about it any more. How will you feel and what will you do?

- You might feel a little out of step with your friends. What will you do if
  old friends seem to ignore you?

- How will you integrate what you have learned here into your daily life
  back in your home country?

## Saying goodbye

You might find yourself in a state of shock and disbelief, emotionally unprepared
for the fact that when you wake up tomorrow, your au pair will not be there.
Whatever your emotions may be, know that it is natural to experience a period
of re-adjustment after your au pair leaves. Most families find that they begin to
adjust within a month or so, as they resume their routines, re-establish comfort-
able schedules and interact as a family with a new au pair (or with one less family
member if you decide not to host another au pair).

One way to ease feelings of loss is to stay in contact with your au pair after she
departs. Many families stay in touch with their previous au pairs for many, many
years and some even decide to visit their previous au pairs or invite them back
to the U.S. to visit. Even though the nature of the relationship must change, the
bond can last a lifetime.

## Making the transition to a new au pair

As you say farewell to one au pair and welcome another, please remember to be
sensitive to the needs of both. While the departing au pair will want to know
she will be missed and was appreciated, the arriving au pair is probably nervous
about being compared to her predecessor. Try to limit your discussion of the
"old" au pair in front of the "new" au pair. Each au pair is unique and will have
different personality traits, strengths and weaknesses.

Allow time for your children to adjust to your new au pair. Naturally, they will
probably miss your previous au pair, and creating a bond with your new au pair
might take anywhere from a few days to a few weeks. Anything you can do to ease
the transition will be appreciated by both of your au pairs. If you have questions
or need help managing the transition, please call your LCC or program director.

"Saying goodbye to an au pair isn't
always easy. Our older daughter
tends to become more attached
than anyone else in our family and
so for her it is particularly tough. But
we've learned that keeping in touch
through Facebook and emails make
it all easier. As a family we check in
with them regularly to share what's
going on with us and to find out
what adventures they are up to."

**Johnson Family in California**

REPLY APP 00479

CC00000757

## CHAPTER 13

# *Appendix*

## *U.S. Department of State regulations*

**(a) Introduction.**
This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

**(b) Program designation.**
The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

**(c) Program eligibility.**
Sponsors designated by the Department of State to conduct an au pair exchange program shall;
(1) Limit the participation of foreign nationals in such programs to not more than one year;
(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;
(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;
(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;
(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;
(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;
(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.
(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and
(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

**(d) Au pair selection.**
In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:
(1) Are between the ages of 18 and 26;
(2) Are a secondary school graduate, or equivalent;
(3) Are proficient in spoken English;
(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;
(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and
(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

**(e) Au pair placement.**
Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:
(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;
(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;
(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;
(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;
(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.
(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and
(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

**(f) Au pair orientation.**
In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:
(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;
(2) A detailed profile of the family and community in which the au pair will be placed;
(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

42 **1-800-333-6056**

REPLY APP 00480

CC00000758

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

**(g) Au pair training.**

Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

**(h) Host family selection.**

Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

**(i) Host family orientation.**

In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

**(j) Wages and hours.**

Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

**(k) Educational component.**

Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

**(l) Monitoring.**

Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

**(m) Reporting requirements.**

Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the

REPLY APP 00481

CC00000759

procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

**(n) Sanctions.**

In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

**(o) Extension of Program.**

The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program ( i.e. , 30-calendar days prior to the program end date listed on the exchange visitor's Form DS–2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

**(p) Repeat Participation.**

A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

**United States Department of State**
**Office of Exchange Coordination and Designation**
**ECA/EC/PS - SA-44, Room 734**
**301 4th Street, S.W.**
**Washington, D.C. 20547**

**jvisas@state.gov**

CC00000760

REPLY APP 00482

# *Notes*

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

\_\_\_\_\_

REPLY APP 00483

CC00000761

### *Learn more about:*

- **Your role as a host family**
- **Preparing for your au pair**
- **What your au pair will expect**
- **Tips for communicating with your au pair**
- **Program regulations and guidelines**
- **And more!**



Cultural Care Au Pair
One Education Street
Cambridge, MA 02141

Phone: 1-800-333-6056
Fax: 1-617-619-1101
E-mail: aupair@culturalcare.com

CC00000762

REPLY APP 00484

Case 1:14-cv-03074-CMA-KMT   Document 936-3   Filed 04/13/18   USDC Colorado   Page 48 of 202

# Exhibit 15

Welcome Letter
Dear Local Childcare Coordinator,

Welcome to Cultural Care Au Pair! We are excited to have you join our childcare and cultural exchange program that offers families flexible, live-in childcare with a unique international perspective. Cultural Care Au Pair has grown from its small beginnings in 1989 to be an internationally recognized au pair organization. Our excellent reputation is due to the dedication and spirit of our Local Childcare Coordinators (LCCs) in communities all over the United States.

As a Local Childcare Coordinator in your community, you are an important member of our team. You are a marketer, a counselor, a diplomat, a friend, and an organizer. You will find that working closely with families and au pairs and marketing the Cultural Care Au Pair program are some of the most exciting and rewarding aspects of the Local Childcare Coordinator position. Your Program Director, Sales and Development Team, and the entire Cultural Care Au Pair staff will work closely with you to assist you with your efforts.

This handbook is designed to give you the information you need to get started as an LCC. Please read this handbook prior to your training. Your questions, feedback, and ideas are always welcome. Thank you for your involvement with Cultural Care Au Pair. We hope that your work brings you many rewards, personal challenges, and a great deal of fun.

Best regards,

The Staff of Cultural Care Au Pair

REPLY APP 00486

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002192

**Chapter One: Introduction to Cultural Care Au Pair**

*Chapter Overview*
- *Summary of our programs*
- *Cultural Care's Statement of Purpose and core values*
- *The history of Cultural Care Au Pair*
- *Our Kids First Program*
- *Who's who in Cultural Care*
- *Communicating with Cultural Care*
- *A quick reference guide to contact information*

Program Summary
Cultural Care Au Pair offers a unique combination of childcare and cultural exchange. We recruit, screen and train young women and men from around the world to care for American children while living as a member of the family. The au pair program is designed to give young people an opportunity to experience the U.S. and provide quality childcare for American families. The program is carefully regulated by the U.S. Department of State, promotes international understanding and provides cultural exchange for everyone involved.

Au pairs are 18 to 26 years old, secondary school graduates, proficient in English and typically female (95%). They come from 40 countries on five continents. An au pair's childcare experience can range from babysitting to working in day care centers to teaching. They are interested in becoming au pairs to improve their English, experience life in the United States and care for children.

Our host families are mostly dual-career professional couples with two or three children. Most reside in suburbs of major metropolitan areas and are looking for the flexibility of live-in childcare and enjoy the cultural exchange benefits the program offers. About 70% of our host families repeat with us each year!

We offer a full year program and an extension. Au pairs on the full year program have the option to extend their stay for 6, 9, or 12 months, and about 30% of au pairs choose to extend.

Since 1989, Cultural Care has matched almost 60,000 au pairs with welcoming American families. There are currently over 8000 Cultural Care host families across the U.S. We have over 600 Local Childcare Coordinators (LCCs) in communities throughout the country, and our main offices are in Boston and Lucerne, Switzerland. In addition to our main offices, we have field offices in several states and recruitment offices in several countries around the world.
Our Statement of Purpose
The official Cultural Care Statement of Purpose is:
"Cultural Care Au Pair is a leading provider of cultural and educational exchange through a quality childcare program. We promote international understanding by bringing young people of the world together with American families and children."

REPLY APP 00487
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002193

Our Core Values

1. Passion for what we do
We are passionate about our roles in breaking down barriers and bringing people of the world together.

2. Positive attitude
Although we can be faced with obstacles, it is essential to maintain a positive attitude. This communicates itself to our colleagues and all program participants.

3. Respect for the value of the individual
Every au pair, LCC, and staff member has something to contribute. It is important to remember that although we may deal with the same issues repeatedly, this is probably the first time the au pair or host family is experiencing it. This value also speaks to our commitment to tolerance and acceptance of people regardless of national origin, race, language ability, etc.

4. Personal responsibility in a team environment
Teamwork is how we get things done at Cultural Care Au Pair. However, in order for teamwork to be successful, each person must commit to fulfill her/his own responsibilities.

5. Dedication to excellence
We believe in upholding the highest standards in quality childcare. We are dedicated to achieving excellence in every aspect of our program from training and recruiting the best au pairs to having the best monthly au pair meetings and highest caliber staff and field staff.

History of Cultural Care Au Pair
Due to the increasing demand for quality childcare for American families, the USIA (United States Information Agency) granted a select number of U.S. cultural exchange organizations permission to arrange programs that would (1) promote international understanding between nations and (2) help fill the childcare gap. In 1986, two organizations were authorized to run au pair programs that followed strict guidelines set by the USIA. In 1988, three more companies were added to this list, of which EF Education was one. In 1999, the USIA ceased to exist and all exchange visitor programs fell under the jurisdiction of the Department of State, Bureau of Educational and Cultural Affairs.

In 1989, EF Education, the world's largest private educational organization, launched a new division of its international program offerings—EF Au Pair, a company that provided childcare and cultural enrichment for all involved. The au pair program was a natural extension for EF, a company committed to promoting cultural exchange and creating an international dialogue. Over the years, we have successfully placed over 60,000 au pairs from around the world into welcoming American homes, and each year we aim to reach more people than ever before by opening the door to new possibilities for au pairs and American families.

**REPLY APP 00488**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002194

Cultural Care Au Pair's longstanding experience in the field of intercultural exchange and impressive international resources places us in the unique position of providing the most thorough screening and matching process in the industry. As a recognized leader in the industry, EF Au Pair was a founding member of the International Au Pair Association. Founded in 1994, this organization is
dedicated to protecting the rights of au pairs and host families by establishing internationally approved guidelines for au pair exchange programs.

In 2003, we changed our name to Cultural Care Au Pair. We chose a name that more accurately reflects our current mission and future vision. This phrase was selected to represent our goal of introducing many individuals, of all ages and walks of life, to the rewarding benefits of cultural exchange. In addition to
benefiting from an affordable childcare alternative, American families enjoy the experience of hosting a young exchange student and exposing their family to a different culture.

In 2004, we introduced the Extension program, allowing au pairs to come for up to 14 weeks from June to September, and the Extension Program, allowing au pairs to extend their stay for 6, 9, or 12 months. In the past few years, we have seen tremendous growth in both size and quality. Cultural Care now has the largest number of host families and au pairs, the highest level of customer service and the most professional field staff network in the industry.

At Cultural Care Au Pair, we remain committed to providing the most detail oriented, professional, and personalized service possible. We will continue to develop new programs and trainings to enhance the experiences of our host families, au pairs, and our staff. We are dedicated to fulfilling the needs and
enriching the lives of our growing number of participants and, in doing so, we too benefit from the rewards of cultural exchange.

Kids First
Through Cultural Care Au Pair's Kids First program, our staff, host families and au pairs make a difference in the lives of children in the U.S. and overseas. Kids First provides children's organizations with monetary contributions, necessary supplies, matched funds to benefit children in need worldwide. Through Kids First, we hope to bring cultures together and invest in the growth and
development of children throughout the world.

Who's Who in Cultural Care
Each member of the Cultural Care team contributes to the servicing of host families and au pairs, to the sales and marketing of our program and to our continued compliance with State Department regulations. Following is an introduction to each member of our organization.

Find organizational charts of the customer service, sales, placement and au pair recruitment departments in your LCC Account.

**REPLY APP 00489**
**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002195

Local Childcare Coordinator (LCC)
•Represents Cultural Care Au Pair locally and works from home to service and support host families and au pairs during the course of their year     together
•Markets the program and recruits new host families
•Screens all host families through an in-home interview, checks each of their references and completes an in-home, two-week orientation upon
arrival of the au pair to the home
•Completes and submits all required paperwork, including monthly
contact reports, host family interview forms, and two week orientation forms—ensures compliance with regulations
•Act as mediator in the case of a dispute between a host family and au pair
•Maintains regular contact with Cultural Care staff receiving constant support from their PD (Program Director) and RDD (Sales and Development Team)

Program Director (PD)
•Focuses on four specific areas: LCC management, ongoing training,
compliance with State Department regulations, and crisis management
•Manages a group of LCCs by monitoring monthly paperwork, overseeing transition management, managing crisis situations, and providing ongoing training
•Works directly with families both on a proactive basis and in response to transitions
•Guides families through the service, matching and compliance aspects of the transition process while working closely with LCCs
•Processes all payroll and expense checks for LCCs

Sales and Development Team
Development Director
•Oversea a region of the country and all the activities related to the growth and development of the program in that area
•Hires, and with the PD team, trains new LCCs
•Develops and presents ongoing sales training to the LCC population
•Together with the PD team, identifies potential members for the Sales Leadership Team
•Provides support to LCCs who are attempting to qualify for the Sales Leadership Team
•Manages members of the SLT in the region to creatively market the program and build a nationwide inquiry pipeline

Sales Manager
•Manages inquiry follow-up for a designated region, including most of the inquiries generated by CCAP's marketing department
•Contacts potential repeat host families and documents feedback on the families' repeat plans
•Is available on the sales telephone line to answer inquiry calls and enter new inquiry accounts into the system
•Answers sales-related questions from LCCs who are not members of the Sales

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Leadership Team

Placement Manager (PM)
• Specializes in the placement of au pairs through our personalized matching process
• Provides tailored service to host families in a specific region of the country working with new and repeat families until they make their final selection of an au pair
• Contacts families to establish a personal connection and then works to find the right match for the family, exploring options within the overseas, in-country network, and extension au pair pool of candidates.
• Works to proactively utilize the au pair pool of candidates to find families in collaboration with the sales team for au pairs with specific matching needs or requests

Account Services Department
• Answers the general questions of host families and au pairs calling the main toll-free number
• Responds to the servicing needs of our customers or refers them to the appropriate member of the broader customer service team providing an immediate and professional response to customer service calls
• Maintains all host family financial accounts and assists and processes host family payments
• With the aid of the LCCs, together they are responsible for ensuring 100 percent compliance with all U.S. Department of State Regulations
• Responsible for ensuring 100 percent compliance with all U.S. Department of State Regulations
• Collects all required paperwork in order for a family to participate in the program including everything from the completed host family application to host family interview forms and two week orientations forms
• Reviews all paperwork to confirm that compliance is being maintained throughout the year

Marketing Department
The Marketing department is responsible for all of our printed materials, promotional materials, national print and online advertising, public relations, daily mailing distributions, Yellow Pages advertising and Parent's Paper advertising. This department also orders business cards for all LCCs, fulfills your requests for marketing materials, and oversees the website and extranet accounts.

Operations Department
The Operations team consists of Operations Managers who work with the overseas offices on any issues concerning the au pairs, from the logistical details of printing documents necessary for the visa application and coordinating arrival and departure flights to entering and scanning au pair applications. The Operations team is available to answer all types of questions from au pairs.

Finance Department
Processes all payroll and expense checks at the request of the PDs.

REPLY APP 00491

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002197

Au Pair Recruitment
Based in Lucerne, Switzerland, our recruitment network consists of Cultural Care staff and agents throughout the world. Every member of the Cultural Care recruitment team is trained in accordance with all U.S. Department of State regulations and Cultural Care Au Pair guidelines. All trainings focus on identifying and selecting quality au pair candidates. Cultural Care staff and representatives carefully review the application materials submitted by the au pair and interview each au pair in English to ensure proficiency and suitability for the program. Each recruitment team is closely managed by and receives regular visits from the staff in our recruitment headquarters in Lucerne, Switzerland.

Communication with Cultural Care's Main Office
There are several ways that you can and should communicate with Cultural Care's main office. Maintaining regular communication with our main office is essential. It is your responsibility to establish the best method for communicating with your Program Director (PD) and the Sales and Development Team. The three available methods are:

•Phone
The best way to communicate about important issues with your PD or the Sales and Development Team is by phone. The toll free number is 800-333-6056. Choose option 1 if you have the person's extension. Choose
option 2 if you wish to speak with a member of the Sales Team.


•Email
If a phone conversation is not possible, email is a highly effective way to communicate details and ask simple questions. Each staff member has an email address – firstname.lastname@culturalcare.com. General sales questions may be sent to sales.support@culturalcare.com. LCCs also have company email addresses – firstname.lastname@lcc.culturalcare.com. It is important to check your email at least once a day.

Email is also an efficient way of submitting scanned paperwork to the office, Paperwork is the measurement for compliance with the U.S. Department of State regulations, and emailing scanned documents is the easiest method for submitting all of your paperwork to our main office in a timely manner.  Scanning and emailing documents, including monthly expense reports, also ensures that you will always have a copy of each submitted piece of paperwork for your own records  If you do not have a scanner, we encourage you to purchase one.

•Fax
As an alternative to emailing scanned attachments to the office, paperwork may also be submitted by fax, also ensuring that you maintain originals of all documents.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

"Staying in regular contact with Cultural Care is so important. It enables you to get program updates, see all the information regarding your current and future au pairs and host families. As an LCC, service is of the utmost priority to me. Even though I work full time, I check my email multiple times during the day and all my host families and au pairs know that they can rely on me to get back to them within 24 hours. I have a fantastic Program Director. She is always available for me to bounce ideas off of and is very supportive. It's great to know I am not alone in the field and that we share the same belief in being part of a team."
—Tracy Cota, CA

**FYI: Cultural Care Contact Information**

| | | |
|---|---|---|
| Cultural Care Au Pair | One Education Street | Phone: 1-800-333-6056 |
| | Cambridge, MA 02141 | Fax: 1-617-619-1101 |
| | Email: aupair@culturalcare.com | LCC Fax: 1-800-206-9390 |
| | Office hours: 9 am – 5:30 pm all time zones | |

Program Director
See My Profile on your LCC Account for contact information for your PD.

Regional Development
See My Profile on your LCC Account for contact information for Director your RDD.

| | | |
|---|---|---|
| Au Pair Placement | 1-800-333-6056 | |
| Account Services | 1-800-333-6056 | account.services@culturalcare.com |
| Fax: 617-619-2102 | | |

| | |
|---|---|
| Marketing Department | 1-800-333-6056 |
| Operations Department | 1-800-448-5753 |
| Finance Department | 1-800-333-6056 |

| | |
|---|---|
| Chickering Claims Administrators | Insurance claims handler. Should be contacted regarding pending claims or policy coverage for au pairs. 617-218-8400 |
| ERIKA Assistance | Emergency medical assistance organization. Must be contacted in any medical emergency. Notify Cultural Care immediately. If unable to do so, contact ERIKA Assistance: Phone: 1-800-871-9211; Fax: 011 46 85 79379 75 |
| Cultural Care Training School | St. John's University  Phone: 1-631-218-3708 500 Montauk Highway      Fax: 1-631-218-3806 Oakdale, NY 11769 |

Cultural Care Bus Line Updates on bus arrivals from the Cultural Care Training School.
Phone: 1-800-590-1126

**REPLY APP 00493**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    CC00002199

**Chapter Two: LCC Accounts**

Chapter Overview
      • Login to your LCC Account
          • Your LCC profile
          • Navigating through the sections of your LCC Account
          • Lists of active families, matching families and potential families
          • Compliance, marketing and servicing information

Introduction
Cultural Care has built an extensive account system for Local Childcare Coordinators to find and manage information. The LCC Account is an essential tool as well as a valuable resource. On your LCC Account you will find up-to-date program information, marketing ideas, sales inquiries, matching information for your families, compliance checks, incentive updates and much more.

"I check my LCC Account several times a day. I can see right away when I have an inquiry or when a family applies to the program in my area. I download forms, event invitations and meeting ideas. And, most exciting, keep track of my incentive points!"
Sharon Thomas-Parker, MD
Login to LCC Accounts
In order to access your LCC Account and maximize your ability to use all of its functions, you will need the following:
•      Computer
•      Connection to the internet
•      Web browser: Internet Explorer
•      Adobe Acrobat Reader (for viewing forms and scanned applications)
•      Microsoft Excel (for viewing reports)
•      The LCC Account login address
•      Your personal username and password

You will find the LCC Account by going to our website, www.culturalcare.com, and clicking on the "Login" link in the upper right corner, or by going directly to the login page at www.culturalcare.com/login. Simply enter your username and password and click the "Login" button.

Once you successfully login, you will be on the Homepage which will have updated news items such as information about current host family promotions, LCC incentives, upcoming regional and national meetings, and our monthly "Au Pair World" newsletter for LCCs. Be sure to check here regularly for new program information. On the Homepage you will also see a row of tabs near the top of the screen that can be used to navigate around your LCC Account. Each tab is a separate section of the LCC Account and is explained on the following pages.

**REPLY APP 00494**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002200

My Network
The My Network page includes the contact information that Cultural Care has on file for you. If you notice any errors, please email your Program Director. You will also find the name and contact information of your Program Director and Placement Manager as well as the zip codes assigned to you.

My Families
The Overview page displays up to 5 of your current host families and au pairs, your potential repeat host families and your inactive families. You may click on the link that begins with "View all" below each family group to display the entire list of all of the families and au pairs in that category.

Current Host Families & Au Pairs
This page contains all of your active host families and their current and future au pairs. Use the blue navigation arrows in the upper right corner of the screen to move from page to page of the host family list. You can click on any of the bold column headers ("Family Name", "City", "State", etc.) in order to sort the list of host families by that column. Clicking on a host family's name allows you to view their account in more detail.

When you click on a Host Family name, you will be taken to a page which will provide you with the following information:

1. HF Profile: This section contains the family's contact information and an electronic or scanned copy of the host family's application.

2. HF Desired Group Arrival: This section shows what group arrival date the family prefers for their au pair's arrival, including transition group arrival dates, if applicable.

3. Gateway Info: This section lists family's gateway information including airport code, airport name, and bus information if the au pair is being bussed from the Cultural Care Training School in New York to the host family.

4. Current/Future Au Pair: This section contains information on the host family's current and future au pairs including a link to the au pairs' scanned applications.

5. Current/Future Au Pair Flight Info: By clicking on the "Itinerary Link" in this section, you can see the au pair's full flight itinerary with gateways, flight dates and flight times.

6. HF References: Personal Reference and Professional Reference fields are displayed in this section so, after checking the family's references, you can indicate when references are checked by clicking "Done". There is also a required "Comments" field for your comments about the reference. Be sure to always click the "Save" button when finished updating the checked references.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

You will use the HF Reference section often. When you know that a new family has applied, or that a repeat family has renewed, check this area of the host family's screen so references can be checked as soon as possible. Checking Personal and Professional References is a critical step in compliance. If you do not see the family's references listed after you know that the application has been processed in the office, contact the Account Services manager assigned to the account to find out the status of the references.

7. Save button: Always click this button if you've made changes to the information in this section. This will save the changes so the office will see your updates in our internal computer system.

8. Back to List button: Click the "Back to List" button to see your list of active host families and au pairs again.

Compliance
The Compliance tab allows you to keep track of your host families' required paperwork. On this page you will find a chart of your active host families that   displays what paperwork items are complete and what items are missing. You will see what date each item was recorded by Account Services. The compliance list for each family is refreshed to a new list each time the family repeats and the history of their previous checklist is saved in our internal system.

You should check this section frequently to see the status of your host families' compliance. You will also receive frequent e-mails from Account Services that are intended for your host families. These e-mails will state which host family documents we have received and which ones we are missing. Please follow up with your families once you receive these e-mails. It is critical that all paperwork be fully complete and submitted to the office before the au pair arrives to the family's home.

Evaluations
As host families repeat with the Cultural Care program, they are asked to evaluate several aspects of the program including the service they received from their LCC. In this section, you can see the evaluations we have received from your host families and the comments they have provided about your service.

In January each year, Cultural Care conducts performance evaluations of each LCC. Before your performance review with your Program Director, we ask that you complete this self evaluation in which you give feedback in the areas of service, placement compliance and sales. You will receive an email from your PD informing you of the appropriate time to complete the evaluation.

Potential Repeats
This is a list of families who are due to repeat for another au pair program year. Keep track of your communication with them about repeating.
Inactive Families

**REPLY APP 00496**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002202

You can also view a list of families who have cancelled (CAX) or are on hold (HOL) with the program. You can find information about the reason they are no longer with Cultural Care and notes about future follow up.

Matching
In this section, you can view families in the matching process, as well as au pairs in the matching process, and enter feedback and updates. After additional training, you may be able to match your own host families.
Inquiries
This is a list of families who have inquired about the program from your area or inquiries that you have entered into your LCC Account. These families receive regular information from Cultural Care about seasonal incentives and promotions. By clicking on a family name, you will find more information on the family, how they heard about us and any communication with them to date. You will be expected to add marketing notes each time you are in contact with one of your inquiry families.

•Add an Inquiry
The Add an Inquiry tab allows you to add information on prospective host families to your LCC Account. Be sure to provide detailed information,
including first and last names of both parents, address, telephone number and email address. Also include the source of the inquiry, details of the family's childcare needs, and general notes from you initial conversation.  This will allow for quality follow up in the future.

Payroll
The Payroll page provides you with a list of your monthly payroll documents complete with marketing and repeat bonuses earned and a list of the families for whom you received monthly servicing compensation.

Incentive Points
In the Incentive section of your LCC Account, you will find information on how to earn and redeem your incentive points and the exciting awards available to LCCs. You can find out how to earn a trip to our annual National Meeting and become a member of Cultural Care's prestigious Golden Heart League. On the My Points page, you will have an up-to-date account of the incentive points you have earned.

InfoSource
InfoSource is a wealth of information for everything LCC related, from sales and marketing tips to recruitment country information and LCC forms. There are six main sections in InfoSource:

•Program Information
This section of InfoSource provides you with general information about Cultural Care. Here you can also find information about Kids First (Cultural Care's charitable campaign), LCC Accounts, LCC email accounts and the benefits of being an LCC. There

REPLY APP 00497
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002203

is also Cultural Care staff information, including profiles, roles and responsibilities and phone numbers.

•Marketing
The Marketing section of InfoSource gives you a wealth of resources and ideas to use in your marketing efforts. Here you will find tools such as our Events-In-A-Box page that gives you everything you need to plan great events, templates to make customized flyers to hang in your community, and sample press releases. You will also find back issues of our monthly communication to LCCs as well as our monthly marketing newsletter, MarketPlace.

•Sales
The Sales section gives you information on inquiries, sales tools and lists the benefits of Cultural Care. Here you can also find ongoing discounts and promotions for host families. Detailed LCC Incentive Program information, such as how to qualify for our annual National Meeting, is located in this section as well.

• Compliance
One of Cultural Care's goals is to ensure 100% compliance from host families and LCCs and to provide the Department of State with a comprehensive audit. This section of InfoSource provides you with all the information you will need for compliance, including forms that you will need, such as the Host Family Application, Interview Forms, Flight Request Forms for au pairs, etc.

•Host Families
In this section we have provided a starting block of resources we have heard have been helpful to host families. Remember, however, that you are your host families' best resource and the reason that our program continues to grow!

•Au Pairs
The Au Pairs section covers everything from recruitment countries to the Extension Program. Here you can find information on how we screen au pairs, outreach and counseling advice, driving regulations by state, the Continuing Education Program and more.

Logout
Clicking on the "logout" link will log out of your LCC Account and bring you back to the LCC Accounts login screen.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**Chapter Three: Marketing**

Chapter Overview
- Networking in your community
- Distributing marketing materials
- Marketing on the Internet
- Public relations and advertising
- Host family referrals
- Events, open houses and community information sessions
- Cultural Care's national distribution plan

Introduction
Finding quality, affordable childcare that meets a family's needs is one of the biggest challenges facing busy, working parents. For many, the au pair program is the perfect choice because it achieves a fine balance between quality care at an affordable price and cultural enrichment for the family.

As a Local Childcare Coordinator, you are well positioned to market our program at the grassroots level in your community. The following will play a crucial role in your marketing plan:

- Networking in your neighborhood and community
- Brochure and flyer distribution
- Internet marketing
- Public relations efforts
- Host family referrals
- Events and community information sessions

You will receive a supply of marketing materials soon after you are trained, as well as each January when we print updated materials. You can request additional materials anytime during the year.

Each month, you will receive a copy of MarketPlace, a helpful newsletter providing you with additional marketing ideas, tips, and suggestions from the Marketing Department and veteran LCCs. MarketPlace provides LCCs with ongoing support and helpful suggestions in areas of marketing, sales, public relations and website creation and maintainence. We believe that servicing, marketing, and selling all go hand-in-hand. Providing excellent service for your existing families and consistently marketing the program in creative ways will result in new host families.

Find back issues of MarketPlace in the Marketing section of your LCC Account.

You may find that marketing the Cultural Care Au Pair program is one of the most exciting and rewarding aspects of your role as a Local Childcare Coordinator. Although you are very much an entrepreneur and working out of your home to build a local

REPLY APP 00499

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002205

"market," the Sales and Development Team, Marketing department and your Program Director are here to work closely with you to achieve your goals.

Networking
Networking with the right people in your community can be one of the most successful ways to generate interest in the Cultural Care Au Pair program. Once people in your community are familiar with the benefits of the program, they will refer people interested in live-in childcare directly to you.

Have networking tools, such as business cards, available at all times. Keep marketing materials in all of your cars, in all purses/wallets, at home and at your office so you are prepared for unexpected opportunities to spread the word about Cultural Care.

Ordering your own Cultural Care business cards is easy. Find an order form for business cards in the Marketing section of your LCC☐Account.

Target people in related fields. There are certain fields of business that can help you on a regular basis with referrals and the sharing of information. Be aware of what fields of business could best help you with referrals and build strong relationships in those industries, such as:

•      Childcare Resource and Referral Centers
•      Newcomers Clubs
•      Relocation Service Companies
•      School Teachers
•      Toy or Children's Clothing Store Owners
•      Realtors
•      Lamaze Teachers
•      New Moms' Organizations
•      Childbirth Educators
•      Parent Teacher Associations
•      Parent Education Coordinators
•      Hospital Parent Education Department
•      Chamber of Commerce
•      Women's Organizations
•      Junior League
•      Mother's Groups
•      Parenting Groups
•      School Officials
•      Adoption Agencies
•      Adoption Attorneys
•      Alumni Associations
•      Professional Associations

Cross-promotion can also be a very effective form of networking because partners can successfully expand through one another's customer base. You can gain an inexpensive

REPLY APP 00500

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002206

and credible introduction to potential new customers more effectively than with the traditional "solo" method of networking. Do you know a real estate agent who frequently sells houses to young families? If so, you should agree to refer potential customers to her if she distributes our brochures to clients who may need childcare. Have you noticed a lot of working moms at your hairdresser? Ask your stylist to hand out your business card to such clients. In exchange, you can send business her way as often as possible.

Start with a phone call! A simple phone call introducing yourself and providing general information about the program is a great starting point for networking. Be a good listener. People give lots of clues about help they need. Make sure that you leave each conversation with an expectation for follow-up communication.

You can find sample e-mail scripts with more networking ideas in the Marketing section of your LCC Account.

Local Brochure and Flyer Distribution
On an annual basis, Cultural Care Au Pair designs promotional materials for LCCs to use in their local marketing and sales efforts. Each piece promotes greater understanding and awareness of the program. You will receive an inventory of new supplies on an annual basis and should request additional materials as needed. Your host families and inquiries also receive our printed materials through regular distributions mailed out by the Marketing Department. You should be familiar with Cultural Care Au Pair print materials, appropriate and effective distribution locations, as well as how to secure more materials.

Need more materials? Find the Materials Request form in the Marketing section of your LCC Account.

Following are descriptions of our various printed materials. All are available to LCCs for use in your marketing efforts.

Printed Materials
•Full-year Host Family Brochure
This brochure is sent to all families who request information and provides in-depth information about our program. When you enter an inquiry into your extranet, they will receive the host family brochure. The brochure highlights compelling testimonials from host families, au pairs, LCCs, and teachers and directs families to apply online or to request a printed application. It also includes a group arrival chart and a cost breakdown.

•Mini-brochure
The mini-brochure provides potential host families with general information about the program and directs families to call our toll-free number or to visit www.culturalcare.com to receive more in depth information.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

•Mini-posters
Great for posting in public areas, the poster displays an image of an au pair and child along with our toll-free number and website. These posters have small tear off pads with the toll-free number, website, and a blank space for you to stamp your contact information.

•Host Family Extension Brochure
Sent to all families hosting an au pair eligible to extend for another year. This piece is sent to host families to invite them to approach their au pair to discuss the possibility of extending.

•Au Pair Extension Brochure
This piece is sent to all au pairs eligible to extend for another year to arrive around the same time their host family receives their extension brochure. This brochure not only highlights the benefits of extending with the same family for another year, but also appeals to au pairs interested in extending with a new family in another region of the U.S.

• "Theme" Pieces
Sent to families over the first four months after inquiring, these specialized pieces focus on specific program benefits of Cultural Care Au Pair. These pieces highlight our program affordability, learning a language, help with household duties and flexibility in childcare coverage.

