# Exhibit C

Case No. 1:14-cv-03074-CMA-KMT Document 1042-3 filed 04/27/18 USDC Colorado pg 2 of 242

# Exhibit 25

REPLY APP 00640

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



Mark Gaulter < mark@expertaupair.com>

# Merchant Receipt - Invoice #

support@usaepay.com < support@usaepay.com>
To: mark@expertaupair.com

Tue, Feb 26, 2013 at 12:09 PM

Transaction Result
-----------------------
Date:        02/26/13 09:09:23
Reference #:  420225536
Authorization: 665364
AVS Result:  S - Service Not Supported
CVV2 Result:  M - Match

Transaction Details
-----------------------
Merchant:    EXPERT AU PAIR
Type:        Credit Card Sale
Source:      vterm
User:        eap111
Invoice #:
Amount:      500.00
Description:
Card Holder:
Card Number

v8.1-ue-vt-m

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

ExpertAuPair012692

REPLY APP 00641

# Exhibit 26

REPLY APP 00642



2013

# Family Packet



# Give Your Children the Gift of a Global Perspective

We all want our children to have individual attention. Combine this with exposure to another culture and you have the perfect childcare arrangement. It's within reach. Call us today at (727) 388-3472.

111 2nd Avenue NE, Suite 210
St. Petersburg, FL 33701

REPLY APP 00643

ExpertAuPair019985

2

# What is an au pair?

An au pair lives with a host family and provides childcare in return for a weekly stipend, accommodation, meals and an educational allowance.

The US au pair program now allows you to extend with the same au pair for a second year, so you can ensure consistency of childcare.

Live-in childcare tends to be more flexible, more personal and relaxed. But while a live-in domestic nanny is beyond the reach of many families, the au pair program is generally more affordable, and provides significant cultural advantages over domestic care. Our au pair program is remarkably affordable, at about $330 per week.

Whether you're a first-generation American who wants to expose your children to your native language, or a fifth generation American who wants your children to experience a little flavor of the world beyond our shores, this is the program for you.

# Do I qualify to host an au pair?

Here are the hosting qualifications. We check all of the following:

- Host parents must be US Citizens or Legal Permanent Residents.
- Financial check. We need you to demonstrate that you earn at least $60,000 per year, **OR** that you have at least $50,000 in liquid assets.
- You must show us the private bedroom in your home, which you intend to be the au pair's room. She must have access to bathroom facilities (which may be shared)
- All adult family members must be fluent in spoken English.
- Your convictions or arrests must be declared both to us and to your au pair, and depending on the seriousness of the crimes, may be cause for us not to accept your application.

If you had a great experience with a previous au pair, who is not yet 27, let us know. Au pairs **can** now repeat, after they have been outside the US for two years.

ExpertAuPair019986

3

# What makes Expert AuPair different?

All Federally designated au pair agencies have to obey the same under lying law, but there is some room for us to do everything we can to give host families the best possible experience. Here are some of the things that we do differently.

1.  **More money in your pocket:** Expert AuPair is one of the most affordable of the designated au pair programs, and we are committed to a policy of no hidden fees.

2.  **Low domestic transfer fees:** Our domestic transfer fee is very easy to understand. It is never more than $350 in the lower 48 states, and we pay for the au pairs first standard-sized checked bag.

3.  **More money for your au pairs:** We publish the costs for au pairs to sign up for our program, and au pairs have said that our program is remarkably affordable.

4.  **Premium medical insurance, standard:** If your au pair gets sick, there is normally no cost to them to visit a doctor. Our insurance offers a $0 deductible with no co-pay. As with any insurance, there are exclusions, but it's well worth comparing medical insurance before you make a decision.

5.  **More affordable extension year:** A one-time extension is available at the end of a successful year. This helps your children's stability. The cost for an extension year is currently under $280 a month.

6.  **Training:** All designated organizations provide 32 hours of child development and safety training to their au pairs. We train au pairs in person at our offices in St. Petersburg. All our staff know all our au pairs by name. All au pairs attend a CPR course. We offer multiple training sessions every month.

    **"We are so happy with Expert AuPair, your firm's excellent reputation was already know to us, but we are seeing it play out in our dealings with your staff and our au pair." (M.W., host parent from Florida)**

7.  **Orientation that helps au pairs learn to live for themselves in the United States:** Expert Au Pair holds orientation in the quaint, downtown of Saint Petersburg, so your au pair will start to become more self-sufficient in the US, before arriving at your home.

8.  **Framework of Support:** Designated organizations provide local and regional representatives to serve as a framework of support to our community of families. We hire a local representative within one hour of the home of every au pair we place and have a regional representative to support them.

4

## What if I already have found my own au pair?

Some families have found their own au pair on sites like www.greataupair.com

We offer a $400 discount if you've found your own au pair. Your pre-matched au pair will still undergo all of our background checks to ensure that they meet our program requirements, but we make every effort to bring your au pair in as quickly as possible.

> **"Thanks again, Mark, for all of the effort that you and your team put into this [prematch]. We will definitely be recommending you to anyone looking to get an au pair!" H.G., host parent from Gainesville, FL.**

## Where will my au pair be from?

We recruit in many countries around the world. Most of our au pairs are from Europe [with Germans being the largest group], Asia or South America. We also have brought in au pairs from many African countries, Australia, New Zealand, Canada and the Caribbean. Au pairs are interviewed by Expert AuPair before going to their Embassy interview.

## What will it cost me?

The weekly fees, wages, and educational stipend average approximately $330 per week for 45 hours of childcare per week. There is an EduCare program that is approximately $290 per week for 30 hours of childcare per week. As a host family, you employ the au pair, not us. Therefore the costs are divided into two distinct parts: those payable to us; and those payable directly to your au pair.

You will be expected to comply with the terms of the au pair program, which means that you will pay room and board for the au pair, provide car insurance for the au pair, and other costs that may be associated with making the au pair feel like a member of your family.

### *Fees paid to Expert AuPair*

Our fees cover our costs for au pair screening, embassy fees, international airfare, orientation with 32 hours of childcare training, local and regional representatives for the full year of your program, and health insurance for your au pair during her stay.

ExpertAuPair019988

5

| ITEM | COST | DUE |
|---|---|---|
| Application & Documentation fee | $400 | Due after matching |
| Program fee | $6,000 | Due before au pair arrival |
| Domestic Transportation | $0-$350 (depends on location in the US) | Waived with code OKTOBERFEST if your au pair arrives in 2013 |
| *TOTAL*: | **Only $6,400 plus the domestic transfer fee** | |

*Paid to your au pair*

Note: the figures below are the *minimum* required, for the regular au pair program. You are allowed to pay more to your au pairs, according to the terms of your contract with them.  These figures are based on one full year of childcare.

| ITEM | COST | DUE |
|---|---|---|
| **Pay** | $10,179 ($195.75* X52 weeks) | Due according to contract |
| **Tuition allowance** | $500 | At time au pair enrolls in school |
| *TOTAL* | **$10,679** | |

*We have no reason to expect further changes in the near future, but determinations are the responsibility of the Department of Labor and the U.S. Department of State, and therefore are not under our control.*
**The EduCare  program provides childcare for children who are at school during the day.  Au pairs on this program work only 30 hours per week and are paid at least $7,634.25 over the course of the program, which is a weekly stipend of $146.81.  Their tuition allowance is $1,000, for a total of $8,634.25.*

# What if I have a problem with my au pair?

We have a replacement policy if you are having issues with your au pair.  We also offer refunds if you wish to withdraw from the program.  Please see the Family Service Agreement for details.

# Refund and replacement

In case your match does not work, we provide refunds and replacement au pairs as follows:

ExpertAuPair019989

6

**First year au pairs - first six months**
You can select either a refund or a replacement au pair, who may still be overseas. The refund you will receive depends on how long you have left with your au pair. The amount of the refund is $200 per complete month remaining on your contract with Expert AuPair plus a $100 per month credit to future experiences with Expert AuPair.

If you select a replacement, there is a good chance that you will have to employ them for a whole year and this will increase the length of your contract with Expert AuPair. Accordingly, there is a charge of $500 per month or part of a month, that you extend your contract.

**First year au pairs - second six months**
After the first six months, the refund reduces to $100 per complete month remaining, plus a $100 credit to the future. There is no replacement policy in the second six months.

# How do I sign up today?

It's best to start applying several months before you require an au pair. It can take a month to match with your perfect au pair, and the hiring decision is not one you want to rush. Even if you have already found your perfect au pair, we would encourage you not to delay, because you and your au pair will have more time to prepare for her year.

Throughout your time with Expert AuPair, you should feel free to ask us questions. You can email us at admin@expertaupair.com or call us at (727) 388-3472.We are open from 9am to 5pm EST.

We recommend applying online at www.expertaupair.com since this is by far the quickest way to have us start looking at your application. The instructions online are the most detailed and up-to-date. All supporting paperwork can be submitted to admin@expertaupair.com or mailed or faxed to our head office in Saint Petersburg, at (727) 231-8256.

Here is what you need to do to apply:
1. Complete and sign the online application, or complete an application on paper, write a letter for us to send to your potential au pair about 1 page in length, and send 3 photos to us of your family.
2. Sign and submit all supporting documents.
   - Family Service Agreement
   - Contract - this will be your initial employment offer to your au pair after you have matched with him/her. You may change the contract at any time before hire. We will ask your au pair to sign the contract, and then we will return a copy to you.
   - 1 Employer Reference
   - 1 Personal Reference
   - Financial Verification
3. Interview the au pairs we give you by email or Skype, and choose a candidate.

ExpertAuPair019990

7

4.  Schedule an interview with Expert AuPair in your home to verify you have a private room for your au pair.

5.  Once your au pair has her visa, pay your agency fees of $6,400, and the domestic transfer fee, if there is one.

6.  Expert AuPair will arrange your au pair's flight to Florida and train them for several days.

7.  Your au pair arrives...to your door if you are located in Tampa Bay, or to your local airport if you are located elsewhere in the US.  Within two weeks, your Local Representative will come to your home to conduct the orientation between your family and the au pair.

ExpertAuPair019991

Case 1:14-cv-03074-CMA-KMT   Document 980-4   Filed 04/13/18   USDC Colorado   Page 11 of
241

# Exhibit 27

REPLY APP 00650

Expert AuPair

# WELCOME TO EXPERT AUPAIR

## Local Representative Training

REPLY APP 00651

ExpertAuPair023409

# Introduction to Expert AuPair

- One of 14 organizations in the US designated by the State Department to run an au pair sponsor program
  - Program sponsors are responsible for selecting participants for the Exchange Visitor Program, as well as supporting and monitoring them during their entire program stay
- In business over six years
- Head office in St. Petersburg, FL
- CEO - Mark Gaulter, interim point of contact for all Local Representatives

REPLY APP 00652

ExpertAuPair023410

# Why An Au Pair Program?

Through the Au Pair program, participants and host families take part in a mutually rewarding, intercultural opportunity. Participants can continue their education while experiencing everyday life with an American family, and hosts receive reliable and responsible childcare from individuals who become part of the family.

Au pairs receive:

* **Host Family Stay:** Live with a family for 12 months, with the option to extend 6, 9, or 12 more months. **(If extending, need to begin that process approx. 1.5 months before scheduled to leave.)**

* **Professional Training:** Receive a minimum of 32 hours of childcare training before starting.

* **Childcare Experience:** Provide up to 10 hours a day/45 hours a week of childcare.

* **School Credit:** Complete at least six hours of academic credit or equivalent at an accredited U.S. post-secondary educational institution.

* **Financial Value:** Receive up to $500 toward the cost of required academic course work. Room and board plus compensation for childcare work.

REPLY APP 00653

ExpertAuPair023411

# Becoming an Approved Au Pair

- Au Pair applies with Expert AuPair
  - Background verifications, etc. are managed by head office
- International students between the ages of 18-26
- Visa support is provided by the head office
- J-1 visa is granted for one year, may be extended if education component is completed (more to come)
- If applicant has been an au pair already, must have been outside the US for two years since successful completion

REPLY APP 00654

# Becoming an Approved Host Family

Each year, thousands of families welcome international visitors into their homes. That person-to-person interaction ensures that Americans and international visitors learn about each other's culture and way of life.

* Host family applies with Expert AuPair
  ◦ Background verifications, etc. managed by head office
* Head office requests a Host Family Initial Interview from LR
  ◦ See Host Family Initial Interview sheet
  ◦ Au pair law, DOS brochure, and Contact Information Sheet should be provided now or in advance
  ◦ Au pair must have own room (and other 'reality checks')
* Results should be documented and returned to head office
  ◦ Email or fax or mail, with family signature and interview

REPLY APP 00655

ExpertAuPair023413

# Au Pair Arrival

- Prior to arrival, au pairs are matched with family
  - An employment contract detailing the agreed upon conditions between the au pair and host family is signed prior to the au pair's placement in the host family's home
  - Employment contract & arrival timeline sent to LR
- Au pairs arrive to St. Petersburg, FL
  - One week orientation and training
  - Flight information sent to LR — staying in the loop
  - LR makes contact with the au pair and the host family within 48 hours of au pair arrival
    - In person or via telephone (if in person, can combine with Orientation)
    - See Contact Form
  - LR conducts Orientation within two weeks of au pair arrival
    - In person
    - See Host Family and Au Pair Orientation form

REPLY APP 00656

# LRs – Building and Maintaining a Relationship

- Pro-active monthly contact
  - In person or via telephone, or email if the family prefers, with **both family and au pair**
  - Two Contact Forms – sent electronically, since they don't need to be signed
- Issues/Complaints/Grievances
  - See Grievances Procedure
  - See Complaint Summary form
  - **Always** notify your Regional Rep in the following situations:
    - Any complaints involving potential crimes or the police
    - Any complaints involving violence in the home (children, au pair, spouse)
    - Anything that you think may bring the program into disrepute (example – au pair providing more than 45 hours of childcare per week, etc.)
    - Need home office direction, guidance, or makes sense to escalate
- Annual family day
  - Host families and au pairs must be encouraged attend one day annually (part of the cultural exchange)

REPLY APP 00657

ExpertAuPair023415

# The Basics – Au Pair Law (and EAP Supplements)

- Caring for children
  - An au pair may not be responsible for any infant under three months (another responsible adult must be present)
  - If a child is under two, an au pair must be able to demonstrate 200 hours of infant childcare experience
  - Special needs experience is required for care of special needs children
  - Children must be 17 and under
- Hours, schedules, wages
  - Childcare up to 45 hours a week (max), no more than 10 hours per day
  - Must have one full weekend off a month
  - Must have 1.5 consecutive days (36 hours) off every week
  - Two weeks' paid vacation
  - Min payment of $195.75 per week
  - Work duties should be related to childcare (i.e. doing the child's lunch dishes is fine, doing parents' laundry isn't)

REPLY APP 00658

ExpertAuPair023416

# The Basics – Au Pair Law (and EAP Supplements)

- Insurance provided by Expert AuPair
  - 100% coverage except in the following cases: dental, preexisting, preventative (i.e. annual exams), ER visits
  - Au pair should call the number on her insurance card
  - Au pair should handle the medical paperwork, etc.
- Education Requirements
  - Au pair must complete at least 6 semester hours or **72 actual classroom** (contact) hours in a year, family need not spend more than $500. Note: this MUST be completed **a week before the end of the eleventh month** in order for au pair to extend.
  - Host family to facilitate enrollment (and payment)
    - Oftentimes request a list of accredited schools from the LR (have this available during the orientation)
    - Institutions must be accredited http://ope.ed.gov/accreditation/Search.aspx
    - Classes must be on campus (not online) – au pairs to experience culture
    - Oftentimes choose lifelong learning/continuing education classes

ExpertAuPair023417

# Invoicing

- ## Invoicing Expert AuPair

  - Submit invoice and contact forms – electronically, in Word -- by 20th of each month

  - Submit orientations, initial interviews, and mediations with invoices within two weeks – these must be signed and sent by mail, fax or email.

  - Payment scheduled to arrive via mail by the first of each month

REPLY APP 00660

ExpertAuPair023418

# Marketing

- Incentive plan – arrival in-country, $100 per family introduced

- Flyers

REPLY APP 00661

ExpertAuPair023419

# Taxes, cost of program, and international travel

- Questions to be handled with care.

REPLY APP 00662

ExpertAuPair023420

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-3   filed 04/27/18   USDC Colorado   pg 25
of 242
Case 1:14-cv-03074-CMA-KMT   Document 986-4   Filed 04/13/18   USDC Colorado   Page 24 of
241

# Exhibit 28

REPLY APP 00663

| | |
|---|---|
| **From:** | Mark Gaulter <mark@expertaupair.com> |
| **Sent:** | Monday, October 12, 2009 3:00 PM |
| **To:** | ⬚ |
| **Subject:** | Re: ⬚ application materials |
| **Attachments:** | ⬚.pdf |

Thanks ⬚

No problem at all on checking a reference for ⬚ I'll ask her for updated phone numbers and get back to you tomorrow.

In response to your questions:

#3 The FSA in your case contains different numbers because you're only getting 39 (and a bit) weeks. See the attached document. We're "tearing up" the one initialed online, because the attached supersedes that document.

#6 You can complete this now. It's the FSA (#3 above) that changes, not your contract with ⬚ -- she must still be paid the standard $195.75 per week, although for less weeks than normal.

#7 Yes, we have a local rep within an hour of every placement. Your rep is in LA and will come to your house for the interview.

Mark




On Mon, Oct 12, 2009 at 11:45 AM, ⬚ > wrote:
Here you go to get things started.

Do you think we could call a reference for ⬚ just so we can complete our own checklist? Obviously not her last family but ideally another family she worked with.


1. An application, completed online at www.expertaupair.com (ignore the invoice at the end).
**Completed**

2. Three photos and a letter to Brooke (this shouldn't be something you spend much time on because you've already recruited Brooke).
**Completed & Attached**


3. Sign the family service agreement, to be sent Monday (it's the standard one online at expertaupair.com but we need to write down the fees you'll be paying before you sign it).
**Completed?**
Is this the same agreement I saw during the registration process online that I signed with initials at the end?

1

REPLY APP 00664

ExpertAuPair026193

4.  Submit personal reference and employment reference.
**Waiting for these, should have them later today.**

5.  Complete financial verification, see: http://www.expertaupair.com/Forms/FamilyFinancial.PDF
**Completed & Attached** i.e. 401k, 2007 & 2008 taxes.

6.  Complete employment contract, see:
http://www.expertaupair.com/Forms/EmploymentContract.pdf
Can you advise? You mentioned waiting for some figures?

7. We also need to interview your family (our local rep does this, in large part to check that you have a separate room for Brooke).
Do you have someone in our area?  Need me to take pictures or short video of the room?

Regards,

Scott Metcalf

---

**From:** Mark Gaulter <mark@expertaupair.com>
**To:** [ ]
**Sent:** Saturday, October 10, 2009 1:15:09 PM
**Subject:** [ ] application materials

Note: Forwarded message is attached.

Mark Gaulter (mark@expertaupair.com) is on your Guest List | Delete this guest

--
Mark Gaulter
CEO, Expert AuPair
111 Second Avenue NE, Suite 303
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Email: mark@expertaupair.com
Web: http://www.expertaupair.com

REPLY APP 00665

ExpertAuPair026194

Case 1:14-cv-03074-CMA-KMT   Document 986-4   Filed 04/13/18   USDC Colorado   Page 27 of 241

# Exhibit 29

REPLY APP 00666

Sami Burk
Regional Representative, Expert AuPair
111 Second Avenue NE, Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256

Local Reps:

For this month's contact with the host families please include the following information with your regular contact:

-With the summer months, the hours of work *do not change.* Au pairs are not allowed to work more than 45 hours in a week and more than 10 hours in a day. Also, the weekly stipend must remain $195.75 a week.

- Many of the au pair's terms will end over the summer. Remember that we must receive Proof of Completion of the 72 classroom hours 45 days prior to their end date.

- Any au pair wanting to extend must contact regional representative *no later* than 45 days prior to their end date. (Please stress the importance of the 45 days as it does affect the chances of extending.)

-Will you be going on vacation this summer? If your au pair will be accompanying your family on vacation and will be working during that time, please remember that he/she must have his/her own private room.

- Can you tell me how things are going with your au pair?
- Will you be going on vacation? If your au pair will be accompanying your family on vacation and will be working during that time, please remember that he/ she must have his/ her own private room.
- Are there any issues that you would like to tell us about or that you need help with?

Host family Reminder:

- As you know, summer is here and many of your children are on vacation. I would like to remind you that the program rules do not change during the summer. The weekly work hours still cannot go over 45 hours and your au pair cannot work more than 10 hours a day. Also, the weekly stipend must remain $195,75 a week.

ExpertAuPair031148

REPLY APP 00667

Case No. 1:14-cv-03074-CMA-KMT Document 1042-3 filed 04/27/18 USDC Colorado pg 30 of 242

# Exhibit 30

REPLY APP 00668

Hi Applicant,

This is,

Nicole sieber

Host Family Placement Specialist Staffs representative of Expert Aupair INC,

Expert AuPair is an American cultural exchange program based in St. Petersburg, Florida. We match international students between the ages of 18 and 26 above the Ages who is willing to apply to the program through the desire to work with host families in the United States who need childcare. International au pairs work legally for host families, providing up to 45 hours of childcare per week, in return for a weekly salary, educational support, and free room and board for one year 6 Months or 3 Months and Even 2 months...This form permits a prospective exchange visitor to seek an interview at a U.S. embassy or consulate in order to obtain a J1 visa to enter the United States.The J-1 Au Pair program was created by the US Department of State to allow you to experience American culture while living with a host family. Au pairs have a unique position in the family as both a family member and employee....

The goal of the program is to enhance the lives of young people from all over the world, while offering families the chance to experience a new culture and receive affordable childcare services.

Our international exchange programs feature a rigid screening process of both students and families. This includes thorough background checks and in-person interviews. Please feel free to view just a few of our au pair candidates from around the world.

Exchange students must complete 32 hours of required childcare training, which would be held in the St.petersburg ,Florida, You will receive continuous support for the duration of the program. Expert Aupair will assign you a Local Childcare Coordinator in the US who will check in on you and your host family each month to be sure you're doing well. We also offer emergency support twenty-four hours a day, seven days a week....By becoming an au pair you will have the opportunity to experience the culture and lifestyle of America through a fun and rewarding job with important responsibilities. Your memories will be priceless and your friendships long lasting...

The Form DS-2019 identifies the exchange visitor and their designated sponsor and provides a brief description of the exchange visitor's program, including the start and end date, category of exchange, and an estimate of the cost of the exchange program and once you have receive receive your J1 Visa, we take care of the details of flying you to your host family's city. Excellent medical and liability insurance.

You're sure to have an incredible adventure during your stay in the United States. But to be on the safe side, we're also looking out for your health and wellbeing. That's why Expert Aupair provides you with

ExpertAuPair032673

comprehensive healthcare coverage throughout your stay. So when you need medical attention, you'll have peace of mind, knowing you have chosen an au pair agency with quality coverage that's easy to use.

Get paid to experience America:

While there is a nominal application and program fee to join the au pair program, it's quite small given that your roundtrip airfare is covered, you will have comprehensive medical insurance, and you can make over $10,000 USD in a year without paying for food or rent.

Benefits of the Au Pair Experience:

Living in the U.S. as an Au Pair offers many unique benefits not found in other cultural exchange programs. Making new friends, improving your English, furthering your education and great pay are just a few of the many benefits of the Au Pair program.

Family:

As an Au Pair, you live with a Host Family and provide full-time, live-in child care. You are an integral part of the family, a friend and teammate to the Host Parents and a big brother or sister to the children. Au Pairs are encouraged to participate in family events and outings so you may learn more about U.S. culture through firsthand experience.

Friends:

There are many opportunities to make new friends while in the U.S. and one of the easiest ways is with the other Au Pairs in your area. All Au Pairs living in the U.S. have a Local Area Representative who is responsible for scheduling activities. All the Au Pairs in the local area attend, so you learn more about the U.S. while meeting new people.

Education:

The education component is an important part of the Au Pair program. All Au Pairs are required to take classes at an approved and accredited university while in the U.S. You can choose any subject you would like to study, as long as it is through an accredited university. The amount of credits required varies depending on the Au Pair program in which you participate. The education component is also a great way to make new friends.

Financial:

As an Au Pair in America, you earn a weekly stipend of $195.75 – that is $10,000 a year! You also receive an educational allowance of up to $500 towards your educational requirement. You have a great time experiencing the U.S. while earning a great weekly stipend.

Travel:

ExpertAuPair032674

In addition to living in a local area in America, you have the opportunity to travel throughout the country. Each Au Pair receives two weeks of paid vacation during their year and a 30-day grace period at the end of their year specifically for travel within the U.S. To help Au Pairs travel, Expert Aupair developed the Bed and Breakfast program where participating friends and families of the Au Pair Program across the country provide traveling Au Pairs with accommodations for the night and breakfast in the morning. You also receive a basic traveler's health insurance during your time with the Au Pair program.

Language:

Perfect your English skills with full immersion into the English language. English is the primary language spoken in your Host Family's home and university classes are also taught in English. This real life experience with English provides you with more exposure to the English language than many other types of foreign exchange programs.

Experience:

Gain valuable work experience while caring for the children in your Host Family. After your year with the Au Pair program, you receive a certificate of completion showing your successful completion of the Au Pair program. The experience you gain as an Au Pair in America is a valuable resume builder and a great way to show future employers you are dependable and hard working.

Inspiration:

-Good reasons to be an au pair are far too numerous to list here, so we'll cover the highlights:

-Make new friends, especially with your American family

-Improve your English and knowledge of the United States

-Earn a weekly stipend of US $195.75 (US $10,000+ per year)

-Have opportunities to travel and see the US

-Receive up to $500 in education allowance to take courses while in the US

-Have 30 days at the end of your program to travel

As if that's not enough you also get:

-Care and guidance from our Great AuPair team during your program

-Full room and board from your host family

-Documentation allowing you to receive a J-1 visa

-Round-trip airfare from your home country to the US

ExpertAuPair032675

-Training through the Expert Aupair USA Training Academy before you arrive in the US

-Travel and accident insurance during your stay

-The opportunity to extend your stay for another 6, 9, or 12 months after your first year

What do au pairs do?

This is where your love for children's songs and parks comes in handy. As an au pair you will be responsible for the safety and wellbeing of children in your care. This is an especially rewarding responsibility as you will create special bonds with these children.

As an au pair, you perform tasks such as:

Playing and supervising children

Preparing meals and cleaning up afterwards

Making school lunches

Helping with bath time

Driving children to school and activities

Helping with homework and tutoring

Doing children's' laundry

Keeping kids' rooms tidy and organized

Other child-related duties requested by your family

You are not expected to do heavy housework, yard work, pet care, laundry, or meals for the entire family. That being said, you are also a member of the family, so don't be surprised if you're asked to sweep up dry cereal from breakfast or to participate in chores that are shared among family members.

Working hours and schedule:

As an au pair, you will work hard providing high-quality childcare, so naturally you will need a break. To ensure that you're not overworked, the Department of State has set limits on working hours and time off. Your host family will provide you with a weekly schedule. When you receive your schedule, make sure it complies with the following requirements:

You are scheduled to work no more than 45 hours per week

You are not working more than 10 hours on any given day

You have 1.5 days off per week and one full weekend per month (Friday evening to Monday morning)

ExpertAuPair032676

During the first 12 months, you will receive two weeks of paid vacation

Au Pair Qualification:

Expert AuPair candidates are selected based on their maturity, independence, adaptability, and, most importantly, for their sincere interest in and affection towards children.

Basic Au Pair Qualification Criteria:

Au Pair must be 18 years and above.

At least a high school graduate.

Able to read and Understand English.

A good practical childcare experience.

In possession of a valid driver's license ( If the family requires you to drive).

Has no criminal record.

Must be able to pay the Au Pair program cost.

Able to submit three references.

Able to pass a psychometric test which measures behavior and personality.

Willing to share customs and culture from their home country.

More requirement will be send to you when you wish to start the Application and Documentation Process with us.

Expert AuPair maintains a strict and thorough screening and admissions procedure based on program visa requirements. Both the au pair and host family benefit from this detailed process and can feel confident that they are entering a program that exceeds the regulatory standards.

Program Cost for Expert AuPair

The costs for an Au pair to participate in the US Au pair Program are set by the United States Au pair agency organization. The following are only estimates of the costs to the au pair each.

1. Application Fees : $200

 2. Agency Fee: $200

3. Document processing Fee $600: Due upon matching with your host family so that your visa paperwork can be FedEx'd to you and travel arrangements can be made on your behalf.

4. Placement Fee of $150

ExpertAuPair032677

Total: $1150

5. Airfare surcharge varies by departure city. In Most European countries there is no surcharge. In Australia, New Zealand or South America there may be a surcharge of up to $950 each way. ( Host Family are responsible for the Air ticket and all you need to pay is $1150)

Our Role:

Your family can be assured that you are participating in an officially sanctioned program, with a respected and experienced company. The U.S. Department of State has designated Expert AuPair an official J-1 visa program sponsor, and the program adheres to stringent government standards.

We take our sponsorship responsibilities very seriously and carefully follow all mandated program requirements, as well as our own additional quality guidelines.

We are 100% committed to our host families and au pairs, and will do everything we can to make the intercultural exchange experience successful and rewarding for all parties.

If you Have got some Questions to Ask then you can feel free to write..

BUT You are Satisfied with the Program and willing to continue then you are expected to send back an Email that you are willing to continue the program ok ?

Nicole Sieber

Expert Group International Inc., dba Expert AuPair

111 Second Avenue NE Suite,

213 33701 Saint Petersburg,FL

(727) 883-3412

# Exhibit 31

REPLY APP 00675



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

I, Juelle Alexandra González Cortes _____, an applicant to be an Au Pair in the Go Au Pair Operations, LLC, Au Pair program, agree to abide by the terms and conditions set forth in this agreement as outlined below.

**Preliminary Requirements**

1. I certify I am between the ages of 18 and 26.
2. I have graduated from secondary school.
3. I agree to submit a certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program.
4. I agree to complete a psychometric profile and personality profile provided by Go Au Pair Operations, LLC.
5. I agree I will complete 32 hours of childcare training provided by Go Au Pair Operations, LLC, prior to arriving at my Host Family's home.
6. I agree to submit a physician's report and hereby state everything contained in the report is complete and accurate.
7. I agree to provide childcare and character references.
8. I agree to pay any Program Fees and Add-on Airfare as set by Go Au Pair.
9. I agree to abide by all appropriate regulations and laws of Go Au Pair Operations, LLC, and the U.S. government. I also agree to cooperate with all those supervising the program and to abide by any reasonable instruction.
10. I agree to be present for all flights and transportation arranged for by Go Au Pair Operations, LLC.
11. I agree to return home at the end of my program and before the expiration of my DS-2019. I will not attempt to return to the United States without a valid visa.
12. I agree to provide my own transportation to the departure airport at my own expense.

**Duties**

I understand and agree providing quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life. The child care duties I will be responsible for may include, but are not limited to the following:

1. Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing, teaching and caring for the children.
2. Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
3. I understand I am not responsible for the care of an infant less than three months of age.
4. I understand I am not responsible for overall general housework, nor am I responsible for cleaning up after any adult member living in the household.
5. I agree to keep my personal living space clean and tidy.

**Discipline**

I agree to abide by the method of discipline as outlined by the Host Family. At no time will I strike a child or cause physical harm to a child. In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program and I will be required to return home at my own expense.

**Education**

I agree to enroll in and attend six semester hours (a minimum of 72 classroom hours)* of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay. I understand my Host Family will pay up to $500 toward tuition and books. I understand my Host Family is responsible for transportation to and from school and any associated costs. I agree to be responsible for any additional amount over $500 that may be required by the institution. I agree that my course work will not interfere with my childcare duties. Additionally, I agree should I change families after I receive $500 towards my education, I will not be eligible for further financial help from my new Host Family.

Au Pair Initials J.A.G.C   Date 15/01/2014

Go Au Pair
Au Pair Agreement

REPLY APP 00676
HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY
GAP_00000785



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

**Host Family**

I agree to abide by any mutually agreed upon house rules as set forth in the Written Agreement. This might include, but is not limited to, houseguests and curfew. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, or being coerced to work extra hours, I will bring the matter to the attention of the Host Family and contact my Local Area Representative (LAR). Additionally, should I be subject to any physical, sexual or emotional abuse from any member of the Host Family, I agree to contact my LAR. I agree to abide by all local, state and federal laws, including the 21-year old drinking age restriction during my stay in the United States. I understand failure to do so will result in my immediate termination from the program.

**Stipend and Expenses**

I agree my weekly stipend will be no less than $195.75* per week in exchange for working up to ten hours per day for a maximum of 45 hours per week. I understand I will have one and one-half days off per week with one full weekend off per month. I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.

I accept total responsibility for my own expenses, including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf. Neither Go Au Pair Operations, LLC, nor the Host Family will accept responsibility for any personal charges or extra expenses I have incurred. If I am transferred to another Host Family for any reason, I understand my present Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe the Host Family. I understand the Host Family must be able to provide me with a copy of the bills.

I understand in the event of a late cancellation by me, where Go Au Pair Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from Go Au Pair Operations, LLC, I may be required to forfeit my Program Fee and Add-on Airfare.

**J-1 Visa/DS-2019**

I agree to complete all visa requirements and to obtain a valid passport. I understand Go Au Pair Operations, LLC, is designated by the U.S. Department of State as an Au Pair Program sponsor. I agree I am a suitable candidate for a J-1 Cultural Exchange visa. I understand Go Au Pair Operations, LLC does not issue my J-1 visa. United States Consular officers issue all visas and Go Au Pair cannot guarantee I will receive a visa. I understand Go Au Pair Operations, LLC issues my DS-2019 form which is required for a visa application.

I agree to obey all United States Department of State regulations and United States laws during my stay in the United States. If I do not return to my own country at the expiration of my DS-2019 or if I leave my Host Family without the approval of Go Au Pair, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings. If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.

I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay. I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the program.

---

* $215 for Plus Au Pairs, $255 for Premiere Au Pairs; subject to change based on U.S. Federal Minimum Wage

Au Pair Initials **I.A.G.C** Date **15 | 01 | 2014**

Go Au Pair
Au Pair Agreement

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

---

### Completion Package

I will receive a Completion Package at the end of my successful year in the United States. In order to receive the full Completion Package, I agree to:

- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.
- Attend at least four (4) of the Cultural Events held by my Local Area Representative (LAR) during my year in the United States(attendance will be verified by the Corporate Office) and provide pictures and information about the events.
- Complete end of year surveys by Go Au Pair

I understand all requests for the Completion Package must be submitted no later than 90 days after the expiration of DS-2019. Go Au Pair Operations, LLC has up to 90 days after the expiration of my DS-2019 to send the Completion Package.

I will not receive my Completion Package if:

- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate;
- I do not satisfactorily complete my year as an Au Pair, including completing the required education and attending the required Au Pair activities.
- I do not complete the end of year surveys sent by Go Au Pair

### Grievance Policy

I agree I have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

### Departures

If I leave my Host Family within the first sixty (60) days of arrival, whether it is to return home or move to a new family, I will be responsible for reimbursing my Host Family for the cost of my arrival airfare. I understand this is my responsibility and not that of Go Au Pair Operations, LLC. If I leave the Host Family at any time, I agree to give the Host Family at least two weeks notice prior to leaving. If I cannot complete my commitment to the program, I will be required to pay for my own airfare home. In addition, I will not receive any accrued paid vacation stipend.

I understand if I remain in the United States past my permitted program duration I forfeit my return ticket home and will not be reimbursed for the amount. I understand the return portion of my travel can only be used at the end of my program duration.

Au Pair Initials  IAG.C   Date 15/01/2014

Go Au Pair
Au Pair Agreement

**REPLY APP 00678**

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                                GAP_00000787



# Go Au Pair

*a cultural childcare experience*

## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

### Non Smoking Declaration

I understand I am not permitted to smoke in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family. If I am caught doing so I will be terminated from the program, my DS-2019 will be cancelled and I will be forced to return home at my own expense.

If I have indicated on my Au Pair Application I am a non-smoker, I am not permitted to smoke while in the United States. If I am caught doing so, I will be terminated from the program. My DS-2019 will be cancelled and I will be forced to return home at my own expense.

### Agreement

I hereby warrant that all information I have given to Go Au Pair Operations, LLC, and Go Au Pair Operations, LLC, representatives is true, accurate and complete. I understand if any of the information is found to be false, inaccurate or incomplete, Go Au Pair Operations, LLC, will terminate my DS-2019 and I will return to my home country at my expense.

I agree to perform my duties as an Au Pair to the best of my ability. I agree to indemnify Go Au Pair Operations, LLC, and its authorized agents and representatives for any loss or damage suffered by them. I agree to indemnify Go Au Pair Operations, LLC, and its authorized agents and representatives for any claims made against them which result from any breach of contract or negligence I cause during my participation in the program.

I further warrant that Go Au Pair Operations, LLC, its affiliates, agents and employees will act on my behalf in arranging for transportation and that none of them will be under any liability to me in respect to any loss, damage, personal injury, delay or expense suffered by me resulting from any act or omission of any carrier, any member of the Host Family or any other body, corporate or non-corporate, in relation to transportation to and from and within the U.S., my duties as Au Pair or any other facility or service organized on my behalf.

I hereby agree that Go Au Pair Operations, LLC, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety.

I agree that U.S. law applies to this agreement and I agree to submit to the jurisdiction of the U.S. courts.

I understand the above information and will abide by the terms, conditions and rules of Go Au Pair Operations, LLC. I have received a copy of the federal regulations and a copy of the policies and grievance procedures of Go Au Pair Operations, LLC. I have truthfully answered all questions asked of me in the application. If at any time I am found to have falsified information on my application, my DS-2019 will immediately be cancelled. I will be required to return to my home country at my own expense.

Applicant name (print) ___Ivette Alexandra Gonzalez Cortes___

Applicant signature _____

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY

Case 1:14-cv-03074-CMA-KMT   Document 980-4   Filed 04/13/18   USDC Colorado   Page 41 of
241

# Exhibit 32

REPLY APP 00680

**From:** AU PAIR TRAVEL : Angel Jordaan-Otto [angel@aupairtravel.co.za]
**Sent:** Friday, October 31, 2014 7:35 AM
**To:** Amanda Roach
**Subject:** FW: Leaving the ███████ family

Hi there Amanda,

I have reach this email below and my mouth hangs literally open.  I cannot believe that this could and would be Minel.  You would speak with her and get to know her she is not like this.  Minel was in and out of my office often and we literally sat with her and got to know her.  I am positive once you have spoken to her you will see that her character is not of such nature.

Please let me know about her rematch, we are all very concerned and hoping that she will match. ☺

**PLEASE NOTE THAT AU PAIR TRAVEL WILL BE CLOSED FOR THE FESTIVE SEASON.  WE WILL CLOSE DECEMBER 19TH, 2014 AND REOPEN JANUARY 5TH, 2015.**

*The New Immigration Regulation dictates that as from 01 October 2014 children require UNABRIDGED BIRTH CERTIFICATES (under the age of 18 years), along with their passports, when travelling. Should you be travelling with/making a reservation for children, please ensure that you apply for these certificates timeously.*

Kind Regards,

*Angel Jordaan-Otto*
**Program Director/Travel Coordinator**
**MANAGING MEMBER OF AU PAIR TRAVEL and APT WORK AND TRAVEL AGENCY**
**Internationally recognised by IAPA and WYSE CONFEDERATION**



P O Box 26021          Rietfontein Pavilion
Gezina                 Shop 14
0031                   C/o Jacobs and Frates Road
South Africa           Pretoria, 0084

**E- mail :** angel@aupairtravel.co.za
**Skype :** aupairtravel.angeljordaan

**like or add your photos on our facebook page – AU PAIR TRAVEL – look out for our logo or click on the link below :**
**www.facebook.com/pages/Au-Pair-Travel/1423523907933299**

Website : www.aupairtravel.co.za
**FLIGHTS : flights@aptworkandtravel.co.za**
**LOCAL AU PAIR : national@aupairtravel.co.za**
**WORK AND TRAVEL : dewald@aptworkandtravel.co.za**

**Phone:          +27 (12) 329 9853 - AU PAIR AGENCY**

1

REPLY APP 00681                                    GAP_00005744

**Phone:**     **+27 (12) 329 1670 - TRAVEL AGENCY**
**Fax:**        **+27 (0) 86 239 3809**

The information in this e-mail (which includes any attachments transmitted with it) is confidential and may be legally privileged.  It is intended solely for the addressee.  If you are not the intended recipient, any disclosure, copying, distribution of this e-mail is strictly prohibited. The views and opinions expressed in this e-mail are those of the sender unless clearly stated as being that of the management or directors of Au Pair Travel cc or its associated Agencies.  If you have received this e-mail in error, please do not read it, notify the sender and delete the e-mail from your system.

The Agency cannot assure that the integrity of this communication has been maintained nor that it is free of error, viruses, interception or interference.  While the Agency has taken all reasonable precautions to ensure that no viruses are present in this e-mail, the Agency cannot accept liability for any loss or damage arising from the use of the e-mail.  You are accordingly encouraged to carry out your own virus checks prior to opening same.

**From:** Minel Korb [mailto:minel.korb136@gmail.com]
**Sent:** 31 October 2014 02:51 PM
**To:** AU PAIR TRAVEL : Angel Jordaan-Otto
**Subject:** Fwd: Leaving the ███████ family

Hi there,

here is my reply on her last email that she has sent to me.

Minel

---------- Forwarded message ----------
From: **Minel Korb** <minel.korb136@gmail.com>
Date: Thursday, October 30, 2014
Subject: Leaving the ███████ family
To: Amanda Roach <aroach@goaupair.com>

Hello Amanda,

I am staying with family friends in Virginia (Washington DC). The address and contact numbers were provided in my previous e-mail of 29th of October, herewith below the details:

*Address: 3817 Inverness road, Fairfax, Virginia 22033*

*Cellphone number: +1 202 560 0838*

With regards to the questions that you have:

In the email that I have sent you on the 29th of October I stated there that despite of her mother sharing all this with me she also turned against me when alone with ██████ and made false accusations about me:

2

1) I yelled at the children and using/teaching them words like "Shut up you piss me off"

2) I pulled them around with their arms when they were naughty.

I have two little brothers who are dearest to me and have never and will never treat any small child in that manner. This was totally false and eventually after I had/requested a conversation with ██████ he truth came out and ██████ apologised about her mother's behaviour. That night when me and ██████ had a conversation about this she also told me that ███ and her mother have seen that happen and not ██████ herself as she states. I have also asked that night that she could possibly tell me where and when did it happen and she couldn't. On Sunday night before I left I told her that this issue is still bothering me and she stated the following : "Minel you have said that it is not true and I believed you when you were saying that you did not do that."

**Redacted for Confidential Information**

Please bear in mind that even though I worked overtime every day without compensation and promises thereof without realizing it, I did not complain and went on about doing what is best for the children by looking after them to the best of my ability. My contract hours are no later than 4pm and weekends time-off.

I sent you a email on the 28th of October regarding my two weeks notice : "I completely understand that the situation could've been handled in a better way but as said before continuous negativity elements reached boiling point which was not in favour of either party. As now confirmed in my contract there is a 2 weeks' notice period which I truly was not aware of, there was no time taken by to discuss the "what if's" of different potential scenario's, the contract was signed on good faith and also my mistake not to thoroughly reading it and familiarise myself with every point therein. Please accept my sincere apology. Doris told me that night that I have to give two weeks' notice but emotions were already quite high and only after ██████████ instructed me to pack my things and leave immediately and found myself out in the street before their house, they wanted to talk about it again at which point it even made me more doubt a future with them. I truly wish we didn't part ways in that manner but it got out of hand. This whole situation is not in my character and what I'm used to, I wish you would know me better like my friends and family does to see this.

Please accept my sincerest apologies to you as well as your company for the unfortunate outcome, I hope and believe that I will rectify this if you are willing and able to rematch me with another suitable host-family.

Kind Regards,

REPLY APP 00683

GAP_00005746

Minel Korb

On Thursday, October 30, 2014, Amanda Roach <aroach@goaupair.com> wrote:

Hello Minel,

I apologize for my delayed response, as I was waiting for more information from the ████ family about your time together, in order to further evaluate moving forward in the program.  Where are you staying right now, and who with?

I do have some questions for you, based on information from the family, that I would like to get more information about from you.  Here are the questions that I have, in which I would very much like to hear your response to:

- ████ stated that she did hear you losing your temper a bit with the boys, and she said that you yelled at them, can you tell me about this?

**Redacted for Confidential Information**

- Both the family and Doris tried to get you to stay, talk about the situation, and give a proper two weeks' notice, is that correct?

I appreciate any and all information you can provide to me about these items

Thank you,

**Amanda Roach**

*Placement Coordinator*

aroach@goaupair.com

www.GoAuPair.com

888.AUPAIR.1 (*888.287.2471*)

4

GAP_00005747

EYES ONLY

801.255.7722 Ph • 801.255.7782 Fax

151 East 6100 South, Suite 200

Murray, UT 84107

**From:** Minel Korb [mailto:minel.korb136@gmail.com]
**Sent:** Wednesday, October 29, 2014 7:49 AM
**To:** Amanda Roach
**Subject:** Re: Leaving the ██████ family

Hello Amanda,

Thank you kindly.

Minel

On Tuesday, October 28, 2014, Amanda Roach <aroach@goaupair.com> wrote:

Hello Minel,

I appreciate your email.  I am considering the information that you and the ████ family have provided, and I will give you an answer tomorrow about your eligibility to rematch.

Thank you,

**Amanda Roach**

*Placement Coordinator*

aroach@goaupair.com

www.GoAuPair.com

5

GAP_00005748

888.AUPAIR.1 (*888.287.2471*)

801.255.7722 Ph • 801.255.7782 Fax

151 East 6100 South, Suite 200

Murray, UT 84107

---

**From:** Minel Korb [mailto:minel.korb136@gmail.com]
**Sent:** Tuesday, October 28, 2014 10:46 AM
**To:** Amanda Roach
**Subject:** Re: Leaving the ███████ family

Hi Amanda,

I completely understand that I did not handle this situation the right way to just tell them that I am leaving the next day. I did not read my contract properly and therefore was not aware that I have to give a two week notice. I know this is not an excuse as I have learned now to read my contract thoroughly. Please accept my sincere apology. I hereby declare that I will definitely ensure in future that I handle the situation within the stipulations of my contract. I am enjoying it to be an Au pair and would really like to be re-matched.

Your favourable consideration will be highly appreciated.

Kind Regards,

Minel Korb

On Tuesday, October 28, 2014, Amanda Roach <aroach@goaupair.com> wrote:

Minel,

I understand that you felt frustrated and upset, and that you just wanted to leave, however, the agreement that you signed with

6

REPLY APP 00686

GAP_00005749

Go Au Pair, and your Host Family state that if you wish to end your time with a family, you must speak about the situation, and give the family 2 weeks' notice. Because you decided just to leave, you have violated that agreement. What will happen if you match with another family and you feel unhappy again and just leave? You left the ▉▉▉▉ family in a very bad position, and Go Au Pair in a bad position as well, because you did not follow through with what you said you would do, and what Go Au Pair said you would do.

I've attached your Au Pair agreement to this email so that you can view the information contained in it.

**Amanda Roach**

*Placement Coordinator*

aroach@goaupair.com

www.GoAuPair.com

888.AUPAIR.1 (*888.287.2471*)

801.255.7722 Ph • 801.255.7782 Fax

151 East 6100 South, Suite 200

Murray, UT 84107

---

**From:** Minel Korb [mailto:minel.korb136@gmail.com]
**Sent:** Tuesday, October 28, 2014 9:33 AM
**To:** Amanda Roach
**Subject:** Re: Leaving the ▉▉▉▉ family

Hi Amanda,

Yes I have spoken to Doris and I did feel better later that week but still did not feel happy - though I am a person who don't want to give up and try to make things work but on Sunday I just could not do it any more! I think I just snapped.

The reason why I didn't want to talk about the issues and just wanted to leave is because I knew for a fact that this is not going to work any more. And unfortunately I am a person who struggle to communicate very easily when there is a problem and I need to work on it but I just knew for a fact that I would not be able to cope any more with this family.

7

GAP_00005750

On Sunday night I told them that I will be leaving the Monday and they went upstairs to phone Doris. After they spoke with Doris she phoned me and I told her that I would be leaving the next day and Doris told me that I need to give them two weeks. I know I was wrong not giving them two weeks time but as I said I wouldn't be able to cope any more and once again I am sorry about that. After I spoke with Doris, ███ went downstairs to go and get my bag and ██████ asked me what did Doris say so I said that I told her I am leaving and all Doris could say was okay then after trying to convict me to stay. ██████ asked me then and there to pack my bags rather that night right away and leave. And I that.


Kind Regards,


Minel Korb

On Tuesday, October 28, 2014, Amanda Roach <aroach@goaupair.com> wrote:

Hello Minel,



I really appreciate your email, and all of the details you've provided to me. I am sorry to hear that you had a difficult and disappointing experience with the ██████ family. I had been in touch with your LAR Doris about your concerns, and I understand that she was speaking with you about the problems you were experiencing, and just last week you informed her that things were improving, as she forwarded your email to me.


I had a chance to speak with both ██████ and Doris yesterday, and here is the information that I was provided by each of them, please look over the information and confirm if this is correct, and let me know if you have any other information to add.



Doris stated that she spoke with you on Sunday night, and understood that you were upset about what occurred that night, I believe it was in regards to not being able to use the car, is that correct? Doris said that she asked you to schedule a meeting with her and the family to talk about your concerns together, so that you could go about the process correctly, including giving the required 2 weeks notice, is this correct? Doris said that you didn't want to talk about the issues or having a meeting because you had already made up your mind to leave the next day.


██████ stated that Sunday there was an argument about the car, and then you told the family that you wanted to return home, and that you had a flight scheduled for Monday, the next day, and that you already had all of your bags packed and ready to go, and advised them that you were ready to leave right then. ██████ said at that time you could take your things and leave the house since you were already advising them that you were leaving, is this correct?

8

GAP_00005751

Thank you,


**Amanda Roach**

*Placement Coordinator*


aroach@goaupair.com

www.GoAuPair.com

888.AUPAIR.1 (*888.287.2471*)

801.255.7722 Ph • 801.255.7782 Fax

151 East 6100 South, Suite 200

Murray, UT 84107

---

**From:** Minel Korb [mailto:minel.korb136@gmail.com]
**Sent:** Monday, October 27, 2014 8:38 PM
**To:** Amanda Roach
**Cc:** AU PAIR TRAVEL ; Angel Jordaan-Otto
**Subject:** Leaving the ██████ family


Dear Amanda,


Trust it is going well with you. I would like to bring the following information under your attention to keep a record for both of us on what I discussed with the family last night and events leading up to where I find myself today. As previously discussed with Doris is that numerous attempts of communication did eventually not led to a positive outcome. Unfortunately, I believe I will not be the first nor the last Au Pair that do not match up with their first family. The decision to leave the family were unfortunately very quick but with good reason.


In the first month when I was with the ██████ family, ████████ mother was there to assist me because the children need to be at places and I did not have a driver's license as yet. As expected, the first month was quite hectic for me getting use to everything and a different culture and the children.

9

REPLY APP 00689

GAP_00005752



However, I found myself in very uncomfortable situations during the time I spent with her. She made it clear to me that she doesn't agree with the way ████████ are raising their children which did not make it easy for me to follow their guidelines in her presence. During her stay the children always wanted her attention more than me which is understandable but whenever the kids were naughty the grandmother bought them something to please them. She spoke negatively about ████████ to me and I don't believe it was fair towards me becoming in the middle of family relationships and differences and added pressure on me. Despite of her sharing all this with me she also turned against me when alone with ████ and made false accusations about me like 1) I yelled at the children and using/teaching them words like "Shut up you piss me off" 2) I pulled them around with their arms when they were naughty. I have two little brothers who are dearest to me and have never and will never treat any small child in that manner. This was totally false and eventually after I had/requested a conversation with ████ the truth came out. ████ apologised about her mother's behaviour. I also got a text from her that day before we spoke about this issues that I need to start to do all my duties and her poor mom is working and cleaning all the time so that I could study - which is also not true. The only time I studied on a Saturday morning and according to my contract I am off-duty on weekends. I told ████ that unfortunately the children wants their grandma to do things for them rather than I do it for them and there is nothing I could do about that but as far as I could help I did help and do my work the best I possibly could. Again I had a discussion with ████ that night and ████ told me that she knows her mom is doing that. I personally think that her mom was a bad influence on both me and ████ because of all the negative and bad things that I was told about them. I know adjustment does takes time but I do not feel that it was a good match. This is always a risk for both sides and I'd rather leave now than let this experience keep on affecting my self-confidence.

████ told me that I can not take care of my emotions and that I am not mature enough, yet I felt that her emotions change every other minute. I told her last night that every time they came home I am so scared that I did something wrong because most of the time there was something I did wrong but then also not in a good mood. I also feel that my personality and her personality differs a lot and unfortunately I cannot see myself working with her anymore as I don't feel that I could cope with these type of situations any more. She told me last night that she is sorry about that and that her husband has also spoken to her about that problem.

In the written agreement that Go Au pair sent both of us it stated that my work hours are from 7am – 4pm in the week days (9 hours per day). Since arriving I have continuously worked over-time every day - always working more hours per day than agreed. ████████ didn't come home one evening at the time the signed contract said. This is breach of contract and failure to deliver on promise. I did not complain about this though.

In the Au Pair handbook there has been written that Off-Duty driving is a 25 miles radius from your home that I can drive. They never told me before that I can only use the car to go to church till the last Sunday and that I may not use it for social events. On the last Sunday I asked if I may go to Centennial which is 13 minutes away and ████ told me no that it is too far and a risk however the church is the same distance from home??. I have told them about this last night and ████ told me that it is not for so use only for the kids purpose. On the other side Tom told me the other day when I wanted to go to Park Meadows for the day and only come back at night he offered that I could take the car. It confused me though.

10

GAP_00005753

I've heard that at every host family in the U.S there is a problem with toilets that are blocked – twice now they have told me that I use to much toiletpaper - I really don't know how much less toilet paper an adult should use?? I did however do my best to try.

I recognise that I also made mistakes too but as soon as ███████ told me I need to change certain things or I may not do some other I did my utmost best to do so and adhere to expectations.

On Sunday it just became too much and I told the ███████ family that this is not working and gave motivation behind it and that day I also missed my family a lot and really wanted to go home. I informed them that I will be flying to Washington DC on Monday morning to family friends who offered to assist me from there in order to prevent any more conflict and altercations that will only upset them and the kids which is not healthy for all parties involved.

I sincerely apologise for the fact that I have left on such short notice but circumstances reached boiling point. After Sunday's conversation with them telling them that I am leaving tomorrow ███████████ asked me to rather pack my bags immediately and leave the same evening, I believe that really indicates and sums up the circumstances I found myself in. After I spoke to my parents we agreed on a potential way forward where I kindly ask for your assistance please to still remain here and re-match me with another family. I still believe that despite this unfortunate result I have what it takes and requires with very high moral values, integrity and commitment based on my Christian believes and would really like to finish my term as promised.

The ███████ family was very good to me too and I appreciate it a lot but I don't think it was a good match.

Thank you

Kind Regards

Minel Korb

11

GAP_00005754

Case No. 1:14-cv-03074-CMA-KMT Document 1042-3 filed 04/27/18 USDC Colorado pg 54 of 242

# Exhibit 33

REPLY APP 00692

| | |
|---|---|
| **From:** | Devon Kapler |
| **Sent:** | Tuesday, July 21, 2009 8:58 AM |
| **To:** | Tiger Wang |
| **Cc:** | David Howick; Gary Bishop; Devon Kapler |
| **Subject:** | Pages for Moving to goAUPAIR.com production |

Hi everyone,

Here is the preliminary plan for the deployment of goAUPAIR.com changes for tonight. Tiger has a few more action items in red below which I'm going to validate in Bait. We'll talk about all of this before making any production changes but so far, this appears to be the plan. Thanks.

***Determine VisualBasic software install on server so can compare pages for changes

1. David does back-up of production goAUPAIR.com
2. David does clone of production goAUPAIR.com for us to make our changes (should not have large downtime for goAUPAIR.com)
3. Make the following changes (at the same time, Devon delete the test data in SFDC (mass leads delete, mass HFApp delete, mass Account delete), update lead routing)

Replace these pages for new website and also for "Request Info" navigation change:

Pages Tiger Updated for Stipend and "Request Info" Nav change:
/programrequirements.html

## What do I receive?
- A minimum weekly stipend of $176.85

Change amount to $195.75

whygoaupair.html

goAUPAIR offers five different Au Pair programs to participate in, including the Standard Au Pair Program, Au Pair Plus Program, Premiere Au Pair Program, Educare Program and Summer Au Pair Program.

Change to "goAUPAIR offers five different Au Pair programs to participate in, including the Standard Au Pair Program, Au Pair Plus Program, Premiere Au Pair Program and  Educare Program."

educareaupair.html

Host families provide up to $1,000 towards completing 12 semester credits of education courses, a weekly stipend of $132.64 and room and board.

Change to "Host families provide up to $1,000 towards completing 12 semester credits of education courses, a weekly stipend of $146.81 and room and board."

summerprogram.html
summeraupair.html

Remove all the text below the navigation and display the following message instead
"goAUPAIR has not confirmed participation in the Summer Program.  For inquiries, please contact our office directly at:
For Host Families, please submit your question.
For Au Pairs, please email 2baupair@goaupair.com"
http://test.goaupair.com/IAPA/AwardWinningAuPairs.html
http://test.goaupair.com/IAPA/DanielsHostFamilyNominationEssay.html
http://test.goaupair.com/IAPA/DanielsFinalistEssay.html
http://test.goaupair.com/IAPA/MartellsHostFamilyNominationEssay.html
http://test.goaupair.com/IAPA/JanutolasHostFamilyNominationEssay.html

1

REPLY APP 00693

GAP_00009943

Case No. 1:14-cv-03074-CMA-KMT Document 1043-3 filed 04/27/18 USDC Colorado pg 56 of 241

Case 1:14-cv-03074-CMA-KMT Document 936-17 Filed 04/10/18 USDC Colorado Page 55 of 241 — FILED UNDER LEVEL 1 RESTRICTION — ATTORNEYS' EYES ONLY

>> Make Request Info Wider

http://test.goaupair.com/IAPA/AwardWinningAuPairs.htm >> Give this page a title "Award Winning Au Pairs"

http://test.goaupair.com/bealar.html >>> Find out why none of the navigation links work

Find the image for "Sign Up Now" and change to "Host Family Sign Up Now"

\\Bait\goaupair test site\NewPages >> Move these pages to regular BAIT so we can test links/navigation etc.

Pages Cara built for new site and for "Request Info" Nav change:

<\\Bait\goaupair test site\arrival.html>
<\\Bait\goaupair test site\aupairplusprogram.html>
<\\Bait\goaupair test site\educareprogram.html>
<\\Bait\goaupair test site\faq.html>
<\\Bait\goaupair test site\ fees.html>
<\\Bait\goaupair test site\ goaupairprogram.html>
<\\Bait\goaupair test site\ hostguide.html>
<\\Bait\goaupair test site\ hostinganaupair.html>
\\Bait\goaupair test site\index.html>
<\\Bait\goaupair test site\ insurance.html>
<\\Bait\goaupair test site\ letsbegin.html>
<\\Bait\goaupair test site\ perfectmatch.html>
<\\Bait\goaupair test site\ placementprocess.html>
<\\Bait\goaupair test site\ premiere.html>
<\\Bait\goaupair test site\ programinfo.html>
<\\Bait\goaupair test site\testimonials.html>
contactus.html

Create brand new page in production (New page and Request Info change)
<\\Bait\goaupair test site\ news.html>

Create this folder new in production for the new webpages:
\\Bait\goaupair test site\NewImages

Replace these pages for Online HF Application only:
http://test.goaupair.com/downloadforms.html

Replace these pages for "Request Info" Nav Change only:
http://test.goaupair.com/IAPA/AwardWinningAuPairs.htm
http://test.goaupair.com/IAPA/DanielsHostFamilyNominationEssay.htm
http://test.goaupair.com/IAPA/DanielsFinalistEssay.htm
http://test.goaupair.com/IAPA/MarielasHostFamilyNominationEssay.htm
http://test.goaupair.com/IAPA/LenutasHostFamilyNominationEssay.htm
http://test.goaupair.com/FlexibleChoiceProgram/FlexibleChoiceProgram.htm
http://test.goaupair.com/aupairplus.html
http://test.goaupair.com/premiereaupair.html
http://test.goaupair.com/faq1.html
http://test.goaupair.com/bealar.html
http://test.goaupair.com/larresponsibilities.html


Add redirect for "Sign Up Now" to point to Online HF Application
NOT here: http://test.goaupair.com/hostinganaupair.html
Go here: http://test.goaupair.com/HFApp/HFAppdefault.aspx

One-off in production change the navigation for these pages to say Request Info instead of Apply:

2

http://www.goaupair.com/appforms.html
http://www.goaupair.com/apguiderequest.html
http://test.goaupair.com/apavailable.aspx
http://test.goaupair.com/featured_country.aspx

Replace image for Online HF Application:
Replace green Sign Up Now
Replace pink Sign Up Now

4. Tiger will validate the deletes come down to the database, if not run GLOBAL Audit
5. David switches clone goAUPAIR.com with production goAUPAIR.com so minimal downtime

----------------------

*Devon L. Kapler*
Project Coordinator

**goAUPAIR** *Two-time winner of the Au Pair of the Year award*

Learn about our **Flexible Choice Program**,
*Working together so the Au Pair Program works for you!*

-----------------------------------------------------------------------------------------------------------
dkapler@goaupair.com | 888.AUPAIR.1 | 801.255.7782 Fax
151 East 6100 South, Suite 200 | Murray, UT | 84107

To provide feedback on our customer service, please email feedback@goaupair.com
-----------------------------------------------------------------------------------------------------------

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

REPLY APP 00695

GAP_00009945

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-3   filed 04/27/18   USDC Colorado   pg 57 of 242

# Exhibit 34

REPLY APP 00696

| | |
|---|---|
| **From:** | Tessa Dean |
| **Sent:** | Wednesday, August 13, 2014 7:52 AM |
| **To:** | Kvemulapalli@yahoo.com |
| **Subject:** | RE: Application |

Hello Kal,

Just wanted to follow up and see if you have any additional questions on how the program works and if it is right for your family?

Please call me or email anytime.

Kindly,
Tessa

---

**From:** Tessa Dean
**Sent:** Tuesday, August 12, 2014 4:03 PM
**To:** Kvemulapalli@yahoo.com
**Subject:** RE: Application

Kal,

Please watch the video on our website for information on pricing and fees: http://www.goaupair.com/host-families/program-costs keep in mind the fees discussed in this video are for out of country au pairs. They placement fees would be a bit cheaper for in country au pairs as they have less than one year typically left on their J-1 visa. The weekly stipend to the au pair doesn't change, that is always the $195.75/week.

There is a grievance procedure, we ask au pairs and host families to give 2 weeks notice in the event it is not a good match for either party. After that, you can get a refund of any remaining placement fees you have paid (and not used) or you can use those fees to then find a replacement au pair.

Claudia was very excited about the opportunity to speak with you. She said she is available to Skype tomorrow until 1pm when she has to work with her current family. Here is a bit more about her:

I have a great candidate that is from Colombia her name is Claudia Paola Castillo Prieto, she is 24 years old and infant qualified with almost 600 hours of under age 2 experience. She was currently with a family that only allowed her to speak Spanish and she wants to be in a family where she can improve on her English. She is a college graduate and an education background with teaching experience. She is a great candidate and best of all she specifically wants to be in Minnesota as she has friends here. Watch her application video to learn more about her: http://www.youtube.com/v/tx6Gsf8hHgA?rel=0

Kindly,
Tessa

---

**From:** Kvemulapalli@yahoo.com [kvemulapalli@yahoo.com]
**Sent:** Tuesday, August 12, 2014 3:56 PM
**To:** Tessa Dean
**Subject:** Re: Application

Hi Tessa

Thank you for the information, in our call I forgot to ask you about the costs for in country au pair and how this program works, also what if we don't like her work or her ethics, cleanliness after we hire them, just wanted to

1

REPLY APP 00697

GAP_00022438

find few more details. I'll go through your website tonight but I don 'to think it will give all the info we need so was checking with you.

Please let us know so we understand the program and it's advantages or dis advantages so we can decide.

Regards
Kal

Sent from my iPhone

On Aug 12, 2014, at 2:41 PM, Tessa Dean <tdean@goaupair.com> wrote:

>     Hello Kal,
>
>     I wanted to attach an example of an host family letter. I hope this will help you in completing the online application.
>
>     I look forward to helping you explore au pair care for your twins!
>
>     I did reach Claudia and she is very interested in talking with you. She said her sisters are twins and loves the fact that you have twins as well!! She could be a great option for you.
>
>     Once your application is complete, you can view her full profile!
>
>     Kindly,
>     Tessa
>
>     <Sample Host Family Letter.pdf>

2

GAP_00022439

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-3   filed 04/27/18   USDC Colorado   pg 61
of 242

# Exhibit 35



# International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

We the undersigned, as an International Agency of Go Au Pair Operations, LLC, hereinafter "Go Au Pair", agree to the terms and conditions set forth in this contract with Go Au Pair.

Go Au Pair has been designated by the United States (U.S.) government to conduct a legal Au Pair program within the U.S.   It is Go Au Pair's desire to have representation in the country of **China**.

This contract, hereinafter "Contract", is between Go Au Pair and **Chinese Au Pair Center (CAPC)** hereinafter "Agency."

## Nature of Representation

1.  Agency is authorized to represent Go Au Pair and is entitled to all promotional materials, which includes the use of the logo, name, and the phrase "go for the experience."  All promotional materials must be pre-approved by Go Au Pair.  Any misuse of said materials will result in termination of Contract.

2.  In accordance with this Contract, all operational information, procedures, manuals, memos, or other correspondence is proprietary information and shall not be disclosed to any other person, agency, or entity.  Go Au Pair reserves the right to terminate this contract if said operational materials have been shared with any other established or potential Au Pair program.

3.  Go Au Pair will compensate Agency for each Au Pair who is recommended and "placed" in the U.S. through Go Au Pair.  "Placed" is defined as:  interviewed, screened to meet the Department of State regulations, matched with a Go Au Pair Host Family, and arrives in the U.S. to begin the 12-month commitment.  Compensation will not be paid for applicants that fail to place or are otherwise deemed "unplaceable" according to Go Au Pair criteria.  Go Au Pair will make every effort to notify Agency of problems existing in an Au Pair's application or documentation.

4.  Contract shall remain in effect for the dates of April 1, 2013 through December 31, 2013 or until notification of either party to terminate the relationship.  Go Au Pair requires a 90-day written notice of termination from Agency.  At the end of said 90 days, Go Au Pair reserves the right to retain and process any application Agency has submitted.  No compensation will be paid to Agency for placed Au Pairs after termination of contract.   Go Au Pair reserves the right to withhold Agency's last check for 6 months to ensure payment for Au Pairs currently placed in the U.S. that may not complete the 6-month requirement.

5.  Agency shall provide Go Au Pair with a complete list of all fees charged to Au Pair applicants by agency, including but not limited to any processing, training, or other program fees. Appendix A has been provided for the completion of this list. Contract will not be valid until list is received by Go Au Pair.

## Program Requirements

1.  Agency will only recruit applicants who are between the ages of 18 and 26, are secondary school graduates or the equivalent, and are proficient in spoken English.  Applicants must have successfully passed a physical examination and a background investigation that includes verification of school, three (3) non-family related personal and employment references, and a criminal background check or its recognized equivalent.  An authorized representative of Agency must personally interview the potential Au Pair in English for a period of not less than one (1) hour.  Each applicant is required to complete and pass a psychometric test provided by Go Au Pair.  Any applicant not passing the psychometric test will not be able to participate in the Go Au Pair program.

2.  Applicants must have previous, non-related childcare experience, and Agency agrees to verify such experience, including, if applicable, documentation of an additional 200 hours of infant care for children under the age of two.  In addition, Agency must ensure that each Au Pair receives of the Department of State letter from Rick A Ruth, a copy of the Department of State Au Pair Program regulations, and a copy of Go Au Pair's Grievance Policy.

Date_____          Initials_____

REPLY APP 00700



# International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

3. An authorized representative of Agency must sign a personal recommendation that the Au Pair has met all requirements to be accepted into the Go Au Pair program.

4. Agency shall be responsible for all Au Pair applications and related documentation submitted to Go Au Pair that have been completed by Agency representatives, sub-agents or contractors working under Agency, and any program information or documentation provided to Au Pair applicants applying through Agency sub-agents or contractors.

5. Each Au Pair is required to receive an additional 32 hours of child development (24 hours) and child safety (8 hours) instruction.  Agency is responsible for administering training via DVD (provided by Go Au Pair) for all Au Pairs prior to placing with a Host Family.  Each Au Pair must view the videos, complete the training manual and online test, and sign a statement that he/she has done so.  This constitutes verification of training and Agency must forward this documentation to the Go Au Pair Corporate Office. The Go Au Pair Host Family may opt for onsite classroom training at a location and time scheduled by the Go Au Pair Corporate Office in addition to training via DVD.

6. Each Au Pair is required to pay a Program Fee and an Airfare Allotment (amount varies),in U.S. Dollars, at the time of match.  "Matched" is defined as:  accepting placement with a Host Family offering them a position in their home.  Program Fee and Airfare amounts paid by Au Pair to Go Au Pair will be returned if visa is denied.  In the event that the Au Pair matches with a Host Family and then is not able to arrive to the Host Family for any other reason, Au Pair will forfeit their Program Fee and Airfare.

7. Au Pair will receive an Achievement Package at the end of their "successfully completed year", "Successfully completed year" is defined as: completing year with Go Au Pair Host Family, completing education requirements set forth by Department of State, attending at least 4 Cultural Events with their Local Area Representative and other Au Pairs, completing Go Au Pair's End of Year Au Pair Survey, and returning home by the end of their program (including extension if applicable).

**During Au Pair's Year in the U.S.**

1. Go Au Pair may at any time require an Au Pair to return home without completing her program year.  Reasons may include, but are not limited to, lying on application, compromising the safety of the children or Host Family in any way, breaking federal or state laws, and breaking Go Au Pair or Department of State program regulations.  Any Au Pair sent home by Go Au Pair will be required to pay for their own flight home.

2. Any Au Pair choosing to return home prior to the completion of her program year will be required to pay for their own flight home.  Any Au Pair who gives notice to a Go Au Pair Host Family within the first 60 days of arrival will be required to pay the Host Family back for their arrival airfare.  Go Au Pair may require an applicant to pay arrival airfare back to Host Family at any time with just cause.

3. Agency will support Go Au Pair decisions with respect to discussions and resolutions of issues with Au Pairs, Host Families, and other third parties.  Agency is encouraged to discuss their viewpoint if Agency believes a significant issue or risk is at stake with the highest levels of management within Go Au Pair (e.g. Board of Directors).  However, Agency must realize that Go Au Pair and its International Agencies need to speak with one voice when communicating to Au Pairs, Host Families, and other third parties.

Date_____          Initials_____

REPLY APP 00701



**International Representative Contract**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

**Compensation**

1. 12 Month Program

   a. Agencies will be compensated by the 15th day of each month following the arrival of the Au Pair to their Host Family. **Chinese Au Pair Center (CAPC)** will be paid a base rate of **$700** per placement.

   b. Each Applicant will have a Program Fee of **$400** with a discount of **$100** (totaling **$300**). Agency will collect the Program Fee of **$300** and an Airfare Allotment amount of **$500 (for departures from China)** from the Au Pair, in U.S. Dollars, and Go Au Pair will track and include these totals in the monthly billing statement. Agency will be held responsible for any money not collected from Au Pair. Program Fee and Airfare Allotment amounts are subject to change at any time without advance notice.

   c. Agency will receive commission for Insurance upgrades paid to the Agency by the Au Pair. Agency will receive **$25** for Gold Insurance upgrades and **$50** for Platinum Insurance upgrades. These amounts are subject to change at any time without advance notice.

   d. Agency will reimburse Go Au Pair for every Au Pair that leaves the Go Au Pair program prior to completing **6** months of the twelve-month commitment at a rate of **$300** U.S. Dollars per Au Pair.

   e. All money owed to Go Au Pair or by Go Au Pair will be reconciled at the end of each calendar year.

2. Bonus

   a. All bonuses are based on the January 1, 2013 to December 31, 2013 calendar year.

   b. All bonuses for said year will be paid in March of following year pending following conditions:

      i. Agency must have a current contract with Go Au Pair.
      ii. Bonuses will be paid on net placements (placements minus repatriations) only.
      iii. Extensions will not count as a "placement as far as bonuses are concerned.

   c. Bonus schedule is as follows:

   | Placements | 1-10  | $0                 |
   |------------|-------|--------------------|
   | Placements | 11-20 | $25 per placement  |
   | Placements | 21-35 | $50 per placement  |
   | Placements | 36-50 | $75 per placement  |
   | Placements | 51+   | $100 per placement |

3. Extensions

   a. Agency will receive **$200** for all 12 month extensions.

   b. Agency will receive **$100** for all 6 & 9 month extensions.

Date_____          Initials_____



# International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

Upon review of this Contract, the parties agree each to be bound by the terms and conditions as indicated by the signatures below.

**Agency:**

_____          _____
Agency Name                                        Signature of Authorized Representative


_____          _____
Address                                              Print Name


_____          _____
City, Country, Post                              Title


_____          _____
Telephone Number                             Date Signed


_____          _____
Website                                            E-mail Address


**Go Au Pair:**


_____          _____
Meghan Ramirez                                Date Signed
Director of International Relations
151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722
801.255.7782 fax
ircoord@goaupair.com


Date_____          Initials_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

**Appendix A**

Please list any fees charged to Au Pair applicants by agency, including but not limited to any processing, training, or other program fees. Under Frequency list how often and under what circumstances the fee is charged (e.g. required, optional - at Au Pairs choice).

| Description | Amount | Frequency |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

_____

Signature of Authorized Representative

Date_____        Initials_____

GAP_00022689

Case 1:14-cv-03074-CMA-KMT   Document 986-4   Filed 04/13/18   USDC Colorado   Page 66 of 241

# Exhibit 36

REPLY APP 00705

# Child Care Services Agreement

The Child Care Services Agreement (CCSA) is between the Au Pair and the Host Family



Au Pair ----○---- Host Family

The signature flow for this agreement is as follows:

**1**
- Au Pair receives agreement by email from Go Au Pair
- Initial every page
- Sign and date at the end
- Sign Medical Consent form

**2**
- Host Family receives agreement by email after Au Pair signs
- Initial every page
- Sign and date the end
- Sign Medical Consent from
- Agreement automatically sent to Go Au Pair after Host Family signs

The Child Care Services Agreement includes:
- Work Schedule, Duties
- Compensation, Accommodations
- House Rules
- Au Pair Program Guidelines and DOS Regulations, Insurance, Cultural Events, Communications with Go Au Pair
- Confidential Information, Termination of Contract, Other Terms
- Department of State literature, Au Pair and Host Family Orientation, Go Au Pair Mediation Policy, Hours & Wages Log, Medical Consent Form

The Child Care Services Agreement is signed once per placement.

REPLY APP 00706

GAP_00039496

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY



### CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

This Child Care Services Agreem████████████████████████ HOST FAMILY █████████████ ("Host

Family") with primary residence a██████████████████████████████████████████████████

and **Kiara June Butler**_____ ("Au Pair") from the country of **SOUTH AFRICA**
(collectively "Parties" and individually "Party") for a cultural experience and child care services sponsored by Go Au Pair
Operations, LLC ("Go Au Pair") through the US Department of State ("DOS") Au Pair Visitor Program ("Au Pair Program").
Each Party warrants they have read and understand the DOS' Au Pair Program goal to increase mutual understanding
between the people of the United States and other countries through an educational and cultural exchange so the Au Pair can
return home to share their experiences with others in their home country.

This Child Care Services Agreement and the below items (collectively the "Child Care Agreement") document the agreement
of the Parties' responsibilities, work schedule, and living arrangements to be followed during the term of the Au Pair Program:
1.  United States Department of State ("DOS") Regulations on the Au Pair Visitor Exchange Program in Title 22 CFR 62
    ("DOS Regulations"), specifically 22 CFR 62.31 – Defines the regulations the Au Pair and Host Family must follow to
    participate in the Au Pair Program.
2.  Au Pair and Host Family Orientation ("Orientation") is to be completed within the first two weeks of the Au Pair's arrival
    and is conducted by the Go Au Pair Local Area Representative ("LAR") with the Parties and all adults living in the home.
    The Orientation will be signed by the Host Family, Au Pair, and any other adult living in the home.
3.  Go Au Pair Mediation Policy ("Mediation Policy") - This policy describes the steps to be followed if issues arise during the
    Au Pair Program.
4.  Hours & Wages Log - The Au Pair will record the hours worked and wages paid.  When accurate, the Host Family and
    Au Pair will initial the log.
5.  Medical Consent Form - If the Host Family requests the Au Pair to perform any Layman Treatment and the Au
    Pair accepts, this form must be signed by both the Host Family and Au Pair.

This Child Care Agreement is effective on the date both Party sign it and continues to the end date on the Au Pair's Form DS-
2019 or until the Au Pair leaves the United States, whichever is later ("Placement End Date").  The Parties acknowledge:  the
Au Pair is not an employee, independent contractor, or agent of Go Au Pair; the Au Pair is an employee of the Host Family;
the Host Family is solely responsible to supervise all Child Care Services performed by the Au Pair. *(Reg. 62.2; 62.31.e.5;
62.31.h.6)*

**1.    Work Schedule**
The work schedule ("Work Schedule") on the next page describes the activities, duties, and hours each day in the week.  The
work schedule may be periodically modified by mutual agreement.  The Parties agree the Au Pair will not work more than 10
hours a day or 45 hours a week (30 hours per week for an EduCare Au Pair) and the Au Pair will receive a minimum of one
and one half days off a week in addition to one complete weekend off a month. *(Reg. 62.31.c.2; 62.31.j.2-3)*

**2.    Duties and Responsibilities**
2.1     The Au Pair's duties and responsibilities for child care services ("Child Care Services") are documented by the Host
Family on the page after work schedule *(Reg. 62.31.e.5; 62.31.h.6)* Some examples of responsibilities which do NOT
comply with DOS guidelines include:
*   Heavy housework – cleaning/dusting entire house, gardening, mowing, painting, etc
*   Caring for pets, elderly or handicapped adults
*   Running the entire household when Host Family is regularly absent
*   Caring of child under the age of 3 months without a Host Family parent or other responsible adult present *(Reg.
    62.31.e.2 )*
2.2     The DOS Regulations have three unique requirements that may exist in this placement with the Host Family.   The
Host Family has identified on the table in this section whether any of the following are present in the home
*   **Infant Experience:** If the Host Family has children under the age of two, the Host Family and Au Pair have
    confirmed the Au Pair has at least 200 hours of documented infant child care experience. *(Reg. 62.31.e.3)*
*   **Special Care Child(ren):** The Host Family must identify all children requiring Special Care (see definition in Section
    15.1) and personally review and confirm to their satisfaction that the Au Pair has the necessary experience, skills,
    and training to care for all such children.  *(Reg. 62.31.e.4)*
*   **EduCare:** If Au Pair is with the EduCare program, the Host Family has full time arrangements in place for
    supervising the pre-school children. *(Reg. 62.31.e.3 )*

REPLY APP 00707

GAP_00039497



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

Section 1 - Work Schedule

| | Schedule Hours | Description of Duties & Activities | Total Hours |
|---|---|---|---|
| Monday | Summer schedule; will change depending on HOST camp schedule which is usually half days five days per week. 12-7 | Do approximately 2 hours of reading/"homework" in a workbook.  Supervise play with friends. Take to pool or outside activity like gymnastics. | 7 |
| Tuesday | 12-7 | Do approximately 2 hours of reading/"homework" in a workbook.  Supervise play with friends. Take to pool or outside activity like gymnastics. | 7 |
| Wednesday | 12-7 | same | 7 |
| Thursday | 12-7 | same | 7 |
| Friday | 12-7 | same | 7 |
| Saturday | Off | Off | |
| Sunday | | Maybe a couple of hours in the afternoon. | 2-5 |
| | | Total Weekly Hours = | 40 |

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

2 of 9

AP Initials:  KB

HF Initials: KH

REPLY APP 00708

GAP_00039498



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

### Section 2.3 – Duties and Responsibilities

| Child Care Duties | Yes | No | Comments |
|---|---|---|---|
| Playing with child(ren) | ✓ | | |
| Reading & enrichment | ✓ | | |
| Helping with school homework | ✓ | | |
| Tutoring Foreign Language | | ✓ | |
| Walks & Exercise | ✓ | | |
| Driving / transport – to / from school | ✓ | | |
| Driving / transport – to / from activities | ✓ | | |
| Preparing children meals | ✓ | | |
| Cleaning up after child(ren) meals | ✓ | | |
| Washing child(ren) dishes | ✓ | | |
| Pick-up child(ren) areas (play area, bedroom, children belongings) | ✓ | | |
| Making child(ren) beds | ✓ | | |
| Laundry of child(ren) clothes | ✓ | | |
| Vacuuming / Dusting child(ren) rooms | | | |
| Bathing child(ren) | ✓ | | |
| Changing infant diapers | | ✓ | |
| Being home when children absent from school (illness, vacation, etc) | ✓ | | |
| Other: | | | |
| Other: | | | |
| Other: | | | |
| Special Care (please list) | | | I have an au pair handbook I will give Au Pair that provides lots of information about how things are handled in the house, what to do with HOST FAMILY etc |

| Unique DOS Regulations | Yes | No | Comments |
|---|---|---|---|
| Infant Child (ren) under the Age of 2 Years | | ✓ | I have explained to Au Pair that it is possible I might adopt an infant next year (not likely but possible). I would be staying home for three months and training Au Pair until she meets her infant qualification requirements. |
| Special Care Child(ren) | | ✓ | |
| Pre-school Child(ren) AND an EduCare Au Pair | | | |

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

AP Initials: _KB_
HF Initials: _KH_

REPLY APP 00709

GAP_00039499



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

### 3. Compensation, Vacation, & Education

3.1    The Host Family agrees to pay the Au Pair at least the minimum weekly stipend of $195.75 (and if the Au Pair is in EduCare, $146.81). The stipend is subject to the DOS Regulations, the higher of federal or state minimum wages laws, and in conformance with the Fair Labor Standards Act as interpreted by the United States Department of Labor. Should the federal or state regulations change, the updated stipend must be used when they go into effect. The Host Family will provide the Au Pair with accommodations and meals. *(Reg. 62.31.j.1)* The Host Family acknowledges and agrees:

- The Au Pair's stipend cannot be withheld for loss of time through illness.
- The Host Family will not reduce stipend payments to the Au Pair except for bills produced pursuant to in this Child Care Agreement.
- The Host Family will reimburse the Au Pair for all reasonable out of pocket expenses incurred in the performance of Child Care Services provided they are approved by the Host Family and receipts are provided when requested.
- The Host Family will pay for the Au Pair's education costs and in pursuant to section 3.5, either to the Au Pair or directly to the secondary institution.
- The Au Pair is responsible for all other personal costs.
- At the current time, the Au Pair stipend is not subject to withholding tax or FUTA (See the IRS link - http://www.irs.gov/Individuals/International-Taxpayers/Au-Pairs).
- The Au Pair is responsible for all income taxes paid under this Child Care Agreement.
- Should this Child Care Agreement be terminated, all vacation pay and education tuition allowances will be pro-rated using the number of weeks the Au Pair lived with the Host Family over a 50-week year.

**Stipend:**
Weekly stipend is  $ 200.00

**When to be Paid:**
Frequency Paid: Weekly

3.2    The Au Pair will prepare a hardcopy weekly log of the hours worked by day, stipend paid, vacation days used, and educational financial contributions made ("Hours & Wages Log"). The Parties agree to review the information, and when correct, approve with initials. If there are any discrepancies or missed initials lasting more than 14 days, any Party will notify the LAR and Headquarters in writing to mediate any open points. *(Reg. 62.31.j.1-4)*

3.3    The Au Pair will be responsible for paying his/her routine personal costs, some of which the Host Family may pay in advance. The Host Family will provide the Au Pair with written, itemized statements of these costs for which the Au Pair will reimburse the Host Family. The reimbursable costs ("Reimbursable Costs") are listed below; additional costs need to be agreed to in advance.

| Reimbursable Costs - Incurred by the Host Family / Reimbursed by Au Pair to Host Family | Yes | No | Comments |
|---|---|---|---|
| Travel (personal only) - gas & tolls | | ✓ | she will have her own car for use with ██ and her own personal use. I ask that the vehicle not be driven beyond 15 miles of the house (everything is very close in Alexandria). The car is a Lexus |
| Phone Bill (personal only) | | ✓ | |
| Other: _____ | | ✓ | Please let me know if anything is needed. |

3.4    The Host Family agrees to provide the Au Pair two (2) weeks paid vacation at the Au Pair's normal weekly stipend each year at a mutually determined time following Au Pair's arrival. The Au Pair will accrue vacation pay on a pro rata basis in the Vacation / Education Table attached. Optionally, paid holiday(s) are described below. Go Au Pair recommends these be offered as part of the cultural experience. *(Reg. 62.31.j.4)*

| Vacation timing (may be mutually defined later): | Au Pair will have two weeks off—one that she can take at a time she would like and one that I specify. |
|---|---|

**Holidays:**  1. TBD (will give most holidays off unless I am working). _____    2. _____

3. _____    4. _____

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

4 of 9

AP Initials: *KB*
KB

HF Initials: *KH*
KH

REPLY APP 00710

GAP_00039500



**CHILD CARE SERVICES AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

**Vacation Time for a Full Placement:**

| | Vacation Weeks & Days | | | Transition Au Pair Only | |
|---|---|---|---|---|---|
| | 12 Month including Extension (12 Mos.) | Extension (9 Mos.) | Extension (6 Mos.) | Vacation Weeks | Vacation Pay ($) |
| All Au Pair Types | 2 weeks = 14 days | 1.5 weeks = 10.5 days | 1 week = 7 days | See - Line A attached Vacation/Education Table | |

3.5     The Au Pair is required to register and attend classes to complete at least six semester credit hours (12 semester credit hours for an EduCare Au Pair) in a formal educational setting offered at an accredited post-secondary institution during a 12 month Au Pair Program.  The Au Pair is required to provide supporting documentation for the education credits to Go Au Pair.  The Host Family agrees to facilitate the enrollment and attendance of the Au Pair in the academic program by providing adequate time and transportation to attend classes. The Host Family agrees to provide the Au Pair the amount specified below for tuition/costs.  The Au Pair will accrue tuition costs on a pro rata basis in the Vacation / Education Table attached *(Reg. 61.31.c.3; 61.31.k.1)*

**Education Tuition for a Full Placement:**

| Au Pair Program | 12 Mo & Extensions (9 & 12 Mos.) | | Extension 6 Mos. | | Transition Au Pair Only | |
|---|---|---|---|---|---|---|
| | Education Semester (Hours) | Tuition Costs ($) | Education Semester (Hours) | Tuition Costs ($) | Education Semester (Hours) | Education Contribution ($) |
| All other than EduCare | 6 | $ 500 | 3 | $ 250 | See - Line A attached Vacation/Education Table | |
| EduCare | 12 | $ 1000 | 6 | $ 500 | | |

**4.     Au Pair Bedroom & Accommodations**

The Host Family will provide a suitable, private bedroom (with a door that closes) for the Au Pair in any of the residences where Child Care Services are provided and the Au Pair sleeps as described below. *(Reg. 62.31.e.6)*

| Living Spaces | Please Describe |
|---|---|
| Bedroom – Requires private door<br>- Describe level of home<br>- What else is on this floor | Au Pair's bedroom is in the basement.  She will have her own bedroom and bathroom.  There is also a playroom with a large screen TV in the area for her. |
| Bathroom<br>- Private<br>- If Shared, with whom | Yes--private |
| Amenities provided in the bedroom<br>- Windows<br>- Furniture<br>- Closet<br>- TV, Cable, other | All except no TV in bedroom (it is in playroom next to her bedroom) |
| Communication<br>- Personal Computer and Internet<br>- Cell phone<br>- Any restrictions | She will need to supply cell phone and/or computer.  I will help with work related cell phone and email charges |
| Other Comments | |

| Other benefits / privileges: | |
|---|---|

AP Initials: *KB*  KB
HF Initials: *KH*  KH

REPLY APP 00711

GAP_00039501



**CHILD CARE SERVICES AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

---

**5.** **Transportation and Use of Car**

5.1    If the Au Pair is to operate any vehicle, the Host Family agrees to:

- Determine that the Au Pair has sufficient driving ability to do so
- Ensure that the Au Pair has a valid driver's license
- Provide at least the minimum mandatory car insurance at the Host Family's expense for the Au Pair
- In case of an accident, the Au Pair will only be responsible for the actual costs of damages not covered by insurance up to a maximum of a $500 per incident where the Au Pair is deemed to be at fault.
- Pay for gas, tolls, and parking for the vehicle(s) used by the Au Pair to perform Child Care Services or when driving to/from LAR Cultural Events (defined Section 10.1) and/or classes which are requirements of the Au Pair Program.
- Supervise the Au Pair's use of the automobile.

| Driving Required for child care | Yes | No |
|---|---|---|
| | | |
| **Home Area** | | |
| Rural | | |
| Suburban | ✓ | |
| City – midsize | | |
| City – Large | ✓ | |
| **Traffic volume** | | |
| Light | | |
| Moderate | ✓ | |
| Heavy | ✓ | |
| Very Heavy | ✓ | |

| Driving Privileges (Select one) | Yes | No |
|---|---|---|
| No car privileges | | |
| Limited personal use | | |
| Evening/weekend use | | |
| Exclusive | ✓ | |
| **Vehicle Used** | | |
| Private | ✓ | |
| Shared | | |
| **Type of Vehicle** | | |
| Car | | |
| SUV | ✓ | |
| Truck (van or pick-up) | | |
| **Transmission** | | |
| Manual | | |
| Automatic | ✓ | |

5.2    If the Au Pair does not have access to a car, the Host Family will provide suitable, safe transportation between the Host Family's residence and the educational institution and the LAR Cultural Events.

| Public Transportation | Yes | No | Comments |
|---|---|---|---|
| Bus | ✓ | | |
| Train | | | |
| Subway | ✓ | | |
| Other (describe): | | | Lots of easily accessible public transportation available. |

**6.** **House Rules, Curfews, & Restrictions**   (See below)

Any house rules concerning restrictions or curfews are defined below.

| | Au Pair | Visitor(s) |
|---|---|---|
| Weekday | Please be home by midnight the night before you are working. | Girl friends welcomed (no boys please). |
| Weekend | Please be in by 1 am unless we otherwise agree.  You are welcome to spend the night with a friend if you plan to be out really late. | Girl friends welcomed to visit or stay over-no boys please. Please ask before inviting a friend to spend the night. |
| Other | | |

**7.** **Administering of Routine Medicine**

Host Family agrees the Au Pair is not responsible for the diagnosis of any medical condition, the dispensing of any medicine, or the provision of medical or therapeutic treatment ("Special Treatment") for the Host Family's children.  The Au Pair has no

**REPLY APP 00712**

GAP_00039502



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

verified medical training.  If the Host Family's child requires medicine(s) which have been routinely administered in the past by a Parent and can be performed by a layman with no special training ("Layman Treatment"), the Host Family may request the Au Pair to administer this Layman Treatment if the Parties agree to the following:

    i.)   Host Family supervises and fully trains the Au Pair in the Layman Treatment;

    ii.)  Host Family is fully responsible for any acts or omissions by the Au Pair in the Layman Treatment;

    iii.) Host Family and Au Pair agree to sign the Medical Consent Form for each child which details the Layman Treatment.

**Go Au Pair does not recommend the Host Family to allow the Au Pair to provide Layman Treatments** due to the potential risks including without limitation: Au Pairs are not familiar with medical names nor standards in the United States, there may be language misunderstandings related to the use of English versus metric measures, or potential medical complications.  The Parties agree Go Au Pair and any party associated with Go Au Pair have no involvement with Laymen Treatment or Special Treatment and have no liability of any type in connection with any intentional or negligent acts or omissions by the Au Pair or the Host Family arising from the Layman Treatment or Special Treatment.

| Medical Consent | | |
|---|---|---|
| Are there any current known Special Care that may require ongoing administration of Layman Treatment? | ☐ Yes | ☑ No |
| If so, please complete the Medical Consent Form to be reviewed with the Au Pair and have both Parties sign | | |

### 8.    Au Pair Program Guidelines and DOS Regulations

8.1    The Parties have read, understand, and agree to abide the DOS Regulations.

8.2    Either a Parent or other responsible adult will remain in the home for the first three days following the Au Pair's arrival. *(Reg. 62.31.e.1)*

8.3    The Parties understand the Au Pair cannot accept employment of any type outside of Child Care Services with the Host Family.  If the Au Pair engages in unauthorized employment, he/she is in violation of the Au Pair Program and subject to termination. *(Reg. 62.16.b)*

8.4    The Host Family agrees to maintain liability and casualty insurance to cover any reasonably foreseeable damages which may be sustained by the Au Pair while in our household.

8.5    The Parties agree they have received the Mediation Policy and will use it whenever there are concerns affecting the relationship between the Host Family and the Au Pair or related to the Au Pair providing Child Care Services.  The Parties agree Go Au Pair will attempt to mediate any issues and disputes between the Host Family and the Au Pair after reviewing the available written documentation and that Go Au Pair Headquarters decisions are final. *(Reg. 62.31.f.1)*

8.6    For an Au Pair to participate in the extension program as defined in the DOS regulations, the extension application and documentation verifying the educational requirements must be submitted  51 days before the Au Pair's Form DS-2019 expires.

8.7    The Parties agree to use reasonable efforts to ensure the Au Pair leaves the United States by the End Date plus the 30 day grace period ("Grace Period").  If the Au Pair does not leave the United States before the end of the Grace Period, Au Pair is at risk of penalties dictated by federal law. *(Reg 62.13.c.1 )* The Parties further acknowledge that Go Au Pair cannot support nor sponsor the Au Pair for a change of visa status or visa program.

8.8    The Parties agree the use of recording device ("Recording Device"), including but not limited to a "nanny cam", shall be limited to the purpose of evaluating the Au Pair's performance with the child(ren) in the Au Pair's care. and shall be limited to common areas of the home, in which the Au Pair provides Child Care Services.  Recording Devices shall not be used in any area of the Host Family's home in which an Au Pair has reasonable expectation of privacy, including but not limited to bathrooms and bedroom used by the Au Pair.

| Recording Devices | | |
|---|---|---|
| Will the Host Family be using one or more Recording Devices in the home? | ☐ Yes | ☑ No |

### 9.    Insurance

Go Au Pair provides the Au Pair with basic accident and illness insurance coverage which ends on the End Date.

- Upgraded coverage is recommended and available for purchase by the Host Family or Au Pair through Go Au Pair for a one-time annual fee
- Coverage for the Grace Period is available for an additional cost and is highly recommended.

### 10.    Cultural Events

10.1    The Parties understand the Au Pair is required to attend <u>at least</u> four (4) cross-cultural activities ("LAR Cultural Events") throughout the 12 months in the Au Pair Program, or prorated if less than 12 months.  These cross-cultural activities are designed to promote exposure and interchange between exchange visitors and Americans so as to increase their

REPLY APP 00713

GAP_00039503



**CHILD CARE SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

understanding of each other's society, culture, and institutions. The Host Family agrees to support attendance and provide the Au Pair with the necessary time off and transportation for the LAR Cultural Events. *(Reg. 62.8.d.1-2)*
10.2   As required by the Au Pair Program the Host Family agrees to attend one family day event, arranged by the LAR, during the Au Pair's stay in the United States. *(Reg. 62.31.i.3)*

## 11.   Communications with Go Au Pair
11.1   The Parties agree to respond to inquiries and maintain communication with the LAR in their monthly contacts to monitor the placement and to take advantage of the Au Pair Program's resources.  This includes both routine matters and issues while the Au Pair is living in the Host Family's home.  Parties agree to promptly notify the LAR in writing of any emergency matters, unusual or serious incidents, or problems arising from the Au Pair's participation in the Au Pair Program, especially situations that could potentially affect the Au Pair's completion of the Au Pair Program.  This includes without limitation:  adherence to DOS regulations, hours or wages, performance/quality of services, quality of relationship between the Au Pair and Host Family or Au Pair and children, and the overall satisfaction of each Party with the Au Pair Program, etc. *Reg. 62.31.*
11.2   The Parties agree the communications and support provided during the Au Pair Program by Go Au Pair including without limitation by any LAR's, employees, agents, do not represent any form of supervision of the Child Care Services or imply any responsibility for the Au Pair's performance.

## 12.   Confidential Information
During the course of the Au Pair's employment, the Parties will legitimately become privy to confidential information about one another.  Confidential information ("Confidential Information") includes, without limitation, pictures, videos, email addresses, financial information, personal telephone numbers, birth dates, and Social Security numbers.  Confidential Information may not be disclosed to anyone or in any public forum, including without limitation, Facebook, Twitter, Instagram, LinkedIn, MySpace, YouTube, social networks, internet sites, or personal blogs without the prior written consent of the other Party.

## 13.   Termination of Contract
13.1   This Child Care Agreement will terminate on the End Date specified in the Au Pair's Form DS-2019.
13.2   To terminate this Child Care Agreement before the End Date, the Parties must follow the Mediation Policy, especially Step 3.  The party(ies) requesting to terminate this Child Care Agreement must notify Headquarters in writing via email, fax or written letter requesting the placement be terminated ("Notification");
13.3   Both Party must submit the written Incident Report from their point of view;
13.4   The Party terminating this Child Care Agreement must give two (2) week notice ("Transition Period") unless otherwise mutually agreed by the Parties.
13.5   Outstanding charges for the Au Pair's personal expenses as defined in this Child Care Agreement may be deducted from his or her final paycheck.  The Au Pair may have a financial obligation to the Host Family if the final paycheck does not cover outstanding charges.
13.6   The Host Family agrees to pay the Au Pair vacation pay and tuition allowance based on the number of weeks used in the placement and shown on Vacation / Education Table attached.  Vacation pay and education allowance are accrued weekly.  The Weekly prorate amounts are calculated by dividing the total amounts due to the Current Au Pair in the placement by the number of weeks in the placements less 2 weeks.
- Vacation pay – the Current Au Pair must be paid at least the minimum allocated amount shown.
- Education allowance – The Current Au Pair is owed additional education allowance if, the number of credit hours and tuition costs after any refund from the institutions ("Tuition Costs Spent"), fall below the allocated amounts in the Vacation / Education Table.  The amount to be paid is the lower of:
  a.) the tuition costs in the Vacation/Education Table for prorated Tuition Cost less the Tuition Costs Spent  or
  b.) the number of credit hours below the amounts in the Vacation / Education Table times the dollar cost / credit.
- The Current Au Pair is required to provide supporting documentation for the education credits.
- Go Au Pair will provide a record of the Placement Start Date and end dates of this placement ("Placement Completion Worksheet").  We and the Current Au Pair must complete and sign the Placement Completion Worksheet to mutually confirm the status of payments for pro-rata vacation and tuition, stipend, and any other open issues including debts owed or other property to be returned.
13.7   The Parties must complete and sign the Placement Completion Worksheet to confirm the status of payments for pro-rata vacation and tuition, stipend, and any other open issues including debts owed or other property to be returned.
13.8   If the Au Pair terminates this Child Care Agreement within the first 90 days of arriving at the Host Family's home, then the Au Pair must reimburse the Host Family for his or her airfare cost as below, absent the Host Family violating the Au Pair Program regulations as determined by Go Au Pair.
- Between 0 to 60 days at 100% of his or her airfare cost
- Between 61 to 90 days of arrival at 50% of his or her airfare cost

## 14.   Other Terms
14.1   The Parties and their heirs, predecessors, successors and assigns completely release and forever discharge Go Au Pair, its past, present and future officers, managers, members/owners, agents, representatives, employees, consultants,

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

8 of 9

AP Initials: _KB_
HF Initials: _HH_

REPLY APP 00714

GAP_00039504



**CHILD CARE SERVICES**
**AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

independent contractors, attorneys, insurers, parent companies, subsidiaries, and affiliates, (collectively, the "Released Parties"), from any and all past, present or future claims of any kind, including but not limited to, claims for pain, suffering, personal injuries, attorney's fees, costs, loss of services, mental anguish, disability, medical and hospital expenses, lost wages or earning capacity, all special and general damages, consequential and punitive damages, whether based on a tort, contract, statutory or other theory of recovery ("Claims"), on account of or in any way arising from, the hiring, placement, or employment of an Au Pair, any activities in the Au Pair Program, the provision of Child Care Services, or from an Au Pair's intentional or negligent acts, or omissions.

14.2    The terms and conditions of this Child Care Agreement shall be construed under the laws of the State of Utah.  The Parties agree that any dispute among them that is not settled informally will be submitted to binding arbitration, to be conducted in substantial accordance with the rules of American Arbitration Association by a single arbitrator.  The identity of the arbitrator will be decided by mutual agreement, with the arbitrator's fee to be shared equally between the Host Family and Au Pair.  The decision of the arbitrator shall be final and cannot be appealed.  If the Parties cannot agree on an arbitrator then the AAA will appoint one.  By signing this Child Care Services Agreement, the Parties waive their right to have any claim against the other heard in any court by a judge or jury, although each Party retains the right to have a court enforce an arbitration award in accordance with the law.

14.3    If any of the terms or conditions of this Child Care Agreement are found to be illegal, invalid, or otherwise unenforceable, such term shall not affect the remaining terms and conditions of this Child Care Agreement, and such term or condition shall be deemed modified to the extent necessary in the arbitrator's opinion to render such term or condition enforceable, preserving to the fullest permissible extent the intent and agreements of the parties.

14.4    This Child Care Agreement may be signed in counterparts and may be delivered by facsimile signature or electronic signature under the provisions of the US ESIGN Act.  A facsimile or electronic signature shall be considered the same as an original.

14.5    The Parties each acknowledge this Child Care Agreement sets forth the entire agreement between them related to the Au Pair Program, and neither has relied on any warranties or representations other than set forth.  This Child Care Agreement may be modified or amended only by the mutual written agreement of the Parties.

14.6    The Parties agree changes in the DOS Regulations and DOS formal guidelines governing the Au Pair Program supersede and amend any portion of this Child Care Agreement.

**15.    Definitions**
15.1    "Special Care" means individuals (child or adult) identified by the Host Family with special health care needs ("CSHCN") as "those who have or are at increased risk for a chronic physical, development, behavior, or emotional condition and who also require health and related services of a type or amount beyond that required by children generally" using the US Department of Health & Human Service (DOHHS).  This could include without limitation any of the following areas: breathing, swallowing/digestion/metabolism, blood circulation, chronic pain, hearing even with corrective devices, seeing even with corrective devices, taking care of self, coordination/moving around, learning/understanding/paying attention, speaking/communicating, making/keeping friends, and behavior.

**16.    Parties Representations**

**Each Party warrants that all the information given to the other Party is true, accurate and complete.  Each Party has thoroughly reviewed the other Party's application and personally interviewed the other Party by telephone, or the equivalent, in English at least two times prior to entering into this Child Care Agreement.  Each Party warrants it has carefully reviewed the terms and conditions outlined herein and agrees to abide by them as acknowledged by his or her signature below.  (62.34 a 7)**

| HOST FAMILY | | Apr 15, 2015 |
|---|---|---|
| Signature – Host  Family – Parent 1 | Print Name | Date |

Kiara June Butler (Apr 15, 2015)
Signature –Au Pair

**Kiara June Butler**
Print Name

**Apr 15, 2015**
Date

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

REPLY APP 00715

GAP_00039505



# Medical Consent Form

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com



CONFIDENTIAL INFORMATION

Medical_Consent_Form_v15.0_141120_awk.docx

Page 1 of 2

GAP_00039506

HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY



# Medical Consent Form

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com



CONFIDENTIAL INFORMATION

Medical_Consent_Form_v15.0_141120_awk.docx

REPLY APP 00717

GAP_00039507



# CHILD CARE SERVICES AGREEMENT
## Vacation / Education Table

151 East 6100 South, Ste 200
Murray, UT 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

| Host Family Name: | HOST FAMILY |
| Placement Number: | |
| Au Pair Name: | Kiara June Butler |

Planned Placement Start Date: 5/20/2015
Planned Placement End Date: 5/20/2016

Placement Days: 367
Placement Weeks: 52

| | Vacation Costs | Vacation Days | Education Costs | Education Credit Hrs | Class Hrs | CEUs |
|---|---|---|---|---|---|---|
| A. DOS Regs on this Placement | $391.50 | 14.0 | $500.00 | 6.0 | 72.0 | 7.20 |
| B. # of Weeks to Prorate (exclude last 2 weeks of placement) | | 50 | | 50 | 50 | 50 |
| C. Weekly Amounts (C = A / B) | $7.83 | 0.28 | $10.00 | 0.12 | 1.4 | 0.14 |

| Placement Week # | Weeks Remaining | Vacation Costs | Vacation Days | Education Costs | Education Credit Hrs | Class Hrs | CEUs |
|---|---|---|---|---|---|---|---|
| 1 | 51 | $ 7.83 | 0.3 | $ 10.00 | 0.1 | 1.4 | 0.1 |
| 2 | 50 | $ 15.66 | 0.6 | $ 20.00 | 0.2 | 2.9 | 0.3 |
| 3 | 49 | $ 23.49 | 0.8 | $ 30.00 | 0.4 | 4.3 | 0.4 |
| 4 | 48 | $ 31.32 | 1.1 | $ 40.00 | 0.5 | 5.8 | 0.6 |
| 5 | 47 | $ 39.15 | 1.4 | $ 50.00 | 0.6 | 7.2 | 0.7 |
| 6 | 46 | $ 46.98 | 1.7 | $ 60.00 | 0.7 | 8.6 | 0.9 |
| 7 | 45 | $ 54.81 | 2.0 | $ 70.00 | 0.8 | 10.1 | 1.0 |
| 8 | 44 | $ 62.64 | 2.2 | $ 80.00 | 1.0 | 11.5 | 1.2 |
| 9 | 43 | $ 70.47 | 2.5 | $ 90.00 | 1.1 | 13.0 | 1.3 |
| 10 | 42 | $ 78.30 | 2.8 | $ 100.00 | 1.2 | 14.4 | 1.4 |
| 11 | 41 | $ 86.13 | 3.1 | $ 110.00 | 1.3 | 15.8 | 1.6 |
| 12 | 40 | $ 93.96 | 3.4 | $ 120.00 | 1.4 | 17.3 | 1.7 |
| 13 | 39 | $ 101.79 | 3.6 | $ 130.00 | 1.6 | 18.7 | 1.9 |
| 14 | 38 | $ 109.62 | 3.9 | $ 140.00 | 1.7 | 20.2 | 2.0 |
| 15 | 37 | $ 117.45 | 4.2 | $ 150.00 | 1.8 | 21.6 | 2.2 |
| 16 | 36 | $ 125.28 | 4.5 | $ 160.00 | 1.9 | 23.0 | 2.3 |
| 17 | 35 | $ 133.11 | 4.8 | $ 170.00 | 2.0 | 24.5 | 2.4 |
| 18 | 34 | $ 140.94 | 5.0 | $ 180.00 | 2.2 | 25.9 | 2.6 |
| 19 | 33 | $ 148.77 | 5.3 | $ 190.00 | 2.3 | 27.4 | 2.7 |
| 20 | 32 | $ 156.60 | 5.6 | $ 200.00 | 2.4 | 28.8 | 2.9 |
| 21 | 31 | $ 164.43 | 5.9 | $ 210.00 | 2.5 | 30.2 | 3.0 |
| 22 | 30 | $ 172.26 | 6.2 | $ 220.00 | 2.6 | 31.7 | 3.2 |
| 23 | 29 | $ 180.09 | 6.4 | $ 230.00 | 2.8 | 33.1 | 3.3 |
| 24 | 28 | $ 187.92 | 6.7 | $ 240.00 | 2.9 | 34.6 | 3.5 |
| 25 | 27 | $ 195.75 | 7.0 | $ 250.00 | 3.0 | 36.0 | 3.6 |
| 26 | 26 | $ 203.58 | 7.3 | $ 260.00 | 3.1 | 37.4 | 3.7 |
| 27 | 25 | $ 211.41 | 7.6 | $ 270.00 | 3.2 | 38.9 | 3.9 |
| 28 | 24 | $ 219.24 | 7.8 | $ 280.00 | 3.4 | 40.3 | 4.0 |
| 29 | 23 | $ 227.07 | 8.1 | $ 290.00 | 3.5 | 41.8 | 4.2 |
| 30 | 22 | $ 234.90 | 8.4 | $ 300.00 | 3.6 | 43.2 | 4.3 |
| 31 | 21 | $ 242.73 | 8.7 | $ 310.00 | 3.7 | 44.6 | 4.5 |
| 32 | 20 | $ 250.56 | 9.0 | $ 320.00 | 3.8 | 46.1 | 4.6 |
| 33 | 19 | $ 258.39 | 9.2 | $ 330.00 | 4.0 | 47.5 | 4.8 |
| 34 | 18 | $ 266.22 | 9.5 | $ 340.00 | 4.1 | 49.0 | 4.9 |
| 35 | 17 | $ 274.05 | 9.8 | $ 350.00 | 4.2 | 50.4 | 5.0 |
| 36 | 16 | $ 281.88 | 10.1 | $ 360.00 | 4.3 | 51.8 | 5.2 |
| 37 | 15 | $ 289.71 | 10.4 | $ 370.00 | 4.4 | 53.3 | 5.3 |
| 38 | 14 | $ 297.54 | 10.6 | $ 380.00 | 4.6 | 54.7 | 5.5 |
| 39 | 13 | $ 305.37 | 10.9 | $ 390.00 | 4.7 | 56.2 | 5.6 |
| 40 | 12 | $ 313.20 | 11.2 | $ 400.00 | 4.8 | 57.6 | 5.8 |
| 41 | 11 | $ 321.03 | 11.5 | $ 410.00 | 4.9 | 59.0 | 5.9 |
| 42 | 10 | $ 328.86 | 11.8 | $ 420.00 | 5.0 | 60.5 | 6.0 |
| 43 | 9 | $ 336.69 | 12.0 | $ 430.00 | 5.2 | 61.9 | 6.2 |
| 44 | 8 | $ 344.52 | 12.3 | $ 440.00 | 5.3 | 63.4 | 6.3 |
| 45 | 7 | $ 352.35 | 12.6 | $ 450.00 | 5.4 | 64.8 | 6.5 |
| 46 | 6 | $ 360.18 | 12.9 | $ 460.00 | 5.5 | 66.2 | 6.6 |
| 47 | 5 | $ 368.01 | 13.2 | $ 470.00 | 5.6 | 67.7 | 6.8 |
| 48 | 4 | $ 375.84 | 13.4 | $ 480.00 | 5.8 | 69.1 | 6.9 |
| 49 | 3 | $ 383.67 | 13.7 | $ 490.00 | 5.9 | 70.6 | 7.1 |
| 50 | 2 | $ 391.50 | 14.0 | $ 500.00 | 6.0 | 72.0 | 7.2 |
| 51 | 1 | $ 391.50 | 14.0 | $ 500.00 | 6.0 | 72.0 | 7.2 |
| 52 | 0 | $ 391.50 | 14.0 | $ 500.00 | 6.0 | 72.0 | 7.2 |

Initials: {{*int_es_:signer1:initials}}

Initials: {{*int_es_:signer2:initials}}
Printed: 4/15/2015



**REPLY APP 00718**

GAP_00039508

Case 1:14-cv-03074-CMA-KMT   Document 986-4   Filed 04/13/18   USDC Colorado   Page 80 of 241

# Exhibit 37



# International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

This agreement ("Contract") between Go Au Pair Operations, LLC at 151 E 6100 South – Suite 200, Murray, UT 84107 ("Go Au Pair") and  SWS Group                                                                                                          ("Agency") document
the terms and conditions  to perform au pair marketing, recruiting, screening and logistics services on behalf of Go Au Pair in the country of  CZECH REPUBLIC                                                .  Go Au Pair is a designated sponsor by the United States Department of State ("DOS") and the Au Pair Visitor Exchange Program ("Au Pair Program") and follow the DOS regulations concerning regulations on the Au Pair Program in Title 22 CFR 62 ("DOS Regulations") specifically 22 CFR 62.31 on the Au Pair program and the general regulations in 22 CFR 62.1 through 61.16.  This Contract includes the following appendices:
- Appendix A – Required Agency Services Fees to the Au Pair
- Appendix B – Optional Agency Fees to the Au  Pair
- Appendix C -  New DOS Regulations – Sub Part A - 22 CFR 62.1 through 62.16.  Selected sections of the DOS Regulations impacting the Agency are included and specific regulations are highlighted.
- Appendix D – DOS Regulations - Au Pairs – Sub Part B - 22 CFR 62.31.  Sections of the DOS Regulations involving the Agency are highlighted.

An au pair ("Au Pair") is a young person living in a foreign country wanting to live with an American family ("Host Family") as an extended member of the Host Family and participating in the Au Pair Program as defined in the DOS Regulations

This Contract shall remain in effect the dates of January 1, 2017 through December 31, 2017 ("Period In Effect").

1.  **Nature of Representation**

    1.1.  Agency will perform the following services on behalf of Go Au Pair.
        1.1.1.  Perform marketing in the local country
        1.1.2.  Identify young people who are interested in the Au Pair Program and a cultural exchange experience
        1.1.3.  Provide information concerning the Au Pair Program and the information to complete the required information
        1.1.4.  Complete a thorough review of each Au Pairs application package and verify the accuracy of the information. This includes calling references.
        1.1.5.  Support the Au Pair in scheduling the interview with the local embassy/consul
        1.1.6.  Provide and clarify to the Au Pair all of the pre-arrival information.

    1.2.  Go Au Pair will perform the following services and support to the Agency
        1.2.1.  Provide some marketing materials,
        1.2.2.  Provide training materials and conduct training to the Agency staff to understand the DOS regulations and procedures and forms to execute the services in Section 1.1
        1.2.3.  Provide to the Agency the Au Pair child care training materials ("Multi Media Training") which includes without limitation, DVSs, Au Pair training manual, exercises, on line tests
        1.2.4.  Review the complete files submitted to Go Au Pair by the Agency for an Au Pair applicant

    1.3.  Agency is authorized to represent Go Au Pair and is entitled to all promotional materials ("Promotional Materials"), which includes the use of the Go Au Pair logo, name, and branding phrases "go for the experience" or "a cultural child care experience."   All promotional materials must be pre-approved by Go Au Pair. .

    1.4.  Agency understands it must abide the DOS Regulations and regulation changes made by the DOS.  DOS Regulations require the Agency, through Go Au Pair, to follow all of these regulations even when those are directly under the control of the Agency in their home country.  Agency will promptly notify Go Au Pair whenever it or an Au Pair is not able to meet those regulations.  Go Au Pair will work with the Agency to provide support to the Agency so the Agency may meet the regulations.  *(Reg. 62.2.Definition of Third Parties; 62.9.f.2)*

    1.5.  Agency shall provide Go Au Pair with a complete list of all fees charged to Au Pair applicants by Agency, and applicable refund policy for each including but not limited to any processing, training, or other program fees. Appendix C and D have been provided for the completion of this list. Contract will not be valid until Appendix C and D are received by Go Au Pair.  *(Reg. 62.9.d.2; 62.9.d.3)*

    1.6.  Agency will provide the Au Pair with these costs before the Au Pair is required to sign an agreement that binds the Au Pair to any fees related to the Au Pair Program.  *(Reg. 62.9.d.2; 62.9.d.3)*

2.  **Program Requirements**

    2.1.  Agency will only recruit applicants who are *(Reg. 62.10.a-b; 62.31.d.1-6)*:
        2.1.1.  between the ages of 18 and 26,
        2.1.2.  secondary school graduates or the equivalent,
        2.1.3.  proficient in spoken English

s_4858704738                                      Page 1 of 27                              Initials:  *SVS*

**REPLY APP 00720**

GAP_00069152

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY



**International Representative Contract**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722     801.255.7782 fax
www.GoAuPair.com

2.1.4. have successfully passed a physical examination

2.1.5. passed a background investigation to verify they have completed a primary school,

2.1.6. Provided three (3) non-family related personal and employment references, and

2.1.7. Passed a criminal background check or its recognized equivalent.

2.2. An authorized representative of Agency must conduct an in-person interview with the potential Au Pair in English for a period of not less than one (1) hour.  Each applicant is required to complete and pass a psychometric test provided by Go Au Pair.  Any applicant not passing the psychometric test will not be able to participate in the Go Au Pair program.  *(Reg. 62.31.d.5-6)*

2.3. Applicants must have previous, non-related childcare experience, and Agency agrees to verify such experience, including, if applicable, documentation of an additional 200 hours of infant care for children under the age of two.  In addition, Agency must ensure that each Au Pair receives the Department of State Au Pair Participant Welcome Letter, a copy of the Department of State Au Pair Program regulations, and a copy of Go Au Pair's Grievance Policy. *(Reg. 62.31.d.6; 62.31.e.3;  62.31.f.1-5 )*

2.4. An authorized representative of Agency must ensure that the Au Pair has met all requirements to be accepted into the Go Au Pair program as defined by the DOS Regulations and sign all forms to verify the requirements.

2.5. Agency shall be responsible for all Au Pair applications and related documentation submitted to Go Au Pair that have been completed by Agency representatives, sub-agents or contractors working under Agency, and any program information or documentation provided to Au Pair applicants applying through Agency sub-agents or contractors.

2.6. Each Au Pair is required to receive an additional 32 hours of child development (24 hours) and child safety (8 hours) instruction.  Agency is responsible for administering the multimedia training ("Multimedia") materials including workbooks, instructions, and DVD (provided by Go Au Pair) for all Au Pairs prior to placing with a Host Family.  Each Au Pair must view the videos in the Multimedia Training, complete the training manual and online test, and sign a statement that he/she has done so.  This constitutes verification of training and Agency must forward this documentation to the Go Au Pair Corporate Office. The Go Au Pair Host Family may opt for onsite classroom training at a location and time scheduled by the Go Au Pair Corporate Office in addition to training via the Multimedia Training.  *(Reg. 62.31.g.1-2)*

2.7. Each Au Pair is required to pay a Program Fee and an Airfare Allotment (amount varies) in U.S. Dollars, at the time of match. "Matched" is defined as:  accepting placement with a Host Family offering them a position in their home. Program Fee and Airfare amounts paid by Au Pair to Go Au Pair will be returned if visa is denied.  In the event that the Au Pair matches with a Host Family and then is not able to arrive to the Host Family for any other reason, Au Pair will forfeit their Program Fee and Airfare.

2.8. Au Pair will receive an Achievement Package at the end of their successfully completed year("Successfully Completed Year") defined as: completing year with Go Au Pair Host Family, completing education requirements set forth by Department of State, attending at least 4 Cultural Events with their Local Area Representative and other Au Pairs, completing Go Au Pair's End of Year Au Pair Survey, and returning home by the end of their program (including extension if applicable).

3. **During Au Pair's Year in the U.S.**

3.1. Go Au Pair may at any time require an Au Pair to return home without completing her program year.  Reasons may include, but are not limited to, lying on application, compromising the safety of the children or Host Family in any way, breaking federal or state laws, and breaking Go Au Pair or Department of State program regulations.  Any Au Pair sent home by Go Au Pair will be required to pay for their own flight home.

3.2. Any Au Pair choosing to return home prior to the completion of her program year will be required to pay for their own flight home.  If the Au Pair gives notice within the first 90 days of arriving at the Host Family's home,  the Au Pair must reimburse the Host Family for his or her airfare cost as below, absent the Host Family violating the Au Pair Program regulations as determined by Go Au Pair.
   - Between 0 to 60 days at 100% of his or her airfare cost
   - Between 61 to 90 days of arrival at 50% of his or her airfare cost

3.3. Agency will support Go Au Pair decisions with respect to discussions and resolutions of issues with Au Pairs, Host Families, and other third parties.  Agency is encouraged to discuss their viewpoint if Agency believes a significant

REPLY APP 00721                                                                                GAP_00069153



**International
Representative
Contract**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

issue or risk is at stake with the highest levels of management within Go Au Pair (e.g. Board of Directors). However, Agency must realize that Go Au Pair and its International Agencies need to speak with one voice when communicating to Au Pairs, Host Families, and other third parties.

**4.  Compensation for Services**

4.1.  **12 Month Program**

4.1.1. Go Au Pair will compensate Agency for each Au Pair who is accepted by Go Au Pair in the Au Pair Program and Placed in the U.S. through Go Au Pair. "Placed" or "Placement" is defined as an Au Pair who has completed the following: interviewed, screened to meet the DOS Regulations, matched with a Go Au Pair Host Family, completed an embassy visit to receive a visa, and arrives in the U.S. to begin the 12-month commitment. Compensation will not be paid for applicants that fail to Place or are otherwise deemed unacceptable according to Go Au Pair criteria. Go Au Pair will make every effort to notify Agency of problems existing in an Au Pair's application or documentation.

4.1.2. Agencies will be compensated by the 15th day of each month following the arrival of the Au Pair to their Host Family. Agency will be paid a base rate of $ 600.00                    per placement.

4.1.3. The Au Pair Applicant will incur the following fees (US dollars) from Go Au Pair. Program Fee and Airfare Allotment amounts are subject to change at any time without advance notice. Refundable deposits or bonds are no longer allowed by the DOS.

| Description | When Due | Amount (USD) | Refundable: Y/N |
|---|---|---|---|
| **Program/Application Fees** | | | |
| Fees for processing Au Pair application and support when in America | When Au Pair matches with a Host Family | $ 0 | N |
| Airfare Add-on – partial airfare to United States for countries with high fares | When Au Pair matches with a Host Family | $ 0 | N |

Optional Additional Costs – New Prices will be provided in March 2017. At that time new rates will be provided. Generally insurance costs are updated annually but Go Au Pair reserves the right to make updates when our insurance provider makes changes.

**INSURANCE UPGRADE - VALID ONLY UNTIL MARCH 1, 2017**

| | | | |
|---|---|---|---|
| Insurance Upgrade to Silver Ultimate – additional coverage above Basic program | When the Au Pair decides to upgrade the Insurance | $ 250 / Full Year | N |
| Insurance Upgrade to Gold Basic – additional coverage above Basic program | When the Au Pair decides to upgrade the Insurance | $ 200 / Full Year | N |
| Insurance Upgrade to Gold Ultimate – additional coverage above Basic program | When the Au Pair decides to upgrade the Insurance | $ 400 / Full Year | N |
| Insurance Upgrade to Platinum Upgrade – additional coverage above Basic program | When the Au Pair decides to upgrade the Insurance | $ 900 / Full Year | N |
| Insurance Upgrade to Platinum Ultimate – additional coverage above Basic program | When the Au Pair decides to upgrade the Insurance | $ 1075 / Full Year | N |

**OTHER POTENTIAL COSTS TO AU PAIRS**

| | | | |
|---|---|---|---|
| 100% of Au Pair's airfare  paid by the Host Family | If the Au Pair leaves the Host Family in the first 60 days | 100% of Host Family airfare for<br>- International add-on<br>- Domestic Add-on | N |
| 50% of Au Pair's airfare  paid by the Host Family | If the Au Pair leaves the Host Family in the first 61 to 90 days | Same as above | N |
| Changed Air fare after GAP issue flight | If Au Pair requests change after flight has been issued | Cost of increase | N |
| Psychometric Test Retake | If Au Pairs request a second test | $ 40 | N |
| Courier<br>- Ground (in USA)<br>- 2 day (in USA) | When Au Pair needs changes to DS2019 | $ 15<br>$ 30 | N |

REPLY APP 00722

GAP_00069154



## International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

| | | | |
|---|---|---|---|
| - 1 day or weekend (in USA) | | $ 60 | |
| - International delivery | | $ 75 | |

4.1.4. Agency will collect the Program Fee and an Airfare Add-on from the Au Pair, in U.S. Dollars.  Go Au Pair will track and include these totals in the monthly billing statement.  Agency will be held responsible for any money not collected from Au Pair.

4.1.5. Agency will receive commission for Insurance upgrades paid to the Agency by the Au Pair.  Agency will receive $25 for Gold Insurance upgrades and $50 for Platinum Insurance upgrades. These amounts are subject to change at any time without advance notice.

4.1.6. Agency will reimburse Go Au Pair for every Au Pair that leaves the Go Au Pair program prior to completing 6                        months of the twelve-month commitment at a rate of $ 300.00             U.S. Dollars per Au Pair.

4.1.7. All money owed to Go Au Pair or by Go Au Pair will be reconciled at the end of each month.  Amounts over $500 will be paid to the party owing the balance.

4.2.  Bonus

4.2.1. All bonuses are based on the January 1, 2017 to December 31, 2017 calendar year.

4.2.2. All bonuses for said year will be paid in March of following year pending following conditions:

4.2.2.1. Agency must have a current contract with Go Au Pair.
4.2.2.2. Bonuses will be paid on net placements (placements minus repatriations) only.
4.2.2.3. Extensions will not count as a "placement" as far as bonuses are concerned.

4.3.  Bonus schedule is as follows:

| | | |
|---|---|---|
| Placements | 1-10 | $0 |
| Placements | 11-20 | $25 per placement |
| Placements | 21-35 | $50 per placement |
| Placements | 36-50 | $75 per placement |
| Placements | 51+ | $100 per placement |

4.4.  Extension Placements

4.4.1. Agency will receive $ 200.00                       for all 12 month extensions.

4.4.2. Agency will receive $ 100.00                       for all 6 & 9 month extensions.

## 5.  Termination

5.1.  Either party may at any time and without cause, terminate this Contract by giving ninety days (90) written notice of termination to the other party.

5.2.  Go Au pair may immediately terminate the relationship for cause if in Go Au Pair's discretion:
5.2.1. Agency misuses any Promotional Materials;
5.2.2. Agency violates the confidential clauses in Section 6.1;
5.2.3. Agency violates material DOS Regulations and/or the procedures required to meet those requirements
5.2.4. Lack of payment of balances due to Go Au Pair.

5.3.  Go Au Pair reserves the right to retain and process any application Agency has submitted.  No compensation will be paid to Agency for placed Au Pairs after termination of contract.   Go Au Pair reserves the right to withhold Agency's last check for 6 months to ensure payment for Au Pairs currently placed in the U.S. that may not complete the 6-month requirement.

## 6.  Other Terms and Conditions

6.1.  Confidentiality:  all operational information, procedures, manuals, training materials, memos, pricing/costs, or other correspondence is proprietary information ("Confidential Information") and shall not be disclosed to any other person, agency, or entity.  If the Contract is terminated the both parties must return all prior Confidential Information to the other.

REPLY APP 00723                                                                                                   GAP_00069155

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



## International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

6.2. Changes in DOS Regulations or other applicable law governing Go Au Pair or the Au Pair shall amend, modify, or supersede any term, condition or provision of this Contract.

6.3. This Contract may be signed in two or more counterparts and may be delivered by facsimile signature or electronic signature under the provisions of the US ESIGN Act. A facsimile or electronically transmitted signature shall be considered the same as an original.

6.4. This Contract sets forth the entire agreement between Go Au Pair and Agency.

Upon review of this Contract, the parties agree each to be bound by the terms and conditions as indicated by the signatures below.

**Agency:**

SWS GROUP

_____
Agency Name

*STESTITS*
STESTITS (Dec 14, 2016)
_____
Signature of Authorized Representative

Vanichkova 7

_____
Address

S.V.Stestits

_____
Print Name

16900 Prague-6,CZ

_____
City, Country, Post

Director

_____
Title

00420774074113/105

_____
Telephone Number

Dec 14, 2016

_____
Date Signed

www.swsgroup.cz

_____
Website

info@swsgroup.cz

_____
E-mail Address

**Go Au Pair**

_____
Meghan Ramirez (Dec 14, 2016)

Go Au Pair
801.255.7722
801.255.7782 fax
ircoord@goaupair.com

REPLY APP 00724                                                    GAP_00069156

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY



## International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

### Current contact information for Agency Representatives

| Name | Email address | Title | Primary contact |
|------|--------------|-------|-----------------|
| Ssviatoslav Stestits | info@swsgroup.cz | director | ☑ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

### Address and phone number for sending FedEx packages

Vanichkova 7,16900 Prague,-6.CZ  00420774074105

REPLY APP 00725

GAP_00069157



# International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

## Appendix A: Required Agency Fees to Au Pair

Please list **any and all** standard fees charged to Au Pair applicants by agency, including but not limited to any processing, training, application, interview, Embassy, match, optional, or other fees. Include the refund policy for each fee paid. Discounts including special promotions that reduce the amounts to the Au Pair should not be included here.

Program Fee > Due when application is completed
Amount = 2.700 CZK || Refundable = 700 CZK not refundable

*STESTITS*
STESTITS (Dec 14, 2016)
Signature of Authorized Representative

**SWS GROUP**

Agency Name

## Appendix B: Optional Agency Fees to Au Pair

REPLY APP 00726          GAP_00069158

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY



# International Representative Contract

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

Please list **any optional** fees charged to Au Pair applicants by agency.  A standard table of services and fees can be submitted and replace the effort of entering information on this appendix.    Include the refund policy for each fee paid.

n/a

*STESTITS*
STESTITS (Dec 14, 2016)
Signature of Authorized Representative

**SWS GROUP**

Agency Name

REPLY APP 00727

GAP_00069159

# Please Review Appendix C and D below

REPLY APP 00728

GAP_00069160

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

GAP_00069161



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

# Appendix C – New DOS Regulations

Yellow highlights are sections to review and understand

Blue Highlights are critical and need to be understood

## Subpart A—General Provisions

Sections 62.1 through 62.16 are revised to read as follows:

- 62.1 Purpose. - Attached
- 62.2 Definitions. - Attached
- 62.3 Sponsor eligibility. - Attached
- 62.4 Categories of participant eligibility. - Attached
- 62.5 Designation application procedure.
- 62.6 Designation.
- 62.7 Redesignation.
- 62.8 General program requirements. - Attached
- 62.9 General obligations of sponsors. - Attached
- 62.10 Program administration. - Attached
- 62.11 Duties of Responsible Officers and Alternate Responsible Officers.
- 62.12 Control of Forms DS-2019.
- 62.13 Notification requirements.
- 62.14 Insurance. - Attached
- 62.15 Reporting requirements.
- 62.16 Employment.

## § 62.1 Purpose.

(a) The regulations set forth in this part implement the Mutual Educational and Cultural Exchange Act of 1961 (the "Act"), as amended, 87, 22 U.S.C. 2451, *et seq.* (1988). The purpose of the Act is to increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchanges. Educational and cultural exchanges assist the Department of State in furthering the foreign policy objectives of the United States. These exchanges are defined by section 102 of the Act, 22 U.S.C. 2452, and section 101(a)(15)(J) of the Immigration and Nationality Act, as amended, 8 U.S.C. 1101(a)(15)(J).

(b) The Secretary of State of the Department of State facilitates activities specified in the Act, in part, by designating public and private entities to act as sponsors of the Exchange Visitor Program. Sponsors may act independently or with the assistance of third parties. The purpose of the Program is to provide foreign nationals with opportunities to participate in educational and cultural programs in the United States and return home to share their experiences, and to encourage Americans to participate in educational and cultural programs in other countries. Exchange visitors enter the United States on a J visa. The regulations set forth in this subpart are applicable to all sponsors.

(c) The Assistant Secretary for Educational and Cultural Affairs of the Department of State may, in his or her sole discretion and to the extent consistent with the authorities described in paragraph (a) of this section and other applicable law, waive or modify any provision of this Part with respect to programs that are established pursuant to memoranda of understanding,

REPLY APP 00730

GAP_00069162



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

letters of intent or similar arrangements between the United States and foreign governments. When establishing such a program, the Department will publish a notice in the Federal Register describing the program and any resulting modifications to or waivers of provisions of this Part. If such an arrangement will not result in a waiver of or other modification to the provisions of this Part, then the Department need not publish a notice.

# § 62.2 Definitions.

The following definitions apply to this part:

*Academic institution.* Any publicly or privately operated primary, secondary, or post-secondary institution in the United States or abroad that offers primarily academic programs. For the purpose of these regulations, an institution that offers primarily vocational or technical programs is not an academic institution unless the specific program or programs in which the exchange visitor is to participate or has participated has been determined by the U.S. Department of State on an exceptional basis to be comparable to those offered in academic institutions.

*Accompanying spouse and dependents.* The alien spouse and/or minor unmarried child(ren), if any, of an exchange visitor who are accompanying or following to join the exchange visitor and who seek to enter or have entered the United States temporarily on non-immigrant J-2 visas or seek to acquire or have acquired such status after admission. For the purpose of these regulations, a minor is a person under the age of 21 years old.

*Accredited academic institution.* Any academic institution that is duly accredited by the appropriate academic accrediting authority of the U.S. jurisdiction in which such institution is located. In addition, all post-secondary institutions also must be accredited by a nationally recognized accrediting agency or association as recognized by the Secretary of Education.

*Act.* The Mutual Educational and Cultural Exchange Act of 1961, as amended.

*Actual and current U.S. address.* The physical, geographic location at which an exchange visitor and accompanying spouse and dependents reside while participating in an exchange program.

*Alternate Responsible Officer.* An employee or officer of a sponsor who has been nominated by the sponsor and approved by the Department of State to assist the Responsible Officer in carrying out the responsibilities outlined in § 62.11. An Alternate Responsible Officer must be a United States person.

*Certificate of Good Standing.* A document issued by a state Secretary of State, Secretary of Commonwealth, or other official in the state where the business entity is registered. A Certificate of Good Standing confirms that a corporation, partnership or other legal entity is in existence or authorized to transact business. A Certificate of Good Standing is also known as a Certificate of Authorization or a Certificate of Existence.

*Clerical work.* Routine administrative work generally performed in an office or office-like setting, such as data entry, filing, typing, mail sorting and distribution, and other general administrative or support tasks.

*Consortium.* A not-for-profit corporation, partnership, joint venture or other association formed by two or more accredited academic institutions for the purpose of sharing educational resources, conducting research, and/or developing new programs to enrich or expand the opportunities offered by its members. An academic institution in the United States that participates in a consortium is not barred from having separate exchange visitor program designations of its own.

*Country of nationality or last legal permanent residence.* Either the country of which the exchange visitor is a national at the time status as an exchange visitor is acquired or the last foreign country in which the visitor had a legal permanent residence before acquiring status as an exchange visitor.

*Cross-cultural activity.* An activity designed to promote exposure and interchange between exchange visitors and Americans so as to increase their mutual understanding of each other's society, culture, and institutions.

*Department of State.* The U.S. Department of State.

*Designation.* The written authorization issued by the Department of State to an exchange visitor program applicant to conduct an exchange visitor program as a sponsor. The term includes the written authorization issued to a current sponsor that applies to continue its designation (i.e., redesignation).

*Employee.* An individual who provides services or labor for an employer for wages or other remuneration. A third party, as defined in this section, or an independent contractor, as defined in 8 CFR 274a.1(j), is not an employee.

REPLY APP 00731                                                                                    GAP_00069163



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

*Exchange visitor.* A foreign national who has been selected by a sponsor to participate in an exchange visitor program, and who is seeking to enter or has entered the United States temporarily on a non-immigrant J-1 visa or who has obtained J status in the United States based on a Form DS-2019 issued by the sponsor. The term does not include the accompanying spouse and dependents of the exchange visitor.

*Exchange Visitor Program.* The international exchange program administered by the Department of State to implement the Act by means of educational and cultural exchange programs. When "exchange visitor program" is set forth in lower case, it refers to the individual program of a sponsor that has been designated by the Department of State.

*Exchange visitor's government.* The government of the exchange visitor's country of nationality or last legal permanent residence.

*Financed directly.* Financed in whole or in part by the U.S. Government or the exchange visitor's government with funds contributed directly to the exchange visitor in connection with his or her participation in an exchange visitor program.

*Form DS-2019, A Certificate of Eligibility for Exchange Visitor (J-Nonimmigrant) Status.* A controlled document of the Department of State that a sponsor issues to a potential Exchange Visitor Program participant (J-1) and his or her accompanying spouse and dependents (J-2) as permitted by regulations. This form, together with other necessary Department of State documents, permits the named foreign national, if required, to schedule an interview at a U.S. embassy or consulate to seek to obtain a J visa to enter the United States as an Exchange Visitor Program participant or as an accompanying spouse and dependent.

*Form DS-3036, Exchange Visitor Program Application.* A controlled document of the Department of State that an organization uses to apply to become a designated sponsor of the Exchange Visitor Program and that a designated sponsor uses to request redesignation or amendment of an existing exchange visitor program.

*Form DS-3037, Update of Information on a Sponsor's Exchange Visitor Program.* A controlled document of the Department of State that a sponsor uses to update information on its exchange visitor programs in SEVIS.

*Form DS-3097, Annual Report.* A controlled document of the Department of State in which a sponsor reports program activity and evaluation on a yearly basis.

*Form DS-7002, Training/Internship Placement Plan (T/IPP).* A controlled document of the Department of State used in connection only with a Trainee or Intern under 22 CFR § 62.22, or a Student Intern under § 62.23 respectively, to outline an exchange visitor's program activities.

*Full course of study.* Full-time enrollment in an academic program of classroom participation and study and/or doctoral thesis research at an accredited academic institution as follows:

(1) Secondary school students must satisfy the attendance and course requirements of the state in which the school they attend is located; and

(2) College and university students must register for and complete a full course of study, as defined by the accredited academic institution in which the student is registered, unless exempted in accordance with § 62.23(e).

*Graduate medical education or training.* Participation in a program in which a foreign medical school graduate will receive graduate medical education or training, which generally consists of a residency or fellowship program involving health care services to patients, but does not include programs involving observation, consultation, teaching or research in which there is no or only incidental patient care. This program may consist of a medical specialty, a directly related medical subspecialty, or both.

*Home-country physical presence requirement.* The requirement that an exchange visitor, and any accompanying spouse and dependents, who are within the purview of section 212(e) of the Immigration and Nationality Act, as amended, or 94 (substantially quoted in 22 CFR 41.63), must reside and be physically present in the country of nationality or last legal permanent residence for an aggregate of at least two years following departure from the United States before the exchange visitor is eligible to apply for an immigrant visa or permanent residence, a non-immigrant K visa as the fiancé(e) of a U.S. citizen, a non-immigrant H visa as a temporary worker or trainee, or a non-immigrant L visa as an intracompany transferee, or a non-immigrant H or L visa as the spouse or minor child of a person who has been granted status in H or L non-immigrant classification as a temporary worker or trainee or an intracompany transferee.

REPLY APP 00732

GAP_00069164



# International
# Representative
# Contract–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

*Host organization.* A third party in the United States that conducts training and/or internship programs on behalf of a designated sponsor pursuant to an executed written agreement between the two parties.

*Internship program.* A structured and guided work-based learning program for an Intern as set forth in an individualized Training/Internship Placement Plan (Form DS-7002) that reinforces an intern's academic study; recognizes the need for work-based experience; provides on-the-job exposure to American techniques, methodologies, and technologies; and enhances the Intern's knowledge of American culture and society.

*J visa.* A non-immigrant visa issued pursuant to 8 U.S.C. 1101(a)(15)(J). A J-1 visa is issued to an exchange visitor. A J-2 visa is issued to the exchange visitor's accompanying spouse and dependents, if qualified under § 214b of the Immigration and Nationality Act, as amended.

*Management review.* A program-specific management audit in a format approved by the Department of State that is conducted by an independent auditor who is not an employee or third party contractor of the sponsor, to identify weaknesses in operating procedures in the conduct of an organization's business and in meeting regulatory requirements in the administration of a sponsor's exchange visitor program.

*Office of Designation.* The Department of State, Bureau of Educational and Cultural Affairs office assigned to administer designations of sponsors.

*Office of Exchange Coordination and Compliance.* The Department of State, Bureau of Educational and Cultural Affairs office assigned to oversee sponsor compliance with 22 CFR Part 62 and, as appropriate, impose sanctions.

*Office of Private Sector Exchange Administration.* The Department of State, Bureau of Educational and Cultural Affairs office assigned to monitor administration of each sponsor's exchange visitor program.

*On-the-job training.* An individual's observation of and participation in given tasks demonstrated by experienced workers for the purpose of acquiring competency in such tasks.

*Prescribed course of study.* A non-degree academic program with a specific educational objective. Such course of study may include intensive English language training, classroom instruction, research projects, and/or academic training to the extent permitted in § 62.23.

*Reciprocity.* The participation of a U.S. citizen or U.S. national in an educational and cultural program in a foreign country in exchange for the participation of a foreign national in the Exchange Visitor Program. Where used herein, "reciprocity" will be interpreted broadly; unless otherwise specified, reciprocity does not require a one-for-one exchange or that exchange visitors be engaged in the same activity.

*Responsible Officer.* An employee or officer of a sponsor who has been nominated by the sponsor, and approved by the Department of State, to carry out the duties outlined in § 62.11. A Responsible Officer must be a citizen of the United States or a lawful permanent resident of the United States.

*Secretary of State.* The Secretary of State or an employee of the U.S. Department of State acting under a delegation of authority from the Secretary of State.

*SEVIS (Student and Exchange Visitor Information System).* The statutorily mandated system designed to collect information on non-immigrant students (F and M visas), exchange visitors (J visas), and their spouses and dependents (F-2, M-2, and J-2 visas). SEVIS enables schools and program sponsors to transmit information and event notifications electronically, via the Internet, to the Department of Homeland Security and the Department of State throughout a student's or exchange visitor's stay in the United States.

*Site of activity.* The physical, geographic location(s) where an exchange visitor participates in his or her exchange program.

*Sponsor.* A legal entity designated by the Secretary of State to conduct an exchange visitor program.

*Staffing/employment agency.* A U.S. business that hires individuals for the express purpose of supplying workers to other businesses. Typically, the other businesses where workers are placed pay an hourly fee per employee to the staffing/employment agency, of which the worker receives a percentage.

*Student internship program.* A structured and guided work-based learning program for a post-secondary student intern as set forth in an individualized Training/Internship Placement Plan (Form DS-7002) that partially or fully fulfills a student's post-secondary academic degree requirements; recognizes the need for work-based experience; provides on-the-job exposure to

REPLY APP 00733

GAP_00069165



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

American techniques, methodologies, and technologies; and enhances the student intern's knowledge of American culture and society.

*Third party.* A person or legal entity with whom a sponsor has executed a written agreement for the person or entity to act on behalf of a sponsor in the conduct of the sponsor's exchange visitor program. All entities that act on behalf of the sponsor in the conduct of the sponsor's exchange visitor program must execute written agreements with the sponsor that outline the full relationship between the entity and the sponsor on all matters involving the administration of the exchange visitor program. A sponsor's use of a third party does not relieve the sponsor of its obligations to comply, and to ensure third party compliance, with the provisions of this Part. Failure by any third party to comply with the regulations set forth in this Part or with any additional terms and conditions governing administration of the Exchange Visitor Program that the Department of State may from time to time impose will be imputed to the sponsor. Sponsors are required to ensure that third parties know and comply with all applicable provisions of these regulations.

*Training program.* A structured and guided work-based learning program for a trainee as set forth in an individualized Training/Internship Placement Plan (Form DS-7002), that develops new and advanced skills in a trainee's occupational field through exposure to American techniques, methodologies, and technologies; and enhances a trainee's understanding of American culture and society.

*United States person (individual).* A person who is born within or is a national of the United States or any of its territories or outlying possessions. A U.S. person is a citizen or an individual who has been lawfully admitted for permanent residence, within the meaning of section 101(a)(20) of the Immigration and Nationality Act (8 U.S.C. 1101).

*United States Person (legal entity).*

(1) A general or limited partnership created or organized under the laws of the United States, or of any state, the District of Columbia, or any territory or outlying possession of the United States, of which a majority of the partners are United States persons:

(i) Which has its principal place of business in the United States; and

(ii) In instances where the partnership is additionally governed by a Board, the majority of whose officers are United States persons.

(2) A for-profit corporation, association, or other legal entity created or organized under the laws of the United States, or of any state, the District of Columbia, or a territory or outlying possession of the United States, whose principal place of business is located in the United States, and

(i) Whose shares or voting interests are publicly traded on a U.S. stock exchange; or

(ii) A majority of whose officers, a majority of whose shareholders, and a majority of whose members of its Board of Directors are United States persons and collectively hold a majority of the shares or stock (i.e., the *de jure* controlling interest); or

(3) A non-profit corporation, association, or other legal entity created or organized under the laws of the United States, or any state, the District of Columbia, or any territory or outlying possession of the United States; and

(i) Whose principal place of business is located in the United States; and

(ii) A majority of whose officers and a majority of whose members of its Board of Directors, Board of Trustees or other like body vested with its management are United States persons; or

(4) An accredited college, university, or other post-secondary academic institution in the United States created or organized under the laws of the United States, or of any state, county, municipality, or other political subdivision thereof, the District of Columbia, or of any territory or outlying possession of the United States; or

(5) An agency of the United States, or of any state or local government, the District of Columbia, or any territory or outlying possession of the United States.

*Validation.* The process by which a Responsible Officer or Alternate Responsible Officer updates the SEVIS record of an exchange visitor to show he or she has entered the United States, and that the exchange visitor reported to his or her sponsor and is participating in the exchange visitor program at the site of activity identified on his or her Form DS-2019.

REPLY APP 00734

GAP_00069166



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

# § 62.3 Sponsor eligibility.

(a) The following types of entities are eligible to apply for designation as a sponsor of an exchange visitor program:

(1) U.S. local, state, and federal government agencies to include the District of Columbia; and government agencies of any U.S. territories and outlying possessions;

(2) International agencies or organizations of which the United States is a member and that have an office in the United States; or

(3) Reputable organizations that are United States Persons.

(b) To be eligible for designation as a sponsor, an entity is required to:

(1) Demonstrate, to the Department of State's satisfaction, its ability to comply and remain in continual compliance with all applicable provisions of this part;

(2) Meet at all times its financial obligations and responsibilities attendant to successful sponsorship of its exchange visitor program; and

(3) Demonstrate that the organization or its proposed Responsible Officer has no fewer than three years' experience in international exchange.

# § 62.4 Categories of participant eligibility.

Sponsors select foreign nationals to participate in exchange visitor program(s) in the United States. Participation is limited to foreign nationals who meet the following criteria for each of the following categories:

(a) *Student.* A foreign national who is:

(1) Studying in the United States and:

(i) Pursuing a full course of study at a secondary accredited academic institution;

(ii) Pursuing a full course of study leading to or culminating in the award of a U.S. degree from a post-secondary accredited academic institution; or

(iii) Engaged full-time in a prescribed course of study of up to 24 months (non-degree) duration conducted by:

(A) A post-secondary accredited academic institution; or

(B) An institute approved by or acceptable to the post-secondary accredited academic institution, where the student is to be enrolled upon completion of the non-degree program;

(2) Engaged in academic training as permitted in § 62.23(f);

(3) Engaged in English language training at:

(i) A post-secondary accredited academic institution, or

(ii) An institute approved by or acceptable to the post-secondary accredited academic institution where the college or university student is to be enrolled upon completion of the language training; or

(4) Engaged full-time in a student internship program conducted by a post-secondary accredited academic institution.

(b) *Short-term scholar.* A foreign national who is a professor, research scholar, or person with similar education or accomplishments who enters the United States for a short-term visit for the purpose of lecturing, observing, consulting, training, or demonstrating special skills at research institutions, museums, libraries, post-secondary accredited academic institutions, or similar types of institutions.

(c) *Trainee.* A foreign national participating in a structured and guided work-based training program in his or her specific occupational field (in an occupational category for which a sponsor has obtained designation) who has either:

(1) A degree or professional certificate from a foreign ministerially-recognized post-secondary academic institution and at least one year of prior related work experience in his or her occupational field acquired outside the United States; or

REPLY APP 00735                                                                                      GAP_00069167



## International Representative Contract–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

(2) Five years of work experience in his or her occupational field acquired outside the United States.

(d) *Teacher.* A foreign national with the equivalent of a U.S. Bachelor's degree in either education or the subject matter (or related subjects) he or she intends to teach and a minimum of the equivalent of two years of post-degree full-time teaching experience, who is employed as a teacher at the time of application for the program, for the purpose of teaching full-time in a primary or secondary accredited academic institution.

(e) *Professor.* A foreign national whose primary purpose is teaching, lecturing, observing, or consulting at post-secondary accredited academic institutions, museums, libraries, or similar types of institutions. A professor also may conduct research where authorized by the sponsor.

(f) *Research scholar.* A foreign national whose primary purpose is conducting research, observing, or consulting in connection with a research project at research institutions, corporate research facilities, museums, libraries, post-secondary accredited academic institutions, or similar types of institutions. A research scholar also may teach or lecture where authorized by the sponsor.

(g) *Specialist.* A foreign national who is an expert in a field of specialized knowledge or skills who enters the United States for the purpose of observing, consulting, or demonstrating special knowledge or skills.

(h) *Other person of similar description.* A foreign national of description similar to those set forth in paragraphs (a) through (g) of this section coming to the United States as a participant in an exchange visitor program designated by the Department of State under this category, for the purpose of teaching, instructing or lecturing, studying, observing, conducting research, consulting, demonstrating special skills, or receiving training. The programs designated by the Department of State in this category consist of:

(1) *Alien physician.* A foreign national who is a graduate of a school of medicine who comes to the United States under a program in which he or she will receive graduate medical education or training conducted by accredited U.S. schools of medicine or scientific institutions.

(2) *International visitor.* A foreign national who is a recognized or potential leader, selected by the Department of State for the purpose of consulting, observing, conducting research, training, or demonstrating special skills in the United States.

(3) *Government visitor.* A foreign national who is an influential or distinguished person, selected by a U.S. federal, state, or local government agency for the purpose of consulting, observing, training, or demonstrating special skills in the United States.

(4) *Camp counselor.* A foreign national selected to be a counselor in a summer camp in the United States (e.g., during the U.S. summer months).

(5) *Au pair.* A foreign national who comes to the United States for the purpose of residing with an American host family and participating directly in their home life, while providing limited childcare services, and fulfilling an educational requirement.

(6) *Summer Work and Travel.* A foreign national who is a bona fide foreign post-secondary student, who at the time of application is enrolled in and actively pursuing a degree or a full-time course of study at a foreign ministerially-recognized post-secondary academic institution and whose purpose is work and travel in the United States for up to four months during his or her break between academic years.

(7) *Intern.* A foreign national participating in a structured and guided work-based internship program in his or her specific academic field and who either:

(i) Is currently enrolled full-time in and actively pursuing studies at a foreign ministerially-recognized degree- or certificate-granting post-secondary academic institution outside the United States, or

(ii) Graduated from such an institution no more than 12 months prior to the exchange visitor program begin date reflected on Form DS-2019.

# § 62.8 General program requirements.

(a) *Size of program.* A sponsor, other than a federal government agency, must have no fewer than five actively participating exchange visitors during the annual reporting cycle (e.g., academic, calendar or fiscal year), as stated in its letter of designation or redesignation. The Department of State may, in its sole discretion, waive this requirement.

REPLY APP 00736                                    GAP_00069168



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

(b) *Minimum duration of program.* A sponsor, other than a federal government agency, must provide each exchange visitor, except those sponsored in the short-term scholar category, with a minimum period of participation in the United States of no less than three weeks.

(c) *Reciprocity.* In conducting its exchange visitor program, sponsors must make a good faith effort to develop and implement, to the fullest extent possible, reciprocal exchanges of persons.

(d) *Cross-cultural activities.* In addition to category specific requirements, sponsors must:

(1) Offer or make available to exchange visitors and the accompanying spouses and dependents, if any, a variety of appropriate cross-cultural activities. The extent and type of the cross-cultural activities will be determined by the needs and interests of the particular category of exchange visitor. Sponsors will be responsible for determining the appropriate types and numbers of such cross-cultural programs, unless otherwise specified by the Department. The Department of State encourages sponsors to give their exchange visitors the broadest exposure to American society, culture and institutions; and

(2) Encourage exchange visitors to participate voluntarily in activities that are for the purpose of sharing the language, culture, or history of their home country with Americans, provided such activities do not delay the completion of the exchange visitors' program.

# § 62.9 General obligations of sponsors.

(a) *Adherence to Department of State regulations.* Sponsors are required to adhere to all regulations set forth in this part.

(b) *Legal status.* A sponsor must maintain the legal status it had when it was designated. A sponsor's change in legal status (e.g., from partnership to corporation, non-profit to for-profit) requires the submission of a new application for designation of the successor legal entity within 45 days of the change in legal status.

(c) *Accreditation and licensure.* A sponsor must remain in compliance with all local, state, and federal laws, and professional requirements necessary to carry out the activities for which it is designated, including accreditation and licensure, if applicable.

(d) *Representations and disclosures.* Sponsors must:

(1) Provide accurate, complete, and timely information, to the extent lawfully permitted, to the Department of State and the Department of Homeland Security regarding their exchange visitor program(s), exchange visitors, and accompanying spouses and dependents (if any);

(2) Provide accurate information to the public when advertising their exchange visitor program(s) or responding to public inquiries;

(3) Provide accurate program information and materials to prospective exchange visitors, host organizations, and host employers, if applicable, at the time of recruitment and before exchange visitors enter into agreements and/or pay non-refundable fees. This information must clearly explain program activities and terms and conditions of program, including the terms and conditions of any employment activities (job duties, number of work hours, wages and compensation, and any typical deductions for housing and transportation), have itemized list of all fees charged to the exchange visitor (i.e., fees paid to the sponsor or a third party, including the host employer), insurance costs, other typical costs, conditions, and restrictions of the exchange visitor program(s), and the type, duration, nature and importance of the cultural components of the program. Program recruitment information and materials also must make clear to prospective exchange visitors in the exchange categories with a work component that their stipend or wages might not cover all of their expenses and that they should bring additional personal funds.

(4) Not use the program number(s) assigned by the Department of State at the time of designation on any advertising materials or publications, including sponsor Web sites; and

(5) Not represent that its exchange visitor program is endorsed, sponsored, or supported by the Department of State or the U.S. Government, except for U.S. Government sponsors or exchange visitor programs financed directly by the U.S. Government to promote international educational exchanges. A sponsor may, however, represent that it is designated by the Department of State as a sponsor of an exchange visitor program.

(e) *Financial responsibility.* (1) Sponsors must maintain the financial capability to meet at all times their financial obligations and responsibilities attendant to successful sponsorship of their exchange visitor program.

REPLY APP 00737                                                    GAP_00069169



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

(2) The Department of State may require non-government sponsors to provide evidence satisfactory to the Department of State that funds necessary to fulfill all obligations and responsibilities attendant to sponsorship of their exchange visitor programs are readily available and in the sponsor's control, including such supplementary or explanatory financial information as the Department of State may deem appropriate, such as, for example, audited financial statements.

(3) The Department of State may require a non-government sponsor to secure payment bonds in favor of the Department of State guaranteeing all financial obligations arising from its exchange visitor program when the Department has reasonable doubt about the sponsor's ability to meet its program and other financial obligations.

(f) *Staffing and support services.* Sponsors must ensure that:

(1) Adequate staffing and sufficient support services are provided to administer their exchange visitor program; and

(2) Their employees, officers, agents, third parties, volunteers or other individuals or entities associated with the administration of their exchange visitor program are adequately qualified, appropriately trained, and comply with the Exchange Visitor Program regulations and immigration laws pertaining to the administration of their exchange visitor program(s).

(g) *Appointment of Responsible Officers and Alternate Responsible Officers.* (1) Sponsors must appoint and maintain a Responsible Officer and between one and ten Alternate Responsible Officers to assist the Responsible Officer in performing the duties set forth in § 62.11. Upon written sponsor request, the Department of State may, in its sole discretion, permit a sponsor to appoint more than ten Alternate Responsible Officers. A sponsor redesignated for two years must ensure that the proposed Responsible Officer and Alternate Responsible Officer(s) have undergone a criminal background check within the past four years to determine their suitability for these positions. Responsible Officers and Alternate Responsible Officers must be U.S. persons.

(2) Responsible Officers and Alternate Responsible Officers must be employees or officers of the sponsor. Upon written sponsor request, the Department of State may, in its sole discretion, authorize the appointment of an individual who is not an employee or officer to serve as an Alternate Responsible Officer.

(3) In the event of the departure of a Responsible Officer or Alternate Responsible Officer, the sponsor must file a request in SEVIS for the approval of a replacement and forward the required documentation to the Department of State within ten calendar days from the date of the Responsible Officer's or Alternate Responsible Officer's departure.

(4) Requests to replace the Responsible Officer or add an Alternate Responsible Officer must be submitted in SEVIS, and a signed Form DS-3037 must be either mailed or emailed to the Department of State with the required completed Citizenship Certification, along with certification that the individual has undergone a criminal background check conducted at the time of such Certification.

(5) The Department of State reserves the right to deny the appointment of a Responsible Officer or an Alternate Responsible Officer.

## § 62.10 Program administration.

Sponsors are responsible for the effective administration of their exchange visitor program(s). These responsibilities include:

(a) *Selection of exchange visitors.* Sponsors must establish and utilize a method to screen and select prospective exchange visitors to ensure that they are eligible for program participation, and that:

(1) The program is suitable to the exchange visitor's background, needs, and experience; and

(2) The exchange visitor possesses sufficient proficiency in the English language, as determined by an objective measurement of English language proficiency, successfully to participate in his or her program and to function on a day-to-day basis. A sponsor must verify an applicant's English language proficiency through a recognized English language test, by signed documentation from an academic institution or English language school, or through a documented interview conducted by the sponsor either in-person or by videoconferencing, or by telephone if videoconferencing is not a viable option.

(b) *Pre-arrival information.* At the pre-arrival stage, sponsors must provide exchange visitors clear information and materials on, but not limited to, the following topics: Program activities, cultural goals and components of the program, employment information and terms and conditions of employment (including employer name and address, position duration,

REPLY APP 00738    GAP_00069170



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

job duties, number of work hours, wages, other compensation and benefits, deductions from wages, including those taken for housing and transportation), insurance costs, and other conditions and restrictions of their exchange visitor. In addition, sponsors must provide clear information and materials on:

(1) The purpose of the Exchange Visitor Program;

(2) The home-country physical presence requirement;

(3) Travel to and entry into the United States (e.g., procedures to be followed by exchange visitors and accompanying spouses and dependents in paying SEVIS fees and obtaining visas for entry to the United States, including the information and documentation needed for the interview; travel arrangements to the United States, and what to expect at the port of entry, including the necessity of having and presenting travel documents at the port of entry);

(4) Housing, including specific information on what housing is provided by the program or otherwise available and the expected cost to the exchange visitor;

(5) An itemized list of all fees to be paid by a potential exchange visitor (i.e., fees paid to the sponsor or a third party);

(6) Description and amount of other costs that the exchange visitor will likely incur (e.g., insurance, living expenses, transportation expenses) while in the United States;

(7) Health care and insurance description, costs, and requirements for exchange visitors and their accompanying spouse and dependents, as applicable;

(8) Arrival notification requirements (e.g., procedures that exchange visitors, spouses and dependents are to follow upon entry into the United States in reporting their arrival to the sponsor and reporting to the location of their program); and

(9) Other information that will assist exchange visitors to prepare for their stay in the United States (e.g., how and when to apply for a social security number, if applicable; how to apply for a driver's license; how to open a bank account; employee rights and laws, including workman's compensation; and how to remain in lawful non-immigrant status.

(c) *Orientation.* A sponsor must offer and record participation in an appropriate orientation for all exchange visitors. Sponsors are encouraged to provide orientation for the exchange visitor's accompanying spouse and dependents, especially for those exchange visitors who are expected to be in the United States for more than one year. Orientation must include, but is not limited to, information concerning:

(1) Life and customs in the United States;

(2) Local community resources (e.g., public transportation, medical centers, schools, libraries, recreation centers, and banks), to the fullest extent possible;

(3) Available healthcare, emergency assistance, and health insurance coverage;

(4) A description of the exchange visitor program in which the exchange visitor is participating such as information on the length and location of the program; a summary of the significant components of the program; information on any payment (i.e., stipend or wage) an exchange visitor will receive; and deductions from wages, including for housing and transportation;

(5) Sponsor rules that exchange visitors are required to follow while participating in their exchange visitor program;

(6) Name and address of the sponsor and the name, email address, and telephone number of the Responsible Officer and Alternate Responsible Officer(s);

(7) The Office of Designation's address, telephone number, facsimile number, Web site and email address, and a copy of the Exchange Visitor Program brochure or other Department of State materials as appropriate or required;

(8) Wilberforce Pamphlet on the Rights and Protections for Temporary Workers; and

(9) The requirement that an exchange visitor must report to the sponsor or sponsor designee within ten calendar days any changes in his or her telephone number, email address, actual and current U.S. address (i.e., physical residence), and site of activity (if the exchange visitor is permitted to make such change without prior sponsor authorization).

(d) *Monitoring of exchange visitors.* Exchange visitors' participation in their exchange program must be monitored by employees of the sponsor. Monitoring activities must not include any retaliation or discrimination against exchange visitors

REPLY APP 00739

GAP_00069171



**International Representative Contract**–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

who make adverse comments related to the program. No sponsor or employee of a sponsor may threaten program termination, remove from the program, ban from the program, adversely annotate an exchange visitor's SEVIS record, or otherwise retaliate against an exchange visitor solely because he/she has filed a complaint; instituted or caused to be instituted any proceeding; testified or is about to testify; consulted with an advocacy organization, community organization, legal assistance program or attorney about a grievance or other work-related legal matter; or exercised or asserted on behalf of himself/herself any right or protection. Sponsors must:

(1) Ensure that the activities in which exchange visitors are engaged are consistent with the category and activity listed on their Forms DS-2019;

(2) Monitor the physical location (site of activity), and the progress and welfare of exchange visitors to the extent appropriate for the category;

(3) Require that exchange visitors report to the sponsor within ten calendar days any changes in their telephone numbers, email addresses, actual and current U.S. addresses (i.e., physical residence), and site(s) of activity (if the exchange visitor is permitted to make such change without prior sponsor authorization);

(4) Report in SEVIS within ten business days of notification by an exchange visitor any change in the exchange visitor's actual and current U.S. address, telephone number, email address, and/or primary site of activity; and

(5) Report the email address for each accompanying spouse and dependent.

(e) *Requests by the Department of State.* Sponsors must, to the extent lawfully permitted, furnish the Department of State within the Department-requested timeframe all information, reports, documents, books, files, and other records or information requested by the Department of State on all matters related to their exchange visitor program. Sponsors must include sponsor's program number on all responses.

(f) *Inquiries and investigations.* Sponsors must cooperate with any inquiry or investigation that may be undertaken by the Department of State or the Department of Homeland Security.

(g) *Retention of records.* Sponsors must retain all records related to their exchange visitor program and exchange visitors (to include accompanying spouse and dependents, if any) for a minimum of three years following the completion of each exchange visitor program.

# § 62.14 Insurance.

(a) Sponsors must require that all exchange visitors have insurance in effect that covers the exchange visitors for sickness or accidents during the period of time that they participate in the sponsor's exchange visitor program. In addition, sponsors must require that accompanying spouses and dependents of exchange visitors have insurance for sickness and accidents. Sponsors must inform all exchange visitors that they, and any accompanying spouse and dependent(s), also may be subject to the requirements of the Affordable Care Act.

(b) The period of required coverage is the actual duration of the exchange visitor's participation in the sponsor's exchange visitor program as recorded in SEVIS in the "Program Begin Date," and as applicable, the "Program End Date," "Effective Program End Date," or "Effective Date of Termination" fields. Sponsors are not authorized to charge fees to their sponsored exchange visitors for the provision of insurance coverage beyond any demonstrable and justifiable staff time. Sponsors are not required to, but may, offer supplemental "entry to exit" coverage (i.e., coverage from the time the exchange visitor departs his or her home country until he or she returns). If the sponsor provides health insurance, or arranges for health insurance to be offered the exchange visitor, via payroll deduction at the host organization, the exchange visitor must voluntarily authorize this action in writing and also be given the opportunity to make other arrangements to obtain insurance. These authorizations must be kept on file by the sponsor. Minimum coverage must provide:

(1) Medical benefits of at least $100,000 per accident or illness;

(2) Repatriation of remains in the amount of $25,000;

(3) Expenses associated with the medical evacuation of exchange visitors to his or her home country in the amount of $50,000; and

(4) Deductibles not to exceed $500 per accident or illness.

REPLY APP 00740    GAP_00069172



# International Representative Contract–Appendix C

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

(c) Insurance policies secured to fulfill the requirements of this section:

(1) May require a waiting period for pre-existing conditions that is reasonable as determined by current industry standards;

(2) May include provisions for co-insurance under the terms of which the exchange visitor may be required to pay up to 25% of the covered benefits per accident or illness; and

(3) Must not unreasonably exclude coverage for perils inherent to the activities of the exchange program in which the exchange visitor participates.

(d) Any policy, plan, or contract secured to fill the above requirements must, at a minimum, be:

(1) Underwritten by an insurance corporation having an A.M. Best rating of "A–" or above; a McGraw Hill Financial/Standard & Poor's Claims-paying Ability rating of "A–" or above; a Weiss Research, Inc. rating of "B+" or above; a Fitch Ratings, Inc. rating of "A–" or above; a Moody's Investor Services rating of "A3" or above; or such other rating as the Department of State may from time to time specify; or

(2) Backed by the full faith and credit of the government of the exchange visitor's home country; or

(3) Part of a health benefits program offered on a group basis to employees or enrolled students by a designated sponsor; or

(4) Offered through or underwritten by a federally qualified Health Maintenance Organization or eligible Competitive Medical Plan as determined by the Centers for Medicare and Medicaid Services of the U.S. Department of Health and Human Services.

(e) Federal, state or local government agencies; state colleges and universities; and public community colleges may, if permitted by law, self-insure any or all of the above-required insurance coverage.

(f) At the request of a non-governmental sponsor of an exchange visitor program, and upon a showing that such sponsor has funds readily available and under its control sufficient to meet the requirements of this section, the Department of State may permit the sponsor to self-insure or to accept full financial responsibility for such requirements.

(g) The Department of State may, in its sole discretion, condition its approval of self-insurance or the acceptance of full financial responsibility by the non-governmental sponsor by requiring such sponsor to secure a payment bond in favor of the Department of State guaranteeing the sponsor's obligations hereunder.

(h) Accompanying spouses and dependents are required to be covered by insurance in the amounts set forth in paragraph (b) of this section. Sponsors must inform exchange visitors of this requirement, in writing, in advance of the exchange visitor's arrival in the United States.

(i) Exchange visitors who willfully fail to maintain the insurance coverage set forth above while a participant in an exchange visitor program or who make material misrepresentations to the sponsor concerning such coverage will be deemed to be in violation of these regulations and will be subject to termination as an exchange visitor.

(j) Sponsors must terminate an exchange visitor's participation in their program if the sponsor determines that the exchange visitor or any accompanying spouse or dependent willfully fails to remain in compliance with this section.

Reviewed Appendix C Initials: *SVS*
SVS

REPLY APP 00741                                    GAP_00069173



## International Representative Contract–Appendix D

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

# Appendix D – DOS Regulations Au Pairs

Yellow highlights are sections to review and understand
Blue Highlights are critical and need to be understood

### §62.31   Au pairs.

(a) *Introduction.* This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) *Program designation.* The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) *Program eligibility.* Sponsors designated by the Department of State to conduct an au pair exchange program shall:

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) *Au pair selection.* In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

REPLY APP 00742

GAP_00069174



**International Representative Contract**–Appendix D

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

*a cultural child care experience*

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e) *Au pair placement.* Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) *Au pair orientation.* In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) *Au pair training.* Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

**REPLY APP 00743**                    GAP_00069175



**International Representative Contract**–Appendix D

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

(h) *Host family selection*. Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

(i) *Host family orientation*. In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j) *Wages and hours*. Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) *Educational component*. Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants (*i.e.*, Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

REPLY APP 00744                                                                                   GAP_00069176



**International Representative Contract**–Appendix D

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) *Monitoring.* Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) *Reporting requirements.* Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) *Sanctions.* In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) *Extension of program.* The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program (*i.e.*, 30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

REPLY APP 00745

GAP_00069177



**International Representative Contract**–Appendix D

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

(p) *Repeat participation*. A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

Reviewed Appendix D Initials:  *SVS*
SVS

REPLY APP 00746                                                        GAP_00069178



# Go Au Pair 2017 IR Contract for SWS Group

Adobe Sign Document History                              12/14/2016

| | |
|---|---|
| Created: | 12/12/2016 |
| By: | Meghan Ramirez (mramirez@goaupair.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAY4zyoDATY2Yfgdiz97XIeGKudGAmP2tA |

# "Go Au Pair 2017 IR Contract for SWS Group" History

📄 Document created by Meghan Ramirez (mramirez@goaupair.com)
12/12/2016 - 1:25:21 PM MST- IP address: 136.146.208.8

✉ Document emailed to STESTITS (info@swsgroup.cz) for signature
12/12/2016 - 1:25:35 PM MST

📄 Document viewed by STESTITS (info@swsgroup.cz)
12/14/2016 - 2:15:19 PM MST- IP address: 176.114.240.18

📄 STESTITS (info@swsgroup.cz) has agreed to the terms of use and to do business electronically with Go Au Pair Operations, LLC
12/14/2016 - 2:28:24 PM MST- IP address: 176.114.240.18

✍ Document e-signed by STESTITS (info@swsgroup.cz)
Signature Date: 12/14/2016 - 2:31:24 PM MST - Time Source: server- IP address: 176.114.240.18

✉ Document emailed to Meghan Ramirez (mramirez@goaupair.com) for approval
12/14/2016 - 2:31:25 PM MST

📄 Document viewed by Meghan Ramirez (mramirez@goaupair.com)
12/14/2016 - 2:33:32 PM MST- IP address: 68.66.166.200

✍ Document approved by Meghan Ramirez (mramirez@goaupair.com)
Approval Date: 12/14/2016 - 3:13:31 PM MST - Time Source: server- IP address: 68.66.166.200

✓ Signed document emailed to Meghan Ramirez (mramirez@goaupair.com) and STESTITS (info@swsgroup.cz)
12/14/2016 - 3:13:31 PM MST

Adobe Sign

REPLY APP 00747                                                                    GAP_00069179

# Exhibit 38

REPLY APP 00748

**To:** Anna Krot     REDACTED
**From:** Nina Kryzak
**Sent:** Wed 6/23/2010 11:39:50 AM
**Importance:** Normal
**Subject:** Re: Ответ: the Ralicki family and the coordinator
**Received:** Wed 6/23/2010 11:39:50 AM

Hi Anna,

Thanks for replying so quickly.  Ed is a good and kind person and because of that, no, you will not be taking care of his wife.  Last February it became impossible for him to keep her at home so she is in a nursing home a few miles away and she gets fulltime nursing care.  The kids visit her a few times a week.

Your salary will be the mandatory $195.75 each week as determined by the US State Dept; all the regulations of the program are determined by the State Dept of the US.  I have never had a family cheat the au pair and I don't expect that I ever will.  Families know that they don't do that under my supervision.

Ed wants to make your life with him and his children as pleasant as possible,especially because he needs and wants a capable young person to help him with his children, especially Katie who is on the cusp of young woman hood.
Talk to you soon.
Nina


Nina Kryzak
Local Coordinator
InterExchange Au Pair USA
TEL 1.518.355.2005
EMAIL nkryzak@lc.interexchange.org
http://www.interexchange.org/aupairusa

**From:** Anna Krot [mailto     REDACTED
**To:** Nina Kryzak [mailto:nkryzak@lc.interexchange.org]
**Sent:** Wed, 23 Jun 2010 07:19:44 -0400
**Subject:** Ответ: the Ralicki family and the coordinator

Nina hi!

Nice to meet you.

I am happy reading letter from you. I talked to Ed today. he seems to very good person.
Of course i have question but you know i couldn't ask him. So i am happy that i have a chance to ask you. Nina please tell me will i need to to take care after his wife? And i need to know waht will be my salary because i have heard many stories that families cheat their au-pair. They promise one salary and then after coming au-pair to their family they chabge their mind. So i need to know about it.

Nina thank you earlier.
Hope to hear from you soon.

Sincerely
Anna

InterExchange0038370



# Exhibit 39

REPLY APP 00750

**To:**     H Erina[saran.h.e1214@gmail.com]
**From:**   Julia Jakkaraju
**Sent:**    Wed 8/13/2014 2:56:57 AM
**Importance:**   Normal
**Subject:**  Re: Erina
**Received:**      Wed 8/13/2014 2:56:57 AM

No the stipend is regulated and does not increase. You are however eligible for $500 for your education.

Sincerely,

Julia Jakkaraju
Local Coordinator
InterExchange Au Pair USA
TEL 1.408.858.6318
EMAIL jjakkaraju@lc.interexchange.org
http://www.interexchange.org/aupairusa

H Erina <saran.h.e1214@gmail.com> , 8/12/2014 10:54 PM:

  Julia,
My friend said the first year is $195.75 and the extension year is $205.
Is it incorrect? My friend's agency is Au Pair International. My agency is
Inver Exchange. Agency is not same.
Thank you.

**CONFIDENTIAL**                         **InterExchange0018054**



EXHIBIT
McHugh 26
4'6'17
JEREMY RICHMAN

Case No. 1:14-cv-03074-CMA-KMT   Document 684-2   filed 04/27/18   USDC Colorado   pg
114 of 242

# Exhibit 40

REPLY APP 00752

# Two Week Visit Checklist

U.S. government regulations mandate that "each local counselor responsible for the au pair placement meet, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family's home."

**Focus Points**

▶ Set clear expectations and make sure that everyone is on the same page.

▶ Prepare host family and au pair for a great year together.

▶ Review program rules and regulations.

▶ Ensure that both host families and au pairs are clear and comfortable with house rules and the au pair's role in the home.

☐ Distribute a welcome packet, which includes information about classes, local in-network doctors, cluster meetings and contact information for au pairs in the group.

☐ Ask the au pair to take out all documents as well as his or her packet from orientation.

☐ Introduce yourself and explain the Local Coordinator role. Establish and set the tone and purpose for the meeting.

☐ Discuss the au pair's English language level. If necessary, support the au pair by speaking slowly and clearly. Encourage the host family to do the same. Minimize use of idioms, phrasal verbs and slang.

☐ Have both the au pair and host family (briefly) discuss their reasons for joining the program.

☐ Discuss the au pair's role as a family member when she/he is not working. Have each party talk about what their expectations are with regard to meals, chores and leisure time.

☐ Talk about the au pair's schedule and her/his main responsibilities.

☐ Go over handbooks and direct host family and au pairs to the regulations section.

☐ Discuss expectations for starting the work day.

☐ Discuss responsible telephone and texting use. Explain that incoming calls count as minutes on cell phones in the U.S. This is most likely different in the au pair's home country.

☐ Mention that the host family should discuss appropriate discipline techniques with the au pair. Hitting, spanking or any other type of 'hands-on' discipline is not an acceptable option for au pairs.

☐ Discuss smoking.

☐ Discuss curfews both for the au pair and the car if applicable.

☐ Talk about the extension process, timeline and requirements.

☐ Review all important documents (passport, visa, DS-2019 Form, driver's license, international drivers license, Social Security Card).

☐ Advise the au pair to make copies of her or his documents.

☐ Encourage the au pair to keep a printout of the local driving laws for international drivers in your state. Police officers are not always familiar with the specific laws pertaining to international drivers. Having a copy of the law will prevent unnecessary legal hassles.

☐ Remind the au pair that it is necessary to have the original DS-2019 Form, signed by the New York office, when traveling outside the U.S. during the initial 12-month program.

☐ Make sure that the au pair carries an international driver's license, insurance card, passport and important phone number card at all times.

AP-LC15-0313

Page 1 of 4



**CONFIDENTIAL**

InterExchange0004364

☐ Discuss how to obtain a Social Security Card. They will need their Social Security letter, passport, visa, I-94 and DS-2019 Form.

☐ Advise the au pair of the state requirements for obtaining a state driver's license (not required in all states) and procedures for doing so. Recommend getting a non-driver's ID card if he or she is not getting a driver's license.

☐ Make sure the au pair has the insurance brochure and knows how to print his or her insurance card. Review the main points of plan:

  ▸ $50 co-payment for physician visits

  ▸ $250 deductible for Emergency Room visits

  ▸ Au pairs need to file a claim for all doctors visits and prescription purchases.

☐ Review the following U.S. Department of State Regulations:

  ▸ Au pairs cannot work more than 10 hours per day.

  ▸ Au pairs cannot work more than 45 hours per week.

  ▸ Au pairs must receive 1.5 days off per week.

  ▸ Au pairs must receive one full weekend off per month.

  ▸ Au pairs must receive $195.75 per week on the same day each week.

  ▸ Au pairs must receive up to $500 to take classes to complete the educational requirements of the program.

☐ On Duty/Off Duty:

  ▸ Make sure the au pair and family understand that the au pair is working if she/he is alone with the children in the home at any point. This includes times when the children are sleeping.

  ▸ Au pairs receive 2 weeks of paid vacation during the course of the 12 months. Discuss plans for the au pair to take vacation. Explain the importance of planning ahead. Two weeks of paid vacation equals 11 days of vacation (5.5 days x 2 = 11 days).

☐ Ask to see a copy of the au pair's schedule. Explain that the au pair should receive a written schedule at the start of each work week. Ask if the family will pay the weekly stipend by cash or check and mention that the au pair will need to set up a checking account if payment will be by check.

☐ Au pairs must be paid a weekly stipend of $195.75 each week. Discuss how and when this will be paid. We encourage that the host family pay the au pair at the same time each week.

☐ Record of hours worked: Review this document and explain that it should kept in a public place in the home and be filled in each week.

☐ Cluster meetings:

  ▸ Talk about the types of cluster meetings and when they typically happen.

  ▸ Explain that meetings are mandatory and that the au pair must call if she or he is not able to attend. Au pairs should only miss a cluster meeting if she/he is sick, on vacation or in class. The au pair cannot work for the family during cluster meetings. The host family should encourage and facilitate cluster meeting attendance.

  ▸ It is the host family's responsibility to cover the cost of transportation to and from cluster meetings.

☐ Explain that au pairs are not permitted to have any type of outside employment or earnings in the U.S.

**EDUCATION REQUIREMENT**

☐ Au pairs must complete six credits or 60 hours at an accredited, post-secondary, academic institution. Instruct them to always check with the LC before signing up for a class.

  ▸ Classes must be academic in nature. No fitness classes or vocational classes.

  ▸ Au pairs cannot earn 3 or more credits over the course of just one weekend.

  ▸ It is the responsibility of the host family to cover the cost of reasonable and customary transportation to and from classes.

☐ Discuss what is needed to sign up for classes in your area and what the typical costs are. Explain types of classes that are not accepted.

☐ The host family should help the au pair sign up for classes at a college in their area.

AP-LC15-0313

Page 2 of 4

**CONFIDENTIAL**

InterExchange0004365

☐ Discuss car safety and make sure the au pair understands that they must never leave the children unattended, alone in a car.

☐ Emphasize the importance of responsible, defensive driving.

☐ Ask if the family will want the au pair to obtain a state driver's license if this is not a requirement in their state.

☐ Discuss the accident policy.

> ▸ The au pair is liable for one half of the damages up to $500 per accident when driving for personal use.

> ▸ Au pairs are exempt from liability when driving for work.

☐ Discuss if the car will have a curfew.

☐ Discuss InterExchange's 'zero tolerance' policy for drinking and driving. If the au pair is caught driving under the influence, they will be sent home.

☐ Discuss acceptable Internet usage.

☐ Mention that without explicit permission from the host family, the au pair should not post photos of the children.

☐ Explain that all host family information, including the address and phone number, is private and should not be given out.

☐ Emphasize the legal drinking age, fake IDs, and the dangers of drinking and driving.

☐ Make sure the au pair is aware of the family's emergency plans.

☐ Discuss process for addressing concerns. Problems and issues should be addressed with the Local Coordinator.

☐ Explain that au pairs and host families are expected to stay together for two weeks following the initiation of a transition.

☐ Explain that as a condition of program participation, host families and au pairs must have monthly contact with their Local Coordinator and quarterly contact with their Regional Contact.

☐ Explain that you will contact them each month to check-in. While they can share concerns with you at anytime, the monthly check-in is a great opportunity for discussing any questions or concerns.

☐ Explain the importance of weekly meetings/check-ins. We encourage that weekly meetings happen at the same time each week. This is also a great time for the host family to pay the au pair.

☐ Discuss what types of cultural learning the family and au pair home to gain from the program.

☐ Discuss what the au pair hopes to learn about the U.S. by living with this family.

☐ Discuss what the family hopes to learn from the au pair.

☐ Discuss how the host family and the au pair intend to bridge cultural differences when they occur.

☐ Discuss how the au pair will be integrated into the local community.

**CONFIDENTIAL**

InterExchange0004366

**REPLY APP 00755**

InterExchange
AU PAIR USA

## 48-HOUR CONTACT CHECKLIST

*U.S. government regulations mandate that "each local counselor responsible for the au pair placement contact the host family and au pair within 48 hours of the au pair's arrival" in the family's home. As au pairs arrive at the family's home on either Thursday night or Friday, this means that this contact needs to take place by either Saturday or Sunday. The contact may be either in person or via telephone (but not by letter or email).*

*When you make these calls you will want to:*

☐ Introduce yourself and welcome the au pair to the U.S. and to your cluster.
☐ Inquire about their travel experience and the time they spent in New York at the orientation (remind them you will be collecting the evaluation at the two-week visit).
☐ Let them know their au pair "buddy" will be contacting them shortly.
☐ Ask if they received welcome materials you left with the family-or let them know that they will receive it at the two-week arrival meeting.
☐ Advise them that it would be best to spend their first weekend in the U.S. getting to know their host family rather than socializing with au pairs from the cluster (they have 51 more weekends to do that).
☐ Let them know you are looking forward to seeing them at your next cluster meeting (mention the date and location).

*Speak to the host family as well to inquire if they have any questions at this point. You may need to remind them that the au pair is adjusting to their family and new culture and will continue to do so over the next several weeks.*

*At this point, you may want to also schedule the date of your two-week visit if you have not already done so.*

AP-LC14-0909

**CONFIDENTIAL**         InterExchange0004367

COOK, BETH    2c

Date au pair arrived NYC:     08/15/2011  (MM/DD/YYYY)

Date au pair arrived to family:  12/05/2011  (MM/DD/YYYY)

Date of 48-hour contact:     12/6/11  (MM/DD/YYYY)

Date of 2-week visit:        12/7/11  (MM/DD/YYYY)

**Arrival Type:**

☐ Out of country arrival

☒ Transition arrival

☐ Extension arrival

▸ We have met with our local coordinator within two weeks of the au pairs arrival and have discussed all of the above with him/her.

Host Parents:  BETH COOK  _____ *Beth Cook* _____  12/7/2011
PRINT NAME                              SIGNATURE              DATE (MM/DD/YYYY)

_____   _____   _____
PRINT NAME                              SIGNATURE              DATE (MM/DD/YYYY)

Au Pair:  ALICJA SAHAJDAK  _____ *Sahajdak* _____  12/7/11
PRINT NAME                              SIGNATURE              DATE (MM/DD/YYYY)

Local
Coordinator:  MAUREEN HUGHES-COES  *M Hughes Coes*  12/7/11
PRINT NAME                              SIGNATURE              DATE (MM/DD/YYYY)

▸ Please return this form via fax, email, or mail to:

Cirocco Dunlap
HF Inquiries/Compliance Coordinator
InterExchange Au Pair USA
161 Sixth Avenue
New York, NY 10013
Email: cdunlap@interexchange.org
Fax: 917-720-9158

AP-LC15-0310                                           Page 3 of 3

**CONFIDENTIAL**                    InterExchange0004368

InterExchange

## AU PAIR USA

# AU PAIR ORIENTATION
## Overview

## Topics Covered

### Program Rules and Regulations

▶ Introduction
▶ Program Regulations
▶ Culture Shock
▶ Legal Documents
▶ Taxes
▶ Record of Hours
▶ Accident & Sickness Insurance
▶ Extension Program
▶ End of Year Documents
▶ Driving in the U.S

### Childhood Development

The following topics are covered for each developmental age group:

▶ Physical Skills
▶ Language Skills
▶ Thinking Skills
▶ Social-Emotional Skills
▶ Discipline
▶ Nutrition
▶ Activities

We also cover:
▶ Conflict Resolution
▶ Schedule Making
▶ Reading with Children

### Child Safety Workshop

▶ Emergency Response
▶ CPR Training
▶ Choking Prevention
▶ Household Safety
▶ Child Illnesses
▶ Water Safety
▶ Allergic Reactions, Seizures and Shock
▶ Bleeding and Injuries
▶ Fire Safety
▶ Poisoning Prevention
▶ Outdoor Safety
▶ Sport Safety

## Schedule

| | |
|---|---|
| Monday Afternoon: | Check-in at InterExchange Au Pair USA Desk in the Hotel Lobby |
| Monday Evening: | Free time |
| Tuesday Morning: | Program Rules and Regulations |
| Tuesday Afternoon: | Working with Infants and Toddlers |
| Tuesday Evening: | Walking Tour of NYC |
| Wednesday Morning: | Driving in the U.S. Working with Pre-Schoolers and Kindergarteners |
| Wednesday Afternoon: | Working with School-Age Children Group Presentations |
| Wednesday Evening: | Free time |
| Thursday Morning: | Child Safety Workshop |
| Thursday Afternoon: | Child Safety Workshop |
| Thursday Evening: | Travel Documents |
| Friday: | Travel to Host Family |

## Materials Received

▶ Communication Log
▶ Tote Bag
▶ Local Map
▶ Subway map
▶ Emergency Card
▶ Orientation Schedule
▶ Name Tags
▶ Meal Vouchers
▶ Insurance Brochure
▶ Record of Hours and Payment Received Sheets

▶ T-Shirt
▶ Orientation Handbook
▶ Orientation Notes Pages
▶ Health and Safety Training Slides
▶ Activity Book
▶ Social Security Letter
▶ DMB Letter
▶ Identification Letter
▶ Signed DS-2019 Form

TEL 1.800.287.2477   FAX 1.212.924.0575   www.interExchange.org/aupairusa

**CONFIDENTIAL**

InterExchange0004369

## ☾ InterExchange

Dear Au Pair,

As you begin living and working with your host family, it is very important to keep track of your hours worked, time-off, and stipend payment received to maintain compliance with your J-1 Visa regulations. To help you do this, we are attaching a *Record of Hours Worked and Payment Received* document. Please keep this document up-to-date by completing all the information boxes. Each week this form should be reviewed and compared to your written schedule and then initialed by you and your host family. You should also discuss any extra time that you spent doing activities that might be considered "work" and how this affects the number of hours you actually worked.

Keeping this record accurate will help prevent oversights, disputes and misunderstandings regarding pay and scheduling. If a problem does arise, it will be much easier to resolve if these records are kept accurate.

Below is an explanation of each column heading:

**Week's End Date:** This is the date of the last day of your au pair working week. Au pairs and host families should keep the same set working week for the duration of the program year.

**1.5 Days Off (Y/N):** It is a requirement of the au pair program regulations that au pairs receive at least one and one half (1.5) days off per week. Please record whether you have (yes) received this time off or (no) not received this time off.

**Stipend Earned:** Au pairs must be paid at a weekly rate of $195.75.

**Date Stipend Received:** This is the date that the au pair was paid. To remain consistent, au pairs should be paid on the same day each week.

**Au Pair Initials:** This is how you indicate that you filled in this information and that it is all correct. You can sign your name or just write the initial of your first and last name. For example, Mary Poppins would write **MP**.

**Host Initials:** This is how your host family indicates that the information you wrote for that particular week is correct.

**Total Hours Worked:** This is the total number of hours that you worked during the week. Remember, au pairs are not allowed to work more than 45 hours per week or 10 hours a day.

**Full Weekend off per Month:** All au pairs must be given one full weekend off per month. You can keep track of this in this space. InterExchange defines "full weekend" as Friday early evening until Monday morning.

Please remember that U.S. Department of State Regulations require that au pairs do not work more than 45 hours per week and 10 hours per day. Au pairs must also receive at least one and a half (1.5) days off per week and one full weekend off per month. If your host family is not adhering to these program regulations please contact your Local Coordinator, Regional Contact, or anyone on the InterExchange Au Pair USA team and we will assist you.

Best Regards,

InterExchange Au Pair USA

161 Sixth Avenue, New York, NY 10013   |   TEL 212.924.0446   FAX 212.924.0575   |   www.InterExchange.org

**CONFIDENTIAL**                    InterExchange0004370

REPLY APP 00759

InterExchange  AU PAIR USA Record of Hours Worked and Payment Received

# Record of Hours Worked and Payment Received

| Week | Week's End Date | 1.5 Days Off? (Yes/No) | Stipend Earned | Date Stipend Received | Au Pair Initials | Host Family Initials | Total Hours Worked | Full Weekend Off Per Month? (Yes/No) |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |

C213

**CONFIDENTIAL**                    InterExchange0004371

# AU PAIR ORIENTATION
## Overview

**InterExchange**
## AU PAIR USA

## Topics Covered

### Program Rules and Regulations

▸ Introduction
▸ Program Regulations
▸ Culture Shock
▸ Legal Documents
▸ Taxes
▸ Record of Hours
▸ Accident & Sickness Insurance
▸ Extension Program
▸ End of Year Documents
▸ Driving in the U S

### Childhood Development

The following topics are covered for each developmental age group:

▸ Physical Skills
▸ Language Skills
▸ Thinking Skills
▸ Social-Emotional Skills
▸ Discipline
▸ Nutrition
▸ Activities

We also cover:
▸ Conflict Resolution
▸ Schedule Making
▸ Reading with Children

### Child Safety Workshop

▸ Emergency Response
▸ CPR Training
▸ Choking Prevention
▸ Household Safety
▸ Child Illnesses
▸ Water Safety
▸ Allergic Reactions, Seizures and Shock
▸ Bleeding and Injuries
▸ Fire Safety
▸ Poisoning Prevention
▸ Outdoor Safety
▸ Sport Safety

## Schedule

| | |
|---|---|
| **Monday Afternoon:** | Check-in at InterExchange Au Pair USA Desk in the Hotel Lobby |
| **Monday Evening:** | Free time |
| **Tuesday Morning:** | Program Rules and Regulations |
| **Tuesday Afternoon:** | Working with Infants and Toddlers |
| **Tuesday Evening:** | Walking Tour of NYC |
| **Wednesday Morning:** | Driving in the U.S. Working with Pre-Schoolers and Kindergarteners |
| **Wednesday Afternoon:** | Working with School-Age Children Group Presentations |
| **Wednesday Evening:** | Free time |
| **Thursday Morning:** | Child Safety Workshop |
| **Thursday Afternoon:** | Child Safety Workshop |
| **Thursday Evening:** | Travel Documents |
| **Friday:** | Travel to Host Family |

## Materials Received

▸ Communication Log
▸ Tote Bag
▸ Local Map
▸ Subway map
▸ Emergency Card
▸ Orientation Schedule
▸ Name Tags
▸ Meal Vouchers
▸ Insurance Brochure
▸ Record of Hours and Payment Received Sheets

▸ T-Shirt
▸ Orientation Handbook
▸ Orientation Notes Pages
▸ Health and Safety Training Slides
▸ Activity Book
▸ Social Security Letter
▸ DMB Letter
▸ Identification Letter
▸ Signed DS-2019 Form

TEL 1 800 287 2477   FAX 1 212 924 0575   www.InterExchange.org/aupairusa

**CONFIDENTIAL**

InterExchange0004372

REPLY APP 00761

Case No. 1:14-cv-03074-CMA-KMT   Document 410-2   filed 04/27/16   USDC Colorado   pg
124 of 242

# Exhibit 41

REPLY APP 00762



INTEREXCHANGE AU PAIR USA

AU PAIR AGREEMENT

This agreement (herein the "Agreement" or "Main Agreement") describes the terms and conditions of my participation in InterExchange's Au Pair USA Cultural Exchange Program and its sponsorship of my J-1 Visa.

### Background

InterExchange is a designated sponsor of the Au Pair J-1 Visa Program administered by the U.S. Department of State's Bureau of Educational and Cultural Affairs (the "Program"). The Program allows foreign participants ("Participant" herein defined below) to enter the United States to work as Au Pairsso that the Participant may increase their understanding of American culture and society and enhances the American Host Family's knowledge of foreign cultures through an open interchange of ideas.

This J-1 Visa Program requires employment for Au Pair Participants as part of the Cultural Exchange Program so that cost and expenses incurred during the Participant's time in the U.S. may be offset by the Program Stipend paid by the Host Family.

Now having understood the background and nature of this Agreement and Program, InterExchange and I hereby agree to the following terms and conditions:

1. **Definitions**. I agree to the following definitions:

    a. "**Adjustment Period**" begins when an Au Pair (see definition) first arrives to live in a Host Family's (see definition) home and ends thirty (30) days after the Au Pair has been living in a Host Family's home. During this period, an Au Pair cannot Transition (see definition) to a Rematch (see definition) Host Family except, in rare cases, Au Pairs may be moved as required by InterExchange.

    b. An "**Applicant**" or "**Candidate**" is anyone who applies to the Au Pair USA Program about whom InterExchange has not yet determined his or her suitability for the Program.

    c. An "**Au Pair**" is a carefully screened Participant (see definition), who is between the ages of 18 and 26, is a secondary school graduate or the equivalent, and is proficient in spoken English. Au Pairs are Matched (see definition) with a Host Family for cultural exchange purposes. The Au Pair lives with and provides child care services to a Host Family for up to ten (10) hours a day and forty-five (45) hours per week over live and a half (5 ½) days per week per Program regulations. The Au Pair is provided numerous cross-cultural activities, including, without limitation, taking at least six (6) credit hours of educational course work at a U.S. educational institution while participating in the Au Pair USA Program.

    d. "**At-Will Employment**" means either the Host Family or the Au Pair may end the employment relationship between the two parties at any time.

    e. "**Culture Exchange Program**" is a non-immigrant program operated by the U.S. Department of State's Bureau of Education and Cultural Affairs that increases a Participant's understanding of American culture and society and enhances the Host Family's knowledge of foreign cultures through an open interchange of ideas between Au Pairs and Host Families and the communities in which they live.

    f. "**Extension**" is a period of time in which the U.S Department of State allows a one-time extension of the Au Pair Program for six (6), nine (9), or twelve (12) additional months contingent upon successful completion of the initial 12-month Program and subject to certain limitations.

    g. "**30-Day Travel/Grace Period**" is the 30-day cultural exchange travel or "grace" period to which Au Pairs are entitled upon successful completion of the requirements of the Au Pair USA Program. During this 30-day period, Au Pairs are not permitted to engage in any employment. Au Pairs are required to leave the U.S. before the end of this 30-day period.

    h. "**Host Family**" is a carefully screened family of U.S. citizens or legal permanent residents who participate in the Au Pair USA Program by matching with an Au Pair to utilize the Au Pair's child care services for cultural exchange purposes.

    i. "**In-Country**" means an Au Pair is already in the U.S. An In-Country Au Pair may be in the U.S. due to an Extension or Transition.

    j. "**Insurance**" is accident and sickness coverage from an insurance company authorized by InterExchange (or, in rare cases, an International Cooperator (see definition below)) that meets or exceeds U.S. Department of State requirements.

    k. "**International Cooperator**" or "**IC**" is an independent contractor that performs services for InterExchange including, without limitation, recruiting Au Pairs for the Program, assisting the Candidates and InterExchange with the application process and

InterExchange0048910

REPLY APP 00763

providing additional pre-arrival support after an Au Pair is matched with a Host Family.

   l.  "J-1 Visa Sponsorship" means a non-immigrant cultural exchange visa issued pursuant to 8 U.S.C. 1101(a)(15)(J).

   m.  "Local Coordinator" is the InterExchange independent contractor or representative who liaises with the Au Pair and Host Family in the Host Family community. The Local Coordinator provides information in compliance with InterExchange Au Pair USA rules and requirements and coordinates monthly gatherings for InterExchange Au Pairs in the cluster area.

   n.  "Match" is the process by which the Host Family chooses to host the Au Pair, who as a result of being matched receives sponsorship for cultural exchange purposes under a J-1 visa sponsored by InterExchange.

   o.  "Orientation" is the period of time during which Participants visit New York City to be trained by InterExchange and are provided detailed information about the Program before the Participants start employment as an Au Pair for Host Families.

   p.  "Participant" is a suitable and qualified Candidate who matches with a Host Family and takes part in the InterExchange Au Pair USA Program under the U.S. Department of State regulations and InterExchange's requirements.

   q.  "Program" or "Au Pair USA Program" or "Au Pair USA" means the Cultural Exchange Program as administered by InterExchange. The Program includes the initial twelve (12) month program, Transitions and Extensions.

   r.  "Rematch" is the process by which an in-country Au Pair is Matched to a Host Family other than the one to which he or she was originally Matched. Please see the definition of "Match."

   s.  "Replacement" is an Au Pair who replaces another Au Pair after a Host Family enters Transition.

   t.  "Social Media" means a wide range of new and evolving communication tools including, without limitation, multi-media and social networking websites such as MySpace, Facebook, Yahoo! Groups, LinkedIn, Flickr and YouTube and other media or video sharing sites; Blogs; Wikis such as Wikipedia and any other site where text or photos can be posted; Sites and/or apps like Twitter on smart devices such as cell phones, digital tablets and similar communication devices.

   u.  "Special Needs Child" is a Host Family child with emotional, physical or psychological needs, as identified by the Host Family, that require additional child care services from an Au Pair other than child care services generally provided to Host Families.

   v.  "Sponsor" is a legal entity designated by the U.S. Department of State to conduct Cultural Exchange Programs under the J-1 Visa.

   w.  The "Stipend" is the minimum amount that the Host Family is required to pay the Au Pair pursuant to U.S. Department of State regulations and employment and labor laws of the U.S. The current minimum required weekly amount is one hundred ninety-five dollars and seventy-five cents ($195.75).

   x.  "Suitable Candidate" means a candidate who meets the Program requirements of the both the U.S. Department of State regulations and InterExchange guidelines.

   y.  "Transition" is the process by which a Host Family or Au Pair may either leave the Program or be Rematched with a new placement.

   z.  "Withdrawal" means that a Host Family or Au Pair voluntarily ends its relationship with InterExchange.

   aa.  "3-Point Meeting" is an optional meeting facilitated by a Local Coordinator or InterExchange to mediate differences between a Host Family and an Au Pair.

2.  **Program Overview.** I understand and agree that InterExchange operates Au Pair USA solely as a Cultural Exchange Program. I acknowledge receipt of a copy of 22 CFR Part 62.31, the Wilberforce Brochure (see below, "Dispute Process") and the Department of State publication "The Au Pair Exchange Program" from InterExchange. I further understand and agree that any conflict between the cultural exchange purposes of the Au Pair USA Program and the child care services offered by me as an Au Pair shall be decided in favor of the cultural exchange purposes and regulations of the Program.

3.  **Certification, Application, Interview & Selection**

   a.  **Certification.** I certify that I have not previously participated in an Au Pair program based in the U.S. within the last twenty-four (24) months.

   b.  **Application.** I agree that I must submit a complete application to be considered as an Au Pair Candidate by InterExchange and a Host Family. I agree that the application process and information requested on the application are responsibilities that I must fulfill under my Agreement with InterExchange. I further understand and agree that all information submitted under this application and Agreement is for the sole purpose of determining my suitability for the Au Pair USA Program.

**InterExchange0048911**

**REPLY APP 00764**

c. **Background Investigation.** I understand and agree that I must successfully pass a background investigation that includes, without limitation, verification of school or high school diploma (minimally a secondary school or the equivalent); three, non-family related child care references; a criminal background check or its recognized equivalent; health screening report; and a psychometric personality test.

d. **Additional Information.** I agree that InterExchange may request, and I agree to supply, additional information other than the originally requested information for the purpose of making a final decision about my suitability for the Program.

e. **Read All Materials.** I certify that I have read and understood all application materials sent to me by InterExchange, including, without limitation, the InterExchange and U.S. Department of State rules and regulations required for me to participate in the Program.

f. **Interview.** I understand that an in-person interview conducted in English is a requirement that must be fulfilled as a condition of my application to the Au Pair USA Program. Further, I must be contacted by a potential Host Family by telephone prior to an agreement to a Match. As explained under Sections on Extensions and Transitions, I understand and agree that the requirements regarding Host Family interviews also apply to Extensions and Transitions for any potential Rematch Host Family.

g. **InterExchange Decision.** I agree that InterExchange makes the final decision about my participation in the Au Pair USA Program. I agree that InterExchange makes the final decision about approving my Match or Rematch with a Host Family. I understand and agree that all decisions are based on InterExchange's role as the Sponsor of my Cultural Exchange Program as set forth under this Agreement.

4. **Program.**

a. **Orientation.** I must attend the Orientation provided by InterExchange in New York City. I must not arrive before my scheduled arrival date for my Orientation.

b. **Training.** I agree to attend and engage in child development and child safety instructions provided by InterExchange to the best of my abilities. I understand and agree that I must successfully complete my training in the U.S. prior to starting my child care duties with the Host Family.

c. **Nature of Au Pair Work Performed.**

i. **Host Family/Au Pair Agreement.** Prior to departure from my home country, I must enter into a signed written agreement with the Host Family. I understand the Host Family will provide an outline of my duties and schedule in the Host Family application, which may be amended from time to time, but shall in no way conflict with Program rules, regulations and the terms and conditions of this Agreement. I agree to read and understand the obligations expected of me by the Host Family as detailed through the Host Family application and the Host Family/Au Pair Agreement. I understand that the Host Family/Au Pair Agreement shall include, without limitation, the terms of this Agreement and that the Host Family must conform to the Fair Labor Standards Act. I understand that the agreement between the Host Family and me must be signed only after my Match or Rematch with the Host Family. I understand that InterExchange does not offer, nor am I a Participant in, an Educare program; and, therefore, I am not subject to any Educare requirements regarding the Host Family/Au Pair Agreement.

ii. **Duties.** I understand that my duties shall only include child care and activities related to care of the children of my Host Family. I agree that I cannot be directly responsible for the care of any non-Host Family children. Child care may include, without limitation, active duties such as taking care of children as they play, preparing children's meals, driving children to school and activities, light cleaning of their rooms, assisting children with school assignments and doing the children's laundry as well as passive duties such as being present when the children are sleeping.

iii. **Permissible Duties.** I am not obligated to perform heavy chores, including, without limitation, yard work, taking care of pets, window washing or scrubbing floors. If I choose to engage in heavy chores, I must follow the safety standards under Section 7 of this Agreement.

iv. **Medication.** I must not administer any medicine or medical/therapeutic treatment to children.

v. **Disciplining Children.** I agree that I am not permitted under any circumstances to physically discipline children in any way (e.g., hitting children or withholding food as punishment). The terms of this Agreement are to be enforced even if the Host Family requests that I discipline the children. If I have questions over appropriate behavior, I shall ask my Local Coordinator for guidance.

d. **Local Coordinator.** While I should seek general direction and advice about the Program from the Local Coordinator, I understand that InterExchange makes all final decisions. I agree that statements by the Local Coordinator are not binding on InterExchange unless confirmed in written policy and under the terms and conditions of this Agreement. If I have any questions or concerns regarding my Local Coordinator, I must contact an InterExchange manager directly.

e. **Au Pair's Age.** I can only begin the Program between the ages of eighteen (18) and twenty-six (26).

**InterExchange0048912**

REPLY APP 00765

f. **Age of Children.**

    i. I agree that InterExchange cannot place or allow me to remain as an Au Pair in a Host Family home with a child under the age of two (2) unless I have at least two hundred (200) hours of documented experience working with children under the age of two (2). I must promptly notify InterExchange if a child under the age of two (2) years is a member of or joins the household at any time during the Program.

    ii. **I agree that if there are any children under three (3) months old living in the home there must be a responsible adult (e.g., baby nurse, grandparents) in the home at all times and I cannot be left as the sole child care provider, even for a limited amount of time, including sleeping hours.**

g. **Special Needs Children.** I must inform InterExchange and the Local Coordinator about the new arrival or request for me to take care of a special needs child, which may include, without limitation, children with physical or mental disabilities. I understand that I must identify my prior experience, skills or training and willingness to care for special needs children if the circumstances arise in which I am to provide child care to special needs children.

h. **3-Day Settling In Period.** I understand that during the first three (3) days of my stay with the Host Family, a parent or another responsible adult (e.g., grandparents) must remain in the home to facilitate my adjustment into the Host Family, household and community. Failure of this condition by the Host Family must be immediately reported to InterExchange and the Local Coordinator.

i. **45-Hour Work Week.** I cannot provide more than ten (10) hours of child care services on any given day or more than forty-five (45) hours of child care in any one (1) week. Generally, I understand that the Host Family must arrange a consistent schedule of work hours per week to conform to Program requirements (e.g., if the Host Family schedules my hours from Monday through Saturday, this means I must work Monday through Saturday throughout the duration of my employment with the Host Family without variation), provided, however, that the Host Family and I may negotiate a mutually agreed upon change of schedule that does not violate this Agreement. U.S. Department of State regulations or employment and labor laws. I must be compensated at a weekly rate based on forty-five (45) hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. I must notify InterExchange if the Host Family requires or asks me to work over forty-five (45) hours a week or more than ten (10) hour a day.

j. **Room and Board.** I understand that the Host Family must provide me with board and lodging. I further understand that lodging shall be limited to a private room set aside by the Host Family for the purpose of my lodging rather than a room used for other purposes (e.g., sharing the room with another Au Pair is not permitted and a Host Family cannot require me to sleep in a room that is used for laundry or family entertainment).

k. **Stipend.** I understand that my Stipend from the Host Family must meet the minimum requirement set by U.S. Department of State regulation, which may be amended from time to time. I agree to notify InterExchange if there is any problem with receiving my weekly Stipend. If paid by check, I agree to deposit or cash my Stipend within four (4) weeks of receiving the Stipend from the Host Family.

l. **Weekly Time Off.** I must receive a minimum of one and a half (1½) days off per week, in addition to one (1) complete weekend (Friday evening until Monday morning) off each month. I must notify InterExchange if the Host Family fails to provide me with time off.

m. **Vacation.** The Host Family must provide me two (2) weeks of paid vacation during the Program to be taken at a time mutually agreed upon between the Host Family and me. I must contact InterExchange if the Host Family fails to provide me with paid vacation. If joining the Host Family on vacation, I agree not to share lodging with any adult member of the Host Family or share a bed with anyone, including, without limitation, children.

n. **Education.**

    i. **Required Educational Courses.** I agree to follow the applicable U.S. Department of State education regulations for Au Pairs participating in the initial twelve (12) month Program. Specifically, I must enroll in and complete classes or programs offered by an accredited, post-secondary institution for at least six (6) semester hours of academic credit or its equivalent. I understand that the Host Family must facilitate my enrollment and attendance and pay the cost of such academic course work in an amount not less than five hundred dollars ($500) for a twelve (12) month Au Pair Program. The Host Family is not obligated to pay an amount greater than the five hundred dollars ($500). I understand that the Host Family is responsible for facilitating my transportation to such classes or programs.

    ii. **Educational Requirements After Transition.** If I am placed in Transition (See Transition below) before completing the educational requirements, I agree to complete the requirements with the new Host Family to whom I am Rematched as described in the sections on Required Educational Courses and Transition, including, without limitation, restarting the six (6) semester hours in the manner required by the U.S. Department of State. I understand that my new Host Family is only required to pay a pro rated amount of the five hundred dollars ($500) based on my remaining time in the Program, which shall mean a pro rated value equaling nine dollars and sixty-two cents ($9.62) per week in a standard fifty two (52) week Program (e.g., if Transition to a Rematch Host Family after twenty five (25) weeks, then the Rematch Host Family will be required to pay two hundred fifty-nine dollars and seventy-four cents ($259.74) towards my educational courses).

InterExchange0048913

    iii. **Additional Cost of Courses.** I understand and agree that all additional costs of meeting the educational requirements of the Program are my responsibility.

    iv. **Optional Educational Courses.** If I complete the required number of credit hours in the manner required by InterExchange and U.S. State Department regulations, and there is an amount left over from the five hundred dollars ($500) contribution required of the Host Family, I, at my sole discretion, may elect to use the remaining balance to cover the cost of taking additional courses, provided, however, that the courses meet the academic requirements as set forth by InterExchange and the U.S. State Department. I understand that the Host Family is responsible for facilitating my transportation to and from the courses.

    v. **Driver's Education.** If required by the Host Family, I understand that I shall be responsible for taking a driver's education course, provided, however, that the Host Family pays for the cost of the driver's education course. If not required by the Host Family, I shall be responsible for the cost of the course if I elect to take a driver's education course;

o. **Cluster Meetings.** I agree to attend all monthly Cluster Meetings with the Local Coordinator. I understand that the Host Family must facilitate attendance and provide time off and transportation for the meetings.

p. **Insurance.**

    i. **Insurance.** I agree to the terms and conditions of the insurance policy provided by the vendor authorized by InterExchange or the International Cooperator. I understand that InterExchange requires me to hold the insurance policy through the authorized vendor solely for the purpose of ensuring the policy's compliance with U.S. Department of State regulations. I understand that neither InterExchange nor the International Cooperator are sellers or resellers of the insurance. I understand that the insurance arranged by InterExchange or the International Cooperator meets or exceeds Program regulation requirements, but is not comprehensive. For additional information about the insurance policy from InterExchange, I agree to read the terms and conditions of the policy in the brochure and literature sent to me by InterExchange and by visiting InterExchange's web site. Except for the 30-Day Travel Period/ Grace Period Insurance, I understand that cost of the insurance policy is included in fees paid by the Host Family.

    ii. **30-Day Travel Period/Grace Period Insurance.** I agree to request and pay for the insurance policy that covers the 30-Day Travel/Grace Period before the start of the 30-Day Travel/Grace Period.

    iii. **Supplemental Insurance.** I understand that the insurance policy is limited to accident and medical sickness coverage and may have exclusions or limitations that may cause me to incur out of pocket expenses if I seek treatment for such exclusions or limitations. I agree to investigate and InterExchange strongly recommends that I obtain supplemental insurance to meet my medical and travel insurance needs above those covered by the InterExchange authorized insurance policy for the duration of the Program.

    iv. **Automobile Insurance.** I understand that the Host Family must provide automobile insurance at the Host Family's sole cost if I use any of the Host Family's vehicles for work or personal use. I further understand that the insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the Host Family's state of residence. I agree that I am responsible for understanding the limitations of any insurance policy and the costs related to the policies.

q. **Passport.** I understand that I am responsible for obtaining a valid passport. I must keep my passport valid at least thirteen (13) months longer than the Program end date found on the DS-2019 form. If I lose my passport, I am responsible for replacing it at my own expense. I am solely responsible for safeguarding my passport and agree not to surrender it to any unauthorized person or entity. If I am in doubt about whether an organization should possess my passport, it is my duty to investigate.

r. **Visa.** I must complete all visa requirements in accordance with instructions provided by InterExchange and the U.S. government.

s. **Tax ID/Social Security Number.** I understand that I may need to secure either a tax payer id or social security number. I further understand that I must safeguard my personal information. If I am in doubt about whether an entity should possess my personal information, it is my duty to investigate.

t. **English.** I agree that my English language skills must be sufficient to communicate with the Host Family and during emergencies. I understand insufficient language skills may be a reason for my visa denial and/or my Program to end early.

u. **Failure to Return to the United States during Program Dates.** I understand that if I leave the U.S. at any time during my Program for any reason I must provide notice to InterExchange. Furthermore, I agree that my sponsorship will end if I fail to return to the U.S. or the Program within thirty (30) days.

v. **30-Day Travel/Grace Period.** I understand that upon successful completion of the Program I am permitted a 30-Day Travel/Grace Period during which I am allowed to travel within the United States. I understand that it is a violation of immigration law and Program regulations to conduct any form of employment (including working for my Host Family) during the 30-day Travel/Grace Period.

w. **Leaving Program Early or Overstaying 30-Day Travel/Grace Period.** If I leave the Program before the Program end dates or over-stay the 30-Day Travel or Grace Period, I forfeit my return flight, vacation time and unearned Stipend, and my insurance will

InterExchange0048914

REPLY APP 00767

be cancelled. I understand that InterExchange will report any circumstances of the Program ending early and/or violation of immigration laws to the U.S. Department of State and/or the Department of Homeland Security.

x. **Leave U.S. At End Of Program.** I will return to my home country or leave the U.S. at the end of my Program, which is defined by the end date of my DS-2019 form plus my 30-Day Travel/Grace Period or, if the Program ends early, the date that I am required to leave the U.S. under immigration law and InterExchange requirements.

y. **Visa Requirements of Other Countries.** During the Program, I agree that it is my obligation to research and meet any visa requirements for countries to which I plan to travel.

5. **Employment & Sponsorship.**

a. **Notice of At Will Employment.** I understand that my position as an Au Pair is At-Will Employment as defined under the Definitions Section.

b. **No outside employment.** I must not work in any additional position, including, without limitation, volunteer or paid employment or internships, during the Program. I must only work with the Host Family that has been approved by InterExchange.

c. **InterExchange is not an Employer or Employment Agency.** I agree that InterExchange is not my employer or an employment or staffing agency.

d. **Sponsorship.** I agree that InterExchange solely functions as my J-1 Visa sponsor.

e. **Best of Abilities.** I understand that keeping my J-1 Visa sponsorship is based on remaining in good status throughout the duration of the Program. To increase the chances of keeping my sponsorship, I have investigated the duties and functions of an Au Pair. I am willing and able to function as an Au Pair in every way, including physical and mental stamina. To further promote the cultural exchange ideals of the Program and act as an ambassador of my home country to the Host Family and Host Family's children, I agree to carry out my child care duties and other responsibilities to the best of the abilities and with due respect.

6. **Air Travel & Transportation.**

a. **Travel.**

i. I agree to allow InterExchange, its officers, affiliates, independent contractors, vendors, agents and employees to act on my behalf in arranging transportation to and from InterExchange designated locations.

ii. I must be present in enough time for all flights or other transportation provided or arranged by InterExchange. I understand and agree that InterExchange is not responsible for providing alternative transportation. I agree to bear the cost of any fees or charges incurred as a result of any failure to follow these instructions.

iii. I understand that flights will depart from and return to assigned airports, and that I am responsible for any flight or other supplemental transportation to reach the designated points of departure.

iv. I agree to notify InterExchange of any deviation from the arrangements that InterExchange made on my behalf.

b. **Transportation- Motor Vehicle.** If I am required to drive and given access to a motor vehicle, I understand that the Host Family must pay for gas used by me and maintain the motor vehicle in good working order when performing my duties or when driving to/from meetings and/or classes in fulfillment of Program requirements. I agree to report any concerns about the working condition of the motor vehicle to my Host Family immediately. I further understand that a motor vehicle may or may not be available.

7. **Safety, Problems & Emergencies.**

a. **Precautions.**

i. I am responsible for my personal health and safety needs while participating in the Au Pair USA Program. If I suffer from any health or other condition that would create a risk to others or me, I should not apply or participate.

ii. I must take reasonable precautions to prevent injury or harm to myself or a third party or damage to the property of a third party or myself.

b. I agree to the following:

i. I must notify InterExchange in the manner required under Communications and Notification Section if I experience any serious medical, psychological or criminal incident.

ii. **I must contact InterExchange immediately if the Host Family endangers my safety or the safety of others or acts in a manner that raises questions about my safety or those of others.**

InterExchange0048915

iii. I must remain available and/or stay in contact (if contacted) by my Local Coordinator during any natural disaster or emergency. If I am unable to contact the Local Coordinator after my Local Coordinator contacts me, I must reach authorized staff at InterExchange to confirm my circumstances as soon as it is reasonably feasible to do so.

iv. **Emergency Messaging.** In addition to following any emergency plan available to me from local authorities or the Host Family. If I supplied my mobile number,I agree to follow suggestions as may be sent through InterExchange emergency messaging, including, without limitation, emergency texts from InterExchange. If local authorities or the Host Family recommends actions that conflict with any messages sent via InterExchange emergency messaging, I shall follow the direction of the Host Family or local authorities as they may be better aware of local circumstances. I understand and agree that InterExchange is not obligated to provide me emergency messaging and that this is an additional service that InterExchange may provide to me as circumstances may permit.

v. I must immediately contact InterExchange if the Host Family requests that I engage in any illegal activities (e.g., illegal drugs).

c. **InterExchange.**

i. In circumstances involving my health and safety, I agree that InterExchange may discuss my circumstances with my family (e.g., my Host Family and actual family), emergency contacts, the International Cooperator, my insurance company, healthcare officials, law enforcement, the U.S. Department of State or any other critical party with a need-to-know.

ii. I agree that InterExchange, its officers, employees, independent contractors, vendors affiliates and agents or any Local Coordinator may, without liability, or expense to themselves (as explained in further detail under the Liability section), take whatever action they deem appropriate with regard to my health and safety and may place me in a hospital or health-related facility for medical services and treatment or, if no hospital or health-related facility is readily available, may place me in the care of a local medical doctor or health provider for treatment or service.

d. **InterExchange Health, Safety or Exploitation.**

i. I understand that in the event of an accident or serious illness that, in the judgment of InterExchange, prevents me from continuing my duties, I will end the exchange early and return home at my own expense.

ii. If InterExchange finds that I am subject to exploitative or other unreasonable circumstances or conditions in Host's household (e.g., failure to pay the appropriate weekly Stipend or to provide the agreed upon free time or educational benefits), InterExchange, at InterExchange's sole judgment, may immediately withdraw me from the household.

iii. I agree that any decision regarding my status as an Au Pair, dismissal, or replacement will be made at the sole discretion of InterExchange and shall be considered final.

e. **Emergency Plan.**

i. I must become aware of emergency plans set up by the Host Family and as issued by local authorities.

ii. In case of emergencies (e.g., hurricanes, earthquakes, fires, terrorist attacks), I agree to follow the emergency plan, if any, issued to me by InterExchange, the Host Family and local authorities. I agree that InterExchange is not obligated to provide an emergency plan and that this is an additional service that InterExchange may provide as circumstances may permit. I understand that the instructions provided to me from the Host Family and local authorities take priority over InterExchange instructions.

8. **Extensions & Transitions.**

a. **Extensions.** Extensions are explained in greater detail in the Extension Term Sheet found in Exhibit A and the clauses below. I understand that I must be eligible for the Extension upon submitting my application and that I must meet the requirements of the Program as follows:

i. If I wish to participate in the Extension Program, I must submit my application on or before InterExchange Au Pair USA's published Extension application deadline date which is found on InterExchange's website. I understand and agree that InterExchange cannot guarantee that the U.S. Department of State will approve my Extension request and that failure to meet the application deadline is an automatic disqualification.

ii. I understand that if my Extension is approved I will receive an updated DS-2019 form for participating in the Extension Program that reflects the updated Program dates. Although I will have a valid DS-2019 form, I understand that the J-1 Visa in my passport may have expired during the first 12-months of stay in the U.S. Therefore, I understand that InterExchange discourages me from traveling outside of the U.S. after the J-1 Visa expires because I may not be allowed re-entry into the U.S., and InterExchange has no jurisdiction over U.S. immigration personnel or their decisions.

iii. By signing this Agreement, I agree to the terms of the Extension Agreement if the following terms and conditions are met:

InterExchange0048916

a. Timely submission of my Extension application.

b. U.S. Department of State approval of my application.

c. My meeting the terms of this Agreement (including educational requirements).

d. The Host Family has paid all money owed and adhered to Program regulations including, without limitation, attendance at Host Family Day.

e. InterExchange's approval of the Host Family.

Except as set forth in the attached Extension Agreement, the general terms of this Agreement shall remain in effect and control.

iv. **Approval.** I understand and agree that completion of the terms and conditions described in this section of the Agreement or in the Extension Term Sheet does not guarantee an Extension. I further understand that nothing in this Agreement implies or requires me to participate in an Extension. The terms and conditions described are effective only if I participate in an Extension Program.

b. Transitions. After the initial adjustment time of one month following arrival, InterExchange has set up a Transition procedure regarding a possible breakdown in the relationship between the Host Family and me.

i. Transitions-General Proceduree. I agree to following:

a. The Host Family or I must communicate to InterExchange that there is a breakdown in the relationship between the Host Family and myself.

b. Upon becoming aware of a breakdown in the relationship, the Local Coordinator, at his or her discretion, may decide to mediate a meeting between the Host Family and myself.

c. If there is not a resolution of the problem(s) raised, the Host Family and I shall be placed into Transition, which shall mean for me either a Rematch or Withdrawal (see below) from the Program. During Transition, I may remain in residence with the Host Family for several weeks or be moved, if reasonably feasible, into temporary housing arranged by the Local Coordinator and authorized and approved by InterExchange. If I remain in residence with the Host Family, I may be asked to continue to fulfill my child care responsibilities. If I am asked to continue child care duties, I must receive the appropriate weekly Stipend and follow Program requirements and regulations until a new placement can be found. I understand InterExchange will make best efforts to move me from the Host Family as quickly as is reasonably possible so that I may continue, if possible, my Cultural Exchange Program. I understand that I may not arrange my own temporary accommodations and doing so may endanger my continued sponsorship.

d. I agree to fully cooperate with InterExchange during the Transition and not to involve outside parties.

ii. There are three outcomes that define the status of my continued involvement or lack therefore in the Au Pair USA Program:

a. **Transitions- Rematch.**

i. InterExchange will make reasonable attempts to locate a Rematch Host Family for me for up to two weeks during the Transition process. If after two (2) weeks, InterExchange cannot find a suitable Host Family for me, InterExchange may require me to return to my home country under the terms and conditions set forth in this Agreement. I understand and agree that any decision regarding my Program status shall be made at the sole discretion of InterExchange and shall be considered final.

ii. I agree to carefully consider the potential Rematch Host Family with whom I may be Rematched. I understand that my Rematch will possibly take me out outside of the area in which my existing Host Family resides.

iii. My Rematching shall comply with the remaining length of my original Program (e.g., if I have five (5) months left in the Program, then the Rematch contract length for me would be five (5) months).

iv. I agree that if a Rematch takes place, travel details will be organized by InterExchange and Local Coordinator working with the Host Family and me.

b. **Transitions – Withdrawal.** I may elect to withdraw from the Program. I understand that this Agreement must automatically terminate under the terms and conditions set forth in the Termination section of the Agreement. As explained in Sections 9 and 16, I agree that I am responsible for the cost of my airfare home and other costs incurred in the Program.

InterExchange0048917

REPLY APP 00770

c. **Transitions – Unsuitable or Lack of Suitable Placement.** InterExchange, at its sole discretion, may determine that I am unsuitable to remain in the Au Pair USA Program and/or no suitable placement is available after a reasonable time period has passed. I agree that I am responsible for the cost incurred in the Program.

### 9. Fees, Expenses, Costs and Payment.

a. **Costs, Fees & Expenses.** I understand and agree that I am responsible for, without limitation, any educational cost and expenses above the amount that the Host Family is required to disburse; federal, state and local income taxes; withholding taxes; copayments and deductibles on the insurance from the authorized vendor (Please see terms and conditions of insurance policy coverage); the fee for my insurance coverage during the 30-Day Travel/Grace Period; the cost of my return air flight (if applicable) under the conditions as described in this Agreement; all additional expenses of the Transitions including the education requirement as defined in this Agreement; damage to Host Family's car with the limitations as set forth in this Agreement; any driver's education course costs pursuant to the terms and conditions defined in this Agreement; any costs incurred by the Host Family or InterExchange regarding a change of sponsor as described below; any other costs related to me returning home early from the Program; any damages as described in this Agreement; the cost of any translations of application and background check costs; and any fees, costs and expenses not expressly covered under this Agreement.

b. **Emergency Messaging Fee.** If I provide my mobile number for emergency contact (e.g., emergency texting) from InterExchange, I agree to assume all necessary charges per carrier fees for usage that may arise if InterExchange sends emergency messaging to me.

c. **Payment.** I agree that the Credit Card Approval Form that I may sign for the purpose of paying any costs, fees and expenses described in Section 9 is incorporated into this Agreement in **Exhibit C**.

### 10. Notice & Communications.

a. I must contact InterExchange by means of the contact information provided by InterExchange (e.g., telephone number or e-mail address). I must include InterExchange contact information in my address book to ensure receipt of communications from InterExchange. In the case of an emergency, safety or health issues, I agree to contact InterExchange immediately or as soon as it is reasonable under the circumstances. In addition, I agree to contact the Local Coordinator and InterExchange via the emergency contact information provided by InterExchange.

b. InterExchange will contact me through the contact information that I provide to InterExchange, the Local Coordinator or Host Family. I agree to respond to communications from InterExchange in a timely manner. I understand that a failure to communicate with InterExchange may be a reason for withdrawal of InterExchange's Program sponsorship.

c. **Emergency Messaging.** For the purpose of emergency messaging, I agree that InterExchange may contact me via text message and/or voice services through my mobile phone and/or by email.

d. **Contact with Local Coordinator.** I understand that InterExchange's Local Coordinator will contact me and my Host Family within forty-eight (48) hours of my arrival to my Host Family. I also understand that InterExchange's Local Coordinator will visit my Host Family within two (2) weeks of my arrival. I understand that my Local Coordinator will call me twice monthly for the first two (2) months following a placement other than the initial placement for which I entered the U.S. I understand that my Host Family will also attend at least one of two Family Day Conferences sponsored by the Local Coordinator during the Program year. As stated in the Agreement above, I understand that I must also attend monthly cluster meetings with the Local Coordinator.

e. **Student & Exchange Visitor Information System (SEVIS) Reporting.** I agree to provide notice to InterExchange about where I reside for the duration of the Program to ensure SEVIS and Au Pair status reporting requirements are met. I further agree to provide all relevant personal data for the purpose of InterExchange maintaining my record with SEVIS.

### 11. Release, Intellectual Property, Social Media & Disrepute.

a. **Release**

i. I give permission to InterExchange to (i) take and retain any photographs (including group or Host Family photos), copies of images from passports, videos, audio recordings and other depictions of me (collectively, the "Reproductions") during activities associated with InterExchange; (ii) retain any Reproductions that Host Family submits to InterExchange, or that Host Family posts on any InterExchange-branded or InterExchange-affiliated media site, social networking site or video upload site or "channel" or blog, including, without limitation, Facebook, Linked-In, YouTube, Twitter, or any other electronic site; and (iii) publish, distribute and display, either in whole or in part, any Reproductions in any and all media throughout the world, including, without limitation, media sites, social networking sites, video upload sites or "channels," blogs, electronic postings, calendars, brochures, advertisements and other promotional materials.

ii. I hereby waive compensation and any right to inspect or approve any such uses and Reproductions. I shall not submit any Reproduction unless I first obtained permission from each person whose name, image, voice, or likeness is included in the Reproduction, and each such person has granted me and InterExchange all copyright and other intellectual property rights, including renewal rights, necessary to use the Reproduction and his or her name, image, voice and likeness in it. I

InterExchange0048918

REPLY APP 00771

hereby release, discharge and agree to hold InterExchange harmless from any liability arising out of InterExchange's use of the Reproductions, including any blurring, distortion, alteration, optical illusion or use in composite form with other works. I hereby assign all copyright and other intellectual property rights, including renewal rights, to InterExchange, in any materials produced that are the subject of this Release.

b. **Use of InterExchange Intellectual Property.** If I desire to use InterExchange Intellectual Property for any reason, I shall contact InterExchange's Marketing Department to request permission. I shall not use InterExchange's Intellectual Property without having obtained prior written permission. InterExchange Intellectual Property shall mean, without limitation, InterExchange copyrights, trademarks and trade secrets, patents, online content appearing on InterExchange's website, Facebook and other Social Media content and marketing tools, marketing material and the application and other materials that I submitted to InterExchange.

c. **Disrepute.** I must not act in a manner that brings InterExchange, the Exchange Visitor Program, me, my country or the U.S. Department of State into notoriety or disrepute.

12. **Social Media Policy.** I understand and agree to the following terms when using Social Media:

a. I must respect privacy by not disclosing any information that could reasonably be considered identifying information, including, without limitation, social security numbers, tax payer identification numbers, full names, addresses (beyond web site or business addresses) and financial account information of anyone involved with the InterExchange Cultural Exchange Program.

b. I must not post any images of anyone without written documentation of their knowledge. I must also not post images of children without the permission and knowledge of their parents. I understand that posting these images may subject me to violation of not only privacy law, but also other international or U.S. federal, state and local laws.

c. I agree that my time and effort spent using Social Media should not interfere with meeting my requirements under my contract with InterExchange or duties or work commitments to my Host Family.

d. **I must not use Social Media in a way that will subject anyone to liability (criminal or civil) such as by posting obscene or illegal material or services or harassment of others. I must not engage in any activity that may result in legal action against InterExchange or those in a contractual or business relationship with InterExchange.**

e. I agree to use my common sense in all communications, particularly when using publically accessible Social Media platforms in a manner that may lead to disrepute. I understand that what I say or display online could potentially be harmful to InterExchange, others and myself.

f. If I have any questions about this policy, I must contact InterExchange for guidance.

13. **Privacy & Background Check.**

a. **Privacy.**

i. **InterExchange Privacy Policy.** By signing below, I accept and agree to be bound by InterExchange's Privacy Policy pursuant to InterExchange's Terms of Use located at www.InterExchange.org/terms-use, its Privacy Policy located at www.InterExchange.org/privacy-policy, my application and the terms and conditions set forth in this Agreement. I agree that I have read each of these documents, which (if applicable) are incorporated herein by this reference, as they form a legal agreement between InterExchange and myself regarding the Privacy Policy of the Program. I understand that in the event of any conflict between the application, this Agreement and those of the Terms of Use and Privacy Policy, the Terms of Use and Privacy Policy shall supersede with regard to the Privacy Policy.

ii. **Au Pair duty to provide privacy.** In addition to the specific requirement for Social Media listed under this Agreement, I understand and agree that I must protect the privacy of the Host Family. In addition, I agree to protect the privacy of any party in a relationship with InterExchange and/or Au Pair USA, including, without limitation, InterExchange staff and Local Coordinators. If I have questions about my duties under this clause of the Agreement, I shall contact the Local Coordinator and/or authorized InterExchange managers for guidance.

b. **Background Check.**

i. **InterExchange.** I agree that the **Background Information Usage Notice** is incorporated into this Agreement in **Exhibit B.** The Background Information Usage Notice authorizes InterExchange to obtain and use background information (e.g., police reports and child care references obtained by me) for the purpose of determining my suitability for the Au Pair USA Program. By signing this Agreement, I certify that I understand and agree to the purpose for which InterExchange procures the background information from me. By signing this Agreement, I further certify that I agree to the methods by which InterExchange procures the background information.

ii. **Host Family.** I understand and agree that the Host Family may request additional screening of me at the Host Family's own expense. I understand that the Host Family must conduct such investigation pursuant to the laws of the U.S. and state and local laws in which the Host Family resides.

**InterExchange0048919**

14. Additional Agreement Terms.

   a. **Entire Agreement.** I understand and agree that this Agreement contains the entire understanding of the parties with respect to the matters contained herein and supersedes any previous agreements (oral, written or otherwise) and may be altered or amended only by a written instrument duly executed by both parties hereto.

   b. **Documents Incorporated into Agreement.** I understand and agree that 22 CFR Part 62, the Wilberforce Brochure (see below "Dispute Process"), the Extension Agreement (if applicable and as described in the Agreement), the Au Pair Handbook, and the Department of State publication "The Au Pair Exchange Program" from InterExchange are incorporated into this Agreement. With regard to the use of InterExchange's website located at **www.InterExchange.org** ("Site"), I understand and agree that I must follow terms and conditions of **www.InterExchange.org/terms-use** and **www.InterExchange.org/privacy-policy**, which are incorporated into this Agreement for the purpose of Privacy Policy and site use only rather than for the general terms and conditions of the Program. Unless required by law or regulation (e.g., required 22 CFR Part 62, Wilberforce, the Department of State or federal, state or foreign law) or involving InterExchange's Privacy Policy, if there is a conflict between this Agreement and other documents incorporated into this Agreement, the Agreement shall be controlling.

   c. **Agreement in English.** This Agreement and correspondence between InterExchange and myself shall be written in English. In the case of any disputes between InterExchange and myself, the language that shall govern interpreting this Agreement or any issue arising out of communications, including, but not limited to correspondence, shall be English. I am responsible for any cost associated with translation if any language other than English is required by me for any reason.

   d. **Assignment.** This Agreement is restricted solely to myself and shall not be assigned, transferred, encumbered, or subject to any third party agreement without the written consent of InterExchange. Any attempted assignment will be void and of no effect. InterExchange may assign this Agreement to a successor (whether by merger, a sale of all or a significant portion of its assets, a sale of a controlling interest of the company or otherwise), which agrees in writing to assume InterExchange's obligations under this Agreement.

   e. **Amendments.** I agree that InterExchange, at its sole discretion, may amend this Agreement; provided, however, that the amendment is in writing and InterExchange gives me thirty (30) days notice. I agree that any changes required by the U.S. Department of State or any other government entity with legal authority over InterExchange must be adhered to immediately without 30 days notice. I understand and agree that I cannot amend the Agreement.

   f. **Third Parties and Third Party Beneficiaries.** I understand and agree that the terms and conditions of this Agreement, expressed or implied, exist only for the benefit of the parties to this Agreement. No other person or entity will be deemed to be a third party beneficiary of this Agreement.

   g. **Waiver.** I agree that InterExchange's failure to enforce any provision of this Agreement shall not be construed as a waiver or limitation of InterExchange's right to subsequently enforce and compel strict compliance with each and every provision of this Agreement.

   h. **Void Provision.** I agree that if any provision of this Agreement is held to be void or contrary to law, such provision shall be construed as nearly as possible to reflect the intention of the parties, with the other provisions remaining in full force and effect.

   i. **Headings.** I agree that all headings are for purposes of convenience only and are not to be used in interpretation or enforcement of this Agreement.

   j. **Change of Sponsor.** I understand and agree that InterExchange is not required to facilitate a request to change sponsors during the Program. I understand and agree that if I terminate this Agreement or otherwise end my Program that I am to return to my home country rather than stay in the U.S. I agree that I shall owe InterExchange or Host Family for any costs and/or expenses incurred by either InterExchange or the Host Family due to a change of sponsor.

15. Laws, Regulations & Culture

   a. **U.S. State Department Regulations.** I acknowledge and agree that I am participating in a Cultural Exchange Program and agree to comply with all of the regulations published by United States Department of State under 22 CFR Sec. 62, which may be amended from time to time in the future.

   b. **Federal, state and local laws.** I must comply with federal, state and local laws of the U.S., including income tax filing requirements (see below), licensing for use of motor vehicles (and other motor vehicle requires described in this Agreement) and laws regarding alcohol and drug use (see below for further details). I am responsible for reading and carefully considering all materials made available to me that relate to safety, health, legal, environmental, political, cultural and religious customs and conditions in the U.S. I take full responsibility in the event that laws, regulations or customs are broken and for obtaining actual knowledge of these laws, regulation or customs.

   c. **Taxes.** I am hereby given notice that I may be considered, under most circumstances, a non-resident alien who is not subject to Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Under rare circumstances involving Participants who previously entered the U.S. under a J Visa program or as a student, under the F Visa, I understand that I may be considered a resident immigrant for tax purposes and subject to paying Social Security (FICA), Medicare, or federal unemployment

InterExchange0048920

(FUTA) withholding taxes. I understand it is my responsibility to contact a tax professional to determine the extent (if any) of any taxes that I may owe. For more information, I understand that I should visit the IRS website and search for "Au Pair." Under all circumstances, I am subject to paying federal, state (if applicable) and local (if applicable) income taxes on my Stipend. This information is provided for notice purposes only, "as is" and is subject to change.

d. **Driving.** I agree to be responsible for determining whether I will be able to legally drive in the Host Family's state of residence. I acknowledge responsibility to conform to any and all state or local laws regarding my use of Host Family's automobile (if one is made available), including obtaining a local driver's license (if required) and any car insurance requirements. I agree to comply with requests made by Host Family for additional driving related education and instructions in compliance to the terms and conditions of this Agreement.

e. **Drugs and Alcohol.** I understand that the drug and alcohol laws of the U.S. may differ significantly from those of my home country even in the case of over the counter drugs and herbal remedies. I agree to investigate and follow all U.S. federal, state and local laws regarding drugs and alcohol.

f. **Cooperation with InterExchange.** I will cooperate fully with those supervising the Program on behalf of and in cooperation with InterExchange. I agree to abide by any reasonable instructions they may give me

16. **Warranties, Liability, Indemnification & Act of God.**

a. **No Guarantee of Match or Participation.** I agree that InterExchange neither guarantees a Match (or Rematch) nor participation in the Program.

b. **No Guarantee of Satisfaction or Suitability.** I agree that InterExchange neither guarantees satisfaction nor suitability with the Program or a Host Family.

c. **Information Provided "As Is" Without Warranty or Guarantees.** I agree that any information (e.g., tax and labor law requirements and emergency information and plans) communicated by InterExchange to me is provided "as is" without warranties or guarantees either expressed or implied that information is "up to date", correct and/or accurate.

d. **Participant General Liability.** I waive and release InterExchange from any and all claims for contract damages, torts arising out of or concerning my employment with the Host Family and any liability that I incur that arise out of or concerning my participation in the Program, including, without limitation, any lost, stolen or damaged property and/or any bodily injuries that harms a third party or me.

e. **Limitation of Liability.** If a court, government agency or legal authority finds that InterExchange has a duty under foreign or U.S. federal, state or local law. I understand and agree that InterExchange's liability (if any) shall be no greater than its role as a nonprofit Sponsor under the U.S Department of State regulations. I agree that nothing herein described in this paragraph or in the Agreement creates a duty or obligation under the law, and that the language written herein is provided solely for the purpose of limiting liability to InterExchange's role as my Sponsor. I further agree that InterExchange's liability is subject to the limitations set forth in separate paragraphs described in Section 16.

f. **Change of Sponsorship Costs.** In compliance with Section 14(j). I agree that I shall owe InterExchange for any costs and expenses that arise from a change of sponsor.

g. **Specific Liability.**

i. **Motor Vehicle.** If I have an accident while driving the Host Family's motor vehicle during work hours, I understand that I will not be liable and responsible for any cost and/or damages arising out of or concerning the repair of the motor vehicle, provided, however, that I did not violate any drug and/or alcohol laws while using the motor vehicle. If I violated any drug and/or alcohol laws while driving the motor vehicle, I am liable and responsible for damages and/or costs arising out of or concerning the accident. If there is damage to the Host Family motor vehicle during non-working hours, I am liable and responsible for one half (½) the costs and/or damages up to five hundred dollars ($500) per accident, provided, however, that I did not violate any drug and/or alcohol laws while driving the motor vehicle. If I violated drug and/or alcohol laws while driving the motor vehicle, I am liable and responsible for costs and/or damages arising out of or concerning any accidents involving drug and/or alcohol use by me. I understand that the five hundred dollars ($500) shall only be payable upon Host Family presenting proof of repair that shall include, without limitation, photos of the damaged and repaired vehicle. I agree that InterExchange is not liable for any damages or loses resulting from my use of the Host Family's or any other party's motor vehicle or transportation during my participation in the Program.

ii. **Expenses.** I am responsible for all my personal debts, including, without limitation, phone calls, gym memberships, and medical insurance co-pay. I agree that InterExchange shall not be liable for any personal bills incurred by me during the Program. I agree that I am responsible directly to the Host Family for all personal debts including without limitation, phone calls and gym memberships.

iii. **Transportation.** I agree not to hold InterExchange, its officers, affiliates, independent contractors, agents and employees liable for arranging transportation in the Program, and I agree not to hold any of them liable in connection with any loss, damage, personal injury, delay or expense suffered or incurred by me, resulting from any act or omission of any carrier;

InterExchange0048921

REPLY APP 00774

any member of the host family or any other body, corporate or non-corporate entity, in relation to transportation to and from and within the United States, my duties as an Au Pair or any other facility or service organized on my behalf.

iv. **Specific Liabilities.** I agree that I am responsible, and that I shall hold InterExchange as not liable or responsible for any claims, liability, damages or costs incurred by reason of any breach, act, error, negligence or omission that arises out of or concerns, without limitation, the following:

a. My performance of child care duties.

b. My disciplining children.

c. Decisions and actions carried out by the Host Family.

d. Section 7(c)(i) and (ii), which respectively address InterExchange discussing health and safety circumstances with third parties and taking action in case of health or safety emergencies. Although InterExchange may elect to act as set forth in Section 7(c)(i) and (ii), I agree that InterExchange is not liable if InterExchange fails to act. I agree that neither Section 7(c)(i) and (ii) nor any other term under the Agreement creates an affirmative duty, either expressed or implied, for InterExchange to act. In compliance with Section 7(c)(i) and (ii), I agree that InterExchange is not liable for acting on my behalf under the circumstances described in Section 7(c)(i) and (ii).

e. Insurance (including car insurance for vehicles) or medical, dental and health care needs that I may have during the Program.

f. Alternative flights to and from the U.S.

g. My failure to meet immigration status requirements while in Program (e.g., travel outside of U.S. with expired J-1 Visa).

h. My failure to follow emergency, safety and problems rules suggested or required by InterExchange, the Host Family or local authorities.

i. My disclosure of information and/or documents to unauthorized parties (e.g., tax payer id number or passport).

j. My failure to apply for and obtain necessary documentation and information as described in this Agreement.

k. Leaving the Program. If I leave the Program for any reason before my commitment is finished or over-stay my visa, I forfeit my return flight and any vacation time, unearned Stipend and my insurance will be cancelled (and therefore I agree that I will be responsible for any medical costs or damages caused by my lack of insurance coverage). I also agree that I will be liable for all costs and damages that are incurred or arise out of InterExchange acting to address my actions.

l. Inadvertent disclosure to third parties in the course of conducting an investigation involving my well-being or suitability for the Program.

m. Breaching any other term of this Agreement (e.g., failure to follow laws of the U.S. or guidance from states and local authorities).

n. Violations of U.S. federal, state and local laws, regulations and customs.

h. **Act of God.** I agree that InterExchange and/or its officers, employees, independent contractors, Local Coordinators and agents are neither responsible nor liable for any events beyond their control, including, without limitation, Government restrictions that may interfere with or preclude operation of the Program; any events directly or indirectly caused by any intentional or negligent acts or omissions by the Host Family or those with whom Au Pair comes into contact; as a consequence of participating in the Program; the necessity of returning me to my home country early or ending my program early due to health reasons, transportation (e.g., air travel); terrorism; wars; and natural disasters.

i. **Indemnification.** I shall indemnify, without limitation, InterExchange, its officers, employees, agents, Local Coordinators, independent contractors, and organizations affiliated with InterExchange, against any loss or damage suffered by any of them, or any claims made against any of them as a result of any breach, act, error, omission or negligence by me during my participation in the Program and for the duration of my stay in the U.S.

17. **Dispute Process.**

a. **Complaints Procedure.** I have the right to contact the U.S. Department of State regarding any serious allegation arising under the Wilberforce Anti-trafficking requirement as set forth in the Wilberforce brochure that I received from InterExchange or upon refusal of InterExchange to address claims. I also understand that allegations by third parties about my progress, well-being and suitability in the Program will be investigated by InterExchange. I understand that InterExchange will not divulge any background information about me other than the information required to conduct the investigation.

**InterExchange0048922**

REPLY APP 00775

b. In the event that I wish to lodge a complaint about any services provided by InterExchange, its suppliers, agent, representatives, independent contractors, vendors and/or affiliates (e.g., Insurance vendor, Host Family, Local Coordinators, International Cooperator, hotel or anyone in a relationship with InterExchange), I must first notify both my Local Coordinator and an authorized InterExchange manager in writing in order to give InterExchange the chance to rectify the problem;

c. I understand and agree this Agreement is governed by laws of the state of New York.

d. I agree that any controversy, dispute or claim arising out of or in connection with this Agreement, the relationship of the parties, or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association.

e. **Cost of Arbitration**. In the event of arbitration as described in 17(d), I understand and agree that the non-prevailing party must reimburse the prevailing party for all reasonable attorneys' fees and costs resulting therefrom.

f. **Cost of Litigation**. In the event that a court or legal authority fails to enforce the arbitration clause set forth in 17(d), I understand and agree that the non-prevailing party shall reimburse the prevailing party for all reasonable attorneys' fees and costs resulting from the cost of the litigation, including, but not limited to any trial and/or appeals.

18. Terms, Termination and Survivorship

a. **Start Date**. I agree that this Agreement shall be effective as of the date of my submitting an application to the International Cooperator for the purpose of participating in the InterExchange Au Pair USA Program (the "Effective Date").

b. **End Date**. I agree that this Agreement shall automatically terminate at the end of the Au Pair USA Program for standard 12-month Programs, in-country placements, rematches or Extension Programs, whichever is latest, plus my 30-Day Travel/Grace Period. I understand and agree that the Agreement may automatically terminate once my Program with InterExchange ends, which may end at the end of my 30-Day Travel/Grace Period in the Program, or earlier subject to the terms and conditions of termination of the Agreement, whichever occurs first;

c. **Termination**. This Agreement may be terminated by InterExchange at any time and will terminate automatically if InterExchange ends its sponsorship of my J-1 Visa. Provided that I meet my obligations under this Agreement, I may terminate this Agreement by withdrawing from the Program and leaving the U.S., provided, however that I provide InterExchange with 2-weeks notice prior to termination.

d. **Survivorship**. I agree that any terms and conditions regarding definitions, liability, fees, privacy, releases, intellectual property, Social Media, reputation, confidentiality and expenses/costs shall survive the termination of this Agreement.

19. **Full Disclosure**. I am solely responsible for the full disclosure and accuracy of any information provided by me, my agent or a legal guardian. I confirm that the information I have provided is true, complete and accurate, and upon request I will provide any additional documentation necessary to participate in this Program. I agree to keep all information complete, fully accurate and up to date.

20. **Signature**. This Agreement must be signed by electronic signature under the procedures set forth in InterExchange's online Passport system.

Exhibit A

Au Pair

Extension Term Sheet

The following terms apply if and when my Cultural Exchange Program as an Au Pair is extended under the terms and conditions described in the Extensions section of the Main Agreement. I understand that neither InterExchange nor I shall be obligated to follow these additional terms and conditions unless and until the Extension is approved (e.g., by both InterExchange and the U.S. Department of State) and I accept the Extension pursuant to the terms and conditions set forth in the Main Agreement:

1. **Extension**. I agree to all terms and conditions of the InterExchange Au Pair USA Extension Program as mandated by the United States Department of State, other U.S. regulatory agencies and InterExchange.

2. **Extension Request Final Once Submitted**. I understand and agree that Extension requests are final and cannot be changed once submitted to the U.S. Department of State, but I understand that I may decide to withdraw my participation in the Program for any reason and at any time.

3. **U.S. State Department Determines Approval**. I agree that the Extension is at the sole discretion of the U.S. Department of State. I

InterExchange0048923

understand and agree that InterExchange cannot be held accountable for any delay or denial of the Extension by the U.S. Department of State.

4. **Au Pair Agreement Remains In Effect.** Unless expressly modified in this Extension Term Sheet, I agree to comply with the terms and conditions of the Main Agreement, which shall remain in effect for the duration of the Extension.

5. **Educational Requirement.** I agree to complete the required academic courses as follows during my Extension and, except for the number of credit hours, meet the requirements of Section 4(n) of the Main Agreement:

    a. I shall take the following credit hours:

        i. Three (3) semester hours for a six (6)-month extension

        ii. Six (6) semester hours for nine (9) and twelve (12)-month extensions.

    b. I will receive from the Host Family, if applicable, transportation to and from the place of instruction, and the Host Family shall make a tuition payment for the me as follows:

        i. Up to a maximum of two hundred fifty dollars ($250) for six (6) month extensions

        ii. Up to a maximum of five hundred dollars ($500) for nine (9) and twelve (12) month extensions.

    c. If a remaining balance is left from the tuition payment after I complete the requisite semester hours, I, at my sole election, may use the balance to take additional course work that meets the academic requirements of U.S. State Department regulations. I understand that the Host Family must provide me adequate time to attend courses at an accredited post secondary institution.

    d. **Failure To Meet Educational Requirement.** If I fail to meet the educational requirements as set forth by U.S. State Department regulations and InterExchange policy, I agree that I must pay for my return ticket to my home country.

6. **Paid Vacation.** I understand that I must receive the following paid vacation time from my Host Family:

    a. Six (6) Month Extension receives one (1) week paid vacation

    b. Nine (9) Month Extension receives one and a half (1½) weeks paid vacation

    c. Twelve (12) Month Extension receives two (2) weeks paid vacation

7. Travel.

    a. **Domestic Travel.** I understand and agree that my optional 30-Day Travel/Grace Period is a one-time component of the Cultural Exchange Program and can only be taken at the end of my Extension period.

    b. **Travel Abroad.** I understand that InterExchange recommends that I only return home or travel abroad during the time of my Extension with a visa that has not expired. Additionally, I agree that I am responsible for obtaining any necessary visas for each country that I intend to travel.

8. **J-1 Visa.** I understand I may not leave and re-enter the United States after the expiration date on my J-1 Visa without acquiring a new visa. I understand it is my responsibility to acquire this J-1 Visa at an American Embassy or Consulate outside the USA, and I cannot hold InterExchange liable if a new visa is not issued. There is no guarantee that I will receive a visa.

---

## Exhibit B

### Background Information Usage Notice

1. I understand that the purpose of this Background Information Usage Notice is to provide additional communication to me to ensure my awareness of why and how background information is provided to InterExchange.

2. As explained in the Main Agreement between InterExchange and myself, I understand that criminal records, child care references, school records and health information forms gathered by me and delivered to InterExchange via the International Cooperator are for the sole purpose of determining my suitability for the Program.

3. By signing the Main Agreement, I confirm that I agreed to assist InterExchange by providing the background information as requested. I hereby release InterExchange and any and all persons, business entities (e.g., International Cooperators) and governmental agencies (e.g., U.S. Department of State), whether public or private, from any and all liability, claims and/or demands, by me, my heirs or others, making such claims or demands on my behalf, for gathering Background Information and/or providing an investigative report based on

InterExchange0048924

REPLY APP 00777

background information.

4. I understand that this Notice shall remain in effect for the duration of my association with InterExchange.

5. If I have questions about the background information and any reports derived from the background information, I must contact InterExchange management. I am entitled to a complete and accurate disclosure of the nature and scope of any investigation into my background of which I am the subject upon my written request to InterExchange, provided, however, requests are made in writing before the completion of the Program, or not longer than 12 months after, the background information is requested, whichever is shorter.

---

**Au Pair Candidate Signature:** /s/Lucie Vocetkova
**Time & Date:** 02/27/2012 3:24 PM (EST)
**IP Address:** 83.208.157.32

InterExchange0048925

REPLY APP 00778

Case No. 1:14-cv-03074-CMA-KMT   Document 906-41   filed 04/27/18   USDC Colorado   pg 1
141 of 242

# Exhibit 42

REPLY APP 00779

Skip to main content

Search

- Home
  - Au Pair USA
    - Find an Au Pair
    - For Au Pairs
  - Camp USA
    - Hire Camp Staff
    - Work at a U.S. Camp
  - Career Training USA
    - For Host Employers
    - Intern in the U.S.
  - Work & Travel USA
    - For Host Employers
    - Work in the USA
  - Working Abroad
    - Student Advisor
    - Work Abroad
  - The Foundation
    - Apply for Grants
- About Us
  - About InterExchange
  - Participant Rights & Protections
  - Our Leadership
- Contact Us
  - Contact InterExchange
  - Careers at InterExchange
  - International Cooperator Login
  - Become an International Cooperator
- News
  - Industry Articles
  - InterExchange in the News
  - News From InterExchange
- Sevis & Compliance
  - SEVIS Login
  - Compliance Resources
- Cultural Exchange
  - About U.S. Culture
  - Community Involvement
  - Travel Resources for Exchange Visitors
  - Fulbright-Hays Act
  - Culture Shock
  - InterExchange Alumni

Find an
Au Pair

- Find an Au Pair
- Au Pair Screening Process
- Au Pair Arrival Calendar
- Au Pair Matching Process
- Why Au Pair USA?

InterExchange0002408

**REPLY APP 00780**

- Apply Now

Au Pair USA Overview
- Au Pair USA Overview
- What Is an Au Pair?
- Compare Child Care
- Au Pair Schedule
- Second Language Learning
- Host Family Responsibilities
- Au Pair Responsibilities
- Au Pair Screening Process

Au Pair Costs
- Au Pair Costs
- Au Pair Payment Plan
- Au Pair Discounts
- Au Pair USA Promotions
- Au Pair Extension Program
- Au Pair USA Benefits
- Au Pair Agency Comparison

Host an
Au Pair
- Host an Au Pair
- Why Families Love Their Au Pair
- Why Do Au Pairs Love Our Program?
- Request Info
- Au Pair FAQs

Current
Host Families
- Current Host Families
- Forms
- Log In to Account
- Local Coordinator Info
- Local Coordinator Role
- Meet Your Local Coordinator

Resources
- Meet Your Local Coordinator
- Become a Local Coordinator
- International Cooperator Resources
- For Au Pairs

Apply Now
Request Info
Log In Here

- Au Pair USA
- Find an Au Pair
- Au Pair Costs

# Au Pair USA Costs

InterExchange0002409

**REPLY APP 00781**

Case No. 1:14-cv-03074-CMA-KMT  Document 1042  filed 04/27/18  USDC Colorado  pg 144 of 242



**Apply to host an au pair by September 27th, 2015, and we'll waive our application fee!**

Unlike other au pair agencies, InterExchange Au Pair USA is a nonprofit cultural exchange organization, so our main focus is to match happy families and au pairs. Our emphasis is on successful customer experiences and cultural exchange, so we keep our costs as low as possible.

When you work with InterExchange Au Pair USA, you can be confident that you're choosing one of the most affordable options for full-time, live-in child care. As a nonprofit au pair agency, we keep program costs and fees as low as possible. You may also be eligible for special discounts for new and reapplying host families.

## Costs of Hosting an Au Pair:

| Description | Costs | Payment Due |
|---|---|---|
| Application Fee (non-refundable) | ~~$350~~ *(Fee waived for eligible applications received between now and 9/27/15)* | With your application |
| Program Fee includes: | $7,990 | |
| *Down Payment* | *$2,500* | When your family is matched with an au pair |
| *Program Fee Balance* | *$5,490* | When your au pair arrives, or according to your payment plan as described below |
| Au Pair Stipend | At least $195.75 per week | Each week, on a day that you and your au pair agree upon |
| **Total Annual Cost** | **~~$18,323.25~~ $17,973.25** (with waived application fee) | |
| **Average Weekly Cost** | **As low as $355 per week** | |

*Au pairs also earn time off and vacation during their stay. See details about au pair hours and schedule.*

REPLY APP 00782

InterExchange0002410

Apply Now and learn about our convenient payment plan!

## What Does the Program Fee Cover?

- Access to Passport, our extensive database of qualified au pairs from around the world
- International airfare to New York City for your au pair
- Thorough assistance throughout your program year—from the matching process to your au pair's final send-off
- Our five-day Orientation and Training Program in New York City for your au pair
- Industry-leading medical insurance for your au pair for 12 months
- Local support from our amazing Local Coordinators
- Return airfare for your au pair upon successful completion of the Au Pair USA program


## Other Expenses

In addition to InterExchange Au Pair USA standard program fees, you'll also be responsible for covering:

- A $35 SEVIS Visa Processing fee due upon matching with an out-of-country au pair
- A $500 educational stipend for your au pair to fulfill program requirements
- Domestic travel for your au pair from our Orientation and Training Program in New York to your home
- Auto insurance for au pair if she or he uses your family car
- The cost of facilitating travel to classes and monthly cluster meetings
- Room and board


Find out more about our discounts for families and our extension program

See an Example Payment Plan Schedule

Memories That Mean the World
READ OUR STORIES

---

## Top Pages

- Find an Au Pair
- Local Support
- Au Pair USA Costs

---

## Featured Au Pairs

**Gabriela Infant Qualified**

InterExchange0002411

**REPLY APP 00783**

Gabriela is a 19-year-old au pair from Mexico. She has over 800 hours of experience working with children and has been practicing her driving on a daily basis. ... Read More »

close x

Gabriela is a 19-year-old au pair from Mexico. She has over 800 hours of experience working with children and has been practicing her driving on a daily basis. Gabriela's references describe her as an honest, easy-going and responsible young lady who is eager to come to the United States. She says, "I'd love to take care of your children and most of all become an important part of your family."

Complete your host family application to pursue a match with Gabriela.

Click here to see other available au pairs.

---

## Current Promotion

Apply by September 27th, 2015, and we'll waive our application fee!

## Our host families say

"Tamara has exceeded all of my expectations in her role as caretaker of my children and achieved what I did not think possible: she has truly become a friend and part of the family."
— The Luther family

---

## Connect With
## Au Pair USA



---

## Questions? Contact Us

1.800.AU.PAIRS (U.S. Only)
1.212.924.0446
aupair@interexchange.org
100 Wall Street Suite 301
New York, NY 10005

InterExchange0002412

**REPLY APP 00784**

Case No. 1:14-cv-03074-CMA-KMT  Document 1042-2  filed 04/27/18  USDC Colorado  pg
147 of 242

# Exhibit 43

REPLY APP 00785

- Au Pair USA Orientation & Training
- Why Do Au Pairs Love Our Program?

Life as an
Au Pair
- Life as an Au Pair
- A Life-Changing Year
- Au Pair Responsibilities
- Typical Day as an Au Pair
- Take College Classes in America

About Our
Host Families
- About Our Host Families
- Host Family Responsibilities
- Host Family Screening
- Where Do Our Host Families Live?
- Why Families Love Their Au Pair

Au Pair Resources
- Au Pair Resources
- Au Pair Program Extension
- Au Pair Insurance Information
- Travel During Your Au Pair Program
- What if There's a Problem?
- Frequently Asked Questions
- Local Coordinators

Useful Links
- International Cooperator Resources
- Your Local Coordinator
- Meet Your Local Coordinator
- Become a Local Coordinator
- Find an Au Pair

Log In Here
Request
More Info

- Au Pair USA
- For Au Pairs
- Resources for Au Pairs
- Au Pair FAQs

# Frequently Asked Questions

General Questions

Life as an Au Pair

Costs & Fees

**General Questions**

**Q. What are the requirements to be an InterExchange Au Pair USA au pair?**

InterExchange0002444

**REPLY APP 00786**

A. There are several requirements au pair candidates must meet before applying:

- You must be between 18 and 26 years old when you begin your program.
- You will have completed secondary school/high school before you begin your program.
- You live in a country with an <u>InterExchange Au Pair USA cooperating agency</u>
- You can speak conversational English.
- You are mature, responsible, adaptable and curious about the world.
- You have a passion for working with children.
- You can provide at least two child care references showing at least 200 hours of experience working with children.
- You can commit to at least 12 months of living and working with an American host family.
- You are not currently married and do not have children of your own.
- You have a valid driver's license and are comfortable driving.
- You have a valid passport.
- You are in good physical and mental health, and do not have any health problems that could be an obstacle to living and working abroad.
- You have never been denied a visa to the U.S.
- You have no criminal history.

**Q. How do I apply to be an au pair?**
A. Fill out the online <u>application request form</u>. Once you have submitted this form, a representative in your home country will provide you with a full application form and get you started in the process.

**Q. How long is the InterExchange Au Pair USA program?**
A. The program lasts for 12 months. If both you and your host family want to continue your placement, an <u>extension option</u> is available. Under this option, you may stay with you host family an additional six, nine or 12 months. Extensions must also be approved by the U.S. Department of State.

**Q. How long will I be able to stay in the United States after I complete my time with my host family?**
A. Once you successfully complete your time with your host family, you may stay in the United States on the J-1 Visa for an additional 30 days. You can use this time to travel around the U.S.; however, you are not permitted to work.

(top)

## Life as an Au Pair

**Q. What will my responsibilities be as an au pair?**
A. You'll be required to provide up to 45 hours per week of child care. Part of your duties might include getting the children ready for school, preparing meals and packing lunches, bathing the children, cleaning play areas, doing the children's laundry and making their beds. Because you'll be living as an extended member of the host family, you should also be sure to clean up after yourself and care for your living space. Learn more about <u>au pair host family responsibilities</u>.

**Q. How much will I be paid?**
A. Currently au pairs must receive a weekly stipend of at least $195.75. This amount is set by the Department of State and Department of Labor. This amount is based on the federal minimum wage of $7.25 per hour times 45 hours, but also reflects a credit of 40 percent for the room and board provided by the host family. Au pairs will also receive an annual educational stipend of up to $500 to pay for six credit hours of classes at an accredited, post-secondary educational institution.

**Q. Do au pairs clean the house or do other domestic duties?**
A. No. Au pairs are treated as an extended member of the host family. Your duties as an au pair will all relate to taking care of the children. These responsibilities may include picking up after the children, preparing some meals, doing the children's laundry and performing certain regular chores. However, you will not be expected to clean the entire house, do

InterExchange0002445

Case No. 1:14-cv-03074-CMA-KMT   Document 1042-2   filed 04/27/18   USDC Colorado   pg
150 of 242

# Exhibit 44

REPLY APP 00788

| Cc: | Christine La Monica-Lunn[clamonica-lunn@interexchange.org]; Kate Penn[kpenn@interexchange.org] |
|---|---|
| To: | amaralespadas@hotmail.com[amaralespadas@hotmail.com] |
| From: | Michael McHugh |
| Sent: | Fri 6/6/2014 9:26:48 PM |
| Importance: | Normal |
| Subject: | Your letter |
| Received: | Fri 6/6/2014 9:26:57 PM |

Dear Desiree,

Thank you for taking the time to write such a detailed letter regarding your concerns with the au pair program. Your letter mentions many issues and we take them all very seriously. From what I understand, you are not alleging that the issues you mention occurred in your placement, but rather come from anecdotes of other au pairs. If you can provide any additional specific information for the anonymous complaints, please share it with us so we can provide assistance. We will contact Maria Martin Sanchez directly for more information about her complaint.

InterExchange Au Pair USA constantly strives to improve the quality of all aspects of the Au Pair USA program. This includes, but is not limited to the au pair recruitment and training process, host family screening and vetting, the interview and matching process, Local Coordinator performance, monitoring and outreach procedures, printed program materials and online program tools. In short InterExchange and myself as the Program Director begin each day with the idea that this program can always be improved. In that regard, we all see eye to eye.

Because we want to always be improving the program, your letter is very welcome indeed. You have many great insights into the au pair community, some of which we do not often hear. I have shared your letter with our entire staff, including InterExchange's President and CEO, Ms Christine La Monica-Lunn. We had a long talk and went through each point that you raised looking for problems we can address in the short-term and long-term. I'd like to respond to each of your points, but first, I have to stress that we can most effectively address the problems we learn of. It saddens me to think that there are au pairs who are suffering in silence because they do not understand who to contact for help or they are afraid to reach out for help. Our main job is supporting the au pair participants so we have to do a better job of sharing this information and encouraging an open dialogue.

I also shared your letter with the U.S. Department of State's Bureau of Educational and Cultural Affairs. As part of the federal government, they oversee all the U.S. based au pair programs. It seems that many of your problems with the program are regulatory so I thought they should hear your point of view as well. I know that they have been traveling around the country meeting up with groups of au pairs for informal discussion about their experiences in the program too. Through these discussion, the Department of State personnel may be hearing some similar issues. We are frequently in communication and will discuss your letter next week.

Desiree, I wish that you had shared this letter with us before leaving the program. We would have welcomed you to our office to sit down and discuss these issues. We also wish that you had included names of participants so that we could reach out to them for assistance. I regret that there are some au pairs who feel they must remain anonymous when relaying their problems. We will do a better job of letting au pairs know that they have multiple contacts (Local Coordinators, Regions Contacts, Participant Services Manager, the Field Relations Team, and the entire New York Staff) available for them while they are in the U.S.

Below I paraphrase the various issues you raise. Our response is in blue:

***We want agencies to know that being an au pair should not be a lottery where you can win or lose.***
We agree with you. The program has many unique factors at play (number/age/behavior of children, use of car, size of home, daily schedule, etc) so the program can never be completely standardized. What we do is work to find good families and au pairs, hold them to the program rules and regulations, monitor the placement and assist them if we learn of a problem. Each placement situation will always be different. Some may seem better than others. But part of that equation is also in the eyes of the beholder. For example, some au pairs want to have a close relationship with the family and spend a lot of time together. Others want a more independent experience. One situation is not right and the other wrong. It is just right or wrong for that individual. Families' expectations also fall on this spectrum so the goal is to align the expectations properly and keep communication open.

***We are never made aware of the difficult situation we may have to go through.***
We spend a lot of time training our International Cooperators on how to talk about the program to potential au pairs. InterExchange wants au pairs to understand that child care is a serious job with a lot of responsibility. We can never describe every difficult scenario that might come up during the year but we can ensure that as your sponsoring organization, we have the experience to handle any situation that comes up and assist any au pair who reaches out to us.

***Some au pairs are almost like teenagers you cannot leave us in situations where we may be harmed.***
It is true that some au pairs may be 18 or 19 years old, but InterExchange would never knowingly leave an au pair of any age in a situation where they may be harmed. Your Local Coordinators are available to help you any time of day. If you cannot reach them, you can contact your Regional Contact, anyone in the InterExchange office, or call the participant emergency phone number for help. We fully understand the precarious situation some au pairs may find themselves in as visitors in another country, but we have a lot of experience dealing with these types of situations. Most of our staff, including myself, have lived and worked overseas in these sort of cultural exchange programs so we are very aware of the benefits and challenges available.

**REPLY APP 00789**

InterExchange0003060

**Many Coordinators do not care the problems of there au pairs. They get paid by the families and not the au pairs so the needs of the families are most important.**

At InterExchange we strive to hire the best Local Coordinators in the country. We conduct thorough trainings when they are hired and follow up with further training at least two times each year. They are reviewed and evaluated annually. Unlike many organizations, our Local Coordinators are actual InterExchange employees, not independent contractors. If an au pair is unhappy with his or her Local Coordinator's response to a situation, they can always call InterExchange's office to speak to their Regional Contact, the Field Relations manager or myself, the Program Director. We get very few calls of this nature so I would encourage au pairs to reach out to us if they are having a problem.

The idea that Local Coordinators will choose the Host family side over the au pair comes up from au pairs a lot. But the truth is, difficult families are never worth the time and effort they cost us. I can tell you that our Local Coordinators often remove families from the program if they break the rules or do not treat the au pair fairly. We do not want to keep any family who is not good for the program. In the end it would cause us more problems.

**During rematch, some agencies pay the coordinator for housing and then the coordinator tells the au pair that they must pay a certain amount of money in addition. Some coordinators ask au pairs to do heavy housework.**

InterExchange does not do this. We pay our Local Coordinators a daily stipend to temp house an au pair and do not ask au pairs to contribute to this amount. I know that some agencies do this but I cannot answer this question for them. Au pairs may be asked to help out around the house just like any other family member, but there should not be "heavy housework" under any circumstances.

**Agencies should ask for past histories of with child care in the home.**

I think this is a great idea. We will add a section for this to the host family application. It will be good for InterExchange and the au pair to know what types of child care the families have used in the past.

**Some Families have no children.**

InterExchange requires that our Local Coordinator meet for an in-person interview with the Host Family prior to the au pair's arrival. All persons 18 years or older must take part in the interview and must show ID to prove who they are. All of the children of the family must be present and seen during the interview. The au pair's room must be inspected by the Local Coordinator to make sure it is suitable.

**Families who do not pay the au pair / working more than 45 hours.**

These are both very serious program violations. Anyone who has not been paid should contact their Local Coordinator immediately. If, after speaking to the Local Coordinator, the problem is not resolved, they should contact the InterExchange office and explain the problem. They will be put in touch with the Participant Services Manager who will work with the au pair to find a solution.

In response to concerns about the issue of pay and working more than 45 hours, InterExchange specifically developed the Au Pair USA Schedule and Weekly Planner. This booklet allows au pairs to record their hours worked and when they receive their pay. It is then signed by the au pair and host family. This documentation is very important when a problem with pay or hours worked comes up. Again, this initiative is specifically an InterExchange "best practice" so I cannot speak to what other agencies do.

**Make sure the coordinator speaks personally to both parties.**

InterExchange requires that the Local Coordinator contact host families and au pairs monthly. This contact should preferably be in person at the monthly cluster meetings for au pairs. If an au pair is not permitted to attend the cluster meeting because of scheduling, the au pair needs to tell the Local Coordinator or call InterExchange directly. Local Coordinators must also contact the Host Families each month of the program. This should be by telephone or an email that is responded to. If we are unable to contact a family, then we must remove them from the program.

**Deeper psychological assessment of the au pair.**

We are always looking for more useful tools to evaluate au pairs. On the other side of your point of view, we often receive complaints from potential au pairs whom we rejected from the program because they have been treated for a range of disorders that may recur or cause an au pair to not be able to successfully complete the program.

**Contact between au pair and host family before the arrival.**

We absolutely require that host families and au pairs interview each other before agreeing to match. We also encourage them to remain in contact as the au pairs arrival date approaches. Communication is the key to a successful program and that should start right away, even before arrival.

**$195.75 working 45 hours a week cannot accomplish all that the house work that families require.**

The stipend, which is set by the federal government, is equal to 45 hours of work multiplied by the minimum wage ($7.25 per hour x 45 = $326.25). This amount is then reduced by 40% because the host family is providing housing and not collecting rent or money for food. So the au pair is paying $130.50 per week from this pay for housing and food. As for the house work issue, au pairs should only be doing work that is related to the children (children's meals, laundry, cleaning, etc) they should not be doing other housework like a housekeeper. If they are being required to do this, they need to contact their Local Coordinator, Regional Contact or the InterExchange office.

CONFIDENTIAL

**When families do not follow the rules they should be excluded from the program. Au pairs too.**

If we learn that a Host family is breaking the rules, we address it with them immediately. If they do not fix the situation, we remove them from the program. The same is true for au pairs.

**Au pairs should have more than $500 a year to study.**

We know this is a difficult topic. The $500 amount was set by Federal Regulation many years ago. InterExchange has been involved in many discussions with the U.S. Government about changing the rules for the Educational Component and we expect them to change in the near future. Further, we expect the $500 amount to increase.

Desiree, all of the InterExchange staff are truly dedicated to the goal of providing the best possible cultural exchange experiences. This is not just a job for us. We have all lived similar experiences and specifically sought out careers in this industry because these international experiences meant so much to us.

The U.S. Au Pair Program is the safest, most highly-regulated au pair program in the world. We have more required training, oversight and program rules and regulations than any other au pair program in any other country. Will the au pair program ever be problem-free? Of course not. You cannot have thousands of young people spending a year in a foreign country living with host families without experiencing some problems. Will every new au pair have exactly the experience they were expecting? Definitely not. No website or program brochure can ever really give a full description of what it will be like to live here for a full year as an au pair and each au pair/host family relationship and experience is unique. Should all au pairs expect that if they have a problem, InterExchange (or their program sponsor) will help them as much as possible? Yes, all au pairs should absolutely expect this the full support of their program sponsor!

I promise you that we will do more to make this information available so that au pairs feel more supported. In the meantime, please let me know any other ideas you have. If you'd prefer talking on the phone, you can find my direct number below.

Best regards,



Michael McHugh | Program Director | Au Pair USA
TEL: 917.305.5450 | FAX: 212.924.0575 | EMAIL: mmchugh@interexchange.org
161 Sixth Avenue, New York, NY 10013

REPLY APP 00791

# Exhibit 45

REPLY APP 00792

# AU PAIR USA

# Host Family Home Orientation

InterExchange

REPLY APP 00793

Case 1:14-cv-03074-CMA-KMT   Document 986-1   Filed 04/13/18   USDC Colorado   Page 195
of 241

**CONFIDENTIAL**

InterExchange0004390

Case 1:14-cv-03074-CMA-KMT   Document 986-1   Filed 04/13/18   USDC Colorado   Page 156 of 242

**◐ InterExchange**

## AU PAIR USA

The idea of opening your home to an Au Pair from another culture for an extended period of time might leave you feeling excited but also unsure. *There is so much to tell her. Will she understand? Where should I start?* These feelings are normal, especially if you are a new host family.

There is a lot of information to cover with your Au Pair in the first few days so that you feel confident leaving your children in his or her care and so that everyone feels comfortable living together.

InterExchange has put together a checklist of ideas for you to go over with your Au Pair to ensure a smooth transition into your family and way of life.

### Pre-Arrival
Welcome Kit
Au Pair's Room
Family Schedule
Prepare your Life

### Arrival Day
First Meeting
Traveling Home Together
Welcome Home

### The First Few Days
Home Safety
Household Appliances
House Tour

### The First Few Weeks
Food
Transportation & The Car
Phone Use
Computer Use
Neighborhood Tour
The Au Pair's Social Life
Unspoken Rules

### Work Responsibilities
Caring For Your Children
Cleaning

**CONFIDENTIAL**                    **InterExchange0004391**

**REPLY APP 00795**

## AU PAIR USA

Pre-Arrival

The anticipation over your au pair's arrival is building—excitement, nerves or perhaps even panic! Put that energy to good use by doing all you can do to prepare for your au pair to arrive and decrease the "To Do" list that is destined to come later.

### Prepare a "Welcome Kit"
- ☐ A set of house keys and car keys
- ☐ A list of Household rules including au pair responsibilities for your family
- ☐ Stamps for them to mail their postcards home
- ☐ A State Driver's Manual
- ☐ A local driving map
- ☐ Public transportation maps & schedules
- ☐ A metric conversion table
- ☐ An address book with family/friends/emergency contact information
- ☐ A small gift (e.g., a journal or bath items) and perhaps a handmade "Welcome" sign or card from your children.

### Prepare the Au Pair's Room
- ☐ Does it have all the basic items—laundry basket, garbage can, clean towels, sheets, alarm clock, etc?

### Prepare a Schedule
- ☐ Have a written schedule of the upcoming week and what the au pair will be doing, where and when.
- ☐ Write on a calendar all the upcoming year's American holidays, family birthdays, school vacations, etc.
- ☐ Decide what day of the week will be the au pair's "Payday" and let them know.
- ☐ Start to plan ahead—which full weekend will the au pair have off this month; are there any upcoming vacations?

### Prepare a Contact Information List
Write out the basic contact information your au pair will need. Having it somewhere on each floor of your home or near each phone is a good idea.
- ☐ Write out the home address
- ☐ Write out contact numbers and cell phone numbers in the order the au pair should try them. Include the "1" if it needs to be dialed. (e.g., 1-212-924-0446 rather than 212-924-0446)
- ☐ Explain whether a receptionist will answer when calling you at work or if the au pair can leave a voice-mail
- ☐ Write out the Local Coordinator's contact information

### Prepare Your Life
- ☐ Talk to your children about their new au pair. Get them involved & excited—have them draw her a picture, ask them to help pick out new sheets for the au pair's room, draw the au pair a family tree, etc.
- ☐ Have you looked into auto insurance for your au pair?
- ☐ Get to know your au pair—email frequently, watch a foreign film from her country or take your family to dinner at a restaurant that serves her native food.

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809                                    2                                    Host Family Home Orientation

**CONFIDENTIAL**                    **InterExchange0004392**

REPLY APP 00796

This is the big day everyone has been waiting for! Meeting your au pair for the first time often involves a great deal of nerves, awkwardness, happiness and excitement all around. Your au pair is probably very excited but also a little nervous and overwhelmed. We have put together a few suggestions to help get your year together started off on the right foot.

### First Meeting
☐ Each culture has their own welcoming way of greeting each other. Your au pair might not be sure of how to "say hello". Don't be afraid to jump in with a big hug or a warm smile.
☐ If meeting in an airport or other busy area discuss beforehand what color your clothes will be or have a welcome sign your children created to help make locating each other easier.
☐ Remember to bring your camera to help record the special day. It will be great to look back on at the end of your year together.

### Traveling Home Together
☐ Remember that although your au pair might have studied English for many years, this might be the first time he/she is actually using it non-stop. Speak slowly, use easy vocabulary and be prepared to repeat what you say many times during the first few weeks.
☐ What should your au pair call you? Are you on a first name basis or do you prefer to go by a Mr. or a Mrs.?
☐ What does your au pair want to be called? Does he/she have a nickname?
☐ Remember that your au pair has had a very emotional & tiring week—leaving home, a new country, new friends he/she made and then said goodbye to at Orientation, traveling to your house, etc. Observe their behavior; don't feel the need to rush discussions about household rules, etc.

### Welcome Home
☐ Briefly show the au pair around the house and show him/her how to use items they might need right away—shower, bathroom, etc.
☐ Allow them time to take a shower, unpack and unwind from their trip.
☐ They will probably want to call their parents to let them know they have arrived safely.
☐ Some au pairs will be excited and want to jump into family life right away, others will be tired and need to rest a few hours first. Some will be starving and others might not be interested in food for a while. The combination of being excited and in a different time zone can produce different behaviors. Some au pairs will adjust quickly and others will take a little while longer.

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809                3                Host Family Home Orientation

CONFIDENTIAL                InterExchange0004393

REPLY APP 00797

Your au pair has found themselves in a brand new culture and way of life and might not know how to do things that are common knowledge to an American and/or habitual in your family's way of life. Do not be afraid to explain the simple things. In a new country even the smallest things can be new and unknown.

It is a good idea to write things down, as your au pair will be getting a lot of new information in the first few weeks. Make it easy for her/him to remember—write down schedules, who takes what medicine and when, what the children like to eat, how to work the remote control to play your children's favorite DVD, etc.

Remember, the more comfortable your au pair feels with practical matters, the more confident both of you will feel in her/his ability to care for your children.

## House Safety

- ☐ Circuit-breaker box
- ☐ Cleaning Supplies—The English words might be unfamiliar to your au pair, what is used for what? Where should it be kept when not in use?
- ☐ Alarm Systems—How to turn on and off. When to turn on.
- ☐ Door Locks—Practice locking and unlocking. When should doors be locked?
- ☐ Emergency Contact Numbers and home address- Where are they kept?
- ☐ Important Documents—Is there a safe place for the au pair to store her/his passport, insurance information, or other important paperwork?
- ☐ Windows/Screens—Are they allowed to keep them open?
- ☐ Smoke detectors - What to do if there is a fire during the day? At night?

## Household Appliances

- ☐ Washer and Dryer—How much detergent goes in the washer? Lint Trap?
- ☐ Toilet—Where do the toilet paper and feminine hygiene products go? Does the lid stay down or up when not in use in your house?
- ☐ Dishwasher—What can and cannot go in it? Rinse first?
- ☐ Heating—Are they allowed to adjust the thermostat?
- ☐ Garbage Disposal—What can and cannot go down it?
- ☐ Shower—How does it work? Is there a family shower schedule in the morning?
- ☐ TV/DVD Player—How does the remote work? Is there any chance they could accidentally order a Pay Per View movie? Any specific hours the TV is not allowed on in your house?
- ☐ Stove and Oven
- ☐ Coffee or Tea Maker
- ☐ Fire Extinguisher
- ☐ Vacuum Cleaner/Floor Mops - How do they work?

CONFIDENTIAL

InterExchange0004394

REPLY APP 00798

InterExchange
## AU PAIR USA

The First Few Days...

## Household Tour
- ☐ Where are the sheets, towels and blankets kept?
- ☐ Where should coats be hung?
- ☐ Point out all the light switches.
- ☐ Family Pets? Who feeds and walks them? Are they allowed outside?

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809      5      Host Family Home Orientation

**CONFIDENTIAL**      **InterExchange0004395**

REPLY APP 00799

## AU PAIR USA

## Food

Normally when au pairs arrive they appear to have forgotten to pack their appetites. This is normal and is a part of jet leg, new food discoveries and eating patterns.

☐ Explain to your au pair your family's normal meal schedule. Is dinner always at 5:00 and a family event? or do you have flexible meal times?

☐ Take your au pair to the grocery store. Let her show you what she likes to eat and doesn't like to eat. Try to incorporate a few of her favorite foods in your weekly shopping list and encourage her to share with your family dishes from her own culture.

☐ Is there anything off limits in the kitchen? Is your au pair free to help herself to a snack whenever she wants?

## Transportation and the Car

Many au pairs might come from cities with strong public transportation systems. As a result they might not be used to driving every day and will require some time to adjust to driving on a daily basis, your car and the neighborhood. While they may be great drivers in their own country, they are still NEW drivers in this country. Some au pairs may not have driven on the right hand side of the road before.

☐ Show them the location of the child's seat and safety devices. Have them practice using and/or installing them.

☐ Are they allowed to eat in the car?

☐ Take them to a gas station, show them how to put gasoline in the car.

☐ Where is the emergency brake?

☐ May they use the car overnight?

☐ Do you have AAA? Where is the vehicle license, insurance info and registration kept?

☐ What should they do if the battery dies or they lock the keys in the car?

☐ Where should they park the car—garage, driveway or a certain street?

☐ Are there restrictions on where they can drive—not on the highway, only in town, for example

☐ Rules of the car—no cell phones while driving, no one else is allowed to drive that car but the au pair, always lock the doors, etc.

## Driving Practice

We recommend spending at least 6-10 hours with your au pair practicing driving.

☐ Explain the meaning of road signs- they are different in other countries.

☐ Explain "right-of-way" situations as these differ in other countries

☐ Can you "turn on red" in your state? This varies...

☐ Highway passing rules also vary by country.

☐ What if there is an accident with another car?

- Get the other driver's insurance information (name and address of driver, name of insurance company, phone number of insurance company, insurance policy number).
- The other person will also ask you for your insurance information, which you can find on a card in the glove box of the car.
- Do not admit fault to the other driver or anyone else at the accident scene. Tell the truth but never say, "It was all my fault!"

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809          6          Host Family Home Orientation

**CONFIDENTIAL**          **InterExchange0004396**

REPLY APP 00800

## Phone Use

When welcoming your au pair to your home, discussing appropriate phone usage is an important aspect of the home orientation. Consider discussing the following:

☐ Is there a specific way you would like your au pair to answer your phone?
☐ Where should they write down messages?
☐ What are acceptable hours to receive phone calls from their friends and family?
☐ Does your phone have call waiting and/or other extra services? Be sure to explain them to your au pair as they might not be familiar with them.
☐ Explain to your au pair how they should make International Phone Calls with a calling card. Many au pairs do not always grasp how expensive international calls can be from a regular landline without a calling card and/or budget appropriately for them.

## Computer Use

Your au pair comes from an internet savvy generation and the computer allows her to stay in close contact with her friends and family back home. Be sure to lay down any house rules you have in regards to your home computer.

☐ Are there any parental controls you have installed she should know about?
☐ Is she allowed to use a webcam for calls to friends and family?
☐ Is she allowed to use the computer if your children are sleeping, playing, etc.?
☐ Any web or access keys?

## Neighborhood Tour

☐ Introduce your au pair to the neighbors.
☐ Drive her around, show her where your house is in relation to the grocery store, school, playground etc.
☐ Where do the trash and recycling go?

## The Au Pair's Social Life

It is important to remember you have a young adult living in your house. Encouraging her to go out, make friends and spend time with age appropriate friends will help keep your au pair happy and more content in her job. A few guidelines are important to have to help your au pair make good judgments in continuing to respect your home.

☐ Does she have a curfew on nights when they are expected to work the following morning?
☐ Is the au pair allowed to have other au pairs and children over while on-duty?
☐ When off-duty how many friends are the au pairs allowed to have over at once? Are there any off limit areas of the house?
☐ Are overnight guests allowed? Of the opposite sex?
☐ Is smoking allowed in your house, on your porch, in your yard, etc?
☐ Do you know when your au pair's birthday is?
☐ Remember au pairs have bad days too!

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809                7                Host Family Home Orientation

CONFIDENTIAL                InterExchange0004397

REPLY APP 00801

InterExchange
## AU PAIR USA

## Unspoken Rules

There are many rules of the house that everyone who lives in the house just "knows" (e.g., don't flush the toilet while someone is the shower—hot water!) but your au pair might not. Try to make a mental list and mention these to the au pair.

- ☐ What does a closed door mean—can they enter, should they knock?
- ☐ Are pets/feet allowed on the furniture?
- ☐ If your children believe in Santa Claus, the Easter Bunny, etc. remember to clue your au pair in on this and what exactly the kids believe.

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809      8      Host Family Home Orientation

**CONFIDENTIAL**      **InterExchange0004398**

REPLY APP 00802

InterExchange

## AU PAIR USA

Work Responsibilities...

There are many different ways to begin introducing your au pair to all her work related tasks. Here are a few methods that have been successful in the past:

Have her follow you around and learn from example:
This way requires the least amount of advance planning.

Teach her the most common daily tasks first:
Will she be making the children breakfast and driving them to school Monday—Friday? Put that lesson ahead of tackling their laundry.

Start with the easier tasks first:
Help her build her confidence level in her ability to handle the job.

### Caring For Your Children
Learning all there is to know about caring for your children will take a while. It will take time before things such as knowing your daughter will only drink her milk if it is in her pink cup or that your son will only eat sandwiches if they are cut on the diagonal becomes second nature to her.
☐ What activities are permitted, encouraged or forbidden?
☐ Where are your children allowed to play? Whose homes are they allowed to play in?  Introduce the au pair to these parents.
☐ How do you encourage/reward good behavior?
☐ How is discipline handled in your household? What should the au pair do/never do?
☐ What is a good way to calm down the children if they become upset?
☐ What meals and snacks are appropriate and when?
☐ Au pairs are responsible for all tasks related to your children, make sure they are aware of and know how to perform them—children's laundry, packing their backpacks, rooms, help with homework, etc.

### Cleaning
Whose job is what can get confusing when it comes to cleaning. Au Pair USA's rules require that an au pair's housework responsibility be limited to cleaning up after the children, themselves and contributing to housework as a normal family member (such as one person cooking dinner and the other person washing the dishes).  Make sure your au pair is aware of what is required of her.
☐ Cleaning up after the children, keeping their area tidy, their laundry, etc.
☐ Keeping her room and bathroom clean. Washing her own sheets, towels and clothes.

161 Sixth Avenue | New York, NY 10013 | TEL: 212.924.0446 FAX: 212.924.0575 | aupair@interexchange.org | www.aupairusa.org

AP-HFH02-0809                                    9                              Host Family Home Orientation

**CONFIDENTIAL**                              **InterExchange0004399**

REPLY APP 00803



REPLY APP 00804

# Exhibit 46

REPLY APP 00805

AU PAIR USA

# Host Family Handbook



CONFIDENTIAL InterExchange0004408

REPLY APP 00806

# Table of Contents

Chapter 1 - Welcome ...................................................................................................... 1

Chapter 2 - Host Family Application ................................................................................. 3

Chapter 3 - Au Pair Application ....................................................................................... 5

Chapter 4 - The Matching Process ................................................................................... 6

Chapter 5 - Pre-Matched Au Pairs & Host Families ......................................................... 8

Chapter 6 - The J-1 Visa ................................................................................................. 9

Chapter 7 - Getting Ready for the Year Ahead ............................................................... 10

Chapter 8 - The Au Pair Orientation & Training Program ............................................... 11

Chapter 9 - The Host Family - Au Pair Relationship ....................................................... 13

Chapter 10 - When Your Au Pair Arrives ....................................................................... 15

Chapter 11 - Communication ........................................................................................ 16

Chapter 12 - Duties of the Au Pair, Hours & Time Off ................................................... 18

Chapter 13 - The Role of Your Local Coordinator .......................................................... 21

Chapter 14 - The Au Pair Educational Requirements ..................................................... 23

Chapter 15 - The Au Pair's Insurance ........................................................................... 24

Chapter 16 - Driving ..................................................................................................... 25

Chapter 17 - International Communication ..................................................................... 26

Chapter 18 - Culture Shock .......................................................................................... 27

Chapter 19 - The Extension Program ............................................................................ 29

Chapter 20 - The Host Family Reapplication Process ..................................................... 30

Chapter 21 - Taxes ....................................................................................................... 31

Chapter 22 - Transitions & Reassignment ..................................................................... 32

Chapter 23 - Unexpected Challenges: Visa Delays and Denials ....................................... 34

U.S. Department of State J-1 Visa Regulations .............................................................. 35

All information in this handbook is subject to change without notice. Please contact InterExchange if you have any questions about specific topics covered.

CONFIDENTIAL                                                        InterExchange0004409

REPLY APP 00807

## KEEP IN TOUCH!

**InterExchange Au Pair USA**
161 6th Avenue, 10th Floor
New York, NY 10013
1.212.924.0446
1.800.AU.PAIRS
www.interexchange.org/au-pair-usa
Email: aupair@interexchange.org

**Visit our Blog:**
blog.InterExchange.org/au-pair-usa/

**Client Relations Team:**
Tel: 917.305.5469
Fax: 917.720.9158
hfsupport@interexchange.org

**Like us on Facebook:**
InterExchange Au Pair USA

**Follow us on Twitter:**
Au Pair USA

**CONFIDENTIAL**         InterExchange0004410

REPLY APP 00808

# Chapter 1 - Welcome

InterExchange welcomes you to the world of cultural exchange as a host family in the Au Pair USA program!

## About InterExchange

InterExchange is a non-profit organization with more than 40 years of experience dedicated to promoting cultural awareness through a wide range of affordable and exciting au pair, work and travel, professional training, internship, camp, language and volunteer programs within the U.S. and abroad. InterExchange is designated by the U.S. government to sponsor a variety of J-1 Visa Exchange Visitor programs.

As a proud J-1 Visa sponsor and cultural exchange organization, we encourage our participants and professional colleagues to learn more about **The Fulbright-Hays Act of 1961, also known as the Mutual Educational and Cultural Exchange Act of 1961**. This important act enables the Government of the United States to:

- increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchange;
- strengthen the ties which unite us with other nations by demonstrating the educational and cultural interests, developments, and achievements of the people of the United States and other nations, and the contributions being made toward a peaceful and more fruitful life for people throughout the world;
- promote international cooperation for educational and cultural advancement and thus assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world.

To learn more about us, please visit the InterExchange website: www.InterExchange.org or contact us through email aupair@interexchange.org, phone 212.924.0446 or fax 212.924.0575.

## Au Pair USA

InterExchange has been designated since 1989 to sponsor the Au Pair USA program. It is a 12-month program that gives young people from abroad, ages 18-26, the opportunity to experience the U.S. by living with an American host family and providing child care. In return for their services, au pairs receive room, board, a weekly stipend, accident and sickness insurance, airfare and up to $500 to use toward college-level educational courses. This program can be extended for an additional 6, 9 or 12 months after successfully completing the original 12-month program.

As a participant in the Au Pair USA program, you agree to follow all regulations set forth by the U.S. Department of State and maintain frequent contact with InterExchange. During your program, we encourage host families to provide their au pair access to cultural opportunities in the local host community and American culture at large.

## More InterExchange programs

InterExchange currently operates the following international exchange programs from its New York office:

The **Camp USA** program places international participants, ages 18-28, in U.S. summer camps as a counselor or in support staff positions. Camp USA also sponsors visas for returning staff or for participants who have found their own camp jobs. The Camp Counselor J-1 Visa is a four-month visa that runs from May until September.

The **Career Training USA** program assists international students and young professionals, ages 18-38, to secure internships and practical training programs in the U.S. Candidates may apply for the J-1 Visa internship if they have already secured a position in the U.S. Recent graduates may work as interns and pursue an internship for up to 12 months in a field related to their academic field of study. International working professionals may apply as Trainees and pursue training programs for up to 18 months in a field related to their occupational background. To be eligible, participants' education and work experience must have been earned outside of the U.S.

The **Work & Travel USA** program offers international university students ages 18-28 the opportunity to live and work in the U.S. for up to 4 months during their summer vacation. Students work at seasonal, temporary jobs in hotels, inns, amusement parks, national parks, retail stores and ski resorts. They receive a wage, assistance with housing, accident and sickness insurance, program support and an optional month for travel to explore the United States. Work & Travel USA also offers a 12-month program for citizens of Australia and New Zealand.

**Working Abroad** enables U.S. citizens, ages 18-30, to experience diverse work experiences overseas. Opportunities include au pair, English language instruction and internships. We offer programs in Central and South America, Europe, Asia, Australia and New Zealand.

**CONFIDENTIAL**

InterExchange0004411

REPLY APP 00809

**The InterExchange Foundation** was established in 2006 to provide grants to young Americans who wish to help further cultural awareness through meaningful work abroad experiences. The InterExchange Foundation offers two grant options. The Working Abroad Grant supports participants of select InterExchange Working Abroad programs, while the Christianson Grant supports individuals who have sought out and arranged their own work abroad programs. By providing financial assistance to eligible candidates, the InterExchange Foundation aims to encourage young Americans to pursue work and life experiential programs outside of the U.S.

### The InterExchange New York Office

We have a talented and dedicated team at our New York office. The **Admissions and Compliance Coordinators** receive and review au pair and host family applications. **Placement Coordinators** propose candidates that fit each family's specific interests and needs. **Transition Coordinators** work with host families and au pairs whose relationship has ended prematurely. The Au Pair USA program also has a number of full-time staff who organize all of the logistics of the program, including the international travel arrangements, the au pair's accident and sickness insurance, visa application forms and completion certificates.

Our **Local Coordinators** serve as InterExchange representatives in the host family community. A group of host families is called a "cluster." Local Coordinators are a vital part of the organization's efforts to service au pairs and host families throughout their year together. They interact directly with both parties serving as an informational resource, monitoring the placement during the 12-month period, and occasionally serving as a mediator if problems arise.

Our **International Cooperator** network spans over 40 countries around the world. They are responsible for marketing, screening, interviewing and the preliminary selection of au pairs from their countries.

**CONFIDENTIAL**      **InterExchange0004412**

REPLY APP 00810

# Chapter 2 - Host Family Application

All host families participating in the InterExchange Au Pair USA program must:

▸ Live in an area covered by a Local Coordinator
▸ Provide a private room and meals for the au pair
▸ Be a U.S. citizen or legal permanent resident
▸ Speak fluent English
▸ Complete an application and an in-home interview with the Local Coordinator
▸ Treat the au pair as an extended family member

Each accepted host family must agree to and adhere to the Host Family Agreement which includes:

▸ The number of hours the au pair provides child care are limited to a maximum of 45 hours per week, over no more than five and one half days per week. The au pair will not provide more than 10 hours of child care per day.
▸ The host family is required to pay the au pair a stipend on a mutually agreed upon day.
▸ The au pair is allowed 1.5 days off each week, and one complete weekend off each month (from Friday evening to Monday morning).
▸ The host family gives the au pair, in addition to weekly time off, a minimum of two weeks (11 days) paid vacation time during the one-year program.
▸ The host family provides the au pair with tuition and related fees of up to $500 per year for enrollment in appropriate course work to fulfill their educational requirement. The host family must also facilitate transportation for the au pair to and from educational classes.
▸ Families participate in one InterExchange Au Pair USA sponsored "Family Day Conference" annually.
▸ At least one host parent or other responsible adult must remain at home with the au pair during the first three days with the family to help in training and adapting the au pair to their child care responsibilities, new home and community.
▸ The host family agrees to maintain monthly contact with their Local Coordinator.
▸ Upon the au pair's arrival, the host family will prepare a written schedule that outlines the days and hours of child care to be provided.
▸ A parent or responsible adult will be in the home with the au pair if a child is less than three months of age. In such instances the au pair will not be the primary child care provider for an infant less than three months of age for any amount of time.
▸ The host family agrees to inform InterExcange of any changes that may alter their original acceptance and inclusion in the program.

## Host Family Interview: What to Expect

After your application has been submitted to InterExchange Au Pair USA, a Local Coordinator will contact you to schedule an in-person interview.

> **Purpose of the host family interview:**
> ▸ Inform and educate the family about the program
> ▸ Determine the family's needs and expectations
> ▸ Ascertain the suitability of a family as a host family

* The interview is critical in aiding the host family's success with the au pair experience. While this time is an opportunity to share information regarding the placement of an au pair, it is also a time to help a family further assess the appropriateness of the program for their particular needs.

The more realistic expectations a family has regarding both the program regulations and living with a young adult, the more likely they will be able to adapt to hosting an au pair. All adult members of the home must be present during the interview. The Local Coordinator should also meet the host parent's children during the course of the meeting.

## The Au Pair's Bedroom

The Local Coordinator will ask to see the bedroom designated for the au pair. The bedroom must have a window and be exclusively for the au pair.

**CONFIDENTIAL**                    InterExchange0004413

REPLY APP 00811

If the Local Coordinator does not believe that the room is appropriate for the au pair to live in for a year, he/she will address such concerns with the host family.

**Question and Answer Session**
The final portion of the interview will be devoted to answering any outstanding questions the host family has about the program and to share with them the next steps in the process.

**CONFIDENTIAL** InterExchange0004414

REPLY APP 00812

## Chapter 3 - Au Pair Application

All au pair applicants must:

▸ Complete an application and participate in a thorough personal interview
▸ Be between the ages of 18 and 26 (traveling to the USA prior to the au pair's 27th birthday)
▸ Enjoy working with and have practical experience caring for children
▸ Have at least 200 hours of infant care experience to qualify for placement in a family with children under two years of age
▸ Speak and understand English to an acceptable level
▸ Commit to a twelve-month placement
▸ Be of good character and provide at least two child care references and one character reference
▸ Agree to follow the program's code of conduct which includes: adherence to all U.S. federal, state and local laws; forbids the use of illegal drugs and excessive use of alcohol; and expects the au pair to be courteous, considerate and respectful
▸ Be prepared to enter into an agreement with the host family upon arrival that outlines the days and hours (which may change) of child care services to be provided
▸ Have earned a secondary school diploma or certificate
▸ Possess a valid International Driver's License and have a minimum of 50 hours of driving experience
▸ Have no criminal record and be able to secure proof of this from a recognized authority in the applicant's home country
▸ Be in good health and provide a medical report completed by a qualified medical doctor
▸ Participate in an intensive orientation and training program upon arrival in the USA
▸ Have not participated previously in an au pair program in the USA in the past 24 months

### Au Pair Application & Interview

The interviewer's role is to gather information about an applicant so he/she can assess the applicant's suitability for the program. The interviewer will try to gain an understanding of the applicant's family background, motivation for applying to the program and personality traits. The interviewer is also assessing the applicant's English language ability and child care skills.

An au pair interview generally takes about two hours and will include:

▸ Meeting the candidate
▸ Reviewing the candidate's application and required documents
▸ Questioning the applicant in English
▸ Providing information to the applicant and answering questions about the program
▸ Having the applicant complete a psychometric au pair selection test
▸ Sharing the next steps with the applicant

Once the interview is completed, the International Cooperator will assess the candidate's appropriateness for the program and review the submitted application. Candidates who do not appear to be properly motivated or well-suited for the program may not be accepted.

### Final Screening and Selection by InterExchange

Once an au pair application has been received by InterExchange, it will be thoroughly reviewed to ensure it is complete, that references have been verified, the applicant is in good mental and physical health, and the applicant meets our standards for placement and program inclusion.

The applicant will then be entered into the pool of available candidates for host family matching on Passport.

**CONFIDENTIAL**                         **InterExchange0004415**

**REPLY APP 00813**

# Chapter 4 - The Matching Process

InterExchange Au Pair USA employs a special one-on-one matching process to find you the perfect au pair. In addition to our online matching and application system, Passport, your Placement Specialist will work directly with your family to find the best available au pair. Due to the fact that your family will have exclusive access to an au pair's contact information, we utilize a 72-hour viewing policy. You need not make your final decision during this period, and may request an extension on your viewing deadline from your Placement Specialist.

If you are interested in an applicant, you should schedule a telephone or Skype interview as soon as possible. You should use the telephone interview suggestions outlined in this handbook and supplement these with questions related to issues unique to your family situation and the au pair's application.

If you are interested in the au pair after the first interview, you may schedule a second telephone call or follow up with any additional questions over email. Placements must be confirmed by both the au pair and the family.

Families are encouraged to contact prospective au pairs as soon as possible, and to accept or release applications after they have had them exclusively for three days so that those au pairs can be considered by other families.

Once your family and the au pair have agreed to match, your family will need to submit this confirmation through Passport or by contacting your Placement Specialist. The New York staff will then send your family a confirmation packet with your au pair's arrival information.

Shortly thereafter, the InterExchange Au Pair USA Logistics Coordinator will process the paperwork your au pair will need to apply for the Au Pair J-1 Visa at their local American Embassy or Consulate. Information for the New York Orientation and their transportation information traveling from the New York area airport to the orientation hotel will also be sent to their International Cooperator, who ensures that the applicant receives this information and applies for and secures the J-1 Visa in a timely fashion.

### Timing: The Typical Placement Calendar

Families should apply at least three months in advance of a requested au pair arrival date. All Local Coordinators and International Cooperators are given a "Matching Calendar" each year that lists the scheduled arrival dates for au pairs to come to the United States. This calendar is also sent to your family when you apply, and can be accessed on our website. If your family has special needs, has more than three children or has certain placement restrictions, we encourage you to begin the process earlier to allow enough time to match with an au pair.

*Important dates:*

▸ **Confirmation deadline:** This is the last date that a host family can confirm their acceptance of an au pair applicant for that arrival date. This deadline is generally 4 to 6 weeks before the arrival date in New York, because that is the amount of time it normally takes to secure a J-1 Visa for the au pair.

▸ **New York City arrival:** Au pairs always arrive on Mondays to begin their orientation and training program in New York.

▸ **Host family arrival date:** Au pairs always arrive at your home on Fridays from the orientation in New York. Families in the greater New York area may pick up their au pairs after 6 p.m. on Thursday night.

CONFIDENTIAL InterExchange0004416

REPLY APP 00814

## Telephone Interviews with the Au Pair Candidate

Host families are required by the U.S. Department of State regulations to call the au pair at least once prior to agreeing to match, but we recommend speaking with the potential au pair at least two times. It is a good idea to have the first call be more informational; tell the au pair about your community, about your family, your typical schedule and what might be expected of the au pair in your household. End the call by saying that you will follow up with the au pair at a designated time, and that the au pair should be prepared to ask questions about your family that they might have thought of, and to be prepared to answer questions from the host family about their qualifications to be an au pair.

Sample first-call questions you might ask an au pair candidate:

- Why do you want to become an au pair?
- Have you ever lived away from your family before? What will you do if you feel homesick?
- What will be the most difficult part about spending a year in the U.S. as an au pair?
- What did you study in school? How many years have you studied English?
- What type of job have you had recently?
- What do you enjoy most about working with children?
- What do you do in your free time?
- Do you drive? How often? Do you have an International Driving License? When did you begin driving?
- Do you like pets? Would you be willing to take the dog for walks or feed the cat?
- Are you a vegetarian or vegan? Will you cook meat for the children?
- Do you smoke? How often?
- Have you been to the United States before?
- What are your plans for the future when you finish your au pair year and return home?

A second call is a chance for the au pair to speak more fully and ask their own questions. If you have specific questions regarding how the au pair candidate will care for your children of certain ages, now is the time to ask them. This second call also allows you to determine the au pair's English level.

Sample second-call questions you might ask an au pair candidate:

- What is your child care experience? Have you cared for kids or worked in a camp or kindergarten? Have you ever bathed or cooked meals for children? What are the ages of the children you have cared for in the past?
- How do you discipline children? How were you disciplined as a child?
- How does your family feel about you coming to America for a year?
- Would you be happy in our community if it is a city/suburban/rural?
- Part of this program is about being a part of our family. How will you communicate with us if you have concerns or problems?
- What type of household chores are expected of you in your home? Do you have to make dinner, wash the dinner plates, take out the garbage?
- Do you have a boyfriend/girlfriend? How do they feel about you leaving for a year? Are they going to visit?
- Do you like sports, travel, swimming, the beach, etc?
- Do you understand what it's like to spend 45 hours a week with young children? Have you ever cared for a child for a long period of time?
- Do you cook? What types of meals do you think you could cook for the children?
- Do you consider yourself a tidy or messy person? Would you have a problem joining a very messy or very neat household?
- Who do you live with at the moment? If you live by yourself, how will you feel about joining a family and having to respect their house rules?
- Do you enjoy spending time with your family? What kinds of things do you do together?

**CONFIDENTIAL**      **InterExchange0004417**

REPLY APP 00815

# Chapter 5 - Pre-Matched Au Pairs and Host Families

Pre-matching refers to the process when a family has recruited an au pair applicant independently of the InterExchange Au Pair USA program. Both the family and the prospective au pair involved in a pre-match must meet the same eligibility requirements that any other host family and au pair must meet. The prospective au pair must be able to provide adequate child care experiences and references, even in those situations where the individual has been caring for the host family's children for a period of time while the family lived abroad. The prospective au pair cannot be related to the host family, no matter how distant the relation.

All applicants must go through the same application and screening procedures, regardless of whether they are a pre-match or not. Many host families assume that a pre-match au pair will be able to arrive more quickly than a normal placement, but this is not the case. Pre-matches need to be completed with the same detail as non-pre-matches, and will not be accepted into the program if they do not meet the program requirements.

## Confirming a Pre-Match

▸ Once the au pair candidate has been selected, the host family will need to send the au pair's name, country of residence, email address and telephone number to the New York office. The information will then be sent to our International Cooperator so the prospective au pair may begin the application process.

▸ Meanwhile, the host family will need to complete the online application and indicate that they are a pre-match by answering yes to the question, "Do you have an au pair you are matched with?" The Local Coordinator will interview the family consistent with the procedures established for all families.

▸ When both the host family and au pair applications have been completed, the host family will have a chance to review the au pair's information before confirming the match. The family must be sensitive to the confirmation deadlines for arrivals as these dates will be the same regardless of the pre-match status of the placement.

CONFIDENTIAL      InterExchange0004418

REPLY APP 00816

# Chapter 6 - The J-1 Visa

Au pairs participating in the InterExchange Au Pair USA program must acquire a J-1 Visa, valid for one year. No other visa is valid for participation in the program. The vast majority of our au pair candidates get the J-1 Visa without any problems.

InterExchange is designated by the U.S. Department of State to sponsor the J-1 Au Pair Visa and issues a DS-2019 Form for au pairs so they can go to the U.S. Embassy/Consulate in their home country to apply for the visa. The DS-2019 Form identifies InterExchange as the program sponsor, outlines the purpose of the program, and states the exact period during which the applicant is legally permitted to work as an au pair in the USA. Although InterExchange provides the appropriate forms and the International Cooperator assists the applicant through the process, it is the U.S. Consular Official who makes the determination as to whether the applicant will receive the J-1 Visa.

If the au pair's J-1 Visa application is approved, the Consular Officer will put a J-1 Visa stamp in the au pair's passport. The J-1 Visa provides permission to enter the USA as an au pair participating in a cultural exchange program.

▸ Once the au pair arrives in the United States, the immigration officer will validate the visa by stamping the passport and the accompanying DS-2019 Form. The immigration officer will also staple an "I-94 Arrival and Departure Card" in the au pair's passport.

▸ The validity period shown on the non-immigrant J-1 Visa stamped in the passport refers only to the period during which someone may enter the United States. When the immigration officer validates the au pair's visa at the time of their arrival in New York, the DS-2019 Form is stamped "J-1 D/S." This grants the au pair permission to stay under the J-1 Visa for the "Duration of Status" of the program. The duration of status is the date range indicated in box #3 of the DS-2019 form: the au pair's arrival date to one year after their arrival date.

▸ The DS-2019 Form should be kept with the au pair's passport. It is recommended that au pairs carry photocopies of both of these documents and leave the originals in a safe place. If the DS-2019 Form is lost or stolen, the Logistics Coordinator in the New York office should be contacted immediately and a replacement form will be issued. If the passport is lost or stolen, the au pair must contact their Embassy immediately to obtain a replacement passport.

## What Can/Cannot an Au Pair Do Under the Terms of Their Visa?

Your au pair can be directly responsible for your children and their needs, including laundry, cleaning of the children's bedrooms, play areas and eating areas. Some au pairs help with meal preparation and clean-up if the host family eats together. The au pair may not earn extra money by working during their stay (either for the host family beyond the permitted 45 hours or in work outside the home). Even baby-sitting at the home of a neighbor is considered employment outside the parameters of the J-1 Visa for au pairs and is not allowed.

## Travel Outside of the United States During the Au Pair Year

Au pairs may travel outside of the U.S. during their original program year (this may not be the case during an Extension). However, the intent of the program is for the au pair to experience American culture through living in a host family's home and community. Therefore, extended stays outside the U.S. (of more than four weeks) with or without the host family would not be in the spirit of the program and are not permitted.

It is the au pair's responsibility to research the visa requirements for travel outside the U.S., including Canada and Mexico. This is usually done by contacting the Consulate of the country he/she plans to visit. Au pairs should always take their DS-2019 Form with them when they travel abroad.

The Au Pair program regulations permit au pairs on a J-1 Visa to travel around the U.S. for an additional month at the end of their 12-month program year. The J-1 Visa is not valid for re-entry into the U.S. during this period so travel outside the country, even to Canada or Mexico, should not be part of the au pair's travel plans in the 13th month if they intend to re-enter the U.S. before returning to their home country. Au pairs must have medical coverage for travel during the 13th month as the program insurance coverage expires at the end of the 12th month. Au pairs may arrange an additional month of insurance through InterExchange to cover themselves for medical expenses during this time. The cost to do so is the au pair's responsibility.

**CONFIDENTIAL**                              InterExchange0004419

REPLY APP 00817

# Chapter 7 - Getting Ready for the Year Ahead

### Travel Arrangements

Travel arrangements for au pairs from their home country to New York City are arranged by InterExchange. InterExchange Au Pair USA provides a one-way ticket prior to the au pair's departure from the home country, and at the end of the au pair's year, will again provide another one-way ticket for the au pair's return.

It is the host family's responsibility to make the travel arrangements for their au pair to get from the New York Orientation & Training hotel to their home. Please contact Globe Travel (details below) to arrange air and/or train tickets for the au pair's domestic travel. Families are strongly encouraged to purchase refundable/transferable/changeable tickets. InterExchange Au Pair USA is unable to reimburse families for the cost of domestic flight tickets that have been bought by families for arriving au pairs who were subsequently denied the J-1 Visa or who cannot come on the planned arrival date. **Please send domestic travel information to logistics@interexchange.org at least two weeks in advance of your au pair's arrival, so we can distribute it during the Orientation week.**

Families that prefer to use their own travel agent, or those who plan to pick up their au pair from the hotel by car, need to contact the Logistics Coordinator so that he/she can make a note of the travel arrangements for each au pair. The Logistics Coordinator will need to collect tickets purchased directly by host families well in advance of the au pair's arrival.

### Ten Tips for the Best Start to a Wonderful Year:

1. Communicate with your au pair while they are still abroad. The more you work to establish a relationship with your au pair before they arrive in your home, the easier it will be for everyone to adapt to one another. Talking on the telephone, exchanging emails or sending a picture drawn by the children are good ways to connect with the au pair.

2. Prepare the au pair's room. The room should be ready for the au pair to move right in.

3. Draft a typical weekly schedule and a simply-worded list of tasks, including times and locations.

4. Use the InterExchange Au Pair USA *Communication Log*. This should include a detailed review of the spoken and unspoken rules of the home, which will help the au pair understand what is expected of him/her.

5. Check with your car insurance carrier to ensure adequate coverage for the au pair driving the car(s). The coverage should include collision. Also check with your home owner's policy regarding employing domestic live-in help.

6. Make travel arrangements for the au pair to get from the New York City Orientation & Training in New York City to the host community and communicate these arrangements to the InterExchange Au Pair USA Logistics Coordinator. Instructions for contacting Globe Travel to make these arrangements listed below.

7. Talk with your pediatrician's office to find out what type of medical release form might be needed to allow the au pair to take responsibility for the child's care in an emergency.

8. Think about how to orient a new au pair to your home. Make a list of all the things you will want to be sure to show your au pair (i.e. dishwasher, washer/dryer, air conditioning/heating, alarm systems).

9. Think about how to orient a new au pair to your community. Make a list of all the places in your community that you will want to be sure and show your au pair (i.e. schools, doctor's office, post office, supermarket, bank, pharmacy, etc.)

10. Have your children make a sign to welcome the au pair or do things that will make the au pair feel right at home. If you know the au pair's favorite food, prepare dinner. Small gestures go a long way!

| Au Pair USA Logistics Department | Globe Travel |
|---|---|
| 917.305.5463 | 1.800.892.9385 (ask for Elaine Messier) |
| logistics@interexchange.org | elaine@globetvl.com |

**CONFIDENTIAL**                    **InterExchange0004420**

REPLY APP 00818

# Chapter 8 - The Au Pair USA Orientation & Training Program in New York City

InterExchange Au Pair USA provides an Orientation & Training Program in accordance with the U.S. Department of State's regulations governing au pair programs. While the program meets these requirements, it is not intended to replace the host family's training of an au pair on how they want their children cared for. Nor is it intended to train an au pair to become a professional child care provider.

The Au Pair USA Orientation & Training Program was designed by and is taught by professionals from both the education and healthcare fields. The format includes the use of workbooks, lectures, videos and hands-on training. The content includes general information regarding health, safety and childhood development ranging from newborns to age 12. In addition, there are discussions about cultural differences, adjusting to the United States and their new life living with an American family. The J-1 Visa regulations, InterExchange Au Pair USA program information and policies, insurance information, Social Security cards, bank accounts in the USA and other related topics are also reviewed.

The goals of the Au Pair USA Orientation & Training Program are to:

▸ Help the au pair adjust to a new country before joining his/her American host family
▸ Give the au pair information regarding the ages and stages of child development and how to safely care for children
▸ Provide an opportunity to reinforce the U.S. government regulations for au pair programs
▸ Help au pairs cope with the challenges of living in a new culture by discussing cultural issues
▸ Respond to any questions or concerns au pairs may have and to clarify program policies as needed

## Logistics

The program is held at a hotel in the heart of New York City. An InterExchange Au Pair USA representative will be available in the lobby of the hotel on Monday from mid-afternoon until late at night, when the majority of au pairs arrive. Most au pairs will travel from the airport to the hotel on a Super Shuttle van. All au pairs receive a pre-departure packet that includes a section on transportation to the hotel in New York City.

## Cultural Adaptation and Culture Shock

Much of the introductory phase of the Au Pair USA Orientation & Training Program focuses on American culture and cultural adaptation. The trainers discuss American values and how they might differ from those found in the au pair's native culture. The different phases of culture shock are reviewed so au pairs can recognize the signs of culture shock should they experience it and be reassured that these feelings are common for people who leave their home environment for an extended period of time.

## Child Development Training

The child development session explores the development of children from newborns through school-aged children. Several separate training workshops are used to share information about the various ages and stages of a child's growth and development.

In discussing caring for very young children, the au pairs review charts that outline the physical, intellectual/cognitive, and emotional/social development of young children. They also receive packets that contain worksheets, written work and sample situations that are used to help the au pairs understand the needs of young children.

The basic skills of feeding, bathing, changing diapers and responding to a sick child are demonstrated through role-playing exercises. The use of videos, art, songs, games, poems and activities that focus on cultural exchange among the au pairs all add to the fun and learning that takes place during this workshop.

Other workshops focus on specific important areas of growth and development that take place with school-age children. Au pairs talk about "the average child" at different ages, but are reminded to keep in mind that every child is an individual, with his/her own personality and ability. Au pairs must always do "developmentally appropriate" activities with a child to challenge him/her without overwhelming the child.

**CONFIDENTIAL**     **InterExchange0004421**

REPLY APP 00819

Case 1:14-cv-03074-CMA-KMT   Document 986-1   Filed 04/13/18   USDC Colorado   Page 181 of 241

The group also talks about intellectual growth, personality changes, peer-group influence, physical growth, the importance of play, discipline issues and problem solving with school-age children. They review special situations and conflict resolution in respect to the entire family. Au pairs participate in role-plays, exercises, hands-on projects and work together in groups to learn how to work effectively, creatively and assure a respectful and fun relationship with school-age children. Au pairs also share their ideas with the group.

The last part of this portion of the program leads the au pairs through a discussion of ways to communicate with the parents about the children.

## Child Health and Safety Training

The child health and safety portion of the training and orientation program is led by licensed American Red Cross instructors. Information and demonstrations about first aid techniques, recognizing illnesses, avoiding common accidents with children and how to respond to flood, fire, gas and related emergencies are addressed. Instruction on infant and child CPR and the Heimlich maneuver are provided. Prior to arriving in the United States, au pairs receive a copy of the *Au Pair USA Child Care Guide*, which covers important topics on child development as well as important topics on child health and safety.

While the Au Pair USA Orientation & Training Program is comprehensive in providing information on child development and child health and safety, the au pair must ultimately gain direction and instructions from the host family. Each child is unique and develops at his/her own pace and each family has their own philosophy on child rearing and their own instructions on what to do in emergencies. The host family must discuss with the au pair all critical information and instructions before leaving children in the au pair's care. The host family must also monitor the health, safety and well-being of their children and address any concerns with their au pair and Local Coordinator immediately.

**CONFIDENTIAL**                                        InterExchange0004422

REPLY APP 00820

Case 1:14-cv-03074-CMA-KMT    Document 986-1    Filed 04/13/18    USDC Colorado    Page 182
of 242

## Chapter 9 - The Host Family - Au Pair Relationship

**The First Six Weeks**

Host families and their au pairs should make an effort to establish clear communication and opportunities for addressing questions during the first six weeks of the au pair's program year. This time period is crucial to the development of a good host family-au pair relationship. Families and au pairs should use their first few weeks together to develop relationships and build trust. The effort will be worthwhile and enable both the new au pair and the host family to become a family unit. Adjustments will need to be made along the way and challenges will be encountered. These introductory steps take time and effort on both parts, and it is important to keep in mind the following points:

▸ It is typical for au pairs not to share everything about him/herself, at first; he/she may be tired, or even shy and hesitant in new surroundings
▸ Initially, the children may not trust or obey the new au pair and will need some time before they accept the au pair's authority. The host parents will need to help the au pair gain the children's trust
▸ The host family may feel a loss of privacy as a result of sharing their home with a young adult whose tastes may vastly differ from their own

It is important to set realistic expectations for the development of the relationship between au pair and host family. Some relationships develop more gradually than others. Open, honest and regular communication will help build a solid foundation for a lasting relationship. Discussing house rules with the au pair, as well as any other important information unique to your family, will help in a smooth transition for both the au pair and host family.

It is important to spend extra time together in the beginning by sharing activities, talking and learning about each other's likes, dislikes, interests, values, expectations, lifestyles, and child-rearing beliefs. While spending time together is important, it is also necessary for the au pair to have a certain amount of private time each day to relieve the stress of learning new information and using a second language. He/she will also need time to study, attend classes and participate in local activities.

**During the Program**

Flexibility
When problems arise, host families and au pairs will need to be able to listen to one another's needs and work toward a compromise where both can feel comfortable. The relationship may require a lot of "give and take," but the end result will be more satisfying for everyone.

Cooperation
There are many areas where cooperation is necessary, but none is more important than in the care of the children. Given the important responsibility the au pair has, cooperation between the host parents and their au pair is essential to ensure consistency in the way the children are cared for by all involved. One of the many benefits of in-home care is the opportunity for the caregiver and the parents to observe one another and work together in caring for the children. The au pair will need to cooperate and respect the host family's wishes for the care of the children even when he/she may not agree with the family's approach or child care ideas.

Mutual Respect
The host family will need to remember to treat the au pair as an adult member of the family. This means that you should treat them the same way you would want to be treated: with respect. It is important for both the host parents and the au pair to demonstrate mutual respect so they can begin developing a good relationship and the children can feel a greater sense of security.

Sharing Cultures
The primary goal of InterExchange Au Pair USA is to offer young men and women from around the world and families in the U.S. the opportunity to gain first hand knowledge and understanding of each other's cultures. We hope both the au pair and host family take advantage of living with someone from another country to learn about and enjoy each other's cultural identities and traditions.

**Sexual Harassment and Sexism**

InterExchange, as well as the U.S. Department of State, take harassment of any form very seriously. It is essential that your au

**CONFIDENTIAL**                                    InterExchange0004423

REPLY APP 00821

pair is treated with respect and care and that your au pair treats your family with respect. If you learn of any harassment that your au pair is involved with, please let InterExchange know and let your au pair know about their rights. Share the following information with your au pair:

**What is sexual harassment?**
Sexual harassment is behavior that is uninvited, unwanted and unwelcomed by the recipient. The behaviors include physical contact, verbal abuse, gestures or written messages.

**Sexual harassment includes:**
- Continuous idle chatter of a sexual nature
- Sexual slurs, innuendos and other comments about a person's clothing, body and/or sexual activities
- Continuous and unwelcome flirting
- Gifts related to adult themes
- Lewd remarks or suggestive sounds such as whistling, wolf calls or kissing sounds
- Implied or overt threats if sexual attention is not given
- Repeated unsolicited propositions for dates and/or sexual intercourse
- Jokes or comments based on sex
- The use of graphics or other materials degrading persons based on their sex
- Unwelcome touching or ogling
- Coercion, with the promise of reward
- Unwanted physical contact such as patting, pinching, stroking or brushing up against the body
- Attempted or actual kissing or fondling
- Physical assault
- Coerced sexual intercourse and rape

**Who is a victim?**
Who are the victims? Anyone—male or female, young or old—can be the victim of sexual harassment from someone of the opposite or the same sex. Anyone who promises to assist with changing visa status or offer additional pay or hours in exchange for sexual favors is breaking the law.

**How your au pair can take action against a sexual harasser**
If someone you know is being harassed, take action to stop it. Some options available:
- Say no. Make it loud and clear. A harasser does not expect confrontation.
- Keep records of all incidents and confrontations find witnesses or others who will back up the claim.
- Get support from a friend, employer or anyone else who is trusted.
- Call InterExchange.

For more information visit The Equal Employment Opportunity Commission online at: www.eeoc.gov.

**An Au Pair's Rights**
The William Wilberforce Trafficking Victims Protection Reauthorization Act (WWTVPRA) of 2008 protects the legal rights of certain employment or education-based nonimmigrants—including J-1 Exchange Visitors—against abuse and discrimination while visiting the United States.

**Among other protections, an au pair has the right to:**
- Be treated and paid fairly
- Not be held in a job against their will
- Keep a passport and other identification documents in their possession
- Report abuse without retaliation
- Request help from unions, immigrant and labor rights groups and other groups
- Seek justice in U.S. courts

Be aware of all the laws that protect your au pair: www.travel.state.gov/visa.

**CONFIDENTIAL**                                    InterExchange0004424

REPLY APP 00822

# Chapter 10 - When Your Au Pair Arrives

The first few days after the au pair's arrival may be hectic and somewhat disruptive to the family's normal routine. You will need to spend time orienting the au pair to your home and community. Your children may also have a hard time adjusting to this new person in their home. The au pair may still be jet lagged or tired. For some au pairs, this trip to the U.S. may be the first time they traveled by plane and experienced time zone differences.  Everyone will need to be patient.

While the program regulations require host parents to remain at home with the au pair for the first three days following the au pair's arrival, to acclimate and train the au pair, the reality is that the training period takes longer. Host families are encouraged to continuously share information and reinforce their needs until the au pair has adjusted to his/her role in the home. Nothing should be taken for granted as the au pair is experiencing so many new things at once and even the simplest tasks may feel strange to him or her. Host families who invest time in helping the au pair adjust and learn his/her responsibilities are generally rewarded with a successful year-long relationship.

InterExchange provides an in-home orientation handbook for all host families to work with their newly-arrived au pairs.

## The Au Pair's Adaptation to Your Home

Local Coordinators will call au pairs within 48 hours of arrival to greet them and make sure all is well. They will give your au pair information about your local area and educational institutions.

The sooner your au pair gets out in the community, the easier it will be to adapt to life in America. Enrolling in educational courses early on in the year will not only help fulfill the educational requirements of the program, but will give the au pair an opportunity to interact with others and make friends.

There are a number of things the host family can do to help the au pair settle in to their home and begin adapting to the new environment. These include:

- Suggesting that they call or email family members to let them know he/she has arrived.
- Giving the au pair an easy schedule the first few days and planning a minimum of three days to orient the au pair.
- Read about your au pair's home country and prepare decorations or food that show you've taken the time to learn about where he or she is from.
- Thinking about the differences in food and explaining mealtime customs so the au pair can begin to feel comfortable dining with the family. Consider taking the au pair on a trip to the grocery store and encourage him/her to let the family know what special foods he/she might enjoy or is allergic to. While au pairs should try to adapt to the family's lifestyle, including meal preparations, they may feel more welcome and comfortable with a few familiar items from home.
- For au pairs who are struggling with the language, families should avoid correcting their every word. Families should talk to their au pair about how he/she would like them to help with language improvement and encourage the au pair to speak English. Strategically placed flash cards will help an au pair learn new words even when the host parents are out.
- Not overwhelming the au pair with too much information.

CONFIDENTIAL                    InterExchange0004425

REPLY APP 00823

# Chapter 11 - Communication

Like all relationships, the host family/au pair relationship relies on good communication to function effectively. Au pairs are encouraged to talk directly to the family about any concerns they may have and vice versa. If the attempts to communicate a concern are not productive, they may ask the Local Coordinator for advice or to assist. In most cases, though, we believe that host families and au pairs should talk about a problem or concern with each other first, before involving a third party.

Host parents and au pairs should take time at the end of each day to talk to each other about the children's days. Casual conversation over dinner about whatever might be going on in the au pair's life will show the au pair that the family also takes a personal interest in his/her life outside of the home.

## The Communication Log

InterExchange Au Pair USA provides each family with a Communication Log. The Communication Log should not be a replacement for communicating with your au pair, but it is a good way for the host family to clarify the scope of your au pair's responsibilities and your own expectations. It will also facilitate better daily communication and more meaningful weekly meetings. It is particularly helpful to share this log during the first few days, as your au pair may still be tired and slightly overwhelmed and they are unable to absorb everything you tell them.

### The Communication Log should include:
- ☐ Parents' work addresses and phone numbers
- ☐ Full names, addresses and phone numbers of other close relatives or neighbors
- ☐ Emergency numbers for police and fire department, family doctor or pediatrician
- ☐ Names and addresses of the children's schools and teachers, sports clubs, etc.

### A clear work schedule
Having a weekly schedule in advance will allow for better planning and less stress. Give your au pair a written schedule before the week starts. Differentiate between activities that must be done at a particular time (such as picking up the children from the school bus) and activities that the au pair may schedule in when time allows (such as doing the children's laundry).

### Weekend and vacation information
Au pairs get one full weekend off a month (Friday evening to Monday morning), as well as two weeks of paid vacation during the year. Think about how you want your au pair to arrange these vacations. We recommend that your family and your au pair use one central calendar to list the planned events and time off.

## Weekly Meeting Topics

Many families and au pairs find that weekly, structured meetings work well for them. For many working parents, such meetings are the only time they have to really talk with their au pair. Meetings should be held when both parents can attend. Some host parents also use this as the time to give the au pair the weekly stipend.

Topics to discuss during the weekly meeting:

‣ **Positive conversation:** Tell the au pair what he or she did the previous week that you liked or appreciated.

‣ **The weekly schedule:** You should let the au pair know the schedule as far in advance as possible so plans can be made for time off. It is also helpful for au pairs to know ahead of time which weekend that month they will have free. Au pairs also should let the host parents know in advance of any time in particular that they would like off, such as for au pair outings or vacation. Any upcoming birthdays, holidays, house guests or school activities could also be discussed.

‣ **Child care:** It is very important for host parents to share with their au pair any goals they have set for their children. Host parents could come up with a comprehensive plan with their au pair of how to best reach these goals together.

‣ **Children's behavioral issues:** It is crucial for host parents to educate their au pair on your personal philosophy of behavior management. Caring for the children needs to be a cooperative effort between both the host parents and the au pair. Discuss what goes on with the children in your absence. Host parents could suggest creative and active things to do with the children.

‣ **Any concerns:** This is the time for you to mention anything that may be concerning you about how the au pair is caring for the children, about the family car(s) or any health and safety issues.

CONFIDENTIAL InterExchange0004426

REPLY APP 00824

Case 1:14-cv-03074-CMA-KMT   Document 96-41   Filed 04/13/16   USDC Colorado   Page 186

- **Cultural awareness:** Host families might ask if their au pair has any questions, confusions or observations since their arrival here. The host family could explain to their au pair about any upcoming holidays and events. Au pairs could teach the host family some words or phrases in their native language, ask if there is something from their own culture the host family would like to know or learn more about, or show the host family pictures from their home country.

### The Host Family/InterExchange Relationship

The majority of communication will happen between the host family and their Local Coordinator. However, the host family should contact the InterExchange office directly for the following:

- Emergency hospitalization of the au pair
- Moving outside your cluster's area or moving to a new address in the same cluster area
- Change in contact information
- Change in home structure (ie. divorce, separation, death in the household, live-in partner)
- Change in financial situation (ie. bankruptcy, loss of job, etc.)
- Failure of the Local Coordinator to monitor placement

**CONFIDENTIAL**                                                    **InterExchange0004427**

**REPLY APP 00825**

# Chapter 12 - Duties of the Au Pair, Hours and Time Off

Some of the most common areas of concern that arise in a host family/au pair relationship is conflict over the au pair's responsibilities, and hours to be worked and their time off. It is important to make sure that a clear schedule is written down for the au pair each week and that the au pair clearly understands their responsibilities.

The au pair may not provide more than 10 hours per day, nor more than 45 hours per week of child care for the host family. This regulation is strictly enforced by the U.S. government and must be adhered to by host families and au pairs. These limits are in place to ensure the safety of the host family's children and the au pair.

Host families who ask their au pair to do household chores that are not in keeping with the program guidelines, or ask their au pair to work more than 10 hours in a day or 45 hours in a week, will be violating program regulations and may be asked to withdraw from the program.

If the host family develops a strong, honest and respectful relationship with their au pair, he/she will most likely be pleased to pitch-in, in a true emergency (i.e. to change a daily or weekly schedule at the last minute). If all agree that the au pair's household responsibility as a member of the family is to empty the dishwasher every day, that's fine. If, on the other hand, the family expands this responsibility to include washing the kitchen floor, preparing the evening meal for the entire family on a regular basis, or cleaning the entire house, this would not be in keeping with the program rules.

## Au Pair's Schedule

▸ Au pairs are entitled to a minimum of one and one-half days off per week (the program recommends that one of these days be a weekend day, so that the au pair may enjoy a Saturday or Sunday with American friends who may only be free on the weekends)
▸ They are entitled to one weekend off each month (Friday evening to Monday morning)
▸ The au pair's last work day is the day before the one year anniversary of the date he/she arrived in the USA a year earlier
▸ Host families cannot "bank" unused hours one week for use at a later time, nor can au pairs "bank" time off
▸ Child care is hard work and limiting the hours to a maximum of 10 hours per day and a maximum of 45 hours per week helps the au pair provide safe child care
▸ Holidays are not necessarily time-off for au pairs. Generally au pairs are expected to share in holiday celebrations with their host families

Given the nature of the "live-in family member" status au pairs hold in the home, it can be difficult at times to assess when they are on-duty versus when they are off-duty. It is clear when the au pair is alone with the children that they are on-duty, but it can become less clear when for example, the parents are at home in the evening preparing dinner. Families with an at-home parent should be particularly clear about the au pair's schedule (see "Scheduling Tips for Stay at Home Parents"). Written schedules are the best way to avoid any confusion. The au pair is considered on duty whenever he/she has responsibility for the well-being of the children.

Encourage children to respect the au pair's privacy when he or she is at home during time off. Discuss with the au pair what their preferences are in this matter.

## Scheduling Tips

The following guidelines will help you create and maintain a mutually agreeable schedule with your au pair:

**Decide on your au pair's weekly time off before making any other plans.** Block it out and keep it consistent. If this cannot be done for an extended period of time, then at least try to do it month-to-month. This way your au pair will know which days he/she will have off and he/she can make plans accordingly. This is also a good time to schedule your au pair's full free weekend for the month. When that is set, begin thinking about when the really busy times in your household are and schedule your au pair to work those times. For example, households with school-age children usually become quite active in the late afternoon.

After these hours have been scheduled in, you can then determine how many hours are left over for that week (up to a maximum of 45 hours). Then think about your children's school and activity schedules, as well as your own routine appointments and obligations throughout the week. Of course, this schedule will tend to fluctuate a bit more from week to week, and you will want it to be flexible. However, it is important for your au pair to know in advance when his/her time off will be. This will enable him/her to attend classes (required under the educational component), visit friends (a necessary social outlet) and generally

**CONFIDENTIAL**                              InterExchange0004428

REPLY APP 00826

recuperate from working within a foreign culture and foreign language.

**Keep your au pair's time-off sacred.** If it is the au pair's day off and you need to run out on an errand, get a sitter. If this is done, your au pair will trust that their time-off is respected.

**Schedule in weekly meetings.** Weekly meetings can keep you and your au pair from getting frustrated beyond normal levels. View the schedule as a dynamic tool that will help you and your au pair have a successful and productive experience with each other.

**Work on communication and trust early on in the relationship.** Discussing these feelings will help both parties be considerate of each other's expectations.

**Never have your au pair "on-call" during the day.** This lack of scheduling has been known to cause very tense and distrustful situations. It is important for au pairs to have time when they can separate themselves from their duties and relax. Remember that your au pair is not only working with your children, but also with cultural and language adjustments requiring much energy and concentration.

## Time Off: Cluster Meetings & Classes

Au pairs are required to attend cluster meetings and complete the educational component of the program. The host family must make a weekly schedule for the au pair which permits the au pair to attend all cluster meetings and all regularly scheduled classes that the au pair is taking to complete the required educational component of the program. Disregard for these program regulations can jeopardize the au pair's successful completion of the program. Host families must make it possible for au pairs to attend the monthly cluster meetings and provide transportation. The cluster meetings are an important part of the program and provide a much needed support network for the au pair during the year.

The successful completion of the educational component of the program is also required of au pairs. Host families must allow consecutive periods of time off each week, for the au pair to take classes at a local accredited educational institution. When au pairs are arranging their class schedules, they should consult with the host family to make sure the schedule is mutually convenient.

## Vacation Time

As stated in the U.S. Department of State regulations for au pair programs, au pairs are entitled to two-weeks paid vacation (11 working days) during their 12 month program in the U.S. Au pairs accrue one full vacation day per month, after the first month. This vacation time should be scheduled at a time that is mutually convenient for both the host family and the au pair.

When a host family is planning to take a vacation, they will need to be very clear with their au pair about their role during this period. Both parties should consider the following:

▸ Host families should never consider a family trip, which includes the au pair working, as an au pair's vacation period. Vacation is completely free time for the au pair to use as he/she wishes. If you both want to vacation together and the au pair has no child care responsibilities during the trip, then the au pair should certainly join the family and consider this as vacation time.
▸ If an au pair is to travel with the family on their vacation and care for the children during this time period, it is not vacation time for the au pair and a schedule should be arranged to ensure that the au pair is working no more than 45 hours a week. Being away from home with different family activities taking place at all hours can create uncertainty as to on-duty versus off-duty time.
▸ If a family is out of town with the children on a trip that does not include the au pair, the au pair should not assume that he/she is on vacation. The family will need to be clear about their expectations during this period.
▸ A family might arrange a trip that does not include the au pair and ask that the au pair take his/her own vacation during this time as well. This may help the parents avoid having to take future days off work or having to hire another caregiver when the au pair would be vacationing.

Au pairs and host families should discuss vacation plans early in the year so that everyone has an opportunity to plan ahead. Both the host family and the au pair should work together in determining when the au pair should schedule vacation time. A fair way to do this is for the family to choose one of the weeks as a convenient time for them, and for the au pair to choose the other week. Host families should also understand that most au pairs are not prepared to take vacation until after their first six

**CONFIDENTIAL**                          InterExchange0004429

**REPLY APP 00827**

months, when they have had a chance to find travel companions, save some money and decide where they would like to travel. The vacation earned per month becomes an important factor only if an au pair leaves a host family prematurely. Unused vacation time accrued should be paid to the au pair by the host family at $35.60/day, before the au pair leaves the home. Likewise, au pairs that used vacation not fully earned, will be required to reimburse the host family for those days before he/she leaves the home, at the same rate of $35.60/day. If an au pair is reassigned to a new family, he/she will begin again accruing vacation days with the new host family for each month he/she is with the family.

**Sick Days**

Occasionally your au pair may get sick and won't be able to work. These days are not considered vacation time and cannot be deducted from the au pair's weekly stipend. If your au pair becomes seriously ill or is injured for a long period of time, please contact your Local Coordinator to discuss the situation.

**CONFIDENTIAL**                    **InterExchange0004430**

**REPLY APP 00828**

# Chapter 13 - The Role of Your Local Coordinator

Your Local Coordinator is always available to answer questions and provide assistance. She also meets with host families and au pairs throughout the program—especially during the early stages of the au pair's placement.

## 48-Hour Contact

U.S. government regulations require that each Local Coordinator make contact with the host family and au pair within 48 hours of the au pair's arrival in the host family's home. As au pairs arrive at the host family's home on either Thursday night or Friday, this means that this contact needs to take place over the weekend. The host family and au pair should therefore expect to hear from their Local Coordinator. The Local Coordinator is there to support both the au pair and the host family, and the purpose of the "48 hour contact" is to answer any questions that may have arisen during the first day or two of the au pair's arrival.

## Two-Week Visit

The second type of contact required by U.S. government regulations is the two-week visit. Since the two weeks after an au pair's arrival can be a very hectic time for everyone, the Local Coordinator will schedule an appointment for the two-week visit ahead of time. The Local Coordinator will most likely meet with the family and the au pair separately and then together, as this approach helps each party speak more freely with the Local Coordinator.

If a cluster meeting is held around the same time as a two-week meeting, the Local Coordinator may meet with the au pair after the meeting, although a separate meeting with the host family must still be scheduled.

The two-week visit provides an opportunity to talk to the host family and au pair about adapting to one another, the children and the quality of care being provided, and communication issues between the au pair and the parents. It is also a time to review the au pair's duties, responsibilities and the schedule that has been established. The visit is intended to be the first formal evaluation of the placement and it provides an excellent forum to clarify issues, which left alone, might develop into problems later in the year.

## Monthly Contact

The Local Coordinator is required to make monthly contact with you and your au pair. The majority of your contact with the Local Coordinator throughout the year will most likely be by telephone. Each month the Local Coordinator will set aside a time to telephone each host family in the cluster. You should inform your Local Coordinator of the best times to reach you. It is imperative that host families respond to any messages left for you from your Local Coordinator.

## Support

Au pairs and host families should feel confident that their Local Coordinator is a year-round source of support. A Local Coordinator may have set office hours during the day, but will always check messages and return calls in a timely manner and be available to discuss ideas or assist in mediating disputes before they turn into overwhelming problems.

## Handling Emergencies

All unusual or serious situations involving either an au pair or a host family need to be reported to your Local Coordinator and in turn to InterExchange Au Pair USA program management as soon as possible. Depending on the nature of the problem, InterExchange will need to report the incident to the U.S. Department of State.

The Local Coordinator is often the first point of contact for both the au pair and the host family when a crisis occurs. If it is after business hours, Local Coordinators may be in contact with a member of InterExchange Au Pair USA's program management staff in a true emergency.

CONFIDENTIAL      InterExchange0004431

REPLY APP 00829

## Cluster Meetings

One of the most enjoyable tasks of the Local Coordinator is to facilitate meetings and activities on a monthly basis for the au pairs in the cluster. Cluster activities can take a variety of forms, however, all meetings or events should:

▸ Create a sense of unity among program participants
▸ Provide opportunities for the au pairs to learn more about the United States and the area they are living in
▸ Help au pairs feel supported by the Local Coordinator and InterExchange

Many creative, fun and informative meetings and events have been scheduled by Local Coordinators in the past including: holiday parties, seminars on child development and child safety, career counseling sessions, sports/athletic events, trips to local museums/attractions and workshops on travel opportunities, to name just a few.

Monthly cluster meetings are scheduled well in advance so au pairs (and their host families) can plan on the au pair's attendance. Meetings are mandatory and au pairs must call the Local Coordinator in advance if they are unable to attend the meeting. Au pairs who miss monthly meetings consistently will be reminded that they are required to attend the meetings and non-attendance may result in being cancelled from the program.

## Cluster Newsletters

Each month, Local Coordinators will prepare and e-mail a cluster newsletter to all au pairs and host families in the cluster. Au pairs are encouraged to send information to their Local Coordinator for inclusion in the newsletter. The content of the newsletters may include:

▸ Information about newly arriving au pairs that will be joining the cluster
▸ A reminder of upcoming cluster meeting dates, times and venues
▸ A reminder about any upcoming Host Family Day events or conferences
▸ General information about upcoming events or things to enjoy in the community (i.e. parades, fairs, outdoor art and craft shows)
▸ Information about upcoming American holidays
▸ Recognition of au pairs' birthdays
▸ Answers to frequently asked questions or general reminders of program regulations and policies

## Host Family Day Conferences

Each year, host families are required by regulation to participate in a Host Family Day Conference organized by the Local Coordinator. These workshops are intended to help further educate the host parents about various aspects of the program. The Local Coordinator, sometimes in cooperation with a neighboring Local Coordinator, will organize a meeting at least once, and possibly twice a year so that all host families will have an opportunity to attend a session. Attendance in at least one Host Family Day Conference is required and failure to attend such a meeting could jeopardize a family's continued participation in the program.

## Change of Local Coordinators

In the event that a Local Coordinator needs to take a vacation or resigns from the position, another Local Coordinator in the area will provide temporary coverage until your Local Coordinator returns or the position is filled. During these periods, the New York office will check in more frequently to make sure each host family is supported during this time.

**CONFIDENTIAL**                                    **InterExchange0004432**

REPLY APP 00830

# Chapter 14 - The Au Pair Educational Requirement

Local Coordinators will prepare a list of appropriate educational insitutions in the community for au pairs, including the contact information and average costs. Under the current U.S. State Department regulations, only classes held at the following institutions count toward satisfying the educational component requirements:

▸ Public and private colleges and universities
▸ Community colleges
▸ Adult education courses held at university/college campuses only

Since au pairs are not considered permanent residents of the host family's community/state, they do not normally qualify for in-state tuition. Community colleges, adult education programs and other accredited institutions offer interesting courses that are less expensive and less academically rigorous than those found in a university setting. Au pairs may also "audit" classes, provided the school allows this, and this approach is less costly than paying per credit.

## Understanding the Educational Requirements of the U.S. Government

The government regulations for au pair programs require au pairs to "enroll in an accredited post-secondary institution for not less than six credit hours of academic credit or its equivalent." Courses must be academic in nature and the six credit hours must be earned during the 12-month program. To check whether a program of study is "accredited," please refer to: www.ope.ed.gov/accreditation/

The host family and the au pair should set up a work schedule that provides sufficient opportunity for the au pair to fulfill the educational requirement.

In addition, the host family must also:

▸ Facilitate transportation for the au pair to and from educational classes
▸ Offer support and advice in choosing an educational institution and particular coursework. Many au pairs will have a good idea of the classes they want to take during their year, others will not. Most au pairs will need guidance on how to register for classes.

Au pairs should be enrolled in some form of academic pursuit more or less throughout the year. If the course taken is not designed as a "for credit" class, each 10 hours of class time will count as one credit.

Au pairs should get started with their educational responsibilities within the first month or two after their arrival. If this time does not coincide with the beginning of a school term, au pairs are encouraged to at least begin researching future class options and think about how they will complete their required hours in the time that they have left. We often find that if au pairs wait too long, they will not have enough time to complete the program requirements. If this happens, au pairs will forfeit the balance of their educational allowance. *Families should never pay an au pair money in lieu of taking classes.*

The education allowance can only be used to pay for tuition and books or materials required for the course. The cost of transportation to and from classes should not be deducted from the $500 education stipend. If the au pair has used the entire educational allowance paid by the family and he/she has not completed the educational requirement, the au pair is financially obligated to pay for the remaining tuition to fulfill the program requirement. Host families may choose to pay half of the educational allowance during the first six months and the remainder during the second half of the year.

If an au pair chooses not to enroll in course work, he/she will be violating the terms of the J-1 Visa and the program may send the au pair home at his/her own expense. Au pairs who have not completed the educational requirements will not be eligible to extend their program as part of the InterExchange Au Pair USA Extension Program.

**CONFIDENTIAL**                                              **InterExchange0004433**

REPLY APP 00831

Case 1:14-cv-03074-CMA-KMT Document 966-4 Filed 04/13/18 USDC Colorado Page 194 of 242

# Chapter 15 - The Au Pair's Insurance

As part of the program guidelines, Accident and Sickness insurance is provided to each au pair for the 12-month program. The most up-to-date informational brochure is sent to each au pair as part of the Pre-Arrival Packet, before traveling to the U.S. During the orientation program, the orientation trainers review the insurance policy with au pairs, including the scope of coverage and information on how to file a claim for reimbursement of medical expenses. Au pairs should be aware that this insurance will not cover pre-existing conditions. Any au pair traveling to the U.S. to take part in the InterExchange Au Pair USA program who has a medical condition that requires medication or treatments throughout the year will have to arrange for such medication or treatments personally. Each au pair has a copy of his/her insurance. Please visit our website for more details: *www.InterExchange.org/au-pair-usa/jobs/insurance-information*

Host families can help au pairs locate doctors that take their insurance prior to actual need of medical care. Also remember that visiting an emergency room in lieu of going to the doctor is costly to the au pair, as the co-pay is high.

### Extra 30 Days for Travel

Au pairs are not insured for the optional 30-day travel period at the end of their program. InterExchange has made arrangements to allow au pairs to purchase one extra month of insurance if they will be staying in the U.S. for this optional travel period. We strongly recommend au pairs purchase this insurance so they will be covered during this period.

---

**Going to the Doctor - Instructions for Au Pairs**

1. Find a doctor after reviewing the insurance provider information on our website:
   www.InterExchange.org/au-pair-usa/jobs/insurance-information

2. Give the doctor your insurance card (from orientation) and personal policy number (from your local coordinator).

3. Ask if the doctor is or is not going to send the itemized treatment bill directly to the insurance company.

---

CONFIDENTIAL

InterExchange0004434

REPLY APP 00832

# Chapter 16 - Driving

Local Coordinators will discuss with you the use of the family car and the following topics:

▸ The need for a state driver's license, if required in your state. If you are unsure, your state's Department of Motor Vehicles will have information as to the driver's license requirements in your state
▸ The need to drive with the au pair soon after his/her arrival to determine comfort level with his/her driving ability (a driving course may be a good idea to help an au pair become comfortable with local roads and local driving laws)
▸ The need for the host family to have adequate automobile insurance, including collision
▸ The rules regarding the extent of damages (or the amount of the deductible) paid by au pairs in the case of an accident
▸ The need to be clear with their au pair about car maintenance, gasoline payments, curfews and never to drink and drive
▸ The need to explain to their au pair what to do in the case of an accident, where the registration and insurance documents are located and who he/she should call
▸ The need for them to train the au pair in the use of children's car seats and safe driving with the children

### Accidents While Driving On-Duty

In the case of an automobile accident that occurs while the au pair is driving while on-duty, the au pair is not responsible for any costs associated with damages and their repairs.

Au pairs are responsible for all fines or tickets they receive.

### Accidents While Driving Off-Duty

In the case of an automobile accident that occurs while the au pair is driving while off-duty, the au pair will be responsible for half of the first $1,000 of the repair bill or insurance deductible. If the repairs to the car should total more than $1,000, the au pair is still only responsible for one-half of the first $1,000 (meaning $500). For example, if the repairs are $600, the au pair will pay $300 and the family will pay $300. If the damages are $1,200, the au pair will pay $500 and the family will pay the remaining $700. Host families must share the repair receipts with their au pair.

Au pairs will need to understand that use of the car is a privilege, not a right. Host families will need to understand that with few exceptions, au pairs will need access to the family car to enjoy the social and cultural opportunities that will help make the year enjoyable.

If a family does not live in a city where public transportation is readily available, they must consider the use of the family car by their au pair as a normal extension of how they treat all adult members of the family. A family may not want to have the au pair drive the children as part of their child care duties and that is their choice, but he/she will need the freedom to drive the car to social activities, classes and for other personal reasons. Communicating needs and expectations will lead to a successful relationship.

During the initial three-day home orientation, families need to get in the car and drive with their au pair to both show them the area and directions to places, but equally important, to assess the au pair's driving ability. Most au pairs arrive with an International License. There are however, a few countries where these are not available. These licenses are generally used by tourists, however many states do not recognize this document and require that au pairs obtain a state driver's license. Regardless of what your state requires, host families are encouraged to have their au pair get a state driving license as this will assure that he/she has read the "Rules of the Road" booklet provided by the Department of Motor Vehicles and that his/her driving is acceptable.

**CONFIDENTIAL**

**InterExchange0004435**

**REPLY APP 00833**

# Chapter 17 - International Communication

**Telephone**

For au pairs, the telephone provides instant communication with family and friends both in the USA and abroad. We encourage au pairs and host families to be respectful of each other's telephone needs and not to let telephone use become a source of conflict between the au pair and the host family.

During the Au Pair USA Orientation & Training Program, there is a discussion on appropriate telephone use and the importance of not abusing this privilege. However, au pairs who are in their first few months with the family are often still surprised by the cost of all their telephone calls back home. One phone bill is often enough for au pairs to curtail their calling and they will begin to find less costly ways to communicate. Au pairs must remember that all telephone charges are their responsibility. Au pairs are encouraged to make all long distance calls using a calling card or through Skype or another online calling service, many of which are free.

If a host family agrees to let au pairs make long distance calls directly from their home phone, a system should be agreed upon for the au pair to pay the host family for those calls. The host family and the au pair should also agree to some method of repayment for phone calls that will appear on the following month's phone bill after the au pair leaves at the end of the year.

Host families must be aware that InterExchange will not assume responsibility for outstanding debts left by an au pair and that it is the family's responsibility to collect telephone bills or any other debts left by an au pair from him or her directly before he/she returns home. Again, host families and au pairs must resolve debt issues prior to the au pair's departure from the host family.

**Computer and Internet**

Please work out a schedule with your au pair for use of the family computer. Au pairs may also want to communicate with friends and family by using Skype or messenger programs. These can be very cost-effective (or free) alternatives to the telephone and may offer video options. Please talk to your au pair before he/she downloads any messenger software onto your computer.

**CONFIDENTIAL** InterExchange0004436

REPLY APP 00834

# Chapter 18 - Culture Shock

Culture shock is a form of complex emotional stress that happens when people move from one culture to another. Anthropologists studying this concept have called it a form of disorientation anxiety that results from becoming aware that some of the most basic assumptions about life and the way we live seem no longer appropriate or comfortable in a new environment. Dealing with language differences, unspoken rules and new physical surroundings can create tremendous anxiety.

The InterExchange trainers at the Au Pair USA Orientation & Training Program attended by au pairs at the beginning of their year emphasize the need for au pairs to accept that they may go through one or all of the typical phases of culture shock and they provide them with the tools to help them get through these experiences. Often, both the host family and the au pair will experience some form of culture shock as they learn to adapt to one another.

▸ **Pre-Arrival**

For the au pair, the pre-arrival phase combines excitement and anxiety as the au pair looks forward to a new adventure. The host family meanwhile, is combining the anticipation of the au pair's arrival, and how much help he/she will be, with the anxieties about the au pair's role and how they will fit in to the family.

▸ **The Honeymoon**

The first few weeks after your au pair arrives are generally referred to as the Honeymoon Period. During this arrival period, the au pair is emotionally excited and everything is new and wonderful. The host family is working hard to make the au pair feel at home and they are excited that the au pair has finally arrived.

▸ **Fight or Flight**

The newness of things begins to wear thin and au pairs begin to find aspects of life in the U.S. annoying or inconvenient. Confronted with unfamiliar or uncomfortable situations, one reaction is to withdraw or remove oneself from the situation, taking "flight" from the new environment.

The au pair may choose to be only with friends of the same nationality or he/she may reject or ignore the American way of doing things. In turn, the family may respond critically and reject the au pair's approach. During the "flight" phase, the au pair may seem to place "blame" on either the local population, for lack of "understanding," or on him/herself for an inability to handle new experiences.

In the "fight" phase the au pair may think that he/she can somehow change others to their way of thinking or doing things. The host family may become irritated with the au pair for making them feel ill at ease in their own home.

▸ **Filter and Flex (Cultural Adjustment and Adaptation)**

During this phase, au pairs may have become more comfortable with speaking English and communicating is less difficult. The au pair becomes more relaxed and perhaps more confident and the host family seems more accepting and trusting as the dialogue improves and most problems are successfully resolved.  Rather than rejecting or trying to change behaviors, the au pair begins to filter information and examine things more objectively. The family and the au pair learn to be more and more flexible with one another in accepting personality and cultural differences. This flexibility strengthens both the host family/au pair relationship and the au pair's ability to continue deepening the relationship with the host culture.

▸ **Pre/Post Departure Re-entry Adjustment**

Toward the end of the year, some au pairs will begin to feel anxious anticipating having to say goodbye to their host family, the children and their new friends. The family also begins to consider the inevitable goodbye and sadness of losing a member of the family and they may become anxious about their next child care provider.

## Ways to Help Your Au Pair Cope With Culture Shock

▸ Help them keep an open mind and a sense of humor. While people in the U.S. may do or say things that people in your au pair's home country would not, that doesn't mean they're strange or unapproachable. Americans like to talk, laugh and makes jokes. Remind your au pair to talk with you and their friends for understanding and support. Making friends with other Americans as well as people from other countries and try new things will help your au pair take the cultural differences in stride.

---

**CONFIDENTIAL**                              InterExchange0004437

REPLY APP 00835

▸ Remind your au pair to stay positive! Have your au pair tell you why he or she decided to come to the U.S. in the first place and remind them when they are feeling homesick or overwhelmed. Help them learn new vocabulary and try to speak English with them as much as possible. It might be difficult at first, but with regular practice your au pair will learn quickly. As he or she learns, they will become more confident about interacting with their surroundings.

▸ Remind your au pair to take care of their health. Relaxing when they feel stressed and getting plenty of sleep is a great way to help hime or her be more alert and relaxed when caring for your children. Also making sure there is plenty of nutritious food and encouragement of regular exercise sets a healthy example for the whole family to follow.

▸ Keeping a journal is a great way for your au pair to keep track of their best moments while in the U.S. Not just a place to keep pictures and keepsakes, writing in a journal can help your au pair sort through any probelms they are having with culture shock. Plus, it makes a great welcome present!

**CONFIDENTIAL**                                        **InterExchange0004438**

**REPLY APP 00836**

# Chapter 19 - Extension Program

The InterExchange Au Pair USA Extension Program allows host families and au pairs to extend their match beyond their first year for an additional 6, 9 or 12 months. Host families benefit from the continuation of a stable child care environment and au pairs benefit from having more time to experience life in the United States. Host families also save money by paying reduced fees, making this program one of the most affordable child care options available. Au pairs continue to receive the weekly stipend and are entitled to pro-rated vacation days and an educational allowance.

### What is required for an extension?

▸ Only au pairs and host families in "good standing" are eligible to extend.

▸ Au pairs have abided by all program rules, attended their cluster meetings and completed the program's educational requirement.

▸ Host families have abided by all program rules and do not have any outstanding balance due to InterExchange.

### Extension Application

All au pairs and host families who wish to extend their program must complete an Extension Application. You can receive the necessary Extension Application from your Local Coordinator, the New York office or by downloading it from our website: *www.InterExchange.org/au-pair-usa*. Be sure to read all instructions carefully, paying special attention to deadlines and fees.

The U.S. Department of State charges an Extension Processing Fee of $233* for each application and requires this amount to be paid through InterExchange. InterExchange must receive payment of this $233 before we will submit the application on your behalf. We strongly recommend that au pairs take charge of this process since it is their visa status that depends on the successful completion of all necessary steps. Any failure to meet the deadlines involved will result in a denial of the Extension Application.

The U.S. Department of State requires InterExchange to pre-approve all Extension Applications and then send the paperwork to their office by courier post for final approval. All paperwork and fees must be received by the U.S. Department of State no less than 30 days before the original program end dates on the au pair's DS-2019 Form. InterExchange must therefore receive the paperwork from the host family or au pair at least seven business days before this deadline to ensure timely delivery.

Once an Extension Application is approved by the U.S. Department of State, we will print a new DS-2019 Form that reflects the amended program dates and send it to the au pair by mail. Au pairs must keep this new DS-2019 together with their original DS-2019 Form.

### Travel During the Extension Period

Please note that while the DS-2019 Form has been amended to reflect the new dates, the original J-1 Visa in the au pair's passport has not been changed. This means that the au pair is allowed to remain in the U.S. during the extension period, but if he/she wishes to travel abroad and re-enter the U.S., he/she will have to acquire a new visa at a U.S. Embassy or Consulate abroad.

There is no guarantee that a new visa will be issued and InterExchange has no control over the visa approval outcome.

*subject to change without notice

CONFIDENTIAL

InterExchange0004439

REPLY APP 00837

# Chapter 20 - The Host Family Reapplication Process

All host families active in the program will automatically be contacted and asked to reapply four months before the end of their current contract year. Re-applying host families are required to submit a complete new application each year. Every year, the interview held by the Local Coordinator must be done in-person. Repeat families must submit new references and employment verification.

Host families are encouraged to submit their new applications and have their interviews as soon as possible.

### Scheduling the Au Pair's Return Flight Home

Return flight home information and request forms are sent from Globe Travel to the au pair approximately four months prior to the scheduled departure date. The au pair will be asked to select a departure date which should be somewhere between the end of the 13th month and the end of what would be the 13th month in the country. Au pairs are allowed to stay in the U.S., for travel purposes only, for 30 days after the end date on the DS-2019 Form. Stays in the U.S. beyond the 13th month are violating the rules of the au pair's J-1 Visa. If an au pair does not leave the USA by the end of the 13th month, the au pair will forfeit the return airline ticket home and their Completion Certificate.

**CONFIDENTIAL**        **InterExchange0004440**

**REPLY APP 00838**

# Chapter 21 - Taxes

While InterExchange is not licensed to provide official tax advice and cannot counsel host families or au pairs in regard to program fee and wage inquiries, we do list resources on our website. We also put updates on our blogs and send out information to au pairs every year about filing taxes.

### Child and Dependent Care Tax Credit

Stipends paid to au pairs are eligible under the Child and Dependent Care Tax Credit. You must obtain a Social Security number or ITIN (Individual Taxpayer Identification Number) for your au pair from your local branch of the Social Security Administration. To claim the credit, you can file Form 1040, Form 1040A or Form 1040-T. Use your au pair's Social Security number or ITIN as the tax identification number for the child care provider.

Au pair stipends typically qualify as a dependent care provider expense under employers' Dependent Care Reimbursement programs. Please note that the program fees paid to InterExchange will not qualify as a child or dependent care expense. Contact your employer for specific guidance on this issue.

### Au Pair Tax Status

In 1994, the U.S. Department of Labor determined that the au pair stipend constitutes "wages" because an employer-employee relationship exists. The weekly stipend as of May 2012 is $195.75. Refer to IRS Publication 926, Household Employer's Tax Guide.

### Social Security and Medicare Taxes

Au pair wages are not usually subject to Social Security and Medicare taxes because of the au pair's status as a J-1 non-immigrant and as a non-resident alien. If the au pair is a resident alien and his/her annual au pair wages exceed the applicable dollar threshold, then the host family must withhold Social Security and Medicare taxes and report them on Schedule H of Form 1040 and on Form W-2. You will need to apply for an Employer Identification Number (EIN) if it is required to withhold tax and file Form W-2.

### Income Tax Withholding

Because au pair wages are paid for domestic service in a private home, they are not subject to U.S. income tax withholding and reporting on Forms 941 and W-2. However, au pair wages are included in the gross income of the recipients, and au pairs are required to file individual U.S. income tax returns. Subject to change, au pairs will only have to file a 1040 NR-EZ if they earn more than the standard deduction.

### Federal Unemployment Taxes (FUTA)

Most au pairs are non-resident aliens, and therefore their host families would be exempt from paying federal unemployment taxes on their au pair wages. However, an au pair who had previously been in the United States as a student, teacher, trainee or researcher with F, J, M or Q nonimmigrant status might be considered a resident alien during their current stay in the United States.

### Income Tax Filing

An au pair will almost always be a non-resident alien (NR) and will be required to file Form 1040NR-EZ to report au pair wages. As a non-resident alien, the au pair is ineligible for the Earned Income Tax Credit, the Hope Credit and the Lifetime Learning Credit. An au pair is not a student in the United States, and therefore is not eligible to exclude au pair wages from gross income under the student article of any U.S. income tax treaty.

### Additional Resources

Internal Revenue Service Web Site: www.irs.ustreas.gov
Internal Revenue Service Information: 800.829.1040

Should you have any questions, please consult the resources listed above.

CONFIDENTIAL

InterExchange0004441

REPLY APP 00839

# Chapter 22 - Transitions & Reassignment

InterExchange refers to the process of ending the host family/au pair relationship early as a "transition". Although it is a problem faced by few families and au pairs, transitions do happen. A transition occurs when a family and their au pair decide that they are truly incompatible, or there are extenuating circumstances which lead the host family and au pair to end their relationship with one another. In these cases, a reassignment or withdrawal from the program are the only options available to them.

### Three-Point Meeting

A "three-point meeting" between the Local Coordinator, host family and au pair allows everyone to discuss the problems and come to a common decision about how to proceed. This can simply be a meeting to discuss the situation or it can be a meeting to discuss re-assignment. Any party can ask for a three-point meeting if they feel they need the Local Coordinator's assistance. Mediation is the goal of these meetings.

### Ending the Placement

If it is decided the relationship will end early, the Local Coordinator will go through the following information and complete some InterExchange Au Pair USA forms. It is also necessary to clarify any outstanding financial obligations such as vacation and educational allowance owed and outstanding bills such as telephone, gym, etc. InterExchange Au Pair USA will assist au pairs and host families to resolve their issues, but we cannot be responsible for determining or collecting any outstanding debts owed to either party.

### Au Pair Stipend

Au pairs receive a stipend for each week they fulfill their duties as an au pair. Au pairs that leave their host family and stay with their Local Coordinator or a temporary family while waiting for a new placement, or au pairs that stay with their present host family but are not providing child care duties are considered to be "temp-housed" and are not entitled to the stipend.

### Au Pair Debts to the Host Family

Au pairs are responsible for any outstanding telephone bills or miscellaneous items that they may owe to the host family. Au pairs and host families must resolve these issues together before the au pair leaves the host family's home. Once the au pair leaves the host family's home it becomes increasingly difficult for the host family and the au pair to resolve these issues.

Please Note: Local Coordinators and InterExchange Au Pair USA staff will help host families and au pairs communicate with each other and resolve issues, but we are unable to collect funds that either party may feel they are due. It is in your own best interest to resolve financial issues prior to the au pair leaving your home.

### Vacation

Au pairs accrue one day per month of vacation after the first month. Au pairs are to receive $35.60/day for unused vacation that the au pair earned prior to the transition. Au pairs who used vacation that they had not fully earned, will be required to reimburse the host family for those days, at $35.60/day.

### Education

Au pairs receive $500 for the year from the host family to complete the Educational Requirement. Should an au pair leave the host family prior to the end of the year, they are to receive $9.62/week for each week they were an au pair with the present host family, to be used for educational courses already taken, or future educational pursuits in the new host family's community only. Should the au pair have received all or part of the educational stipend prior to leaving the family early, the au pair is required to reimburse the family $9.62/week for time that was not earned.

CONFIDENTIAL

InterExchange0004442

REPLY APP 00840

## Transition Policies

▸ **Two-week notice**

InterExchange Au Pair USA enforces a two-week notice policy after the family and the au pair have decided to terminate their relationship. This requires the host family and au pair to stay together for 2 weeks from the time their transition is registered in the New York office. This policy was initiated to secure housing for the au pair until he/she can go to another host family.

▸ **No Eviction**

A host family may never evict an au pair from their home. If a host family tries to evict an au pair, they are violating the spirit of the cross-cultural exchange and the requirements of program participation. In this case, InterExchange Au Pair USA will reconsider whether the family is suitable for this type of exchange program.

▸ **No self-matching**

Au pairs wishing to be reassigned must do so through the transitions office of InterExchange. Au pairs are not allowed to find their own host families or arrange their own matches.

## Program Violations

Host families who have broken the program regulations or have mistreated the au pair in violation of InterExchange's policies or the "spirit of the program" will not be re-matched with another au pair and will be cancelled from the program. Host families who show a pattern of unsuccessful matches will be asked to leave the program.

Au pairs who violate program regulations will be cancelled from the program and will have to return to their home countries immediately at their own expense.

## Self-Repatriation (Leaving the Program)

Any au pair who leaves the host family without contacting InterExchange will be considered off the program. At this point, we are required to alert Department of Homeland Security. Having such information on record may prevent the au pair and the au pair's family members from being able to obtain another visa to the U.S. or other countries.

**Back-Up Child Care**
InterExchange does not guarantee continuous child care from au pairs. During a transition, a family may be without an au pair for several weeks while waiting for a new match. For this reason, it is important that families have back-up plans for child care not only during transitions, but also throughout the year.

## Reassignment

Families in transition will work directly with a Transitions Coordinator in the New York office to find another au pair. This may be either an au pair who is in transition or out of country. Once the participants are reassigned, the Local Coordinator is required to be in contact with the host family every two weeks for the first two months following the reassignment.

InterExchange Au Pair USA is aware that transitions can be an extremely stressful time for all parties. The New York office works as quickly as possible in these situations to reassign the au pair and the host family. The New York transition team is always aware of the pressing child care needs of families and the inconvenience the two-week notice may impose on a family. However, the ultimate goal is to find the best match for the family and the au pair to help ensure a successful reassignment.

**CONFIDENTIAL**

InterExchange0004443

**REPLY APP 00841**

# Chapter 23 - Unexpected Challenges: Visa Delays & Denials

Although visa delays and denials are rare and seldom happen to au pairs, there are no guarantees that every applicant who applies to the U.S. Embassy or Consulate abroad will be granted a J-1 Visa. Currently, all au pair candidates are required to go to the U.S. Embassy or Consulate for an interview. It is entirely up to the Consular Officer to decide if an applicant will be granted a visa or not.

Delays are often a result of:
▸ A backlog of visa appointments at the embassy or consulate during the busy seasons
▸ The procedures of specific embassies or consulates such as returning the passport/visas by post

Denials are often due to one of the following:
▸ The applicant's inability to demonstrate strong ties, and therefore reasons to return, to his/her home country. This may be highlighted by the applicant's lack of: a job, school enrollment, extended family or money in the bank in his/her home country.
▸ If an applicant had been denied a visa in the past or has had a previous visa cancelled by the U.S. government, he/she will have difficulty securing a visa now. International Cooperators discuss these issues with each applicant during the pre-screening process so as to deter unforeseen difficulties later on.

When an applicant is denied a visa, the International Cooperator will notify the InterExchange Au Pair USA staff in New York. Depending on whether the au pair contacts the host family directly after the interview, the family may find out this news before the New York office does. In either instance, the Local Coordinator and the host family will be notified as soon as possible. Our staff will investigate the situation; often communicating with the Embassy/Consulate abroad in an attempt to gain a clear understanding of why the application was denied.

Au pairs may re-apply at the consulate, which may take days or weeks, depending on whether the consulate will be able to offer a new interview date quickly or not. In this case, InterExchange will send a letter of support on behalf of the au pair, requesting that the au pair's visa application be reconsidered.

Often these problems will arise very late in the process, perhaps even a day or two before the scheduled arrival, and it may not be possible to find another appropriate au pair for the family by the planned arrival date. For this reason, families must have alternative child care arrangements available. They will however, be given top priority in the placement process to select an alternative applicant. In addition to considering out-of-country applicants, families in these situations may be given the opportunity to consider in-country au pairs who need a new host family.

**CONFIDENTIAL**      **InterExchange0004444**

REPLY APP 00842

# U.S. Department of State Au Pair Program Regulations

Sec. 62.31 Au Pairs

(a) Introduction. This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American Host Family and participate directly in the home life of the Host Family. All au pair participants provide child care services to the Host Family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b) Program designation. The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c) Program eligibility. Sponsors designated by the Department of State to conduct an au pair exchange program shall;

(1) Limit the participation of foreign nationals in such programs to not more than one year;

(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5) Require that the au pair participant is placed with a Host Family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and Host Family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and Host Families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and Host Families; and

(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d) Au pair selection. In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1) Are between the ages of 18 and 26;

(2) Are a secondary school graduate, or equivalent;

(3) Are proficient in spoken English;

(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the Host Family; and

(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e) Au pair placement. Sponsors shall secure, prior to the au pair's departure from the home country, a Host Family placement for each participant. Sponsors shall not:

(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3) Place an au pair with a Host Family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

(4) Place an au pair with a Host Family having a special needs child, as so identified by the Host Family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the Host Family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a Host Family unless a written agreement between the au pair and the Host Family detailing the au pair's obligation to provide child care has been signed by both the au pair and the Host Family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a Host Family unless the Host Family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f) Au pair orientation. In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where

**CONFIDENTIAL**     InterExchange0004445

REPLY APP 00843

the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

(g) Au pair training. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the Host Family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American Host Family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h) Host Family selection. Sponsors shall adequately screen all potential Host Families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the Host Family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the Host Family with the prospective au pair participant's complete application, including all references.

(i) Host Family orientation. In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all Host Families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected Host Families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected Host Families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host Family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the Host Family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the Host Family and au pair within two weeks of the au pair's arrival at the Host Family home.

(j) Wages and hours. Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component. Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, Host Family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and Host Families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, Host Family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, Host Family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and Host Family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and Host Family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or Host Family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all Host Family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding Host Family or au pair

**CONFIDENTIAL**                    InterExchange0004446

**REPLY APP 00844**

participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one Host Family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her Host Family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either Host Family or au pair participants.

(n) Sanctions. In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor Host Family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section. 75% of the weekly rate paid to non-EduCare participants.

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

(k) Educational component. Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to

facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

(l) Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m) Reporting requirements. Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n) Sanctions. In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

(o) Extension of program. The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program ( i.e. , 30-calendar days prior to the program end date listed on the exchange visitor's Form DS-2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

CONFIDENTIAL

InterExchange0004447

REPLY APP 00845

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay. gov.

(p) Repeat participation. A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

**CONFIDENTIAL**                              **InterExchange0004448**

**REPLY APP 00846**



161 Sixth Avenue, New York, NY 10013
**TEL** 212.924.0446 or 1.800.287.2477
**FAX** 212.924.0575
www.InterExchange.org

**REPLY APP 00847**

Case No. 1:14-cv-03074-CMA-KMT Document 704-2 filed 04/27/16 USDC Colorado pg
210 of 242

# Exhibit 47

REPLY APP 00848

InterExchange     AU PAIR USA   Host Family Application

## Host Family Agreement

This InterExchange Au Pair USA Host Family Agreement is freely entered into by InterExchange, Inc. hereafter "InterExchange", a corporation having its principle place of business in New York City, NY and the named signatory hereafter "Host". For the purpose of this agreement, the Host is acting on behalf of all members of the Host's household including any other individuals residing in or frequently staying at the Host's residence.

1. Host warrants that responses in the Host Family Application are true and complete.

2. Host acknowledges and understands that all au pairs are participants in a cultural exchange program and agrees to comply with all of the regulations published by United States Department of State 22 CFR Part 514.31, which may be amended from time to time in the future. Host acknowledges receipt of a copy of 22 CFR Part 514.31 and the Department of State publication "The Au Pair Exchange Program" from InterExchange. Host agrees that the terms and conditions set forth herein and in the InterExchange Au Pair USA brochure and Host Family Handbook shall constitute part of this agreement with InterExchange.

3. Host agrees to ensure that their au pair shall:
· Be given board and lodging, and shall occupy a separate room which must be approved by InterExchange's Local Coordinator;
· Be given the appropriate U.S. State Department mandated stipend to be paid weekly on a set day;
· Not work more than 45 hours per week nor 10 hours per day spread over five and one half days and receive a written schedule at least one week in advance;
· Be given at least one and one half days off every week and one free weekend (Friday early evening to Monday morning) each month;
· Be given two weeks paid vacation to be taken at a mutually agreed upon time during the exchange;
· Be given adequate time to complete the required six semester hours of academic courses at an accredited post-secondary institution during the 12 month stay and be given a maximum of $500 to use for such educational courses. Further, Host agrees to facilitate transportation to such classes.

4. Host agrees that InterExchange has the right to determine suitability of their family to participate in the program and that in determining suitability, InterExchange may make reasonable inquiries to third parties.

5. Host agrees that the au pair's duties will be restricted to childcare and responsibilities related to care of the children. This may include active duties such as general supervision of play, preparing children's meals, straightening their rooms, and doing the children's laundry as well as passive duties such as being present when the children are sleeping.

6. Host agrees:
· InterExchange cannot place an au pair in a family with a child under the age of two unless the au pair has at least 200 hours of documented experience working with children under the age of two. Host will promptly notify InterExchange if a child under the age of two years joins the household at any time during the program. If a child under the age of two joins the home, the previously placed au pair shall not be permitted to remain in the home without 200 hours of documented experience working with children under the age of two.
· If there are any children are under three months old living in the home there must be a responsible adult in the home at all times and the au pair cannot be left as the sole childcare provider, even for a limited amount of time, including sleeping hours.
· That during the first three days of an au pair's stay in the home, a parent or another responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household and community.
· That the au pair shall not be responsible for the administration of any medicine or medical/therapeutic treatment to my/our children.

7. Host agrees to notify InterExchange in writing in the event that our family situation changes in a way that may impact an au pair's well-being or living situation. Such changes include but are not limited to someone joining the household, change of address, divorce or other significant events that may occur during the program.

8. Host will facilitate attendance and provide time off and transportation for the au pair's monthly cluster meetings with InterExchange's Local Coordinator.

9. Host agrees to attend at least one of the two family day conferences organized by InterExchange's Local Coordinator during the program year and understand that failing to do so is grounds for possible termination of continued or future participation in the program.

10. Host agrees to provide the au pair with a one-way ticket or other transportation arrangements for the au pair to travel from New York to their community or request InterExchange to do so at their expense.

11. Host agrees that InterExchange shall have regular contact with the au pair and host family to ensure the success of the exchange, and to provide orientation, assistance, and counsel. Host agrees to cooperate fully with InterExchange and its representatives in their role of supervising and implementing the au pair program.

12. Host agrees that InterExchange may reasonably attempt to mediate in the case of misunderstandings or serious problems for the au pair and/or host family, and shall assist host family and the au pair if the placement cannot be continued. Such assistance may include placement of the au pair with another host family or repatriation, and/or placement of another au pair with host family.

13. Host agrees that after the initial adjustment time of one month following arrival, if there is a serious incompatibility problem that requires alternate placement, InterExchange will make reasonable attempts to locate another au pair. In this case the au pair remains in residence with host for a maximum of two weeks, continues to fulfill her/his childcare responsibilities if requested by Host and receives the appropriate weekly stipend until a new placement can be found.

14. Host agrees that when re-matching their original contract length will be shortened or lengthened to match the new au pair's program length. When the contract is lengthened, Host agrees to pay $136 per week for each additional week of service beyond the original 52-week contract.

15. Host agrees that if InterExchange finds that the au pair is subject to exploitative or other unreasonable circumstances or conditions in my/our household (e.g. failure to pay the appropriate weekly stipend or to provide the agreed upon free time or educational benefits), it may in its sole judgment withdraw the au pair from the household, and Host shall not be entitled to a replacement au pair or any refund.

16. Host agrees agree that if a problem arises when traveling with their au pair outside of their local community they will be responsible for making arrangements at their expense to promptly return the au pair to that community.

17. Host understands that travel with the au pair in excess of 30-days within the U.S. or outside of the U.S. must have prior written consent from InterExchange.

18. Host understands that au pairs are provided with accident and sickness insurance provided by a third-party insurance company and that this insurance policy contains limitations and exclusions. Host agrees that any disputes regarding coverage issues are strictly between au pair and the third-party insurance company and that InterExchange is not responsible for resolving any coverage issues and/or disputes.

19. Host agrees to be responsible for determining whether any additional types of employee insurance are required under federal, state and/or local laws. Host understands that InterExchange is not responsible for providing guidance as to such insurance matters.

20. Host agrees to be responsible for determining whether the au pair will be able to legally drive in their state of residence.

21. Host agrees to provide automobile insurance at the Host's sole cost if the au pair uses any of Host's vehicles. The insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the Host's state of residence.

22. Host acknowledges responsibility to conform to any and all state or local laws regarding the au pair's use of Host's automobile, including the au pair obtaining a local driver's license if required.

23. Host agrees not to hold InterExchange liable for any damage or loss resulting from the au pair's use of the vehicle.

24. Host agrees to pay for gas used by the au pair when performing her/his duties or when driving to/from meetings and/or classes that are requirements of the program. .

25. Host agrees that any decision regarding an au pair's program status, dismissal, or replacement will be made at the sole discretion of InterExchange and shall be considered final.

**CONFIDENTIAL**     InterExchange0004463

InterExchange | AU PAIR USA Host Family Application

26. Host agrees that InterExchange shall not be liable for any personal bills incurred by the au pair while residing with my/our family. Host understand that the au pair will be responsible directly to the family for all personal debts including but not limited to phone calls, use of the Host Family car, gym memberships, and in case of damage to the car during non-working hours the au pair will be liable for one half the damages up to $500.00 per accident.

27. Host agrees to carefully choose an au pair from the candidate(s) presented, and that there is no warranty as to Host's satisfaction or to the compatibility of any particular candidate as an au pair in Host's family.

28. Host agrees to undertake reasonable direct contact with any au pair candidate and contact a potential au pair a minimum of two times by telephone prior to an agreement to match.
29. Host agrees to notify InterExchange by telephone and in writing if a serious problem develops between Host and the au pair.

30. Host acknowledges that InterExchange is primarily a cultural exchange organization rather than a domestic service business and waives and release InterExchange from any and all claims for contract damages such as, for example, cost of providing alternate child care arrangements if InterExchange is unable, for any reason, after reasonable efforts, to place an au pair with Host's family or to obtain a replacement au pair if one should be needed.

31. Host understands that InterExchange does not guarantee continuous childcare coverage in any circumstances, including but not limited to circumstances in which the au pair becomes ill or disabled in any circumstance or is otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange is not responsible for the costs of supplemental, replacement, or interim childcare. In addition, InterExchange is not responsible for delays in the au pair's arrival such as visa rejections, visa delays, flight delays, or situations otherwise beyond the direct control of InterExchange.

32. Host understands that in the event of an accident or serious illness that, in the judgment of InterExchange, prevents the au pair from continuing her/his duties, she or he will end the exchange early and return home. In such a circumstance InterExchange will use reasonable efforts to find a replacement au pair.

33. Host agrees that InterExchange shall not be liable for and does not guarantee acceptable performance by the au pair. Host agrees that the au pair is not an employee, servant or agent of InterExchange or any Local Coordinator, and that InterExchange and/or any Local Coordinator do not exercise dominion and control over the actions of the au pair. InterExchange and any Local Coordinator are not responsible for any act or omission on the part of the au pair.

34. Host agrees that InterExchange and/or its officers, employees and agents are neither responsible nor liable for any events beyond their control, including without limitation Acts of God or Government restrictions that may interfere with or preclude operation of the InterExchange program; nor, in the absence of their own gross or willful negligence are InterExchange, its officers, employees, agents and/or any Local Coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in my/our household.

35. Host understands and agrees to the terms and schedule of payment as set forth in this document. Host agrees to pay the Application Fee of $300 when submitting our application. Further, Host agrees to make payment of the Program Fee Deposit of $2,500 upon being matched with chosen au pair. Host also agrees to pay the Program Fee Balance of $4,490 upon the arrival of our au pair to our home or elect to join the Easy Payment Plan. Host agrees that these program fees may be subject to change or be modified by promotional offers/discounts.

36. Host understands that failure to pay InterExchange's program invoices by the due date will result in the assessment of interest charges calculated at a rate of 8% per annum, compounded monthly, of the past due balance. Additionally, InterExchange shall be entitled to reimbursement from the Host for all incurred costs of recovery of past due balances, which may include but may not be limited to, collection fees of 25% of the past due balance, attorney fees of 30% of the past due balance and/or court costs.

37. Host agrees to the following refund policy:
- Application fee: the $300 application fee is non-refundable.
- Refund before the au pair's arrival in the USA: if Host cancels prior to the au pair's arrival to the U.S., InterExchange will refund all monies paid less $500 cancellation fee.
- Refund after the au pair's arrival to the U.S.: $100/week for each of the unused weeks remaining on my/our contract.
- If during the final week of placement, the au pair was in the home for 3 days or less, the number of weeks used will be rounded down to the nearest whole week; if the au pair was in the home for 4 days or more, the number of weeks used will be rounded up to the nearest whole week.
- After 26 weeks of placement no refunds will be given but the unused balance will be credited toward the next contract. Such credit will expire after on 12 months.
- Any discounts that have been applied to the current contract will not be counted as payments and therefore will be deducted from the refund amount.

38. In the event of an au pair replacement, Host agrees:
- The program term shall be adjusted to include the remainder of the replacement au pair's full program year.
- Host shall be responsible for paying InterExchange $136 for each additional week of au pair service beyond my/our regular fifty-two (52) week program year, and such additional payment is due no later 30 days after the replacement au pair's arrival.
- Host agrees and understands they may be responsible for additional tuition costs for the replacement au pair if the au pair has not completed the educational component with a previous Host Family (up to a maximum of $500.)
- InterExchange agrees to contribute up to $300 toward our cost of the replacement au pair's transportation to my/our home.

39. Host agrees to assist InterExchange in ensuring that the au pair leaves the United States at the conclusion of the program year in compliance with the regulations.

40. Host agrees that any controversy, dispute, or claim arising between Host and/or any beneficiary of this agreement out of or in connection with this agreement, the relationship of the parties or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association.

41. This agreement outlines the terms that shall govern the InterExchange Au Pair USA program for standard 12-month programs, in-country programs, rematches and Extension Programs.

42. Host is hereby advised and understands that au pairs wishing to participate in the Extension Program must submit their application on or before InterExchange Au Pair USA's published deadline date, and InterExchange does not guarantee that the Department of State will approve any extension request.

43. Host is hereby advised and understands that au pairs participating on the Extension Program will receive an updated DS-2019 form that reflects the updated program dates. Although au pairs will have a valid DS-2019 form, the J-1 visa in his/her passport may have expired during the first 12-months of stay in the U.S. InterExchange discourages au pair travel outside of the U.S. after the J-1 visa expires as au pair may not be allowed re-entry to the U.S.

44. Host understands that although InterExchange will make its best efforts at screening and training all au pairs, childcare is an inherently risky business. Host therefore agree to assume the risks involved in the childcare provided by au pair, and hereby irrevocably, unconditionally, and fully waive, release and forever discharge InterExchange, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense Host incurs.

45. Host is given the option of electronically accepting the terms and conditions of this Host Family Agreement, or Host Family may download, review, sign, and return to InterExchange. Should Host Family opt to download and return, this Host Family Agreement may be signed and delivered to InterExchange. An electronic or facsimile signature shall be considered the same as an original.

By clicking on "I/We Agree" below, Host Family accepts the terms of this Host Family Agreement. No alteration of the terms of this Host Family Agreement will be valid unless approved by InterExchange in writing. Beyond what is expressly stated in this Agreement, I/we do not rely on any other promises, statements or representations. I/We have retained a copy of this Agreement for our files.

I/we have read and agree to the terms and conditions. ☒

| Parent 1: Last Name: | Cook | First Name: | Beth |
|---|---|---|---|
| Parent 2: Last Name: | | First Name: | |
| Email Primary: | REDACTED | | |

CONFIDENTIAL

InterExchange0004464

REPLY APP 00850

# Exhibit 48

REPLY APP 00851

ONLINE TUTORIAL OUTLINE

Chapter 1: Who is InterExchange?

Voiceover: For over 40 years, InterExchange, a U.S. State Department-designated visa sponsor, has been working to connect the world by providing young adults with exceptional cultural exchange opportunities. Now it's your turn to come on the InterExchange Au Pair USA program (pic: InterExchange logo).

The primary objective of this program is to make the most of your skills and experience in child care through a full immersion experience living and working with an American host family. You'll enjoy a close relationship with your host family and the children in your care, while taking advantage of once-in-a-lifetime educational and travel opportunities.

This program is also intended to increase your understanding of American culture and society and to enhance Americans' knowledge of your culture and skills through an open interchange of ideas between you and your American host family. A key goal of the Fulbright-Hays Act (Text: Fulbright-Hays Act), which authorizes these programs, is that you will return home at the end of your program and share your experiences with your fellow citizens.

To travel to the U.S. as an au pair, you need a sponsor. A sponsor is an organization such as InterExchange that will be responsible for you while you're in the United States (pic: outside of InterExchange office). Sponsoring you means that we're here to assist and support you through your journey (Text: We're here to help!).

Since InterExchange is your sponsor, being able to contact us is important. Click on each of the pictures to learn about ways you can reach us. (Show: Mailbox, Telephone, Computer, Passport Logo, Red Cell Phone).

[click on mailbox] You can send any direct mail to us at our main office location shown here (pic: InterExchange office. Text: InterExchange Au Pair USA 161 6th Avenue 10th Floor New York, NY 10013).

[click on Telephone] Call us! We're happy to help with questions. This phone number is toll free from within the U.S. Please note that this phone line is only open from 9:30 in the morning to 5:30 at night, New York time, Monday through Friday. (pic: InterExchange employee on the phone. Text: 1-800-AU-PAIRS/1-800-287-2477/1.212.924.0446 if outside the U.S. Hours – 9.30am to 5:30pm EST Monday-Friday).

[click on computer] You can also contact InterExchange by email. Just send your questions or feedback to the address shown here. We'll get back to you as soon as possible. (Pic: Email page with the "To:" field. Text: InterExchange Email Address: aupairinfo@interexchange.org)

ATTORNEY EYES ONLY

[click on Passport logo] To find answers to Frequently Asked Questions, links to important websites, and additional information about your insurance, please log-in to Passport. (pic: Snapshot of Passport AP page).

[click on red cell phone] In an emergency, contact your InterExchange Local Coordinator. Your Local Coordinator is an InterExchange representative in your community, and is your first point of contact should any problems occur. Remember, in a true emergency call local emergency services first. The number for police, fire, or ambulances is 911. After emergency services has been contacted, then contact your InterExchange Local Coordinator. (Text: For Police, Fire or Ambulance call 911. InterExchange 24 hour emergency: Call your InterExchange Local Coordinator.

You can also find current information about InterExchange on your favorite social media sites. Don't forget to:

Like us on Facebook (pic: facebook logo).
Follow us on Twitter (pic: twitter logo).
And check us out on Flicker (pic: flicker logo).

It's also a great idea to read our blog with many great tips and information about being an au pair in the U.S (pic: landing page of our blog).

Okay. Now you've got an overview of how you can contact InterExchange.

If you need more information throughout for your program, look in the InterExchange resource center located on the InterExchange website. (pic: landing page of current au pair resources webpage). Remember, InterExchange is here to help you have the best experience possible here in the U.S. If you have any questions at all, contact us. We're always glad to help!

Chapter 2: Pre-Arrival Information

Voiceover: As a participant on the InterExchange Au Pair USA program you have many roles. You are a participant, an ambassador, a big brother/big sister, a family member, an employee and a responsible adult. In all of these roles, you have important responsibilities. (pic: Slide show displays one character in regular clothes (participant), native garb (ambassador), with host children (big brother/sister), with family (family member) in BUSINESS CASUAL dress  (employee) and back to regular clothes (responsible adult)).

Perhaps the most important responsibility you have as a J1 participant is to obey the law. As your sponsor, we want you to be safe and happy while you are here. The best way to do that is to follow the InterExchange rules that you'll find in our handbook. If you have any questions about them, contact us.  You should also read the Exchange Visitor Program Welcome brochure that was included in your pre-arrival packet—you can also find a copy in the Resource Center or on the Exchange Visitor Program's website. (Text:

REPLY APP 00853

Case 1:14-cv-03074-CMA-KMT   Document 986-4   Filed 04/13/18   USDC Colorado   Page 216 of 242

http://j1visa.state.gov/).  (Pic: Photos of professionally attired au pairs with their host children. Fade in Au Pair Handbook on the side.). Keep in mind that you are a guest in the United States, and as a guest you represent everyone from your country. Obey all rules and regulations and you'll have a great time here.

Anna: Hi! I'm Anna! When I matched with my host family, I received a packet of information from my International Cooperator here in my home country. This packet was full of essential information to prepare me for my au pair year. The packet included an (Pic: Show each material. Text: Bullet list and read):

- Au Pair Handbook
- Childcare Guide
- Childcare Test
- Host Family Placement Confirmation Packet
- DS 2019 form (pronounced DS Twenty Nineteen)
- SEVIS Fee Payment Receipt
- Au Pair USA Wages Letter
- Au Pair USA Travel Letter
- Accident and Sickness Insurance Brochure
- US Department of State Introduction Letter
- What You Should Know Brochure
- US Department of State Contact Information Document
- Travel To Orientation Document

It's important to remember to read all of your materials carefully. Please ask InterExchange or your International Cooperator for further explanation if necessary. You need to read the Childcare Guide, complete the Childcare Test, and sign the Childcare Verification Form before you arrive to New York City. This will be collected on the first day of Orientation & Training. Bring all of your materials with you to New York City. Keep them with you on the plane, not in your checked baggage.

As you prepare for your departure, keep in touch with your host family on a regular basis. Emails, Skype conversations and phone calls are a good way to connect with your host family before you arrive. Make sure to share and collect information about each other so that your expectations are realistic and accurate. (pic: show happy host families with their au pairs).

When I got to the U.S., I found out that I had to go through Orientation & Training in New York City and work a short time before I received my first stipend. It was a good thing I brought money with me. I used it for all my initial expenses. (Text: Bring at least $200-$500 with you. Traveler's checks are a safe way to transport money).

I made sure that I brought enough money to pay for things like food, transportation from the airport to the hotel in New York, baggage fees, and money to live on until I received my first stipend. I also brought money to sightsee around New York City during Orientation & Training (pics: au pairs around Manhattan).  If you're bringing your own

ATTORNEY EYES ONLY

InterExchange0005194

phone, make sure that it is unlocked and can be used in the U.S. Do not buy a US cell phone or SIM card until you arrive to your host family's home. (Text: Do not buy a US cell phone or SIM card until you arrive to your host family's home.) You will need a telephone number that is based in that community, and your host family will most likely want you to have the same cell phone provider that they use. Talk to your host family about cell phone options.

I even brought a credit card in case I had an emergency. I applied for it at my local bank in my home country before I left, and made sure that I would be able to use my card in the USA. (pic: credit card).

And don't forget your medical needs.  Before you leave, get your prescriptions filled, and visit your local doctor, dentist and eye doctor. Bring an extra pair of eyeglasses and enough contacts for the trip. It's better to be safe and bring your eyeglass and contact prescriptions, too. Your insurance will not cover routine check-ups or prescriptions for pre-existing or long-term conditions, so make sure to get these before you leave. (Pics: Medical needs. Text: Medical Needs:

- Get checkups before you leave
  - o  Medical
  - o  Dental
  - o  Eye
- Bring items you will need
  - o  Prescriptions
  - o  Glasses and/or contacts
  - o  Dental Devices).

If coming from a different climate zone, be prepared for the weather in your host community by researching the expected climate for the duration of your program. Also remember, the climate in your host family's region might be very different from the climate for Orientation & Training in New York City. Prepare for both. (Pic: Show two images, one of someone in warm climate (i.e., beach, etc.), and one of someone in a colder climate (i.e. snow, etc.)).

It's always a good idea to pack lightly. Baggage fees are expensive, and bringing a lot of items with you is difficult (pic: show AP with lots of luggage weighing her down). Many times au pairs find that clothing is very inexpensive in the U.S. compared to their home countries. It's a good idea to pack light and purchase items in the U.S. We recommend bring one large suitcase and one carry-on item with you. To test how to travel with your items, after you have packed, walk around your house and outside with all of your baggage. Can you manage? Is it too much? Remember the old saying, "Bring half of what you think you need and buy when you get there."

Chapter 3: Documents and Traveling to the United States

ATTORNEY EYES ONLY

Bruno: I'm Bruno and I'm getting ready to come to the U.S. There are some important documents you'll need to bring with you when you are travelling, too. I've laid my documents out on my desk so you can see them. Can you click each one to place them in my binder? (Pic: Documents are on the desk. User must click on each. When an item is clicked on a pop up window shows the document up close as Bruno describes it. Text: Passport, J-1 Visa, DS-2019 Form). (User clicks Passport): A valid passport is required to enter the U.S. Be sure your passport is not going to expire while you are on the program. In fact, it is best if your passport does not expire until 2.5 years after you enter the US in case you extend your program. (User clicks J1 visa. Highlight the M for Multiple Entries and the Expiration date): You must have a J-1 visa be an au pair in the U.S. Notice the number of entries. If you have an M for multiple entries it means you can leave and return to the U.S. during your stay. An S for single entry means you can only enter once, so don't plan on any visits to Canada or Mexico or back to your home country during your stay. Also be aware of the expiration date. You cannot enter the country past the expiration date, but you can continue working as long as your DS2019 is valid. (User clicks the DS2019 form. Highlight Work dates, Host Family Address, Sponsor contact info): Bring the DS-twenty-nineteen form. This shows the dates you're allowed to work for your host family. This form must always be up to date with the correct information. If your dates or address changes, you must inform InterExchange immediately and we will send you a new form. It is your responsibility to make sure this information is accurate at all times. (If user tries to move forward without clicking on each document): I think you still need to click something else to see all the documents.

Great! Now that you have seen them all, remember to keep these important documents in a safe and secure place.

Anna: Hello. It's Anna again. Getting to the U.S. with the InterExchange Au Pair USA program can be easy if you're prepared.  Make sure you have all your documents on the plane with you. I put mine in my purse so I could get to them easily. I keep them in a plastic bag so liquids won't damage them. (pic: Anna on plane. Click on purse to see passport, DS2019 and J1 visa). On the airplane, when you arrive in the U.S., you'll be given an I-94 form. Read the instructions and fill out the form carefully. Make sure all of the information matches what's on your passport and DS-2019 form. When filling out your I-94 form, write as neatly as possible. (Pic: I94 form) Look over the form carefully. Especially when it asks for your birthday. Be sure and list it in the order it asks for. It is very important that you fill out this form carefully and accurately.

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|---|---|---|---|---|
| | | | Going through customs | Slide title |
| 01 | ANNA | When you arrive in the U.S., you'll need to go through customs | | POV of user looking at immigration officer. The user's passport, DS2019 form and I-94 |

REPLY APP 00856
InterExchange0005196

| | | and immigration. When you do so, answer all of the questions clearly. Be polite and respectful, and make sure the immigration official stamps your I-94 form before you walk away. Let's practice going through immigration. Listen to the questions and click on the correct response. | | card are open on the counter between them. |
|---|---|---|---|---|
| 02 | IMMIGRATION OFFICER | Welcome to the U.S. What's the purpose of your visit? | A. I am going to be an au pair on a J-1 Visa. B. I am just visiting the country. C. I am a student. | |
| 03 | ANNA | Good, this is the correct answer. | | User clicks A |
| 04 | ANNA | I don't think that answer gives the Immigration Officer enough information. | | User clicks B |
| 05 | ANNA | Not exactly. You won't technically be a student in the U.S., so that is not the best answer. Try again. | | User clicks C |
| 06 | IMMIGRATION | Where are you | A. I am going to | |

| | OFFICER | going and what will you be doing here? | B. San Francisco to be an au pair for the Miller family. C. Doing an internship at a bank. D. I'm not sure yet. | |
| --- | --- | --- | --- | --- |
| 07 | ANNA | Right. That sounds like a great response. | | User clicks A |
| 08 | ANNA | No, this type of job is not allowed on your visa. | | User clicks B |
| 09 | ANNA | No, you should be able to explain what your living and work plans are. Make sure are ready to explain them. | | User clicks C |
| 10 | IMMIGRATION OFFICER | How long will you be staying in the U.S.? | A. I hope to get a permanent job so I won't have to leave. B. I'm returning on September 15th, that's the program end date on my DS-2019 form. C. I'm not sure yet. | |
| 11 | ANNA | Remember, this is a cultural exchange program, and you are required to return to your home country | | User clicks A |

REPLY APP 00858

| | | upon completing the program. | | |
|---|---|---|---|---|
| 12 | ANNA | Perfect! Try to give the immigration officer a specific date, explaining how long you'll be staying in the U.S. | | User clicks B |
| 13 | ANNA | You should know when you will return home. In most cases, you will need to return home within 30 days after your program end date—we'll discuss this further later in the orientation. | | User clicks C |
| 14 | IMMIGRATION OFFICER | Where will you be staying? | A. I'm not sure yet.<br>B. Somewhere in New Jersey<br>C. I am staying at the New Yorker Hotel then I move to my host family's home in California. | |
| 15 | ANNA | You should know where you are living when you arrive in the U.S. Try again. | | User clicks A |
| 16 | ANNA | This answer isn't specific enough. Try again. | | User clicks B |

ATTORNEY EYES ONLY

InterExchange0005199

| 17 | ANNA | That's a great plan! | | User clicks C |
|----|------|------|------|------|
| 18 | IMMIGRATION OFFICER | Welcome to the United States. Enjoy your stay. | | Immigration officer stamps the passport, DS-2019 form and I-94 card. |
| | | | Click to continue | Click to continue |

Chapter 4: Orientation and Training in NYC

- Getting to the Hotel

Voiceover: You will arrive to one of the three major airports in New York City – La Guardia (pic), JFK (pic), or Newark Liberty (pic). After you go through customs, make your way to the Baggage Claim area (pic). Be sure to collect all of your bags. Have the address of the Orientation & Training location in case the airline lost your bags. You can find this address in the Pre-Arrival Packet that you received in your home country. Fill out a form in the Baggage Claim area and have the airline deliver the bags directly to the hotel.

Anna: When you have all of your bags, you need to contact SuperShuttle (pic). SuperShuttle is the van service that will take you from the airport and drive you to the hotel. **If you do not call SuperShuttle, they will not come to get you**. Find SuperShuttle's free, complimentary phone service in the Baggage Claim area. If you are having a difficult time locating the phone service, ask at the Information Desk (pic). When you call SuperShuttle, tell them what airport and what terminal you are in. Tell them you will be going to the New Yorker hotel in Manhattan, at 8th Avenue and 34th Street (Text: New Yorker Hotel 8th Avenue and 34th Street Manhattan). If you are in a group, tell them how many people there will be. Have SuperShuttle give you instructions on where to find the van (pic). Be prepared to pay approximately $20 for the shuttle, plus a $2-3 tip.

If you decide to take a taxi, be sure to take a registered taxi from the official taxi queue (pic: taxi queue). **Do not accept a ride from anyone who approaches you directly.** (Text: Do not accept a ride from anyone who approaches you directly.) If you have any questions about the official taxi line, ask at the information desk. Be prepared to pay approximately $50 for a taxi, plus a tip.

Voiceover: You will be dropped off at the New Yorker hotel (pic: Hotel New Yorker). If you arrive to the hotel between 12 noon and 8pm, inside the lobby you will meet a representative from InterExchange (pic: InterExchange desk). He or she will give you important information about Orientation and Training. You will receive materials, your meal vouchers, nametag, and your room key (pic: materials). If you arrive very early, please go straight to the Reception Desk for your room key. Come back to the lobby between 12 and 8pm to collect your materials. If you arrive very late, or your flight was

REPLY APP 00860

delayed, you can find your materials at the Reception Desk. Be prepared for Orientation and Training to begin at 8:30am on Tuesday morning.

Anna: When you come down for breakfast on Tuesday morning, check the reader board in the lobby of the hotel (pic: New Yorker reader board). It will tell you where the Orientation and Training room is located. Look for InterExchange, the room name and floor. Plan to arrive in the room at 8:20. That will give you time to settle into our seats and begin promptly at 8:30. Be sure to bring all of your documents with you: your passport and J1 visa, your DS 2019, and your I94 card. Also bring your completed Child Care Test and your signed Child Care Verification Form (pic: all forms). Be sure to have breakfast before you come to the room; do not bring food items in with you. Again, be sure to arrive early and be prepared to start your Orientation and Training!

- Food and Accommodation

Voiceover: You will be staying in the New Yorker Hotel in mid-town Manhattan (map). The New Yorker Hotel is one block away from Penn Station (pic: map), three blocks from the Empire State building (pic: point out on map), and 8 blocks away from Times Square (pic: point out on map). The New Yorker Hotel is in the center of everything that New York City. (series of pictures)

Anna: You will be sharing a room with one or two au pairs from different parts of the world. You will staying in a well-appointed room with an en suite bathroom, television, desk, and free wireless internet (pic: hotel room). You must stay in the hotel every night, and we expect you to be back in the hotel no later than 11pm every evening. You are not permitted to have guests in your room. All hotel rooms are non-smoking. There is a pharmacy diagonally across the street called Duane Reade (pic: 34th st Duane Reade). You can find all of your toiletry needs there (pic: toothbrush, toothpaste, deodorant, etc). There are many nearby restaurants, cafes and shops.

Voiceover: When you arrive in the hotel, you will receive a packet of information (show packet). You packet will include: An Au Pair Orientation Handbook (pic), a tote bag (pic), and your name tag (pic). In the back of your name tag, you will find your meal vouchers for breakfast and lunch on Tuesday, Wednesday and Thursday, and for breakfast on Friday. All meals take place at the Tick Tock Diner in the lobby of the hotel (pic: Tick Tock). There are set menus for meals in your Au Pair Orientation Handbook. Be prepared to leave a one to two dollar tip per person at every meal (show two dollar bills). Dinners are on your own. There are restaurant suggestions in your packet.

- Schedule for the week

Voiceover: Orientation & Training begins on Tuesday at 8.30 am. Be sure to arrive 10 minutes early so we can begin promptly at 8.30. Remember, it is a US Department of State requirement that you come to every class. Here is a brief outline of your schedule: Tuesday 8.30 – 9:30 Introduction and Program Regulations. 9:30 – 11:30 Communicating with your American Host Family. 11:30 – 12.30 Lunch. 12:30 – 4:30 Working with Infants

ATTORNEY EYES ONLY

InterExchange0005201

and Toddlers. Wednesday 8:30 – 9:30 Driving in the US. 9:30 – 11:30 Working with Pre-Schoolers and Kindergarteners. 11:30 – 12:30 Lunch. 12:30 – 4:30 Working with School-Aged Children. Thursday 8:30 – 5:00 CPR, First Aid, Health and Safety Workshop. 5:00 – 6:00 Documents and Domestic Transportation (list schedule on a "calendar").

Anna: My InterExchange Au Pair Orientation and Training was a lot of fun! I learned lots of important information and met other au pairs from all over the world! I am sure that we will be friends for a long time (pics: from O&T). Here's some advice to make the most of your Orientation & Training: Be on time to every class. Punctuality is very important. There are a lot of things to cover in class, so it is necessary to be on time. In fact, it is better to be a few minutes early so you can settle in (pic: clock). Speak only English in class; it is a great time to practice! It's never nice when classmates are speaking a language that you don't understand. At Orientation & Training, English is our universal language; so only speak English to each other.

Anna: During your free time, you can go explore New York City! You can choose to go on our organized tour, or you can explore with the group. The Orientation & Training takes place right in mid-town Manhattan, within walking distance to some of New York City's biggest tourist attractions: Times Square, Rockefeller Center, the Empire State building, and many more! (pics) Use your free time to see all that New York has to offer!

- Traveling to your Host Family

Voiceover: On Thursday afternoon, you will receive your final documents and your travel arrangements. You should know by this time how you will travel from Orientation & Training to your host family's home. We will give you your travel details on Thursday and go through them together. (pic: post-orientation packet)

Anna: After my Orientation & Training, I took another airplane to reach my host family. It was important to know what time my shuttle was coming to the hotel. Always arrive 10-15 minutes before the scheduled time. Be sure to check with the airline about how much luggage you can bring on the plane. Be prepared to pay for additional bags and overweight items.
Some of the friends I made at Orientation & Training were picked up by their host families directly from the hotel. These friends typically were staying nearby in the greater New York area. Other friends were taking buses and trains to their host families' homes. Specific information on taking a bus or a train is discussed on Thursday afternoon in Orientation and Training.

Chapter 5: In-Home Orientation with your Host Family

- Greeting your Host Family

Voiceover: When you meet your host family for the first time, make sure that you are on time. Punctuality is very important in American culture, and it is important that you make a good first impression (Pic: Clock. Text: Be on time!). If you are meeting in an airport or

REPLY APP 00862

another busy area, make sure you discuss what clothes you will be wearing beforehand. Have the InterExchange T-Shirt that you receive at Orientation & Training on or be holding your InterExchange bag. Make sure you are able to identify your host family members.

Every host family/au pair meeting is different, but you can expect a hug from the host mom and a handshake from the host father. Younger children often have "Stranger Anxiety", which means that they are nervous around new people. Do not take this personally. It is perfectly normal to have young children be afraid when meeting you for the first time. It is a good idea to have a small gift, flower, or souvenir to give to your host children. Get down to their level and present them with it (pic: au pair kneeling down to a shy host child). Do not be offended if they do not come to you. The important thing to remember is to "get low and go slow" (Text: Get low and go slow). Remember: you are a stranger to them right now, but soon you will know each other very well.

- 3-Day Training period

Voiceover: When you arrive to your host family's home, you will begin a 3-day training period called the "In-Home Orientation" (Text: In-Home Orientation). This is the time when the family will discuss your role as their au pair in great detail. You will learn a lot during these first few days. At Orientation & Training you receive a Communication Log (pic: Communication Log). Write down important information so you can reference it later. Be sure you have all important numbers and addresses written down.
It is a US State Department requirement that you cannot be responsible for the host children for the first three days in the host family's home. (Text: You cannot be responsible for the host children for the first three days). These days are for you to be trained by the host family, learn your way around the house and get settled into your new room.

Anna: The first weekend with my host family was a little overwhelming! Luckily, they were very patient with me and explained everything in detail. Meeting my host children was very exciting! I was nervous, but very happy to be with my host family at last. During my first three days I learned a lot about my responsibilities as their au pair.
Some of the things we talked about were (Text: Read and Bullet):
  - o House Safety
  - o Household Appliances
  - o House Tour, Food and Meals
  - o Transportation and Car Use
  - o Phone and Computer Use
  - o Household Rules
  - o Chores and Cleaning
  - o Caring for the Children.

We also had a tour of the house and of the neighborhood. They took me to the local shopping plaza, supermarket, and showed me where the school was located. (pic:

REPLY APP 00863

shopping plaza, supermarket and school). Since part of my responsibilities was driving, we spent a lot of time practicing. It was very important for my host family to explain local driving laws and how to operate their car. We spent about 10 hours practicing driving!

During my first weekend, I also received a welcome call from my Local Coordinator. She called to make sure that I arrived ok, asked if I had any questions, and made an appointment to come out and meet with me in person. (pic of LC on phone).

- Applying for your SS card, bank account, and driver's license

Voiceover: After you are in the U.S. for two weeks, you will need to apply for a Social Security card (pic: SS card) with a Social Security number. You cannot apply before this two-week period ends. Your Social Security number is an identification number used by the government for tax purposes. You will also need this number for a number of different procedures, such as opening a bank account and enrolling in your classes. You will receive instructions on filling out a Social Security application along with a letter to the Social Security office during Orientation & Training. When you go to the Social Security office, you must bring your application, letter, DS2019 form, and your passport with your visa and I94 card. (pic: SS office). As soon as you apply, you will receive a proof of receipt from the Social Security office. This receipt has your Social Security number and is valid immediately. Keep this information private. You will receive the card in the mail in the coming weeks. Protect your Social Security number and card. Don't give it to anyone except when opening a bank account or when you specifically need it. Don't carry your card with you. Keep it in a safe place with your other important papers. Never let anyone else use your Social Security number as their own. You can go to prison for misusing or selling your Social Security number (Text: Bullet and read)
Protect your Social Security number and card.
- Don't give it to anyone except
  - When opening a bank account
  - When filing your taxes
  - When registering for classes
- Don't carry your card with you.
- Never let anyone else use your Social Security number as their own)

Anna: After I received my SS number, I was ready to open my own bank account. Talk to your host family about where to open a bank account (pic: different bank logos). It is often easiest to have a bank account in the same bank as your host family. This way they can do direct deposits. I opened a checking account so I could get a debit card. I used this debit card at Automatic Teller Machines, or ATMs (pic: ATM). This way I didn't need to carry a lot of cash with me or have a lot of cash in the home.

Voiceover: It is important to understand whether or not you will need to get an American Driver's License during your stay if you intend to drive. Each state has different laws, so you need to do research on your state Department of Motor Vehicles, or DMV (Text: Department of Motor Vehicles DMV). Look online to see more information on your state's

**REPLY APP 00864**

DMV. If you are not going to drive in the United States, or if your state does not require an American Driver's License, then it is recommended that you obtain a Non-Driver's ID card (pic: Non-Driver's ID card). This card will serve as official identification while in the U.S. This way you can leave your passport at home and not need to carry it with you.

Chapter 6: Understanding your hours, stipend, taxes and education credits

• Stipend, Room & Boards, and extras

Voiceover: As an au pair, you will receive room and board from your host family. Every au pair has a private room for his or her use during the year. The room must be private; that means that the family cannot use the room for anything else. Talk to your host family before you arrive about your room. Ask what is provided and what you should bring with you. Have them show you pictures so you know what to expect. (pics of example rooms) You will also receive board from your family. That means that you will be provided with meals. There should be food for your personal use in the house.

Anna: There was always food for me to fix my own breakfast and lunch during the day. I also had lots of things to snack on throughout the day. For dinner, some days I ate with my host family and sometimes I went out with my friends. And then some nights I made my own dinner at home. Make sure to tell your host family what food you would like to have in the home.

Voiceover: You will receive a weekly stipend, or payment, directly from your host family. You will receive $195.75 every week. The US government sets this amount, and your host family must pay this every week, regardless of how many hours you work. Your host family cannot pay you less than this amount. Keep track of the amount of hours you work on the Record of Hours Worked and Payment Received (pic) sheet that you receive at Orientation & Training. This will help you pay for taxes. If you are not receiving your stipend amount on time, or if you are working more than the maximum amount of hours, your Local Coordinator will ask to see this sheet. It is your responsibility to fill this out every week. (Highlight the different areas): Put the week's end date here. Did you receive 1.5 consecutive days off? Yes or No? Write in the amount of stipend that you earned and the date you received it. Write your initials here. Your initials are the first letters of your first name and your last name. Have a host family member write his or her initials here. Fill in the total amount of hours here. At the end of the month, did you receive a full weekend off? Write Yes or No here.

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|---|---|---|---|---|
| | | | Program Essentials | Slide title |
| 01 | ANNA | When you are working for a host family, there are | | POV of user looking at the host family around a kitchen table. The |

ATTORNEY EYES ONLY

InterExchange0005205

Case 1:14-cv-03074-CMA-KMT Document 986-4 Filed 04/13/18 USDC Colorado page 228 of 241

|    |          |                                                                                                                                                              |                                                                        |                                                                                                                                                                             |
|----|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |          | essential rules that the family must follow in terms of your working hours and time off. Listen to the questions and click on the correct response.          |                                                                        | Host Family Handbook, the Au Pair Handbook, Communication Log and Record of Hours Worked and Payment Receive is between them.                                                 |
| 02 | Host Mom | How many hours are you able to work per week?                                                                                                                 | A. 20 hours<br>B. 45 hours<br>C. There is no maximum.                  |                                                                                                                                                                             |
| 03 | ANNA     | Sorry, this is incorrect.                                                                                                                                     |                                                                        | User clicks A                                                                                                                                                                |
| 04 | ANNA     | Good, this is the correct answer.                                                                                                                             |                                                                        | User clicks B                                                                                                                                                                |
| 05 | ANNA     | Definitely not. There is a maximum amount of hours you can work.                                                                                              |                                                                        | User clicks C                                                                                                                                                                |
| 06 | Host Mom | How many hours are you able to work per day?                                                                                                                  | A. 10 hours.<br>B. All day<br>C. I'm not sure yet.                     |                                                                                                                                                                             |
| 07 | ANNA     | Right. You can work a maximum of 10 hours in a 24 hours period. This can be split up into different shifts or all at one time.                                |                                                                        | User clicks A                                                                                                                                                                |
| 08 | ANNA     | No, this is not allowed on your visa.                                                                                                                         |                                                                        | User clicks B                                                                                                                                                                |
| 09 | ANNA     | No, you should be aware how many hours you can work as an au pair. Please read your Au Pair Handbook carefully.                                                |                                                                        | User clicks C                                                                                                                                                                |
| 10 | Host Mom | How many days of vacation do you receive during your                                                                                                         | A. I don't have a paid                                                 |                                                                                                                                                                             |

| | | au pair year? | B. vacation working as an au pair.<br><br>B. I get as much paid vacation as I want as an au pair.<br><br>C. I get two weeks of paid vacation. | |
|----|----------|------------------------------------------------------------------------------------------------------------------------------|---|---|
| 11 | ANNA | Remember, this is a cultural exchange program, and you do receive paid vacation so you can travel around the U.S. | | User clicks A |
| 12 | ANNA | No, that is not correct. You have responsibilities to the family to provide child care as their au pair. | | User clicks B |
| 13 | ANNA | Yes! Technically you receive 11 paid days of vacation. You earn one day of vacation for every month that you work, starting after the first month. Since an au pair's working week is typically 5.5 days, we generally say two weeks. | | User clicks C |
| 14 | Host Mom | How much time do you have to travel in the U.S. after your program ends, i.e. the last day on your DS2019 form? | A. Until whenever I like.<br>B. I need to leave immediately. | |

ATTORNEY EYES ONLY

| | | | | C.  30 days | |
|---|---|---|---|---|---|
| 15 | ANNA | You need to leave the program on a specific date. You cannot stay in the U.S. indefinitely. | | | User clicks A |
| 16 | ANNA | No, you have time to travel when you are finished working. | | | User clicks B |
| 17 | ANNA | That's perfect! | | | User clicks C |
| | | | Click to continue | | Click to continue |
| | | | | | |

- Filing for taxes

Voiceover: Every au pair must file and pay for taxes. Unlike traditional jobs that receive a paycheck, taxes for au pairs is not taken directly out of the stipend. Instead, au pairs receive the stipend in full, and must pay taxes back to the government at the end of the calendar year. You will receive specific information about taxes via email when tax season begins in January. For now, let's go over some basic information.

Bruno: Hi, it's Bruno here! Let's go over some tax facts. Tax Fact #1 (Text on a school board: Tax Fact #1… – same for all the rest). The U.S. Tax Year goes from January 1st through December 31st. Tax Fact #2: If your au pair year includes two different calendar years, you will have to pay taxes for both years. For example, if your au pair year goes from October 2012 to October 2013, you pay taxes for the calendar years 2012 and 2013. Tax Fact #3: You cannot pay your taxes for the current year until after December 31st. You then have until April 15th to file and pay your taxes for the previous calendar year. Tax Fact #4: Even if you return to your home country, you still need to file and pay your taxes. You can pay your taxes from overseas. Tax Fact #5: Au pairs receive an exemption amount on their taxes which is an amount of money that you make that is "tax free". For the calendar year 2012 this amount was $3,850. To calculate how much you owe, you add up the total amount of money that you make in one calendar year, subtract the exemption amount, and the remaining total is the amount that you pay taxes on. Tax Fact #6: If you make less than the exemption amount for that year, you do not have to file or pay your taxes.

Here is an example (Write out equation on board): I worked 24 weeks in the calendar year of 2012. After I added up all of the stipends that I earned in 2012, I had a total of $4,698. Then I subtracted the exemption amount for 2012, which is $3,850. The money that I owe taxes on is then $848. So I need to pay the government taxes on $848, which is

REPLY APP 00868

InterExchange0005208

**approximately** $84. Remember, InterExchange will be sending you more specific information, including links to the IRS website (pic: IRS logo) during tax season which runs from January to mid-April.

- Education and credit requirements

Voiceover: As an au pair in the United States, you are required to receive at least 6 educational credits over the course of your year (pic: University). This is a great opportunity for you to study here in the U.S. You will receive up to $500 from your host family to put towards your classes. (Text: $500). Any class fees that exceed $500 will be the au pair's responsibility. A typical university or college course is 3 credits, so it is very common that au pairs take two classes during the year, one per semester.  Your Local Coordinator will help you find classes that are in your area.

Bruno: The classes that you take need to fit three conditions in order to be counted towards your required educational credits. #1: Your classes must be post-secondary. That is, the classes must be after the high-school level. (Text: Write on board: Post-Secondary) #2: The classes must be accredited. (Text: Write on board: Accredited) This means that the government must approve of the school as a recognized learning institution, so classes at local Recreational departments or small, individually owned learning institutes are not permitted. #3: The classes must be academic in nature (Text: Write on board: Academic in nature). This signifies that the class must take place in a classroom setting and must be academic. Athletic courses, online courses, cooking courses, or driving classes are not accepted for credit. Also *not* accepted for credit are classes that earn 3 or more credits in one weekend and classes that are specifically designed for au pairs. The U.S. Department of State put the educational requirement into this program in order for au pairs to be part of their local community, participate in a college course, and meet young Americans their own age. Any class that is finished in one weekend or is for au pairs only does not fit with the spirit of the program.

Chapter 7: Staying safe and healthy

- Health Insurance

Voiceover: The health care industry in the United States works very differently than health care in many other countries. While in the U.S. you must have private health insurance at all times. From the moment au pairs step off the plane they are covered under the Aetna Student Health (Text: Aetna Student Health and logo) accident and sickness insurance policy. Please read the Aetna Student Health brochure located in your Pre-Arrival packet carefully (pic: Aetna brochure). This brochure describes what is covered by your health insurance during your year. Show this brochure to your host family when you arrive to their home. It is important that they understand what type of health insurance you have. Find a local doctor before you need one. Your host family and Local Coordinator might have recommendations for you. Call doctor's offices and make sure that they accept Aetna Student Health. You can also find information on our website under Au Pair resources. An Aetna Student Health card will be waiting for you (pic: Aetna

REPLY APP 00869

ID card). Carry this card with you at all times. Show this card to the doctor's office before an appointment. If you do not have your card with you, you can give the office your name and birthday so they can locate you in Aetna's system. If they cannot locate you, please contact InterExchange for more information.

Also talk to the host family about information you need to know about your host children's health insurance in case of an emergency. Make sure you understand where to find that information.

Anna: Health care in the U.S. is very expensive. The way insurance works is through a co-pay system (Text: Co-Pay). This means that every time you see a doctor, you pay some and your health insurance pays some. A co-pay (Highlight "Co" then "Pay"). For example, a typical doctor's visit will cost around $200. Your Aetna Student Health co-pay for a doctor's visit is $50 (Text: add "= $50" to the co-pay text). So when you visit the doctor's office, your health insurance pays $150 and you pay $50. Prepare to pay $50 every time you go to the doctor. For an emergency room visit, your co-pay is $250 (text: add "In an emergency" and change $50 to $250). If you go to the Emergency Room and are then admitted to the hospital, the co-pay reduces to $50. Only go to the Emergency Room in the event of an actual emergency and see a doctor for lesser illnesses and injuries.

Prescription drugs (pic: Rx slip) for illnesses that start while you are in the U.S. are covered 100% by Aetna Student Health. However, most of the time you will need to pay for the prescription drug out-of-pocket and then by reimbursed by Aetna through a claim form. This means you will go to the pharmacy with your prescription (show AP going to pharmacy window) and pay for the prescription drugs with your own money (show AP paying for drugs). When you return home you need to fill out a Prescription Drug Claim Form which can be found on our insurance website: (pic: Claim form and resources website). Follow the instructions, send this form to Aetna (pic: mailbox), and they will send you the money back (show AP with money back in her hand).

Voiceover: It is important to remember that your Aetna Student Health care only covers incidents that happen while you are in the U.S. and does not cover pre-existing conditions or routine check-ups. Aetna Student Health will not pay for any illnesses or conditions you had before arriving in the U.S., and you will be responsible for paying any costs relating to that condition. Prescription drugs concerning pre-existing conditions, such as asthma inhalers or insulin, are not covered by Aetna Student Health insurance.

- Sex and getting pregnant information

Voiceover: The attitude towards sex in the United States is very different from what you might think. The reality does not look like Hollywood (pic: Jersey Shore cast with a red circle cross-out). Typically Americans are very conservative, traditional and sometimes very religious. Keep in mind that we are a conservative culture when you are planning what to wear around town, to the public swimming pool and in your host family's home. Please keep your private sexual life private. Never bring a stranger into your host family's home. To the female au pairs: do not get pregnant during your year as an au pair. You will

ATTORNEY EYES ONLY

InterExchange0005210

be sent home immediately. If you plan on using birth control during your year, please bring enough to use during your time here. It will not be covered under your health insurance.

- Posting pictures and geo-tracking on social media sites

Voiceover: Nowadays it is important to be mindful with what you post online (pic: facebook and twitter logos). (Text: the following points as bullets). #1: Never mention your host family's address, name or telephone number on any social media sites. #2: When you post on facebook or twitter, make sure that your geo-tracking abilities are turned off. #3: Never post a picture of any members of your host family online without specific permission from your host family. #4: Be very careful of your status updates. #5: Never meet with anyone that you meet online in private.
Remember that you are here as an ambassador of the au pair program and of your home country. Always post professional updates and statuses on online platforms. Your and your host family safety and security of comes first.

*Chapter 8: Maintaining a good relationship with your Host Family*

- Communication is Key! Weekly meetings and Communication Log

Anna: You will wear a lot of hats as an au pair (Pic: AP with changing hats: chef, nurse, clown, cowgirl, baseball helmet, etc). Being an au pair is a very rewarding and very challenging experience. You will have very good days and very bad days. If you are going through a difficult time, make sure to remember that you have a lot of support. Clear, open communication with your host family is an essential part of having a great year. Always remember: Be open, honest and polite with your Host Family. (Text: Be open, honest and polite with your Host Family). If you need to sit down and discuss an issue, write the things you want to talk about down in a list. This will help you get your point across. Discuss issues as they come up; do not keep quiet about something that is bothering you only to make it become a larger problem than it is. Keep separation of work and family time (Text: Keep separation of work and family time). Part of being an au pair means that you have a unique living situation; you live with the family you work with. Younger children have a difficult time understanding when you are on-duty and when you are off-duty. It is important that you keep a distinct separation when your shift is over. When your host parents arrive home and you are off-duty, have a conversation with them about the day, and then leave the house. I recommend that you leave the house for an hour or more. That way it is clear when you return that you are off-duty. Take a walk, get a coffee, go for a drive, meet with friends, go to the gym, etc. There will be a lot you can do! Remember to schedule meetings with Host Family (Text: Schedule meetings with Host Family). I suggest scheduling a weekly meeting on Sunday evenings when the host children have gone to bed. This is a good time to discuss the previous week and any important reminders about the week to come. If you found anything difficult about the week, for example if there was a conflict between two sisters, ask your host family for advice on how to handle this in the future. It's important to share feedback with them and to seek recommendations from them. If you have any problems with your host family,

ATTORNEY EYES ONLY

InterExchange0005211

talk to your: Host Family, Local Coordinator, New York Office (Text: If you have any problems with your host family, talk to your: Host Family, Local Coordinator, New York Office. Bullet last three items). Remember that you have a whole network of individuals who are here to support you. If you are having difficulties with your host family, the first people you want to talk to is your host family. Try to resolve any conflicts that you may have. If that is not working, then it is time to talk to your Local Coordinator. Your Local Coordinator is the first point of contact when problems arise. If for any reason you feel that you cannot speak to your Local Coordinator, you need to contact the New York office. There is nothing that the New York office has not heard before, so never hesitate to contact them under any circumstances. All of our New York staff has been in your shoes before: traveling, working and/or studying abroad. They are here to support you!

- Reporting a problem on Passport [process to be discussed with MM]

Chapter 9: Culture Shock

- What is culture shock?

Voiceover: Cultural shock is a way to describe the process of leaving a familiar culture to live in a new and very different culture. Nearly everyone experiences some degree of cultural shock when moving to a new country. It is important to remember that this is a perfectly normal process that happens during the first part of your year. Plan ahead for this and be prepared before you arrive to the U.S.
- The process of adjustment



The Process of Adjustment

(Have a similar chart describing the process.)

Voiceover: Click on each stage to hear a description.
(User clicks on Leaving Home) Leaving home is an exciting time! You are making your final preparations, talking to your host family, securing your visa, saying goodbye to family and friends, and more! There are a lot of emotions and nerves at this time.

InterExchange0005212

(User clicks on Arrival in the US) The nerves continue as you arrive in the U.S. to begin your year. Perhaps you are communicating in English regularly for the first time. Maybe it is your first time leaving your home country. There is a lot of stimulation when arriving to New York City, attending Orientation & Training, and meeting fellow au pairs from all over the world.

(User clicks on the Honeymoon Stage) The Honeymoon Stage can last anywhere from two weeks to the entire year! This is the stage where everything is new, different, exciting and challenging. You are learning new things about this new culture each and every day, and it is awesome! You are excited and asking lots of questions.

(User clicks on Cultural Shock/Feeling Unhappy) And then culture shock sets in and you may start to feel unhappy and depressed. Perhaps things are not bright and new anymore. Maybe you start to miss home. You could start to complain a lot about the differences in your culture. Maybe you want to spend a lot of time alone.

(User clicks on Adjusting) Sometimes as quickly as cultural shock begins, it ends. You start to form a bond with your host family, make friends, start classes, and become a member of your community. You begin to see how you fit into your new home and new city. You begin to look forward to this life-changing year ahead of you!

(User clicks on Arrival Home/Reverse Culture Shock) It may sound strange now, but most au pairs go through reverse culture shock when they return home. You have become a new, more independent and worldly person. You have grown a lot over your year abroad. It may take a few weeks to readjust to being home again and you may miss all your new friends and family members in the U.S.

(User clicks on Re-Adjusting) Do not be alarmed; the re-adjustment period does not last long. Soon enough you will move into new jobs or new studies, yet keeping in contact with the new people in your life from around the world. You start to pick up where you left off and move forward.

(User clicks on Adaptation to Life in Home Country) Many au pairs form relationships during their au pair year that last for the rest of their lives. Sometimes host families make trips to see them in their home countries or vise versa. Life will go back to normal, but your year, or two!, as an au pair will always be a part of you.

Anna: Here are symptoms to look for during your first few weeks in the U.S. These are classic symptoms of culture shock and are perfect normal (Bullet list and read):

- o  You may feel sad and lonely
- o  You may sleep a lot
- o  You may feel an overwhelming sense of homesickness
- o  You may try to get in touch constantly with friends and family from home
- o  You may complain a lot about everything
- o  You may be anxious about your new job
- o  You may become dependent upon other participants from your home country.
- o  You may have trouble speaking and understanding English
- o  You may think about returning home
- o  You may question your decision to move

ATTORNEY EYES ONLY

REPLY APP 00873

But don't worry! There are many ways to overcome culture shock and make the most of your time here. Here are some ideas to keep in mind (Bullet list and read):

- o  Understanding that this is a normal experience may in itself be helpful
- o  Communicate with other au pairs, your Local Coordinator and your host family
- o  Keep in touch with home, but not every minute of every day
- o  Think back to before you came to the US, and remember why you wanted to participate in the program
- o  Stay positive!
- o  Keep an open mind and a sense of humor
- o  Make friends in your area
- o  Write it down in a journal or diary
- o  Ask your host family lots of questions

The most important things to remember are to stay positive and keep an open mind. Realize that this is a natural process, and does not indicate how your whole year will be. Go out there, make friends, and become a member of your community as soon as possible. You are not coming all the way to the U.S. to sit and Skype with your friends at home every night. Make the most of every opportunity and you'll have a fantastic year!

Chapter 10: Transitions and Termination of program

- Transition Essentials

Voiceover: A transition, also known as a re-match, is when a host family and au pair match is not working. Transitions happen when there are unsolvable problems and the only way to fix the situation is to match the au pair with a new family. Your Local Coordinator will review the situation before moving into transition. This review is called a 3-point meeting, which is a discussion between the host family, au pair, and Local Coordinator (pic: host family, au pair, and LC around a table). At the 3-point meeting you will talk about the problems you are experiencing and decide how to proceed. Many times the problems are resolved and the au pair can stay with the host family. Other times we will begin the transition process. Here are some of InterExchange's transition policies. (Text: Read and bullet titles)

- o  30 days no-move policy: It takes at least one month to adjust to the new living situation. Most placements are successful once everyone gets to know each other, especially the au pair and the children.
- o  Two week re-match period: There is a two week notice policy once the host family and au pair have decided to go into transition. The host family and au pair will remain together for two weeks while interviewing other parties. This guarantees housing for the au pair and child care for the family.

ATTORNEY EYES ONLY

InterExchange0005214

- o No eviction: The host family cannot force an au pair from their home under normal circumstances.
- o No local reassignment: InterExchange will not match you with a new family in the same area. Au pairs in transition must be open-minded about moving to a new community.
- o No self-matches: You pair cannot find your own new family for re-match. You must follow InterExchange's procedure.
- o Payment: Au pairs must receive their stipend when working with a host family. Any debts for vacation time, bills, etc. must be settled before moving to a new host family.

If you are in transition for poor English skills, inappropriate behavior, safety concerns or poor driving ability, it may be difficult to match you with a new family. If no family is available during the two-week matching period, you will return home at your own expense. While the most qualified au pairs are re-matched, we cannot guarantee placement for au pairs in transition.

- Reasons you might be sent home

Voiceover: There are circumstances when an au pair will be sent home immediately and not go into transition. Here are a few examples (Read and bullet titles):

- o Hitting, shaking or spanking a child: Any abuse is absolutely not tolerated and the au pair would be sent home immediately, possibly following legal procedures as the case permits.
- o Sleeping while you are working: When an au pair is on-duty they take full responsibility for the children in their care. Sleeping while working on-duty is grounds for immediate dismissal.
- o Leaving children in water alone: Children should never been in or around water alone for even a minute. Au pairs who leave children in or around water without direct supervision will go home.
- o Drinking alcohol/smoking on the job: Drinking alcohol or smoking while on-duty is strictly prohibited. Any au pair who is doing so will return to his or her home country without delay.
- o Illegal drug use: Any participation in illegal activities will result with the au pair going home immediately. Illegal drug is not tolerated.
- o Bringing strangers and overnight guests into the host family's home: Au pairs must get explicit permission from the host family before inviting any person into the family's home.
- o Breaking any U.S. Laws: Since au pairs are participating in a government sponsored program, if any laws are broken their visas will be revoked without delay and they will return home.
- o Violating program rules: Any au pair who violates program rules as designated by the U.S. Department of State and described in the Au Pair

ATTORNEY EYES ONLY

REPLY APP 00875

Handbook will be cancelled from the program and will have to return home at their own expense.

- Leaving the program

Voiceover: If you decide to leave the program and not go into transition, you must notify InterExchange immediately and return home. Then you must provide InterExchange with a copy of your travel information. Failure to do so will result in your visa being canceled by the U.S. Department of Homeland Security. If you leave your host family without contacting InterExchange, you will be considered canceled from the program and we will notify the U.S. Department of Homeland Security. Having such information on your record could prevent you and your family from being able to obtain future visas to the United States. Here are some facts about leaving the program early (Read and bullet titles):

- o Return home within 48 hours: If you leave the program before your end date and do not want to match with another family, you must leave the U.S. within 48 hours and return to your home country.
- o If you quit the program, you must buy your own ticket home: You will be responsible for all travel expenses if you decided to leave the program early.
- o You made an agreement as an adult: Remember that you spent a lot of time, money and energy to participate in this program. You signed a contract with InterExchange that you will complete the year.
- o Your Host Family is depending on you: Your host family also spent a lot of time finding the right au pair for their family. They are counting on you to be in their family for at least one year.
- o *You cannot stay in the USA*: If you decide to leave the au pair program you cannot change visa statuses and cannot remain in the U.S. You entered into the country on an au pair J1 visa. If you are no longer an au pair, you no longer have a valid visa.

Chapter 11: The end of your program year

- Extension Options

Anna: Don't be surprise if you enjoy your time here in the U.S. so much that you would like to extend it for an additional 6, 9, or 12 months! The InterExchange Extension Program (Text: InterExchange Extension Program 6, 9, or 12 months is a wonderful opportunity to continue practicing your English, taking classes and traveling around the U.S. You'll also continue to earn your weekly stipend, have paid vacation time, and receive additional educational allowance.

In order to extend, you must complete an Extension Application, which is located our in the au pair resources page on our website (pic: show resources webpage). You will want to submit your application at least 40 days before the end date on your DS2019. You need

REPLY APP 00876

to have completed all of your educational credits, so start thinking about the extension option early on.

During your extension period, you can choose to stay with your host family or be placed with a new host family for a completely different experience. Many au pairs choose to look for a family in different parts of the country or children in a different age group. Extending your program is an easy and free way to gain even more experience as an au pair in the United States!

| VO # | VO Label | CC Script | On-screen Text | Graphics/Development Notes |
|------|----------|-----------|----------------|---------------------------|
|      |          |           | Program Essentials | Slide title |
| 01 | BRUNO | When you are coming to the end of your au pair year, or years, there are some important things to keep in mind. Listen to the questions and click on the correct response. | | POV of user looking at Bruno ready to leave at the airport. |
| 02 | Voiceover | Can you travel outside of the country during your 30-day travel period at the end of your program? | A. No. C. Absolutely D. Only to Canada and Mexico. | |
| 03 | ANNA | You are right! You are only permitted to travel within the United States during your 30-day travel period. | | User clicks A |
| 04 | ANNA | No, this answer is not correct. Try again. | | User clicks B |
| 05 | ANNA | No, this is not allowed during the 30-day travel period. | | User clicks C |
| 06 | Voiceover | Is it necessary to buy 30 days of insurance for $50 during my | A. No B. Yes C. It depends | |

REPLY APP 00877

| | | extra travel period? | on how long I am staying. | |
|---|---|---|---|---|
| 07 | ANNA | Sorry, this answer is not right. | | User clicks A |
| 08 | ANNA | You are correct! You must buy 30 days of travel insurance no matter how long you stay after your program ends. | | User clicks B |
| 09 | ANNA | No, this is not true. Please select another answer. | | User clicks C |
| 10 | Voiceover | What airport do you depart from? | A. The closest one to my host family. B. New York City C. It's my choice. | |
| 11 | ANNA | This is incorrect. Although most au pairs choose to leave from the host family's nearest airport, this is not a requirement. | | User clicks A |
| 12 | ANNA | No, that is not correct. You do not have to return to New York City at the end of your year. | | User clicks B |
| 13 | ANNA | Yes! You can decide which airport you want to fly home from. If the price difference is substantially more expensive, you might be asked to contribute to the cost of the flight. | | User clicks C |
| 14 | Voiceover | Can au pairs continue to work during the 30 | A. No. B. Sure! | |

REPLY APP 00878

| | | day travel period? | C. It depends on if the host family needs extra help. | |
|---|---|---|---|---|
| 15 | ANNA | Correct! Au pairs are not permitted to work during the 30-day travel period. This is for travel only. The last day you can work is on your DS2019 form. | | User clicks A |
| 16 | ANNA | No, this answer is not correct. Try again. | | User clicks B |
| 17 | ANNA | No, the family cannot ask you to continue to work during the 30-day travel period. This is a violation of U.S. Department of State regulations. | | User clicks C |
| | | | Click to continue | Click to continue |

- Completion Certificate

Voiceover: An InterExchange Completion Certificate is mailed to you in your home country 4 to 6 weeks after you have returned home (pic: Completion Certificate). In order to receive your Completion Certificate, you must send the following documents to the InterExchange Au Pair USA Participant Services Manager (pic: show items. Read and bullet):

  o Completed and signed Activity Form
  o The original return flight boarding pass
  o Proof of completing your educational credits
  o Current mailing address in your home country

Chapter 12: Learning Re-Cap

REPLY APP 00879

Voiceover: Congratulations, you've completed the InterExchange Au Pair USA orientation course. You should now feel prepared to begin your program. Of course we don't expect you to know it all. If you have questions, check your program handbook or visit our website and social media. You can also contact us directly. We're here to help you.

Click here to print out a checklist of everything you should have an understanding of.  If there is anything that is still confusing, try going through that section of the course again.

(Create a PDF on IEX stationary that lists each of the items on the list provided. The participant can use this list to study from.)

At the end of the orientation, they should know:
- How to contact InterExchange during and after business hours
- Pre-Arrival Information
- Documents and Traveling to the United States
- Orientation and Training in NYC
- In-Home Orientation with your Host Family
- Hours, stipend, taxes and education credits
- Staying safe and healthy
- Maintaining a good relationship with your Host Family
- Culture Shock
- Transitions and Termination of program
- The end of your program year


Good luck in your final preparations. We look forward to meeting you in New York City!

REPLY APP 00880

InterExchange0005220