# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

**DEFENDANT GO AU PAIR'S RESTRICTED SUPPLEMENTAL APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF NO. 884]**

**TABLE OF CONTENTS**

1. Excerpts of Z. Maname 03-24-18 Deposition………................................................ 3
2. Excerpts of V. Myshchenko 03-07-18 Deposition................................................... 5
3. Excerpt of J. Tuk 03-13-18 Deposition………......................................................... 9
4. Excerpt of Y. Zhang 03-14-18 Deposition……........................................................14

1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-03074-CMA-KMT
 3
      JOHANA PAOLA BELTRAN; et al.,
 4
           Plaintiffs,
 5
         vs.
 6
      INTEREXCHANGE, INC.; et al.,
 7
           Defendants.
 8

 9

10               The videotaped confidential discovery

11    deposition of ZARA MAMANE, taken in the above-entitled

12    case, on the 24th day of March, 2018, at 10:02 o'clock

13    a.m. at the offices of Bridges Court Reporting, 10 South

14    LaSalle Street, Suite 1950, Chicago, Illinois, pursuant

15    to agreement of counsel.

16

17    Reported by:  Karyn H. Chalem, RPR, CSR
      License No.:  084-004167
18

19

20

21

22

23

24

25
```

**H+G**

**Hunter + Geist, Inc.**

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

**GAP Supp. App. 0003**

Court Reporting, Legal Videography, and Videoconferencing

Case No. 1:14-cv-03074-CMA-KMT   Document 1000-1042-5 filed 04/13/18 04/27/18   USDC Colorado   Page 4 of 12 pg 5 of 13

ZARA MAMANE - 3/24/2018 - CONFIDENTIAL
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

113

```
12:29:10   1        Do you understand who filled in the
12:29:13   2   checkmarks and the written text in the chart?
12:29:17   3        A.  The host family.
12:29:18   4        Q.  Not Go Au Pair?
12:29:20   5        A.  No.
12:29:30   6        Q.  And is that schedule -- sorry, the
12:29:35   7   responsibilities listed in Exhibit 10 consistent
12:29:38   8   with the responsibilities you had the second year?
12:29:41   9        A.  Yes.
12:29:42  10        Q.  All right.  And then the compensation
12:29:44  11   section on Exhibit 10 says "host family agrees to
12:29:48  12   pay the au pair pocket money in the amount of," and
12:29:51  13   then there's a blank, "minimum of 195.75."  And the
12:29:55  14   blank was filled in with 250, $250, right?
12:29:59  15        A.  Yes.
12:30:00  16        Q.  And you would be paid every week, correct?
12:30:03  17        A.  Yes.
12:30:04  18        Q.  And who filled in -- do you know who filled
12:30:09  19   in the $250 in the compensation section?
12:30:14  20        A.  My host family.
12:30:17  21        Q.  Did Go Au Pair decide that you would be paid
12:30:21  22   $250 the second year, that you know of?
12:30:26  23        A.  No, but they decide from where -- from what
12:30:30  24   I'll be paid.
12:30:32  25        Q.  What do you mean by that?
```

114

```
12:30:35   1        A.  They made -- they made the -- the starting
12:30:42   2   from of 195.75.
12:30:45   3        Q.  But the host family decided to pay you --
12:30:47   4        A.  250.
12:30:48   5        Q.  -- 250 instead of 195.75, right?
12:30:51   6        A.  Yes.
12:30:52   7        Q.  And I'll have you look at the survey again,
12:30:55   8   Exhibit 4, page six.
12:31:07   9           Okay.  The fourth one down, it says "how did
12:31:10  10   you and the host family decide the amount of the
12:31:12  11   weekly stipend," and it says "they did."
12:31:15  12           What do you mean by "they"?
12:31:16  13        A.  The host family decided of the amount of
12:31:19  14   weekly stipend.
12:31:21  15        Q.  Okay.  So for the second year, you and the
12:31:27  16   host family agreed that you would be paid more than
12:31:31  17   you were paid the first year, right?
12:31:33  18           MR. PACHECO:  Objection.
12:31:38  19           THE WITNESS:  Can you rephrase, please?
12:31:39  20   BY MS. MULL:
12:31:39  21        Q.  So the second year, you mentioned you and
12:31:43  22   the host family had a conversation about your
12:31:45  23   hours --
12:31:45  24        A.  Uh-huh.
12:31:46  25        Q.  -- and they agreed to pay you $250 instead
```

115

