**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
   and those similarly situated,

   Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

   Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RATIONALIZE THE PROCEDURE AND PAGE IMITS FOR CULTURAL CARE'S DISPOSITIVE MOTION [ECF No. 1043]**

---

1

2

The Court has reviewed Plaintiffs' Motion to Rationalize the Procedure and Page Limits for Cultural Care's Dispositive Motion ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

Cultural Care's motion to dismiss Plaintiffs' Third Amended Complaint is **DISMISSED** without prejudice**.**

Alternatively, the Court construes Cultural Care's motion to dismiss Plaintiffs' Third Amended Complaint as a motion for summary judgment.  Cultural Care shall have a total of 3 further pages for supplemental summary judgment briefing.  Further, Plaintiffs shall be entitled to a total of 27 pages for their supplemental summary judgment briefing.

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Christine M. Arguello
United States District Judge