**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF
PLAINTIFFS' MOTION TO RATIONALIZE THE PROCEDURE AND PAGE LIMITS
FOR CULTURAL CARE'S DISPOSITIVE MOTIONS [ECF No. 1043]**

I, SEAN P. RODRIGUEZ, declare as follows:

1. I am a partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice law in the State of California, and I am admitted to practice before this Court.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Motion to Rationalize the Procedure and Page Limits for Cultural Care's Dispositive Motions [ECF No. 1043].

4. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between Cultural Care's counsel and Plaintiffs' counsel, regarding conferral related to Cultural Care's motion to dismiss, dated April 25-26, 2018.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a notice of deposition to Ms. Linda Elizabeth, a named Plaintiff for a Cultural Care class, for a deposition on May 14, 2018.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a notice of deposition to Ms. Cathy Caramelo, a named Plaintiff for a Cultural Care class, for a deposition on May 30, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of April, 2018, at Oakland, California.

    Respectfully submitted,

    /s/ Sean P. Rodriguez
    Sean P. Rodriguez
    BOIES SCHILLER FLEXNER LLP
    1999 Harrison Street, Suite 900

Oakland, California 94612
Tel. (510) 874-1000
Fax. (510) 874-1460
srodriguez@bsfllp.com

*Counsel for Plaintiffs*