# **EXHIBIT 1**

**From:** Sean Rodriguez
**Sent:** Thursday, April 26, 2018 7:44 AM
**To:** 'Wolosz, Justin J.'; 'O'Keefe, Kevin P.'; Joshua Libling; Dawn Smalls; Juan Valdivieso; Byron Pacheco
**Cc:** 'Lukey, Joan'; 'Kruzer, Lyndsey M.'; 'James Lyons'; 'Diane Hazel'
**Subject:** RE: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Ok


-----Original Message-----
**From:** Wolosz, Justin J. [jwolosz@choate.com]
**Sent:** Thursday, April 26, 2018 10:41 AM Eastern Standard Time
**To:** Sean Rodriguez; O'Keefe, Kevin P.; Joshua Libling; Dawn Smalls; Juan Valdivieso; Byron Pacheco
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; James Lyons; Diane Hazel
**Subject:** RE: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Sorry, if it's OK with you, let's say 3:00 PM eastern/noon pacific.  Same number.  Thanks –

Justin

Justin J. Wolosz

**CHOATE**

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

**From:** Wolosz, Justin J.
**Sent:** Thursday, April 26, 2018 9:35 AM
**To:** Sean Rodriguez; O'Keefe, Kevin P.; Joshua Libling; Dawn Smalls; Juan Valdivieso; Byron Pacheco
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; James Lyons; Diane Hazel
**Subject:** RE: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Sean –

Let's talk at 2:00 PM eastern/11:00 AM Pacific.  1-888-633-8784; Passcode 617 248 5221.

1

Justin

Justin J. Wolosz

**CHOATE**

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

---

**From:** Sean Rodriguez [mailto:srodriguez@BSFLLP.com]
**Sent:** Wednesday, April 25, 2018 11:28 PM
**To:** Wolosz, Justin J.; O'Keefe, Kevin P.; Joshua Libling; Dawn Smalls; Juan Valdivieso; Byron Pacheco
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; James Lyons; Diane Hazel
**Subject:** RE: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Justin,

To be clear, I never said "eliminates" or "basis." I referred to inefficiency and wastefulness.

As for amendment, please see Judge Arguello's Practice Standard 7.1D. If we're going to do full-blown motion practice on an amended pleading we will need to comply with that Standard.

The clarification order I was thinking of is DE 539 (footnote 4).

I'm pretty flexible tomorrow before 6pm your time.

Best,
Sean

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Wednesday, April 25, 2018 7:42 PM
**To:** Sean Rodriguez <srodriguez@BSFLLP.com>; O'Keefe, Kevin P. <kokeefe@choate.com>; Joshua Libling <jlibling@BSFLLP.com>; Dawn Smalls <DSmalls@BSFLLP.com>; Juan Valdivieso <JValdivieso@BSFLLP.com>; Byron Pacheco <bpacheco@BSFLLP.com>
**Cc:** Lukey, Joan <joan.lukey@choate.com>; Kruzer, Lyndsey M. <lkruzer@choate.com>; James Lyons <jlyons@lrrc.com>; Diane Hazel <dhazel@lrrc.com>
**Subject:** Re: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Sean,

We do not agree that the summary judgment process eliminates the basis for Cultural Care's motion to dismiss, nor do we agree that plaintiffs have leave to add further allegations to the complaint as you suggest. We disagree with other points you raise as well.

What time are you available tomorrow to confer? Also, could you give us the docket number of the "clarification order" that you reference just to make sure we are on the same page?

2

Thanks,

Justin

Justin J. Wolosz
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221<tel:617.248.5221>
f 617.502.5221<tel:617.502.5221>
jwolosz@choate.com<mailto:jwolosz@choate.com>
www.choate.com<http://www.choate.com/>
-------- Original message --------
From: Sean Rodriguez <srodriguez@BSFLLP.com>
Date: 4/25/18 8:34 PM (GMT-05:00)
To: "O'Keefe, Kevin P." <kokeefe@choate.com>, Joshua Libling <jlibling@BSFLLP.com>, Dawn Smalls <DSmalls@BSFLLP.com>, Juan Valdivieso <JValdivieso@BSFLLP.com>, Byron Pacheco <bpacheco@BSFLLP.com>
Cc: "Lukey, Joan" <joan.lukey@choate.com>, "Wolosz, Justin J." <jwolosz@choate.com>, "Kruzer, Lyndsey M." <lkruzer@choate.com>, James Lyons <jlyons@lrrc.com>, Diane Hazel <dhazel@lrrc.com>
Subject: RE: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Kevin,

