# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**NOTICE OF DEPOSITION**

---

**TO:**    Dawn L. Smalls
Boies Schiller & Flexner, LLP
575 Lexington Avenue
7th Floor
New York, NY 10022

Alexander Neville Hood
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218

Defendants' Distribution as listed on Exhibit 1

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Cultural Care, Inc., will take the deposition upon oral examination of **Cathy Caramelo,** served c/o Dawn L. Smalls, Boies, Schiller & Flexner LLP, 7th Floor, 575 Lexington Avenue, New York, NY 10022 at **9:00 A.M. Central Time on Wednesday, May 30, 2018,** at the office of **Ogletree Deakins, 8117 Preston Rd #500, Dallas, TX 75225**, before a Certified Court Reporter and Notary Public, or other competent authority authorized to

administer oaths.  The deposition also will be recorded by videotape technology.  The deposition shall continue from day to day until completed.

You are invited to attend and cross-examine.

Dated:  April 25, 2018

/s/ Lyndsey M. Kruzer
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair

2

# EXHIBIT 1
# DEFENDANTS' DISTRIBUTION LIST

| Name | Email |
|---|---|
| Brooke A. Colaizzi | bcolaizzi@shermanhoward.com |
| Heather F. Vickles | hvickles@shermanhoward.com |
| Raymond Myles Deeny | rdeeny@shermanhoward.com |
| Joseph H. Hunt | jhunt@shermanhoward.com |
| Alyssa L. Levy | alevy@shermanhoward.com |
| William J. Kelly III | wkelly@kellywalkerlaw.com |
| Chandra M. Feldkamp | cfeldkamp@kellywalkerlaw.com |
| Meshach Y. Rhoades | mrhoades@armstrongteasdale.com |
| Martin J. Estevao | mestevao@armstrongteasdale.com |
| Vance O. Knapp | vknapp@armstrongteasdale.com |
| Bogdan Enica | bogdane@hotmail.com |
| David B. Meschke | dmeschke@bhfs.com |
| Martha L. Fitzgerald | mfitzgerald@bhfs.com |
| Adam Hubbard | aahubbard@hollandhart.com |
| James E. Hartley | jhartley@hollandhart.com |
| Jonathan S. Bender | jsbender@hollandhart.com |
| Thomas B. Quinn | tquinn@gordonrees.com |
| Peggy Kozal | pkozal@gordonrees.com |
| Nathan Huey | nhuey@gordonrees.com |
| Jennifer Arnett-Roehrich | Jarnett-roehrich@grsm.com |
| Susan M. Schaecher | sschaecher@laborlawyers.com |
| Joseph B. Cartafalsa | joseph.cartafalsa@ogletree.com |
| Stephen J. Macri | stephen.macri@ogletree.com |
| Robert M. Tucker | robert.tucker@ogletree.com |
| Eric J. Stock | estock@gibsondunn.com |
| Kathryn A. Reilly | reilly@wtotrial.com |
| Natalie Elizabeth West | west@wtotrial.com |
| Brett Mull | mull@wtotrial.com |
| Brian Alan Birenbach | brian@rietzlawfirm.com |
| Lawrence D. Stone | lstone@nixonshefrin.com |
| Kathleen E. Craigmile | kcraigmile@nixonshefrin.com |
| Aubrey J. Markson | amarkson@nixonshefrin.com |
| Susan Penniman Klopman | sklopman@hklawllc.com |