**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING ON
MOTION TO RATIONALIZE THE PROCEDURE FOR
CULTURAL CARE'S DISPOSITIVE MOTIONS [ECF No. 1047]**

Plaintiffs move pursuant to CMA Civ. Practice Standard 7.1A(g) for a forthwith hearing regarding their Motion to Rationalize the Procedure for Cultural Care's Dispositive Motions (the "Underlying Motion") [ECF No. 1047].  The relief sought will conserve judicial and party resources, enhance efficiency, reduce unnecessary briefing, and avoid duplicative arguments.

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(A)**

Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs informed Defendant Cultural Care that Plaintiffs would seek forthwith consideration on April 30, 2018.  Counsel for Cultural Care consents to the motion, and the expedited briefing schedule requested herein.

**ARGUMENT**

As explained more fully in the Underlying Motion, Cultural Care filed a 17-page motion to dismiss the Third Amended Complaint, and also intends to file a supplemental summary judgment motion in early June.  Plaintiffs' position is that the two rounds of briefing are unnecessary.  Cultural Care disagrees.

Plaintiffs therefore seek forthwith treatment of the Underlying Motion because time is of the essence: Cultural Care has already filed the motion to dismiss, and Plaintiffs' opposition is due May 18, 2018; the parties are in the process of conducting discovery on the additional named Plaintiffs, which will be complete by June 1, 2018; and the parties (with the Court's permission, *see* ECF No. 1027) intend to submit supplemental summary judgment filings on June 8, 2018.  Given the impending deadlines, good cause exists for the Court to determine this matter expeditiously.  Absent forthwith treatment, the parties will be forced to engage in the unnecessary motion practice that the Underlying Motion seeks to avoid.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs' motion for forthwith treatment should be granted, as follows:

- Cultural Care's Opposition shall be due no later than 72 hours from the time the Court enters an order granting forthwith treatment of the Underlying Motion;

- Plaintiffs' Reply, if any, shall be due no later than 24 after submission of Cultural Care's Opposition.

Dated: April 30, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ *Sean P. Rodriguez*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

                TOWARDS JUSTICE
                Alexander Hood
                1535 High Street, Suite 300
                Denver, Colorado  80218
                Tel: (720) 239-2606
                Fax: (303) 957-2289
                alex@towardsjustice.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Sean P. Rodriguez*
                                                    Sean P. Rodriguez