**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A FORTHWITH HEARING ON MOTION TO RATIONALIZE THE PROCEDURE AND PAGE LIMITS FOR CULTURAL CARE'S DISPOSITIVE MOTIONS [ECF No. 1049]**

---

The Court has reviewed Plaintiffs' Motion For a Forthwith Hearing on Motion to

Rationalize the Procedure and Page Limits for Cultural Care's Dispositive Motion

1

("Motion"), Plaintiffs' Motion to Rationalize the Procedure and Page Limits for Cultural Care's Dispositive Motion (ECF No. 1047, the "Underlying Motion"), and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**, as follows:

- Cultural Care's Opposition to the Underlying Motion shall be due no later than 72 hours after the entry of this Order;
- Plaintiffs' Reply in support of the Underlying Motion, if any, shall be due no later than 24 after submission of Cultural Care's Opposition.

.

DATED this ___ day of _____ 2018.

                                                        **BY THE COURT**:

_____
**Hon. Christine M. Arguello**
**United States District Judge**