**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DECLARATION OF DAWN L. SMALLS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT EXPERT AUPAIR'S
MOTION TO COMPEL DISCOVERY [ECF No. 978]**

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Supreme Court, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts, and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Opposition to Defendant Expert AuPair's Motion to Compel Discovery [ECF No. 978].

4. Attached hereto as **Exhibit 1** is a true and correct copy of an email from Bogdan Enica to counsel, dated November 8, 2017. Upon receiving the discovery requests attached as **Exhibit 1**, one opt-in withdrew from the lawsuit.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Bogdan Enica to counsel, dated December 8, 2017. Expert AuPair listed 8 *au pairs*, but one of the eight had never opted-in to the case.

6. In January 2018, Plaintiffs provided written discovery responses to Expert AuPair for 6 *au pairs*, as well as legal objections from Plaintiffs' counsel.

7. Expert AuPair produced 1,927 pages of documents from opt-in *au pairs'* personnel files in its possession in response to Plaintiffs' various document requests.

8. Expert AuPair deposed 7 *au pairs*, amounting to over 12 hours of testimony. Five of these seven *au pairs* provided written discovery, one *au pair* provided no written discovery prior to the deposition, and Expert AuPair never requested written discovery from the seventh *au pair*.

9. The depositions of the two opt-ins that Expert AuPair states "did not provide any answers to written discovery or documents responsive to requests for production" each took less than 2 hours of record time.

10. During its depositions of opt-ins, Expert AuPair frequently used many of the documents it had from its own files as exhibits.

11. Plaintiffs have made multiple productions of documents collected from opt-ins to Expert AuPair, totaling approximately 550 pages. Plaintiffs have also made multiple productions of documents collected from Named Plaintiff, and Expert AuPair class representative, Nicole Mapledoram, totaling approximately 2,016 pages.

12. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' Seventh Request to All Defendants for the Production of Documents, dated September 19, 2017.

13. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced to Plaintiffs by Defendant Expert AuPair, bearing production numbers ExpertAuPair060318-23, the "Employment Contract" between Expert AuPair opt-in Jessica Pardim Araujo and her host family.

14. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced to Plaintiffs by Defendant Expert Au Pair, bearing production numbers

ExpertAuPair061262-68, the "Employment Contract" between Expert AuPair opt-in Ired Sevilla and her host family.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of April, 2018, at New York, New York.

Respectfully submitted,

/s/ *Dawn L. Smalls*
Dawn L. Smalls
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel. (212) 446-2300
Fax. (212) 446-2350
dsmalls@bsfllp.com

*Counsel for Plaintiffs*
