# Exhibit 1

**From:** B. Enica [mailto:bogdane@hotmail.com]
**Sent:** Wednesday, November 08, 2017 11:29 AM
**To:** Lawrence D. Stone; Kathleen E. Craigmile; 'jfulfree@putneylaw.com'; 'jcartafalsa@putneylaw.com'; 'rtucker@putneylaw.com'; smacri@putneylaw.com; Buchanan, Bob; Gass, Michael T.; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James M. Lyons; Jessica Fuller; Hazel, Diane; B. Enica; Bill Kelly; Chanda Feldkamp; Brian Birenbach; 'Reilly, Katie'; fox@wtotrial.com; West, Natalie; Jim Hartley; Adam A. Hubbard; Jonathan Bender; Martha Fitzgerald; David Meschke; Quinn, Thomas B.; Peggy Kozal; 'jvedra@gordonrees.com'; Nathan Huey; Meshach Rhoades; Martin Estevao; Vance Knapp; 'sklopman@hklawllc.com'; Lauren Louis; Sigrid McCawley; Sabria McElroy; Sean Rodriguez; Juan Valdivieso; Dawn Smalls
**Subject:** Beltran v InterExchange: Expert AuPair's Opt-In Plaintiff Discovery Requests

Counsel:

Please find attached Expert AuPair's Interrogatories, Requests for Production and Requests for admission to the following FLSA Opt-In Plaintiffs:

Barbara Decares

Carolina Davila

Katarzyna Kasprowicz

Lara Shaline Bergmann

Elina Lubnevska

Paula Rafaele Aud

Zarina Ilyassova

Charlotte Woolgar

Courtney Louise Flynn

Ired Sevilla

Agnes Hodi

Monica Botero Motta

Very truly yours,

Bogdan Enica, Esq.

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in

error, please delete it and all copies, and notify me immediately by phone. Thank you.