# Exhibit 2

-----Original Message-----
**From:** B. Enica [bogdane@hotmail.com]
**Sent:** Friday, December 08, 2017 08:47 PM Eastern Standard Time
**To:** LStone@nixonshefrin.com; kcraigmile@nixonshefrin.com; jfulfree@putneylaw.com; jcartafalsa@putneylaw.com; rtucker@putneylaw.com; smacri@putneylaw.com; rbuchanan@choate.com; mgass@choate.com; jwolosz@choate.com; lkruzer@choate.com; kokeefe@choate.com; jlyons@lrrc.com; jfuller@lrrc.com; dhazel@lrrc.com; wkelly@kellywalkerlaw.com; cfeldkamp@kellywalkerlaw.com; brian@rietzlawfirm.com; reilly@wtotrial.com; fox@wtotrial.com; west@wtotrial.com; aahubbard@hollandhart.com; jhartley@hollandhart.com; jsbender@hollandhart.com; mfitzgerald@bhfs.com; dmeschke@bhfs.com; tquinn@gordonrees.com; pkozal@gordonrees.com; jvedra@gordonrees.com; nhuey@grsm.com; mrhoades@armstrongteasdale.com; mestevao@armstrongteasdale.com; vknapp@armstrongteasdale.com; sklopman@hklawllc.com; Dawn Smalls; Lauren Louis; Sigrid McCawley; Sean Rodriguez; Juan Valdivieso; B. Enica
**Subject:** Beltran v InterExchange: Expert AuPair's Opt-In Plaintiff Discovery Requests (December 8, 2017)

Counsel:

Please find attached Expert AuPair's Interrogatories, Requests for Production and Requests for Admission to the following FLSA Opt-In Plaintiffs:

Erik Kolovos Ortega

Paula Johnston

Jessica Pardim Araujo

Stalislava Knysh

Shih-Hui Peng

Jessica Moreira Severino

Jessica Moreira Pinheiro

Mari Neyde Aprecida Silva

Very truly yours,

Bogdan Enica, Esq.

This communication is intended solely for the use of the addressee(s) and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. Unauthorized disclosure or use of this information is strictly prohibited. If you are not the intended recipient, or the employee or agent

responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it and all copies, and notify me immediately by phone. Thank you.