# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

_____/

**PLAINTIFFS' SEVENTH REQUEST TO ALL DEFENDANTS
FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs, by and through their undersigned attorneys, hereby request that each Defendant in this action produces the documents and things designated herein for inspection at the offices of Boies Schiller Flexner LLP, 575 Lexington Avenue, New York, New York, 10022, within thirty (30) days as provided by the Federal Rules of Civil Procedure. This request for documents shall be read and interpreted in accordance with the definitions and instructions identified below.

**DEFINITIONS AND INSTRUCTIONS**

Plaintiffs incorporate by reference all the instructions, definitions and rules contained in the Federal Rules of Civil Procedure, as well as the applicable instructions and for purposes of this request for production, the following instructions and definitions shall apply:

    1.    The terms "you" and "your" include the person(s) to whom these

requests are addressed, and all of that person's agents, representatives, and attorneys.

    2.    The singular of each word shall be construed to include its plural and vice-versa, and the root word and all derivations (i.e., "ing," "ed," etc.) shall be construed to include each other. The words "and" as well as "or" shall be construed both conjunctively and disjunctively.

    3.    The word "any" shall be construed to include "all" and vice-versa.

    4.    The present tense shall be construed to include the past tense and vice-versa.

    5.    The term "concerning" means relating to, referring to, describing, evidencing or constituting.

    6.    The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in F.R.C.P. 34(a)(1)(A). A draft of a non-identical copy is a separate document within the meaning of this term.

    7.    The terms "communication" or "communications" means any document intended to convey information from one person to another in whatever form.

    8.    The term "Electronically stored information" or ESI is defined to be synonymous in meaning and equal in scope to the usage of "electronically stored information" in F.R.C.P. 34(a)(1)(A).

    a.    All electronically stored information ("ESI") shall be produced as multi- page TIFF files with multi-page text files, and IPRO (.lfp), Opticon (.opt) and Summation (.dii) load files shall be provided, along with a separate ASCII delimited text file for metadata. Except for documents produced as paper, the metadata fields

will include the following fields: Beginning Doc #; Ending Doc #; Beginning Attachment #; Ending Attachment #; MD5HASH; Date last modified; Date sent; Date created; Date received; Author; Sent on behalf of; From; To; CC; BCC; File extension; Custodian; Subject; and File Name. Excel documents shall be produced natively, unless they are redacted. Text files shall be provided for each document with text either extracted from a native text layer or, if none exists, with text generated via OCR.

9. If the requested documents are maintained in a file, the file folder is included in the request for production of those documents.

10. The term "Opt-In" shall mean any au pair who has a consent to join form for any certified or conditionally certified class in this litigation, except that an au pair who subsequently withdraws their consent to join any certified or conditionally certified class shall not be considered an "Opt-In."

**DOCUMENTS REQUESTED**

**Document Request No. 1**

All documents concerning any Opt-In.

Dated: September 19, 2017

                              Respectfully submitted,

                              BOIES SCHILLER FLEXNER LLP

By:   /s/ Dawn L. Smalls
       Matthew L. Schwartz
       Peter M. Skinner
       Randall W. Jackson
       Dawn L. Smalls
       575 Lexington Avenue
       New York, NY 10022
       Tel: (212) 446-2300
       Fax: (212) 446-2350
       mlschwartz@bsfllp.com
       pskinner@bsfllp.com
       rjackson@bsfllp.com
       dsmalls@bsfllp.com

       Sigrid S. McCawley
       Lauren Fleischer Louis
       401 E. Las Olas Blvd., Suite 1200
       Fort Lauderdale, FL 33301
       Tel: (954) 356-0011
       Fax: (954) 356-0022
       Smccawley@bsfllp.com
       llouis@bsfllp.com

       Alexander Hood
       TOWARDS JUSTICE
       1535 High Street, Suite 300
       Denver, Colorado 80218
       Tel: (720) 239-2606
       Fax: (303) 957-2289
       alex@towardsjustice.org

