# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

     Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

     Defendants.

---

## DECLARATION OF KEVIN P. O'KEEFE

---

1. My name is Kevin P. O'Keefe. I am an attorney at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New York. I am admitted to the United States District Court for the District of Colorado.

2. I am one of the attorneys representing Defendant Cultural Care, Inc. ("CCI") in the above-captioned case. I have personal knowledge of the matters set forth herein.

3. Following entry of this Court's April 9, 2018 Order directing Plaintiffs to file a Third Amended Complaint with three new named Plaintiffs (*see* ECF No. 977), CCI contacted Plaintiffs' counsel to discuss scheduling of depositions and supplemental summary judgment submissions. The email exchange that occurred over the period of April 10, 2018 through April 19, 2018 is attached hereto as Exhibit 1.

4. On April 24, 2018, Plaintiffs, CCI, and Defendant American Institute for Foreign Study, d/b/a Au Pair in America ("APIA") filed a Joint Motion for Relief from Scheduling Order and for Supplemental Briefing (ECF No. 1027).

5. At no time during the conferral process that occurred over the period of April 10-24, 2018 did Plaintiffs' counsel say (or suggest) to me that Plaintiffs would take the position that CCI's supplemental summary judgment filing would extinguish CCI's ability to file a Rule 12 motion to dismiss. If Plaintiffs had said or suggested that they would take this position, CCI would not have agreed to the joint request for a seven-page supplemental submission and three-page reply submission regarding CCI's motion for summary judgment.

6. In accordance with this Court's Civil Practice Standards and the Local Rules, I emailed Plaintiffs' counsel on April 25, 2018 outlining the grounds for Cultural Care's anticipated motion to dismiss in part the Third Amended Complaint in order to begin the conferral process. That email and the exchange that followed over the course of April 25-26, 2018 is attached as Exhibit 1 to Rodriguez Decl., ECF No. 1048-1.

7. My colleague Justin Wolosz and I also had a telephonic meet and confer with Plaintiffs' counsel (Mr. Rodriguez) on April 26, 2018. The email exchange, elaborated upon by Plaintiffs' counsel during the telephonic meet and confer, was the first time that Plaintiffs informed me or, to my knowledge, any other attorney for CCI that Plaintiffs would argue that CCI should not be permitted to file a Rule 12 motion to dismiss, and should be required to include any arguments

2

regarding the Third Amended Complaint in its supplemental summary judgment submission.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 1st day of May 2018.

                                        */s/ Kevin P. O'Keefe*
                                        Kevin P. O'Keefe

# EXHIBIT 1

## O'Keefe, Kevin P.

| | |
|---|---|
| **From:** | Joshua Libling <jlibling@BSFLLP.com> |
| **Sent:** | Thursday, April 19, 2018 1:08 PM |
| **To:** | O'Keefe, Kevin P.; Kruzer, Lyndsey M.; Dawn Smalls |
| **Subject:** | RE: Beltran - Conferral re: Third Amended Complaint and New Named Plaintiffs |

Kevin,

The two plaintiffs you have requested to depose are available to be deposed by May 23.  We will provide precise proposed dates in due course.  Will you draft the proposal for the Court, or would you like us to do it?

With regards to the motion to dismiss, we look forward to conferring at the appropriate time.

Joshua

**Joshua J. Libling**
Counsel

**BOIES SCHILLER FLEXNER** LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212 446 2381
jlibling@bsfllp.com
www.bsfllp.com

---

**From:** O'Keefe, Kevin P. [mailto:kokeefe@choate.com]
**Sent:** Tuesday, April 17, 2018 11:29 PM
**To:** Joshua Libling; Kruzer, Lyndsey M.; Dawn Smalls
**Subject:** RE: Beltran - Conferral re: Third Amended Complaint and New Named Plaintiffs

Hello Joshua,

We are agreeable to taking depositions on consecutive days, provided that the plaintiffs are available within the below timeframe.  Please advise as to their availability.

We are likewise agreeable to the page limits and to coordination with AIFS provided that we can maintain the schedule outlined below, or something close to it.

Finally, with regard to the motion to dismiss, we can discuss options to consolidate briefing during the conferral prior to our filing of the motion.  We note that, based on prior experience, it may be less burdensome to raise legal/pleading issues separate and apart from fact-dependent summary judgment arguments.

