# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

          Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

          Defendants.

_____

## DECLARATION OF LYNDSEY M. KRUZER

1.     My name is Lyndsey M. Kruzer.  I am an attorney at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bar of the Commonwealth of Massachusetts.  I am admitted to the United States District Court for the District of Colorado.

2.     I am one of the attorneys representing Defendant Cultural Care, Inc. ("CCI") in the above-captioned case.  I have personal knowledge of the matters set forth herein.

3.     In addition to the email exchange attached as Exhibit 1 to my colleague Kevin O'Keefe's declaration (also submitted herewith), I had a conversation with Plaintiffs' counsel (Ms. Smalls) on April 11, 2018 regarding the proposed supplemental discovery and supplemental summary judgment submission.

4.     At no time during that conversation, nor at any other time during the conferral process that occurred over the period of April 10-24, 2018, did Plaintiffs'

counsel say (or suggest) to me that Plaintiffs would take the position that CCI's supplemental summary judgment filing would extinguish CCI's ability to file a Rule 12 motion to dismiss.  If Plaintiffs had said or suggested that they would take this position, CCI would not have agreed to the joint request for a seven-page supplemental submission and three-page reply submission regarding CCI's motion for summary judgment.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 1st day of May 2018.

_/s/ Lyndsey M. Kruzer_____
Lyndsey M. Kruzer