IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## GO AU PAIR'S NOTICE OF FILING OF CORRECTED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants American Cultural Exchange, LLC d/b/a GoAuPair and Go Au Pair Operations LLC (together, "Go Au Pair"), respectfully submit this Notice of Filing of Corrected Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Partial Summary Judgment. Due to a miscommunication, Go Au Pair understood and stated in its conferral certification that Plaintiffs opposed Go Au Pair's Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Motion for Leave""). After flng the original Motion for Leave, undersigned counsel was advised by Plaintiffs' counsel that Plaintiffs in fact do not oppose the relief requested in the Motion for Leave.

This corrected motion replaces ECF 1052.

Dated: May 1, 2018.                    Respectfully submitted,


                                       s/ Kathryn A. Reilly
                                       Kathryn A. Reilly
                                       Brett M. Mull
                                       V. William Scarpato III
                                       Natalie West
                                       Wheeler Trigg O'Donnell LLP
                                       370 Seventeenth Street, Suite 4500
                                       Denver, CO  80202-5647
                                       Telephone:  303.244.1800
                                       Facsimile:  303.244.1879
                                       Email:  Reilly@wtotrial.com
                                               Mull@wtotrial.com
                                               Scarpato@wtotrial.com
                                               West@wtotrial.com

                                       Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Go Au Pair Operations LLC, and Au Pair International Inc.


## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 1, 2018, I electronically filed the foregoing **GO AU PAIR'S NOTICE OF FILING OF CORRECTED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:


                                       s/ Claudia Jones