IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINE AZUELA RASCON,
CAMILA GABRIELA PEREZ REYES,
CATHY CARAMELO, and
LINDA ELIZABETH,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., *d/b/a* Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., *d/b/a* Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, *d/b/a/* Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, *d/b/a* Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, *d/b/a* GoAuPair,
AGENT AU PAIR,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, *d/b/a* ProAuPair,
20/20 CARE EXCHANGE, INC., *d/b/a* The International Au Pair Exchange,
ASSOCIATES IN CULTURAL EXCHANGE*, d/b/a* GoAuPair, and
GOAUPAIR OPERATIONS, LLC, *d/b/a* GoAuPair,

    Defendants.

## ORDER ON RULE 23 NOTIFICATION PLAN

This matter is before the Court on all parties' Joint Report Regarding Proposed Rule 23 Notification Plan (Doc. # 1011), in which the parties request that the Court enter their proposed Rule 23 Notification Plan (Doc. ## 1011-1–1011-3).  The Court finds that the form and content of the notice program described therein, and the methods set forth of providing notice to the classes, meet the requirements of Federal Rule of Civil Procedure 23 and other applicable laws and rules, are the best notice practicable under the circumstances, and shall constitute due, adequate, and sufficient notice to all persons entitled thereto.  The Court therefore APPROVES the parties' Rule 23 Notification Plan and the proposed notice.  It is

FURTHER ORDERED that the parties' Joint Motion for such an order (Doc. # 1011) is GRANTED.  It is

FURTHER ORDERED that JND Legal Administration shall communicate with the classes, consistent with the Joint Report, with an email to the classes that includes the Class Notice, a link to the class website, and a link to the exclusion request form.  The email shall use the language proposed in the Joint Report, Exhibit A, Paragraph V. (Doc. # 1011-1 at 2–3.)  It is

FURTHER ORDERED that for class members who Plaintiffs cannot successfully email, JND Legal Administration shall text them with the language proposed in the Joint Report, Exhibit A, Paragraph VI.  (*Id*. at 3.)  It is

FURTHER ORDERED that members of the classes shall have ninety (90) days from the date that class notice is sent to opt out, by submitting a fully-completed Au Pair Class Action Exclusion Request Form.

DATED: May 1, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge