IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINE AZUELA RASCON,
CAMILA GABRIELA PEREZ REYES,
CATHY CARAMELO, and
LINDA ELIZABETH,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., *d/b/a* Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., *d/b/a* Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, *d/b/a/* Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, *d/b/a* Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, *d/b/a* GoAuPair,
AGENT AU PAIR,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, *d/b/a* ProAuPair,
20/20 CARE EXCHANGE, INC., *d/b/a* The International Au Pair Exchange,
ASSOCIATES IN CULTURAL EXCHANGE*, d/b/a* GoAuPair, and
GOAUPAIR OPERATIONS, LLC, *d/b/a* GoAuPair,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR RELIEF FROM SCHEDULING ORDER AND FOR SUPPLEMENTAL BRIEFING

This matter is before the Court on certain parties' Joint Motion for Relief from Scheduling Order and for Supplemental Briefing. (Doc. # 1027.) Plaintiffs, Defendant Cultural Care, Inc. ("Defendant Cultural Care"), and Defendant American Institute for Foreign Study ("Defendant AIFS"), *d/b/a* Au Pair in America, (collectively, the "Moving Parties") jointly request relief from the existing scheduling order (Doc. ## 687, 742, 763) "for the limited purpose of conducting certain expedited fact discovery and supplemental briefing related to the three new named Plaintiffs that the Court added" on April 9, 2018. (Doc. # 1027 at 1.) The Moving Parties have agreed that the addition of these new Plaintiffs and Plaintiffs' subsequent filing of the Third Amended Complaint (Doc. # 983) warrant supplemental briefing on their previously briefed Motions to Summary Judgment (Doc. ## 879, 883, 915). The Court has reviewed the Joint Motion for Relief from Scheduling Order and for Supplemental Briefing and is otherwise fully advised on the matter.

It is ORDERED that the Joint Motion for Relief from Scheduling Order and for Supplemental Briefing (Doc. # 1027) is GRANTED. It is

FURTHER ORDERED that the expedited discovery and supplement briefing schedule shall be as follows:

| Event | Deadline |
| --- | --- |
| Moving Parties respond to discovery requests | May 7, 2018 |

| Depositions of newly named Plaintiffs | June 1, 2018 |
| --- | --- |
| Moving Parties file supplemental summary judgment briefs of no more than 7 pages each (Defendant Cultural Care and Defendant AIFS) and 10 pages (Plaintiffs) | June 8, 2018 |
| Moving Parties file briefs in opposition to supplemental summary judgment motions of no more than 7 pages each (Defendant Cultural Care and Defendant AIFS) and 10 pages (Plaintiffs) | June 22, 2018 |
| Moving Parties file reply briefs in support of supplemental summary judgment motions of no more than 3 pages each (Defendant Cultural Care and Defendant AIFS) and 6 pages (Plaintiffs) | June 29, 2018 |

DATED: May 2, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge