# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**STATEMENT REGARDING RESTRICTION (LEVEL 1) OF DECLARATION AND EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CULTURAL CARE, INC. AND GO AU PAIR'S JOINT MOTION TO COMPEL DISCOVERY [ECF No. 1018]**

Pursuant to D.C. Colo L. Civ. R. 7.2, Plaintiffs hereby respectfully submit this Statement Regarding the Restriction (Level 1) of Plaintiffs' Declaration and Exhibits in Support of Plaintiffs' Opposition to Defendant Cultural Care, Inc. and Go Au Pair's Joint Motion to Compel Discovery (the "Opposition"):

1. Plaintiffs have submitted their Declaration and Exhibits in support of Plaintiffs' Opposition as ECF No. 1018.

2. Plaintiffs confirm that they will not be moving to restrict anything in the aforementioned filing.

Dated: New York, New York  
May 2, 2018

Respectfully Submitted,

*/s/ Dawn L. Smalls*

Dawn L. Smalls  
BOIES SCHILLER FLEXNER LLP  
575 Lexington Avenue  
New York, NY 10022  
Tel. (212) 446-2300  
Fax: (212) 446-2350  
dsmalls@bsfllp.com

*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on May 2, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                       */s/ Dawn L. Smalls*
                                                       Dawn L. Smalls