IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINE AZUELA RASCON,
CAMILA GABRIELA PEREZ REYES,
CATHY CARAMELO, and
LINDA ELIZABETH,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., *d/b/a* Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., *d/b/a* Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, *d/b/a/* Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, *d/b/a* Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, *d/b/a* GoAuPair,
AGENT AU PAIR,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC, *d/b/a* ProAuPair,
20/20 CARE EXCHANGE, INC., *d/b/a* The International Au Pair Exchange,
ASSOCIATES IN CULTURAL EXCHANGE*, d/b/a* GoAuPair, and
GOAUPAIR OPERATIONS, LLC, *d/b/a* GoAuPair,

    Defendants.

**ORDER DISMISSING CERTAIN DEFENDANTS' DISPOSITIVE MOTIONS AND GRANTING PLAINTIFFS' MOTION TO RATIONALIZE THE PROCEDURE AND PAGE LIMITS FOR THOSE DISPOSITIVE MOTIONS**

This matter is before the Court on four motions:

1. Defendant American Institute for Foreign Study's ("Defendant AIFS"), *d/b/a* Au Pair in America, Motion to Dismiss Count IX Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Doc. # 1031);

2. Defendant Cultural Care, Inc.'s ("Defendant Cultural Care") Motion to Dismiss the Third Amended Complaint In Part Pursuant for Federal Rule of Civil Procedure 12(b)(6) (Doc. # 1043);

3. Plaintiffs' Motion to Rationalize the Procedure and Page Limits for Defendant Cultural Care's Dispositive Motion (Doc. # 1047); and

4. Plaintiffs' Motion for a Forthwith Hearing on their Motion to Rationalize the Procedure and Page Limits (Doc. # 1049).

The Court has reviewed the motions and all related briefing and is otherwise fully advised on the matter.

It is hereby ORDERED that Plaintiffs' Motion to Rationalize the Procedure and Page Limits (Doc. # 1047) is GRANTED. It is

FURTHER ORDERED that Plaintiffs' Motion for a Forthwith Hearing (Doc. # 1049) is DENIED AS MOOT. It is

FURTHER ORDERED that Defendant Cultural Care's Motion to Dismiss the Third Amended Complaint In Part (Doc. # 1043) is DISMISSED WITHOUT PREJUDICE to assert such arguments in any Motion for Summary Judgment that may be filed. It is

FURTHER ORDERED that Defendant AIFS's Motion to Dismiss Count IX (Doc. # 1031) is DISMISSED WITHOUT PREJUDICE to assert such arguments in any Motion for Summary Judgment that may be filed.

DATED: May 2, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge