1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 14-cv-03074-CMA-KMT
 3
    JOHANA PAOLA BELTRAN, et al.,
 4
    Plaintiffs,
 5
    v.
 6
    INTEREXCHANGE, INC., et al.,
 7
    Defendants.
 8   _____

 9   VIDEOCONFERENCE DEPOSITION OF:    SARA MEJIA ALVAREZ
                                       March 30, 2018
10   _____

11             PURSUANT TO NOTICE AND STIPULATION, the
    videoconference deposition of SARA MEJIA ALVAREZ, was
12  taken on behalf of the Defendant InterExchange, Inc.,
    at 1900 Grant Street, Suite 1025, Denver, Colorado
13  80203, on March 30, 2018, at 9:00 a.m., before Shauna
    T. Dietel, Registered Professional Reporter and
14  Notary Public within Colorado.

15

16

17

18

19

20

21

22       H+G

23
    Hunter + Geist, Inc.
24

25   303.832.5966        1900 Grant Street, Suite 1025    ▪ www.huntergeist.com
     800.525.8490        Denver, CO 80203                 ▪ scheduling@huntergeist.com

                         Your Partner in Making the Record
```

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 1

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

### 29

profile and, like, it gives you a connection with the families. So it was through passport and through Skype.

Q How many times did you communicate with the Weisner family through Skype?

A About three, four. Three to four times.

Q And who from the host family was part of those Skype conversations?

A All of the family. I saw the girls; I saw the two that I -- I got -- I got in contact with all of them.

Q Was anyone from Global Connection part of those Skype discussions?

A Never.

Q And was anyone from InterExchange part of those Skype discussions with the Weisner family?

A Never.

Q Did the Weisner family choose you to be their au pair or did you choose them, or can you explain how that worked?

A They choosed me. It is kind of difficult to get a family, and that's something we -- we've been told from the beginning, that we couldn't be too picky about picking the family because there were not many families out there. And -- and we just -- we

### 30

couldn't pick the -- the city we wanted to live in. And just give your -- like give yourself, be the best, and just wait for them to pick you.

So they choose me and, of course, I had the chance to reject them, but because I was told it was difficult, the matching process was difficult, so -- so that was not, like, an option.

Q When the Weisner family chose you to be their au pair, did you want to go live with them?

A Yeah.

Q And you could have said no if you weren't interested in that family?

A I could have said no.

Q During those Skype interviews with the Weisner family, did you talk about how much you would be paid?

A No.

Q When did you first learn how much your host family was going to pay you?

A In the beginning, the way they sell you the program is you're going to be an au pair, and this is your payment and they cannot pay you more than that, and that's it. In the beginning I knew the amount.

Q And when you say "the beginning," are you referring to conversations that you had with someone

### 31

at Global Connection or can you explain that?

A Since the beginning, I mean, yeah, since -- since I knew about the program more deeply. So it was since -- since I had more information from Global Connection, yes.

Q Okay. And what was that amount that you knew you would be paid by your host family?

A 195.75.

Q Did you ever ask your host family to pay you more than that amount?

A No. We talk about it and like they -- they were -- always said that that was the rule, that was the amount they're supposed to pay. But I never asked them for more, but every time we get to the subject or we talk about it for any reason, they always say that they couldn't pay more because that was the law; that was what the program said it -- it should be.

Q When you -- when you say when you talked about it with them, what -- what reasons would the payment have come up that you would be discussing it with your host family?

A As I told you, when I came here and you start to get more in contact with people and meeting and -- meeting new people, and I realized that the

### 32

nannies and babysitters get paid from 15 to $20 the hour. So I went to them and I was, like, Wow, look what I learned. Look what I heard. Like, is this real?

And they told me, Yes, but, you know, that was what the agency told us, like, we cannot pay you more than that. And so that was the reason we talked about the payment.

Q During the Skype interviews that you did with the Weisner family, did you talk about what you would be doing with the children?

A Yeah.

Q And were those the duties that you actually performed with the children when you lived with the host family?

A Yes.

Q During -- during the Skype interview that you had with the Weisner family, did they tell you how many hours per day you would be working?

A No. They -- oh, well, they said that because the program says I cannot work more than ten hours per day, so that was pretty clear. But they didn't -- they were not able to give me, like, a schedule because my schedule was always changing every week. So it was not a regular, constant

8 (Pages 29 to 32)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 1

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

**Page 33**

1  schedule; it was changing.
2  Q  When you lived with the host family, did
3  you ever work more than ten hours a day?
4  A  Sometimes, not too many.  Sometimes, but it
5  was not -- it was, like, in the special cases.  It
6  was not -- sometimes 11.  Sometimes 12.  Sometimes
7  they get late, and they were running late, and they
8  were home 30 minutes late, things like that.
9  Q  Were you ever scheduled to work more than
10  ten hours in a day?
11  A  Sometimes, yes, and sometime by mistake
12  more than 45 hours the week.  But I used to count
13  them and talk to them, and they were really receptive
14  about it.  They used to change it.
15  Q  So did they -- did the host family realize
16  that you were scheduled to work more than 45 hours or
17  you just happened to work more than that, and then
18  you would go to them and tell them?
19  A  No.  They usually do it by mistake.
20  They -- they scheduled by mistake.  And -- and that
