1

```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 14-cv-03074-CMA-KMT
 3
     JOHANA PAOLA BELTRAN, et al.,
 4
     Plaintiffs,
 5
     v.
 6
     INTEREXCHANGE, INC., et al.,
 7
     Defendants.
 8   _____

 9   VIDEOCONFERENCE DEPOSITION OF:   MINELINE MARTINS
                                      April 9, 2018
10   _____

11            PURSUANT TO NOTICE AND STIPULATION, the
     videoconference deposition of MINELINE MARTINS, was
12   taken on behalf of the Defendant InterExchange, Inc.,
     at 1900 Grant Street, Suite 1025, Denver, Colorado
13   80203, on April 9, 2018, at 3:49 p.m., before Shauna
     T. Dietel, Registered Professional Reporter and
14   Notary Public within Colorado.

15

16

17

18

19

20

21

22

23

24

25
```

**H+G**

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 5

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 37

```
 1   boy and you?
 2       A    No. It was just them. The -- the -- she
 3   had another boy, but he couldn't -- he was a baby, so
 4   obviously he can't talk. So it was just the boy
 5   and -- and the mom.
 6       Q    Did you want to go live with the Valenzisi
 7   family when they chose you to be their au pair?
 8       A    Not that I wanted to go live with them.
 9   That was what I was told, that's how it worked.
10   Like, you know, it was -- it wasn't necessarily my
11   choice. I wasn't given the choice, yes or no. It's
12   just that's how it was. Like, you know, I don't know
13   if you understand, but that's just like how it was.
14       Q    If you were --
15       A    Like, that wasn't --
16       Q    If you were not interested in living with
17   that family, could you have said no?
18       A    If you're not -- if you don't want to live
19   with the family, then you can't be an au pair. Then
20   that's not being an au pair.
21       Q    Let me ask that question again: If you
22   weren't interested in living with the Valenzisi
23   family, could you have said no to living with them
24   and lived with -- found a different family to live
25   with?
```

Page 38

```
 1       A    Yes. Yes. If I wasn't comfortable living
 2   with them and if we didn't match, but then -- but
 3   then that would have been before I came to the United
 4   States. You know, afterwards, if there would have
 5   been a problem, then, you know, we could switch a
 6   family if there's a serious issue.
 7            But beforehand, if we didn't get along,
 8   then the application process would just continue and
 9   families would just continue to get your profile and
10   it would just continue.
11            I would assume that's how it works. I
12   mean, I don't know how many families saw my profile
13   before the Valenzisi family choose me. I wouldn't be
14   able to tell you that either because I -- I don't
15   know that.
16       Q    During your conversations with the
17   Valenzisi family during this matching process, did
18   you ever talk about how much you would be paid as an
19   au pair with their family?
20       A    During the phone calls and stuff?
21       Q    Yes.
22       A    No, it never came up. She never asked me;
23   I never asked, because at the time it was just
24   getting to know people, and we were trying to see if
25   we matched as people getting along.
```

Page 39

```
 1   You know, I think that stuff, like the
 2   logistics of it was being taken care of by the
 3   company. So I -- I -- I mean, I didn't think to ask
 4   the question of how much I was going to get paid. It
 5   was just more of getting to know the people and
 6   seeing if I was going to be able to live with them
 7   for the next two years, probably.
 8       Q    So when did you first learn how much your
 9   host family was going to pay you each week?
10       A    When I -- when I -- when the -- when I
11   signed up for it and I was -- the paperwork and I
12   saw, you know, when I got to know of it. I -- it --
13   I wouldn't be able to tell you the exact time and
14   what paperwork it was, but it would definitely be,
15   you know, before I came to the United States.
16            And all these things was set before,
17   because I wouldn't have came here not knowing how
18   much I was going to get paid, you know, because it's
19   a long way from home if I need to go back.
20       Q    And the amount that you learned from the
21   paperwork that you were referencing just now, is that
22   the amount that you were paid by your host family?
23       A    No. Like I said before, I thought, and I
24   was under the impression, should I say, I was going
25   to be paid 200 a week. But it ended up being 195.75
```

Page 40

```
 1   a week and never went up, never went less, and never
 2   changed; it was just the same amount every week.
 3       Q    And how did you learn the actual amount
 4   that you would be paid by your host family? Was it
 5   when --
 6       A    Like I said before, the first week when I
 7   got paid, that's how I learned the exact amount.
 8   When I got paid the first time, I saw how much I got
 9   paid, and it was the same every week. Before that, I
10   was under the impression I was getting $200 a week.
11       Q    And what was the amount that you were paid
12   each week?
13       A    $195.75.
14       Q    Did you ever ask your host family to pay
15   you more than that amount?
16       A    No, because we're not allowed to ask them.
17       Q    What do you mean by that, you're not
18   allowed to ask them?
19       A    We were told we were not -- that was the
20   amount. You -- you can't -- you were not allowed to
21   get more. That was the amount. You can't work for
22   more hours to get more money. It was just that, and
23   that's it. That's what we were told. I don't know
24   how else to explain it. That was what we were told.
25            There was -- we were also not allowed to
```

