1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 14-cv-03074-CMA-KMT
 3    _____

 4  DEPOSITION OF: LAURA CAMILA BARRIGA RODRIGUEZ
                   March 27, 2018
 5    _____

 6  JOHANA PAOLA BELTRAN, et al.,

 7  Plaintiffs,

 8  v.

 9  INTEREXCHANGE, INC., et al.,

10  Defendants.
      _____
11
                PURSUANT TO NOTICE, the deposition of
12  LAURA CAMILA BARRIGA RODRIGUEZ, via Zoom Conference,
    was taken on behalf of the Defendant, InterExchange,
13  Inc., at 1900 Grant Street, Suite 1025, Denver,
    Colorado 80203, on March 27, 2018 at 9:32 a.m., before
14  Tracy R. Stonehocker, Certified Realtime Reporter,
    Registered Professional Reporter and Notary Public
15  within Colorado.

16

17

18

19

20

21

22

23

24

25
```

**H+G**

**Hunter + Geist, Inc.**

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 7

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 45

1  doing with the children?
2      A. Yes.
3      Q. And what -- can you describe that
4  conversation?")
5      A. I don't know if I lost the connection
6  before, but I was telling you guys that they told me
7  what was the kids' routine, maybe like -- because I
8  arrive in June, so I arrived during the summer, so
9  they told me, like, what was my routine during the
10 summer was being in charge of the kids all the time.
11 Making sure that they have lunch, dinner. That I have
12 to give them a bath. And I was responsible of their
13 laundry and I also had to take them to different
14 activities such as the museum, the park, the zoo,
15 bring them to different playdates and that was for the
16 family.
17     And then they just told me like overall
18 about the school year because at that point, it wasn't
19 a school year yet, so she just told me that I was -- I
20 would have to drop them off at school and pick them up
21 from school and give them lunch, prepare snack for
22 them, dinner, the same. Bath.
23     Q. (BY MR. HUNT) And these are the -- I
24 apologize. I didn't mean to interrupt you.
25     A. It's okay.

### Page 46

1      Q. Were you done with your answer?
2      A. Yes.
3      Q. Okay. Were -- those were the duties
4  that the host family was describing during the
5  interview?
6      A. Yes.
7      Q. Okay. And were those -- were those the
8  duties that you actually performed as an au pair?
9      A. Yes.
10     Q. And you said -- you said that the host
11 family described the kids' routine?
12     A. Yes.
13     Q. What -- what did they describe about the
14 routine?
15     A. Like what the kids usually do during the
16 summer or during the school year. Like since I arrive
17 in June, so they told me like you basically start
18 working around 8:00, 8:30 in the morning and then the
19 kids like to go to this park, this park or these
20 places, and then around noon, you would have to make
21 lunch and then, you know, like their routine that they
22 keep during the day in the summer.
23     Q. And during the school year, were the
24 kids -- did they describe that the kids would be in
25 school during part of the day?

### Page 47

1      A. Yes.
2      Q. Okay. And was that the actual -- was
3  that the routine that the kids had while you were an
4  au pair?
5      A. Yes.
6      Q. During that Skype interview, did the
7  Conleys tell you how many hours per day that you would
8  be working?
9      A. They just told me -- they just told me
10 like a general idea of what the schedule would look
11 like. They would say, like, you would usually start
12 working around 8:30 up to 5:30 or 6:30 or 7:00. It
13 depends on what they were planning to do or the
14 parents or what time of the year and the plans that
15 they had.
16     Q. And when you were an au pair, did you
17 start working at 8:30?
18     A. Yes.
19     Q. And when you were an au pair, did you
20 end at 5:30?
21     A. Sometimes. During the summer, 5:30,
22 5:45. As I said, it was just like a general idea of
23 what my schedule was going to look like.
24     Q. Okay.
25     A. But my schedule also changed like every

### Page 48

1  week I could have, like, weeks where when I was on at
2  6:00 p.m. every day or other weeks where it was not
3  6:00, but 5:45 or 5:30, so it was just like -- they
4  just wanted to give me like a general idea of what was
5  going to be my schedule.
6      Q. Okay. Did they describe any time off
7  that you'd have during the day?
8      A. Yes. They said that when the kids were
9  at school, I was off.
10     Q. Okay. And what was -- how long were
