1

```
           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

Defendants.
_____

VIDEOCONFERENCE DEPOSITION OF:   MYLENE GRY
                                 March 28, 2018
_____

            PURSUANT TO NOTICE AND STIPULATION, the
videoconference deposition of MYLENE GRY, was taken
on behalf of the Defendant InterExchange, Inc., at
1900 Grant Street, Suite 1025, Denver, Colorado
80203, on March 28, 2018, at 4:34 p.m., before Shauna
T. Dietel, Registered Professional Reporter and
Notary Public within Colorado.
```

H+G

Hunter + Geist, Inc.

303.832.5966   1900 Grant Street, Suite 1025   ■ www.huntergeist.com
800.525.8490   Denver, CO 80203                ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 9

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**Page 41**

1  the document, and hopefully we'll all be able to see
2  it.
3        Do you recognize this?
4     A  Yes.
5     Q  Is this the document that you looked at
6  earlier?
7     A  It was the same document.
8        MR. HUNT: And before I forget, let's mark
9  this as Exhibit 2. The previous document that we
10 looked at, the opt-in form, we'll mark as Exhibit 1.
11    Q  (BY MR. HUNT) Did you sign this agreement?
12    A  Yes, I signed it.
13    Q  Electronically; is that right?
14    A  Yes.
15    Q  Okay. And is that check mark an
16 acknowledgment that you signed the agreement?
17    A  Yes.
18    Q  I'm going to scroll down, and let me know
19 if you need me to move more slowly, but I'd like to
20 turn to page -- the final page.
21       Let me ask you first, Ms. Gry, did you read
22 this agreement before you signed it?
23    A  I don't remember.
24    Q  Did you ask for anyone to help you read the
25 agreement before you signed it?

**Page 42**

1     A  I think the lady at Fee Revee told me all
2  about what it was, and I just signed it. So I
3  believe her.
4     Q  If you look at that paragraph 21, it's kind
5  of small. Could you read the first sentence for me.
6     A  Yes. 45-hour agreement for the host family
7  and au pair?
8     Q  That's correct.
9        Let me know when you're done.
10    A  Yes, I'm done.
11    Q  Did you understand that you would not work
12 more than 45 hours per week as an au pair?
13    A  Yes.
14    Q  When did you arrive in the United States
15 for the au pair program?
16    A  I arrived in June 2011. Yes, the end of
17 June 2011.
18    Q  Did you go the training in New York City
19 before you met your host family?
20    A  Yes. I stayed five days in New York.
21    Q  Did you go through training?
22    A  Yeah, I did the training. Yes.
23    Q  What sort of training was it?
24    A  Say that again, please.
25    Q  What sort of training did you receive?

**Page 43**

1     A  We learned about how -- what I remember,
2  they taught us how to do the CPR stuff, to like --
3  what else? They told us about how the family could
4  be, like -- I don't remember exactly everything that
5  happened.
6     Q  Do you know -- you said it lasted five
7  days. Do you know how many hours per day you were
8  trained?
9     A  I -- I don't remember, but it was a full
10 day for sure.
11    Q  A full day.
12       Do you remember whether you were paid for
13 the training?
14    A  I wasn't paid for the training.
15    Q  Okay. Do you remember whether you were
16 required to attend the training?
17    A  I don't -- can you rephrase it, please?
18    Q  Did you have to go to the training?
19    A  Oh, yes. We all had to go to the training,
20 yes.
21    Q  Who made you go to the training?
22    A  The agency made me go.
23    Q  The agency is -- when you said "the
24 agency," do you mean the French agency or
25 InterExchange?

**Page 44**

1     A  I think the French agency told me I would
2  have to go to a training.
3     Q  Did the French agency require you to go
4  through any training before you came to the United
5  States?
6     A  No. They told me I would have the training
7  in New York.
8     Q  Okay. And then after that training, you
9  went to go meet your host family; is that correct?
10    A  Yes. On the Friday I went to Boston, and
11 they picked me up at the train station.
12    Q  So your time with the first family was very
13 short?
14    A  Yes. It was only two weeks.
15    Q  And they paid you $200 each week?
16    A  Yes. That's correct.
17    Q  Did they give you any other any -- other
18 money or gifts?
19    A  I don't remember.
20    Q  Do you remember how many hours a week you
21 worked for them?
22    A  I guess, yeah, it was 45 hours.
23    Q  Did you keep track of how many hours you
24 worked?
25    A  No.

