```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 14-cv-03074-CMA-KMT
 3
     _____
 4
     DEPOSITION OF: LADY MILENA DEDERLE RODRIGUEZ
                    April 3, 2018
 5
     _____
 6
     JOHANA PAOLA BELTRAN, et al.,

 7   Plaintiffs,

 8   v.

 9   INTEREXCHANGE, INC., et al.,

10   Defendants.

11   _____

              PURSUANT TO NOTICE, the deposition of
12   LADY MILENA DEDERLE RODRIGUEZ, was taken on behalf of
     the Defendant, InterExchange, Inc., at 633 17th
13   Street, Suite 3000, Denver, Colorado 80202, on
     April 3, 2018 at 1:33 p.m., before Tracy R. Stonehocker,
14   Certified Realtime Reporter, Registered Professional
     Reporter and Notary Public within Colorado.
15

16

17

18

19

20

21

22

23

24

25
```

H+G

Hunter + Geist, Inc.

303.832.5966         1900 Grant Street, Suite 1025         ■ www.huntergeist.com
800.525.8490         Denver, CO 80203                      ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 11

**LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018**
**Johana Paola Beltran, et al. v. Interexchange, Inc., et al.**

---

Page 33

1  witness repeat the answer because I didn't hear it.
2     A.  What was the question?
3        MS. LEVY:  Could we have the court
4  reporter read it back?
5        (The question and answer were read back
6  as follows:  "Was that at the meeting that we talked
7  about at the Global Exchange (sic) office?
8     A.  Yes, with Global Exchange.")
9     A.  Global Connection.
10    Q.  (BY MS. LEVY) Okay.  When did you first
11 learn how much your own host family was going to pay
12 you each week?
13    A.  When I received all the information of
14 the program at the conference.
15    Q.  And -- all right.  When you say at the
16 conference, is that the same meeting at the Global
17 Connection office?
18    A.  Yes.  Yes.
19    Q.  What was the amount that you were paid
20 by your host family weekly?
21    A.  $200 a week.
22    Q.  And were you okay with that amount?
23    A.  Before I got here, yes.
24    Q.  Did you ever ask your host family to pay
25 you more than that amount per week?

---

Page 34

1     A.  No.
2     Q.  During the Skype interviews with the
3  Sherick family, did you talk about what you'd be doing
4  with the children?
5     A.  Yes.
6     Q.  And what were those duties that you
7  discussed with the Shericks?
8     A.  To take care of them during the time
9  that the parents would be working.  To take them to
10 school, pick them up from the school, and another baby
11 that was three months, I was going to be able to start
12 taking care of the baby as soon as she would end the
13 time -- the maternal time -- leave time that she had
14 with the company.
15    Q.  Were those the duties you actually
16 performed when you lived with the Shericks?
17       MR. VALDIVIESO:  Objection to form.
18    A.  Yes.
19    Q.  (BY MS. LEVY) During the Skype
20 interviews with the Sherick family, did they tell you
21 how many hours per day you'd be working?
22    A.  I don't remember.
23    Q.  Did you ask the Shericks any questions
24 about the hours you would be working during the Skype
25 interviews?

---

Page 35

1     A.  No.
2     Q.  Okay.  I want to show you another
3  document.  Do you recognize this document?
4     A.  Yes.
5     Q.  On the first page in the middle, it
6  says:  "Agreement signed March 2, 2014" and the
7  signature, it says your name, "as electronically
8  signed."  Do you see that?
9     A.  Yes.
10    Q.  Do you remember signing this document?
11    A.  Yes.
12    Q.  I'd like to turn your attention to
13 page -- the third page of this document.
14       MR. VALDIVIESO:  Counsel, what's the
15 Bates number that you're looking at?
16       MS. LEVY:  This page is Bates numbered
17 InterExchange 51673.
18       MR. VALDIVIESO:  Thank you.
19    Q.  (BY MS. LEVY) And in paragraph W, it
20 says, "The stipend is the minimum amount that the host
21 family is required to pay the au pair pursuant to U.S.
22 Department of State regulations" --
23       THE INTERPRETER:  Confirming to what,
24 I'm sorry -- confirming to --
25       MS. LEVY:  Do you have a copy of this?

