```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Civil Action No. 14-cv-03074-CMA-KMT
3
     _____

4
     DEPOSITION OF:   TIFFANY ANNE MICHELE HERZOG
5                     March 31, 2018

6    _____

     JOHANA PAOLA BELTRAN, et al.,
7
     Plaintiffs,
8
     v.
9
     INTEREXCHANGE, INC., et al.,
10
     Defendants.
11   _____

12            PURSUANT TO NOTICE, the deposition of
     TIFFANY ANNE MICHELE HERZOG, via Zoom Conference,
13   was taken on behalf of the Defendant, InterExchange,
     Inc., at 1900 Grant Street, Suite 1025, Denver,
14   Colorado 80203, on March 31, 2018 at 10:12 a.m.,
     before Tracy R. Stonehocker, Certified Realtime
15   Reporter, Registered Professional Reporter and Notary
     Public within Colorado.
16

17

18

19

20

21

22   [H+G]

23

24   Hunter + Geist, Inc.

25
     303.832.5966      1900 Grant Street, Suite 1025    ■ www.huntergeist.com
     800.525.8490      Denver, CO 80203                 ■ scheduling@huntergeist.com

                       Your Partner in Making the Record
```

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 12

**TIFFANY ANNE MICHELE HERZOG - 3/31/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

Page 33

Q. Could you repeat that again -- that last part?
A. Yes. They were also expecting me to clean the children's bedroom and the dishwasher, the clothes, help with everything.
Q. Help with everything with respect to the children?
A. Yes.
Q. And were those the duties that you actually performed as an au pair?
A. Yes.
Q. And during the Skype interview, did the Vitale family tell you how many hours you would be working?
A. I don't remember.
MR. VALDIVIESO: Joe, can we take a two-minute break.
MR. HUNT: Yes.
(Recess taken, 11:04 a.m. to 11:10 a.m.)
Q. (BY MR. HUNT) We're back on the record. Ms. Herzog, I believe you said that you don't recall discussing the amount of hours that you'd be working for the host family when you had the Skype interview.
A. Yes.
Q. Do you remember whether you discussed

Page 34

how many days per week you would be working?
A. I don't remember.
Q. And just to confirm, prior to matching with -- excuse me. Prior to your match with the Vitale family, you didn't communicate with any other families?
A. No.
Q. And when you arrived to the United States, did you go to New York?
A. Yes.
Q. And what was the purpose of going to New York?
A. I had to go to the InterExchange headquarters and they would give me training and send me to a training.
Q. What sort of training was that?
A. Sorry, what?
Q. What sort of training was that?
A. So they gave me some documentation and they told me what would be my duties and how to do them and what I should expect or not.
Q. How many days did the training last?
A. I think it was three days.
Q. How many hours per day?
A. I want to say 8:00 to 5:00. I don't

Page 35

remember. I'm not sure.
Q. Were you required by InterExchange to attend the training?
A. Yes.
Q. And were you paid for your -- for the hours that you were trained?
A. Actually, no. After these days, I went to my family and so it was a Sunday and they actually asked me if I should be paid for the three days I was in InterExchange, and I didn't know and they didn't know, so they just assumed and they gave me the 195.
Q. And the 195.75 that they gave you, that was to cover the three days that you were trained in New York?
A. It was for the whole week.
Q. Okay. What happened after the training?
A. My host family pick me up.
Q. And you went back to Bronxville, I assume; is that correct?
A. Yes.
Q. Okay. Do you remember whether the host family parents were employed?
A. Yes.
Q. Were they employed?
A. Yes.

Page 36

Q. Both parents?
A. Yes.
Q. Did the host family dad work inside or outside of the home?
A. One of them were almost all the time at home, yes.
Q. Do you remember did the mom -- did the host mom work inside or outside of the home?
A. Outside.
Q. And how many hours did the host dad spend working while he was at home per day?
A. I don't know.
Q. You don't know?
A. No.
Q. How many hours did the host mom spend working outside of the home per day?
A. I don't know either.
Q. Were there other adults other than yourself and the host parents, who lived at the Vitales' home?
A. No.
Q. How many children did you take care of for the Vitale family?
A. Three.
Q. And how old were they?

