1

```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT
_____

VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                           August 30, 2016
_____

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
IVETTE GONZALEZ; on behalf of themselves and others
similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
d/b/a GOAUPAIR,

Defendants.
_____
```

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

EXHIBIT 13

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

## Page 57

```
11:19:23   1   video of Ms. Beltran's cell phone that has the website
11:19:26   2   pulled up. At the top it says, "Au Pair Exchange,"
11:19:30   3   www.aupaircol, c-o-l, .com. In the upper left-hand
11:19:37   4   corner there is a logo, Global Exchange.
11:19:41   5       Q.  (BY MS. COLAIZZI)  Ms. Beltran, thank you
11:19:54   6   for pulling the website up on your phone.
11:20:03   7       A.  My pleasure.
11:20:05   8       Q.  When you were looking at that website
11:20:06   9   prior to applying to become an au pair, what prompted
11:20:10  10   you to go to that specific website?
11:20:32  11       A.  Karina gave it to me to be able to look
11:20:34  12   for the address of their offices.
11:20:36  13       Q.  When you say, "their offices," who are you
11:20:38  14   referring to?
11:20:42  15       A.  Where you would go to apply for the
11:20:44  16   program.
11:20:47  17       Q.  And were you specifically looking for the
11:20:49  18   office where you could apply to be sponsored by
11:20:54  19   InterExchange?
11:21:05  20       A.  Yes.
11:21:05  21       Q.  Have you ever at any point in time visited
11:21:11  22   InterExchange's website?
11:21:20  23       A.  No.
11:21:22  24       Q.  Other than Global Exchange, have you ever
11:21:26  25   visited any other website related to the au pair
```

## Page 58

```
11:21:29   1   program in any way?
11:21:40   2       A.  No.
11:21:43   3       Q.  Other than looking at the Global Exchange
11:21:45   4   website, did you do any other research or investigation
11:21:49   5   on your own prior to applying to become an au pair?
11:22:11   6       A.  No.
11:22:14   7       Q.  Thank you for allowing us to clarify.
11:22:20   8       A.  No need to thank me.
11:22:26   9       Q.  Where did you go to apply to become an
11:22:28  10   au pair?
11:22:36  11       A.  Bogota.
11:22:39  12       Q.  What specific location in Bogota?
11:22:48  13       A.  Downtown Bogota.
11:22:50  14       Q.  And how did you -- how did you learn that
11:22:54  15   that was the place you needed to go in order to apply?
11:23:05  16       A.  Karina told me, and then I saw that it was
11:23:09  17   on the page.
11:23:09  18       Q.  And by "page," are you referring to the
11:23:12  19   Global Exchange website that we just discussed a moment
11:23:14  20   ago?
11:23:22  21       A.  Yes.
11:23:22  22       Q.  Was anyone with you when you went to
11:23:24  23   apply?
11:23:31  24       A.  No one.
11:23:33  25       Q.  Did you fill out an application when you
```

## Page 59

```
11:23:36   1   visited the office in downtown Bogota?
11:23:45   2       A.  The first day.
11:23:51   3           THE DEPONENT:  (In English)  No.
11:23:53   4       A.  Not the first day.
11:23:53   5       Q.  (BY MS. COLAIZZI)  Okay. What happened
11:23:54   6   the first day you visited the office in downtown
11:23:57   7   Bogota?
11:24:06   8       A.  They told me the price, the cost, and what
11:24:08   9   I'd have to do in terms of requirements.
11:24:13  10       Q.  Do you recall what name was on the
11:24:15  11   building or the office that you visited in downtown
11:24:18  12   Bogota?
11:24:27  13       A.  I don't remember.
11:24:29  14       Q.  How many people did you speak with at the
11:24:31  15   office that first time you visited?
11:24:41  16       A.  I think it was two.
11:24:43  17       Q.  Do you remember their names?
11:24:45  18       A.  No.
11:24:46  19       Q.  Were they men or women?
11:24:50  20       A.  One man and one woman.
11:24:57  21       Q.  And what did they tell you about the
11:24:59  22   price?
11:25:07  23       A.  That it did -- it didn't have to be paid
11:25:11  24   all the same day, that it could be done by payments.
11:25:14  25       Q.  And what was the total amount that they
```

## Page 60

```
11:25:15   1   gave you that day?
11:25:26   2       A.  I don't remember exactly, but I think that
11:25:30   3   they said it was about 5 million pesos.
11:25:35   4       Q.  Do you know how much that was in U.S.
11:25:37   5   dollars?
11:25:42   6       A.  No.
11:25:53   7       Q.  And you also indicated that they talked to
11:25:57   8   you about what you would have to do, or the
11:25:57   9   requirements; is that correct?
11:26:06  10       A.  Yes.
11:26:06  11       Q.  What did they tell you about the
11:26:08  12   requirements?
11:26:13  13       A.  I would have to take English classes.
11:26:19  14       Q.  What else?
11:26:22  15       A.  Swimming.
11:26:27  16       Q.  What else?
11:26:29  17       A.  First aid.
11:26:34  18       Q.  And what else?
11:26:38  19       A.  Driving classes.
11:26:43  20       Q.  What else?
11:26:55  21       A.  I would have to be enrolled in a school
11:26:57  22   like -- well, not a secondary school, but some sort of
11:27:01  23   university course.
11:27:03  24       Q.  Was that university course something you
11:27:05  25   would take in Colombia?
```

15 (Pages 57 to 60)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 13

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

213

I, JOHANA PAOLA BELTRAN, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached ( ) Yes ( ) No

_____
JOHANA PAOLA BELTRAN

The signature above of JOHANA PAOLA BELTRAN was subscribed and sworn to before me in the county of _____, state of Colorado, this _____ day of _____, 2016.

_____
Notary Public
My commission expires

Johana Paola Beltran 8/30/16 (cb)

214

REPORTER'S CERTIFICATE
STATE OF COLORADO )
) ss.
CITY AND COUNTY OF DENVER )

I, CAROL M. BAZZANELLA, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public ID 19964000498, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHANA PAOLA BELTRAN was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 6th day of September, 2016.

My commission expires February 10, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

54 (Pages 213 to 214)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 13