**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

_____

**DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S INDEX TO ITS MOTION TO DECERTIFY THE COLLECTIVE ACTION**

| Movant's App. No. | Description |
|---|---|
| 1-20 | Liliam Arias deposition transcript |
| 21-47 | Cara Alice Khanyisile Ouwerkerk deposition transcript |
| 48-73 | Beatriz Fueste deposition transcript |
| 74-95 | Robin Mason deposition transcript |
| 96-128 | Jessica Kivedo deposition transcript |
| 129-153 | Erika Dion deposition transcript |
| 154-207 | Amanda Hardman deposition transcript |
| 208-248 | Lena Gruenwald deposition transcript |
| 249-285 | Vickie Trudel deposition transcript |
| 286-310 | Eileen Geoffroy deposition transcript |
| 311-343 | Carolina Ortega Munoz deposition transcript |
| 344-375 | Alina Guzema deposition transcript |
| 376-401 | Grace Probyn deposition transcript |
| 402-421 | Liliam Arias deposition transcript |
| 422-471 | Ephiphanie Gomes deposition transcript |
| 472-504 | Lisley G. Diaz deposition transcript |
| 505-528 | Maidelyn Cristina Barrera Martinez deposition transcript |
| 529-572 | Nora Raak deposition transcript |
| 573-607 | Santos Daniela Lemus Trigueros deposition transcript |
| 608-640 | Lisley Georgia Diaz deposition transcript |
| 641-647 | Au Pair Survey |