**EXHIBIT I**

```
 1        UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO
 2        --------------------------x

 3        JOHANA PAOLA BELTRAN; et al.

 4              Plaintiffs,
                                    Civil Action No.
 5                                  1:14-cv-03074-CMA-KMT
             -against-
 6

 7        INTEREXCHANGE, INC; et al.

 8              Defendants.

 9        --------------------------x
                                    March 5, 2018
10                                  9:29 a.m.

11

12

13            Deposition of MANON BALTA, the

14        Plaintiff, taken by the Defendant, pursuant

15        to Notice, held at the Offices of Boise

16        Schiller Flexner, 575 Lexington Avenue, 7th

17        Floor, New York, New York 10022, taken

18        before Albert Lada, a Shorthand Reporter and

19        Notary Public of the State of New York.

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966  
800.525.8490

1900 Grant Street, Suite 1025  
Denver, CO 80203

www.huntergeist.com  
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Case No. 1:14-cv-03074-CMA-KMT   Document 1072-2   filed 05/09/18   USDC Colorado   pg 3 of 7

MANON BALTA - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### 25

```
 1  during this initial period of time where
 2  you would be living as an Au Pair?
 3      A.  Yes.
 4      Q.  What was your understanding?
 5      A.  So I was living with the family.
 6      Q.  And did you have any
 7  understanding about whether you would be
 8  provided any other benefits as part of
 9  being an Au Pair?
10      A.  Yeah.
11          MR. LIBLING:  Objection to form.
12      A.  Yes.  I would be provided food
13  and, um -- and maybe if they travelled, I
14  would go with them and yeah, that's it.
15      Q.  And so what -- other than the
16  positive experience that your family friend
17  had, was there any other reason in
18  participating in the Au Pair Program?
19      A.  Yes, to learn English and also
20  because I didn't want -- I didn't know what
21  to do after high school so I thought it was
22  a good idea to live an experience like
23  that.
24      Q.  And did your English improve as a
25  result of being an Au Pair?
```

### 26

```
 1      A.  Yes.
 2      Q.  I have to say, your English is
 3  quite good so I'm not sure how it was
 4  before but it's good now.
 5      A.  I didn't speak English before
 6  so --
 7      Q.  Well, congratulations.  That's
 8  impressive.  So, other than wanting to
 9  learn English, were there any other aspects
10  of the Au Pair Program that made you want
11  to participate?
12      A.  Yes, because, uh, I was -- I
13  liked the USA even though I have never been
14  there before, like, the history and the
15  cultures so I wanted to share my culture
16  with their cultures so --
17      Q.  Did that happen during your
18  experience?
19      A.  Um, yes.
20      Q.  How about living with a host
21  family, was that something that was
22  appealing or attractive to you back when
23  you were in France?
24      A.  When I was in -- before I leave,
25  right?
```

### 27

```
 1      Q.  Yes.
 2      A.  Yes, because I didn't know
 3  anywhere in the U.S. so I would have people
 4  to live with and yeah.
 5          MS. REILLY:  Mark that, please.
 6          (Whereupon, FLSA Opt-in Plaintiff
 7  Survey Responses was marked as
 8  Defendant's Exhibit 4 for
 9  Identification.)
10          THE WITNESS:  Thank you.
11      Q.  Do you recognize this document?
12      A.  Yes.
13      Q.  And what is this?
14      A.  It's the survey that I file --
15  that I did online.
16      Q.  And are these all your answers in
17  the right column?
18      A.  Yes.
19      Q.  And did you answer these
20  questions truthfully?
21      A.  Yes.
22      Q.  Did you speak to anyone about
23  what information you should enter into the
24  survey in response to the questions?
25      A.  No.
```

### 28

```
 1      Q.  Did this lawsuit influence your
 2  survey responses in anyway?
