**EXHIBIT N**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DECLARATION OF DAVID J. MEYER IN SUPPORT OF GO AU PAIR'S MOTION TO DECERTIFY PLAINTIFFS' FLSA COLLECTIVE ACTION

I, David J. Meyer, declare that:

1. I am a paralegal employed by Wheeler Trigg O'Donnell LLP. I am over 21 years of age, and I have personal knowledge of the matters stated in this declaration. If asked to testify, I would be competent to testify to these matters.

2. Pursuant to the Stipulation dated January 4, 2018, Plaintiffs and Go Au Pair agreed that written discovery of plaintiffs opting-in to the FLSA collective action would be conducted pursuant to a questionnaire sent to all opt-in plaintiffs. That stipulation is attached as Exhibit P to Go Au Pair's Motion to Decertify the FLSA Collective Action.

3. Between January 8, 2018, and April 9, 2018, Go Au Pair received a total of five native Excel spreadsheets from Plaintiffs' counsel, which spreadsheets reflect questionnaire responses provided by opt-in plaintiffs. Additionally, we received

questionnaire responses in PDF format from certain opt-in Plaintiffs either during or on the eve of those opt-in plaintiffs' depositions. Due to the size of the excel files containing opt-in plaintiffs' questionnaire responses, Go Au Pair has not converted and filed those spreadsheets as PDFs, but will provide them (or relevant portions of them) to the Court if requested.

4. I have reviewed all of the questionnaire responses provided by Plaintiffs' counsel.

5. The questionnaire included the following question: "How many hours did you work on average per week (not including vacation weeks)?" Responding opt-in plaintiffs were provided the opportunity to respond to this question for each of their host-family placements, as may be applicable to the individual au pair. As indicated in the below table, which transcribes the relevant opt-in plaintiffs' responses to this question, 21 opt-in plaintiffs reported working an average of 40 hours or less per week during their placements:

| Opt-In Plaintiff Name (as stated in questionnaire response) | Placement 1 Hours | Placement 2 Hours |
|---|---|---|
| Bianca Barbara Du Plessis | 20 | |
| Carlos Magno Fontana | 40 | 40 |
| Débora Atuati Argenton | 40 | |
| Devon Ludick | 35 | |
| Jenny Vanessa Rendon Tarazona | 40 | 35 |
| Laura Catalina Sarmiento | 40 | |
| Leydi Diana Rivera Dominguez | 40 | 40 |
| Liping Ye | 40 | |
| Manon Balta | 40 | |
| Marieme Ba | 40 | |
| Martin Van Der Merwe | 30 | 30 |
| Michka Barnard | 32 | |

2

| Monrique Avalon Hennig | 35 | |
|---|---|---|
| Nicolas Michel | 25 | |
| Nicole Maria Langeveld | 40 | |
| Paola Andrea Aguilar Fuentes | 30 | 40 |
| Tsepiso Lefulesele Khama | 35 | |
| Vanessa Lissette Fior Aviles | 36 | |
| Virginie Gilles | 40 | |
| Vladlena Ciubara | 40 | |
| Yanru Zhang | 40 | 40 |

6.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2018.

_____
David J. Meyer

3