# EXHIBIT T

1

1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO

2

   Civil Action No. 1:14-cv-03074-CMA-KMT

3   _____

4         CONFIDENTIAL VIDEOTAPE DEPOSITION OF:

5   MICHELLE CAROLINA DEL POZO AGUILAR - February 5, 2018

6   _____

   JOHANA PAOLA BELTRAN; et al.,

7

   Plaintiffs,

8

   v.

9

   INTEREXCHANGE, INC.; et al.,

10

   Defendants.

11  _____

12

         PURSUANT TO NOTICE, the videotape deposition
13  of MICHELLE CAROLINA DEL POZO AGUILAR was taken on
   behalf of the Defendant American Cultural Exchange,
14  LLC, at 2580 East Harmony Road, Conference Room 4,
   Fort Collins, Colorado 80528, on February 5, 2018, at
15  10:12 a.m., before Lisa B. Kelly, Registered
   Professional Reporter, Certified Realtime Reporter,
16  and Notary Public within Colorado.

17

18

19

20

21

22

23

24  **Hunter + Geist, Inc.**

25

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

Your Partner in Making the Record

■ www.huntergeist.com
■ scheduling@huntergeist.com

Court Reporting, Legal Videography, and Videoconferencing

**MICHELLE CAROLINA DEL POZO AGUILAR - CONFIDENTIAL - 2/5/2018**
**Johana Paola Beltran, et al. v. Interexchange, Inc.**

---

41

```
10:58:48   1        Q.   How many families chose you, if you
10:58:52   2   recall?
10:58:55   3        A.   Three.
10:58:57   4        Q.   And did you meet with all three families
10:59:00   5   by Skype?
10:59:01   6        A.   I met with -- yes, with the three of
10:59:04   7   them.
10:59:08   8        Q.   How many times did you meet with each
10:59:10   9   family, if you remember, by Skype?
10:59:15  10        A.   With one only once.  With the other
10:59:19  11   two -- well, with the other one, two.  And with the
10:59:21  12   one that I stick with, three, four times.
10:59:27  13        Q.   Can you go through what you remember
10:59:28  14   about each of those calls?
10:59:30  15        MR. SELIGMAN:  Objection.
10:59:31  16        Q.   (BY MS. REILLY)  Whatever you can
10:59:33  17   remember.
10:59:34  18        A.   The calls or the characteristics of the
10:59:41  19   families?
10:59:41  20        Q.   Either one.
10:59:42  21        A.   Well, they were all really nice families.
10:59:47  22   One of them was in New Jersey.  The other one was in
10:59:53  23   Virginia.  The other one was in New Orleans.
11:00:01  24        They were really nice.  They just
11:00:03  25   explained to me that I was going to have my room.  I
```

---

42

```
11:00:09   1   didn't have to pay housing.  They were required to pay
11:00:11   2   me 195.75.  One family had three kids.  The other
11:00:18   3   family had two kids.  And the other one family had one
11:00:22   4   kid, one baby.  One of the families was just a single
11:00:27   5   mom.
11:00:33   6        Q.   And did you -- I think you had mentioned
11:00:36   7   that how much they were willing to pay was a factor
11:00:39   8   for you in choosing a host family.
11:00:41   9        A.   If they were going to be able to pay me
11:00:45  10   more, yes.
11:00:45  11        Q.   And did you ask each of the three
11:00:47  12   families whether they were willing to pay you more
11:00:49  13   than the 195.75?
11:00:51  14        A.   No.
11:00:51  15        MR. SELIGMAN:  Objection.
11:00:52  16        Q.   (BY MS. REILLY)  How many host families
11:00:54  17   did you ask that question to?
11:00:54  18        A.   Only one.
11:00:55  19        Q.   And that's the one that you ended up
11:00:57  20   with?
11:00:57  21        A.   Yes.  Because I really liked them.
11:01:01  22        Q.   Do you remember which call you asked that
11:01:04  23   question?  I think you said that there were three or
11:01:06  24   four Skype calls with that family.
11:01:08  25        A.   The second call.
```

---

43

```
11:01:10   1        Q.   And tell me what you remember about that
11:01:13   2   conversation.
11:01:14   3        MR. SELIGMAN:  Objection.
11:01:16   4        A.   They told me they really liked me.  They
11:01:18   5   wanted to, you know, choose me.  And this was the
11:01:22   6   first family that I interviewed, and I really liked
11:01:25   7   them, too.
11:01:26   8        So we were both interested in each other,
11:01:28   9   working together and living together.  And I asked
11:01:33  10   them if they will consider it.  So they said yes.
11:01:37  11        Q.   (BY MS. REILLY)  And did they say yes on
11:01:38  12   that same call, or did they need to get back to you?
11:01:41  13        A.   They needed to get back to me.
11:01:42  14        Q.   Okay.  And so did they get back to you
11:01:45  15   on that on the next Skype call?
11:01:47  16        A.   Yes.
11:01:47  17        Q.   And what did they say?
11:01:50  18        A.   That they agreed.
11:01:54  19        Q.   And that's to the 840 a month?
11:01:55  20        A.   Yes.
11:01:57  21        Q.   And was that a number that you had
11:01:58  22   suggested?
11:01:59  23        A.   No.
11:02:01  24        Q.   What -- what -- who came up with that
11:02:04  25   number?
```

---

44

```
11:02:05   1        A.   The host dad, or them together, but he
11:02:08   2   told me that.
11:02:09   3        Q.   Got it.  So when you, on the second call,
11:02:12   4   asked about getting more than the 195.75, did you ask
11:02:15   5   for a particular stipend amount?
11:02:17   6        A.   No.
11:02:18   7        Q.   You just asked for more than the minimum?
11:02:19   8        A.   What they were required, yes.
11:02:26   9        Q.   Did GoAuPair play any role in coming up
11:02:29  10   with that $840-a-month number?
11:02:31  11        A.   No.
11:02:37  12        MS. REILLY:  Okay.  Let's take a short
11:02:38  13   break.  I'm worried that the heat is going to get out
11:02:41  14   of control.
11:02:42  15        THE VIDEOGRAPHER:  Going off the record.
11:02:43  16   The time is 11:01.
          17        (Recess taken, 11:01 a.m. to 11:23 a.m.)
11:24:46  18        THE VIDEOGRAPHER:  We are back on the
11:24:47  19   record.  The time is 11:23.
11:24:48  20        Q.   (BY MS. REILLY)  So going back to the
11:24:52  21   conversations with the host families at the beginning
11:24:54  22   of the process.
11:24:55  23        A.   Yes.
11:24:56  24        Q.   You listed a number of factors that were
11:24:59  25   important to you in figuring out which host family to
```

---

11 (Pages 41 to 44)