**EXHIBIT V**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



## Au Pair Interview

**English Rating Code**
A. Answered in complete sentences
B. Answered with isolated words or phrases
C. Asked me to rephrase the question

| | |
|---|---|
| Applicant's Name | Ivette Alexandra Gonzalez Cortes |
| Interviewer's Name | John Fredy Munoz V. |
| Date (MM/DD/YY) | 01/15/14 |

| Question | Au Pair Answer | Code (A, B or C) |
|---|---|---|
| Why do you want to be an Au Pair? | Because I want to travel to another country like the US and to know as much as possible about its culture while living with a lovely family. | A |
| What would you need in order to enjoy your time in the U.S.? | Continue doing sports. | B |
| Describe your plans for the future. What are your goals? | I will study a specialization in sports and continue studying. | A |
| Describe your general health. | I have a good health. | A |
| Have you ever suffered from or sought treatment for depression, alcoholism, drug addiction or an eating disorder? Please explain. | No, never. | B |
| Has anyone in your family suffered from depression or alcoholism? Please explain. | No, nobody. | A |
| Describe any history of child abuse in your family. | N/A | A |
| Describe where you were born and raised. | Bogota | B |
| Do you have any siblings? If so, how old are they? | Jenny, 28; Ana, 21 and Maria, 16 | A |
| Describe the relationship you have with your siblings. | It's a good relationship. | A |
| How often do you have contact with your family members? | Once or twice per month. | A |
| Describe your family's support of your decision to become an Au Pair. | My family supports me a lot and likes the idea that I travel to another country. | A |
| What is your family's reaction to you spending a year away from home? | They felt very happy. | A |

| Question | Answer | |
|---|---|---|
| How were you disciplined as a child? | They did teach me about the responsibility. | B |
| When, where and for how long have you spent time away from home? | Since 2012 I've been living in Bogota. | B |
| When, where and for how long have you traveled in English-speaking countries? | N/A | A |
| Are you willing to be placed with a Host Family that is of a different religion? How would you accommodate? | Yes, I won't have any problem about that. I'll respect other's beliefs. | A |
| What is your favorite area of study? Why do you like it? | Gymnastic and swimming because when I was a child I practiced Gymnastic for 10 years. | A |
| What did you like about your last childcare experience? What did you dislike about it? | I was working with poor children that needed a lot of love from people and I loved them a lot. I dislike when people didn't have culture to get things and to share with others. | B |
| Where and when did you complete any formal English courses? | N/A. | A |
| What volunteer work have you done? | I was working with poor children. | A |
| What do you consider to be the most important skill you have for being a primary childcare provider? | Good relationship with everyone. | B |

Please describe how you would respond to the following circumstances.

| | | |
|---|---|---|
| A 4 year old child in a toy store asks for a toy that her parents have told you she may not have. | I'll go with the child to another place to change her mind. | B |
| Two young children fighting over a piece of candy. | I will teach them the importance of sharing. | B |
| The Host Family calls at the last minute and requests you to care for the children while they go out for the evening. You have previously made arrangements for that night with friends and the Host Family knew about your plans. | I will help them because they are my family and I will support them. | A |
| The 2 year old child you are caring for fell down and cut his chin, which is bleeding. | First calm everyone down, second check the cut, third look for the First Aid Kit and assistance, fourth call the parents. | B |
| You believe the children you care for are not disciplined. You tell the host parents but they don't seem to care. | Talk to the host parent and children about the situation just to fix it. | A |

Describe the types of activities you would plan for each of these age groups:

| | | |
|---|---|---|
| **Infant** | Going to parks, take the sun, gymnastic for babies. | A |
| **Toddler** | Swimming classes, walking, jumping, ball games. | A |
| **4-6 Year old** | Helping them with school activities, numbers, words, sports. | A |
| **6-9 Year old** | Running, biking, playing at the park, ability games. | A |
| **10-12 Year old** | Sharing as much time as possible with them, going to malls, talking about experiences of life and teaching them Spanish. | A |
| **Explain the procedure of changing a diaper, step by step.** | 1. take out the dirty diaper, 2. clean the baby, 3. put the new diaper to baby. | B |
| **How will you adjust to a new family, country and culture?** | Being very flexible and friendly. It's my dream and I will live this in the best way. | B |
| **How much notice do you require before leaving for a placement with a Host Family?** | A couple of weeks. | A |
| **What problems do you anticipate while living with a Host Family?** | No problems. | A |
| **How do you feel about being placed with a Host Family of a different race or has different political views or beliefs?** | It'll be easy to me to live with a family different to me because I like differences. | B |

The remaining questions are to be complete by the interviewer.

Please rate the Au Pair in the Following areas:

| | | | | | |
|---|---|---|---|---|---|
| **Appearance** | Excellent | **Self Confidence** | Excellent | **Attitude** | Excellent |
| **Manners** | Excellent | **Communication skills** | Good | | |

English Rating Scale

1 - Uses few or no English words; understands greetings and other basic, memorized phrases.

2 - Uses some English phrases though thoughts may be disconnected; understands basic English sentences when spoken clearly and slowly but relies on body language and facial expressions to determine meaning.

3 - Responds in complete thoughts and has a large vocabulary of everyday common terms. Can perform tasks based on a short series of instructions, takes short time to mentally translate and can understand complex sentences when repeated or rephrased.

4 - Responds in complete sentences and can re-word what he/she is saying when the meaning is unclear or when he/she cannot remember unusual vocabulary words. Can perform tasks based on complex instructions and understands others when they are speaking at a natural rate.

5 - Responds completely with more descriptive language and does not take time to mentally translate when listening or speaking. Understands conversations about abstract things.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| Based on the table above, please rate the applicant's ability both to speak and comprehend English. Briefly explain your decision. | Four: Alexandra can respond in complete sentences and can re-word what she's saying to explain herself better. |
| This applicant will make a good Au Pair for the following reasons: | She has a wide experience working with children because she's a teacher. |
| What difficulties will the applicant experience while placed with a Host Family? | Not problem if she finds a nice and friendly family. |

| | |
|---|---|
| Interviewer's Signature | *John Judy* (signature) |
| Date | Jan/15/2014 |

GAP_00000972