IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**COVERSHEET FOR RESTRICTED EXHIBITS A-C, E-H, J-M, O, Q-S, U, W-Y TO GO AU PAIR'S MOTION TO DECERTIFY PLAINTIFFS' FLSA COLLECTIVE ACTION (ECF NO. 1072)**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 9, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

　　　　　　　　　　　　　　　　　　　*s/ Claudia Jones*