# EXHIBIT U

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 1:14-cv-03074-CMA-KMT

_____

CONFIDENTIAL VIDEOTAPE DEPOSITION OF:
LEIDY CAROLINA ROMERO BOHORQUEZ
March 10, 2018
_____

JOHANA PAOLA BELTRAN; et al.
    Plaintiffs,

vs.

INTEREXCHANGE, INC.; et al.
    Defendants.


          Video deposition of LEIDY CAROLINA

ROMERO BOHORQUEZ, taken at the offices of Advanced

Depositions, 1880 John F. Kennedy Boulevard, 6th

Floor, Philadelphia, Pennsylvania, on Saturday,

March 10, 2018, commencing at 10:08 a.m., before

Suzanne Walinsky, a Court Reporter and Notary

Public, pursuant to notice.




Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

Your Partner in Making the Record

■ www.huntergeist.com
■ scheduling@huntergeist.com

**LEIDY CAROLINA ROMERO BOHORQUEZ - 3/10/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

33

1  is the purpose?
2      Q.     Yeah.  Anything that you know about the
3  J-1 --
4      A.     J-1 --
5      Q.     -- Visa.
6      A.     -- Visa.  I just know that it's a visa
7  which allows you to work and study in the United
8  States.  That's it.
9      Q.     So no other understanding that you have
10 about the visa program from, say, conversations with
11 other au pairs?
12     A.     No.
13     Q.     How did you first learn about the au
14 pair program?
15     A.     Online.  I -- I -- I was -- I don't
16 know, Google, looking for programs to study English
17 or -- and au pair program came up in my research.
18     Q.     Was it important to you to come to the
19 United States to study English?
20     A.     It was.
21     Q.     Why?
22     A.     Because I was studying international
23 business in my country and it was important for my --
24 my degree to learn English.
25     Q.     When you say it was important to your

---

34

1  degree, was it a requirement or was it more just
2  something you thought that you should have because it
3  would be a good thing to have?
4      A.     Exactly.
5             MR. PACHECO:  Objection, form.
6             THE WITNESS:  I thought it was important
7  for me.
8  BY MR. SCARPATO:
9      Q.     When you were looking for English study
10 programs, did you know of anyone else who had
11 participated in the au pair program?
12     A.     Not really, nobody.
13     Q.     So this was a pretty new thing --
14     A.     Yes.
15     Q.     -- for you?
16     A.     Yes.  That was brand new for me.  I
17 didn't have any other information more than what I
18 found on Internet.
19     Q.     When you looked into coming into the
20 United States, was it your goal to stay here long
21 term?
22     A.     No.
23     Q.     Was the cultural exchange aspect of the
24 program important to you?
25     A.     It was.

---

35

1      Q.     Tell me about that.
2      A.     I thought cultural exchange will be --
3  will allow me to get to know more people, more
4  cultures, for my English, is what I thought about the
5  concept of cultural exchange.
6      Q.     So that was an attractive part of the au
7  pair program for you?
8      A.     Exactly.
9      Q.     What about living with a host family?
10 Was that appealing to you?
11     A.     Can you explain that word?  Yeah.
12     Q.     Sure.
13            Was living with a host family also
14 something that you found attractive about the program?
15     A.     Attractive?  Well, I feel like I -- I
16 mean, I found it how the program was supposed to be.
17 But if you mean attractive to or comfortable with?  Or
18 no, no, no?
19     Q.     Sure.  Sorry.  I'll try to --
20     A.     Sorry.
21     Q.     No.  No problem at all.
22            So one of your goals was to improve your
23 English?
24     A.     Mm-hmm.
25            COURT REPORTER:  Yes?

