IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF DEFENDANT GO AU PAIR'S MOTION TO DECERTIFY PLAINTIFFS' FLSA COLLECTIVE ACTION [ECF NO. 1073]

1. Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") move this Court for an order restricting public access, under Level 1 restricted access, to certain exhibits filed in support of Go Au Pair's Motion to Decertify Plaintiffs' FLSA Collective Action. (*See* ECF No. 1073.)

2. In support thereof, Go Au Pair states as follows:

3. Pursuant to D.C.COLO.LCivR. 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel via email regarding this Motion. Plaintiffs do not oppose the relief requested herein.

4. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder*

*Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

    5.    The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

    6.    Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

    7.    On May 9, 2018, Go Au Pair filed its Motion to Decertify Plaintiffs' FLSA Collective Action ("Motion") [ECF No. 1072] and supporting exhibits thereto. Go Au Pair believes in good faith that certain exhibits filed in support of the Motion (*see* ECF No. 1073) contain confidential information that should be restricted from public access. In particular, the following exhibits contain confidential name and contact information for individual third parties (Go Au Pair host families):

- Ex. A, Pillay Written Agreement;
- Ex. B, Coehlo Written Agreement;
- Ex. C, Chiper Written Agreement;
- Ex. G, Host Family Email;
- Ex. R, Gonzalez Deposition Extract
- Ex. W, Gonzalez Deposition Exhibit 109;
- Ex. Y, Bao Written Agreement;

8. Go Au Pair requests that these materials remain under restricted access to protect the privacy of these individual third parties. If requested by the Court, Go Au Pair is willing to submit redacted versions of these exhibits that omit the confidential information for filing on the public docket.

9. Additionally, certain exhibits filed in support of the Motion contain (1) documents or deposition testimony that Plaintiffs have designated confidential under the Stipulated Protective Order or (2) excerpts from plaintiffs' deposition transcripts for which confidentiality designations are not yet due, or for which the entire transcript has been designated by plaintiffs as CONFIDENTIAL pending the due date for confidentiality designations.

- Ex. F, Au Pair Handbook
- Ex. E, Tuk Deposition Extract;
- Ex. H, Xueting Deposition Extract;
- Ex. J, Zuleta Deposition Extract;
- Ex. K, Zhang Deposition Extract;
- Ex. L, Cardozo Deposition Extract;
- Ex. M, Vilain Deposition Extract;
- Ex. O, Bogert Deposition Extract;
- Ex. Q, Myshchenko Deposition Extract;
- Ex. S, Mamane Deposition Extract;
- Ex. U, Bohorquez Deposition Extract; and,
- Ex. X, Bao Deposition Extract.

3

Go Au Pair is filing these exhibits under restricted access to allow Plaintiffs the opportunity to move for restricted access pursuant to D.C.COLO.LCivR 7.2. Go Au Pair does not take any position, either for or against, restricted treatment of these exhibits.

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibits A-C, G, R, W, and Y to their Motion. (*See* ECF Nos. 1073-1 to 1073-3, 1073-6, 1073-14, 1073-17, and 1073-19.)

Dated:  May 9, 2018.                                  Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Brett M. Mull
V. William Scarpato III
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
            Mull@wtotrial.com
            Scarpato@wtotrial.com
            West@wtotrial.com

Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go Au Pair, Go Au Pair Operations LLC, and Au Pair International Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 9, 2018, I electronically filed the foregoing GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS FILED IN SUPPORT OF DEFENDANT GO AU PAIR'S MOTION TO DECERTIFY PLAINTIFFS' FLSA COLLECTIVE ACTION [ECF NO. 1073] with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

          *s/ Kathryn A. Reilly*