## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**PLAINTIFFS' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO THE EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT INTEREXCHANGE'S MOTION TO COMPEL DISCOVERY [ECF No. 1040]**

---

## CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCivR. 7.1(A)

Plaintiffs e-mailed InterExchange's counsel on May 9, 2018 to inquire if InterExchange opposed such motion.  InterExchange notified Plaintiffs it opposed certain of Plaintiffs' proposed restrictions, which are noted below.

## ARGUMENT

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R.7.2, hereby respectfully submit this Motion to Restrict Public Access under Level 1, to certain of the exhibits filed by Plaintiffs in their Opposition to Defendant InterExchange's Motion to Compel Discovery, as follows:

1.      Plaintiffs have submitted Exhibits in Support of their Opposition to Defendant InterExchange's Motion to Compel Discovery as ECF No. 1040.

2.      All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).  ECF No. 305.

3.      This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure."  ECF No. 305.

4.      In accordance with D.C.COLO.LCivR 7.2(c), Plaintiffs identify the documents for which restriction is sought and the interest to be protected as follows:

- ECF No. 1040-3, Exhibit 3 (Mar. 13, 2018 email from D. Smalls to J. Hunt).
  - The email contains private and sensitive information about an *au pair.*
  - InterExchange has reserved its right to oppose such restriction.
- ECF No. 1040-6, Exhibit 6, Tr. 12:19-13:3.
  - The portion of the deposition transcript noted above contains private and sensitive information about an *au pair*.
  - InterExchange does not oppose such restriction.
- ECF No. 1040-6, Exhibit 6, Tr. 13:23-14:1.
  - The portion of the deposition transcript noted above discloses identifying information about the *au pairs'* non-party host family.
  - InterExchange has reserved its right to oppose such restriction.

2

5.	Therefore, Plaintiffs submit redacted copies of ECF Nos. 1040-3 & 1040-6

attached hereto as Exhibits A and B respectively.  These redacted copies would

protect confidential information, and may be made available for public viewing.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this

Court issue an Order restricting public access under Level 1, to ECF Nos. 1040-3 and

1040-6 and accept the attached redacted versions for public filing.

Dated: May 9, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP


 /s/ Dawn L. Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011
Fax: (954) 356-0022

smccawley@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/ Dawn L. Smalls*
Dawn L. Smalls