# Exhibit 3

| | |
|---|---|
| **From:** | Sean Petterson |
| **To:** | "JHunt@shermanhoward.com"; "bcolaizzi@shermanhoward.com"; "ALevy@shermanhoward.com" |
| **Cc:** | Dawn Smalls |
| **Subject:** | RE: IEX Depositions |
| **Date:** | Wednesday, March 21, 2018 5:25:00 PM |
| **Attachments:** | Wendy Paola Rivera Arias - Survey Answers (1.24.2018).pdf |
| | Wendy Paola Rivera Arias - Survey Answers (2.28.2018).pdf |
| | Mariane Freitas Melo - Survey Answers (10.18.2017, 21.54).pdf |
| | Mariane Freitas Melo - Survey Answers (3.20.2018).pdf |
| | Mariane Freitas Melo - Survey Answers (10.18.2017, 22.44).pdf |
| | image001.png |

Joe,

Attached please find the survey responses for Ms. Melo and Ms. Rivera Arias.  Additionally, could you please send me links for the video stream tomorrow, I will be defending.  Finally, please let Dawn and I know about Mariane.

Thank you very much.

### Sean A. Petterson
(t) +1 212-754-4272
(m) +1 434-989-1972

**From:** Dawn Smalls
**Sent:** Wednesday, March 21, 2018 3:05 PM
**To:** Sean Petterson <SPetterson@BSFLLP.com>
**Subject:** FW: IEX Depositions


**From:** Dawn Smalls
**Sent:** Wednesday, March 21, 2018 2:30 PM
**To:** 'Hunt, Joe H.'
**Cc:** 'Colaizzi, Brooke A.'; 'Levy, Alyssa L.'
**Subject:** RE: IEX Depositions

Joe,

Linda Hanekom can no longer meet on a Friday due to the need for childcare during that time. She asks if the deposition can be scheduled on a weekend.

Mylene Gry is confirmed for Wed. March 28 at 6:30.

Please let me know about Mariane.

Thanks,

Dawn

**From:** Dawn Smalls
**Sent:** Wednesday, March 21, 2018 4:09 AM
**To:** 'Hunt, Joe H.'
**Cc:** 'Colaizzi, Brooke A.'; 'Levy, Alyssa L.'
**Subject:** RE: IEX Depositions

Joe,

Mariane Melo Ridgeway now has a conflict on Thursday. She asks if the meeting can be rescheduled to Friday or one day next week.

Dawn

---

**From:** Dawn Smalls
**Sent:** Monday, March 19, 2018 10:28 AM
**To:** 'Hunt, Joe H.'
**Cc:** Colaizzi, Brooke A.; Levy, Alyssa L.
**Subject:** RE: IEX Depositions

Joe,

Please find the confirmations received below.  I will let you know as soon as I receive the others.

Dawn

---

**From:** Hunt, Joe H. [mailto:JHunt@shermanhoward.com]
**Sent:** Friday, March 16, 2018 2:14 PM
**To:** Dawn Smalls
**Cc:** Colaizzi, Brooke A.; Levy, Alyssa L.
**Subject:** RE: IEX Depositions

Dawn,

Thank you for your responses.  We propose the following depositions via Skype through Hunter & Geist underlined below.  Please confirm whether any of the deponents will need an interpreter and that they have conducted a search for, and produced, responsive documents to the Requests for Production.  Also, with respect to Lady Milena Dederle Rodriguez, we'd like to schedule an in-person deposition at our offices on Monday, March 19.

- Mariane Melo Ridgeway. Available on a Monday or Thursday until 11:00 a.m. PDT. Since she is on the west coast she is willing to start at 7:00 or 8:00 a.m. to allow for enough time.  **Thursday, March 22 @ 7:30 a.m. PST. CONFIRMED. No interpreter.**

- Lucie Vocetkova. Available on a Wed or Thursday at 4:30 EST.  **Thursday, March 22 @ 4:30 p.m. EST. CONFIRMED. No interpreter.**

- Wendy Paola Rivera Arias. Available after 6:30 p.m. or on weekends.  **Thursday, March 22 @ 6:30 p.m. MST. CONFIRMED. Spanish Interpreter.**

- Dina Pfannkuchen. Available Tuesday March 20 or Wednesday March 28.  **Wednesday, March 28 @ 4:00 p.m. MST**

- Mylene Gry. Available after 6:30 p.m. or on weekends.  **Monday, March 26 @ 6:30 p.m. MST**

- Linda Hanekom. Fridays at 9:00 a.m. or on a weekend.  **Friday, March 23 @ 9:00 a.m. MST**

