# Exhibit 6

```
                                                                    1

 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 14-cv-03074-CMA-KMT
 3
     JOHANA PAOLA BELTRAN, et al.,
 4
     Plaintiffs,
 5
     v.
 6
     INTEREXCHANGE, INC., et al.,
 7
     Defendants.
 8   _____

 9   VIDEOCONFERENCE DEPOSITION OF:   SARA MEJIA ALVAREZ
                                      March 30, 2018
10   _____

11           PURSUANT TO NOTICE AND STIPULATION, the
     videoconference deposition of SARA MEJIA ALVAREZ, was
12   taken on behalf of the Defendant InterExchange, Inc.,
     at 1900 Grant Street, Suite 1025, Denver, Colorado
13   80203, on March 30, 2018, at 9:00 a.m., before Shauna
     T. Dietel, Registered Professional Reporter and
14   Notary Public within Colorado.

15

16

17

18

19

20

21

22

23

24

25
```

H+G
Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

## 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

Defendants.
_____
VIDEOCONFERENCE DEPOSITION OF:   SARA MEJIA ALVAREZ
                                 March 30, 2018
_____
            PURSUANT TO NOTICE AND STIPULATION, the
videoconference deposition of SARA MEJIA ALVAREZ, was
taken on behalf of the Defendant InterExchange, Inc.,
at 1900 Grant Street, Suite 1025, Denver, Colorado
80203, on March 30, 2018, at 9:00 a.m., before Shauna
T. Dietel, Registered Professional Reporter and
Notary Public within Colorado.

## 2

                    A P P E A R A N C E S
For the Plaintiffs:
            DAWN L. SMALLS, ESQ.
            Boies Schiller Flexner, L.L.P.
            575 Lexington Avenue
            7th Floor
            New York, New York  10022

For the Defendant InterExchange:
            ALYSSA L. LEVY, ESQ.
            Sherman & Howard, L.L.C.
            633 Seventeenth Street
            Suite 3000
            Denver, Colorado  80202


        Ms. Alvarez was located in Bethesda,
Maryland.
        Ms. Levy and Ms. Dietel, the court
reporter, were located at 1900 Grant Street, Suite
1025, Denver, Colorado 80203.
        Ms. Smalls was located at 575 Lexington
Avenue, 7th Floor, New York, New York 10022.

## 3

                    I N D E X
EXAMINATION OF SARA MEJIA ALVAREZ:              PAGE
March 30, 2018

By Ms. Levy                                     5, 76
By Ms. Smalls                                   71


                                                INITIAL
DEPOSITION EXHIBITS:                            REFERENCE

Exhibit  1   Consent to Join                    7

Exhibit  2   Agreement                          23

## 4

1     WHEREUPON, the following proceedings were
2  taken pursuant to the Federal Rules of Civil
3  Procedure.
4           *     *     *     *     *
5     (Deposition Exhibits 1 and 2 were marked.)
6     MS. LEVY:  All right.  Sara, I just want to
7  introduce myself.  Name is Alyssa Levy, and I'm from
8  the law firm of Sherman & Howard, and I am the lawyer
9  for InterExchange, and I'll be asking you the
10 questions today.
11    THE DEPONENT:  Okay.
12    MS. LEVY:  Dawn, do you want to make an
13 appearance on the record; otherwise the court
14 reporter has our information?
15    MS. SMALLS:  I'm not sure what you mean.  I
16 mean, do I need to state it for the record or the
17 court reporter will just enter it automatically?
18    MS. LEVY:  We can just enter it
19 automatically, if that's okay with you.
20    MS. SMALLS:  Yeah, I'm fine as long as she
21 enters my appearance on my behalf, but I don't need
22 to say that on the record.
23    MS. LEVY:  Okay.  All right.  Great.
24    And then, Dawn, I need to ask you for a
25 stipulation on the record that we can swear in the

Case No. 1:14-cv-03074-CMA-KMT  Document 1075-2  filed 05/09/18  USDC Colorado  pg 4 of 7

