THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO THE EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT EXPERT AUPAIR'S MOTION TO COMPEL DISCOVERY [ECF No. 1051]**

1

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCivR. 7.1(A)**

As required by D.C.COLO.LCivR 7.1(a), counsel for Plaintiffs conferred with Expert AuPair's counsel in good faith regarding this motion and is authorized to state that Expert AuPair does not oppose the relief requested herein.

**ARGUMENT**

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R.7.2, hereby respectfully submit this Motion to Restrict Public Access under Level 1, to certain of the exhibits filed by Plaintiffs in their Opposition to Defendant Expert AuPair's Motion to Compel Discovery, as follows:

1.  Plaintiffs have submitted Exhibits in Support of their Opposition to Defendant Expert AuPair's Motion to Compel Discovery as ECF No. 1051.

2.  All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).  ECF No. 305.

3.  This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure."  ECF No. 305.

4. In accordance with D.C.COLO.LCivR 7.2(c), Plaintiffs identify the documents for which restriction is sought and the interest to be protected as follows:

- ECF No. 1051-4, Exhibit 4
    - The document contains personal information about a non-party host family and the names of minor children.
- ECF No. 1051-5, Exhibit 5
    - The document contains personal information about a non-party host family and the names of minor children.

5. Therefore, and in accordance with Fed. R. Civ. P. 5.2(a), Plaintiffs submit redacted copies of ECF Nos. 1051-4 & 1051-5 attached hereto as <u>Exhibits A and B</u> respectively. These redacted copies would protect confidential information, and may be made available for public viewing.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court issue an Order restricting public access under Level 1, to ECF Nos. 1051-4 and 1051-5 and accept the attached redacted versions for public filing.

Dated: May 14, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

   */s/ Dawn L. Smalls*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

3

mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/ Dawn L. Smalls*
Dawn L. Smalls