# Exhibit 4

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**Employment Contract**

This document serves as a childcare employment contract between ▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓, referred to as "the Host Family" and Jessica Pardim Araujo, referred to as "the Au Pair."

IT IS AGREED, that the Host Family will employ the Au Pair according to the terms and conditions outlined in this Contract.

Date the Employment starts: 2 / 1 / 17

**1. Terms of Employment**

**1.1 Hours**

The work week shall be from Monday until Sunday. The Au Pair is employed to work in the Host Family's home according to the following schedule:

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Start time | off | ~~~ | 6:45a | 6:45a | 6:45a | 7a | |
| End time | off | 8a~ | 8a | 8a | 8a | 12p | |
| Start time | off | 2:45 | 1/2 Day | 2:45p | 2:45p | | 12p |
| End time | off | 8:50 | off | 8:30p | 8:30p | | 8p |
| | | 6:25 1:25 | 7 | 7 | 5 | 8 | |

Please fill in a start time and an end time for every day. If nothing is filled in, the period is considered to be outside the work schedule and therefore the Au Pair will not work during those times. Subject to change

The Au Pair may not work more than 10 hours in any day, or 45 hours in any work week. The Au Pair must have at least 1.5 full consecutive days off a week and the Au Pair must have at least 1 free weekend a month. Any schedule changes should be made in writing not later than the Friday before the work week starts. Any time the Au Pair is responsible for the children – is a considered as a work hour, even if the children are sleeping.

EXHIBIT 4

Araujo
AGREN BLANDO REPORTING
3-22-18 PH

ExpertAuPair060318

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

### 1.2 Children

The children under care of the Au Pair during working hours are listed below:

| First name: | [redacted] | Last name: | [redacted] | Birth date: | [redacted] |
|---|---|---|---|---|---|
| First name: | [redacted] | Last name: | [redacted] | Birth date: | [redacted] |
| First name: | [redacted] | Last name: | [redacted] | Birth date: | [redacted] |
| First name: | [redacted] | Last name: | [redacted] | Birth date: | [redacted] |

The Au Pair may not care for a child under the age of 2 without at least 200 hours of documented infant care experience. A parent or a responsible adult must be present when the Au Pair is caring for a child under three months. Special needs children may only be placed in the care of an au pair with specifically identified experience, skills, or training in caring for children with special needs.

### 1.3 Duties

The Au Pair will be required to attend to the following childcare-related duties during work hours:

*[handwritten]* Children's laundry, toys pick up, driving children, take to school/pick up, bottle feeding, baby feeding, changing diapers, cleaning up after children, taking to park, taking to Dr's appointments, watching them play, children's dishes, children's meals, prepare snacks, oversee homework

These duties may include, but are not limited to, washing children's laundry, straightening children's rooms, bathing children, and cleaning children's play areas. Only childcare-related duties are allowable. For example, "children's laundry" is acceptable, but "laundry" is not.

### 1.4 Compensation

#### 1.4.1 Stipend

The Host Family agrees to pay the Au Pair a weekly stipend of $ _195.75_ (per week). This is the weekly amount regardless of the frequency of pay.
The appropriate stipend will be paid every:  ☒ week     ☒ two weeks

ExpertAuPair060319

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Pay day will be _Saturday_

Payment will be made by ☐ check  ☒ other (please specify) _direct deposit_

The Au Pair must be paid at least $195.75 per week and payment should be documented.

1.4.2 Deductions
The Host Family may apply the deductions specifically allowed/required by Federal, State or local taxation law towards the prescribed minimum wage, provided that the amount paid is at least $195.75

The Host Family shall be responsible for reporting to the IRS and the relevant state body of taxation the following: federal withholding, state withholding and if applicable, Social Security and Medicare contributions.

1.4.3 Accommodation for the Au Pair

1.4.3.a Bedroom
The Au Pair will have a private bedroom in the Host Family's home.

1.4.3.b Bathroom
The Au Pair will have access to bathroom facilities. These facilities will be:
 ☐ shared with children
 ☐ shared with another family member _____
 ☒ private            ☐ en suite

## 2. Privileges

2.1 Car
The Au Pair
 ☒ will have access to a car     ☐ will not have access to a car

If access to a car is allowed, the car will be:
☒ Shared     ☐ Private
☒ Available for use after hours according to the following schedule:
_Case by case, not past 3am, not when conditions are dangerous._

The Au Pair will be insured for use of this car by the Host Family, and the Au Pair's deductible will be $ _500_ (not greater than $500).

