**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**


Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZÁLEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
        and those similarly situated,

        Plaintiffs,
v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

        Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO THE EXHIBITS IN SUPPORT OF DEFENDANTS AIFS, CULTURAL CARE, EXPERT AUPAIR, GO AU PAIR, AND INTEREXCHANGE'S MOTIONS FOR DECERTIFICATION [ECF Nos. 1071, 1068, 1076, 1073, & 1067]**

## CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCivR. 7.1(A)

Plaintiffs' counsel conferred with counsel for Cultural Care, Expert AuPair, and Go Au Pair, who confirmed that they did not oppose the requested relief.  AIFS and InterExchange were unable to respond before this document's filing.

## ARGUMENT

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R.7.2, hereby respectfully submit this Motion to Restrict Public Access under Level 1, to certain of the exhibits filed by Defendants AIFS, Cultural Care, Expert AuPair, Go AuPair, and InterExchange in support of their respective motions for decertification as follows:

1.  Defendant AIFS submitted an Appendix in Support of Its Motion to Decertify the Collective Action as ECF No. 1071.

2.  Defendant Cultural Care submitted Exhibits in Support of Its Motion to Decertify the Collective Action as ECF No. 1068.

3.  Defendant Expert AuPair submitted Exhibits in Support of Its Motion to Decertify Plaintiffs' FLSA Collective Action as ECF No. 1076.

4.  Defendant Go Au Pair submitted Exhibits in Support of Its Motion to Decertify Plaintiffs' FLSA Collective Action as ECF No. 1073.

5.   Defendant InterExchange submitted Exhibits in Support of its Motion to Decertify Plaintiffs' FLSA Collective Action as ECF No. 1067.

6.   All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).  ECF No. 305.

7.   This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure."  ECF No. 305.

8.   In accordance with D.C.COLO.LCivR 7.2(c), Plaintiffs identify the documents for which restriction is sought and the interest to be protected as follows:

    a.  Plaintiffs move to restrict the identities and personal privacy interest of non-party host families as well as the following information to protect the personal privacy interest of the *au pairs* in ECF No. 1071 (AIFS).

        i.  Movant's App. No. 154-207 Amanda Hardman deposition transcript

| Page:Line |
|-----------|
| 11:6-8 |
| 11:10-11 |
| 11:13-14 |
| 11:16-18 |
| 11:19 |
| 11:22 |
| 12:18-19 |
| 105:25 |
| 106:3 |
| 106:5 |
| 106:7 |
| 106:9 |
| 106:14 |
| 106:24 |
| 107:2 |

| |
|---|
| 107:3 |
| 107:11 |
| 107:14 |
| 107:22 |
| 108:2 |
| 108:5 |
| 108:9 |
| 108:13 |
| 108:16 |
| 108:19 |
| 109:3 |
| 109:6 |
| 109:20 |
| 110:8 |
| 110:11 |
| 110:20 |

ii.   Movant's App. No. 208-248 Lena Gruenwald deposition transcript

| Page:Line |
|---|
| 63:19-64:18 |
| 81:4-16 |

iii.   Movant's App. No. 422-471 Ephiphanie Gomes deposition

transcript

| Page:Line |
|---|
| 31:15-33:2 |
| 101:24-102:16 |

iv.   Movant's App. No. 505-528 Maidelyn Cristina Barrera Martinez

deposition transcript

| Page:Line |
|---|
| 13:17-18 |

v.   Movant's App. No. 529-572 Nora Raak deposition transcript

| Page:Line |
|---|
| 61:5-8 |

vi.   Movant's App. No. 641-647 Au Pair Survey

1.   Movant's App. 641

b. Plaintiffs move to restrict the following information in ECF No. 1068 (Cultural Care) to protect the personal privacy interest of the *au pairs* and the identities and personal privacy interest of non-party host families.

   i. ECF No. 1068-2, Exhibit 2 – Deposition of Raquel Eastridge

| Page:Line |
|-----------|
| 9:19 |

   ii. ECF No. 1068-5, Exhibit 5 – Deposition of Mariel Andrea Bobboni

| Page:Line |
|-----------|
| 151:1-11 |

   iii. ECF No. 1068-7, Exhibit 7 – Deposition of Carly Faye Fitzpatrick

| Page:Line |
|-----------|
| 63:9-11 |

   iv. ECF No. 1068-15, Exhibit 15 – Deposition of Yentl Rose Pagan Swartz

| Page:Line |
|-----------|
| 39:2-25 |

   v. ECF No. 1068-29, Exhibit 29 – Deposition of Simona Gadia

| Page:Line |
|-----------|
| 36:1-9 |

c. Plaintiffs move to restrict the following information in ECF No. 1076 (Expert AuPair) to protect the personal privacy interest of the *au pairs* and the identities and personal privacy interest of non-party host families.