•Affinity Brochures
Affinity brochures are mini-brochures designed to highlight program benefits for families of the adoptive, multiples and LGBT communities. These pieces are very effective when working with parenting groups within these communities as they are focused on testimonials from each of these respective groups.

You can create customized flyers with your contact information to hang in your community. Find Custom Flyers in the Marketing section of your LCC Account.

Distribution Locations
You will want to strategically distribute our printed materials. Armed with posters, flyers, and mini-brochures, you can blanket your community with
Cultural Care Au Pair information.

We recommend the following locations:

•        Pediatrician's offices
•        Children's stores
•        Health clubs
•        Children's gymnastic and recreation centers
•        Schools, libraries, and museums
•        Human resource departments and personnel offices of local companies
•        Summer day camps

**REPLY APP 00502**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002208

- Churches and synagogues
- Faculty centers at universities

Material and Promotional Item Requests
The Marketing Department wants to support you in making the most of your marketing efforts. Use the Marketing Materials Request Form found on your LCC Account to receive general marketing materials and promotional items for use in distributing to potential host families at events. For an event you are planning, as soon as you have an idea and a date, you and a member of the Sales and Development Team should discuss what type of materials you need from our office. Cultural Care has a wealth of marketing materials perfect for all types of events.

Internet Marketing
Today, many of us make even our most expensive purchases online. We rely on the web to bring stores into our homes and to introduce us to new services. For Cultural Care Au Pair, the Internet has meant record-breaking numbers of inquiries over the past five years. Culturalcare.com gets thousands of visitors each week, and LCCs are using websites such as Craigslist and GreatAuPair to generate more online interest in our program. The "Rules and Tools" box on the next page lists some of the many sites we encourage you to explore and use in your marketing efforts. Prospective host families appreciate easy-to-access information and are increasingly more comfortable communicating with people primarily online.

Find sample scripts to use on these sites in the Marketing section of your LCC Account.

"I had an au pair staying with me while in transition. My Development Director suggested that I try to market Liliana to a new host family and I thought that was a great idea. I had Liliana write a short biography describing her strengths. To that I added that anyone interested could contact me about arranging to have her join their family.
I posted this message on Craigslist in the childcare section for the DC area and immediately received several inquiries. The family who became her host family needed childcare right away, as their nanny had recently quit. It worked out for everyone!"
Local Childcare Coordinator

Public Relations
Public relations aims to educate the public and your community about Cultural Care Au Pair and the unique childcare and cultural exchange program we offer. At Cultural Care Au Pair, public relations encompasses both media relations and community relations. Media relations includes publishing articles about our program, au pairs and LCCs in your local newspaper, while community relations focuses on your group's involvement with a charitable organization or event through partnership or volunteerism. Public Relations (PR) has always been a part of our marketing plan and continues to be an effective method for educating the public about the au pair program and generating sales leads for Cultural Care Au Pair.

**REPLY APP 00503**
**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002209

We encourage all LCCs to practice PR as a cornerstone of your marketing plan. PR is a great tool for selling our program to the local community and is a good way to put a human face on our product. An article in your local newspaper about an au pair or happy host family is a testimonial about how great our program is, and it is more credible and personal than advertising or marketing brochures.

Find sample press releases, press release templates and other PR resources in the Marketing section of your LCC Account.

You should keep your eyes open for PR opportunities in your community. As an LCC, you are constantly creating PR opportunities for yourself by hosting events, Open Houses, charity walks and sponsorships. Many LCCs have generated great articles about their CEP (Continuing Education Program) meetings, Host Family Day Conferences, Kids First events or participation in other charitable fundraisers. LCCs have also placed interesting stories in the local newspaper about trends in childcare, from the growing number of male au pairs to the many military families who rely on the flexibility of the program. To generate an article in the local newspaper, our LCCs invite reporters to attend Host Family Day events and CEP Meetings or arrange interviews between reporters and au pairs and host families in the program.

By working with the Sales and Development Team, you can initiate a media relations plan that focuses on matching the needs of the specific papers in your community with the content available from Cultural Care and with events happening in your group. With your help, we can continue to inform your community of your host families and au pairs and the work you do on behalf of the Cultural Care Au Pair program.
Host Family Referrals
Our biggest source of qualified inquiries and applications is directly from referrals from our current host families. Cultural Care Au Pair often has incentive programs for current host families who refer their friends and family to the program. You can help in this endeavor by knowing about the current incentives and encouraging your families to take advantage of them.

Find more information on host family referrals and see a copy of our Host Family Referral Program mailing to families in the Marketing section of your LCC Account.

You should continually seek referrals as well as support from your current host families. Ask repeat host families if they would be willing to serve as references for our program to potential new host families. They repeat year after year
because they are committed to cultural exchange and have benefited from the rewards of hosting an au pair; who better to promote the program in your
community?

Always remember that one of the best ways to increase your sales is by providing excellent service to the host families you already service. Respond promptly to your host families' questions and concerns throughout the year. They will speak of your efforts on their behalf to family, friends, colleagues, and acquaintances.

Events, Open Houses, Community Information Sessions
While casual conversations allow you to speak about the program, organized, well-planned events are often a more effective means of marketing the program simultaneously to a larger number of families. An Open House or Information Session can be a fun way to introduce many families to Cultural Care Au Pair or to answer questions or concerns from potential host families who are considering this childcare option. As the organizer of this event and as a spokesperson for Cultural Care Au Pair, you establish yourself as the local expert on cultural live-in childcare. Your efforts to coordinate and execute a successful event will pay off in new host families and referrals. Below are some helpful tips in planning an event.

• Attention to detail
Put some thought into the details of your event. Think about who lives in your community and the types of people you are trying to attract. This type of preparation will ensure you have a well-attended event. You should always remember that Cultural Care's potential host families are busy people and will have limited time for such an activity. Weekend afternoons are usually the best time to invite prospective families to a meeting. Choose a location and activity that each family member, both parents and children, can participate in, and your Open House will appeal to every one of your guests.

• Plan ahead!
It is important to give yourself plenty of time to plan in order to ensure good attendance at the meeting. Request marketing materials and send invitations at least 4-6 weeks before your event to offer plenty of time to prepare.

• Timing is everything
Many LCCs try to host an Open House during an incentive period so inquiring families in attendance know they will save money if they apply before the discount ends. Or, talk to a member of the Sales an Development Team about offering a special discount for inquiry families who attend your event.

• Choose a location
Most LCCs find that hosting the event in their homes to be most effective. If your home is not an option, there are many community resources available for a nominal fee. Some of these venues might include: local libraries, community centers, neighborhood businesses, and YMCAs. If you or your family belongs to organizations such as sports clubs, Junior League, religious organizations or school or parent groups, you can sometimes make arrangements to use their facilities for a small informational meeting. The Sales an Development Team can provide you with a letter of explanation of the program if you run into difficulties securing a place for your Open House. When choosing a location, you should consider parking availability and ease in finding the location.

• Consider outdoor venus
Local parks are also popular places for holding events. The fresh air and unlimited space create a fun atmosphere for children and attracts the attention of passersby. Remember to

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

hang your Cultural Care Au Pair banner and decorate with lots of Cultural Care balloons. This not only identifies the group to invited families but also acts as a live advertisement in your community.

• Use the Event-in-a-Box!
The Marketing Department has created several Events-in-a-Box which include an invitation template, media materials, and a suggested activity for each event.

Find all the Event-in-a-Box ideas in the Marketing section of your LCC☐Account.

• Plan a presentation
Have a short presentation planned about Cultural Care Au Pair. A brief history of the program and a presentation about yourself and your group will show families that Cultural Care is a reputable organization. Asking a current au pair and/or host family to speak about their experience is a great idea—they likely provide the most compelling look at our program. Make sure to leave time for attendees to ask questions. Every prospective family who attends your gathering should leave with a better understanding of Cultural Care, written material to read at home and, of course, your business card to contact you with questions.

• Follow up
Every family who attends your event is a potential candidate for the program. A sign-in sheet for your guests will make your follow-up with each family much easier. This follow-up call—best timed a week or so after the event—is essential because it will give the family an opportunity to ask specific questions after speaking with you and reading through our written materials. If this event will also be counting as a Host Family Day Conference for active host families, it is mandatory that they sign in so that you can get reimbursed properly for the meeting.

• Enter leads on LCC Accounts
Enter your list of attendees from your Open Houses as inquiries on your LCC Account. This will allow Sales and Development to give you proper credit marketing bonuses and incentives. For families who don't choose the au pair option right away, our periodic mailings will remind them of our program if their family's needs change in the future.

Advertising
Ad placement is coordinated and fulfilled by both the Marketing Department and the Sales Team. The Marketing Department is responsible for advertisement creation and national advertising contracts (nationwide Parents Paper advertising and nationwide Yellow Pages advertising). The Sales Team is responsible for local and regional print ads. All requests for ad placements in national and local publications are subject to approval by Sales and Development.

Advertising in print is costly and is often not the most successful way to promote the program. In order to determine whether or not to pursue an advertising opportunity, contact a member of the Sales and Development Team to discuss the potential benefits.

**REPLY APP 00506**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CC00002212

We recommend investigating opportunities to advertise in small publications like local newsletters, church bulletins, and school programs. When requesting an ad placement to your RDD, you must provide the following information:

• Name of publication
• Contact person and phone number/email
• Cost of advertisement and exact dimensions in width and height
(i.e. 4.5" x 5") of ad or number of words
• In what format the advertisement needs to be submitted
• Whether color or black & white
• Distribution (who receives this publication)
• Circulation of publication (how many times publication runs per week/month/year)
• Circulation of ad (how many times ad will run and on which days—weekdays vs. weekends)

If Sales amd Development determines that an ad placement is likely to be profitable, the appropriate team will develop and design promotions and handle placement. If an ad is approved for a publication in your region, be prepared to receive inquiry calls and answer questions generated from this additional marketing push.

Find sample ads in the Marketing section of your LCC Account.

Distributions and Mailings
The Marketing Department distributes materials to families and inquiries through-out the year to announce promotions and remind people about our program. Following is a list of many of the marketing mailings to current host families, au pairs and prospective host families and what materials each mailing contains.

Inquiry pack
• Sent to all inquiring host families
• Inquiry letter, brochure, letter and brochure from U.S. Department of State

Theme pieces
• Sent on a monthly basis for the first four months as an inquiry family
• Each month highlights a different program benefit

Promotional and seasonal mailings
• Seasonal mailings sent to all inquiries with information on current discounts and savings
• Follow-up postcards are sent to families who have not acted on promotions to serve as a reminder

Extension pack
• Sent to all active host families five months before the date of their current au pair's departure with information on re-applying or extending with their current au pair.

REPLY APP 00507
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002213

•Letter from Extension Director, extension brochure, educational component insert and traveling visa insert

Repeat reminder
• Sent to all active host families 3 months before the date of their current au pair's departure
• Repeat reminder letter and brochure

Already extended Repeat pack
• Sent to all active host families who currently have an extension au pair in house 3 months before the date of their current au pair's departure
• Repeat reminder letter and brochure

Application pack
• Sent to each host family who applies to the program
• Welcome letter, host family brochure, phone card to call future au pair, safety kit, Daily Communication Log

Welcome pack
• Sent to each active family after they accept their au pair match
• Congratulations letter, au pair's arrival information, confirmation of au pair's DS-2019 form, au pair's original application, U.S. Dept. of State
letter, brochure, and copy of the regulations, ERIKA Insurance policy, claim form, form W-7, form I-9, information on phone cards, balloons,
airport card

Pioneer pack
• Sent to all inquiring host families in areas that we do not currently service
• Pioneer letter

Affinity mailings
• Cultural Care Au Pair purchases lists from organizations that share our target market and sends targeted mailings
• Examples: Parents of twins/multiples, adoptive parents, same-sex parents, single moms

Find sample distribution letters and materials in the Marketing section of your LCC Account.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Chapter Four**
**Sales**

Chapter Overview
- Following up on inquiries
- Knowing the competition
- Selling the benefits of our program
- Top ten reasons to choose Cultural Care

Introduction
Once you have started to put elements of your marketing plan into place, families in your community will begin to contact you for more information about the Cultural Care program. In addition, you may be asked to follow up on inquiries generated by Cultural Care's national marketing efforts. As an LCC, it is important that you follow up with each inquiry in a prompt and professional manner, that you are well-versed in the basic aspects of the program, that you are aware of competitive childcare in your area and that you can relay Cultural Care's many advantages.

Inquiry Follow-up
Whether a family inquires directly to you, or you are asked to follow up on one generated by Cultural Care, it is important to gather relevant information including contact and mailing information, marketing information (where did the inquiry hear of our program?), and family information (ages and sex of children, any specific qualities an inquiry is looking for in an au pair). If the inquiry comes through the office, this information is immediately available in the Inquiry tab of your LCC Account. Immediate follow-up is the best tool for bringing new families onto the program because it gives a prospective host family an indication of the type of service you will give to them as a Cultural Care host family. Timely follow-up demonstrates that you respect their time. They contacted you because they need answers to their questions. Chances are that after they contact you, they will contact at least one other au pair organization with the same questions. A quick phone call leaves a positive impression on any prospective host family. Be sure to record your contact with potential families and information about your conversation on the Inquiry tab of your LCC account. This allows for better quality follow up and ensures that you will be eligible to recieve a marketing bonus for the family should they apply.

"I can't tell you how many times I have been complimented for my prompt follow-up. People really appreciate answers NOW—especially about childcare!"
—Krisann Parker-Brown, MN

Making the Most of an Inquiry Conversation
The supermarket, the hairdresser, at church, in the park, at your children's school, at a dinner party—these are just a few of the places you can and will
encounter prospective host families. Although many of these encounters will start off as casual conversations, you should never pass up an opportunity to

REPLY APP 00509

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002215

recruit a new host family to the program. You can integrate each of the following into the most informal, impromptu conversations about the program.

Inquiry Guide—Program Basics
When you speak with a prospective host family, whether for the first time or in a follow-up call to the conversation they had with an RDD, you should always know the basics about our program. Inquiring families commonly ask lots of questions about the program and therefore you should be very familiar with the following information:

Au Pair Profile
• provides childcare for up to 45 hours per week, but for no more than 10 hours per day
• is either female or male, all between the ages of 18-26 (average age is 19-21)
• is proficient in English
• has an international driver's license
• has graduated from the equivalent of U.S. high school
• has had references checked – have to provide three non-family references
• has had a criminal background check
• has at least a total of 200 hours of childcare experience
• has at least 200 hours of experience with children 0-2 years old (if planning to care for children 0-2 years old)
• travels on a J-1 cultural exchange visa valid for one year with the possibility for extending up to an additional 12 months

The Screening Process
All au pairs attend a screening and orientation meeting where each candidate is interviewed in English. The specifics of the program are covered including: the responsibilities and obligations of au pairs, child health and safety, U.S. culture and daily life, homesickness, and culture shock. Each au pair submits an extensive written application that has a summary of childcare experiences, a summary of family and educational background, a letter to the new host family, a photo collage, and at least three non-family references that have been verified by the overseas office.

The Matching Process
• Placement Managers work one-to-one to match family with one au pair   at a time creating what we call a "pre-match"
• No other host family is reviewing the family's "pre-match" at the same time
• Our matching process makes us better than other agencies because:
– One-to-one matching means that families do not have to compete for au pairs.
– One personally selected match at a time means that families do not have to sort through computer generated matches that do not meet a family's needs beyond basic criteria.
– The relationship with the Placement Manager and LCC means that caring people who get to know the family are doing the matching!
– The Placement Manager can explain in more detail the au pair pool and why they have selected a particular au pair match for the family.

REPLY APP 00510
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002216

• The host family has three days to act on the application ("pass" on that application and request a new one or interview the au pair by phone and make a decision whether to accept the au pair). During this time, the LCC will be in close contact with both the family and the Placement Manager regarding the family's feedback about the match.

Post-arrival Training for Au Pairs
• All au pairs attend classes at the Au Pair Training School on the campus of St. John's University in Oakdale, NY. We are the only agency who provides a campus setting entirely devoted to training au pairs.
• Au pairs receive 32 hours of training in child safety and development
• Four of the 12 monthly meetings with the LCC are Continuing Education Program (CEP) meetings, an extension of material from the Au Pair Training School

Our Local Childcare Coordinators
• Act as a liaison between the family, au pair, and Cultural Care staff
• Host monthly meetings with the au pair group
• Interview all families and maintain monthly contact with families
• Provide initial contact for au pair and host orientation within two weeks of arrival into the family
• Provide assistance if the match between family and au pair is not working out

Cost Information for 2009
A breakdown of specific costs is available at culturalcare.com. More information on costs and payment plans is available in InfoSource in the LCC Accounts.

Payment Information
•Regular Payment Plan
Program fee of $7,095 is paid in two installments. The deposit of $4300 and domestic transportation fee are due upon the selection of the au pair. The balance of $2,795 is due 30 days prior to the au pair's arrival to the Cultural Care Au Pair Training School. The host family has the option of paying by check or credit card (Visa and Mastercard are accepted).

• Extended Payment Plan
The extended payment plan allows families to pay the program fee balance in three easy payments. Families interested in learning more are encouraged to contact Cultural Care for details.

The Benefits of Cultural Care Au Pair
Because a family who inquires to our organization has likely investigated other childcare options, it is essential that you understand how we compare to the competition.

Find information about the other au pairs programs and how they compare to Cultural Care in the Marketing section of your LCC Account.

**REPLY APP 00511**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002217

As a U.S. Department of State regulated program, we operate under the same guidelines as other au pair agencies, yet maintain a few distinct differences. Each of these added benefits sets our program apart from our competitors and makes Cultural Care Au Pair a truly unique and rewarding experience.

**Chapter Five: Au Pair Screening and Training**

Chapter Overview
- Cultural Care's overseas operations
- Au pair qualifications
- Au pair screening
- The Cultural Care Au Pair training school

Introduction
Before a Cultural Care au pair is accepted for placement, she must pass through several steps of an extensive screening process. This screening cycle plays a crucial role in determining an applicant's suitability for the au pair program. In addition to assuring that an au pair candidate meets the regulations of the U.S. Department of State, the screening process developed and implemented by Cultural Care targets five major criteria on which it bases a decision to accept or reject an applicant:

- Childcare experience
- English language ability
- Maturity/suitability to spend a year abroad
- Interest in cultural exchange
- Good health

While these five categories represent the focus of Cultural Care's screening efforts, the evaluation of an au pair candidate is not limited to these issues. Through personal interviews, calls to references, English evaluation, completion of a personality profile, criminal background check, and a highly structured screening and orientation meeting, Cultural Care actively collects information to evaluate each au pair. In addition, Cultural Care carefully reviews material submitted by references, health care providers, and candidates themselves.

Cultural Care Overseas
Cultural Care's organization overseas is structured in a similar way to our organization in the United States. In each of our sending countries we have full-time staff working in an office setting, as well as local representatives working around the country. Unlike our competitors who get the vast majority of their au pair candidates from Agents, about 80% of our au pairs are recruited by our own Cultural Care offices and about 20% are recruited through Agents. Because we supply the vast majority of our au pairs through our own offices we can afford to be extremely selective in which Agents we choose to work with. Cultural Care therefore has a small number of extremely dedicated, high-quality Agents that we work with in some countries such as Thailand, Panama, Czech

REPLY APP 00512

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Republic, South Africa and Ukraine. By having this unique structure of own offices and a handful of quality Agents, we believe we are best able to oversee the quality of our processes and of our au pair candidates. It is important to point out that everything in this section regarding recruitment and screening of au pairs applies whether the au pair is coming from one of our own offices or one of our exclusive Agents. We pride ourselves on having the same process in every country we recruit in.

In most of our recruitment countries, the au pair candidates primarily work with a local representative in their local area. In most countries, these local representatives are called "Recruitment Leaders" (RLs). Recruitment Leaders' responsibilities mirror the LCCs' in many ways. They are required to conduct thorough interview sessions that discuss the au pair's experience and background, expectations for her/his au pair year, and logistical information.

Many Recruitment Leaders are former au pairs and therefore are able to give candidates a complete and realistic picture of our program. Typically, the staff in the office works intensively with inquiring candidates. Once the candidate is pre-screened as explained below, their information is passed to the Recruitment Leader who conducts the Screening and Orientation Meeting and oversees the candidate during completion of the application packet. Once the application packet is complete and the Screening and Orientation Meeting and interview have occurred, all materials and evaluations are sent to the office staff for final screening and decisions on acceptance.

Find a complete list of countries in which we recruit au pairs on your LCC Account.

Au Pair Qualifications
In addition to the regulations that govern the host family side of the program, there are regulations that dictate who can be an au pair and what documentation and qualifications the individual must have. Cultural Care au pairs are extensively screened for suitability for the au pair program in order to identify those candidates with the greatest potential for a successful exchange experience. All au pair candidates must meet the following criteria:

• Are between the ages of 18 and 26
• Are a secondary school graduate, or the equivalent
• Are proficient in spoken English
• Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical
• Have successful completion of an interview in English
• Have successful background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile

In addition to the criteria outlined above, throughout the application and interview process, our recruitment staff is evaluating the au pair candidate on their flexibility, expectations, motivations and interest in children. The decision to participate in a year-

REPLY APP 00513
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002219

long cultural exchange program abroad is an important decision, and most of our candidates are in the process for 6-8 months by the time they submit their application. Each Cultural Care au pair has given much thought to her or his decision prior to applying to the program. The lengths au pairs go through to complete the extensive application demonstrates their keen interest in both child--care and in living abroad. Along with their background and experience, this commitment makes them perfect au pair candidates.

Au Pair Screening Process
Cultural Care's screening process begins at the time of enquiry. Candidates are contacted by Cultural Care staff and a telephone discussion takes place to determine if the candidate meets the criteria outlined above. At this time, program requirements and expectations are outlined with the candidate. If, after this discussion, the candidate is interested in applying and Cultural Care staff determines that s/he is a suitable candidate, s/he is invited to a Screening and Orientation Meeting and s/he is encouraged to get started on completing the application forms.

Step One: The Screening and Orientation Meeting
While each step of the screening cycle contributes to the decision to accept or reject an au pair candidate, the Screening and Orientation Meeting is critical to the process. During this meeting, Recruitment Leaders spend several hours
reviewing the Cultural Care program requirements and expectations with the candidates attending. Also during this meeting, Cultural Care continues its
evaluation of au pair applicants through discussions and personal interviews. Cultural Care pays particular attention to characteristics of each candidate that may not be apparent in her/his written application. Motivation to spend a year as an au pair, maturity, interest in cultural exchange and flexibility are some of the characteristics on which Cultural Care focuses throughout the meeting.

Below is a synopsis of what is covered at the S&O Meeting. You will notice that many topics are similar to those discussed with prospective host families:

1. General information about being an au pair in the U.S.
2. Discussion of the U.S. in general
3. Description of typical host families
4. Au Pair requirements and duties (hours per week, types of duties, etc.)
5. Au Pair and Host Family Expectations
6. The matching process – what should the au pair expect
7. Role of the LCC in the au pair year
8. Preparation for challenges (transitions, homesickness, etc)
9. The Au Pair Training School in New York
10. Practical information for the year
    a. Educational component
    b. Insurance for au pair year and 13th month insurance
    c. Driving in the U.S.
    d. Phone and internet use

**REPLY APP 00514**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CC00002220

e. Money
f. Smoking, piercings and tattoos
g. Q & A

Whenever possible, a recently returned au pair is invited to attend and speak about her/his experiences on the program and answer questions. This is a very important opportunity for the au pairs to hear about the realism of the program from those that have done it already. It is good to point out that many of our Recruitment Leaders worldwide have also been au pairs in the past and can also speak to the reality of life caring for children in the USA.

Finally, after the information portion is complete, interested candidates are personally interviewed. This includes an interview in English in which their language abilities are checked. Cultural Care has developed a standardized English Evaluation with very clear indicators of skills and limitations that should be evident at each English Level and clear instructions to the interviewer for how to determine success for answers of questions at each Level. In order to administer an English Evaluation to our au pairs, all English interviewers must themselves pass this evaluation.

In addition to the English Evaluation, each candidate must complete an interview in their native language as well. This interview is also a structured interview to evaluate four elements that we find are important to an au pair's success on the program. These elements are:

• What are the au pair's expectations of the program?
• What are the motivations for the au pair to travel on the program?
• What kinds of coping skills/maturity level does the candidate have??
• What are the candidates skills and attitudes relating to childcare?

While we attempt to interview as many candidates as possible on the day of the S&O Meeting, sometimes we need to schedule another appointment to complete some parts of the interview process. Still other au pairs have an individual one-on-one S&O and interview scheduled for them. But all au pairs must complete all three elements (attending an S&O session, English Evaluation and Interview) in order to have their application forms processed.

When inviting an au pair to the S&O, we typically encourage the au pair to get started on their application forms.

If the au pair has completed her/his application packet, the Recruitment Leader takes it at this time to begin reviewing the application and verifying the references.

Find a copy of the manual used by Recruitment Leaders when conducting Screening and Orientation meetings on your LCC Account.

Step Two: Au pair application

REPLY APP 00515
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002221

Cultural Care au pairs complete an extensive application. The application packet includes a four page application form, as well as reference forms from childcare experiences such as babysitting jobs, daycare centers, teachers, and parents of their friends to name a few. The au pair must also complete a personal letter to the host family and a photo collage that may include pictures of her/his family and friends as well as photos of the au pair with children. The au pair also submits a personal health information form to disclose information on their health history (a secondary form will be submitted by the au pair's doctor).

Step Three: Review of the written application
When an au pair candidate successfully completes the Screening and Orientation Meeting and Interview, Cultural Care Au Pair completes the screening process overseas with a thorough review of the applicant's written materials. At this stage of the screening process, Cultural Care verifies all references of each applicant. A "verified" reference indicates that Cultural Care staff (office or RL) has spoken to the person signing the reference, that the reference knows the au pair, and that the reference actually is the person who completed the form and that the experience corresponds to the information on the reference form. You will see Cultural Care verification on the reference forms, as well as any additional comments that the reference gave during the interview. References are at times filled out in the native language. In those cases, the reference is translated and the translation checked by Cultural Care staff during the verification process.

Staff also double checks the childcare experience to see if the au pair has at least 200 hours of infant experience which later becomes important in the matching process.

Find sample completed au pair applications on your LCC Account.

At this point the interviewer includes his/her English Evaluation form and Interview Form and gives their recommendation on the candidate. Once all this information is complete and verified, Cultural Care staff makes the determination on whether or not to accept the au pair. If accepted, the au pair is sent a packet of materials, including a Cultural Care Au Pair Handbook and Childcare Lesson Unit to begin further preparations for the program. The completed and accepted application dossier is then released to the main office in the U.S. for review.

In addition to reviewing the application and references further documentation is collected and checked by Cultural Care staff.  In some cases these documents will follow after the au pair's application is in the matching pool to ensure we have the most recent information on file. All documents are confirmed and
verified before any final travel arrangements can be made for any au pair.

•Cross Cultural Adaptability Inventory (CCAI) – This self-awareness inventory helps our staff focus on specific aspects of an au pair's personality, behavior, skills, and knowledge and identifies their strengths and weaknesses in these areas. The CCAI is a means of developing self-understanding in the area of cross-cultural adaptability and as a take-off point for further awareness and skill training. The CCAI is a useful tool for the au pair

REPLY APP 00516
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002222

program because it is not targeted to one particular culture; it is designed to be culture-general. The culture-general approach assumes that individuals adapting to other cultures share common feelings, perceptions, and experiences.
• Criminal background check
• Documentation of completion of secondary education (or equivalent)
• Health record completed by a physician after a physical
• Documentation of drivers' license

After this point, the Cultural Care staff is in regular contact with the au pair through phone, email and the Au Pair Extranet to continue communications and preparation prior to departure.

Each step in the overseas screening process, from reviewing the complete au pair application to the S&O Meeting and au pair interview, is crucial to our mission of recruiting quality au pairs. The detail in the au pair application and the information conveyed by the au pair during the interview not only confirm that the au pair has a suitable childcare background, but also that the au pair is committed to cultural exchange.

Step Four: Pre-match screening
Before an au pair becomes a final match with an American host family, her/his application is reviewed thoroughly by our main office. If Boston staff has questions or concerns about a specific applicant, the overseas office is notified and in some cases the au pair is called directly. Because of the comprehensive nature of the screening overseas, a low percentage of au pairs are rejected by Cultural Care's U.S. main office. Continuation of the screening does, however, provide an objective outlook on each candidate before they are pre-matched with a host family. For an au pair to be matched with a family with a child under two, her/his experience must contain 200 hours of prior infant childcare experience.

Step Five: Screening by host families
The final step in this process is the host family's screening of an applicant.
Families themselves play a vital role in the acceptance or rejection of an au pair for their own family. The U.S. Department of State requires all host families to conduct a phone interview. Cultural Care also encourages host families to
conduct a second reference check. Because host families offer yet another perspective on each au pair candidate, Cultural Care welcomes any feedback on each pre-match. The Cultural Care screening process concludes with the host family screening of the application.

The Cultural Care Au Pair Training School
After the au pair has been accepted to the au pair program, has been matched and selected a host family, the au pair will apply for the visa. Approximately 5-6 weeks later, the au pair arrives in New York to begin the 4-day training required by the U.S. Department of State.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Case 1:14-cv-03074-CMA-KMT   Document 986-3   Filed 04/13/18   USDC Colorado   Page 81 of 203

The U.S. Department of State gives each au pair agency the discretion to determine how best to fulfill this training. Cultural Care Au Pair is proud that we have the most complete and comprehensive training program of any agency in the industry and believe that extensive training for the au pairs will only better prepare them for their year ahead. This sets us apart from our competitors. We employ full-time teachers with teaching and childcare backgrounds who have developed an effective and intensive childcare curriculum in conjunction with the Children's Foundation that exceeds all of the U.S. Department of State's guidelines. In addition, our campus is solely dedicated to the training of au pairs. The Cultural Care Au Pair Training School is held on the Oakdale campus of St. John's University in Long Island, New York.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Chapter Six**
**Host Family Screening**

Chapter Overview
• Communication tools for host families and au pairs
• The host family application
• Conducting the host family interview
• Identifying "red flags"
• Checklist for host family interviews


Introduction
One of the key roles of the LCC is finding the right families for our program—through marketing and sales efforts as well as through the screening process. You are the "eyes and ears" of Cultural Care and we rely on you to screen, educate, and help to set the expectations of families who are joining the program. The Host Family Interview is the major forum for screening, educating and setting expectations. A good host family interview covers all aspects of the program, opens the lines for communication, and reduces the potential for problems later on. The chapter will walk you through the interview and provide suggestions for a successful and educational discussion.

Communication Tools for Host Families and Au Pairs
One of the keys to a successful year for a host family and au pair is open communication. Because of the nature of a cultural exchange program, it is possible, even probable, that there will be misunderstandings during the year. Once a host family applies to Cultural Care, we provide them with three important tools to help facilitate a deeper understanding of our program and communication between the host family and the au pair. These tools are the Host Family Handbook, the Household Handbook, and the Daily Communication Log. Encourage your host families to read the Host Family Handbook and complete the Household Handbook before their interview. Having a host family who is well-informed about the program before you arrive will make the interview go more smoothly and ensure that all important aspects of the program are understood.

Host Family Handbook
Host families are sent a copy of the Host Family Handbook upon application to the program. The Host Family Handbook contains detailed information on the matching process, program guidelines and rules, cross cultural dynamics and communication.

Au pairs also receive a handbook, the Cultural Care Au Pair Handbook. Both handbooks are designed to mirror each other to ensure that the same information is being presented to both host families and au pairs. Please take time to look through both handbooks and encourage your host families and au pairs to review them as well. Your familiarity with these handbooks and the extensive
information in them will help you when advice or information is asked of you.

Find a copy of the Host Family Handbook on your LCC Account.

**REPLY APP 00519**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002225

Household Handbook

The Household Handbook is an interactive tool to help host families document all of the important information an au pair should know about their family including information about their children (likes, dislikes, discipline), household rules (curfew, smoking, car use) and community information (location of library, stores, schools). Host families can download a Microsoft Word version of the Household Handbook from their Host Family Account. Once saved to the family computer, the handbook can be completed, saved and a copy printed to share with a newly arrived au pair.

A sample of the Household Handbook can be a very valuable tool to show to new families at their interview to get them thinking about what they want to communicate about their household and to encourage them to complete the handbook before the au pair arrives. It is helpful to review the Household Handbook at the Two-Week Orientation to make sure that the au pair understands all the information. It may also be helpful to review the handbook with both parties at a mediation session should problems arise.

Find a sample Household Handbook on your LCC Account.

Daily Communication Log

The Daily Communication Log is given to all host families to provide a tool to facilitate daily communication in the home. The log includes standard pages for daily, weekly and monthly communication as well as contact numbers, emergency information and important information regarding the children. During the Two-Week Orientation, you should refer to the Daily Communication Log and encourage the family and au pair to keep it in a convenient place for daily use.