```
12:31:51   1   of 200, which you were paid the first year, right?
12:31:54   2        A.  Yes.
12:31:55   3        Q.  So you and the host family decided that you
12:31:58   4   would get a raise the second year?
12:32:03   5        A.  They decided through my complaints, yes.
12:32:07   6        Q.  So you complained about the wage that you
12:32:12   7   were receiving for the hours you were working?
12:32:14   8        A.  Yes.
12:32:14   9        Q.  You complained to the host family?
12:32:16  10        A.  Yes.
12:32:17  11        Q.  And the host family agreed to pay you more?
12:32:21  12        A.  Yes.
12:32:21  13        Q.  Did Go Au Pair have anything to do with you
12:32:26  14   getting paid more than that?  Did you ask Go Au
12:32:30  15   Pair for more money --
12:32:32  16           MR. PACHECO:  Objection, form.
           17   BY MS. MULL:
12:32:34  18        Q.  -- for the second year?
12:32:36  19           MR. PACHECO:  Objection, form.
12:32:41  20           THE WITNESS:  I'm not sure.  Can you
12:32:48  21   ask it again, please?
           22   BY MS. MULL:
12:32:51  23        Q.  So for the second year, did you ask Go Au
12:32:57  24   Pair to be paid more than you had been the first
12:33:00  25   year?  Did you ask Go Au Pair whether you could be
```

116

```
12:33:04   1   paid more?
12:33:12   2           MR. PACHECO:  Objection.
12:33:16   3           THE WITNESS:  I -- I did complain about
12:33:18   4   how much I was paid, but they didn't set the --
12:33:24   5   they didn't choose how much the family will raise.
           6   BY MS. MULL:
12:33:30   7        Q.  So Go Au Pair didn't have anything to do
12:33:33   8   with your raise?
12:33:33   9           MR. PACHECO:  Objection.
12:33:44  10           THE WITNESS:  No.
           11   BY MS. MULL:
12:33:47  12        Q.  Did you think you were breaking any rules by
12:33:50  13   being paid 250 versus 195.75?
12:33:54  14        A.  I had no idea.
12:33:55  15        Q.  Were you paid $250 a week every week?
12:34:01  16        A.  Yes.
12:34:02  17        Q.  How were you paid?
12:34:08  18        A.  Direct deposit.
12:34:09  19        Q.  From the host family?
12:34:10  20        A.  Yes.
```

[Lines 21-25 redacted]

29 (Pages 113 to 116)

Case No. 1:14-cv-03074-CMA-KMT Document 1042-5 filed 04/27/18 USDC Colorado pg 6 of 13
Case 1:14-cv-03074-CMA-KMT Document 1000-1 Filed 04/13/18 USDC Colorado Page 5 of 12

1

```
 1               IN THE UNITED STATES DISTRICT CIRCUIT

 2                   FOR THE DISTRICT OF COLORADO

 3

 4    JOHANA PAOLA BELTRAN, et al.       ) CIVIL ACTION NO.
                                         ) 1:14-cv-03074-
 5                 Plaintiffs,           ) CMA-KMT
                                         )
 6          vs.                          )
                                         )
 7    INTEREXCHANGE, INC.; et al.,       )
                                         )
 8                 Defendants.           )
      _____)
 9