You'll soon be filing a supplemental motion for summary judgment, so we don't understand adding a motion to dismiss to the pile. If you're concerned that not moving to dismiss the new material in the complaint could be some form of waiver in these circumstances, I assure you we take no such unreasonable view.

For those and other reasons we think a motion to dismiss is ill advised and wasteful. However, if you plan to proceed, we have the following initial queries:

1. The Court has explained the state of the statute of limitations law of the case several times. Why wasn't this issue (with respect to the pleading stage) already resolved by last year's clarification order?

2. We can add allegations if you like, but the request here seems to be for some magic words. The facts pled, the facts judicially noticeable, and the law of the case make additional allegations redundant.

3. Same as item (2). In addition, the fiduciary duty issues have been litigated in several postures.

4. As we explained most recently in the summary judgment opposition, this is a feature, not a bug; to the extent any consumer protection claim requires the absence of an employment relationship, it is a claim in the alternative, in the event the defendants are not joint employers.

5. As indicated above, we don't understand why this needs additional motion practice when it will surely be addressed, as a matter of law, in your supplemental MSJ.

Thanks,
Sean

From: O'Keefe, Kevin P. [mailto:kokeefe@choate.com]
Sent: Wednesday, April 25, 2018 1:49 PM

3

To: Joshua Libling <jlibling@BSFLLP.com>; Dawn Smalls <DSmalls@BSFLLP.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; Juan Valdivieso <JValdivieso@BSFLLP.com>; Byron Pacheco <bpacheco@BSFLLP.com>
Cc: Lukey, Joan <joan.lukey@choate.com>; Wolosz, Justin J. <jwolosz@choate.com>; Kruzer, Lyndsey M. <lkruzer@choate.com>; James Lyons <jlyons@lrrc.com>; Diane Hazel <dhazel@lrrc.com>
Subject: Beltran v. InterExchange - Conferral Regarding Third Amended Complaint

Counsel,

Pursuant to Judge Arguello's Civil Practice Standard 7.1D(a), we write to confer with respect to Cultural Care's planned motion to dismiss in part the Third Amended Complaint. We have outlined below the issues we plan to raise in the motion. We do not believe any of these issues are subject to being corrected as discussed in Civil Practice Standard 7.1D(a), but we remain available to confer.

1. Ms. Elizabeth is not a member of the Pennsylvania Cultural Care Subclass, and her claims under Pennsylvania law, which accrued in 2007, are barred by the applicable statutes of limitations.
2. The Third Amended Complaint does not plead that Mses. Caramelo and Elizabeth had more than an arms-length, commercial relationship with Cultural Care, and therefore their breach of fiduciary duty claims are deficient under Pennsylvania and Texas law.
3. The Third Amended Complaint does not include sufficient allegations to establish that Mses. Caramelo and Elizabeth had a relationship of trust and confidence with Cultural Care cognizable under Pennsylvania and Texas law, and therefore their constructive fraud claims are deficient under those states' laws.
4. The consumer protection laws of Pennsylvania and Texas apply only to consumer purchases of goods and services, and do not apply in a purported employment context.
5. Mses. Caramelo and Elizabeth cannot plead claims under the Texas Minimum Wage Act, as there are statutory exemptions for domestic workers and workers covered under the FLSA. In addition, the Texas Minimum Wage Act does not require payment of overtime wages.

Please respond as to whether Plaintiffs wish to confer further regarding these deficiencies and Civil Practice Standard 7.1D(a). Thanks


Kevin P. O'Keefe

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4025
f 617-502-4025
kokeefe@choate.com
www.choate.com<http://www.choate.com>


_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-

617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com<http://choate.com>

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com