       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2017, I served a true and correct copy of the foregoing via email on the individuals listed below.

| | |
|---|---|
| Matthew Lane Schwartz | mlschwartz@bsfllp.com |
| Peter Murray Skinner | pskinner@bsfllp.com |
| Randall Wade Jackson | rjackson@bsfllp.com |
| Sigrid Stone McCawley | smccawley@bsfllp.com |
| Lauren Fleischer Louis | llouis@bsfllp.com |
| Sabrina Alexandria McElroy | smcelroy@bsfllp.com |
| Dawn L. Smalls | dsmalls@bsfllp.com |
| Sean P. Rodriguez | srodriguez@bsfllp.com |
| Joshua J. Libling | jlibling@bsfllp.com |
| Byron Pacheco | bpacheco@bsfllp.com |
| Juan Valdivieso | jvaldivieso@bsfllp.com |
| Alexander Hood | alex@towardsjustice.org |
| Brooke A. Colaizzi | bcolaizzi@shermanhoward.com |
| Raymond Myles Deeny | rdeeny@shermanhoward.com |
| Alyssa Lauren Levy | alevy@shermanhoward.com |
| Heather F. Vickles | hvickles@shermanhoward.com |
| Joseph H. Hunt | jhunt@shermanhoward.com |
| William J. Kelly III | wkelly@kellywalkerlaw.com |
| Chandra M. Feldkamp | cfeldkamp@kellywalkerlaw.com |
| Meshach Y. Rhoades | mrhoades@armstrongteasdale.com |
| Martin J. Estevao | mestevao@armstrongteasdale.com |
| Vance O. Knapp | vknapp@armstrongteasdale.com |
| Bogdan Enica | bogdane@hotmail.com |
| David B. Meschke | dmeschke@bhfs.com |
| Martha L. Fitzgerald | mfitzgerald@bhfs.com |
| Adam Hubbard | aahubbard@hollandhart.com |
| James E. Hartley | jhartley@hollandhart.com |
| Jonathan S. Bender | jsbender@hollandhart.com |
| Diane Hazel | dhazel@lrrc.com |
| James Lyons | jlyons@lrrc.com |
| Jessica Fuller | jfuller@lrrc.com |
| Joan A. Lukey | joan.lukey@choate.com |
| Justin J. Wolosz | jwolosz@choate.com |
| Kevin O'Keefe | kokeefe@choate.com |
| Lyndsey M. Kruzer | lkruzer@choate.com |
| Michael T. Gass | mgass@choate.com |
| Robert M. Buchanan | rbuchanan@choate.com |
| Heather Kelly | hkelly@gordonrees.com |
| Jennifer Roehrich | jarnett-roehrich@grsm.com |
| Jennifer Vedra | jvedra@gordonrees.com |
| Nathan Huey | nhuey@gordonrees.com |
| Peggy Kozal | pkozal@gordonrees.com |
| Thomas B. Quinn | tquinn@gordonrees.com |
| Brian Alan Birenbach | brian@rietzlawfirm.com |
| Grace Anne Fox | fox@wtotrial.com |

| | |
|---|---|
| Kathryn A. Reilly | reilly@wtotrial.com |
| Natalie Elizabeth West | west@wtotrial.com |
| Lawrence L. Lee | llee@laborlawyers.com |
| Susan M. Schaecher | sschaecher@laborlawyers.com |
| Eric Stock | estock@gibsondunn.com |
| John B. Fulfree | jfulfree@putneylaw.com |
| Joseph B. Cartafalsa | jcartafalsa@putneylaw.com |
| Robert M. Tucker | rtucker@putneylaw.com |
| Stephen J. Macri | smacri@putneylaw.com |
| Kathleen E. Craigmile | kcraigmile@nixonshefrin.com |
| Lawrence D. Stone | lstone@nixonshefrin.com |

/s/     Dawn L. Smalls