---

**From:** Joshua Libling [mailto:jlibling@BSFLLP.com]
**Sent:** Monday, April 16, 2018 10:12 AM
**To:** Kruzer, Lyndsey M.; Dawn Smalls
**Cc:** O'Keefe, Kevin P.
**Subject:** RE: Beltran - Conferral re: Third Amended Complaint and New Named Plaintiffs

Hi Lyndsey,

1

This will mostly for work for Plaintiffs, and certainly works in principle.  We have a couple of comments:

(1) Both Plaintiffs work in Dallas, so unless you envision taking both depositions in one day with the same team, we should plan on consecutive days.  We will need to provide sufficient advance notice for both Plaintiffs to request time off from work.
(2) Plaintiffs will also seek to supplement their summary judgment briefs to include the new classes.  The same schedule is acceptable to us.  Plaintiffs will move, however, on all three of the new classes, so we may need to include APIA in these discussions.  Presuming that Plaintiffs' motion will be opposed by two defendants, Plaintiffs request page limits of 10-7 (each)-6.

With regards to your proposed motion to dismiss, is there a benefit to discussing ways to avoid briefing an additional motion?  Although your email does not provide the basis for your proposed motion, and Plaintiffs reserve all rights, your email suggests that the motion is being made simply to preserve an issue for potential appeal.  If that is the goal, it is possible that the goal can be achieved without burdening the Court with another motion.

Joshua

**Joshua J. Libling**
Counsel

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 446 2381
jlibling@bsfllp.com
www.bsfllp.com

---

**From:** Kruzer, Lyndsey M. [mailto:lkruzer@choate.com]
**Sent:** Friday, April 13, 2018 2:34 PM
**To:** Dawn Smalls
**Cc:** O'Keefe, Kevin P.; Joshua Libling
**Subject:** RE: Beltran - Conferral re: Third Amended Complaint and New Named Plaintiffs

Hi Dawn,

I am circling back from our conversation earlier this week to see if you had yet been able to connect with Ms. Caramelo and Ms. Elizabeth.  From our perspective, the following schedule would work, but as I mentioned, we are amenable to tweaking it:

| Event | Deadline |
|---|---|
| Parties Issue Any New Written Discovery Requests | April 18, 2018 |
| Parties Respond to Discovery Requests | May 2, 2018 |
| Depositions of Ms. Caramelo and Ms. Elizabeth | May 23, 2018 |
| CCI Files Supplemental Summary Judgment Brief of No More Than 7 pages | May 31, 2018 |
| Plaintiffs File Supplemental Opposition Brief of No More Than 7 pages | June 14, 2018 |
| CCI Files Supplemental Summary Judgment Reply, if any, of No More Than 3 pages | June 21, 2018 |

2

**From:** Kruzer, Lyndsey M.
**Sent:** Tuesday, April 10, 2018 4:28 PM
**To:** 'Dawn Smalls'
**Cc:** O'Keefe, Kevin P.; Joshua Libling
**Subject:** Beltran - Conferral re: Third Amended Complaint and New Named Plaintiffs

Hi Dawn,

Assuming that you plan to move forward with filing the Third Amended Complaint, we would like to confer regarding an expedited discovery schedule for Ms. Elizabeth and Ms. Caramelo and limited supplemental summary judgment briefing as to these plaintiffs and their subclasses.

We are open to discussion, but our initial proposal is as follows:
- CCAP issues written discovery once the Third Amended Complaint is filed (week of April 16)
- Plaintiffs agree to respond to written discovery within 2 weeks after it is issued.  CCAP agrees within this same timeframe to produce any documents pertaining to Ms. Elizabeth and Ms. Caramelo, to the extent they have not already been produced in this litigation (week of April 30)
- CCAP will depose Plaintiffs within the 1-2 weeks thereafter, subject to yours and their availability (weeks of May 7 and May 14)
    - CCAP proposes Boston, Denver, or another mutually agreeable location in the United States for these depositions
    - CCAP agrees to abide by the magistrate's ruling from 2016 regarding "off-limits" topics for named Plaintiff depositions
- CCAP will file supplemental summary judgment briefing of no more than 7 pages on or before May 31, 2018
    - Plaintiffs will file a supplemental response of no more than 7 pages on or before June 14, 2018
    - Defendants will file a supplemental reply, if any, of no more than 3 pages on or before June 21, 2018
- The parties agree to submit a joint filing to the Court with the agreed-upon proposal for these issues

In making this proposal, we are seeking to avoid further delay in this case, while obtaining limited named plaintiff discovery to which we are entitled.  In the spirit of candor, I do also want to mention that we may be filing a limited motion to dismiss pertaining to a subclass (on an issue where we believe a MTD is necessary to preserve our rights) and with respect to certain of the misrepresentation-based claims, but we are not planning to move to dismiss either Plaintiff or her claims in their entirety.  Therefore, we believe it makes sense to move forward on parallel tracks toward expedited summary judgment briefing.

We are available to discuss by phone if that is easier than trading emails.

Kind regards,
Lyndsey


Lyndsey M. Kruzer

**CHOATE**

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4790
f 617.502.4790

3

lkruzer@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]