21  was one of the things I used to do at the beginning
22  of the week, it was like count my hours to -- to see
23  how many hours I was working.  And if I found out I
24  was working more than the 45 hours in the week I'm
25  supposed to, I used to go to them and -- and they

**Page 34**

1  they were, as I told you, really receptive about
2  this -- about my explaining, and they always changed
3  the time.
4  Q  You mentioned that you had communicated
5  with a few other families than the Weisner family
6  when you were doing the matching process.  Can you
7  tell me about what happened with those families.  Why
8  you -- did they not choose you or did you not choose
9  them or can you tell me about that?
10  A  Sure.  Because of my sit -- the daily
11  living in Columbia, I didn't have too much
12  experience -- experience in driving, so that was
13  basically the reason why the other two or three
14  families didn't choose me.  They always said, like,
15  You're really nice, we really like you, but we need
16  someone with more experience driving.
17  Q  Do you remember signing another document,
18  an au pair agreement, before you came to the United
19  States?
20  A  Sorry.  I don't remember.  Like, I fill out
21  a lot of papers, and I don't really remember all of
22  them.
23  Q  Okay.  You arrived in the United States for
24  the au pair program in September, 2015; is that
25  correct?

**Page 35**

1  A  Yes.
2  Q  And did you go to training in New York City
3  when you arrived?
4  A  Yes, I did.
5  Q  And that was before going to meet your host
6  family?
7  A  Yes.
8  Q  Can you tell me what sort of training it
9  was?
10  A  Sure.
11     We got to an -- to the hotel.  It was long
12  hours of training every day for a week.  And then we
13  had some time to -- after the training, go out and
14  enjoy ourselves.  It was like basic training that
15  they teach us about, like, CPR, I think how
16  to -- how to take care of babies, that kind of
17  training.
18  Q  Was any of the training specific to your
19  host family, or was it general for all of the au
20  pairs?
21  A  It was general for all of us.  They divided
22  like in ages.  So they started with babies, and --
23  and they were giving like a -- like a wide overview
24  about what to -- how to take care of babies, what you
25  should do, what you shouldn't, how you should hold

**Page 36**

1  them, how you should feed them.  Then kids from two
2  to three or like that stuff.  They -- they divided by
3  ages.
4  Q  How many days did the training last?
5  A  I believe it was five days a week, I think.
6  Q  And how many --
7  A  Yeah.  I --
8  Q  Sorry.  Go ahead.
9  A  Wait.  Yeah, it was five days.  Arrive on
10  the 7th, and I came to my host family on the 11th.
11  Q  Was there training on the 11th, the day
12  that you went to meet your host family?
13  A  Yeah.  That was the last day of training.
14  Q  And how many hours per day did the training
15  last?
16  A  I'm not really sure about it, but it was
17  about, like, maybe six to seven hours.  I remember it
18  was long.  I remember it was long training every day.
19  Q  Were you paid --
20  A  But I don't --
21  Q  Sorry.  Go ahead.
22  A  Sorry.  I don't really remember the amount
23  of hours every day.  I don't remember the schedule
24  like that.
25  Q  Were you paid for the hours that you were

9 (Pages 33 to 36)

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

Page 37

1 in training?
2 A No. No.
3 Q Did you do any training in Columbia before
4 you went to the United States to be an au pair?
5 A No.
6 Q So after training in New York City, you
7 went to go meet your host family; is that right?
8 A Yes.
9 Q Were the parents in the host family that
10 you lived with, were they both employed? Did they
11 work?
12 A Yes.
13 Q Did they both work?
14 A Yes. When I -- I remember that when I got
15 to the family, one of them had just lost his job and
16 he stayed at home for four months, something like
17 that, and then he got a job. They are both working
18 by now, yes.
19 Q The -- the one who had a job when you first
20 arrived, was he working in the home or out of the
21 home?
22 A Out.
23 Q And how many hours a day was he working
24 outside the home?
25 A He's a musician, so his schedules are

Page 38

1 really different and always changing. So it was not
2 easy for me to tell you how many hours because he was
3 not actually on an office schedule. It was always
4 changing. It's difficult for me to -- to give you a
5 real or right amount of hours.
6 Q Okay. The other parent who got -- got a
7 job, you said four months after you arrived there,
8 about four months, when he started working, was he
9 working inside or outside the home?
10 A Outside.
11 Q And how many hours a day was he working
12 outside the home?
13 A I would say it's an office schedule. He --
14 he -- he used to leave the house by 7:00 a.m. and
15 home back by 6:00 p.m. 6:00, 6:30, 7:00, his
16 schedule.
17 Q During the day from 7:00 a.m. to about 6:00
18 p.m. or whenever that parent arrived back in the
19 home, the -- it might be easier to use their names.
20 Which -- which -- what's the first name of
21 the parent who was the musician?
22 THE DEPONENT: Is it legal? Should I say
23 their names?
24 MS. SMALLS: Yes.
25 MS. LEVY: It's okay to say their names.

Page 39

1 A Okay. So the musician is Jeffrey.
2 Q (BY MS. LEVY) Jeffrey. Okay.
3 A Uh-huh.
4 Q And -- and what was the other parent's name
5 first name?
6 A The other parent, Silvestro.
7 Q So while Silvestro was working from about
8 7:00 a.m. to about 6:00 p.m., was -- was Jeffrey
9 around the home because of his changing schedule?
10 When he was -- when Jeffrey was not
11 working, was he around the home?
12 A Sometimes. Some days, yes. Some days he
13 was out of the home the whole day. Which was -- I
14 remember because it was kind of frustrating for me
15 because they only have two cars, so they used to take
16 the two cars, and then -- then I was stuck at home
17 the whole day without being able to -- to go
18 anywhere, leave out of the city. So, yeah.
19 Q When Jeffrey was at home during the day, if
20 he wasn't working between the 7:00 a.m. and about
21 6:00 p.m. time, was he helping with the children?