10 (Pages 37 to 40)

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### 41

1  have a second job or anything. You know, that was --
2  we were told that was obviously illegal. So we were
3  just told that that was going to be our amount, and
4  we -- we can't work any babysitting hours extra for
5  anybody else or for the family. That was just it.
6      Q   Did anyone from InterExchange ever tell you
7  that you could not ask the family for a higher weekly
8  stipend?
9      A   Yes. Yeah.
10     Q   What did they tell you?
11     A   What do you mean? They said that the
12 amount that we got paid per week is the -- is the
13 pre-discussed amount that was discussed on -- that we
14 were going to get paid. So we were not allowed to --
15 to ask for more because, you know, why would we if
16 that's what we were told we were going to get paid.
17     Q   Do you remember if anyone told you that you
18 couldn't ask for more?
19     Not that that's what the stipend is, but
20 did anyone -- do you remember if anyone from
21 InterExchange told you that you cannot ask for
22 more -- a higher weekly stipend?
23     A   Yes.
24     MR. PACHECO: Object to form.
25     A   I wouldn't be able to tell you what person

### 42

1  told me that, but I distinctly remember that. We
2  were not allowed to ask for more money or work any
3  more hours to get more money. It was just, like,
4  that was going to be it.
5      And not -- my host mom didn't say that; it
6  was something that they said to us. Because we were
7  working for them, you know, like -- but the -- so
8  they were the ones who, you know, told us that this
9  is the amount. There was no -- no arguing. I mean,
10 you know, like, I don't know. I don't know how else
11 to explain.
12     And, honestly, if you're a foreigner and
13 you're just being told, like, this is how much it is
14 and this is the work you're going to have to do and
15 you work, you just -- I mean, I just did it. I
16 didn't question anybody. I just did it because
17 that's what I was told. So I'm not going to -- I
18 don't know. That's just -- if other people did, I
19 mean, I don't know.
20     Q   (BY MS. LEVY) During your conversations
21 with the Valenzisi family during the matching
22 process, did you talk about what you would be doing
23 with the children?
24     A   Yeah. Like, general child care things.
25 Like, you know, taking them to school, playing with

### 43

1  them. Nothing out of the ordinary. Nothing
2  different than what the regular child care is.
3      Q   Do you remember anything specific that you
4  talked about with the host mom that would be
5  considered general child care?
6      A   Yes. Stuff like getting them -- waking
7  them up in the morning, making them breakfast,
8  getting the older one ready for school. The baby
9  used to stay with me, so, you know, getting him
10 ready. I would take the boy down to the end of the
11 driveway so the school bus could pick him up.
12     Then I would spend the rest of the day with
13 the little baby. Then wait for the other one to come
14 home. Things like that.
15     Like, she would just give me a general
16 schedule, and it was kind of the same thing that I
17 would go do over here -- I mean, in South Africa. So
18 it was -- we were just, you know, talking about that.
19     It was nothing -- I wasn't thinking I was
20 going to do more or less, you know, than general
21 child care. They weren't special needs children, so
22 there wasn't any special -- anything extra. It was
23 just regular child care.
24     Q   And when you actually lived with the
25 family, were those the duties that you performed with

### 44

1  the children?
2      A   Yeah.
3      Q   During your conversations -- during the
4  matching process with the Valenzisi mom, did they --
5  did she tell you how many hours per day you would be
6  working?
7      A   Regular -- she told me in the beginning a
8  regular eight-hour day, like a regular day, but it
9  ended up being more. But in the beginning it was
10 supposed to be just, you know, eight hours, I think.
11     Q   Do you remember signing an au pair
12 agreement with InterExchange?
13     A   Yes.
14     Q   Did you read the agreement before you
15 signed it?
16     A   Yes, I did, but I don't remember what was
17 in there right now.
18     Q   Do you remember if you understood it at the
19 time that you read it and signed it?
20     A   Yeah. I mean, yes, I did because I -- like
21 I said, I understand English, you know, fairly well,
22 perfectly good. So, yeah, I did.
23     Q   You arrived in the United States for the au
24 pair program in September 2010; is that right?
25     A   No. 2009.