11 they -- during the school year, how long were the kids
12 in school?
13     A. The first year, one kid was going to
14 like nursery school, so he went from 9:00 to 11:30.
15 So I only had off like two hours and a half. And the
16 other kid was in a school until 11:50. Then the
17 second year, both went to the same school, but
18 they -- the oldest went -- now went to school full
19 time until 3:35 and then the other kid, the youngest,
20 he was going to school from 8:45 -- both from 8:45 to
21 11:50.
22     Q. Okay.
23     A. The youngest.
24     Q. So generally during the school year, you
25 had the mornings off?

12 (Pages 45 to 48)

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

---

Page 49

1     A. No. I started working before because I
2 had to drop them off.
3     Q. Right. Right. So from 8:30 until the
4 school day began, you were working and then the rest
5 of the morning, you were not working?
6     A. No.
7     Q. Can you describe what you were doing?
8 When you say "no," is that -- I'm sorry. Let me
9 rephrase it.
10     A. I was not working. I was not working.
11     Q. Okay.
12     MR. VALDIVIESO: I'm sorry, I actually
13 had trouble hearing the end -- the time that the
14 youngest child ended school.
15     A. Yes. The first year, the youngest --
16 could you hear me?
17     MR. VALDIVIESO: I'm not asking you --
18 I'll actually have the court reporter read back the
19 answer. I don't want to create more record. I just
20 had trouble hearing. Joe, is that okay?
21     MR. HUNT: Yeah.
22     (The answer was read back as follows:
23 "The first year, one kid was going to like nursery
24 school, so he went from 9:00 to 11:30. So I only had
25 off like two hours and a half. And the other kid was

Page 50

1 in a school until 11:50. Then the second year, both
2 went to the same school, but they -- the oldest
3 went -- now went to school full time until 3:35 and
4 then the other kid, the youngest, he was going to
5 school from 8:45 -- both from 8:45 to 11:50.")
6     MR. VALDIVIESO: Okay. Thank you. I
7 couldn't hear if it was 11:15 or 11:50. Thank you.
8     Q. (BY MR. HUNT) Can you pull up another
9 document, Ms. Barriga, that we sent you or that your
10 attorney sent you called the au pair agreement?
11     A. Sure.
12     Q. This is marked Exhibit 2.
13     A. I got it.
14     Q. Okay. Just so we're on the same page
15 and same place, can you tell me what it says on the
16 first page in bold print?
17     A. Says "AP agreement Laura Camila Barriga.
18 Au pair agreement, the agreement. This is entered
19 into by InterExchange Incorporated not for profit
20 501."
21     Q. Okay. Thank you. And if you --
22 your -- you can scroll and flip through the pages to
23 familiarize yourself with it and when you are familiar
24 with it -- well, do you recognize this document?
25     A. I --

Page 51

1     Q. Take your time.
2     A. I think -- I think this document was
3 given to us during the first week in New York City
4 with like a bunch of stuff. If I'm not wrong, that's
5 what I think of this document.
6     Q. Do you see on the first page below the
7 first paragraph it says, "InterExchange" and "I agree
8 to the following terms and conditions"?
9     A. Yes.
10     Q. And is that your electronic signature
11 below?
12     A. Just my name.
13     Q. Do you understand what an electronic
14 signature is?
15     A. What I understand is that electronic
16 signature is the one that I have in the other paper
17 that I actually sign up. But this is just my name.
18     Q. Okay. Do you remember signing this
19 document electronically?
20     A. No.
21     Q. You don't?
22     A. I don't remember.
23     Q. Do you believe that you did or did not
24 sign this document?
25     A. I don't remember.

Page 52

1     Q. Okay. Do you remember reading this
2 agreement?
3     A. I remember that I look at this agreement
4 a couple of times just to make sure about the
5 extension program and the -- just about that. Maybe
6 about the occasion, but not at all.
7     Q. If you did -- if you did sign the
8 document, would you have read it before you signed it?
9     MR. VALDIVIESO: Objection to form. You
10 may answer.
11     A. I usually read everything what I sign.
12 I don't remember that I had signed this document.
13 What I remember is either the training week in New
14 York, they told us about the agreement, so I don't --
15 I'm sure I didn't read it all. I know that I looked
16 at the agreement a couple of times, but I don't