11 (Pages 41 to 44)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 9

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 49

1  the host family that was not child care?
2  A   I did some cleanup in the house, but they
3  didn't ask me to do it. I just did it myself.
4  Q   Okay. And you were cleaning up after the
5  children as well, I assume; is that correct?
6  A   Yes.
7  Q   Okay. Did you spend time with other au
8  pairs?
9  A   Can you rephrase it?
10 Q   Did you meet other au pairs?
11 A   Like, did I meet other au pairs when I was
12 working with the kids or outside?
13 Q   Either.
14 A   Yes. Yes, I had other au pair friends.
15 Q   How did you meet them?
16 A   Oh, I met them at the school, at the
17 library and --
18 Q   I'm sorry. I'm going to have to cut you
19 off. Could you please repeat your answer, Ms. Gry?
20 A   Yeah. I'm here. I don't know. It's
21 disconnecting.
22      MR. HUNT: Well, let's go off the record.
23      (Recess taken, 6:13 p.m. to 6:18 p.m.)
24      MR. HUNT: Ms. Gry, we're going to be back
25 on the record.

### Page 50

1  Q   (BY MR. HUNT) You said you met other au
2  pairs. Did you spend time with them?
3  A   Yes, I spent time with them at the library
4  with the kids sometimes and also on my free time.
5  Q   Did the family give you a schedule each
6  week?
7  A   Can you say that again?
8  Q   Did the Fried give you -- let me rephrase.
9      How did you -- how -- who determined when
10 you would work as an au pair?
11 A   Oh, the family told me what my schedule
12 would be like.
13 Q   Did they give you -- did they give you the
14 schedule? Did they write it down or tell you?
15 A   They told me, like, from the beginning it
16 would be from 8:00 to -- yeah, from 8:00 to 5:00,
17 Monday through Friday, and that's what they did.
18 Nothing changed.
19 Q   That never varied? In other words, that --
20 that schedule never changed?
21 A   Yes, that's what I did the whole year, from
22 8:00 to 5:00, Monday to Friday.
23 Q   So that schedule wasn't -- was not written
24 down on paper?
25 A   No, it wasn't.

### Page 51

1  Q   Did anyone from InterExchange ever give you
2  a weekly schedule while you lived with your host
3  family?
4  A   I don't think so, no.
5  Q   Did you keep records or papers of your
6  weekly schedule?
7  A   No, I have nothing about this.
8  Q   And you worked the same days, Monday
9  through Friday, 8:00 a.m. to 5:00 p.m.?
10 A   Yes. That's correct.
11 Q   Did you ever work on the weekends?
12 A   Maybe occasionally, but I don't remember
13 exactly.
14 Q   What is a -- how -- what does
15 "occasionally" mean to you?
16 A   Like maybe it happens once or twice because
17 they wanted to go out, but I don't know exactly why
18 and when.
19 Q   Once or twice a year?
20 A   A year, yes.
21 Q   Okay.
22 A   A year.
23 Q   Did you ever work in the evenings?
24 A   No. I don't remember, no.
25 Q   Ms. Gry, I just would like to clarify your

### Page 52

1  last answer. No, you don't remember or no, you did
2  not work in the evenings?
3  A   I don't remember working in the evening
4  with them.
5  Q   Thank you.
6      When you were working Monday through
7  Friday, 8:00 a.m. to 5:00 p.m., were there times
8  during the day that you had off?
9  A   When both kids were asleep for naps -- for
10 naps, I mean, that's when I had kind of a time off.
11 But I was still, like, watching the kids, like,
12 making sure everything was okay, getting the stuff
13 ready for after nap. So it -- it depends. Sometimes
14 I didn't get this time off during the day.
15 Q   Did you have any opportunity for free time
16 during the day?
17 A   No. No, not from 8:00 to 5:00; I was like
18 fully with the kids. I couldn't do whatever I
19 wanted. Like, I was on duty.
20 Q   Were you ever expected to be available --
21 strike that.
22      Excuse me. Let me rephrase that, Ms. Gry.
23      Do you know what the phrase "on call"
24 means?
25 A   I think so.