---

Page 36

1        THE INTERPRETER:  If you can tell me.
2  Just the law.
3        MR. VALDIVIESO:  Counsel, are you
4  reading the sentence?
5        MS. LEVY:  Yes.
6     Q.  (BY MS. LEVY) "And employment and labor
7  laws in the U.S.  The current minimum required weekly
8  amount is $195.75."  Do you see that paragraph?
9     A.  Yes.
10    Q.  And did you read this agreement before
11 you signed it?
12    A.  Yes.
13    Q.  And did you understand it?
14       MR. VALDIVIESO:  Objection to form.
15    A.  Yes.
16    Q.  (BY MS. LEVY) You arrived in the United
17 States for the au pair program in August 2014; is that
18 right?
19    A.  Yes.
20    Q.  And when you arrived in the United
21 States, did you go to training in New York City right
22 away?
23    A.  Yes, correct.
24    Q.  What sort of training did you do in New
25 York City?

**LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018**
**Johana Paola Beltran, et al. v. Interexchange, Inc., et al.**

Page 37

1  A. To be able to take care of children of
2  any age, and about the American culture.
3  Q. How many hours did the training last?
4  A. I don't remember. It was an entire
5  week. Monday through Friday or something like that.
6  Q. Do you remember if the training started
7  in the morning?
8  A. Yes, from the morning all the way to the
9  afternoon.
10 Q. Were you paid for the hours that you
11 were trained in New York City?
12 A. I don't remember.
13 Q. Did you do any training in Columbia
14 before going to the United States to be an au pair?
15 A. Just short introduction, virtual
16 process.
17 Q. And then after training in New York
18 City, you went to go meet your host family, right?
19 A. Yes, that's correct.
20 Q. And you went to meet them in Aspen?
21 A. Yes.
22 Q. And how long were you in Aspen?
23 A. I think three days, but I don't remember
24 very well. I think he's still hungry. Maybe we can
25 take a break.

Page 38

1  MS. LEVY: Okay. Let's go on a break.
2  (Recess taken, 3:51 p.m. to 4:09 p.m.)
3  Q. (BY MS. LEVY) And then you went to the
4  Shericks' home in Denver?
5  A. Yes.
6  Q. Do you remember whether the parents in
7  your host family worked?
8  A. Yes. They both did.
9  Q. Was the host mom working inside or
10 outside the home?
11 A. The first three months, she was working
12 from her house because she was on maternity leave.
13 Q. And then after those first three months,
14 was the host mom working outside the home?
15 A. Yes.
16 Q. How many hours was she working outside
17 the home per day?
18 A. Eight hours approximately.
19 Q. Do you remember what time the host mom
20 left for work in the morning?
21 A. 7:00 or 7:30.
22 Q. And what time she came home from work?
23 A. 4:30 or 5:00, 5:30.
24 Q. And what time, I guess, did the host dad
25 work inside or outside the home?

Page 39

1  A. Outside of the house. Worked outside of
2  the house.
3  Q. And what time did he leave for work in
4  the morning?
5  A. He'd travel as well, so there was some
6  times that he was not in the house.
7  Q. When he was in town, what time did he
8  leave for work in the morning?
9  A. He worked from his house.
10 Q. When the host mom was working outside
11 the home, you told us the time that she left in the
12 morning and got back in the evening. Was this Monday
13 through Friday?
14 A. It was not from Monday through Friday.
15 I was working with the children from Wednesday through
16 Sunday.
17 MR. VALDIVIESO: I think -- could you
18 read back the question first.
19 (The question was read back as follows:
20 "When the host mom was working outside the home, you
21 told us the time that she left in the morning and got
22 back in the evening. Was this Monday through
23 Friday?")
24 A. She was working -- yes, she was working
25 Monday through Friday.