9 (Pages 33 to 36)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 12

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

---

Page 37

```
 1       A.  14, 11 and 9.
 2       Q.  Did they attend school?
 3       A.  Yes.
 4       Q.  How many hours per day did they attend
 5  school during the school year?
 6       A.  I don't know.
 7       Q.  Do you remember when they left for
 8  school?
 9       A.  No.  No, I don't know.
10       Q.  Do you remember --
11       A.  7:00.
12       Q.  7:00 in the morning?
13       A.  Probably.  Around 7:00 and they would
14  come back around 4:00.
15       Q.  Was that for all three children?
16       A.  No, the oldest, she had -- she had a lot
17  of extra activities, so I actually don't know if she
18  was in school or if she was doing theater.  I'm not
19  sure.
20       Q.  So she came home after 4:00 p.m.?
21       A.  On certain days, yes.
22       Q.  What were your responsibilities with
23  respect to each child?
24       A.  Like I said, speak to them in French,
25  cook for them, clean up after them, help with the
```

Page 38

```
 1  homework, do the same for all three.  And to pick them
 2  up, drop them off, stay with them when they were doing
 3  their extra activities.  Yeah.
 4       Q.  When did your workday begin?
 5       A.  It was never the same.
 6       Q.  During the school year, you said the
 7  children were in school from 7:00 a.m. until 4:00
 8  p.m.; is that right?
 9       A.  Yes.
10       Q.  What were your duties while they were in
11  school?
12       A.  So I started my day picking them up and
13  on Wednesday I would have to cook for them because
14  they had tennis.  And they didn't have time to eat
15  lunch, so I would bring lunch for them.  And that's
16  when my day started, so around 2:00 p.m.
17       Q.  And when did your day typically end on
18  those work -- on those weekdays?
19       A.  Usually after the oldest one was done
20  with her homework, so, I don't know, 10:00.
21       Q.  Did you provide any other service for
22  the Vitale family outside of child care?
23       A.  What do you mean?  Like, can you -- can
24  you give me an example?
25       Q.  Let me rephrase.  Did you have any other
```

Page 39

```
 1  duties for the Vitale family that was not child care?
 2       A.  No, I don't think so.  Everything was
 3  related to the kids.
 4       Q.  Did you spend time with other au pairs?
 5       A.  Yes.
 6       Q.  Did the -- did the family give you a
 7  schedule each week?
 8       A.  Yes.
 9       Q.  Was that written down or --
10       A.  Yes.
11       Q.  How was it written down, on paper or
12  e-mail or text message?
13       A.  Yes.  They had a board in the kitchen.
14       Q.  Okay.  Did anyone from InterExchange
15  ever give you a weekly schedule?
16       A.  No.
17       Q.  And did you keep records of your
18  schedule and how many -- excuse me.  Did you -- did
19  you keep records of your schedule?
20       A.  Now, today?  I -- I don't have it any
21  more.
22       Q.  But you did keep records of your
23  schedule while you were an au pair?
24       A.  Yes.
25       Q.  Okay.  How did you keep those records?
```

Page 40

```
 1       A.  I was taking picture of the board.
 2       Q.  And you don't have those records any
 3  more?
 4       A.  No, I change my phone.
 5       Q.  And did you keep records of how many
 6  hours per week that you worked?
 7       A.  I didn't keep record.
 8       Q.  Okay.  Did you work on the weekends
 9  during the school year?
10       A.  Yes.
11       Q.  What were your hours on the weekends
12  during the school year?
13       A.  Between -- I would start between 6:00
14  and 7:00 and it would depend, sometimes between 2:00
15  or 3:00.
16       Q.  Is that -- were those Saturdays?
17       A.  Yes, and Sundays sometimes.
18       Q.  Sometimes on Sundays?
19       A.  Yeah.  It would basically depend on the
20  week.  They would make sure I didn't exceed 45 hours.
21       Q.  Did you ever exceed 45 hours?
22       A.  I don't recall.  I don't think so.
23       Q.  Did you ever work more than 10 hours per
24  day?
25       A.  Yeah.
```

10 (Pages 37 to 40)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 12

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-8   filed 05/09/18   USDC Colorado   pg 4 of 9

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### 41

1  Q. Under what circumstances?
2  A. When something would happen, like a snow
3  day. When they would bring me with them on the
4  weekends and things like that.
5  Q. How many -- how many times did you work
6  more than 10 hours per day as an au pair?
7  A. Like -- I don't know. But there was a
8  few snow days, yeah.
9  Q. A few snow days?
10 A. Yeah.
11 Q. Okay. Could you estimate how many times
12 you worked more than 10 hours per day?
13 A. No, I can't. I don't -- I can't tell
14 you.
15 Q. Let me ask -- I apologize. I should
16 have let you finish. You can finish if you weren't
17 done answering the question.
18 A. No, I just -- I don't want to give you a
19 number that's a wrong number. I don't know.
20 Q. Okay. Let me ask you this, did you work
21 more than 10 hours per day greater or fewer than five
22 times?
23       MR. VALDIVIESO: Objection to form.
24 A. Greater.
25 Q. (BY MR. HUNT) Did you say greater?