 3      A.  No.
 4      Q.  So, I had a question on the first
 5  page towards the bottom.  Uh, the question
 6  is, "approximately what month and year did
 7  you first apply to join the Au Pair
 8  Program?"
 9      A.  Yes.
10      Q.  Do you see that?
11      A.  Yes.
12      Q.  And your answer was "October
13  2009?"
14      A.  Yes.
15      Q.  And you became an Au Pair years
16  after that?
17      A.  Yes.
18      Q.  And you became and Au Pair years
19  after that so can you tell me about the
20  timing?
21      A.  Yeah, so I finished high school
22  and I was 18 -- just turned 18.  I wanted
23  to live as an Au Pair but it was 2009 was
24  when there was the big crisis -- economy
25  crisis.
```

Case No. 1:14-cv-03074-CMA-KMT   Document 1072-2   filed 05/09/18   USDC Colorado   pg 4 of 7

MANON BALTA - 2/22/2018
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

45

1   Q.   And is it that you don't remember
2   or you remember and didn't discuss the
3   stipend amount?
4       A.   I think we did not because it's
5   something -- I'm not comfortable with
6   talking with money and so -- and, yeah, I
7   don't remember them talk about that.  It
8   was more about what I would do if I come.
9       Q.   Do you recall discussing the
10  number of hours you would work per week?
11      A.   I think yes -- I mean, I don't
12  recall precisely but yes, I remember they
13  were talking about -- like, I would work
14  maybe the weekdays and some weekends and --
15  yes.
16      Q.   And do you recall if you
17  discussed a specific number of hours per
18  week you were expected?
19      A.   It was 40, 45 hours maximum.
20  That was it.  Yeah.
21      Q.   I'm trying to figure out, was
22  that discussed with the Hayes or is that
23  something that you just knew from the
24  contract?
25      A.   I knew it from the contract and I

46

1   don't recall them to talk about that -- I
2   mean, yes, I recall they talked about how
3   much I would work but I can't tell you how
4   much -- how many hours they told me, like,
5   I don't recall that.  Yeah.
6       Q.   Okay.  Again, I know this was
7   years ago and I appreciate whatever you can
8   remember.  That's good enough for today.
9       A.   Okay, thank you.  So telling me
10  what you do and don't remember is helpful,
11  thank you.  How are we?
12           MR. LIBLING:  We're good.
13      Q.   Okay.  During any of the Skype or
14  phone conversations or e-mail exchanges
15  with any of the four host families, do you
16  recall discussing with anyone what stipend
17  amount you would receive?
18      A.   I don't recall.
19      Q.   Do you recall any conversation
20  with the Hayes about house rules that would
21  apply?
22      A.   About housework or other --
23      Q.   I'm sorry, house rules.
24      A.   Oh, rules.  No.
25      Q.   Did you feel like you could --

47

1   you were able to gather the information you
2   needed from the Hayes family so that you
3   can make a good decision about matching?
4       A.   Yes.
5       Q.   What was your impression of the
6   Hayes family during the Skype interviews?
7       A.   They were very motivated to have
8   me and they were very nice and the mom,
9   because I didn't talk to the dad, so the
10  mom was very nice.  Yeah.  They were great,
11  so --
12      Q.   Okay.  And when at some point in
13  the communications with the Hayes family,
14  did they send you a contract that specified
15  the terms for the placement?
16      A.   I don't think so.
17      Q.   So how did it happen when you
18  decided to -- strike that.
19      Did you decide at some point to
20  match with the Hayes family?
21      A.   They said -- I mean, yes because
22  when they called me the last time on Skype,
23  it was to tell me that -- yeah, to offer me
24  to come in their family so I said yes, and
25  then they contacted Go Au Pair and Go Au

48

1   Pair contacted me.
2       Q.   Do you have an understanding as
3   to whether Go Au Pair played any role in
4   the Hayes family deciding to match with
5   you?
6       A.   No -- I mean, can you repeat,
7   please?  Sorry.