---

36

1             THE WITNESS:  Yes.
2  BY MR. SCARPATO:
3      Q.     And one of your goals was to experience
4  the cultural exchange?
5      A.     Yes.
6      Q.     Was another of your goals to live with a
7  host family?  Was that...
8      A.     Yes.
9      Q.     Was that part of the reason why you
10 applied for the au pair program?
11     A.     Yes.
12     Q.     Why was that?
13     A.     Why?
14     Q.     Mm-hmm.
15     A.     Because I felt that the program was
16 convenient.
17     Q.     How was it convenient?
18     A.     Convenient because I was going be able
19 to talk to people and learn English.  So that was
20 probably, like, my main reason to come.
21     Q.     Did the amount of the weekly stipend
22 influence your decision to join the au pair program?
23     A.     No.
24     Q.     Safe to say you knew about what the
25 stipend would be before you joined --

---

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**LEIDY CAROLINA ROMERO BOHORQUEZ - 3/10/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

53

1    Q.    -- your answer.
2    A.    So I -- when I pay in Colombia to the
3 local agency, I didn't know what did they -- what part
4 did they pay for Go Au Pair and what -- what part of
5 the money they keep it, so I just pay around that
6 amount of money.
7    Q.    So what was the amount of money that you
8 paid to the local agency?
9    A.    Like around $1,000.
10    Q.    And was that in addition to this $600
11 listed here?
12    A.    No, no. I mean, I don't pay for Go Au
13 Pair this money from my -- from my money, you know
14 what I mean? Like I pay to the local agency and they
15 made the payment for Go Au Pair.
16    Q.    Okay. So you paid the local agency 700
17 or a thousand dollars?
18    A.    Yes, yes.
19    Q.    And then the local agency paid this $600
20 to Go Au Pair?
21    A.    Yes, yes.
22    Q.    And do you have any understanding of
23 what the local agency did with the money that they did
24 not pay to Go Au Pair or what it was for?
25    A.    Yes. Part of the money, they say is

---

54

1 like, for example, I will pay -- I pay $1,000 in total
2 for the program.
3        I guess they pay part for Go Au Pair and
4 the other part of the money were, like, a kind of
5 saving money if I went back to the country, they were
6 going to give me back that money.
7    Q.    So like a --
8    A.    If I -- if I was not going -- sorry --
9 if I was not going to go back, they will keep it.
10    Q.    So it's like a deposit?
11    A.    Exactly, like a deposit.
12    Q.    Did you make any payments directly to Go
13 Au Pair yourself?
14    A.    No.
15    Q.    Who paid for your flight to the United
16 States?
17    A.    I believe the host family.
18    Q.    Other than that $1,000 that you paid to
19 the local agency, were there any other costs that you
20 paid in connection to coming to the United States?
21    A.    The visa.
22    Q.    How much was that?
23    A.    For this, probably $100.
24        (Deposition Exhibit Romero 6 was marked
25 for identification.)

---

55

1 BY MR. SCARPATO:
2    Q.    You've been handed what's been marked as
3 Exhibit 6. Taking a look at this document, do you
4 recognize it?
5    A.    I do.
6    Q.    What is this document?
7    A.    It's my presentation letter to the host
8 family. And, yeah, this application from to Go Au
9 Pair when I was in the process -- in the process to
10 join the program.
11    Q.    And were these your words and answers
12 that you wrote?
13    A.    Yes.
14    Q.    And were those accurate when you wrote
15 them?
16    A.    Yes.
17    Q.    When you applied for the program, did
18 you understand that the host family would be providing
19 you with a place to live in the United States?
20    A.    Yes.
21    Q.    Did you understand that the host family
22 would be providing you with meals as well?
23    A.    Yes.
24    Q.    Did you consider the housing and food
25 that the host family provided to you as one of the

---

56

1 benefits of the program?
2        MR. PACHECO: Objection.
3        THE WITNESS: One of the benefits? I
4 considered it like a part -- not like a benefit, more
5 like part of they were supposed to provide for part of
6 my work.
7 BY MR. SCARPATO:
8    Q.    Did you prefer that arrangement over the
9 idea of living alone in a different country?
10    A.    Can you explain that? Can you repeat
11 that question, please?
12    Q.    Sure.
13        So you were also considering studying
14 in -- was it Australia?
15    A.    Australia. Okay. Yeah.
16    Q.    When you were making the decision
17 between the two options that you had, did you think
18 that having housing and meals provided to you a
19 benefit that helped you decide in favor of the au pair
20 program?
21    A.    Yes.
22    Q.    And did you find it helpful that you
23 would have a place to stay when you arrived in the
24 United States?
25        MR. PACHECO: Objection.

---

14 (Pages 53 to 56)