- Nayara Calvo Gomes. Available 10-1 weekday mornings  **Monday, March 26 @ 9:00 a.m. MST. CONFIRMED. Spanish Interpreter.**

- Laura Camila Barriga Rodriguez. Available Tuesday mornings.  **Tuesday, March 27 @ 9:00 a.m. MST. CONFIRMED. No Interpreter.**

- Gorana Momcicevic. Fridays at noon Central time.  **Friday, March 23 @ 12:00 p.m. CST. CONFIRMED. No interpreter.**

**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distr bution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, March 13, 2018 3:28 PM
**To:** Hunt, Joe H. <JHunt@shermanhoward.com>
**Cc:** Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>
**Subject:** RE: IEX Depositions

Please find additional availability below:

- Mariane Melo Ridgeway. Available on a Monday or Thursday until 11:00 a.m. PDT. Since she is on the west coast she is willing to start at 7:00 or 8:00 a.m. to allow for enough time.
- Lucie Vocetkova. Available on a Wed or Thursday at 4:30 EST.

Also, please disregard the availability for Iulia Fomina provided below. She is not available at those

times.

**From:** Dawn Smalls
**Sent:** Tuesday, March 13, 2018 3:23 PM
**To:** 'Hunt, Joe H.'
**Cc:** 'Colaizzi, Brooke A.'; 'Levy, Alyssa L.'
**Subject:** RE: IEX Depositions

Additional availability below:

- Julia Fomina. Available Wed, Thurs, and Fri of this week of any day the week of March 26th.
- Wendy Paola Rivera Arias. Available after 6:30 p.m. or on weekends.
- Dina Pfannkuchen. Available Tuesday March 20 or Wednesday March 28.

**From:** Dawn Smalls
**Sent:** Tuesday, March 13, 2018 12:06 PM
**To:** 'Hunt, Joe H.'
**Cc:** Colaizzi, Brooke A.; Levy, Alyssa L.
**Subject:** RE: IEX Depositions

Joe,

We are still working our way through this list but wanted to respond immediately to your request to depose Lady Milena Dederle Rodriguez. ███████████████████████████████████████████████████████████████████████████

In addition, I can offer the availability for the following au pairs:

Mylene Gry. Available after 6:30 p.m. or on weekends.
Jennifer Pierre-Louis. Traveling to NY next week can could meet in person or do a video conference at our office. Flexible on date and time; would just need to confirm in advance.
Linda Hanekom. Fridays at 9:00 a.m. or on a weekend.
Nayara Calvo Gomes. Available 10-1 weekday mornings
Laura Camila Barriga Rodriguez. Available Tuesday mornings.
Gorana Momcicevic. Fridays at noon Central time.

Dawn

**From:** Hunt, Joe H. [mailto:JHunt@shermanhoward.com]
**Sent:** Friday, March 09, 2018 6:54 PM
**To:** Dawn Smalls
**Cc:** Colaizzi, Brooke A.; Levy, Alyssa L.
**Subject:** IEX Depositions

Dawn,

InterExchange requests to take depositions of the following opt-in plaintiffs before the discovery end

date on April 9.  We are available the vast majority of days from now until then.  For ease, we have designated only those opt-in plaintiffs whom you have identified as currently residing in the U.S.  We have three attorneys who will be conducting the depositions, so in most instances we can take multiple depositions in one day, even simultaneously.  We will agree to do so by Skype with the exception of Lady Milena Dederle Rodriguez, who lives in Colorado, and whom we'd like to depose in person.  Although we will try to make ourselves available on the weekends, we will not agree to take depositions only on the weekends.  Please let us know your available dates and those of the designated deponents as soon as possible.

Regards,

Joe Hunt

…

| |
|---|
| Mylene Gry |
| Iuliia Fomina |
| Amanda Molefe |
| Lady Milena Dederle Rodriguez |
| Jennifer Pierre-Louis |
| Nokuthula Gamede |
| Linda Hanekom |
| Silvia Morales Prado |
| Wendy Paola Rivera Arias |
| Ligia Mercedes Díaz Portillo |
| Nayara Calvo Gomez |
| Laura Camila Barriga Rodriguez |
| Sara Mejia Alvarez |
| Mariane Melo Ridgeway |
| Lucie Vocetkova |
| Dina Pfannkuchen |
| Tiffany Anne Michele Herzog (Simko) |
| Mineline Martins (Horn) |
| Gorana Momcicevic |
| Dirkie Aletta De Wet |

**Joe H. Hunt**

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8302
jhunt@shermanhoward.com | www.shermanhoward.com
cid:image006.png@01D383CB.1CB46320



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally

privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distr bution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]