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

**Page 9**

1  just typical conversation, like, this is new; look
2  what I got; shall I join; shall I . . .
3      Q  And were there any links in the FaceBook
4  group to click on?
5      A  Not that I remember, no. It was just like
6  a screen shot about the -- the mails and that stuff.
7  It -- it was not actually a link. As I tell you, I
8  got the information through an e-mail.
9      Q  Can you tell me about that e-mail?
10     A  I'm not sure there is much to talk about
11 the e-mail. It was -- the main thing I got -- I open
12 it; it was this -- like, talking about the lawsuit,
13 like you had some information and giving us the
14 chance -- the chance to -- to join. That was -- that
15 was it.
16     Q  Okay. What is your understanding of what
17 the lawsuit is about?
18     A  I understand -- my understanding is I can
19 talk about my personal experience that the agency is
20 kind of not being fair with us, the au pairs, about
21 the payment, about our rights here in the United
22 States, about how they sell the idea to us.
23         So that's why I joined the lawsuit -- the
24 class suit, because I agree with that, that they were
25 not clear about the information they gave us at the

**Page 10**

1  beginning, because I believe the payment is not the
2  right one, and the rights we have in this country
3  is -- are not beneficial to the au pairs.
4      Q  Okay. I want to ask you one more question
5  about the e-mail that you said you received for the
6  lawsuit: When did you receive that e-mail?
7      A  No, I'm not sure about exactly the date.
8  As I told you, it must be, maybe, September;
9  September, last year. That was when -- when I knew
10 about the whole thing happening, and -- but I might
11 say September. I'm not really sure.
12     Q  And who sent you that e-mail?
13     A  Not someone that I know. It was -- I don't
14 know. Sorry.
15     Q  The e-mail that you're referring to, was
16 that to join the lawsuit?
17     A  It was just giving information. It was
18 just that information, like, giving us information
19 about what was happening and telling us that there
20 was a lawsuit about to start. And, yeah, it was
21 giving us the choice to -- to join.
22     Q  Do you remember if it came from an e-mail
23 address from your attorney's office?
24     A  No. Sorry. No, I don't. I don't
25 remember. I -- I know I ignored the e-mail several

**Page 11**

1  times, to be honest. Like, I ignore it, and then I
2  saw the girls and on the web -- on the FaceBook page
3  talking about it. And I talked to my host dads about
4  it asking them if I should join or what they think or
5  what -- what they think about it.
6          And finally I decided to join, but -- but
7  at first I just ignore it, to be honest. I didn't
8  pay too much attention from where it was coming
9  or . . .
10     Q  All right. You lived with a family in
11 Maryland, right?
12     A  Yes, I do.
13     Q  Are you currently still an au pair with the
14 family in Maryland?
15     A  No, I'm not.
16     Q  Do you know if this lawsuit has anything to
17 do with the amount of money that you were paid by the
18 host family you lived with?
19     A  Yes.
20     Q  When you first came to the United States
21 for the au pair program, what did you believe you
22 were going to be paid by the family that you would
23 live with?
24     A  I believed I was going to be paid 195.75,
25 and they were going to give me about a $500 bonus to

**Page 12**

1  study.
2      Q  Could you repeat that. A $500 bonus?
3      A  $500 to study.
4      Q  To study. Okay. Thank you.
5          Before learning of the lawsuits, did you
6  have concerns about what you would be paid?
7      A  Sure. Of course.
8      Q  And what were those concerns?
9      A  When I came here, then I realize that an
10 actual nanny and babysitters get paid from 15 to $20
11 the hour, and I realized I was getting paid $3 the
12 hour, so, of course, it was kind of shocking.
13     Q  Where were you living when you signed that
14 opt-in form that we just looked at on the screen?
15     A  Maryland with my host family.
16     Q  And where do you live now?
17     A  I still live in Maryland with my host
18 family.