ExpertAuPair060320

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Car Make/Model/Color/Year _Chrysle Town & Country Red / 2015._

The Au Pair will have or will obtain an appropriate driving license before operating a vehicle.

### 2.2 Phone Privileges
The Au Pair will have access to a phone provided by the Host Family according to the following schedule and restrictions:

_Au Pair phone while on duty_
_Home phone → only has 3000 minutes/month_

Long distance calls are to be paid for by:
☒ The Au Pair   ☐ The Host Family

### 2.3 Additional Privileges
The following additional privileges will be included as part of this agreement:

_Internet_
_TV service providers_

## 3. Restrictions

### 3.1 Curfew
The Au Pair
☒ will be subject to a curfew   ☐ will not be subject to a curfew.

If the Au Pair is subject to a curfew, the curfew schedule will be as follows:
_Should be home 8 hrs before starting work in the morning._

### 3.2 Additional Restrictions
The following additional restrictions will be included as part of this agreement:

_No marijuana_

ExpertAuPair060321

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

### 4. Leave

4.1 Vacation

The Au Pair is entitled to two weeks of paid vacation. *(If vacation is not taken in full weeks, then the number of days of vacation shall be based on the number of days in the Au Pair's work week.)*

Vacations must be taken at a mutually agreed time.

The following vacation time or constraints have been agreed *(this section may be left blank)*:

_Vacation to be taken in 4-7 day blocks._

Neither the Host Family nor the Au Pair can unilaterally require that vacation is taken at a particular time, except within the parameters of the stipulations above.

The Au Pair is entitled to the following two additional holidays, which shall be Federal Holidays, religious holidays, or culturally important days: _Christmas_ and _Columbus Day_. E.g. Christmas, Hanukah, New Year, Independence Day, etc.

4.2 Sick Leave

The Au Pair may take sick leave when necessary. In the event of illness, The Au Pair must notify the Host Family as soon as possible before the beginning of the next work day of the Au Pair's impending absence. The Host Family may not lower the Au Pair's salary in response to the Au Pair's sick leave.

The Au Pair understands that excessive or abusive use of the sick policy may result in termination of this contract or mediation of this contract.

### 5. Educational Expenses

The Host Family shall reimburse documented expenses for tuition and/or fees for courses that the Au Pair enrolls in, at accredited institutions of higher education, once these fees have been paid by the Au Pair. Alternatively, the Au Pair may present a bill from the institution to the Host Family for immediate payment. Such reimbursement shall be immediately provided on request by the Au Pair, and the total amount of reimbursement over the duration of this contract shall not exceed $500.

ExpertAuPair060322

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

### 6. Confidentiality

During her employment with The Host Family, or at any time thereafter (other than in the course of her duties, or as is required by law) the Au Pair shall not, without the prior written approval of the Host Family divulge or disclose any information which, by reason of its character or the circumstances, or manner of its disclosure, is evidently confidential to The Host Family. This clause shall not be construed to prevent the Au Pair from reporting employment abuse or unsafe working conditions to Expert AuPair or to the appropriate authorities.

During the employment of the Au Pair, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law), the Host Family shall not without the prior written approval of the Au Pair divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to the Au Pair. This clause shall not be construed to prevent the Host Family from reporting neglect, abuse, other job incompetence, or health and safety concerns, to the appropriate authorities.

The Au Pair will not publish, share or otherwise distribute any pictures of the host family or their children without the express consent of the Host Family.

### 7. Disciplinary Procedures / Termination of Contract

7.1 Reasons which might give rise to Disciplinary Procedures/Termination of Contract are:
(a) causing a disruptive influence in the household;
(b) job incompetence;
(c) conduct, inside or outside normal working hours, prejudicial to the interests or reputation of the Host Family;
(d) unreliability in time keeping or attendance;
(e) failure to comply with instructions and procedures;
(f) suspension or revocation of driver's license;
(g) breach of confidentiality.

7.2 In the event of the Host Family needing to take disciplinary action the procedure shall, save in cases involving gross misconduct, be:

(i) Verbal warning and report to local representative, and then if there is no improvement;
(ii) Written warning, copied to local and regional representative, and then if there is no improvement;
(iii) Termination.

7.3 Termination of this agreement requires notice and a written notification with a full explanation and must be submitted in writing to the sponsor agency in order to ensure

ExpertAuPair060323