   i. ECF No. 1076

     1. Host family names on pages 5, 8, 10, 11

   ii. ECF No. 1076-1, Exhibit 1 – Deposition of Jessica Pardim Araujo

| Page:Line |
|-----------|
| 64:19 |
| 65:4 |

| 66:17 |
| 66:22 |
| 66:24 |
| 91:14 |

iii.  ECF No. 1076-2, Exhibit 2 – Deposition of Lara Shalaine Bergmann

| Page:Line |
| --- |
| 24:8 |

iv.  ECF No. 1076-3, Exhibit 3 – Deposition of Elina Lubnevska

| Page:Line |
| --- |
| 35:20 |
| 35:21 |
| 35:22 |
| 35:23 |

v.  ECF No. 1076-4, Exhibit 4 – Deposition of Charlotte Woolgar

| Page:Line |
| --- |
| 20:3 |
| 30:19 |
| 34:15 |
| 41:22 |
| 42:6 |
| 43:7 |
| 43:17 |
| 43:18 |
| 45:15 |
| 46:18 |
| 46:19 |
| 46:20 |
| 47:11 |
| 47:15 |
| 48:14 |

vi.  ECF No. 1076-5, Exhibit 5 – Deposition of Ired Sevilla

| Page:Line |
| --- |
| 15:3 |
| 15:6 |
| 15:15 |
| 15:19 |
| 16:1 |
| 16:13 |
| 16:21 |
| 17:3 |
| 22:17 |
| 22:20 |

| |
|---|
| 40:3 |
| 40:4 |
| 40:16 |
| 40:23 |
| 41:5 |
| 41:15 |
| 42:8 |

vii.   ECF No. 1076-6, Exhibit 6 – Deposition of Patricia Parra

| Page:Line |
|---|
| 29:23 |

viii.   ECF No. 1076-8, Exhibit 8 – Employment Contract for Erik Kolovos

Ortega

    1.   ExpertAuPair060704

    2.   ExpertAuPair060710

d.   Plaintiffs move to restrict the following information in ECF No. 1073 (Go

Au Pair) to protect the personal privacy interest of the *au pairs* and the

identities and personal privacy interest of non-party host families.

    i.   ECF No. 1073-1, Exhibit A – Written Agreement for Purdy Pillay

        1.   GAP00070569

        2.   GAP00070570

    ii.   ECF No. 1073-2, Exhibit B – Written Agreement

        1.   GAP00073086

        2.   GAP00073087

    iii.   ECF No. 1073-3, Exhibit C – Written Agreement

        1.   GAP00077582

        2.   GAP00077582

    iv.   ECF No. 1073-4, Exhibit E – Deposition of Jakub Andrzej Tuk

| Page:Line |
|---|

| |
|---|
| 49:8 |
| 49:20 |
| 50:6 |
| 50:8 |
| 50:13 |
| 51:25 |
| 52:6 |
| 52:11 |
| 53:20 |
| 54:8 |
| 54:11 |
| 54:14 |
| 69:8 |
| 69:14 |
| 69:18 |
| 69:21 |
| 69:23 |
| 70:13 |
| 70:16 |
| 70:17 |
| 71:9 |
| 72:3 |
| 114:1 |
| 114:2 |
| 114:4 |
| 114:5 |
| 114:9 |
| 114:12 |
| 114:15 |
| 114:19 |
| 114:22 |
| 115:1 |
| 115:6 |
| 115:9 |
| 115:14 |
| 115:20 |
| 115:23 |
| 116:2 |
| 116:7 |
| 116:23 |
| 117:1 |
| 117:5 |
| 117:7 |
| 117:10 |
| 117:11 |
| 117:14 |
| 117:18 |
| 117:19 |
| 117:21 |
| 119:8 |
| 119:16 |

| |
|---|
| 119:22 |
| 120:16 |
| 120:19 |
| 120:24 |
| 121:8 |
| 121:13 |
| 122:17 |
| 123:10 |
| 124:6 |
| 124:9 |
| 124:16 |