The Host Family Application

A complete host family application contains the following:

•Host family application (pages 1-4)
•Letter to the au pair
•Weekly schedule
•Photos of the family, children and home
•References: one personal, one professional (repeat families must submit a host family reference from their current au pair)
•Host family and au pair acknowledgement
•Host family agreement
•Non-refundable application fee of $350 (new families only)
•Payment Authorization Form
•Completed Interview Evaluation Form from the LCC

Families must submit a completed online application, including agreement and Financial forms, in order to begin the interviewing and matching process.

The Interview—A Step-by-Step Guide

One of the most important responsibilities of the LCC is to make sure that every host family is suitable for the program, has a clear understanding of the guidelines of the

REPLY APP 00520
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY
CC00002226

program and has reasonable expectations as participants. All of this can be accomplished in an effective host family interview. We have designed
interview forms for new and repeating host families to be completed for each host family on the program, each year. These forms walk the family through the U.S. State Department regulations, household rules and setting expectations.
Following is a copy of the Host Family Interview form and a step-by-step guide to the interview process.

We suggest that you make the interview more of a "getting to know you" type atmosphere rather than a formal interview setting. The Host Family Interview Form helps LCCs to create a dialogue with host families. Some LCCs are unsure about conducting a repeat interview with an established family. Even families who have been on the program for ten years may need to be reminded of the regulations and the interview is a requirement for everyone. (All new and repeat families taking a transition au pair must be interviewed before the au pair moves in. These moves often happen quickly, but the interview must be done.)

Your impressions about the host family and approval of the host family's home for au pair placement are an essential part of the application process. The
information you collect at the interview helps Cultural Care to assess the host family's suitability for the au pair program. Should a family be considered
unacceptable to the program, your Program Director will contact the host family. You are not required to have this conversation unless you prefer to do so.

Begin by completing the boxes at the top of the form. The ACCEPTED or REJECTED line should be completed at the end of the interview. This can be done after leaving the home. It does not have to be done before the host family signs the back of the form. Each question is explained in more detail below. Follow along with the sample form so you have a complete understanding of all questions.

General Information

Was the entire family present?
According to the State Department regulations, all adult family members are required to be present at the interview. Regardless of whether the family unit remains the same from the previous year, you must meet every adult living in the home at the time of the interview.

Are there any major family issues?
The new and repeat interview forms differ slightly on this question. The Repeat Family Interview Form asks about changes to the family dynamics, the New Family Interview Form asks if there are any family issues that might affect their au pair's year.

Are there any children under three months?
According to the State Department regulations, au pairs are not to be left alone to care for a child less than three months of age. A host family who is expecting a baby or who has a

REPLY APP 00521

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002227

newborn must clearly understand this regulation. Infant qualified au pairs can live in the home and can provide care for an infant under the age of three months if another responsible adult is always present.

Is it a single parent family?
Is this a single mom or dad? If so, is there a significant other that we should meet? What are the host family's expectations for how the au pair will fit in with their family? If it is a split custody situation, make sure to discuss how the au pair's schedule will be handled.

What is the condition of the home?
If you consider the host family's home to be untidy, you should bring this up with them. This is a relevant issue and should be discussed before the au pair arrives.

The U.S. Department of State Regulations
This next section of the Host Family Interview is devoted to the regulations mandated by the U.S. Department of State that govern all au pair programs. To ensure that host families fully understand the regulations, LCCs must verbally review the U.S. Department of State regulations with the host family at the interview. A full copy of these regulations is included in the Compliance section of this handbook.

Are both parents legal permanent residents?
Both parents must be either a U.S. citizen or a legal permanent resident in order to be accepted to the program. A legal permanent resident is an individual in possession of a green card. A parent in the application process of securing a green card cannot be accepted to the program until the green card is in hand.

Is the family fluent in English?
It is important that the host family speaks English in the company of their au pair. While we encourage host families to introduce their children to another language, the au pairs are coming to the U.S. to improve their English skills.

Does the schedule stay within 45 hours per week?
The U.S. Department of State stipulates that the maximum number of hours per week an au pair can provide childcare is 45, with no more than 10 hours per day. Host families cannot save hours from one week to use in the next. The weeks should always start and end on the same days. Host families must be very clear with the au pair about their on-duty hours and can use the Daily Communication Log provided by Cultural Care for this purpose. Overnights, when an au pair and children are sleeping, count as working hours if the au pair is the only adult in the home. Even in the case of overnights, an au pair's on-duty hours cannot exceed 10 hours per day.

Does the family have alternatives for additional hours?
If the host family's schedule threatens to go over the 45 hour per week or the 10 hour per day limit, suggest alternatives. These will vary based on what is available in your area. Some host families opt for part-time day care (2-4 hours a day, 1-2 days a week) or have a babysitter for weekends or late evenings in addition to their au pair. Because of the 10

**REPLY APP 00522**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**CC00002228**

hour per day rule, you should discuss solutions for host families who frequently travel for work.

What will be the responsibilities of the au pair?
While the primary responsibility of the au pair is to care for the children, au pairs can perform some light household duties that are child related (meal preparation, children's laundry, etc.) This is your opportunity to discuss with the host family their needs and to set their expectations appropriately.

Are there any children with special needs?
Information about children with special needs must be disclosed to the future au pair during the phone interview. Families may hesitate to define their children as having special needs, however, they must understand that this is important for their success as a host family. Please discuss with your PD if you feel a family may be asking too much of an au pair with regards to the care of a special needs child. If the host family has identified their child as having a special need, their au pair must have had experience with special needs children, unless this requirement is waived in writing and acknowledged by the au pair.

Does the family have reasonable expectations?
Are all the family's expectations about duties the au pair will be performing reasonable to expect to be completed within 10 hours a day, 45 hours a week?
Does the family understand the educational component?
Host families are responsible to facilitate the enrollment and attendance of their au pair at an accredited post-secondary institution and are required to pay up to $500 per au pair for tuition and related educational expenses. The au pair must complete 6 credits, or 72 hours if it is a non-credit course, in a formal educational setting. It is recommended that the money should be paid directly to the institution.

Does the family understand monthly meeting attendance?
Au pairs must also attend the LCCs monthly meetings. The host family must provide transportation to these meetings (by providing a car, driving the au pair, or arranging transportation).

Does the family agree to attend a Host Family conference?
Host families must attend one of the two host family events/conferences offered by the LCC over the course of the year. Setting these dates in advance at the interview will allow the host family to make sure they are available.

Does the family understand the regulation regarding days off?
Au pairs are entitled to at least 1.5 days off each week and at least one full weekend off each month. The 1.5 days should be consecutive and the weekend off starts Friday evening and ends first thing Monday morning.

Does the family understand the regulation regarding two weeks vacation?

REPLY APP 00523
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002229

Au pairs are entitled to two calendar weeks (14 days) of paid vacation. This should be taken at mutually agreed upon time. If a host family requests that their au pair accompany them on a family vacation and she provides childcare, this does not count as her vacation and the family should cover all her expenses. Suggest that the au pair and host family discuss this and decide on dates for the au pair's vacation within the au pair's first couple of months in the home.

Does the family have any children under two?
If the host family has a child under the age of two, any au pair matched or living with them must be Infant Qualified meaning that they have at least 200 hours of prior child care experience with a child under the age of two. This experience will be clearly documented in the au pair's application form and references.
An au pair must also be 19 years old to care for a child under two according to Cultural Care Au Pair's own rules.

Does the family understand the regulation regarding the weekly stipend?
The au pair stipend is $195.75/week and is set by the U.S. Department of State. This cannot be withheld for any reason and must be paid on a weekly basis.
The host family is required to pay the au pair the weekly stipend each week after arrival to their home from the Au Pair Training School (total of 51 weeks). The stipend is calculated from a formula based on the minimum wage and is subject to change by the U.S. Department of State.

Will the au pair have a suitable private bedroom?
The au pair must have a private bedroom in the home. It cannot be used for an office or playroom during the day. The au pair's room must be completely private and furnished. A good question to ask yourself when touring the au pair's room would be "Would I live here? Would I want my son or daughter to live here?"

Car use
The use of the family automobile is a topic which families often have questions about. Feel free to make a note of more complicated questions and consult your PD before following up with the family.

Most au pairs have a driver's license from their home country and are required to obtain an international driver's license before arriving to the U.S. If a family requires a driver, then they will only be matched with driving au pairs. Please discuss rules on car use and car options for the au pair with the host family, keeping in mind that the au pair is required to attend your monthly meetings and classes and host families must provide transportation to both.

Cultural Care Au Pair does not screen the au pair's driving ability. The au pair submits a copy of their valid license to our overseas offices. They indicate how often and in what conditions they feel comfortable driving on their application. A host family requiring a driver should speak about the au pair's driving experience in their phone interview with the candidate.

**REPLY APP 00524**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

**CC00002230**

In accordance with state laws, if a host family will be providing an au pair with car privileges, the host family is responsible for insuring the au pair on the car(s) the au pair will be driving. In the case of an accident while the au pair is off duty, the au pair cannot be responsible for a deductible that exceeds $500 per incident. "On duty" includes travel to required classes and meetings.

Cultural Awareness
At its core, Cultural Care Au Pair is a cultural exchange program. Because our exchange participants also provide childcare, something that may initially be perceived as a cultural difference could quickly become a childcare issue. Please discuss the topics below at length with prospective host families:

•Has the family taken the time to read the host family handbook? Are they interested in educating themselves on all aspects of the program?
•Sometimes smoking is considered a social habit for non-Americans. Host families are entitled to request a non-smoker, however, they should be aware that views on smoking may be different in other countries.
•Even though the drinking age in the U.S. is 21, many au pairs were raised in countries where the drinking age is lower, or is not as strictly enforced.
•Many au pairs come from cultures where every dinner is eaten together and may expect the same to happen in their host family. Conversely, will the family be offended if the au pair decides to spend her off duty time with friends?

Other questions about cultural awareness to consider are:

•Have you thought about what you will do to welcome the au pair when you pick him/her up from airport/bus/school?
•How will you prepare your children for the au pair's arrival to your home?
•Do you have any ideas for things you can include in her bedroom to make her feel welcome and "at-home" upon her arrival?
•How do you plan to encourage the au pair to share her culture with your family?
•How will you share your culture and family life with him/her?

You should also discuss with the family their vacation schedule, their policy on overnight guests (friends and boyfriends/girlfriends), the au pair's curfew, and their views on internet and phone usage. There are sections of the Household Handbook devoted to each of these topics that should be reviewed with the host family at this point of the interview. Please also review the educational component form. This form is mailed to each host family upon application to the program.

Other Information
It is important to be sure the family understands our matching process and mediation procedures as well as how and when to contact you. The interview is also a good time to discuss the two-week orientation.

**REPLY APP 00525**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002231

Online matching
All host families, au pairs, and LCCs have access to personalized online accounts. The host families are given their access information when they apply to the program and will be informed when a match has been made for them to review. They have three days to review each candidate and to conduct the telephone interview. It is common for families to have already seen a match or two before you are there for the interview. Ask them if they have any questions about the process.

Mediation procedures
Every LCC will have a different style, but there are some basics when it comes to mediating a problem. This is your opportunity in the interview to discuss how you can be a sounding board when a host family has a problem and establish that you would like to discuss even the smallest problems before they "blow up" into a bigger issue. We discuss mediations at length in the Mediations chapter of this manual.

•Regardless of the situation, the host family and au pair should try to talk things over first. If they are unable to resolve the problem, you will intervene and conduct a mediation.
•Most problems that arise will stem from topics you have covered here, or will talk about at the two-week orientation, so encourage families to have open communication about each of these topics.
•In the event that the host family and au pair are going to part ways, every effort should be made to keep au pair and host family together while we look for new placements for both parties. The host family should understand that they are required to house their au pair for up to two weeks while we begin looking for other options for everyone.
•The LCC must document each mediation meeting that is conducted and each transition or exit interview that occurs.

Be sure to discuss what the host family's plans are for "back-up" childcare (in case of a transition, if their au pair is ill, if their au pair has to return home early, etc.)

Office hours
Be upfront with the family about your office hours and the best way to contact you. They will feel reassured knowing you will be there for them when they need you.

Two Week Orientation
Host families should understand that the LCC, the host family, and the au pair are required to have an in-home orientation within the first two weeks of the au pair's arrival. There are no exceptions to this rule.

Additional Comments
Please use these lines for any comments after the interview is completed and the form is signed, or for any specifics that the host family mentions about their potential au pair or changes to their application form. Should you need additional space, please feel free to use a separate piece of paper.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Signatures
This form must be signed by both of the host parents (single parents obviously require only one signature).

Occasionally, you will have a host family that has shared custody of their children and are splitting the cost of the au pair. If the au pair is to take care of the children in both homes, s/he needs to have a private room in each. Although s/he should have a primary residence, both homes must be toured before the matching process can begin.

All host families must be interviewed prior to an au pair's arrival to their home regardless of the number of years on the program. If you run into problems conducting the interview, please contact your PD.

By signing this form, the host family agrees that they understand all of the regulations and that they will abide by them. Host families receive a copy of the regulations twice; at the initial inquiry stage and in their copy of the Host Family Handbook. By signing this form, the host family is also acknowledging that you personally interviewed them in their home as required by the U.S. Department of State.

You should send or fax this form to Account Services as soon as the interview is complete, so that the matching process can begin.

"The Host Family interview is a great opportunity for an LCC to assist host families in setting expectations for hosting an au pair. The more you can manage their expectations up front the smoother every one's year will go!  Host families want to know what to expect from their LCC as well. Communication is they key with a host family just as it is the key in the host family and LCC relationship."
—Lois Johnson, WI

Sample additional interview questions
The interview form and questions cover the basics of the program and its regulations and offer important points with which to begin speaking about the program. Further questions from the family or yourself will naturally come up as each point is discussed. The following are some sample questions with which to spark a more in-depth discussion with the potential family about the program expectations.

Depending on whether the family is new or repeat, you will have different questions to ask and different topics to discuss. Discussion of the rules and regulations will be straightforward with a repeat family, unless there was a specific violation or problem that arose during the previous au pair's year.
The following sample questions can be modified to your own style and the specifics of the situation and can be used as a general guideline for the interview.

1. If you had live-in help before, what did you find were the most successful parts of the experience and where were there areas for improvement?

**REPLY APP 00527**
**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

2. What can Cultural Care do better this year? What feedback do you have for me as an LCC about my role?

3. Describe a typical day for your au pair, detailing hours and responsibilities? What type/amount of driving will your au pair be expected to do.

4. What time is your au pair expected to be ready to begin the day each morning? What time do you typically return home at the end of the day?

5. For stay at home moms/dads or host parents who work from home – have you set a schedule that you will adhere to? Describe the problems that could arise if an au pair is not aware of the weekly schedule or is subjected to changes made on a whim versus on an emergency basis. Discuss sick days when either the children or the au pair is ill.

6. Do you typically have dinner together as a family? Will you expect the au pair to join you, or will s/he be allowed to make this decision daily? How would you feel if your au pair decided to spend most evenings at home with you? What level of privacy is acceptable for the host family, what is unacceptable?

7. How do you discipline your children? How will you communicate this information to your au pair? Recommend use of the Household Handbook and the Daily Communication Log to discuss the host family's discipline and child rearing philosophy with the au pair.

8. Will your au pair have access to the car? Unlimited or partial access? Is your au pair expected to drive as a part of her/his duties? Have you reviewed your insurance policy to determine if your au pair will be covered? Do you understand Cultural Care Au Pair's policy of setting the maximum insurance deductible at $500 per incident and that your au pair cannot be held responsible if an accident takes place while s/he is on duty, which includes traveling to and from classes and meetings? (This question references the agreement form signed by the host family as a part of their application form)

9. Would you be willing to consider an au pair who is a social smoker? Discuss the cultural aspects of smoking and explain to the host family that attitudes about smoking outside of the U.S. are different than within the U.S. and that many young people smoke when out with their friends. Most of these young women and men would never consider smoking in the home and will agree not to smoke in front of the children or in the car.

10. Do you have any strong cultural or language preferences that I should know about? What are the reasons for these preferences- family history, etc.? Some families have been referred to us by friends and may base their preferences on their friends' experiences. It is important to remind the host family that they are participating in a cultural exchange program. While we will try to accommodate their specific requirements concerning nationality or language preferences, we provide a vast applicant pool of au pairs, of varying nationalities and cultures, who are all qualified to care for their children and who are all eager to immerse themselves into their au pair year.

**REPLY APP 00528**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002234

"Red Flags"
If you see any, some, or many of these from a prospective host family during the interview, make sure to address the issue or discuss it with your Program Director before moving forward.

•Particularly hard to pin-down for an interview date
•Seemingly unwilling to give you a tour of entire house
•Questions/Answers that indicate a lack of interest/indifference to the  cultural exchange aspect of program
•Providing "minimum" of everything to au pair (no give and take)
•Extremely restrictive house rules or restrictions
•Asking a lot of questions about housework that the au pair can do; "pushing the envelope" on this issue may indicate they also want a housekeeper
•One or both parents seem uninterested (or leave) during interview

**Chapter Seven**
**Matching**

Chapter Overview
      • Our matching philosophy
      • Initial paperwork and group arrivals
      • The matching cycle

Introduction
Cultural Care Au Pair believes that there is an au pair for every host family and a host family for every au pair. We put a great deal of effort into making the best match based on experience, interests, and criteria detailed in both the host family and au pair applications. In this chapter, you will find some basic information about how we match host families and au pairs, how the host family and au pair on-line accounts are used in the matching process, and your role as an LCC in matching.

Matching Philosophy
Cultural Care Au Pair has a very specific philosophy about how we match our host families and au pairs – one-to-one matching. As part of our commitment to personal service, host families are, for the most part, matched with only one au pair at a time. This sets us apart from other au pair agencies, many of which allow many families access to the same pool of au pairs who only meet the family's most basic criteria. We have seen that multiple matching creates a competitive atmosphere between host families and puts the bulk of the matching responsibility back on the shoulders of the host family. The host family is left in a position of possibly accepting someone that they are not completely happy with because they know they are competing with other host families for one au pair. Multiple matching also detracts from the personal nature of the program, of selecting an au pair specifically because she meets the unique needs and interest of a particular host family.

Host families are shown a scanned copy of the au pair's application on-line and au pairs are provided with a description of the host family. After reviewing the comprehensive application, the host family is required to make a personal call to the au pair to interview them by phone. Not only is this a U.S. Department of State regulation, but Cultural Care Au Pair also believes that a host family cannot make an informed choice about their au pair without speaking to them first. This conversation enables host families to discuss the au pair's childcare experience and personal interests as well as assess his or her English. We also suggest a follow up phone conversation as it is important to keep in mind that the au pair will inevitably be nervous during the initial call and both parties may have additional questions after the fist conversation.

Initial Paperwork and Group Arrival Schedule
As a guideline, families should submit their application materials at least eight weeks prior to their desired arrival date. The matching process can begin upon receipt of the first four pages of the application, Payment Authorization Form (PAF), application fee from a new host family (fee is waived for repeat families), Host Family Agreement, and Host Family/Au Pair Acknowledgement. Depending on the time of year and the number of au pairs available, we may be able to accommodate families even sooner than eight weeks.

The Group Arrival Schedule indicates all au pair arrival dates and the corresponding application and "finaling" deadlines. Au pairs arrive to the Cultural Care Au Pair Training School in New York on a Monday and travel to their host families the following Friday afternoon, with the exception of some holiday weeks. Generally, Cultural Care has au pairs arriving to the U.S. every week during peak seasons and every other week at other times of the year.

The Matching Cycle

Host Family Application Received
The host family submits an application online or sends the application to the office via fax or mail. The application is scanned and available in the LCC Account for the LCC's review. An email is automatically generated to the LCC notifying him/her that an application has been received from a family in his/her area.

Welcome Call
The host family's application is carefully reviewed by the LCC and Placement Manager to create a picture of the host family's needs, personality, and habits. The Placement Manager calls the family to introduce her/himself, discussing what they are looking for in an au pair, and to request any missing documents. The LCC calls the host family to arrange an interview.

Host Family Interview
 The LCC completes the interview, checks the host family references, and submits the completed Interview Evaluation Form to Account Services. The Placement Manager simultaneously starts the matching process.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Matching Begins
The Placement Manager reviews the host family's criteria and searches the au pair supply for a suitable match. Some criteria used in matching are: au pair's experience with children (number of children, ages of children, type of experience), age of au pair, au pair's country of origin and native language, au pair's driving experience, whether the au pair is a smoker or not, and the au pair's English level and interests. An LCC also has access to a part of the au pair pool database and can search for a potential application for a host family through LCC☐Accounts. All matches must be approved and assigned by the Placement Manager.

Host Family Reviews Au Pair Application
 The Placement Manager assigns the au pair to the host family, and the host family can review the application online from their Host Family Account. The LCC contacts the host family to discuss the au pair application and reminds them to provide feedback and/or contact the au pair by phone for the interview within three days.

Follow Up and Feedback
The LCC follows up with the host family to hear of their decision after the phone interview and reports back to her/his Placement Manager. The Placement Manager is also responsible for following up with a family, so communication between the LCC and PM is critical at this step. If the host family chooses to
review another au pair application, the current pre-match is removed from their account. It is important for the LCC to get specific constructive feedback from the family regarding the match so that a better match can be made. The Placement Manager begins searching for a new match to present to the host family via their account.

A Final Decision
Once the host family and au pair have finalized their decision to spend the year together, the overseas office is informed of the decision and confirms this with the au pair.

Preparation for Arrival
Preparations are then made for the au pair's arrival:
•The Operations Department prepares the DS-2019 form for the au pair's visa application and sends this to the overseas office to be delivered to the au pair for the visa interview.
•The au pair makes an appointment for an interview with the U.S. Embassy in her home country.
•A flight is booked for the au pair, and the itinerary is available for the host family and au pair's review in their respective accounts.

Ensure paperwork is complete
All host family paperwork must be received in the office before the au pair arrives in the U.S. This includes the Interview Evaluation Form, the reference checks and all documentation from the host family required by U.S. Department of State regulations. If the host family's file is incomplete, the au pair's arrival to the Training School will be delayed.

**REPLY APP 00531**
**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002237

**FYI- Matching Status for Au Pairs**

AVA: Available. This status is used for au pairs whose applications have passed all the screening overseas and have arrived in the Boston office. This status is used for au pairs who are currently unmatched and "available" for matching.

PPM: Pre-Pre-match. It is used to hold an au pair out of the matching cycle while an Placement Manager is reviewing the candidate or discussing her/him with the LCC. No one else can match this au pair until the au pair is made AVA again.

PM: Pre-match. This status is used for an au pair who is being reviewed by a host family. No one else can view this application while it is in PM status. Once an au pair's status is changed to PM, the scanned au pair application is available for review online.

F: Final. This is the term we use after a host family and au pair have engaged in a phone interview and have agreed that they would like to spend the year with one another. A host family will either contact the LCC or their Placement Manager to confirm the "final". Au pairs generally call their office overseas to let them know that a host family has called them and to share their feelings about the conversation. A "final" must be mutually agreed upon by host family and au pair. The host family/au pair's status will only change to "F" once Cultural Care has confirmed that the phone interview has taken place.

AVX: In Transition. An au pair in this status is in transition. The term "in-country" refers to an au pair who is transitioning from one family to another – i.e. already in the U.S., versus an overseas arrival. Matching an in-country au pair with a host family has its advantages. In many cases, a host family can meet an au pair in person and see the in-country au pair interact with their children in addition to reviewing the application.

FX: This is used for an au pair who was previously in transition, changed families and has finalized with that family.

HOL: Hold. This is used if an au pair requests that her/his application be put "on hold" or Cultural Care has put the au pair on hold while checking something in their application. Au pairs in HOL status are not available for matching. This request could be a result of changes in their family situation or school situation at home.

ERT: Early Return. This status is used when an au pair's year ends before the official end of her/his program year. This could be a result of homesickness, natural family illness or death, school or work opportunity in their home country, or if the au pair has not fulfilled the requirements of the program.

FES: This is used for au pairs who are extending their program with the same family and have completed all of their paperwork.

FEN: This is used for au pairs who are extending their program with a new family and have finalized their match.

REPLY APP 00532

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002238

**Chapter Eight**
**Host Family Support**

Chapter Overview
• The 48-hour check-in call
• Conducting a two-week orientation
• Holding host family day conferences
• Monthly contact with your host families
• The importance of good customer service

Introduction
In order to facilitate a successful placement, it is important that all au pairs and host families have a support system during their year. While the servicing teams at Cultural Care's main office provide a regional support network, the Local Childcare Coordinator is a local resource. By the time the au pair arrives to the U.S., the LCC has established a relationship with the host family through the interview and matching processes. It is also important to include the au pair in this relationship after her/his arrival to the host family.

It is required that the LCC calls the au pair within the first 48 hours of her/his arrival and conducts the two-week orientation within 14 days of an au pair's arrival to the home. These practices enable the LCC to continue to service the host family while establishing a relationship with the au pair.

Throughout the year, the LCC is available to answer any questions, listen to concerns, and mediate in case of any problems that may occur between the host family and au pair. As a facilitator of communication and an objective mediator, the LCC is instrumental in assisting the host family and au pair in having a smooth year together.

48-hour Check-in Call
The au pair's arrival can be overwhelming for both the au pair and host family. The LCC's 48-hour check-in call is comforting for both au pair and host family. This check-in is mandatory and must be made within 48-hours of the au pair's arrival. This support and its timing are crucial to the success of the program year for both host family and au pair, and it sets the tone for your relationship with both moving forward.

In the 48-Hour call, ask open ended questions to the au pair so that she will talk more. Ask about how she liked the school and how the flight was to the family's home. Let the au pair and family know when you will be coming for the two week orientation and let them know if an au pair buddy will be calling and when your next au pair meeting will be.

Every au pair arriving to a host family for the first time must receive a 48-hour check-in call from you and a visit within their first two weeks with the host family. This includes both au pairs from overseas and au pairs transitioning from one host family to another. If one of your transition host families has taken a new au pair who was with another host family in your group, you are still required to call the au pair within the first 48 hours and

**REPLY APP 00533**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002239

conduct the two-week orientation. While these practices are welcoming ones, they are also mandated by the U.S. Department of State.

Two-week Orientation
Before the au pair's arrival, the LCC reviews program guidelines and program expectations with the host family during the initial interview. During the two-week orientation, the LCC reviews these again for both the host family and the au pair. This exercise provides a forum for questions to the LCC and discussion between host family and au pair. The host family and au pair may each have specific expectations for their program experience. It is important that the host family and au pair understand how the other can help meet these. Following is a copy of the Two-Week Orientation form and a guide to the orientation questions.

Communication
Bring copies of each of the communication tools we provide for our host families and au pairs to go over with them during the orientation—the Daily Communication Log, the Host Family Handbook and the Au Pair Handbook. Ask the family and au pair about the Household Handbook. Do they have one? Have they reviewed it together?

Schedule
The U.S. Department of State limits the hours an au pair can provide childcare to no more than 10 hours per day, up to 45 hours per week. Au pairs are also given 1 1/2 consecutive days off per week with a full weekend (Friday evening to Monday morning) off per month and two calendar weeks (14 weeks) of paid vacation.

During the phone interview, the host family and au pair may have discussed working hours and weekly schedules. However, the two-week orientation gives you the opportunity to make sure that host family and au pair understand what is expected. Be conscious of the gap between a host family's best intentions and the reality of everyday life. It is important to discuss scenarios such as:

•What if the host parent needs to work late?
•What happens if one of the children gets sick and needs to stay home from school?
•Will the au pair be expected to work on U.S. holidays that the host parents have off from work?
•What if the au pair is ill and can't work?

There is a lot of room for flexibility and compromise within the weekly schedule. However, there are no exceptions to the number of hours an au pair can work in a given week or to the amount of time they are given off during the year. For this reason, it is recommended that the host family and au pair sit down together each week to review the schedule. It is important that this schedule not only be discussed but written down.

Car Use
While you've already discussed car use with the host family during the interview, it is important that the host family and au pair are clear on the household rules set for car use.

REPLY APP 00534
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                                    CC00002240

Some families may have a car solely available to the au pair while other host families may restrict car use to transportation to and from the classes required for the educational component.

It is important that the au pair understands that car use is a privilege, not a right and should be treated as such. Au pairs must understand the great responsibility that comes with car use and specifically with car use while on duty with host children. Alternatively, host families must be reminded that au pairs are not necessarily familiar with federal or state driving laws and U.S. driving habits and/or etiquette. Prior to operating the host family's vehicle for the first time, it is strongly recommended that host families help acclimate au pairs to the car and to the community.

Confirm that the host family has added the au pair to their insurance policy and review Cultural Care's policy on the au pair's responsibility for the deductible should an accident occur. To review, an au pair can only be held responsible for an accident that occurs while she is off duty, and the maximum she will pay towards the insurance deductible is $500. On duty driving time includes: driving during working hours, driving to and from meetings and driving to and from classes taken to fulfill the educational component. The host family should refer to their Host Family Agreement for Cultural Care Au Pair's policy on car use.

Educational Component
As mandated by the U.S. Department of State, all au pairs must complete 6 credits (or 72-90 classroom hours) at an accredited post secondary institution over the course of their year in the U.S. Host families are responsible for contributing up to $500 of this cost. Host families are also responsible for ensuring their au pair's transportation to and from these classes. While au pairs are excited to enroll in classes because of their exposure to the American education system and to other young people, they often find the credit system, course selections, and   enrollment process confusing. It is important that you annually research educational options in your community to share with families, so they can assist the au pair in selecting and enrolling. We recommend that you discuss this with the au pair at the two-week orientation and check-in with each au pair at monthly meetings. At the end of the au pair's year, the LCC signs the Deposit Release Form to confirm that the au pair has in fact completed the Educational Component. It is therefore important that you remain aware of all progress made by the au pair towards this requirement. Au pairs should also provide you with a transcript or receipt for the courses they took.

Insurance
Host families and au pairs should familiarize themselves with the basic coverage for the au pair's purchased insurance. Basic Insurance coverage is given to all Cultural Care au pairs. Some au pairs opt to purchase the Extended Insurance coverage or 13th Month Insurance coverage. We do not expect you to answer detailed questions on the insurance policy. Host families and au pairs can receive definitive answers to their questions from ERIKA Insurance Administrators or from Chickering Claims agents in the U.S. While

REPLY APP 00535
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                                        CC00002241

you cannot make decisions on coverage, you can share the following with host families and au pairs.

1. There is a $95 (out of network) and a $65 (in network) deductible per incident for au pairs with the Basic Insurance, and a $65 (out of network) or $35 (in network) deductible for those with the Extended Insurance. If a doctor does not accept ERIKA Insurance, an au pair will have to pay for the visit and prescription up front and submit a claim for reimbursement. If an au pair is involved in a very serious accident or sustains a traumatic injury, the au pair will not be required to pay up front. The au pair's coverage is designed to cover serious accidents rather than routine care.

2.To find an Aetna affiliated doctor or hospital, go to www.aetna.com/docfind. Under "Not yet enrolled in Aetna plan," click on Go to DocFind. Enter your zip code and the distance the au pair wants to travel. Then, selected a Type of Provider by choosing "People or Places" and select primary doctor, specialist or a hospital. Select a Plan Type: under "Aetna Standard Plan" select "Open Choice PPO". Select a "Search Criteria" and click on "View search results now, in your geographic area" and click on the "Continue" button.

3. While all au pairs travel to the U.S. with the Basic Insurance, all au pairs are given the opportunity to purchase the Extended Insurance in their home country and again within 30 days of their arrival to the U.S. The Extended insurance gives them additional coverage. Au pairs who intend to stay in the U.S. and travel during their 13th month "grace period" (as defined by the U.S. Department of State) should purchase the 13th Month Insurance. Their Basic/Extended coverage terminates on the last day of their 12th month.

4. In the event of medical emergencies, Cultural Care staff is on-call 24 hours a day.

Cultural Differences
Au pairs provide host families with quality childcare, and host families offer au pairs the experience of living with an American family for one year. These two facets make the au pair program most interesting and most challenging. While you've discussed cultural differences with the host family during the interview, the two-week orientation is your opportunity to open a dialogue between host family and au pair about cultural differences they may encounter during their year together. Relevant topics for discussion are:

- Drinking age & attitude towards alcohol
- Attitude towards smoking
- Dating
- Tattoos, body piercing and hair color
- Driving, size of cars; automatic vs. manual transmission; road signs and rules
- General awareness of cultural differences (types of food, mealtime rituals, attitudes towards childcare etc.)
- Visitors

**REPLY APP 00536**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

**CC00002242**

Phone Bills, Internet and Safety
A host family may find that au pairs call home quite frequently, especially during the first few weeks of their year. The two-week orientation is the time to establish rules about phone use and an understanding about how these calls should be paid. Regardless of the system set in place, we recommend to all au pairs that they purchase phone cards. Cards are available through Cultural Care.