10

11

12              DEPOSITION OF VIKTORIIA MYSHCHENKO

13    taken on behalf of the Defendant Go Au Pair, taken at
      Island Court Reporting, 101 Aupuni Street, Suite 212,
14    Hilo, Hawaii 96720, commencing at 8:27 a.m. on March 7,
      2018, pursuant to Notice.
15

16    Before:  Wendy L. Graves, RPR, CSR 460

17

18

19

20

21

22

23

24

25
```

H+G

Hunter + Geist, Inc.

303.832.5966  1900 Grant Street, Suite 1025   ■ www.huntergeist.com
800.525.8490  Denver, CO 80203                ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

GAP Supp. App. 0005

VIKTORIIA MYSHCHENKO - 3/7/2018 - CONFIDENTIAL
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

Page 21

1  about the au pair program?
2      A. I heard from it from my friend.
3      Q. Okay. Who was that?
4      A. It was -- do you want her name?
5      Q. Sure. Thanks.
6      A. It was -- I don't know her last name. Her first
7  name is [redacted]. She used to be an au pair,
8  and I don't remember when. Before me, before I came to
9  states. And when she came back to the Ukraine, I met
10 her and we spoke and she told me about an au pair
11 program.
12     Q. So other than [redacted], did you know anybody else
13 who had participated in the au pair program before you?
14     A. No.
15     Q. No?
16     A. No.
17     Q. And what did [redacted] tell you about her experience
18 as an au pair?
19     A. She told me that she got to improve her English
20 and travel and like make friends. Like live with the
21 family, American family. So that's the best way in her
22 opinion to get cultural exchange.
23     Q. So what led your decision to join the au pair
24 program?
25     A. I wanted to join Go Au Pair program and become

Page 22

1  an au pair because I also wanted cultural exchange, get
2  to improve my English, like travel across the United
3  States, make friends and live with American host family.
4      Q. Were you hoping to stay in the United States for
5  a long period of time?
6      A. No.
7      Q. Did the amount of the weekly stipend influence
8  your decision to become an au pair?
9      A. No.
10     Q. So if the minimum stipend were 150, do you think
11 you still would have decided to be an au pair?
12     A. Yes, probably.
13        MR. VALDIVIESO: Object to form.
14        MS. MULL: Q. What about 100?
15        MR. VALDIVIESO: Objection to form.
16        THE WITNESS: I'm not sure.

Page 23

4      Q. Okay. So if the court reporter could please
5  hand the witness the survey responses, which will be
6  Exhibit 4.
7         THE REPORTER: Done.
8             (DEFENDANT'S EXHIBIT 4 WAS
9             MARKED FOR IDENTIFICATION.)
10        MS. MULL: Q. Viktoriia, do you recognize
11 Exhibit 4?
12     A. Yes.
13     Q. What is it?
14     A. It is the form I filled out about my experience
15 as an au pair.
16     Q. And did you receive these questions in a survey
17 by email?
18     A. Yes.
19     Q. So could you look over it briefly? You don't
20 have to read everything. But I just want to know if
21 these are your answers.
22        MR. VALDIVIESO: You may read the whole
23 document, Viktoriia.
24        THE WITNESS: Okay. (Complies.)
25        MR. VALDIVIESO: When you are done,

Page 24

1  Miss Myshchenko, let me know.
2         THE WITNESS: (Continues examining document.)
3  Okay. I recognize the document.
4         MS. MULL: Q. Are these answers accurate?
5      A. Yes, except one.
6      Q. Which ones?
7      A. With how many different host families were you
8  placed in the United States.
9      Q. And that's on the first page of Exhibit 4?
10     A. Yes.
11     Q. Okay. And it says three?
12     A. Yes. There were two.
13     Q. Two, okay. So other than that, the rest of the
14 answers are accurate?
15     A. I might have mistyped more of them, which is
16 second job end date.
17     Q. Okay. The second job end date it said May 3rd,
18 2017. What should it be?
19     A. It was -- oh, no, it was May 4th, actually.
20     Q. Good. Are there any other answers that are
21 inaccurate?
22     A. No.
23     Q. And are these answers --
24        MR. VALDIVIESO: I'm just going to object here.
25 Is this -- is a parenthetical? Is this a document that

6 (Pages 21 to 24)

29

1 program, that it has emphasis on cultural exchange
2 versus work. She told me -- she gave me an idea of how
3 much I would be working and that I live where I work.
4 So I just got like general picture from her.
5     Q. And you said she gave you an idea of how much
6 you would be working. What was that?
7     A. That regulations are up to 45 hours per week.
8     Q. Did you discuss child care responsibilities?
9     A. Yes.
10    Q. And what about it?
11    A. She gave me again just general picture that it
12 can be anything. Basically playing, supervising, house
13 -- homework, driving to school, from school, yeah.
14    Q. Anything else that you remember about child
15 care?
16    A. No.
17    Q. Did you discuss stipend?
18    A. Sorry?
19    Q. Did you discuss the stipend amount that you
20 would receive?
21    A. I did not ask any questions about it, but I --
22 so she showed me a document saying how much I would be
23 paid.
24    Q. And what did that document say?
25    A. That document said that if I work up to 45 hours

30

1 per week I would be paid 195.75 per week, and if I
2 worked 30 hours per week then I would be paid 150
3 something. I don't remember at this point.
4    Q. Was that difference based on what type of
5 au pair you were, whether you were a standard or an
6 educare?
7    A. Yes.
8    Q. Did you only want to be a standard au pair or
9 were you considering other au pair program?
10    A. I was considering other au pair program.
11    Q. Why did you decide just to do the standard