22 A Yes. They're really good parents. Every
23 time they had a chance to be with their kids, they --
24 they -- not because I was there, they -- they --
25 like, if they had a chance to be with their kids,

Page 40

1 they would do it.
2 Q Okay. There was a skip in the connection
3 again. I apologize. Could you repeat your answer
4 for that. You -- you were saying -- you -- can you
5 repeat your answer?
6 A Yes. I was saying --
7 Q Thank you.
8 A -- that they are really good parents, and
9 that if they had a chance to be with their kids, they
10 will be with them. So even if I was there, they --
11 they would spend time with their kids. So, yes, if
12 he was around, he -- he was with their kids.
13 Q How often was Jeffrey home during the day?
14 I know there was a changing schedule, but what do you
15 remember about how often he was home during the day?
16 A I will say, I have to tell you that my
17 schedule from the first year changed a lot to my
18 schedule to the second year, because I remember the
19 first year my girls used to go to school in the
20 mornings. Wait. Like, yeah, it has changed a lot.
21 So I will say that's difficult.
22 Maybe two times a week he was around at
23 home. Yeah, two times, three times a week he was,
24 like, around at home.
25 Q Okay. And are you -- when you say that,

10 (Pages 37 to 40)

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

**Page 41**

1  are you talking about the first year or the second
2  year or both years?
3      A   It is really difficult. Sorry. But as I
4  told you, my schedule was always changing. Every
5  week my schedule was different. They sat down every
6  Sunday, and they made my schedule for the week. So
7  it's been always changing, always different.
8          And he had meetings. He's not only -- he
9  don't only -- they don't only have their jobs; they
10 have, like, separate activities too. So it's -- it
11 was always changing. It's difficult for me to answer
12 that because, you know -- sorry.
13     Q   Okay. Were there any other adults besides
14 you and Jeffrey and Silvestro that lived in the home?
15     A   No.
16     Q   How many children were in the Weisner
17 family that you took care of?
18     A   Two.
19     Q   And how old were they?
20     A   When I came or right now?
21     Q   When you first came.
22     A   When I first came, the oldest one was four,
23 and the younger one -- the younger one was two.
24     Q   You mentioned that they went to a school or
25 day care. Can you tell me about that?

**Page 42**

1      A   Yes. They've always been in school or day
2  care. I kind of remember that the first year they
3  used to go like two days or three days a week the
4  whole day, and I spend with them the other -- the
5  other -- the other two or three days.
6          And now this year, they're going to school
7  every day, but only until three o'clock. So I spend
8  with them time in the morning, and then at nighttime
9  I pick them up from school.
10     Q   Okay. The --
11     A   Oh, that was the second year it was like
12 that.
13     Q   In the first year, when they went to school
14 to -- are you talking about both girls?
15     A   Yes, both. Both girls, yes.
16     Q   Okay. In the first year when they went to
17 school two or three days a week, what were those
18 hours? Did you -- did you take them to school in the
19 morning?
20     A   Yeah. I used to take them -- me or their
21 daddies. It was -- it was -- as I tell you, it was
22 always changing. Sometimes they would take them;
23 sometimes it was me. I used to drop them off at
24 school by 9:00. I picked them up by 5:30, the first
25 year. It was -- that was about two or three days a

**Page 43**

1  week.
2          The second year, I had -- like, they go to
3  school from 9:00 until 3:30 the whole week. But this
4  was -- the second year was the whole week.
5      Q   And during the hours that they were in
6  school, what -- did you have any duties that you had
7  to do for the children or was this personal time?
8      A   I was stuck at home. Because as I told
9  you, like, I didn't have any way of transportation,
10 so I used -- apart from the only month I went to
11 school and I got my English course, I was just at
12 home.
13     Q   Did the family offer you a bicycle to use?
14     A   No. But they live -- they don't live in
15 the city. They live like 30 minutes from Washington,
16 D.C. They live in Bethesda. So there were bicycles
17 at home, but only if I wanted to -- like to go around
18 the neighborhood. It's not like a way to get to
19 something else, a part of that.
20         MS. LEVY: We've been going about an hour,
21 so I want to ask if you need a break. Would you like
22 to take a break or are you okay to keep going?
23         THE DEPONENT: I'm fine. Just let me go
24 and -- I would like to check my computer battery.
25 Let me check because I don't -- I have, like, 10

**Page 44**

1  percent. Let me go and --
2          MS. LEVY: Why don't we take about a
3  ten-minute break so you can make sure to get your
4  battery and make sure it's charged up.
5          Is that okay?
6          THE DEPONENT: Sure. Sure.
7          MS. LEVY: Okay. So it is 12:06 your time,
8  so let's come back at 12:16 your time.
9          Okay?
10         THE DEPONENT: Sounds great. Shall I
11 disconnect, or should I just leave it like this and
12 go on and do my thing and come back?
13         MS. LEVY: Just leave it like this and go
14 get your battery, and then we'll -- we'll come back.
15         MS. SMALLS: Why don't you put your
16 computer on mute, but you can leave it up.
17         (Recess taken, 10:06 a.m. to 10:18 a.m.)
18     Q   (BY MS. LEVY) What are your duties with
19 respect to the children?
20     A   To wake them up. Wake them up in the
21 morning, give them breakfast, take them to school,
22 pick them up, play with them a little bit. I needed
23 to give them dinner, cook for them, give them dinner,
24 pack lunches. Give them a bath.
25         When the fathers were not at home, I used

11 (Pages 41 to 44)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 1

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-1   filed 05/09/18   USDC Colorado   pg 6 of 11

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

**Page 45**