11 (Pages 41 to 44)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 5

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**45**

Q When you arrived in the United States for the au pair program, is that when you went to this training that you were talking about?
A Yes.
Q And was that --
A The first week --
Q Sorry. Go ahead.
A The first week that I came here I was -- I landed at JFK, and I went to the New Yorker Hotel, and I stayed there a week where there was the orientation and training, and then I linked up with the host family after that.
Q Do you remember how long the training was? How many hours per day?
A It was all day. It was 8 -- I don't remember the exact hour, like, how long in total, but it started at eight o'clock in the morning, and I think it finished, like, 5:00 or 6:00, and we would get lunch in between, like an hour. But it was like all day, every day the whole week long.
Q Did you do any child care training during that week?
A Yes.
Q What kind of child care training?
A CPR. I wouldn't be able to tell you like

**46**

exact things, but I remember CPR because we got a little card thingy that we were CPR certified.
    They taught us about money and stuff too, about you guys' money. I don't really remember all the things, like, you know, everything specifically. I just remember here and there, but that's -- it was -- it was a whole bunch of stuff.
Q Was the training general for all au pairs, or was it specific to you and your host family?
A No, it was --
    MR. PACHECO: Objection to form.
A It was just the -- the au pairs. The host family wasn't there; it was just us. And the au pairs that was with me, they were actually close by. They lived in New Jersey. We -- the people who was there for that week that arrived at the same time, our group, we were -- we were all in the New York area.
Q (BY MS. LEVY) And the training information that they gave you during that week in New York City, was that -- was it general information, or was it specific for the Valenzisi family?
    MR. PACHECO: Object to the form.
A It -- it wasn't just for the Valenzisi family because I -- everybody -- everybody wasn't

**47**

going to the Valenzisi family; it was just going to be me. So we -- we all got trained in general on all these different things, and then after that, we went to our separate families.
    I don't -- I don't understand to how to -- like, you're -- I don't -- I don't know if that's the right answer, but I don't know how to answer your question. Because we weren't trained specifically for the Valenzisi family. We were trained in general, and then I just went to the Valenzisi family but everybody else went to somebody else.
Q (BY MS. LEVY) Okay. Thanks.
    And then you said after training in New York City you went to go meet your host family in Long Island?
A Yes, on the 4th of October.
Q Do you remember whether both parents in your host family worked?
A Yes, they both worked. One is a teacher, and one has his own construction company.
Q And was the host mom a teacher?
A Yes.
Q So she worked outside of the home?
A Yes.
Q And what time did she leave for work in the

**48**

morning?
A She left at 6:30 in the morning, but my hours started at 5:00 because the baby -- you know, in case the baby woke up or anything, I had to take care of him while she got ready for work. So my day started at five o'clock every morning.
Q What time did the host mom get home from work in the evening?
A Five o'clock.
Q And was that Monday --
A And then I --
Q Sorry. Go ahead.
A I'd still be working even if she was home, because I would be taking the other one to Taekwondo and looking after the baby while she makes food and stuff like that. So even if she was home, I would still be working.
Q Did -- did the host mom work those hours, Monday through Friday every week?
A Yes. And she was off in the summer because she was a public school teacher.
Q So during the summer, did you have the same hours that you were working?
A Yep. I had to work even if she was home.
Q Was -- was the host mom helping with the

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 49

children when you were home or -- yeah, when you were home too during the summer?
A   No. No. She -- she would be out -- she would be doing things. She would be going to the gym, going to the beach with her friends, going to the mall. She would never be in the actual home; she would just not be at work, but she would not be home. I would be still taking -- it would be a regular -- I worked -- I worked the whole year. I never got off. You know, I didn't get off like that. I was only off on the weekend. That was it.
Q   Were you off on Saturdays and Sundays?
A   Yes, because I made up my hours during the week.
Q   What time did the host dad leave for work in the morning?
A   Four o'clock, because he works in Manhattan.
Q   And then what time would he get home in the evenings?
A   I would say around the same time as the mom, because I guess traffic or whatever. But I know he used to leave very early in the morning, four o'clock in the morning to beat the traffic.
Q   And then when the parents came home, were

Page 50

they helping with the children at all?
A   No.
Q   Did --
A   No.
Q   Did they -- did the parents eat dinner with their children?
A   Yes.
Q   Did you have dinner with them too?
A   Yes, sometimes.
Q   So after they arrived -- the parents arrived home at 5:00 p.m. during the workweek, what happened after that? Can you tell me about your --
A   I don't really remember the exact days, but the older boy used to go to Taekwondo, and it was three times during the Monday through Friday, like, of the workweek. So on any -- say if it was a Monday and he had Taekwondo on a Monday, when the mom would come home, I would take the little -- the little boy and the -- the older one to Taekwondo, and that was for probably -- I don't know -- what, half an hour or 45 minutes.
And then we would come home, and I would take them upstairs. I would give them a bath, put their pajamas on, and then by then the dinner would sort of be done, you know, or dinner would be like