17 remember that I signed it.
18     Q. (BY MR. HUNT) Okay. Do you remember
19 whether you understood the document?
20     A. Yes.
21     Q. And did you understand the document?
22     A. I -- when I read -- when I look at the
23 document and it says agreement between au pair and the
24 au pair and InterExchange, I believe that the document
25 is pretty much about all what the au pair program is

13 (Pages 49 to 52)

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 57

1  A. Monday through Friday.
2  Q. Did any other adults other than yourself
3  and the host parents live in your home as an au pair?
4  A. No.
5  Q. And you said the children attended
6  nursery school; is that right?
7  A. The youngest attended --
8  Q. And the oldest attended school?
9  A. Yes. The first year, the youngest was
10 like in pre-K or something like that. And the oldest
11 was going to kindergarten. So the oldest was going to
12 a normal elementary school. The other one was just
13 going to like a school at church or something.
14 Q. Okay. And if I -- if I remember right,
15 you were describing it earlier, in that first year,
16 the youngest went to nursery school from around 9:00
17 a.m. until 11:30 a.m., is that accurate?
18 A. From 9:00 to 11:30.
19 Q. Okay. And the -- during the first year,
20 the oldest went to kindergarten from around 8:45 until
21 11:50?
22 A. Yes.
23 Q. Okay. And in the second year, the
24 youngest went to kindergarten; is that right?
25 A. At the same school, yes.

Page 58

1  Q. So that was also from around 8:45 to
2  11:50 in the morning?
3  A. Yes.
4  Q. And in the second year, the oldest child
5  went to school from when in the morning?
6  A. From 8:45 to 3:35.
7  Q. What were your duties with respect to --
8  excuse me. Let me rephrase that. What were your
9  duties with the youngest child?
10 A. I have the same duties with both.
11 Q. Okay. Go ahead.
12 A. When the oldest kid was in school the
13 second year, I was responsible just to make the
14 youngest kid's lunch, but it was pretty much the same
15 for both. The oldest would spend more time at school.
16 Q. Can you describe some of the things that
17 you were doing with the children?
18 A. Yes, in the morning, I have to bring
19 them to school. If their parents didn't have time to
20 pack the oldest kid's lunch, I had to do it. I also
21 had to pack a snack sometimes and then I have to walk
22 them to school and then pick them up at different
23 times. I pick up the youngest kid, then I have to
24 make lunch for him and try to find something to do
25 with him, whether to bring him to the park or the

Page 59

1  museum or something while the other kid was still at
2  school, and then when it was time to pick up the
3  oldest kid, then we walked to school to pick him up,
4  and then coming back home, make sure that -- to give
5  them a snack. If they didn't have an extra activity,
6  like a playdate or like something particular, then I
7  just stay home with them or bring them to the park or
8  something if it was nice out and then I would have to
9  give them a shower or a bath and then make dinner.
10 Sometimes when the parents got home late, I had also
11 to put them to bed. And maybe during the time that
12 they were watching TV or something, I complete the
13 laundry or pick up the mess that they left around.
14 Q. Did you do any other duties outside of
15 child care?
16 A. No.
17 Q. Okay. Did you spend time with other au
18 pairs?
19 A. I only had one friend that was -- that
20 one au pair and that lived near where I was living and
21 we sometimes made a couple of playdates.
22 Q. Did the family give you a schedule every
23 week?
24 A. Yes.
25 Q. And was that schedule written down or

Page 60

1  was it electronic or did they just tell you what the
2  schedule would be?
3  MR. VALDIVIESO: Object to form.
4  A. They give it to me by text message every
5  week.
6  Q. (BY MR. HUNT) By text message?
7  A. Yes.
8  Q. On your phone?
9  A. Yes.
10 Q. And did they provide a phone for you?
11 A. They did.
12 Q. Did they pay for the phone?
13 A. They did.
14 Q. Did they have any rules about using the
15 phone?
16 A. No.
17 Q. Did InterExchange have any rules about
18 using the phone?
19 A. No.
20 Q. Okay. Did anyone from InterExchange
21 ever give you your weekly schedule while you were
22 living with the Conley family?
23 A. No. The only one who provided the
24 weekly schedule was my host family.
25 Q. Did you keep any records about the

15 (Pages 57 to 60)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 7