13 (Pages 49 to 52)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 9

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

53

1  Q  Can you tell me?
2  A  On call is like when you were on your free
3  time but you expect a call to come to work.
4  Q  Were you ever on call as an au pair?
5  A  Oh, no, I wasn't.
6  Q  Were there any times that you -- strike
7  that.
8      Did you have responsibilities for the
9  children waking up at night?
10  A  It happened once.
11  Q  Once under what circumstance --
12  A  Happened one night.
13  Q  What were the circumstances of that?
14  A  We were on vacation and the parents were
15  coming the day after. So I was with the grandparents
16  and the kids, but the grandparents were not able to
17  wake up at night if something happened, so I was kind
18  of in charge of the kids at night.
19  Q  But were you able to sleep that night?
20  A  Yes, I was sleeping.
21  Q  You were just the -- the adult who was
22  responsible for the kids that night? Is that
23  correct?
24  A  Yes. I was, yes.
25  Q  Okay. So to clarify what you said earlier,

54

1  while you were living with your host family, were
2  there any weeks that you worked more than 45 hours?
3  A  No.
4  Q  Did you ever work more than ten hours per
5  day?
6  A  No, it never happened.
7  Q  Did you ever have any concerns or
8  complaints about the schedule that the Fried family
9  gave you?
10  A  No. No, not at all.
11  Q  How much -- strike -- excuse me. Let me
12  rephrase that, Ms. Gry.
13      I believe you said, and correct me if I'm
14  wrong, that they paid you $200 per week; is that
15  correct?
16  A  Yes. Yes, that's correct.
17  Q  Did that ever change? Did they ever pay
18  you more or less than $200 per week?
19  A  No. It was always 200 per week.
20  Q  How were you paid?
21  A  They paid me in cash every Friday.
22  Q  Did you ever keep records of those
23  payments?
24  A  No, I don't have any records.
25  Q  Did you talk with the host family about

55

1  the -- about the payment -- about the weekly payment?
2  A  No. They just said they would pay me $200
3  per week in cash, and I said okay.
4  Q  You said earlier that you were not
5  completely satisfied with that amount; is that right?
6      MR. VALDIVIESO: Objection to form.
7  Mischaracterizes the testimony.
8  A  Yes.
9  Q  (BY MR. HUNT) Did you --
10  A  That wasn't -- sorry.
11  Q  No. Go ahead.
12  A  Yeah, it wasn't that much money after all.
13  Once I got to New York, I realized that everything
14  was very expensive, and so I needed, like, money to
15  do stuff, and I realized that it wasn't that much
16  money.
17  Q  Did you ask your host family for more
18  money?
19  A  No, I didn't ask them for more money.
20  Q  What was the reason that you didn't ask
21  them for more money?
22  A  I didn't feel like it.
23  Q  Could you explain that feeling?
24  A  Well, I don't like to ask people for stuff,
25  especially money, so I wasn't comfortable asking them

56

1  for more money.
2  Q  Do you know who decided the amount of money
3  that you would be paid?
4  A  Oh, I believe it was the USA, but it was
5  very vague, in my mind. I don't know who exactly
6  decided this amount, and I don't know exactly why
7  this amount.
8  Q  Did InterExchange ever pay you a weekly
9  type -- a weekly payment?
10  A  No. Never.
11  Q  Do you know whether InterExchange
12  determined the amount of money that -- that the host
13  family paid you?
14  A  Can you rephrase, please?
15  Q  Yes, I will.
16      Did InterExchange ever determine the amount
17  of money that you would be paid?
18  A  Oh, I don't know if -- if InterExchange
19  decided this money.
20  Q  Did your host family ever pay you more than
21  the weekly amount?
22  A  No.
23  Q  Did they -- did the host family ever give
24  you extra money for any reason?
25  A  I don't remember.