Page 40

1  Q. (BY MS. LEVY) Did any other adults
2  besides the host mom, the host dad and you live in the
3  home?
4  A. Only during the visit of her parents or
5  his parents.
6  Q. How long did the grandparents visit the
7  home?
8  A. About a week.
9  Q. How many times did they visit for a
10 week?
11 A. His parents, twice. And her parents --
12 her mother once and her dad, I don't remember.
13 Q. When the host dad worked from the home,
14 what were -- what were the hours that he worked?
15 MR. VALDIVIESO: Objection to form.
16 A. He didn't have a schedule.
17 Q. (BY MS. LEVY) When the host dad was
18 working from the home, did he help with the children
19 during the day?
20 A. I had a work schedule and he would
21 receive the children when I would complete my hours.
22 Q. Can you tell me about your work
23 schedule?
24 A. Yes, I was working from 7:30 to 5:30
25 from Wednesday through Sunday.

10 (Pages 37 to 40)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 11

**LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018**
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

---

45

1  duties with respect to the children?
2      A. Yes. So in the morning, their mother or
3  their father, whoever was in the house that would give
4  them to me, so I would give them their breakfast, I
5  would bathe them, I would dress them, clean their
6  rooms. And I was in charge for them to take their
7  naps. And I was with them the entire time playing,
8  take them to school if they had school. Or if they
9  have classes. Like the oldest, the older daughter,
10 she had swimming lessons. I had to wash their
11 clothes. Basically, to clean all their areas, their
12 space. Their areas that they were.
13     Q. Did you provide any services to the host
14 family outside of childcare?
15     A. No.
16     Q. Did you spend time with other au pairs?
17       MR. VALDIVIESO: Objection to form.
18     Q. (BY MS. LEVY) Can I clarify before you
19 answer? Did you spend time with other au pairs while
20 you were an au pair?
21     A. Yes.
22     Q. What would you do with the other au
23 pairs?
24     A. To get to see some of the nearer areas
25 or close. Yeah. Close areas. Like perhaps Golden.

46

1  Or go to downtown Denver.
2      Q. Did you ever go hiking with other au
3  pairs?
4      A. Yes. In fact, we were supposed to get
5  together every month to do some activities.
6      Q. Did you get together every month with
7  the other au pairs for activities?
8      A. Yes, there was a coordinator and she
9  would coordinate all the outings and things like that.
10     Q. We were just talking about your
11 schedule. Did your host family give you a written
12 schedule every week?
13     A. Written, yes.
14     Q. Was it written on paper or was it
15 electronic?
16       MR. VALDIVIESO: Objection to form.
17     A. It was an agenda that the mom had.
18     Q. (BY MS. LEVY) Can you explain what you
19 mean by an agenda?
20     A. It was a written calendar, a paper.
21     Q. Do you still have that written calendar?
22       MR. VALDIVIESO: Objection to form.
23     A. No, it remained in the house with
24 mom -- with the mom.
25     Q. (BY MS. LEVY) Did anyone from

47

1  InterExchange ever give you a weekly schedule when you
2  were an au pair?
3      A. No.
4      Q. Did you have the same schedule each week
5  that the host mom wrote on the calendar?
6        MR. VALDIVIESO: Objection to form.
7      A. It was like in a notebook and she would
8  leave there in plain view so I could see it and pretty
9  much organize myself accordingly.
10     Q. (BY MS. LEVY) Did you keep any records
11 or papers of your weekly schedules from when you lived
12 with your host family?
13     A. I remember I took some pictures, but I
14 don't think I have them any more.
15     Q. How many hours per week did you work for
16 your host family?
17     A. I think it was like 45 hours. I don't
18 remember. I don't remember very well, but
19 approximately 45.
20     Q. Who determined which days of the week
21 you worked?
22     A. The mother did.
23     Q. Did InterExchange ever tell you which
24 hours or days to work?
25       MR. VALDIVIESO: Objection to form.