### 42

1  A. Yes.
2  Q. Greater or fewer than 10 times?
3       MR. VALDIVIESO: Objection to form.
4  A. Probably greater.
5  Q. (BY MR. HUNT) Okay. You said your hours
6  were never the same; is that correct?
7       MR. VALDIVIESO: Objection to form.
8  A. Yeah.
9  Q. (BY MR. HUNT) On average how many hours
10 per week did you work for the Vitale family?
11 A. Between 40 and 45.
12 Q. Okay.
13 A. And they would always try to have me
14 work 45 hours, but not more.
15 Q. Were you expected to be available for
16 the Vitale family at times when you were not
17 scheduled?
18 A. Yes.
19 Q. And under what circumstances?
20 A. If one of the kids were sick and I had
21 to go pick them up earlier, take them to the doctors.
22 Q. You may have told me, but I want to be
23 sure that I ask you, while you were living with the
24 Vitale family, were there any weeks you worked more
25 than 45 hours?

### 43

1  A. No, I don't think so.
2  Q. Did you ever have any concerns about the
3  schedule that the Vitale family gave you?
4  A. I mean, that was a lot of hours, but,
5  again, it was a cultural exchange, and in France, the
6  maximum hours you can work per week is 35 hours and I
7  know here it's 40, so I actually didn't know it was
8  something different or not, so I -- no.
9  Q. While you were working for the Vitale
10 family, did you have any complaints about the number
11 of hours that you were working?
12 A. I kept them to myself.
13 Q. You kept your complaints to yourself?
14 A. Yes. It was kind of implied from the
15 beginning that I would have to do overtime.
16 Q. How was it implied?
17 A. Even InterExchange told us.
18 Q. What did InterExchange tell you?
19 A. That we could expect working more than
20 40 hours.
21 Q. And did you ever make any complaints to
22 InterExchange about that?
23 A. No.
24 Q. Okay. And you lived in the Vitale
25 family's house?

### 44

1  A. Yes.
2  Q. And you had your own room; is that
3  right?
4  A. Yes.
5  Q. How much did the Vitale family pay you
6  each week?
7  A. 200.
8  Q. And how -- how were you paid?
9  A. In cash.
10 Q. By whom?
11 A. The parents.
12 Q. Okay. And who decided to pay you $200?
13 A. It was in the contract.
14 Q. Okay.
15 A. When I signed with InterExchange. But
16 they just rounded up to 200 because it was easier
17 because they were paying me by cash.
18 Q. So just so I have this straight, the
19 contract said that -- or you believe the contract said
20 that you'd be paid 195.75, but the Vitale family paid
21 you $200?
22       MR. VALDIVIESO: Objection,
23 mischaracterizing the witness' testimony. She gave
24 quite a bit more than that. I'm giving you some
25 leeway, but this is like the third time that she's

11 (Pages 41 to 44)

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

**Page 45**

given an answer and then you've tried to get her to change it to what you want to hear. So if you want to hear what her testimony was, you can have the court reporter read it back. I'm not going to allow you to just get her to say what you want her to say.

MR. HUNT: Sure. Why don't I rephrase the question.

Q. (BY MR. HUNT) What did you expect the Vitale family would pay you before you became -- before you became an au pair?
A. 195.75.
Q. I'm sorry?
A. 195.75 per week.
Q. And what was that based on?
A. The contract.
Q. And what did the Vitale family pay you?
A. 200.
Q. Was that the same every week or did it vary?
A. It was the same every week.
Q. Did they, for any reason, give you more money?
A. Sometimes when I was out with the kids, I would pay for stuff and they would reimburse me later.