8       Q.   Is it your understanding that the
9   Hayes family decided to match with you?
10      A.   No, Go Au Pair didn't decide -- I
11  mean, they had their profiles on the
12  internet but they didn't decide for me.  I
13  decide the family, where I wanted to go.
14      Q.   I'm trying to understand the
15  match process.  Is it fair to say for this
16  match to happen, the Hayes family had to
17  pick you and you had to pick the Hayes
18  family?
19      A.   Yes.
20      Q.   And the Hayes family got to
21  decide without Go Au Pair playing any role
22  whether they wanted to match with you?
23           MR. LIBLING:  Objection to form.
24      A.   No.  They decide -- yeah.  Go Au
25  Pair didn't tried to tag me.

Case No. 1:14-cv-03074-CMA-KMT   Document 1072-2   filed 05/09/18   USDC Colorado   pg 5 of 7

MANON BALTA - 2/22/2018
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

53

```
 1    "work schedule?"
 2         A.   Yes.
 3         Q.   And you see there are certain
 4    entries in that chart?
 5         A.   Yes.
 6         Q.   Do you have an understanding as
 7    to who inserted those times in the work
 8    schedule chart?
 9         A.   The family.
10              MR. LIBLING:  Objection to form
11    but the answer can stand.
12         Q.   And same question for the house
13    rules box, do you see that there is a chart
14    for house rules where there are certain
15    entries for curfews and restrictions?
16         A.   Yes.
17         Q.   And do you have an understanding
18    as to who supplied the content for those
19    entries?
20         A.   Yes, the families.
21         Q.   Same question for
22    responsibilities, you see there is a chart
23    and it looks like certain boxes are checked
24    with respect to responsibilities, do you
25    see that?
```

54

```
 1         A.   Yes.
 2         Q.   And do you have an understanding
 3    as to who checked the boxes in the
 4    responsibility's section?
 5         A.   Yes.
 6         Q.   Who?
 7         A.   The family.
 8         Q.   And before we flip to page 2,
 9    going through each of these three boxes,
10    was your experience as an Au Pair
11    consistent starting with the work schedule,
12    is that the work schedule that you followed
13    when you were an Au Pair?
14         A.   No.
15         Q.   Can you explain how it was
16    different?
17         A.   So the first weeks it was kind of
18    like this schedules but then my -- I didn't
19    really have a schedule actually, like, I
20    was always with them.  Uh, so I didn't have
21    hours, it was more you -- start at this
22    time and then I was with them because I
23    love my host family so I was with them all
24    the time but yeah, I had, like -- it didn't
25    really follow the days off and things like
```

55

```
 1    that.  Yeah.
 2         Q.   Okay.  We'll come back to that.
 3         A.   Okay.
 4         Q.   But it sounds like the actual
 5    work schedule was pretty different than
 6    what's described in the box; is that fair?
 7         A.   Yeah, it was always different.
 8         Q.   Okay.  And for how about house
 9    rules, and let me know if you need help
10    reading anything, I know the text is quite
11    light.
12              Were these the same house rules
13    that were in place when you lived with the
14    Hayes family?
15         A.   Yes.
16         Q.   And how about the
17    responsibilities, were the boxes that the
18    Hayes family checked in that section, were
19    those the same responsibilities you, in
20    fact, had when you were an Au Pair for the
21    Hayes family?
22         A.   Yes.
23         Q.   Okay.  And looking underneath the
24    third box where it says "compensation," do
25    you see where it says "the host family
```

56

```
 1    agrees to pay the Au Pair pocket money in
 2    the amount of $200 minimum of 195.75
 3    subject to the Department of State
 4    Regulations and the Department of Labor per
 5    week."
 6              Do you see that?
 7         A.   Yes.
 8         Q.   And then it says the stipend will
 9    be paid every Friday?
10         A.   Yes.
11         Q.   And do you see that both the
12    number amount of $200, and then Friday,
13    those two things were inserted by someone,
14    can you see that?