[remainder of page redacted]

## 13

[redacted]

4  Q   Can you tell me any more about the
5  conversation that you had with your host family about
6  the lawsuit?
7       MS. SMALLS:  Objection, form.
8  A   I'm -- I asked them, because I understand
9  that they got into the program, but I don't blame
10 them.  For me, it's more like the agency.  So I asked
11 them what they think about it.
12      They been my mentors since the time I have
13 been in the United States, so I wanted to ask them
14 what they think about it, if they think it was bad
15 for me to join, if maybe that was going to -- to
16 be -- to be -- how you say it? -- to be like if it's
17 going to be bad for them in some way, I didn't want
18 that, so I asked them about it.
19 Q   (BY MS. LEVY)  And what did they say to you
20 about it?
21 A   That I should join.  That they were
22 agreeing, and I should join the class suit.
23 [redacted]

## 14

1  [redacted]
2  A   Sure.
3  Q   Where are you originally from, your home
4  country?
5  A   Columbia.
6  Q   When you discussed the lawsuit on FaceBook
7  with the other au pairs, can you describe the
8  conversations?
9       MS. SMALLS:  Objection.
10 A   They were, at the first time, surprised,
11 like, Look what's happening, they're -- they're
12 talking about presenting a lawsuit against the
13 agency.  Then the au pairs -- because the group has
14 au pairs from all of the agencies, not -- not one
15 agency in particular, but all of them.
16      So then we realize that it was more than
17 one, that it was going to apply for not only one
18 agency, but for all of them.
19      And then we -- first we talked like, Oh, we
20 definitely need to do this, like this is something we
21 need, because this is something we believe for a long
22 time, this is something that is not right.  So mostly
23 supportive, and let's do it, sure; we -- we need it.
24 Most of the girls joined, I believe.
25 Q   (BY MS. LEVY)  And in those conversations

## 15

1  that you had on FaceBook, were you discussing the
2  stipend with the other au pairs?
3       MS. SMALLS:  Objection.
4  A   What -- do you mean -- do you mean about
5  the payment?
6  Q   (BY MS. LEVY)  Yes.
7  A   No.  No.  Because we -- we both -- all of
8  us know how much money we make.  It's -- it's the
9  same for all of us.  So we just -- if we talk about
10 it, it might be like we know it isn't fair.  You
11 know, no more than that.
12 Q   Outside of FaceBook, did you discuss the
13 lawsuit with any other au pairs?
14      MS. SMALLS:  Objection.
15 A   I don't -- I don't tend to talk or comment.
16 I just saw the post.  I -- I read them, but I never
17 actually -- I just talked to my host dads and that
18 was it, and with my friends, my closest friends.
19 And -- but I didn't post anything on FaceBook or, you
20 know . . .
21 Q   (BY MS. LEVY)  Do you have a sister that is
22 also or was also an au pair?
23 A   Yes.
24 Q   And did she go through the InterExchange
25 program?

## 16

1  A   Yes.
2  Q   When was she an au pair?
3  A   We --
4       MS. SMALLS:  Objection.
5  A   We were 15 days apart.  She came first;
6  another 15 days after, I arrive.
7  Q   (BY MS. LEVY)  Do you know if she has opted
8  into this lawsuit?
9  A   No, she's not.
10 Q   Have you discussed the lawsuit with her?
11      MS. SMALLS:  Objection.
12 A   No.  I -- I believe -- well, I forgot to
13 tell her maybe.  Maybe I told her, but she didn't
14 actually care.  I -- I don't remember, to be honest.
15 Q   (BY MS. LEVY)  Okay.
16 A   But her -- she should have joined.
17 Q   Did you complete any survey or
18 questionnaire in connection with this lawsuit?
19      MS. SMALLS:  Objection.
20 A   I -- I believe I started, but I don't think
21 I actually finished it.  A lot of questions, and
22 I'm . . .
23 Q   How did you receive the questions?
24      MS. SMALLS:  Objection.
25 A   Through an e-mail.