   v.  ECF No. 1073-5, Exhibit F

      1.  TUK_000001

      2.  TUK_000003

      3.  TUK_000005

      4.  TUK_000006

      5.  TUK_000008

      6.  TUK_000009

   vi.  ECF No. 1073-6, Exhibit G

      1.  GAP_00062726

      2.  GAP_00062727

      3.  GAP_00062728

   vii.  ECF No. 1073-7, Exhibit H – Deposition of Wang Xueting

| Page:Line |
|---|
| 42:20 |
| 45:21 |
| 93:8 |
| 94:1 |
| 94:5 |
| 94:6 |
| 94:18 |
| 95:12 |
| 95:25 |
| 96:21 |
| 101:4 |
| 101:10 |

| |
|---|
| 101:13 |
| 102:6 |
| 102:9 |
| 102:15 |
| 102:17 |
| 102:22 |
| 103:6 |
| 103:22 |
| 103:25 |
| 104:4 |
| 104:9 |
| 109:3 |
| 109:7 |
| 109:16 |
| 109:23-110:2 |
| 110:5-6 |
| 110:7 |
| 110:13 |
| 110:18 |
| 110:23 |
| 111:22 |
| 112:21 |
| 113:6 |
| 113:15 |
| 114:20 |
| 115:7 |
| 115:10 |
| 116:7 |
| 116:14 |

viii.  ECF No. 1073-8, Exhibit J – Deposition of Vanessa Herrera Zuleta

| Page:Line |
|---|
| |
| 65:14 |
| 65:20 |
| 66:1 |
| 66:4 |
| 66:10 |
| 66:24 |
| 67:25 |
| 68:3 |
| 68:6 |
| 68:9 |
| 70:21 |
| 71:3 |
| 71:8 |
| 71:11 |
| 71:17 |
| 72:2 |
| 72:5 |

| 72:8 |
| 72:23 |
| 81:2 |
| 81:7 |
| 81:18 |
| 81:18 |
| 81:19 |
| 82:9 |
| 82:10 |
| 82:18 |
| 82:25 |
| 83:1 |
| 83:13 |
| 84:3 |
| 84:10 |
| 84:14 |
| 84:17 |

ix.  ECF No. 1073-9, Exhibit K – Deposition of Yanru Zhang

| Page:Line |
| --- |
| 45:9 |
| 47:1 |
| 47:4 |
| 47:10 |
| 47:11 |
| 47:14 |
| 47:20 |
| 47:23 |
| 48:2 |
| 48:6 |
| 48:9 |
| 48:19 |
| 48:23 |
| 77:2 |
| 79:4 |
| 79:11 |
| 79:20 |

x.  ECF No. 1073-10, Exhibit L – Deposition of Laura Catalina

Sarmiento

| Page:Line |
| --- |
| 109:14 |
| 109:17 |
| 109:23 |
| 110:7 |
| 110:14 |
| 110:15 |
| 110:24-25 |

| |
|---|
| 111:2 |
| 111:6 |
| 111:9 |
| 111:12 |
| 1111:16 |
| 111:20 |
| 111:24 |
| 112:12 |
| 112:20 |
| 112:21 |
| 112:24 |

xi.  ECF No. 173-11, Exhibit M – Deposition of Caroline Vilain

| Page:Line |
|---|
| 69:6 |
| 69:17 |
| 69:23 |
| 70:3 |
| 70:14 |
| 70:19 |
| 71:2 |
| 71:9 |
| 71:14 |
| 71:17 |
| 71:24 |
| 72:10 |
| 72:15 |
| 72:23 |
| 77:20 |
| 77:25 |
| 78:4 |
| 78:14 |
| 79:1 |
| 79:23 |
| 81:19 |
| 82:22 |
| 83:9 |
| 84:6 |
| 93:3 |
| 93:14 |
| 94:25 |
| 95:3 |
| 95:19 |
| 96:22 |
| 96:24 |
| 98:6 |
| 98:9 |
| 98:15 |
| 99:11 |
| 99:15 |

| 99:24-25 |
| 100:8 |
| 133:7 |
| 133:24 |
| 134:2 |
| 134:7 |
| 134:14 |
| 134:18 |
| 134:21 |
| 134:25 |
| 135:8 |
| 135:15 |
| 135:20 |
| 136:1 |
| 136:8 |
| 136:11 |
| 136:21 |