While the internet affords an au pair the convenience of keeping in touch with her/his natural family and friends back home, use should be considered a privilege and not a right. An au pair should not be on the internet while s/he is caring for the children. It is advantageous for host families and au pairs to establish rules for internet use. These should also include an understanding of what is an appropriate website and internet safety.

Resolving Conflicts
While it is the host family's and au pair's responsibility to work through issues first, there may come a point where your involvement is required. This is your opportunity to set clear guidelines with the host family and au pair should a disagreement warrant a mediation. Describe the philosophy, process, and expectations of the mediation. Impress upon the host family and au pair your role as impartial listener and facilitator.

The Children
Communication between host family and au pair is absolutely essential when it comes to the care of the children. Once again, we highly recommend use of the Household Handbook and the Daily Communication Log as references for the au pair. It is important that the au pair understands and respects the host family's preferred methods of child rearing and that the host family understands that the au pair assists them in the care of their children.

General Information
Before you leave the host family's home, make sure that a system or schedule has been established for payments of the weekly stipend. Inform the au pair of her/his next required au pair meeting and the host family of their next required Host Family Day Conference so they can mark it in their calendars. Because you are required to contact the host family monthly, please ask them to give you a convenient time to make this call each month. If the au pair is traveling during her/his year, s/he should call Operations first to get the latest information regarding her/his visa. And finally, make sure that both host family and au pair have your contact information and the contact information for their PD.

Acknowledgement
The Two-Week Orientation is a requirement of the Department of State. The host family's and au pair's signatures confirm that the topics outlined in the sheet have been covered during the orientation and that they have agreed to abide by them. Please submit this form immediately to the Compliance team. We also suggest you keep a copy for your records.

**REPLY APP 00537**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002243

Communication is the underlying theme of the two-week orientation. It is an exercise designed to open up the lines of communication between host family and au pair at the outset of their year together. While you guide this conversation, it is the responsibility of the host family and au pair to continue this dialogue after you've left their home.

"The two-week orientation meetings can be hard to schedule, so I always set the date once the host family has chosen their au pair – you are discussing arrival dates usually anyway, so it makes perfect sense. This way, they have you on their schedule far ahead of time. I leave a copy of the two-week orientation sheet at the interview so that the family can plan to discuss these things with the au pair. This makes the two-week orientation meeting run more smoothly."
—Catherine Kossler, OH

Host Family Day Conferences
All host families are required to attend at least one Host Family Day Conference each year. These events are multi-purposeful. They give you an opportunity to check-in with the host family in person, they provide an opportunity for host families to socialize with one another, and they present you with a great tool to market the program to prospective families.

At Host Family Day Conferences, current host families share their impressions of the au pair program with inquiring families. Prospective families want to hear about the personal stories of how the au pair program has worked for a current host family. This dialogue is often the best way to sell the program. Below are some of our suggestions for hosting your event. The activities involved appeal to both current and inquiring host families.

Monthly Contact
While email and newsletters are convenient ways of maintaining contact with host families as a group, it is imperative that you contact each of your host families individually by phone or in person each month. These personal encounters give host families the service we promise and that they deserve. Personal calls allow host families to ask questions and voice concerns. If you see a host parent out and about one afternoon, please feel free to "touch base" with them then and there if convenient. You should be clear to acknowledge to the host family that you will not be making the check-in call because you've had the opportunity to talk now. It is important that you document this communication on your Host Family Contact Report. We have also added fields for you to indicate which parent you spoke to on the off chance that mom and dad do not communicate about such contacts.

If you are hosting one of the two annual Host Family Day Conferences or events, please use this sheet as a sign-in sheet for your active host families. (You can also download a copy in Microsoft Excel from your Extranet account) You can write in the family's name and ask them to initial it. If you have host families who are still awaiting their au pair's arrival or are perhaps just looking to find out more about the au pair program, you can

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

still use this sheet, or you can ask them to sign in on an additional sheet of paper. You do receive "credit" on your expense report for every host family who attends the meeting, so please make sure they all sign in. All host families are required to attend at least one of two offered Host Family Day Conferences. The line that says "# of attempts, type of contact" is to be used for host families who do not return your calls. You should always document your attempts at contacting them.

Customer Service
When host families choose Cultural Care Au Pair, they choose us first and foremost because of the quality of service we are able to offer them. Whether it is our brochure, our website, how we answer the phone or respond to a complaint, we keep quality in mind at all times. However, beyond all of the things that we are able to do in the office, it is the LCC that makes the real difference to the family and au pair. As an LCC, you are the face of Cultural Care Au Pair.

Cultural Care Au Pair's Golden Rules of Customer Service:

• Acknowledge the customer's unique needs and respond promptly.
• Maintain a positive and friendly rapport.
• Demonstrate that you care about the individual and are committed to enriching his or her Cultural Care experience.
• Be thorough, diplomatic and keep quality in mind at all times. You are Cultural Care Au Pair.

We believe that these "rules" get to the heart of the kind of service we want each of our customers to have. We want our customers to know that we recognize that their needs are unique and that we will listen to their concerns empathetically. Given the personal nature of what we do, it is important to build rapport with host families – from the ones who have been with us for 10 years to the ones that are inquiring and may never get an au pair. We believe that everyone responds better to friendliness and empathy.

Experienced LCCs know that to be successful at recruiting new HFs onto the program, you must service your current host families well. Your good service encourages families to repeat with the program and encourages families to refer addi-tional families onto the program. Good customer service is what sets us apart from the competition – the best possible service from every aspect of our organization.

**Chapter Nine: Au Pair Support**

Chapter Overview
    • Conducting monthly au pair meetings
    • The Continuing Education Program
    • The LCC as a community resource
    • The educational component

**REPLY APP 00539**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**CC00002245**

Introduction

It is very important that all au pairs have a support system during their year in the U.S. They are embarking on a unique experience away from family and friends, and they will turn to you for support. The Local Childcare Coordinator is responsible for welcoming au pairs to the community and helping them get acclimated to their new family and environment. The Local Childcare Coordinator is also available for any questions, concerns or problems that may arise throughout the au pair's participation in the program. The support you offer the au pair in the way of answering questions and being a resource is also a service to the host family. This chapter provides helpful information on providing support to your au pairs after their arrival.

Welcome Packs

You can provide a warm welcome to your au pairs by arranging to have a Welcome Pack waiting for them when they arrive to their host family's home. "Welcome Packs" contain information specific to your area and your au pair group, and help to introduce the au pair to the community. Some suggested items for your Welcome Pack are:

•List of educational institutions
•State driver's manual
•Au pair buddies
•Guidebook from community
•Map of community
•Restaurant and movie theater listings
•Postcards with stamp

Monthly Meetings

Monthly au pair meetings provide au pairs with a forum to network, socialize and share information. Holding monthly meetings is an important aspect of supporting your au pairs throughout their year.

All meetings should have a specific agenda but can be more or less informal. Meetings can take place at your home or outside the home. They should include the dissemination of any new program information or updates for the group. It is also a good time to check in with all au pairs about their progress in completing their educational component. They may find it helpful to talk to other au pairs about their experiences enrolling in classes at local colleges and universities.

Cultural Care requires LCCs to dedicate one meeting each season to the continuing education of au pairs in childcare safety and personal safety. We recommend breaking the year into four quarters by season. Each season, the LCC will conduct three monthly meetings, devoting one of those to the Continuing Education Program.

LCCs who host meetings that are fun, engaging and well-attended are giving great service to their au pairs, and therefore, encouraging more positive word-of-mouth. Often au pairs from other agencies befriending a Cultural Care au pair will attend these

**REPLY APP 00540**
**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002246

meetings and invite their friends from other agencies. Consistently creative, successful au pair meetings are an effective means of making your presence known in your community.

In order to give as much notice as possible and ensure attendance at the meetings, it is advisable to send out a schedule of meetings and activities at least three months in advance. Monthly meeting attendance is mandatory for all au pairs. An au pair can miss no more than two meetings during her/his program year. If the au pair does not attend the monthly meeting, it is the au pair's responsibility to meet the LCC within one week's time. If this is not possible, the LCC must make personal contact via phone or email to check in with the au pair. LCCs must have personal contact with each au pair every month.

Find the Monthly Contact Report on your LCC Account. You can print a report that lists your au pairs each month before your meeting.

You can access a copy of the Monthly Meeting Report on your LCC Account. All au pairs must initial the attendance sheet you provide. You must submit the monthly contact report to your PD on a monthly basis.

"I pick the same day of every month (i.e. the third Sunday of the month). This makes it easy for everyone to know what's expected and plan accordingly. I send out a quarterly schedule and let everyone know what I have in mind for the meetings. I try to get the au pairs involved in planning the meetings. This gives them a sense of ownership in accepting that they have some impact on having a great year."
– Robin Jones, WA

Au Pair Meeting Ideas
There are countless activities you can do with your au pairs for monthly meetings. Below are a few ideas for meetings your au pairs might enjoy.

Pottery decorating
In many areas you can find places that allow you to decorate your own piece of pre-made pottery. Take your au pairs here to create something they will keep forever to remind them of their year in America.

Sporting event
Take your au pair group to a local sporting event. If you call in advance, you may be able to have the large screen scoreboards welcome the group depending on the size of the arena. College games are usually less expensive and au pairs can be closer to the playing fields.

Makeover party
Do you have a friend who sells cosmetics or cuts hair? Invite them to an au pair meeting to "make over" your au pairs. It will be fun for your au pairs and might boost your friend's business at the same time.

REPLY APP 00541

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002247

Get-to-know-each-other coffee
Encourage your au pair group to really get to know one another. Meet at a coffee shop with comfy couches and a relaxing atmosphere. Put a bunch of questions in a paper bag (What are you most scared of? How are you different now than you were a year ago?) and have each person pick one and answer it.

Kids First activity
Organize a car wash or other fundraiser to raise money for our Kids First program. You can hang the Cultural Care banner and hand a mini-brochure to every customer. This is also a great PR opportunity!

Outdoor recreation
Get your group together for an overnight camping trip or a mountain hike. If you contact your local Municipal Department, they will often do all of the planning and you can enjoy discounted prices for many activities.

Continuing Education Program
Cultural Care Au Pair has developed the Continuing Education Program (CEP). Through the CEP, seasonal units will provide au pairs with information and ongoing training in the areas of childcare safety and personal safety.

As a Local Childcare Coordinator, you must dedicate four meetings each year to the CEP. We have made these units flexible, in that you can facilitate the meeting yourself, with other LCCs in your area, or you can invite an outside speaker to come in and lead the session. Everything you need to facilitate a successful CEP unit can be found online. For each topic, there are suggested speakers, an activity to "get their attention" and all of the materials, facts and information you need to give to your au pair. You will also find safety quizzes to give to your au pairs at the end of the meeting. These will get the au pairs thinking about safety in their home and with their host children.

We encourage you to use your creativity to make your CEP meetings interesting and interactive for your au pairs. By facilitating the CEP units and providing au pairs with information on how to be safe, you are helping to strengthen Cultural Care Au Pair's commitment to providing quality childcare to American host families.

Find Continuing Education curriculum, quizzes, take home guides and meeting ideas on your LCC  Account.

Educational Component
As mandated by the U.S. Department of State, all au pairs must complete 6 credits or 72-90 classroom hours) at an accredited post secondary institution over the course of their year in the U.S. Please note that au pairs planning to extend their program will need to have completed the educational component by the end of the 11th month in order to be eligible to extend. Host families are responsible for contributing up to $500 of this cost. Host families are also responsible for ensuring their au pair's transportation to and from these classes. While au pairs are excited to enroll in classes because of their exposure to

REPLY APP 00542

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002248

the American education system and to other young people, they often find the credit system, course selections, and enrollment process confusing.

It is important that each LCC annually researches educational options in the community to share with host families and au pairs. This will provide the family and au pair with the information the au pair needs in selecting and enrolling in classes that meet this requirement. We recommend that you discuss this with the au pair at the two-week orientation and check-in with each au pair at monthly meetings. As proof that these requirements have been fulfilled, au pairs must fill out the Program Completion Form (formerly called "Deposit Release Form") which is available in their online account and you will be asked to confirm that the au pair has completed the educational component via e-mail. Au pairs who do not fulfill their educational component are not eligible to extend and they forfeit their deposit and their return flight home. It is therefore important that you remain aware of all progress made by the au pair towards this requirement. Au pairs should also provide you with a transcript or receipt for the courses s/he took.

Community Resource
As a Local Childcare Coordinator, your ability to act as a resource is paramount to your success. Your au pairs will turn to you with questions on everything from doctors to driver's licenses. Listed below are a few items we recommend that you become familiar with within your community in order to be able to serve as the local resource.

Cultural Care Au Pair Club
The Cultural Care Au Pair Club is a special package of offerings for au pairs sold to them in their home countries prior to their arrivals in the U.S. If au pairs would like to purchase the membership in the U.S., they may buy it at the Cultural Care Training School when they arrive to the US. The package includes items such as a student discount card, a Cultural Care bag, phone cards and more.

Find details of the current Au Pair Club offerings on your LCC☐Account.

Travel with Trek America
Trek America provides fun and flexible adventure travel tours to men and women between the ages of 18 and 38. Cultural Care has collaborated with Trek America to provide au pairs with affordable tours that offer au pairs the opportunity to see regions of North America many of them have only dreamed of. Thousands of Cul-tural Care au pairs have seen the continent this way and highly recommend it.

Upon arrival to the United States, each au pair is given a Trek America brochure, but we encourage you, the LCC, to support us in our effort to solely promote Trek America as the leader in adventure travel. Trek America is the only trusted Cultural Care Au Pair vendor for adventure travel. No other vendors are endorsed for safety and quality purposes. As such, LCCs are not encouraged to promote any other vendors.
As an LCC, you can earn incentive points each time an au pair travels on a Trek America tour. You also receive a 20 percent discount on each Trek America tour.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

• Each LCC can earn 10 Cultural Care incentive points for each au pair that books a Trek America trip. Trek America keeps a record of the au pairs who travel and their LCCs. We encourage you to keep track of this as well, and submit the list to the Boston office.

• There are significant discounts on all Trek America trips. Please contact Trek America at 1-800-TREKUSA (873-5872) to see how you can travel on a Trek America trip.

Insurance for Au Pairs
Every Cultural Care au pair arrives to the U.S. with basic insurance coverage.
The fee for the Basic Insurance is included in the host family's program fee. For an additional cost, au pairs can purchase optional extended coverage. Below, we have outlined basic information about both types of coverage. If your host families or au pairs have specific questions, please refer them directly to our claims agents at Aetna Student Health, 1-800-783-7447.

Basic Insurance
All au pairs are covered under ERIKA Travel Insurance. Before departure, each au pair receives a policy booklet, a few claim forms and an ID card with their Cultural Care Au Pair reference number. The policy number on the au pair's ID card will indicate what type of insurance the au pair carries. For current policy information, a full description of coverage and exclusions and claim forms, you can visit the Erika Insurance website at www.erikainsurance.com. Below are the primary features of the basic insurance as of August 2009. Prices and coverage subject to change.

• $65 deductible in Aetna Network and $95 out of network
• Maximum coverage is $50,000
• No coverage for baggage or property loss
• No benefits for delays and program interruption
• $150 deductible for emergency room visits, in addition to standard deductible

Extended Insurance
Extended Insurance is an optional insurance plan offered through Cultural Care Au Pair for all au pair participants. Each au pair who purchases this plan is given 12 months of comprehensive coverage, from the date s/he arrives to the U.S. until her/his last legal date of work. Below are the primary features of the extended insurance:

• $35 deductible in Aetna Network and $95 out of network
• Unlimited coverage
• $50 deductible for emergency room visits, in addition to standard deductible
• Coverage for delays and program interruption
• $50 deductible for emergency room visits, in additioin to standard deductible
• Dental coverage up to $200

13th Month Insurance
We highly recommend to all au pairs remaining in the U.S. during their 13th month that they purchase the 13th month insurance. An au pair who does not purchase the 13th

REPLY APP 00544
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002250

month insurance may not be insured for losses incurred during the 13th month. To purchase this insurance, an au pair should send in a check or a money order for $125 to the Cultural Care Au Pair Operations department, including a note with their name stating that the check is for the 13th month. Au pairs can also purchase the insurance online through their Cultural Care account.

Extension Program extended insurance
All extension au pairs have basic insurance coverage. For an additional cost, au pairs can purchase optional extended coverage. This coverage needs to be purchased before the extension year starts. The price when buying the extended insurance is:

• 12 month extension $475
• 9 month extension $370
• 6 month extension $250

To purchase this insurance, an au pair should send in a check or a money order to the Cultural Care Au Pair Operations department, made payable to Cultural Care Au Pair or call at 1 800 448 5753 with debit or credit card information. Au pairs can also purchase insurance for the Extension Program through the online au pair account.

Au Pair Visas
Au pairs travel to the U.S. on a J-1 visa. It is important that they maintain their immigration documents and are aware of any travel restrictions for their countries.
Immigration document

Au pairs arrive to the United States with the following three immigration documents:
1. Passport with the J-1 visa stamp

2. DS-2019 form
The DS-2019 form (also referred to as Certificate of Eligibility for the J-1 visa) is a letter sized white document issued here in Boston. This document has the au pair's name, city and country of birth, program dates, as well as her current US address printed on the form. The DS-2019 forms are sent to the offices overseas as soon as the match is final, where they are forwarded along to the au pairs. The au pairs are given detailed information regarding how to fill out the forms and where to send them. The au pair then applies for the J-1 visa with the DS-2019 form at the U.S. embassy in her home country. After her appointment she receives the J-1 visa stamp in her passport. Upon arrival into the U.S., the immigration officer will stamp the DS-2019 form "J-1; D/S (duration of status)". This stamp indicates the official entry date of the au pair into the country.

Please note that the visa and the DS-2019 form are NOT the same! This can be confusing. Cultural Care Au Pair does not actually issue visas. The J-1 visa is obtained by the au pairs at the U.S. embassies abroad.

3. I-94 card (Landing card, normally stapled in the passport)

REPLY APP 00545
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002251

The I-94 card is a small white card that the au pair filled out on the plane while traveling to the United States. When she went through Immigration at the airport, the officer stapled/put the I-94 card into her/his passport. This card indicates the au pair's arrival date and status and must be kept with the passport and DS-2019 form. This card is collected by immigration when the au pair leaves the country and it is needed to officially record her departure. If an au pair does not record her departure properly, she could have problems obtaining a visa to return to the U.S. in the future.

If any of the three immigration documents are lost or stolen, the au pair should replace them immediately. The au pair can call the Cultural Care office for information on replacing them. Any fees required for replacing any of these forms are the responsibility of the au pair.

Traveling outside of the U.S. during the year
The following instructions apply only to au pairs in their first year. Au pairs should contact the Operations Department for more information regarding the travel restrictions in their extension year.

Au pairs are allowed to travel outside of the U.S. during their 12 month stay. In order to assure re-entry into the U.S., the au pair must send in her/his DS-2019 form to Cultural Care to have the Travel Validation box signed by a Responsible Officer. The au pair should include a note indicating the dates of departure, as well as a self-addressed, stamped envelope. The au pair should allow 3-4 weeks for processing.

It is the responsibility of each au pair to check to see if a tourist visa is required for the country he/she is visiting. Please direct the au pairs to this website: www.embassyworld.com. Au pairs should contact the embassy of their destination country for information on visas and visa applications. If an au pair travels without the appropriate documents, she may be denied re-entry into the U.S. and may be prohibited from boarding the plane.

We do not recommend traveling outside of the US during the last 2 months of the year. While technically the au pair has a valid visa and should not have any problems getting back into the country, sometimes immigration officers question why the au pair traveled outside of the country so close to the expiration date of her visa.

Travel outside of the U.S. during the au pair's 13th month is not permitted under the J-1 visa. If an au pair leaves the continental U.S. during this month, he/she will not be allowed to re-enter the U.S. Cultural Care has no authority in this case.

Au Pair Flight Information
Cultural Care coordinates return flights for au pairs at the end of their program. Au pairs are sent information about flights approximately three months before their departure and are asked to submit date requests through a form on their online account.. If your au pairs have detailed questions about their flights, you can refer them to the Operations department.

REPLY APP 00546

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY                                                                    CC00002252

Here are answers to some of the commonly asked questions regarding au pair departure flights.

Q: Can an au pair go home on the same flight as another au pair, parent(s), or a friend?

A: Yes. The au pair must request this on the flight request form and we do our best to accommodate these requests. However, we cannot guarantee to match a specific flight. The person the au pair wants to fly with needs to be flying to and from the same airports as the au pair. If the au pair wants to travel with another au pair, both au pairs should make a note on their flight request form.

Q: How much luggage can the au pairs bring?

A: The luggage allowance depends entirely on the airline. We therefore strongly suggest they call the airline beforehand to confirm any weight restrictions. Au pairs are responsible for any excess baggage fees charged by the airline.

Q: Can the au pairs fly from an airport other than the one closest to their host family's that is serviced by Cultural Care?

A: Yes. There may be a fee if the airport they want to fly from is more expensive than the one in the au pair's home state. Please have the au pairs refer to the flight fees chart in their online account or ask them to call Operations.

Q: Can au pairs change the ticket once they have submitted the request?

A: Yes. However, there will be a minimum $100.00 flight change fee once the request has been submitted to Cultural Care Au Pair. The au pair will also be responsible for any additional fees that the airline may charge after the flight has been booked.

Q: When should the au pairs submit the request?

A: The earlier they submit their request, the better chance they have of getting their preferences. Au pairs should submit the flight request approximately 2-3 months before their program ends depending on the season. Au pairs are always given a deadline in the e-mail sent about 3 months before the end of the program prompting them to request their flight. Late flight requests will be subject to a late fee of $50.

Q: Can au pairs book flights after their 13th month?

A: No, Cultural Care Au Pair cannot book flights for departures after the 13th month. Any au pair staying beyond this date will lose their return flight. They are also not eligible for a refund. No exceptions will be made, regardless of whether the au pair obtains a legal visa.

**REPLY APP 00547**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002253

Au Pair Deposits

Many au pairs (except South African au pairs) pay a deposit in their home country to encourage them to successfully complete their au pair program. The amount varies from country to country, and can vary within the country, depending on the structure of that country. At the end of a completed program, the au pair will get his/ her deposit back. Whether they get the deposit back in the U.S. or in their home country depends on what country they are from. To get the deposit back, the au pair must have completed the following:

• Stay 12 months as an au pair or 12 months plus the agreed extension period.
• Attend the majority (80%) of the monthly meetings. If they have not attended at least 80% of the meetings, it will be up to you, the LCC, to determine whether the au pair had a valid reason for missing so many meetings.

• Fill out the Program Completion Form (online her/himself in her/his online account) to show he/she has completed the educational component: 6 credits (or the equivalent of 72-90 hours) at an accredited post-secondary institution. Six month extension au pairs must complete 3 credits or 36 hours; nine & twelve month extension au pairs must complete 6 credits or 72 hours in their extension period. The form must be filled out completely and must be confirmed by the LCC.

• Au pairs who can only get their deposit back in their home country need to return home no later than 30 days past their legal departure date and contact the local office immediately to arrange a refund. Au pairs who decide not to return home and overstay the visa (past 30 days of legal departure date) are not eligible to get their deposit back. This information is also outlined in the Au Pair Agreement she/he signed.

Au pairs who can only get their deposit back in their home country need to return home no later than 30 days past their legal departure date and contact the local office immediately to arrange a refund. Au pairs who decide not to return home and overstay the visa (past 30 days of legal departure date) are not eligible to get their deposit back. This information is also outlined in the Au Pair Agreement she/he signed.

• Au pairs can have the deposit returned in their home country via bank transfer (usually no fee applies), or;

• Some au pairs can choose to get the deposit back in the U.S. via bank transfer. A minimal service fee applies for U.S. bank transfers (usually $5-10). The deposit money will be transferred approximately two weeks before the program or extension period is up, as long as Operations has received the above forms.

Find more detailed information and special information on deposits for specific countries on your LCC Account

**REPLY APP 00548**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002254

**Chapter Ten**
**Mediations**

Chapter Overview
• Conducting a successful mediation
• The Mediation Log
• Diffusing anger

Introduction
Local Childcare Coordinators may be called upon to aid in challenging situations,
including homesickness, personality conflicts or miscommunication. Mediating these
conflicts is one of the most important elements of your position. While it is best to
prepare families and au pairs to establish open communication from the beginning, it will
not be possible to avoid all misunderstandings.

When we bring host families and au pairs together, we know that not every minute will
be peaceful. They will have the same misunderstandings and disagreements that all
relationships experience. Conflict is a natural part of life and not to be feared. It is
important for the LCC to have a positive and relaxed attitude towards mediation. This
attitude is communicated to the family and au pair and helps to keep problems or
concerns in perspective. If you can have confidence in your problem-solving skills, you
will add an enriching and empowering dynamic to the program for families and au pairs.

This section is designed to help you communicate with families and au pairs when you
are conducting a mediation session or counseling a family or au pair about a problem
they are experiencing.

Conducting a Successful Mediation
Although we don't welcome conflict, some situations you encounter with your host
families and au pairs cannot be prevented regardless of how well prepared both host
family and au pair are at the outset of their year. Your role as mediator is essential in
creating a fair and impartial environment that gives both host family and au pair the
opportunity to share their feelings.

While every situation is going to be different, there are some key points to consider. It
may be helpful to review your Interview Evaluation form and two-week orientation form.
The points discussed may help you re-align expectations. Not all mediation sessions lead
to a transition. The mediation is a forum in which host family and au pair can agree to
better communication moving forward.

The following are helpful steps to make your mediation go as smoothly as possible:

1. Confirm communication
Prior to your involvement in a mediation, you must see effort on the part of host family
and au pair to discuss ongoing issues/grievances. When an LCC is asked to mediate, it
indicates that communication has broken down between the host family and au pair.

**REPLY APP 00549**

**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**                                                    **CC00002255**

Before setting a time to meet with host family and au pair, make sure that both parties have attempted to communicate their grievances to one another.

2. Provide strategies for communication
You may encounter a situation where an au pair shares a grievance but does not want you to share her feelings with the host family. If you have determined that the situation can be resolved with better communication and that neither party is in any physical or emotion danger, you can discuss strategies with the au pair for addressing the problems. However, if there is a program violation or Department of State violation alleged or discussed, this cannot be kept confidential and must be addressed immediately with your PD.

3. Use the Mediation Log
At the mediation, grievances should be written out on the Mediation Log. Outline the areas in which the au pair and host family need to improve. The log should be signed by the host family, au pair, and you. A copy should be left with the host family, au pair, one for your files, and one forwarded to your PD. A two week trial period is required after the mediation meeting during which proposed solutions from the mediation should be attempted by both parties.

4. Use Exit Interview form if necessary
In an exceptional situation where the au pair is removed from the home after the mediation, you will need to complete both the Mediation Log and Exit Interview forms. Completion of these forms (with signatures and dates) is required by the Department of State.

5. Keep documentation
It is essential that you keep accurate, clear records of all communications during the transition period. The Mediation Log is designed to help the host family and au pair identify and address those issues they have agreed to work through during the two week trial period. The Exit Interview documents all issues experienced by host family/au pair during their time together. The information outlined will help you assess both parties' suitability to the program and determine whether new placements are advised.

6. Provide housing
Housing an au pair during a transition period can be uncomfortable for the LCC, but it is absolutely necessary. Having the au pair in your home can help you to evaluate the au pair's emotional state, level of commitment, and competency. Your feedback on placing the au pair in another host family's home is invaluable. We understand the possible inconvenience housing may cause and will reimburse you for that. Please keep in mind that you may be the only source of comfort for an au pair during this difficult time. A transition is a very difficult time for an au pair, and your support and willingness to house an au pair during this period will reassure her/him of the positive aspects of living with an American host family.

7. Remove host family/au pair from program

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Your input is invaluable to the PD who will ultimately decide whether a host family/au pair is suitable for the program. At times, it becomes apparent that one or both participants no longer have the appropriate motivation to participate in the program. In the case an au pair is removed, the au pair would forfeit her/his deposit as well as pay for her/his own flight home. A host family can also be removed from the program if they have violated any terms of their agreement with Cultural Care. It is the PD who would remove a host family from the program.

For more information on mediation, find guides to understanding conflict resolution and principles of effective communication on your LCC Account.

Diffusing Anger

At some point you will have to work with an angry host parent or au pair. The au pair program is unique in that it places a young person in someone else's home to care for their children. Host families have high expectations of the au pair and are sensitive to something going "wrong" during the year because it makes them fearful for the well-being of their children, the peace in their home, and even the security of their jobs. Likewise, au pairs have a lot at stake as well. They feel that this is their one opportunity to spend a year in the U.S., and they want to have the most positive experience possible. With so much at stake, it is not surprising that when something is not going well, tempers can flare up.

It is never easy to know exactly how to respond to anger, but there are some ways that you can control a potentially unpleasant situation.

At the beginning of the mediation, it is advisable to try to get the host family and the au pair to agree that they want to have the mediation work. Encourage host families during the Host Family Interview and again during the Two-Week orientation meeting to remember to be positive should a problem arise. It is better to enter into mediation when there is still the opportunity for success. It is too late when the host family has already decided they want the au pair out of their home or the au pair has already made plans to leave. One of your roles in a mediation meeting is to open communication between the host family and au pair. Often if you can get them to share openly, they will be able to resolve their own conflicts.

"Mediations are the most difficult part of being an LCC, but they aren't as hard as they first appear. Make sure you get as many of the facts as you can BEFORE the meeting. This means speaking with the host family and the au pair separately on the phone before you are in the home. At the meeting, your job is simply to give each person a chance to be heard without interruption and to clarify all of the facts and work with them to brainstorm solutions. Often, the real problem and solution will only be discovered in a face-to-face meeting with an objective mediator."
– Katrina Ohl, MA

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**Chapter Eleven**
**The Extension Program**

Chapter Overview
• Basic information about the Extension Program
• How host families and au pairs benefit from the Extension Program
• How to promote the Extension Program
• Keys to Extension Program success

Introduction
Through the Extension Program, au pairs have the option to extend their stay in the
United States for 6, 9, or 12 months either with the same family or with a new one. The
Extension Program allows au pairs more time with their host family, more time to take
classes and more time to travel and experience the United States. It also offers the host
family the possibility of continuous childcare from a trusted, known childcare provider.
For au pairs who choose to extend with a new family, an extension term offers them the
opportunity for a whole new experience. The Extension Program benefits everyone— au
pairs, families, LCCs and Cultural Care!

Au pairs and host families can find information about the Extension Program in the
Extension Program section of their online accounts. All application forms are online and
we highly encourage au pairs and host families to use the online forms. As an LCC, you
should be familiar with the Extension Program and be able to assist au pairs with their
extension decision and application process.

Basic Information
Although the Extension Program is essentially the same as the regular full year program,
there are some differences with which LCCs should be familiar.

Length
Au pairs can extend for either 6, 9 or 12 months. Au pairs can only extend one time and
once the extension length is chosen and requested it can not be changed.

Deadlines
Au pairs extending with the same family must submit their extension application online
60 days prior to the end of an au pairs' first year. Au pairs extending to a new family
must apply online by 75 days prior to the end of the au pair's first year and the au pair
must be placed with a family by 45 days prior to the end of their year. If an au pair or
host family misses the deadlines mentioned, it still may be possible to extend and the au
pair should contact the Extension program Manager at extend@culturalcare.com

Au Pair Extension Fee
Au pairs must pay a $246 Extension Processing Fee, a non-refundable payment due when
sending in Extension Enrollment paperwork. This fee will be paid to the U.S. State
Department to request the program extension.

**REPLY APP 00552**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002258

Host Family Program Fees 2009
Host families keeping their au pair pay discounted program fees:
• 6-month program fee with Extension Discount: $2,995
• 9-month program fee with Extension Discount: $4,245
• 12-month program fee with Extension Discount: $5,445
Host families are only eligible for the discounted program fee if the au pair with whom they are extending arrived to the family's home more than 30 weeks before the end of his or her first year legal departure date.

Educational Component
An au pair must complete his or her educational component requirement in their first year by the end of their 11th month. Au pairs who wish to extend do not have the full 12 months to complete the educational component. Cultural Care must submit all extension requests to the Department of State at least 30 days before the end of the au pair's first year, and extension requests cannot be submitted without proof that the educational component is complete. There are no exceptions to this requirement, therefore au pairs who are thinking of extending should try to take classes as early as possible in the first year.

9- & 12-month extension au pairs must take 6 credits in their extension program term, and the host family is responsible for up to $500. 6-month extension au pairs must take 3 credits in their extension program term and the host family is responsible for up to $250. Au pairs can not "carry over" extra educational credits earned from their first year into their extension term.

Vacation
9- & 12-month extension au pairs receive two weeks (14 days) of paid and 6-month extension au pairs receive one week (7 days) of paid vacation during their extension.