12 au pair program?
13    A. Because I found a host family who I liked at
14 that point, and they needed standard au pair, not edu.
15    Q. Do you remember what document it was that filled
16 (sic) you with the numbers on it?
17    A. I don't remember.
18    Q. You said that you saw that if you were a
19 standard au pair would you make 195.75, right?
20    A. Yes.
21    Q. Did you ask or did they tell you why that was
22 the number?
23       MR. VALDIVIESO: Objection to form.
24       You may answer.
25       MS. MULL: Q. If you understand.

31

1    A. I did not ask.
2    Q. Did they tell you why?
3    A. No.
4    Q. Did anyone ever tell you that it could never be
5 more than 195.75 to be a standard au pair?
6    A. They told me that it could be more.
7    Q. They told you it could be more?
8    A. They mentioned it.
9    Q. Did they clarify that it wouldn't be less than
10 195.75?
11    A. Yes.
12    Q. And who told you that it could be more than
13 195.75?
14    A. In Cherkasy office of Go Au Pair there were two
15 people, Elena Karpova and another person, and that
16 another person told me the information.
17    Q. And did you discuss -- when you had that meeting
18 with Elena, did you discuss the difference between
19 Go Au Pair and any other au pair agencies?
20    A. No.
21    Q. Did you discuss the cultural exchange aspect of
22 the au pair program?
23    A. Yes.
24    Q. And what did you discuss about that?
25    A. We discussed that -- she told me how au pair

32

1 translates. It means unequal, and that that's how
2 program based, and why it is created. For mainly of
3 cultural exchange aspect.
4    Q. Did you discuss integration into a host family?
5    A. Yes.
6    Q. Anything that you remember specifically about
7 that?
8    A. No.
9    Q. And if you look again at your survey responses
10 in Exhibit 4, on the third page it asks what fees you
11 paid for the program.
12    A. Uh-hum.
13    Q. Can you just tell me about the fees that you
14 paid, what you remember?
15    A. Yes. I paid office of Go Au Pair in Ukraine
16 $800 for their -- like it was their fee for sponsoring
17 my visa and becoming a part of this -- applying to be an
18 au pair and interviewing with host family and all that.
19    Q. Okay. If the court reporter could hand
20 Viktoriia the payment verification form. Exhibit 5.
21       MR. VALDIVIESO: What's the Bates number,
22 Counsel?
23       MS. MULL: The Bates number begins 71653.
24       THE REPORTER: One moment.
25       MS. MULL: Do you have the document?

VIKTORIIA MYSHCHENKO - 3/7/2018 - CONFIDENTIAL
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

49

1 considered you a family member rather than just their
2 employee?
3   A. Yes.
4   Q. So you said that you -- did you only Skype
5 interview with one family?
6   A. Yes.

[lines 7-25 redacted]

50

[lines 1-19 redacted]

20   Q. Okay. And did you ever talk about how many
21 hours you would be working?
22   A. No.
23   Q. On your first Skype calls?
24   A. No. Because it was stated in application, so we
25 did not discuss it. We just knew how it would be.

51

1   Q. Okay. And what number was stated in the
2 application?
3   A. Up to 45 hours per week.
4   Q. Did you ever ask how much you would be paid?
5   A. No.
6   Q. Why not?
7   A. Again, I had that information from contact with
8 Go Au Pair.
9   Q. So was it something that Go Au Pair told you
10 about the Singhal family or is it a document that the
11 ▮▮▮▮ family had filled out that you saw?
12   A. A document that Singhal family filled out that I
13 saw.
14   Q. Okay. So they wrote down what the hours and
15 with the wage would be, and you saw that on a piece of
16 paper from the ▮▮▮▮l family?
17   A. Yes.
18   Q. Did you ask about what other benefits you would
19 receive from the ▮▮▮▮l family on the Skype calls?
20   A. I did not ask, but they told me that I -- if I'm
21 willing I could go on vacation with them. That was a
22 benefit.
23   Q. Did you end up going on vacation with them?
24   A. No.
25   Q. Did you discuss house rules on the Skype calls?

52

1   A. Yes.

[lines 2-5 redacted]

6   Q. How long were these conversations, were the
7 Skype calls, do you remember?
8   A. Each was different, but approximately 30 to 60
9 minutes.
10   Q. And was anybody from Go Au Pair on the call with
11 you?
12   A. No.
13   Q. It was just you and the host family?
14   A. Yes.
15   Q. And were you able to gather all the information
16 that you needed during the interview process so that you
17 could decide that you wanted to be with the ▮▮▮▮
18 family?
19   A. Yes.
20   Q. And who decided that the match was going to
21 happen?
22   A. Both of us. Host family and myself.
23   Q. Did Go Au Pair decide?
24   A. Go Au Pair is agency who employs me and who
25 works with host families. So physically they weren't

13 (Pages 49 to 52)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

GAP Supp. App. 0008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

--o0o--

JOHANA PAOLA BELTRAN;
et al.

      Plaintiffs,

v.                                  Civil Action No. 1:14-cv-03074
                                                    CMA-KMT
INTEREXCHANGE, INC.;
et al.

      Defendants.
_____/

--o0o--

March 13, 2018

--o0o--

CONFIDENTIAL - ATTORNEY EYES ONLY
DEPOSITION OF

JAKUB ANDRZEJ TUK

--o0o--

Reported By:  Nina Olson
              California CSR No. 6366



Hunter + Geist, Inc.

303.832.5966        1900 Grant Street, Suite 1025        ■ www.huntergeist.com
800.525.8490        Denver, CO 80203                     ■ scheduling@huntergeist.com

Your Partner in Making the Record

GAP Supp. App. 0009

Court Reporting, Legal Videography, and Videoconferencing

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

25