```
 1    to read books to them and put them to bed.  Take them
 2    to the park.  Like be a mommy, basically.
 3       Q   I'm sorry.  I missed the very last thing
 4    that you said.  Can you repeat that after --
 5       A   Like being, basically, a mommy.  Being a
 6    mommy, I said.  Being their mommy.
 7       Q   Okay.  Did you provide any services to the
 8    host family outside of child care?
 9       A   No, I never, but there are things that are
10    like kind of in places with living with them.  So I
11    was the one cleaning the kitchen every time and so
12    wiping the floor, like that kind of thing.
13       Q   Would you clean the kitchen after you
14    cooked for the children?
15       A   Sure.  And sometimes even for them, because
16    they come and cook, and then I was cooking for the
17    children at the time, so we were both of us cooking
18    at the same time, and it just -- the dishes were
19    there, so I ended up cleaning the kitchen for the
20    children, for me, for them.
21       Q   Did you eat dinner with the host family?
22       A   No.
23       Q   What would you do during the day while the
24    children were at school?
25       A   I was stuck at home.  I used to just be at
```

**Page 46**

```
 1    home, be in my room reading, watching movie.
 2       Q   Did you ever spend time with other au pairs
 3    while you lived with the host family?
 4       A   Sure.  Like if I have other friends?
 5       Q   Yes.
 6       A   Sure.
 7       Q   And what would you do with them?
 8       A   Go out exploring cities.  Like just having
 9    fun.  Talking about our host families a lot.
10       Q   Did you work on the weekend?
11       A   Yes, every Sunday.
12       Q   And what were your hours on Sundays?
13       A   5:00 p.m. until 8:00, 9:00.  4:00 -- 4:00
14    p.m. to 9:00.  No more than the five hours that the
15    program supposed to say.  Like, I was getting my day
16    and a half off, but I had always to -- I had to work
17    on Sundays.
18       Q   When did you spend time with the other au
19    pairs?
20       A   Usually on Saturday, my day off.
21       Q   You -- you mentioned that your host family
22    went over a schedule with you on Sundays; is that
23    right?
24       A   Yeah.
25       Q   So they gave you a schedule every week?
```

**Page 47**