Page 51

almost ready.
So I would play with them for -- for like a half an hour, and then we -- we would eat dinner, and then my day was done after dinner. And then I would help the host mom to clean the kitchen, and then that was it. Then my day was finished.
Q   What time would dinner finish?
A   Well, typically -- you know, because things change, but usually they would eat between, I would say, 6:30, seven o'clock. So anything after that, dinner would be, you know, done. Because sometimes the mom and dad would barbecue, or the dad would barbecue, so, you know, dinner didn't take sometimes the same amount. More or less between -- like, almost seven o'clock dinner would be done.
Q   Were there any other adults besides the host mom, the host dad, and you that lived in the family's home?
A   No, it was just us.
Q   And were there two children that you cared for in the Valenzisi family?
A   Yeah, two boys.
Q   And how old were the two boys?
A   When I first got there, the oldest one was three years old, and then the -- the little guy was

Page 52

18 months.
Q   And you mentioned bringing one of the boys out to the school bus. Was that the three year old?
A   Yeah. So I don't know what -- like, pre-K? What do they call it? Pre-K or some like that? Like, the school thing. It wasn't the whole day; it was like a few hours, but it was the school, the yellow school bus. I don't know exactly -- if it was pre-K or something. I don't know what it was called.
Q   How many days a week did the three-year-old go to this school?
A   Only twice a week.
Q   And how many hours did he go to school on those two days a week?
A   I don't really remember the exact. I think it was like four hours. It wasn't a lot because he was young. It wasn't a lot.
Q   And what about the 18-month-old, did he go to day care?
A   No. He was with me all the time.
Q   During the week, from Monday to Friday, did you ever have free time during the day?
A   No.
Q   Can you tell me a little bit more about your duties with the children other than what you've

13 (Pages 49 to 52)

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-3   filed 05/09/18   USDC Colorado   pg 6 of 11

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 53

    1  already talked about?
    2      A   Well, it wasn't like with the children, but
    3  like when the baby was sleeping, for however long he
    4  was sleeping, I would clean the house, you know, like
    5  vacuum, mop the floors, dust, you know, things like
    6  that. And then I would take the -- the older one,
    7  like I said, to Taekwondo.
    8          What else did he do? Like a birthday
    9  party, if there was a birthday party. One time he
   10  had a birthday party at the movie theater, so I took
   11  them there so that -- you know, his mom was at home,
   12  so I took him. The park, library, things like that.
   13  Nothing other than that.
   14      Q   Did you cook dinner for the children or for
   15  the family?
   16      A   Yes. Not for the -- not for the adults,
   17  but for the children, yes, breakfast, lunch, dinner.
   18  I packed the boy's lunch for school. And the baby, I
   19  prepared his baby meals.
   20      Q   Did you provide any other services to the
   21  host family outside of child care?
   22      A   No.
   23      Q   Did you spend time with other au pairs when
   24  you lived on Long Island with the Valenzisi family?
   25      A   Yes. Once a month we would all meet at our

### Page 54

    1  coordinator's house that worked for InterExchange.
    2  Her name is Jolene. She was the one for Long Island.
    3  We would meet at her house for whatever month. Say
    4  in October we did, like, pumpkin carving night. So
    5  we would bring our pumpkins, and we would carve it.
    6  November we had like a -- we made food.
    7          We -- we, a few times, went to go to the
    8  Broadway show together with the au pairs. Then we
    9  would all pay money as a group, and all of the au
   10  pairs, with our coordinator, the one from
   11  InterExchange, would -- we would go to, like,
   12  Manhattan to the -- Broadway and watch a show.
   13          We watched the Knicks once. Things like
   14  that. Or we would meet at her house, exchange
   15  cookies, do crafty things, have -- we, one time, had
   16  a game night like with the Foosball and the air
   17  hockey.
   18          Like things to -- for some of the -- like
   19  me, you know, we were working during the week, and
   20  sometimes we didn't have friends, so it was like
   21  something that we did to hang out with the other au
   22  pairs, also other people from different countries so,
   23  you know, you feel like you're not different.
   24          So it was -- it was -- we would meet like
   25  once a month, yeah, with the other au pairs.

### Page 55

    1      Q   Did your -- did your host family give you a
    2  schedule to work each week?
    3      A   Yes. The schedule kind of stayed the same.
    4  I got one schedule in the beginning, and it was kind
    5  of the same thing. If there was anything out of
    6  ordinary, the mom would let me know. But I did
    7  receive a schedule in the beginning, and it kind of
    8  stayed on the same track, and if there was any
    9  variations, we would usually know.
   10      Q   Was the schedule written down for you?
   11      A   Yeah, it was. The first time it was
   12  written down. I had it on paper, so I knew what my
   13  duties was, yeah.
   14      Q   Did anyone from InterExchange ever give you
   15  a weekly schedule when you lived with your host
   16  family?
   17      A   No. They didn't -- they -- they didn't see
   18  me weekly. It was a monthly thing.
   19      Q   Do you know if you still have that paper
   20  that your host family gave you when you first started
   21  living with them as an au pair for your weekly
   22  schedule?
   23      A   I don't know. I don't think so. I -- I
   24  would look, but I probably don't have anymore. I do
   25  have some of my InterExchange paperwork, but I would