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-4   filed 05/09/18   USDC Colorado   pg 5 of 10

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 61

1  weekly schedule?
2       A.  No, because it was on the phone and I
3  had to give back -- give back that phone when I
4  finished my second year.
5       Q.  Did you work the same days every week
6  with your host family?
7       A.  It depends.  During the summer, I
8  usually work just Monday through Friday.  During the
9  school year, sometimes I work on the weekends.  So
10 basically it was from Monday through Friday and maybe
11 every other Saturday when they have like date night or
12 something like that.
13      Q.  During the summer, how many days or
14 excuse me, during the summer, how many hours per day
15 did you work on Mondays?
16      A.  Like nine.
17      Q.  Nine.  And Tuesdays?
18      A.  The same.
19      Q.  Wednesdays?
20      A.  The same.
21      Q.  And Thursday and Friday, is that the
22 same as well?
23      A.  Uh-huh.
24      Q.  Okay.  So --
25          MR. VALDIVIESO:  Sorry.  If he asks you

Page 62

1  a question that calls for a yes or no, it's important
2  to say the word, instead of uh-huh or nods or
3  gestures.
4          MR. HUNT:  Thank you.
5       A.  Okay.  What I want to say is that was --
6  I usually worked the same schedule because the kids
7  didn't go to camp or any activity, so I usually work
8  from 8:30 to 5:30, so it was like around nine hours
9  every day during the summer.
10      Q.  (BY MR. HUNT) Okay.  And did you have
11 any time off during the day in the summer?
12      A.  No.
13      Q.  Okay.  Who determined which days of the
14 week that you worked?
15      A.  The host family.
16      Q.  Did InterExchange tell you what hours of
17 the day or which days to work?
18      A.  No.
19      Q.  During the school year, how many hours
20 per week did you work for your host family?
21      A.  Usually -- I usually work between
22 something around 37 to 41 hours.  It was not the same
23 amount of hours every week.
24      Q.  Okay.  And I'm not sure I heard.  Did
25 you say 27?

Page 63

1       A.  37.
2       Q.  37?
3       A.  Yeah.
4       Q.  You worked between 37 and?
5       A.  Like 41.
6       Q.  Okay.
7       A.  Something like that.  Some weeks, I have
8  more, like, free time.  Some others, I have to work
9  until like later, like 6:00 or 7:00, so it was --  it
10 wasn't just like regular like every day at this time
11 you're going to be off, no.  Sometimes I work on
12 Saturdays, so. . .
13      Q.  When you worked Saturdays, did you work
14 the whole day or less than that?
15      A.  Sometimes it was just from 6:00 or 7:00
16 until like 2:00 in the morning or some other times
17 from like 5:00 until like 11:00.
18      Q.  Okay.  And you said that during the
19 school year, you had -- your host mom told you you had
20 the mornings when the kids -- excuse me.
21          Let me take that -- let me strike that
22 question.
23          When the kids were at school, you
24 had -- you did not have any duties?
25      A.  No.  I was off.

Page 64

1       Q.  Okay.  Were you ever expected to be
2  available or on call for your host family at times
3  that you were not scheduled to work?
4       A.  Yes.
5       Q.  Under what circumstances?
6       A.  Maybe when they can't go to school
7  because it's snow, because it's a snow day or because
8  one of them sick, so, yeah I -- a couple of times, I
9  had to stay home with them, be available when I was
10 supposed to be off.
11      Q.  Can you think of any other times that
12 you were expected to be on call?
13      A.  Maybe during the nighttime when -- when
14 one of them was traveling for work and the other one
15 wanted to go grocery shopping or something, then I was
16 expected to be call -- to stay with the kids, so I
17 would say that like every time, all the time.
18      Q.  What do you mean by "all the time"?
19      A.  Yes.  Well, you live there, so even
20 though you have a schedule, it may be a benefit for
21 the family that you are there and you might be
22 available also if they need you like for something
23 last minute, so sometimes I will go downstairs and
24 start working and she tell me, like, the youngest kid
25 is not feeling well.  I'm not going to send him to

16 (Pages 61 to 64)

Case No. 1:14-cv-03074-CMA-KMT Document 1066-4 filed 05/09/18 USDC Colorado pg 6 of 10

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 65