14 (Pages 53 to 56)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 9

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 57

    Q   Did they ever give you any gifts?
    A   Yes, for Christmas and my birthday.
    Q   What were those gifts?
    A   Oh, I can't remember.
    Q   Do you remember whether it was money?
    A   I -- I really don't remember if it was money.
    Q   When -- can you -- can you tell me -- when we were discussing your child care activities and where you took the children, it was a little difficult to hear. Can you describe some of the things that you did with the children?
    A   Yes. So with the children, and I give them breakfast. Then we sometimes went to the library because they had some program for the little ones there. Sometimes we stayed home and just played with the train or puzzle, Lego, whatever.
        Then we had the lunchtime, so I made the lunch, give them lunch. Sometimes we had some play-dates with other au pairs that I know. I put them down for naps. I gave them baths. Sometimes I let them watch TV. And I also did the homework with the big one once she got off from school. Yeah, that's pretty much it.
    Q   Did you ever go to the museums?

Page 58

    A   I don't remember if it was with them.
    Q   Did you ever go to places like the zoo or the park?
    A   Oh, yeah, we went to parks, like the playgrounds, and we went to the zoo once.
    Q   Did you go to the movie theater with the children?
    A   No, I didn't go to the movie theater with them.
    Q   Did you ever go to other sorts of events, like baseball games or the theater or concerts, horseback riding, anything like that?
    A   Oh, I went once to the ballet, the ballet performance, but I paid my ticket to go with them.
    Q   You paid for your own ticket?
    A   Yes.
    Q   Who paid for the children's tickets?
    A   The parents, because they were with us.
    Q   When you went to the zoo with the children, did the parents pay for your ticket then?
    A   I don't remember, but I -- I think they did, yes, because it was on the pass, the zoo pass. So we -- the caregiver is on the pass with the children.
    Q   When you went -- for instance, if you went

Page 59

to get ice cream with the children, who paid for the ice cream?
        MR. VALDIVIESO: Objection to form.
    Q   (BY MR. HUNT) You can answer.
    A   Yeah, the parents paid for the ice cream --
    Q   Okay.
    A   -- for the kids.
    Q   For -- generally for your activities with the children, who paid your way?
    A   Who paid my what?
    Q   Who paid for you?
    A   What do you mean who paid for me? For what?
    Q   When you were supervising the children -- and you know what, let me -- let me withdraw that question. I'll ask you a different question.
        Did you have -- as an au pair, did you have a computer to use?
    A   I had my own laptop.
    Q   Okay. Did you have access to the Internet?
    A   Yes, we had WiFi.
    Q   It was the host family's WiFi?
    A   Yes.
    Q   Did you pay to use it?
    A   No, I didn't pay to use it.

Page 60

    Q   Did you have a cell phone?
    A   I had my own cell phone.
    Q   Who paid for that?
    A   The phone was mine, but the contract, whatever it's called, was theirs.
    Q   Did they buy your -- the cell phone?
    A   No. It was mine from France.
    Q   But they paid for the contract?
    A   Yes, they paid for the contract.
    Q   Were you able to make personal calls?
    A   Yes.
    Q   And they -- and you also used it with -- let me withdraw that question.
        Did the host family have any rules about using the cell phone?
    A   No.
    Q   Did the host family ever have any rules about using your computer?
    A   No, but I didn't use it when I was on -- when I was working.
    Q   Okay.
    A   The laptop, I mean.
    Q   Did InterExchange have any rules about using the phone or computer?
    A   Oh, I don't think so.