48

1      A. No.
2      Q. (BY MS. LEVY) Were you expected to be
3  available or on call from -- for your host family at
4  times when you were not scheduled to provide
5  childcare?
6      A. No. No, because all the hours are the
7  maximum hours -- the maximum of the hours that I was
8  supposed to work, they had already been worked.
9      Q. When you lived with your host family,
10 were there any weeks that you worked more than 45
11 hours?
12       THE INTERPRETER: More than 40 hours,
13 did you say?
14       MS. LEVY: 45.
15     A. No.
16     Q. (BY MS. LEVY) With your host family, did
17 you ever work more than 10 hours a day?
18     A. No.
19     Q. Did you ever have concerns or complaints
20 about the schedule that the Sherick family gave you?
21       MR. VALDIVIESO: Objection to form.
22     A. Yes.
23     Q. (BY MS. LEVY) Can you tell me about
24 those -- I'm sorry, were you still answering?
25     A. I was going to tell you my concerns.

12 (Pages 45 to 48)

LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

Page 49

1 Q. Okay. Please continue.
2 A. Most of the au pairs that I would get
3 together or that I would go out sometimes, they did
4 not work weekends. So, whenever I had my days off, I
5 didn't really have anybody to go with or spend time
6 with.
7 Q. The days that the host family watched
8 Broncos games, were you working while they were
9 watching the games?
10 A. Yes, they usually would go to the
11 stadium to watch the Broncos and to see the Broncos,
12 the game, and I would stay taking care of the
13 children.
14 Q. Did you also -- when you said you worked
15 before -- when you said that you worked the days of
16 Broncos games, did you mean while the parents were at
17 the game or after they had returned from the game?
18         MR. VALDIVIESO: Objection to form.
19 A. When the parents were at the game.
20 Q. (BY MS. LEVY) How much did your host
21 family pay you each week?
22 A. $200.
23 Q. How were you paid?
24 A. Direct deposit from the dad's account.
25 Q. Did you ever discuss the amount of

Page 50

1 weekly payment with your host family?
2 A. When I arrived, the dad brought me to
3 the bank so I could open an account and he had an
4 account where he would -- they would withdraw -- they
5 would make the payment automatically to my account
6 every month. They would do the transfers.
7 Q. Did you ever discuss the amount of the
8 weekly payment with the host dad or the host mom?
9 A. Well, when I arrived to the house, the
10 dad said to me that he was going to deposit to me $200
11 to my account automatically.
12 Q. Who decided that amount of the payment?
13         MR. VALDIVIESO: Objection to form.
14 A. It was already stipulated in the
15 contract. It was 195.75 and he pretty much rounded up
16 to 200.
17 Q. (BY MS. LEVY) Was the same -- was this
18 the same amount you received each week from the host
19 family?
20 A. Yes.
21 Q. Did they ever pay you more than that
22 $200 per week?
23 A. No.
24 Q. Did InterExchange ever pay you your
25 weekly stipend?

Page 51

1 A. No.
2 Q. Did your host family ever give you extra
3 money for any reason?
4 A. No.
5 Q. Did your host family ever give you
6 gifts?
7 A. Yes, on my birthday, and at Christmas.
8 Q. What did they give you for gifts?
9 A. A gift card. $40. And another gift
10 card. I know -- I don't remember the amount. I
11 think, if I'm not mistaken, I think for Christmas was
12 also a gift card. And some like a headset or ear
13 pieces for the phone.
14 Q. Did you have a computer to use when you
15 lived with your host family?
16 A. Yes.
17 Q. Was it your computer or your host
18 family's computer?
19 A. The family's computer.
20 Q. Was there wifi in the home?
21 A. Yes.
22 Q. Did you have to pay to use the wifi?
23 A. No.
24 Q. Did you have a cell phone when you lived
25 with your host family?