**Page 46**

Q. Did they ever pay you less than $200 per week?
A. No.
Q. Did InterExchange ever pay you?
A. I mean, through the Vitales, yes.
Q. What do you mean through the Vitales?
A. InterExchange was my employer, so the Vitales gave me money that is from InterExchange. That's how I saw it.
Q. Okay. Why did you see it that way? Can you tell me the reasons?
A. Like I said, I made a contract with InterExchange, so for me, they're my employer.
Q. And did you believe that InterExchange was your employer while you were an au pair or was that a belief that you formed after your au pair experience?
A. No, from the beginning.
Q. Okay. Did you believe that the money that the Vitale family was paying you was InterExchange's money?
A. It was not InterExchange's money, but they were paying me because we both had a contract with InterExchange.
Q. Did the Vitale family ever give you any

**Page 47**

gifts of any kind?
A. Yeah, for Christmas and my birthday.
Q. What did they give you?
A. So for Christmas, we also, me with the family, we saw a Broadway show. And for my birthday, I had a bracelet and a watch.
Q. A bracelet and a watch, is that what you said?
A. Yes.
Q. Did they ever give you any clothes?
A. No.
Q. Or take you shopping?
A. No.
Q. Did you have a computer?
A. My own, yes, that I brought from France.
Q. And did the Vitale family provide access to the internet?
A. I had wifi, yes.
Q. Did you pay to use the wifi?
A. No.
Q. Did you have a cell phone?
A. Yes.
Q. Was it your cell phone or the host -- or the Vitale family's cell phone?
A. Both. I had one from them and I brought

**Page 48**

mine.
Q. How did you use them?
A. So the phone they gave me, I would use it for -- for work and then to communicate with the friends I made in the States, and I would use my own phone to communicate with my family in France in French.
Q. So you were able to make personal calls on the phone the Vitales gave you?
A. They never said I couldn't. Yes.
Q. Did they -- did they pay for the cell phone that they provided you?
A. Yes.
Q. Did they pay for the cell phone that you brought from France?
A. No.
Q. Did they have any rules about the cell phone -- about using the cell phone that they provided?
A. They just said I need -- should have it with me all the time in case of emergencies or last minute things that I would have to do.
Q. Okay. And did they have any rules about using the computer?
A. My computer?

12 (Pages 45 to 48)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 12

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### 49

1     Q. Yes.
2     A. No.
3     Q. Did InterExchange have any rules about
4 using the computer?
5     A. No.
6     Q. Did InterExchange have any rules about
7 using the -- either of your cell phones?
8     A. No.
9     Q. Did the Vitale family have any other
10 house rules?
11     A. I had a curfew.
12     Q. When was that?
13     A. 11:00 during the weekdays.
14     Q. And on the weekends?
15     A. If I was working the next day, it would
16 be 11:00, too.
17     Q. And if you were not working?
18     A. I didn't have a curfew.
19     Q. Okay. And did InterExchange give you a
20 curfew?
21     A. No, but if they want one, there could be
22 one.
23     Q. Did you have a --
24     MR. VALDIVIESO: I'm sorry, I didn't
25 hear that. Could you, Court Reporter, please read

### 50

1 that answer back.
2     (The answer was read back as follows:
3 "No, but if they want one, there could be one.")
4     Q. (BY MR. HUNT) You know, actually,
5 Ms. Herzog, did you say -- did you hear the court
6 reporter? Did you hear the court reporter repeat that
7 back to you?
8     A. I'm not hearing.
9     Q. Let me ask you, did you say that
10 InterExchange warned you that there might be one?
11     A. Yes, during the training.
12     Q. Okay. Did you have a car while you were
13 an au pair?
14     A. I could use their car.
15     Q. Did you drive the children with that
16 car?
17     A. Yes.
18     Q. Okay. And did you use the car for your
19 own personal errands, trips, use?
20     MR. VALDIVIESO: Objection to form.
21     Q. (BY MR. HUNT) Let me rephrase. Did you
22 use the car for your own personal use?
23     A. I did once.
24     Q. You did once. Did you take any trips
25 with the host family? Any vacations?

### 51

1     A. Yes.
2     Q. Where? Sorry.
3     A. Sorry.
4     Q. Where did you take vacations with the
5 host family?
6     A. So, we went to Montreal, but I was not
7 on the vacation. They were on vacation.
8     THE REPORTER: Can you repeat where they
9 went?
10     A. Montreal, Canada.
11     Q. (BY MR. HUNT) Did you take any other
12 vacations with the host family?
13     A. We went to --
14     MR. VALDIVIESO: I'm going to object on
15 that question. Objecting to form. You may answer the
16 question. I'm going to object. Well, I'll leave it
17 at that. I'll leave that objection to form.
18     Q. (BY MR. HUNT) Let me ask you again, and
19 your attorney may still have the same objection, but
20 aside from Montreal, did you go on any other vacations
21 with the host family?
22     MR. VALDIVIESO: Objecting to the form,
23 but you may answer the question.
24     A. So other than Montreal, the family
25 brought me with them to go to Upstate New York one