15         A.   Yes.
16         Q.   And do you have an understanding
17    as to who supplied the content of the $200
18    stipend amount and the payment day of
19    Friday?
20              MR. LIBLING:  Objection to form.
21         A.   So the family but, uh, I know
22    that Go Au Pair said to pay me 200 -- I met
23    other Au Pairs -- I mean, I never met an Au
24    Pair where they were paid more than 200
25    so --
```

Case No. 1:14-cv-03074-CMA-KMT   Document 1072-2   filed 05/09/18   USDC Colorado   pg 6 of 7

MANON BALTA - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

73

1 Sometimes yes, but it was more
2 like when they really had to go out, they
3 would tell me, otherwise, I would be here
4 and still taking care of the children but I
5 didn't really have hours, and then,
6 sometimes those days off because -- because
7 I think they were thinking that I was with
8 them because -- yeah, sometimes I wanted to
9 but sometimes I would have like to have a
10 day off. However, when I wanted to do
11 something, I can ask them and I would be
12 able to do what I wanted to do.
13     Q.   Okay. So, that makes sense, I
14 understand. So when you would wake up with
15 the boys at 6 and work through the
16 afternoon, would that mean you would be
17 working nonstop?
18     A.   I don't -- the mom sometimes
19 would be here so I don't know if I was
20 supposed to work. I was young so I didn't
21 -- I never really asked and so, yeah, I
22 felt I had to stay. So, yeah, I was
23 working through -- yeah, from 6 to
24 sometimes -- I don't know sometimes -- I
25 don't -- sometimes it was 4 to 7:00 p.m. or

74

1 sometimes earlier. Yeah.
2     Q.   And, so, what you're saying makes
3 sense but I'm just trying to get a little
4 more detail on it. The mom was home
5 everyday, right?
6     A.   Yeah, she was going to the gym or
7 had meetings with friends or --
8     Q.   So when she would leave, you were
9 the sole person taking care of the boys,
10 right?
11     A.   Yes.
12     Q.   How about if she was there at the
13 apartment, who would do what?
14     A.   We were like friends. We were
15 taking both of the children and going, I
16 don't know, to the tour together, cooking
17 together. That's why for me, it was hard
18 to know if I was actually working or not
19 but I felt like if I would say -- because
20 she was here often but, yeah, I had to be
21 there with her.
22     Q.   And did she ever give you notice
23 in advance as to like what her schedule was
24 for the week?
25     A.   Yes. Yes. Most of the time I

75

1 had -- I said if they would go out on
2 Thursday night, they would tell me or then
3 after like few month she has the schedule
4 like for everyday she was going to gym so I
5 knew I would work for sure from 8 to noon,
6 for sure, and then in the afternoon, I was
7 still at work but I didn't have the hours.
8 They would not tell me you have to work
9 those hours.
10     Q.   Got it. So, am I getting this
11 that you were given notice of the hours
12 where you would be the only child care
13 provider?
14     A.   Yes.
15     Q.   But then when Mrs. Hayes was in
16 the house, that was looser and it was not
17 set up as a schedule or explained to you as
18 a schedule?
19     A.   No.
20        MR. LIBLING: Objection to form.
21     Q.   Is what I said accurate?
22     A.   Yes. Yes. Yes. Yes.
23     Q.   And, what I just described, was
24 that the situation for most of the
25 placement after the first couple of weeks?

76

1     A.   Yes.
2     Q.   How about for the extension
3 period, same thing?
4     A.   Yes, but for the extension period
5 I remember as -- I didn't ask but I met
6 someone so it was, like, when I had free
7 time -- I mean, I wanted free time more
8 than for the first year.
9     Q.   Uh-huh.
10     A.   So they knew I wanted -- yeah, to
11 go out so they would do a better job with
12 the hours -- setting the hours.
13     Q.   We will come back to that because
14 that sounds like a slightly different
15 situation in the six months.