Case No. 1:14-cv-03074-CMA-KMT   Document 1075-2   filed 05/09/18   USDC Colorado   pg 6 of 7

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

17

1  Q  (BY MS. SMALLS)  And do you know who sent
2  you the e-mail with the questions?
3  A  No.  Sorry.
4  Q  When you say there were a lot of questions,
5  do you know how many there were?
6      MS. SMALLS:  Counsel, we're -- we're
7  talking about something that was sent to her after
8  she opted into the lawsuit, so, I mean, she was
9  represented at that point.  So you're talking about
10  communications that were sent to her by her attorneys
11  or directed by her attorneys, and you're asking
12  details about what -- what those communications were
13  and what was included in them.  It's inappropriate.
14      THE DEPONENT:  Yeah, because I had already
15  signed by then.  It's true.
16      MS. LEVY:  Okay.  I had -- I had not asked
17  when, but -- or any details of the communication
18  other than how many questions there were.
19      MS. SMALLS:  Yeah, you asked who it was
20  from; you asked how many questions; you were --
21  either way, it's all inappropriate.  She was a
22  represented party, and these were communications from
23  her attorneys, and so I'm going to instruct the
24  witness not to answer.
25      MS. LEVY:  Okay.  We can move on.  I -- she

18

1  had not said who sent it to her, and it was a general
2  question.  We can move on.
3  Q  (BY MS. LEVY)  When did you first learn
4  about the opportunity to be an au pair in the United
5  States?
6  A  It was my sister, the one that came to me
7  with the idea.  It was in the year 2013, 2014, I
8  believe.
9  Q  And did your sister tell you about the au
10  pair program?
11  A  Yeah.
12  Q  Did she tell you about the InterExchange
13  program specifically?
14  A  No, not about the InterExchange program
15  specifically, but she told me about the au pair
16  program in general.
17  Q  When your sister told you about the au pair
18  program, what did you do to get more information
19  about it?
20  A  We started to look for agencies, and we
21  found -- because we don't have InterExchange in my
22  city, in my country, so we used, like -- like another
23  agency that connects us with them.  I don't know how
24  to say that properly.  They were like sponsors.
25  Yeah, like -- it was them that connected us to

19

1  InterExchange at that time.
2  Q  I'm sorry.  I had trouble hearing you with
3  the connection.  Can you repeat the last part of what
4  you just said?
5  A  That we found -- because we don't have
6  InterExchange in my country -- we don't have
7  InterExchange offices in my country, so we found like
8  an office, a firm, or company and agency -- I'm not
9  sure how to say it -- that connects us to
10  InterExchange.  So we did their -- the application
11  through them to InterExchange.
12  Q  What organizations recruited you to be an
13  au pair in the United States, if any?
14  A  I don't remember the name.  What was the
15  name?  It was a long time ago, three years ago.  I
16  don't remember the name.  Sorry.
17  Q  Do you know what the word "recruit" means?
18  A  Sure, I do.
19  Q  Can you define it as you understand the
20  word "recruit"?
21      MS. SMALLS:  Objection.  Do you have a
22  question?
23  Q  (BY MS. LEVY)  My question is, can you
24  define the word "recruit" as you understand it?
25  A  Like when you're trying to compel people or

20

1  try to draw them to join you on something.  Is that
2  right?  That's what I understand.
3  Q  Do you believe that you were recruited into
4  the au pair program?
5  A  No.  No.
6  Q  When you went to the -- you were explaining
7  it's like a local agency, is that right, in Columbia?
8  A  Sure.  Yeah.  That would be a good name,
9  yeah.
10  Q  When you went there and you said you
11  started filling out applications, did you apply to
12  the au pair program through a single-sponsor agency
13  or did you apply to more-than-one-sponsor agency?
14  A  I am not sure.  What is the difference?  I
15  believe it was one-sponsor agency, but I don't
16  understand the difference.
17  Q  Did you apply to only InterExchange or did
18  you apply to other agencies as well?
19  A  Okay.  No, it was only InterExchange.
20  Q  And how did you decide to apply with
21  InterExchange?
22  A  Sorry.  I just remembered the name.
23  It's -- Global Connection was the agency that we --
24  my sister and me contact to -- to do -- so we went to
25  Global Connection.  We had an interview with them,

Case No. 1:14-cv-03074-CMA-KMT   Document 1075-2   filed 05/09/18   USDC Colorado   pg 7 of 7