xii.   ECF No. 1073-12, Exhibit O – Deposition of Jamie Daniels Bogert

| Page:Line |
| --- |
| 84:4 |
| 135:3 |
| 136:6 |
| 136:17 |
| 136:21 |
| 136:24 |

xiii.   ECF No. 1073-13, Exhibit Q – Deposition of Viktoria Myshchenko

| Page:Line |
| --- |
| 82:13 |
| 82:23 |
| 82:25 |
| 83:8 |
| 83:25 |
| 83:6 |
| 85:8 |
| 85:9 |
| 85:12 |
| 85:23 |
| 86:15 |
| 86:18 |
| 86:22 |
| 86:25 |
| 87:2 |
| 87:11 |
| 87:15 |
| 87:18 |
| 88:7 |
| 88:13 |

| |
|---|
| 88:25 |
| 101:4 |
| 101:7 |
| 101:9 |
| 102:8 |
| 102:12 |
| 102:20 |
| 103:1 |
| 103:5 |
| 119:7 |

xiv.  ECF No. 1073-14, Exhibit R – Deposition of Ivette Alexandra

Gonzalez

| Page:Line |
|---|
| 109:16 |
| 109:17 |
| 109:18 |
| 111:3 |
| 111:9 |
| 111:13 |
| 111:19 |
| 112:1 |
| 112:14 |

xv.  ECF No. 1073-15, Exhibit S – Deposition of Zara Mamane

| Page:Line |
|---|
| 116:22 |

xvi.  ECF No. 1073-17, Exhibit W – Go Au Pair Survey

1.  GAP_00003919

2.  GAP_00003920

xvii.  ECF No. 1073-18, Exhibit X – Deposition of Kairina Marin Bao

| Page:Line |
|---|
| 83:7 |
| 83:18 |
| 93:17 |
| 93:20 |
| 93:23 |
| 94:6-14 |
| 94:18 |
| 94:21-95:3 |
| 95:7 |
| 95:18 |

| 95:22 |
| 96:1 |
| 96:4 |
| 96:9-13 |
| 96:18 |
| 96:19-25 |

xviii.   ECF No. 1073-19, Exhibit Y – Written Agreement

1. GAP_00071467

2. GAP_00071468

e.  Plaintiffs move to restrict the following information in ECF No. 1067 (InterExchange) to protect the personal privacy interest of the *au pairs* and the identities and personal privacy interest of non-party host families.

i.  ECF No. 1067 – Deposition of Wendy Paola Rivera Arias

| Page:Line |
| --- |
| 25:5 |
| 25:24 |
| 26:2 |
| 26:19 |
| 27:3 |
| 28:23 |
| 32:15 |
| 33:21 |
| 34:15 |
| 39:24 |
| 40:1 |
| 40:4 |
| 40:10 |
| 40:17 |
| 42:1 |
| 42:15 |
| 44:18 |
| 44:25 |
| 45:16 |
| 46:13 |
| 46:14 |
| 49:9 |
| 49:20 |

ii.  ECF No. 1067-2 - Deposition of Gorana Momcicevic

| Page:Line |
| --- |

| 29:5 |
| 30:23 |
| 31:2 |

iii.  ECF No. 1067-3 – Deposition of Lucie Vocetkova

| Page:Line |
| --- |
| 26:11 |
| 26:13 |
| 26:14 |
| 26:24 |
| 27:3 |
| 27:4 |
| 27:12 |
| 28:6 |
| 28:21 |
| 33:2 |
| 58:15 |
| 70:11 |
| 77:17 |
| 78:3 |

9.  Therefore, Plaintiffs submit redacted copies of ECF Nos. 1071, 1071-1, 1068-2, 1068-5, 1068-7, 1068-15, 1068-29, 1076-1, 1076-2, 1076-3, 1076-4, 1076-5, 1076-6, 1076-7, 1076-8, 1073-1, 1073-2, 1073-3, 1073-4, 1073-5, 1073-6, 1073-7, 1073-8, 1073-9, 1073-10, 1073-11, 1073-12, 1073-13, 1073-14, 1073-15, 1073-17, 1073-18, 1073-19, 1067, 1067-2, and 1067-3, 1076 attached hereto as Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 respectively.  These redacted copies would protect confidential information, and may be made available for public viewing.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court issue an Order restricting public access under Level 1, to ECF Nos. 1067, 1068, 1071, 1073, & 1076 and accept the attached redacted versions for public filing.

Dated: May 23, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

   _/s/ Sean P. Rodriguez_
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

18

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/ Sean P. Rodriguez*