Travel
Extension au pairs can travel to Mexico, Canada and the adjacent islands without having to renew their J1 visa first. Au pairs can travel outside of the continental U.S. during their second year as long as they travel to the US embassy in their home country to renew their J1 visa before attempting to reenter the US. Au pairs must contact the Operations Team immediately if they are thinking about traveling and read the travel and visa renewal information on Au Pair Infosource to ensure they are properly prepared and have all necessary documents before embarking on their trip.

Extended Insurance
Each extension au pair automatically has Basic Insurance during the extension term. However, we strongly recommend au pairs purchase the Extended Insurance. The Extended Insurance package must be purchased before the start of the extension period through the Au Pair store on their online account or by calling the Operations department.

"My scrapbooking party was by far the best host family event I've ever hosted. Everyone loved it! It's such a great activity to get everyone involved in. The event made them

**REPLY APP 00553**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**                                                                  **CC00002259**

realize what a great experience they were having together and got them thinking about the Extension Program option."
—Anne Weisskopf, MD

How to Promote the Extension Program
By promoting the Extension Program, you are giving your au pairs the opportunity to enrich their au pair experience, you are providing your host families with the possibility of continuous child care and you have the opportunity to earn LCC incentive points!

Talk about It Early and Often
Many LCCs talk about the Extension Program at every opportunity— during inquiry calls, interviews, and the two-week orientation. It is important not to overwhelm host families or au pairs, especially at the beginning. However, bringing it up plants the seed and makes everyone aware of the important decision they will have to make at the end of the year and plan to fulfill the educational component by the end of the 11th month.

Host Extension Program Events
LCCs are strongly encouraged to plan at least two meetings during the year dedicated to the Extension Program. Our Extension Program Events-in-a-Box make it so easy to do just that.

Find more details about Extension Program events in the Marketing Section under Events-in-a-Box.

Keep on Talking to Au Pairs
Although it's necessary to plan specific events that focus on the Extension Program, these festivities should be supported by consistent, regular communication with host families and au pairs about the opportunity to extend. In fact, the LCCs with the highest rate of extension au pairs talk about it each month.

Reward extension au pairs in your group with leadership opportunities
Encourage extension au pairs to plan a meeting(s). This not only spices up your routine, it gives extension au pairs a voice in your group. Buddy up brand new au pairs with those who extend. A new au pair will see the benefits to extending firsthand.
Give extension au pairs additional fun, creative responsibilities
Social Chair: an au pair responsible for planning one social event a month
Administrator: an au pair who shares important information with au pairs
Master of FUN!: an au pair who plans playdates with host children in the group
Buddy Organizer: an au pair who organizes the buddy system in your group to ensure a positive experience for all au pairs entering the group

Celebrate the au pairs who have made the decision to extend
Announce them in your newsletter, applaud them at your monthly meeting, throw a party to congratulate all those au pairs who decide to extend, and welcome the extension au pairs who have joined your group from another part of the country for their extension term.

**REPLY APP 00554**
**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

CC00002260

Monthly meetings are a great venue to talk about the Extension Program. Remember to talk to your au pairs individually—this will not only strengthen your relationship with your au pairs, but give you the ability to figure out exactly where each au pair stands on the opportunity to extend. Knowing what is preventing an au pair from staying longer gives you the ability to point out ways to overcome these roadblocks. Most likely, there are lots of great reasons to extend that your au pair hasn't considered—and your input can help an au pair see what a second year in the U.S. has to offer.

Another time to talk about the Extension Program is in a transition situation in which the au pair is going to a new family. Your au pair may need a little positive coaching to help her feel good about the situation. Talk to your au pair about making a fresh start and all of the opportunities that lie ahead! Even though things didn't work out with the first family, your au pair can still extend. Her new family is likely going to be a better fit and provide new opportunities to learn and grow.

Find information on Overcoming Objections: What to Do When an Au Pair Says No on your LCC Account.

Keep on Talking to Host Families
Host families should also receive consistent reminders about the Extension Program and its benefits. Key times to raise the subject are:
• Inquiry call—this is one of the many benefits of our program
• Host family interview
• Two-week orientation—A gentle reminder helps to keep the subject on everyone's mind.
• Throughout the year, whenever possible, congratulate host families who extend. During your monthly contacts, if a family can't stop talking about how wonderful their au pair is, remind them of the great opportunity to continue this great relationship. Announce to your current host families on a monthly basis who is extending in your newsletter or correspondence.
• As the time draws closer to repeat
• Before you check in to start the re-matching process, re-introduce the extension option. A good relationship with your host families will also help you to promote the Extension Program. Just like with your au pairs, know what is preventing a host family from considering the option to extend. Most of their hesitations about extending can be dealt with so they feel more confident about this choice. You might also consider treating au pairs and host families that do not want to extend together as a mediation situation. Perhaps there are issues that—if worked out—would compel both the host family and au pair to reconsider extending together.

Find a step-by-step guide to the application process for extension au pairs and host families on your LCC Account.
Extension au pairs may travel to some countries during their second year, but there are restrictions that need to be considered before planning a trip. Find important visa renewal and travel information on your LCC Account.

REPLY APP 00555
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002261

**Chapter Twelve: LCC Compensation and Incentives**

Chapter Overview
- Monthly compensation and bonuses for new and repeat families
- Expenses that can be reimbursed
- Taking vacation and coverage for your region
- The LCC Incentive Program
- The Golden Heart League

Introduction
Cultural Care Au Pair has created a competitive compensation package for you to recognize your commitment and your efforts as an LCC. This package includes monthly compensation, bonuses and a comprehensive incentive program. As you continue to grow in your position as an LCC, we hope you are able to take advantage of all the benefits and incentives Cultural Care has to offer.

Monthly Compensation and Bonuses
LCCs receive a monthly servicing fee and each new LCC is paid per family per month at a starting rate of $21. Your servicing rate is reviewed annually in January and is increased based on growth, service and compliance with the U.S. Department of State's regulations. In addition to regular monthly compensation, you will receive a Sales Bonus of $135 for every new family who joins Cultural Care as a result of your marketing efforts and a Repeat Bonus of $135 for every one of your host families who repeat with the program. In order to be eligible for the repeat family bonus, an LCC must have serviced the host family for a minimum of four months.

Cultural Care Au Pair will also reward you for your marketing efforts in your area...and beyond! When you generate a new inquiry and market the family to time of application, you are eligible for a $250 inquiry Marketing Bonus (IMB). Sales notes must be documented in your LCC account in order to demonstrate the generation of the inquiry and continued follow-up throughout the application process. In order to be eligible for the Marketing Bonus, an inquiry must be solely generated by the LCC and cannot be coupled with a host family, agent or au pair referral.

Paychecks should arrive on the 26th of each month, providing all monthly documentation has been received. Paychecks are printed mid month. An au pair arriving after the 15th but before the 26th will not be reflected on your paycheck for either the monthly servicing or the marketing or repeat bonus, but will be on the next months check.

If you interview a host family, and they decide not to apply, or have applied and go on hold, you will be compensated $25 for the interview. (The host family must be on hold for at least one month). This is also the case if you interview a family that you did not market to the program, or if you interview a family while you are covering for another LCC.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Taxes are not withheld from your paychecks. As an independent contractor, we will provide you with an annual W-2 form, but only for the above compensation, not for the monthly expenses listed below. Please consult a tax professional for advice on your independent contractor status. There are items that you may be able to deduct from your taxes for which we do not reimburse.

Reimbursed Expenses
In addition to your monthly compensation and marketing and repeat bonuses, you will be reimbursed for certain expenses that relate to your role as an LCC. Expenses must be claimed monthly on the LCC Expense Form and submitted to your Program Director.

Au Pair Monthly Meetings
The U.S. Department of State requires that au pairs attend monthly meetings with their local coordinator. Each LCC is reimbursed a minimum of $20 for conducting monthly au pair meetings and $4 per au pair after the 5th attendee. LCCs with groups smaller than five au pairs will earn the minimum of $20 regardless of the size of your group. It is important for you to have each participant sign in on the Monthly Contact Report to ensure compliance with the Department of State regulation. You will only be reimbursed upon submission of a valid sign-in sheet. All sign-in sheets should be submitted by the 10th of the month.

Reimbursement covers your efforts in planning and some of the basic costs involved. The au pairs should be responsible for covering the costs that may be associated with different activities such as bowling, roller-skating or ice-skating, white water rafting, movie tickets, etc. You should always request RSVP forms from your au pairs and any money for deposits or non-refundable tickets up front.

If you have an idea for a special monthly meeting that will exceed the standard reimbursement amount, please contact your Program Director to make a proposal. Cultural Care Au Pair can sometimes subsidize monthly meetings and will consider requests for additional funding on a case by case basis.

Host Family Day Conferences
The U.S. Department of State requires that host families attend at least one host family day conference meeting annually. Cultural Care asks that you offer the host families two options, in the event they cannot attend one of them. It is the expectation of Cultural Care that you notify both host families and au pairs directly about your host family day conferences and give them ample opportunity to plan to attend your host family conference. Each LCC is reimbursed a minimum amount of $50 for conducting these conferences and a base fee of $10 per family for each host family after the fifth one. It is important for you to have all attendees sign in to every meeting as you will only be reimbursed upon submission of a valid sign-in sheet. Sign-in sheets should be submitted by the 10th of the month for reimbursement. Reimbursement covers your out-of-pocket expenses to plan and host the host family day conferences for your host families and au pairs. Some of these expenses may include renting space, food/beverages, paper products, and decorations. In order to maximize your allotted reimbursement, you many want to

REPLY APP 00557
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

consider cost-effective events such as pot-luck dinners, international dessert parties or ice-cream socials.

Host family day conferences can also be used as marketing events. Host family referrals are our best source for recruiting new host families and one way to encourage your host families to refer their friends is by holding a picnic or a beach party for the group and inviting potential host families. LCCs are reimbursed $10 for each potential host family that attends as well as each current host family. If you have an idea for a special host family day conference or event that will exceed the standard reimbursement amount, please get in touch with your designated contact on the Sales and Development Team to make a proposal.

Two-week Orientations
LCCs are required to conduct two-week orientations each time a new au pair arrives to a host family, including transition au pairs. You are reimbursed $10 for each orientation meeting. Please list the names of the host families and the dates of the meetings on the expense report.

Au Pair Housing
Cultural Care will make every effort to limit the requests we make on our LCCs to house au pairs during transitions. While LCCs play a big role in keeping these requests to a minimum by setting the ground rules with their host families and au pairs, housing is occasionally required. If you are required to house an au pair, you will be reimbursed $18.25 per day for a maximum of $255.50 for two weeks. Please list the au pair's name and arrival and departure dates.

Telephone Costs
You are reimbursed for the calls you make in your role as an LCC. Your monthly calls to host families and au pairs, calls to other LCCs, calls to set up your meetings, calls to the office, and faxes to the office will be reimbursed upon receipt of your Monthly Expense Report. Please submit your phone bill with the calls highlighted and identify who you are calling. Be sure to attach all of your receipts and telephone bills to a full size (8.5" x 11") piece of paper for submission. In general, LCCs do not have high phone costs. You must be able to itemize your phone bill by calls in order for your Cultural Care calls to be reimbursed. You will not be calling outside of your area and most phone company's calling plans allow for free local calls. You can always reach the office and Cultural Care staff in the field by using toll free numbers.

Mileage
Cultural Care will reimburse you $.505 per mile after mile 60 for mileage related to your position that goes beyond 60 miles, roundtrip, per trip. So if you are conducting an interview with a host family who lives 40 miles away, you will be reimbursed for 20 miles (80-60=20).

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

Additional reimbursements
Occasionally, Cultural Care will pre-approve a reimbursable expense for an LCC. For example, if you are conducting a host family event and are required to place a deposit (but the venue will not accept credit cards and they require a check that day), we would ask you to write the check, and submit a receipt for reimbursement. All of these types of expenses need to be pre-approved—so please discuss with your PD or a member of the Sales and Development Team before spending your own money.

Vacation
As independent contractors, you have the flexibility to create a schedule throughout the year that is most convenient for you. However, if you plan to be on vacation and therefore unavailable to host families, au pairs, and Cultural Care office staff, it is important that a coverage plan is put into place. It is critical that the time you will be away is made clear to the participants in your group, Program Director, and the Sales and Development Team. We request that every LCC who is going on vacation or out of town for more than 48 hours arrange interim LCC coverage of their group. However, if you will be away for an extended period of time, we ask that you do the following:

1) Arrange interim LCC coverage of the group
2) Ensure that the families and au pairs, Program Director and Regional Development Director are informed as to the length of the absence and provided with specific coverage contact information
3) Conduct all 2-week orientations, 48 hour check-in calls, interviews, and any other compliance responsibilities prior to departure and, if this is not possible, to arrange for this to be conducted by the covering LCC

In the event you have scheduled a vacation in excess of three weeks, please work with your Program Director to determine extended coverage for the area. During this period, you will not be paid for servicing as the covering LCC will be providing service in your absence. In addition, your Sales and Development Team may assign new inquiries to the covering LCC in your absence and in such cases, you would not be eligible for the marketing bonuses for any resulting sales.

Incentive Points
Cultural Care has a comprehensive and exciting incentive program for LCCs. It allows you to earn points in a number of ways in your role as an LCC and redeem your points for gifts, program discounts and travel rewards.

Find detailed information about earning and redeeming points and the awards you can receive on the Incentive section of your LCC Account.

Earning Points
During certain times of the year, LCCs can earn 20 points for recruiting new families onto the program. Sales notes must be documented in your extranet in order to demonstrate continued follow-up. LCCs also earn 10 points for repeat families whom

**REPLY APP 00559**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002265

they have serviced for at least four months. These host families can reapply during any time of the year for you to qualify for repeat points. LCC
incentive points can also be earned for the following:
•      Extension au pairs – 30 points
•      Recruiting an LCC – 20 points
•      Press coverage – 2-25 points
•      Trek America bookings – 10 points

Be sure to consult your LCC Account for current details of the LCC incentive
program.

Incentive awards
You can choose incentive awards, ranging from a 5 point gift award to travel or home reimbursement, program fee discounts, travel awards for domestic or international travel, professional development reimbursement, and discounts on Go Ahead Vacations or EF International Language Schools.

Incentive trips
Cultural Care offers several meeting/travel incentives for LCCs each year. Qualification for this travel is based on new host family sales during certain incentive periods.

National Meeting
This annual event is held each spring (always in a great location!) and includes professional development seminars, exciting excursions, gala dinners and a chance to meet and mingle with Cultural Care staff and LCCs from across the country. Each LCC has the chance to attend and qualify to bring a guest to this meeting by recruiting new families onto the program during the peak arrival season at the beginning of June through mid October. In the past, meeting destinations have included Las Vegas, New Orleans, San Diego, Montreal, Scottsdale and Miami.

International Adventure
Explore a new country, experience the culture, sample the cuisine and take in the local beauty when you spend an all expense paid long weekend with other LCCs, former au pairs and Cultural Care staff at one of our International Adventure locations. These trips have received the highest ratings from participating LCCs and have been held in destinations such as Munich and Vienna, Stockholm, Paris, Berlin, London, Barcelona, Vienna, Rome, Prague, and Amsterdam.

"This trip was really first rate! This was my first international meeting and I was impressed with how well-organized everything was and how wonderful the accommodations, tours and restaurants were. Cultural Care staff was so friendly and helpful, the tours were so interesting and the dinner parties and lunches gave me a real taste of the local cuisine and culture. I came away from the trip with a far better understanding of the German and Austrian cultures and of the au pairs who come from these countries. Thank you very much for this wonderful experience!"
—Linda Maslin, MA

**REPLY APP 00560**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002266

Special Promotions
At different times throughout the year, we occasionally offer special promotions in addition to the LCC incentive program and our incentive trips. The have included spa weekends, cruises, Disney vacations and a weekend for two in London.

Sales Leadership Team
LCCs may qualify for this elite sales group by demonstrating the ability to not only sell the au pair program, but to also practice "quality selling" by selling the program to the right families. Members of the SLT earn increased earning opportunities, including a year end SLT Bonus Package. More information is available under LCC Incentives in the Sales section of InfoSource.

Golden Heart League
This incentive program is for LCCs who are in a league of their own! Designed as an incentive program for LCCs who possess high standards, provide excellent service, value compliance, and push for growth, the Golden Heart League will evaluate LCCs in service, sales and compliance.

For more information on qualification for the Golden Heart League and the yearly prize package awarded to GHL members, visit the Golden Heart League section in the Sales section of InfoSource.

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

**Chapter Thirteen: Getting Started**

Chapter Overview
- First steps to take after New LCC Training
- Getting in touch with Cultural Care staff, your host families and au pairs
- Important paperwork and deadlines
- Tips for setting up your home office

Introduction
After you attend New LCC Training, where you will learn more about Cultural Care, the US. Department of State regulations and your role as an LCC, you will be ready to start your position as a Local Childcare Coordinator. There are
several things you can do to start off on the right foot, stay organized and begin spreading the word about Cultural Care in your community. You have many
resources available to you – your LCC Account, the staff of Cultural Care and your own ideas!

First Steps After Training
After New LCC Training, there are a number of steps you can take to get ready for your new role as LCC.

Get to know your LCC Account
You will receive your username and password after training. Sign onto your LCC Account and check your profile page to verify that we have all your correct contact information. Spend some time getting to know your LCC Account. There are a lot of great tools and information there that will help you. Go through each section to see what resources are there. Your host families and au pairs will appear online after your start date. Be sure to check your LCC Account account every day.

Plan upcoming au pair meetings
Plan your au pair meetings for the next three to six months. It is best to plan well in advance, notify your au pairs and host families in writing by newsletter or e-mail of the meeting details and set up an automatic reminder e-mail to go out to them.

Create an LCC Website
You can create your own website by following the link on the homepage of the LCC Account. Add your profile, your au pair meetings and other useful information for au pair, host families and prospective host families.

Set up your Cultural Care email account
Cultural Care provides you with your own LCC email account at firstname.lastname@lcc.culturalcare.com. Directions for accessing your Cultural Care email may be found on the home page of your LCC Account.

**REPLY APP 00562**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CC00002268

Create an email signature

On your new email account, create an email "signature" that identifies you as a Cultural Care LCC and adds a little marketing information to every e-mail you send automatically. Be sure to add the address of your new LCC website. Here is an example of an email signature:

Leanne Rapson
Cultural Care Au Pair
Local Childcare Coordinator

My phone: (781) 545-9332
My fax: (781) 545-9333
My website: http://l-rapson.local.culturalcare.com

To learn more about our flexible, affordable childcare, visit us online at www.culturalcare.com.

Publicize your new position

Send out your New Hire Press Release to all local papers announcing your new position. You can find the template in your LCC☐Account – we find this to be the release that gets published most often! Tell everyone you meet about your new position and get the "buzz" going.

Plan places to put marketing materials

You will soon receive your marketing box with brochures, flyers, posters, etc. from Cultural Care. Be thinking about places you can put these materials in your community. Once you use the materials in your marketing box, you can order more marketing materials in your LCC☐Account.

Order business cards

You can order Cultural Care business cards from your LCC Account – add your contact details and view a proof of the card. You can also order a rubber stamp with your name and phone number on it. This can be used to personalize Cultural Care marketing materials.

Complete and send in your hiring paperwork and expense report

If you have not already done so, complete and send in your W9 hiring paperwork. You cannot be paid unless Cultural Care has received it in the office.
Also, send in any receipts from expenses from your training along with the expense report received at training to the office for reimbursement.

Change your answering machine message

Put a message on your answering machine that lets callers know that they have reached your home office. You may want to say something like, "You have reached the home of the Rapson family and the office of Leanne Rapson,
Local Childcare Coordinator for Cultural Care Au Pair."

**REPLY APP 00563**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

CC00002269

Getting in Touch
It is important to get to know certain people right away as you begin your position as an
LCC. The first people for you to speak with are your Program Director and your contact
on the Sales and Development Team. You can find their contact information on your
LCC Account. Introduce yourself and begin talking to them about your region, your
group, and any upcoming events in your area.

After your official start date, you should begin to call your host families and au pairs to
introduce yourself and let them know about upcoming meetings and the best way to
contact you. This is a great opportunity to get to know each of them and find out how
everyone is doing.

As soon as possible, you will want to start calling your inquiries to introduce yourself as
the new LCC for the area. Be sure to make a note of each contact in the Sales Notes on
your LCC Account to keep track of your contact and to get credit for the marketing bonus
should the family apply to the program. Take this opportunity to answer any questions
they have about the program, let them know you are available and make a good first
impression.

You may also want to get to know other LCCs in your area—to get ideas, to plan
meetings together, and to network. Ask your PD and RDD for the names and contact
information of local LCCs.

There are many resources available to you—many people who are ready and willing to
help you get started as a new LCC. Don't be afraid to ask questions!

Tips for Setting Up Your Home Office
If you have not worked from home before, you will want to spend some time
setting up an area of your home that you can use for activities related to your LCC role.
Once you have your "home office" set up, it will be important to
organize your Cultural Care materials. One of our veteran LCCs created the
following check list for setting up a Cultural Care home office and offers advice on
getting organized.

Office supplies
Items you will need:
• ☐ Computer
• ☐ Internet access
• ☐ Printer
• ☐ Filing cabinet or crates to hold files

Additional suggested items for your home office:
• ☐ Fax machine/scanner
• ☐ Clear plastic sheet protectors
• ☐ Hanging file folders
• ☐ File dividers

REPLY APP 00564
HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

CC00002270

- ☐ 1 or 2 Three-ring notebooks
- ☐ 3-hole punch
- ☐ Stock of colored paper
- ☐ Stock of plain paper
- ☐ Clipboard
- ☐ Traveling file box (Fill it with file folders and keep brochures, mini-brochures, mini-posters, flyers and business cards in it -- great for keeping marketing materials organized and handy in your car at all times.)
- ☐ Calendar to be dedicated solely to Cultural Care Au Pair purposes (Add au pair arrivals, incentive deadlines, payroll deadlines, paperwork deadlines, au pair birthdays, etc.)

Keeping files organized
It is recommended that you set up a place to keep your Cultural Care files –
either in a filing cabinet or a crate. Some of the files you create will include the
following:

- Host Family files for each host family containing:
– First page of complete host family application
– First page of au pairs's application
– Copy of Host Family Interview form
– Copy of Two-Week Orientation form
– Copy of family's Household Handbook
– Directions to host family's home
- Educational Component file containing information on local colleges and universities
- ☐ Continuing Education Program files containing curriculum information and ideas for each unit
- ☐ Monthly Meeting file containing ideas and paperwork for monthly au pair meetings
- Marketing file containing ideas for getting the word out about Cultural Care, a phone list of contacts for local newspapers, and copies of MarketPlace (This newsletter arrives each month and you can get back issues on your LCC Account – highlight ideas that you can use in your community.)
- Welcome Pack file containing:
-–State/local maps
– State driving manuals
– Bus/train schedules
– Library information
– Local interest info/brochures (i.e. museums, going-out guides, etc)
– Anything else you think will be helpful to au pairs
- ☐ Copies of commonly-used forms:
– New Host Family Interview forms
– Repeat Host Family Interview forms
– Two-week orientation forms
– Deposit release forms
– U.S. Department of State regulations
– Mediation Worksheet

**REPLY APP 00565**

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

CC00002271

–Exit Interview
–Shipping supplies (envelopes, etc)
–Cultural Care letterhead
•☐Submitted Paperwork file containing expense reports, payroll worksheets, and monthly contact reports

Your computer files
It is helpful to keep your computer files and e-mail files organized as well. On your computer, you may want to start with a folder named "Cultural Care Au Pair" and then add the following folders:

•Admin/General (fax cover sheet, phone number list, etc)
•Host Family/Au Pair lists
•Marketing (ideas, flyers, networking)
•Monthly Meetings
•Welcome Pack (your intro letter, contact info, buddy letters, etc)

Some suggestions for folders in your email account:

•Marketing (announcements of incentives, ideas from the office, notes from Sales and Development)
•Host Families
•Au Pairs
•Networking

Other information to keep close at hand
Although just about everything you need can be found on your LCC Account, many LCCs find it helpful to keep certain information available at their fingertips to use when speaking on the phone with host families and au pairs. This includes:

•☐Current Group Arrival Schedule
•☐A phone list of your host families and au pairs
•☐The Inquiry Calling Guide found in this handbook
•☐A copy of the Cultural Care Host Family Brochure
•☐A phone list of commonly used numbers (PD, Sales and Development team members, Operations department, fax numbers, etc)
•☐Current Monthly Contact Report (get in the habit of printing it from your LCC account on the 1st of every month (both HF and AP) and keep it on your desk or beside the phone so you can log your contacts throughout the month.

REPLY APP 00566
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CC00002272

Case No. 1:14-cv-03074-CMA-KMT Document 1042-2 filed 04/27/18 USDC Colorado pg
131 of 203

# Exhibit 16

REPLY APP 00567

# Cultural Care Au Pair



## Au Pair Matching & Interview Guide

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011114

REPLY APP 00568

# Welcome to Cultural Care Au Pair!

We know that choosing childcare is one the most important decisions that you make as a parent. We also know that the key to enjoying a successful year on our program and feeling confident in your childcare choice is finding the right au pair.

In this guide you will find information that we hope will help you along the way. Regardless of whether you choose personalized, one-to-one matching, consultative matching, Search and Select or a combination of these methods, know that we have a dedicated placement manager working on your behalf. S/he will provide as much guidance as you need, and we encourage you to ask your placement manager questions that may come up throughout this process or while reading this guide.

Included, you will find information covering a number of topics including:
• Overview of program regulations
• Best practices when interviewing your au pair
• Understanding cultural differences between candidates

Please take the time to read this through as you begin the matching process. Your local childcare coordinator and placement manager will be available to answer any additional questions that may come up. We wish you good luck selecting your family's au pair!

2  1–800–333–6056

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011115

REPLY APP 00569

## Table of Contents

**Welcome to Cultural Care Au Pair** .................................................. **4**
Your Cultural Care Au Pair team .......................................................... 4
Cultural Care au pairs ........................................................................ 4
U.S. Department of State Regulations ................................................... 5

**Our au pairs** ........................................................................ **6**
Types of available au pairs ................................................................. 6
Au pair arrival cycle .......................................................................... 7
Au pair application ............................................................................ 8

**The matching process** .................................................... **9**
Exclusive access to candidates ............................................................ 9
Role of your placement manager .......................................................... 9
Three ways to match .......................................................................... 9
Steps to start matching ..................................................................... 10

**Things to consider in a match** ..................................... **11**
Cultural differences ......................................................................... 11
European culture ............................................................................. 11
Latin American culture ..................................................................... 12
Asian culture .................................................................................. 12
DISC personality profile ................................................................... 14
English skills .................................................................................. 15

**Interview guide** .............................................................. **16**
Preparation before you call ............................................................... 16
Adjusting for English levels .............................................................. 16
Sample questions ............................................................................ 17
Making the call ............................................................................... 19
Once you reach an au pair .................................................................. 19
Sharing feedback ............................................................................ 20

**Making your final selection** ........................................ **20**
Au pair confirmation ....................................................................... 20
Selecting your final match ................................................................ 21

**The next steps** ................................................................ **21**
Visa application process .................................................................... 21
LCC interview ................................................................................ 22
Au pair arrival to the Cultural Care Training School ............................... 22
Au pair arrival to your home .............................................................. 22
48-hour call ................................................................................... 23
Two-week orientation ...................................................................... 23

**A successful year ahead** .............................................. **23**
Additional support tools ................................................................... 23

**Frequently asked questions** ........................................ **24**

**U.S. Department of State Regulations** ...................... **26**

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

REPLY APP 00570

CC00011116

# Welcome to
# Cultural Care Au Pair

Thank you for choosing Cultural Care Au Pair! We look forward to working with you throughout the matching process to help you find the best au pair for your family. First, we will review your Cultural Care Au Pair team, Cultural Care au pairs and the U.S. Department of State guidelines, as these will all affect your matching and interviewing experience.

## Your Cultural Care Au Pair team

Cultural Care Au Pair's headquarters are located in Cambridge, MA, and we also have a network of over 600 field staff and local childcare coordinators who service families and au pairs locally. Throughout your program term, you will work closely with both Cultural Care staff and your local childcare coordinator (LCC).

### OFFICE STAFF

Upon applying (or reapplying) to our program, your placement manager will play a key role in helping you throughout the matching, interviewing and selection process. Your placement manager is responsible for determining your specific needs and presenting you with appropriate au pair candidates. Even if you choose to search for au pairs on your own, you will still be communicating with her or him about your preferred matches and feedback. Once your au pair arrives to the U.S., your primary office contact during the year will be your program director. Our Account Services team members are also available to help at any time if you have questions regarding your account.

### LOCAL CHILDCARE COORDINATORS

During the matching process, your LCC can also help search for candidates on your behalf but more frequently will act as a resource for questions that come up. S/he will conduct an in-home interview which must take place before your au pair arrives to your home. During the year, your LCC will be your primary contact if you have questions or concerns.

## Cultural Care au pairs

Unlike other agencies that outsource their recruitment to third-party agents, each of our au pair candidates has been recruited and screened through an established Cultural Care office. Successful au pair candidates are young people, ages 18-26, who have a sincere interest in children as well as travel. They also have a strong desire to perfect their English and to have an experience that helps them develop personally. Many of them are curious about the U.S. and its culture and want to get to know the "real" America. Au pairs have varying family backgrounds, childcare experiences, driving levels,

### CULTURAL CARE
### AU PAIR TEAM

The following members of the Cultural Care Au Pair team are available for support during your exchange year:

- **Placement managers:**
  The placement managers' principal responsibilities are to match host families with prospective au pairs, and to help families and au pairs through the interview process until a final match is made.

- **Program directors:**
  Program directors monitor au pair placements during the year through continuous contact with LCCs and overseas staff, provide extra support, and oversee the transition process and the day-to-day activities of their assigned region. They also support LCCs in servicing the families in their region.

- **Account Services team:**
  The Account Services team fields customer calls and provides assistance with immediate needs in regard to the Cultural Care program. They can also assist with questions regarding program finances.

- **Local childcare coordinators (LCCs):**
  The primary role of the LCC is to provide families and au pairs with direct personal contact, local support and information throughout the year. You will begin your year with an interview conducted by your LCC in your home. S/he will also conduct a two-week orientation, provide your family support throughout the year and mediate should there be a problem.

To contact members of Cultural Care staff call: **1-800-333-6056**

4   **1-800-333-6056**

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011117

REPLY APP 00571

hobbies and interests. While most au pair candidates are not childcare professionals, they all have documented experience with children, typically through babysitting, working at a kindergarten or day care, or through tutoring or other similar activities. Au pair candidates choose this program because it is a way to experience life in another culture and language while working with children.

## *U.S. Department of State Regulations*

As you may know, all designated au pair organizations follow specific regulations issued by the U.S. Department of State. As participants in the program, Cultural Care staff, our local representatives, au pairs and host families are all required to comply with these regulations. We appreciate your continued cooperation with the regulations during your program year. A copy of these regulations is included at the end of this handbook for your convenience and review.

### REVIEW OF REGULATIONS

As a reminder, all participating au pairs will:

- Receive a one-year, J-1 cultural exchange visa[1]
- Attend a comprehensive Screening and Orientation meeting
- Undergo a detailed personal interview process
- Provide three references—at least one of which documents prior childcare experience
- Undergo a background evaluation including a criminal record check and a personality profile
- Submit a statement of good health from a physician
- Be proficient in English
- Receive 32 hours of child safety and child development training at the before arriving to the host family
- Work up to 45 hours per week (a maximum of ten hours per day)
- Receive a weekly living stipend from the host family of $195.75[2]
- Take educational courses for which the host family is required to pay up to $500[3]

And all host families must:

- Schedule no more than 45 hours per week of childcare with their au pair
- Schedule no more than 10 hours per day of childcare with their au pair
- Provide one and one half days off per week in addition to one complete weekend off each month
- Provide the au pair with room and board plus a weekly stipend of $195.75[2]
- Be U.S. citizens or legal permanent residents
- Provide a private bedroom for the au pair
- Have a sincere interest in participating in a cultural exchange program
- Speak English as the primary language in their home
- Complete an in-home interview with their local childcare coordinator

---

[1]*Subject to approval by the U.S. embassy in an au pair's home country.*
[2]*The weekly stipend is determined by the U.S. Department of Labor using a formula based on the federal minimum wage. Any change in the federal minimum wage will result in an increase in the stipend.*
[2]*The $500 educational allotment can be subject to change per the U.S. Department of State.*

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**REPLY APP 00572**

CC00011118

# *Our au pairs*

The U.S. State Department officially regulates the au pair program, and
according to their guidelines and Cultural Care rules, all au pairs:

- Are 18 to 26 years old
- Are proficient in English (level of verbal and written abilities will vary)
- Enjoy children and have previous childcare experience (i.e., babysit-
  ting, caring for siblings, working/interning in a classroom and/or day
  care center)
- Express a sincere interest in living with an American family for a year
- Have successfully completed their country's equivalent of secondary
  education
- Have a clean criminal record and positive, verified references

Cultural Care au pairs come from around 20 countries worldwide and this
guide will provide some cultural insights for each region represented.
Because each au pair is unique, we always suggest that host families keep
an open mind when considering au pair candidates. Setting aside any
cultural stereotypes will allow you to choose a candidate based on factors
that are most important: their childcare experience, personality, interests
and background.