```
10:45:15   1      A.   Um-hum.
10:45:15   2      Q.   Was part of the reason that you became an au
10:45:19   3   pair because you were looking forward to living with a
10:45:21   4   host family, an American family?
10:45:23   5      A.   Yes.  I think so, yeah.  That was the -- yeah.
10:45:29   6   Yes.
10:45:30   7      Q.   And you're doing a good job of this so far, but
10:45:33   8   just to be clear:  When Juan makes an objection, unless
10:45:36   9   he says it's privileged and tells you don't answer, you
10:45:40  10   can -- you can answer the question --
10:45:41  11      A.   Um-hum.
10:45:41  12      Q.   -- if you understand; so I just wanted to
10:45:44  13   clarify.
10:45:45  14      A.   Okay.
10:45:45  15           MR. VALDIVIESO:  That's right.
10:45:48  16      Q.   BY MS. MULL:  Did the amount of the weekly
10:45:50  17   stipend influence your decision to become an au pair?
10:45:53  18           MR. VALDIVIESO:  Objection to form.
10:45:54  19           THE WITNESS:  What is stipend means?
10:45:56  20           MS. MULL:  The wage that you would be receiving
10:45:58  21   from the families.
10:46:00  22           THE WITNESS:  Can you -- can you ask me again?
10:46:01  23   Sorry.
10:46:02  24      Q.   BY MS. MULL:  So did the amount of the week --
10:46:04  25   did your weekly wage as an au pair influence your
```

26