```
 1       A   Yes.
 2       Q   And was the schedule written down?
 3       A   We used Google calendar.  So all our phones
 4    are synchronized, so I was always able to see my
 5    schedule on my phone.
 6       Q   Do you still have access to the Google
 7    calendar with that schedule, the schedules for every
 8    week?
 9       A   Yeah.  Sure, every time.  And every time
10    they change something, it will automatically change
11    in my phone, so I was always able to have access to
12    my schedule.
13       Q   Okay.  Can you get a copy of the Google
14    calendar, the schedules that you had every week since
15    you've been an au pair and give that to your
16    attorney, and we'll ask that they give that to us?
17       A   Sure.
18       Q   Okay.
19           MS. LEVY:  Dawn, if you could get that to
20    us right away as soon as you receive it from Sara.
21           MS. SMALLS:  As soon as I receive it, it
22    will be produced.
23           MS. LEVY:  Thank you.
24       Q   (BY MS. LEVY)  Did anyone from
25    InterExchange ever give you a weekly schedule when
```

**Page 48**

```
 1    you lived with your host family?
 2       A   No.
 3       Q   Who determined which days or hours you
 4    would work?
 5       A   Jeffrey -- no -- well -- well, the first
 6    year, Silvestro was the one.  And then when Silvestro
 7    finally got his job, like, then he was doing it for a
 8    while, and then Jeffrey started.  But I believe they
 9    always had good communication between them, so I -- I
10    could say both of them.
11       Q   Did --
12       A   But at the -- because it was -- Silvestro
13    was already the one that had a really clear schedule
14    because he was working on an office schedule.  So it
15    was mostly Jeffrey, the one -- because he was like
16    accommodating his hours with my schedule.
17       Q   Did InterExchange ever tell you which hours
18    or days to work?
19       A   No.  No.  They were clear about that you
20    cannot work more than ten hours per day, that you
21    have to take a day and a half off and one weekend per
22    month off.  That was -- that was it.
23       Q   Were you expected to be available or on
24    call for your host family when you were not scheduled
25    to provide child care?
```

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

49

1    A    No.
2    Q    Did you have any concerns or complaints
3    about the schedule that the Weisners gave you?
4    A    Every time I had a complaint, I used to
5    talk to them. I talked to them, and we solved it
6    together.
7    Q    Can you tell me about the concerns or
8    complaints that you brought to them?
9    A    Like sometimes my days off were in the
10   week, the weekdays, so it looks, like, unfair to me
11   because all my other friends were off on the
12   weekends, so I was not able or I wouldn't (sic) be
13   without a car because they needed to work, and I was
14   off without a car, so stuck at home.
15         So -- so it happened a while, and then I
16   talked to them, and we solved it. That was like one.
17         What else? Could be like -- sometimes it
18   was miscommunication. So even when -- when I was
19   able to see my schedule on my phone, they forgot
20   or -- or they -- or the hours were more than I was
21   supposed to work. So I used to go to them, and --
22   and we solved it together.
23         Or sometimes I -- when I -- when I got used
24   to the -- like, to the -- to how it worked or
25   sometimes I was like, Hey, look, I have no hours for

50

1    this day; it's okay.
2         And -- and they were like, Oh, we forgot to
3    put your hours down. Sorry. But if -- if I didn't
4    ask or if it was like a miscommunication problem
5    sometimes, that kind of stuff.
6    Q    Did your au pair friends have cars that
7    they could use with their families?
8    A    Some of them. Some of them have their
9    own -- their own cars -- their own car and some of
10   them -- some of them, they don't.
11   Q    Did --
12   A    It all depends.
13   Q    Sorry. Go ahead.
14   A    It -- it all depends about their host
15   family. Not all of them give you your own car to
16   drive.
17   Q    Did any of your au pair friends come and
18   pick you up from your host family's home?
19   A    That was always kind of a problem to me
20   because my other friends live in Virginia, and I used
21   to live in Bethesda in Maryland, so it was kind of
22   far for them to come and pick me up. So I -- I
23   usually don't -- they don't pick me up, no.
24   Q    How did you see them on Saturdays? How did
25   you get to each other?

51

1    A    Well, Saturdays I used to ask them if they
2    have a car because the weekends, they are -- the
3    family is together, so they don't usually need two
4    cars, so they -- they lend me a car.
5         Or -- or as I -- or I used to -- like,
6    living and working in the same place is really
7    difficult. So usually when the weekends comes, I was
8    looking for a place to -- to sleep, and I used to go
9    and sleep over with my friends. So in that case, I
10   used to take the Metro and -- and meet them and just
11   stay with them during the weekends.
12   Q    You mentioned that your host family paid
13   you $195.75, is that correct, per week?
14   A    Yes.
15   Q    Okay.
16   A    Per week, yeah.
17   Q    And how were you paid?
18   A    It was an automatic transfer every Friday.
19   Q    And do you know who actually did the
20   transfer, which person?
21   A    Jeffrey.
22   Q    Did the Weisners ever pay you more than
23   that weekly amount?
24   A    Never.
25   Q    Did InterExchange ever pay your weekly

52

1    stipend?
2    A    Excuse me? I don't understand that
3    question.
4    Q    The weekly amount that you received, you
5    said the 195.75 that you received every week, did
6    InterExchange ever pay that weekly amount to you?
7    A    No. I never got any payment from
8    InterExchange.
9    Q    Did your host family ever give you extra
10   money for any reason?
11   A    No. Never.
12   Q    Did they ever give you any gifts?
13   A    Christmas, birthday.
14   Q    Did you have a computer to use in their
15   home?
16   A    Yes. I could say yes.
17   Q    Was it your computer or the host family's
18   computer?
19   A    Like a really old computer that is from --
20   from -- their host family's computer, yeah.
21   Q    Was there WiFi in the home?
22   A    Yeah.
23   Q    Did you have to pay to use the WiFi?
24   A    No.
25   Q    Did you have a cell phone when you lived

13 (Pages 49 to 52)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 1

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

### Page 53