### Page 56

    1  have to look for it, and I don't know if I have it
    2  still. But I -- I do know they kept my paperwork
    3  because, you know, we have to keep -- just excuse me.
    4          I did keep some of it, but I wouldn't know
    5  because I moved, so I don't know if everything moved
    6  with me. But I do know that I did have it somewhere,
    7  yeah.
    8      Q   If -- if you could look for that, that --
    9  we would appreciate it, and if you find it, please
   10  give that to your attorney.
   11          Okay?
   12      A   Okay.
   13          MR. PACHECO: And, Counsel, can I --
   14          MS. LEVY: So I'm specifically talking --
   15          MR. PACHECO: Sorry. Yeah. I was going to
   16  ask what was the document? I missed that.
   17      Q   (BY MS. LEVY) I'm specifically talking
   18  about that written schedule that your host family
   19  gave you when you first started as an au pair with
   20  them.
   21          Okay?
   22      A   Okay. Yeah, like I said, I might not have
   23  it, but if I do, I will -- I'll give it to my
   24  attorney, yes.
   25      Q   Okay. Thank you.

14 (Pages 53 to 56)

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

57

1  A  Okay.
2  Q  Who determined that weekly schedule that
3  you got from your host family?
4  A  Well, the InterExchange gave us a general
5  child care duty thing, you know, like what is
6  expected of us. But each family's routine is
7  different, so, you know, I assume other au pair's
8  routine was kind of different than mine.
9      So our routine was made by the family, but
10 our duties, schedule, and as far as what we did for
11 the family was -- was decided by InterExchange. But
12 our daily routine on, you know, what time I woke up
13 and what time the kids went to school, that was the
14 family; they told me that.
15 Q  Was it the host mom or the host dad or both
16 of them?
17 A  The host mom was more in control of that
18 stuff.
19 Q  InterExchange never told you which hours or
20 days you had to work, right?
21     MR. PACHECO: Object to the form.
22 A  No, not specifically. The only thing I
23 remember they said was that it was 45 hours a week,
24 and if the week is Monday to -- if you made up the 45
25 hours in three days or however many days, it was 45

58

1  hours per week, but the hours couldn't carry over.
2  You know, you couldn't -- like if -- if -- if I only
3  worked three days a week, then I didn't owe the
4  family more hours or, you know, stuff like that. But
5  the -- the initial 45 and the days -- like, the
6  seven-day week, that's what they told us, yeah.
7  Q  (BY MS. LEVY) So how many hours per week
8  did you work for your host family?
9  A  I couldn't specific -- I mean, if -- if
10 I -- like, I do the math, I can tell you. But I know
11 that I started at five o'clock in the morning, and I
12 would end around 6:00. So on every day, Monday
13 through Friday, because she worked and she -- it was
14 like our days just ran like clockwork. It didn't
15 vary very -- it vary -- it didn't vary. It didn't
16 change at all.
17 Q  Were you expected to be on call for your
18 host family at times that you were not scheduled to
19 provide child care?
20 A  I wouldn't use the word "expected" because
21 we -- you know, if -- if the -- if -- if that was the
22 case, then, you know, that's different. But I was
23 called a few times from my room to sit with the kids
24 while she ran out to get certain things when it
25 wasn't my time, and then she would be gone for like a

59

1  few hours or, you know, stuff like that.
2      It was never pre-discussed, but since I was
3  in the house and, you know, she needed to run out,
4  it's not like I can say no. So, you know, that's how
5  that went.
6  Q  How often did that happen?
7  A  Quite often, but not like on a monthly
8  basis, you know. But it -- it would happen often.
9  Like, she didn't second guess it; it was just like,
10 Oh, Mineline's here, so let me go, you know. But I
11 wouldn't be able to tell you, oh, it happened every
12 week or stuff like that. It was just when it needed
13 to be, I was, like, always there, I guess.
14     MS. LEVY: So we've been going for a little
15 while, and I want to ask if you need a break at this
16 point or if you're okay to keep going?
17     THE DEPONENT: Well, how long do we still
18 have to go?
19     MS. LEVY: You know, I'm not sure. So if
20 you -- if you need to take a break, I -- it's okay.
21 We can take a ten-minute break or so right now.
22     THE DEPONENT: Okay. That's good. Can we
23 take a break? Yeah.
24     MS. LEVY: Sure. All right. Let's go off
25 the record.