```
 1    school, can you please stay home.  Or any other day
 2    they text me like -- for example, the train is like 20
 3    minutes late.  We won't be home on time.  Or we had a
 4    last minute meeting, we cannot get home in time, you
 5    know.
 6          Q.  Were there other times that they arrived
 7    home early?
 8          A.  Yes.  Sometimes, especially on Fridays.
 9          Q.  And did you get off work early on those
10    days?
11          A.  Yes, like one hour early.
12          Q.  Okay.
13          A.  Pretty much.
14          Q.  Did you have responsibilities for
15    children waking up at night?
16          A.  No.
17          Q.  While you lived with your host family,
18    were there weeks that you worked more than 45 hours?
19          A.  No, never.
20          Q.  Never.  Were there weeks that you worked
21    more than 40 hours?
22          A.  Yes.
23          Q.  Okay.  How many weeks if you could
24    estimate did you work over 40?
25          A.  I would say that most of the weeks and
```

Page 66

```
 1    both summers.
 2          Q.  And during the school year, did you
 3    mostly work fewer than 40 hours?
 4          A.  Yes.  It was always something in between
 5    37 or 41, 42.
 6          Q.  Okay.  With your host family, did you
 7    ever work more than 10 hours a day?
 8          A.  No.
 9          Q.  Did you ever have any concerns or
10    complaints about the schedule that your host family
11    gave you?
12          A.  No.
13          Q.  How much did the Conleys pay you each
14    week?
15          A.  $200.
16          Q.  And how were you paid?  Was it check or
17    cash or electronic transfer?
18          A.  Sometimes it was by electronic transfer
19    and when they didn't have time to do it, they just
20    give me cash or give me part in cash and part by
21    transfer.
22          Q.  And they paid you each week?
23          A.  Yes.
24          Q.  Did you discuss the amount with your
25    host family?
```

Page 67

```
 1          A.  I didn't.
 2          Q.  You did not.  Do you know who decided
 3    the amount of payment?
 4          A.  I don't.
 5          Q.  Okay.  And was it the same amount?  Did
 6    they pay you $200 every single week that you were
 7    there?
 8          A.  Yes.
 9          Q.  It never varied?
10          A.  Excuse me?
11          Q.  That amount never changed?
12          A.  No.
13          Q.  Did InterExchange ever pay you your
14    weekly stipend?
15          A.  No, never.
16          Q.  Did the host family -- did the Conleys
17    ever give you extra money for any reason?
18          A.  No.
19          Q.  Do you remember if you went to the
20    movies or a museum, did they give you money for that?
21          A.  Oh, yeah, but for the kids' expenses,
22    like, of course, if I -- if we were going -- if they
23    wanted me to bring the kids to the movie theater, they
24    provide the money for me to pay for the kids and for
25    my ticket.  Everything that had to do with the kids,
```

Page 68