15 (Pages 57 to 60)

**MYLENE GRY - 3/28/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

61

1  Q   Did you have a car that you could use while
2  you were an au pair?
3  A   Yes. They had a car that I could drive.
4  Q   It was the host family's car?
5  A   Yes, it was their car.
6  Q   Did you use it for -- did you drive the
7  children?
8  A   Yes, I drive the children.
9  Q   Did you use it for personal trips?
10  A   Yes. I asked when I needed to take the car
11  somewhere, and they mostly said yes.
12  Q   Did they give you gas money? Did the host
13  family give you gas money?
14  A   Not for my own -- not for my own trip.
15  Q   Did you purchase gas for your own trips?
16  A   Yes, I did.
17  Q   How many trips did you take?
18  A   I can't remember.
19  Q   How many trips did you take with the host
20  family?
21  A   As I remember, we went once to Niagara
22  Falls and the families' -- it was in -- in Rochester,
23  Upstate New York. And I don't remember if I had
24  other trips with them. Oh, yeah, we went also to
25  their beach house. I don't -- yeah. Yes. Yeah, at

62

1  least two trips: one to the Upstate New York, and
2  one to the beach house, altogether.
3  Q   Did you ever go the Disney World with the
4  host family?
5  A   No, I didn't go to Disney World.
6  Q   Did you ever go to any baseball games or
7  Broadway shows with the host family?
8  A   No, not with them.
9  Q   How long was your trip to Niagara Falls?
10  A   It was for Thanksgiving, so it was four
11  days, I think. Yes, four days. Four or five days.
12  No more.
13  Q   Did the host family pay for you to go to
14  Niagara Falls?
15  A   Yeah, it was -- yeah, it was like on the --
16  on the week. Like it wasn't vacation for me, but it
17  was like a regular schedule, but somewhere else.
18  Q   And when you went to the beach house, was
19  that in New Jersey?
20  A   Yes.
21  Q   And did the host family pay for you to go?
22  A   Oh, yeah, it was the same, like, regular
23  schedule.
24  Q   And when you went to Westchester, was that
25  an overnight trip?

63

1  A   To Rochester, you mean?
2  Q   Oh, it was -- it was to Washington?
3  A   No. Rochester, Upstate New York.
4  Q   Oh, Rochester. Excuse me.
5  A   Yes. Sorry.
6  Q   No. It's my mistake.
7  A   So, yeah, we went to -- Rochester and
8  Niagara Falls was on the same trip.
9  Q   Okay.
10  A   It was five days.
11  Q   Did you ever take any trips by yourself or
12  with au pairs, other au pairs?
13      MR. VALDIVIESO: Objection to form.
14  A   Yes, I did.
15  Q   (BY MR. HUNT) Where did you go?
16  A   I went to Niagara Falls again. I went to
17  Bahamas. I went to Boston again from New York. I
18  went to Atlantic City. I think that's it. As I
19  remember, yeah, I think that's it.
20  Q   And these were vacations for you?
21  A   Bahamas was my vacation and Niagara Falls,
22  again, was my vacation, but the other was -- that was
23  on my days off on the weekends.
24  Q   When you say your vacation, that's the
25  two-week vacation that -- that you were given; is

64

1  that right?
2  A   Yes. Yes, I went one week to Niagara Falls
3  and another week to Bahamas.
4  Q   And when you went to -- on your vacation,
5  did the family pay for your expenses?
6  A   No. They just paid me $200 as a paid
7  vacation, and that's it.
8  Q   Was that -- was that -- do you remember
9  when you went to the Bahamas and Niagara Falls?
10  A   Niagara Falls was in March 2012 and Bahamas
11  was in April, May, something like this. I'm not very
12  sure.
13  Q   And the father and mother, the host family,
14  the Fried, paid you during those weeks?
15  A   Yeah, they paid me $200 per week.
16  Q   Did they pay for your flight or for your
17  travel expenses?
18  A   No. I paid -- no. I paid for my travel
19  expenses.
20  Q   And your trips to Boston and Atlantic City,
21  did the host family pay for your -- any of your
22  travel expenses then?
23  A   No. I paid for everything. They didn't
24  pay for anything.
25  Q   Were there any other benefits that you

16 (Pages 61 to 64)