Page 52

1 A. Yes.
2 Q. Was it your cell phone or the host
3 family's?
4 A. I had the family's and then later I
5 bought one for myself. Because the one with the
6 family didn't have any applications. It was just to
7 call.
8         MR. VALDIVIESO: Data.
9 A. Data. So then I bought a smart phone
10 for me.
11         MR. VALDIVIESO: Can we read back that
12 last answer.
13         (The last answer was read back as
14 follows: "I had the family's and then later I bought
15 one for myself. Because the one with the family
16 didn't have any applications. It was just to call.")
17         MR. VALDIVIESO: Just to clarify the
18 record, the word that she used was "datos," which
19 translates into "data." I wasn't trying to change the
20 witness' testimony.
21         MS. LEVY: Okay. Thanks for the
22 clarification.
23         MR. VALDIVIESO: Could we also take a
24 quick break, please?
25         MS. LEVY: Thank you.

13 (Pages 49 to 52)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 11

LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

53

1  (Recess taken, 4:47 p.m. to 4:53 p.m.)
2  Q. (BY MS. LEVY) When you used the family's
3  cell phone before you bought your own, did the family
4  have any rules about using the cell phone?
5  A. No.
6  Q. Did they have any -- did they have any
7  rules about using your own cell phone when you bought
8  your own?
9  A. No.
10  Q. Were you able to make personal calls
11  with both phones?
12  A. Yes.
13  Q. Did you have a car that you could use
14  for personal trips when you lived with the host
15  family?
16  THE INTERPRETER: Automobile, right?
17  A. Yes, but at the beginning, I had an
18  accident, then I was not able to use it any more.
19  Q. (BY MS. LEVY) How long into your stay
20  with the host family did you get into an accident?
21  A. About the second month.
22  Q. Could you use the -- a car from the host
23  family to drive the children?
24  A. After the accident, no. At the
25  beginning, no. And many months after, no, it wasn't

54

1  until about four months or later that I was allowed to
2  use the car to take her to the ballet classes and
3  swimming lessons.
4  Q. Did you ever use the car for personal
5  reasons after those first two months?
6  A. Perhaps, maybe two or three times and
7  that was it.
8  Q. When you used the host family's car for
9  personal trips, did they give you gas money?
10  A. No.
11  Q. Besides those first few days when you
12  met your host family in Aspen, did you take any other
13  trips with the host family?
14  A. Yes, one to Mexico.
15  Q. How did you get to Mexico?
16  A. By plane.
17  Q. Did your host family pay for your plane
18  ticket to Mexico?
19  A. Yes.
20  Q. Did your host family pay for everything
21  on the trip while you were in Mexico?
22  A. Yes, except for some medication that I
23  had to purchase because I had some sort of allergy in
24  my eyes.
25  Q. When you were on the trip in Aspen, did

55

1  your host family pay for everything there?
2  MR. VALDIVIESO: Objection to form.
3  A. Yes.
4  Q. (BY MS. LEVY) Did you take any other
5  trips with your host family?
6  A. No.
7  Q. Did your host family ever give you gas
8  money to drive the five-year-old to ballet and
9  swimming?
10  A. No, no, they didn't give it, but most of
11  the time they had the -- it had enough gas in the car,
12  and besides the fact that it was electric and so it
13  wasn't a car that I spent a lot of money or used a lot
14  of money for gas. And the place where I was supposed
15  to go was near to the house.
16  Q. Did you ever have to fill up the car
17  with gas?
18  A. Only when I used it once to go to a --
19  somewhere where it was more than 30 minutes from the
20  house.
21  Q. Did you take any trips on your own when
22  you lived with the host family?
23  A. Yes.
24  Q. Where did you go?
25  A. I went back to Columbia for one week.