### 52

1 weekend, but, again, they were on vacation and I was
2 not.
3     Q. Did you go on vacations without the host
4 family?
5     A. Yes.
6     Q. Where did you go?
7     A. I went to the Bahamas.
8     Q. Anywhere else?
9     A. No.
10     Q. Okay. How long was your trip to the
11 Bahamas?
12     A. I think it was a week.
13     Q. How did you get there?
14     A. I drove.
15     Q. Did your host family pay for your trip
16 to the Bahamas?
17     A. No.
18     Q. You drove to the Bahamas from
19 Bronxville, New York?
20     A. To Miami, yes.
21     Q. Did your -- strike that.
22     A. Just to be clear, not the family's car.
23     Q. You said it was not the family's cost?
24     A. No.
25     Q. Oh, car?

13 (Pages 49 to 52)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 12

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

Page 53

1    A. Car, yes.
2    Q. You -- you got your own car?
3    A. I was with a friend and we used his car.
4    Q. Okay. Did the host family provide you a
5  journal to use while you were an au pair?
6    A. No.
7    Q. Did InterExchange?
8    A. Yes.
9    Q. Did you use the journal?
10   A. I started it.
11   Q. Do you still have that?
12   A. No.
13   Q. Do you remember what happened to it?
14   A. No.
15   Q. Who told you -- excuse me, while you
16 were an au pair, who told you what duties to perform?
17       MR. VALDIVIESO: Objection to form. You
18 may answer.
19   A. It was the family.
20   Q. (BY MR. HUNT) Did InterExchange ever
21 tell you to perform any duties for the Vitale family?
22   A. Not per se, but I mean, that's obvious
23 for me, I believe.
24   Q. What is obvious?
25   A. I had a contract with them. I don't

Page 54

1  remember when I signed, but from what I understood,
2  they would match me and it was not just a cultural
3  exchange, I had to do some things for the family and
4  vice versa. They didn't tell me, per se, you had -- I
5  had to do this or that, but I'm to follow the
6  contract.
7    Q. Do you remember what the contract said?
8    A. No.
9    Q. Did anyone from InterExchange ever
10 supervise you doing --
11   A. We -- we had monthly meetings and so
12 they would check on us and make sure everything was
13 okay.
14   Q. I'm sorry, Ms. Herzog, could you please
15 repeat that?
16   A. Yes. So we had a monthly meeting with a
17 local coordinator and she would check on us.
18   Q. Okay. Are those monthly meetings -- do
19 you ever -- have you ever heard them called "cluster
20 meetings"?
21   A. Yes.
22   Q. And so you attended the cluster
23 meetings?
24   A. Yes. I had to.
25   Q. And the local coordinator would check on

Page 55

1  you, is that what you said?
2    A. Yes.
3    Q. Do you remember the local coordinator's
4  name?
5    A. Yes.
6    Q. Who was it?
7    A. Susan.
8    Q. Do you remember Susan's last name?
9    A. I have her cell phone. I can check.
10   Q. During a break, why don't you check.
11   A. Okay.
12   Q. Did you also have a local coordinator
13 named Carol Dailey?
14   A. Yes.
15   Q. Did either Carol or Susan tell you what
16 duties to perform for the Vitale family?
17   A. I don't remember.
18   Q. Did the Vitale family ever ask you to
19 perform any duties that concerned you in any way?
20   A. No.
21   Q. Did you take classes while you were an
22 au pair?
23   A. Yes.
24   Q. Do you remember what classes you took?
25   A. I went to Manhattan College and I took

Page 56

1  marketing and advertising.
2    Q. How did you get to those classes?
3    A. I was required. I had to take two
4  classes.
5    Q. Who required you to take those classes?
6    A. InterExchange.
7    Q. How did you physically get from your
8  home to the class?
9    A. It would depend. I would either use the
10 car or they would drop me off, or I had to use the
11 train.
12   Q. Do you know whether you took six credits
13 of classes?
14   A. Sorry, what was that?
15   Q. Did you receive credits?
16   A. Yes.
17   Q. Did you receive six credits?
18   A. I don't remember what I -- what was the
19 credits, but I remember, yes, I completed.
20   Q. Did you ever meet with either of the
21 local coordinators at the Vitale home?
22   A. Yes.
23   Q. How many times?
24   A. So once a month and during my first
25 month, Carol took me to the diner.