16     A.   All right.
17     Q.   So going back to free time -- I'm
18 just going to tell you. This case and the
19 primary purpose of today is to figure out
20 how hours worked and, so, we're going to
21 come at it a bunch of different ways
22 because it's sounds like it's hard to count
23 and measure.
24     A.   Yeah.
25     Q.   And it sounds like when you were

Case No. 1:14-cv-03074-CMA-KMT   Document 1072-2   filed 05/09/18   USDC Colorado   pg 7 of 7

MANON BALTA - 2/22/2018
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

**77**

1 home, it wasn't always clear when you were
2 working or not working?
3     A.  Yes.
4     Q.  If Mrs. Hayes was home --
5     A.  Yes.
6     Q.  So when Mrs. Hayes and Mr. Hayes
7 weren't home, you were clearly working and
8 providing child care services?
9     A.  Yes.
10    Q.  About how many hours a week,
11 generally, did you have what you consider
12 to be free time?
13    A.  Uh, free time?  Most of the night
14 at 7 when they were going to go out so they
15 were going out maybe two or three times a
16 week maybe average, but every night at 7
17 the kids would go to bed so at 7 I was free
18 and then, yeah, I didn't -- sometimes I had
19 days off but sometimes they forgot or they
20 -- I don't know, didn't think about days
21 off so yeah, after a couple of weeks my
22 days off were not set.  Sometimes I would
23 wake up and they would say okay, we're
24 going to the park, if you don't want to go
25 you can stay so I stayed home.  So when

**78**

1 they came back, I don't know if I had to
2 work or if I had that day off and, yeah, it
3 sounds like I should have asked but I did
4 not because I don't --
5     Q.  I understand.
6     A.  Okay, and sorry.
7     Q.  Okay.
8     A.  Also, I was working sometimes
9 during the night because they have -- I
10 don't know how you call it -- a baby phone?
11    Q.  Monitor?
12    A.  Yeah.  So we were splitting the
13 -- we would do -- I would do three nights a
14 week and where I would have the money to --
15 because the boys were waking up every
16 night.
17    Q.  So this, let's call it a loose
18 schedule?
19    A.  Uh-huh.
20    Q.  Is it fair to say that it was the
21 Hayes deciding how this loose schedule
22 worked?
23    A.  Yes.
24    Q.  It wasn't Go Au Pair telling them
25 to set the schedule up this way, this

**79**

1 particular way?
2        MR. LIBLING:  Objection to form.
3     Q.  As far as you know?
4     A.  No -- I mean it was the family
5 who choose my schedule.
6     Q.  And does the same thing go for
7 work duties -- strike that.
8        Was it the Hayes family who
9 determined what exactly you would be doing
10 in the house with the kids or otherwise?
11       MR. LIBLING:  Objection to form.
12    A.  Yes.
13    Q.  Go Au Pair never came in and, you
14 know, supervised or watched you provide the
15 child care services and provided feedback?
16    A.  Uh, no.
17    Q.  We've talked about what your
18 understanding was going into the placement
19 as to what your, um, job responsibilities
20 would be and we talked about child care
21 services, some cooking, some housework, did
22 what you expect turn out to be the case?
23    A.  Yes.
24    Q.  Did you take any classes during
25 your first year?

**80**

1     A.  Yes.
2     Q.  What did you take, if you
3 remember?
4     A.  I remember where it was but I
5 don't remember the exact class.
6     Q.  That's fine.  Where was it?
7     A.  Actually, I think the first one I
8 remember.  The first one was American
9 history or something like that.  Yes, and
10 it was in -- I think it was in Long Island
11 but I'm not sure.
12    Q.  And did you take more than one
13 class --
14    A.  Um --
15    Q.  During your time with the Hayes?
16    A.  I think I took two but I don't
17 remember the second one so I don't
18 remember.
19    Q.  And did the Hayes family pay for
20 the first class?
21    A.  I don't remember.
22    Q.  Do you recall if they paid for
23 any class that you took while you lived
24 with them?
25    A.  Can you ask me the question

20 (Pages 77 to 80)