SARA MEJIA ALVAREZ - 3/30/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

                                                                    21
1    and -- and they gave us information about the
2    program.
3          At first they told us how -- how much we
4    needed to pay and all the documentation we needed,
5    because it was a long list about the requirements and
6    things we needed.  And, I mean, like, after a year, I
7    was finally able to -- to travel to my host family.
8       Q   Could you repeat that last part again.
9    After a year you were able to?
10      A   To travel to my host family after a year
11   of -- of -- of getting all the requirements.  They --
12   they were asking us to get all this paperwork.  After
13   a year I finally -- I was able finally to -- I was
14   finally able to travel to the United States to meet
15   my host family.
16      Q   Okay.  Thank you for repeating that, and I
17   apologize if I've had to ask you a few times to
18   repeat it.  It's just the connection, sometimes it
19   skips words.  So thank you for doing that.
20      A   Sure.
21      Q   Did Global Connection give you information
22   about the InterExchange program?
23      A   Yes.
24      Q   What interested you about the program?
25      A   Learning the language; it was my number-one

                                                                    22
1    interest.
2       Q   What else interested you about the program?
3       A   The exchange, the -- the cultural exchange
4    I was about to experience.  Yes, I believe that was
5    it.  And they were -- they always told us, like, we
6    had a good chance to travel around the United States,
7    to meet people, get into the culture, study, learn
8    the language.
9       Q   When you were thinking about becoming an au
10   pair and going through the application process with
11   the -- with Global Connection, did you meet with a
12   recruiter or staff member from InterExchange?
13      A   No.
14      Q   Do you remember completing an application
15   for InterExchange?
16      A   Yes.  Like I can remember that they were
17   seeking information on behalf of InterExchange.
18   Everything they told us -- I say "us" because it was
19   my sister and me, the ones getting the information at
20   the time -- they were always, like, talking on behalf
21   of InterExchange.  It was like InterExchange.
22         And the information-- I fill the
23   application -- it was all to Interchange.  They were
24   only a connection between us and InterExchange.
25      Q   The application that they gave you -- that

                                                                    23
1    Global Exchange gave you -- I'm sorry -- Global
2    Connection -- to complete for the InterExchange
3    program, did you complete that application yourself?
4       A   Yes.
5       Q   Did anyone help you complete the
6    application?
7       A   I don't believe it, no.  I don't -- to be
8    honest with you, like -- okay.  Like we went, we had
9    an interview, and I don't remember.  No, but I did
10   all the paperwork myself, so I -- I might say that,
11   yes, myself.
12      Q   Okay.  I'm going to pull up another
13   document on your screen.
14      A   Sure.
15      Q   I'm going to scroll down a little bit so
16   you can see this.  Does this look familiar to you?
17   Do you recognize this document?
18      A   Yeah, I do believe so.  Well, I got a lot.
19   Is that the -- let's see what else.  Yeah.
20      Q   Okay.  And --
21      A   Yes, that's me.
22      Q   Is this your signature on page 5 of the
23   document?
24      A   Yes, it is.
25      Q   Okay.  And did you read this document

                                                                    24
1    before you signed it?
2       A   Yes, I did.
3       Q   Okay.  I'm going direct your attention up
4    to -- this is page 1 of the document.  Do you see
5    where it says, Wages and Compensation:  Au pairs are
6    paid at least $195.75 per week?  Do you see that part
7    on there?
8       A   Uh-huh.
9       Q   And -- sorry.
10      A   I memorize it.
11      Q   And when you read this, did anything about
12   that amount concern you?
13      A   Sure.  I remember that I talked to my
14   representative at that time, and I told him that the
15   math was not okay.  Because they -- they always -- he
16   always tell me the program says that the family was
17   going to pay for everything: for the food, for
18   the -- basically, as an au pair, I was getting this
19   amount free; my payment was going to be free.
20         And when I did the math, it was not okay.
21   And then he -- then I learned about the room and
22   boarding, the amount they were taking out.  That
23   is -- yeah -- so, yeah.
24      Q   When you say you talked to the
25   representative, was that with Global Connection?