## TYPES OF AVAILABLE AU PAIRS

Families are potentially matched with au pairs who belong to one of three dif-
ferent categories: overseas au pairs, extension au pairs and in-country au pairs.

### OVERSEAS AU PAIRS

Overseas au pairs are those who are currently in their home country
and waiting to travel to the U.S. for the first time. Overseas au pairs
are excited about meeting their new host families and may have many
questions, particularly if you are the first family with whom they speak.
Upon arrival, these au pairs spend their first five days at Cultural Care's
Training School in New York. Overseas au pairs comprise about 90% of
our available pool of au pair candidates.

### EXTENSION AU PAIRS

Extension au pairs are au pairs who have spent their first year with a dif-
ferent host family and have decided to spend another program term (12,
9 or 6 months) with a new host family. Extension au pairs already have a
year of au pair experience and, therefore, are accustomed to the ways of
American life. They are in good standing with the program and are rec-
ommended for placement with a new family. You can, and should, speak
with an extension au pair's previous host family and LCC to gather more
information that will help you determine whether the candidate is right
for you.

6   1-800-333-6056

AU PAIR RECRUITMENT
COUNTRIES

Au pairs come from all over the
world to join American families like
yours. You can view a complete list
of Cultural Care recruitment coun-
tries in your Host Family Account:
*Before Your Au Pair Arrives:*
*Au Pair Recruitment and Screening:*
*Cultural Care Recruitment Countries.*

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011119

REPLY APP 00573

### IN-COUNTRY AU PAIRS

In-country au pairs are those who, for a variety of reasons, have parted ways with their previous host family and are looking to find a new host family. In-country au pairs are usually available for immediate placement, and families can potentially meet them in person during the matching process if the au pair lives nearby. The previous host family and LCC can also provide helpful feedback about an in-country au pair's strengths and personality. You are encouraged to speak with both in order to gain insight about this potential candidate.

### AU PAIR ARRIVAL CYCLE

Cultural Care Au Pair places au pairs with host families every month throughout the year. However, the number of available au pairs does fluctuate based on the time of year. Au pairs tend to want to travel during certain times of the year, often due to circumstances related to their home country's school calendar. Please use the guide below to gain insight as to how the different seasons affect our au pair supply.

### WINTER (JANUARY – MARCH)

Since their seasons and school schedules are opposite ours, many au pairs from countries in the southern hemisphere want to travel to the U.S. during our winter months. In January, February and March many au pairs traveling to the U.S. come from our Latin countries as well as Australia.

### SPRING (APRIL – JUNE)

Spring is a time during which fewer au pairs are able to travel to the U.S. This is because many young women and men are currently enrolled in or just finishing high school or university. Our au pairs tend to travel in winter and summer once they have completed their semester or year. Therefore, a smaller percentage of our au pairs are able to travel in April through early June. Many of the au pairs that do travel during this time have finished school and are currently working.

### SUMMER (JULY – SEPTEMBER)

Because school has ended in the northern hemisphere, summer is the most popular time for au pairs from countries like Germany, Sweden, Austria, certain areas of Mexico and Poland to start their year in the U.S. From mid-July through the end of September, Cultural Care has the largest number of available au pair candidates eager to be matched with an American host family. This coincides with the needs of many of our host families to welcome an au pair before their children's school year begins.

### FALL (OCTOBER – DECEMBER)

Similar to the spring months, by the fall, many young women and men are re-enrolling in school. Although fewer opt to travel in the fall, we still have a good number of au pairs who are able to come to the U.S. in the fall and are still committed to coming to the U.S. as an au pair. Please note, we have limited overseas arrivals in the month of December due to the holiday season.

### YEAR-ROUND

There are a few countries that tend to send au pairs at a consistent rate throughout the year. Most of these are our Asian countries. The majority of our au pairs coming from Asia are young women who have finished university, have the ability to travel in any month and will consider becoming an au pair prior to beginning a traditional job after university.

In summary, there are trends related to seasonality and our available au pair candidates. While we have more au pairs ready to travel in the summer and winter months, if you wish to welcome an au pair in the spring or fall, Cultural Care staff can accommodate your family—it may just take more time and flexibility on the profile you request.

**HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY**

**CC00011120**

**REPLY APP 00574**

## AU PAIR APPLICATION

All Cultural Care au pairs complete a thorough online application. (Samples can be seen via our online Search and Select function available on our website or through your Host Family Account.) Together with documents collected through Cultural Care recruitment offices, each application contains an au pair's:

*1. Summary of childcare experience*
Includes ages of children cared for; activities and responsibilities with children; hours per day of care; and indicates whether they were solely responsible or if others were present.

*2. Summary of family and educational background*
Includes number of siblings, educational and career goals and subjects studied.

*3. Letter to their future host family*
Gives families a better sense of an au pair's unique personality and interests, as well as her motivation for becoming an au pair.

*4. Personal photos*
Usually including her family and friends as well as the children for whom she's cared.

*5. Au pair profile*
A summary of impressions written by the interviewer after an au pair's in-person interview.

*6. Statement of good health*
Initially self-reported by the au pair and later verified by a physician.

*7. English evaluation*
Based on a verbal interview in English; an au pair must have a rating of 4 or higher to be accepted. (See section on English level on page 15.)

*8. Driving history*
Includes years of experience, experience with specific driving conditions, driving frequency, date of driver's license.

*9. Minimum of three references written by non-relatives*
All references are checked by a Cultural Care representative.

*10. Personality profile (DISC)*
Gives families insight into an au pair's personality and behavior, and identifies how she functions in relationships and work situations.

*11. Au pair video*
Optional; allows au pairs to introduce themselves and their environment in a more personal way.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00011121

REPLY APP 00575

# The matching process

One of the most significant ways in which au pair agencies differ is how they match host families and au pairs. Cultural Care Au Pair has fine-tuned our matching process over the years to make it as easy and stress-free as possible. Once you start Cultural Care's matching process, you can rely on a choice of three ways to match, the help of a dedicated placement manager and exclusive access to candidates under review. We encourage families to start the matching process well in advance of their preferred au pair start date. It usually takes at least 6-8 weeks from the time a host family applies to the time their au pair arrives to the U.S. Of course, we will try to accommodate families who need childcare sooner but it is much easier to work within the standard timeline.

## Exclusive access to candidates

Unlike other au pair organizations, Cultural Care Au Pair offers families exclusive access to up to three au pair applications at a time. This allows families to review candidates without worrying that they are being looked at and receiving competing offers from other families. Please note that secondary matches are auto-released after 48 hours if you provide no feedback so be sure to indicate to your placement manager if you need more time with an application.

## Role of your placement manager

Regardless of how you choose to approach the matching process, you can always depend on the support of a placement manager throughout your search. Your placement manager is a matching specialist, and s/he can be very involved—finding au pair candidates for you based on your criteria—or simply act as a resource for help or advice. Even if you prefer to find au pairs on your own, we recommend taking advantage of your placement manager's expertise. S/he can help you understand why certain candidates might be a better fit than others, educate you about our recruitment countries, provide a second opinion and more.

## Three ways to match

Cultural Care Au Pair offers three ways to match with au pair applicants. You can choose one or a combination of methods while knowing you have the support of a dedicated placement manager throughout the process.

### 1. PERSONALIZED, EXCLUSIVE MATCHING

With personalized matching, your placement manager will carefully select au pair applicants based on your criteria and place them in your account on your behalf. You will have access to up to three candidates at a time based on the information in your application and discussions with your placement manager. For families new to au pair childcare, we strongly recommend working one-on-one with a placement manager before using Search and Select.

### 2. CONSULTATIVE MATCHING

For a more collaborative approach, we encourage you to schedule a consultative matching appointment with your placement manager. During this call, you will review multiple candidates over the phone and get an overview of our current selection of au pairs. By the end of the appointment, your placement manager will place up to three applicants in your account for closer review (based on your requirements and au pair availability).

### 3. SEARCH AND SELECT

If you prefer to search au pair profiles independently, we encourage you to use our Search and Select functionality on your own time. As a Cultural Care host family, you have the ability to browse hundreds of available online au pair profiles using specific search criteria. You may select up to two candidates to reserve for up to 48 hours in addition to a primary candidate that your placement manager can reserve for you.

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011122

REPLY APP 00576

## *Steps to start matching*

The steps involved in Cultural Care's matching process are as follows:

1. Register with Cultural Care Au Pair
2. Welcome call from placement manager
3. Au pair match review and feedback cycle

### 1. HOST FAMILY REGISTRATION

As soon as you submit your online registration, you are assigned to a placement manager. Your placement manager's principal responsibility is to match you with prospective au pairs and guide you through the inter-view process until a final match is made.

### 2. WELCOME CALL FROM PLACEMENT MANAGER

A welcome call, and subsequent phone conversations with your placement manager, is an important way in which s/he learns about your family's needs and interests. Through these conversations, your placement manager gets to know you and your family and uses that information—along with your interests, personality and special requests outlined on your applica-tion—when reviewing prospective au pairs from around the world.

You will also talk with your placement manager about which of the three match-ing options you prefer to use to find applications for prospective au pairs. If you prefer that your placement manager do the searching on your behalf, let her/him know so that s/he can begin placing candidates in your account for review. If you prefer to review several candidates at once over the phone with your place-ment manager, ask to schedule a consultative matching appointment at your convenience. If you decide to search on your own, let your placement manager know you will be doing so using our Search and Select online matching func-tion (accessible through your Host Family Account). S/he will then be prepared to support you by helping to answer any questions you may have.

### 3. AU PAIR MATCH REVIEW AND FEEDBACK CYCLE

Once your placement manager has chosen a primary match for your family to consider, s/he will place it in your account for your exclusive re-view. You may also reserve up to two comparison applications on your own which are reserved for 48 hours. You can notify your placement manager through your online account if you wish to make one of your comparison matches your primary match. In your initial contact with your placement manager, you will establish how you would prefer to be notified of new au pair matches. You can then log in to your Host Family Account **(cultural-care.com/login)** and view the au pairs' complete applications.

Each candidate's application contains a wealth of information (see page 8) that will help you to determine whether she is a good fit for your family. Unless you have a specific objection to a candidate, we recommend you contact each au pair match by phone to learn more about that candidate.

10   **1-800-333-6056**

Host family registration

↓

Welcome call from
placement manager

↓

Au pair
match review &
feedback cycle

• Presented with match
• Review match
• Interview

↓

**Make final
au pair match**

↓

**Au pair confirmation**

↓

**Securing of visa**

↓

**LCC interview**

↓

**Au pair arrival to au pair
training school**

↓

**Au pair arrival to
host family home**

↓

**48-hour call from LCC**

↓

**Two-week orientation
with LCC**

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011123

REPLY APP 00577

During the matching process, there may be times when you have more than one application in your account. In addition to your primary match, families can also reserve up to two comparison matches. Please be aware that it is necessary to provide timely feedback on all of your matches—and in particular your comparison matches. Primary matches will be released from your account after 72 hours and comparison matches after 48 hours if you do not provide feedback for your placement manager in your account.

# Things to consider in a match

Many families are focused primarily on what we call an au pair's "hard skills"—these include driving skills, English skills and childcare experience. However, it is just as important to take an au pair's cultural background and personality into account when choosing the best fit for your family's needs. This chapter will review some of those important "soft" elements to consider as you start the matching and interview process.

## Cultural differences

While it is important to avoid stereotyping and to remember that every individual is unique, we do find that there are some general personality trends within cultures that are worth taking into consideration. In addition to the cultural overview below, you can find country specific information in your Host Family Account: *Before Your Au Pair Arrives: Au Pair Recruitment and Screening: Cultural Care Recruitment Countries.*

### EUROPEAN CULTURE

While each European country has its own culture, heritage and traits, there are a few commonalities to keep in mind as you consider European au pairs:

- *Maturity level:* European young people become more independent at an earlier age than many American young people do. Taking public transportation alone from an early age is one example. Many Europeans move out on their own at the age of 18, 19 or 20 and most do not have curfews from rather early on. As a result, an 18-year old European will likely be more independent and mature than an average 18-year old American.

- *Relationship building:* Europeans take more time to get to know someone before opening up to them. Americans sometimes may find a European to be a bit reserved for the first few days or weeks of being acquainted.

- *Communication style:* American culture incorporates more "small talk" and couched language than most others. Europeans tend to get straight to the point and skip some of the niceties that Americans are used to. This approach is not intended to be rude or disrespectful, it is simply a European's way of communicating in a more direct fashion.

- *Organization:* European culture is fairly rule-oriented and punctual, and Europeans are comfortable keeping schedules and routines.

*In summary, European au pairs are <u>generally</u> best suited to families who:*

- Require an au pair who is self-sufficient, independent, direct
- Don't mind going through a "warming up" period to get to know their au pair
- Prefer a structured versus unstructured lifestyle
- Like to stick to schedules and practices
- Are willing to give their au pairs more independence

**culturalcare.com** 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00011124

REPLY APP 00578

## LATIN AMERICAN CULTURE

While each Latin country has its own culture, heritage and traits, there are a few commonalities to keep in mind as you consider Latin American au pairs:

- *Family:* Latin culture is extremely family-oriented. Latin au pairs treat their host parents and children as their own family and do well when they are welcomed with open arms.

- *Parental role:* Latin young people are taught to be very respectful of parents and other authority figures. Therefore, a Latin au pair will want to follow the directions of the host parents rather than set her own agenda for fear of stepping on toes, at least at first.

- *Relating to the children:* Latin au pairs tend to be light-hearted, affectionate au pairs who take their role as "big sister" to the children quite seriously. Latins consider personal relationships very important.

- *Organization:* Since the relationship is valued above all else, punctuality and organization are somewhat looser in Latin culture.

*In summary, Latin American au pairs are generally best suited to families who:*

- Are ready and willing to welcome them into their homes as a family member
- Prefer to give specific instructions to be followed versus expecting their au pair to know exactly what to do
- Want a warm, affectionate caregiver who can bond more quickly with the whole family
- Have a more laid back attitude with regards to schedule and discipline

## ASIAN CULTURE

While each Asian country has its own culture, heritage and traits, there are a few commonalities to keep in mind as you consider Asian au pairs:

- *Hierarchy:* Asian au pairs are used to living in a very hierarchical society and will be very respectful of and eager to please their elders.

- *English:* Since Asians tend to learn English mostly through reading and writing, accents will be harder for them at first. It's always helpful to write things down as a back up. In interviewing an au pair, following up with an email can be helpful in getting additional information.

- *Educational focus:* In Asian culture, the focus in raising children is on training and education. Asian au pairs will be happy to be involved in making sure lessons are done, tutoring, etc.

*In summary, Asian au pairs are generally best suited to families who:*

- Can be sensitive to their au pair's "need to please"
- Are willing to be patient while their au pair adjusts to American accents and colloquialisms
- Prefer someone who can help with homework and lessons

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011125

REPLY APP 00579

Case No. 1:14-cv-03074-CMA-KMT   Document 960-13   filed 04/27/18   USDC Colorado   pg 143
Case 1:14-cv-03074-CMA-KMT   Document 1042   Filed 04/13/18   USDC Colorado   Page 144
144 of 202
of 202

THINGS TO CONSIDER IN A MATCH -   **CHAPTER 4**

**MATCHING CRITERIA & YOUR POOL OF AVAILABLE AU PAIRS**

Although we encourage every family to define exactly what they are looking for in an au pair, the more criteria you deem manda-
tory, the smaller your pool of available candidates becomes. Consider what happens to the number of au pairs below as more and
more criteria are introduced:

**NUMBER OF AVAILABLE AU PAIRS:**          **CRITERIA:**



**Infant-qualified**





**Infant-qualified**
**Nationality: German**





**Infant-qualified**
**Nationality: German**
**21+ years old**



**Infant-qualified**
**Nationality: German**
**21+ years old**
**Level 7+ English**



**Infant-qualified**
**Nationality: German**
**21+ years old**
**Level 7+ English**
**Plays piano**

While Cultural Care Au Pair would never suggest to families that they give up characteristics or experience they think are important,
it may take a little longer to find a candidate who meets all of those requirements. Sometimes, it might be worth focusing on a
smaller list of criteria in order to review more au pairs. Or, you may prefer to look at a smaller pool of applicants knowing it may
take longer to find your match. That choice is yours to make.

culturalcare.com   13

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011126

REPLY APP 00580

## DISC Personality Profile

While understanding cultural dynamics is important, it's equally important to get a sense of an individual's personality. Cultural Care Au Pair uses one of the best personality measures available to assess each au pair candidate's character. We encourage you to use this information about who she is and how she works best to determine if she is the right au pair for your particular needs.

The DISC theory was developed by William Moulton Marston (psychologist and educational consultant) in the 1920s. Since then, the theory has been refined and validated by many eminent psychologists and HR professionals, and variations of this platform are used throughout the world.

The results in the profile focus on four elements:

*D – Dominance*
Describes the way you deal with problems, assert yourself and control situations
• Does she like to take initiative and problem solve on her own? OR
• Does she prefer to have others set the priorities?

*I – Influence*
Describes the way you deal with people, the way you communicate and relate to others
• Does she thrive in a social, group environment? OR
• Is she comfortable working on her own?

*S – Steadiness*
Describes your temperament—patience and persistence
• Is she calm, controlled and persistent? OR
• Does she prefer a variety of schedule and activities?

*C – Compliance*
Describes how you approach and organize your activity, procedures and responsibilities
• Does she crave order and structure? OR
• Does she feel more comfortable playing things by ear?

### DISC PERSONALITY PROFILE EXAMPLE

Each au pair candidate is assessed and their results can be viewed on page two of their application. Here is an example of how one set of results might look:



14  1–800–333–6056

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011127

REPLY APP 00581

We encourage you to carefully review the DISC profiles as you consider matches. Remember, you'll be living together as well as working as a team. Ask yourself the following questions:

- Do you work best with people who are direct, resourceful and enjoy a challenge or with people who are more cautious, peaceful and conservative?

- Given your children's schedule, would it be preferable to have an au pair who is comfortable working on her own or one who prefers more social interaction? For instance, if the au pair will be home with an infant all day, she may be happier if she already is comfortable working alone.

- Do you keep a routine, calm household or is the schedule constantly changing and life always feel hectic? Some au pairs prefer routine and structure while others enjoy change and variety.

- Do you prefer an au pair who will take charge of the household or one that will follow your lead? For instance, if your au pair decided to rearrange your child's closet would you feel annoyed or relieved?

Once you've considered these questions, try to keep them in mind as you review the profiles. You will want to be sure you work well with your au pair and that she feels comfortable in your daily home environment. We also recommend bringing some scenarios like these into your interviews with candidates to see how they respond.

## *English Skills*

All au pair candidates have undergone a standardized verbal English evaluation with a trained interviewer. The platform we've developed is unmatched in the industry and is intended to assess a candidate's ability to understand and respond in English across cultures. It is also one of a two-part interview conducted to assess a candidate's suitability for the program. Below is a summary of our accepted English skill levels (candidates testing at levels 0-3 are not accepted onto the program):

### LEVEL 4
- Can understand basic, day-to-day conversation spoken slowly and clearly with minimal rephrasing.
- Can respond in sentence form, albeit with some mistakes. She will take a bit of time to formulate responses at first. This will improve quickly once the au pair is immersed in English.
- Will struggle with complex or abstract topics and will respond in present-tense only.
- All candidates who successfully test at level 4 must first undergo a simulated 9-1-1/emergency scenario to be accepred ro rhe program. Cultural Care is rhe only agency using this method.

### LEVEL 5
- Can understand most daily topics of conversation at normal speed.
- Can understand and respond in simple future tenses.
- Responses require minimal thought and are in complete sentences; still will make occasional errors in grammar.

### LEVEL 6
- Is able to engage in regular, day-to-day conversations with ease.
- Able to start engaging in more complex topics and future tense but some thought is needed to find the right word occasionally.

### LEVEL 7
- Has achieved fluency in conversation on most topics.
- This is the highest level of fluency a non-native speaker can achieve.

### LEVEL 8
- Native English speaker.

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011128

REPLY APP 00582

In the next section on interviews, it's important to consider these English levels when formulating questions. Asking a candidate at level 4 or 5 about her philosophies on childrearing for instance, will not get good results. To accommodate for these differences, we have put suggested interview questions in categories keeping English level in mind.

# Interview guide

After you have carefully reviewed your prospective au pair's application, the next step is to conduct an interview by telephone or video conference. The interview process is your opportunity to determine the suitability of an au pair candidate for your family and is also a U.S. State Department regulation. Cultural Care Au Pair has taken careful steps to provide you with the best match possible, but the final selection of your au pair is your responsibility and is an important decision you should take very seriously.

## Preparation before you call

Before speaking or video chatting with your au pair match, please give some thought as to what additional information about your family you want to share with her and what additional information you would like to know about her. Remember, while you have a detailed application in front of you, the au pair knows very little about your family other than the limited profile she can see in her account.

It is a good idea to think about the characteristics of your ideal au pair, as well as define your expectations for the role. Answering the following questions can help you to do this.

- What personality type do your children typically respond to?
- What disciplinary views do you prefer she has?
- Does she need to be a competent driver? Under what driving conditions is it important for her to have experience? How many years of experience must she have? Will you be willing to practice with her?
- Are there particular interests or skills you prefer your au pair have? (i.e., skiing or music)
- Do you prefer your au pair spend free time with friends or at home with your family?
- Is there something in her application that you have questions about?

## Adjusting for English Levels

Prior to reaching out to the candidate, it's a good idea to check her English level indicated in her application. While preparing your list of questions, keep her English level in mind (see page 15 for description of each level) so that you are getting the best quality answers to your questions.

Try to remember that any person communicating in their second language will have a harder time via phone where they cannot see body language or facial expression. Generally, an au pair's communication via phone will probably be one level below what is in-person. Using video conferencing is highly recommended, if possible, as this can make it easier for an au pair to pick up visual cues that help facilitate communication. In general, we recommend following these guidelines when speaking to candidates at English levels 4 and 5:

- Keep the questions and vocabulary basic and related to day-to-day conversation. Questions like "What are your philosophies on childrearing" should be reserved for candidates at a more advanced English level. You can get to similar information as long as you keep the language and concepts more basic.
- You'll want to speak clearly and more slowly especially if you're not using video conferencing (given that she will not be able to see you).
- Try to avoid using slang or colloquialisms.

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011129

REPLY APP 00583

- Future tenses or complicated/abstract topics should be avoided.
- Expect that her answers will be in sentence form, but have some mistakes. She may need to ask for a bit of clarification or rewording if you are using complicated vocabulary.

## *Sample questions*

Once you have determined a general sense of your expectations for your au pair's role, prepare a list of questions and topics to explore with the au pair. One helpful tip in interviewing any candidate is to avoid asking yes or no questions—questions that require a full response will ultimately be more indicative of an au pair's experience and English level. It is also a good idea to ask about prior experience rather than hypothetical future behavior as this will give you a better indication on her true performance.

For example, you may want to get a sense of how she will deal with your active toddlers. Do not ask: "Will you be able to keep my 3-year old busy?"
Do ask: "What activities did you do with the children you babysat for?"
By asking open-ended questions, you will get a better feel for the candidates you are interviewing.

The suggestions below are designed to provide you with a clear understanding of how an au pair would react to challenging circumstances.

### BEGIN QUESTIONS WITH PROMPTS, SUCH AS:

- Have you ever had an experience with_____.
  Example: "Have you ever had a conflict with a parent or child? How did you resolve the situation?"

- Tell me about a time_____.
  Example: "Tell me about a time when you had to deal with a medical emergency."

- Describe a situation.
  Example: "Sometimes it's easy to feel overwhelmed. Describe a time when you had to ask for help with a child in your care."

- Follow up with questions to explore the au pair's coping and problem-solving abilities.
  "What was your primary concern at that point?" "Tell me about your decision process in that situation."

### SUGGESTED TOPICS TO REVIEW:

- Your family (number of children, ages of children, pets, etc.)
- Your children
- Your home
- Your city, general area and climate
- Your occupation(s), hobbies and interests
- Your household's schedule

### IMPORTANT INFORMATION TO CONFIRM:

- When she can travel to the U.S.
- Childcare experience
- Hobbies, interests and skills
- Driving ability, including frequency and under what conditions she is accustomed to being behind the wheel

**AU PAIR DRIVING:
AN IMPORTANT
DISCUSSION TOPIC**

While candidates provide information about their driving history and experience on their applications Cultural Care Au Pair does not assess an au pair's driving competency. For this reason, we encourage host families to discuss their own driving needs in depth with candidates as part of their own screening process.

**culturalcare.com**   17

Questions you might consider asking during your telephone interview are as follows.

**GENERAL QUESTIONS ABOUT THE AU PAIR'S CHARACTER AND PERSONAL INTERESTS:**

- Have you ever been to the U.S. before?
- Why do you want to be an au pair in the U.S.?
- Will this be your first time away from home? What will you do if you feel homesick?
- What do you think will be most difficult about spending a year in the U.S. as an au pair?
- What do you like to do in your free time?
- Do you have any plans for when you finish your year and return home?

**QUESTIONS ABOUT THE AU PAIR'S GENERAL CHILDCARE EXPERIENCE:**

- What were the ages of the children under your care?
- What were the specific responsibilities? (Refer to one job in particular.)
- What was the most difficult part of that job? What did you like most about that job?
- What do you like most about taking care of children?
- What will you do if my child misbehaves?
- What do you think children most need from an au pair?
- Would you be comfortable driving the children to and from school every day? (Adapt the question to your own needs, vehicle type and driving expectations, i.e. local vs. highway driving.) How long have you been driving? How often? Where do you drive?

**QUESTIONS RELATING TO THE CARE OF AN INFANT (3 MONTHS-2 YEARS):**

- Infants sleep a lot, sometimes for several hours during the day. For that reason, this job can sometimes be repetitive (assuming there are no other children). Do you think this will be a problem? What will you do to remain challenged by your responsibilities?*
- What activities might you be able to do with a baby?
- Babies can cry a lot for no apparent reason. What would you do if the baby just won't stop crying in his/her crib after ten minutes?*
- What would you do if the doorbell or telephone rang while you were giving the baby a bath?

**QUESTIONS RELATING TO THE CARE OF A TODDLER (1-3 YEARS):**

- What do you think is the best way to handle a toddler who loves to touch everything and put things in his/her mouth?*
- What activities or games might you plan on a rainy day?
- We do not allow the children to watch more than one hour of television each day. How do you feel about this? How will you keep the children active and occupied?

**QUESTIONS RELATING TO PRE-SCHOOL AND SCHOOL AGED CHILDREN (4 YEARS AND ABOVE):**

- On a day when school is closed or the kids are on vacation, what kinds of activities might you plan with the children?
- Would you be willing and able to help with the children's homework? Are you interested in helping the children learn phrases in your language?
- How would you react if the child says "But mom and dad let me watch television after dinner," even though we told you the children were not allowed to do that?*

*Questions marked with an asterisk are appropriate for au pairs at more advanced English levels of 6 or higher. The other questions are more basic and can be asked of any candidate regardless of English level.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00011131

REPLY APP 00585

## Making the call

While some families like to send an email to their au pair match before calling for the first time, please keep in mind that some au pairs may not access email regularly. We are happy to schedule a call for you or you can call, even if to set up a later time to talk in further detail. We recommend trying the au pair's home number first, as the connection is often better than on a mobile phone. Many families also choose to use video conferencing using Skype or other video services to interview their au pairs if she has access to the software.

Cultural Care Au Pair can help you conduct your phone interview by connecting you to your au pair. You can call us toll free at **1-800-333-6056** between 9am to 5:30pm, Monday through Friday (local time zone) and between 10am and 4pm EST on Saturday, and our staff will connect you with your au pair. Don't forget to be mindful of the time difference. (For time zone information, please go to a site such as **www.timeanddate.com** or look at her online application in which we include a clock showing local time.) We normally recommend calling anytime between 9am and 10pm in her time zone.

If you are having trouble reaching your au pair candidate, first be sure you are dialing 011 + the correct international calling code. If you are still having trouble, you can open her application in your account to access additional phone numbers she may have provided (i.e., work phone, relative's phone) on the first page. Your placement manager can also work with the overseas office to confirm a specific day, time and number at which your match will be available to speak.

## Once you reach an au pair

When you speak to a candidate for the first time, remember that she is probably nervous and excited. Speak slowly and tell the au pair who you are. Be specific and honest when describing your family's circumstances, as this builds trust and keeps expectations in check. A second (and sometimes third) call is often needed to confirm any outstanding issues.

**TELEPHONE TIPS:**
- Use our suggested list of interview questions as guidance.
- Keep English levels in mind.
- Speak slowly and clearly. Choose your words carefully. Remember, the au pair might not be used to speaking English on the phone. Avoid using slang and difficult words.
- Ask all the questions you need to make an informed decision.
- Ask open-ended questions to assess English speaking-ability. Limit questions that can be answered with "yes" or "no."
- Remember that the au pair may not have had the chance to review your host family application. Give the au pair a brief description of your family and the community in which you live.
- Allow the au pair an opportunity to ask questions.
- Schedule a follow-up conversation to speak again if you are interested in moving forward with the au pair candidate.
- Remember—the phone conversation is a mandatory part of the application process.

Families sometimes also find it helpful to exchange emails with a candidate during the matching process to keep the lines of communication open. Follow-up emails provide the au pair with a more detailed understanding of your family and an opportunity to share more photos. Email, however, should never replace the required telephone interview.

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011132

REPLY APP 00586

## Sharing feedback

Once you have interviewed your au pair match, please email, call or use the feedback functionality in Search and Select to provide your placement manager and/or LCC with feedback. Whether you are ready to say yes or no to your match or feel that you need follow-up contact, keeping us informed is important. It is just as critical to hear from you if you didn't like the candidate so we can begin re-matching you with a more appropriate candidate. We ask that you be as specific as possible when describing why a particular candidate wasn't right for you, so your placement manager can avoid choosing au pairs with those qualities in the future.

If at any time during the matching process you have questions about a candidate, your LCC and/or placement manager are available to help. They can provide greater insight into your specific match and will do whatever is necessary to help you feel as informed as possible.

If you decide not to move forward with an au pair, your placement manager will remove her application from your account, allowing him/her and you to search for more potential candidates for your family. (Remember, candidates are being held for your exclusive review, so if you are not interested in pursuing a match, letting your placement manager know quickly is appreciated.) If you decide, after the interview, that an au pair is the right match, your placement manager will finalize your decision in our system.

> **AU PAIR APPLICATION RELEASE DEADLINES**
>
> Once an au pair is placed into your account, you have exclusive access to her application for a limited time (72 hours for primary matches and 48 hours for secondary, or comparison, matches). If you need more with an application for any reason, simply provide feedback to your placement manager and s/he will extend the deadline on your behalf. If we do not hear from you, however, Cultural Care Au Pair will enforce our release deadlines so that au pairs have a fair chance to find a host family in a timely manner.

# Making your final selection

It is an exciting feeling to interview an au pair who you feel is the right fit! Once you are confident that you wish to welcome one of your matches as your au pair, contact your placement manager immediately to let her or him know.

## Au pair confirmation

As you provide feedback to placement manager about your match, our overseas staff is simultaneously confirming your au pair's interest in spending the year with your family. Most of the time, au pairs are thrilled to learn that they have been chosen by a host family to spend a year with them in the U.S.

It is important to be aware, however, that after the phone interview it is possible that an au pair you like will indicate that she does not wish to match with your family. This could be because of the number or ages of your children, schedule or other reasons. Although this can be very disappointing, please keep in mind that it is much better to receive this feedback during the matching process than after the au pair arrives to your home. It also gives you an opportunity to find an au pair who is 100% confident about her desire and ability to spend a year with your family.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00011133

REPLY APP 00587

## *Selecting your final match*

If your au pair agrees that she wants to be you au pair, your placement manager will indicate in our records that the match is now finalized. Congratulations! As you await your au pair's arrival, we suggest maintaining frequent contact through phone calls and emails. The more contact you have with your future au pair, the more at ease she will be once it is time to meet you. Some families even find that setting expectations by going over the family schedule as well as household rules before the au pair arrives is very helpful.

Once your au pair arrives to the U.S., your account will be managed by your program director. It is his/her responsibility to monitor your au pair placement during the year through continuous contact with your LCC and the overseas staff. Your program director will also be your contact for any concerns you have that require the involvement of your LCC's manager.