```
10:46:07   1   decision to become an au pair?
10:46:09   2      A.   No.
10:46:11   3      Q.   So if -- if the stipend had been $150, would
10:46:17   4   you have been interested in being an au pair?
10:46:18   5      A.   No.  So, yeah.  I think yes.  Yeah.
10:46:24   6      Q.   Okay.  So -- so you're saying that the amount
10:46:27   7   of the weekly stipend did influence your decision?
10:46:36   8      A.   Hum.  At the time I don't think I was thinking
10:46:39   9   about it; so I'm not sure.
10:46:42  10      Q.   Okay.
10:46:42  11      A.   Yeah, I'm -- yeah.  I don't think I was
10:46:45  12   thinking about it.  Yeah.
10:46:47  13      Q.   What other opportunities were you considering
10:46:50  14   other than being an au pair?
10:46:55  15      A.   It was right after I finished college; so I
10:46:58  16   guess I wanted to go to work somewhere -- work -- but the
10:47:02  17   idea of au pair came up, and I wanted to give it a try.
10:47:08  18           MS. MULL:  All right.  I'm going to hand you
10:47:10  19   Exhibit 4 which are the survey responses.  Please review
10:47:13  20   that and let me know when you're done.
10:47:16  21           MR. VALDIVIESO:  Thank you.
10:47:17  22           THE WITNESS:  Um-hum.
10:47:20  23      Q.   BY MS. MULL:  Do you recognize --
10:47:21  24      A.   Yes.
10:47:22  25      Q.   -- Exhibit 4?
```

27

```
10:47:22   1      A.   And, I'm sorry, I answered before you finished.
10:47:27   2   Yes, I do.
10:47:29   3      Q.   And did you receive these questions in a survey
10:47:33   4   online?
10:47:33   5      A.   Yes.
10:47:36   6      Q.   And take a minute and review it, and then let
10:47:41   7   me know are those answers in Exhibit 4 your answers?
10:48:02   8           (Short pause.)
10:48:02   9           THE WITNESS:  Yes.  Um-hum.
10:48:03  10      Q.   BY MS. MULL:  Are they accurate, the answers,
10:48:05  11   in Exhibit 4?
10:48:15  12      A.   Yes, they are.
10:48:18  13      Q.   Are the answers in Exhibit 4 truthful?
10:48:21  14      A.   Yes, any answers I -- yeah.  I mean, I see
10:48:26  15   there's a lot of blanks, a lot of empty spaces I didn't
10:48:34  16   answer, but any others, yes.
10:48:38  17      Q.   Did you speak with anybody about what you
10:48:39  18   should write in your survey responses?
10:48:42  19      A.   Nope.
10:48:44  20      Q.   And did the lawsuit influence your survey
10:48:47  21   responses, the answers that you put?
10:48:50  22           MR. VALDIVIESO:  Objection to form.
10:48:53  23           THE WITNESS:  I don't think so.
10:48:56  24      Q.   BY MS. MULL:  And do you understand that you
10:48:57  25   have an obligation to respond to all of the questions in
```

28