```
 1   with your host family as an au pair?
 2       A   Yes.  They gave it to me.
 3       Q   Did the host family have any rules about
 4   using the cell phone?
 5       A   No.  Never.
 6       Q   Were you able to make personal calls with
 7   that phone?
 8       A   Sure.
 9       Q   When you borrowed the host family's car, if
10   you were to go meet your au pair friends on a
11   Saturday or for any other personal reason that you
12   would borrow their car, did you have to pay for gas?
13       A   No.  However, there were several times
14   they -- they tried to -- to talk about it, like or --
15   or they brought out the -- the subject like, Where
16   are you going?  Like you're spending so much gas.
17   Like they were trying, like, to control me sometimes.
18   I feel that it was that way.
19       Q   Did you take any trips with your host
20   family?
21       A   Yes.
22       Q   Where did you go?
23       A   California.  Los Angeles, California;
24   Boston, Massachusetts.  That's it.
25       Q   And when you went to Los Angeles, how did
```

### Page 54

```
 1   you get there?
 2       A   Plane.  Plane.
 3       Q   Did your host family pay for your plane
 4   ticket?
 5       A   Yes.
 6       Q   And when you went to Boston, how did you
 7   get there?
 8       A   By car.
 9       Q   Did you have to contribute any gas money
10   for the car when you drove to Boston?
11       A   No, of course not.
12       Q   When you went on these trips to Los Angeles
13   and Boston, was it -- let's start with the Los
14   Angeles trip.  Was that during the week or the
15   weekend?
16       A   It was during the week.  We spend like
17   about two weeks usually.
18       Q   And were you --
19       A   Two weeks.
20       Q   And -- and were you working while you were
21   on that trip?
22       A   Sure.
23       Q   Was it the same hours that you worked when
24   you were in the host family's home?
25       A   I never got any schedule every time I
```

### Page 55

```
 1   traveled with them.
 2       Q   When you were on the trip in Los Angeles,
 3   were you with the -- the parents also when you were
 4   with the children?
 5       A   Yes.  The two parents.  Sometimes I stayed
 6   at home, and we usually go to the grandparents'
 7   house; so we used to stay there.  And sometimes they
 8   have like night dates, and I used to stay at home
 9   with the kids.  Or I never got a -- like a schedule,
10   so I was with them all the time, with them, with the
11   two parents, with the kids.
12       Q   Were you ever responsible for the children
13   when you were in LA for more than ten hours a day?
14       A   No.
15       Q   Did you ever work more than 45 hours a week
16   when you were in Los Angeles?
17       A   Well, as I told you, I didn't even -- like,
18   I didn't have a real schedule, so I was with them all
19   the time.  Working or not, I was, like, with them all
20   the time.  I couldn't -- I didn't go out.  I didn't
21   go out by myself and explore.  I was with them for
22   the two weeks or so that we -- that we stayed.
23       Q   And what about on your trip to Boston?
24       A   It's the same.  I didn't get a write-down
25   schedule or in my phone as I used to do -- as I used
```

### Page 56