60

1      (Recess taken, 5:10 p.m. to 5:22 p.m.)
2  Q  (BY MS. LEVY) All right. Mineline, are
3  you ready?
4  A  Yes.
5  Q  Okay. So before the break, we were talking
6  about your host family and your duties and your hours
7  with them. Was -- did the Valenzisis have an
8  eight-year-old son also?
9  A  An eight-year-old?
10 Q  Yes.
11 A  No. They only had two kids. Now they have
12 three, but back then, they didn't. I don't know if
13 you have current information, but not -- he wasn't
14 eight at the time.
15 Q  Wait. So when you lived with them, there
16 was the three-year-old and then the baby, so just
17 those two?
18 A  Yes, that was it. Only two kids, that was
19 it.
20 Q  Did you ever complain to your host family
21 about the schedule that they gave you?
22 A  No.
23 Q  Did you ever make any complaints to an
24 InterExchange representative about your work schedule
25 with your host family?

15 (Pages 57 to 60)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 5

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-3   filed 05/09/18   USDC Colorado   pg 8 of 11

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**Page 65**

1  A  No.
2  Q  Were they -- were you all together during
3  the day?
4  A  Yes, sometimes. If the -- because
5  sometimes the grown-ups would go out, and then I
6  would stay with the kids.
7  Q  Did you take any other trips with your host
8  family?
9  A  No, that was it. Only one time.
10  Q  Did you have any free time when you were in
11  Disney World?
12  A  No, not at all. I didn't get to see Disney
13  World, technically.
14  Q  Can you tell me about what you did with the
15  family and the kids when you were at Disney World?
16  A  Yeah. We -- when we went to the actual
17  Disney World, I was mainly with the -- the little
18  baby because he was in the stroller. So I was
19  pushing him in the stroller all day. And then
20  sometimes the mom would go on some of the rides with
21  the older boy, and then I would, you know, stay with
22  the baby, because he was very young so he couldn't go
23  on all the things.
24     Or I -- I would -- the parents went
25  somewhere, and I would just, you know, stayed with

**Page 66**

1  the kids. We only went to actual Disney World theme
2  park one time, and then the rest we were just at the
3  grandparents' little -- what do you call it? --
4  little apartment. So I was in the pool at the
5  apartment area with the kids and the playground, and
6  the tennis court, and stuff like that.
7  Q  Did you take any trips on your own?
8  A  No.
9  Q  How often did you go into New York City?
10  A  Sometimes on the weekends when I was able
11  to with the other au pairs.
12  Q  How often was that?
13  A  Probably, on average, twice or maybe three
14  times a month, but not -- like, mostly like twice a
15  month, I would say. Sometimes three. I don't know.
16  Not all the time.
17  Q  Did your host family pay for anything when
18  you went into New York City?
19  A  No. No.
20  Q  Were there any other benefits that you
21  received from the host family?
22     MR. PACHECO: Objection, form.
23  A  No, I didn't get anything. I only got my
24  weekly paycheck, and that was it.
25  Q  (BY MS. LEVY) Do you remember if your --

**Page 67**

1  you received a -- a journal or a log of any type from
2  either your host family or InterExchange, something
3  to write in?
4  A  No, I never received anything like that.
5  Q  And you mentioned that InterExchange told
6  you generally what duties to do for a host family.
7  Did InterExchange tell you specifically what duties
8  you had to do for the Valenzisi family?
9  A  Yes, the taking care of the kids, on and
10  off the school bus, stuff like that.
11  Q  InterExchange told you to take the
12  three-year-old to the school bus, or did the host mom
13  tell to you take the three-year-old to the school
14  bus?
15     MR. PACHECO: Objection, form.
16  A  Well, that, the host mom told me, like I
17  said. But InterExchange gave -- told -- told me what
18  to expect I was going to have to do on a daily basis,
19  because it's -- you know, being an au pair is
20  different than being a regular nanny.
21     So that -- they told us that in the first
22  week, like, what typically you expect and how your
23  typical day is going to be. You know, but the host
24  mom obviously makes the final rules, because
25  everybody's schedule is different.

**Page 68**

1  Q  (BY MS. LEVY) Okay. I see. Thank you.
2     Did anyone from InterExchange ever
3  supervise you when you were taking care of the
4  Valenzisi's children?
5  A  No, not that I remember. No.
6  Q  Did your host family ever ask you to
7  perform any duties that worried you in any way?
8  A  That worried me, you said?
9  Q  Yes.
10  A  No. No. No.
11  Q  Did you take classes when you lived with
12  the host family?
13  A  What kind of classes?
14  Q  Did you take any classes at a school or
15  university, a college?
16  A  Yes, for our -- for our J-1 visa, which is
17  the visa that they gave us, we were required to do, I
18  think, six credits, so that -- but it was all
19  coordinated with, like, the au pair program. We
20  learned the history of America, and, like, CW Post.
21  And it was all -- and it was only au pairs who went
22  to it, and it was, like, at a reduced price so that
23  we could afford it, you know, because we -- like,
24  studies are expensive.
25     So it was all just au pairs. It was a