```
 1    they pay for that.
 2          Q.  So if you took the kids for ice cream,
 3    they would pay for your ice cream too?
 4          A.  Yes.
 5          Q.  And if you took the kids to a book store
 6    to buy books, would they pay for you to buy books as
 7    well?
 8              MR. VALDIVIESO:  Objection to form.
 9          A.  They only pay for everything that had to
10    do with the kids.  If they didn't provide the money,
11    then I just had to tell them like, hey, I spend this
12    with the kids and they would just give it back to me.
13          Q.  (BY MR. HUNT)  Did they always reimburse
14    you?
15          A.  Yes.
16          Q.  Did they ever give you any gifts?
17          A.  Yes.
18          Q.  What sort of gifts?
19          A.  For my birthday, and for Christmas, they
20    give me money.
21          Q.  Do you remember how much money?
22          A.  $100 every time.
23          Q.  For each of your birthdays or, excuse
24    me, for your birthday each year?
25          A.  Yes.
```

17 (Pages 65 to 68)

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-4   filed 05/09/18   USDC Colorado   pg 7 of 10

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**Page 69**

1  Q. And for Christmas each year?
2  A. Yes.
3  Q. Did they give you money for any other
4  holidays?
5  A. No.
6  Q. Okay. Did you ever have a computer to
7  use while you were an au pair?
8  A. I could use their computer if I wanted
9  to, but I didn't.
10 Q. You didn't need to or you didn't want
11 to? I didn't catch that.
12 A. I didn't need to use a computer at some
13 point.
14 Q. Okay.
15 A. When -- in the second year -- before my
16 first year finished, I went to Columbia for like two
17 weeks and I brought my computer, so every time I
18 needed to use it for some reason, I just used mine.
19 Q. Okay. And was there -- did you have
20 access to the internet while you were in the second
21 year while you were using your computer?
22 A. Excuse me, could you repeat it, please?
23 Q. Did the Conleys provide you access to
24 the internet, like wifi?
25 A. Yes.

**Page 70**

1  Q. Yeah. And you said that you went home
2  to Columbia before your second year began. Did you or
3  the Conleys pay for that trip?
4  A. They didn't. I pay by myself.
5  Q. Okay. And you said that you had a
6  phone -- you said that you had a cell phone that the
7  Conleys gave you, were you able to use that cell phone
8  to make personal calls?
9  A. Yes.
10 Q. Were you able to use it to communicate
11 with your friends in Columbia?
12 A. When I communicate to my friends in
13 Columbia, I did it by like free call application.
14 Q. Like WhatsApp or Viber?
15 A. WhatsApp.
16 Q. And did you have a car while you were an
17 au pair?
18 A. The car of the family.
19 Q. The family. How many cars did they
20 have?
21 A. In the first -- first month, they had
22 only one. And then after like six months, I guess,
23 they got another car, a second car.
24 Q. Okay. And could you use that car for
25 your own personal trips or errands?

**Page 71**

1  A. Yeah. Every time I needed to use it, I
2  had to make sure that they were not going to use the
3  car, so I can use it.
4  Q. Okay. But you were allowed to use the
5  car, for instance, to go to dinner with other au
6  pairs?
7  A. Yeah. I was allowed to use it as long
8  as they didn't need it.
9  Q. Okay. Did your -- did you drive the --
10 excuse me. Let me strike that.
11       Did the Conleys give you gas money?
12 A. For the -- for the kids, yes. Every
13 time if I was with the kids at the zoo and then I
14 realized that I was running out of gas, then I just
15 put gas with my money and I tell them and they just
16 give it back. But when I wanted to use it, I had to
17 pay for my own gas.
18 Q. Okay. And you said that they -- they
19 gave you $100 for your birthday and Christmas. Were
20 there any other gifts that they gave you?
21 A. For both opportunities, they just give
22 me that and with pictures of the kids.
23 Q. Okay. For -- did they give you money or
24 a gift on Easter?
25 A. No.

**Page 72**

1  Q. Okay. Did you take any trips or
2  vacations while you were an au pair?
3  A. With the host family or by myself?
4  Q. Let's take them one at a time. Let's --
5  did you take any trips or vacations with the host
6  family?
7  A. Not really. I had to go to their shore
8  house a couple of times during the summer, but because
9  they needed me to work all the time there, so I just
10 went there because of my work and I did it every time
11 they needed me to come with them.
12 Q. Did your hours change while you were at
13 the shore house?
14 A. Yes.
15 Q. How did they change?
16 A. The amount of hours when the parents
17 were around were less. Probably like 25, 20. Because
18 they tried to spend their time with the kids.
19 Q. Okay. How frequently did you go to the
20 shore house?
21 A. During the summer, it depends. Some
22 weekends, they needed me to come with them, so I came
23 all over weekend because they need me to stay there