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**65**

1  received from the host family? For -- for --
2     A   What do you mean by "benefits"?
3     Q   For example, did the host family ever give
4  you passes to take tennis lessons or to go to yoga or
5  to go have dinner with your friends?
6        MR. VALDIVIESO: Objection to form.
7     A   No, they didn't.
8        MR. VALDIVIESO: Sorry. I'm giving you a
9  lot of leeway, Counsel, but, I mean, usually you have
10 to have some basis for asking questions; it's not
11 like a fishing expedition. But I'll leave it at
12 that.
13       You may answer the question or have it read
14 back if you don't remember what it was.
15    A   Yeah, I didn't have any benefits like
16 this -- like this one.
17    Q   (BY MR. HUNT) Did the host family -- did
18 the Frieds provide you a journal or log or -- or a
19 diary?
20    A   For what you mean?
21    Q   For you to record what -- your experiences
22 as an au pair?
23    A   No. But they did -- they did give me a
24 book with pictures of the whole year I spend with
25 them.

**66**

1     Q   Do you still have that?
2     A   It's in France, yes.
3     Q   It's in French or in France?
4     A   It is in France. My book is at my parents'
5  house in France.
6     Q   Okay. Who told you what duties to perform
7  with the children?
8     A   The family told me what I could do with the
9  kids during my working hours.
10    Q   Did InterExchange ever tell you what duties
11 to perform?
12    A   The local coordinator, she gave me some
13 examples, like of what to do and not to do. Like, do
14 everything that concerns the kids. Like the food,
15 cooking for them, but not for the whole family. And
16 like cleaning up the kids' stuff, but not the whole
17 house. Stuff like this.
18    Q   Who told -- the local coordinator, do you
19 remember his or her name?
20    A   No. It was a lady, but I don't -- I can't
21 remember her name.
22    Q   Was -- does Westchester Belleny (phonetic)
23 sound right?
24    A   Can you repeat, please?
25    Q   Yeah. Does Westchester sound right?

**67**

1     A   Westchester is the county where I lived,
2  yeah.
3     Q   Does the name Mary Ann Armstrong sound
4  familiar?
5     A   Yes. I think, yes, it sounds familiar,
6  yes.
7     Q   Okay. Well, let's -- let me just refer to
8  her as the local coordinator. But --
9     A   Okay.
10    Q   -- you said the local coordinator told you
11 what to do and what not to do. Do you remember how
12 often she told you this?
13    A   Yes. She just told me once when she went
14 to check on how I was in the house, in the family,
15 and, yeah, the only visit, actually.
16    Q   The unlimited -- I apologize, but I didn't
17 hear that very clearly. Did you say she told you
18 once?
19    A   Yeah, she told me once at the only visit
20 that she made to the house, to the Fried house.
21    Q   Can you tell me about that visit that she
22 made?
23    A   Oh, I don't remember exactly all of it, but
24 I remember that she came and -- and she went to check
25 on me and to check on the family, if we matched well.

**68**

1  And she made sure that I shouldn't do the cleaning
2  for the whole house or the cooking for the whole
3  house. She just made sure that I would do everything
4  that was about the kids.
5     Q   Did she actually give you duties to --
6  duties to perform for the family? Did she direct
7  you --
8     A   Say it again.
9     Q   Did she direct you to perform duties for
10 the family?
11    A   She gave me examples.
12    Q   Okay.
13    A   Examples.
14    Q   Did the local coordinator pay you?
15    A   No, she didn't pay me.
16    Q   Did the local coordinator supervise the
17 child care that you were providing?
18    A   Oh, I'm not sure what you mean by
19 "supervise." Like, did she come other times during
20 the year?
21    Q   I -- I -- I believe you told me that she
22 just came to the house once; is that right?
23    A   Yes, she came to the house -- yes, she came
24 to the house once, and she didn't really check on me
25 during the whole year.