56

1  And within the United States, no, I wasn't able to
2  make more trips.
3  Q. Did your host family pay for anything
4  for your trip back to Columbia when you were an au
5  pair?
6  A. No.
7  Q. Were there any other benefits that you
8  received from living with the host family?
9  A. Well, I didn't have to pay rent and they
10  also had food or they would buy food if I need it.
11  Q. Did you eat dinner with your host family
12  at night?
13  A. Maybe two or three times a week.
14  Q. Did you ever watch the Broncos games
15  with your host family when they watched at the house?
16  A. Twice.
17  Q. Did your host family or InterExchange
18  provide you with a log to write in of any type?
19  A. What are you referring, like a log? For
20  like what?
21  Q. Did -- did your host family or
22  InterExchange give you a -- any sort of paper or
23  journal or anything to write in or on?
24  MR. VALDIVIESO: Objection to form.
25  A. Yes, they give me like a notebook or

14 (Pages 53 to 56)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 11

Case No. 1:14-cv-03074-CMA-KMT Document 1066-7 filed 05/09/18 USDC Colorado pg 7 of 8

LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

**Page 57**

1 maybe a calendar.
2     Q. (BY MS. LEVY) Did you write in it?
3     A. No. I used that -- I had some English
4 classes and I used that for the English classes.
5     Q. Who told you what duties to perform for
6 your host family?
7     A. The mother and the father.
8     Q. Did InterExchange ever tell you what
9 duties to perform for your host family?
10     A. No. It was just what I was supposed to
11 do and what I was not supposed to do for the family.
12     Q. When InterExchange told you this, was it
13 information for all au pairs or was it specific to the
14 Sherick family for all au pairs?
15     Q. Did anyone from InterExchange supervise
16 you while you were taking care of the Shericks'
17 children?
18     MR. VALDIVIESO: Objection to form.
19     A. Well, they never supervised me at all,
20 but there was a coordinator and you could refer to her
21 if there was some inconvenience or problems.
22     Q. (BY MS. LEVY) Did you have any other
23 duties with your host family that we haven't already
24 talked about?
25     A. Yes, I had to collaborate with some of

**Page 58**

1 the things that had to be done in the house like
2 picking up the milk from the outside of the door and
3 that was on Thursdays, or to get the trash and have it
4 ready and out for the day that the trash was supposed
5 to be picked up, sometimes to take the dogs out for a
6 walk.
7     Q. Did your -- were you finished?
8     A. Yes.
9     Q. Did your host family ever ask you to
10 perform any duties that concerned you in any way?
11     A. Well, there was some, I don't know, an
12 inconvenience or problem with Christmas because I was
13 supposed to take the trash out and it was too much
14 trash and I took it out, but they didn't take it
15 because it was too much, so they didn't take it and I
16 had some discussion with the mother because of the
17 fact that the -- they didn't take the trash and I just
18 didn't know what to do or how to -- how to take it or
19 what to do so the trash could be taken.
20     Q. Was that issue resolved?
21     A. No, I think that we had to wait for the
22 following week for that -- for the trash to be picked
23 up.
24     Q. You took classes when you lived with
25 your host family?

**Page 59**

1     A. Yes, English classes.
2     Q. How many classes did you take?
3     A. I have to do 40 credits. I think I
4 completed that in two months. I don't remember very
5 well.
6     Q. Did you choose your classes?
7     A. Well, there wasn't too many options.
8 They were very limited options, in fact, because of
9 the family would pay for the classes, so we have to
10 choose the classes according to the money that they
11 could pay and pretty much English was the only option.
12 There wasn't anything else that would be able to take
13 with that money. I would have liked to get into maybe
14 some other classes like college or something other
15 than just English.
16     Q. How many classes did you take?
17     A. I don't remember. It was three times a
18 week and it was for about two months.
19     Q. Do you remember the university or
20 college where you took your class or classes?
21     A. Colorado English of School.
22     Q. You mentioned a local coordinator. Was
23 this a local coordinator in Denver when you lived with
24 the Sherick family?
25     A. Yes.