14 (Pages 53 to 56)

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**Page 57**

Q. Did the -- either of the local coordinators pay you money?
A. No.
Q. When they came to the Vitale home, did they tell you what to do?
A. No.
Q. Did they supervise you while you were watching the children?
A. She actually came only once, and it was to pick me up.
Q. Okay. Other than the local coordinator, did you meet with anyone from InterExchange while you were an au pair?
A. During my training, yes, but other than that, no.
Q. Okay. Were there any instances -- strike that.
Did the kids ever leave town with one or both of the host parents?
A. Yes.
Q. How many times did they do that?
MR. VALDIVIESO: Objection to form.
Q. (BY MR. HUNT) Go ahead, Ms. Herzog.
A. I don't remember.
Q. Okay. Do you remember them going with

**Page 58**

the host dad to Montreal?
A. No.
Q. But you remember other instances that the kids left town; is that right?
A. Yes.
Q. Okay. And were those for overnight stays?
A. Yes.
Q. So you'd be in the Vitale home alone; is that right?
A. No.
Q. Who would be there with you?
A. I remember the second kid had a few hockey games out of town, so him and the dad would leave, but I would stay at home with the mom and the two other kids.
Q. Okay. Were there any instances where all three kids left for an overnight stay?
A. I don't remember.
Q. Did the grandparents ever visit?
A. Yes.
Q. Did they visit frequently?
A. Once every few months.
Q. And when they were there, did they look after the kids?

**Page 59**

A. Of course, they're the grandparents.
Q. While they were there, did you have any child care duties?
A. Yes, I was still around, but they would make my job easier.
Q. How many hours per day did you work when they were there?
A. I had the same hours.
Q. How did they make your job easier?
A. So I knew the grandma, she loved cooking. So she would cook while I was playing with the kids.
Q. And did you do -- I understand that you -- strike that.
Did you return to France at any time during your experience as an au pair?
A. Yes.
Q. Okay. How long were you in France?
A. Two or three weeks -- two.
Q. Did you -- did the Vitale family pay you for those weeks?
A. No.
Q. Okay. Did you keep any records of how much the Vitale family paid you?
A. No, because it was 200 every week.

**Page 60**

MR. HUNT: Why don't we take a 10-minute break. Is that okay?
MR. VALDIVIESO: Sure.
MR. HUNT: Let's go off the record.
THE DEPONENT: Do you know how long it's going to be?
MR. HUNT: What's that?
THE DEPONENT: Do you know how much after the 10-minute break it's going to be?
MR. HUNT: I will have probably another 15 minutes of questions. Your counsel -- your lawyer might have some questions as well. There might be some followup. I think to be safe, you're on -- you're on the West Coast, maybe plan on another half an hour to an hour, Juan.
MR. VALDIVIESO: Sure. I don't have very many questions unless you take some --
MR. HUNT: Detour?
MR. VALDIVIESO: Yeah.
MR. HUNT: As of now, I don't have too many questions, but we'll see how it goes.
MR. HUNT: And if there's something that you have that's pressing, I know -- I think I've heard a small child there in the background, so if you have any -- if you have something to do there, we do

15 (Pages 57 to 60)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 12

Case No. 1:14-cv-03074-CMA-KMT   Document 1066-8   filed 05/09/18   USDC Colorado   pg 9 of 9

TIFFANY ANNE MICHELE HERZOG - 3/31/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

77

    I, TIFFANY ANNE MICHELE HERZOG, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

    Amendments attached   ( ) Yes   ( ) No

    _____
    TIFFANY ANNE MICHELE HERZOG

    The signature above of TIFFANY ANNE MICHELE HERZOG was subscribed and sworn to or affirmed before me in the county of _____, state of _____, this _____ day of _____, 2018.

    _____
    Notary Public
    My Commission expires:

Johana Paola Beltran, et al., 3/31/18 (tds)

78

REPORTER'S CERTIFICATE
STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER )

    I, TRACY R. STONEHOCKER, Certified Realtime Reporter, Registered Professional Reporter and Notary Public ID 19924009337, State of Colorado, do hereby certify that previous to the commencement of the examination, the said TIFFANY ANNE MICHELE HERZOG was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

    I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

    IN WITNESS WHEREOF, I have affixed my signature this 6th day of April, 2018.

    My commission expires June 12, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.