# The next steps

Once you and your au pair have made the decision to spend a year together, there are still other actions that need to take place before she arrives to your home. But, don't worry! We are here to walk you through every step of the way. The steps following Cultural Care Au Pair's matching process are as follows:

1. Visa application process
2. LCC interview
3. Au pair arrival to Au Pair Training School
4. Au pair arrival to host family home
5. 48-hour call
6. Two-week orientation

## *Visa application process* *(Overseas au pairs only)*

If you select an overseas au pair, our overseas staff will instruct her to schedule an appointment for a personal visa interview at the U.S. Embassy or Consulate in her home country. During an au pair's visa interview, she must demonstrate to the consular officer that she has binding ties to her home country. She must also provide documentation showing that she has been selected by a host family in the U.S. (including your host family application—one reason it is extremely important that your application is complete and up-to-date). It is up to each consular officer to determine whether or not to issue a visa based on this information provided by the au pair.

In an effort to make our au pairs' appointments to obtain visas as successful as possible, Cultural Care Au Pair works very hard to maintain contacts with each embassy to keep them informed about our program. Our overseas staff also ensures our au pairs are as prepared as possible going into the interview.

Visa rejections are rare—but, unfortunately, they do happen. If an au pair's visa is denied, she does have the right to appeal the decision. However, the appeal process can be lengthy, as she must secure a new appointment at the embassy and be prepared to make a second non-refundable $140 payment. *(Please note: the $140 payment is determined by the U.S. Department of State and is therefore subject to change.)*

In the event that a visa rejection occurs, your placement manager will begin working with your family immediately to discuss your options. While some families prefer to wait through the appeal process, others choose to start matching with other candidates. We do suggest host families to investigate backup childcare in the event of an unexpected visa denial or delay.

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

REPLY APP 00588

CC00011134

## LCC interview

Between the time you submit your application and the day your au pair arrives, an in-home interview with your local childcare coordinator must take place per U.S. Department of State regulations. This interview must occur every year you welcome an au pair into your home, and all people living in the home must be present for the interview. This interview allows the LCC to confirm that your home is a suitable environment for an au pair and to talk to you about what to expect during the year.

The in-home interview, conducted by your LCC, will include:

- Discussion of current host family situation and any anticipated changes
- A tour of the home and the au pair's bedroom
- Review of the U.S. Department of State regulations
- Discussion of driving expectations
- Cultural awareness information

The timing of this interview will vary according to your family's schedule and your LCC's availability. If you are able to schedule the interview right away, your LCC will share information she has learned about your situation with your placement manager during the matching process to further enhance his/her understanding of what your family is looking for in an au pair candidate. If the interview occurs after you have "finaled" with your au pair, it is the perfect opportunity to ask any questions you still have regarding your program year so you feel confident about your au pair's arrival.

## Au pair arrival to the Cultural Care Training School *(Overseas au pairs only)*

All Cultural Care au pairs initially fly into New York to participate in a mandatory 4-day training course at the Cultural Care Au Pair Training School at St. John's University. Both the curriculum and workbook used at the school were developed in cooperation with The Children's Foundation, a leader in early childhood education and childcare training.

The Cultural Care Au Pair Training School curriculum complements the workbook and the pre-departure assignment that au pairs are asked to complete prior to leaving their home country. This ensures that all au pairs have received 32 hours of training in child safety and child development prior to arrival to the host family home.

Through discussions, hands-on exercises and role-play, au pairs learn how to create a safe and nurturing environment for children. All au pairs receive their own training workbook containing information on health, safety, nutrition, positive guidance, communication and developmentally appropriate activities. Au pairs come away from the program with a well-rounded, practical knowledge of a child's needs at each stage of development.

Small class size and the unique college campus set Cultural Care's Training School apart from other agencies' training programs. Our dedicated and experienced teachers specialize in childcare and working with young adults from other cultures. A personal safety workshop led by a New York City police officer and a communications workshop which instructs au pairs on effective communication and cultural differences in communication styles also provide au pairs with practical knowledge about their new life in the U.S.

## Au pair arrival to your home

Cultural Care Au Pair arranges all travel for your au pair from the training school in New York to your home state. You are responsible for picking up your au pair at the gateway you chose upon applying to the program. Your au pair's itinerary can be found in your Host Family Account.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPLY APP 00589

CC00011135

## 48-hour call

Within 48 hours of your au pair's arrival to your home, you can expect a call from your LCC. As most au pairs arrive to their host family's home on a Friday, you will probably hear from your LCC on Saturday or Sunday. The purpose of this phone call is for the LCC to introduce her/himself to the au pair, welcome her to the community and answer any immediate questions you or your au pair might have. It is important that you and your au pair speak with your LCC during this time to confirm your date for your 2-week orientation, and to check in on how things are going.

## Two-week orientation

The U.S. Department of State regulations also require that you and your au pair meet with your LCC in your home within 14 days of your au pair's arrival. The two-week orientation is a valuable forum for ensuring that you and your au pair are on the same page as you embark on your year together. Topics covered will include the following: communication, schedule, the children, cultural differences, health insurance, car use, phone bills, internet, conflict resolution and any other subject you feel would be helpful to review. It is critical to make time for this meeting within the two-week timeframe.

# A successful year ahead

Our hope is that the au pair you choose, by utilizing Cultural Care Au Pair's exclusive matching process, will be the perfect addition to your family during the coming year. Please remember that your Cultural Care team and your LCC are always available to provide support when you need it.

## Additional support tools

In addition to the support of your LCC and our office staff, there are many resources available for you through your Host Family Account. You will find sections dedicated to general program information as well as information that will be helpful to you before your au pair arrives, during your year and the end of your year. Our *Household Handbook* is available through your account as well. This handbook is a downloadable file you can customize for your au pair to help familiarize her with your household and the rules and responsibilities that go along with it.

Once your placement manager indicates that your family has selected your au pair, you will also receive a packet in the mail containing our *Host Family Handbook* and *Daily Communication Log*, two other key resources. The *Host Family Handbook* outlines the program regulations and gives you invaluable tips as to how to set the pace for a successful year with your au pair. The *Daily Communication Log* offers an effective format for you and your au pair to share important information with one another such as daily appointments, playdates and after-school activities.

These support tools help many Cultural Care Au Pair host families enjoy successful years on our program—we hope you find them useful, and we wish you a wonderful au pair experience!

HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

CC00011136

REPLY APP 00590

# *Frequently asked questions*

**HOW LONG WILL IT TAKE TO GET MY FIRST MATCH?**

Your placement manager will begin reviewing candidates as soon as s/he has spoken with you and your local childcare coordinator (LCC) about your specific needs. Usually, it takes just one business day for your placement manager to find a match and place her application in your account for you to review. If an appropriate candidate cannot be immediately identified, you will be alerted by phone or email. Your placement manager will explain why this is the case and continue the search for the right au pair. You will gain immediate access to our Search & Select feature to begin reviewing matching on your own once you register.

**WHAT DOES MY MATCH KNOW ABOUT MY FAMILY?**

When you are matched with an au pair, she will be able to view your entire application through her account with the exception of your contact information. So, she can access the following information: your first and last name, city and state, names, gender and birthdates of your children, your occupation, the closest city and driving time, pets, food habits, religion, type of driver needed, your family's interests, activities, cultural and social oppportunities, qualities you are looking for in an au pair, along with a typical weekend and weekday schedule. If you would like to make your entire application available to your match so she can access all of your contact information as well, please alert your placement manager or an Account Services staff member. Please be advised that you must instruct a staff member to release your application each time you are matched with a new candidate.

**IS THERE A WAY TO COMPARE MY OWN MATCH WITH OTHER AU PAIR APPLICATIONS?**

When presented with an application, having access to multiple au pair applications can provide a great point of comparison. In addition to your primary match, you can also reserve two comparison matches on your own using our Search and Select function. The availability of comparison matches will largely depend on your particular criteria, but Cultural Care Au Pair can usually accommodate this request. Since a comparison match will auto-release after 48 hours if your placement manager does not hear from you, it is important to provide feedback within two days if you are interested in interviewing her.

**HOW OFTEN WILL I HEAR FROM MY PLACEMENT MANAGER DURING THE MATCHING PROCESS?**

Your placement manager will establish the best way to communicate with your family during the welcome call. S/he will regularly communicate with you until a final match is made unless you have requested or made other arrangements for communication.

**HOW MANY MATCHES DO FAMILIES NORMALLY REVIEW BEFORE THEY SELECT A FINAL MATCH?**

This varies, of course, but on average, families look at 3-5 matches before they find their ideal au pairs. Of course, some choose the first match they interview.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00011137

REPLY APP 00591

# *Notes*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY**

**REPLY APP 00592**

**CC00011138**

# U.S. Department of State Regulations

**(a) Introduction.**
This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

**(b) Program designation.**
The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

**(c) Program eligibility.**
Sponsors designated by the Department of State to conduct an au pair exchange program shall;
(1) Limit the participation of foreign nationals in such programs to not more than one year;
(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;
(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;
(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;
(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;
(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;
(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.
(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and
(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

**(d) Au pair selection.**
In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:
(1) Are between the ages of 18 and 26;
(2) Are a secondary school graduate, or equivalent;
(3) Are proficient in spoken English;
(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;
(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and
(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

**(e) Au pair placement.**
Sponsors shall secure, prior to the au pair's departure from the home country,

a host family placement for each participant. Sponsors shall not:
(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;
(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;
(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;
(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;
(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week;
(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and
(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

**(f) Au pair orientation.**
In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:
(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;
(2) A detailed profile of the family and community in which the au pair will be placed;
(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;
(4) A detailed summary of travel arrangements; and
(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

**(g) Au pair training.**
Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:
(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and
(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

**(h) Host family selection.**
Sponsors shall adequately screen all potential host families and at a minimum shall:
(1) Require that the host parents are U.S. citizens or legal permanent residents;
(2) Require that host parents are fluent in spoken English;
(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;
(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;
(5) Require that the host family have adequate financial resources to undertake all hosting obligations;
(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

26   **1–800–333–6056**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00011139

REPLY APP 00593

Case No. 1:14-cv-03074-CMA-KMT   Document 986-10   Filed 04/13/18   USDC Colorado   pg 157
of 203
Case 1:14-cv-03074-CMA-KMT   Document 986-10   Filed 04/13/18   USDC Colorado   Page 157
of 203

DEPARTMENT OF STATE REGULATIONS– CHAPTER 10

(7) Provide the host family with the prospective au pair participant's com-
plete application, including all references.

**(i) Host family orientation.**
In addition to the requirements set forth at §62.10 sponsors shall:
(1) Inform all host families of the philosophy, rules, and regulations govern-
ing the sponsor's exchange program and provide all families with a copy of the
Department of State's written statement and brochure regarding the au pair
program;
(2) Provide all selected host families with a complete copy of Department
of State-promulgated Exchange Visitor Program regulations, including the
supplemental information thereto;
(3) Advise all selected host families of their obligation to attend at least one
family day conference to be sponsored by the au pair organization during the
course of the placement year. Host family attendance at such a gathering is a
condition of program participation and failure to attend will be grounds for
possible termination of their continued or future program participation; and
(4) Require that the organization's local counselor responsible for the au pair
placement contacts the host family and au pair within forth-eight hours of
the au pair's arrival and meets, in person, with the host family and au pair
within two weeks of the au pair's arrival at the host family home.

**(j) Wages and hours.**
Sponsors shall require that au pair participants:
(1) Are compensated at a weekly rate based upon 45 hours of child care
services per week and paid in conformance with the requirements of the Fair
Labor Standards Act as interpreted and implemented by the United States
Department of Labor. EduCare participants shall be compensated at a weekly
rate that is 75% of the weekly rate paid to non-EduCare participants;
(2) Do not provide more than 10 hours of child care per day, or more than
45 hours of child care in any one week. EduCare participants may not pro-
vide more than 10 hours of child care per day or more than 30 hours of child
care in any one week;
(3) Receive a minimum of one and one half days off per week in addition to
one complete weekend off each month; and
(4) Receive two weeks of paid vacation.

**(k) Educational component.**
Sponsors must:
(1) Require that during their initial period of program participation, all Edu-
Care au pair participants complete not less than 12 semester hours (or their
equivalent) of academic credit in formal educational settings at accredited U.S.
post-secondary institutions and that all other au pair participants complete not
less than six semester hours (or their equivalent) of academic credit in formal
educational settings at accredited U.S. post-secondary institutions. As a condi-
tion of program participation, host family participants must agree to facilitate
the enrollment and attendance of au pairs in accredited U.S. post secondary
institutions and to pay the cost of such academic course work in an amount
not to exceed $1,000 for EduCare au pair participants and in an amount not to
exceed $500 for all other au pair participants.
(2) Require that during any extension of program
participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional
educational requirement, as follows:
(i) For a nine or 12-month extension, all au pair participants and host fami-
lies shall have the same obligation for coursework and payment therefore as is
required during the initial period of program participation.
(ii) For a six-month extension, EduCare au pair participants must complete
not less than six semester hours (or their equivalent) of academic credit in
formal educational settings at accredited U.S. post-secondary institutions. As
a condition of participation, host family participants must agree to facilitate
the enrollment and attendance of au pairs at accredited U.S. post secondary
institutions and to pay the cost of such academic coursework in an amount
not to exceed $500. All other au pair participants must complete not less
than three semester hours (or their equivalent) of academic credit in formal
educational settings at accredited U.S. post-secondary institutions. As a
condition of program participation, host family participants must agree to
facilitate the enrollment and attendance of au pairs at accredited U.S. post
secondary institutions and to pay the cost of such academic coursework in an
amount not to exceed $250.

**(l) Monitoring.**
Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:
(1) Require monthly personal contact by the local counselor with each au
pair and host family for which the counselor is responsible. Counselors shall
maintain a record of this contact;
(2) Require quarterly contact by the regional counselor with each au pair and
host family for which the counselor is responsible. Counselors shall maintain a
record of this contact;
(3) Require that all local and regional counselors are appraised of their obliga-
tion to report unusual or serious

situations or incidents involving either the au pair or host family; and
(4) Promptly report to the Department of State any incidents involving or
alleging a crime of moral turpitude or violence.

**(m) Reporting requirements.**
Along with the annual report required by regulations set forth at §62.17, spon-
sors shall file with the Department of State the following information:
(1) A summation of the results of an annual survey of all host family and au
pair participants regarding satisfaction with the program, its strengths and
weaknesses;
(2) A summation of all complaints regarding host family or au pair participa-
tion in the program, specifying the nature of the complaint, its resolution,
and whether any unresolved complaints are outstanding;
(3) A summation of all situations which resulted in the placement of au pair
participant with more than one host family;
(4) A report by a certified public accountant, conducted pursuant to a format
designated by the Department of State, attesting to the sponsor's compliance
with the procedures and reporting requirements set forth in this subpart;
(5) A report detailing the name of the au pair, his or her host family placement,
location, and the names of the local and regional organizational representatives;
and
(6) A complete set of all promotional materials, brochures, or pamphlets dis-
tributed to either host family or au pair participants.

**(n) Sanctions.**
In addition to the sanctions provisions set forth at §62.50, the Department
of State may undertake immediate program revocation procedures upon
documented evidence that a sponsor has failed to:
(1) Comply with the au pair placement requirements set forth in paragraph
(e) of this section;
(2) Satisfy the selection requirements for each individual au pair as set forth
in paragraph (d) of this section; and
(3) Enforce and monitor host family's compliance with the stipend and hours
requirements set forth in paragraph (j) of this section.

**(o) Extension of Program.**
The Department, in its sole discretion, may approve extensions for au pair par-
ticipants beyond the initial 12-month program. Applications to the Department
for extensions of six, nine, or 12 months, must be received by the Department
not less than 30 calendar days prior to the expiration of the exchange visitor's
initial authorized stay in either the Au Pair or EduCare program ( i.e. , 30-cal-
endar days prior to the program end date listed on the exchange visitor's Form
DS–2019). The request for an extension beyond the maximum duration of the
initial 12-month program must be submitted electronically in the Department
of Homeland Security's Student and Exchange Visitor Information System
(SEVIS). Supporting documentation must be submitted to the Department on
the sponsor's organizational letterhead and contain the following information:
  (1) Au pair's name, SEVIS identification number, date of birth, the length
of the extension period being requested;
  (2) Verification that the au pair completed the educational requirements of
the initial program; and
  (3) Payment of the required non-refundable fee (see 22 CFR 62.90) via
Pay.gov.

**(p) Repeat Participation.**
A foreign national who enters the United States as an au pair Exchange Visi-
tor Program participant and who has successfully completed his or her pro-
gram is eligible to participate again as an au pair participant, provided that he
or she has resided outside the United States for at least two years following
completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64
FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR
43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19,
2008]

**United States Department of State**
**Office of Exchange Coordination and Designation**
**ECA/EC/PS - SA-44, Room 734**
**301 4th Street, S.W.**
**Washington, D.C. 20547**
jvisas@state.gov

**HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY**

CC00011140

REPLY APP 00594



HIGHLY CONFIDENTIAL
- ATTORNEYS' EYES
ONLY

REPLY APP 00595

CC00011141

# Exhibit 17

REPLY APP 00596

## CULTURAL CARE, INC.

Statements of Income
Years ended September 30, 2010 and 2009

|  | 2010 | 2009 |
|---|---|---|
| **PROGRAM REVENUE** | $ 42,136,119 | $ 44,460,762 |
| Less commissions to affiliate | (8,339,325) | (9,710,000) |
| Net program revenue | 33,796,794 | 34,750,762 |
| | | |
| **OPERATING EXPENSES** | | |
| Payroll and related | 11,653,533 | 11,744,029 |
| Travel | 9,008,156 | 7,491,314 |
| Participant insurance | 5,275,692 | 5,960,456 |
| Sales | 2,606,637 | 2,637,595 |
| Placement and supervision | 1,735,997 | 1,828,038 |
| Office and administrative | 1,184,400 | 1,542,150 |
| Rent | 449,652 | 778,171 |
| Other costs | 364,066 | 700,364 |
| Professional fees | 228,346 | 655,136 |
| Depreciation | 55,681 | 99,631 |
| **Total operating expenses** | 32,562,160 | 33,436,884 |
| | | |
| **NET INCOME FROM OPERATIONS** | 1,234,634 | 1,313,878 |
| | | |
| **OTHER INCOME (EXPENSE)** | | |
| Interest expense | (460) | (533) |
| Interest income | 22,130 | 62,362 |
| **Total other income (expense)** | 21,670 | 61,829 |
| | | |
| **NET INCOME BEFORE INCOME TAXES** | 1,256,304 | 1,375,707 |
| | | |
| Provision for income taxes | 511,149 | 604,644 |
| | | |
| **NET INCOME** | $ 745,155 | $ 771,063 |

*See Accountants' Review Report and notes to financial statements.*

REPLY APP 00597
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

3

CC00034498-U

## CULTURAL CARE, INC.

Statements of Income
Years ended September 30, 2011 and 2010

|  | 2011 | 2010 |
|---|---|---|
| PROGRAM REVENUE, net of discounts and allowances | $ 40,640,810 | $ 42,136,119 |
| **OPERATING EXPENSES** |  |  |
| Compensation under services agreement | 13,929,975 | 13,615,017 |
| Payroll and related | 12,218,261 | 11,653,533 |
| Travel | 7,904,497 | 9,008,156 |
| Sales | 1,910,017 | 2,606,637 |
| Placement and supervision | 1,439,464 | 1,735,997 |
| Office and administrative | 1,133,894 | 1,184,400 |
| Rent | 439,880 | 449,652 |
| Other costs | 172,573 | 364,066 |
| Professional fees | 240,631 | 228,346 |
| Depreciation | 38,755 | 55,681 |
| **Total operating expenses** | 39,427,947 | 40,901,485 |
| **NET INCOME FROM OPERATIONS** | 1,212,863 | 1,234,634 |
| **OTHER INCOME (EXPENSE)** |  |  |
| Interest expense | (918) | (460) |
| Interest income | 23,351 | 22,130 |
| **Total other income (expense)** | 22,433 | 21,670 |
| **NET INCOME BEFORE INCOME TAXES** | 1,235,296 | 1,256,304 |
| Provision for income taxes | 354,023 | 511,149 |
| **NET INCOME** | $ 881,273 | $ 745,155 |

*See Independent Accountants' Review Report and notes to financial statements.*

REPLY APP 00598
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

3

CC00034499-U

## CULTURAL CARE, INC.

Statements of Income
Years ended September 30, 2012 and 2011

|  | 2012 | 2011 |
|---|---|---|
| **PROGRAM REVENUE**, net of discounts and allowances | $ 43,473,136 | $ 40,640,810 |
| **OPERATING EXPENSES** |  |  |
| Compensation under services agreement | 16,093,360 | 13,929,975 |
| Payroll and related | 12,733,480 | 12,218,261 |
| Travel | 7,784,432 | 7,904,497 |
| Sales | 1,667,012 | 1,910,017 |
| Placement and supervision | 1,525,510 | 1,439,464 |
| Office and administrative | 1,414,666 | 1,134,934 |
| Rent | 425,948 | 439,880 |
| Other costs | 215,356 | 172,573 |
| Professional fees | 198,206 | 240,631 |
| Depreciation | 34,155 | 38,755 |
| **Total operating expenses** | 42,092,125 | 39,428,987 |
| **NET INCOME FROM OPERATIONS** | 1,381,011 | 1,211,823 |
| **OTHER (EXPENSE) INCOME** |  |  |
| Interest expense | (17,108) | (918) |
| Interest income | - | 23,351 |
| Loss on disposal of property and equipment | (300) | - |
| **Total other (expense) income** | (17,408) | 22,433 |
| **NET INCOME BEFORE INCOME TAXES** | 1,363,603 | 1,234,256 |
| Provision for income taxes | 574,700 | 352,983 |
| **NET INCOME** | $ 788,903 | $ 881,273 |

*See Independent Accountants' Review Report and notes to financial statements.*

**REPLY APP 00599**
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

3

CC00034500-U

## CULTURAL CARE, INC.

Statements of Income
Years ended September 30, 2013 and 2012

|  | 2013 | 2012 |
|---|---|---|
| PROGRAM REVENUE, net of discounts and allowances | $ 49,336,899 | $ 43,473,136 |
| **OPERATING EXPENSES** |  |  |
| Compensation under services agreement | 19,208,415 | 16,093,360 |
| Payroll and related | 13,880,156 | 12,733,480 |
| Travel | 8,822,296 | 7,784,432 |
| Sales | 1,872,660 | 1,667,012 |
| Placement and supervision | 1,802,108 | 1,525,510 |
| Office and administrative | 1,237,330 | 1,414,666 |
| Rent | 397,550 | 425,948 |
| Other costs | 311,761 | 215,356 |
| Professional fees | 249,904 | 198,206 |
| Depreciation | 37,297 | 34,155 |
| **Total operating expenses** | 47,819,477 | 42,092,125 |
| **NET INCOME FROM OPERATIONS** | 1,517,422 | 1,381,011 |
| **OTHER INCOME (EXPENSE)** |  |  |
| Interest expense | (8,944) | (17,108) |
| Loss on disposal of property and equipment | - | (300) |
| **Total other income (expense)** | (8,944) | (17,408) |
| **NET INCOME BEFORE INCOME TAXES** | 1,508,478 | 1,363,603 |
| Provision for income taxes | 647,956 | 574,700 |
| **NET INCOME** | $ 860,522 | $ 788,903 |

*See Independent Accountant's Review Report and notes to financial statements.*

REPLY APP 00600
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

3

CC00034501-U

**CULTURAL CARE, INC.**

Statements of Income
Years ended September 30, 2014 (audited) and 2013 (reviewed)

|  | 2014 | 2013 |
|---|---|---|
| PROGRAM REVENUE, net of discounts and allowances | $ 55,718,503 | $ 49,336,899 |
| **OPERATING EXPENSES** | | |
| Compensation under services agreement | 21,518,245 | 19,208,415 |
| Payroll and related | 15,178,460 | 13,880,156 |
| Travel | 10,248,056 | 8,822,296 |
| Sales | 2,386,722 | 1,872,660 |
| Placement and supervision | 2,032,557 | 1,802,108 |
| Office and administrative | 1,450,074 | 1,237,330 |
| Rent | 510,287 | 397,550 |
| Other costs | 305,678 | 311,761 |
| Professional fees | 349,863 | 249,904 |
| Depreciation | 45,807 | 37,297 |
| **Total operating expenses** | 54,025,749 | 47,819,477 |
| **NET INCOME FROM OPERATIONS** | 1,692,754 | 1,517,422 |
| **OTHER INCOME (EXPENSE)** | | |
| Interest expense | (3,504) | (8,944) |
| Total other income (expense) | (3,504) | (8,944) |
| **NET INCOME BEFORE INCOME TAXES** | 1,689,250 | 1,508,478 |
| Provision for income taxes | 750,056 | 647,956 |
| **NET INCOME** | $ 939,194 | $ 860,522 |

*The accompanying notes are an intergral part of these financial statements.*

REPLY APP 00601
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

4

CC00034502-U

## CULTURAL CARE, INC.

Statements of Income

Years ended September 30, 2015 and 2014

|  | 2015 | 2014 |
|---|---|---|
| **PROGRAM REVENUE, net of discounts and allowances** | **$ 66,899,552** | $ 55,718,503 |
| **OPERATING EXPENSES** | | |
| Compensation under services agreement | 26,860,640 | 21,518,245 |
| Payroll and related | 15,929,515 | 15,178,460 |
| Travel | 11,681,992 | 10,248,056 |
| Sales | 4,387,859 | 2,386,722 |
| Placement and supervision | 2,334,531 | 2,032,557 |
| Office and administrative | 1,648,365 | 1,450,074 |
| Rent | 1,157,972 | 510,287 |
| Other costs | 432,742 | 305,678 |
| Professional fees | 411,440 | 349,863 |
| Depreciation | 43,054 | 45,807 |
| **Total operating expenses** | 64,888,110 | 54,025,749 |
| **NET INCOME FROM OPERATIONS** | 2,011,442 | 1,692,754 |
| **OTHER INCOME (EXPENSE)** | | |
| Interest expense | (3,502) | (3,504) |
| **Total other income (expense)** | (3,502) | (3,504) |
| **NET INCOME BEFORE INCOME TAXES** | 2,007,940 | 1,689,250 |
| Provision for income taxes | 1,012,969 | 750,056 |
| **NET INCOME** | **$ 994,971** | $ 939,194 |

*The accompanying notes are an intergral part of these financial statements.*

4

REPLY APP 00602
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

CC00034503-U

# Exhibit 18

REPLY APP 00603

# OUR AU PAIRS

Au pairs are caring and committed, adventurous and educated young people, ages 18-26 years, from many different countries worldwide. They are eager to experience American culture while sharing their own unique backgrounds. All au pairs have childcare experience and undergo a multi-step screening and training process before joining families as live-in childcare providers.

⬜

## AU PAIR STORIES

While all au pairs share an interest in children and basic requirements and experience, they bring with them very different backgrounds, skills, interests and personalities. The au pairs below are already successfully matched and enjoying their time with their American host families.



*Ana Rebeca, Mexico*

VIEW STORY

REPLY APP 00604



*Annabelle, France*

VIEW STORY



*Shan, China*

VIEW STORY

# A VIEW FROM OUR OFFICES

Cultural Care Au Pair recruits au pairs from over 20 countries worldwide. Cultural Care has invested in a network of established offices and staff in our recruitment countries so we can implement the highest screening standards in the industry. Our recruitment leaders, many of them former au pairs themselves, work with au pair applicants to set realistic expectations and ensure they have the right motivation for joining an American family. Every applicant is interviewed in person.

"We look for more than just the right experience ... ring the interview, Cultural Care staff members

REPLY APP 00605

*are assessing each candidate's maturity and their motivation for becoming an au pair."*

*– Patricia Arguello, Country Director, Latin America*

## AU PAIR QUALIFICATIONS

All Cultural Care au pairs are thoroughly screened in their home countries. Before arriving to your home in the U.S., they complete an intensive online training course and spend 4 days at our Au Pair Training School in New York reviewing child safety and development and earning a 2-year adult and pediatric CPR/AED and First Aid certification by American Red Cross instructors.



TRAINING SCHOOL

SPECIALIZED TRAINING

SCREENING

LEARN ABOUT THE PROCESS

Or, get started now.

Becoming a Host Family

Our Au Pairs

The Process

Pricing

Careers

Blog

About Us

**REPLY APP 00606**

**Become an Au Pair**

**Corporate Partners**

**Shop**

f t g i y p

© 2017 Cultural Care Au Pair| Privacy policy | Terms of use |

**REPLY APP 00607**

# Exhibit 19

REPLY APP 00608

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Katie McCormick <katie@expertaupair.com> |
| **Sent:** | Friday, December 28, 2012 7:34 AM |
| **To:** | |
| **Subject:** | Re: ▮▮▮▮ Family |

Hi 

Christine Spraker provided me with your email address and said that you were interested in learning more about the au pair program.

An au pair comes to the United States on a J-1 visa, which is valid for 12 months. If the au pair chooses, they are able to extend their J-1 visa for an additional 12 months if they successfully complete the program in their first year. An au pair is anyone between the ages of 18-26. We bring in au pairs from all over the world to live with host families across the United States. They are able to provide up to 45 hours per week of childcare for $195.75 per week. They must live in their own private bedroom in the family's home. We do background checks and screen all of our au pairs to ensure that we are not putting a random stranger into your home. There is also an educational component to the program. Throughout the course of the year, the au pair must complete 6 credit hours or 72 contact hours at an accredited post-secondary school.

We have Local Representatives placed within an hours drive of each host family/au pair to help during the course of the year should any problems arise, introduce the au pair to other au pairs in the area, answer any questions you may have, etc. They will reach out to the au pair and the host family once every month (either by email or phone) to check in and make sure that everyone is happy. The Local Representative will also come to your home once before the au pair arrives to make sure the au pair will have a private bedroom, and to meet your family. After the au pair arrives in your home, the Local Representative will come to your home again to facilitate an orientation between your family and the au pair. This is just to make sure that everyone is on the same page. It goes over details such as proper punishment for the children, whether the children can watch TV, what dangers the children face in the home, if they have any food allergies, etc.

The total costs of the program are:

-$400 Application & Documentation Fee
-$6000 Documentation & Program Fees
-$350 Airfare Supplement (I am going off of the assumption that you live in Colorado)
-$500 Educational Component (This goes directly to your au pair over the course of the year for her education)
-$195.75 per week (This goes directly to your au pair)

We do offer a number of discounts throughout the year as well, which most families like to take advantage of. These can be found on our "Special Offers" page, as they are updated all the time. The big one right now is our $500 Pre-Match discount. This is when a host family finds an au pair outside of our agency and brings them to us to be their au pair. We still do all the same screening/background checks on them, so this is probably the best discount to take advantage of. You can find a pre-match au pair on GreatAuPair.com which is kind of like a Facebook page in the sense that you can view au pair profiles and contact them through that website (It is a website designed to match with au pairs).

Hopefully I have covered everything in this email. If you have any questions about anything I have written, or anything that I might have missed, please do not hesitate to let me know.

1

ExpertAuPair033544

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

I hope you and your family have a wonderful New Year.

Thank you,

Katie McCormick

On Fri, Dec 28, 2012 at 12:29 AM, Christine Spraker <cbspraker@hotmail.com> wrote:
 Hi Katie,

 ██ ██ is a friend of a friend, and is interested in learning more about the au pair program. Would you
mind reaching out to him, as he is wondering where to start in the process.

 Thank you!

 Christine

 Sent from my iPhone



 --
 Katie McCormick
 111 Second Avenue NE, Suite 213
 St. Petersburg, FL 33701
 Phone: (727) 388-3472
 Fax: (727) 231-8256

 Email: katie@expertaupair.com
 Web: http://www.expertaupair.com

2

ExpertAuPair033545

Case 1:14-cv-03074-CMA-KMT   Document 986-3   Filed 04/13/18   USDC Colorado   Page 174
of 202

# Exhibit 20

REPLY APP 00611

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## Employment Contract

This document serves as a childcare employment contract between _____

_____, referred to as "the Host Family" and_____ Jessica Pardim

_____, referred to as "the Au Pair."

**IT IS AGREED**, that the Host Family will employ the Au Pair according to the terms and conditions outlined in this Contract.

Date the Employment starts: 08 / 26 / 2016

### 1. Terms of Employment

#### 1.1 Hours

The work week shall be from Monday until Sunday. The Au Pair is employed to work in the Host Family's home according to the following schedule:

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Start time | 6:15 | 6:15 | 6:15 | 6:15 | 6:15 | | |
| End time | 7:45----->> | ----------------------------->>----- | | | | | |
| Start time | 3:45------->> | | 4:45 pm | 3:45 | 4:45 pm | | |
| End time | 8 pm---->>-------- | ---->>------------>>-------- | | | | | |

*Please fill in a start time and an end time for every day. If nothing is filled in, the period is considered to be outside the work schedule and therefore the Au Pair will not work during those times.*

This schedule will be revised as needed during the year and is not set in stone. Work will also include weekend.