```
10:49:00   1   the survey?
10:49:01   2      A.   Yes.
10:49:01   3      Q.   But you mentioned that there were some blank
10:49:04   4   spaces in the survey; right?
10:49:05   5      A.   Yes.  I remember when I was answering, for some
10:49:10   6   reason the website didn't work all the way.  So I see the
10:49:14   7   second part is all blank.  So maybe I didn't have a
10:49:18   8   chance to get through it because I -- yeah.
10:49:26   9      Q.   I'll direct you to Question 39 and 40.
10:49:37  10      A.   Thirty-nine.
10:49:40  11      Q.   And those questions are about whether you
10:49:45  12   attended classes.  Thirty-eight asks whether you attended
10:49:49  13   classes with the au pair host family, and then it asks
10:49:52  14   you to identify what institutions and the name of the
10:49:55  15   courses, but you didn't fill out that information.
10:49:57  16      A.   Um-hum.
10:49:58  17      Q.   Why didn't you fill out that information?
10:50:00  18      A.   I think the website didn't work.  That's why --
10:50:02  19   I don't remember the question.
10:50:06  20      Q.   Okay.  And when you went to attend -- when you
10:50:10  21   attended courses, which family did you attend courses
10:50:13  22   with?
10:50:17  23      A.   Not the first one -- actually, all of them --
10:50:21  24   all of them because I started with the first family, and
10:50:29  25   I worked just for three months with them.  Then I had the
```

7 (Pages 25 to 28)

Hunter + Geist, Inc.                                    GAP Supp. App. 0010
scheduling@huntergeist.com  *  303-832-5966  *  800-525-8490

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 14-cv-03074-CMA-KMT
 3    _____

 4              VIDEOTAPE DEPOSITION OF:
                YANRU ZHANG - March 14, 2018
 5    _____

 6    JOHANA PAOLA BELTRAN, et al.,

 7    Plaintiffs,

 8    v.

 9    INTEREXCHANGE, INC., et al.,

10    Defendants.
      _____
11
              PURSUANT TO NOTICE, the videotape
12    deposition of YANRU ZHANG, via Zoom Conference, was
      taken on behalf of the Defendant, American Cultural
13    Exchange, LLC, at 370 17th Street, Suite 4500, Denver,
      Colorado 80202, on March 14, 2018 at 3:24 p.m., before
14    Tracy R. Stonehocker, Certified Realtime Reporter,
      Registered Professional Reporter and Notary Public
15    within Colorado.

16

17

18

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

GAP Supp. App. 0014

YANRU ZHANG - 3/14/2018
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

---

**25**

```
03:56:07   1   anything, did you do to prepare for this deposition
03:56:12   2   today?
03:56:12   3        A.  Nothing.  Just come here.
03:56:18   4        Q.  Did you review any documents to prepare
03:56:21   5   for your testimony today?
03:56:23   6        A.  No.
03:56:31   7        Q.  Other than conversations with your
03:56:33   8   attorney, did you have any conversations with anyone
03:56:37   9   about your deposition today?
03:56:41  10        A.  No.
03:56:42  11        Q.  Back when you were looking at -- let me
03:56:57  12   start that over again.  What is your understanding of
03:56:59  13   the au pair program?
03:57:00  14        A.  When I was in China, my school had a
03:57:11  15   program that that you can go to overseas, study
03:57:18  16   English, learning a new culture, but you had to pay
03:57:22  17   around like $5,000 and you study there for two years.
03:57:31  18   Basically that's what I thought about au pair.
03:57:38  19        Q.  So to be clear, when you say your school
03:57:41  20   had a program, was it referring to the au pair
03:57:44  21   program?
03:57:44  22        A.  In China, in my college, yes.
03:57:50  23        Q.  Did you have any understanding of what
03:57:52  24   the purpose of the au pair program is?
03:57:55  25        A.  Its goal was to learn English, learn new
```

**26**