```
 1   to get it.  And they just -- like in Boston, they did
 2   tell me, like, Okay, like -- but it was not like in
 3   advance, like, something that I was -- for example,
 4   one day they told me, like, Okay, you can go out and
 5   explore by yourself and be here by this time.  And --
 6   but it was not like an actual schedule, like, to
 7   follow.
 8       Q   Did you feel like you were part of the
 9   Weisner family when you lived with them as an au
10   pair?
11       A   Yes.
12       Q   Did you take any trips on your own?
13       A   Yes.
14       Q   Where did you go?
15       A   I went to New York a couple of times.  I
16   went to Richmond, Virginia.  I didn't go -- no, that
17   was it.  Oh, Miami.  I went to Miami.  Niagara Falls.
18   That's it.
19       Q   Did your host family pay for anything on
20   these trips that you took on your own?
21       A   No.
22       Q   Were there any other benefits that you
23   think you received living with the host family?
24       A   I always felt really comfortable with them.
25   They -- like, I feel they're like my two dads,
```

14 (Pages 53 to 56)

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

Page 57

1 actually. They're really -- they're really good with
2 me. I always feel part of the family.
3     For example, they didn't -- they never gave
4 me, like, money for me to spend on these trips, but
5 on two occasions of these trips, I -- it was road
6 trips that I did, once with my sister -- with my
7 sister to Florida, and they lend me their car.
8     And another one with my mom (sic) and her
9 host and -- in New York and they lend me their car
10 too. I believe those are great benefits I -- I got
11 from them.
12     What else it could be? Yeah.
13 Q   Did your host family or InterExchange
14 provide you with a log to write in of any type --
15 A   Yeah, InterExchange did.
16 Q   And what did you use it for, or did you use
17 it?
18 A   No, I never used it because I got to -- I
19 agree with my host family that using our phones was
20 better because that way I could carry my schedule
21 everywhere I go, and I was always able to look at it.
22     And -- and every time they made a change, I
23 could, like -- I could see it right away in my phone.
24 So we decided that would be the best way to do it.
25 Q   Who told you what duties to perform for

Page 58

1 your host family?
2 A   Both of them. Both of my host dads did.
3 Like, Jeffrey was the one that -- the one that, like,
4 show me around and told me at first what to do. But
5 I receive feedback and information and -- from both
6 of them. They were always there to -- to let me know
7 what to do.
8 Q   Did InterExchange ever tell you what duties
9 to perform for your host family?
10 A   InterExchange was clear about that you --
11 as an au pair, I should only concern about duties
12 that are related to the kids, nothing else -- like
13 nothing else, like no cleaning or -- or that stuff.
14 Q   And this information that InterExchange
15 told you about what you just told us, was that
16 specific to your host family, or was that general for
17 all au pairs?
18 A   It was general for all au pairs. However,
19 as I told you, like you're living with them and
20 there's some implicit things that you should do when
21 you are with someone and you kind of feel that you
22 should -- you should do them.
23     Like, for example, like the kitchen, as I
24 told you, I was the one cleaning the kitchen even
25 when they didn't tell me to do it. But, like, it was

Page 59

1 like I was cooking; they were cooking with me; I was
2 cooking for the children; and so suddenly I -- all
3 these dishes were in the sink, and it felt, like,
4 wrong to me to separate their dishes from mine and
5 for the children and just wash my part and leave it
6 there for them. It felt wrong; so I ended up --
7 always I ended up cleaning all the kitchen, for
8 example.
9 Q   If you only wanted to wash the children's
10 dishes or pots and pans that you used to cook their
11 dinner, could you have done that?
12 A   Well, I could, but as I told you, it
13 doesn't feel wrong -- it doesn't feel good to me. It
14 feels wrong. It feels wrong to me to just separate
15 them, and it's not like how I should -- I don't feel
16 good to myself doing that. Like, I -- at the same
17 time, what they were saying if I did that. Like it's
18 kind of rude.
19 Q   Did anyone from InterExchange ever
20 supervise you while you were taking care of the host
21 family's children?
22 A   No.
23 Q   Did you have any other duties with your
24 host family that we haven't already discussed?
25 A   No.

Page 60

1 Q   Did your host family ever ask you to
2 perform any duties that concerned you in any way?
3 A   No.
4 Q   You mentioned taking some English classes.
5 When did you take those classes?
6 A   The first month. The first month I was
7 here. The first month after I came. It was only
8 one-month classes. That was it.
9 Q   Do you know whether you took six credits?
10 A   Yes.
11 Q   What was the name of the university or the
12 college that you went to?
13 A   Montgomery College in Maryland.
14 Q   Did you take any other classes while you
15 were an au pair?
16 A   No.
17 Q   Was there an InterExchange local
18 coordinator in Maryland that you met while you were
19 an au pair?
20 A   I only met her once, maybe two times, in my
21 au pair program --
22 Q   Do you --
23 A   -- during the two years.
24 Q   Do you remember who it was?
25 A   Rhonda. Rhonda is her name. I don't

15 (Pages 57 to 60)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 1

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

Page 65

1  just going to repeat that last question and --
2     A   Okay.
3     Q   -- maybe that might help.
4     A   Yeah.