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

69

1  specific program just for au pairs, these credits.
2  But, yeah, that was the only studies that I did as
3  far as programs is concerned, yeah.
4      Q   How many classes did you take?
5      A   I took -- I was here -- I -- I did the
6  two-year program. So I did it twice. I had to -- I
7  did two sets of six credits, I think. Yeah, six
8  credits, two sets of them.
9      Q   So one year was this history of America
10 class, and then what was the other year?
11     A   I don't remember. I don't -- I don't
12 really remember. I don't know the exact course name
13 of it.
14     Q   Do you remember if it was at the same
15 school or university?
16     A   Not -- no. One was at CW Post, and the
17 other one was -- oh, yeah. One was the history of
18 America, which was at CW Post; that was the second
19 time I did the credit -- or the first time I did the
20 credit. I don't really remember.
21         The second time I went to South Hall
22 Community College, and I did, like, a mechanical
23 drafting course, which was equivalent to six credits,
24 and that was, like, for, I think, six months at
25 night. Because I just wanted to study something

70

1  different, because it was -- you know, there was -- I
2  didn't want to do the history in America thing again,
3  so I could choose as long as it was six credits.
4      Q   You mentioned your local coordinator,
5  Jolene, before?
6      A   Yes.
7      Q   Did you -- did you meet with her in person
8  other than when you went to her house for the monthly
9  meetings?
10     A   No. The very first time I met her was at
11 her house, but I don't -- I didn't meet her
12 specifically before that. I met other people from
13 InterExchange, but not Jolene.
14     Q   Did she -- did Jolene come to the
15 Valenzisi's home when you -- when you first arrived
16 there, within the first two weeks?
17     A   She was there once after I got there, and
18 she was there a few times before I got there when I
19 was in there to -- to see, you know, where I was
20 going to be staying and to talk with the family and
21 stuff like that, that I know, but only one time after
22 I was there.
23     Q   And what happened during that meeting that
24 one time when she came to the host family's home when
25 you were there?

71

1      A   It was just a general introduction. It was
2  basically very -- in the very, very beginning. I
3  think she was just stopping by to see how everything
4  went. It wasn't anything official or anything like
5  that. She just wanted to see how it was going. She
6  spoke to me for a few minutes, and that was it. It
7  was just like, Hey, how is everything? And that was
8  it.
9      Q   Did Jolene ever supervise the child care
10 that you provided for your host family?
11     A   No.
12     Q   Did Jolene ever give you specific duties
13 that you had to do for your host family?
14     A   Specific duties, no. My -- no. Like, what
15 do you mean?
16     Q   I -- like other than what we've already
17 discussed that InterExchange explained to you
18 generally what you would be doing with a host family;
19 did Jolene ever tell you exactly what you had to do
20 for the Valenzisi family?
21     A   No. No, there was nothing more than what I
22 already told you guys.
23     Q   Did Jolene ever pay you?
24     A   No.
25     Q   Other than Jolene, did you meet with any

72

1  other representatives from InterExchange when you
2  lived with your host family?
3      A   Not when I lived with them; only during the
4  first week when I came -- when I came to the United
5  States, there was three ladies. I don't remember any
6  of their names, but I remember there was three
7  ladies.
8      Q   Mineline, we have asked you, through your
9  attorney, to provide documents relating to amounts
10 paid to you and hours that you worked when you were
11 with your host family, before this deposition today.
12 Have you searched for any of these sorts of
13 documents?
14     A   No.
15     Q   Do you have any documents given to you by
16 the company that you were talking about that was in
17 Cape Town related to your participation in the au
18 pair program?
19     A   I do remember receiving documents, like I
20 said, but as far as if those documents -- if I still
21 have them, I'm not sure. I won't be able to tell you
22 a hundred percent. I don't -- I won't be able to
23 tell you that.
24     Q   Do you have any documents, such as e-mails
25 or social media, relating to your work, performance,

18 (Pages 69 to 72)

**MINELINE MARTINS - 4/9/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

Page 73

1 your duties, or compensation as an au pair?
2     A  I don't know. I don't -- social media,
3 definitely not, because I wasn't allowed to put the
4 children on social media. The parents didn't want
5 that. I -- I don't know. As far as payment, I have
6 to see. Like I said, I don't know what I -- if I
7 still have the paperwork.
8         But I -- I would go with, I'm not sure if I
9 have those documents, because I can't say a hundred
10 percent if I do have it.
11     Q  Was it the host mom or the host dad that
12 gave you your check with the weekly stipend each
13 week?
14     A  It was the host mom. It came out of her --
15 her account.
16     Q  Did you keep any records of those payments
17 that you received from your host family?
18     A  I could -- I could see if I do have it. I
19 don't know if I do. I don't want to say yes and then
20 I don't have it. So I -- I -- I might. I don't
21 know. Because it's -- it's been a really long time,
22 and I've moved since, so I might not have it anymore.
23     Q  Did you keep any records of the hours that
24 you worked with your host family?
25     A  No. I only know it because I know what