24 for Saturday or on Friday. But then there was like
25 two weeks or three, maybe, when we went down there for

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

73

the whole week. I don't know. I would say like two weeks every year. The whole week.
Q. And you call it "the shore house," is that a -- do you call it that because it's near the beach?
A. Yes.
Q. Okay. Did you spend some time on the beach with the kids?
A. With the kids.
Q. Yeah. And is that shore house, is that in New Jersey?
A. Yes, the shore house is at Sun Harbor.
Q. Did you do any other trips with the host family?
A. No.
Q. To New York?
A. No.
Q. Did you do trips without the host family?
A. Yes, I just went to -- during my first year, I went to Columbia for two weeks. And then my second year, I went to Miami for like a weekend. And then for -- to North Carolina for like a week or two, but I did it during my travel month. The trip to North Carolina was during my travel month at the end

74

of my au pair second year.
Q. Okay. Did you have a travel month after the first -- of your first year?
A. After the end of my second year.
Q. But not at the end of your first year?
A. No.
Q. Okay. That was just the two-week period of time that you traveled to Columbia?
A. Yes.
Q. Okay. And when you went to Miami, did the host family pay for any -- excuse me, did the host family pay for your plane tickets if you traveled by plane?
A. They never pay for any of my personal trips.
Q. Okay. They never paid for hotels, food, while you were vacationing?
A. No.
Q. Okay.
   MR. VALDIVIESO: Go ahead.
   MR. HUNT: Sorry.
Q. (BY MR. HUNT) Do you remember traveling by train or plane with your host family?
A. We took the train, but just from Harbor to Philadelphia to get my Social Security number in

75

November.
Q. Your host family helped you get your Social Security number?
A. Yes.
Q. Did your host family help you get your driver's license?
A. Yes.
Q. Did they pay for your driver's license?
A. They did.
Q. Okay. Do you know -- would you describe whether there were -- excuse me.
   Were there other benefits that your host family provided you?
A. I would say that I didn't have to pay for my phone and I could use the car when I needed and they don't -- they didn't need it. And that's it. They -- they -- they're such a nice family. They're great. But all the things that I got from them were basically like working -- the agreement with the au pair.
Q. I'm sorry, I didn't catch that last part.
A. I'm saying that any of the things that I had gotten from them, like food or my room or anything like that, is just something that is part of the

76

agreement.
Q. Okay. So they met all the standards in the agreement?
A. Yes.
Q. Did your host family provide you a journal or a log or diary to use while you were an au pair?
A. No. We never used that.
Q. Okay. Did InterExchange ever provide you a journal or diary?
A. They provide us like a weekly planner or something that we just never use that.
Q. Okay. Who told you what duties to perform while you are were an au pair?
A. It was both, but I would say, like, I had the conversation most of the time with the host mom. But they both agree what my duties were at that point.
Q. When you say "both," you're referring to the host mom and the host dad?
A. Yes.
Q. Okay. Did anyone at InterExchange ever tell you what duties to perform?
A. No.
Q. Okay. Did anyone at InterExchange ever

19 (Pages 73 to 76)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 7

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

89

1 just paid her back.
2     And -- when the winter began, I didn't
3 have like many like coats, so she gave me like two
4 sweatshirts that she was not going to wear any more
5 and also she let me wear eventually one of her coats.
6     Q.  Did you keep those -- that clothing,
7 those coats?
8     A.  The sweatshirts that she was not going
9 to wear any more, yes.
10    Q.  And they provided your meals; is that
11 right?
12    A.  Yes.
13    Q.  Okay.  Do you remember going to a parade
14 in New York City while you were an au pair?
15    A.  Yes.
16    Q.  Was that with the host family?
17    A.  No.
18    Q.  Was that during your time as an au pair?
19    A.  No.  It was for Thanksgiving and I went
20 by myself with a friend and I was off that day, so I
21 wanted to see the Macy's parade and I went with my
22 friend.
23    Q.  How did you get to New York?
24    A.  I got a bus ticket.
25    Q.  Did the host family pay for the bus

90

1 ticket?
2     A.  They never paid for anything that was of
3 my personal stuff.
4     Q.  Okay.  I'm about done with questions,
5 Ms. Barriga.  Was there anything that you thought I
6 was going to ask you, but I didn't ask you?
7         MR. VALDIVIESO:  Objection to form.
8     A.  No.
9         MR. HUNT:  Okay.  Well, your counsel
10 might have some questions for you, but I want to thank
11 you for participating in the deposition.
12        THE DEPONENT:  You're welcome.  Thank
13 you.
14        MR. VALDIVIESO:  I just have two
15 questions, but, actually they're just mostly