17 (Pages 65 to 68)

**MYLENE GRY - 3/28/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

69

1  Q   Other than the local coordinator, were
2  there any other people from InterExchange that you
3  met with during your time as an au pair?
4  A   No.
5  Q   Did you meet with the local coordinator
6  outside of the home?
7  A   Yes. At the cluster meeting.
8  Q   And did you -- how frequently did you
9  attend cluster meetings?
10  A   I remember -- I remember going to a family
11  event as a cluster meeting into her house, and I
12  think we did two other -- but I did two other
13  meetings in a Starbucks. I don't remember any other
14  cluster meetings with her.
15  Q   Did you make any complaints to the local
16  coordinator about your experience as an au pair?
17  A   No, I didn't complain to her.
18  Q   Did you have any reason to complain to her?
19  A   No. I was happy with the family.
20  Q   Did your host family ever ask you to
21  perform any duties that concerned you in any way?
22      MR. VALDIVIESO: Objection to form.
23  A   Can you rephrase it, please?
24  Q   (BY MR. HUNT) Did your host family ever
25  ask you to perform any duties that you thought were

70

1  bad or not proper?
2  A   No. They never mentioned anything to me
3  about my work with them.
4  Q   Let me rephrase the question just once
5  again.
6      Did they ask you to perform any duties that
7  you didn't want to do?
8  A   No.
9  Q   Okay. Did you take classes while you lived
10  with the Fried?
11  A   Yes, I did.
12  Q   What classes did you take?
13  A   I took English, a second language, and a
14  kickboxing class.
15  Q   Do you know whether you took six credits of
16  classes?
17  A   I think I did the six credits, yes.
18  Q   What was the college or -- or university
19  that -- where you took the classes?
20  A   I went to Westchester Community College in
21  Valhalla, New York.
22  Q   Do you have any documents that you received
23  from the French agency related to your participation
24  in the au pair program?
25  A   I don't know.

71

1  Q   You have been asked to provide documents
2  related to the amount of money that you were paid and
3  the hours that you worked as an au pair. Have you
4  searched for any of these documents?
5  A   No, I didn't.
6  Q   Do you believe that you might have
7  documents related to the amounts that you were paid
8  and the hours that you worked?
9  A   I -- I don't know. I don't remember.
10  Q   Did you make any complaint to your host
11  family while you were an au pair?
12  A   No, I didn't complain.
13  Q   Did you make any complaint to anyone about
14  your experience as an au pair?
15  A   No, I don't think so.
16  Q   And I apologize if I've already asked you
17  this, but did any anyone from InterExchange ever
18  assign you any duties or responsibilities that you
19  provided your host family?
20  A   No.
21  Q   Have you calculated how much money you
22  believe you're owed?
23  A   Like, can you rephrase "owed." I'm not
24  sure the meaning.
25  Q   Sure.

72

1      At the beginning of the deposition you said
2  this lawsuit had to do with the minimum wage; is that
3  correct?
4  A   Yes.
5  Q   Is it your belief that you were not paid
6  the minimum wage?
7  A   Yeah. I know it's -- it's not the correct
8  amount.
9  Q   Have you -- do you know how much you are
10  owed?
11  A   I didn't calculate, but I know that if I
12  worked 40 hours or less, I have a minimum wage
13  that's -- I think it's around $12 hour, and over 40
14  hours a week it's even more. So I didn't calculate,
15  but I'm sure it's much more than $200 a week for --
16  for 45 hours of working.
17  Q   And that is the amount that your host
18  family owes you; is that correct?
19      MR. VALDIVIESO: Objection to form.
20  A   I don't think it's the host family that
21  owes this money. I think it comes from
22  InterExchange, because InterExchange made the
23  agreement and the contracts, so the family signed.
24  So I think it's the responsibility of InterExchange
25  and not the host family.

18 (Pages 69 to 72)

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 73

Q    (BY MR. HUNT)  Because they made the contracts; is that right?
A    Yes, that's correct.
Q    Okay.
A    Yes.
Q    Did you ever complain to anyone at InterExchange about your experience as an au pair?
A    No.
Q    Did you ever complain to anyone at InterExchange about the amount of money that you received from your host family?
A    No, I didn't.
Q    Did you ever make any complaints to any government agency about your experience as an -- as an au pair?
A    No, I didn't.
Q    Okay.
      MR. HUNT:  Could we take a five-minute break.  I probably have a handful of questions, if that.
      MR. VALDIVIESO:  Okay.
      MR. HUNT:  Go off the record.
      (Recess taken, 7:01 p.m. to 7:10 p.m.)
      MR. HUNT:  Ms. Gry, I just have a couple of questions, and we'll be back on the record now.