**Page 60**

1     Q. And did you meet with this local
2 coordinator when you were an au pair?
3     A. Yeah, during the monthly meetings with
4 the rest of the au pairs.
5     Q. Do you remember who your local
6 coordinator was?
7     A. Paula Ullman.
8     MR. VALDIVIESO: Does the court reporter
9 want her to spell that out?
10     THE REPORTER: Yes, please.
11     A. P-a-u-l-a U-l-l-m-a-n.
12     Q. (BY MS. LEVY) And other than seeing her
13 at the monthly meetings with the other au pairs, did
14 you meet with her in person other times?
15     A. No, I don't think so. I don't remember,
16 but I don't think so.
17     Q. Do you remember if Paula came to your
18 host family's home shortly after you arrived there?
19     A. Yes.
20     Q. Did she come to the Sherick home to meet
21 with you more than once?
22     A. No, I don't think so.
23     Q. That time that she came to meet you at
24 the Shericks' home, what happened at that meeting?
25     A. I don't remember. I think it was just

LADY MILENA DEDERLE RODRIGUEZ - 4/3/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

## Page 73

1  time during which you used both phones at the same
2  time?
3      A. Yes.
4      Q. Can you describe how -- strike that.
5          During the time that you used both
6  phones at the same time, would you use one phone for a
7  certain purpose and the other phone for another
8  purpose?
9          MS. LEVY: Objection, form.
10     A. Yes. Now that I remember my personal
11 phone, I also used in navigating system from the phone
12 to be able to move or get to the places that I was
13 supposed to go to when I was with the children.
14         MR. VALDIVIESO: I don't have any
15 further questions at this time.
16         MS. LEVY: I just have a few more
17 follow-up questions for you.
18              EXAMINATION
19 BY MS. LEVY:
20     Q. Can you clarify your work schedule on
21 Sundays? So on a normal Sunday where there was no
22 Broncos game, what were your hours that you worked?
23     A. It would change depending on the
24 activities that they would have or that they had
25 scheduled. But either way, they would never exceed

## Page 74

1  the eight hours daily or the 48 or whatever or 40-ish
2  whatever hours that I was supposed to be at work
3  weekly.
4      Q. On the days that there were Broncos
5  games, did you ever exceed the maximum number of hours
6  you were allowed to work that day or that week?
7      A. No. Well, they would always try to or
8  they would try to arrive earlier and by then the
9  children usually were asleep, so I would just finish
10 my day.
11     Q. You made the decision to live with the
12 Sherick family, right?
13     A. Yes.
14         MS. LEVY: Those are all the questions I
15 have. Thank you.
16         MR. VALDIVIESO: I have no further
17 questions.
18         WHEREUPON, the within proceedings were
19 concluded at the approximate hour of 6:02 p.m. on the
20 3rd day of April, 2018.

## Page 75

        I, LADY MILENA DEDERLE RODRIGUEZ, do
hereby certify that I have read the above and
foregoing deposition and that the same is a true and
accurate transcription of my testimony, except for
attached amendments, if any.
        Amendments attached   ( ) Yes   ( ) No


        _____
        LADY MILENA DEDERLE RODRIGUEZ


        The signature above of LADY MILENA
DEDERLE RODRIGUEZ was subscribed and sworn to or
affirmed before me in the county of
_____, state of _____,
this _____ day of _____, 2018.


        _____
        Notary Public
        My Commission expires:




Johana Paola Beltran, et al., 4/3/18 (tds)

## Page 76

            REPORTER'S CERTIFICATE
STATE OF COLORADO      )
                       ) ss.
CITY AND COUNTY OF DENVER )

        I, TRACY R. STONEHOCKER, Certified
Realtime Reporter, Registered Professional Reporter
and Notary Public ID 19924009337, State of Colorado,
do hereby certify that previous to the commencement of
the examination, the said LADY MILENA DEDERLE
RODRIGUEZ was duly sworn or affirmed by me to testify
to the truth in relation to the matters in controversy
between the parties hereto; that the said deposition
was taken in machine shorthand by me at the time and
place aforesaid and was thereafter reduced to
typewritten form; that the foregoing is a true
transcript of the questions asked, testimony given,
and proceedings had.

        I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of
this litigation.

        IN WITNESS WHEREOF, I have affixed my
signature this 6th day of April, 2018.

        My commission expires June 12, 2020.


__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

19 (Pages 73 to 76)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 11