~~The Au Pair may not work more than 10 hours in any day, or 45 hours in any work week.~~ The Au Pair must have at least 1.5 full consecutive days off a week and the Au Pair must have at least 1 free weekend a month. Any schedule changes should be made in writing not later than the Friday before the work week starts. Any time the Au Pair is responsible for the children – is a considered as a work hour, even if the children are sleeping.



EXHIBIT 3

Araujo
AGREN BLANDO REPORTING
3-22-18

ExpertAuPair060325

REPLY APP 00612

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## 1.2 Children

The children under care of the Au Pair during working hours are listed below:

| First name: | | Last name: | | Birth date: | |
|---|---|---|---|---|---|
| First name: | ██ | Last name: | █ | Birth date: | 08/09/2007 |
| First name: | ██ | Last name: | █ | Birth date: | 03/25/2009 |
| First name: | ██ | Last name: | █ | Birth date: | 02/15/2011 |
| First name: | ██ | Last name: | █ | Birth date: | 05/12/2016 |

The Au Pair may not care for a child under the age of 2 without at least 200 hours of documented infant care experience. A parent or a responsible adult must be present when the Au Pair is caring for a child under three months. Special needs children may only be placed in the care of an au pair with specifically identified experience, skills, or training in caring for children with special needs.

## 1.3 Duties
The Au Pair will be required to attend to the following childcare-related duties during work hours:

cooking for the children, cleaning up after them, driving them to and from

school at least twice a week, walking them to the bus stop, picking them up from

the bus stop, taking care of them when they are sick, making bottles, changing the baby's diapers,

These duties may include, but are not limited to, washing children's laundry, straightening children's rooms, bathing children, and cleaning children's play areas. Only childcare-related duties are allowable. For example, "children's laundry" is acceptable, but "laundry" is not.

## 1.4 Compensation

## 1.4.1 Stipend

The Host Family agrees to pay the Au Pair a weekly stipend of $ 195.75 (per week). This is the weekly amount regardless of the frequency of pay.
The appropriate stipend will be paid every:  ☐ week         ☒ two weeks

ExpertAuPair060326

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Pay day will be _____Saturdays_____

Payment will be made by ☐ check     ☐ other (please specify) _____ IF possible, bank transfer

The Au Pair must be paid at least $195.75 per week and payment should be documented.

**1.4.2 Deductions**
The Host Family may apply the deductions specifically allowed/required by Federal, State or local taxation law towards the prescribed minimum wage, provided that the amount paid is at least $195.75

The Host Family shall be responsible for reporting to the IRS and the relevant state body of taxation the following: federal withholding, state withholding and if applicable, Social Security and Medicare contributions.

**1.4.3 Accommodation for the Au Pair**

**1.4.3.a Bedroom**
The Au Pair will have a private bedroom in the Host Family's home.

**1.4.3.b Bathroom**
The Au Pair will have access to bathroom facilities. These facilities will be:
        ☐ shared with children
        ☐ shared with another family member _____
        ☒ private                            ☐ en suite

**2. Privileges**

**2.1 Car**
The Au Pair
        ☒ will have access to a car     ☐ will not have access to a car

If access to a car is allowed, the car will be:
☒ Shared     ☐ Private
☒ Available for use after hours according to the following schedule:

_____
      Case by case basis; host mom will provide bus pass.
_____
_____

The Au Pair will be insured for use of this car by the Host Family, and the Au Pair's deductible will be $_____500 (not greater than $500).

ExpertAuPair060327

REPLY APP 00614

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

2011

Car Make/Model/Color/Year _Chrysler Town & Country / Red /_ _____ / _____ .

The Au Pair will have or will obtain an appropriate driving license before operating a vehicle.

### 2.2 Phone Privileges

The Au Pair will have access to a phone provided by the Host Family according to the following schedule and restrictions:

Au Pair will have a cell phone when taking care of the children.

Long distance calls are to be paid for by:

☒ The Au Pair          ☐ The Host Family

### 2.3 Additional Privileges

The following additional privileges will be included as part of this agreement:

Unlimited access to Wi Fi and all online accounts such as Amazon and Netflix.

### 3. Restrictions

#### 3.1 Curfew

The Au Pair

☐ will be subject to a curfew   ☒ will not be subject to a curfew.

If the Au Pair is subject to a curfew, the curfew schedule will be as follows:

However, au pair is expected to be home 8 hours before starting to work if she starts in the morning.

#### 3.2 Additional Restrictions

The following additional restrictions will be included as part of this agreement:

ExpertAuPair060328

**REPLY APP 00615**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**4. Leave**

**4.1 Vacation**

The Au Pair is entitled to two weeks of paid vacation. *(If vacation is not taken in full weeks, then the number of days of vacation shall be based on the number of days in the Au Pair's work week.)*

Vacations must be taken at a mutually agreed time.

The following vacation time or constraints have been agreed *(this section may be left blank)*:

_____Au pair will take her vacation in 5-7 day blocks._____

Neither the Host Family nor the Au Pair can unilaterally require that vacation is taken at a particular time, except within the parameters of the stipulations above.

The Au Pair is entitled to the following two additional holidays, which shall be Federal Holidays, religious holidays, or culturally important days: _____Christmas_____ and Independence Day_____ . E.g. Christmas, Hanukah, New Year, Independence Day, etc.

**4.2 Sick Leave**

The Au Pair may take sick leave when necessary. In the event of illness, The Au Pair must notify the Host Family as soon as possible before the beginning of the next work day of the Au Pair's impending absence. The Host Family may not lower the Au Pair's salary in response to the Au Pair's sick leave.

The Au Pair understands that excessive or abusive use of the sick policy may result in termination of this contract or mediation of this contract.

**5. Educational Expenses**

The Host Family shall reimburse documented expenses for tuition and/or fees for courses that the Au Pair enrolls in, at accredited institutions of higher education, once these fees have been paid by the Au Pair. Alternatively, the Au Pair may present a bill from the institution to the Host Family for immediate payment. Such reimbursement shall be immediately provided on request by the Au Pair, and the total amount of reimbursement over the duration of this contract shall not exceed $500.

ExpertAuPair060329

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## 6. Confidentiality

During her employment with The Host Family, or at any time thereafter (other than in the course of her duties, or as is required by law) the Au Pair shall not, without the prior written approval of the Host Family divulge or disclose any information which, by reason of its character or the circumstances, or manner of its disclosure, is evidently confidential to The Host Family. This clause shall not be construed to prevent the Au Pair from reporting employment abuse or unsafe working conditions to Expert AuPair or to the appropriate authorities.

During the employment of the Au Pair, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law), the Host Family shall not without the prior written approval of the Au Pair divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to the Au Pair. This clause shall not be construed to prevent the Host Family from reporting neglect, abuse, other job incompetence, or health and safety concerns, to the appropriate authorities.

The Au Pair will not publish, share or otherwise distribute any pictures of the host family or their children without the express consent of the Host Family.

## 7. Disciplinary Procedures / Termination of Contract

7.1 Reasons which might give rise to Disciplinary Procedures/Termination of Contract are:
(a) causing a disruptive influence in the household;
(b) job incompetence;
(c) conduct, inside or outside normal working hours, prejudicial to the interests or reputation of the Host Family;
(d) unreliability in time keeping or attendance;
(e) failure to comply with instructions and procedures;
(f) suspension or revocation of driver's license;
(g) breach of confidentiality.

7.2 In the event of the Host Family needing to take disciplinary action the procedure shall, save in cases involving gross misconduct, be:

(i) Verbal warning and report to local representative, and then if there is no improvement;
(ii) Written warning, copied to local and regional representative, and then if there is no improvement;
(iii) Termination.

7.3 Termination of this agreement requires notice and a written notification with a full explanation and must be submitted in writing to the sponsor agency in order to ensure

ExpertAuPair060330

REPLY APP 00617

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

compliance with the terms of the exchange visitor program. Both parties must give the standard two weeks notice of termination.

## 8. Addenda

_____

_____

_____

_____

_____

## 9. General Terms

9.1 This Employment Contract may be amended to include supplementary terms as long as the amendment does not conflict with the terms of this Contract.

9.2 This contract shall be construed in accordance with and governed by the laws of the United States of America and the state of _____ Colorado _____ (local law). The parties submit to the exclusive jurisdiction of the justice system of the United States of America and the state of _____ Colorado _____.

I/We, the Host Family, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by our signatures below. I/We have interviewed the Au Pair over the phone and agreed to these conditions with the Au Pair before her/his arrival.

████████████████                         8/24/2016

The Host Family Signature          Date

_____          _____

The Host Family Signature          Date

I, the Au Pair, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by my signature below. I have spoken with the Host Family via telephone and agreed verbally to these conditions of my employment before my arrival in the United States (or transfer to a new family, if a re-matched au pair). I have read the Host Family's application and all pre-departure orientation information.

*[signature]*                            8/25/2016

The Au Pair Signature              Date

ExpertAuPair060331

**REPLY APP 00618**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

compliance with the terms of the exchange visitor program. Both parties must give the standard two weeks notice of termination.

**8. Addenda**

_____

_____

_____

_____

_____

**9. General Terms**

9.1 This Employment Contract may be amended to include supplementary terms as long as the amendment does not conflict with the terms of this Contract.

9.2 This contract shall be construed in accordance with and governed by the laws of the United States of America and the state of _Colorado_ (local law). The parties submit to the exclusive jurisdiction of the justice system of the United States of America and the state of _Colorado_.

I/We, the Host Family, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by our signatures below. I/We have interviewed the Au Pair over the phone and agreed to these conditions with the Au Pair before her/his arrival.

1-11-17

10/19/16

_____          _____
The Host Family Signature               Date

_____          _____
The Host Family Signature               Date

I, the Au Pair, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by my signature below. I have spoken with the Host Family via telephone and agreed verbally to these conditions of my employment before my arrival in the United States (or transfer to a new family, if a re-matched au pair). I have read the Host Family's application and all pre-departure orientation information.

_____          _____
The Au Pair Signature                   Date

02/10/17

REPLY APP 00619

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

12. Grievance procedure

    o   Give host family and au pair a copy of the grievance procedure and review it
with them.

a.  First open discussion. Be polite but direct. Get suggestions and be flexible.

b.  If no satisfaction, contact Local Representative.

c.  LR will listen to both sides and if there is disagreement on history of events, will consider
balance of evidence.

d.  LR will hold up to two meetings a year to resolve issues.

e.  If host family or au pair feel the LR has acted inappropriately, call Expert AuPair. Give Host
Family and Au Pair a copy of Expert AuPair direct contact information.


13. Presentation of State Department regulations

    o   Host family and au pair have received and read 22 CFR 62.31, which details the
        regulations governing the au pair program. Host family and au pair agree to be bound by
        22 CFR 62, and by relevant State and local law, including IRS regulations. If Federal, State
        or local law changes in a way that impacts our participation in the program, the host
        family and au pair will comply with the changes in the law.


Host Parent Signature            9-6-2016
                       Date


Host Parent Signature            Date


The Au Pair Signature           9-06-2016
                       Date

Expert AuPair- Copyright 2012, All Rights Reserved.
111 Second Avenue NE, Suite 213, St Petersburg, FL 33701
Phone: +1 727 388 3472
Fax: +1 727 231 8256
Email: admin@expertaupair.com         ExpertAuPair060317

REPLY APP 00620

# Exhibit 21

REPLY APP 00621

ExpertAuPair000017          HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY



**Au Pair Agreement**

111 Second Avenue NE Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256
Email: admin@expertaupair.com

I, _____ , hereby apply to be an au pair in a program
administered by Expert AuPair. After I have received my visa and before I travel I will pay
my fees. My fees are a non-refundable fee of $500, and the required airfare supplement for
my country (if any).

**Minimum requirements**
1. I certify that my date of birth is: _____
2. I have graduated from secondary school.
3. I agree to complete the psychometric test provided by Expert AuPair
4. I do not have a criminal record, and agree to submit a certified criminal
   background check.
5. If my visa is approved then I agree to complete 32 hours of child care courses
   provided by Expert AuPair.
6. I will submit a medical history report.
7. I will provide child care references.

**Working conditions**
I understand that my primary responsibility is to provide child care in accordance with my
employment contract. If the child care I provide is of insufficient quality as judged
by the host family, Expert AuPair will review this complaint. If Expert AuPair finds that my
performance has breached my contract with the Host Family, or my contract with Expert
AuPair, it may take action against me including assigning me to a new Host Family. In more
serious cases, this action may include cancelling me from the au pair program. If I endanger
children through negligence or deliberate act, I understand that I may immediately be
terminated from the program. I understand that cancellation or termination will impact my
ability to remain legally in the United States, and termination may impact my ability to reenter
the United States in any status in the future.

My child care duties may include the following: cooking for the children; washing dishes for
children; tidying children's room; cleaning children's room; washing and drying children's
laundry; putting children's laundry away; transporting the children; teaching children; caring
for and supervising playtime of children. All duties must be child care related and only for the
child(ren) of the host family. If I am asked to perform services that are not child care related,
or if I am asked to care for another family's child(ren), I will notify my Local Representative.

I will keep my living space clean and will not invite guests into the host family's house
without permission from the family.

Expert AuPair, Copyright 2011 – All Rights Reserved.

ExpertAuPair000017

REPLY APP 00622

ExpertAuPair000018

HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

I am not responsible for looking after a baby who is younger than three (3) months old, and will notify my Local Representative if I am asked to do so.

I am not responsible for caring for a special needs child unless I have been properly notified before matching and have the appropriate background for caring for the special needs child, and will notify my Local Representative if I am asked to do so.

I am entitled to two weeks paid vacation in the year I am in the United States. If I change host family mid-year after I have already taken my paid vacation, I will not receive any more paid vacation.

I am required to be in contact with the Local Representative and the Regional Representative every month. If I do not hear from the Local Representative and/or the Regional Representative in any given month, I will notify head office by email that the Local Representative and/or the Regional Representative has not contacted me. If I fail to communicate with the Local Representative and/or the Regional Representative each month and in a timely fashion, I may forfeit my paid airfare home and have to pay for my own transportation back to my home country.

**Required education**
I will enroll in and complete six (6) semester hours of academic credit or seventy-two (72) contact hours in an accredited U.S. post-secondary institution. I will receive a contribution of no more than $500 from my host family toward tuition and books, but I will pay any amount above this. If I change host family mid-year after I have already received an educational contribution, I will not be eligible to receive more than a total of $500 from all families.

**Expenses**
I agree to pay the fees detailed in schedule of fees. I understand that I may be responsible for reimbursing my host family for expenses I incur including, but not limited to, my telephone bill, gasoline used to drive for personal reasons, and my medical expenses.

**Flight home**
My flight home will be repaid only if I can demonstrate that I have complied with the terms of my J-1 visa. In particular, Expert AuPair will not purchase my flight in the following cases:
* If I strike a child or, through negligence or deliberate act, cause physical harm to a child.
* If I change status from J-1 au pair while in the United States.
* If I smoke in a house or car belonging to the family without permission.
* If I present myself for work under the influence of drugs or alcohol, or if I consume alcohol while working.
* If I leave the program before the end of my 12 months.
* If I do not complete my educational component.
* If I do not maintain contact with my Local Representative and my Regional Representative each and every month I am in the au pair program.

Expert AuPair, Copyright 2011 -- All Rights Reserved.

ExpertAuPair000018

REPLY APP 00623

ExpertAuPair000019                HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

I will provide documents showing that I have completed the required education to prove that I complied with the J-1 program requirements.

**Immediate removal**

I will be immediately removed from the host family, and will pay for my own flight home if:

* I strike a child or, through negligence or deliberate act, cause physical harm to a child.
* I present myself for work under the influence of drugs or alcohol or consume alcohol while working.
* I take illegal drugs before or during my program.
* I am charged with driving under the influence of alcohol.

At the discretion of Expert AuPair, I might be immediately removed from the host family, and in such case would pay for my own flight home, if I break any Federal, State or local law.

**Illegal drugs/alcohol**

I consent to a reasonable drug/alcohol test in the event that a credible complaint is made that I have presented myself for work under the influence of drugs or alcohol. I agree that if I refuse to give a sample, Expert AuPair will conclude either that I have taken illegal drugs or did present myself for work under the influence of alcohol.

**External employment**

I understand that it is a serious violation of U.S. law to accept unauthorized employment. J-1 au pairs are authorized to work only as au pairs with their host family. As stated in 22 CFR 62.40(b), an exchange visitor is subject to termination when he or she engages in unauthorized employment. Termination might impact my ability to reenter the United States in any status in the future.

**My health and safety**

Employees and agents of Expert AuPair may take whatever action they consider necessary to ensure my health and safety. I will not make any claim against Expert AuPair, its shareholders, directors, officers, employees, or independent contractors working on behalf of Expert AuPair because of actions taken with the intent of ensuring my health and safety.

**Liability**

I understand that Expert AuPair will arrange transportation and accommodation on my behalf, and I agree to indemnify and hold harmless Expert AuPair, its shareholders, directors, officers, employees, my host family, and independent contractors working on behalf of Expert AuPair in respect to any loss, damage, injury, or death resulting from any transportation relating to the program, any accommodation provided during my time in the US, or for any other product or service provided to me.

This document is to be interpreted in accordance with the laws of the State of Florida,

Expert AuPair, Copyright 2011 -- All Rights Reserved.

ExpertAuPair000019

ExpertAuPair000020

HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY

and any legal action will be brought and maintained in Pinellas County, Florida.

I understand that this is a legally binding contract.


Au Pair Signature:
Signature _____ Date_____


EAP Signature:
(Signature of Responsible Officer or Alternate Responsible Officer)
Signature _____ Date_____

Expert AuPair, Copyright 2011 — All Rights Reserved.

ExpertAuPair000020

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-2   filed 04/27/18   USDC Colorado   pg
190 of 203

# Exhibit 22



**PUBLIC**

Username
Password
Login

Forgot password?   AuPair Register   Host Register

| Home | | Contact Us | Au Pairs | Host Families | FAQs | Testimonials |

## Programs

We offer two programs.

**Standard Program**
The Standard program is for au pairs who are more interested in working as childcare providers and taking fewer classes as part of their program.

Standard au pairs can not work more than 45 hours a week, and not more than ten hours per day. Standard au pairs receive at least $195.75 per week in pay. Standard au pairs must attend at least six semester hours of classes at an accredited US post-secondary institution. Families pay up to $500 for the educational support of the au pair.

**EduCare Program**
The EduCare program is for au pairs who want to work with families with school-aged children who require child care before and after school. EduCare au pairs must take more classes.

EduCare au pairs cannot work more than 30 hours a week, and not more than ten hours per day. EduCare au pairs receive $146.81 per week in pay. EduCare au pairs must complete 12 semester hours of academic credit at an accredited US post-secondary institution. The host family pays up to $1,000 for the au pair's required academic tuition and fees.

Introduction

Available Programs

Why Expert AuPair

What's Included

Minimum Qualifications

Fees and Costs

Step-by-Step Guide

Register Now

### Program Comparison

| PROGRAM | HOURS PER WEEK | PAY PER WEEK | EDUCATIONAL ALLOWANCE | AGE OF CHILDREN |
|---|---|---|---|---|
| Standard | 45 | $195.75 | $500 per year | Any age (less than 2 years requires additional documentation; less than 3 months, someone other than the au pair must be present in the home) |
| EduCare | 30 | $146.81 | $1,000 per year | School age |

Tweet 0

Like  2 people like this. Be the first of your friends.

g+1

back to top

copyright 2011 expertaupair.com
all rights reserved website designed and hosted by Digital Eye Inc.

Home | Packet Request | Contact Us
Au Pairs | Host Families | FAQs | Testimonials | Privacy Policy

ExpertAuPair000111



PUBLIC

Username
Password
Login

Forgot password?    AuPair Register    Host Register

| Home | Special Offers | Contact Us | Au Pairs | Host Families | FAQs | Testimonials |

## What is an Au Pair?

**We are a designated agency. You may check our designation with the US Department of State.**

Au pairs live with host families and provide childcare. In return, they receive a weekly salary, accommodation, meals, and an educational allowance. The US au pair program allows you to stay with a host family for one year, with a one-time optional extension. As an au pair, you will become intimately involved in the culture and family life of the United States. Few travel programs can offer anything close to this experience. This really is the chance of a lifetime.

The program is carefully regulated by the US Department of State. You can work only 45 hours per week and you will earn at least $195.75 per week. If you have any problems, you will be able to call your local representative, who will be within an hour's drive of your host family's home. You can also call Expert AuPair's head office at 727-388-3472, between 9am and 5pm Eastern, Monday-Friday.

## Become an Au Pair

An au pair must:

- be between 18 and 26 years old (inclusive) when he/she arrives for training.
- be proficient in spoken English.
- have completed secondary school.
- provide at least 3 references, at least one must be related to childcare work experience.
- pass a criminal background check.
- pass a psychometric test.
- participate in 32 hours of required childcare training upon coming to the US.  The cost of this training, and your hotel during training, are covered.

## What is the Law?

The US au pair program is carefully regulated by the US Department of State. A full listing of the law can be found at 22 CFR 62.31, linked here.

Introduction

Available Programs

Why Expert AuPair

What's Included

Minimum Qualifications

Fees and Costs

Step-by-Step Guide

Register Now

Tweet  0

Like  One person likes this. Be the first of your friends.

8+1

back to top

copyright 2011 expertaupair.com
all rights reserved website designed and hosted by Digital Eel Ltd.

Home | Packet Request | Contact Us
Au Pairs | Host Families | FAQs | Testimonials | Privacy Policy

ExpertAuPair000112

REPLY APP 00628

## PUBLIC

# Expert AuPair

Username
Password

Login

Forgot password?    AuPair Register    Host Register

| Home | | Contact Us | Au Pairs | Host Families | FAQs | Testimonials |

### Contact Information for Expert AuPair

## Contact Us

The best way to contact us is to fill out the form below, but you may also choose to **live chat** with us now if you have any immediate questions.

Please enter your information and your question or comments below. We will get back to you as soon as possible, and certainly within one business day.

- id
  - date                    * 2015-01-29
  - Name:                    *
  - Email:                   *
  - Phone:                   *

- Contact me by:         ○ Phone          ◉ Email
  - Best time to call me (my local    *
    time):
  - Message:

                          *

- You can also contact us by email
  at admin@expertaupair.com

  We are also happy for you to call
  us at 727 388 3472, between 9am
  and 5pm Eastern. You can reach
  us by fax at 727 231 8256.

  To dial from overseas, please call
  +1 727 388 3472. We will call you
  back, no matter where in the world
  you are.

  If you would like to meet us in
  person, we are located in the
  Courtyard of the Plaza Tower in
  downtown St Petersburg, at 111
  Second Avenue NE, Suite 213, St
  Petersburg, FL 33701. Please call
  at least 48 hours in advance if you
  require special assistance.

Submit

copyright 2011 expertaupair.com
all rights reserved  website designed and hosted by Digital Eel Inc

Home  Packet Request  Contact Us
Au Pairs  Host Families  FAQs  Testimonials  Privacy Policy

ExpertAuPair000113

REPLY APP 00629

# Exhibit 23

REPLY APP 00630

ExpertAuPair000151

HIGHLY CONFIDENTIAL, ATTORNEY EYES ONLY



## Give your children the gift of a global perspective

◆ **Hosting an au pair offers families the chance to experience a
new culture and receive affordable childcare services**

◆ **The program averages out to approximately $330 per week
for 52 weeks and provides you with 45 hours of childcare
weekly**

◆ **Regional and Local Representatives ensure monthly contact
with your family and your au pair**

### -Contact Us Today-
### 727-388-3472
**admin@expertaupair.com**

*"We are so happy with Expert AuPair; your firm's
excellent reputation was already known to us, but we
are seeing it play out in our dealings with staff and
au pair."*
-(M.W., host mom, Jacksonville, FL)

# www.expertaupair.com

111 Second Avenue, NE Suite 213, St. Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256
Email: admin@expertaupair.com

ExpertAuPair000151

# Exhibit 24

REPLY APP 00632

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## Employment Contract

This document serves as a childcare employment contract between ▇▇▇▇▇▇▇

___▇▇▇▇▇▇_____, referred to as "the Host Family" and_____

_____, referred to as "the Au Pair."

IT IS AGREED, that the Host Family will employ the Au Pair according to the terms and conditions outlined in this Contract.

Date the Employment starts:___*ASAP*_____

### 1. Terms of Employment

#### 1.1 Hours

The work week shall be from Monday until Sunday. The Au Pair is employed to work in the Host Family's home according to the following schedule:

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|-----|--------|---------|-----------|----------|--------|----------|--------|
| Start time | Off | 7 Am | 7 Am | 7 Am | 7 Am | 7 Am | Off |
| End time | Off | 9 Am | 9 Am | 9 Am | 9 Am | 12 Pm | |
| Start time | 3 Pm | 3 Pm | 3 Pm | 3 Pm | 3 Pm | 6 Pm | |
| End time | 8 Pm | 8 Pm | 8 Pm | 8 Pm | 10 Pm | 11 Pm | |

*Please fill in a start time and an end time for every day. If nothing is filled in, the period is considered to be outside the work schedule and therefore the Au Pair will not work during those times.*

The Au Pair may not work more than 10 hours in any day, or 45 hours in any work week. The Au Pair must have at least 1.5 full consecutive days off a week and the Au Pair must have at least 1 free weekend a month. Any schedule changes should be made in writing not later than the Friday before the work week starts. Any time the Au Pair is responsible for the children – is a considered as a work hour, even if the children are sleeping.

ExpertAuPair001032

**REPLY APP 00633**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Pay day will be Friday

Payment will be made by ⊙ check   ○ other (please specify) _____

The Au Pair must be paid at least $195.75 per week and payment should be documented.

1.4.2 Deductions

The Host Family may apply the deductions specifically allowed/required by Federal, State or local taxation law towards the prescribed minimum wage, provided that the amount paid is at least $195.75

The Host Family shall be responsible for reporting to the IRS and the relevant state body of taxation the following: federal withholding, state withholding and if applicable, Social Security and Medicare contributions.

1.4.3 Accommodation for the Au Pair

1.4.3.a Bedroom
The Au Pair will have a private bedroom in the Host Family's home.

1.4.3.b Bathroom
The Au Pair will have access to bathroom facilities. These facilities will be:
☐ shared with children
☐ shared with another family member _____
☑ private                          ☐ en suite

2. Privileges

2.1 Car
The Au Pair
     ⊙ will have access to a car    ○ will not have access to a car

If access to a car is allowed, the car will be:
○ Shared    ⊙ Private
☑ Available for use after hours according to the following schedule:
MIDNIGHT CAR CURFEW

The Au Pair will be insured for use of this car by the Host Family, and the Au Pair's deductible will be $ 500.00   (not greater than $500).

ExpertAuPair001033

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Pay day will be ~~Monday~~ *Thursday*

Payment will be made by ☑ check   ○ other (please specify) _____

The Au Pair must be paid at least $195.75 per week and payment should be documented.

### 1.4.2 Deductions

The Host Family may apply the deductions specifically allowed/required by Federal, State or local taxation law towards the prescribed minimum wage, provided that the amount paid is at least $195.75

The Host Family shall be responsible for reporting to the IRS and the relevant state body of taxation the following: federal withholding, state withholding and if applicable, Social Security and Medicare contributions.

### 1.4.3 Accommodation for the Au Pair

#### 1.4.3.a Bedroom

The Au Pair will have a private bedroom in the Host Family 's home.

#### 1.4.3.b Bathroom

The Au Pair will have access to bathroom facilities. These facilities will be:
☐ shared with children
☐ shared with another family member _____
☑ private          ☐ en suite

## 2. Privileges

### 2.1 Car

The Au Pair
☑ will have access to a car    ○ will not have access to a car

If access to a car is allowed, the car will be:
○ Shared    ☑ Private
☑ Available for use after hours according to the following schedule:   *12 PM Curfew*

The Au Pair will be insured for use of this car by the Host Family, and the Au Pair's   *No Overnight Removal of Vehicle*
deductible will be $ *500* (not greater than $500).

ExpertAuPair001034

**REPLY APP 00635**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Car Make/Model/Color/Year *Mercedes/E350/WHT/2008* *Jeep/Rubicon/GRN/2015*

The Au Pair will have or will obtain an appropriate driving license before operating a vehicle.

2.2 Phone Privileges
The Au Pair will have access to a phone provided by the Host Family according to the following schedule and restrictions:

Long distance calls are to be paid for by:

☑ The Au Pair        &#9711; The Host Family

2.3 Additional Privileges
The following additional privileges will be included as part of this agreement:

3. Restrictions

3.1 Curfew
The Au Pair
&#9711; will be subject to a curfew ☑ will not be subject to a curfew. *Unless w/ our car*

If the Au Pair is subject to a curfew, the curfew schedule will be as follows:

3.2 Additional Restrictions
The following additional restrictions will be included as part of this agreement:

*No Smoking in House or on Property*
*No Boyfriends*

ExpertAuPair001035

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

### 4. Leave

#### 4.1 Vacation

The Au Pair is entitled to two weeks of paid vacation. *(If vacation is not taken in full weeks, then the number of days of vacation shall be based on the number of days in the Au Pair's work week.)*
Vacations must be taken at a mutually agreed time.

The following vacation time or constraints have been agreed *(this section may be left blank)*:

Neither the Host Family nor the Au Pair can unilaterally require that vacation is taken at a particular time, except within the parameters of the stipulations above.

The Au Pair is entitled to the following two additional holidays, which shall be Federal Holidays, religious holidays, or culturally important days: _____ and _____. E.g. Christmas, Hanukkah, New Year, Independence Day, etc.

#### 4.2 Sick Leave

The Au Pair may take sick leave when necessary. In the event of illness, The Au Pair must notify the Host Family as soon as possible before the beginning of the next work day of the Au Pair's impending absence. The Host Family may not lower the Au Pair's salary in response to the Au Pair's sick leave.

The Au Pair understands that excessive or abusive use of the sick policy may result in termination of this contract or mediation of this contract.

### 5. Educational Expenses

The Host Family shall reimburse documented expenses for tuition and/or fees for courses that the Au Pair enrolls in, at accredited institutions of higher education, once these fees have been paid by the Au Pair. Alternatively, the Au Pair may present a bill from the institution to the Host Family for immediate payment. Such reimbursement shall be immediately provided on request by the Au Pair, and the total amount of reimbursement over the duration of this contract shall not exceed $500.

ExpertAuPair001036

**REPLY APP 00637**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## 6. Confidentiality

During her employment with The Host Family, or at any time thereafter (other than in the course of her duties, or as is required by law) the Au Pair shall not, without the prior written approval of the Host Family divulge or disclose any information which, by reason of its character or the circumstances, or manner of its disclosure, is evidently confidential to The Host Family. This clause shall not be construed to prevent the Au Pair from reporting employment abuse or unsafe working conditions to Expert AuPair or to the appropriate authorities.

During the employment of the Au Pair, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law), the Host Family shall not without the prior written approval of the Au Pair divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to the Au Pair. This clause shall not be construed to prevent the Host Family from reporting neglect, abuse, other job incompetence, or health and safety concerns, to the appropriate authorities.
The Au Pair will not publish, share or otherwise distribute any pictures of the host family or their children without the express consent of the Host Family.

## 7. Disciplinary Procedures / Termination of Contract

7.1 Reasons which might give rise to Disciplinary Procedures/Termination of Contract are:
(a) causing a disruptive influence in the household;
(b) job incompetence;
(c) conduct, inside or outside normal working hours, prejudicial to the interests or reputation of the Host Family;
(d) unreliability in time keeping or attendance;
(e) failure to comply with instructions and procedures;
(f) suspension or revocation of driver's license;
(g) breach of confidentiality.

7.2 In the event of the Host Family needing to take disciplinary action the procedure shall, save in cases involving gross misconduct, be:

(i) Verbal warning and report to local representative, and then if there is no improvement;
(ii) Written warning, copied to local and regional representative, and then if there is no improvement;
(iii) Termination.

7.3 Termination of this agreement requires notice and a written notification with a full explanation and must be submitted in writing to the sponsor agency in order to ensure

ExpertAuPair001037

REPLY APP 00638

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

compliance with the terms of the exchange visitor program. Both parties must give the standard two weeks notice of termination.

**8. Addenda**

**9. General Terms**

9.1 This Employment Contract may be amended to include supplementary terms as long as the amendment does not conflict with the terms of this Contract.

9.2 This contract shall be construed in accordance with and governed by the laws of the United States of America and the state of _____ (local law). The parties submit to the exclusive jurisdiction of the justice system of the United States of America and the state of          .

I/We, the Host Family, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by our signatures below. I/We have interviewed the Au Pair over the phone and agreed to these conditions with the Au Pair before her/his arrival.

The Host Family Signature                             Date   8/8/16

The Host Family Signature                             Date

I, the Au Pair, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by my signature below. I have spoken with the Host Family via telephone and agreed verbally to these conditions of my employment before my arrival in the United States (or transfer to a new family, if a re-matched au pair). I have read the Host Family's application and all pre-departure orientation information.

The Au Pair Signature                                 Date

ExpertAuPair001038

**REPLY APP 00639**