```
03:58:04   1   culture in America.  Two years.  This is a program.
03:58:18   2   Exchange culture program.
03:58:20   3        Q.  What understanding, if any, did you have
03:58:23   4   about the role of the Department of State in the au
03:58:27   5   pair program?
03:58:27   6        A.  I don't understand.
03:58:31   7        Q.  Did you know at that time that the
03:58:35   8   Department of State has anything to do with the au
03:58:39   9   pair program?
03:58:45  10        A.  I don't know.
03:58:48  11        Q.  Is that I don't know like you don't
03:58:50  12   remember or you don't know they were --
03:58:54  13        A.  No, I don't -- I don't know the state
03:58:58  14   when I was in China.  I don't know.
03:59:02  15        Q.  So you did not know that the Department
03:59:04  16   of State was involved?
03:59:05  17        A.  No.  Nobody tell us.
03:59:10  18        Q.  Did you have any knowledge about the J1
03:59:14  19   Visa program?
03:59:14  20        A.  Yes.
03:59:17  21        Q.  What was that understanding?
03:59:22  22        A.  Is exchange culture program for student
03:59:29  23   who come to America to do study.  You can have J1
03:59:40  24   Visa, but you -- you don't have permission to go out
03:59:46  25   and work.  And this is all I know about J1 Visa.
```

**27**

```
03:59:53   1        Q.  And thank you for that explanation.  I
03:59:55   2   appreciate it.  What led to your decision to explore
04:00:02   3   the au pair program?
04:00:03   4        A.  I want to learn English.
04:00:08   5        Q.  Anything else?
04:00:09   6        A.  Just learn English.
04:00:14   7        Q.  Did you have any desire to come to the
04:00:17   8   United States?
04:00:18   9        A.  Yeah, come here, learn English and learn
04:00:26  10   the culture.
04:00:28  11        Q.  When you were first looking into the au
04:00:32  12   pair program, did you have any hope that you would
04:00:37  13   stay in the United States long term?
04:00:39  14        A.  No.
04:00:45  15        Q.  Was living with a host family part of
04:00:52  16   your decision to join the au pair program?
04:00:54  17        A.  Yes.
04:01:02  18        Q.  Explain how that was.
04:01:04  19        A.  I can learn the culture with the host
04:01:12  20   family.
04:01:12  21        Q.  Did you think you would be able to learn
04:01:16  22   culture living with a host family in a way that you
04:01:20  23   wouldn't living by yourself in the United States?
04:01:22  24        A.  I didn't think that much when I was in
04:01:30  25   China.
```

**28**

```
04:01:31   1        Q.  Was living with a host family a
04:01:37   2   desirable aspect of the program for you?
04:01:40   3        A.  Yeah, because I would have my own room.
04:01:48   4        Q.  Did the amount of the weekly stipend
04:01:53   5   factor into your decision at all?
04:01:54   6        A.  I don't understand question.
04:01:58   7        Q.  Was the amount that you would be paid as
04:02:02   8   an au pair one of the things that you thought about
04:02:06   9   when you were deciding whether to join the program?
04:02:08  10        A.  Again, this program is more to learn a
04:02:18  11   culture.  My purpose at beginning was not come from
04:02:25  12   making money, so I just been told that I would get
04:02:30  13   less than $200 per week, so that's all.
04:02:36  14        Q.  So you were focused on the cultural
04:02:41  15   aspect of the experience?
04:02:43  16        A.  Yep, because I just graduated from
04:02:46  17   school.  I want to improve myself, not think about
04:02:51  18   money.
04:02:51  19        Q.  Do you think that you were able to
04:02:54  20   improve yourself while you were an au pair?
04:02:57  21        A.  Yes.
04:02:58  22        Q.  How is that?
04:02:59  23        A.  Because I have to speak English.
04:03:09  24        Q.  When you were looking into the au pair
04:03:13  25   program, were you considering any other opportunities
```

7 (Pages 25 to 28)