5     Q   When -- when you said they're taking money
6  from your -- from your salary for your room and
7  board, what do you mean by that?
8     A   Yes. I remember when I read the -- the
9  contract for the first time, it says that they take
10 out a 40 percent -- 40 percent of -- of -- of your
11 payment.
12        And I -- as I told you, I remember I talked
13 with the representative about that because the math
14 was not okay. Sorry, I don't remember the math
15 exactly; I'm really bad with math. But I remember I
16 look at the contract and the numbers they were giving
17 to me; I -- like, I made the math, and I talked to
18 him because I believed it was fake.
19        And they told me that it's because they
20 take out 40 percent or so -- sorry if I'm wrong -- to
21 room and boarding.
22    Q   Have you calculated any amount -- an actual
23 amount that you believe you are owed for your time as
24 an au pair?
25    A   Yeah. Let's say I never worked the 45

Page 66

1  hours a week. Let's say I work between 30 to 35
2  hours the week. So if I multiply that 35 hours, plus
3  what I believe they should pay me, that is 15 -- $15
4  the hour -- as I told you, usually nannies they pay
5  for 15 to 20 -- it should be $525. I'm -- I'm
6  getting paid 200.
7     Q   Did you make any complaints to your host
8  family other than what we've already discussed about
9  your experience as an au pair?
10    A   As I -- my relationship with them has
11 always been really good, so we talk about this
12 subject sometimes, and I told them it's kind of
13 unfair.
14        But then, again, they always told me,
15 Sorry, but we cannot pay you more than that. That's
16 what the agency said we should pay, and it would be
17 illegal if we -- if we go higher than that.
18    Q   Other than your discussions about the
19 weekly payment amount with your host family, did you
20 have any other complaints that you made to them about
21 your experience as an au pair?
22    A   I did on the schedule. The schedule is --
23 is difficult, yeah. And because, like, he -- I --
24 like, I don't -- my hours are not from 7:00 until
25 3:00.

Page 67

1     They usually come in the middle, so I'm,
2  like, Oh, I'm working, but it's only two hours, and
3  then I will be off for five, and then I will have to
4  work for another six hours. So can I actually do
5  something with my spare time? No, because I live far
6  away. If I decided to go somewhere, then I have to
7  go home by a certain time. What if I get caught in
8  traffic? What -- so I have to stay at home, and for
9  me, that's unfair.
10    Q   Did you make any complaints to
11 InterExchange about your experience as an au pair?
12    A   I personally didn't because it kind of
13 effect -- like, the local coordinators don't do too
14 much for us, so I -- I think it's -- it was
15 worthless, so I never, no.
16    Q   Did you know how to get ahold of your local
17 coordinator if you had a problem that you needed to
18 report to her?
19    A   I had her phone number, yes.
20    Q   Did you make any complaints to a government
21 agency about your experience as an au pair?
22    A   No.
23        MS. LEVY: Let's take a short break. Let's
24 take another ten-minute break. I'm just going to
25 look through my notes. I think that may be all the

Page 68

1  questions that I have for you today, but I just want
2  to check. So let's take about a ten-minute break.
3  Let's come back at 1:10 your time, and --
4        THE DEPONENT: Okay.
5        MS. LEVY: -- I -- so we'll do ten minutes
6  off the record. Okay?
7        THE DEPONENT: Thanks.
8        MS. LEVY: Off the record.
9        (Recess taken, 11:01 a.m. to 11:10 a.m.)
10       MS. LEVY: Okay. I just have a few more
11 questions for you just to follow up on the things
12 we've already talked about.
13       THE DEPONENT: Okay.
14    Q   (BY MS. LEVY) You mentioned an e-mail that
15 you received about the lawsuit; you think you got it
16 about September of 2017. In that e-mail, was it
17 information about the lawsuit?
18    A   Yes.
19    Q   And that first document that we looked at
20 on the screen, the form that you used to opt into the
21 lawsuit, how did you -- how did you come to know
22 about that about that, about opting into the lawsuit?
23    A   As I told you, the e-mail I got, and it
24 presented some information about what was happening,
25 and it was giving me a choice to join, saying that if

17 (Pages 65 to 68)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 1

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

81

          I, SARA MEJIA ALVAREZ, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

          Amendments attached    ( ) Yes      ( ) No


_____
SARA MEJIA ALVAREZ


          The signature above of SARA MEJIA ALVAREZ was subscribed and sworn to or affirmed before me in the county of _____, state of _____, this _____ day of _____, 2018.


_____
Notary Public
My Commission expires:


Johana Paola Beltran, et al., March 30, 2018 (std)

82

REPORTER'S CERTIFICATE
STATE OF COLORADO       )
                        ) ss.
COUNTY OF ADAMS         )

          I, SHAUNA T. DIETEL, Registered Professional Reporter, and Notary Public ID 20014031444, State of Colorado, do hereby certify that previous to the commencement of the examination, the said SARA MEJIA ALVAREZ, was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

          I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

          IN WITNESS WHEREOF, I have affixed my signature this 13th day of April, 2018.

          My commission expires August 15, 2021.


\_XXX\_   Reading and Signing was requested.

\_\_\_\_\_   Reading and Signing was waived.

\_\_\_\_\_   Reading and Signing is not required.

21 (Pages 81 to 82)