Page 74

1 time I woke up and what time, you know, I -- I -- I
2 ended. But as of, like, paper -- paper copies, I
3 don't have that, no.
4     Q  What time did you wake up for work with the
5 host family Monday through Friday?
6     A  I woke up at 4:30 to be able to start at
7 five o'clock in the morning.
8     Q  Do you believe your host family owes you
9 money today?
10        MR. PACHECO: Objection.
11     A  I don't know. I don't know. I don't know.
12 I wouldn't be able to tell you that.
13     Q  (BY MS. LEVY)  Do you believe InterExchange
14 owes you money?
15        MR. PACHECO: Objection.
16     A  I don't know either. I -- I -- I wouldn't
17 be able to give you an answer.
18     Q  (BY MS. LEVY)  Did you make any complaints
19 to your host family about your experience as an au
20 pair?
21     A  No. I just kept it to myself.
22     Q  Did you make any complaints to
23 InterExchange about your experience as an au pair?
24     A  No.
25     Q  Did you make any complaints to any

Page 75

1 government agency about your experience as an au
2 pair?
3     A  No.
4     Q  When you were talking about the three
5 ladies from InterExchange at the training when you
6 first came to the United States to be an au pair and
7 you said they were given information about the
8 stipend -- do you remember talking about that today?
9     A  Yes. You said -- you -- you say, again,
10 what? That -- do I remember the three ladies spoke
11 about the stipend amount?
12     Q  Yes, at the training.
13        So my question to you --
14     A  Yes.
15     Q  -- is, do you specifically recall -- do you
16 specifically remember one of those three ladies from
17 InterExchange telling you you cannot ask for more
18 money, or was that your understanding of that being
19 the stipend amount and that you shouldn't ask for
20 more?
21        MR. PACHECO: Objection to form.
22 Foundation.
23     A  No. We were told that we can't ask for
24 more.
25     Q  (BY MS. LEVY)  And who told you that?

Page 76

1     A  The lady from InterExchange. We can't ask
2 for more money or more hours in order to make more
3 money.
4        MS. LEVY: Okay. I think those are all the
5 questions I have, but I need to take a short break
6 just to look through my notes.
7        THE DEPONENT: Okay.
8        MS. LEVY: So let's go on a break right
9 now.
10        (Recess taken, 5:50 p.m. until 6:00 p.m.)
11        MS. LEVY: I just have a few more questions
12 for you.
13        THE DEPONENT: Okay.
14     Q  (BY MS. LEVY)  Did you ever discuss the
15 amount of the weekly stipend with your host family?
16     A  No. Not that I can remember, no.
17     Q  And when you went to New York for training
18 and you said that one of the ladies told you you
19 could not ask for more money, was that the first time
20 someone had ever told you that?
21     A  Yes. Yeah, that was -- I would say yeah,
22 that was the first time.
23        MS. LEVY: Okay. All right. I have no
24 more questions. Thank you very much. Really
25 appreciate you doing this deposition.

19 (Pages 73 to 76)

MINELINE MARTINS - 4/9/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

81

1  THE DEPONENT: Okay. Thank you.
2  MR. PACHECO: All right. Thank you. Thank
3  you both.
4  WHEREUPON, the within proceedings were
5  concluded at the approximate hour of 6:05 p.m. on the
6  9th day of April, 2018.
7        *    *    *    *    *

82

I, MINELINE MARTINS, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.
Amendments attached   ( ) Yes     ( ) No


_____
MINELINE MARTINS


The signature above of MINELINE MARTINS was subscribed and sworn to or affirmed before me in the county of _____, state of _____, this _____ day of _____, 2018.


_____
Notary Public
My Commission expires:


Johana Paola Beltran, April 9, 2018 (std)

83

REPORTER'S CERTIFICATE
STATE OF COLORADO     )
                     ) ss.
COUNTY OF ADAMS      )

I, SHAUNA T. DIETEL, Registered Professional Reporter, and Notary Public ID 20014031444, State of Colorado, do hereby certify that previous to the commencement of the examination, the said MINELINE MARTINS, was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 23rd day of April, 2018.

My commission expires August 15, 2021.

_XXX_   Reading and Signing was requested.

_____   Reading and Signing was waived.

_____   Reading and Signing is not required.

21 (Pages 81 to 83)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 5