16 clarifying the record.  Could I ask that we go off the
17 record for a second?
18        MR. HUNT:  Sure.
19        (Off-the-record discussion.)
20        (The question and answer were read back
21 as follows:  "And did you understand the document?
22    A.  I -- when I read -- when I look at the
23 document and it says agreement between au pair and the
24 au pair and InterExchange, I believe that the document
25 is pretty much about all what the au pair program is

91

1 about, so if I'm looking at the document right now,
2 and it says duties and hours, I was told about that.
3 The section about the compensation, all of those items
4 were -- were -- we were told about all of that, so I
5 understood the agreement.")
6         MR. VALDIVIESO:  Thank you for reading
7 that back into the record.
8              EXAMINATION
9 BY MR. VALDIVIESO:
10    Q.  Ms. Barriga, so as the court reporter
11 just read back your testimony, it was about some of
12 the items in the agreement including duties, hours and
13 compensation.  My question is, who told you about
14 those items?
15    A.  About the -- what is -- what -- like the
16 subjects that they are describing in the agreement?
17    Q.  Yes.  Who told you about those items?
18    A.  InterExchange.
19    Q.  And who at InterExchange told you about
20 those items?
21    A.  That was -- that was actually during the
22 week -- the week training that we had in New York that
23 we were talking about like all the duties that we will
24 have as an au pair, like that we were going to be in
25 charge, just on like only for the kids, everything

92

1 related to them, their meals, their laundry, making
2 sure that they have the bedrooms clean and that we can
3 only do like anything that is in relation to those
4 kids, not to the host parents.
5     Q.  Other than in the orientation and
6 training, did anyone at InterExchange tell you about
7 your duties at any other time?
8     A.  Yes, when they -- the local coordinator
9 called me, they always ask me the same questions every
10 month, like if I was working less than 45 hours and
11 all this stuff, and they ask me, are you only doing
12 duties related to the kid, nothing -- nothing else and
13 they were -- they were always like making sure monthly
14 that I was doing the duties that I was supposed to.
15    Q.  And about the number of hours, did
16 anyone at InterExchange discuss the number of hours
17 with you at the orientation and training?
18    A.  Yes.  They always remark that we cannot
19 work over 45 hours a week and no more than 10 hours a
20 day.
21    Q.  And compensation was another item in the
22 agreement that you mentioned you were told about.  Who
23 told you about compensation?
24    A.  They told us during the week's training
25 that we were going to have that weekly payment and

23 (Pages 89 to 92)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 7

LAURA CAMILA BARRIGA RODRIGUEZ - 3/27/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

101

1  with but the references of my house family. I don't
2  have like the diploma like this is what I did two
3  years here in America. Not all the people have that
4  and now I think that it's very important and I can't
5  just have it according to InterExchange.
6      Q. (BY MR. HUNT) To your knowledge, have
7  you ever been denied any opportunity or a job
8  placement because you don't have an au pair
9  certificate?
10     A. No. What I'm saying is that when I
11 would like to apply for a job or whether or not -- I
12 just not, I cannot have that certificate even though I
13 was an au pair.
14     Q. Yeah. Let me ask you, to your
15 knowledge, have you ever been denied any opportunities
16 or job placement because you don't have an au pair
17 certificate?
18     A. Not now.
19         MR. HUNT: Okay. That's it. Thank you.
20         THE DEPONENT: You're welcome.
21         MR. VALDIVIESO: I don't have any
22 follow-up on your questions.
23         WHEREUPON, the within proceedings were
24 concluded at the approximate hour of 12:59 p.m. on the
25 27th day of March, 2018.

102

I, LAURA CAMILA BARRIGA RODRIGUEZ, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached    ( ) Yes    ( ) No

_____
LAURA CAMILA BARRIGA RODRIGUEZ

The signature above of LAURA CAMILA BARRIGA RODRIGUEZ was subscribed and sworn to or affirmed before me in the county of _____, state of _____, this _____ day of _____, 2018.

_____
Notary Public
My Commission expires:

Johana Paola Beltran, 3/27/18 (tds)

103

REPORTER'S CERTIFICATE
STATE OF COLORADO    )
                     ) ss.
CITY AND COUNTY OF DENVER )

I, TRACY R. STONEHOCKER, Certified Realtime Reporter, Registered Professional Reporter and Notary Public ID 19924009337, State of Colorado, do hereby certify that previous to the commencement of the examination, the said LAURA CAMILA BARRIGA RODRIGUEZ was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 29th day of March, 2018.

My commission expires June 12, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

26 (Pages 101 to 103)