Page 74

Q    (BY MR. HUNT)  During one of the breaks were you -- were you able to find the e-mail from -- that introduced you to this lawsuit that we discussed?
A    No.  I think it's too old, and when I tried to look for it, I just -- I just had her e-mail coming up, but I can't find the e-mail itself.
Q    Do you remember receiving the Consent to Join form that we discussed earlier?
A    I don't remember exactly, but I remember signing it, yes.
Q    Do you remember how you received it?
A    Not exactly.
Q    Was it by e-mail?  FaceBook?
A    Yeah, I think it was in this e-mail from Gessee Boeteng.
Q    This person Gessee Boeteng sent you the opt-in form?
A    I think so, yes.
Q    Okay.  Did the host family ever buy you any clothes or take you shopping?
A    They bought me -- no, not shopping.
Q    I may have cut you off.
      What did they buy you?
A    They bought me socks for Christmas.

Page 75

      MR. HUNT:  Okay.  Your lawyer might have some questions for you, but I believe that I am -- and I may have some follow-up, but I want to thank you for your time, and I have no more questions for you at this time.
      THE DEPONENT:  Thank you.
                EXAMINATION
BY MR. VALDIVIESO:
Q    Ms. Gry, Mr. Hunt asked you some questions about the cell phone.
      Do you remember that?
A    Yes.
Q    Okay.  Did you use that cell phone that you testified about for anything other than your personal use?
A    Yes.  Also for work.
Q    And how did you use it for your work?
A    When the mom had something to tell me about whatever that comes from the kids, that she would text me or call me.  And if I had questions about the day or whatever, I could call her with that phone.
Q    And you said that your host family, the Fried, that they paid you $200 a month -- or excuse me -- that they paid you $200 a week; is that right?
A    Yes, that's correct.

Page 76

Q    Did you understand why they paid you $200 a week?
A    Yeah, it is because it was in cash.  When you go to the ATM, they won't give you 199.75 (sic), so I think it was just easier for them to get 200 and give me the 200.
Q    Do you remember Mr. Hunt asked you some questions about the duties in the home, and you testified about the local coordinator explaining to you some examples of what was permitted and what was not permitted?
      Do you remember that?
A    Yes.
Q    Other than your local coordinator, did anyone else from InterExchange give you examples of what is permitted and not permitted under the au pair program?
A    No.
      MR. VALDIVIESO:  I don't have any other questions.
      MR. HUNT:  None -- none from me, Ms. Gry.
      THE DEPONENT:  What?
      MR. HUNT:  No questions from me either.  That -- that concludes the deposition.  So thank you again for your time, and you can close the Zoom

19 (Pages 73 to 76)

MYLENE GRY - 3/28/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

77

1  program and the phone call.
2      THE DEPONENT: Okay. Thank you.
3      WHEREUPON, the within proceedings were
4  concluded at the approximate hour of 7:15 p.m. on the
5  28th day of March, 2018.
6          *   *   *   *   *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

78

I, MYLENE GRY, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached   ( ) Yes     ( ) No

_____
MYLENE GRY

The signature above of MYLENE GRY was subscribed and sworn to or affirmed before me in the county of _____, state of _____, this _____ day of _____, 2018.

_____
Notary Public
My Commission expires:

Johana Paola Beltran, March 28, 2018 (sd)

79

REPORTER'S CERTIFICATE
STATE OF COLORADO    )
                     ) ss.
COUNTY OF ADAMS      )

I, SHAUNA T. DIETEL, Registered Professional Reporter, and Notary Public ID 20014031444, State of Colorado, do hereby certify that previous to the commencement of the examination, the said MYLENE GRY, was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 11th day of April, 2018.

My commission expires August 15, 2021.

_XXX_  Reading and Signing was requested.

_____  Reading and Signing was waived.

_____  Reading and Signing is not required.

20 (Pages 77 to 79)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 9