LILIAM ARIAS - 03/29/2018

1   UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF COLORADO

3   ----------------------------------------------------x
    JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
4   BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
    JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
5   JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

6                   Plaintiffs,

7
                 -against-          Civil Action No:
8                                   14-cv-03074-CMA-CBS

9   INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
    LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10  AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
    CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11  INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
    AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12  NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
    FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13  AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
    AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14  EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
    INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15  ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAU PAIR,
    and GOAUPAIR OPERATIONS, LLC,
16                  Defendants.
    ----------------------------------------------------x
17          EXAMINATION BEFORE TRIAL of the Plaintiff,

18  LILIAM ARIAS, taken by the Defendant, pursuant to

19  Court Order, held at the offices of Ogletree,

20  Deakins, Nash, Smoak & Stewart, P.C., 1745 Broadway,

21  22nd Floor, New York, New York 10019, on March 29,

22  2018, at 9:20 a.m., before a Notary Public of the

23  State of New York.

24  *****************************************************

25

Movant's App. 000001

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-1   filed 08/26/18   USDC Colorado   pg 2 of 248

**Page 2**

```
 1   A P P E A R A N C E S :
 2
 3   BOISE SCHILLER FLEXNER LLP
 4        Attorneys for Plaintiffs
 5        1999 Harrison Street
          Oakland, California 94612
 6   BY:  SEAN PETTERSON, ESQ.
 7
 8
 9
     OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
10        Attorneys for Defendants
          AMERICAN INSTITUTE FOR FOREIGN STUDY,
11        d/b/a AU PAIR IN AMERICA
          1745 Broadway
12        New York, New York 10019
13   BY:  ROBERT M. TUCKER, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1        S T I P U L A T I O N S
 2
 3
 4
 5
 6        IT IS HEREBY STIPULATED AND AGREED by and
 7   between the attorneys for the respective parties
 8   herein, that filing, sealing and certification,
 9   and the same are, hereby waived.
10
11        IT IS FURTHER STIPULATED AND AGREED that
12   all objections except as to the form of the
13   question, shall be reserved to the time of the
14   trial.
15
16        IT IS FURTHER STIPULATED AND AGREED that
17   the within deposition may be signed and sworn to
18   by an officer authorized to administer an oath,
19   with the same force and effect as if signed and
20   sworn to before the Court.
21
22
23
24
25
```

**Page 4**

```
 1
 2   L I L I A M   A R I A S,  the witness herein, having
 3   been first duly sworn by a Notary Public of the
 4   State of New York, was examined and testified as
 5   follows:
 6   EXAMINATION BY
 7   MR. TUCKER:
 8        (Whereupon, Consent To Join form was
 9        marked as Arias Exhibit 1, for
10        identification, as of this date.)
11        (Whereupon, Notice of Your Right to Join
12        Lawsuit For Unpaid Wages was marked as Arias
13        Exhibit 2, for identification, as of this
14        date.)
15        (Whereupon, Host Family and Au
16        Pair/Companion Agreement was marked as Arias
17        Exhibit 3, for identification, as of this
18        date.)
19   Q.   State your name for the record, please.
20   A.   Liliam Arias.
21   Q.   Hello, Ms. Arias.  My name is Robert Tucker.
22   I am an attorney with Ogletree, Deakins, Nash, Smoak
23   & Stewart, P.C., and we represent the defendant
24   American Institute For Foreign Studies doing
25   business as Au Pair in America.
```

**Page 5**

```
 1                  L. ARIAS
 2        Since my client's name is lengthy, I am going
 3   to refer to my client as APIA or Au Pair in America,
 4   so when I say APIA or Au Pair in America, I am
 5   referring the defendant American Institute For
 6   Foreign Studies doing business as Au Pair in
 7   America; is that clear?
 8   A.   Yes.
 9   Q.   We are here today so I can take your
10   deposition.  As you may know, the purpose of this
11   deposition is for me to ask you questions and for
12   you to answer questions under oath.  Do you
13   understand?
14   A.   Yes.
15   Q.   Your answers today can be used in this case
16   as if you were testifying in front of the judge?  Do
17   you understand?
18   A.   Yes.
19   Q.   As I ask you these questions, I am going to
20   ask that you keep a few instructions in mind.
21        First, it is necessary for you to respond
22   orally or aloud to my questions?  Do you understand
23   that?
24   A.   Yes.
25   Q.   The court reporter here is taking everything
```

Movant's App. 000002

L. ARIAS

1
2  down that we say, and gestures or nods or other
3  nonverbal responses cannot be recorded.
4      If you do not hear a question, say so, and I
5  will repeat it.  If you do not understand a
6  question, say so, and I will rephrase it.  If you do
7  not know or remember the information necessary to
8  answer a question, simply say so.  If you answer a
9  question, I will assume that you have heard it,
10  understood it, and can give your best recollection.
11  Do you understand?
12     A.  Yes.
13     Q.  If you need a break, simply tell me you need
14  a break, and I will accommodate you.  The only thing
15  that I ask is that you answer any question that is
16  pending before you take a break.  You may not take a
17  break while a question is pending.  You must first
18  answer my question; is that clear?
19     A.  Yes.
20     Q.  And the same goes for speaking with your
21  attorneys.  If you need to speak with your attorney
22  at any time, I simply ask that you wait until after
23  any pending question is answered.
24      Lastly, as we are in a remote video
25  deposition, I want to remind you that the

L. ARIAS

1
2  participation in and attendance at this deposition
3  is limited to yourself, the attorney, the court
4  reporter, and no one else is allowed to participate
5  in or attend the deposition; is that clear?
6     A.  Yes.
7     Q.  In the unlikely event someone else enters the
8  room in which you are sitting during the deposition,
9  please notify me, okay?
10     A.  Okay.
11     Q.  Do you understand the instructions that I
12  have just given you?
13     A.  Yes.
14     Q.  Is there any reason sitting here today that
15  you cannot give truthful and complete testimony in
16  this matter?
17     A.  No.
18     Q.  Are you taking any medications that affect
19  your memory?
20     A.  No.
21     Q.  Do you have a good memory?
22         MR. PETTERSON:  Objection.
23     Q.  What languages do you speak?
24     A.  Spanish and English.
25     Q.  Are you able to read English?

L. ARIAS

1
2     A.  Yes.
3     Q.  Other than your attorneys, did you discuss
4  this case today with anyone before coming here?
5     A.  No.
6     Q.  Did you review any documents before your
7  deposition today?
8     A.  Yes.
9     Q.  What documents did you review?
10     A.  The ones that you sent me.
11     Q.  Are you referring to the three exhibits?
12     A.  Yes.
13     Q.  Other than the three exhibits, did you review
14  any other documents?
15     A.  No.
16     Q.  How did you learn about the lawsuit?
17     A.  By another au pair.
18     Q.  What au pair was that?
19     A.  Danielle Nera.
20     Q.  Could you spell the last name, please?
21     A.  N-E-R-A.
22     Q.  Ms. Arias, we just talked about three
23  exhibits.
24      Do you have access to the exhibits?
25     A.  Yes.

L. ARIAS

1
2     Q.  Can you take a look at the document that was
3  marked Exhibit 1.  It says at the top -- and I
4  apologize for my pronunciation -- Consentimiento
5  Para Unirse.
6     A.  Yes.
7     Q.  Can you please review that document.  Just so
8  we are clear, it is this document (indicating).  I
9  don't know if you are able to see that.
10      Can you please review the document and let me
11  know when you have done so.
12     A.  Okay, okay.
13     Q.  Thank you.
14      Have you seen this document before?
15     A.  A few minutes ago.
16     Q.  Before then, had you seen that document?
17     A.  I don't remember.
18     Q.  Do you see in the middle of the page where it
19  says data or data?  Do you see that?
20     A.  Uh-huh.
21     Q.  And then it goes down all the way to a couple
22  of dates there at the end.
23     A.  Yes.
24     Q.  Did you complete that information?
25     A.  Yes.

Movant's App. 000003

Case 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 09/23/18   USDC Colorado   Page 2 of 248

| Page 10 | Page 12 |
|---|---|

**Page 10**

```
 1                     L. ARIAS
 2        Q.  Is that your signature?
 3        A.  Yes.
 4        Q.  Was the information on this form accurate at
 5   the time you completed it?
 6        A.  I'm sorry.  I didn't understand.
 7        Q.  Let me just repeat the question and if you
 8   don't understand it, I will rephrase it.
 9             Is the information you completed on the form,
10   was it accurate at the time you completed it?
11        A.  Yes.
12        Q.  Is the information on the form currently
13   accurate?
14        A.  Yes.
15        Q.  Okay.  Ms. Arias, I am going to ask you to
16   look at the document that was marked Exhibit 2.  The
17   document, just so we are clear, looks like this
18   (indicating).  It is three pages long.  If you
19   could, please review it now, and let me know when
20   you have done so.
21        A.  Okay, okay.
22        Q.  Thank you.
23             Have you seen this document before?
24        A.  No.
25        Q.  Can you identify it?
```

**Page 11**

```
 1                     L. ARIAS
 2        A.  Identify it?  Like --
 3        Q.  Yes.  What is it?
 4        A.  Oh, yes.
 5        Q.  Sorry.  I didn't catch that.  Can you say
 6   that again.
 7        A.  Yes.  I understand what it is.
 8        Q.  Did you review this document before you
 9   completed the information in Exhibit 1?
10        A.  No.
11        Q.  After you completed the information in
12   Exhibit 1, did you review any documents regarding
13   your experiences as an au pair?
14        A.  No.
15        Q.  Have you completed a questionnaire regarding
16   your experiences as an au pair regarding this
17   lawsuit?
18        A.  No.
19        Q.  When did you participate in the APIA au pair
20   program?
21        A.  July -- no.  June of 2009 to June 2011.
22        Q.  Do the dates June 15, 2009, through June 14,
23   2011, sound accurate?
24        A.  Yes.
25        Q.  When were you placed with your host family?
```

**Page 12**

```
 1                     L. ARIAS
 2             MR. PETTERSON:  Objection.
 3        A.  I didn't understand the question.
 4        Q.  When did you arrive at your host family's
 5   home?
 6        A.  In June but I don't remember the exact date.
 7        Q.  Just to be clear, June of 2009?
 8        A.  Yes.
 9        Q.  What is your host family's surname?
10        A.  ████████
11        Q.  Could you spell that, please?
12        A.  ████████
13        Q.  Other than the ████████ family, were you
14   placed with any other host family?
15        A.  No.
16        Q.  Why did your placement with the ████████
17   family end?
18        A.  June 2011.
19        Q.  No.  I asked why did it end.
20        A.  Oh, because the program finished.  I mean, I
21   completed the second year.
22        Q.  How did you locate the ████████ family?
23             MR. PETTERSON:  Objection.
24        A.  By Au Pair in America.
25        Q.  What do you mean by that?
```

**Page 13**

```
 1                     L. ARIAS
 2        A.  Could you repeat the question.
 3        Q.  Sure.  My question was:  How did you locate
 4   the ████████ family?
 5        A.  I made application by Au Pair in America, and
 6   they set up all my profile in a website phone and we
 7   contact over there.
 8        Q.  What was the end?  You said we contact.  What
 9   was that?
10        A.  We contact by the website.
11        Q.  "We," being you and the ████████ family?
12        A.  Sorry.
13        Q.  When you say "we," do you mean you and the
14   ████████ family?
15        A.  Yes.
16        Q.  So you and the ████████ family connected over
17   a web platform set up by Au Pair in America?
18        A.  Yes.
19        Q.  Can you describe the process by which you and
20   the ████████ family connected.
21        A.  My profile was on the website from Au Pair in
22   America.  The ████████ family e-mailed me after
23   seeing my profile.  Then they sent me an e-mail
24   saying they want to have an interview.  So we went
25   by Skype and talked for awhile.
```

Movant's App. 000004

Case 1:14-cv-03074-CMA-KMT   Document 1071-1   Filed 09/09/16   USDC Colorado   Page 5 of 248

**Page 14**

L. ARIAS

1
2  Q.  Did you have interviews with other families?
3  A.  No.
4  Q.  Did APIA participate in the interview with
5  the ▓▓▓▓ family?
6         MR. PETTERSON:  Objection.
7  A.  No.
8  Q.  Who decided that you and the ▓▓▓▓ family
9  were going to match?
10        MR. PETTERSON:  Objection.
11 A.  What do you mean who decided?
12 Q.  Well, you ended up with the ▓▓▓▓ family,
13 right?
14 A.  Yes.
15 Q.  How did that happen?
16 A.  They chose me and I chose them and Au Pair in
17 America made all the process after that.
18 Q.  Did Au Pair in America tell you you had to
19 match with the ▓▓▓▓ family?
20 A.  No.
21 Q.  Before you were placed with the ▓▓▓▓
22 family, did you participate in an orientation?
23 A.  Yes.
24 Q.  What was the orientation?
25 A.  In the office they explaining how the program

**Page 15**

L. ARIAS

1
2  works and all the conditions and everything.
3  Q.  What office are you referring to?
4  A.  Bogota office.  Au Pair in America.
5  Q.  What about in America, did you participate in
6  any orientation in America?
7  A.  Yes.
8  Q.  Where did that orientation occur?
9  A.  Stratford, Stamford.  I don't remember the
10 name of the town.
11 Q.  Stamford, Connecticut?
12 A.  I really don't remember.
13 Q.  What occurred at the orientation?
14 A.  We have, like, explanations about ID, about
15 the insurance, about all the program.  Like, the
16 program --
17 Q.  The program what?  Sorry.  That part cut out
18 for us.
19 A.  All the program requirements and the host
20 family conditions and yeah.
21 Q.  Was there any child care training?
22 A.  Yes.
23 Q.  Was the child care training generally
24 applicable?
25 A.  Yes.

**Page 16**

L. ARIAS

1
2  Q.  Was any of the training specific to the
3  ▓▓▓▓ family?
4  A.  No.
5  Q.  How long was the orientation?
6  A.  I don't remember.  It was three or four days.
7  Q.  When did the orientation occur?
8  A.  Before going to meet the ▓▓▓▓ family.
9  Q.  Did you sign a written agreement with the
10 ▓▓▓▓ family and Au Pair in America?
11 A.  I don't remember.
12 Q.  I am going to ask you to please take a look
13 at the document that has been marked Exhibit 3.  It
14 looks like this (indicating).  So if you could, just
15 please review that document and after you have done
16 so, just let me know.
17 A.  Okay.
18 Q.  Thank you.
19 A.  Okay.
20 Q.  Have you seen this document before?
21 A.  Yes.
22 Q.  What is it?
23 A.  Like, it's an agreement that I have to sign
24 to be -- to say that I agree with the program.
25 Q.  Did you sign this agreement?

**Page 17**

L. ARIAS

1
2  A.  Yes.
3  Q.  Did you review the agreement before you
4  signed it?
5  A.  Yes.
6  Q.  Did you understand the agreement after you
7  reviewed it?
8  A.  Yes.
9  Q.  Is there anything in the agreement that is
10 inaccurate?
11 A.  Not sure, no.
12 Q.  Aside from this agreement -- and when I say
13 this agreement, we are talking about the document
14 that has been marked Exhibit 3 -- did you enter into
15 any other written agreements with the ▓▓▓▓
16 family?
17 A.  I don't remember.
18 Q.  How many individuals resided in the ▓▓▓▓
19 family at the time of your placement?
20 A.  Resided?
21 Q.  Resided.
22 A.  The three girls, my host dad, my host mom,
23 the host brother.  Six.
24 Q.  Does that include yourself or no?
25 A.  No.

| | Page 18 |
|---|---|

L. ARIAS

1
2  Q.  I am about to ask you some questions at the
3  ████████ family.  In order to preserve the
4  confidentiality of the ██████ family's children, I
5  am going to ask that you refer to the children by
6  gender and approximate age.  So for example, if one
7  of the children was John Smith approximately seven
8  years old, I would ask that you refer to John Smith
9  as the 7-year-old boy instead of by his name John
10 Smith; is that clear?
11     A.  Yes.
12     Q.  Are you comfortable with that?
13     A.  Yes.
14     Q.  Can you please identify each of the six
15 individuals who were residing in the ██████ home
16 by relationship and approximate age at the time of
17 your placement?
18     A.  My host mother, I don't know how old she was.
19 My host father, I don't know either.  My host
20 brother, he was approximately 20 years old.  The
21 girl -- the youngest girl was three.  The middle
22 girl was about ten, and the older one was about 11.
23     Q.  Thank you.
24        Did the ████████ parents have full-time
25 employment during your placement?

| | Page 19 |
|---|---|

L. ARIAS

2      A.  Yes.
3      Q.  Did the ████████ parents ever work from home
4  during your placement?
5      A.  I don't know.
6      Q.  Did any of the ██████ children attend
7  school during your placement?
8      A.  Yes.
9      Q.  Did all of them attend school?
10     A.  The youngest one attended to day care and the
11 other two to school.
12     Q.  But the other two were in school?
13     A.  Yes.
14     Q.  Did anyone other than the 3-year-old girl
15 attend day care?
16     A.  No.
17     Q.  Did any of the ██████ children attend camp
18 during your placement?
19     A.  Summer camp, yes.
20     Q.  Which children?
21     A.  The oldest one.
22     Q.  The 20-year-old boy?
23     A.  No, no, no, the oldest girl.  The
24 11-year-old.
25     Q.  The others did not attend camp?

| | Page 20 |
|---|---|

L. ARIAS

2      A.  Not that I remember.
3      Q.  How long was the camp?
4      A.  I don't remember.
5      Q.  Was it more than a week?
6      A.  I don't remember.
7      Q.  What was the school schedule for the
8  11-year-old girl?
9      A.  It started about 8:00 in the morning and
10 finished at 3:00 p.m.
11     Q.  Was that Monday through Friday?
12     A.  Yes.
13     Q.  What was the schedule for the 10-year-old
14 girl?
15     A.  Same.
16     Q.  Did you have to provide child care for the
17 20-year-old boy?
18     A.  No.
19     Q.  Did you ever perform duties related to the
20 20-year-old boy?
21     A.  No.
22     Q.  What was the 3-year-old girl's day care
23 schedule?
24     A.  It started about 8:00 and finished about
25 2:00 p.m.

| | Page 21 |
|---|---|

L. ARIAS

2      Q.  Was this Monday through Friday?
3      A.  Yes.
4      Q.  Was the day care year-round?
5      A.  It was like ten -- no.  Five minutes by car.
6      Q.  No.  I apologize.  I mean, was there any
7  break during the year from the day care?
8      A.  Oh, yes.
9      Q.  When was that?
10     A.  Summer and December holidays.
11     Q.  When in summer was there no day care?
12     A.  I don't remember.
13     Q.  Did the 11-year-old and 10-year-old girl
14 attend school in summer?
15     A.  No.
16     Q.  What months did they attend school?
17     A.  Their regular time was January to some part
18 of June and then July to December, I guess.  I don't
19 remember exactly.
20     Q.  Other than yourself and the ██████ parents,
21 did anyone take care of the 11-year-old girl, the
22 10-year-old girl, or the 3-year old girl during your
23 placement?
24     A.  No.
25     Q.  What about the 20-year-old boy?  Did he ever

Page 22

L. ARIAS

1
2  watch his sisters?
3        MR. PETTERSON:  Objection.
4    A.  Maybe the weekends.  I'm not sure.
5    Q.  Did the girls have a babysitter?
6        MR. PETTERSON:  Objection.
7    A.  No.
8    Q.  What were your duties for the █████
9  family?
10   A.  I have to wake up the girls, help them dress,
11  help them get ready for school, take them to school,
12  pick them up from school, and later help them with
13  their homework, take them to after-class activities,
14  and take them back home.
15   Q.  Did you have any other duties?
16   A.  Give them food while they were with me.
17   Q.  Anything else?
18   A.  Take them places where they need to be.
19   Q.  Anything else?
20       MR. PETTERSON:  Objection.
21   A.  No.
22   Q.  Did you have a community counselor?
23   A.  Yes.
24   Q.  Who was your community counselor?
25   A.  I don't remember her name.

Page 23

L. ARIAS

1
2    Q.  Did you have more than one community
3  counselor?
4    A.  No.
5    Q.  Aside from your community counselor, did you
6  have contact with any other APIA representative
7  during your participation in the program?
8        MR. PETTERSON:  Objection.
9    A.  No.
10   Q.  Were you in contact with your community
11  counselor during your placement with the █████
12  family?
13   A.  Yes.
14   Q.  How often were you in contact?
15   A.  She called us, e-mailed us once in a while,
16  maybe one a month, and we had monthly meetings.
17   Q.  Are you talking about cluster meetings?
18   A.  Yes.
19   Q.  Did you attend cluster meetings?
20   A.  Yes.
21   Q.  How often?
22   A.  Once a month.
23   Q.  Did you receive a weekly stipend during your
24  placement?
25   A.  Yes.

Page 24

L. ARIAS

1
2    Q.  Did you receive a stipend every week?
3    A.  Yes.
4    Q.  Who paid your stipend?
5    A.  My host mother.
6    Q.  Did anyone other than your host mother ever
7  pay your stipend?
8    A.  No.
9    Q.  How was the stipend paid?
10   A.  By check or cash sometimes.
11   Q.  Did the amount of your stipend ever change?
12   A.  No.
13   Q.  What was the stipend amount?
14   A.  It was 190-something dollars.
15   Q.  You testified before about your duties with
16  the █████ family, correct?
17   A.  Yes.
18   Q.  Who assigned those duties?
19   A.  My host mother.
20   Q.  Did any APIA representative ever assign you
21  to those duties?
22   A.  No.
23   Q.  Did any APIA representative observe you in
24  the performance of your duties?
25   A.  No.

Page 25

L. ARIAS

1
2    Q.  Did you have a work schedule during your
3  placement?
4    A.  I didn't understand the question.
5    Q.  Did you have a work schedule during your
6  placement?
7    A.  Oh, yes.
8    Q.  How was your schedule determined?
9    A.  My host mom told me the hours that I have to
10  get the girls ready and the hours to pick them up at
11  school.  My host mom told me how was it.
12   Q.  To your knowledge, did any APIA
13  representative participate in the determination of
14  your schedule?
15   A.  I don't know.
16   Q.  Was your schedule ever memorialized in
17  writing?
18   A.  No.
19   Q.  Did your schedule change?
20   A.  In the summertime, summer breaks.
21   Q.  Did it change any other time?
22   A.  No.
23   Q.  Was the schedule the same during the summer?
24   A.  No.
25   Q.  Was the schedule the same during the school

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-1 filed 06/23/18   USDC Colorado   pg 9 of 248

Page 26

L. ARIAS

2  year?
3      A.  Yes.
4      Q.  What was your schedule during the school
5  year?
6      A.  I have to wake up 6:30 so I can get ready the
7  little girl and help the others to get ready for
8  school.  I drop of the girls at school and the
9  youngest one at day care around 8:00.  I was free
10  until 2:00, but I had to pick up the youngest one,
11  and at 3:00 I had to pick up the other two girls.
12  Then I had to take them to their other activities --
13  swimming or music, different things -- and I will
14  finish probably 5:00 or 6:00.
15      Q.  Was that schedule Monday through Friday?
16      A.  Yes.
17      Q.  Did you work on weekends?
18      A.  Sometimes.
19      Q.  How often?
20      A.  Maybe two times a month.  I don't remember.
21      Q.  When you say "two times a month," do you mean
22  two days a month?
23      A.  Yes, two Saturdays per month.
24      Q.  What was your schedule on the Saturdays that
25  you worked?

Page 27

L. ARIAS

2      A.  It depends on what they have to do.  I mean,
3  if my host parents have to work, I will stay with
4  the girls all morning or if some of them have
5  special activities, I will take them.  It was
6  different every time.
7      Q.  Did you ever work beyond your scheduled
8  hours?
9      A.  Can you repeat that.
10      Q.  Did you ever work beyond your scheduled
11  hours?
12      A.  No.
13      Q.  What was your schedule in the summer?
14      A.  I have to wake up at 7:00, take the girls to
15  activities, give them breakfast, help them get
16  ready, take them to different activities, pick them
17  up.  I don't remember what time I finished working.
18  It depends on what they have to do.
19      Q.  So it varied?
20      A.  Yes.
21      Q.  Did you track the actual number of hours you
22  worked?
23      A.  No.
24      Q.  Did your host family track the actual number
25  of hours you worked?

Page 28

L. ARIAS

2      A.  I don't think so.
3      Q.  Did anyone from APIA track the number of
4  hours you worked?
5          MR. PETTERSON:  Objection.
6      A.  I don't know.
7      Q.  You testified a minute ago about your
8  schedule, the Monday-through-Friday schedule during
9  the school year that you woke up at 6:30; is that
10  accurate?
11      A.  Yes.
12      Q.  What time did the children wake up?
13      A.  7:00.
14      Q.  What did you do between 6:30 and 7:00 a.m.?
15      A.  Take a shower, get dressed, eat something.
16      Q.  Did you ever work more than 40 hours in a
17  week?
18      A.  No.
19      Q.  How was your stipend amount set?
20      A.  The agency told me from the beginning what
21  was going to be the amount.
22      Q.  Who told you?
23      A.  Au pair in America.
24      Q.  But who specifically?
25      A.  The person in the Bogota office.  From the

Page 29

L. ARIAS

2  beginning they always say how much it would be.
3      Q.  Were they talking about a minimum amount?
4      A.  No.
5      Q.  Ms. Arias, can you look back at Exhibit 3.
6  You'll see there are some boxes on the side, some
7  small boxes on the left-hand side.  I am going to
8  ask you to look down at the fifth box.
9      A.  One, two, three, four, five.  Fifth.
10      Q.  See where it says:  I/We understand that an
11  au pair is to receive?  You see that?
12      A.  Uh-huh.
13      Q.  Can you please read that into the record,
14  that sentence?
15      A.  Oh, wait.  Which number, I'm sorry.
16      Q.  The fifth one, please?
17      A.  I/We understand that an au pair/companion is
18  to receive, at a minimum, the weekly stipend as
19  stipulated by regulations governing au pair programs
20  and set forth in Au Pair in America's program
21  materials.
22      Q.  Do you understand that sentence?
23          MR. PETTERSON:  Objection.
24      A.  Yes.
25      Q.  What does it mean?

Movant's App. 000008

LILIAM ARIAS - 03/29/2018          Pages 30..33

Page 30

L. ARIAS

1
2    A.  That I will get some money regulated by the
3    law of the United States.
4    Q.  Do you see the phrase "at a minimum"?
5    A.  Yes.
6    Q.  What does that mean?
7    A.  That I could get more.
8    Q.  So doesn't this mean there is a minimum
9    stipend and an au pair can receive more than the
10   minimum stipend?
11            MR. PETTERSON:  Objection.
12   A.  I guess so.
13   Q.  So based on this, a host family could pay
14   more than a minimum stipend amount, correct?
15            MR. PETTERSON:  Objection.
16   A.  I guess.
17   Q.  So isn't it the host family who determines
18   how much to pay the au pair?
19            MR. PETTERSON:  Objection.
20   A.  No.  I mean, everyone already told me that
21   the amount was 195.  I don't know how they regulate
22   that.
23   Q.  Well, right here it says at a minimum, right,
24   and we discussed how at a minimum means you can pay
25   more, correct?

Page 31

L. ARIAS

1
2            MR. PETTERSON:  Objection.
3    A.  Yes.
4    Q.  So doesn't that mean the host parent can pay
5    more than the amount that is set by the regulation?
6            MR. PETTERSON:  Objection.
7    A.  I suppose.
8    Q.  Did anyone ever tell you you were prohibited
9    from receiving more than the minimum?
10   A.  No.
11   Q.  Aside from the stipend, did you receive any
12   monetary payments during your placement?
13   A.  No.
14   Q.  Did you ever receive a bonus?
15   A.  No.
16   Q.  Did you receive any benefits during your
17   placement?
18   A.  What do you mean by benefits?
19   Q.  Well, I will ask a few questions.
20        Did you receive any gifts?
21   A.  Yes.
22   Q.  What gifts did you receive?
23   A.  Birthday gifts, Christmas gifts.
24   Q.  What birthday gifts did you receive?
25   A.  A sweater, clothes mostly.

Page 32

L. ARIAS

1
2    Q.  Anything else?
3    A.  Earrings, necklaces.
4    Q.  Did you receive any other birthday gifts?
5    A.  No.
6            MR. PETTERSON:  Just so we are clear, are
7        you asking if the host family gave her gifts
8        or if she received gifts from anybody?  It's
9        not clear.
10           MR. TUCKER:  No.  I think it was clear.
11       I said did you receive any benefits during
12       your placement.
13   Q.  So anything else other than sweater, clothes,
14   earrings, necklaces?
15   A.  No.
16   Q.  Were those gifts provided to you by your host
17   family?
18   A.  Yes.
19   Q.  Did you receive any Christmas gifts during
20   your placement?
21   A.  Yes.
22   Q.  What did you receive?
23   A.  Clothes, same.
24   Q.  Those gifts were provided by your host
25   family?

Page 33

L. ARIAS

1
2    A.  Yes.
3    Q.  You testified earlier that you were picking
4    up and dropping off the children as part of your
5    duties, right?
6    A.  Yes.
7    Q.  I assume that was with a car?
8    A.  Yes.
9    Q.  Were you able to use the host family's car
10   for personal purposes?
11   A.  Yes.
12   Q.  Did you pay for gas when you used the host
13   family's car for personal purposes?
14   A.  I'm sorry, say again.
15   Q.  Did you pay for gas when you used the host
16   family's car for personal purposes?
17   A.  Yes.
18   Q.  Did the host family ever pay for gas when you
19   used the car for personal purposes?
20   A.  No.
21   Q.  Did the host family provide you with a cell
22   phone during your placement?
23   A.  Yes.
24   Q.  Were you able to use the cell phone for
25   personal purposes?

Page 34

```
               L. ARIAS
 1
 2    A.  Yes.
 3    Q.  Did you use the cell phone for personal
 4  purposes?
 5    A.  Yes.
 6    Q.  Did the ████████ family pay for your cell
 7  phone plan?
 8    A.  Yes.
 9    Q.  Did you use the ████████ family's Internet?
10    A.  Yes.
11    Q.  Did you pay for that Internet?
12    A.  No.
13    Q.  Did the ████████ family pay for any
14  entertainment expenses?
15    A.  No.
16    Q.  Did the ████████ family pay for any travel
17  expenses?
18    A.  Yes.
19    Q.  What were those?
20    A.  We went to Disney in Orlando.  To Martha's
21  Vineyard.  Yes, that was it.
22    Q.  Did you fly to Disney World?
23    A.  Yes.
24    Q.  And they paid for your plane ticket; is that
25  right?
```

Page 35

```
               L. ARIAS
 1
 2    A.  Yes.
 3         MR. TUCKER:  Can we take about a
 4    10-minute break?
 5         MR. PETTERSON:  Sure.
 6         MR. TUCKER:  Okay.  Thank you very much.
 7    We are going to go off the record with the
 8    video.  I just want to remind you -- Let's go
 9    off the record first.
10         (Whereupon, a recess was taken at this
11    time.)
12    Q.  Ms. Arias, did the ████████ family provide
13  you with a private bedroom throughout your
14  placement?
15    A.  Yes.
16    Q.  Did you have to share the bedroom with
17  anyone?
18    A.  No.
19    Q.  Did the ████████ family provide you with
20  three meals each day throughout your placement?
21    A.  Yes.
22    Q.  Did they provide you with all the food you
23  needed?
24    A.  Yes.
25         MR. TUCKER:  I think I am all set.  I am
```

Page 36

```
               L. ARIAS
 1
 2    just checking quickly.  Yes, I am all set.
 3    Sean, do you have any questions?
 4         MR. PETTERSON:  Yes.
 5  EXAMINATION BY
 6  MR. PETTERSON:
 7    Q.  I just have a few questions for you,
 8  Ms. Arias.  Thank you for your time this morning.
 9         Do you recall earlier that you referenced an
10  orientation that you did with Au Pair in America?
11    A.  Yes.
12    Q.  How long did that orientation last, roughly?
13    A.  Three to four days.  I can't remember.
14    Q.  Were you doing orientation programs for the
15  entire day?
16    A.  Yes.
17    Q.  Were you paid for that time?
18    A.  I don't know if I paid for that.  I mean, I
19  paid for the program, but I don't remember what was
20  including, that payment in.
21    Q.  Let me rephrase my question.
22         Did anyone pay you for that time?
23    A.  Oh, no.
24    Q.  Do you remember testifying earlier that you
25  had a cell phone that you used with your host
```

Page 37

```
               L. ARIAS
 1
 2  family?
 3    A.  Yes.
 4    Q.  And that you were able to use that cell phone
 5  for personal use?
 6    A.  Yes.
 7    Q.  Did you use that cell phone to communicate
 8  with the family?
 9    A.  Yes.
10    Q.  What sorts of things would you communicate to
11  the family about?
12    A.  My host mom would call me to tell me where to
13  take the girls or if they had an emergency or if
14  they were sick or if I had to go early to pick them
15  up, working stuff.
16    Q.  You testified earlier you went on vacation
17  with the family to Disney Land and Martha's
18  Vineyard.  Do you remember that?
19    A.  Yes.
20    Q.  And when you were on vacation, were you
21  working during that time?
22    A.  Yes.
23    Q.  Did you have your own hotel room during that
24  time?
25    A.  In Martha's Vineyard I did.  In Disney I had
```

Movant's App. 000010

Page 38

```
 1                    L. ARIAS
 2   to share a room with the girls.
 3       Q.  You testified earlier that you were provided
 4   gifts by the host family.  Do you remember that?
 5       A.  Yes.
 6       Q.  Did you ever give them gifts yourself?
 7       A.  Yes.
 8       Q.  Finally, you testified earlier that you were
 9   told in Columbia that you would be paid 195 by APIA.
10   Do you remember that?
11            MR. TUCKER:  Objection to form.
12       A.  Yes.
13       Q.  What do you remember of that conversation?
14       A.  The conversation was all about the
15   requirements and of what I will get if I go into the
16   program, and they say that weekly I will receive
17   190-something dollars for working.
18       Q.  Would that be 195.75?
19       A.  Yes.
20       Q.  Did anybody ever tell you in that meeting
21   that it was a minimum amount?
22            MR. TUCKER:  Objection to form.
23       A.  No.
24       Q.  Do you recall during your orientation with
25   APIA if anyone ever discussed the payment that you
```

Page 39

```
 1                    L. ARIAS
 2   would receive?
 3       A.  Yes.
 4       Q.  What do you remember about that discussion?
 5       A.  There was a day when they told us all about
 6   the payments and the insurance and all the money
 7   involved in the program, so they said that weekly I
 8   will receive $195 from my host family.
 9       Q.  By "they," do you mean APIA?
10       A.  Yes.
11       Q.  Did APIA ever tell you that was a minimum in
12   that conversation?
13       A.  No.
14       Q.  When you went first to the home of the
15   _____ family, did you have a meeting with the
16   family, APIA, and yourself?
17       A.  Yes.
18       Q.  Did APIA tell you and the family in that
19   meeting how much you would be paid?
20       A.  Yes.
21       Q.  What did they say?
22       A.  195.
23       Q.  Did they say that that was the minimum?
24       A.  No.
25       Q.  How much did you get paid again by the
```

Page 40

```
 1                    L. ARIAS
 2   _____ family?
 3       A.  195.75 every week.
 4            MR. PETTERSON:  Thank you.  No further
 5       questions.
 6            MR. TUCKER:  I have just a follow-up
 7       question.
 8   CONTINUED EXAMINATION BY
 9   MR. TUCKER:
10       Q.  Ms. Arias, did you ever ask for a raise in
11   your weekly stipend?
12       A.  No.
13            MR. TUCKER:  That's it for me.  No
14       further questions.
15            MR. PETTERSON:  Thank you.
16            MR. TUCKER:  Thank you very much.
17            (Time Noted:  10:41 a.m.)
18
19            _____
20                        LILIAM ARIAS
21
22   Subscribed and sworn to before me
23   this ___ day of _____, 2018.
24   _____
25   Notary Public
```

Page 41

```
 1
 2                  I N D E X
 3
 4   WITNESS         EXAMINATION BY          PAGE
 5   Liliam Arias    Mr. Tucker            4, 40
 6                   Mr. Petterson            36
 7
 8              E X H I B I T S
 9   ARIAS   DESCRIPTION                    PAGE
10   1        Consent to Join form            4
11   2        Notice Of Your Right To Join    4
12            Lawsuit For Unpaid Wages
13   3        Host Family and Au Pair/Companion  4
14            Agreement
15                {retained by counsel}
16
17
18
19
20
21
22
23
24
25
```

Movant's App. 000011

Page 42

1                C E R T I F I C A T E

2   UNITED STATES DISTRICT COURT  ): ss.

3   FOR THE DISTRICT OF COLORADO  )

4        I, KAREN BERESHEIM, a Registered

5   Professional Reporter, Certified Live Note Reporter

6   and Notary Public (credentials) within and for the

7   State of New York, do hereby certify:

8        That LILIAM ARIAS, the witness whose

9   deposition is hereinbefore set forth, was duly sworn

10  by me and that such deposition is a true record of

11  the testimony given by the witness.

12       Before completion of the deposition,

13  review of the transcript ( ) was  (X) was not requested;.

14  If requested, any changes made by the deponent (and

15  provided to the reporter) during the period allowed

16  are appended hereto.

17       I further certify that I am not

18  related to any of the parties to this action

19  by blood or marriage, and that I am in no way

20  interested in the outcome of this matter.

21       IN WITNESS WHEREOF, I have hereunto

22  set my hand this 12th day of April, 2018.

23       _Karen Beresheim_____

24  _____

25            KAREN BERESHEIM

Page 43

1              E R R A T A   S H E E T

2

3   CASE NAME:         BELTRAN, ET AL v. AIFS, ET AL

4   DATE OF DEPOSITION: March 29, 2018

5   WITNESS'S NAME:    Liliam Arias

6

7   PAGE   LINE(S)    CHANGE         REASON

8   ____|_____|_____|_____

9   ____|_____|_____|_____

10  ____|_____|_____|_____

11  ____|_____|_____|_____

12  ____|_____|_____|_____

13  ____|_____|_____|_____

14  ____|_____|_____|_____

15  ____|_____|_____|_____

16  ____|_____|_____|_____

17  ____|_____|_____|_____

18  ____|_____|_____|_____

19

20       _____

21              LILIAM ARIAS

22  SUBSCRIBED AND SWORN TO BEFORE ME

23  THIS _____ DAY OF _____, 20___.

24  _____

25  NOTARY PUBLIC       MY COMMISSION EXPIRES

Movant's App. 000012

**$**

**$195**
39:8

**1**

**1**
4:9 9:3 11:9,12

**10-minute**
35:4

**10-year-old**
20:13 21:13,22

**10:41**
40:17

**11**
18:22

**11-year-old**
19:24 20:8 21:13,21

**14**
11:22

**15**
11:22

**190-something**
24:14 38:17

**195**
30:21 38:9 39:22

**195.75**
38:18 40:3

**2**

**2**
4:13 10:16

**20**
18:20

**20-year-old**
19:22 20:17,20 21:25

**2009**
11:21,22 12:7

**2011**
11:21,23 12:18

**2:00**
20:25 26:10

**3**

**3**
4:17 16:13 17:14 29:5

**3-year**
21:22

**3-year-old**
19:14 20:22

**3:00**
20:10 26:11

**4**

**40**
28:16

**5**

**5:00**
26:14

**6**

**6:00**
26:14

**6:30**
26:6 28:9,14

**7**

**7-year-old**
18:9

**7:00**
27:14 28:13,14

**8**

**8:00**
20:9,24 26:9

**A**

**a.m.**
28:14 40:17

**able**
7:25 9:9 33:9,24 37:4

**access**
8:24

**accommodate**
6:14

**accurate**
10:4,10,13 11:23 28:10

**activities**
22:13 26:12 27:5,15,16

**actual**
27:21,24

**affect**
7:18

**after-class**
22:13

**age**
18:6,16

**agency**
28:20

**ago**
9:15 28:7

**agree**
16:24

**agreement**
4:16 16:9,23,25 17:3,6,9,
12,13

**agreements**
17:15

**allowed**
7:4

**aloud**
5:22

**America**
4:25 5:3,4,7 12:24 13:5,
17,22 14:17,18 15:4,5,6
16:10 28:23 36:10

**America's**
29:20

**American**
4:24 5:5

**amount**
24:11,13 28:19,21 29:3
30:14,21 31:5 38:21

**answer**
5:12 6:8,15,18

**answered**
6:23

**answers**
5:15

**anybody**
32:8 38:20

**APIA**
5:3,4 11:19 14:4 23:6
24:20,23 25:12 28:3
38:9,25 39:9,11,16,18

**apologize**
9:4 21:6

**applicable**
15:24

**application**
13:5

**approximate**
18:6,16

**approximately**
18:7,20

**Arias**
4:9,12,16,20,21 5:1 6:1
7:1 8:1,22 9:1 10:1,15
11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1,5
30:1 31:1 32:1 33:1 34:1
35:1,12 36:1,8 37:1 38:1
39:1 40:1,10

**arrive**
12:4

**Aside**
17:12 23:5 31:11

**asked**
12:19

**asking**
32:7

**assign**
24:20

**assigned**
24:18

**assume**
6:9 33:7

**attend**
7:5 19:6,9,15,17,25

Movant's App. 000013

LILIAM ARIAS - 03/29/2018                    i2

21:14,16 23:19

**attendance**
7:2

**attended**
19:10

**attorney**
4:22 6:21 7:3

**attorneys**
6:21 8:3

**au**
4:15,25 5:3,4,6 8:17,18
11:13,16,19 12:24 13:5,
17,21 14:16,18 15:4
16:10 28:23 29:11,17,19,
20 30:9,18 36:10

**awhile**
13:25

**B**

**babysitter**
22:5

**back**
22:14 29:5

**based**
30:13

**bedroom**
35:13,16

**beginning**
28:20 29:2

**benefits**
31:16,18 32:11

**best**
6:10

**beyond**
27:7,10

**birthday**
31:23,24 32:4

**Bogota**
15:4 28:25

**bonus**
31:14

**box**
29:8

**boxes**

29:6,7

**boy**
18:9 19:22 20:17,20
21:25

**break**
6:13,14,16,17 21:7 35:4

**breakfast**
27:15

**breaks**
25:20

**brother**
17:23 18:20

**business**
4:25 5:6

**C**

**call**
37:12

**called**
23:15

**camp**
19:17,19,25 20:3

**can't**
36:13

**car**
21:5 33:7,9,13,16,19

**care**
15:21,23 19:10,15 20:16,
22 21:4,7,11,21 26:9

**case**
5:15 8:4

**cash**
24:10

**catch**
11:5

**cell**
33:21,24 34:3,6 36:25
37:4,7

**change**
24:11 25:19,21

**check**
24:10

**checking**
36:2

**child**
15:21,23 20:16

**children**
18:4,5,7 19:6,17,20
28:12 33:4

**chose**
14:16

**Christmas**
31:23 32:19

**clear**
5:7 6:18 7:5 9:8 10:17
12:7 18:10 32:6,9,10

**client**
5:3

**client's**
5:2

**clothes**
31:25 32:13,23

**cluster**
23:17,19

**Columbia**
38:9

**comfortable**
18:12

**coming**
8:4

**communicate**
37:7,10

**community**
22:22,24 23:2,5,10

**complete**
7:15 9:24

**completed**
10:5,9,10 11:9,11,15
12:21

**conditions**
15:2,20

**confidentiality**
18:4

**connected**
13:16,20

**Connecticut**
15:11

**Consent**
4:8

**Consentimiento**
9:4

**contact**
13:7,8,10 23:6,10,14

**CONTINUED**
40:8

**conversation**
38:13,14 39:12

**correct**
24:16 30:14,25

**counselor**
22:22,24 23:3,5,11

**couple**
9:21

**court**
5:25 7:3

**currently**
10:12

**cut**
15:17

**D**

**dad**
17:22

**Danielle**
8:19

**data**
9:19

**date**
4:10,14,18 12:6

**dates**
9:22 11:22

**day**
19:10,15 20:22 21:4,7,11
26:9 35:20 36:15 39:5

**days**
16:6 26:22 36:13

**Deakins**
4:22

**December**
21:10,18

**decided**
14:8,11

Movant's App. 000014

**defendant**
4:23 5:5

**depends**
27:2,18

**deposition**
5:10,11 6:25 7:2,5,8 8:7

**describe**
13:19

**determination**
25:13

**determined**
25:8

**determines**
30:17

**didn't**
10:6 11:5 12:3 25:4

**different**
26:13 27:6,16

**discuss**
8:3

**discussed**
30:24 38:25

**discussion**
39:4

**Disney**
34:20,22 37:17,25

**document**
9:2,7,8,10,14,16 10:16,
17,23 11:8 16:13,15,20
17:13

**documents**
8:6,9,14 11:12

**doesn't**
30:8 31:4

**doing**
4:24 5:6 36:14

**dollars**
24:14 38:17

**don't**
9:9,17 10:8 12:6 15:9,12
16:6,11 17:17 18:18,19
19:5 20:4,6 21:12,18
22:25 25:15 26:20 27:17
28:2,6 30:21 36:18,19

**dress**

22:10

**dressed**
28:15

**drop**
26:8

**dropping**
33:4

**duly**
4:3

**duties**
20:19 22:8,15 24:15,18,
21,24 33:5

_____

**E**

**e-mail**
13:23

**e-mailed**
13:22 23:15

**earlier**
33:3 36:9,24 37:16 38:3,
8

**early**
37:14

**earrings**
32:3,14

**eat**
28:15

**either**
18:19

**emergency**
37:13

**employment**
18:25

**ended**
14:12

**English**
7:24,25

**enter**
17:14

**enters**
7:7

**entertainment**
34:14

**entire**
36:15

**event**
7:7

**exact**
12:6

**exactly**
21:19

**EXAMINATION**
4:6 36:5 40:8

**examined**
4:4

**example**
18:6

**Exhibit**
4:9,13,17 9:3 10:16 11:9,
12 16:13 17:14 29:5

**exhibits**
8:11,13,23,24

**expenses**
34:14,17

**experiences**
11:13,16

**explaining**
14:25

**explanations**
15:14

_____

**F**

**families**
14:2

**family**
4:15 11:25 12:13,14,17,
22 13:4,11,14,16,20,22
14:5,8,12,19,22 15:20
16:3,8,10 17:16,19 18:3
22:9 23:12 24:16 27:24
30:13,17 32:7,17,25
33:18,21 34:6,13,16
35:12,19 37:2,8,11,17
38:4 39:8,15,16,18 40:2

**family's**
12:4,9 18:4 33:9,13,16
34:9

**father**
18:19

**fifth**
29:8,9,16

**Finally**
38:8

**finish**
26:14

**finished**
12:20 20:10,24 27:17

**first**
4:3 5:21 6:17 35:9 39:14

**five**
21:5 29:9

**fly**
34:22

**follow-up**
40:6

**follows**
4:5

**food**
22:16 35:22

**Foreign**
4:24 5:6

**form**
4:8 10:4,9,12 38:11,22

**forth**
29:20

**four**
16:6 29:9 36:13

**free**
26:9

**Friday**
20:11 21:2 26:15

**front**
5:16

**full-time**
18:24

**further**
40:4,14

_____

**G**

**gas**
33:12,15,18

**gender**
18:6

Movant's App. 000015

LILIAM ARIAS - 03/29/2018                                    i4

**generally**
15:23

**gestures**
6:2

**gifts**
31:20,22,23,24 32:4,7,8,
16,19,24 38:4,6

**girl**
18:21,22 19:14,23 20:8,
14 21:13,21,22 26:7

**girl's**
20:22

**girls**
17:22 22:5,10 25:10
26:8,11 27:4,14 37:13
38:2

**give**
6:10 7:15 22:16 27:15
38:6

**given**
7:12

**go**
35:7,8 37:14 38:15

**goes**
6:20 9:21

**going**
5:2,19 10:15 14:9 16:8,
12 18:5 28:21 29:7 35:7

**good**
7:21

**governing**
29:19

**guess**
21:18 30:12,16

---

**H**

**happen**
14:15

**hear**
6:4

**heard**
6:9

**Hello**
4:21

**help**
22:10,11,12 26:7 27:15

**holidays**
21:10

**home**
12:5 18:15 19:3 22:14
39:14

**homework**
22:13

**host**
4:15 11:25 12:4,9,14
15:19 17:22,23 18:18,19
24:5,6,19 25:9,11 27:3,
24 30:13,17 31:4 32:7,
16,24 33:9,12,15,18,21
36:25 37:12 38:4 39:8

**hotel**
37:23

**hours**
25:9,10 27:8,11,21,25
28:4,16

---

**I**

**I'M**
10:6 22:4 29:15 33:14

**I/we**
29:10,17

**ID**
15:14

**identification**
4:10,13,17

**identify**
10:25 11:2 18:14

**inaccurate**
17:10

**include**
17:24

**including**
36:20

**indicating**
9:8 10:18 16:14

**individuals**
17:18 18:15

**information**
6:7 9:24 10:4,9,12 11:9,

**11**

**Institute**
4:24 5:5

**instructions**
5:20 7:11

**insurance**
15:15 39:6

**Internet**
34:9,11

**interview**
13:24 14:4

**interviews**
14:2

**involved**
39:7

**isn't**
30:17

**it's**
16:23 32:8

---

**J**

**January**
21:17

**John**
18:7,8,9

**Join**
4:8,11

**judge**
5:16

**July**
11:21 21:18

**June**
11:21,22 12:6,7,18 21:18

---

**K**

**keep**
5:20

**know**
5:10 6:7 9:9,11 10:19
16:16 18:18,19 19:5
25:15 28:6 30:21 36:18

**knowledge**
25:12

---

**L**

**Land**
37:17

**languages**
7:23

**Lastly**
6:24

**law**
30:3

**lawsuit**
4:12 8:16 11:17

**learn**
8:16

**left-hand**
29:7

**lengthy**
5:2

**Let's**
35:8

**Liliam**
4:20

**limited**
7:3

**little**
26:7

**locate**
12:22 13:3

**long**
10:18 16:5 20:3 36:12

**look**
9:2 10:16 16:12 29:5,8

**looks**
10:17 16:14

---

**M**

**marked**
4:9,12,16 9:3 10:16
16:13 17:14

**Martha's**
34:20 37:17,25

**match**
14:9,19

Movant's App. 000016

Case 1:14-cv-03074-CMA-KMT   Document 1071   Filed 05/09/18   USDC Colorado   Page 17 of 248



App. 000017

Case 1:14-cv-03074-CMA-KMT Document 1071-85-1 Filed 05/09/18 USDC Colorado Page 18 of 248



Movant's App. 000018

responses
6:3

review
8:6,9,13 9:7,10 10:19
11:8,12 16:15 17:3

reviewed
17:7

right
4:11 14:13 30:23 33:5
34:25

Robert
4:21

room
7:8 37:23 38:2

roughly
36:12

**S**

Saturdays
26:23,24

saying
13:24

says
9:3,19 29:10 30:23

schedule
20:7,13,23 25:2,5,8,14,
16,19,23,25 26:4,15,24
27:13 28:8

scheduled
27:7,10

school
19:7,9,11,12 20:7 21:14,
16 22:11,12 25:11,25
26:4,8 28:9

Sean
36:3

second
12:21

see
9:9,18,19 29:6,10,11
30:4

seeing
13:23

seen
9:14,16 10:23 16:20

sent
8:10 13:23

sentence
29:14,22

set
13:6,17 28:19 29:20 31:5
35:25 36:2

seven
18:7

share
35:16 38:2

shower
28:15

sick
37:14

side
29:6,7

sign
16:9,23,25

signature
10:2

signed
17:4

simply
6:8,13,22

sisters
22:2

sitting
7:8,14

six
17:23 18:14

Skype
13:25

small
29:7

Smith
18:7,8,10

Smoak
4:22

sorry
10:6 11:5 13:12 15:17
29:15 33:14

sorts
37:10

sound
11:23

Spanish
7:24

speak
6:21 7:23

speaking
6:20

special
27:5

specific
16:2

specifically
28:24

spell
8:20 12:11

Stamford
15:9,11

started
20:9,24

State
4:4,19

States
30:3

stay
27:3

Stewart
4:23

stipend
23:23 24:2,4,7,9,11,13
28:19 29:18 30:9,10,14
31:11 40:11

stipulated
29:19

Stratford
15:9

Studies
4:24 5:6

stuff
37:15

summer
19:19 21:10,11,14 25:20,
23 27:13

summertime
25:20

suppose
31:7

sure
13:3 17:11 22:4 35:5

surname
12:9

sweater
31:25 32:13

swimming
26:13

sworn
4:3

**T**

take
5:9 6:16 9:2 16:12 21:21
22:11,13,14,18 26:12
27:5,14,16 28:15 35:3
37:13

taken
35:10

talked
8:22 13:25

talking
17:13 23:17 29:3

tell
6:13 14:18 31:8 37:12
38:20 39:11,18

ten
18:22 21:5

testified
4:4 24:15 28:7 33:3
37:16 38:3,8

testifying
5:16 36:24

testimony
7:15

Thank
9:13 10:22 16:18 18:23
35:6 36:8 40:4,15,16

thing
6:14

things
26:13 37:10

**think**
  28:2 32:10 35:25

**three**
  8:11,13,22 10:18 16:6
  17:22 18:21 29:9 35:20
  36:13

**ticket**
  34:24

**time**
  6:22 10:5,10 17:19 18:16
  21:17 25:21 27:6,17
  28:12 35:11 36:8,17,22
  37:21,24 40:17

**times**
  26:20,21

**today**
  5:9,15 7:14 8:4,7

**told**
  25:9,11 28:20,22 30:20
  38:9 39:5

**top**
  9:3

**town**
  15:10

**track**
  27:21,24 28:3

**training**
  15:21,23 16:2

**travel**
  34:16

**truthful**
  7:15

**Tucker**
  4:7,21 32:10 35:3,6,25
  38:11,22 40:6,9,13,16

**two**
  19:11,12 26:11,20,21,22,
  23 29:9

---

**U**

**Uh-huh**
  9:20 29:12

**understand**
  5:13,17,22 6:5,11 7:11
  10:6,8 11:7 12:3 17:6
  25:4 29:10,17,22

**understood**
  6:10

**Unirse**
  9:5

**United**
  30:3

**Unpaid**
  4:12

**use**
  33:9,24 34:3,9 37:4,5,7

---

**V**

**vacation**
  37:16,20

**varied**
  27:19

**video**
  6:24 35:8

**Vineyard**
  34:21 37:18,25

---

**W**

**Wages**
  4:12

**wait**
  6:22 29:15

**wake**
  22:10 26:6 27:14 28:12

**want**
  6:25 13:24 35:8

**watch**
  22:2

**way**
  9:21

**web**
  13:17

**website**
  13:6,10,21

**week**
  20:5 24:2 28:17 40:3

**weekends**
  22:4 26:17

**weekly**
  23:23 29:18 38:16 39:7
  40:11

**went**
  13:24 34:20 37:16 39:14

**witness**
  4:2

**woke**
  28:9

**work**
  19:3 25:2,5 26:17 27:3,7,
  10 28:16

**worked**
  26:25 27:22,25 28:4

**working**
  27:17 37:15,21 38:17

**works**
  15:2

**World**
  34:22

**writing**
  25:17

**written**
  16:9 17:15

---

**Y**

**yeah**
  15:20

**year**
  12:21 21:7 26:2,5 28:9

**year-round**
  21:4

**years**
  18:8,20

**York**
  4:4

**You'll**
  29:6

**youngest**
  18:21 19:10 26:9,10

Movant's App. 000020

```
 1    UNITED STATES DISTRICT COURT

 2    FOR THE DISTRICT OF COLORADO

 3    -----------------------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4    BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
      JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5    JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                   Plaintiffs,

 7
                 -against-          Civil Action No:
 8                                  14-cv-03074-CMA-CBS

 9    INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
      LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10    AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
      CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11    INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
      AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12    NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
      FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13    AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
      AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14    EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
      INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15    ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAU PAIR,
      and GOAUPAIR OPERATIONS, LLC,
16
                   Defendants.
17    -----------------------------------------------------x

18          EXAMINATION BEFORE TRIAL of the Plaintiff,

19    CARA ALICE KHANYISILE OUWERKERK, taken by the

20    Defendant, pursuant to Court Order, held at the

21    offices of Ogletree, Deakins, Nash, Smoak & Stewart,

22    P.C., 1745 Broadway, 22nd Floor, New York, New York

23    10019, on April 6, 2018, at 1:31 p.m., before a

24    Notary Public of the State of New York.

25    ****************************************************
```

Epiq Court Reporting Solutions - New York

Movant's App. 000021

Page 2

1  A P P E A R A N C E S:
2
3  BOISE SCHILLER FLEXNER LLP
        Attorneys for Plaintiffs
4       1999 Harrison Street
        Oakland, California 94612
5  BY:  DAWN SMALLS, ESQ.
6
7
8
    OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
9       Attorneys for Defendant
        AMERICAN INSTITUTE FOR FOREIGN STUDY
10      d/b/a AU PAIR IN AMERICA
        1745 Broadway
11      New York, New York 10019
12  BY:  ROBERT M. TUCKER, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1         S T I P U L A T I O N S
2
3
4
5
6         IT IS HEREBY STIPULATED AND AGREED by and
7  between the attorneys for the respective parties
8  herein, that filing, sealing and certification,
9  and the same are, hereby waived.
10
11        IT IS FURTHER STIPULATED AND AGREED that
12  all objections except as to the form of the
13  question, shall be reserved to the time of the
14  trial.
15
16        IT IS FURTHER STIPULATED AND AGREED that
17  the within deposition may be signed and sworn to
18  by an officer authorized to administer an oath,
19  with the same force and effect as if signed and
20  sworn to before the Court.
21
22
23
24
25

Page 4

1
2  C A R A   A L I C E   K H A N Y I S I L E
3  O U W E R K E R K,  the witness herein, having been
4  first duly sworn by a Notary Public of the State of
5  New York, was examined and testified as follows:
6  EXAMINATION BY
7  MR. TUCKER:
8     Q.  State your name for the record, please.
9     A.  Cara Alice Khanyisile Ouwerkerk.
10    Q.  State your address for the record, please.
11    A.  South Africa.
12    Q.  Thank you, Ms. Ouwerkerk.  My name is Robert
13  Tucker.  I am an attorney with Ogletree, Deakins,
14  Nash, Smoak & Stewart, and we represent the
15  defendant American Institute for Foreign Study doing
16  business as Au Pair in America.
17        Since my client's name is lengthy, I am going
18  to refer to my client as APIA or Au Pair in America,
19  so when I say APIA or Au Pair in America, I am
20  referring to the defendant, American Institute for
21  Foreign Study doing business as Au Pair in America;
22  is that clear?
23    A.  Yes.
24    Q.  We are here today so that I can take your
25  deposition.  As you may know, the purpose of this

Page 5

1            C. OUWERKERK
2  deposition is for me to ask questions and for you to
3  answer those questions under oath.  Do you
4  understand?
5     A.  Yes, I do.
6     Q.  As I ask you these questions, I am going to
7  ask that you keep a few instructions in mind.
8  First, it is necessary that you respond orally or
9  aloud to my questions.  Do you understand that?
10    A.  Yes, I do.
11    Q.  The court reporter here is taking down
12  everything we say and gestures or nods or other
13  nonverbal responses cannot be recorded.  If you do
14  not hear a question, say so, and I will repeat it.
15        If you do not understand a question, say so,
16  and I will rephrase it.  If you do not know or
17  remember the information necessary to answer a
18  question, simply say so.  If you answer a question,
19  I will assume that you have heard it, understood it,
20  and have given me your best recollection?  Do you
21  understand?
22    A.  Yes, I do.
23    Q.  If you need to take a break, simply tell me
24  you need to take a break and I will accommodate you.
25  The only thing I ask is that you answer any question

Movant's App. 000022

Page 6

C. OUWERKERK

1
2    that is pending before you take a break.  You may
3    not take a break while a question is pending.  You
4    must first answer any question; is that clear?
5        A.  Yes.
6        Q.  The same instruction goes for speaking with
7    Ms. Smalls.  If you need to speak with your attorney
8    at any time, I simply ask that you wait until after
9    you have answered a pending question.
10       A.  Yes.
11       Q.  Are you in a private room?
12       A.  Yes, I am.
13       Q.  Is anyone else in the room with you?
14       A.  No.
15       Q.  Participation in and attendance at this
16   deposition is limited to yourself, the attorneys,
17   and the court reporter.  No one else is allowed to
18   participate in or attend the deposition; is that
19   clear?
20       A.  Yes, it's clear.
21       Q.  In the unlikely event that someone else
22   enters the room during the deposition, please notify
23   me; is that okay?
24       A.  Yes.
25       Q.  Do you understand these instructions that I

Page 7

C. OUWERKERK

1
2    have just given to you?
3        A.  Yes, I do.
4        Q.  Is there any reason sitting here today that
5    you cannot give truthful and complete testimony in
6    this matter?
7        A.  No.
8        Q.  Are you taking any medication that affects
9    your memory?
10       A.  No.
11       Q.  Do you have a good memory?
12       A.  Yes.
13       Q.  Other than your attorneys, did you discuss
14   this case before appearing here today for your
15   deposition?
16       A.  No, I haven't.
17       Q.  Did you review any documents before appearing
18   at your deposition here today?
19       A.  I just tried to look for any documents that I
20   might have had from my period of time in America.
21       Q.  Did you locate any documents?
22       A.  I have a bank statement.  That's about it.
23       Q.  How did you learn of this lawsuit?
24       A.  I received an e-mail.
25       Q.  From who?

Page 8

C. OUWERKERK

1
2        A.  I cannot quite remember the exact person, but
3    I am sure there was a lady who sent me the e-mail.
4        Q.  Ms. Ouwerkerk, I am going to ask you to
5    please take a moment and look at the document that
6    was sent to you marked Exhibit 1 and just review the
7    document, and after you have finished reviewing it,
8    please let me know.
9        A.  Okay.  I have reviewed it.
10       Q.  Thank you.  Have you seen this document
11   before?
12       A.  I don't remember.
13           MS. SMALLS:  Counselor, I would just note
14       that the way she may have seen it would have
15       been in a different form.
16           MR. TUCKER:  Understood.
17       Q.  Do you know what it is?
18       A.  I see it is a consent form to join.
19       Q.  Did you see in the middle of the page where
20   there is a signature?
21       A.  Yes.
22       Q.  Is that your signature?
23       A.  Yes, that is.
24       Q.  Then do you see the information that is next
25   to and below the signature?

Page 9

C. OUWERKERK

1
2        A.  Yes.
3        Q.  Did you complete that information?
4        A.  Yes.
5        Q.  Was it accurate at the time you completed it?
6        A.  Yes, and it still is.
7        Q.  You said it still is?
8        A.  Yes.
9        Q.  Thank you.
10       A.  Just in the name section, it is just missing
11   my third name.
12       Q.  And your third name is what?
13       A.  Khanyisile.
14       Q.  I am going to ask you, Ms. Ouwerkerk, to look
15   at the document that was sent to you that was marked
16   Exhibit 2.
17       A.  Okay.
18       Q.  Then just let me know after you have reviewed
19   it.
20       A.  Okay.  I have reviewed it.
21       Q.  Thank you.  Have you seen this document
22   before?
23       A.  Yes.  I remember reading over this.
24       Q.  What is this document?
25       A.  It is information about the lawsuit and, um,

Movant's App. 000023

Page 10

C. OUWERKERK

1
2 just telling us how we will be involved and gives
3 you more details about lawsuits.
4         MR. TUCKER:  Can we go off the record for
5     just a moment, please.
6         THE WITNESS:  Yes.
7         (Whereupon, a discussion was held off the
8     record.)
9     Q.  You said just a moment ago, Ms. Ouwerkerk,
10 that you read the document; is that correct?
11    A.  Yes.  I especially remember reading about the
12 part how the attorneys are paid.
13    Q.  Did you understand the document after you
14 reviewed it?
15    A.  Yes, I did.
16    Q.  Did you review this document before you
17 completed the information in the document we just
18 discussed as Exhibit 1?
19    A.  Yes.
20    Q.  After you completed the information in
21 Exhibit 1, did you review any documents regarding
22 your experience as an au pair?
23    A.  No.
24    Q.  Ms. Ouwerkerk, I am going to ask you to
25 please at this moment take a look at the document

Page 11

C. OUWERKERK

1
2 that is marked as Exhibit 3 that was sent to you.
3    A.  I have it.
4    Q.  Okay, great.  Please just review that
5 document and let me know when you are finished.
6    A.  Okay.
7    Q.  Thank you.  I am going to also ask you to
8 take a look at the document marked Exhibit 4 and let
9 me know after you have reviewed it?
10    A.  Okay.
11    Q.  Then, finally, I am going to ask you to look
12 at the document marked Exhibit 5 and let me know
13 once you have finished reviewing that.
14    A.  Okay.
15    Q.  Thank you.  Have you seen the documents
16 marked Exhibits 3, 4, and 5 before?
17    A.  Yes.  They were part of the questionnaire.
18    Q.  You said they were part of the questionnaire?
19 Is that what you said?
20    A.  Yes.
21    Q.  It looks like there are responses in each of
22 these three documents; is that correct?
23    A.  Yes.
24    Q.  Are those your responses?
25    A.  Yes.

Page 12

C. OUWERKERK

1
2    Q.  Were there any questions in these documents
3 that you did not understand?
4    A.  No.
5    Q.  Why did you complete three questionnaires?
6    A.  Because I would start it and then I didn't
7 finish it and then I would start it again.  I didn't
8 know that it was another copy, so I would start it
9 and stop because of time and work and, um, yeah,
10 that is why there are three.
11    Q.  Understood.  I want to direct your attention
12 to the document marked Exhibit 6.  Can you just look
13 at the top there where it says Au Pair and then it
14 says Cara and it says 12/10/2015.  Do you see that?
15    A.  Exhibit 6?
16    Q.  Did I misspeak?  Is that not Exhibit 5?
17    A.  Can you just repeat the question, please.
18    Q.  Sure.  I am happy to.
19         The document marked Exhibit 5, do you have
20 that in front of you?
21    A.  Yes.
22    Q.  What does it say at the top?
23    A.  Au pair, Cara, 12/10/2017.
24    Q.  The Cara in this document, is that you?
25    A.  Yes.

Page 13

C. OUWERKERK

1
2    Q.  I just want to confirm that you provided the
3 responses to these questions; is that correct?
4    A.  Yes, that's correct.
5    Q.  Okay, thank you.  Did you rely on any
6 documents to assist you in answering the questions
7 in these exhibits?
8    A.  No.
9    Q.  Did anyone assist you in answering any of the
10 questions?
11    A.  No.
12    Q.  Are the answers you provided accurate?
13    A.  As far as my memory served.
14    Q.  When did you participate in the APIA au pair
15 program?
16    A.  You mean from the time of actually joining or
17 from the initial joining time.
18    Q.  That's a good question.  Let's say, beginning
19 at the date at which you arrived in the United
20 States for the purposes of participating in the
21 program and then the end date being the date you
22 left the United States from the au pair program?
23    A.  Okay.  I arrived on the 15th of June 2015 and
24 I left -- (inaudible).
25    Q.  Ms. Ouwerkerk, your microphone, I think, is a

Movant's App. 000024

| Page 14 |
| --- |

1             C. OUWERKERK
2  little off.  Can you just say that testimony again?
3    A.  I left America on the 15th of June 2015, and
4  I arrived back in South Africa after the program on
5  the 15th of July 2017.
6    Q.  Thank you.  Were you placed with more than
7  one host family during your participation?
8    A.  No.
9    Q.  So you just had one host family?
10    A.  That's correct.
11    Q.  What was your host family's surname?
12    A.  There were two. ▮▮▮▮▮▮▮.
13    Q.  When you say "there were two," meaning that
14  the host father had one surname and the host mother
15  had one surname?
16    A.  That's correct.
17    Q.  Okay.  Thank you.  So you said your
18  participation in the program began on June 15, 2015.
19       When did you actually join your host family?
20    A.  Um, I think it was the 19th.
21    Q.  Of June 2015?
22    A.  Of June, yes.  Can I look that up on a
23  calendar?
24    Q.  Sure, if that will help refresh your
25  recollection.

| Page 15 |
| --- |

1             C. OUWERKERK
2    A.  It was June 18th.
3    Q.  Okay.  Just so the record is clear, you
4  joined your host family on June 18, 2015; is that
5  correct?
6    A.  Yes, yes.
7    Q.  Then when did you depart from your host
8  family at the end of the program?
9    A.  I departed on June 15th -- July, sorry.
10    Q.  2017?
11    A.  That's correct.  My apologies.  It was the
12  14th.  I arrived back in South Africa on the 15th.
13    Q.  So just so the record is clear, you departed
14  your host family on July 14, 2017?
15    A.  Yes.
16    Q.  Why did your placement with the host family
17  end?
18    A.  Because my program time had ended.  My
19  program had ended.
20    Q.  How did you and your host family match up?
21    A.  After a few interviews via Skype, we then
22  decided that we were good matches for one another.
23    Q.  You said, We decided we were good matches for
24  one another?
25    A.  Yes.

| Page 16 |
| --- |

1             C. OUWERKERK
2    Q.  By "we," are you referring to the host family
3  and yourself?
4    A.  Yes.
5    Q.  How were you aware of each other?
6    A.  An e-mail came through on my account saying
7  that there was a host family that was interested in
8  my profile.
9    Q.  Who participated in the Skype interviews?
10    A.  It was myself and the host mother.
11    Q.  So no APIA representative participated in the
12  interviews; is that correct?
13    A.  No.  That is correct.
14    Q.  Then how was it decided that you and the host
15  family would match?
16    A.  Well, I really liked them and the timing was
17  good for me to leave the country and join them, and
18  the host mother said that they also enjoyed what I
19  had to say.  So, yes, we both came to an agreement
20  that we would like to try to -- (inaudible).
21    Q.  Sorry.  You cut out just a little bit at the
22  end.  You said, We both came to an agreement?
23    A.  Yes, to try for me to come and stay with them
24  as an au pair.
25    Q.  When you say "we both," you are referring to

| Page 17 |
| --- |

1             C. OUWERKERK
2  yourself and the host family; is that correct?
3    A.  Yes.
4    Q.  Did any APIA representative tell you you had
5  to match with this particular host family?
6    A.  No.
7    Q.  Before you were placed with your host family,
8  did you participate in an orientation?
9    A.  Yes, I did.
10    Q.  What was the orientation?
11    A.  It was a kind of meeting with the other au
12  pairs and with the representatives of Au Pair in
13  America in New York, and it was we had a few
14  discussions or classes about American culture.
15  There was a first aid talk.  Mostly about the
16  American culture and what to expect.
17    Q.  Was there any child care training during the
18  orientation?
19    A.  There was some child care classes or
20  discussions.  They didn't really say training.  I
21  don't know if it was training, but I would say it
22  was more discussions.
23    Q.  Was your host family present at the
24  orientation?
25    A.  No.

| | |
|---|---|
| Page 18 | Page 20 |

**Page 18**

C. OUWERKERK

2   Q.  Were any of the child care discussions about

3  the ███████ family?

4   A.  No.

5   Q.  If I heard you correctly, I think you said

6  earlier that the training occurred in New York?

7   A.  Yes, it did.

8   Q.  How long was the training?

9   A.  It was three days.

10   Q.  Do you recall specifically where in New York

11  the training occurred?

12   A.  Yes, Tarrytown.

13   Q.  Ms. Ouwerkerk, I am going to ask you to take

14  a look at the document that's marked Exhibit 6, and

15  after you have finished reviewing it, could you just

16  please let me know?

17   A.  Sure, okay.

18   Q.  Have you seen this document before?

19   A.  I think I have.

20   Q.  What is it?

21   A.  An agreement between the au pair and the host

22  family contract.

23   Q.  Did you sign this agreement before you were

24  placed with the ███████ family?

25   A.  Not before.

**Page 19**

C. OUWERKERK

2   Q.  So are you saying you signed it after you

3  were placed with them?

4   A.  Yes.

5   Q.  Approximately how long after you were first

6  placed with them?

7   A.  Can you just clarify placement?

8   Q.  Yes, I would be happy to.

9      When I say placement, I mean the period in

10  which you were with the ███████ family and

11  residing in their home?

12   A.  Okay.

13   Q.  So from now on when I say placement, if I say

14  during your placement, I am talking about any time

15  during the period from when you first arrived at the

16  ███████ family home and when you departed?

17   A.  So it was a couple of days. I would have to

18  say three days.

19   Q.  Did you review the agreement before you

20  signed it?

21   A.  Yes.

22   Q.  Did you understand the document after you

23  reviewed it?

24   A.  Yes, I did.

25   Q.  Was there anything in the document that was

**Page 20**

C. OUWERKERK

2  inconsistent with your understanding of the au pair

3  program guidelines at the time you signed the

4  agreement?

5      MS. SMALLS:  Objection. She is not a

6    lawyer.

7   A.  Um, I didn't understand. Not that I can

8  recall.

9   Q.  Aside from this agreement, this document that

10  is marked Exhibit 6, did you have any other written

11  agreements with your host family?

12      MR. TUCKER:  Did we lose her? Ms.

13    Ouwerkerk, are you there?

14      THE WITNESS:  Yes, I'm here.

15   Q.  Did you hear the last question? Do you want

16  us to have it reread?

17      MS. SMALLS:  Why don't you ask it again.

18      MR. TUCKER:  I think we are having

19    technical difficulties. I think she is

20    frozen. It looks like. Let's go off the

21    record for a minute.

22      (Whereupon, a recess was taken at this

23    time.)

24      MR. TUCKER:  We are back on the record

25    now. The court reporter is going to read

**Page 21**

C. OUWERKERK

2  back the last question.

3      (Whereupon, the record was read by the

4    reporter.)

5   A.  No.

6   Q.  How many individuals resided in the host

7  family's home during your placements?

8   A.  Does that include myself?

9   Q.  Yes.

10   A.  Then there were five of us.

11   Q.  I am about to ask you some questions about

12  your host family. In order to preserve the

13  confidentiality of the host family's children, I ask

14  that you refer to the children by gender and

15  approximate age. So for example, if one of the

16  children was John Smith approximately seven years

17  old, I would ask that you refer to John Smith as the

18  seven-year-old boy instead of by his name; is that

19  clear?

20   A.  Yes.

21   Q.  Are you comfortable with that?

22   A.  Yes. Is it the current age or the age now?

23   Q.  Can you move the microphone just a little

24  close to your mouth?

25   A.  Is it the current age or the age when I

**Page 22**

C. OUWERKERK

1
2  arrived.
3      Q.  That's a good question.  I am going to say
4  the age when you arrived, okay?
5      A.  Okay.
6      Q.  So going off on that -- Well, let's first
7  start.
8          They were host parents, correct?
9      A.  Yes.
10      Q.  The parent with the last name ███████, was that
11  the mother or the father?
12      A.  The mother.
13      Q.  Then ██████ was the father?
14      A.  Correct.
15      Q.  So that means there were two children in the
16  house; is that correct?
17      A.  That's correct.
18      Q.  What was the gender and approximate age of
19  the oldest child?
20      A.  Eleven years old and female.
21      Q.  Okay, and then the younger child?
22      A.  Eight years old, female.
23      Q.  Did the host parents have full-time
24  employment during your placement?
25      A.  Yes.

**Page 23**

C. OUWERKERK

1
2      Q.  Did they ever work from home during your
3  placement?
4      A.  Yes, they did.
5      Q.  Both?
6      A.  Yes, they did.
7      Q.  How frequently did they work from home?
8      A.  The mother quite often.  The father not as
9  often.
10      Q.  Did the girls attend school?
11      A.  Yes, they did.
12      Q.  What was their school schedule?
13      A.  School started at ten to 8:00 and ended for
14  the younger one at 3:00 and for the older one at
15  3:30.
16      Q.  You said school started ten to 8:00, so
17  7:50 a.m.?
18      A.  Yes, that's correct.
19      Q.  Was that Monday through Friday?
20      A.  Yes.
21      Q.  Was the school schedule seasonal?
22      A.  Um, can you please clarify.
23      Q.  Sure.  Was it the full calendar year?  Were
24  they in school the full calendar year?
25      A.  Yes.

**Page 24**

C. OUWERKERK

1
2      Q.  Even in the summer?
3      A.  No.  They weren't at school during the
4  summer.
5      Q.  Were they in camp during the summer?
6      A.  Most of the time.
7      Q.  What did you say after most of the time?  Did
8  you say something else?
9      A.  I was going to say as often as possible.
10      Q.  Were they at sleep-away camp?
11      A.  No.
12      Q.  What was the camp schedule?
13      A.  It was varied.  Some of the camp would start
14  at 8:00 and finished between 12:00 and 3:00.  Some
15  of the camps started at 12:00 in the afternoon.
16      Q.  When did those camps end, the ones that
17  started at 12:00 in the afternoon?
18      A.  They ended at 4:00, and then the younger one
19  also did tutoring, which would also sometimes be
20  after the camps between 3:00 and 4:00 and sometimes
21  later.
22      Q.  During the summer months, were the children
23  in camp Monday through Friday?
24      A.  Yes.  Not every day.  Some camps were
25  three days and then they would go to another camp

**Page 25**

C. OUWERKERK

1
2  for the next two days and continuing into the next
3  week.
4      Q.  Understood.  If I understand you correctly,
5  are you saying that they may have been in different
6  camps, but they were always at a camp Monday through
7  Friday?
8      A.  Yes, but not every week throughout the whole
9  summer because they weren't in camp throughout the
10  whole duration of summer.  They would be in camps
11  some weeks and some weeks they wouldn't.
12      Q.  Oh, okay.  How many weeks out of the summer
13  were they in camp?
14      A.  I can say maybe they weren't at camp for
15  about two or three weeks.
16      Q.  Could you repeat that.  The audio cut out.
17      A.  I can tell when they weren't at camp.
18      Q.  Weren't at camp?
19      A.  Yes.  It was about two to three weeks of the
20  summer.
21      Q.  Understood.  So other than approximately two
22  to three weeks during the summer, they were in camp
23  during the summer?
24      A.  Yes.
25      Q.  During the school year, did the children

CARA ALICE KHANYISILE OUWERKERK - 04/06/2018   Pages 26..29

Page 26

```
1                    C. OUWERKERK
2   attend any after-school activities?
3      A. Yes, they did.
4      Q. Did you attend those after-school activities?
5      A. I would pick them up after that activity.
6      Q. But you weren't there with them at the
7   activity?
8      A. No, but it was always one child or the other
9   at an activity, so I always had one to look after
10  during the duration of the other one being at an
11  activity -- (inaudible).
12     Q. Understood.  We just missed the last couple
13  of words you said.
14     A. I said I don't know if that makes sense.
15     Q. No.  It does make sense.  Thank you.
16        So just to confirm, there was never a
17  situation where both children were at after-school
18  activities; is that correct?
19     A. Maybe for one semester.  It was for
20  one semester.
21     Q. During that particular semester, how long
22  were the after-school activities?
23     A. They were 30 minutes to an hour because the
24  older one had after-school one hour, if I remember.
25  I used to get them at 4:30.
```

Page 27

```
1                    C. OUWERKERK
2      Q. You said you used to get them at 4:30?  Is
3   that what you said?
4      A. Yes.  That was an hour.
5      Q. Other than yourself and the host parents, did
6   anyone else take care of the children during your
7   placement?
8      A. No.
9      Q. Did the family have a babysitter?
10     A. No.
11     Q. Did you have a community counselor?
12     A. Yes.
13     Q. Who was your community counselor?
14     A. Victoria Paton.
15     Q. Can you spell Victoria's last name.
16     A. P-A-T-O-N.
17     Q. Did you have any other community counselors?
18     A. No.
19     Q. Other than Ms. Paton, did you have contact
20  with any APIA representative during your placement?
21     A. Yes.
22     Q. Who?
23     A. I had to contact the main office with regards
24  to my visa.
25     Q. Do you recall who you contacted in the main
```

Page 28

```
1                    C. OUWERKERK
2   office?
3      A. No, sorry.  The name doesn't --
4      Q. That's fine.  Did you have contact with
5   anyone else?
6      A. No.
7      Q. Were you in contact with you community
8   counselor during your placement?
9      A. Yes, I was.
10     Q. How often were you in contact?
11     A. Monthly meetings.
12     Q. You said monthly meetings?
13     A. Yes.
14     Q. Were you in contact with your counselor
15  outside of those meetings?
16     A. No.
17     Q. Are you referring to cluster meetings?
18     A. Yes.
19     Q. What is a cluster meeting?
20     A. It's a meeting that is being set up by the
21  counselor with au pairs from the area gathered, and
22  she would meet with us to discuss any changes or to
23  celebrate an au pair's birthday and to greet new au
24  pairs.
25     Q. You said you attended those monthly; is that
```

Page 29

```
1                    C. OUWERKERK
2   correct?
3      A. Yes.
4      Q. What were your duties as an au pair?
5      A. I had to give the kids (inaudible), make sure
6   that they were dressed, feed them their breakfast,
7   do their hair.  I would sometimes take them to
8   school, but most of the time it would be the
9   parents, collect them from school, make sure that
10  they did their homework, take them to any
11  after-school activities, and make sure they get home
12  safely and to feed them dinner on some nights, and
13  then during the summer, I had to do those things and
14  look after them in the day.
15     Q. I thought they were in camp during the day
16  during the summer?
17     A. Yes, but I said there were about two to
18  three weeks when they weren't at camp I looked after
19  them.
20     Q. Got it.  So during those two to three weeks,
21  you would look after them during the day?
22     A. Yes.
23     Q. But, otherwise, in the summer during the day,
24  they were in camp; is that correct?
25     A. Yes.
```

Movant's App. 000028

C. OUWERKERK

1
2    Q.  Who gave you your duties?
3    A.  The host family.
4    Q.  Did any APIA representative give you the
5    actual duties you performed for the ▮▮▮▮▮▮
6    family?
7    A.  They gave us an outline of what we would do
8    but not the actual activities.
9    Q.  But you said not the actual activity?
10   A.  Correct.
11   Q.  Thank you.  Did your host family set any
12   rules for you during your placement?
13   A.  Yes.  They did have a few rules.
14   Q.  What were those rules?
15   A.  They asked that I always made sure I had
16   enough sleep so I could take care of the kids
17   properly and to inform them if I had any other au
18   pair friends staying the night.  That was about it.
19   Q.  Did anyone supervise you in the performance
20   of your duties?
21   A.  No.
22   Q.  Did any APIA representative ever observe you
23   perform your duties?
24   A.  No.
25   Q.  Did you have a work schedule during your

C. OUWERKERK

1
2    placement?
3    A.  Can you please clarify?
4    Q.  Yes.  A work schedule?
5    A.  So when I had to wake the children up.  There
6    was a time when they had to be up, and they had to
7    be at school, and then they had to be collected from
8    school.
9    Q.  Right.  How did you know when those things
10   were going to occur?
11   A.  The family informed me.
12   Q.  Okay, but did the family have, like, a
13   schedule that said, you know, at 7:50 the children
14   have to be at school and you have to take them
15   there, and you are going to start at that point and
16   then you are going to have a break and then you are
17   going to resume later?
18        Was there any schedule of when you were
19   actually going to be actually working and
20   responsible?
21   A.  Yes.  It was a verbal kind of agreement.
22   Q.  Agreement with whom?
23   A.  With the host parents.
24   Q.  That you had with the host parents?  Is that
25   what you are saying?

C. OUWERKERK

2    A.  Yes, yes.  It was an agreement between the
3    host parents and myself.
4    Q.  So did you determine the schedule together?
5    A.  Yes.
6    Q.  Did any APIA representative participate in
7    that determination?
8    A.  No.
9    Q.  Did you ever put the schedule in writing?
10   A.  No.
11   Q.  What was your schedule?
12   A.  So at between 6:15 and 6:30, I needed to get
13   the kids up for school.  The children had to be at
14   school by 7:50 and I collected them between 3:00 and
15   3:30 after school, and then we had to do homework
16   and snack was given.  After homework -- (inaudible).
17   Q.  Ms. Ouwerkerk, we can't hear you.  Can you
18   maybe adjust the microphone?
19   A.  Now?
20   Q.  No, still can't.
21   A.  Now?
22   Q.  Keep talking.  I'll see.
23        MR. TUCKER:  Let's just go off the record
24   for a second here.
25        (Whereupon, a recess was taken at this

C. OUWERKERK

1
2    time.)
3    Q.  So we had trouble hearing you for a minute.
4    Could you just pick up.  You said that you had to
5    collect the children at between 3:00 or 3:30.
6    A.  Yes.
7    Q.  Can you just continue your response at that
8    point?
9    A.  And then I had to take them home and we would
10   do homework and snack time, and then once a week I
11   would take them out for their piano lessons and
12   bring them home and then dinnertime and bedtime.
13   Q.  Okay.  You said that you would wake the kids
14   up at 6:15 or 6:30; is that correct?
15   A.  That's correct.
16   Q.  Okay.  You said that sometimes you would take
17   the children to school and other times the host
18   parents would take the children to school; is that
19   correct?
20   A.  That's correct.
21   Q.  I believe you said more often than not the
22   host parents took the children to school?
23   A.  That's correct.
24   Q.  If you were taking the children to school,
25   what time would you drop them off?

CARA ALICE KHANYISILE OUWERKERK - 04/06/2018  Pages 34..37

C. OUWERKERK

2   A.  By 7:50.
3       Q.  What time would you leave the host family's
4   house to take them to school?
5       A.  7:30.
6       Q.  7:30?
7       A.  Yes.
8       Q.  Were you off between 7:30 or 7:50 and the
9   time when you collected the children from school?
10      A.  Yes.  Except for one day of the week I did
11  laundry.
12      Q.  Did you do laundry on a particular day each
13  week?
14      A.  Yes.  I tried to do it on a Monday.
15      Q.  How long would that take?
16      A.  That would take me just about the whole day.
17      Q.  So that would take, like, seven hours?  Is
18  that what you are saying?
19      A.  I would start from 8:00 and I would end by
20  2:00, and by 2:50 I left to go and fetch the
21  children.
22      Q.  Did you do laundry only for the children?
23      A.  Yes.
24      Q.  Okay.  So you said you collected the children
25  from school at either 3:00 or 3:30, correct?

C. OUWERKERK

2   A.  Yes.
3       Q.  Then you were working once you brought them
4   home, correct?
5       A.  Yes.
6       Q.  When did you finish working?
7       A.  At 7:00.
8       Q.  The schedule you just went over with me, was
9   that a Monday-through-Friday schedule?
10      A.  Yes.
11      Q.  Did you ever work on weekends?
12      A.  Um, no.  Maybe there would be an hour here or
13  there on a weekend.
14      Q.  You said maybe an hour here or there on the
15  weekend?
16      A.  Yes.
17      Q.  How often would you have to work on a
18  weekend?
19      A.  Um, sorry.  Can I also just add there was
20  also sometimes babysitting on a Saturday night
21  instead of a Friday night.
22      Q.  So, wait.  Let's just recap.
23          So you are saying instead of working Friday
24  night or did you say afternoon?
25      A.  Friday evening.  Sometimes I would babysit on

C. OUWERKERK

2   a Friday evening or a Saturday evening.
3       Q.  Was that in addition to your normal schedule?
4       A.  Yes.
5       Q.  How often did you babysit?
6       A.  Three times in the month.
7       Q.  For how many hours?
8       A.  It would be from 7:00 to 9:00.
9       Q.  So that's two hours?
10      A.  Yes.  Sometimes 10:00 but most of the time
11  9:00.
12      Q.  Okay.  Then earlier you said that you would
13  work one hour on weekends here or there sometimes;
14  is that correct?
15      A.  Yes.
16      Q.  How often did that occur?
17      A.  Not very often.
18      Q.  More than five times?
19      A.  No.  Maybe two or three times a month.
20      Q.  Did your schedule ever change?
21      A.  Um, no.  Only if the children had tutoring in
22  the afternoons, but that would -- They would try to
23  keep it at the same day, but sometimes it would be
24  later in the day.
25      Q.  What do you mean by that?

C. OUWERKERK

2   A.  Especially over the summer, sometimes the
3   younger one would have tutoring from 3:00 to 4:00 or
4   sometimes they would push it up earlier in the day
5   from about 12:00 to 2:00.  It would just depend on
6   the schedule on their side.
7       Q.  Did you ever work more than your scheduled
8   hours?
9       A.  Once or twice.
10      Q.  On those occasions, how many hours did you
11  work beyond the hours you were scheduled for?
12      A.  I worked over a weekend, over one night.
13      Q.  Did you ever work fewer than your scheduled
14  hours?
15      A.  Yes.
16      Q.  How often?
17      A.  Maybe also once or twice.
18      Q.  On those occasions, how many fewer hours did
19  you work?
20      A.  Um, maybe three hours.
21      Q.  You testified earlier that the host mom
22  worked from home frequently; is that correct?
23      A.  Yes, that is.
24      Q.  Did the host mother ever take care of the
25  children when she worked from home?

Movant's App. 000030

Page 38

C. OUWERKERK

2   A.  No.  I saw it as my responsibility.
3   Q.  Sorry, we can't hear that response.  Could
4   you just repeat it.
5   A.  I thought of it as my responsibility for the
6   children even if she was working from home.
7   Q.  No.  Understood, but what I'm asking is if
8   she actually took care of them at any point?
9   A.  No.
10  Q.  Did you count the number of hours you worked
11  each week?
12  A.  Yes, I did.
13  Q.  How did you count?
14  A.  I went according to my schedule.
15  Q.  No, but I am talking about the amount of
16  hours you actually worked as opposed to your
17  scheduled hours.
18      So my question is:  Did you count the hours
19  you actually worked each week?
20  A.  Not physically.  I am confused.
21  Q.  Meaning you didn't write them down?
22  A.  No.  I didn't keep a journal of my hours.
23  Q.  Do you know if your host family did?
24  A.  No, I don't know.
25  Q.  Do you know if any APIA representative ever

Page 39

C. OUWERKERK

2   did?
3   A.  No, I don't know.
4   Q.  Did your host family provide you with a
5   private bedroom during your placement?
6   A.  Yes, they did.
7   Q.  Were you ever forced to share that room with
8   anyone else?
9   A.  No.
10  Q.  Did your host family provide you with three
11  meals per day during your placement?
12  A.  Yes.
13  Q.  Did you take any classes during your
14  placement?
15  A.  Yes, I did.
16  Q.  What classes did you take?
17  A.  In 2015 I did a cooking course and I did the
18  history of music in America in New York, and then in
19  2016 I did a photography course.
20  Q.  You said photography?
21  A.  Yes.
22  Q.  Were there any courses you took in 2017?
23  A.  No.
24  Q.  What was your cooking class schedule?
25  A.  It was from 6:00 p.m. until 9:00.

Page 40

C. OUWERKERK

2   Q.  What days of the week?
3   A.  I think it was a Wednesday.
4   Q.  Then what about your music class, what was
5   the schedule for that class?
6   A.  That was over a weekend.  So Friday to
7   Sunday.
8   Q.  And the photography class, what was your
9   schedule for that?
10  A.  That was twice a week for six weeks.
11  Q.  What times during the day were those classes?
12  A.  They started at 8:00 and ended, I think,
13  10:30.
14  Q.  Is that 8:00 p.m.?
15  A.  No, 8:00 in the morning.
16  Q.  Oh, 8:00 a.m.  Then ended at 10:30 a.m.?
17  A.  I think so.
18  Q.  Just going back to the cooking class.
19      You said that was 6:00 to 9:00 p.m.
20  Wednesdays, correct?
21  A.  Yes.  I'm not a hundred percent sure it was
22  Wednesdays, but that was for six weeks.
23  Q.  I know you testified you were scheduled to
24  stop working at 7:00 p.m. during the week; is that
25  correct?

Page 41

C. OUWERKERK

2   A.  Yes.
3   Q.  So on the days in which you had cooking
4   class, did you stop work earlier those days?
5   A.  Yes, I did.
6   Q.  What time did you stop working on those days?
7   A.  5:30.
8   Q.  Did you receive a weekly stipend during your
9   placement?
10  A.  Yes.
11  Q.  Did you receive a stipend every week?
12  A.  No.  Well, yes I did, but I don't have -- My
13  checks usually sometimes be over two weeks that she
14  would pay me.  I didn't get paid every week.
15  Q.  Okay, understood.  Who paid you?
16  A.  The host mother.
17  Q.  Did anyone, other than the host mother, ever
18  pay you?
19  A.  One time the host father did.
20  Q.  Aside from your host parents, did anyone else
21  ever pay you your stipend?
22  A.  No.
23  Q.  What were the methods of payment?
24  A.  A check.
25  Q.  Were you ever paid in cash?

Movant's App. 000031

Page 42

C. OUWERKERK

2   A.  Only when I left at the end of my contract.
3   My last payment was in cash.
4   Q.  Did the amount of your stipend ever change?
5   A.  No.
6   Q.  What was the amount of your stipend?
7   A.  $250.
8   Q.  How was your stipend amount determined?
9   A.  I was informed by Au Pair in America that
10  would be my stipend.
11  Q.  Did Au Pair in America ever tell you you were
12  prohibited from receiving a stipend greater than
13  $250?
14  A.  No.
15  Q.  Is it possible Au Pair in America told you
16  you were to receive at a minimum $250?
17  A.  I can't recall.
18  Q.  Were you an Extraordinaire au pair?
19  A.  That's correct.
20  Q.  Can you tell me what you understand that to
21  mean?
22  A.  I come from a working background, and I had
23  two or more years of working experience or an au
24  pair with a qualification of some kind.
25  Q.  You said qualifications of some kind?  Is

Page 43

C. OUWERKERK

2   that what you said?
3   A.  Yes.
4   Q.  Did any APIA representative tell you that the
5   host family had to pay exactly $250?
6   A.  Well, I was told that that would be the
7   amount we would be paid.
8   Q.  Who told you?
9   A.  The APIA here in South Africa and in America.
10  Q.  Did they tell you in person?
11  A.  Well, it is written on the website here in
12  South Africa, and I was told in person.
13  Q.  So you said it's written in the website you
14  said?
15  A.  Yes.
16  Q.  Who told you in person?
17  A.  The agent here in South Africa.
18  Q.  What was the agent's name?
19  A.  Ramona Eehari.
20  Q.  Can you please spell Ramona's last name?
21  A.  It's E-E-H-A-R-I.
22  Q.  Did anyone, other than Ramona at APIA, tell
23  you that your stipend would be $250?
24  A.  I can't recall.
25  Q.  Other than the website, are you aware of any

Page 44

C. OUWERKERK

2   other documents you received that said that the
3   stipend was $250?
4   A.  Our contract, agreement documents, but other
5   than that, that is all I can recall.
6   Q.  When you say the "contract," are you
7   referring to the document we marked as Exhibit 6?
8   A.  Yes, that's correct.
9   Q.  Can you take a look at that document for a
10  moment, please, and just look.  You will see there
11  are a number of boxes on the left-hand side.
12  A.  Yes.
13  Q.  Can you look at the fifth box and can you
14  just read that aloud into the record.
15  A.  I slash We understand that an au pair
16  companion is to receive, at a minimum, the weekly
17  stipend as stipulated by regulations governing au
18  pair programs and set forth in Au Pair in America's
19  program materials.
20  Q.  So what does that mean?
21  A.  I as the au pair understand that I was to
22  receive a weekly stipend of a minimum that was set
23  before by the government and au pair programs, the
24  earnings.
25  Q.  Does that mean you were to receive a minimum

Page 45

C. OUWERKERK

2   stipend of $250?
3   A.  Correct.
4   Q.  So the host family could pay you more than
5   $250?
6   A.  Yes.
7   Q.  Did you ever ask your host family to pay your
8   more than $250 a week?
9   A.  No.
10  Q.  Aside from the weekly stipend, did you
11  receive any monetary payments during your placement?
12  A.  I did housesitting for the neighbor.
13  Q.  Anything else?
14  A.  No.
15  Q.  Did you ever receive a bonus from your host
16  family?
17  A.  No.
18  Q.  Did you ever receive extra payments in weeks
19  in which you performed extra work?
20  A.  The first year when the family went away for
21  over a weekend, I received a little extra pay.  I
22  cannot recall how much extra.
23  Q.  Was it more than $100 extra?
24  A.  No.
25  Q.  Was it more than $50 extra?

Movant's App. 000032

Case No. 1:14-cv-03074-CMA-KMT Document 1075 filed 05/09/18 USDC Colorado pg 33 of 248

Page 46

1               C. OUWERKERK
2    A.  Yes.
3    Q.  So some amount between 50 and 100 dollars?
4    A.  That's correct.
5    Q.  Other than that one instance, were there
6 other instances in which you received extra pay for
7 performing extra work?
8    A.  The family had a house party, and I had to
9 look after a bunch of kids and they paid us $100.
10   Q.  Who is us?
11   A.  It was me and two other au pairs.
12   Q.  But those other au pairs were placed with
13 other families?
14   A.  Yes.
15   Q.  But their families were at the party; is that
16 correct?
17   A.  No.  These were friends -- These were au
18 pairs that the host family knew from the previous au
19 pair.
20   Q.  Okay.  So other than those two instances,
21 were there any others?
22   A.  No.
23   Q.  Did you receive any gifts from your host
24 family?
25   A.  Yes, I did.

Page 47

1               C. OUWERKERK
2    Q.  What gifts did you receive?
3    A.  I received many little gifts over Christmas.
4 I received a laptop.  I received a cell phone as a
5 parting gift.  I received a camera set as a birthday
6 gift, yes.
7    Q.  You said a camera set?  Is that what you
8 said?
9    A.  Yes.
10   Q.  Were you able to use the host family's car
11 for personal purposes?
12   A.  Yes.
13   Q.  Did you pay for the gas when you used the car
14 for personal purposes?
15   A.  Yes, I did.
16   Q.  Did the host family ever pay for the gas when
17 you used it for personal purposes?
18   A.  No.
19   Q.  You said that the host family provided you
20 with a cell phone as a parting gift.
21      You mean as you were leaving the family?
22   A.  Yes, that's correct.
23   Q.  Did you use a cell phone during your
24 placement?
25   A.  Yes, I did.

Page 48

1               C. OUWERKERK
2    Q.  Were you able to use the cell phone for
3 personal purposes?
4    A.  Yes, I was.
5    Q.  Did the host family pay for the cell phone
6 plan?
7    A.  Yes, they did.
8    Q.  Were you able to use the host family's
9 Internet?
10   A.  Yes.
11   Q.  Did you pay for that Internet?
12   A.  No.
13   Q.  Just to be clear, I just want to make sure
14 the record is clear, you received the laptop as a
15 gift to keep, right?
16   A.  Correct.
17   Q.  Did the host family pay for any of your
18 personal travel expenses?
19   A.  Yes, they did.
20   Q.  What were those?
21   A.  As a birthday gift, they gave me a ticket to
22 Chicago, and then during my travel month, they paid
23 for a ticket from Chicago to San Francisco.  That's
24 it.
25   Q.  Sorry.  Didn't hear the last words you said?

Page 49

1               C. OUWERKERK
2    A.  I said that's it.
3    Q.  Okay.  Thank you.  Those were plane tickets?
4    A.  Yes.
5    Q.  Did the host family pay for any of your
6 personal entertainment expenses?
7    A.  No.
8      MR. TUCKER:  Can we take a five- or
9 ten-minute break.  I think I am finished, but
10 I just want to make sure; is that okay?
11      THE WITNESS:  Yes.  That's fine.
12      MR. TUCKER:  Dawn, that's okay with you?
13      MS. SMALLS:  Yes.
14      MR. TUCKER:  You want to just reconvene
15 at, I guess, 3:05 Eastern time?
16      THE WITNESS:  Okay.
17      MR. TUCKER:  So that would be -- I can't
18 do the math but five minutes after the hour
19 for you.
20      (Whereupon, a recess was taken at this
21 time.)
22      MR. TUCKER:  We are back on the record.
23 As I just mentioned off the record, I don't
24 have any further questions, but, I think
25 Ms. Smalls has a few questions for you.

Movant's App. 000033

Case No. 1:14-cv-03074-CMA-KMT Document 1071-8 filed 05/09/18 USDC Colorado pg 34 of 248

Page 50

```
1                    C. OUWERKERK
2            MS. SMALLS:  Yes.
3   EXAMINATION BY
4   MS. SMALLS:
5        Q.  We talked generally about your conversations
6   with an APIA representative in South Africa; is that
7   correct?
8        A.  Yes, that's correct.
9        Q.  Was there just one representative in South
10  Africa?  Were there multiple people in South Africa
11  that you met with from APIA?
12       A.  I only met with one.
13       Q.  How did you come to meet with the APIA
14  representative?
15       A.  I went to one office -- (inaudible).
16            MR. TUCKER:  We couldn't hear that.
17       A.  There's only one APIA office in my city, so I
18  went there and she was there.
19       Q.  Okay.  So you came to the office on your own
20  to inquire about the program?
21       A.  That's correct.
22       Q.  What did she tell you about the program?
23       A.  She told me about the wonderful experience
24  that I will have, about all the money that you would
25  make, and, yeah, just what a wonderful cultural
```

Page 51

```
1                    C. OUWERKERK
2   experience you would have.  That is pretty much what
3   she told us.
4        Q.  What did she tell you you would make in terms
5   of the stipend?
6            MR. TUCKER:  Objection to the form.
7        A.  She said that we would make between 200 and
8   250 dollars a week.
9        Q.  Okay, and if you met the special
10  qualifications to be an au pair Extraordinaire, how
11  much would you make?
12       A.  250, but I didn't actually know about the
13  special -- about the Extraordinaire at the time.
14  When I had given her all my details, she told me
15  that I would be able to be an Extraordinaire, and
16  that's when I asked for more details.
17       Q.  You talked about how she described the
18  program to you when you first went to the Au Pair in
19  America office.
20            Having participated in the program, did it
21  match how she described it to you?
22       A.  Yes and no.  I would say there were some
23  things that she did not explain to us, but after
24  that we found out once we got overseas, but in terms
25  of the experience and the cultural experience with
```

Page 52

```
1                    C. OUWERKERK
2   the family, yes.
3        Q.  What were the things that were not explained
4   to you that you only found out upon arrival in the
5   United States?
6        A.  Tax was a big thing for me.  I was unaware
7   that we had to pay so much tax and also the driver's
8   license wasn't fully explained.  We were told we
9   needed to take international driver's license, which
10  is something we had to pay for here, and when I got
11  to Maryland, I was told that that initial driver's
12  license doesn't exist or doesn't actually matter to
13  the officials.
14       Q.  But with respect to the pay and duties of the
15  au pair program and the role of serving as an pair,
16  how does that match what was presented to you when
17  you spoke with the Au Pair in America
18  representative?
19       A.  It was a very good match.  If anything, I
20  didn't realize I would have as much down time as I
21  did and also, I guess, maybe it was just me, but, I
22  think I expected more within terms of classes for us
23  to participate in.
24       Q.  At any point did you have any concern about
25  your pay and whether you were earning minimum wage?
```

Page 53

```
1                    C. OUWERKERK
2        A.  Yes.  One of the au pairs mentioned to me
3   that the au pairs' wage had not been raised within
4   the last eight years.  I'm not too sure if that is
5   true or not, but that's what was said, and I did
6   inquire at the time and did find that in Maryland we
7   were not earning minimum wage -- (inaudible).
8            MR. TUCKER:  Sorry.  We didn't hear that
9        over here.  Can you say the last part of your
10       response, if you could.
11       A.  Okay.  So, yes, I did realize.  I was told
12  that au pairs' salary hadn't been raised over the
13  last eight years.  Whether that's true or not, I am
14  not too sure.  I did Google to see whether we were
15  earning minimum wage and what I found was that we
16  weren't.
17       Q.  Did that concern you?
18       A.  It frustrated me because we all live in a
19  society where prices are going up and so it is
20  becoming more expensive for au pairs to live.  Yes,
21  I did find it concerning.
22            MS. SMALLS:  Can you repeat the last.  I
23       don't know if the court reporter did, but I
24       didn't get it.
25            MR. TUCKER:  We didn't get it over here
```

Movant's App. 000034

CARA ALICE KHANYISILE OUWERKERK - 04/06/2018   Pages 54..57

---

Page 54

C. OUWERKERK

2  either.
3     A. That it did concern with me. Especially the
4  fact knowing that prices are all going up and that
5  the au pairs' salary is not going up with those
6  prices, it makes it difficult to live with that
7  salary if, you know, with inflation.
8     Q. When you learned that you were not being paid
9  minimum wage, did you feel you should be paid
10  minimum wage?
11          MR. TUCKER: Objection to the form.
12     A. Yes, I did feel that.
13          MS. SMALLS: That is all I have.
14          MR. TUCKER: Okay. Just a couple of
15          follow-up questions.
16  CONTINUED EXAMINATION BY
17  MR. TUCKER:
18     Q. Ms. Ouwerkerk, do you know what the minimum
19  wage was in Maryland during your placement?
20     A. I'm not a hundred percent, no, because this
21  was awhile ago that I looked this up.
22     Q. How did you conclude that you were not
23  earning the minimum wage in Maryland?
24     A. Well, I looked at what I was earning and what
25  the other au pairs' salary was, which was 195 and

---

Page 55

C. OUWERKERK

2  divided it up to get our hourly rate and then to see
3  what it said online.
4     Q. Right. You testified earlier that you
5  received a weekly stipend of $250; isn't that
6  correct?
7     A. Yes.
8     Q. If you look at the survey response in
9  Exhibit 5, can you take that out? Do you see the
10  question 79? It's on the last page.
11     A. Yes.
12     Q. It says that you worked on average 22 1/2
13  hours per week; is that correct?
14     A. Yes.
15     Q. So if you were to figure out your hourly
16  wage, would you take the number 250 and divide it by
17  22.5?
18     A. I did not do that.
19     Q. Okay. How would you do that?
20     A. I think I listed it is an average.
21     Q. Sorry?
22     A. I think I worked it out over the average
23  based on what a friend of mine was working.
24     Q. But it was not based on the hours you were
25  working?

---

Page 56

C. OUWERKERK

2     A. No.
3     Q. Okay. If we were to do it based on the hours
4  you were working, is that the way to determine your
5  hourly rate?
6     A. Can you please clarify.
7     Q. Well, I believe you just testified in
8  determining whether or not you were receiving at
9  least the Maryland minimum wage, you calculated what
10  your friend was working; is that correct?
11     A. Yes.
12     Q. But you didn't calculate what you were
13  working; is that correct?
14     A. No.
15     Q. So I am saying if we were to calculate your
16  hourly wage, how would we do that?
17     A. I would do that by taking that 250 and
18  dividing it by the 22.5.
19
20
21          (Continued on the next page
22           to accommodate the jurat.)
23
24
25

---

Page 57

C. OUWERKERK

2     Q. And if that number is greater than the
3  Maryland minimum wage at the time during your
4  placement, does that mean you would have received
5  greater than the minimum wage?
6     A. Yes.
7          MR. TUCKER: I don't have any other
8          questions. Dawn, do you have anything
9          further?
10          MS. SMALLS: No.
11          MR. TUCKER: Okay. Thank you,
12          Ms. Ouwerkerk, very much. Thank you very
13          much for participating here. We are going to
14          go off the record now.
15          (Time Noted: 3:19 p.m.)
16
17          _____
18          CARA ALICE KHANYISILE OUWERKERK
19  Subscribed and sworn to before me
20  this ___ day of _____, 2018.
21  _____
22  Notary Public
23
24
25

---

Movant's App. 000035

Page 58

```
 1              I N D E X
 2
 3   WITNESS          EXAMINATION BY      PAGE
 4   Cara Alice Ouwerkerk  Mr. Tucker      4, 54
 5   Cara Alice Ouwerkerk  Ms. Smalls      49
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 60

```
 1              E R R A T A   S H E E T
 2
 3   CASE NAME:  BELTRAN, ET AL v. INTEREXCHANGE, INC.,
 4   ET AL
 5   DATE OF DEPOSITION:  April 6, 2018
 6   WITNESS'S NAME:  Cara Alice Khanyisile Ouwerkerk
 7
 8   PAGE   LINE (S)     CHANGE          REASON
 9   ____|_____|_____|_____
10   ____|_____|_____|_____
11   ____|_____|_____|_____
12   ____|_____|_____|_____
13   ____|_____|_____|_____
14   ____|_____|_____|_____
15   ____|_____|_____|_____
16   ____|_____|_____|_____
17   ____|_____|_____|_____
18   ____|_____|_____|_____
19   ____|_____|_____|_____
20   _____
21            CARA ALICE KHANYISILE OUWERKERK
22   SUBSCRIBED AND SWORN TO BEFORE ME
23   THIS _____ DAY OF _____, 20___.
24   _____
25   NOTARY PUBLIC          MY COMMISSION EXPIRES
```

Page 59

```
 1              C E R T I F I C A T E
 2   UNITED STATES DISTRICT COURT  ): ss.
 3   FOR THE DISTRICT OF COLORADO  )
 4        I, KAREN BERESHEIM, a Registered
 5   Professional Reporter, Certified Live Note Reporter
 6   and Notary Public (credentials) within and for the
 7   State of New York, do hereby certify:
 8        That CARA ALICE KHANYISILE OUWERKERK, the
 9   witness whose deposition is hereinbefore set forth,
10   was duly sworn by me and that such deposition is a true
11   record of the testimony given by the witness.
12        Before completion of the deposition,
13   review of the transcript ( ) was  (X) was not requested;.
14   If requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed
16   are appended hereto.
17        I further certify that I am not
18   related to any of the parties to this action
19   by blood or marriage, and that I am in no way
20   interested in the outcome of this matter.
21        IN WITNESS WHEREOF, I have hereunto
22   set my hand this 6th day of April, 2018.
23
24   _____
25          KAREN BERESHEIM
```

**$**

**$100**
45:23 46:9

**$250**
42:7,13,16 43:5,23 44:3
45:2,5,8 55:5

**$50**
45:25

**1**

**1**
8:6 10:18,21

**1/2**
55:12

**100**
46:3

**10:00**
36:10

**10:30**
40:13,16

**12/10/2015**
12:14

**12/10/2017**
12:23

**12:00**
24:14,15,17 37:5

**14**
15:14

**14th**
15:12

**15**
14:18

**15th**
13:23 14:3,5 15:9,12

**18**
15:4

**18th**
15:2

**195**
54:25

**19th**
14:20

**2**

**2**
9:16

**200**
51:7

**2015**
13:23 14:3,18,21 15:4
39:17

**2016**
39:19

**2017**
14:5 15:10,14 39:22

**2018**
57:20

**22**
55:12

**22.5**
55:17 56:18

**250**
51:8,12 55:16 56:17

**2:00**
34:20 37:5

**2:50**
34:20

**3**

**3**
11:2,16

**30**
26:23

**3:00**
23:14 24:14,20 32:14
33:5 34:25 37:3

**3:05**
49:15

**3:19**
57:15

**3:30**
23:15 32:15 33:5 34:25

**4**

**4**

11:8,16

**4:00**
24:18,20 37:3

**4:30**
26:25 27:2

**5**

**5**
11:12,16 12:16,19 55:9

**50**
46:3

**5:30**
41:7

**6**

**6**
12:12,15 18:14 20:10
44:7

**6:00**
39:25 40:19

**6:15**
32:12 33:14

**6:30**
32:12 33:14

**7**

**79**
55:10

**7:00**
35:7 36:8 40:24

**7:30**
34:5,6,8

**7:50**
23:17 31:13 32:14 34:2,8

**8**

**8:00**
23:13,16 24:14 34:19
40:12,14,15,16

**9**

**9:00**
36:8,11 39:25 40:19

**A**

**a.m.**
23:17 40:16

**able**
47:10 48:2,8 51:15

**accommodate**
5:24 56:22

**account**
16:6

**accurate**
9:5 13:12

**activities**
26:2,4,18,22 29:11 30:8

**activity**
26:5,7,9,11 30:9

**actual**
30:5,8,9

**add**
35:19

**addition**
36:3

**address**
4:10

**adjust**
32:18

**Africa**
4:11 14:4 15:12 43:9,12,
17 50:6,10

**after-school**
26:2,4,17,22,24 29:11

**afternoon**
24:15,17 35:24

**afternoons**
36:22

**age**
21:15,22,25 22:4,18

**agent**
43:17

Movant's App. 000037

CARA ALICE KHANYISILE OUWERKERK - 04/06/2018          i2

**agent's**
43:18

**ago**
10:9 54:21

**agreement**
16:19,22 18:21,23 19:19
20:4,9 31:21,22 32:2
44:4

**agreements**
20:11

**aid**
17:15

**Alice**
4:9 57:18

**allowed**
6:17

**aloud**
5:9 44:14

**America**
4:16,18,19,21 7:20 14:3
17:13 39:18 42:9,11,15
43:9 51:19 52:17

**America's**
44:18

**American**
4:15,20 17:14,16

**amount**
38:15 42:4,6,8 43:7 46:3

**answer**
5:3,17,18,25 6:4

**answered**
6:9

**answering**
13:6,9

**answers**
13:12

**APIA**
4:18,19 13:14 16:11 17:4
27:20 30:4,22 32:6 38:25
43:4,9,22 50:6,11,13,17

**apologies**
15:11

**appearing**
7:14,17

**approximate**

21:15 22:18

**approximately**
19:5 21:16 25:21

**area**
28:21

**arrival**
52:4

**arrived**
13:19,23 14:4 15:12
19:15 22:2,4

**Aside**
20:9 41:20 45:10

**asked**
30:15 51:16

**asking**
38:7

**assist**
13:6,9

**assume**
5:19

**attend**
6:18 23:10 26:2,4

**attendance**
6:15

**attended**
28:25

**attention**
12:11

**attorney**
4:13 6:7

**attorneys**
6:16 7:13 10:12

**au**
4:16,18,19,21 10:22
12:13,23 13:14,22 16:24
17:11,12 18:21 20:2
28:21,23 29:4 30:17
42:9,11,15,18,23 44:15,
17,18,21,23 46:11,12,17,
18 51:10,18 52:15,17
53:2,3,12,20 54:5,25

**audio**
25:16

**average**
55:12,20,22

**aware**
16:5 43:25

**awhile**
54:21

---

**B**

**babysit**
35:25 36:5

**babysitter**
27:9

**babysitting**
35:20

**back**
14:4 15:12 20:24 21:2
40:18 49:22

**background**
42:22

**bank**
7:22

**based**
55:23,24 56:3

**becoming**
53:20

**bedroom**
39:5

**bedtime**
33:12

**began**
14:18

**beginning**
13:18

**believe**
33:21 56:7

**best**
5:20

**beyond**
37:11

**big**
52:6

**birthday**
28:23 47:5 48:21

**bit**
16:21

**bonus**
45:15

**box**
44:13

**boxes**
44:11

**boy**
21:18

**break**
5:23,24 6:2,3 31:16 49:9

**breakfast**
29:6

**bring**
33:12

**brought**
35:3

**bunch**
46:9

**business**
4:16,21

---

**C**

**calculate**
56:12,15

**calculated**
56:9

**calendar**
14:23 23:23,24

**camera**
47:5,7

**camp**
24:5,10,12,13,23,25
25:6,9,13,14,17,18,22
29:15,18,24

**camps**
24:15,16,20,24 25:6,10

**can't**
32:17,20 38:3 42:17
43:24 49:17

**car**
47:10,13

**Cara**
4:9 12:14,23,24 57:18

**care**

Movant's App. 000038

17:17,19 18:2 27:6 30:16
37:24 38:8

**case**
7:14

**cash**
41:25 42:3

**celebrate**
28:23

**cell**
47:4,20,23 48:2,5

**change**
36:20 42:4

**changes**
28:22

**check**
41:24

**checks**
41:13

**Chicago**
48:22,23

**child**
17:17,19 18:2 22:19,21
26:8

**children**
21:13,14,16 22:15 24:22
25:25 26:17 27:6 31:5,13
32:13 33:5,17,18,22,24
34:9,21,22,24 36:21
37:25 38:6

**Christmas**
47:3

**city**
50:17

**clarify**
19:7 23:22 31:3 56:6

**class**
39:24 40:4,5,8,18 41:4

**classes**
17:14,19 39:13,16 40:11
52:22

**clear**
4:22 6:4,19,20 15:3,13
21:19 48:13,14

**client**
4:18

**client's**
4:17

**close**
21:24

**cluster**
28:17,19

**collect**
29:9 33:5

**collected**
31:7 32:14 34:9,24

**come**
16:23 42:22 50:13

**comfortable**
21:21

**community**
27:11,13,17 28:7

**companion**
44:16

**complete**
7:5 9:3 12:5

**completed**
9:5 10:17,20

**concern**
52:24 53:17 54:3

**concerning**
53:21

**conclude**
54:22

**confidentiality**
21:13

**confirm**
13:2 26:16

**confused**
38:20

**consent**
8:18

**contact**
27:19,23 28:4,7,10,14

**contacted**
27:25

**continue**
33:7

**continued**
54:16 56:21

**continuing**
25:2

**contract**
18:22 42:2 44:4,6

**conversations**
50:5

**cooking**
39:17,24 40:18 41:3

**copy**
12:8

**correct**
10:10 11:22 13:3,4
14:10,16 15:5,11 16:12,
13 17:2 22:8,14,16,17
23:18 26:18 29:2,24
30:10 33:14,15,19,20,23
34:25 35:4 36:14 37:22
40:20,25 42:19 44:8 45:3
46:4,16 47:22 48:16
50:7,8,21 55:6,13 56:10,
13

**correctly**
18:5 25:4

**couldn't**
50:16

**counselor**
8:13 27:11,13 28:8,14,21

**counselors**
27:17

**count**
38:10,13,18

**country**
16:17

**couple**
19:17 26:12 54:14

**course**
39:17,19

**courses**
39:22

**court**
5:11 6:17 20:25 53:23

**cultural**
50:25 51:25

**culture**
17:14,16

**current**
21:22,25

**cut**
16:21 25:16

_____

**D**

**date**
13:19,21

**Dawn**
49:12 57:8

**day**
24:24 29:14,15,21,23
34:10,12,16 36:23,24
37:4 39:11 40:11 57:20

**days**
18:9 19:17,18 24:25 25:2
40:2 41:3,4,6

**Deakins**
4:13

**decided**
15:22,23 16:14

**defendant**
4:15,20

**depart**
15:7

**departed**
15:9,13 19:16

**depend**
37:5

**deposition**
4:25 5:2 6:16,18,22 7:15,
18

**described**
51:17,21

**details**
10:3 51:14,16

**determination**
32:7

**determine**
32:4 56:4

**determined**
42:8

**determining**
56:8

CARA ALICE KHANYISILE OUWERKERK - 04/06/2018    i4

**didn't**
12:6,7 17:20 20:7 38:21, 22 41:14 48:25 51:12 52:20 53:8,24,25 56:12

**different**
8:15 25:5

**difficult**
54:6

**difficulties**
20:19

**dinner**
29:12

**dinnertime**
33:12

**direct**
12:11

**discuss**
7:13 28:22

**discussed**
10:18

**discussion**
10:7

**discussions**
17:14,20,22 18:2

**divide**
55:16

**divided**
55:2

**dividing**
56:18

**document**
8:5,7,10 9:15,21,24 10:10,13,16,17,25 11:5, 8,12 12:12,19,24 18:14, 18 19:22,25 20:9 44:7,9

**documents**
7:17,19,21 10:21 11:15, 22 12:2 13:6 44:2,4

**doesn't**
28:3 52:12

**doing**
4:15,21

**dollars**
46:3 51:8

**don't**

8:12 17:21 20:17 26:14 38:24 39:3 41:12 49:23 53:23 57:7

**dressed**
29:6

**driver's**
52:7,9,11

**drop**
33:25

**duly**
4:4

**duration**
25:10 26:10

**duties**
29:4 30:2,5,20,23 52:14

___

**E**

**E-E-H-A-R-I**
43:21

**e-mail**
7:24 8:3 16:6

**earlier**
18:6 36:12 37:4,21 41:4 55:4

**earning**
52:25 53:7,15 54:23,24

**earnings**
44:24

**Eastern**
49:15

**Eehari**
43:19

**eight**
22:22 53:4,13

**either**
34:25 54:2

**Eleven**
22:20

**employment**
22:24

**ended**
15:18,19 23:13 24:18 40:12,16

**enjoyed**

16:18

**enters**
6:22

**entertainment**
49:6

**especially**
10:11 37:2 54:3

**evening**
35:25 36:2

**event**
6:21

**exact**
8:2

**exactly**
43:5

**EXAMINATION**
4:6 50:3 54:16

**examined**
4:5

**example**
21:15

**Exhibit**
8:6 9:16 10:18,21 11:2,8, 12 12:12,15,16,19 18:14 20:10 44:7 55:9

**exhibits**
11:16 13:7

**exist**
52:12

**expect**
17:16

**expected**
52:22

**expenses**
48:18 49:6

**expensive**
53:20

**experience**
10:22 42:23 50:23 51:2, 25

**explain**
51:23

**explained**
52:3,8

**extra**
45:18,19,21,22,23,25 46:6,7

**Extraordinaire**
42:18 51:10,13,15

___

**F**

**fact**
54:4

**families**
46:13,15

**family**
14:7,9,19 15:4,8,14,16, 20 16:2,7,15 17:2,5,7,23 18:3,22,24 19:10,16 20:11 21:12 27:9 30:3,6, 11 31:11,12 38:23 39:4, 10 43:5 45:4,7,16,20 46:8,18,24 47:16,19,21 48:5,17 49:5 52:2

**family's**
14:11 21:7,13 34:3 47:10 48:8

**far**
13:13

**father**
14:14 22:11,13 23:8 41:19

**feed**
29:6,12

**feel**
54:9,12

**female**
22:20,22

**fetch**
34:20

**fewer**
37:13,18

**fifth**
44:13

**figure**
55:15

**finally**
11:11

**find**
53:6,21

Movant's App. 000040

**fine**
28:4 49:11

**finish**
12:7 35:6

**finished**
8:7 11:5,13 18:15 24:14
49:9

**first**
4:4 5:8 6:4 17:15 19:5,15
22:6 45:20 51:18

**five**
21:10 36:18 49:18

**five-**
49:8

**follow-up**
54:15

**follows**
4:5

**forced**
39:7

**Foreign**
4:15,21

**form**
8:15,18 51:6 54:11

**forth**
44:18

**found**
51:24 52:4 53:15

**Francisco**
48:23

**frequently**
23:7 37:22

**Friday**
23:19 24:23 25:7 35:21,
23,25 36:2 40:6

**friend**
55:23 56:10

**friends**
30:18 46:17

**front**
12:20

**frozen**
20:20

**frustrated**
53:18

**full**
23:23,24

**full-time**
22:23

**fully**
52:8

**further**
49:24 57:9

---

**G**

**gas**
47:13,16

**gathered**
28:21

**gender**
21:14 22:18

**generally**
50:5

**gestures**
5:12

**gift**
47:5,6,20 48:15,21

**gifts**
46:23 47:2,3

**girls**
23:10

**give**
7:5 29:5 30:4

**given**
5:20 7:2 32:16 51:14

**gives**
10:2

**go**
10:4 20:20 24:25 32:23
34:20 57:14

**goes**
6:6

**going**
4:17 5:6 8:4 9:14 10:24
11:7,11 18:13 20:25
22:3,6 24:9 31:10,15,16,
17,19 40:18 53:19 54:4,5
57:13

**good**
7:11 13:18 15:22,23

16:17 22:3 52:19

**Google**
53:14

**governing**
44:17

**government**
44:23

**great**
11:4

**greater**
42:12 57:2,5

**greet**
28:23

**guess**
49:15 52:21

**guidelines**
20:3

---

**H**

**hadn't**
53:12

**hair**
29:7

**happy**
12:18 19:8

**haven't**
7:16

**hear**
5:14 20:15 32:17 38:3
48:25 50:16 53:8

**heard**
5:19 18:5

**hearing**
33:3

**held**
10:7

**help**
14:24

**history**
39:18

**home**
19:11,16 21:7 23:2,7
29:11 33:9,12 35:4
37:22,25 38:6

**homework**
29:10 32:15,16 33:10

**host**
14:7,9,11,14,19 15:4,7,
14,16,20 16:2,7,10,14,18
17:2,5,7,23 18:21 20:11
21:6,12,13 22:8,23 27:5
30:3,11 31:23,24 32:3
33:17,22 34:3 37:21,24
38:23 39:4,10 41:16,17,
19,20 43:5 45:4,7,15
46:18,23 47:10,16,19
48:5,8,17 49:5

**hour**
26:23,24 27:4 35:12,14
36:13 49:18

**hourly**
55:2,15 56:5,16

**hours**
34:17 36:7,9 37:8,10,11,
14,18,20 38:10,16,17,18,
22 55:13,24 56:3

**house**
22:16 34:4 46:8

**housesitting**
45:12

**hundred**
40:21 54:20

---

**I**

**I'LL**
32:22

**I'M**
20:14 38:7 40:21 53:4
54:20

**inaudible**
13:24 16:20 26:11 29:5
32:16 50:15 53:7

**include**
21:8

**inconsistent**
20:2

**individuals**
21:6

**inflation**
54:7

Movant's App. 000041

Case 1:14-cv-03074-CMA-KMT Document 1071 Filed 05/09/18 USDC Colorado Page 42 of 248



Movant's App. 000042

**meetings**
28:11,12,15,17

**memory**
7:9,11 13:13

**mentioned**
49:23 53:2

**met**
50:11,12 51:9

**methods**
41:23

**microphone**
13:25 21:23 32:18

**middle**
8:19

**mind**
5:7

**mine**
55:23

**minimum**
42:16 44:16,22,25 52:25
53:7,15 54:9,10,18,23
56:9 57:3,5

**minute**
20:21 33:3

**minutes**
26:23 49:18

**missed**
26:12

**missing**
9:10

**misspeak**
12:16

**mom**
37:21

**moment**
8:5 10:5,9,25 44:10

**Monday**
23:19 24:23 25:6 34:14

**Monday-through-friday**
35:9

**monetary**
45:11

**money**
50:24

**month**
36:6,19 48:22

**monthly**
28:11,12,25

**months**
24:22

**morning**
40:15

**mother**
14:14 16:10,18 22:11,12
23:8 37:24 41:16,17

**mouth**
21:24

**move**
21:23

**multiple**
50:10

**music**
39:18 40:4

---

**N**

**name**
4:8,12,17 9:10,11,12
21:18 22:10 27:15 28:3
43:18,20

**Nash**
4:14

**necessary**
5:8,17

**need**
5:23,24 6:7

**needed**
32:12 52:9

**neighbor**
45:12

**never**
26:16

**new**
4:5 17:13 18:6,10 28:23
39:18

**night**
30:18 35:20,21,24 37:12

**nights**
29:12

**nods**
5:12

**nonverbal**
5:13

**normal**
36:3

**Notary**
4:4 57:22

**note**
8:13

**Noted**
57:15

**notify**
6:22

**number**
38:10 44:11 55:16 57:2

---

**O**

**oath**
5:3

**Objection**
20:5 51:6 54:11

**observe**
30:22

**occasions**
37:10,18

**occur**
31:10 36:16

**occurred**
18:6,11

**office**
27:23 28:2 50:15,17,19
51:19

**officials**
52:13

**Ogletree**
4:13

**Oh**
25:12 40:16

**okay**
6:23 8:9 9:17,20 11:4,6,
10,14 13:5,23 14:17 15:3
18:17 19:12 22:4,5,21
25:12 31:12 33:13,16
34:24 36:12 41:15 46:20

**49:3,10,12,16 50:19 51:9
53:11 54:14 55:19 56:3
57:11**

**old**
21:17 22:20,22

**older**
23:14 26:24

**oldest**
22:19

**once**
11:13 33:10 35:3 37:9,17
51:24

**ones**
24:16

**online**
55:3

**opposed**
38:16

**orally**
5:8

**order**
21:12

**orientation**
17:8,10,18,24

**outline**
30:7

**outside**
28:15

**Ouwerkerk**
4:9,12 5:1 6:1 7:1 8:1,4
9:1,14 10:1,9,24 11:1
12:1 13:1,25 14:1 15:1
16:1 17:1 18:1,13 19:1
20:1,13 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1,17
33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1
53:1 54:1,18 55:1 56:1
57:1,12,18

**overseas**
51:24

Movant's App. 000043

**P**

**P-A-T-O-N**
   27:16

**p.m.**
   39:25 40:14,19,24 57:15

**page**
   8:19 55:10 56:21

**paid**
   10:12 41:14,15,25 43:7
   46:9 48:22 54:8,9

**pair**
   4:16,18,19,21 10:22
   12:13,23 13:14,22 16:24
   17:12 18:21 22:9 29:4
   30:18 42:9,11,15,18,24
   44:15,18,21,23 46:19
   51:10,18 52:15,17

**pair's**
   28:23

**pairs**
   17:12 28:21,24 46:11,12,
   18 53:2,20

**pairs'**
   53:3,12 54:5,25

**parent**
   22:10

**parents**
   22:8,23 27:5 29:9 31:23,
   24 32:3 33:18,22 41:20

**part**
   10:12 11:17,18 53:9

**participate**
   6:18 13:14 17:8 32:6
   52:23

**participated**
   16:9,11 51:20

**participating**
   13:20 57:13

**participation**
   6:15 14:7,18

**particular**
   17:5 26:21 34:12

**parting**
   47:5,20

**party**
   46:8,15

**Paton**
   27:14,19

**pay**
   41:14,18,21 43:5 45:4,7,
   21 46:6 47:13,16 48:5,
   11,17 49:5 52:7,10,14,25

**payment**
   41:23 42:3

**payments**
   45:11,18

**pending**
   6:2,3,9

**people**
   50:10

**percent**
   40:21 54:20

**perform**
   30:23

**performance**
   30:19

**performed**
   30:5 45:19

**performing**
   46:7

**period**
   7:20 19:9,15

**person**
   8:2 43:10,12,16

**personal**
   47:11,14,17 48:3,18 49:6

**phone**
   47:4,20,23 48:2,5

**photography**
   39:19,20 40:8

**physically**
   38:20

**piano**
   33:11

**pick**
   26:5 33:4

**placed**
   14:6 17:7 18:24 19:3,6
   46:12

**placement**
   15:16 19:7,9,13,14 22:24
   23:3 27:7,20 28:8 30:12
   31:2 39:5,11,14 41:9
   45:11 47:24 54:19 57:4

**placements**
   21:7

**plan**
   48:6

**plane**
   49:3

**please**
   4:8,10 6:22 8:5,8 10:5,25
   11:4 12:17 18:16 23:22
   31:3 43:20 44:10 56:6

**point**
   31:15 33:8 38:8 52:24

**possible**
   24:9 42:15

**present**
   17:23

**presented**
   52:16

**preserve**
   21:12

**pretty**
   51:2

**previous**
   46:18

**prices**
   53:19 54:4,6

**private**
   6:11 39:5

**profile**
   16:8

**program**
   13:15,21,22 14:4,18
   15:8,18,19 20:3 44:19
   50:20,22 51:18,20 52:15

**programs**
   44:18,23

**prohibited**
   42:12

**properly**
   30:17

**provide**
   39:4,10

**provided**
   13:2,12 47:19

**Public**
   4:4 57:22

**purpose**
   4:25

**purposes**
   13:20 47:11,14,17 48:3

**push**
   37:4

**put**
   32:9

**Q**

**qualification**
   42:24

**qualifications**
   42:25 51:10

**question**
   5:14,15,18,25 6:3,4,9
   12:17 13:18 20:15 21:2
   22:3 38:18 55:10

**questionnaire**
   11:17,18

**questionnaires**
   12:5

**questions**
   5:2,3,6,9 12:2 13:3,6,10
   21:11 49:24,25 54:15
   57:8

**quite**
   8:2 23:8

**R**

**raised**
   53:3,12

**Ramona**
   43:19,22

**Ramona's**
   43:20

**rate**
   55:2 56:5

Movant's App. 000044

CARA ALICE KHANYISILE OUWERKERK - 04/06/2018          i9

read
  10:10 20:25 21:3 44:14

reading
  9:23 10:11

realize
  52:20 53:11

really
  16:16 17:20

reason
  7:4

recall
  18:10 20:8 27:25 42:17
  43:24 44:5 45:22

recap
  35:22

receive
  41:8,11 42:16 44:16,22,
  25 45:11,15,18 46:23
  47:2

received
  7:24 44:2 45:21 46:6
  47:3,4,5 48:14 55:5 57:4

receiving
  42:12 56:8

recess
  20:22 32:25 49:20

recollection
  5:20 14:25

reconvene
  49:14

record
  4:8,10 10:4,8 15:3,13
  20:21,24 21:3 32:23
  44:14 48:14 49:22,23
  57:14

recorded
  5:13

refer
  4:18 21:14,17

referring
  4:20 16:2,25 28:17 44:7

refresh
  14:24

regarding
  10:21

regards
  27:23

regulations
  44:17

rely
  13:5

remember
  5:17 8:2,12 9:23 10:11
  26:24

repeat
  5:14 12:17 25:16 38:4
  53:22

rephrase
  5:16

reporter
  5:11 6:17 20:25 21:4
  53:23

represent
  4:14

representative
  16:11 17:4 27:20 30:4,22
  32:6 38:25 43:4 50:6,9,
  14 52:18

representatives
  17:12

reread
  20:16

resided
  21:6

residing
  19:11

respect
  52:14

respond
  5:8

response
  33:7 38:3 53:10 55:8

responses
  5:13 11:21,24 13:3

responsibility
  38:2,5

responsible
  31:20

resume
  31:17

review
  7:17 8:6 10:16,21 11:4
  19:19

reviewed
  8:9 9:18,20 10:14 11:9
  19:23

reviewing
  8:7 11:13 18:15

right
  31:9 48:15 55:4

Robert
  4:12

role
  52:15

room
  6:11,13,22 39:7

rules
  30:12,13,14

---

**S**

safely
  29:12

salary
  53:12 54:5,7,25

San
  48:23

Saturday
  35:20 36:2

saw
  38:2

saying
  16:6 19:2 25:5 31:25
  34:18 35:23 56:15

says
  12:13,14 55:12

schedule
  23:12,21 24:12 30:25
  31:4,13,18 32:4,9,11
  35:8,9 36:3,20 37:6
  38:14 39:24 40:5,9

scheduled
  37:7,11,13 38:17 40:23

school
  23:10,12,13,16,21,24
  24:3 25:25 29:8,9 31:7,8,

14 32:13,14,15 33:17,18,
22,24 34:4,9,25

seasonal
  23:21

second
  32:24

section
  9:10

see
  8:18,19,24 12:14 32:22
  44:10 53:14 55:2,9

seen
  8:10,14 9:21 11:15 18:18

semester
  26:19,20,21

sense
  26:14,15

sent
  8:3,6 9:15 11:2

served
  13:13

serving
  52:15

set
  28:20 30:11 44:18,22
  47:5,7

seven
  21:16 34:17

seven-year-old
  21:18

share
  39:7

side
  37:6 44:11

sign
  18:23

signature
  8:20,22,25

signed
  19:2,20 20:3

simply
  5:18,23 6:8

sitting
  7:4

Movant's App. 000045

Case 1:14-cv-03074-CMA-KMT Document 1071 Filed 05/09/18 USDC Colorado Page 46 of 248



Movant's App. 000046

**tried**
7:19 34:14

**trouble**
33:3

**true**
53:5,13

**truthful**
7:5

**try**
16:20,23 36:22

**Tucker**
4:7,13 8:16 10:4 20:12,
18,24 32:23 49:8,12,14,
17,22 50:16 51:6 53:8,25
54:11,14,17 57:7,11

**tutoring**
24:19 36:21 37:3

**twice**
37:9,17 40:10

**two**
14:12,13 22:15 25:2,15,
19,21 29:17,20 36:9,19
41:13 42:23 46:11,20

---

**U**

**um**
9:25 12:9 14:20 20:7
23:22 35:12,19 36:21
37:20

**unaware**
52:6

**understand**
5:4,9,15,21 6:25 10:13
12:3 19:22 20:7 25:4
42:20 44:15,21

**understanding**
20:2

**understood**
5:19 8:16 12:11 25:4,21
26:12 38:7 41:15

**United**
13:19,22 52:5

**use**
47:10,23 48:2,8

---

**V**

**varied**
24:13

**verbal**
31:21

**Victoria**
27:14

**Victoria's**
27:15

**visa**
27:24

---

**W**

**wage**
52:25 53:3,7,15 54:9,10,
19,23 55:16 56:9,16
57:3,5

**wait**
6:8 35:22

**wake**
31:5 33:13

**want**
12:11 13:2 20:15 48:13
49:10,14

**wasn't**
52:8

**way**
8:14 56:4

**website**
43:11,13,25

**Wednesday**
40:3

**Wednesdays**
40:20,22

**week**
25:3,8 33:10 34:10,13
38:11,19 40:2,10,24
41:11,14 45:8 51:8 55:13

**weekend**
35:13,15,18 37:12 40:6
45:21

**weekends**
35:11 36:13

**weekly**
41:8 44:16,22 45:10 55:5

**weeks**
25:11,12,15,19,22 29:18,
20 40:10,22 41:13 45:18

**went**
35:8 38:14 45:20 50:15,
18 51:18

**weren't**
24:3 25:9,14,17,18 26:6
29:18 53:16

**witness**
4:3 10:6 20:14 49:11,16

**wonderful**
50:23,25

**words**
26:13 48:25

**work**
12:9 23:2,7 30:25 31:4
35:11,17 36:13 37:7,11,
13,19 41:4 45:19 46:7

**worked**
37:12,22,25 38:10,16,19
55:12,22

**working**
31:19 35:3,6,23 38:6
40:24 41:6 42:22,23
55:23,25 56:4,10,13

**wouldn't**
25:11

**write**
38:21

**writing**
32:9

**written**
20:10 43:11,13

---

**Y**

**yeah**
12:9 50:25

**year**
23:23,24 25:25 45:20

**years**
21:16 22:20,22 42:23
53:4,13

---

**York**
4:5 17:13 18:6,10 39:18

**younger**
22:21 23:14 24:18 37:3

Movant's App. 000047

Transcript of the Testimony of


**BEATRIZ FUESTE**
**April 5, 2018**



**Johana Paola Beltran, et al.**
**v**
**Interexchange, Inc., et al.**


# Diane Scholl, RMR



*Diane Scholl, RMR*
**Hansen and Company, Inc.**
Registered Professional Reporters
1600 Broadway, Ste. 470
Denver, Colorado 80202
Phone (303) 691-0202 * Fax (303) 691-2444



Movant's App. 000048

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 49 of 248

Movant's App. 000049

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 1:14-cv-03074-CMA-KMT

VIDEOCONFERENCE DEPOSITION OF: BEATRIZ FUSETE -
APRIL 5, 2018

JOHANA PAOLA BELTRAN; et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.,

Defendants.

PURSUANT TO NOTICE AND AGREEMENT, the videoconference deposition of BEATRIZ FUSETE was taken on behalf of the Defendants at 1700 Lincoln Street, Suite 4650, Denver, Colorado 80203, on April 5, 2018 at 2:55 p.m., before Diane K. Scholl, Registered Professional Reporter and Notary Public within Colorado.

Page 2

A P P E A R A N C E S

For the Plaintiffs       SEAN A. PETTERSON, ESQ.
(via                     Boies, Schiller & Flexner LLP
videoconference):        575 Lexington Avenue, 7th Floor
                         New York, New York  10022
                         212.446.2300
                         spetterson@bsfllp.com
For the Defendants:      ROBERT M. TUCKER, ESQ.
                         Ogletree, Deakins, Nash, Smoak &
                         Stewart, P.C.
                         Wells Fargo Center
                         1700 Lincoln Street, Suite 4650
                         Denver, Colorado  80203
                         303.764.6800
                         steven.reid@ogletreedeakins.com

Page 3

I N D E X
                                                    PAGE
EXAMINATION OF BEATRIZ FUSETE:
April 5, 2018
By Mr Reid                                         4, 55
By Mr Petterson                                   48, 59

                     INITIAL
DEPOSITION EXHIBITS                  REFERENCE

Exhibit 1   Consent to Join (Pursuant to 29
            U S C  Section 216(b)), 11/02/2017      8
Exhibit 2   Notice of Your Right to Join
            Lawsuit for Unpaid Wages,               4
Exhibit 3   Survey:  Au Pair:  Beatriz Fusete,
            [2/20/2018]                              9
Exhibit 4   Survey:  Au Pair:  Beatriz Fusete,
            [2/28/2018]                             10
Exhibit 5   Highly Confidential - Attorneys
            Eyes Only Host Family and Au
            Pair/Companion Agreement,              12
            (Attached to deposition transcript )

PREVIOUSLY MARKED DEPOSITION EXHIBITS:        INITIAL
                                             REFERENCE
(None)


            INFORMATION TO BE PROVIDED:
                   (None)

QUESTIONS DEPONENT INSTRUCTED NOT TO ANSWER:
                   (None)

Page 4

1    WHEREUPON, the following proceedings were taken
2  pursuant to the Federal Rules of Civil Procedure:
3       (Deposition Exhibits 1 through 5 were marked.)
4            BEATRIZ FUSETE,
5  having been first duly sworn to state the whole truth,
6  testified as follows:
7            EXAMINATION
8  BY MR. REID:
9       Q.  Hi, Ms. Fusete.  My name's Steve Reid.  I'm an
10  attorney with Ogletree Deakins, and we represent the
11  Defendant, American Institute for Foreign Studies,
12  doing business as Au Pair in America.  Since my
13  client's name is pretty lengthy, I'm going to refer to
14  my client as APIA, or Au Pair in America.  So when I
15  say APIA or Au Pair in America, I'm referring to the
16  Defendants American Institute for Foreign Studies,
17  doing business as Au Pair in America.  Is that clear?
18       A.  Okay.
19       Q.  We're here to take -- we're here today so I
20  could take your deposition.  As you know, the purpose
21  of a deposition is for me to ask you questions, and for
22  you to answer those questions under oath.  Do you
23  understand?
24       A.  Yes.
25       Q.  Your answers today can be used in this case as

Pages 1 to 4

Movant's App. 000050

Page 5

1   if you were testifying in front of the judge.  You
2   understand that?
3       A.  Yes.
4       Q.  And do you also understand that you've been
5   sworn -- that you've sworn to tell the truth, the whole
6   truth, and nothing but the truth?
7       A.  Yes.
8       Q.  As I ask you these questions, I'm going to ask
9   you to keep a couple instructions in mind.
10      First, and you've already been doing a good
11  job of this, it's necessary that you respond orally and
12  aloud to my questions, rather than just shaking your
13  head.  Do you understand that?
14      A.  Yes.
15      Q.  The court reporter is taking down everything
16  we say, and gestures or nods and other nonverbal
17  responses just cannot be recorded.
18      If you don't hear a question, say so, and I'll
19  repeat it.  If you don't understand a question, just
20  say so, and I'll rephrase it.
21      A.  Okay.
22      Q.  If you do not know or remember the information
23  necessary to answer a question, you can just say so.
24      A.  Okay.
25      Q.  If you do answer a question, I'll assume that

Page 6

1   you heard it, understood it, and have answered to the
2   best of your recollection.  Do you understand that?
3       A.  Yes.
4       Q.  If you need to take a break, just simply tell
5   me, and we can accommodate that.  The only thing I'll
6   ask is that you answer any pending questions before
7   taking a break.  Do you understand that?  Is that
8   clear?
9       A.  Yes.
10      Q.  And the same thing for speaking with your
11  counsel.  If you need to speak with him at any time, I
12  just ask that you answer my question before doing so.
13      A.  Okay.
14      Q.  Are you in a private room?
15      A.  Yes.
16      Q.  Is anybody else in the room with you?
17      A.  No.
18      Q.  Do you understand the instructions that I've
19  given you?
20      A.  Yes.
21      Q.  And is there any reason here today you can't
22  give truthful and complete testimony in this matter?
23      A.  No.
24      Q.  Are you under the influence or -- of any
25  prescription or nonprescription drug which may prohibit

Page 7

1   you from giving truthful and accurate testimony?
2       A.  No, I'm not.
3       Q.  Are you taking any medications that affect
4   your memory?
5       A.  No.
6       Q.  Do you have a good memory?
7       MR. PETTERSON:  Objection.
8       Q.  (BY MR. REID)  You can answer.
9       MR. PETTERSON:  You can answer.
10      A.  I believe so.
11      Q.  (BY MR. REID)  Ms. Fusete, which language --
12  what languages do you speak?
13      A.  Portuguese and English.
14      Q.  Are you able to read English?
15      A.  Yes.
16      Q.  Did you discuss this case with anyone other
17  than your attorney before coming here today?
18      A.  No.
19      Q.  Did you review any documents before coming
20  here for your deposition?
21      A.  No.
22      Q.  How did you learn about this lawsuit when you
23  first learned about it?
24      A.  Excuse me?
25      Q.  How did you first learn about this lawsuit?

Page 8

1       A.  I got an e-mail about it.
2       Q.  Do you remember about when that was?
3       A.  November.
4       Q.  Of 2017?
5       A.  Yes.
6       Q.  Will you please pull up --
7       A.  October, November.
8       Q.  Oh, I'm sorry.  Will you please pull up the
9   exhibit that's marked as Exhibit 1.  I think your
10  counsel e-mailed it to you.
11      MR. PETTERSON:  Yes, I sent --
12      A.  Okay.  The document?
13      MR. PETTERSON:  The X-1.
14      A.  Which one?  The X-1?
15      Q.  (BY MR. REID)  X-1, exactly.
16      A.  Okay.
17      Q.  This has previously been marked as Exhibit 1.
18  Have you seen this document before?
19      A.  Yes.
20      Q.  Can you identify it?
21      A.  Yes.
22      Q.  What is it?
23      A.  It's a document that -- yeah, it's a document
24  that I'm -- I signed to be part of this -- this thing
25  that's going on right now.

Pages 5 to 8

Movant's App. 000051

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

---

Page 9

1  Q. Did you complete this form? Do you remember
2  completing it?
3  A. Yes.
4  Q. And then you said you signed it. Is that your
5  signature there where it says, "DocuSigned by: Beatriz
6  Fusete"?
7  A. Yes.
8  Q. And is the information on the form accurate?
9  A. Yes, it is accurate.
10  Q. Okay. Well, let's skip ahead to Exhibit 3,
11  EX-3. And this was previously marked as Exhibit 3 for
12  this deposition. Have you seen this?
13  A. Okay.
14  Q. Do you have it up in front of you?
15  A. Yes. Right here.
16  Q. Have you seen this document before?
17  A. Yes.
18  Q. And what is this document?
19  A. With all my information from when I was an
20  au pair.
21  Q. Is it fair to say that this was a survey with
22  questions that you responded to?
23  A. Yes.
24  Q. Was this -- was this survey translated into
25  Portuguese for you, or did you complete it in English?

---

Page 10

1  A. In English.
2  Q. Were there any questions that you didn't
3  understand?
4  A. No.
5  Q. Do you remember about how long it took you to
6  complete this survey?
7  A. Excuse me? Remember how long what?
8  Q. About how long did it take you to complete the
9  survey?
10  A. Between 45 minutes to an hour.
11  Q. Did you rely on any documents or e-mails or
12  texts, anything like that, when you were completing the
13  survey?
14  A. No.
15  Q. Did anyone help you answer the questions?
16  A. Excuse me?
17  Q. Did anybody help you answer the questions?
18  A. No. No. All by myself.
19  Q. Are the answers you provided accurate?
20  A. Yes.
21  Q. I want to turn your attention to Exhibit 4,
22  EX-4.
23  A. Okay.
24  Q. And you'll see that this is a similar
25  document. Is it fair to say that this is another

---

Page 11

1  survey that you completed for this case?
2  A. Yes.
3  MR. PETTERSON: Objection.
4  Q. (BY MR. REID) What is -- what is this
5  document, Ms. Fusete, in your words?
6  A. Another document with questions from my period
7  as an au pair.
8  Q. Did you complete the answers to the questions
9  in this document?
10  A. Yes.
11  Q. Did anyone help you complete the answers?
12  A. No.
13  Q. Did you rely on any documents to help you
14  complete the answers?
15  A. No.
16  Q. And are the answers you provided accurate?
17  A. Yes.
18  Q. When did you participate in the APIA au pair
19  program, generally?
20  A. From December 2014 until December 2016.
21  Q. So when were you placed in your first host
22  family, with your host --
23  A. When I -- when -- yeah, December 2014.
24  Q. And what was that family's surname?
25  A. The ███████.

---

Page 12

1  Q. Can you spell that for the court reporter?
2  A. ███████████████.
3  Q. How long did that placement last?
4  A. How long did it what?
5  Q. How long were you with the ███████? How long
6  were you in their home?
7  A. From December 2014 until December of 2016.
8  Q. So two years?
9  A. Yes.
10  Q. And why did your placement conclude? Why did
11  you stop?
12  A. Because the program is two years, and I
13  couldn't continue with them anymore.
14  Q. Let's turn to Exhibit 5, EX-5, please.
15  A. Sure.
16  Go ahead.
17  Q. Have you seen this document before?
18  A. Let me read first.
19  Q. Sure.
20  (A pause occurred.)
21  MR. PETTERSON: Can we go off the record for
22  just one second?
23  MR. REID: Sure.
24  (Discussion off the record.)
25  MR. REID: All right. Thank you.

Pages 9 to 12

Movant's App. 000052

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 13

1  MR. PETTERSON: We can go back on.
2  MR. REID: All right. So we're back on the
3  record.
4  A. I don't remember -- I don't remember this
5  document.
6  Q. (BY MR. REID) You don't remember seeing this?
7  A. But reading, it's something I
8  would have signed when I started.
9  Q. Is there anything in here that's inconsistent
10  with your understanding of the au pair program
11  guidelines, referring to Exhibit 5?
12  MR. PETTERSON: Objection.
13  Q. (BY MR. REID) You can answer.
14  A. This is pretty accurate with everything, with
15  all the -- all the rules for the au pair program.
16  Q. And aside from this agreement, did you enter
17  into any other contracts or agreements with the
18  ▬▬▬▬▬▬?
19  A. Besides from that?
20  Q. Besides from -- besides this agreement, did
21  you sign any -- any agreements with the host family?
22  A. No.
23  MR. PETTERSON: Objection.
24  Q. (BY MR. REID) When you were living with the
25  host family, how many individuals resided in the home,

Page 14

1  generally?
2  A. Six.
3  Q. Including you?
4  A. Including me.
5  Q. I'm going to ask you some questions about the
6  host family which -- with which you were placed in
7  during your participation in the program.
8  Just so we can preserve the confidentiality of
9  the host family's children, I ask that you refer to the
10  children by gender and approximate age. So, for
11  example, if one of the children was John Smith, about
12  7 years old, I'd ask you refer to him as the 7-year-old
13  boy instead of by his name. Is that clear?
14  A. Okay.
15  Q. Are you comfortable with that?
16  A. Yes.
17  Q. Can you identify the -- each of the
18  individuals in the home by relationship, meaning, you
19  know, there was a host mother, host father, and then
20  each of the children by approximate age at the time of
21  your placement?
22  A. Host mom, host father, a 5 years old, a
23  6 years old, and an 8 years old.
24  Q. What gender was the 5-year-old?
25  A. A woman.

Page 15

1  Q. And then the 6-year-old --
2  A. Or --
3  Q. -- girl or boy?
4  A. Boy.
5  Q. And the 8-year-old?
6  A. A girl.
7  Q. Did any of your host parents not have
8  full-time employment during your placement?
9  A. Both of them had full-time employment.
10  Q. Did either of them work from home on a regular
11  basement -- basis?
12  A. Yes.
13  Q. Who worked from home?
14  A. The mom.
15  Q. Did she work from home every day?
16  A. Every day.
17  Q. Did she have an office separate in the house?
18  A. No. Her office was in the house.
19  Q. Was it a closed door office that she could go
20  into to perform her work?
21  A. Yes.
22  Q. And just -- just generally, what -- what type
23  of profession was she in?
24  A. A business. Business adminis -- yeah,
25  business.

Page 16

1  Q. That's fine. Did any of the children attend
2  school or day-care or camp during your placement?
3  A. Yes.
4  Q. Which of the children attended school?
5  A. All of them.
6  Q. So they were all in elementary school the
7  whole time you were there?
8  A. No.
9  Q. Who wasn't in elementary school?
10  A. The 6 years old and the 8 years old.
11  Q. What kind of school were they in?
12  A. A Montessori.
13  Q. And then the 5-year-old girl was in a local
14  elementary school?
15  A. She was also in the Montessori, but not
16  elementary school. Preschool.
17  Q. Did anybody else provide childcare to these
18  children other than you or the host parents?
19  A. No.
20  Q. Was there ever a babysitter or a friend or
21  something -- someone like that that helped out
22  occasionally?
23  MR. PETTERSON: Objection.
24  A. Well, the grandma went for a week, but that
25  was it.

Pages 13 to 16

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Movant's App. 000053

Johana Paola Beltran, et al.

BEATRIZ FUESTE

Interexchange, Inc., et al.

April 5, 2018

---

Page 17

1    Q.  (BY MR. REID)  So during the two years that
2   you were there, grandma was there for one week?
3        MR. PETTERSON:  Is that a question?
4        A.  For two weeks, two weeks two different years,
5   so one week one year, another week another year.
6        Q.  (BY MR. REID)  And when you say a week, was
7   that like Sunday to Saturday, or do you remember
8   exactly how many days?
9        A.  Yeah, Sunday to Saturday.
10       Q.  And was she staying with the family during
11   that time?
12       A.  Yes.
13       Q.  Did you receive a weekly stipend during your
14   placement?
15       A.  I don't understand that.
16       Q.  Did you receive a weekly payment during your
17   placement?
18       A.  Yes, a weekly payment.
19       Q.  And did you get it every single week?
20       A.  Every single week.
21       Q.  Who paid that payment to you?
22       A.  A debit, like an automatic in my account.
23       Q.  So it was directly deposited into your
24   account, correct?
25       A.  Yes.

---

Page 18

1        Q.  And do you know who -- who was depositing that
2   money into your account?
3        A.  The host mom.
4        Q.  Did anyone other than your host family ever
5   pay you your stipend?
6        A.  No.
7        Q.  And was there ever any other method of payment
8   other than direct deposit?
9        A.  No.  Always direct deposit.
10       Q.  Did the amount of your weekly payment ever
11   change?
12       A.  No.
13       Q.  And what was that payment amount?
14       A.  I'm not -- 109 something.  195.75, the amount
15   the au pair program chose the host family to pay us.
16       Q.  So every week, you got a payment of 195.75?
17       A.  Yes.
18       Q.  All right.  I want to turn your attention back
19   to Exhibit 5.
20       A.  Okay.
21       Q.  So if you look down, there's a -- there's
22   little bullet points that are squares, white squares,
23   so if you look down to the fifth one, I'm going to read
24   a portion of that when you're there.
25       A.  Okay.

---

Page 19

1        Q.  So it says, "An au pair companion is to
2   receive at a minimum the weekly stipend as stipulated
3   by regulations governing au pair programs."
4        Doesn't that mean that 195.75 is the lowest
5   amount a host family could pay, and that a host family
6   could pay more?
7        A.  Yes.
8        MR. PETTERSON:  Objection.
9        A.  Yes.
10       Q.  (BY MR. REID)  So, sorry, just for the record,
11   you said that it means that they could pay more than
12   195.75?
13       A.  (Inaudible reading.)  I don't know.
14       Q.  Well, earlier you said that it does mean that.
15       MR. PETTERSON:  Objection.
16       A.  (Inaudible reading.)  My reading, this says
17   that it's the minimum.  It doesn't mean that they are
18   going to pay more than that.
19       Q.  (BY MR. REID)  Okay.  So it's the minimum, but
20   it allows, based on this language, for the host family
21   to pay more if they wanted.
22       MR. PETTERSON:  Objection.  That's not a
23   question.
24       Q.  (BY MR. PETTERSON)  Correct?  Is that correct?
25   It allows for the host family to pay more than the

---

Page 20

1   minimum if they would like, correct?
2        (A pause occurred.)
3        A.  I believe, yes.
4        Q.  Did you ever ask your host family to increase
5   the stipend?
6        A.  No.
7        Q.  How did you and your host family determine how
8   much money you would be paid?
9        A.  We didn't.  The au pair program
10   specifically -- they determined for us.
11       Q.  Who told you that the au pair program
12   determined that for you?
13       A.  No one.  I read, and that's what it -- that's
14   what it says.  That's what it says:  When you are
15   applying for an au pair program, how much you were
16   going to get paid per week.
17       Q.  Did any APIA representative ever tell you that
18   the host family had to pay you exactly 195.75?
19       A.  I don't -- I don't remember someone looking in
20   my eyes and telling me that.
21       Q.  Did any APIA --
22       A.  Plus --
23       Q.  -- APIA -- I'm sorry?
24       A.  No, no, no.  Go ahead.
25       Q.  Did any APIA representative ever tell you that

---

Pages 17 to 20

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Movant's App. 000054

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                        April 5, 2018

---

Page 21

1    the host family could not pay you or you could not
2    accept more than 195.75?
3         A.  No.  No one ever told me that I could not
4    accept it.
5         Q.  So aside from this weekly payment, did you
6    receive any other monetary payments during your
7    placement, such as a bonus, or spending money, or money
8    to go to the movies, things like that?
9         A.  Yes.  The host family paid me a percentage
10   more to help cleaning the house for the whole family.
11        Q.  How did that work?
12        A.  We talked, and I asked if -- if I do some
13   chores in the house, they would -- aside from the kids,
14   that they would pay me more.
15        Q.  And did -- when did that start?  Was that near
16   the beginning of when you started in the host family's
17   house, or middle?
18        A.  Yeah, I would say it was in the beginning,
19   the -- the first few months.
20        Q.  And did you do these extra chores the entire
21   time that you were with the ████?
22        A.  Yes.
23        Q.  And how much money did they pay you for doing
24   the chores?
25        A.  A hundred dollars extra.

---

Page 22

1         Q.  A week?
2         A.  Yes.
3         Q.  So when you got payment from the ████, you
4    said you got 195.75, and then you would also get a
5    hundred, was that one deposit of 295.75?
6         A.  Yes.
7         Q.  Any other monetary payments during your
8    placement?
9         A.  No.
10        Q.  Did you receive any other benefits during your
11   placement?  And I'll give you some examples here.  Like
12   gifts, personal use of a car, cell phone, computer,
13   gasoline for personal use, clothing, anything like
14   that?
15             MR. PETTERSON:  Objection.
16        A.  Yeah, they paid -- they paid for my phone.
17   They gave me a phone, and they paid for my phone
18   account, and they also -- I was allowed to use their
19   car on my private time.
20        Q.  (BY MR. REID)  Any gifts at all?
21        A.  Holiday gifts, like Christmas, does that
22   count?
23        Q.  Yeah.
24        A.  And birthday gifts.  And birthdays, on my
25   birthday, they also gave me gifts.

---

Page 23

1         Q.  So let's -- let's talk about the gifts first.
2    So is it -- is it true that you had two birthdays while
3    you were living with the ████?
4         A.  Yes.
5         Q.  Do you remember which gifts you received, or
6    what gifts you received from them on your birthdays?
7         A.  Well, on the first year, they just gave me
8    some cash.  I would say it was like $75, $80, something
9    like that, and some cards.
10        Q.  And some what?  I'm sorry.
11        A.  The second one, I got -- cards, birthday
12   cards.
13        Q.  Oh, got it.  Okay.  And then for the second
14   birthday?
15        A.  And the second birthday, three different gift
16   cards and cards.
17        Q.  And so where were the gift cards, do you
18   remember?
19        A.  Outback, Disney Store, and some local store in
20   Hawaii.
21        Q.  And do you remember how much each of these was
22   valued at?
23        A.  The Outback, I think it was 25, Disney Store
24   was 50, and the local store in Hawaii was 50, too.
25        Q.  50, as well?

---

Page 24

1         A.  50, as well, yeah.
2         Q.  And then did you -- you said Christmas, so you
3    celebrated Christmas with them two times, I assume; is
4    that correct?
5         A.  Yes.
6         Q.  And what -- did you receive gifts from them
7    for Christmas?
8         A.  Yeah.
9         Q.  And what were the gifts that you received on
10   the first Christmas with them?
11        A.  Some makeup products.  Some makeup.  Let me --
12   chocolate.  And I think that was it.
13        Q.  And what about the second Christmas with them?
14        A.  Makeup again, some cards, and a winter hat.
15        Q.  Do you have any sort of recollection of -- or
16   knowledge of how much this makeup was valued at?
17        A.  An average, above a hundred dollars.
18        Q.  So for each Christmas, about a hundred dollars
19   in makeup?
20        A.  Yes.
21        Q.  And then you said personal use of the car.
22   How often would you use the car for personal business?
23        A.  Every day.
24        Q.  Where would you -- where would you typically
25   go with it?

---

Pages 21 to 24

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Movant's App. 000055

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

---

Page 25

1      A. Except the weekends, I -- some weekends I
2 could not use the car. To go to school, when I would
3 go to school. To go to stores, or to the movie
4 theater, or to my friend's house, my boyfriend's house.
5      **Q. Did you -- I'm sorry to interrupt.**
6      A. Go to the beach sometimes.
7      **Q. Did you pay for gasoline for the car or did**
8 **they cover that?**
9      A. Yes, I paid for gasoline, except when I -- my
10 driving to go to school, they covered the gas.
11      **Q. And then let's talk about the cellphone.**
12 **About how much -- do you know how much the cellphone**
13 **was worth?**
14      A. I don't know.
15      **Q. What kind of phone was it?**
16      A. It was an iPhone.
17      **Q. Do you remember the -- which number of iPhone**
18 **it was?**
19      A. 5. It was the iPhone 5.
20      **Q. Was it brand new when you received it?**
21      A. Yeah.
22      **Q. It was brand new?**
23      A. Yes.
24      **Q. And then do you know about how much the cell**
25 **phone plan cost?**

---

Page 26

1      A. Less than 200.
2      **Q. Less than 200? Was it -- was it more than**
3 **150?**
4      A. No. Sorry.
5      **Q. That's all right.**
6      A. More than 150, yes.
7      **Q. Was that just an individual cell phone plan?**
8      A. It was a hundred -- no, no. The three adults
9 in the house, it was like between 200 and -- between
10 150 and 200 for three cellphones in the house.
11      **Q. Did they give you any other money for things**
12 **like clothing or entertainment or travel?**
13      A. No.
14      **Q. When you were doing these chores that you said**
15 **you had to do to clean the house, about how much time a**
16 **week did you spend doing that?**
17      MR. PETTERSON: Objection.
18      A. Four hours. Four to 5 hours. Four hours.
19 Four hours.
20      **Q. (BY MR. REID) And can you describe just**
21 **generally what the chores consisted of?**
22      A. Cleaning the bathroom, the -- vacuumed the
23 carpet. Mopping the kitchen floor. That's it.
24      **Q. I want to switch gears here. Who was your**
25 **community counselor, or were there more than one?**

---

Page 27

1      A. I had two. The first one, I'm sorry, I don't
2 remember her name. Ann? I don't know. The second one
3 was Barbara Bacel. Bacel. Bacel. Barbara Bacel.
4      **Q. And aside -- aside from these community**
5 **counselors, did you have contact with anyone else at**
6 **APIA during your participation in the program?**
7      A. Well, by the end of my program in 2016,
8 someone from the office e-mailed me about my flight
9 back home, I can't tell you who was it, and I just
10 answered saying that I didn't. I didn't receive any
11 e-mails.
12      **Q. So other than community counselors, that**
13 **e-mail at the end of your time was the only**
14 **communication you had with APIA representatives?**
15      **(A pause occurred.)**
16      A. Yes.
17      **Q. And how often were you in contact with the**
18 **community counselors, Barb and the first one?**
19      A. The first one, I only had one contact with
20 her. It was right after I got into the host family
21 house. She went there to -- to present herself, and
22 she makes herself available, but she was more a boy
23 actually. And the second one, Barbara, I believe was
24 about for an hour's au pair meeting.
25      **Q. Did you -- was Barbara your community**

---

Page 28

1 **counselor for just the second year? Is that how it**
2 **worked? Or how long was Barbara your community**
3 **counselor?**
4      A. She was my community counselor from May 2000
5 to December 2016.
6      **Q. I think you cut out there. You said May which**
7 **year?**
8      A. May '15 and to December '16.
9      MR. PETTERSON: I'm having trouble seeing
10 Beatriz and hearing her answers. I'm not sure if
11 you're experiencing the same thing, Steve. I --
12      MR. REID: Her video is choppy, yeah.
13      MR. PETTERSON: Can we go off the record for a
14 minute.
15      THE DEPONENT: Is it better now?
16      MR. REID: Why don't we go off the record for
17 a minute.
18      (A break was taken.)
19      MR. REID: All right. We're back on the
20 record.
21      **Q. (BY MR. REID) And the same rules that we**
22 **talked about earlier apply, and you're still under**
23 **oath. Do you understand that?**
24      A. Yes.
25      **Q. And for the record, when you -- when you**

---

Pages 25 to 28

Movant's App. 000056

Johana Paola Beltran, et al.                    BEATRIZ FUESTE
Interexchange, Inc., et al.                       April 5, 2018

---

Page 29

1  talked about your second community counselor, her name
2  was Barbara, can you spell her last name for us?
3      A.  I believe it's B-a-c-e-l.
4      Q.  Thank you.  And you said that you interacted
5  with her about once a month; is that correct?
6      A.  Yes.
7      Q.  Was that in person?
8      A.  Sometimes.
9      Q.  And what was the general subject matter of
10  these conversations?
11      A.  It was mostly to schedule the au pair meeting
12  that it's mandatory every month.  According to her,
13  it's mandatory.
14      Q.  What's a cluster meeting?  Is that what you're
15  talking about?
16      A.  Yes.  Yes, cluster meeting.
17      Q.  Did you ever attend the cluster meetings?
18      A.  Yes.
19      Q.  How often?
20      A.  Well, 10 or 9 out of 12.
21      Q.  And what -- what did they usually talk about
22  at these meetings?
23      A.  Well, most of the meetings, Barbara just met
24  us at the place and left.
25      Q.  And left?

---

Page 30

1      A.  Yes.
2      Q.  What -- so it was just -- oh, so you would
3  just get together with the au pairs.  Barbara would
4  meet you there, and then she would leave?
5      A.  Yes.  Not all of them.
6      Q.  So let's get back to when you were at the host
7  family's house.  What were your general duties?  What
8  did you -- what did you do?
9      A.  With the kids, you mean?
10      Q.  We can start there.  So let's talk about
11  duties with the kids.
12      A.  Well, wake them up.  Feed them breakfast.
13  Drive them to school.  If they are home, prepare their
14  lunch.  If they are not home, then -- during the
15  lunchtime, if they are not home during lunch, when they
16  get back from school, get them snacks, and sometimes
17  help them with their homework.  Cook them dinner.  Make
18  sure that they are -- like if they are playing outside
19  the house, make sure that I know where they are.  Cook
20  them dinner, and then help them with shower at night,
21  and pajama time.
22      Q.  What time did they usually wake up in the
23  morning?
24      A.  Between 6 and 7.  I would say 6:45.
25      Q.  And what time did school start?

---

Page 31

1      A.  8.
2      Q.  So you had about an hour and 15 minutes to do
3  all of that, feed breakfast and get them to school?
4      A.  Yes.
5      Q.  And you said you would prepare lunch if they
6  were home.  When would they be home during the day?
7      A.  Spring break, summertime, or holidays.
8      Q.  And when did school usually get out?  When
9  did -- when did they come home?
10      A.  Hmmm.  3, 3:20.
11      Q.  And then you mentioned showering and PJ time.
12  So when was -- when was -- when was bedtime?
13      A.  Between 8 and 8:30.
14      Q.  And you said that you would make sure that
15  they were -- they were safe when they were playing
16  outside.  What did that consist of?
17      A.  That consisted -- we lived in that community,
18  military base, so that they are not outside the base or
19  not doing anything dangerous like driving the bike in
20  the middle of the street.
21      Q.  And how often were they out playing after
22  school?
23      A.  Every day.
24      Q.  What did you usually do while they were out
25  playing?

---

Page 32

1      A.  Well, two out of three spent most of the
2  afternoon playing outside.  The third one, the oldest
3  one, she was usually inside the house on her computer
4  or watching movies.  So if I was not with her, like
5  talking, doing something with her, I was usually doing
6  some chores related with the kids, or chores for the
7  house.
8      Q.  And if all the kids, let's say -- let's say
9  the oldest was watching a movie, the other two were out
10  playing outside, what would -- what would you be doing
11  if you didn't have any chores left to do?
12      A.  Watching a movie with her or getting ready to
13  cook dinner.
14      Q.  And you said earlier that the host mom worked
15  from home.  When the kids came home after school, did
16  she ever spend any time with them?
17      A.  Yes.  She usually got out of her room and
18  helped with homework, too.
19      Q.  How long was she out of her office, usually,
20  after school helping?
21      A.  Like an hour.  Sometimes a little bit more.
22      Q.  Did she ever help cook dinner?
23      A.  No.
24      Q.  Did these duties ever change, these duties you
25  just talked about?

---

Pages 29 to 32

**Hansen & Company, Inc. Registered Professional Reporters**
**(303) 691-0202 * (303) 691-2444**

Movant's App. 000057

Johana Paola Beltran, et al.                                          BEATRIZ FUESTE
Interexchange, Inc., et al.                                             April 5, 2018

---

Page 33

1     A.  No.  Pretty consistent.
2     Q.  Did your host family have any specific rules
3  for you.
4         (A pause occurred.)
5     A.  No.
6     Q.  And who gave you those duties that you just
7  mentioned?  Was it the host mom or the host dad or
8  somebody else?
9     A.  Both of them.
10    Q.  Did APIA ever give you those duties?
11    A.  No.
12    Q.  Did any APIA representative ever come and
13 supervise your childcare abilities?
14    A.  No.
15    Q.  And how was this -- this schedule you talked
16 about, how was this determined?
17        MR. PETTERSON:  Objection.
18    A.  How it was determined.  Well, by the parents.
19 I believe they talked about it before -- they talked
20 beforehand.
21    Q.  (BY MR. REID)  Do you know whether an APIA
22 representative helped in that schedule at all, making
23 that schedule?
24    A.  I don't think so.
25    Q.  And was that schedule ever written down

---

Page 34

1  anywhere?
2     A.  Yes.  It was on Google Calendar.
3     Q.  Do you have a copy of that still?
4     A.  I don't think so.
5     Q.  Was it on your own individual like Google
6  account?
7     A.  I don't know how it works.  I know that my
8  e-mail was linked in with the parents' e-mail, and it
9  created the Google Calendar where the calendar, all of
10 us would have access.
11    Q.  Did your host family track the actual number
12 of hours of childcare that you were providing?
13    A.  Yes.
14    Q.  How -- where did they track that?
15    A.  Through the Google Calendar.
16    Q.  So the calendar was sort of a schedule, and
17 you were supposed to follow the schedule, correct?
18    A.  Yes.
19    Q.  But then let's say, for example, something
20 changed on the schedule, and you didn't have to provide
21 childcare for -- for an hour one afternoon.  Would
22 there be a writing that would document the actual hours
23 that you worked?
24        MR. PETTERSON:  Objection.
25    A.  No.

---

Page 35

1     Q.  (BY MR. REID)  Do you know whether any APIA
2  representative tracked the hours of childcare that you
3  provided?
4     A.  No.
5     Q.  Were there specific days that you provided
6  childcare?
7     A.  Yes.  Monday through Saturday.
8     Q.  So you told me a schedule earlier that I'm
9  going to assume was Monday through Friday because of
10 the school; is that correct?
11    A.  Yes.
12    Q.  And then what was the schedule like on
13 Saturday?
14    A.  When we were living in D.C., it was from 4,
15 4:30 until 10, 10:30.  When we moved to Hawaii, it was
16 from 6 to 9:30, 10.
17    Q.  6 -- 6 p.m.?
18    A.  6 p.m.
19    Q.  Okay.  So you -- you had personal time on
20 Saturdays up until 4 p.m. when you were in D.C.; is
21 that right?
22    A.  Yes.
23    Q.  And then you had personal time in Hawaii up
24 until 6 p.m. on Saturdays?
25    A.  Yes.

---

Page 36

1     Q.  When did the family move from D.C. to Hawaii?
2     A.  In May 2015.
3     Q.  Now, earlier you said that the kids usually
4  went to bed around 8 to 8:30, so what sort of duties
5  were you doing after that?
6     A.  I was around of duty.
7     Q.  Okay.  So on Saturdays, your schedule in D.C.
8  was more like 4 to when they went to bed, correct?
9     A.  Yes.
10    Q.  And then on Saturdays in Hawaii, your schedule
11 was more like 6 until they went to bed, correct?
12    A.  Yes.
13    Q.  And you said earlier they -- they went to bed
14 between 8 and 8:30, right?
15    A.  Yes.
16    Q.  I want to go back to one of the exhibits,
17 Exhibit 4, if you don't mind.  It's one of the surveys.
18    A.  Okay.  Hold on.
19    Q.  Sure.
20    A.  Exhibit 4.  Okay.
21    Q.  So if you look at the top, it has your name
22 and it has a date, correct?
23    A.  Yes.
24    Q.  And it looks like this was 2-28-18?
25    A.  Um-hum.

---

Pages 33 to 36

Movant's App. 000058

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

---

Page 37

1  Q. Is that the date you filled this out?
2  A. Yes.
3  Q. I want to -- I want to go ahead to skip to
4  Question 30.
5  A. Okay.
6  Q. Question 30, it says, "What was the weekly
7  stipend that you were paid by the host family in U.S.
8  dollars?" And it says, "$200." And you -- you told me
9  earlier that it was 195.75. Why is that -- why is that
10 different here? Why did you say 200 back in February?
11     MR. PETTERSON: Objection.
12 A. Because I -- oh, because I couldn't remember
13 the exact amount. So 197 something. And sometimes
14 they would just pay me 200 instead of 195. They --
15 Q. (BY MR. REID) So did it -- did the payment
16 vary week by week?
17 A. Not week by week, but sometimes.
18 Q. And then we have the extra hundred dollars for
19 doing chores, correct?
20 A. Yes.
21 Q. So is it fair to say that the amount deposited
22 into your account was usually $300 a week?
23 A. Yes.
24     MR. PETTERSON: Objection.
25 Q. (BY MR. REID) All right. And I want to skip

---

Page 38

1  ahead to Question 51 on the next page.
2  A. Okay.
3  Q. So this says, "How many average" -- "How many
4  hours did you work on average per week, not including
5  vacation weeks?" And it says, "40," correct?
6  A. Yes.
7     MR. REID: I'm sorry. Can we go off the
8  record for just a moment.
9     (A break was taken.)
10 Q. (BY MR. REID) All right, Ms. Fusete. We're
11 back on the record, and do you understand that the same
12 rules apply, and that you're still under oath?
13 A. Yes.
14 Q. So let's -- we were looking at Exhibit 4 and
15 Question 51, and you -- you wrote in response to that
16 question that you worked on average 40 hours per week,
17 correct?
18 A. Yes.
19 Q. And how did you -- how did you come up with
20 that -- with that number?
21 A. I calculated the hours that I worked, then --
22 the hours that I remembered that I worked. It can be
23 an hour more, an hour less.
24 Q. How do you define work?
25 A. The times that I was on duty, taking care of

---

Page 39

1  the kids.
2  Q. So you're saying anytime that you were on duty
3  helping with the kids, that was -- that was work time?
4     MR. PETTERSON: Objection.
5  A. Yes.
6  Q. (BY MR. REID) So let's say --
7  A. No. Hold on. You asked me if every -- not
8  every time that I was with the kids I was working, but
9  most of the time I was working.
10 Q. What are some examples of some times you were
11 with the kids that you were not working?
12 A. If I should be working until 8, and we were --
13 and I was in the kitchen grabbing something to eat, and
14 the kids were around and we were talking, or on the
15 weekends when I was eating my breakfast and they were
16 also eating their breakfast.
17 Q. So let's have a -- I want to give you another
18 example. So let's say, for instance, you're sitting
19 there on the couch reading a magazine, and the host
20 father is playing with his kids. Is that -- is that
21 work on your part?
22 A. No, that's not work.
23 Q. So even if it's during the times we talked
24 about earlier, on a weekday before bedtime, that still
25 wouldn't be considered work, correct?

---

Page 40

1  A. Say that again, please.
2  Q. So even if -- even if we're talking about a
3  time on a weekday that is before bedtime, if you're
4  just sitting on the couch reading while the dad is
5  playing with the kids, that's not work, is it?
6     MR. PETTERSON: Objection.
7  A. No, because I wouldn't be on the couch reading
8  something if I'm working.
9  Q. (BY MR. REID) Were there times in the
10 evenings where the host father would come home and play
11 with his kids?
12 A. While I was working?
13 Q. Before they went to bed.
14 A. I wouldn't say playing with the kids, but
15 talking to them.
16 Q. Let's -- let's walk through -- we already kind
17 of walked through your schedule. Was that schedule you
18 mentioned the same Monday through Friday?
19 A. Pretty much.
20 Q. And then you said -- basically, on Sunday, you
21 didn't say that you worked, so was Sunday a personal
22 day?
23 A. Yes.
24 Q. When you were staying with the host family,
25 did they provide you with a private bedroom throughout

---

Pages 37 to 40

Movant's App. 000059

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

---

Page 41

1   your placement?
2       A.  Yes.
3       Q.  And did they provide you with three meals per
4   day?
5       A.  Yes.
6       Q.  Let's go to Exhibit 3, which is the other
7   survey exhibit.  Can you please open that.
8       A.  I have a question.  The meals that you -- the
9   meals you're mentioning, the -- if the family provided
10  three meals per day, do you mean by having food in the
11  house or buying the food that I want for my meal?
12      Q.  Did they -- did they buy the food -- even if
13  you prepared the food, did they buy the food that you
14  would eat?
15      A.  They would buy -- they would buy food, but
16  most of the time if I wanted something, you know,
17  specific, I would have to ask.
18      Q.  You would ask for a specific food item?
19      A.  Yes.
20      Q.  And then who would buy it?
21      A.  Either the mom or the dad.
22      Q.  So that food item, even if it's something you
23  had to ask for, that wasn't coming out of your personal
24  funds?
25      A.  No.

---

Page 42

1       Q.  All right.  Let's turn to Exhibit 3, EX-3,
2   please.
3       A.  Okay.
4       Q.  So at the top, just like the other survey,
5   this has your name and a date, correct?
6       A.  Um-hum.  Um-hum.
7       Q.  And on this one, it says February 20, 2018.
8   Do you remember that the other one, Exhibit 4, was
9   February 28th, correct?
10      A.  Yes.  Correct.
11      Q.  So this is a little over a week before that.
12  I want to turn your attention to Question 30 again.
13      A.  Okay.
14      Q.  So on Question 30, it says, "What was the
15  weekly stipend that you were paid by the host family in
16  U.S. dollars?"  And it says, "$200."  So that's
17  consistent with what you put in the other survey,
18  correct?
19      A.  Yes.  Correct.
20      Q.  And then let's turn to Question 51, please.
21      A.  Okay.
22      Q.  It says, "How many hours did you work on
23  average per week, not including vacation weeks?"  And
24  here you put "30."  Now, on the other survey, you
25  put --

---

Page 43

1       A.  Yeah.  I put 40 on the other survey, yes, and
2   I would say --
3           MR. PETTERSON:  Hold on a second.  Let him ask
4   you a question before you start.
5       A.  Okay.  Sorry.
6       Q.  (BY MR. REID)  I know you have an idea of what
7   I'm asking, so --
8       A.  Yes.
9       Q.  -- why did you put 40 -- 30 on this survey,
10  and then eight days later put 40 on the other survey?
11      A.  That was probably a mistype area.
12      Q.  Okay.  So I want to walk through your
13  schedule.  You said -- and we're going to talk about
14  the weekdays first.  So you said on weekdays, the kids
15  would usually wake up at about 6:45, right?
16      A.  Um-hum.
17      Q.  And then they would be in school by 8 a.m.?
18      A.  Yes.
19      Q.  So that's an hour and 15 minutes.  And then --
20  and then you said they would get home from school at
21  3:20 and go to bed between 8 and 8:30; is that right?
22      A.  Yes.
23      Q.  So is it fair to say every day you worked
24  taking care of the kids for roughly six or --
25  six hours, or six hours and 15 minutes?

---

Page 44

1       A.  Yes.
2       Q.  So that's Monday through Friday.  And then you
3   told me that when you were in D.C., on Saturday you
4   would start working at 4 p.m., and you would stop when
5   they went to bed between 8 and 8:30; is that right?
6       A.  Yes.
7       Q.  And then in Hawaii, you would start at about
8   6 p.m. until 8:30; is that right?
9       A.  An average, yes.
10      Q.  So let's just focus on your time in D.C.
11  first.  So if we multiply that six -- six hours,
12  six hours and 15 minutes times 30, that's -- that's
13  between 30 and 32 hours per week on weekdays; is
14  that -- does that sound right?  I mean, you can check
15  the math.
16      A.  Yes.
17      Q.  And then when we're looking at your time in
18  D.C., then you added on another 4.5 hours, roughly, on
19  Saturdays?
20      A.  Not four.  Like six hours on Saturday.
21      Q.  Well, you testified that you started at
22  4 p.m., and that they went to bed about 8:30, correct?
23      A.  Yeah, but -- but the parents were not home
24  until 10, 10:30.
25      Q.  So the kids went to bed, but you were still on

---

Pages 41 to 44

**Hansen & Company, Inc. Registered Professional Reporters**
(303) 691-0202 * (303) 691-2444

Movant's App. 000060

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                     April 5, 2018

---

Page 45

1    duty after they went to bed?
2        A.  Yes.
3        Q.  And what were you doing while they -- after
4    they went to bed?
5        A.  Probably cleaning up after dinner or cleaning
6    up their -- after the kids or just doing my own things.
7        Q.  Okay.  So you had -- you had some leeway on
8    how you can spend that time when the kids were in bed,
9    correct?
10       A.  Yes.
11       Q.  Okay.  So if we add six hours to the 30 to 32,
12   then we're looking at 30 -- 36 to 38 hours a week when
13   you were in D.C.?  Does that seem right to you?
14       A.  Yes.
15       Q.  And because -- because in Hawaii, you started
16   working at 6 instead of 4, you'd be more -- you'd be
17   closer to 34 or 36 hours when you were in Hawaii,
18   correct?
19       A.  Correct.
20       Q.  And some of this time included the time that
21   you were doing chores for the extra compensation; is
22   that right?
23       A.  No.
24       Q.  When did you usually do the chores?
25       A.  The extra chores or the kids' chores?

---

Page 46

1        Q.  So when you were doing chores for the extra
2    hundred dollars, when did you usually do that?
3        A.  Oh, some weeks on my off time, some weeks when
4    I was -- like if the kids were outside playing, and I
5    had nothing else to do, I was doing that kind of
6    chores.
7        Q.  And when you say some weeks, is it 50-50, or
8    how often would you do it when you were taking care of
9    the kids?
10       A.  50-50.  It changed.
11       Q.  How did you locate your host family?
12       A.  I didn't.  They located me.
13       Q.  Can you briefly explain how the match process
14   worked?
15       A.  Well, the au pair had to create a profile on
16   the Au Pair America website and the families are going
17   to read their profile, watch their video, and if they
18   like, you're going to get in touch with the au pair,
19   and that's how I found that -- the family found me.
20       Q.  Did you ever interview with family?
21       A.  Me?  No.  It was always the family
22   interviewing me.
23       Q.  Did any APIA representative match you with a
24   host family?
25       A.  What do you mean, match me with my host?

---

Page 47

1        Q.  Did any APIA representative call you and
2    basically select -- select you for the host family?
3        A.  No.
4        Q.  Before you were placed with the host family,
5    did you have any training, orientation?
6        A.  Yes.
7        Q.  Can you briefly describe this training?
8        A.  It was a week in New York City in a conference
9    room in one hotel and in a -- New York City.
10       Q.  And when did this occur?
11       A.  A week before I got placed in the host
12   family's house.
13       Q.  And when they were giving you childcare
14   training, was it specific to the ███████ children, or
15   was it general childcare training?
16       A.  General childcare.
17       Q.  And just because we were sort of going through
18   a couple different numbers here, I just want to be
19   clear for the record, because we have these two
20   different surveys, how many average -- how many hours a
21   week did you work, on average?
22       A.  Well, on average, 40 hours.
23       Q.  And does that 40 hours include the four hours
24   of extra -- extra time, extra chores that you got paid
25   for?

---

Page 48

1        A.  Sometimes yes, sometimes no.
2        Q.  So sometimes you worked additional hours in
3    order to receive the extra compensation?
4        A.  Yes.
5            MR. REID:  No further questions right now.
6            MR. PETTERSON:  Can we go off the record for a
7    second.
8            MR. REID:  Sure.
9            (A break was taken.)
10           MR. REID:  All right.  We're back.  Oh, go
11   ahead.
12           EXAMINATION
13   BY MR. PETTERSON:
14       Q.  Ms. Fusete, I just have a few questions for
15   you.  Thank you for your time and your patience this
16   afternoon.
17       A.  You're welcome.
18       Q.  Could you pull up Exhibit 3, and let me know
19   when you've done so.
20       A.  Sure.
21           Go ahead.
22       Q.  Okay.  Earlier you testified that you had
23   completed the survey.  Do you recall that?
24       A.  Yes.
25       Q.  Can you go to the last page of the survey,

---

Pages 45 to 48

Movant's App. 000061

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 49

1  please.
2  A.  Yes.
3  Q.  Are you there?
4  A.  Um-hum.
5  Q.  Do you see that you didn't answer Questions 54
6  through 61?
7  A.  Yes, I do see it.
8  Q.  Is it fair to say that you only partially
9  completed this survey?
10  A.  Yes.
11  Q.  Can you pull up Exhibit 4, please, and let me
12  know when you've done so.
13  A.  Go ahead.
14  Q.  Can you see on Exhibit 4 that you completed
15  through Question 89?
16  A.  Yes.
17  Q.  Is it fair to say that you completed this
18  survey fully?
19  A.  Yes.
20  Q.  Thank you.  Earlier, you testified that the
21  parents would be -- that you would work Saturday
22  nights.  Do you recall this?
23  A.  Yes.
24  Q.  And that the parents came home at 10 or 10:30;
25  is that correct?

Page 50

1  A.  Yes.
2  Q.  And what time would the kids go to bed?
3  A.  At 8:30.
4  Q.  And so in the hours when the -- between the
5  kids falling asleep and the parents coming home, did
6  you leave the home?
7  A.  No, I did not.  I was not allowed to.
8  Q.  Were there any other adults there watching the
9  children?
10  A.  No.
11  Q.  You were the sole person caring -- taking care
12  of them; is that correct?
13  A.  Yes.
14  Q.  Earlier you testified that you attended a
15  training in New York.  Do you recall that?
16  A.  Yes.
17  Q.  Were you paid for that time that you spent
18  training?
19  A.  No.
20  Q.  Earlier you testified that you applied through
21  APIA.  Do you recall that?
22  A.  Yes.
23  Q.  And how did you apply?
24  A.  Through exchange agents in Brazil.
25  Q.  Did you submit an application online?

Page 51

1  A.  Yes.
2  Q.  And where did you submit that application?
3  A.  Well, the application I submitted throughout
4  the agents that I contract in Brazil.
5  Q.  Other --
6  A.  They would -- so they were the connector
7  between APIA and me.
8  Q.  And when families would view your profile, how
9  were they able to do so?
10  A.  Excuse me?
11  Q.  Let me rephrase.  Is it correct that families
12  were able to view your application?
13  A.  Yes.
14  Q.  And where would they find that application?
15  A.  Throughout the APIA website.
16  Q.  Earlier you testified that you were able to
17  use a phone for personal use.  Do you recall that?
18  A.  Yes.
19  Q.  Did you ever use a phone to communicate with
20  the host parents?
21  A.  Yes.
22  Q.  Did you ever use a phone to communicate with
23  the host parents about work-related issues?
24  A.  Yes.
25  Q.  Earlier you testified that you used the host

Page 52

1  family's car.  Do you recall that?
2  A.  Yes.
3  Q.  Did you use the host family's car for work-
4  related purposes?
5  A.  Yes, all the time.
6  Q.  Earlier you testified that you received gifts
7  for your birthday and Christmas.  Do you recall that?
8  A.  Yes.
9  Q.  Did you ever give gifts to the host family?
10  A.  Yes.
11  Q.  Did you give them gifts on Christmas?
12  A.  Yes.
13  Q.  Did you give them gifts for birthdays?
14  A.  Yes.
15  Q.  Were you ever told by Au Pair in America that
16  you should contact the community counselor if you had a
17  problem?
18  A.  Yes.
19  Q.  And did you ever have a problem?
20  A.  Yes.
21  Q.  And did you, in fact, contact your counselor?
22  A.  Yes.
23  Q.  Will you describe that process for me, please?
24  A.  Of me contacting the counselor?
25  Q.  Yes.  And then whatever happened subsequently,

Pages 49 to 52

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Movant's App. 000062

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                      April 5, 2018

---

Page 53

1  if anything did happen.
2      A.  While -- well, when we were moving to Hawaii,
3  we had a car accident, and the family contacted
4  counselor that contacted -- that contacted me, so,
5  yeah, I was brought through the family to the
6  counselor's office, and -- you want me to tell the
7  story about what happened with -- between me and the
8  counselor, right?
9      Q.  Please.  What happened between you and the
10  counselor?
11      A.  And then the counselor, she pretty much told
12  me that if I couldn't get it together, if I couldn't
13  make it of this accident better -- not better.  If I
14  couldn't make it up for the accident, she would be able
15  to put me in an airplane back to Brazil within two
16  days.
17      Q.  Did you ask her to put you in an airplane back
18  to Brazil?
19      A.  No, I did not ask her.
20      Q.  So she was the one who raised the possibility
21  of you being sent back to your own country?
22      A.  Yes.
23      Q.  Did you understand that she had the power to
24  do that?
25      A.  Yes.

---

Page 54

1      Q.  Did you want to do that?
2      A.  I did not want to do that.
3      Q.  Earlier you testified that you were told how
4  much you'd be paid while you were in Brazil.  Do you
5  recall that testimony?
6      A.  Yes.
7      Q.  And who told you what you would be paid as an
8  au pair?
9      A.  The representative of APIA in Brazil.
10      Q.  And how much did they say you would be paid?
11      A.  195.75.
12      Q.  Did they ever describe that amount as a
13  minimum?
14      A.  Not as a minimum, but that's -- yeah, that's
15  the minimum that I'm -- that's -- I won't get anything
16  less than that.  That was the minimum, yes.
17      Q.  Did they say that you would get more than
18  that?
19      A.  No, they never told me that.
20      Q.  Did they say that you could negotiate how much
21  you were paid with the family?
22      A.  No.
23      Q.  Did they encourage you to negotiate how much
24  you were paid with the family?
25      A.  No.

---

Page 55

1      Q.  Did you ever discuss how much you would make
2  with the family?
3      A.  No.
4          MR. PETTERSON:  Okay.  I think I have no
5  further questions.
6          MR. REID:  Okay.  I just have a couple more.
7                      EXAMINATION
8  BY MR. REID:
9      Q.  So when you say that they told you that you
10  would be paid the minimum of 195.75, did they tell you
11  that a host family could not pay you more than that?
12          MR. PETTERSON:  Objection.
13      A.  No, they never told me that.
14      Q.  (BY MR. REID)  Do you know whose decision it
15  was to pay you more than that, meaning to pay you the
16  200 that you said you received?
17      A.  No.  I -- I don't know.
18      Q.  Do you believe it was APIA's decision or the
19  host family's decision?
20          MR. PETTERSON:  Objection.
21      A.  Probably the host family's decision.
22      Q.  (BY MR. REID)  And then do you believe it was
23  the host family's decision to pay you the $100 extra
24  per week for doing four hours of chores?
25      A.  Yes.

---

Page 56

1      Q.  Did you -- did you negotiate that extra $100 a
2  week with the host family?
3      A.  No.  They told me that if you want to do that,
4  that's what we can afford.
5      Q.  So when you -- when you approached the host
6  family and asked if you could be paid for doing extra
7  chores, was that something that you went to them on
8  your own, or did someone tell you that you should go to
9  them and ask that?
10      A.  Something I went on my own.
11      Q.  And then they told you that this is how much
12  you would be paid in order to do the chores?
13      A.  Yes.
14      Q.  And then you accepted what they told you, a
15  hundred dollars, as what you would earn, and you
16  accepted to do that?
17      A.  Yes.
18      Q.  You talked about your application when you
19  were in Brazil.  Is it your understanding that the host
20  family was able to view your profile and your
21  application in deciding to hire you?
22      A.  Yes.
23      Q.  You talked -- you testified about your
24  personal phone, and that you sometimes used it to
25  communicate with the host family.  Did you also use it

---

Pages 53 to 56

Movant's App. 000063

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                     April 5, 2018

Page 57

1  to communicate for personal things with friends and
2  other matters?
3      A.  Yes.
4      Q.  How often did you use it to communicate with
5  friends or text message with friends?
6      A.  As often as I used to talk with the family.
7  Every -- pretty much every day.
8      Q.  Were there any restrictions about using it for
9  personal use?
10      A.  Yes.  I was not allowed to call my family in
11  Brazil.
12      Q.  Were you allowed to use the phone for surfing
13  the internet, checking your e-mail?
14      A.  Yes.
15      Q.  And then you testified about the car and using
16  it for your work for the family.  Did you also use the
17  car for personal use?
18      A.  Yes.  Not all the time, but a few -- a few
19  times.
20      Q.  You testified about gifts that you gave to the
21  host family.  Are you able to sort of give an estimate
22  of how much money you spent on those gifts, let's say,
23  on a given Christmas?
24      MR. PETTERSON:  Objection.
25      A.  The same.  An average of 70.  There's $90 for

Page 58

1  all the members of the family.
2      Q.  (BY MR. REID)  You testified about an APIA
3  representative telling you about being put on a plane
4  back to Brazil, correct?
5      A.  Yes.
6      Q.  Was anybody else around to hear that comment?
7      A.  Her secretary, I believe.
8      Q.  Who was -- who was the name of the
9  representative that said this to you?
10      A.  Barbara Bacel -- Bacel.
11      Q.  Oh, it was your community counselor?
12      A.  Yes, my community counselor in Hawaii.
13      Q.  And where were you when she said this?
14      A.  In her office in Hawaii.
15      Q.  And about -- about what month and year was --
16  was this conversation?
17      A.  May 2015.
18      Q.  Was it your understanding when you were with
19  the ▮▮▮▮ family that if they had an issue with your
20  childcare and your abilities, that they could -- they
21  could cancel your relationship with them?
22      A.  Can you repeat this?
23      Q.  Was it your understanding that the ▮▮▮▮
24  could cancel your relationship with them at any time if
25  they wanted?

Page 59

1      A.  Yes.
2      MR. REID:  No more questions.
3          EXAMINATION
4  BY MR. PETTERSON:
5      Q.  I just have a couple of followup, and then
6  we'll be done with you, Beatriz.  Thank you for your
7  time again.
8      A.  That's okay.
9      Q.  Do you recall earlier testifying that you did
10  additional extra chores for the host family?
11      A.  Um-hum.
12      Q.  Was that the same work you did as an au pair
13  or was it different work?
14      A.  A similar work, I would think.
15      Q.  When you were doing this work, were you taking
16  care of the children?
17      A.  No.
18      Q.  Were you cleaning up after the children?
19      A.  I -- I would say so.
20      Q.  Were you driving the children?
21      A.  Not for the extra work that I did for the
22  family.  Driving the kids was part of my au pair
23  duties.
24      Q.  And so your extra work was part of -- were
25  separate duties; is that correct?

Page 60

1      A.  Yes.
2      Q.  So the pay that you received for that, it
3  wasn't extra to your au pair work, but it was separate;
4  is that correct?
5      A.  Yes.
6      Q.  It was almost like a different job; is that
7  correct?
8      MR. REID:  Objection.
9      A.  Yes, we can call it that.
10      Q.  (BY MR. PETTERSON)  Would you call it that?
11      A.  I would say so.  I worked for the same family
12  in the same place, but a different job, that affect
13  kids just as much.
14      MR. PETTERSON:  Okay.  No further questions.
15      MR. REID:  We can go off the record.
16      WHEREUPON, the within proceedings were
17  concluded at the approximate hour of 4:35 p.m. on the
18  5th day of April, 2018.
19          *   *   *   *   *   *

Pages 57 to 60

Movant's App. 000064

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                      April 5, 2018

---

Page 61

1          CERTIFICATION OF DEPONENT
2
3          I, BEATRIZ FUSETE, do hereby certify that I
4   have read the above and foregoing deposition and that
5   the same is a true and accurate transcription of my
6   testimony, except for attached amendments, if any.
7          Amendments attached     ( ) Yes   ( ) No
8
9
          _____
10          BEATRIZ FUSETE
11
12
13  The signature above of BEATRIZ FUSETE, was subscribed
14  and sworn to before me in the county of _____,
15  state of Colorado, this _____ day of
16  _____, 2018.
17
18
          _____
19          Notary Public
20          My commission expires_____
21
22
23  Beltran v. Interexchange, Inc. 04/05/2018 (dks)
24
25

---

Page 62

1          REPORTER'S CERTIFICATE
2   STATE OF COLORADO           )
                               )   ss.
3   CITY AND COUNTY OF DENVER )
4          I, DIANE K. SCHOLL, Registered Merit Reporter
5   and Notary Public, State of Colorado, do hereby certify
6   that previous to the commencement of the examination,
7   the said BEATRIZ FUSETE was duly sworn by me to testify
8   to the truth in relation to the matters in controversy
9   between the parties hereto; that the said deposition
10  was taken in machine shorthand by me at the time and
11  place aforesaid and was thereafter reduced to
12  typewritten form, consisting of 62 pages herein; that
13  the foregoing is a true transcript of the questions
14  asked, testimony given, and proceedings had.  I further
15  certify that I am not employed by, related to, nor of
16  counsel for any of the parties herein, nor otherwise
17  interested in the outcome of this litigation.
18          IN WITNESS WHEREOF, I have affixed my
19  signature and seal this 12th day of April, 2018.
20          My commission expires September 8, 2019.
21
          _____
22          Diane K. Scholl, RMR
          Commission No. 20114057677
23
24
25

---

Pages 61 to 62

**Hansen & Company, Inc. Registered Professional Reporters**
**(303) 691-0202 * (303) 691-2444**

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 63

| A | | | |
|---|---|---|---|

**a.m** 43:17
**abilities** 33:13
  58:20
**able** 7:14 51:9,12
  51:16 53:14 56:20
  57:21
**accept** 21:2,4
**accepted** 56:14,16
**access** 34:10
**accident** 53:3,13,14
**accommodate** 6:5
**account** 17:22,24
  18:2 22:18 34:6
  37:22
**accurate** 7:1 9:8,9
  10:19 11:16 13:14
  61:5
**Action** 1:3
**actual** 34:11,22
**add** 45:11
**added** 44:18
**additional** 48:2
  59:10
**adminis** 15:24
**adults** 26:8 50:8
**affect** 7:3 60:12
**affixed** 62:18
**afford** 56:4
**aforesaid** 62:11
**afternoon** 32:2
  34:21 48:16
**age** 14:10,20
**agents** 50:24 51:4
**agreement** 1:13
  3:12 13:16,20
**agreements** 13:17
  13:21
**ahead** 9:10 12:16
  20:24 37:3 38:1
  48:11,21 49:13
**airplane** 53:15,17
**al** 1:6,9
**allowed** 22:18 50:7

57:10,12
**allows** 19:20,25
**aloud** 5:12
**amendments** 61:6
  61:7
**America** 4:12,14,15
  4:17 46:16 52:15
**American** 4:11,16
**amount** 18:10,13
  18:14 19:5 37:13
  37:21 54:12
**Ann** 27:2
**answer** 3:20 4:22
  5:23,25 6:6,12 7:8
  7:9 10:15,17
  13:13 49:5
**answered** 6:1 27:10
**answers** 4:25 10:19
  11:8,11,14,16
  28:10
**anybody** 6:16
  10:17 16:17 58:6
**anymore** 12:13
**anytime** 39:2
**APIA** 4:14,15
  11:18 20:17,21,23
  20:25 27:6,14
  33:10,12,21 35:1
  46:23 47:1 50:21
  51:7,15 54:9 58:2
**APIA's** 55:18
**application** 50:25
  51:2,3,12,14
  56:18,21
**applied** 50:20
**apply** 28:22 38:12
  50:23
**applying** 20:15
**approached** 56:5
**approximate** 14:10
  14:20 60:17
**April** 1:5,16 3:3
  60:18 62:19
**area** 43:11

**aside** 13:16 21:5,13
  27:4,4
**asked** 21:12 39:7
  56:6 62:14
**asking** 43:7
**asleep** 50:5
**assume** 5:25 24:3
  35:9
**attached** 3:13 61:6
  61:7
**attend** 16:1 29:17
**attended** 16:4
  50:14
**attention** 10:21
  18:18 42:12
**attorney** 4:10 7:17
**Attorneys** 3:11
**au** 3:9,10,12 4:12
  4:14,15,17 9:20
  11:7,18 13:10,15
  18:15 19:1,3 20:9
  20:11,15 27:24
  29:11 30:3 46:15
  46:16,18 52:15
  54:8 59:12,22
  60:3
**automatic** 17:22
**available** 27:22
**Avenue** 2:3
**average** 24:17 38:3
  38:4,16 42:23
  44:9 47:20,21,22
  57:25

| B | | | |
|---|---|---|---|

**B-a-c-e-l** 29:3
**babysitter** 16:20
**Bacel** 27:3,3,3,3
  58:10,10
**back** 13:1,2 18:18
  27:9 28:19 30:6
  30:16 36:16 37:10
  38:11 48:10 53:15
  53:17,21 58:4

**Barb** 27:18
**Barbara** 27:3,3,23
  27:25 28:2 29:2
  29:23 30:3 58:10
**base** 31:18,18
**based** 19:20
**basement** 15:11
**basically** 40:20
  47:2
**basis** 15:11
**bathroom** 26:22
**beach** 25:6
**Beatriz** 1:4,14 3:2,9
  3:10 4:4 9:5
  28:10 59:6 61:3
  61:10,13 62:7
**bed** 36:4,8,11,13
  40:13 43:21 44:5
  44:22,25 45:1,4,8
  50:2
**bedroom** 40:25
**bedtime** 31:12
  39:24 40:3
**beginning** 21:16,18
**behalf** 1:15
**believe** 7:10 20:3
  27:23 29:3 33:19
  55:18,22 58:7
**Beltran** 1:6 61:23
**benefits** 22:10
**best** 6:2
**better** 28:15 53:13
  53:13
**bike** 31:19
**birthday** 22:24,25
  23:11,14,15 52:7
**birthdays** 22:24
  23:2,6 52:13
**bit** 32:21
**Boies** 2:3
**bonus** 21:7
**boy** 14:13 15:3,4
  27:22
**boyfriend's** 25:4

**brand** 25:20,22
**Brazil** 50:24 51:4
  53:15,18 54:4,9
  56:19 57:11 58:4
**break** 6:4,7 28:18
  31:7 38:9 48:9
**breakfast** 30:12
  31:3 39:15,16
**briefly** 46:13 47:7
**brought** 53:5
**bullet** 18:22
**business** 4:12,17
  15:24,24,25 24:22
**buy** 41:12,13,15,15
  41:20
**buying** 41:11

| C | | | |
|---|---|---|---|

**C** 2:1
**calculated** 38:21
**calendar** 34:2,9,9
  34:15,16
**call** 47:1 57:10 60:9
  60:10
**camp** 16:2
**cancel** 58:21,24
**car** 22:12,19 24:21
  24:22 25:2,7 52:1
  52:3 53:3 57:15
  57:17
**cards** 23:9,11,12,16
  23:16,17 24:14
**care** 38:25 43:24
  46:8 50:11 59:16
**caring** 50:11
**carpet** 26:23
**case** 4:25 7:16 11:1
**cash** 23:8
**celebrated** 24:3
**cell** 22:12 25:24
  26:7
**cellphone** 25:11,12
**cellphones** 26:10
**Center** 2:7

Hansen & Company, Inc. Registered Professional Reporters
(303) 691-0202 * (303) 691-2444

Movant's App. 000066

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                      April 5, 2018

Page 64

| | | | | |
|---|---|---|---|---|
| **CERTIFICATE** 62:1 | **cluster** 29:14,16,17 | 31:17 | **court** 1:1 5:15 12:1 | **depositing** 18:1 |
| **CERTIFICATION** 61:1 | **Colorado** 1:2,16,19 2:8 61:15 62:2,5 | **consistent** 33:1 42:17 | **cover** 25:8 **covered** 25:10 | **deposition** 1:4,14 3:6,13,14 4:3,20 4:21 7:20 9:12 |
| **certify** 61:3 62:5,15 | **come** 31:9 33:12 38:19 40:10 | **consisting** 62:12 **contact** 27:5,17,19 | **create** 46:15 **created** 34:9 | 61:4 62:9 |
| **change** 18:11 32:24 | **comfortable** 14:15 | 52:16,21 | **cut** 28:6 | **describe** 26:20 47:7 52:23 54:12 |
| **changed** 34:20 46:10 | **coming** 7:17,19 41:23 50:5 | **contacted** 53:3,4,4 **contacting** 52:7 | **D** | **determine** 20:7 **determined** 20:10 |
| **check** 44:14 **checking** 57:13 | **commencement** 62:6 | **continue** 12:13 **contract** 51:4 | **D** 3:1 **D.C** 35:14,20 36:1 | 20:12 33:16,18 **Diane** 1:17 62:4,22 |
| **childcare** 16:17 33:13 34:12,21 | **comment** 58:6 **commission** 61:20 | **contracts** 13:17 **controversy** 62:8 | 36:7 44:3,10,18 45:13 | **different** 17:4 23:15 37:10 47:18 |
| 35:2,6 47:13,15 47:16 58:20 | 62:20,22 **communicate** | **conversation** 58:16 **conversations** | **dad** 33:7 40:4 41:21 | 47:20 59:13 60:6 60:12 |
| **children** 14:9,10,11 14:20 16:1,4,18 | 51:19,22 56:25 57:1,4 | 29:10 **cook** 30:17,19 | **dangerous** 31:19 **date** 36:22 37:1 | **dinner** 30:17,20 32:13,22 45:5 |
| 47:14 50:9 59:16 59:18,20 | **communication** 27:14 | 32:13,22 **copy** 34:3 | 42:5 **day** 15:15,16 24:23 | **direct** 18:8,9 **directly** 17:23 |
| **chocolate** 24:12 | **community** 26:25 | **correct** 17:24 19:24 | 31:6,23 40:22 | **discuss** 7:16 55:1 |
| **choppy** 28:12 **chores** 21:13,20,24 | 27:4,12,18,25 28:2,4 29:1 31:17 | 19:24 20:1 24:4 29:5 34:17 35:10 | 41:4,10 43:23 57:7 60:18 61:15 | **Discussion** 12:24 **Disney** 23:19,23 |
| 26:14,21 32:6,6 32:11 37:19 45:21 | 52:16 58:11,12 **companion** 19:1 | 36:8,11,22 37:19 38:5,17 39:25 | 62:19 **day-care** 16:2 | **DISTRICT** 1:1,2 **dks** 61:23 |
| 45:24,25,25 46:1 46:6 47:24 55:24 | **compensation** 45:21 48:3 | 42:5,9,10,18,19 44:22 45:9,18,19 | **days** 17:8 35:5 43:10 53:16 | **document** 8:12,18 8:23,23 9:16,18 |
| 56:7,12 59:10 **chose** 18:15 | **complete** 6:22 9:1 9:25 10:6,8 11:8 | 49:25 50:12 51:11 58:4 59:25 60:4,7 | **Deakins** 2:6 4:10 **debit** 17:22 | 10:25 11:5,6,9 12:17 13:5 34:22 |
| **Christmas** 22:21 24:2,3,7,10,13,18 | 11:11,14 **completed** 11:1 | **cost** 25:25 **couch** 39:19 40:4,7 | **December** 11:20,20 11:23 12:7,7 28:5 | **documents** 7:19 10:11 11:13 |
| 52:7,11 57:23 **City** 47:8,9 62:3 | 48:23 49:9,14,17 **completing** 9:2 | **counsel** 6:11 8:10 62:16 | 28:8 **deciding** 56:21 | **DocuSigned** 9:5 **doing** 4:12,17 5:10 |
| **Civil** 1:3 4:2 **clean** 26:15 | 10:12 **computer** 22:12 | **counselor** 26:25 28:1,3,4 29:1 | **decision** 55:14,18 55:19,21,23 | 6:12 21:23 26:14 26:16 31:19 32:5 |
| **cleaning** 21:10 26:22 45:5,5 | 32:3 **conclude** 12:10 | 52:16,21,24 53:4 53:8,10,11 58:11 | **Defendant** 4:11 **Defendants** 1:10,15 | 32:5,10 36:5 37:19 45:3,6,21 |
| 59:18 **clear** 4:17 6:8 14:13 | **concluded** 60:17 **conference** 47:8 | 58:12 **counselor's** 53:6 | 2:5 4:16 **define** 38:24 | 46:1,5 55:24 56:6 59:15 |
| 47:19 **client** 4:14 | **Confidential** 3:11 **confidentiality** 14:8 | **counselors** 27:5,12 27:18 | **Denver** 1:16 2:8 62:3 | **dollars** 21:25 24:17 24:18 37:8,18 |
| **client's** 4:13 **closed** 15:19 | **connector** 51:6 **Consent** 3:7 | **count** 22:22 **country** 53:21 | **DEPONENT** 3:20 28:15 61:1 | 42:16 46:2 56:15 **door** 15:19 |
| **closer** 45:17 **clothing** 22:13 | **considered** 39:25 **consist** 31:16 | **county** 61:14 62:3 **couple** 5:9 47:18 | **deposit** 18:8,9 22:5 **deposited** 17:23 | **Drive** 30:13 **driving** 25:10 31:19 |
| 26:12 | **consisted** 26:21 | 55:6 59:5 | 37:21 | |

Movant's App. 000067

Johana Paola Beltran, et al.                                BEATRIZ FUESTE
Interexchange, Inc., et al.                                 April 5, 2018

59:20,22
**drug** 6:25
**duly** 4:5 62:7
**duties** 30:7,11
  32:24,24 33:6,10
  36:4 59:23,25
**duty** 36:6 38:25
  39:2 45:1

**E**

**E** 2:1,1 3:1
**e-mail** 8:1 27:13
  34:8,8 57:13
**e-mailed** 8:10 27:8
**e-mails** 10:11 27:11
**earlier** 19:14 28:22
  32:14 35:8 36:3
  36:13 37:9 39:24
  48:22 49:20 50:14
  50:20 51:16,25
  52:6 54:3 59:9
**earn** 56:15
**eat** 39:13 41:14
**eating** 39:15,16
**eight** 43:10
**either** 15:10 41:21
**elementary** 16:6,9
  16:14,16
**employed** 62:15
**employment** 15:8,9
**encourage** 54:23
**English** 7:13,14
  9:25 10:1
**enter** 13:16
**entertainment**
  26:12
**entire** 21:20
**ESQ** 2:2,5
**estimate** 57:21
**et** 1:6,9
**evenings** 40:10
**EX-3** 9:11 42:1
**EX-4** 10:22
**EX-5** 12:14

**exact** 37:13
**exactly** 8:15 17:8
  20:18
**examination** 3:2
  4:7 48:12 55:7
  59:3 62:6
**example** 14:11
  34:19 39:18
**examples** 22:11
  39:10
**exchange** 50:24
**Excuse** 7:24 10:7
  10:16 51:10
**exhibit** 3:7,8,9,10
  3:11 8:9,9,17 9:10
  9:11 10:21 12:14
  13:11 18:19 36:17
  36:20 38:14 41:6
  41:7 42:1,8 48:18
  49:11,14
**exhibits** 3:6,14 4:3
  36:16
**experiencing** 28:11
**expires** 61:20 62:20
**explain** 46:13
**extra** 21:20,25
  37:18 45:21,25
  46:1 47:24,24,24
  48:3 55:23 56:1,6
  59:10,21,24 60:3
**eyes** 3:12 20:20

**F**

**fact** 52:21
**fair** 9:21 10:25
  37:21 43:23 49:8
  49:17
**falling** 50:5
**families** 46:16 51:8
  51:11
**family** 3:12 11:22
  13:21,25 14:6
  17:10 18:4,15
  19:5,5,20,25 20:4

20:7,18 21:1,9,10
  27:20 33:2 34:11
  36:1 37:7 40:24
  41:9 42:15 46:11
  46:19,20,21,24
  47:2,4 52:9 53:3,5
  54:21,24 55:2,11
  56:2,6,20,25 57:6
  57:10,16,21 58:1
  58:19 59:10,22
  60:11
**family's** 11:24 14:9
  21:16 30:7 47:12
  52:1,3 55:19,21
  55:23
**Fargo** 2:7
**father** 14:19,22
  39:20 40:10
**February** 37:10
  42:7,9
**Federal** 4:2
**feed** 30:12 31:3
**fifth** 18:23
**filled** 37:1
**find** 51:14
**fine** 16:1
**first** 4:5 5:10 7:23
  7:25 11:21 12:18
  21:19 23:1,7
  24:10 27:1,18,19
  43:14 44:11
**Flexner** 2:3
**flight** 27:8
**floor** 2:3 26:23
**focus** 44:10
**follow** 34:17
**following** 4:1
**follows** 4:6
**followup** 59:5
**food** 41:10,11,12,13
  41:13,15,18,22
**foregoing** 61:4
  62:13
**Foreign** 4:11,16

**form** 9:1,8 62:12
**found** 46:19,19
**four** 26:18,18,18,19
  44:20 47:23 55:24
**Friday** 35:9 40:18
  44:2
**friend** 16:20
**friend's** 25:4
**friends** 57:1,5,5
**front** 5:1 9:14
**full-time** 15:8,9
**fully** 49:18
**funds** 41:24
**further** 48:5 55:5
  60:14 62:14
**Fusete** 1:4,14 3:2,9
  3:10 4:4,9 7:11
  9:6 11:5 38:10
  48:14 61:3,10,13
  62:7

**G**

**gas** 25:10
**gasoline** 22:13 25:7
  25:9
**gears** 26:24
**gender** 14:10,24
**general** 29:9 30:7
  47:15,16
**generally** 11:19
  14:1 15:22 26:21
**gestures** 5:16
**getting** 32:12
**gift** 23:15,17
**gifts** 22:12,20,21,24
  22:25 23:1,5,6
  24:6,9 52:6,9,11
  52:13 57:20,22
**girl** 15:3,6 16:13
**give** 6:22 22:11
  26:11 33:10 39:17
  52:9,11,13 57:21
**given** 6:19 57:23
  62:14

**giving** 7:1 47:13
**go** 12:16,21 13:1
  15:19 20:24 21:8
  24:25 25:2,3,3,6
  25:10 28:13,16
  36:16 37:3 38:7
  41:6 43:21 48:6
  48:10,21,25 49:13
  50:2 56:8 60:15
**going** 4:13 5:8 8:25
  14:5 18:23 19:18
  20:16 35:9 43:13
  46:16,18 47:17
**good** 5:10 7:6
**Google** 34:2,5,9,15
**governing** 19:13
**grabbing** 39:13
**grandma** 16:24
  17:2
**guidelines** 13:11

**H**

**happen** 53:1
**happened** 52:25
  53:7,9
**hat** 24:14
**Hawaii** 23:20,24
  35:15,23 36:1,10
  44:7 45:15,17
  53:2 58:12,14
**head** 5:13
**hear** 5:18 58:6
**heard** 6:1
**hearing** 28:10
**help** 10:15,17 11:11
  11:13 21:10 30:17
  30:20 32:22
**helped** 16:21 32:18
  33:22
**helping** 32:20 39:3
**hereto** 62:9
**Hi** 4:9
**Highly** 3:11
**hire** 56:21

Movant's App. 000068

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 66

**Hmmm** 31:10
**Hold** 36:18 39:7
43:3
**Holiday** 22:21
**holidays** 31:7
**home** 12:6 13:25
14:18 15:10,13,15
27:9 30:13,14,15
31:6,6,9 32:15,15
40:10 43:20 44:23
49:24 50:5,6
**homework** 30:17
32:18
**host** 3:12 11:21,22
13:21,25 14:6,9
14:19,19,22,22
15:7 16:18 18:3,4
18:15 19:5,5,20
19:25 20:4,7,18
21:1,9,16 27:20
30:6 32:14 33:2,7
33:7 34:11 37:7
39:19 40:10,24
42:15 46:11,24,25
47:2,4,11 51:20
51:23,25 52:3,9
55:11,19,21,23
56:2,5,19,25
57:21 59:10
**hotel** 47:9
**hour** 10:10 31:2
32:21 34:21 38:23
38:23 43:19 60:17
**hour's** 27:24
**hours** 26:18,18,18
26:19 34:12,22
35:2 38:4,16,21
38:22 42:22 43:25
43:25 44:11,12,13
44:18,20 45:11,12
45:17 47:20,22,23
47:23 48:2 50:4
55:24
**house** 15:17,18

21:10,13,17 25:4
25:4 26:9,10,15
27:21 30:7,19
32:3,7 41:11
47:12
**hundred** 21:25
22:5 24:17,18
26:8 37:18 46:2
56:15

**I**

**idea** 43:6
**identify** 8:20 14:17
**Inaudible** 19:13,16
**include** 47:23
**included** 45:20
**including** 14:3,4
38:4 42:23
**inconsistent** 13:9
**increase** 20:4
**individual** 26:7
34:5
**individuals** 13:25
14:18
**influence** 6:24
**information** 3:18
5:22 9:8,19
**INITIAL** 3:6,14
**inside** 32:3
**instance** 39:18
**Institute** 4:11,16
**INSTRUCTED**
3:20
**instructions** 5:9
6:18
**interacted** 29:4
**interested** 62:17
**Interexchange** 1:9
61:23
**internet** 57:13
**interrupt** 25:5
**interview** 46:20
**interviewing** 46:22
**iPhone** 25:16,17,19

**issue** 58:19
**issues** 51:23
**item** 41:18,22

**J**

**job** 5:11 60:6,12
**JOHANA** 1:6
**John** 14:11
**Join** 3:7,8
**judge** 5:1

**K**

**K** 1:17 62:4,22
**keep** 5:9
**kids** 21:13 30:9,11
32:6,8,15 36:3
39:1,3,8,11,14,20
40:5,11,14 43:14
43:24 44:25 45:6
45:8 46:4,9 50:2,5
59:22 60:13
**kids'** 45:25
**kind** 16:11 25:15
40:16 46:5
**kitchen** 26:23
39:13
**know** 4:20 5:22
14:19 18:1 19:13
25:12,14,24 27:2
30:19 33:21 34:7
34:7 35:1 41:16
43:6 48:18 49:12
55:14,17
**knowledge** 24:16

**L**

**L-e-m-i-n-g** 12:2
**language** 7:11
19:20
**languages** 7:12
**lawsuit** 3:9 7:22,25
**learn** 7:22,25
**learned** 7:23
**leave** 30:4 50:6
**leeway** 45:7

**left** 29:24,25 32:11
███████ 12:2 47:14
58:19
███████ 11:25
12:5 13:18 21:21
22:3 23:3 58:23
**lengthy** 4:13
**let's** 9:10 12:14
23:1,1 25:11 30:6
30:10 32:8,8
34:19 38:14 39:6
39:17,18 40:16,16
41:6 42:1,20
44:10 57:22
**Lexington** 2:3
**Lincoln** 1:15 2:7
**linked** 34:8
**litigation** 62:17
**little** 18:22 32:21
42:11
**lived** 31:17
**living** 13:24 23:3
35:14
**LLP** 2:3
**local** 16:13 23:19
23:24
**locate** 46:11
**located** 46:12
**long** 10:5,7,8 12:3,4
12:5,5 28:2 32:19
**look** 18:21,23 36:21
**looking** 20:19
38:14 44:17 45:12
**looks** 36:24
**lowest** 19:4
**lunch** 30:14,15
31:5
**lunchtime** 30:15

**M**

**M** 2:5
**machine** 62:10
**magazine** 39:19
**makeup** 24:11,11

24:14,16,19
**making** 33:22
**mandatory** 29:12
29:13
**marked** 3:14 4:3
8:9,17 9:11
**match** 46:13,23,25
**math** 44:15
**matter** 6:22 29:9
**matters** 57:2 62:8
**meal** 41:11
**meals** 41:3,8,9,10
**mean** 19:4,14,17
30:9 41:10 44:14
46:25
**meaning** 14:18
55:15
**means** 19:11
**medications** 7:3
**meet** 30:4
**meeting** 27:24
29:11,14,16
**meetings** 29:17,22
29:23
**members** 58:1
**memory** 7:4,6
**mentioned** 31:11
33:7 40:18
**mentioning** 41:9
**Merit** 62:4
**message** 57:5
**met** 29:23
**method** 18:7
**middle** 21:17 31:20
**military** 31:18
**mind** 5:9 36:17
**minimum** 19:2,17
19:19 20:1 54:13
54:14,15,16 55:10
**minute** 28:14,17
**minutes** 10:10 31:2
43:19,25 44:12
**mistype** 43:11
**mom** 14:22 15:14

Movant's App. 000069

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 67

18:3 32:14 33:7
41:21
**moment** 38:8
**Monday** 35:7,9
40:18 44:2
**monetary** 21:6 22:7
**money** 18:2 20:8
21:7,7,23 26:11
57:22
**Montessori** 16:12
16:15
**month** 29:5,12
58:15
**months** 21:19
**Mopping** 26:23
**morning** 30:23
**mother** 14:19
**move** 36:1
**moved** 35:15
**movie** 25:3 32:9,12
**movies** 21:8 32:4
**moving** 53:2
**multiply** 44:11

**N**

**N** 2:1 3:1
**name** 4:13 14:13
27:2 29:1,2 36:21
42:5 58:8
**name's** 4:9
**Nash** 2:6
**near** 21:15
**necessary** 5:11,23
**need** 6:4,11
**negotiate** 54:20,23
56:1
**never** 54:19 55:13
**new** 2:4,4 25:20,22
47:8,9 50:15
**night** 30:20
**nights** 49:22
**nods** 5:16
**nonprescription**
6:25

**nonverbal** 5:16
**Notary** 1:18 61:19
62:5
**Notice** 1:13 3:8
**November** 8:3,7
**number** 25:17
34:11 38:20
**numbers** 47:18

**O**

**oath** 4:22 28:23
38:12
**Objection** 7:7 11:3
13:12,23 16:23
19:8,15,22 22:15
26:17 33:17 34:24
37:11,24 39:4
40:6 55:12,20
57:24 60:8
**occasionally** 16:22
**occur** 47:10
**occurred** 12:20
20:2 27:15 33:4
**October** 8:7
**office** 15:17,18,19
27:8 32:19 53:6
58:14
**Ogletree** 2:6 4:10
**oh** 8:8 23:13 30:2
37:12 46:3 48:10
58:11
**okay** 4:18 5:21,24
6:13 8:12,16 9:10
9:13 10:23 14:14
18:20,25 19:19
23:13 35:19 36:7
36:18,20 37:5
38:2 42:3,13,21
43:5,12 45:7,11
48:22 55:4,6 59:8
60:14
**old** 14:12,22,23,23
16:10,10
**oldest** 32:2,9

**once** 29:5
**online** 50:25
**open** 41:7
**orally** 5:11
**order** 48:3 56:12
**orientation** 47:5
**Outback** 23:19,23
**outcome** 62:17
**outside** 30:18 31:16
31:18 32:2,10
46:4

**P**

**P** 2:1,1
**P.C** 2:6
**p.m** 1:17 35:17,18
35:20,24 44:4,8
44:22 60:17
**page** 3:2 38:1 48:25
**pages** 62:12
**paid** 17:21 20:8,16
21:9 22:16,16,17
25:9 37:7 42:15
47:24 50:17 54:4
54:7,10,21,24
55:10 56:6,12
**pair** 3:9,10 4:12,14
4:15,17 9:20 11:7
11:18 13:10,15
18:15 19:1,3 20:9
20:11,15 27:24
29:11 46:15,16,18
52:15 54:8 59:12
59:22 60:3
**Pair/Companion**
3:12
**pairs** 30:3
**pajama** 30:21
**PAOLA** 1:6
**parents** 15:7 16:18
33:18 44:23 49:21
49:24 50:5 51:20
51:23
**parents'** 34:8

**part** 8:24 39:21
59:22,24
**partially** 49:8
**participate** 11:18
**participation** 14:7
27:6
**parties** 62:9,16
**patience** 48:15
**pause** 12:20 20:2
27:15 33:4
**pay** 18:5,15 19:5,6
19:11,18,21,25
20:18 21:1,14,23
25:7 37:14 55:11
55:15,15,23 60:2
**payment** 17:16,18
17:21 18:7,10,13
18:16 21:5 22:3
37:15
**payments** 21:6 22:7
**pending** 6:6
**percentage** 21:9
**perform** 15:20
**period** 11:6
**person** 29:7 50:11
**personal** 22:12,13
24:21,22 35:19,23
40:21 41:23 51:17
56:24 57:1,9,17
**Petterson** 2:2 3:4
7:7,9 8:11,13 11:3
12:21 13:1,12,23
16:23 17:3 19:8
19:15,22,24 22:15
26:17 28:9,13
33:17 34:24 37:11
37:24 39:4 40:6
43:3 48:6,13 55:4
55:12,20 57:24
59:4 60:10,14
**phone** 22:12,16,17
22:17 25:15,25
26:7 51:17,19,22
56:24 57:12

**PJ** 31:11
**place** 29:24 60:12
62:11
**placed** 11:21 14:6
47:4,11
**placement** 12:3,10
14:21 15:8 16:2
17:14,17 21:7
22:8,11 41:1
**Plaintiffs** 1:7 2:2
**plan** 25:25 26:7
**plane** 58:3
**play** 40:10
**playing** 30:18
31:15,21,25 32:2
32:10 39:20 40:5
40:14 46:4
**please** 8:6,8 12:14
40:1 41:7 42:2,20
49:1,11 52:23
53:9
**Plus** 20:22
**points** 18:22
**portion** 18:24
**Portuguese** 7:13
9:25
**possibility** 53:20
**power** 53:23
**prepare** 30:13 31:5
**prepared** 41:13
**Preschool** 16:16
**prescription** 6:25
**present** 27:21
**preserve** 14:8
**pretty** 4:13 13:14
33:1 40:19 53:11
57:7
**previous** 62:6
**previously** 3:14
8:17 9:11
**private** 6:14 22:19
40:25
**probably** 43:11
45:5 55:21

Movant's App. 000070

Johana Paola Beltran, et al.                                    BEATRIZ FUESTE
Interexchange, Inc., et al.                                      April 5, 2018

Page 68

**problem** 52:17,19
**Procedure** 4:2
**proceedings** 4:1
 60:16 62:14
**process** 46:13 52:23
**products** 24:11
**profession** 15:23
**Professional** 1:18
**profile** 46:15,17
 51:8 56:20
**program** 11:19
 12:12 13:10,15
 14:7 18:15 20:9
 20:11,15 27:6,7
**programs** 19:3
**prohibit** 6:25
**provide** 16:17
 34:20 40:25 41:3
**provided** 3:18
 10:19 11:16 35:3
 35:5 41:9
**providing** 34:12
**Public** 1:18 61:19
 62:5
**pull** 8:6,8 48:18
 49:11
**purpose** 4:20
**purposes** 52:4
**pursuant** 1:13 3:7
 4:2
**put** 42:17,24,25
 43:1,9,10 53:15
 53:17 58:3

**Q**

**question** 5:18,19,23
 5:25 6:12 17:3
 19:23 37:4,6 38:1
 38:15,16 41:8
 42:12,14,20 43:4
 49:15
**questions** 3:20 4:21
 4:22 5:8,12 6:6
 9:22 10:2,15,17

**R**

**R** 2:1
**raised** 53:20
**read** 7:14 12:18
 18:23 20:13 46:17
 61:4
**reading** 13:7,7
 19:13,16,16 39:19
 40:4,7
**ready** 32:12
**reason** 6:21
**recall** 48:23 49:22
 50:15,21 51:17
 52:1,7 54:5 59:9
**receive** 17:13,16
 19:2 21:6 22:10
 24:6 27:10 48:3
**received** 23:5,6
 24:9 25:20 52:6
 55:16 60:2
**recollection** 6:2
 24:15
**record** 12:21,24
 13:3 19:10 28:13
 28:16,20,25 38:8
 38:11 47:19 48:6
 60:15
**recorded** 5:17
**reduced** 62:11
**refer** 4:13 14:9,12
**REFERENCE** 3:6
 3:15
**referring** 4:15
 13:11
**Registered** 1:17
 62:4
**regular** 15:10
**regulations** 19:3
**Reid** 3:4 4:8,9 7:8
 7:11 8:15 11:4

**problem**
**problem**
11:6,8 14:5 48:5
 48:14 49:5 55:5
 59:2 60:14 62:13

**12:23,25 13:2,6**
13:13,24 17:1,6
 19:10,19 22:20
 26:20 28:12,16,19
 28:21 33:21 35:1
 37:15,25 38:7,10
 39:6 40:9 43:6
 48:5,8,10 55:6,8
 55:14,22 58:2
 59:2 60:8,15
**related** 32:6 52:4
 62:15
**relation** 62:8
**relationship** 14:18
 58:21,24
**rely** 10:11 11:13
**remember** 5:22 8:2
 9:1 10:5,7 13:4,4
 13:6 17:7 20:19
 23:5,18,21 25:17
 27:2 37:12 42:8
**remembered** 38:22
**repeat** 5:19 58:22
**rephrase** 5:20
 51:11
**reporter** 1:18 5:15
 12:1 62:4
**REPORTER'S**
 62:1
**represent** 4:10
**representative**
 20:17,25 33:12,22
 35:2 46:23 47:1
 54:9 58:3,9
**representatives**
 27:14
**resided** 13:25
**respond** 5:11
**responded** 9:22
**response** 38:15
**responses** 5:17
**restrictions** 57:8
**review** 7:19
**right** 3:8 8:25 9:15

**12:25 13:2 18:18**
26:5 27:20 28:19
 35:21 36:14 37:25
 38:10 42:1 43:15
 43:21 44:5,8,14
 45:13,22 48:5,10
 53:8
**RMR** 62:22
**ROBERT** 2:5
**room** 6:14,16 32:17
 47:9
**roughly** 43:24
 44:18
**rules** 4:2 13:15
 28:21 33:2 38:12

**S**

**S** 2:1
**safe** 31:15
**Saturday** 17:7,9
 35:7,13 44:3,20
 49:21
**Saturdays** 35:20,24
 36:7,10 44:19
**saying** 27:10 39:2
**says** 9:5 19:1,16
 20:14,14 37:6,8
 38:3,5 42:7,14,16
 42:22
**schedule** 29:11
 33:15,22,23,25
 34:16,17,20 35:8
 35:12 36:7,10
 40:17,17 43:13
**Schiller** 2:3
**Scholl** 1:17 62:4,22
**school** 16:2,4,6,9
 16:11,14,16 25:2
 25:3,10 30:13,16
 30:25 31:3,8,22
 32:15,20 35:10
 43:17,20
**seal** 62:19
**SEAN** 2:2

**second** 12:22 23:11
 23:13,15 24:13
 27:2,23 28:1 29:1
 43:3 48:7
**secretary** 58:7
**Section** 3:8
**see** 10:24 49:5,7,14
**seeing** 13:6 28:9
**seen** 8:18 9:12,16
 12:17
**select** 47:2,2
**sent** 8:11 53:21
**separate** 15:17
 59:25 60:3
**September** 62:20
**shaking** 5:12
**shorthand** 62:10
**shower** 30:20
**showering** 31:11
**sign** 13:21
**signature** 9:5 61:13
 62:19
**signed** 8:24 9:4
 13:8
**similar** 10:24 59:14
**simply** 6:4
**single** 17:19,20
**sitting** 39:18 40:4
**six** 14:2 43:24,25
 43:25 44:11,11,12
 44:20 45:11
**skip** 9:10 37:3,25
**Smith** 14:11
**Smoak** 2:6
**snacks** 30:16
**sole** 50:11
**somebody** 33:8
**sorry** 8:8 19:10
 20:23 23:10 25:5
 26:4 27:1 38:7
 43:5
**sort** 24:15 34:16
 36:4 47:17 57:21
**sound** 44:14

Movant's App. 000071

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 69

speak 6:11 7:12
speaking 6:10
specific 33:2 35:5
41:17,18 47:14
specifically 20:10
spell 12:1 29:2
spend 26:16 32:16
45:8
spending 21:7
spent 32:1 50:17
57:22
spetterson@bsfll...
2:5
Spring 31:7
squares 18:22,22
ss 62:2
start 21:15 30:10
30:25 43:4 44:4,7
started 13:8 21:16
44:21 45:15
state 4:5 61:15 62:2
62:5
STATES 1:1
staying 17:10 40:24
Steve 4:9 28:11
steven.reid@ogle...
2:9
Stewart 2:6
stipend 17:13 18:5
19:2 20:5 37:7
42:15
stipulated 19:2
stop 12:11 44:4
store 23:19,19,23
23:24
stores 25:3
story 53:7
street 1:15 2:7
31:20
Studies 4:11,16
subject 29:9
submit 50:25 51:2
submitted 51:3
subscribed 61:13

subsequently 52:25
Suite 1:16 2:7
summertime 31:7
Sunday 17:7,9
40:20,21
supervise 33:13
supposed 34:17
sure 12:15,19,23
28:10 30:18,19
31:14 36:19 48:8
48:20
surfing 57:12
surname 11:24
survey 3:9,10 9:21
9:24 10:6,9,13
11:1 41:7 42:4,17
42:24 43:1,9,10
48:23,25 49:9,18
surveys 36:17
47:20
switch 26:24
sworn 4:5 5:5,5
61:14 62:7

T

take 4:19,20 6:4
10:8
taken 1:14 4:1
28:18 38:9 48:9
62:10
talk 23:1 25:11
29:21 30:10 43:13
57:6
talked 21:12 28:22
29:1 32:25 33:15
33:19,19 39:23
56:18,23
talking 29:15 32:5
39:14 40:2,15
tell 5:5 6:4 20:17,25
27:9 53:6 55:10
56:8
telling 20:20 58:3
testified 4:6 44:21

48:22 49:20 50:14
50:20 51:16,25
52:6 54:3 56:23
57:15,20 58:2
testify 62:7
testifying 5:1 59:9
testimony 6:22 7:1
54:5 61:6 62:14
text 57:5
texts 10:12
Thank 12:25 29:4
48:15 49:20 59:6
theater 25:4
thing 6:5,10 8:24
28:11
things 21:8 26:11
45:6 57:1
think 8:9 23:23
24:12 28:6 33:24
34:4 55:4 59:14
third 32:2
three 23:15 26:8,10
32:1 41:3,10
time 6:11 14:20
16:7 17:11 21:21
22:19 26:15 27:13
30:21,22,25 31:11
32:16 35:19,23
39:3,8,9 40:3
41:16 44:10,17
45:8,20,20 46:3
47:24 48:15 50:2
50:17 52:5 57:18
58:24 59:7 62:10
times 24:3 38:25
39:10,23 40:9
44:12 57:19
today 4:19,25 6:21
7:17
told 20:11 21:3
35:8 37:8 44:3
52:15 53:11 54:3
54:7,19 55:9,13
56:3,11,14

top 36:21 42:4
touch 46:18
track 34:11,14
tracked 35:2
training 47:5,7,14
47:15 50:15,18
transcript 3:13
62:13
transcription 61:5
translated 9:24
travel 26:12
trouble 28:9
true 23:2 61:5
62:13
truth 4:5 5:5,6,6
62:8
truthful 6:22 7:1
TUCKER 2:5
turn 10:21 12:14
18:18 42:1,12,20
two 12:8,12 17:1,4
17:4,4 23:2 24:3
27:1 32:1,9 47:19
53:15
type 15:22
typewritten 62:12
typically 24:24

U

U.S 37:7 42:16
U.S.C 3:8
Um-hum 36:25
42:6,6 43:16 49:4
59:11
understand 4:23
5:2,4,13,19 6:2,7
6:18 10:3 17:15
28:23 38:11 53:23
understanding
13:10 56:19 58:18
58:23
understood 6:1
UNITED 1:1
Unpaid 3:9

use 22:12,13,18
24:21,22 25:2
51:17,17,19,22
52:3 56:25 57:4,9
57:12,16,17
usually 29:21 30:22
31:8,24 32:3,5,17
32:19 36:3 37:22
43:15 45:24 46:2

V

v 1:8 61:23
vacation 38:5 42:23
vacuumed 26:22
valued 23:22 24:16
vary 37:16
videoconference
1:14
video 28:12 46:17
videoconference
1:4 2:3
view 51:8,12 56:20

W

Wages 3:9
wake 30:12,22
43:15
walk 40:16 43:12
walked 40:17
want 10:21 18:18
26:24 36:16 37:3
37:3,25 39:17
41:11 42:12 43:12
47:18 53:6 54:1,2
56:3
wanted 19:21 41:16
58:25
wasn't 16:9 41:23
60:3
watch 46:17
watching 32:4,9,12
50:8
we'll 59:6
we're 4:19,19 13:2

Movant's App. 000072

Johana Paola Beltran, et al.
Interexchange, Inc., et al.

BEATRIZ FUESTE
April 5, 2018

Page 70

| | | | | |
|---|---|---|---|---|
| 28:19 38:10 40:2 43:13 44:17 45:12 48:10 | **work-related** 51:23 **worked** 15:13 28:2 32:14 34:23 38:16 38:21,22 40:21 43:23 46:14 48:2 60:11 | 35:16 44:24 49:24 **10:30** 35:15 44:24 49:24 **100** 55:23 56:1 **10022** 2:4 **109** 18:14 | **25** 23:23 **28th** 42:9 **29** 3:7 **295.75** 22:5 | **55** 3:4 **575** 2:3 **59** 3:4 **5th** 60:18 |
| **website** 46:16 51:15 **week** 16:24 17:2,5 17:5,6,19,20 18:16 20:16 22:1 26:16 37:16,16,17 37:17,22 38:4,16 42:11,23 44:13 45:12 47:8,11,21 55:24 56:2 | **working** 39:8,9,11 39:12 40:8,12 44:4 45:16 **works** 34:7 **worth** 25:13 **wouldn't** 39:25 40:7,14 **writing** 34:22 **written** 33:25 **wrote** 38:15 | **11/02/2017** 3:8 **12** 3:12 29:20 **12th** 62:19 **15** 28:8 31:2 43:19 43:25 44:12 **150** 26:3,6,10 **16** 28:8 **1700** 1:15 2:7 **195** 37:14 | **3** 3:9 9:10,11 31:10 41:6 42:1 48:18 **3:20** 31:10 43:21 **30** 37:4,6 42:12,14 42:24 43:9 44:12 44:13 45:11,12 **300** 37:22 **303.764.6800** 2:8 **32** 44:13 45:11 | **6** 14:23 16:10 30:24 35:16,17,17,18,24 36:11 44:8 45:16 **6-year-old** 15:1 **6:45** 30:24 43:15 **61** 49:6 **62** 62:12 |
| **weekday** 39:24 40:3 **weekdays** 43:14,14 44:13 **weekends** 25:1,1 39:15 **weekly** 17:13,16,18 18:10 19:2 21:5 37:6 42:15 | **X** **X** 3:1 **X-1** 8:13,14,15 **Y** | **195.75** 18:14,16 19:4,12 20:18 21:2 22:4 37:9 54:11 55:10 **197** 37:13 **2** | **34** 45:17 **36** 45:12,17 **38** 45:12 **4** **4** 3:4,9,10 10:21 | **7** **7** 14:12 30:24 **7-year-old** 14:12 **70** 57:25 **75** 23:8 **7th** 2:3 |
| **weeks** 17:4,4 38:5 42:23 46:3,3,7 **welcome** 48:17 **Wells** 2:7 **went** 16:24 27:21 36:4,8,11,13 40:13 44:5,22,25 45:1,4 56:7,10 **WHEREOF** 62:18 | **yeah** 8:23 11:23 15:24 17:9 21:18 22:16,23 24:1,8 25:21 28:12 43:1 44:23 53:5 54:14 **year** 17:5,5 23:7 28:1,7 58:15 **years** 12:8,12 14:12 14:22,23,23 16:10 16:10 17:1,4 | **2** 3:8 **2-28-18** 36:24 **2/20/2018** 3:10 **2/28/2018** 3:11 **2:55** 1:17 **20** 42:7 **200** 26:1,2,9,10 37:8,10,14 42:16 55:16 | 35:14,20 36:8,17 36:20 38:14 42:8 44:4,22 45:16 49:11,14 **4.5** 44:18 **4:30** 35:15 **4:35** 60:17 **40** 38:5,16 43:1,9 43:10 47:22,23 | **8** **8** 3:8 14:23 16:10 31:1,13 36:4,14 39:12 43:17,21 44:5 62:20 **8-year-old** 15:5 **8:30** 31:13 36:4,14 43:21 44:5,8,22 50:3 |
| **white** 18:22 **winter** 24:14 **WITNESS** 62:18 **woman** 14:25 **words** 11:5 **work** 15:10,15,20 21:11 38:4,24 39:3,21,22,25 40:5 42:22 47:21 49:21 57:16 59:12 59:13,14,15,21,24 60:3 **work-** 52:3 | **York** 2:4,4 47:8,9 50:15 **Z** **0** **04/05/2018** 61:23 **1** **1** 3:7 4:3 8:9,17 **1:14-cv-03074-C...** 1:3 **10** 3:11 29:20 35:15 | **2000** 28:4 **20114057677** 62:22 **2014** 11:20,23 12:7 **2015** 36:2 58:17 **2016** 11:20 12:7 27:7 28:5 **2017** 8:4 **2018** 1:5,16 3:3 42:7 60:18 61:16 62:19 **2019** 62:20 **212.446.2300** 2:4 **216(b))** 3:8 | **45** 10:10 **4650** 1:16 2:7 **48** 3:4 **5** **5** 1:5,16 3:3,11 4:3 12:14 13:11 14:22 18:19 25:19,19 26:18 **5-year-old** 14:24 16:13 **50** 23:24,24,25 24:1 **50-50** 46:7,10 **51** 38:1,15 42:20 **54** 49:5 | **80** 23:8 **80203** 1:16 2:8 **89** 49:15 **9** **9** 3:10 29:20 **9:30** 35:16 **90** 57:25 |

Movant's App. 000073

ROBIN MASON   - 04/06/2018

```
 1   UNTIED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF COLORADO

 3   ----------------------------------------------x
     JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4   BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
     JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5   JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                        Plaintiffs,

 7
                   -against-        Civil Action No:
 8                                  14-cv-03074-CMA-CBS

 9   INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
     LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10   AUPAIR, EURAPAIR INTERCULTURAL CHILD CARE PROGRAMS,
     CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11   INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC., AU
     PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE, NFP,
12   D/B/A AU PAIR FOUNDATION, AMERICAN INSTITUTE FOR
     FOREIGN STUDY, d/b/a AU PAIR IN AMERICA, AMERICAN
13   CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR, AGENT AU
     PAIR, A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC,
14   d/b/a PROAUPAIR, 20/20 CARE EXCHANGE, INC., d/b/a
     THE INTERNATIONAL AU PAIR EXCHANGE, ASSOCIATES IN
15   CULTURAL EXCHANGE, d/b/a GOAUPAIR, AND GOAUPAIR
     OPERATIONS, LLC,
16                        Defendants.

17   ----------------------------------------------x

18         EXAMINATION BEFORE TRIAL of the Plaintiff,

19   ROBIN MASON, via video conference, taken by the

20   Defendants, pursuant to Court Order, held at the

21   offices of Ogletree, Deakins, Nash, Smoak & Stewart,

22   1745 Broadway, 22nd Floor, New York, New York

23   10019, on April 6, 2018, at 8:21 a.m., before

24   a Notary Public of the State of New York.

25   ************************************************
```

Case No. 1:14-cv-03074-CMA-KMT   Document 1107-1   filed 05/09/18   USDC Colorado   pg 75 of 248

Page 2

```
 1  A P P E A R A N C E S :
 2
 3  BOIES, SCHILLER, & FLEXNER, LLP
           Attorney for Plaintiffs
 4         575 Lexington Avenue, 7th Floor
           New York, New York 10022
 5  BY:    JOSHUA LIBLING, ESQ., via video conference
 6
 7
 8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART,  PC
           Attorney for Defendants
 9         AMERICAN INSTITUTE FOR FOREIGN STUDY,
           d/b/a AU PAIR IN AMERICA
10         1745 Broadway, 22nd Floor
           New York, New York 10019
11  BY:    ROBERT M. TUCKER, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1            S T I P U L A T I O N S
 2
 3
 4
 5
 6        IT IS HEREBY STIPULATED AND AGREED by and
 7     between the attorneys for the respective
 8        parties herein, that filing, sealing and
 9     certification be and the same are hereby waived.
10
11        IT IS FURTHER STIPULATED AND AGREED that
12     all objections, except as to the form of the
13  question shall be reserved to the time of the trial.
14
15
16        IT IS FURTHER STIPULATED AND AGREED that
17     the within deposition may be signed and sworn to
18  before any officer authorized to administer an oath,
19  with the same force and   effect as if signed and
20            sworn to before The Court.
21
22
23
24
25
```

Page 4

```
 1
 2  R O B I N   M A S O N, the witness herein, having
 3  been first duly sworn by a Notary Public of the
 4  State of New York, was examined and testified as
 5  follows:
 6  EXAMINATION BY
 7  MR. TUCKER:
 8  Q.     State your name for the record, please.
 9  A.     Robin Mason.
10  Q.     State your address for the record, please.
11  A.     29 Rathkeaoe Cape Road, Koebga Park, Port
12  Elizabeth 6025.
13  Q.     Good morning, Ms. Mason.  My name is
14  Robert Tucker.  I'm an attorney with Ogletree,
15  Deakins, Nash, Smoak & Stewart, and we represent the
16  Defendant, American Institute for Foreign Study,
17  doing business as Au Pair in America.  Since my
18  client's name is lengthy, I'm going to refer to my
19  client as APIA or Au Pair in America.  So when I say
20  APIA, or Au Pair in America, I'm referring to the
21  Defendant, American Institute for Foreign Study,
22  doing business as Au Pair in America; is that clear?
23  A.     Yes.
24  Q.     We are here today so that I can take your
25  deposition.  As you may know, the purpose of this
```

Page 5

```
 1                    R. MASON
 2  deposition is for me to ask you questions and for
 3  you to answer questions under oath; do you
 4  understand?
 5  A.     Yes.
 6  Q.     Your answers today can be used in this case
 7  as if you were testifying in front of a judge.  As I
 8  ask you these questions, I'm going to ask that you
 9  keep a few instructions in mind.  First, it is
10  necessary that you respond orally or aloud to my
11  questions.  The court reporter here is taking
12  everything we say, and gestures, or nods, or other
13  nonverbal responses, cannot be recorded.
14  A.     Okay.
15  Q.     If you do not hear a question, say so, and I
16  will repeat it.  If you do not understand a
17  question, say so, and I will rephrase it.  If you do
18  not know or remember the information necessary to
19  answer a question, simply say so.  If you answer a
20  question, I will assume that you have heard it,
21  understood it, and have given me your best
22  recollection; do you understand?
23  A.     Yes.
24  Q.     If you need a break, simply tell me you need
25  a break, and I will accommodate you.  The only thing
```

Page 6

R. MASON

1   I ask is that you answer any question that is
2   pending before you take a break.  You may not take a
3   break while the question is pending, you must first
4   answer any question; is that clear?
5   A.   Yes.
6   Q.   The same that goes for speaking with your
7   attorney, or Mr. Libling, if you need to speak to
8   your attorney at any time, I simply ask that you
9   wait until after you have answered any pending
10  questions.
11  A.   Okay.
12  Q.   Are you in a private room?
13  A.   Yes.
14  Q.   Is anyone else in the room with you?
15  A.   No.
16  Q.   Participation in and attendance at this
17  deposition is limited to yourself, the attorneys,
18  the court reporter here, and no one else is allowed
19  to participate in or attend the deposition; is that
20  clear?
21  A.   Yes.
22  Q.   In the unlikely event that someone else
23  enters the room, please notify me, and direct the
24  individual to leave the room, okay?

Page 7

R. MASON

1   A.   Okay.
2   Q.   Do you understand the instructions that I
3   have just given you?
4   A.   Yes.
5   Q.   Is there any reason sitting here today that
6   you cannot give truthful and complete testimony in
7   this manner?
8   A.   No.
9   Q.   Are you taking any medications that affect
10  your memory?
11  A.   No.
12  Q.   Do you have a good memory?
13       MR. LIBLING:  Objection.
14  A.   Yes.
15  Q.   Did you discuss this day with anyone other
16  than your attorney before coming here?
17  A.   Yes.
18  Q.   With whom did you discuss?
19  A.   My mother.
20  Q.   Anyone else?
21  A.   Joshua.
22  Q.   Other than your attorney?
23  A.   My mother and a friend.
24  Q.   When did you speak with your mother about

Page 8

R. MASON

1   this case?
2   A.   Yesterday.  About the deposition, I spoke to
3   them yesterday.
4   Q.   What did you speak about?
5   A.   That Au Pair in America's lawyers wanted to
6   do an interview with me.
7   Q.   What did you speak with your friend about?
8   A.   The same thing.
9   Q.   Did you review any documents before
10  appearing here today at your deposition?
11  A.   I just took them out.  I haven't looked
12  through them already.
13  Q.   When you say "them," what are you referring
14  to?
15  A.   Just documents that I had from my time in
16  America.
17  Q.   What documents were those?
18  A.   My orientation arrival pack, my letters, and
19  packages from our community counselors when I
20  arrived at my host family, and my visa documents.
21  Yeah.
22  Q.   How did you learn about this lawsuit?
23  A.   I received an e-mail from the lawyers that
24  are representing the Au Pairs, stating what it's all

Page 9

R. MASON

1   about, with a link if I wanted to join.
2   Q.   Ms. Mason, were you provided with several
3   documents that were marked as exhibits before this
4   deposition?
5   A.   No.
6   Q.   You weren't?
7   A.   No.
8        MR. TUCKER:  Can we go off the
9   record for a second?
10       MR. LIBLING:  Sure.
11       (Whereupon, a discussion was held
12  off the record.)
13  Q.   Ms. Mason, we just went off the record, and
14  I believe your attorney provided you the premarked
15  Exhibits 1 through 5, correct?
16  A.   Yes.
17  Q.   Can you please take out the exhibit that's
18  marked Exhibit 1?  Look at it, review it, and let me
19  know when you've done so.  Just so we're clear, the
20  document I'm referring to looks like this.
21  A.   (Witness complies)  Yes.
22       MR. TUCKER:  Hold on, we have to go
23  off the record for a second.
24       (Whereupon, a discussion was held

ROBIN MASON   -  04/06/2018       Pages 10..13

Page 10

1                    R. MASON
2         off the record.)
3    Q.     Ms. Mason, have you finished reviewing the
4    document?
5    A.     Yes.
6    Q.     Have you seen this document before?
7    A.     Yes.
8    Q.     What is it?
9    A.     It's a consent to join form.
10   Q.     Did you complete the form?
11   A.     Yes.
12   Q.     Is that your signature in the middle of the
13   page?
14   A.     Yes.
15   Q.     Was the information on this form accurate at
16   the time you completed the form?
17   A.     Yes.
18   Q.     Is the information on this form still
19   accurate as of today?
20   A.     Yes.
21   Q.     Ms. Mason, I'm going to ask you to take a
22   look at the document that we sent that was premarked
23   as Exhibit 2.  It's a three-page document.  The
24   first page looks like this.
25   A.     Yes.

Page 11

1                    R. MASON
2    Q.     If you could please look at the document
3    now, please, and review it.  Let me know when you're
4    done reviewing it.
5    A.     (Witness complies) Okay.
6    Q.     Have you seen this document before?
7    A.     Yes.
8    Q.     What is it?
9    A.     It's the notice of my right to join the
10   lawsuit.
11   Q.     Did you review this document?
12   A.     Yes.
13   Q.     Did you understand it after you reviewed it?
14             MR. LIBLING:  Objection.
15   A.     Yes.
16   Q.     Did you review this document before you
17   completed the consent form that was marked
18   Exhibit 1?
19   A.     Yes.
20   Q.     After you completed the consent form that
21   was marked Exhibit 1, did you review any documents
22   regarding your experiences as an au pair?
23             MR. LIBLING:  Objection.
24   A.     Yes.
25   Q.     What documents did you review?

Page 12

1                    R. MASON
2    A.     I had to check my completion certificate to
3    find out my exact date of starting and finishing.  I
4    wasn't sure of the date.
5    Q.     Any other documents?
6    A.     No.
7    Q.     Ms. Mason, I'm going to ask you to look at
8    the document that was marked Exhibit 3.  It's a
9    multipage document.  The first page looks like this.
10   At the top it says, "Au pair, Robin Mason,
11   1/25/2018"?
12   A.     Yes.
13   Q.     Can you please review that document, and let
14   me know when you've done so.
15   A.     (Witness complies) Okay.
16   Q.     I'm going to also ask you to take a look at
17   the document that's been marked Exhibit 4.  It looks
18   similar.  At the top it, says, "Au pair, Robin
19   Mason, 3/15/2018."  Could you please review that
20   document, and let me know when you've done so.
21   A.     (Witness complies) Okay.
22   Q.     Thank you.  Have you seen the documents that
23   have been marked as Exhibits 3 and 4 before?
24   A.     Yes.
25   Q.     What are they?

Page 13

1                    R. MASON
2    A.     They -- it's a questionnaire/survey that I
3    had filled out.
4    Q.     Did you fill out the information on these
5    documents?
6    A.     Yes.
7    Q.     You said these were questionnaires?
8    A.     Yeah.  Like a survey, almost.
9    Q.     Were there any questions that you did not
10   understand?
11   A.     No.
12   Q.     You see the dates on the top of the
13   two documents?
14   A.     Yeah.
15   Q.     Were those the dates that you submitted your
16   responses to the questionnaires?
17   A.     Yes.
18   Q.     Why did you submit two sets of responses?
19   A.     Because I had opened the survey and started
20   answering the questions, and then I hadn't noticed
21   how long it would take me, so -- and then, I had
22   something else to do, so I left it, and I went back
23   at a later date and completed it.
24   Q.     Did you rely on any documents to assist you
25   in answering the questions in the questionnaire?

Movant's App. 000077

| Page 14 | Page 16 |
|---|---|

**Page 14**

R. MASON

2  A.    Yes.  My completion certificate.

3  Q.    Any other documents, other than the
4  completion certificate?

5  A.    No.

6  Q.    Did anyone assist you in answering the
7  questions?

8  A.    No.  I originally asked my mom if she
9  remembered what day I left, and she couldn't, and
10 then I brought out my certificate.

11 Q.    Are the answers you provided to the
12 questionnaires accurate?

13 A.    To my knowledge, yes.

14 Q.    They were accurate at the time you submitted
15 them?

16 A.    Yes.

17 Q.    Ms. Mason, when did you participate in the
18 APIA au pair program?

19 A.    In 2012 and 2013.

20 Q.    I see on your responses a begin date of
21 3/26/2012 and an end date of 12/3/2013; is that
22 accurate?

23 A.    Yes.

24 Q.    When were you placed with your first host
25 family?

**Page 15**

R. MASON

2  A.    When was I placed?

3  Q.    Yes.

4  A.    I would say about three weeks before my
5  starting date.  It was quite soon that I was placed,
6  and then I left.

7  Q.    What was your first host family's surname?

8  A.    ███████

9  Q.    That's ███████?

10 A.    Yes.

11 Q.    How long did you remain with the ███████
12 family?

13 A.    Twelve months, a year.

14 Q.    Why did you leave the ███████ family?

15 A.    I had extended for my second year, and I
16 decided to change my city.

17 Q.    You made the decision to leave the ███████
18 family?

19 A.    Yes.

20 Q.    What was the surname of your second host
21 family?

22 A.    ███████

23 Q.    Is that ███████?

24 A.    Yes.

25 Q.    How long did you remain with the ███████

**Page 16**

R. MASON

2  family?

3  A.    Ten months.  Just -- yeah.  Just ended
4  ten months.  It wasn't, like, an exact ten months.

5  Q.    How did you match with your host families?

6         MR. LIBLING:  Objection to form.

7         You can answer.

8  A.    I had to write a, like, a dear-host-family
9  letter, and I made a video myself, I uploaded onto
10 the Au Pair in America's website, where families
11 could view it, and if they were interested, they
12 would send me an e-mail, and then if I was
13 interested in getting to know them, we would set up
14 a Skype interview, and then go from there.

15 Q.    That was the process by which you matched
16 with both families?

17 A.    Correct.

18 Q.    Did you have interviews with both families?

19 A.    Yes.

20 Q.    Did any APIA representative participate in
21 these interviews?

22 A.    No.

23         MR. LIBLING:  Objection to form.

24 Q.    Who made the decision to match?

25         MR. LIBLING:  Objection to form.

**Page 17**

R. MASON

2  A.    The host family would offer it, and then it
3  was up to me to say I'll match, or no, I wouldn't
4  match.

5  Q.    Did any APIA representative tell you you had
6  to match with a particular host family?

7  A.    No.

8  Q.    Did you participate in an orientation before
9  you started staying with your first host family?

10 A.    Yes.

11 Q.    What was the orientation?

12 A.    It was, like, a short course where they have
13 different aspects of your year and what you could
14 expect from it.

15 Q.    Was there any training at the orientation?

16 A.    I think I remember there being a kind of
17 first-aid training.  I remember getting a Red Cross
18 card.  So I can't say for certain.  But I remember
19 getting the Red Cross card.  And I know they
20 offered -- but it was additional, a driving course.

21 Q.    Did you take the driving course?

22 A.    No.

23 Q.    How long was the orientation?

24 A.    Four days.  Three days.  Three or four days.

25 Q.    Where was the orientation?

Movant's App. 000078

Case No. 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 79 of 248

Page 18

R. MASON

2 A.    In Connecticut. I think Stamford.

3 Q.    Stamford is S-T-A-M-F-O-R-D, right?

4 A.    Yes.

5 Q.    Ms. Mason, I'm going to ask you to take a

6 look at the document, the final exhibit which was

7 marked as Exhibit 5. If you see it, it looks like

8 this. If you could pull that out, please. Review

9 it, and let me know when you've done so.

10 A.    (Witness complies) Okay.

11 Q.    Have you seen this document before?

12 A.    I don't remember.

13 Q.    Did you sign an agreement with your host

14 families?

15 A.    Yes.

16 Q.    Did you review the agreement before you

17 signed it?

18 A.    I'm sorry, before what?

19 Q.    Before you signed it?

20        MR. LIBLING: Objection. Which

21 time?

22        MR. TUCKER: Sorry, I couldn't hear

23 what you said, Joshua.

24        MR. LIBLING: I just said,

25 "Objection. Which time?"

Page 19

R. MASON

2        MR. TUCKER: Let's strike that.

3 Let's go back.

4 Q.    Did you review the agreement with the

5 ████ family before you signed it?

6 A.    I most likely did. Yes.

7 Q.    Did you review the agreement with the

8 ████ family before you signed it?

9 A.    That, I do not remember.

10 Q.    How many individuals resided in the ████

11 family home during your placement with the ████

12 family?

13 A.    There were five, and then including me, six.

14 Q.    How many individuals resided in the ████

15 family home during your placement?

16 A.    Four, and including me, five.

17 Q.    Ms. Mason, I'm about to ask you some

18 questions about the host families with which you

19 were placed during your participation in the au pair

20 program. In order to preserve the confidentiality

21 of the host families' children, I ask that you refer

22 to the children by gender and approximate age. So

23 for example, if one of the children was John Smith,

24 approximately seven years old, I would ask that you

25 refer to John Smith as the seven-year-old boy,

Page 20

R. MASON

2 instead of by his name, John Smith. Is that clear?

3 A.    Yes.

4 Q.    Are you comfortable with that?

5 A.    Yes.

6 Q.    Can you please identify the five individuals

7 in the ████ family household?

8 A.    So should I do the parents, first.

9 Q.    Please.

10 A.    There were two adults. Male, I'm going to

11 say 45, and then, female, mother, I'm going to say

12 44. And then three children: Male, 7; female, 2;

13 and female, 11.

14 Q.    Thank you. Just to be clear, with the host

15 parents, if you want to use their names, you could

16 say the ████ family host mom: That's fine as

17 well.

18 A.    Okay.

19 Q.    The same question, then, for the ████

20 family. Can you please identify each of the

21 four individuals residing in the ████ family?

22 A.    It was the parents, ████ I'm

23 unsure of their ages. I'm going to say 45, as well.

24 And then, twin boys, six-year-olds.

25 Q.    Do the twin boys have different first

Page 21

R. MASON

2 letters of their first name? I know this sounds

3 like a quiz. Because we may have some difficulty if

4 we're asking some questions about the twins, and we

5 can't distinguish between their age and gender.

6 A.    I don't remember their names.

7 Q.    Well, if you --

8 A.    Oh, sorry. One starts with a B.

9 Q.    If we need to distinguish, we can use the B

10 twin, and the twin who's not the B twin.

11        Did any of your host parents have full-time

12 employment during your placements?

13 A.    Yes, they all did.

14 Q.    Did any of your host parents work from home

15 during your placements?

16 A.    Occasionally, yes.

17 Q.    Which parents?

18 A.    The ████, the mother.

19 Q.    Anyone else?

20 A.    No.

21 Q.    Did any of the children attend school during

22 your placements?

23 A.    Yes.

24 Q.    Which children?

25 A.    All of them. The two-year-old female in the

Page 22

R. MASON

2       █████ family only went to school twice a week.
3   Q.     What days did she did go to school?
4   A.     Tuesdays and Thursdays.
5   Q.     What was the schedule?
6   A.     For her, particularly?
7   Q.     Yes.
8   A.     She was at school from 9:00 to 12:00.
9   Q.     Was that throughout the calendar year?
10   A.     Yeah. Well, minus, like, summer vacation,
11 and on weekends.
12   Q.     What was the other children's school
13 schedules?
14   A.     9:00 to 3:00.
15   Q.     Is that Monday through Friday?
16   A.     Yeah.
17   Q.     Is that for all of the children?
18   A.     Yes.
19   Q.     Just to be clear, so the record's clear,
20 that's for both families? The six-year-old twin
21 boys in the █████ family, and the 11-year-old girl
22 and 7-year-old boy in the █████ family?
23   A.     Yes.
24   Q.     Did any of the children attend daycare?
25   A.     Well, the two-year-old.

Page 23

R. MASON

2   Q.     That was daycare?
3   A.     She went and learned stuff. I don't know
4 what you mean by daycare, compared to school. I
5 don't know how you differentiate that.
6   Q.     It's not really important. That's fine.
7   A.     Okay.
8   Q.     Did any of the children attend camp?
9   A.     Yes. My 11-year-old girl in the █████
10 family.
11   Q.     Was it a summer camp?
12   A.     Yes.
13   Q.     Was it a sleepaway camp?
14   A.     Yes.
15   Q.     For how long?
16   A.     Uncertain.
17   Q.     More than a week?
18   A.     Yes.
19   Q.     More than three weeks?
20   A.     No.
21   Q.     Did any of the children attend after-school
22 activities?
23   A.     Yes.
24   Q.     Which children?
25   A.     All of them.

Page 24

R. MASON

2   Q.     Did you attend those activities?
3   A.     Yes.
4   Q.     All of them?
5   A.     Yes.
6   Q.     Did anyone other than yourself and the host
7 parents take care of the children?
8   A.     No. Not permanently, no.
9   Q.     What do you mean by not permanently?
10   A.     They didn't have a second employee that was
11 -- no. I wouldn't say they hired and paid somebody
12 to look after the kids, no.
13   Q.     It could be --
14   A.     Maybe -- it would maybe be, like, a family
15 member, and take them for the afternoon for ice
16 cream or something else. It wasn't like they paid
17 another nanny to come and take care of them, no.
18   Q.     What about a babysitter?
19   A.     No. No.
20   Q.     You said that a relative may take them on an
21 afternoon for ice cream; you said that?
22   A.     Yeah.
23   Q.     When a relative did that, were you taking
24 care of the children?
25   A.     No.

Page 25

R. MASON

2   Q.     How often did that happen?
3   A.     Once, maybe twice.
4   Q.     What were your duties with the █████
5 family?
6   A.     I had to -- I would come in at 9:00, and
7 then I would take care of the little one until 3:00.
8 So breakfast, bath, entertain for the day, and then
9 3:00, we would pick up the older kids, have lunch,
10 do our afternoon after-school activities, do
11 homework, make dinner, bathe them, get them ready,
12 and then when the parents came home, then I was off.
13   Q.     When were you off? What time were you off?
14   A.     I'm going to say 5:00 p.m.
15   Q.     Did you have any breaks between 9:00 a.m.
16 and 5:00 p.m.?
17   A.     On Tuesdays and Thursdays, I would, because
18 the little one would go to school until 12:00. So
19 on Tuesdays and Thursdays, I started at 12:00. But
20 Mondays, Wednesdays, and Fridays, when I had her the
21 whole day, she used to have a nap; that was about an
22 hour.
23   Q.     Did you work during the nap?
24   A.     Sometimes, not always. It depends, like, if
25 I had, like, laundry to do, or something like that.

Page 26

R. MASON

1
2 Q. You said on the Tuesdays and Thursdays, if I
3 understood your testimony correctly, you started
4 those days at 12:00 and ended at 5:00; is that
5 correct?
6 A. Yes. Yes.
7 Q. Did the two-year-old take a nap on those
8 days?
9 A. No. I would pick her up after the nap.
10 Q. Did you work on weekends with the ████
11 family?
12 A. I wouldn't say every weekend. Occasionally,
13 if they had something on that they need to attend,
14 then I would stand in and help. But normally not,
15 no.
16 Q. How often did you work on weekends?
17 A. One weekend a month, at most.
18 Q. When you worked on weekends, how long did
19 you work?
20 A. Five hours, maybe on a Saturday morning.
21 Q. When you worked on weekends, did the
22 schedule vary?
23 A. Like, what do you mean? Like, compared to a
24 weekday, or...
25 Q. No. I just mean the times you worked on

Page 27

R. MASON

1
2 weekends; were they different? In other words --
3 A. Yes. Yeah. It was depending on what they
4 needed to do over the weekend. If they were having,
5 like, a date night, then it would be from the
6 afternoon to the nighttime, and if it was something
7 in the morning, then it would be in the morning. So
8 yeah, it wasn't always the same. It was dependent
9 on the situation.
10 A. Understood.
11 Q. With your Monday-through-Friday schedule,
12 did you ever work outside of that schedule?
13 A. No.
14 Q. Did you ever work --
15 A. Sorry. Just to go back. Possibly on a
16 Friday, maybe. If they were doing, like, a Friday
17 date night, then I would work, like, the Friday
18 night.
19 Q. If they were doing a Friday night date
20 night, and you were working extra hours on Friday,
21 does that mean you weren't working on Saturday or
22 Sunday?
23 A. Yeah. I can say yes.
24 Q. Were there times when you worked fewer than
25 the hours you were scheduled for?

Page 28

R. MASON

1
2 A. Yes.
3 Q. How often?
4 A. I'm going to say three or four days out of
5 the month.
6 Q. Switching to the ████ family. Can you
7 tell me your duties for the ████ family?
8 A. Yes. So I had to wake the boys up in the
9 morning, get them breakfast, and ready for school.
10 I had to take them to school, and then I would be
11 off until I picked them up at 3:00, and then it
12 would be same, like, after-school, lunch, and snack,
13 after-school activities, and do homework, and then I
14 also had to cook dinner for them, bathe them, get
15 them ready for bed, so then their parents would
16 arrive and take over.
17 Q. What time did you wake up the children?
18 A. I think it was around 7:00 or 8:00. Yeah.
19 Q. 7:00 or 8:00, you said? I couldn't hear
20 you.
21 A. Sorry, 7:30.
22 Q. What time did they go to school?
23 A. We probably left the house at around 8:30.
24 Q. What time were you done in the evening?
25 A. Around 6:00 p.m.

Page 29

R. MASON

1
2 Q. The schedule you just described, was that
3 Monday through Friday?
4 A. Yes.
5 Q. Did you work on weekends?
6 A. Yes. I worked on a Saturday morning.
7 Q. What was your schedule for Saturday morning?
8 A. I think it was also, like, 9:00 to 2:00. I
9 want to say 9:00 to 2:00.
10 Q. Did you ever work outside of your scheduled
11 hours?
12 A. No.
13 Q. Did you ever work fewer hours than you were
14 scheduled for?
15 A. Yes.
16 Q. How often?
17 A. Two or three times out of the month. Not
18 very often.
19 Q. When you say "times," do you mean days?
20 A. I'm going to say two or three situations out
21 of the month. Two or three occasions out of the
22 month.
23 Q. Did you have a community counselor, while
24 you were in the APIA program?
25 A. Yes.

Page 30

R. MASON

2  Q.    Who was your community counselor?
3  A.    In Houston, Texas, it was Sarita.  Tennant,
4  I think was her surname.
5  Q.    You said Sarita.  Can you spell that,
6  please?
7  A.    S-A-R-I-T-A.
8  Q.    And the surname?
9  A.    T-E-N -- sorry, T-E- double N-A-N-T.
10 Q.    What about when you were with the ██████
11 family?
12 A.    That was Kristina, K-R-I-S-T-I-N-A, and then
13 her surname was J-A-R-O-S-O-V-A.
14 Q.    Aside from Sarita and Kristina, did you have
15 contact with any APIA representative during your
16 participation in the program?
17 A.    Yes, I did.  My first family, I traveled
18 with them, and I needed my document to be signed,
19 and I know I contacted them regarding that form
20 being signed.
21 Q.    Anyone else besides that person?
22 A.    No.  I can't -- no.
23 Q.    Were you traveling with the family outside
24 of the country?
25 A.    Yes.

Page 31

R. MASON

2  Q.    How much were you in contact with your
3  community counselors?
4  A.    At least once a month.
5  Q.    That's true for both of the counselors?
6  A.    Yes.
7  Q.    Do you know what a cluster meeting is?
8  A.    Yes.
9  Q.    What is it?
10 A.    So it's all the au pairs in a certain area
11 that's designated to a certain counselor.  We'll get
12 together once a month to do some kind of activity
13 together.
14 Q.    Did you ever attend cluster meetings?
15 A.    Yes.
16 Q.    How often?
17 A.    In my first family, I attended a lot more
18 often than I attended in my second family.
19 Q.    But you did attend at least one with your
20 second family?
21 A.    Yes.
22 Q.    Did your host families have any rules?
23        MR. LIBLING:  Objection to form.
24 A.    Yeah.  Yeah.  I'm going to say yes.
25 Q.    What rules?

Page 32

R. MASON

2  A.    So, my first family wasn't as strict as
3  maybe my second family, I'll use as an example.  So
4  they would prefer me Monday through Friday to be
5  home by 10:00 p.m. during the week.  And then, there
6  were certain rules with the car use as well.  It was
7  -- also, it wasn't allowed to be used late at night.
8  It wasn't allowed to go on the highways.  It would
9  only allowed to be used, like, locally in the
10 suburbs.  I wasn't allowed friends over without
11 knowledge of my host parents.  Yeah.
12        So my second family was more explicit about
13 rules, compared to my first host family.
14 Q.    We talked a little bit earlier about your
15 duties for the ██████ and the ██████ family.  Who
16 assigned those duties?
17        MR. LIBLING:  Objection to form.
18 A.    We -- with the ██████ family, I was their
19 first au pair.  So when I arrived, we kind of sat
20 down and just spoke about what they needed and then
21 how I could help out with those needs, and then
22 that's how those duties were put in place.  However,
23 with my second host family, I was their third au
24 pair, so they already kind of had their schedule,
25 and they knew what they needed, so that schedule

Page 33

R. MASON

2  from the previous au pairs were just kind of handed
3  over to me.
4  Q.    It sounds like with the ██████ family, you
5  jointly determined what your duties were going to be
6  and your schedule?
7  A.    Yes.
8        MR. LIBLING:  Objection to form.
9  Q.    With the ██████ family, they told you what
10 your duties and schedule were?
11        MR. LIBLING:  Objection.
12 A.    Yes.
13 Q.    Did any APIA representative ever assign your
14 duties?
15        MR. LIBLING:  Objection.
16 A.    I don't want to say "assigned."  I don't
17 think assigned would be the word I would use.  They
18 give the family a recommendation of what we can do
19 and what we shouldn't be doing, and then kind of
20 take it from there and see out of that list what the
21 host family needs.
22 Q.    Did any APIA representative set your
23 schedule?
24        MR. LIBLING:  Objection.
25 A.    No.

| Page 34 | |
|---|---|
| | R. MASON |

1                        R. MASON

2   Q.    Just give Mr. Libling a little bit of time,

3 so he can object before responding, okay?

4   A.    Okay.

5   Q.    Did any APIA representative observe you

6 performing your duties?

7   A.    No.

8   Q.    Was your schedule with the ███ family

9 ever put down in writing?

10   A.    No.

11   Q.    Was your schedule with the ███ family

12 ever put into writing?

13   A.    Yes.

14   Q.    Do you have a copy of it?

15   A.    No.

16   Q.    Did your host families ever count the number

17 of hours you worked?

18   A.    Not with me, no.

19   Q.    What do you mean, not with you?

20   A.    I don't know if they counted my hours

21 together, like, with me not present, but in my

22 presence, they didn't ever count my hours in front

23 of me, no.  I'm saying, like, maybe, like, the

24 mother and the father sat together and said, "Okay,

25 she's working enough," or, "No, she isn't working

| Page 35 | |
|---|---|
| | R. MASON |

1                         R. MASON

2 enough."  But not in front of me, no.

3   Q.    If they did it, you have no knowledge about

4 it?

5   A.    No.

6   Q.    Did you ever count your hours?

7   A.    Yes.

8   Q.    Did you ever write them down?

9   A.    No.

10   Q.    You counted them in your head?

11   A.    Yeah.

12   Q.    Why did you do that?

13   A.    I wanted to make sure that I wasn't being

14 overworked.

15   Q.    Were you being overworked?

16   A.    No.

17   Q.    Is now an okay time to take a ten-minute

18 break?

19   A.    Sure.

20             MR. TUCKER:  Is that okay with you,

21 Joshua?

22             MR. LIBLING:  Absolutely.

23             MR. TUCKER:  We'll go off the

24 record.  We'll come back at 9:35 Eastern

25 Time.

| Page 36 | |
|---|---|
| | R. MASON |

1                         R. MASON

2             THE WITNESS:  Okay.

3             MR. LIBLING:  Sure.

4             (Whereupon, a recess was taken at

5 this time.)

6   Q.    Did your host families provide you with a

7 private bedroom throughout your placements?

8   A.    Yes.

9   Q.    Were you ever forced to share your bedroom?

10   A.    No.

11   Q.    Did your host families provide you with

12 three meals each day throughout your placements?

13   A.    Yes.

14   Q.    Did you attend classes during your

15 placements?

16   A.    During my first year, yes.

17   Q.    What classes?

18   A.    I took a foreign language.

19   Q.    You said foreign language?

20   A.    Yes.

21   Q.    What was your class schedule?

22   A.    Tuesday and Thursday evening.

23   Q.    What were the times?

24   A.    I know it started at 6:15.  I'm not sure

25 about the ending time.

| Page 37 | |
|---|---|
| | R. MASON |

1                         R. MASON

2   Q.    Did you receive a weekly stipend during your

3 placements?

4   A.    Yes.

5   Q.    Did you receive a stipend every week in

6 which you participated in the au pair program?

7   A.    Yes.  Except for orientation week.

8   Q.    When you were placed with the ███

9 family, who paid your stipend?

10   A.    Predominantly, my host dad, but my host mom

11 also did pay me.

12   Q.    When you were placed with the ███

13 family, who paid your stipend?

14   A.    My host dad.

15   Q.    Did anyone other than your host families

16 ever pay you your stipend?

17   A.    No.

18   Q.    What were the methods of payment?

19   A.    When I arrived, I didn't have a bank

20 account, so they paid me cash, and once my account

21 was opened, they paid me in checks.

22   Q.    That's for the ███ family?

23   A.    Yes.

24   Q.    What about the ███ family?

25   A.    Only in checks.

| Page 38 | Page 40 |
|---|---|

**Page 38**

R. MASON

1
2 Q. Did the amount of your stipend ever change?
3 A. Between the years, it did, but not within
4 the year.
5 Q. Understood. What was your stipend amount
6 with the ▮▮▮▮▮ family?
7 A. $200.
8 Q. What was the stipend amount for the ▮▮▮▮▮
9 family?
10 A. $195.75.
11 Q. Aside from the weekly stipend, did you
12 receive any other monetary payment during either of
13 your placements?
14 A. No.
15 Q. Did you ever receive a bonus?
16 A. No.
17 Q. Did you receive gifts from your host
18 families?
19 A. Yes.
20 Q. What gifts did you receive?
21 A. I received a Christmas gift. It was a
22 luggage pack, it was a five-piece luggage set for
23 Christmas, and, yeah.
24 Q. I'm sorry if you said this, but I missed it.
25 What family was that?

**Page 39**

R. MASON

1
2 A. The ▮▮▮▮▮
3 Q. Did you receive any other gifts?
4 A. Maybe, like, flowers, sometimes.
5 Q. You testified earlier that you drove a car
6 to drive the children as part of your duties,
7 correct?
8 A. Yes.
9 Q. Were you able to use the host family car for
10 personal purposes during your placement?
11 A. Yes.
12 Q. Is that true for both families?
13 A. Yes.
14 Q. Did you have to pay for the gas you used?
15 A. I didn't have to pay for it. I willingly --
16 I contributed towards it.
17 Q. Did you contribute the full amount of the
18 gas you used?
19 A. I didn't keep track of, like, specifically
20 how many miles I traveled, and the exact liters to
21 mileage. I just -- I would say I contributed
22 one tank a month on average.
23 Q. Did your host families provide you with cell
24 phones?
25 A. Yes.

**Page 40**

R. MASON

1
2 Q. Both?
3 A. Yes.
4 Q. Were you able to use your cell phones for
5 personal purposes?
6 A. Yes.
7 Q. Did your host families pay for your cell
8 phone plans?
9 A. Yes.
10 Q. I know you testified you were able to use
11 your cell phone for personal purposes. Did you, in
12 fact, use your cell phones for personal purposes?
13 A. By "personal purposes," you would mean,
14 like, texting friends or -- is that you would
15 consider personal?
16 Q. I would consider anything outside of your
17 duties with your host families?
18 A. Yes. Then, yes, I did.
19 Q. Did you use the host families' Internet?
20 A. Yes.
21 Q. Did you have to pay for using the Internet?
22 A. No.
23 Q. Did the host families ever pay for any of
24 your personal travel expenses?
25 A. No.

**Page 41**

R. MASON

1
2 Q. Did the host families ever pay for any
3 personal entertainment expenses?
4 A. No.
5 MR. TUCKER: I think I'm done. Can
6 you give me five minutes to make sure?
7 THE WITNESS: Sure.
8 MR. TUCKER: Is that okay, Joshua?
9 MR. LIBLING: Sure.
10 MR. TUCKER: We're going off the
11 record for about five minutes. I'll come
12 back on when I'm ready, okay? We're off the
13 record now.
14 (Whereupon, a discussion was held
15 off the record.)
16
17
18
19 (Continued on the next page
20 to accommodate the jurat.)
21
22
23
24
25

ROBIN MASON   -  04/06/2018      Pages 42..44

Page 42

R. MASON
1
2          MR. TUCKER:  I don't have any
3    further questions.
4          MR. LIBLING:  No questions from me.
5          MR. TUCKER:  Thank you, Ms. Mason,
6    for your help.
7          THE WITNESS:  You're welcome.
8          (Time Noted:  9:52 a.m.)
9
10
11    _____
12                ROBIN MASON
13
14   Subscribed and sworn to before me
15   this ___ day of _____, 2018.
16   _____
17   Notary Public
18
19
20
21
22
23
24
25

Page 43

C E R T I F I C A T E
1
2    UNITED STATES DISTRICT COURT  ): ss.
3    FOR THE DISTRICT OF COLORADO  )
4         I, SHIRLEY HA, a Registered
5    Professional Reporter, Certified Live Note Reporter
6    and Notary Public (credentials) within and for the
7    State of New York, do hereby certify:
8         That ROBIN MASON, the witness whose deposition
9    is hereinbefore set forth, was duly sworn by me and
10   that such deposition is a true record of the testimony
11   given by the witness.
12        Before completion of the deposition,
13   review of the transcript ( ) was  (X) was not requested;.
14   If requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed
16   are appended hereto.
17        I further certify that I am not
18   related to any of the parties to this action
19   by blood or marriage, and that I am in no way
20   interested in the outcome of this matter.
21        IN WITNESS WHEREOF, I have hereunto
22   set my hand this 6th day of April, 2018.
23
24   _____
25             SHIRLEY HA

Page 44

E R R A T A   S H E E T
1
2
3    CASE NAME:    JOHANA PAOLA BELTRAN; et al. v.
4                 INTEREXCHANGE, INC.,; et al.
5    DATE OF DEPOSITION:  April 6, 2018
6    WITNESS'S NAME:    ROBIN MASON
7    PAGE   LINE (S)    CHANGE         REASON
8    ____|_____|_____|_____
9    ____|_____|_____|_____
10   ____|_____|_____|_____
11   ____|_____|_____|_____
12   ____|_____|_____|_____
13   ____|_____|_____|_____
14   ____|_____|_____|_____
15   ____|_____|_____|_____
16   ____|_____|_____|_____
17   ____|_____|_____|_____
18   ____|_____|_____|_____
19
20   _____
21                ROBIN MASON
22   SUBSCRIBED AND SWORN TO BEFORE ME
23   THIS _____ DAY OF _____, 20__.
24   _____
25   (NOTARY PUBLIC)      MY COMMISSION EXPIRES:

| | | |
|---|---|---|
| **$** | **3/26/2012** 14:21 | **28:23** |
| **$195.75** 38:10 | **3:00** 22:14 25:7,9 28:11 | **9** |
| **$200** 38:7 | **4** | **9:00** 22:8,14 25:6,15 29:8,9 |
| **1** | **4** 12:17,23 | **9:35** 35:24 |
| **1** 9:16,19 11:18,21 | **44** 20:12 | **9:52** 42:8 |
| **1/25/2018** 12:11 | **45** 20:11,23 | **A** |
| **10:00** 32:5 | **5** | **a.m.** 25:15 42:8 |
| **11** 20:13 | **5** 9:16 18:7 | **able** 39:9 40:4,10 |
| **11-year-old** 22:21 23:9 | **5:00** 25:14,16 26:4 | **Absolutely** 35:22 |
| **12/3/2013** 14:21 | **6** | **accommodate** 5:25 41:20 |
| **12:00** 22:8 25:18,19 26:4 | **6025** 4:12 | **account** 37:20 |
| **2** | **6:00** 28:25 | **accurate** 10:15,19 14:12,14,22 |
| **2** 10:23 20:12 | **6:15** 36:24 | **activities** 23:22 24:2 25:10 28:13 |
| **2012** 14:19 | **7** | **activity** 31:12 |
| **2013** 14:19 | **7** 20:12 | **additional** 17:20 |
| **2018** 42:15 | **7-year-old** 22:22 | **address** 4:10 |
| **29** 4:11 | **7:00** 28:18,19 | **adults** 20:10 |
| **2:00** 29:8,9 | **7:30** 28:21 | **affect** 7:10 |
| **3** | **8** | **after-school** 23:21 25:10 28:12,13 |
| **3** 12:8,23 | **8:00** 28:18,19 | **afternoon** 24:15,21 25:10 27:6 |
| **3/15/2018** 12:19 | **8:30** | **age** 19:22 21:5 |
| | | **ages** 20:23 |

| |
|---|
| **agreement** 18:13,16 19:4,7 |
| **allowed** 6:19 32:7,8,9,10 |
| **aloud** 5:10 |
| **America** 4:17,19,20,22 8:17 |
| **America's** 8:6 16:10 |
| **American** 4:16,21 |
| **amount** 38:2,5,8 39:17 |
| **answer** 5:3,19 6:2,5 16:7 |
| **answered** 6:10 |
| **answering** 13:20,25 14:6 |
| **answers** 5:6 14:11 |
| **APIA** 4:19,20 14:18 16:20 17:5 29:24 30:15 33:13,22 34:5 |
| **appearing** 8:11 |
| **approximate** 19:22 |
| **approximately** 19:24 |
| **area** 31:10 |
| **arrival** 8:19 |
| **arrive** 28:16 |
| **arrived** 8:21 32:19 37:19 |
| **Aside** 30:14 38:11 |
| **asked** 14:8 |

Movant's App. 000086

asking
21:4

aspects
17:13

assign
33:13

assigned
32:16 33:16,17

assist
13:24 14:6

assume
5:20

attend
6:20 21:21 22:24 23:8,21
24:2 26:13 31:14,19
36:14

attendance
6:17

attended
31:17,18

attorney
4:14 6:8,9 7:17,23 9:15

attorneys
6:18

au
4:17,19,20,22 8:6,25
11:22 12:10,18 14:18
16:10 19:19 31:10 32:19,
23 33:2 37:6

average
39:22

**B**

babysitter
24:18

back
13:22 19:3 27:15 35:24
41:12

bank
37:19

bath
25:8

bathe
25:11 28:14

bed
28:15

bedroom
36:7,9

believe
9:15

best
5:21

bit
32:14 34:2

bonus
38:15

boy
19:25 22:22

boys
20:24,25 22:21 28:8

break
5:24,25 6:3,4 35:18

breakfast
25:8 28:9

breaks
25:15

brought
14:10

business
4:17,22

**C**

calendar
22:9

camp
23:8,11,13

can't
17:18 21:5 30:22

Cape
4:11

car
32:6 39:5,9

card
17:18,19

care
24:7,17,24 25:7

case
5:6 8:2

cash
37:20

cell
39:23 40:4,7,11,12

certain
17:18 31:10,11 32:6

certificate
12:2 14:2,4,10

change
15:16 38:2

check
12:2

checks
37:21,25

children
19:21,22,23 20:12 21:21,
24 22:17,24 23:8,21,24
24:7,24 28:17 39:6

children's
22:12

Christmas
38:21,23

city
15:16

class
36:21

classes
36:14,17

clear
4:22 6:5,21 9:20 20:2,14
22:19

client
4:19

client's
4:18

cluster
31:7,14

come
24:17 25:6 35:24 41:11

comfortable
20:4

coming
7:17

community
8:20 29:23 30:2 31:3

compared
23:4 26:23 32:13

complete
7:7 10:10

completed
10:16 11:17,20 13:23

completion
12:2 14:2,4

complies
9:22 11:5 12:15,21 18:10

confidentiality
19:20

Connecticut
18:2

consent
10:9 11:17,20

consider
40:15,16

contact
30:15 31:2

contacted
30:19

continued
41:19

contribute
39:17

contributed
39:16,21

cook
28:14

copy
34:14

correct
9:16 16:17 26:5 39:7

correctly
26:3

couldn't
14:9 18:22 28:19

counselor
29:23 30:2 31:11

counselors
8:20 31:3,5

count
34:16,22 35:6

Movant's App. 000087

counted
  34:20 35:10

country
  30:24

course
  17:12,20,21

court
  5:11 6:19

cream
  24:16,21

Cross
  17:17,19

---

**D**

dad
  37:10,14

date
  12:3,4 13:23 14:20,21
  15:5 27:5,17,19

dates
  13:12,15

day
  7:16 14:9 25:8,21 36:12
  42:15

daycare
  22:24 23:2,4

days
  17:24 22:3 26:4,8 28:4
  29:19

Deakins
  4:15

dear-host-family
  16:8

decided
  15:16

decision
  15:17 16:24

Defendant
  4:16,21

dependent
  27:8

depending
  27:3

depends

25:24

deposition
  4:25 5:2 6:18,20 8:3,11
  9:5

described
  29:2

designated
  31:11

determined
  33:5

didn't
  24:10 34:22 37:19 39:15,
  19

different
  17:13 20:25 27:2

differentiate
  23:5

difficulty
  21:3

dinner
  25:11 28:14

direct
  6:24

discuss
  7:16,19

discussion
  9:12,25 41:14

distinguish
  21:5,9

document
  9:21 10:4,6,22,23 11:2,6,
  11,16 12:8,9,13,17,20
  18:6,11 30:18

documents
  8:10,16,18,21 9:4 11:21,
  25 12:5,22 13:5,13,24
  14:3

doing
  4:17,22 27:16,19 33:19

don't
  18:12 21:6 23:3,5 33:16
  34:20 42:2

double
  30:9

drive

39:6

driving
  17:20,21

drove
  39:5

duly
  4:3

duties
  25:4 28:7 32:15,16,22
  33:5,10,14 34:6 39:6
  40:17

---

**E**

e-mail
  8:24 16:12

earlier
  32:14 39:5

Eastern
  35:24

either
  38:12

Elizabeth
  4:12

employee
  24:10

employment
  21:12

ended
  16:3 26:4

enters
  6:24

entertain
  25:8

entertainment
  41:3

evening
  28:24 36:22

event
  6:23

exact
  12:3 16:4 39:20

EXAMINATION
  4:6

examined
  4:4

example
  19:23 32:3

exhibit
  9:18,19 10:23 11:18,21
  12:8,17 18:6,7

exhibits
  9:4,16 12:23

expect
  17:14

expenses
  40:24 41:3

experiences
  11:22

explicit
  32:12

extended
  15:15

extra
  27:20

---

**F**

fact
  40:12

families
  16:5,10,16,18 18:14
  19:18 22:20 31:22 34:16
  36:6,11 37:15 38:18
  39:12,23 40:7,17,23 41:2

families'
  19:21 40:19

family
  8:21 14:25 15:12,14,18,
  21 16:2 17:2,6,9 19:5,8,
  11,12,15 20:7,16,20,21
  22:2,21,22 23:10 24:14
  25:5 26:11 28:6,7 30:11,
  17,23 31:17,18,20 32:2,
  3,12,13,15,18,23 33:4,9,
  18,21 34:8,11 37:9,13,
  22,24 38:6,9,25 39:9

family's
  15:7

father
  34:24

**female**
20:11,12,13 21:25

**fewer**
27:24 29:13

**fill**
13:4

**filled**
13:3

**final**
18:6

**find**
12:3

**fine**
20:16 23:6

**finished**
10:3

**finishing**
12:3

**first**
4:3 5:9 6:4 10:24 12:9
14:24 15:7 17:9 20:8,25
21:2 30:17 31:17 32:2,
13,19 36:16

**first-aid**
17:17

**five**
19:13,16 20:6 26:20
41:6,11

**five-piece**
38:22

**flowers**
39:4

**follows**
4:5

**forced**
36:9

**foreign**
4:16,21 36:18,19

**form**
10:9,10,15,16,18 11:17,
20 16:6,23,25 30:19
31:23 32:17 33:8

**four**
17:24 19:16 20:21 28:4

**Friday**

**female**
22:15 27:16,17,19,20
29:3 32:4

**Fridays**
25:20

**friend**
7:24 8:8

**friends**
32:10 40:14

**front**
5:7 34:22 35:2

**full**
39:17

**full-time**
21:11

**further**
42:3

**G**

**gas**
39:14,18

**gender**
19:22 21:5

**gestures**
5:12

**getting**
16:13 17:17,19

**gift**
38:21

**gifts**
38:17,20 39:3

**girl**
22:21 23:9

**give**
7:7 33:18 34:2 41:6

**given**
5:21 7:4

**go**
9:9,23 16:14 19:3 22:3
25:18 27:15 28:22 32:8
35:23

**goes**
6:7

**going**
4:18 5:8 10:21 12:7,16

18:5 20:10,11,23 25:14
28:4 29:20 31:24 33:5
41:10

**good**
4:13 7:13

**H**

**hadn't**
13:20

**handed**
33:2

**happen**
25:2

**haven't**
8:12

**head**
35:10

**hear**
5:15 18:22 28:19

**heard**
5:20

**held**
9:12,25 41:14

**help**
26:14 32:21 42:6

**highways**
32:8

**hired**
24:11

**Hold**
9:23

**home**
19:11,15 21:14 25:12
32:5

**homework**
25:11 28:13

**host**
8:21 14:24 15:7,20 16:5
17:2,6,9 18:13 19:18,21
20:14,16 21:11,14 24:6
31:22 32:11,13,23 33:21
34:16 36:6,11 37:10,14,
15 38:17 39:9,23 40:7,
17,19,23 41:2

**hour**

25:22

**hours**
26:20 27:20,25 29:11,13
34:17,20,22 35:6

**house**
28:23

**household**
20:7

**Houston**
30:3

**I**

**I'LL**
17:3 32:3 41:11

**I'M**
4:14,18,20 5:8 9:21
10:21 12:7,16 18:5,18
19:17 20:10,11,22,23
25:14 28:4 29:20 31:24
34:23 36:24 38:24 41:5,
12

**ice**
24:15,21

**identify**
20:6,20

**important**
23:6

**including**
19:13,16

**individual**
6:25

**individuals**
19:10,14 20:6,21

**information**
5:18 10:15,18 13:4

**Institute**
4:16,21

**instructions**
5:9 7:3

**interested**
16:11,13

**Internet**
40:19,21

**interview**
8:7 16:14

Movant's App. 000089



Movant's App. 000090

**mom**
14:8 20:16 37:10

**Monday**
22:15 29:3 32:4

**Monday-through-friday**
27:11

**Mondays**
25:20

**monetary**
38:12

**month**
26:17 28:5 29:17,21,22 31:4,12 39:22

**months**
15:13 16:3,4

**morning**
4:13 26:20 27:7 28:9 29:6,7

**mother**
7:20,24,25 20:11 21:18 34:24

**multipage**
12:9

**N**

**N-A-N-T**
30:9

**name**
4:8,13,18 20:2 21:2

**names**
20:15 21:6

**nanny**
24:17

**nap**
25:21,23 26:7,9

**Nash**
4:15

**necessary**
5:10,18

**need**
5:24 6:8 21:9 26:13

**needed**
27:4 30:18 32:20,25

**needs**
32:21 33:21

**New**
4:4

**night**
27:5,17,18,19,20 32:7

**nighttime**
27:6

**nods**
5:12

**nonverbal**
5:13

**normally**
26:14

**Notary**
4:3 42:17

**Noted**
42:8

**notice**
11:9

**noticed**
13:20

**notify**
6:24

**number**
34:16

**O**

**oath**
5:3

**object**
34:3

**Objection**
7:14 11:14,23 16:6,23,25 18:20,25 31:23 32:17 33:8,11,15,24

**observe**
34:5

**Occasionally**
21:16 26:12

**occasions**
29:21

**offer**
17:2

**offered**
17:20

**Ogletree**
4:14

**Oh**
21:8

**okay**
5:14 6:12,25 7:2 11:5 12:15,21 18:10 20:18 23:7 34:3,4,24 35:17,20 36:2 41:8,12

**old**
19:24

**older**
25:9

**once**
25:3 31:4,12 37:20

**opened**
13:19 37:21

**orally**
5:10

**order**
19:20

**orientation**
8:19 17:8,11,15,23,25 37:7

**originally**
14:8

**outside**
27:12 29:10 30:23 40:16

**overworked**
35:14,15

**P**

**p.m.**
25:14,16 28:25 32:5

**pack**
8:19 38:22

**packages**
8:20

**page**
10:13,24 12:9 41:19

**paid**
24:11,16 37:9,13,20,21

**pair**
4:17,19,20,22 8:6 11:22 12:10,18 14:18 16:10 19:19 32:19,24 37:6

**pairs**
8:25 31:10 33:2

**parents**
20:8,15,22 21:11,14,17 24:7 25:12 28:15 32:11

**Park**
4:11

**part**
39:6

**participate**
6:20 14:17 16:20 17:8

**participated**
37:6

**participation**
6:17 19:19 30:16

**particular**
17:6

**particularly**
22:6

**pay**
37:11,16 39:14,15 40:7, 21,23 41:2

**payment**
37:18 38:12

**pending**
6:3,4,10

**performing**
34:6

**permanently**
24:8,9

**person**
30:21

**personal**
39:10 40:5,11,12,13,15, 24 41:3

**phone**
40:8,11

**phones**
39:24 40:4,12

**pick**
25:9 26:9

Movant's App. 000091

| | | | |
|---|---|---|---|
| **picked** | **provide** | **receive** | **representative** |
| 28:11 | 36:6,11 39:23 | 37:2,5 38:12,15,17,20 | 16:20 17:5 30:15 33:13, |
| **place** | **provided** | 39:3 | 22 34:5 |
| 32:22 | 9:3,15 14:11 | **received** | **representing** |
| **placed** | **Public** | 8:24 38:21 | 8:25 |
| 14:24 15:2,5 19:19 37:8, | 4:3 42:17 | **recess** | **resided** |
| 12 | **pull** | 36:4 | 19:10,14 |
| **placement** | 18:8 | **recollection** | **residing** |
| 19:11,15 39:10 | **purpose** | 5:22 | 20:21 |
| **placements** | 4:25 | **recommendation** | **respond** |
| 21:12,15,22 36:7,12,15 | **purposes** | 33:18 | 5:10 |
| 37:3 38:13 | 39:10 40:5,11,12,13 | **record** | **responding** |
| **plans** | **put** | 4:8,10 9:10,13,14,24 | 34:3 |
| 40:8 | 32:22 34:9,12 | 10:2 35:24 41:11,13,15 | **responses** |
| **please** | | **record's** | 5:13 13:16,18 14:20 |
| 4:8,10 6:24 9:18 11:2,3 | | 22:19 | **review** |
| 12:13,19 18:8 20:6,9,20 | **Q** | **recorded** | 8:10 9:19 11:3,11,16,21, |
| 30:6 | | 5:13 | 25 12:13,19 18:8,16 |
| **Port** | **question** | **Red** | 19:4,7 |
| 4:11 | 5:15,17,19,20 6:2,4,5 | 17:17,19 | **reviewed** |
| **Possibly** | 20:19 | **refer** | 11:13 |
| 27:15 | **questionnaire** | 4:18 19:21,25 | **reviewing** |
| **Predominantly** | 13:25 | **referring** | 10:3 11:4 |
| 37:10 | **questionnaire/survey** | 4:20 8:14 9:21 | **right** |
| **prefer** | 13:2 | **regarding** | 11:9 18:3 |
| 32:4 | **questionnaires** | 11:22 30:19 | **Road** |
| **premarked** | 13:7,16 14:12 | **relative** | 4:11 |
| 9:15 10:22 | **questions** | 24:20,23 | **Robert** |
| **presence** | 5:2,3,8,11 6:11 13:9,20, | **rely** | 4:14 |
| 34:22 | 25 14:7 19:18 21:4 42:3, | 13:24 | **Robin** |
| **present** | 4 | **remain** | 4:9 12:10,18 42:12 |
| 34:21 | **quite** | 15:11,25 | **room** |
| **preserve** | 15:5 | **remember** | 6:13,15,24,25 |
| 19:20 | **quiz** | 5:18 17:16,17,18 18:12 | **rules** |
| **previous** | 21:3 | 19:9 21:6 | 31:22,25 32:6,13 |
| 33:2 | | **remembered** | |
| **private** | | 14:9 | |
| 6:13 36:7 | **R** | **repeat** | **S** |
| **probably** | | 5:16 | |
| 28:23 | **Rathkeaoe** | **rephrase** | **S-A-R-I-T-A** |
| **process** | 4:11 | 5:17 | 30:7 |
| 16:15 | **ready** | **reporter** | **S-T-A-M-F-O-R-D** |
| **program** | 25:11 28:9,15 41:12 | 5:11 6:19 | 18:3 |
| 14:18 19:20 29:24 30:16 | **really** | **represent** | **Sarita** |
| 37:6 | 23:6 | 4:15 | 30:3,5,14 |
| | **reason** | | **sat** |
| | 7:6 | | |

Movant's App. 000092



Movant's App. 000093

15:22,25 19:8,14 20:19,
21 22:21 28:6,7 30:10
32:15 33:9 34:11 37:12,
24 38:8

**testified**
4:4 39:5 40:10

**testifying**
5:7

**testimony**
7:7 26:3

**Texas**
30:3

**texting**
40:14

**Thank**
12:22 20:14 42:5

**thing**
5:25 8:9

**think**
17:16 18:2 28:18 29:8
30:4 33:17 41:5

**third**
32:23

**three**
15:4 17:24 20:12 23:19
28:4 29:17,20,21 36:12

**three-page**
10:23

**Thursday**
36:22

**Thursdays**
22:4 25:17,19 26:2

**time**
6:9 8:16 10:16 14:14
18:21,25 25:13 28:17,22,
24 34:2 35:17,25 36:5,25
42:8

**times**
26:25 27:24 29:17,19
36:23

**today**
4:24 5:6 7:6 8:11 10:19

**Todd**
20:22

**told**
33:9

**top**
12:10,18 13:12

**track**
39:19

**training**
17:15,17

**travel**
40:24

**traveled**
30:17 39:20

**traveling**
30:23

**true**
31:5 39:12

**truthful**
7:7

**Tucker**
4:7,14 9:9,23 18:22 19:2
35:20,23 41:5,8,10 42:2,
5

**Tuesday**
36:22

**Tuesdays**
22:4 25:17,19 26:2

**Twelve**
15:13

**twice**
22:2 25:3

**twin**
20:24,25 21:10 22:20

**twins**
21:4

**two**
13:18,20 20:10 29:17,20,
21

**two-year-old**
21:25 22:25 26:7

---

**U**

**Uncertain**
23:16

**understand**
5:4,16,22 7:3 11:13
13:10

**understood**
5:21 26:3 27:10 38:5

**unsure**
20:23

**uploaded**
16:9

**use**
20:15 21:9 32:3,6 33:17
39:9 40:4,10,12,19

---

**V**

**vacation**
22:10

**vary**
26:22

**video**
16:9

**view**
16:11

**visa**
8:21

---

**W**

**wait**
6:10

**wake**
28:8,17

**want**
20:15 29:9 33:16

**wanted**
8:6 9:2 35:13

**wasn't**
12:4 16:4 24:16 27:8
32:2,7,8,10 35:13

**We'll**
31:11 35:23,24

**we're**
9:20 21:4 41:10,12

**website**
16:10

**Wednesdays**
25:20

**week**

22:2 23:17 32:5 37:5,7

**weekday**
26:24

**weekend**
26:12,17 27:4

**weekends**
22:11 26:10,16,18,21
27:2 29:5

**weekly**
37:2 38:11

**weeks**
15:4 23:19

**welcome**
42:7

**went**
9:14 13:22 22:2 23:3

**weren't**
9:7 27:21

**who's**
21:10

**willingly**
39:15

**witness**
4:2 9:22 11:5 12:15,21
18:10 36:2 41:7 42:7

**word**
33:17

**words**
27:2

**work**
21:14 25:23 26:10,16,19
27:12,14,17 29:5,10,13

**worked**
26:18,21,25 27:24 29:6
34:17

**working**
27:20,21 34:25

**wouldn't**
17:3 24:11 26:12

**write**
16:8 35:8

**writing**
34:9,12

| Y |
| --- |

**yeah**
  8:22 13:8,14 16:3 22:10,
  16 24:22 27:3,8,23 28:18
  31:24 32:11 35:11 38:23

**year**
  15:13,15 17:13 22:9
  36:16 38:4

**years**
  19:24 38:3

**yesterday**
  8:3,4

**York**
  4:4

**you're**
  11:3 42:7

**you've**
  9:20 12:14,20 18:9

Movant's App. 000095

JESSICA KIVEDO - 04/10/2018

```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
2
       Civil Action No. 1:14-cv-03074-CMA-KMT
3      _____

4      DEPOSITION OF:  JESSICA KIVEDO - April 10, 2018

5      _____

       JOHANA PAOLA BELTRAN; et al.,
6
       Plaintiffs,
7
       v.
8
       INTEREXCHANGE, INC.; et al.,
9
       Defendants.
10     _____

11

12              PURSUANT TO NOTICE AND AGREEMENT, the

13     deposition of JESSICA KIVEDO was taken on behalf of the

14     Defendants at the deponent's place of residence via

15     videoconferencing at the offices of Ogletree, Deakins,

16     Nash, Smoak & Stewart, P.C., located at 1700 Lincoln

17     Street, Suite 4650, Denver, Colorado 80203, on

18     April 10, 2018, at 5:00 p.m., before Jessica M. Reedy,

19     Registered Professional Reporter, Federal Certified

20     Realtime Reporter, and Notary Public within Colorado.

21

22

23

24

25
```

Movant's App. 000096

Page 2

1           A P P E A R A N C E S
2
3   For the Plaintiffs:    SEAN PETTERSON, ESQ.
    (Via videoconference)  Boies Schiller & Flexner, LLP
4                          575 Lexington Avenue
                           7th Floor
5                          New York, NY  10022
                           (212) 446-2300
6                          SPetterson@BSFllp.com
7   For the Defendants:    STEVEN R. REID, ESQ.
                           Ogletree, Deakins, Nash,
8                          Smoak & Stewart, P.C.
                           Wells Fargo Center
9                          1700 Lincoln Street, Suite
                           4650
10                         Denver, CO  80203
                           (303) 764-6800
11                         Steven.Reid@ogletreedeakins.
                           com
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           I N D E X
2                                                    PAGE
    EXAMINATION OF JESSICA KIVEDO:
3   April 10, 2018
4   By Mr. Reid:                                    4, 66
    By Mr. Petterson:                               58, 72
5
6                                                   INITIAL
    DEPOSITION EXHIBITS                            REFERENCE
7
    Exhibit 1   Consent to Join (1 Page)              10
8
    Exhibit 2   Notice to Join Lawsuit for Unpaid     12
9               Wages (3 Pages)
10  Exhibit 3   Questionnaire for Jessica Kevido      13
                (7 Pages)
11
    Exhibit 4   *** CONFIDENTIAL *** Host Family      20
12              and Au Pair/Companion Agreement
                (AIFS 0000061)
13
    (Attached to original transcript.)
14
15  PREVIOUSLY MARKED DEPOSITION              INITIAL
    EXHIBITS:                                REFERENCE
16
    (None)
17
18  INFORMATION REQUESTED:
19  (None)
20  QUESTIONS INSTRUCTED NOT TO ANSWER:
21  (None)
22
23
24
25

Page 4

1                WHEREUPON, the following proceedings were
2   taken pursuant to the Federal Rules of Civil Procedure.
3                JESSICA KIVEDO,
4   having been first duly sworn to state the whole truth,
5   testified as follows:
6                EXAMINATION
7   BY MR. REID:
8        Q.   Good evening, Ms. Kivedo.  My name is Steve
9   Reid, and I'm an attorney with the Ogletree, Deakins
10  Law Firm.  We represent the defendant, American
11  Institute for Foreign Study doing business as Au Pair
12  in America.
13           Since my client's name is long, I'm going to
14  refer to my client as either APIA or Au Pair in
15  America.  So when I say "APIA" or "Au Pair in America,"
16  I'm referring to the defendant, American Institute For
17  Foreign Study doing business as Au Pair in America.
18           Is that clear?
19       A.   Yes.
20       Q.   As you know, we're here today so that I can
21  take your deposition, and the purpose of the deposition
22  is for me to ask you questions and for you to answer
23  those questions under oath.
24           Do you understand that?
25       A.   Yes.

Page 5

1        Q.   Your answers today can be used in this case
2   as if you are testifying in front of the judge.
3            Do you understand that as well?
4        A.   Yes.
5        Q.   Do you understand that you've sworn to tell
6   the whole truth, not partial truths or half truths?
7        A.   Yes.
8        Q.   I'm going to give you a few instructions for
9   you to keep in mind while I ask you questions.  First,
10  and you've already done a good job of this, I'll ask
11  that you respond orally or aloud to my questions.
12           Do you understand that?
13       A.   Yes.
14       Q.   The court reporter is taking down everything
15  that we say, and so head nods and things like "uh-huh"
16  or "huh-uh" just cannot be recorded very well, so
17  please use "yes" or "no."
18       A.   Yes.
19       Q.   If you don't hear a question, say so, and I
20  can repeat it.  If you don't understand a question, say
21  so, and I can rephrase it.  And if you do not know or
22  remember the information necessary to answer, just say
23  so.
24           If you answer a question, I'll assume that
25  you heard it, understood it, and have given me your

|  | Page 6 |
|---|---|
| 1 | best recollection. |
| 2 | Q.   Do you understand all of that? |
| 3 | A.   Yes. |
| 4 | Q.   If you need to take a break, just let me |
| 5 | know, and we can accommodate that.  I'll just ask that |
| 6 | you answer any pending question before going on a |
| 7 | break. |
| 8 | Is that okay? |
| 9 | A.   Yes. |
| 10 | Q.   And do you understand all the instructions |
| 11 | that I've given? |
| 12 | A.   Yes. |
| 13 | Q.   Is there any reason sitting here today that |
| 14 | you can't give truthful and complete testimony in this |
| 15 | matter? |
| 16 | A.   No. |
| 17 | Q.   Are you under the influence of any |
| 18 | prescription or nonprescription drug which would |
| 19 | prohibit you from giving truthful or accurate |
| 20 | testimony? |
| 21 | A.   No. |
| 22 | Q.   Are you taking any medications that effect |
| 23 | your memory? |
| 24 | A.   No. |
| 25 | Q.   Do you consider yourself to have a good |

|  | Page 7 |
|---|---|
| 1 | memory? |
| 2 | MR. PETTERSON:  Objection. |
| 3 | A.   Yes. |
| 4 | Q.   (BY MR. REID)  What languages do you speak, |
| 5 | Ms. Kivedo? |
| 6 | A.   English and African. |
| 7 | Q.   I assume you're able to read in English? |
| 8 | A.   Yes. |
| 9 | Q.   Did you discuss this case with anyone other |
| 10 | than your attorneys before this deposition? |
| 11 | A.   Yes. |
| 12 | Q.   And with whom did you talk about this case |
| 13 | with? |
| 14 | A.   My husband and two of my best friends. |
| 15 | Q.   When did you speak with your husband about |
| 16 | this case? |
| 17 | MR. PETTERSON:  Objection. |
| 18 | Just before you answer, Jessica, I'm going to |
| 19 | caution you to -- that the spousal privilege exists. |
| 20 | You don't have to, you know, divulge the contents of |
| 21 | your conversation with your husband unless you choose |
| 22 | to. |
| 23 | A.   Okay.  I don't want to discuss stuff that I |
| 24 | said with my husband. |
| 25 | Q.   (BY MR. REID)  Aside from the content of the |

|  | Page 8 |
|---|---|
| 1 | conversation, when did you speak with your husband |
| 2 | about this case? |
| 3 | A.   When I received the notice -- notification |
| 4 | about the lawsuit. |
| 5 | Q.   And then you said you spoke with two of your |
| 6 | best friends about this case, correct? |
| 7 | A.   Yes. |
| 8 | Q.   What's the name of the first friend that you |
| 9 | spoke with? |
| 10 | A.   Chrisa. |
| 11 | Q.   And what's Chrisa's last name? |
| 12 | A.   ████ |
| 13 | THE REPORTER:  Can you spell that? |
| 14 | THE DEPONENT:  ██████ |
| 15 | THE REPORTER:  Thank you. |
| 16 | Q.   (BY MR. REID)  And when did you talk to |
| 17 | Chrisa about this case? |
| 18 | A.   Two days ago. |
| 19 | Q.   What did you speak about? |
| 20 | A.   I just told her about the lawsuit and that |
| 21 | I'm involved in it -- |
| 22 | Q.   How long was the -- |
| 23 | A.   -- and that -- |
| 24 | MR. PETTERSON:  Objection.  She's got to |
| 25 | finish. |

|  | Page 9 |
|---|---|
| 1 | A.   Yeah.  And that I will have to do the video |
| 2 | conference that I'm doing today, and I told her that |
| 3 | just because we -- when I was at Au Pair, I wasn't paid |
| 4 | at the minimum wage and I didn't know it at the time |
| 5 | because I didn't know about the minimum wage.  So I |
| 6 | told her that. |
| 7 | Q.   (BY MR. REID)  How long did the conversation |
| 8 | last? |
| 9 | A.   About ten minutes. |
| 10 | Q.   What's the name of the second friend that you |
| 11 | discussed the case with? |
| 12 | A.   Femi, F-e-m-i. |
| 13 | Q.   What's Femi's last name, please? |
| 14 | A.   ████████████████ |
| 15 | Q.   How long did that conversation last? |
| 16 | A.   The same amount of time, because they were |
| 17 | together. |
| 18 | Q.   So it was all conversation with Femi and |
| 19 | Chrisa? |
| 20 | A.   Yes. |
| 21 | Q.   Did you review any documents before coming to |
| 22 | the deposition? |
| 23 | A.   No. |
| 24 | Q.   How did you first learn about this lawsuit? |
| 25 | A.   I received an e-mail about it. |

Movant's App. 000098

Page 10

1   Q.   About when did you receive that e-mail?
2   A.   Approximately, roughly, two months ago.
3   Q.   I'd ask that you open one of the files your
4   attorney sent you.  It's marked as Exhibit 1, so it'll
5   be file Ex (1).  Let me know when you have that open,
6   please.
7        (Deposition Exhibit 1 was previously marked.)
8        (Pause in the proceedings.)
9   A.   So it's the first file?
10  Q.   (BY MR. REID)  Yes.
11  A.   Yes.  Okay.
12  Q.   Have you seen this document before?
13  A.   No.
14  Q.   Can you review it and look at the information
15  that is your information and see if that is accurate.
16       (Deponent perused document.)
17  A.   Looks accurate.
18  Q.   Is that your signature on the document?
19       (Deponent perused document.)
20  A.   I don't see a signature.
21  Q.   Ms. Kivedo, just to make sure we're talking
22  about the same document, does the document you're
23  looking at say "Consent to Join" at the top?
24       (Deponent perused document.)
25  A.   No.  It was a different one.  Oh, this one.

Page 11

1   Yes.  No, I was looking at the long one, sorry.
2   Q.   Okay.  That's all right.
3        So now you have Exhibit 1 up?
4   A.   Yes.
5   Q.   This document was previously marked as
6   Exhibit 1 for this deposition.
7        Have you seen this document before?
8   A.   I don't recall.
9   Q.   Can you take a moment to review and let me
10  know if you can remember seeing it?
11       (Deponent perused document.)
12  A.   Yes.
13  Q.   What is this document?
14  A.   From my understanding, this document is
15  consenting to join the -- the lawsuit.
16  Q.   Did you complete this form?
17  A.   Yes.
18  Q.   And is that your signature on the form?
19  A.   It is.  It's via e-signature.
20  Q.   And then is all the information with respect
21  to your information on this form correct?  Accurate?
22  A.   Yes.
23  Q.   Now, will you please open the document
24  that's -- the file name is Ex (2).
25  A.   Okay.  Okay.  I have it opened.

Page 12

1        (Deposition Exhibit 2 was previously marked.)
2   Q.   (BY MR. REID)  This document was previously
3   marked as Exhibit 2 for this deposition.
4        Have you seen this document before?
5        (Deponent perused document.)
6   A.   Yeah.
7   Q.   Can you identify it?
8        (Pause in the proceedings.)
9   A.   What do you mean identify it?  I don't
10  understand.
11  Q.   Can you tell us what the document is?
12  A.   It's about the -- the lawsuit, what it's
13  about, the details of the lawsuit.
14  Q.   Do you recall receiving a copy of this
15  notice?
16  A.   I didn't -- I didn't receive a copy of it,
17  but I do remember reading it.
18  Q.   So when you say you didn't receive a copy, do
19  you mean you didn't get a physical copy, but you did
20  get one maybe electronically?
21  A.   Yeah.
22  Q.   Do you remember reviewing this document
23  before you signed the consent to join the lawsuit?
24  A.   Yes.
25  Q.   After you completed the consent to join form,

Page 13

1   did you review any documents regarding your experience
2   as an au pair?
3   A.   Could you repeat the question, please?
4   Q.   Yeah.  Sure.  So after you completed that
5   consent to join that we just looked at, did you review
6   any documents regarding your experience as an au pair?
7   A.   No.
8   Q.   Now I'd like to direct your attention to
9   Exhibit 3, so it'll be Ex (3) in the e-mail you got.
10  A.   Okay.
11       (Deposition Exhibit 3 was previously marked.)
12  Q.   (BY MR. REID)  And this document has
13  previously been marked as Exhibit 3 for this
14  deposition.
15       Have you seen this document before or at
16  least some format of it?
17  A.   Yes.
18  Q.   And what is this document?
19  A.   This document is asking me questions about my
20  experience as an au pair.
21  Q.   When you looked at this document the first
22  time and responded to it, were there any questions that
23  you did not understand?
24       (Pause in the proceedings.)
25  A.   No.

Movant's App. 000099

Page 14

```
1      Q.   Did you complete the answers to the questions
2  in this document?
3      A.   Yes.
4      Q.   And when did you do that?
5      A.   I did it at the same time I received the
6  e-mail with regards to the lawsuit.
7      Q.   Would that have been within the last six
8  months?
9      A.   Yes.
10      Q.   About how much time did it take you to
11  complete the survey here?
12      A.   I don't really recall exactly how long it
13  took me.
14      Q.   Was it more than one hour?
15      A.   No.
16      Q.   Was it more than half an hour?
17      A.   Approximately -- approximately half an hour.
18      Q.   When you were filling this out, did you rely
19  on any documents including e-mails or text messages to
20  answer the questions?
21      A.   No.
22      Q.   Did anybody help you with answering the
23  questions?
24      A.   No.
25      Q.   And are the answers that you provided
```

Page 15

```
1  accurate?
2      A.   Yeah.
3      Q.   Ms. Kivedo, when did you participate in the
4  APIA Au Pair program?
5      A.   In -- I became an au pair in February of
6  2013, and I finished in, let's see, end of October of
7  2014 -- November 2014.
8      Q.   How many homes were you placed in during your
9  time with APIA?
10      A.   Two.
11      Q.   And when were you placed with the first host
12  family?
13      A.   I was placed in -- I started there in
14  February of 2013.
15      Q.   And how about the second family?
16      A.   It was February 2014.
17      Q.   I'm going to ask you a few questions about
18  the two different families, and we'll do this as we go
19  through.  We'll start with the same line of questions
20  for both families.
21           So speaking of the first host family, what
22  was that family's last name?
23      A.   ███████.
24           THE REPORTER:  Can you spell that?
25           THE DEPONENT:  ████████
```

Page 16

```
1      Q.   (BY MR. REID)  And how long were you in the
2  ████ home?
3      A.   One year.
4      Q.   Why did that placement conclude?
5      A.   Can you repeat the question?
6      Q.   Yeah.  Why did that placement conclude, or
7  why did you leave the home?
8      A.   Oh, it was -- I mean, after one year, you can
9  decide whether you want to stay with the family or if
10  you would like to go to another family.
11           And at that time, the host family wanted to
12  get another au pair from a different country, and I
13  also felt like I wanted to move to a different family,
14  so -- and most of the time, it's one year that you
15  spend with the family.
16      Q.   Did anybody at APIA require you to leave and
17  go to a different family?
18      A.   No.
19      Q.   So let's talk about the second family for a
20  moment.
21           What's the second family's last name?
22      A.   ████████
23      Q.   Can you spell that for the court reporter?
24      A.   ████████
25      Q.   And about how long did that placement last?
```

Page 17

```
1      A.   Nine months.
2      Q.   And why did you leave the ██████ home?
3      A.   I didn't want to extend for longer than nine
4  months.  That was my choice, so I just -- before I even
5  started with the family, they knew that I would only be
6  there for nine months.
7      Q.   Did anybody at APIA require that your stay
8  would only be nine months?
9      A.   No.
10      Q.   How did you locate the different host
11  families?
12      A.   The first host family, when I was in South
13  Africa, through Au Pair in America.  They had different
14  families that we could Skype with and interview to see
15  if we would be a good match.  And so I did a bunch of
16  interviews.
17           And then I talked with the ██████ family, and
18  we both thought that we would be a good match.  So
19  that's how we -- I ended up moving to Oakland to be an
20  au pair there.
21           And then the second family, once I decided I
22  wanted to rematch, I did the same process.  Started
23  looking for families through the agency website and,
24  basically, found a family that I felt would be a good
25  match.  They felt the same way, and then we matched up.
```

Movant's App. 000100

Page 18

1    Q.   Did you interview with both families before
2  you went to their home?
3    A.   Through video, yeah.  Through the video chat,
4  yes.
5    Q.   And did the interview consist of -- for each
6  family, two parents?
7    A.   No.
8    Q.   Who was in the interview for the first
9  family?
10    A.   For the first family, it was the mom and the
11  dad.
12    Q.   And then the second family?
13    A.   It was the dad.
14    Q.   Did APIA participate in these interviews at
15  all?
16    A.   No.
17    Q.   Did any APIA representative match you with
18  one of the host families?
19    A.   I'm not sure what you mean by matching me
20  with a family.
21    Q.   Sure.  Did any APIA representative tell you
22  with whom to match?
23    A.   No.
24    Q.   And you sort of talked about this, but I just
25  want to be clear, whose decision was it for you and the

Page 19

1  families to match?
2    A.   It was a mutual decision, so we both -- yeah,
3  it was a mutual, both myself and the family.
4    Q.   So is it fair to say you and the families
5  each agreed to match?
6    A.   Yes.
7    Q.   Before you were placed with the families, did
8  you participate in any orientation or training?
9    A.   Yes.
10    Q.   And will you briefly just tell me about that
11  training?
12    A.   The training was mainly about childcare and
13  what would be expected of us as au pairs.  So from what
14  I can recall, we had some training on kids -- I guess,
15  kids at like different ages.  Also safety precautions.
16  We did some first aid and CPR training.  That's all
17  that I can recall.
18    Q.   Was this childcare training something that
19  was specific to the families you were going to go into
20  their home, or was it general childcare training?
21    A.   It was general.
22    Q.   And where did this training occur?
23    A.   It occurred in New York.
24    Q.   How long was it?
25    A.   I do not recall exactly the amount of days,

Page 20

1  but I do know that it was a few days.
2    Q.   Was it less than one week?
3    A.   Yes.
4    Q.   Did the training occur after you were already
5  in a home, or was it before you were placed in a home?
6    A.   It was before we -- before I went to the
7  home, but I'd already matched with the family.
8    Q.   I'd like to take a look at this final
9  exhibit.
10         (Deposition Exhibit 4 was marked.)
11    Q.   It'll be file name Ex (4).
12    A.   Okay.
13         (Deponent perused document.)
14    A.   Okay.
15    Q.   This exhibit has been marked as Exhibit 4 for
16  this deposition.
17         Have you seen this document before?
18    A.   Yes.
19    Q.   And what is this document?
20    A.   It's a host family agreement.
21    Q.   This version isn't signed by you or a host
22  family.
23         Do you remember signing a version of this?
24    A.   Yes.
25    Q.   Do you remember reviewing the document before

Page 21

1  you signed it?
2    A.   Yes.
3    Q.   And did you understand the document after you
4  reviewed it?
5    A.   I -- from my own understanding, I possibly
6  would say that -- I mean, I -- yeah, I guess I did
7  understand it, but at the time, I -- I didn't go into
8  too much detail to really read through it.  I just --
9  yeah.
10    Q.   Is there anything in this Exhibit 4 document
11  that's not consistent with your understanding of the
12  APIA au pair program?
13         (Pause in the proceedings.)
14    A.   I think, looking back now, I -- I didn't
15  really know what the minimum -- the minimum wage was,
16  the weekly stipend.  Yeah, I didn't really know that --
17  what that was.
18    Q.   Okay.  And this document doesn't indicate a
19  specific stipend amount, does it?
20    A.   No.
21    Q.   Rather, it says -- and this is the provision
22  you're talking about, I believe.  It says, in the fifth
23  bullet, "We understand that an au pair/companion is to
24  receive, at a minimum, the weekly stipend as stipulated
25  by regulations governing au pair programs and set forth

Page 22

1   in Au Pair in America's program materials."
2          That's what it says right there, correct?
3          MR. PETTERSON:  Objection.
4      A.  That's what it says there, yes.
5      Q.  (BY MR. REID)  So is something still unclear
6   or is there something -- when you say you didn't know
7   what the stipend was, is there something in this
8   document that is inconsistent with the APIA program?
9          MR. PETTERSON:  Objection.
10         (Deponent perused document.)
11     A.  So, yes, I -- I do understand that.
12     Q.  (BY MR. REID)  I want to set that agreement
13  aside and ask you, at either of the host family's
14  homes -- or with either of the host families, I'm
15  sorry, did you enter into an agreement or contract with
16  the family?
17         MR. PETTERSON:  Objection.
18     A.  Do you mean a separate contract?
19     Q.  (BY MR. REID)  A separate contract outside of
20  this agreement.
21         Did you have a separate agreement with either
22  family?
23     A.  No.
24     Q.  I want to spend a couple minutes on each of
25  the families and your time with each family.

Page 23

1          So talking about the ████ family, how many
2   individuals were living in the home when you were
3   there?
4      A.  So when I first moved there, it was -- it was
5   three; and about a few months into the program, their
6   other daughter moved back home, so it was four.
7      Q.  So when you first moved in, it was three plus
8   you; is that correct?
9      A.  Yeah.
10     Q.  And then a few months in, it was four plus
11  you?
12     A.  Yes.
13     Q.  How old was the other daughter that moved
14  back home?
15     A.  She was 16.
16     Q.  And I'm going to ask you some questions about
17  the host family.  And to preserve the confidentiality
18  of the children, I would just ask that you refer to the
19  children by age -- approximate age and by gender.
20         So as an example, if someone's name was John
21  Smith and approximately ten years old, I would ask that
22  you just call him the "ten-year-old boy."
23         Are you comfortable with that?
24     A.  Yes.
25     Q.  So let's break down that -- the ████ home.

Page 24

1          So can you tell me each of the individuals
2   residing in the home?  You know, if someone was the
3   host mother, host father, and tell me the age and
4   gender of the children.
5      A.  Okay.  Do you want the host mother and
6   father's age?
7      Q.  No.  That's all right.  Just the age for the
8   children.
9      A.  Okay.  So the first age was 9 and she was a
10  female, and then the second was 16 and she was a
11  female.
12     Q.  And then there was a host mother and a host
13  father?
14     A.  Yes.
15         MR. PETTERSON:  Objection.
16     Q.  (BY MR. REID)  Did either of the host parents
17  not have full-time employment during your placement?
18     A.  No.
19     Q.  Did either of them work from home on a
20  regular basis?
21     A.  No.
22     Q.  Did either of them ever work from home?
23     A.  No.
24     Q.  The 16-year-old girl, did she have
25  employment?

Page 25

1      A.  Yes.
2      Q.  Was it full-time employment?
3      A.  No.
4      Q.  Was she a full-time student?
5      A.  Yes.
6      Q.  And then did the 9-year-old girl attend
7   school or any kind of daycare or camp while you were in
8   her home?
9      A.  Yeah.  She attended school, and during the
10  summer, she went to summer camp.
11     Q.  When she was in school during the school
12  year, what was the general schedule of her schooling?
13     A.  She -- school was from about 9:00 to 3:00.
14     Q.  And then when she was in summer camp, what
15  was the general schedule?
16     A.  From what I can recall, it varied on the
17  camps that she was going to, but it would usually be
18  half day.
19     Q.  When you say "half day," can you give me a
20  rough estimation of how many hours that consisted of?
21     A.  Approximately four to five hours.
22     Q.  And was that usually in the morning part of
23  the day or the afternoon part of the day?
24     A.  The morning.
25     Q.  Was she usually in summer camp during the

**Page 26**

1　entire summer?
2　　　A.　For the most part.
3　　　Q.　And do you recall the 16-year-old girl's
4　school schedule?
5　　　A.　Yes.　Her schedule was approximately, from
6　what I can recall, around 8:30 to about 2:00.
7　　　Q.　And then roughly what was her work schedule?
8　　　A.　Roughly about two hours a day, roughly.
9　　　Q.　So after she got back from school?
10　　　A.　Yes.
11　　　Q.　And was that outside of the home?
12　　　A.　Yes.
13　　　Q.　Were any of the children, the 9-year-old girl
14　or the 16-year-old girl, recipients of any other child
15　care other than what you or the host parents provided?
16　　　A.　No.
17　　　Q.　Did the 16-year-old girl help provide child
18　care for the 9-year-old girl?
19　　　A.　No.
20　　　Q.　Did you receive a weekly stipend for your
21　placement?
22　　　A.　Yes.
23　　　Q.　And did you receive a stipend every week?
24　　　A.　Yes.
25　　　Q.　When you were at the ████ home -- again,

**Page 27**

1　we're talking about the ████ --
2　　　A.　Yes.
3　　　Q.　-- who paid your stipend?
4　　　A.　It was set on EFT.
5　　　Q.　Do you know from whose account the funds were
6　coming?
7　　　A.　I don't recall if it was the mom or the dad.
8　　　Q.　But it was from the parents in the ████
9　family?
10　　　A.　Yes.
11　　　Q.　Did anyone other than the --
12　　　A.　Is it --
13　　　Q.　I'm sorry?
14　　　A.　Is it okay if we take a break?
15　　　Q.　Yeah, that's fine.
16　　　MR. REID:　We're off the record.
17　　　(Recess taken from 5:40 p.m. to 5:45 p.m.)
18　　　Q.　(BY MR. REID)　Ms. Kivedo, we're back on the
19　record.
20　　　Do you understand the same rules apply and
21　you're still under oath?
22　　　A.　Yes.
23　　　Q.　We were discussing the weekly stipend that
24　you received when you were in the ████ home.
25　　　A.　Yes.

**Page 28**

1　　　Q.　And you testified the host parents paid you
2　the stipend, correct?
3　　　A.　Yes.
4　　　Q.　Did anyone other than the host parents pay
5　you the stipend?
6　　　A.　No.
7　　　Q.　What was -- I'm sorry.　You also testified
8　that it was through ECF.
9　　　Does that mean direct deposit?
10　　　A.　Yes.
11　　　Q.　Did the amount of the stipend ever change
12　when you were in the ████ home?
13　　　A.　No.
14　　　Q.　What was the stipend amount?
15　　　A.　It was $200 per week.
16　　　Q.　Did you and the host family determine that
17　amount?
18　　　A.　No.
19　　　Q.　Who determined that amount?
20　　　A.　The agency.
21　　　Q.　And how do you know that?
22　　　A.　Because when I applied to become an au pair,
23　I was given information about -- and that was part of
24　it, how much the weekly stipend would be, as well as it
25　was told to me by the agent that I worked with.

**Page 29**

1　　　Q.　And what exactly did the agent tell you?
2　　　A.　That -- she told me what the weekly stipend
3　would be.
4　　　Q.　And what was the amount that she told you?
5　　　A.　I don't recall the exact amount, but it was
6　roughly $197.
7　　　Q.　And when you worked for the ████, you just
8　testified that you were paid $200 a week, correct?
9　　　A.　Yes.
10　　　Q.　So if -- if the agency determined that, as
11　you said, the stipend would be approximately 197, how
12　is it that the agency decided that you would receive
13　200 per week?
14　　　A.　The -- my host mom just rounded it up because
15　she said it would be easier for her.
16　　　Q.　So the host mom decided to pay you $200 per
17　week?
18　　　MR. PETTERSON:　Objection.
19　　　A.　Well, based on what she was told, I guess,
20　she based it on what the stipend should be.
21　　　Q.　(BY MR. REID)　So you're saying she could
22　have paid the minimum, but she decided to pay $200?
23　　　MR. PETTERSON:　Objection.　Misstates her
24　testimony.
25　　　A.　Yes.

Movant's App. 000103

Page 30

```
 1      Q.   (BY MR. REID)  Did you ever ask the family to
 2  increase the stipend?
 3      A.   No.
 4      Q.   I want to look back at Exhibit 4 for a
 5  moment.
 6           Do you have that?
 7      A.   I'm opening it now.
 8           (Deponent perused document.)
 9      A.   Yes.  I've got it open.
10      Q.   And we looked at this portion earlier, but I
11  want to read a portion of it again, it's Bullet 5.  It
12  says that we understand that an au pair/companion is to
13  receive, at a minimum, the weekly stipend as stipulated
14  by regulations governing au pair programs and set forth
15  in Au Pair in America's program materials.
16           Doesn't that mean that the, as you said,
17  roughly 197 is the lowest amount that a host family was
18  obligated to pay?
19           MR. PETTERSON:  Objection.
20      A.   Yes.
21      Q.   (BY MR. REID)  And when you say that a
22  representative told you that the host family would have
23  to pay, as you said, approximately 197, did the APIA
24  representative tell you they had to pay exactly that
25  amount?
```

Page 31

```
 1      A.   No.
 2      Q.   Did an APIA representative ever tell you that
 3  you could not accept more than that amount?
 4      A.   No.
 5      Q.   When you were in the second home with the
 6  ▒▒▒▒▒▒, did you receive a weekly stipend?
 7      A.   Yes.
 8      Q.   Did you receive a stipend every week?
 9      A.   Yes.
10      Q.   And who paid that stipend?
11      A.   The host dad.
12      Q.   Did anyone ever -- other than the host mom or
13  dad, ever pay you that stipend?
14      A.   No.
15      Q.   Do you need to take a break for the dog?
16      A.   Yes, please.
17      Q.   All right.
18           MR. REID:  We'll go off the record for a
19  moment.
20           (Pause in the proceedings.)
21      Q.   (BY MR. REID)  Ms. Kivedo, we're back on the
22  record.
23           Do you understand the same rules apply and
24  you're still under oath?
25      A.   Yes.
```

Page 32

```
 1      Q.   So we were talking about the stipend that you
 2  received when you were in the ▒▒▒▒▒ home.
 3           What was the method of payment when you were
 4  in the ▒▒▒▒▒ home?
 5      A.   It went through PayPal.
 6      Q.   You said "PayPal"?
 7      A.   Uh-huh.
 8      Q.   And did the amount of the stipend ever change
 9  when you were in the home?
10      A.   No.
11      Q.   And what was the stipend amount?
12      A.   It was also 200.
13      Q.   And how did you and your host family
14  determine that amount?
15      A.   It was determined by the agency, I think.
16  From what I know, that was what we were told we would
17  get paid.
18      Q.   The agency told you that you would get paid
19  200?
20      A.   I mean, 197, but they just rounded it up.
21      Q.   Did you ever ask the ▒▒▒▒▒ family to pay
22  you more than -- to increase the stipend?
23      A.   No.
24      Q.   All right.  I want to go back to the ▒▒▒▒
25  family here for a moment.
```

Page 33

```
 1           Aside from the weekly stipend that you
 2  received from them, did you receive any other monetary
 3  payments, such as bonuses, spending money,
 4  entertainment money?
 5      A.   No.
 6      Q.   Did you ever receive gifts from the ▒▒▒▒▒
 7  family?
 8      A.   I received Christmas gifts.
 9      Q.   Were you with the family for one Christmas?
10      A.   Yes.
11      Q.   And what did you receive for Christmas?
12      A.   Little things, like socks, lotion, and they
13  also gave me a little underwater camera.
14      Q.   Anything else?
15           (Pause in the proceedings.)
16      A.   That is all that I can recall.
17      Q.   Did you have access to personal use of a car,
18  family car?
19      A.   Yes.
20      Q.   Did you pay for gasoline when you used that
21  car, or did the family pay for gasoline?
22      A.   The family paid unless I was traveling over a
23  certain distance.
24      Q.   Do you know what that threshold was?
25      A.   I don't recall.
```

Page 34

1    Q.   Did you have a cell phone when you were in
2  the ████ home?
3    A.   Yes.
4    Q.   And who paid for the cell phone?
5    A.   The host family.
6    Q.   Did they pay for the phone and the phone
7  plan?
8    A.   Yes.
9    Q.   What kind of phone did you have?
10   A.   It was an iPhone.  I can't exactly recall
11  which one.  I think it was either 4 or 5.
12   Q.   Did the family ever pay for travel or
13  entertainment expenses for you?
14   A.   No.
15   Q.   When you were in the ████ home, did you
16  ever perform extra work for extra pay?
17   A.   No.
18   Q.   Did you ever ask the family if you could do
19  extra chores for extra pay?
20   A.   No.
21   Q.   I want to walk through some of those same
22  questions for the ████ family.
23        When you were with the ████, did you
24  receive any monetary payments?  Meaning things like
25  bonuses, spending money, entertainment money.

Page 35

1    A.   No.
2    Q.   Did you ever receive any extra pay for extra
3  work, extra chores?
4    A.   No.
5    Q.   Did you receive any gifts from the ████
6  family?
7        (Pause in the proceedings.)
8    A.   Not that I can recall.
9    Q.   Did you have the personal use of their family
10  car?
11   A.   Yes.
12   Q.   And who paid for the gas in that car?
13   A.   It was both myself and the family.
14   Q.   Did you have access to a cell phone when you
15  were there?
16   A.   Yes.
17   Q.   And who paid for the cell phone and the cell
18  phone plan?
19   A.   The host family.
20   Q.   Did they -- did the ████ family pay for
21  any additional travel or entertainment expenses?
22        (Pause in the proceedings.)
23   A.   No, not that I can recall.  I did -- not
24  personally, no.  But I traveled with them to Hawaii,
25  yeah.

Page 36

1    Q.   And who paid for the travel expenses to go to
2  Hawaii?
3    A.   The host dad.
4    Q.   How long was the trip?
5    A.   I would say for about -- about four days,
6  approximately.
7    Q.   Four days including travel days?
8    A.   I don't exactly recall.
9    Q.   Did you have community counselors when you
10  were in the APIA program?
11   A.   Yes.
12   Q.   How many community counselors did you have?
13   A.   I recall having one when I was in California,
14  and I don't recall the one in Washington.
15   Q.   And just so we're clear for the record, which
16  family were you with when you were in California?
17   A.   The ████ family.
18   Q.   And then which family were you with in
19  Washington?
20   A.   The ████ family.
21   Q.   So when you were with the ████ family, who
22  was your community counselor?
23   A.   I don't recall her name.
24   Q.   Aside from the community counselor when you
25  were in California, did you have contact with any APIA

Page 37

1  representative during your participation in the
2  program?
3    A.   Could you repeat the question?
4    Q.   Sure.  Aside from the community counselor in
5  California, did you have contact with any APIA
6  representative when you were in California?
7    A.   Yes.
8    Q.   And who was that?
9    A.   That was the agent that I worked with in
10  South Africa.
11   Q.   What was her name or his name?
12   A.   Stacey.  Stacey Gates.
13   Q.   How often did you interact with Stacey when
14  you were in California?
15   A.   Maybe two or three times, just to let her
16  know how things are going.
17   Q.   Did she reach out to you, or did you reach
18  out to her?
19   A.   She reached out to me.
20   Q.   And that was two or three times during the
21  whole year that you were in California?
22   A.   Uh-huh.  Yes.
23   Q.   And then when you were in California, how
24  often were you in contact with a community counselor?
25   A.   About four times in the year.

Movant's App. 000105

**Page 38**

1    Q.    And what were those communications about?

2    A.    Just checking in to make sure everything's

3  fine and also introducing me to other au pairs.  Yeah,

4  that was it.

5    Q.    What is a cluster meeting?

6    A.    From what I can recall, it's a meeting with

7  other au pairs, and you get together with them maybe

8  for coffee or an activity and the counselor is there,

9  too.  And that's basically what it is, from what I

10  understood.

11    Q.    Did you ever attend cluster meetings?

12    A.    Yes.

13    Q.    How often did you attend when you were in

14  California?

15    A.    About four to five meetings.

16    Q.    I want to switch gears and talk about your

17  time in Washington with the ████████.

18         Did you have contact with Stacey or anybody

19  else from APIA when you were with the ████████ family?

20    A.    No.

21    Q.    Did you have contact with your community

22  counselor at all when you were with the ████████ family?

23    A.    Not that I can recall.

24    Q.    Did you attend any cluster meetings when you

25  were with the ████████ family?

**Page 39**

1         (Pause in the proceedings.)

2    A.    No, not that I can recall.

3    Q.    I'm going to ask you some questions about

4  your job duties at each of the homes.  I want to start

5  with the ████████ family, and I want you to walk me

6  through your duties as well as when you were doing

7  them, or your daily routine.

8         So, first, let's start with what were your

9  job duties when you were with the ████████ family?

10    A.    So my main job duties was, in the morning I

11  would -- I would help with getting the breakfast ready

12  for the 9-year-old girl.  I would help to prepare her

13  lunch, and I would clean the kitchen after that.  And

14  then I would drop -- either I would drop her off at

15  school or her host dad would drop her off -- my host

16  dad would drop her off at school.

17         And then once she's at school, I will have a

18  bit of free time, but I would also be responsible to

19  clean her -- like, tidy up her room a little bit, do

20  her laundry, et cetera.

21         And then when -- in the afternoon, I would --

22  so when the 16-year-old moved back, she did everything

23  by herself except -- and her dad would take her to

24  school.  Some days I would take her to school, too.

25         And then I would pick up the 16-year-old girl

**Page 40**

1  from school around 2:30 and then pick up the 9-year-old

2  around 3:00, and then I would take them to the various

3  activities in the afternoon.  And if they didn't have

4  activities, I would -- which was quite rare, but I

5  would help with homework.  I would help the 9-year-old

6  with homework.

7         And then, basically, come home, and then it

8  would be dinnertime.  Yeah, also walk their dog,

9  because they asked me if I could do that, and I was

10  fine with that since I had some free time when they

11  were at school.  So I would take the dog out for a walk

12  for about 30 minutes.

13    Q.    And what time did the parents usually come

14  home?

15    A.    They would be home between 6:30 and 7:00 p.m.

16    Q.    After 7:00 p.m., did you continue childcare,

17  or did the parents take over?

18    A.    No.  The parents took over.

19    Q.    Did those duties ever change when you were in

20  the ████████ family's home?

21    A.    No.  The only thing that changed was, like I

22  said, a few months into my time with them, the

23  16-year-old moved back.  I had more responsibilities

24  when she moved back.

25    Q.    Did those duties vary by host family?  So

**Page 41**

1  were they exactly the same for the ████████ as they were

2  for the ████████?

3    A.    Slightly different.

4    Q.    What were the main differences?

5    A.    So for the ████████, the girl was a little

6  younger, so she would need a little bit more help in

7  the morning with getting ready for school.  And also

8  with her, in the evening sometimes, I would help to

9  give her a bath and get her ready for bed sometimes

10  because the host dad would come home later sometimes.

11  Yeah, she needed a bit more help.

12    Q.    Did you have any rules when you were in the

13  ████████ home?

14    A.    Rules in terms of?

15    Q.    Did -- was there a curfew or anything like

16  that?

17    A.    Well, obviously the one rule was, you know,

18  letting them know if I'm going to drive very far with

19  the car.  Another rule -- I didn't really have a

20  curfew.

21         Other rules that I can remember were -- was

22  just if I was going to be using the -- they had, like,

23  a hot tub, so, you know, just to kind of make sure I

24  put, like, the -- the chlorine back after.  I'm trying

25  to think.

Page 42

1           (Pause in the proceedings.)
2    A.  Yeah. I don't know any other rules.
3    Q.  Who set these rules for the ▇▇▇ home?
4    A.  They set the rules.
5    Q.  When you say "they," do you mean the mom and
6 dad?
7    A.  Yes.
8    Q.  APIA did not set the rules, right?
9    A.  No.
10    Q.  And who assigned the duties in the ▇▇▇
11 home that you talked about?
12    A.  The -- the parents.
13    Q.  Did any APIA representative ever assign to
14 you the duties that you should provide for the family?
15    A.  No.
16    Q.  Did anyone supervise your childcare during
17 your placement?
18    A.  No.
19    Q.  Did any APIA representative ever supervise
20 your childcare at all?
21    A.  No.
22    Q.  Did any APIA representative ever observe your
23 childcare?
24    A.  No.
25    Q.  When you were in the ▇▇▇ home, I think you

Page 43

1 described it, but did you have a childcare schedule
2 during the placement?
3    A.  Yes.
4    Q.  How was the schedule determined?
5    A.  Through the host family, the host parents.
6    Q.  Do you know whether any APIA representative
7 ever participated in that determination?
8    A.  Not that I know of.
9    Q.  Was your schedule ever written down?
10    A.  Yes.
11    Q.  Where was it written down?
12    A.  (Inaudible.)
13    Q.  I'm sorry, can you repeat that?
14    A.  It was, like, on paper that they gave me.
15    Q.  Do you still have a copy of that schedule?
16    A.  No.
17    Q.  I want to talk a little bit more with you
18 about your time at the ▇▇▇ home. You said the
19 child was younger when you were in the ▇▇▇ home.
20        So was there just one child in the home?
21    A.  Yes.
22    Q.  And how old?
23    A.  Seven.
24    Q.  Boy or girl?
25    A.  Girl.

Page 44

1    Q.  Was there a mom and a dad in the home?
2    A.  No. Just a dad.
3    Q.  Did he work full-time outside of the home?
4    A.  Yes.
5    Q.  Was the 7-year-old girl with the dad all the
6 time? Did he have sole custody?
7    A.  Yes. I mean, he's -- her mom passed away.
8    Q.  Did the dad ever work from home on a regular
9 basis?
10        MR. PETTERSON: Objection.
11        (Pause in the proceedings.)
12    A.  He did now and again.
13    Q.  (BY MR. REID) And when you say "now and
14 again," can you give me a rough estimation of how many
15 times that happened a month?
16    A.  He would work maybe a couple of hours in the
17 morning from home and maybe once a week.
18    Q.  Was there ever a day that he stayed home and
19 worked from home the entire day?
20    A.  Not that I can recall.
21    Q.  Did the 7-year-old girl attend school
22 full-time?
23    A.  Yes.
24    Q.  And what was her approximate schedule?
25    A.  Her school schedule?

Page 45

1    Q.  Yes.
2    A.  From 9:00 to 3:00.
3    Q.  Was there any other person who provided
4 childcare to her other than you and the dad?
5    A.  Not -- no.
6    Q.  What were your job duties when you were in
7 the ▇▇▇ home?
8    A.  So in the morning I would help to get the
9 girl ready. I would get her ready, and then I would
10 make her breakfast. I would make her lunch, prepare
11 her lunch. And then she took the bus to school, so I
12 would walk with her to the bus stop. And come home and
13 just clean up the kitchen, clean up her room, do some
14 of the laundry, do her laundry.
15        And then in the afternoon, I would walk to
16 the bus stop and get her from the bus stop; walk back
17 home. And then I would help her with some homework,
18 and then I would drive her to any activities that she
19 was taking part in.
20        Then come back home, help with preparing
21 dinner, and then I would -- on some nights, if dad
22 was -- if her dad was working late, I would give her a
23 bath and then get her ready for bed.
24    Q.  When you say some nights he was working late,
25 when did he usually get home?

Movant's App. 000107

Page 46

1    A.   He would usually get home between 7:00 and --
2    yeah, around 7:00.
3    Q.   And then when he worked late, what time does
4    that usually mean?
5    A.   Maybe 9:30.
6    Q.   How often did he work until 9:30?
7    A.   It varied.  I -- I can't really give an
8    approximate number, but I would say maybe once or twice
9    a month, maybe.
10   Q.   So most of the time he got home by 7:00?
11   MR. PETTERSON:  Objection.
12   A.   Yeah.  Most of the time, 7:00 would be the
13   time, yeah.
14   Q.   (BY MR. REID)  Did these duties ever change
15   when you were with the family?
16   A.   No.
17   Q.   Did you have any rules when you were in the
18   ████ home?
19   A.   The only rule was that I had to put in, like,
20   gas if I was using the car for my own purposes.  I --
21   yeah.  And -- and then other than that, there weren't
22   many rules.
23   Q.   Who gave you that rule about putting gas in
24   the car?
25   A.   The host dad.

Page 47

1    Q.   APIA didn't set that rule, right?
2    A.   No.
3    Q.   And who set -- who assigned the duties that
4    you just described?
5    A.   My host dad.
6    Q.   Did APIA -- anybody from APIA ever tell you
7    those duties?
8    A.   No.
9    Q.   At either of the homes, did you also provide
10   any childcare on the weekends?
11   A.   Occasionally.
12   Q.   So let's start with the ████ family first.
13        Did you occasionally provide childcare on the
14   weekends for the ████ family?
15   A.   Yes.
16   Q.   And when you say "occasionally," how many
17   times per month would you provide weekend childcare?
18   A.   It was very few times.  I would actually say
19   it was about, maybe, three times in the whole year.
20   Q.   And about how many hours did you provide
21   childcare during those three times?
22   A.   Probably about -- I can't really recall
23   exactly the amount.
24   Q.   Was it for the entire day?  Was it -- or was
25   it for, like, a date night evening?

Page 48

1    A.   It would just be for like, maybe, half a day
2    if -- when my host dad was out of town and my host mom
3    needed help with something, that would have been the
4    case.
5    Q.   But as you said, it was only about three
6    times during the entire year?
7    A.   Yes.
8    Q.   And when you were in the ████ home, did
9    you provide childcare on the weekends?
10   A.   No, not that I can recall.
11   Q.   Did the ████ family ever track the actual
12   number of hours that you provided childcare?
13   A.   What do you mean by "track"?
14   Q.   Did they write down or otherwise keep track
15   of the actual number of hours that you gave child care?
16   A.   No.
17   Q.   Did you keep track of the actual number of
18   hours?
19   A.   No.
20   Q.   Did any APIA representative ever keep track
21   of the actual number of hours you gave childcare?
22   A.   No.
23   Q.   Same thing in the ████ family.
24        Did anybody keep track of the actual number
25   of hours you provided childcare?

Page 49

1    A.   No.
2    Q.   All right.  I want to go back to Exhibit 3
3    for a moment, if you can open that up.
4    A.   Okay.
5        (Reviewed document.)
6    A.   I have it open.
7    Q.   So we're going to go to Question 51.
8    A.   Uh-huh.
9    Q.   And this -- this question is specific to your
10   time in the first home, and the question was, "How many
11   hours did you work on average per week?"
12        And you responded with, "25."
13        Is that response accurate?
14   MR. PETTERSON:  Objection.  That's not what
15   the question says.
16   Q.   (BY MR. REID)  I can repeat it.  There's a
17   parens that I did not read.
18        "How many hours did you work on average per
19   week (not including vacation weeks)?"
20        And the answer is, "25."
21        Is that response accurate?
22   A.   Roughly, but probably not very accurate
23   because -- yeah, I think I worked more hours than that.
24   Q.   If you worked more hours than that, why did
25   you put "25" when you responded to the survey?

Movant's App. 000108

JESSICA KIVEDO - 04/10/2018          Pages 50..53

Page 50

1    A.   I -- I guess I didn't think it through.
2  Maybe like -- I didn't think of everything.  But if
3  I -- yeah.
4    Q.   For Question 53, it says, "For the days you
5  worked, how many hours did you work in a day on
6  average?"
7         And you responded with, "5."
8         Is that response accurate?
9    A.   No.
10   Q.   Okay.  So sitting here today, how many hours
11 would you say that you worked on average per day?
12   A.   Probably about seven.
13   Q.   And that would be Monday through Friday?
14   A.   Yes.
15   Q.   You testified earlier that you did not track
16 the hours of childcare that you provided, correct?
17   A.   Yes.
18   Q.   So if you didn't track the hours that you
19 actually worked, how do you determine that you worked
20 seven hours per day?
21   MR. PETTERSON:  Objection.
22   A.   Just through going through everything that I
23 did and -- yeah, when I -- yeah, when I started and
24 stopped working, I'm recalling that.
25   Q.   (BY MR. REID)  When you say you're recalling

Page 51

1  that, is seven hours sort of an estimation?
2    A.   Roughly.  It's hard because my schedule
3  changed with my -- when the 16-year-old moved back.
4  And I kind of forgot about the extra hours that I did
5  with her in terms of getting her to -- getting her from
6  school and -- you know, it was quite a distance away.
7         So I don't think I included that in my hours
8  that I put down the first time around.  So this is why
9  it's not a true reflection, because I didn't recall
10 that part.
11   Q.   Will you turn with me to Question 79, please.
12        (Deponent perused document.)
13   Q.   And this question is regarding your time in
14 the second home, and it's the same --
15   A.   Uh-huh.
16   Q.   It's the same question as 51.  It says, "How
17 many hours did you work on average per week, not
18 including vacation weeks?"
19        And you put "25?"
20        Is that response accurate?
21   A.   It's probably like more, now that I am
22 thinking through everything that I did, actually.
23 Like, I didn't really think that, you know, when I was
24 cleaning the -- her room and things like that, like it
25 would --

Page 52

1         And then, also, I didn't really think of the
2  times that he was working later and I had to put in
3  some extra hours, so it's probably not 100 percent
4  accurate.
5    Q.   Okay.  So sitting here today, what would you
6  say that answer is to Question 79?
7    A.   Probably about seven hours, too.
8    Q.   Seven hours per day?
9    A.   Yeah.
10   Q.   And then five hour -- five days per week?
11   A.   Yes.
12   Q.   So when you say probably about seven hours
13 per day, is that an educated guess?
14   A.   Hello?
15   Q.   I'm sorry?
16   A.   Hello?  The screen froze.
17   Q.   When you say seven --
18   A.   Hello?
19   Q.   Can you hear me?
20   A.   Yeah.  Now I can.
21   Q.   When you say seven hours per day, was that a
22 guess?
23   A.   It's a rough estimate.
24   Q.   Is it fair to say that there's no way to know
25 for sure the actual number of hours you worked per

Page 53

1  week?
2    A.   I could probably definitely -- if I sat down
3  and thought about it, I could probably, definitely come
4  up with an exact number.
5    Q.   And what would be your process for doing
6  that?
7    A.   I mean, I had -- working from my schedule,
8  the second family, in the morning I worked from about
9  7:30 to 9:30, and during the day, an average of an
10 hour.  And then in the evening, was helping with
11 homework and taking to activities and preparing dinner.
12 It was probably from about, let's say, 3:00 until about
13 7:00.
14        So it's -- that's seven hours.
15   Q.   When you talked about the time in the middle,
16 you said averaged about an hour.
17   A.   Yeah.
18   Q.   How do you know for sure on any given day
19 that it was an hour that you worked?
20   A.   I mean, from what I've done.  You know,
21 cleaning, doing the laundry, it was pretty -- yeah, I
22 would say roughly it was about an hour.
23   Q.   But it's not exactly an hour every day, was
24 it?
25   A.   No, not exactly.  I mean, some days it would

JESSICA KIVEDO - 04/10/2018          Pages 54..57

Page 54

1  be one hour, but maybe when she was on vacation, the
2  hours would be more. So it's varying when she was on
3  school break.
4      Q.   And then you also said it was probably from
5  3:00 to 7:00 in the afternoon.
6      A.   Uh-huh.
7      Q.   How would we know for certain what time you
8  started and what time you stopped in the afternoon?
9           MR. PETTERSON: Objection.
10     A.   Well, it was based on her school hours. So
11 that's what I know for sure, is when she came home from
12 school, which was around 3:00, and until he came home
13 from work, it was around 7:00.
14     Q.   (BY MR. REID) When you say "around 7:00,"
15 was there -- were there days when it was 7:15 and were
16 there days when it was 7:05?
17          MR. PETTERSON: Objection.
18     A.   Yes.
19     Q.   (BY MR. REID) So that varied quite a bit?
20          MR. PETTERSON: Objection.
21          MR. REID: Counsel, what's the basis for that
22 objection, please?
23          MR. PETTERSON: The form of the question.
24          MR. REID: And what's wrong the question?
25          MR. PETTERSON: You're characterizing 7:15

Page 55

1  and 7:05 as varying quite a bit. I'm not sure that's
2  what she said.
3      Q.   (BY MR. REID) So sometimes he would get home
4  at five after 7:00 and sometimes he would get home at
5  7:15.
6           Is that what you said?
7      A.   Yes.
8      Q.   Were there times when he would get home at
9  7:30?
10     A.   Rarely. Most of the time it would be around
11 7:00.
12     Q.   Were there times when he would get home at
13 7:50 -- or 6:50?
14     A.   No.
15     Q.   And then you testified earlier that sometimes
16 he would get home late, meaning 9:00 or 9:30?
17     A.   Yes.
18     Q.   So 7:05 versus 9:30, that does vary quite a
19 bit, correct?
20     A.   Yes.
21     Q.   And sitting here today, or if you were to go
22 home, would you have any records that would show you on
23 which days he got home at 9:30 and which days he got
24 home around 7:00?
25     A.   No. I didn't -- I never recorded it.

Page 56

1      Q.   So if we tried to pinpoint a day -- let's
2  say, you know, a day in June in 2014 -- and say whether
3  he got home at 7:00 that day or 9:30 that day, would we
4  have any way of knowing that?
5      A.   No. Unless you save the text messages that
6  said he was going to be late. I mean, there's no other
7  way.
8      Q.   Do you have text messages from him saying he
9  was going to be late back in 2014?
10     A.   Not now, no.
11     Q.   Ms. Kivedo, how would you define "work" or
12 "providing work" for the family?
13          MR. PETTERSON: Objection.
14     A.   Doing the things that they ask me to do.
15     Q.   (BY MR. REID) Okay. So let's say -- let's
16 say you're at home in the evening, and the dad is there
17 and you're there as well. The dad got home early, and
18 you're just reading a book on the couch and the dad is
19 playing with the kids.
20          Is that time considered work?
21          MR. PETTERSON: Objection.
22     A.   No.
23     Q.   (BY MR. REID) When you had your free time
24 during the day, and let's say you're on your free time
25 and you're walking down the hall and you pick up the

Page 57

1  child's shoes on your way to the kitchen for a snack,
2  would picking up the shoes on the way to the kitchen be
3  considered work?
4           MR. PETTERSON: Objection.
5      A.   Yes.
6      Q.   (BY MR. REID) And how would you track that
7  time if you were just walking to the kitchen? How
8  would you track that as time worked?
9      A.   I would just say that it was general cleaning
10 time.
11     Q.   So if you're already walking to the kitchen
12 and you pick up the shoes on the way and put them in
13 his room on the way, is that one minute of extra work?
14 Five minutes of extra work? How would you calculate
15 that?
16          MR. PETTERSON: Objection.
17     A.   I wouldn't necessarily do it that way. If
18 I'm going to be cleaning, I would do it all at one
19 time. So if I'm going to be tidying up the house, I
20 would do it all in one go. So I wouldn't -- I don't
21 think I would pick up the shoes, like, randomly, but if
22 I determined that I'm going to clean, I would just do
23 it all at one time.
24     Q.   (BY MR. REID) When you started to clean
25 during your free time, did you write down the start

Movant's App. 000110

Page 58

1  time and the stop time for your cleaning?
2      A.  No.
3          MR. REID:  No more questions for now.
4              EXAMINATION
5  BY MR. PETTERSON:
6      Q.  I just have few questions for you,
7  Ms. Kivedo.  Thank you for your time this evening.
8          The first question is:  Do you recall earlier
9  testifying that you participated in a training?
10     A.  Yes.
11     Q.  And were you paid for that time?
12     A.  No.
13     Q.  Do you recall earlier testifying that the
14  training was put on by Au Pair in America?
15     A.  Yes.
16     Q.  During that training, did Au Pair in America
17  ever explain the duties of an au pair to you?
18     A.  Yes.
19     Q.  And what did they say those were?
20     A.  They told us that our duties would include
21  everything that pertains to the child, so anything
22  that -- for example, they would give us examples:
23  tidying up the room of the child, preparing breakfast
24  for the child, helping with homework.  Any of those
25  duties, as it involves the child, is -- would be our

Page 59

1  duty to do.
2      Q.  When the ████ family assigned you duties,
3  did you understand that those duties had to pertain to
4  the child?
5      A.  Yes.
6      Q.  And what was the basis for that
7  understanding?
8      A.  From what the Au Pair in America had told us
9  in the training as well as in the -- the information
10  packet that we had received from them, we knew that
11  that was what was stipulated for us.
12     Q.  When the ████ family, when they assigned
13  you duties, did those pertain to childcare?
14     A.  Yes.
15     Q.  In your training with Au Pair in America, did
16  they ever describe to you that you would have a
17  counselor?
18     A.  Yes.
19     Q.  Did they describe what the role of that
20  counselor was?
21     A.  Yes.
22     Q.  And what did they say the role of the
23  counselor was?
24     A.  They said that the counselor would be there
25  for us if we had any issues that we needed to have

Page 60

1  resolved.  If anything came up that we didn't agree
2  with or we didn't feel comfortable with, we could go to
3  the counselor and she would take the matter further for
4  us with the program.
5      Q.  During that training, did Au Pair in America
6  ever tell you there was a maximum number of hours you
7  could work in one day?
8      A.  Yes.  I believe it was eight hours.
9      Q.  And when you were assigned work by the ████
10  family, did you understand you couldn't work more than
11  the hours that APIA had told you during the training?
12     A.  Yes.
13     Q.  Is the same true for the ████ family?
14     A.  Yes.
15     Q.  During your training, did Au Pair in America
16  ever tell you there was a maximum number of hours you
17  could work in a week?
18     A.  Yes.
19     Q.  And do you recall how many hours they said
20  were the maximum?
21     A.  40 hours.
22     Q.  And when you were assigned hours by the
23  ████ family, did you understand that it had to be
24  within the numbers set by APIA?
25     A.  Yes.

Page 61

1      Q.  Is the same true with respect to the ████
2  family?
3      A.  Yes.
4      Q.  When did you first learn of the amount that
5  you would be paid as an au pair?
6      A.  When I was applying for the program, I was
7  told by the agent from my home country the amount that
8  I would be paid.
9      Q.  And who did the agent work for?
10     A.  Au Pair in America.
11     Q.  And what did the agent say about the amount
12  that you would be paid?
13     A.  She just told me that my weekly stipend would
14  be the amount that Au Pair in America had, you know,
15  told me, which was $197, I believe.  Yeah.
16     Q.  Do you recall the agent describing the
17  stipend amount as a minimum?
18     A.  No.
19     Q.  Did the agent tell you that you could
20  negotiate for more money with your host family?
21     A.  No.
22     Q.  Had the agent told you you could negotiate
23  for more, would you have?
24     A.  Yes.
25     Q.  Did you ever hear -- when was the second time

Movant's App. 000111

Page 62

1  you learned of the amount that you would be paid?
2      A.   This was at the training.
3      Q.   And what did -- what was said with respect to
4  how much you would be paid at the training?
5      A.   The weekly stipend of $197.
6      Q.   And who told you that?
7      A.   The -- it was in the booklet that was
8  received.
9      Q.   And who wrote the booklet?
10     A.   The Au Pair in America program.
11     Q.   Was the booklet part of a presentation?
12          (Pause in the proceedings.)
13     A.   I can't really recall if they did present on
14 that, but it was in the booklet.
15     Q.   Did someone describe the contents of the
16 booklet to you?
17     A.   Yes, they did go through the booklet.
18     Q.   When they went through the booklet, did they
19 discuss the weekly stipend?
20     A.   They -- they just made mention that that will
21 be the weekly stipend.
22     Q.   And when you say that, what number are you
23 referring to?
24     A.   The $197.
25     Q.   Did they describe that amount as a minimum?

Page 63

1      A.   Not that I can recall.
2      Q.   Did they tell you that you could negotiate
3  the amount you would be paid with your host family?
4      A.   No.
5      Q.   When you rematched with the ███ family,
6  did you discuss your compensation with them?
7      A.   No.
8      Q.   How did you learn how much you would be paid
9  by the ███ family?
10     A.   We both just went with the amount that was
11 given to us through Au Pair in America.
12     Q.   Do you recall earlier that you testified that
13 you were contacted by an Au Pair in America agent
14 located in South America -- excuse me, South Africa
15 while you were with the ███ family?
16     A.   Yes.
17     Q.   And what was that individual's name?
18     A.   Stacey.
19     Q.   And why did she contact you?
20     A.   She just wanted to check in to make sure that
21 everything was fine, that I've settled in, that
22 everything's -- that I'm not having any problems.
23     Q.   Did she tell you to speak with her if you had
24 any problems?
25     A.   No.

Page 64

1      Q.   Do you recall earlier testifying that you
2  received a Christmas gift from the ███ family?
3      A.   Yes.
4      Q.   Did you give the ███ family gifts
5  yourself?
6      A.   Yes.
7      Q.   Do you recall earlier testifying that you had
8  the use of a car with both the ███ family and the
9  ███ family?
10     A.   Yes.
11     Q.   Did you use the cars of both families to
12 transport their children?
13     A.   Yes.
14     Q.   Do you recall earlier testifying that you had
15 the use of cell phones with the ███ and ███
16 families?
17     A.   Yes.
18     Q.   With respect to both families, did you use
19 the cell phone to communicate with the host parents?
20     A.   Yes.
21     Q.   Were your communications related to your work
22 for their children?
23     A.   Yes.
24     Q.   How would they have reached you if you didn't
25 have a cell phone?

Page 65

1      A.   I don't think that that would be possible.
2      Q.   Do you recall earlier saying that you
3  traveled with the ███ family to Hawaii?
4      A.   Yes.
5      Q.   Did you work while you were in Hawaii?
6      A.   I did help the family, yes, with the kids.
7      Q.   Do you recall earlier testifying that you
8  worked roughly 30 hours -- 35 hours a week with each
9  family?
10     A.   Yes.
11     Q.   Were you required to write down your hours?
12     A.   No.
13     Q.   When you were giving your -- the number of
14 hours you worked earlier, was that based on your memory
15 of your time working for both families?
16     A.   Yes.
17     Q.   Do you think your numbers are accurate?
18          MR. REID:  Objection.
19     A.   Yes.
20     Q.   (BY MR. PETTERSON)  Were you required to
21 punch a clock when you worked with the ███ family?
22     A.   No.
23     Q.   Were you required to punch a clock when you
24 worked for the ███ family?
25     A.   No.

Movant's App. 000112

Movant's App. 000113

**Page 66**

1            MR. PETTERSON: No further questions.

2                 EXAMINATION

3  BY MR. REID:

4     Q.  All right. I just have a couple here.

5       Do you recall testifying about how the APIA

6  representatives told you the general job duties that an

7  au pair does?

8     A.  Yes.

9     Q.  Do you also recall testifying that when you

10  were in the &#9608;&#9608;&#9608;&#9608; home, you took the child to school

11  in the car every day?

12     A.  Yes.

13     Q.  And then when you were in the &#9608;&#9608;&#9608;&#9608; home,

14  do you recall testifying that you walked the child to

15  the bus stop every day?

16     A.  Yes.

17     Q.  Did APIA tell you that those duties would

18  vary, that in one home you would drive a kid to school

19  in a car, and in another home you would walk the child

20  to school -- to the bus stop?

21     A.  No.

22     Q.  Do you recall testifying that when you were

23  in the &#9608;&#9608;&#9608;&#9608; home, on some nights you would get the

24  child ready for bed?

25     A.  (Deponent nodded head up and down.)

**Page 67**

1     Q.  Is that a yes?

2     A.  Yes.

3     Q.  Did an APIA representative ever tell you that

4  that would be a specific part of your job duties?

5     A.  No. They just said that it's possible.

6     Q.  What's your understanding of why APIA

7  representatives never told you about these differences

8  in the job duties?

9     A.  Because it relates to the child, so anything

10  that relates to the child, it's -- the au pair is

11  responsible for. And we don't question that because

12  that was told to us at the program, that anything that

13  pertains to the child is considered our duty.

14     Q.  So what APIA told you was broad, correct?

15     A.  Just anything that relates to the child.

16     Q.  So APIA representatives never gave you the

17  specific duties that you would do with each host

18  family?

19     A.  No.

20     Q.  And why do you suppose that is?

21     A.  Because it's -- because the family knows that

22  anything that relates to the child, that they're

23  allowed to give us those duties. It sounded like they

24  had an understanding of that, that anything that

25  pertained to the child, that we, as an au pair, can be

**Page 68**

1  responsible for. So there was that shared

2  understanding.

3     Q.  Based on your participation in the program,

4  who would be in a better position to give you specific

5  duties in each home that you were in, APIA or the host

6  family?

7     A.  The host family.

8     Q.  And why is that?

9     A.  Because they're the ones that, of course,

10  know what duties they would need the au pair to do. So

11  they're the ones that would tell the au pair what they

12  would need for the child.

13     Q.  Did you ever contact your community counselor

14  with an issue?

15     A.  No.

16     Q.  Do you recall testifying about the maximum

17  number of hours that you could work per day?

18     A.  Yes.

19     Q.  And do you recall testifying that APIA

20  related that information to you?

21     A.  Yes.

22     Q.  What is your understanding of where that

23  maximum hours a day comes from?

24     A.  The -- the law.

25     Q.  Do you recall testifying that an agent told

**Page 69**

1  you that the stipend was 197?

2     A.  Yes.

3     Q.  And earlier you testified that you received

4  more than 197, correct?

5     A.  Yes.

6     (Pause in the proceedings.)

7     Q.  Do you recall testifying about a booklet at

8  the training that talked about the weekly stipend?

9     A.  Yes.

10     Q.  And you testified that it didn't say that the

11  weekly stipend was a minimum?

12     (Pause in the proceedings.)

13     A.  Not that I can recall.

14     Q.  Did it say that that stipend amount was the

15  exact amount you had to receive?

16     A.  I can't recall that.

17     Q.  Did it say anything about not being able to

18  receive more than that stipend amount?

19     A.  Not that I can remember.

20     Q.  When you did receive more than the stipend

21  amount, did you -- did you feel like you were doing

22  something wrong because someone had told you that you

23  had to receive the stipend?

24     A.  No. Because my host mom said that, you know,

25  it's so close to 200, that, you know, she's just going

Page 70

1  to round it up.  So I didn't think that there was
2  anything wrong with that if -- you know, I figured she
3  had the go-ahead from the agency.
4      Q.  So you and the host mom had a specific
5  conversation about the stipend amount?
6          MR. PETTERSON:  Objection.
7      A.  Not specifically.  She just -- she -- when
8  she set up the direct deposit, that was what she -- she
9  didn't discuss it with me.  She just said that.
10     Q.  (BY MR. REID)  So if she didn't discuss it
11 with you, how did you know that she chose 200 because
12 she was rounding up?
13     A.  I mean, that's what she told me, but she
14 didn't discuss as to why -- I don't know.  I guess
15 that's all she said, was I -- said she was rounding up
16 to 200.
17     Q.  Did anybody at APIA ever tell you you could
18 not negotiate the stipend amount?
19     A.  No.
20     Q.  With respect to both families, were you
21 permitted to use the cell phone you received for
22 personal use?
23     A.  Yes.
24     Q.  And did you, in fact, use it for personal
25 use?

Page 71

1      A.  Yes.
2      Q.  Were you permitted to do things like check
3  e-mails, surf the Internet on the phone?
4      A.  Yes.
5      Q.  And did you do so?
6      A.  Yes.
7      Q.  With respect to both families, were you
8  permitted to use the car for personal use?
9      A.  Yes.
10     Q.  Do you recall testifying that you believe
11 that your estimation of hours worked per week was
12 accurate?
13     A.  Yes.
14     Q.  And what's the basis for your belief that
15 that -- the hours worked are accurate?
16         MR. PETTERSON:  Objection.
17     A.  Through my recollection of the work that I
18 did and the hours that I calculated that I worked.
19     Q.  Does -- does that estimation or approximation
20 of hours worked per week take into account like
21 variations when the father would get home late on some
22 days and earlier on some days?
23         MR. PETTERSON:  Objection.
24     A.  It wasn't that often that he came home, so --
25 came home very late.  There were times that he did come

Page 72

1  late.
2      Q.  (BY MR. REID)  But at the end of the day, when
3  you say 35 hours per week, that's a guess, right?
4      A.  It's an approximation.
5          MR. REID:  No more questions.
6                  EXAMINATION
7  BY MR. PETTERSON:
8      Q.  I just have a couple follow-ups I meant to
9  ask previously.
10         Do you recall earlier testifying that you had
11 to apply to become a part of the Au Pair in America
12 program?
13     A.  Yes.
14     Q.  On your application, did you have to indicate
15 you had prior childcare experience?
16     A.  Yes.
17     Q.  Did you have to indicate a certain number of
18 hours of previous childcare experience?
19     A.  Yes.
20     Q.  Do you recall how many hours that was?
21     A.  I don't recall the exact number of hours.
22     Q.  Was it more than 50 hours?
23     A.  Yes.
24     Q.  Was it more than 100 hours?
25     A.  Yes.

Page 73

1      Q.  Was it more than 150 hours?
2      A.  If I recall correctly, it was probably around
3  150 to 170 hours.
4      Q.  Had you completed those hours prior to
5  applying?
6      A.  Yes.
7          MR. PETTERSON:  No further questions.
8          MR. REID:  Okay.
9          WHEREUPON, the within proceedings were
10 concluded at the approximate hour of 7:03 p.m. on the
11 10th day of April, 2018.
12                 *   *   *   *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25

Movant's App. 000114

JESSICA KIVEDO - 04/10/2018          Pages 74..75

Page 74

```
 1                 CERTIFICATE OF DEPONENT
 2
 3          I, JESSICA KIVEDO, do hereby certify that I
 4  have read the above and foregoing deposition and that
 5  the same is a true and accurate transcription of my
 6  testimony, except for attached amendments, if any.
 7          Amendments attached    ( ) Yes    ( ) No
 8
 9      _____
                 JESSICA KIVEDO
10
11
12  The signature above of JESSICA KIVEDO, was subscribed
13  and sworn to before me in the county of _____,
14  state of Colorado, this _____ day of _____,
15  2018.
16
17
18      _____
19                 Notary Public
                 My commission expires
20
21
22  Johana Poala Beltran, et al. v. Interexchange, Inc., et
    al., 04/10/2018, (JMR)
23
24
25
```

Page 75

```
 1  REPORTER'S CERTIFICATE
 2  STATE OF COLORADO            )
                                 )  ss.
 3  COUNTY OF EL PASO            )
 4          I, JESSICA M. REEDY, Certified Professional
 5  Reporter, Federal Certified Realtime Reporter and
 6  Notary Public, State of Colorado, do hereby certify
 7  that previous to the commencement of the examination,
 8  the said JESSICA KIVEDO was duly sworn by me to testify
 9  to the truth in relation to the matters in controversy
10  between the parties hereto; that the said deposition
11  was taken in machine shorthand by me at the time and
12  place aforesaid and was thereafter reduced to
13  typewritten form, consisting of 74 pages herein; that
14  the foregoing is a true transcript of the questions
15  asked, testimony given, and proceedings had.  I further
16  certify that I am not employed by, related to, nor of
17  counsel for any of the parties herein, nor otherwise
18  interested in the outcome of this litigation.
19          IN WITNESS WHEREOF, I have affixed my
20  signature and seal this 24th day of April, 2018.
21          My commission expires March 27, 2021.
22
23      _____
24                 Jessica M. Reedy
                   Registered Professional Reporter
25                 Federal Certified Realtime Reporter
```

Movant's App. 000115

| | | | |
|---|---|---|---|
| **$** | **2013**<br>15:6,14 | **5:45**<br>27:17 | 56:3 |
| **$197**<br>29:6 61:15 62:5,24 | **2014**<br>15:7,16 56:2,9 | **6** | **A** |
| **$200**<br>28:15 29:8,16,22 | **2018**<br>73:11 | **6:30**<br>40:15 | **able**<br>7:7 69:17 |
| **(** | **25**<br>49:12,20,25 51:19 | **6:50**<br>55:13 | **accept**<br>31:3 |
| **(1)**<br>10:5 | **2:00**<br>26:6 | **7** | **access**<br>33:17 35:14 |
| **(2)**<br>11:24 | **2:30**<br>40:1 | **7-year-old**<br>44:5,21 | **accommodate**<br>6:5 |
| **(3)**<br>13:9 | **3** | **79**<br>51:11 52:6 | **account**<br>27:5 71:20 |
| **(4)**<br>20:11 | **3**<br>13:9,11,13 49:2 | **7:00**<br>40:15,16 46:1,2,10,12<br>53:13 54:5,13,14 55:4,<br>11,24 56:3 | **accurate**<br>6:19 10:15,17 11:21 15:1<br>49:13,21,22 50:8 51:20<br>52:4 65:17 71:12,15 |
| **1** | **30**<br>40:12 65:8 | **7:03**<br>73:10 | **activities**<br>40:3,4 45:18 53:11 |
| **1**<br>10:4,7 11:3,6 | **35**<br>65:8 72:3 | **7:05**<br>54:16 55:1,18 | **activity**<br>38:8 |
| **100**<br>52:3 72:24 | **3:00**<br>25:13 40:2 45:2 53:12<br>54:5,12 | **7:15**<br>54:15,25 55:5 | **actual**<br>48:11,15,17,21,24 52:25 |
| **10th**<br>73:11 | **4** | **7:30**<br>53:9 55:9 | **additional**<br>35:21 |
| **150**<br>73:1,3 | **4**<br>20:10,15 21:10 30:4<br>34:11 | **7:50**<br>55:13 | **Africa**<br>17:13 37:10 63:14 |
| **16**<br>23:15 24:10 | **40**<br>60:21 | **8** | **African**<br>7:6 |
| **16-year-old**<br>24:24 26:3,14,17 39:22,<br>25 40:23 51:3 | **5** | **8:30**<br>26:6 | **afternoon**<br>25:23 39:21 40:3 45:15<br>54:5,8 |
| **170**<br>73:3 | **5**<br>30:11 34:11 50:7 | **9** | **age**<br>23:19 24:3,6,7,9 |
| **197**<br>29:11 30:17,23 32:20<br>69:1,4 | **50**<br>72:22 | **9**<br>24:9 | **agency**<br>17:23 28:20 29:10,12<br>32:15,18 70:3 |
| **2** | **51**<br>49:7 51:16 | **9-year-old**<br>25:6 26:13,18 39:12<br>40:1,5 | **agent**<br>28:25 29:1 37:9 61:7,9,<br>11,16,19,22 63:13 68:25 |
| **2**<br>12:1,3 | **53**<br>50:4 | **9:00**<br>25:13 45:2 55:16 | **ages**<br>19:15 |
| **200**<br>29:13 32:12,19 69:25<br>70:11,16 | **5:40**<br>27:17 | **9:30**<br>46:5,6 53:9 55:16,18,23 | **ago**<br>8:18 10:2 |

Movant's App. 000116

JESSICA KIVEDO - 04/10/2018                    i2

**agree**
60:1

**agreed**
19:5

**agreement**
20:20 22:12,15,20,21

**aid**
19:16

**allowed**
67:23

**aloud**
5:11

**America**
4:12,15,17 17:13 58:14,
16 59:8,15 60:5,15
61:10,14 62:10 63:11,13,
14 72:11

**America's**
22:1 30:15

**American**
4:10,16

**amount**
9:16 19:25 21:19 28:11,
14,17,19 29:4,5 30:17,25
31:3 32:8,11,14 47:23
61:4,7,11,14,17 62:1,25
63:3,10 69:14,15,18,21
70:5,18

**answer**
4:22 5:22,24 6:6 7:18
14:20 49:20 52:6

**answering**
14:22

**answers**
5:1 14:1,25

**anybody**
14:22 16:16 17:7 38:18
47:6 48:24 70:17

**APIA**
4:14,15 15:4,9 16:16
17:7 18:14,17,21 21:12
22:8 30:23 31:2 36:10,25
37:5 38:19 42:8,13,19,22
43:6 47:1,6 48:20 60:11,
24 66:5,17 67:3,6,14,16
68:5,19 70:17

**application**

72:14

**applied**
28:22

**apply**
27:20 31:23 72:11

**applying**
61:6 73:5

**approximate**
23:19 44:24 46:8 73:10

**approximately**
10:2 14:17 23:21 25:21
26:5 29:11 30:23 36:6

**approximation**
71:19 72:4

**April**
73:11

**aside**
7:25 22:13 33:1 36:24
37:4

**asked**
40:9

**asking**
13:19

**assign**
42:13

**assigned**
42:10 47:3 59:2,12 60:9,
22

**assume**
5:24 7:7

**attend**
25:6 38:11,13,24 44:21

**attended**
25:9

**attention**
13:8

**attorney**
4:9 10:4

**attorneys**
7:10

**au**
4:11,14,15,17 9:3 13:2,6,
20 15:4,5 16:12 17:13,20
19:13 21:12,23,25 22:1
28:22 30:12,14,15 38:3,7

58:14,16,17 59:8,15
60:5,15 61:5,10,14 62:10
63:11,13 66:7 67:10,25
68:10,11 72:11

**average**
49:11,18 50:6,11 51:17
53:9

**averaged**
53:16

———————
**B**
———————

**B-E-N-N-E-T-T**
16:24

**back**
21:14 23:6,14 26:9 27:18
30:4 31:21 32:24 39:22
40:23,24 41:24 45:16,20
49:2 51:3 56:9

**based**
29:19,20 54:10 65:14
68:3

**basically**
17:24 38:9 40:7

**basis**
24:20 44:9 54:21 59:6
71:14

**bath**
41:9 45:23

**bed**
41:9 45:23 66:24

**belief**
71:14

**believe**
21:22 60:8 61:15 71:10

**Bennett**
16:22 17:2 32:2,4,21
34:22 35:5,20 36:20
38:19,22,25 43:18,19
45:7 46:18 48:8,23 59:12
60:13 61:1 63:5,9 64:9,
15 65:24 66:13,23

**Bennetts**
31:6 34:23 38:17 41:2,5

**best**
6:1 7:14 8:6

**better**

68:4

**bit**
39:18,19 41:6,11 43:17
54:19 55:1,19

**bonuses**
33:3 34:25

**book**
56:18

**booklet**
62:7,9,11,14,16,17,18
69:7

**boy**
23:22 43:24

**break**
6:4,7 23:25 27:14 31:15
54:3

**breakfast**
39:11 45:10 58:23

**briefly**
19:10

**broad**
67:14

**bullet**
21:23 30:11

**bunch**
17:15

**bus**
45:11,12,16 66:15,20

**business**
4:11,17

———————
**C**
———————

**calculate**
57:14

**calculated**
71:18

**California**
36:13,16,25 37:5,6,14,
21,23 38:14

**call**
23:22

**camera**
33:13

**camp**

JESSICA KIVEDO - 04/10/2018                    i3

25:7,10,14,25

**camps**
25:17

**can't**
6:14 34:10 46:7 47:22
62:13 69:16

**car**
33:17,18,21 35:10,12
41:19 46:20,24 64:8
66:11,19 71:8

**care**
26:15,18 48:15

**cars**
64:11

**case**
5:1 7:9,12,16 8:2,6,17
9:11 48:4

**caution**
7:19

**cell**
34:1,4 35:14,17 64:15,
19,25 70:21

**certain**
33:23 54:7 72:17

**cetera**
39:20

**change**
28:11 32:8 40:19 46:14

**changed**
40:21 51:3

**characterizing**
54:25

**chat**
18:3

**check**
63:20 71:2

**checking**
38:2

**child**
26:14,17 43:19,20 48:15
58:21,23,24,25 59:4
66:10,14,19,24 67:9,10,
13,15,22,25 68:12

**child's**
57:1

**childcare**
19:12,18,20 40:16 42:16,
20,23 43:1 45:4 47:10,
13,17,21 48:9,12,21,25
50:16 59:13 72:15,18

**children**
23:18,19 24:4,8 26:13
64:12,22

**chlorine**
41:24

**choice**
17:4

**choose**
7:21

**chores**
34:19 35:3

**chose**
70:11

**Chrisa**
8:10,17 9:19

**Chrisa's**
8:11

**Christmas**
33:8,9,11 64:2

**Civil**
4:2

**clean**
39:13,19 45:13 57:22,24

**cleaning**
51:24 53:21 57:9,18 58:1

**clear**
4:18 18:25 36:15

**client**
4:14

**client's**
4:13

**clock**
65:21,23

**close**
69:25

**cluster**
38:5,11,24

**coffee**
38:8

**come**
40:7,13 41:10 45:12,20
53:3 71:25

**comes**
68:23

**comfortable**
23:23 60:2

**coming**
9:21 27:6

**communicate**
64:19

**communications**
38:1 64:21

**community**
36:9,12,22,24 37:4,24
38:21 68:13

**compensation**
63:6

**complete**
6:14 11:16 14:1,11

**completed**
12:25 13:4 73:4

**conclude**
16:4,6

**concluded**
73:10

**conference**
9:2

**confidentiality**
23:17

**consent**
10:23 12:23,25 13:5

**consenting**
11:15

**consider**
6:25

**considered**
56:20 57:3 67:13

**consist**
18:5

**consisted**
25:20

**consistent**
21:11

**contact**
36:25 37:5,24 38:18,21
63:19 68:13

**contacted**
63:13

**content**
7:25

**contents**
7:20 62:15

**continue**
40:16

**contract**
22:15,18,19

**conversation**
7:21 8:1 9:7,15,18 70:5

**copy**
12:14,16,18,19 43:15

**correct**
8:6 11:21 22:2 23:8 28:2
29:8 50:16 55:19 67:14
69:4

**correctly**
73:2

**couch**
56:18

**couldn't**
60:10

**Counsel**
54:21

**counselor**
36:22,24 37:4,24 38:8,22
59:17,20,23,24 60:3
68:13

**counselors**
36:9,12

**country**
16:12 61:7

**couple**
22:24 44:16 66:4 72:8

**course**
68:9

**court**
5:14 16:23

**CPR**
19:16

Movant's App. 000118

**curfew**
41:15,20

**custody**
44:6

---

**D**

---

**dad**
18:11,13 27:7 31:11,13
36:3 39:15,16,23 41:10
42:6 44:1,2,5,8 45:4,21,
22 46:25 47:5 48:2
56:16,17,18

**daily**
39:7

**date**
47:25

**daughter**
23:6,13

**day**
25:18,19,23 26:8 44:18,
19 47:24 48:1 50:5,11,20
52:8,13,21 53:9,18,23
56:1,2,3,24 60:7 66:11,
15 68:17,23 72:2 73:11

**daycare**
25:7

**days**
8:18 19:25 20:1 36:5,7
39:24 50:4 52:10 53:25
54:15,16 55:23 71:22

**Deakins**
4:9

**decide**
16:9

**decided**
17:21 29:12,16,22

**decision**
18:25 19:2

**defendant**
4:10,16

**define**
56:11

**definitely**
53:2,3

**deponent**
8:14 10:16,19,24 11:11

12:5 15:25 20:13 22:10
30:8 51:12 66:25

**deposit**
28:9 70:8

**deposition**
4:21 7:10 9:22 10:7 11:6
12:1,3 13:11,14 20:10,16

**describe**
59:16,19 62:15,25

**described**
43:1 47:4

**describing**
61:16

**detail**
21:8

**details**
12:13

**determination**
43:7

**determine**
28:16 32:14 50:19

**determined**
28:19 29:10 32:15 43:4
57:22

**didn't**
9:4,5 12:16,18,19 17:3
21:7,14,16 22:6 40:3
41:19 47:1 50:1,2,18
51:9,23 52:1 55:25 60:1,
2 64:24 69:10 70:1,9,10,
14

**differences**
41:4 67:7

**different**
10:25 15:18 16:12,13,17
17:10,13 19:15 41:3

**dinner**
45:21 53:11

**dinnertime**
40:8

**direct**
13:8 28:9 70:8

**discuss**
7:9,23 62:19 63:6 70:9,
10,14

**discussed**
9:11

**discussing**
27:23

**distance**
33:23 51:6

**divulge**
7:20

**document**
10:12,16,18,19,22,24
11:5,7,11,13,14,23 12:2,
4,5,11,22 13:12,15,18,
19,21 14:2 20:13,17,19,
25 21:3,10,18 22:8,10
30:8 49:5 51:12

**documents**
9:21 13:1,6 14:19

**doesn't**
21:18 30:16

**dog**
31:15 40:8,11

**doing**
4:11,17 9:2 39:6 53:5,21
56:14 69:21

**don't**
5:19,20 7:20,23 10:20
11:8 12:9 14:12 27:7
29:5 33:25 36:8,14,23
42:2 51:7 57:20 65:1
67:11 70:14 72:21

**drive**
41:18 45:18 66:18

**drop**
39:14,15,16

**drug**
6:18

**duly**
4:4

**duties**
39:4,6,9,10 40:19,25
42:10,14 45:6 46:14
47:3,7 58:17,20,25 59:2,
3,13 66:6,17 67:4,8,17,
23 68:5,10

**duty**
59:1 67:13

**E**

---

**e-mail**
9:25 10:1 13:9 14:6

**e-mails**
14:19 71:3

**e-signature**
11:19

**earlier**
30:10 50:15 55:15 58:8,
13 63:12 64:7,14 65:2,
7,14 69:3 71:22 72:10

**early**
56:17

**easier**
29:15

**ECF**
28:8

**educated**
52:13

**effect**
6:22

**EFT**
27:4

**eight**
60:8

**either**
4:14 22:13,14,21 24:16,
19,22 34:11 39:14 47:9

**electronically**
12:20

**employment**
24:17,25 25:2

**ended**
17:19

**English**
7:6,7

**enter**
22:15

**entertainment**
33:4 34:13,25 35:21

**entire**
26:1 44:19 47:24 48:6

**estimate**

52:23

**estimation**
25:20 44:14 51:1 71:11,
19

**et**
39:20

**evening**
4:8 41:8 47:25 53:10
56:16 58:7

**everything's**
38:2 63:22

**Ex**
10:5 11:24 13:9 20:11

**exact**
29:5 53:4 69:15 72:21

**exactly**
14:12 19:25 29:1 30:24
34:10 36:8 41:1 47:23
53:23,25

**EXAMINATION**
4:6 58:4 66:2 72:6

**example**
23:20 58:22

**examples**
58:22

**excuse**
63:14

**exhibit**
10:4,7 11:3,6 12:1,3
13:9,11,13 20:9,10,15
21:10 30:4 49:2

**exists**
7:19

**expected**
19:13

**expenses**
34:13 35:21 36:1

**experience**
13:1,6,20 72:15,18

**explain**
58:17

**extend**
17:3

**extra**
34:16,19 35:2,3 51:4

52:3 57:13,14

---

**F**

---

**F-A-N-I-K-U**
8:14 9:14

**F-E-M-I**
9:12

**fact**
70:24

**fair**
19:4 52:24

**families**
15:18,20 17:11,14,23
18:1,18 19:1,4,7,19
22:14,25 64:11,16,18
65:15 70:20 71:7

**family**
15:12,15,21 16:9,10,11,
13,15,17,19 17:5,12,17,
21,24 18:6,9,10,12,20
19:3 20:7,20,22 22:16,
22,25 23:1,17 27:9 28:16
30:1,17,22 32:13,21,25
33:7,9,18,21,22 34:5,12,
18,22 35:6,9,13,19,20
36:16,17,18,20,21 38:19,
22,25 39:5,9 40:25 42:14
43:5 46:15 47:12,14
48:11,23 53:8 56:12
59:2,12 60:10,13,23
61:2,20 63:3,5,9,15 64:2,
4,8,9 65:3,6,9,21,24
67:18,21 68:6,7

**family's**
15:22 16:21 22:13 40:20

**Faniku**
8:12 9:14

**far**
41:18

**father**
24:3,13 71:21

**father's**
24:6

**February**
15:5,14,16

**Federal**
4:2

**feel**
60:2 69:21

**felt**
16:13 17:24,25

**female**
24:10,11

**Femi**
9:12,18

**Femi's**
9:13

**fifth**
21:22

**figured**
70:2

**file**
10:5,9 11:24 20:11

**files**
10:3

**filling**
14:18

**final**
20:8

**fine**
27:15 38:3 40:10 63:21

**finish**
8:25

**finished**
15:6

**Firm**
4:10

**first**
4:4 5:9 8:8 9:24 10:9
13:21 15:11,21 17:12
18:8,10 19:16 23:4,7
24:9 39:8 47:12 49:10
51:8 58:8 61:4

**five**
25:21 38:15 52:10 55:4
57:14

**follow-ups**
72:8

**following**
4:1

**follows**
4:5

**Foreign**
4:11,17

**forgot**
51:4

**form**
11:16,18,21 12:25 54:23

**format**
13:16

**forth**
21:25 30:14

**found**
17:24

**four**
23:6,10 25:21 36:5,7
37:25 38:15

**free**
39:18 40:10 56:23,24
57:25

**Friday**
50:13

**friend**
8:8 9:10

**friends**
7:14 8:6

**front**
5:2

**froze**
52:16

**full-time**
24:17 25:2,4 44:3,22

**funds**
27:5

**further**
60:3 66:1 73:7

---

**G**

---

**gas**
35:12 46:20,23

**gasoline**
33:20,21

**Gates**
37:12

**gears**
38:16

Movant's App. 000120

**gender**
  23:19 24:4

**general**
  19:20,21 25:12,15 57:9
  66:6

**getting**
  39:11 41:7 51:5

**gift**
  64:2

**gifts**
  33:6,8 35:5 64:4

**girl**
  24:24 25:6 26:13,14,17,
  18 39:12,25 41:5 43:24,
  25 44:5,21 45:9

**girl's**
  26:3

**give**
  5:8 6:14 25:19 41:9
  44:14 45:22 46:7 58:22
  64:4 67:23 68:4

**given**
  5:25 6:11 28:23 53:18
  63:11

**giving**
  6:19 65:13

**go**
  15:18 16:10,17 19:19
  21:7 31:18 32:24 36:1
  49:2,7 55:21 57:20 60:2
  62:17

**go-ahead**
  70:3

**going**
  4:13 5:8 6:6 7:18 15:17
  19:19 23:16 25:17 37:16
  39:3 41:18,22 49:7 50:22
  56:6,9 57:18,19,22 69:25

**good**
  4:8 5:10 6:25 17:15,18,
  24

**governing**
  21:25 30:14

**guess**
  19:14 21:6 29:19 50:1
  52:13,22 70:14 72:3

---

**H**

**half**
  5:6 14:16,17 25:18,19
  48:1

**hall**
  56:25

**happened**
  44:15

**hard**
  51:2

**Hawaii**
  35:24 36:2 65:3,5

**he's**
  44:7

**head**
  5:15 66:25

**hear**
  5:19 52:19 61:25

**heard**
  5:25

**Hello**
  52:14,16,18

**help**
  14:22 26:17 39:11,12
  40:5 41:6,8,11 45:8,17,
  20 48:3 65:6

**helping**
  53:10 58:24

**home**
  16:2,7 17:2 18:2 19:20
  20:5,7 23:2,6,14,25 24:2,
  19,22 25:8 26:11,25
  27:24 28:12 31:5 32:2,4,
  9 34:2,15 40:7,14,15,20
  41:10,13 42:3,11,25
  43:18,19,20 44:1,3,8,17,
  18,19 45:7,12,17,20,25
  46:1,10,18 48:8 49:10
  51:14 54:11,12 55:3,4,8,
  12,16,22,23,24 56:3,16,
  17 61:7 66:10,13,18,19,
  23 68:5 71:21,24,25

**homes**
  15:8 22:14 39:4 47:9

**homework**
  40:5,6 45:17 53:11 58:24

---

**host**
  15:11,21 16:11 17:10,12
  18:18 20:20,21 22:13,14
  23:17 24:3,5,12,16 26:15
  28:1,4,16 29:14,16
  30:17,22 31:11,12 32:13
  34:5 35:19 36:3 39:15
  40:25 41:10 43:5 46:25
  47:5 48:2 61:20 63:3
  64:19 67:17 68:5,7 69:24
  70:4

**hot**
  41:23

**hour**
  14:14,16,17 52:10 53:10,
  16,19,22,23 54:1 73:10

**hours**
  25:20,21 26:8 44:16
  47:20 48:12,15,18,21,25
  49:11,18,23,24 50:5,10,
  16,18,20 51:1,4,7,17
  52:3,7,8,12,21,25 53:14
  54:2,10 60:6,8,11,16,19,
  21,22 65:8,11,14 68:17,
  23 71:11,15,18,20 72:3,
  18,20,21,22,24 73:1,3,4

**huh-uh**
  5:16

**husband**
  7:14,15,21,24 8:1

---

**I**

**I'D**
  10:3 13:8 20:7,8

**I'LL**
  5:10,24 6:5

**I'M**
  4:9,13,16 5:8 7:18 8:21
  9:2 15:17 18:19 22:14
  23:16 27:13 28:7 30:7
  39:3 41:18,24 43:13
  50:24 52:15 55:1 57:18,
  19,22 63:22

**I'VE**
  6:11 30:9 53:20 63:21

**identify**
  12:7,9

**Inaudible**

---

**43:12**

**include**
  58:20

**included**
  51:7

**including**
  14:19 36:7 49:19 51:18

**inconsistent**
  22:8

**increase**
  30:2 32:22

**indicate**
  21:18 72:14,17

**individual's**
  63:17

**individuals**
  23:2 24:1

**influence**
  6:17

**information**
  5:22 10:14,15 11:20,21
  28:23 59:9 68:20

**Institute**
  4:11,16

**instructions**
  5:8 6:10

**interact**
  37:13

**Internet**
  71:3

**interview**
  17:14 18:1,5,8

**interviews**
  17:16 18:14

**introducing**
  38:3

**involved**
  8:21

**involves**
  58:25

**iphone**
  34:10

**isn't**
  20:21

Movant's App. 000121



Movant's App. 000122

**Misstates**
29:23

**mom**
18:10 27:7 29:14,16 31:12 42:5 44:1,7 48:2 69:24 70:4

**moment**
11:9 16:20 30:5 31:19 32:25 49:3

**Monday**
50:13

**monetary**
33:2 34:24

**money**
33:3,4 34:25 61:20

**month**
44:15 46:9 47:17

**months**
10:2 14:8 17:1,4,6,8 23:5,10 40:22

**morning**
25:22,24 39:10 41:7 44:17 45:8 53:8

**mother**
24:3,5,12

**move**
16:13

**moved**
23:4,6,7,13 39:22 40:23, 24 51:3

**moving**
17:19

**mutual**
19:2,3

---

### N

**name**
4:8,13 8:8,11 9:10,13 11:24 15:22 16:21 20:11 23:20 36:23 37:11 63:17

**necessarily**
57:17

**necessary**
5:22

**need**

---

6:4 31:15 41:6 68:10,12

**needed**
41:11 48:3 59:25

**negotiate**
61:20,22 63:2 70:18

**never**
55:25 67:7,16

**New**
19:23

**night**
47:25

**nights**
45:21,24 66:23

**nine**
17:1,3,6,8

**nodded**
66:25

**nods**
5:15

**nonprescription**
6:18

**notice**
8:3 12:15

**notification**
8:3

**November**
15:7

**number**
46:8 48:12,15,17,21,24 52:25 53:4 60:6,16 62:22 65:13 68:17 72:17,21

**numbers**
60:24 65:17

---

### O

**Oakland**
17:19

**oath**
4:23 27:21 31:24

**objection**
7:2,17 8:24 22:3,9,17 24:15 29:18,23 30:19 44:10 46:11 49:14 50:21 54:9,17,20,22 56:13,21 57:4,16 65:18 70:6

---

71:16,23

**obligated**
30:18

**observe**
42:22

**obviously**
41:17

**occasionally**
47:11,13,16

**occur**
19:22 20:4

**occurred**
19:23

**October**
15:6

**Ogletree**
4:9

**Oh**
10:25 16:8

**okay**
6:8 7:23 10:11 11:2,25 13:10 20:12,14 21:18 24:5,9 27:14 49:4 50:10 52:5 56:15 73:8

**old**
23:13,21 43:22

**once**
17:21 39:17 44:17 46:8

**ones**
68:9,11

**open**
10:3,5 11:23 30:9 49:3,6

**opened**
11:25

**opening**
30:7

**orally**
5:11

**orientation**
19:8

**outside**
22:19 26:11 44:3

---

### P

**p.m.**
27:17 40:15,16 73:10

**packet**
59:10

**paid**
9:3 27:3 28:1 29:8,22 31:10 32:17,18 33:22 34:4 35:12,17 36:1 58:11 61:5,8,12 62:1,4 63:3,8

**pair**
4:11,14,15,17 9:3 13:2,6, 20 15:4,5 16:12 17:13,20 21:12,25 22:1 28:22 30:14,15 58:14,16,17 59:8,15 60:5,15 61:5,10, 14 62:10 63:11,13 66:7 67:10,25 68:10,11 72:11

**pair/companion**
21:23 30:12

**pairs**
19:13 38:3,7

**paper**
43:14

**parens**
49:17

**parents**
18:6 24:16 26:15 27:8 28:1,4 40:13,17,18 42:12 43:5 64:19

**part**
25:22,23 26:2 28:23 45:19 51:10 62:11 67:4 72:11

**partial**
5:6

**participate**
15:3 18:14 19:8

**participated**
43:7 58:9

**participation**
37:1 68:3

**passed**
44:7

**pause**

Movant's App. 000123

10:8 12:8 13:24 21:13
31:20 33:15 35:7,22 39:1
42:1 44:11 62:12 69:6,12

**pay**
28:4 29:16,22 30:18,23,
24 31:13 32:21 33:20,21
34:6,12,16,19 35:2,20

**payment**
32:3

**payments**
33:3 34:24

**Paypal**
32:5,6

**pending**
6:6

**percent**
52:3

**perform**
34:16

**permitted**
70:21 71:2,8

**person**
45:3

**personal**
33:17 35:9 70:22,24 71:8

**personally**
35:24

**pertain**
59:3,13

**pertained**
67:25

**pertains**
58:21 67:13

**perused**
10:16,19,24 11:11 12:5
20:13 22:10 30:8 51:12

**PETTERSON**
7:2,17 8:24 22:3,9,17
24:15 29:18,23 30:19
44:10 46:11 49:14 50:21
54:9,17,20,23,25 56:13,
21 57:4,16 58:5 65:20
66:1 70:6 71:16,23 72:7
73:7

**phone**
34:1,4,6,9 35:14,17,18

64:19,25 70:21 71:3

**phones**
64:15

**physical**
12:19

**pick**
39:25 40:1 56:25 57:12,
21

**picking**
57:2

**pinpoint**
56:1

**placed**
15:8,11,13 19:7 20:5

**placement**
16:4,6,25 24:17 26:21
42:17 43:2

**plan**
34:7 35:18

**playing**
56:19

**please**
5:17 9:13 10:6 11:23
13:3 31:16 51:11 54:22

**plus**
23:7,10

**portion**
30:10,11

**position**
68:4

**possible**
65:1 67:5

**possibly**
21:5

**precautions**
19:15

**prepare**
39:12 45:10

**preparing**
45:20 53:11 58:23

**prescription**
6:18

**present**
62:13

**presentation**
62:11

**preserve**
23:17

**pretty**
53:21

**previous**
72:18

**previously**
10:7 11:5 12:1,2 13:11,
13 72:9

**prior**
72:15 73:4

**privilege**
7:19

**probably**
47:22 49:22 50:12 51:21
52:3,7,12 53:2,3,12 54:4
73:2

**problems**
63:22,24

**Procedure**
4:2

**proceedings**
4:1 10:8 12:8 13:24
21:13 31:20 33:15 35:7,
22 39:1 42:1 44:11 62:12
69:6,12 73:9

**process**
17:22 53:5

**program**
15:4 21:12 22:1,8 23:5
30:15 36:10 37:2 60:4
61:6 62:10 67:12 68:3
72:12

**programs**
21:25 30:14

**prohibit**
6:19

**provide**
26:17 42:14 47:9,13,17,
20 48:9

**provided**
14:25 26:15 45:3 48:12,
25 50:16

**providing**

56:12

**provision**
21:21

**punch**
65:21,23

**purpose**
4:21

**purposes**
46:20

**pursuant**
4:2

**put**
41:24 46:19 49:25 51:8,
19 52:2 57:12 58:14

**putting**
46:23

---

**Q**

**question**
5:19,20,24 6:6 13:3 16:5
37:3 49:7,9,10,15 50:4
51:11,13,16 52:6 54:23,
24 58:8 67:11

**questions**
4:22,23 5:9,11 13:19,22
14:1,20,23 15:17,19
23:16 34:22 39:3 58:3,6
66:1 72:5 73:7

**quite**
40:4 51:6 54:19 55:1,18

---

**R**

**randomly**
57:21

**rare**
40:4

**Rarely**
55:10

**reach**
37:17

**reached**
37:19 64:24

**read**
7:7 21:8 30:11 49:17

Movant's App. 000124

**reading**
12:17 56:18

**ready**
39:11 41:7,9 45:9,23
66:24

**really**
14:12 21:8,15,16 41:19
46:7 47:22 51:23 52:1
62:13

**reason**
6:13

**recall**
11:8 12:14 14:12 19:14,
17,25 25:16 26:3,6 27:7
29:5 33:16,25 34:10
35:8,23 36:8,13,14,23
38:6,23 39:2 44:20 47:22
48:10 51:9 58:8,13 60:19
61:16 62:13 63:1,12
64:1,7,14 65:2,7 66:5,9,
14,22 68:16,19,25 69:7,
13,16 71:10 72:10,20,21
73:2

**recalling**
50:24,25

**receive**
10:1 12:16,18 21:24
26:20,23 29:12 30:13
31:6,8 33:2,6,11 34:24
35:2,5 69:15,18,20,23

**received**
8:3 9:25 14:5 27:24 32:2
33:2,8 59:10 62:8 64:2
69:3 70:21

**receiving**
12:14

**recess**
27:17

**recipients**
26:14

**recollection**
6:1 71:17

**record**
27:16,19 31:18,22 36:15

**recorded**
5:16 55:25

**records**
55:22

**refer**
4:14 23:18

**referring**
4:16 62:23

**reflection**
51:9

**regarding**
13:1,6 51:13

**regards**
14:6

**regular**
24:20 44:8

**regulations**
21:25 30:14

**Reid**
4:7,9 7:4,25 8:16 9:7
10:10 12:2 13:12 16:1
22:5,12,19 24:16 27:16,
18 29:21 30:1,21 31:18,
21 44:13 46:14 49:16
50:25 54:14,19,21,24
55:3 56:15,23 57:6,24
58:3 65:18 66:3 70:10
72:2,5 73:8

**related**
64:21 68:20

**relates**
67:9,10,15,22

**rely**
14:18

**rematch**
17:22

**rematched**
63:5

**remember**
5:22 11:10 12:17,22
20:23,25 41:21 69:19

**repeat**
5:20 13:3 16:5 37:3
43:13 49:16

**rephrase**
5:21

**reporter**
5:14 8:13,15 15:24 16:23

**represent**
4:10

**representative**
18:17,21 30:22,24 31:2
37:1,6 42:13,19,22 43:6
48:20 67:3

**representatives**
66:6 67:7,16

**require**
16:16 17:7

**required**
65:11,20,23

**residing**
24:2

**resolved**
60:1

**respect**
11:20 61:1 62:3 64:18
70:20 71:7

**respond**
5:11

**responded**
13:22 49:12,25 50:7

**response**
49:13,21 50:8 51:20

**responsibilities**
40:23

**responsible**
39:18 67:11 68:1

**review**
9:21 10:14 11:9 13:1,5

**reviewed**
21:4 49:5

**reviewing**
12:22 20:25

**right**
11:2 22:2 24:7 31:17
32:24 42:8 47:1 49:2
66:4 72:3

**role**
59:19,22

**room**
39:19 45:13 51:24 57:13,
19 58:23

**rough**
25:20 44:14 52:23

**roughly**

10:2 26:7,8 29:6 30:17
49:22 51:2 53:22 65:8

**round**
70:1

**rounded**
29:14 32:20

**rounding**
70:12,15

**routine**
39:7

**rule**
41:17,19 46:19,23 47:1

**rules**
4:2 27:20 31:23 41:12,
14,21 42:2,3,4,8 46:17,
22

---

**S**

**safety**
19:15

**sat**
53:2

**save**
56:5

**saying**
29:21 56:8 65:2

**says**
21:21,22 22:2,4 30:12
49:15 50:4 51:16

**schedule**
25:12,15 26:4,5,7 43:1,4,
9,15 44:24,25 51:2 53:7

**school**
25:7,9,11,13 26:4,9
39:15,16,17,24 40:1,11
41:7 44:21,25 45:11 51:6
54:3,10,12 66:10,18,20

**schooling**
25:12

**screen**
52:16

**second**
9:10 15:15 16:19,21
17:21 18:12 24:10 31:5
51:14 53:8 61:25

Movant's App. 000125

| | | | |
|---|---|---|---|
| **see** 10:15,20 15:6 17:14 | **snack** 57:1 | **stay** 16:9 17:7 | **T** |
| **seeing** 11:10 | **socks** 33:12 | **stayed** 44:18 | **take** 4:21 6:4 11:9 14:10 20:8 27:14 31:15 39:23,24 40:2,11,17 60:3 71:20 |
| **seen** 10:12 11:7 12:4 13:15 20:17 | **sole** 44:6 | **Steve** 4:8 | **taken** 4:2 27:17 |
| **sent** 10:4 | **someone's** 23:20 | **stipend** 21:16,19,24 22:7 26:20, 23 27:3,23 28:2,5,11,14, | **talk** 7:12 8:16 16:19 38:16 43:17 |
| **separate** 22:18,19,21 | **sorry** 11:1 22:15 27:13 28:7 43:13 52:15 | 24 29:2,11,20 30:2,13 31:6,8,10,13 32:1,8,11, 22 33:1 61:13,17 62:5, | **talked** 17:17 18:24 42:11 53:15 69:8 |
| **set** 21:25 22:12 27:4 30:14 42:3,4,8 47:1,3 60:24 70:8 | **sort** 18:24 51:1 | 19,21 69:1,8,11,14,18, 20,23 70:5,18 | **talking** 10:21 21:22 23:1 27:1 32:1 |
| **settled** 63:21 | **sounded** 67:23 | **stipulated** 21:24 30:13 59:11 | **tell** 5:5 12:11 18:21 19:10 |
| **seven** 43:23 50:12,20 51:1 52:7,8,12,17,21 53:14 | **South** 17:12 37:10 63:14 | **stop** 45:12,16 58:1 66:15,20 | 24:1,3 29:1 30:24 31:2 47:6 60:6,16 61:19 63:2, 23 66:17 67:3 68:11 |
| **shared** 68:1 | **speak** 7:4,15 8:1,19 63:23 | **stopped** 50:24 54:8 | 70:17 |
| **she's** 8:24 39:17 69:25 | **speaking** 15:21 | **student** 25:4 | **ten** 9:9 23:21 |
| **shoes** 57:1,2,12,21 | **specific** 19:19 21:19 49:9 67:4,17 68:4 70:4 | **Study** 4:11,17 | **ten-year-old** 23:22 |
| **show** 55:22 | **specifically** 70:7 | **stuff** 7:23 | **terms** 41:14 51:5 |
| **signature** 10:18,20 11:18 | **spell** 8:13 15:24 16:23 | **summer** 25:10,14,25 26:1 | **testified** 4:5 28:1,7 29:8 50:15 55:15 63:12 69:3,10 |
| **signed** 12:23 20:21 21:1 | **spend** 16:15 22:24 | **supervise** 42:16,19 | **testifying** 5:2 58:9,13 64:1,7,14 |
| **signing** 20:23 | **spending** 33:3 34:25 | **suppose** 67:20 | 65:7 66:5,9,14,22 68:16, 19,25 69:7 71:10 72:10 |
| **sitting** 6:13 50:10 52:5 55:21 | **spoke** 8:5,9 | **sure** 10:21 13:4 18:19,21 37:4 38:2 41:23 52:25 53:18 | **testimony** 6:14,20 29:24 |
| **six** 14:7 | **spousal** 7:19 | 54:11 55:1 63:20 | **text** 14:19 56:5,8 |
| **Skype** 17:14 | **Stacey** 37:12,13 38:18 63:18 | **surf** 71:3 | **Thank** 8:15 58:7 |
| **Slightly** 41:3 | **start** 15:19 39:4,8 47:12 57:25 | **survey** 14:11 49:25 | **there's** 49:16 52:24 56:6 |
| **Smith** 23:21 | **started** 15:13 17:5,22 50:23 54:8 57:24 | **switch** 38:16 | **they're** 67:22 68:9,11 |
| | **state** 4:4 | **sworn** 4:4 5:5 | |

Movant's App. 000126

**thing**
40:21 48:23

**things**
5:15 33:12 34:24 37:16 51:24 56:14 71:2

**think**
21:14 32:15 34:11 41:25 42:25 49:23 50:1,2 51:7, 23 52:1 57:21 65:1,17 70:1

**thinking**
51:22

**thought**
17:18 53:3

**three**
23:5,7 37:15,20 47:19,21 48:5

**threshold**
33:24

**tidy**
39:19

**tidying**
57:19 58:23

**time**
9:4,16 13:22 14:5,10 15:9 16:11,14 21:7 22:25 38:17 39:18 40:10,13,22 43:18 44:6 46:3,10,12,13 49:10 51:8,13 53:15 54:7,8 55:10 56:20,23,24 57:7,8,10,19,23,25 58:1, 7,11 61:25 65:15

**times**
37:15,20,25 44:15 47:17, 18,19,21 48:6 52:2 55:8, 12 71:25

**today**
4:20 5:1 6:13 9:2 50:10 52:5 55:21

**told**
8:20 9:2,6 28:25 29:2,4, 19 30:22 32:16,18 58:20 59:8 60:11 61:7,13,15,22 62:6 66:6 67:7,12,14 68:25 69:22 70:13

**top**
10:23

**town**

48:2

**track**
48:11,13,14,17,20,24 50:15,18 57:6,8

**training**
19:8,11,12,14,16,18,20, 22 20:4 58:9,14,16 59:9, 15 60:5,11,15 62:2,4 69:8

**transport**
64:12

**travel**
34:12 35:21 36:1,7

**traveled**
35:24 65:3

**traveling**
33:22

**tried**
56:1

**trip**
36:4

**true**
51:9 60:13 61:1

**truth**
4:4 5:6

**truthful**
6:14,19

**truths**
5:6

**trying**
41:24

**tub**
41:23

**turn**
51:11

**twice**
46:8

**two**
7:14 8:5,18 10:2 15:10, 18 18:6 26:8 37:15,20

**U**

**uh-huh**
5:15 32:7 37:22 49:8 51:15 54:6

**unclear**
22:5

**understand**
4:24 5:3,5,12,20 6:2,10 12:10 13:23 21:3,7,23 22:11 27:20 30:12 31:23 59:3 60:10,23

**understanding**
11:14 21:5,11 59:7 67:6, 24 68:2,22

**understood**
5:25 38:10

**underwater**
33:13

**use**
5:17 33:17 35:9 64:8,11, 15,18 70:21,22,24,25 71:8

**usually**
25:17,22,25 40:13 45:25 46:1,4

**V**

**vacation**
49:19 51:18 54:1

**variations**
71:21

**varied**
25:16 46:7 54:19

**various**
40:2

**vary**
40:25 55:18 66:18

**varying**
54:2 55:1

**version**
20:21,23

**versus**
55:18

**video**
9:1 18:3

**W**

**wage**

9:4,5 21:15

**walk**
34:21 39:5 40:8,11 45:12,15,16 66:19

**walked**
66:14

**walking**
56:25 57:7,11

**want**
7:23 16:9 17:3 18:25 22:12,24 24:5 30:4,11 32:24 34:21 38:16 39:4,5 43:17 49:2

**wanted**
16:11,13 17:22 63:20

**Washington**
36:14,19 38:17

**wasn't**
9:3 71:24

**way**
17:25 52:24 56:4,7 57:1, 2,12,13,17

**we'll**
15:18,19 31:18

**we're**
4:20 10:21 27:1,16,18 31:21 36:15 49:7

**website**
17:23

**week**
20:2 26:23 28:15 29:8, 13,17 31:8 44:17 49:11, 19 51:17 52:10 53:1 60:17 65:8 71:11,20 72:3

**weekend**
47:17

**weekends**
47:10,14 48:9

**weekly**
21:16,24 26:20 27:23 28:24 29:2 30:13 31:6 33:1 61:13 62:5,19,21 69:8,11

**weeks**
49:19 51:18

**went**

Movant's App. 000127

18:2 20:6 25:10 32:5
62:18 63:10

**weren't**
46:21

**what's**
8:8,11 9:10,13 16:21
54:21,24 67:6 71:14

**work**
24:19,22 26:7 34:16 35:3
44:3,8,16 46:6 49:11,18
50:5 51:17 54:13 56:11,
12,20 57:3,13,14 60:7,9,
10,17 61:9 64:21 65:5
68:17 71:17

**worked**
28:25 29:7 37:9 44:19
46:3 49:23,24 50:5,11,19
52:25 53:8,19 57:8 65:8,
14,21,24 71:11,15,18,20

**working**
45:22,24 50:24 52:2 53:7
65:15

**wouldn't**
57:17,20

**write**
48:14 57:25 65:11

**written**
43:9,11

**wrong**
54:24 69:22 70:2

**wrote**
62:9

---

**Y**

---

**yeah**
9:1 12:6,21 13:4 15:2
16:6 18:3 19:2 21:6,9,16
23:9 25:9 27:15 35:25
38:3 40:8 41:11 42:2
46:2,12,13,21 49:23
50:3,23 52:9,20 53:17,21
61:15

**year**
16:3,8,14 25:12 37:21,25
47:19 48:6

**years**
23:21

**York**
19:23

**you're**
7:7 10:22 21:22 27:21
29:21 31:24 50:25 54:25
56:16,17,18,24,25 57:11

**you've**
5:5,10

**younger**
41:6 43:19

Movant's App. 000128

ERIKA DION - 04/09/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
       Civil Action No. 1:14-cv-03074-CMA-KMT
 3     _____

 4     VIDEO-CONFERENCE DEPOSITION OF:  ERIKA DION -
       April 9, 2018
 5     _____

 6     JOHANA PAOLA BELTRAN; et al.,

 7     Plaintiffs,

 8     v.

 9     INTEREXCHANGE, INC.; et al.,

10     Defendants.

11     _____

12

13              PURSUANT TO NOTICE AND AGREEMENT, the

14     VIDEO-CONFERENCE DEPOSITION OF ERIKA DION was taken on

15     behalf of the Defendants at 1700 Lincoln Street, Suite

16     4650, Denver, CO 80203, on April 9, 2018, at 8:05 a.m.,

17     before Heléna L. Bortz, Registered Professional

18     Reporter and Notary Public within Colorado.

19

20

21

22

23

24

25
```

Movant's App. 000129

ERIKA DION – 04/09/2018                           Pages 2..5

Page 2

1           A P P E A R A N C E S
2
3   For the Plaintiffs:    BYRON D.M. PACHECO, ESQ.
                           Boies Schiller Flexner
4                          575 Lexington Avenue
                           7th Floor
5                          New York, NY  10022
                           212-909-7632
6                          bpacheco@bsfllp.com
7   For the Defendant      STEVEN R. REID, ESQ.
    American Institute for Ogletree, Deakins, Nash, Smoak &
8   Foreign Study d/b/a Au Stewart, P.C.
    Pair in America:       1700 Lincoln Street
9                          Suite 4650
                           Denver, CO  80203
10                         303-764-6800
                           steven.reid@ogletreedeakins.com
11
12  Also Present:          --
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                 I N D E X
2   EXAMINATION OF ERIKA DION:                  PAGE
    April 9, 2018
3
4   By Mr. Reid                                   4
    By Mr. Pacheco                               42
5   By Mr. Reid                                  49
6
                                              INITIAL
7   DEPOSITION EXHIBITS                       REFERENCE
8
    Exhibit 1    Consent to Join                 8
9
    Exhibit 2    Notice of Your Right to Join    8
10               Lawsuit for Unpaid Wages
11  Exhibit 3    Questions answered by Miss Dion 9
12  Exhibit 4    Host Family and Au Pair/Companion 15
                 Agreement (CONFIDENTIAL)
13
14       (Exhibits marked by Mr. Reid, Esq. prior to
                        deposition.)
15
         (Exhibits attached to original transcript.)
16
17
18
19
    INFORMATION REQUESTED:
20  (None)
21  QUESTIONS INSTRUCTED NOT TO ANSWER:
    (None)
22
23
24
25

Page 4

1            WHEREUPON, the following proceedings were
2   taken pursuant to the Colorado Rules of Civil
    Procedure.
3
4                     ERIKA DION,
5   having been first duly sworn to state the whole truth,
6   testified as follows:
7                     EXAMINATION
8           (Deposition Exhibits 1 through 4 were
9   marked.)
10      Q.   (BY MR. REID)  Good morning.  My name is
11  Steve Reid, and I'm an attorney with the law firm
12  Ogletree Deakins.  We represent the defendants American
13  Institute for Foreign Study, doing business as Au Pair
14  in America.  Since my client's name is kind of long I'm
15  going to refer to my client as APIA or Au Pair in
16  America.  So when I say APIA or Au Pair in America, I'm
17  referring to the defendant, American Institute for
18  Foreign Study, doing business as Au Pair in America.
19           Is that clear?
20      A.   Yes.
21      Q.   We're here today so that I can take your
22  deposition, and as you probably know the purpose of the
23  deposition is that so I can ask you questions and for
24  you to answer those questions under oath.
25           Do you understand?

Page 5

1      A.   Yes.
2      Q.   Your answers can be --
3           MR. PACHECO:  Can I state my appearance now
4   that we're on the record?
5           MR. REID:  Yes, please.
6           MR. PACHECO:  This is Byron Pacheco from
7   Boies Schiller Flexner on behalf of the plaintiffs and
8   the witness.
9           MR. REID:  Thank you.
10      Q.   (BY MR. REID)  Your answers today can be used
11  in this case as if you were testifying in front of the
12  judge.  Do you understand that?
13      A.   Yes.
14      Q.   Do you understand you've been sworn to tell
15  the truth, the whole truth, and not partial truths or
16  half truths?
17      A.   Yes.
18      Q.   As I ask you questions I'm going to ask you
19  to keep a couple of instructions in mind.  First, and
20  you've already done a great job of this, it's necessary
21  for you to respond orally or aloud to my questions.
22  The court reporter is taking everything down and
23  gestures and head nods cannot be recorded.  If you
24  don't hear a question, say so, and I'll repeat it.  If
25  you don't understand a question, say so, and I will

ERIKA DION – 04/09/2018                    Pages 6..9

Page 6

1  rephrase it.  And if you don't remember or know the
2  information necessary to answer a question, just simply
3  say so.  If you answer a question, I'll assume that you
4  heard it, understood it, and had given me your best
5  recollection.  Do you understand?
6       A.    Yes.
7       Q.    If you need to take a break, that's fine.
8  Just tell me and I can accommodate that.  The only
9  thing I ask that is you answer any question that is
10 pending before we take a break.  And you can't take a
11 break while a question is pending.
12           Is that clear?
13      A.    Yes.
14      Q.    Do you understand all the instructions that
15 I've given you?
16      A.    Yes.
17      Q.    And is there any reason sitting here today
18 that you can't give truthful and complete testimony?
19      A.    No.
20      Q.    Are you under the influence of any
21 prescription or non-prescription drug which could
22 prohibit you from giving truthful and accurate
23 testimony?
24      A.    No.
25      Q.    Are you taking any medications that affect

Page 7

1  your memory?
2       A.    No.
3       Q.    Do you consider yourself having a good
4  memory?
5       A.    At times.
6       Q.    What languages do you speak?
7       A.    French and English.
8       Q.    I assume you're able to read English?
9       A.    Yes.
10      Q.    Did you discuss this case with anyone other
11 than your attorneys before coming here today?
12      A.    No.
13      Q.    Did you review any documents before your
14 deposition today?
15      A.    No.
16      Q.    How did you learn about this lawsuit,
17 Miss Dion?
18      A.    I received an e-mail late last year.
19      Q.    I know Counsel said he was going to send you
20 an e-mail, and I think he did, with some exhibits.
21           Did you receive that?
22      A.    Yes.
23      Q.    That e-mail should have files, four different
24 files, and they say EX 1, EX 2, EX 3, EX 4.  We're
25 going to go through those different exhibits.  Could

Page 8

1  you please pull up EX 1, a PDF, and we'll talk about
2  that document?
3       A.    Yes.
4       Q.    Just tell me when you have it.
5       A.    I have it.
6       Q.    Have you seen this document before?
7       A.    Yes.
8       Q.    Can you identify it for me?
9       A.    It is the Consent to Join.
10      Q.    And do you remember completing this form?
11      A.    Yes.
12      Q.    Is that your signature where it says
13 signature there?
14      A.    Yes.
15      Q.    Is the information on this form accurate?
16      A.    Yes.
17      Q.    Will you please pull up EX 2 for me?
18      A.    Yes.
19      Q.    This document has previously been marked as
20 Exhibit 2.  Have you seen this document before?
21      A.    I don't recall.
22      Q.    All right.  Can you take a minute to review
23 it, and let me know if you recognize the information on
24 the document.
25      A.    Yes, I remember.

Page 9

1       Q.    So now that you've looked at it, can you
2  identify what this document is?
3       A.    It's our Notice of Your Right to Join Lawsuit
4  for Unpaid Wages.
5       Q.    Do you remember receiving this when you got
6  the e-mail about the lawsuit?
7       A.    Yes.
8       Q.    All right.  Now I'd like to look at EX 3,
9  Exhibit 3.
10      A.    Yes.
11      Q.    This document's previously been marked as
12 Exhibit 3 for this deposition.  Have you seen this
13 document before or at least a form of it?
14      A.    Yes.
15      Q.    And what is it?
16      A.    It's a form that I filled out about my time
17 in the States as an au pair.
18      Q.    So is it fair to say that this is a survey
19 with questions that you responded to?
20      A.    Yes.
21      Q.    Were there any questions that you did not
22 understand?
23      A.    Nope.
24      Q.    Roughly when did you fill this out, do you
25 remember?

Page 10

```
1       A.   No.  I don't recall.
2       Q.   Was it within the last six months?
3       A.   Yes.
4       Q.   Did you complete the answers to the questions
5   that are here?
6       A.   Yes.
7       Q.   And do you remember generally about how long
8   it took you to complete the survey?
9       A.   Yes.
10      Q.   How long did it take you?
11      A.   Approximately 30 minutes.
12      Q.   When you were filling this out, did you rely
13  on any documents such as e-mails or text messages,
14  anything like that?
15      A.   No.
16      Q.   Did anyone help you fill this out?
17      A.   No.
18      Q.   And are the answers that you provided
19  accurate?
20      A.   To my recollection, yes.
21      Q.   When did you participate in the APIA au pair
22  program?
23      A.   I started in October 2014, and I was done in
24  June 2016.
25      Q.   So is it fair to say you were placed with
```

Page 11

```
1   your first host family October 2014?
2       A.   Yes.
3       Q.   And what was that family's last name?
4       A.   [redacted] (Phonetic).
5       Q.   For the record, can you spell that?
6       A.   Yes.  [redacted], I believe.  I'd have
7   to write it.
8       Q.   Okay.  How long did your placement last with
9   that family?
10      A.   One year.
11      Q.   And so is it fair to say that it concluded
12  around October 2015?
13      A.   Yes.
14      Q.   And why did that placement conclude?
15      A.   Because I decided to go with another family.
16      Q.   Any particular reason?
17      A.   No.
18      Q.   And then when were you placed in the second
19  family's home?
20      A.   When I finished so around October 2015.
21      Q.   What was the second family's last name?
22      A.   [redacted]
23      Q.   Can you spell that for us, please?
24      A.   Yes.  [redacted]
25      Q.   And how long did that placement last?
```

Page 12

```
1       A.   Approximately eight months.
2       Q.   And so is it fair to say that that concluded
3   in June 2016?
4       A.   Yes.
5       Q.   And why did that placement conclude?
6       A.   I wanted to go home.
7       Q.   Any particular reason?
8       A.   I was not happy at the home.
9       Q.   And any particular reason why you weren't
10  happy at the home?
11      A.   I just didn't enjoy being there anymore.
12      Q.   How did you locate your host families?  And I
13  guess let's start with the [redacted] family first.
14           MR. PACHECO:  Object to the form.
15      Q.   (BY MR. REID)  How did you locate the
16  [redacted] family?
17      A.   Through Au Pair in America.
18      Q.   Can you explain how the match process worked
19  with that family?
20      A.   Sure.  So we -- I was put in the Au Pair in
21  America website, and whenever that happened the
22  families go through all the au pairs, and then they
23  send you an e-mail saying they're interested and you
24  would then talk on the phone or Skype, ask the
25  questions you want, and go from there.
```

Page 13

```
1       Q.   Was it a similar process with the [redacted]
2   family to match with them?
3       A.   Yes.
4       Q.   Did you have interviews with these families?
5       A.   Yes.
6       Q.   And that was over Skype, you said?
7       A.   Yes.
8       Q.   Did APIA participate in these interviews at
9   all?
10      A.   No.
11      Q.   And did any APIA representative match you
12  with a host family?
13      A.   No.
14      Q.   Did any APIA representative tell you with
15  whom you had to match?
16      A.   Pardon me?
17      Q.   Did any APIA representative tell you with
18  whom you had to match?
19      A.   No.
20      Q.   And so when you made that decision to join --
21  to match with a family, how did that come about?  How
22  did you decide to match?
23      A.   I just liked them, and then we told APIA and
24  they went (Indiscernible) --
25      Q.   Can you repeat the last phrase you had?
```

Page 14

1     A.   We told APIA, and they went on with the
2  process of placing us.
3     Q.   So you and the families essentially agreed to
4  match, correct?
5     A.   Yes.
6     Q.   And before you were placed with these host
7  families, did you participate in any orientation or
8  training?
9     A.   Yes.
10    Q.   Will you please describe that training to me
11 briefly.
12    A.   It was in this small town in New York for
13 four days.  And it was for four days for, about eight
14 hours.  Eight hours a day we would be in the classroom
15 learning about different American cultures.  And we
16 just talked to people and the differences between
17 America and other countries.
18    Q.   Did you learn any -- did you have any child
19 care training?
20    A.   Yes.
21    Q.   Was that child care training generally
22 applicable or specific to your host family?
23    A.   Generally applicable.
24    Q.   When exactly did the training occur?
25    A.   I don't recall.  It was in October sometime.

Page 15

1     Q.   Was it -- it was prior to when you went to
2  the host family's home?
3     A.   Yes.  The week before.
4     Q.   I want to take a moment and look at the final
5  exhibit that we have.  EX 4, will you please open that
6  one?
7     A.   Yes.
8     Q.   Have you seen this document before?
9     A.   Yes.
10    Q.   Can you identify it?
11    A.   The Host Family and Au Pair Companion
12 Agreement.
13    Q.   We don't have a copy with your signature, but
14 did you sign this document at some point?
15    A.   Yes.
16    Q.   Did you review the document before signing
17 it?
18    A.   Yes.
19    Q.   And is there anything in this document that's
20 inconsistent with your understanding of the au pair
21 program guidelines?
22    A.   No.
23         MR. PACHECO:  I'm going to object to the form
24 of that last question.
25    Q.   (BY MR. REID)  Aside from this agreement, did

Page 16

1  you enter into any other agreements with either of the
2  host families?
3     A.   I don't understand.
4     Q.   Aside from this agreement, so set this
5  agreement aside, did you sign a contract with either of
6  the host families, any kind of contract?
7     A.   I don't recall.
8     Q.   You don't recall signing one or you don't
9  recall whether you signed one?
10    A.   I don't recall whether there was one.
11    Q.   Okay.  I have a few questions about each of
12 the host families.  And so let's start first with the
13 first family, the ███████ family.  And in order to
14 preserve the confidentiality of the children in the
15 home, I ask that you refer to the children by gender
16 and approximate age.  So for example if one of the
17 children was John Smith and it was a seven-year-old boy
18 I would ask that you refer to him as the seven-year-old
19 boy instead of his name.
20         Are you comfortable with that?
21    A.   Yes.
22    Q.   So when we're talking about the ███████
23 family, can you tell me how many individuals were in
24 the home during your placement?
25    A.   Five.  Three kids and two adults.

Page 17

1     Q.   And then you would make six, right?
2     A.   Yes.
3     Q.   And when you say two adults, was that a host
4  mother and a host father?
5     A.   Yes.
6     Q.   And then can you please give me the gender
7  and approximate age of each of the children when you
8  were there?
9     A.   Twelve-year-old boy, nine-year-old boy, and
10 four-year-old girl.
11    Q.   Did any of the host parents not have
12 full-time employment during your placement?
13    A.   No.
14    Q.   Did both parents work outside the home?
15    A.   Yes.
16    Q.   Did either of them ever work from home?
17    A.   Sometimes.
18    Q.   Was it both or just one of the parents that
19 sometimes worked from home?
20    A.   Just one.
21    Q.   And was it the mom or the dad?
22    A.   Mom.
23    Q.   How often would she work from home?
24    A.   Maybe once a month.
25    Q.   So it was relatively rare?

Movant's App. 000133

Page 18

```
1    A.   Yes.
2    Q.   When she did work from home roughly once a
3  month did she work out of, like, a closed office in the
4  home?
5    A.   Yes.
6    Q.   And did any of the children attend school or
7  day care or camp during your placement?
8    A.   Yes.
9    Q.   So let's talk about each of the children.  So
10 the 12-year-old boy, was he in school during your
11 placement?
12   A.   Yes.
13   Q.   What about the 9-year-old boy, was he in
14 school during your placement?
15   A.   Yes.
16   Q.   And then the 4-year-old girl, was she in any
17 sort of school during your placement?
18   A.   Yes.
19   Q.   The 4-year-old girl, was that a preschool or
20 what kind of school was that?
21   A.   Preschool, part-time.
22   Q.   So what was their schedule during the day in
23 terms of -- how long were they out of the home during
24 each week day?
25   A.   The 12-year-old boy and the 9-year-old boy
```

Page 19

```
1  were gone for about seven to eight hours, and the
2  4-year-old girl would be gone two to four hours.
3    Q.   When you say two to four hours, did that vary
4  by weekday then?
5    A.   Yes.
6    Q.   So just for a little more detail.  On which
7  days of week was she gone two hours versus, you know,
8  four hours?
9    A.   I don't recall.
10   Q.   Was it more often four hours or was it more
11 often two hours?
12   A.   More often two hours.
13   Q.   Did they go to school year round or did they
14 have a summer break?
15   A.   Summer break.
16   Q.   And when they were on their summer break did
17 they have camps or any other sort of daycare outside of
18 the home?
19   A.   Yes.
20   Q.   Did all three of them attend something
21 outside of home during summer break?
22   A.   Yes.
23   Q.   And just like with their school schedule can
24 you break down about how long each was gone during the
25 day in the summer?
```

Page 20

```
1    A.   Twelve-year-old boy, seven.  Nine-year-old
2  boy and the four-year-old girl, about seven or eight.
3    Q.   And was that usually for the entire summer
4  vacation?
5    A.   No.
6    Q.   About how many weeks out the summer was --
7  did they have that schedule?
8    A.   It varied.  The 12-year-old boy was gone four
9  to five weeks.  The 9-year-old boy and the 4-year-old
10 girl -- no.  The 9-year-old boy was about four weeks.
11 And then four weeks a couple weeks later.  And then the
12 4-year-old girl was only for four weeks.
13   Q.   So based on your answer, is it true that
14 there were periods where all three of them were gone at
15 the same time?
16   A.   Yes.
17   Q.   And then there were periods where one of the
18 kids would be gone at a camp or something and the other
19 kids were home?
20   A.   Yes.
21   Q.   Were any of the children recipients of child
22 care aside from what you or the host parents provided?
23   A.   No.
24   Q.   Miss Dion -- actually, before I get to that I
25 want to go back to the other family now.  So a lot of
```

Page 21

```
1  similar questions, and I'll ask you to do the same
2  thing in terms of not saying kid's names.  So when we
3  talk about the ██████ family how many individuals were
4  in that including you during your placement?
5    A.   Five.
6    Q.   So was that a host mom, a host dad, two kids,
7  and you?
8    A.   Yes.
9    Q.   And can you give me the age and --
10 approximate age and gender of each child?
11   A.   Thirteen-year-old girl and nine-year-old boy.
12   Q.   And then the ██████ family, did either of
13 the parents not have full-time employment?
14   A.   No.
15   Q.   Did either of the parents work from home on a
16 consistent basis?
17   A.   No.
18   Q.   And then same questions about school or
19 camps.  During the school year, what was the school
20 schedule like for the 13-year-old girl and the
21 9-year-old boy?
22   A.   Approximately eight hours a day.
23   Q.   Were you at the ██████ family during their
24 summer vacation at all or was school still going on the
25 whole time?
```

Movant's App. 000134

Page 22

1    A.   School was still going on.
2    Q.   And were any of the children recipients of
3  child care other than your provision or the host
4  family?
5    A.   No.
6    Q.   Did you receive a weekly stipend during your
7  placement?
8    A.   Yes.
9    Q.   And did you receive the stipend every week?
10   A.   Yes.
11   Q.   Who paid the stipend at the ████████
12  family?
13   A.   The host parents.
14   Q.   Was it one of the host parents specifically?
15   A.   No.
16   Q.   And then who paid the stipend at ██████
17  family?
18   A.   The host dad.
19   Q.   Did anyone other than the host families ever
20  pay you your stipend?
21   A.   Pardon me?
22   Q.   Did anyone other than the host parents ever
23  pay you your stipend?
24   A.   No.
25   Q.   What was the method of payment at the first

Page 23

1  home?
2    A.   Direct deposit.
3    Q.   And so you just received a deposit into your
4  account every week?
5    A.   Yes.
6    Q.   And how about at the second home?
7    A.   Check.
8    Q.   Did the amount of your stipend ever change?
9    A.   Nope.
10   Q.   So at the ████████ home, what was the
11  stipend amount?
12   A.   Two-fifty.
13   Q.   And then at the ██████ home?
14   A.   Two-fifty as well.
15   Q.   Did you and your host family determine the
16  stipend amount?
17   A.   No.
18   Q.   How did the stipend amount come to be then?
19   A.   It was predetermined by Au Pair in America.
20   Q.   Did you ever ask your host family to increase
21  the amount?
22   A.   No.
23   Q.   All right.  Let's go back to Exhibit 4 for
24  just a moment.  I just want to look at one of these
25  portions of that au pair companion agreement with the

Page 24

1  host family.  Do you have that?
2    A.   Yes.
3    Q.   So you'll see there's several bullets that
4  are white boxes.  Let's go down to the fifth bullet.
5  And I'm going to read a portion of that.
6    A.   Okay.
7    Q.   It says, "We understand that an au pair is to
8  receive at a minimum the weekly stipend as stipulated
9  by regulations governing au pair programs and set forth
10  in Au Pair in America's program materials."
11       When it says minimum, doesn't that mean that
12  a host family could pay more than that amount?
13       MR. PACHECO:  Objection.  Form.
14   Q.   (BY MR. REID)  You can answer.
15   A.   Sorry.  Can you repeat the question?
16   Q.   Sure.  When it says minimum, doesn't that
17  mean that a host family could pay more than the minimum
18  amount?
19   A.   Yes.
20       MR. PACHECO:  Same objection.
21   Q.   (BY MR. REID)  So when you said earlier that
22  APIA determined what the stipend was going to be, how
23  do you know that?
24   A.   That was determined even before I found
25  families that I would get paid 250 and was my

Page 25

1  understanding that it would be nothing more.
2    Q.   Did somebody tell you that it had to be 250?
3    A.   Yes.
4    Q.   Who told you that?
5    A.   I don't recall the name, but it was somebody
6  who worked for Au Pair in America.
7    Q.   And did that person use the word "exactly"
8  when they said 250?
9    A.   I don't recall.
10   Q.   Did anybody tell you that if a host family
11  wanted to pay you more than that amount that they could
12  not?
13   A.   Yes.
14   Q.   Do you remember the name of that person?
15   A.   No, I do not.
16   Q.   And can you identify any APIA document that
17  says the host families have to pay you 250 and no more?
18   A.   Possibly.  I would have to go through my
19  e-mails.
20   Q.   So I want to -- I have a few questions that
21  are going to be specific to each of the families again
22  so let's start with the first host family.
23       Aside from the weekly stipend that you got,
24  did you receive any other monetary payments?  These
25  would be things like bonuses, spending money,

Movant's App. 000135

Page 26

1 entertainment money?
2 A. No.
3 Q. Did you ever receive gifts from the host --
4 first host family?
5 A. Yes.
6 Q. Can you please describe each of the gifts
7 that you received?
8 A. I don't recall all of them. For Christmas, a
9 sweater, a book, and I think another book. And then
10 for my birthday -- I don't recall what I got for my
11 birthday.
12 Q. Did they give you the ability to use their
13 car for personal use?
14 A. Yes.
15 Q. And who paid for the gasoline on that car?
16 A. Both of us.
17 Q. How often would you pay for the gasoline and
18 how often would the family pay for gasoline?
19 A. We would split it 50/50 every time I went to
20 get gas.
21 Q. So you would pay for it, and they would
22 reimburse you for half?
23 A. Yes.
24 Q. Did you have a cell phone during that
25 placement?

Page 27

1 A. Yes.
2 Q. And who paid for the cell phone?
3 A. My host family.
4 Q. What kind of phone was it?
5 A. I purchased my own phone, but they paid
6 weekly -- or monthly, sorry.
7 Q. For the plan?
8 A. Yes.
9 Q. All right. Did you have access to the family
10 internet when you were there?
11 A. Yes.
12 Q. And did you ever have travel expenses paid
13 for or any other sort of, you know, miscellaneous
14 expenses paid for by the family?
15 A. Yes.
16 Q. Can you describe those, please?
17 A. We went on a trip altogether, and they paid
18 for my accommodations. I paid for my flight.
19 Q. Where was the trip to?
20 A. Arizona.
21 Q. And how long did the trip last?
22 A. Approximately 10 days.
23 Q. Now I want to ask similar questions for the
24 ███████ family. So aside from the weekly stipend, did
25 you receive any other monetary payments during your

Page 28

1 placement from them?
2 A. No.
3 Q. No bonus or spending money or entertainment
4 money?
5 A. No.
6 Q. Did you ever receive gifts from them?
7 A. I don't recall.
8 Q. Did you have the personal use of their car?
9 A. Yes.
10 Q. And when it comes to gasoline, did they help
11 you pay for some of the gasoline for the car?
12 A. If it had to do with the kids, yes.
13 Q. So for personal use you paid for the
14 gasoline?
15 A. Yes.
16 Q. Did they pay for a cell phone plan for you?
17 A. Yes.
18 Q. What about entertainment or travel expenses?
19 A. No.
20 Q. Who were the community counselors that you
21 had when you were in the program?
22 A. In Buffalo Grove I had Julie Dorst, I
23 believe, her last name. And in Virginia I had Dianne
24 Wallace, I believe her last name was.
25 Q. Can you spell Julie's last name for us?

Page 29

1 A. I believe it is D-o-r-s-t.
2 Q. Aside from your community counselors did you
3 have any contact with APIA representatives during your
4 participation in the program?
5 A. No.
6 Q. How often were you in contact with Julie when
7 she was your community counselor?
8 A. Monthly.
9 Q. What did that monthly contact consist of?
10 A. We would have au pair meetings, and she would
11 be involved.
12 Q. Were these cluster meetings?
13 A. Yes.
14 Q. And can you describe what happened at these
15 cluster meetings?
16 A. It varied. We would all get together and do
17 either the day out for an activity or building, I don't
18 know, like we would just go bowling or go to Julie's
19 house and make crafts or --
20 Q. Did you -- sorry.
21 A. Sorry. Go ahead.
22 Q. Did you attend all the cluster meetings that
23 were available to you?
24 A. No.
25 Q. How often did you attend?

Movant's App. 000136

Page 30

```
1    A.    Maybe every two months, every three months.
2  I don't recall.
3    Q.    So every two to three months?
4    A.    Yes.
5    Q.    So then is it fair to say during your year in
6  that host family's home you attended the cluster
7  meetings maybe four, five, six times, something like
8  that?
9    A.    Yes.
10         MR. PACHECO:  Object to form.
11   Q.    (BY MR. REID) Other than these cluster
12 meetings did you have any contact with Julie when she
13 was your community counselor?
14   A.    Yes.
15   Q.    Can you describe the other contacts that you
16 had?
17   A.    She would just text me or message me, call me
18 to see if everything was okay, and just to check in.
19   Q.    How often did she check in?
20   A.    Approximately once a month.
21   Q.    And then let's talk about your time when
22 Diana was your community counselor.  How often were you
23 in contact with her?
24   A.    Maybe every two months.
25   Q.    Were those contacts at cluster meetings or
```

Page 31

```
1  were those aside from cluster meetings?
2    A.    At cluster meetings.
3    Q.    Did you have any contact with Julie -- or
4  Diana, I'm sorry -- with Diana aside from cluster
5  meetings?
6    A.    Yes.
7    Q.    And can you describe that contact for me?
8    A.    It was just at the end of my placement when I
9  wanted to go home and she helped me out with getting my
10 flights and getting everything in order.
11   Q.    When you were at the ███████ home, what
12 were your duties?
13   A.    I would wake up the kids, get them dressed
14 for bed, for school, make their lunches, bring them to
15 school.  On some days when they didn't have class, I
16 would pick up or -- sorry -- clean up after breakfast,
17 do their laundry, clean up their rooms, clean up their
18 play room.  And then do any activities with the
19 four-year-old when she was at home.  And we would go to
20 the park, play dates.  And then when they came home
21 from school I would pick them up, go to their various
22 extracurricular activities, do their homework with
23 them, and then make dinner.
24   Q.    Did those duties ever change during the time
25 you were at that home?
```

Page 32

```
1    A.    No.
2    Q.    Can you walk me through sort of the schedule?
3  You said you had to wake the kids up.  When did you
4  usually do that?
5    A.    Around 7:00 if I recall.
6    Q.    When did they have to be on their way to
7  school?
8    A.    8:00.
9    Q.    And then when did they return home from
10 school?
11   A.    3:30/4:00.
12   Q.    And then you indicated you would make dinner.
13 At what point were your duties relieved for the day, at
14 what point did the host parents take over?
15   A.    They would come home a little bit before
16 dinner was ready, and then after that I was relieved,
17 but I still ate dinner with them and cleaned up.
18   Q.    About what time did they come home
19 estimating?
20   A.    It varied.  So some days 4 o'clock, 5:00,
21 6:00, or 7:00.
22   Q.    And how often was it closer to 7:00 versus
23 4:00 or 5:00?
24   A.    Once a week.
25   Q.    So more often it was 4:00 or 5:00 in the
```

Page 33

```
1  afternoon?
2    A.    Yes.
3    Q.    And so that's your weekday schedule.
4         Did you help out on weekends at all?
5    A.    On occasion.
6    Q.    When you say "on occasion," how many weekends
7  out of a given month would you help out?
8         MR. PACHECO:  Object to form.
9         THE DEPONENT:  Once a month.
10   Q.    (BY MR. REID)  So about once a month?
11   A.    Yes.
12   Q.    And then when you did that, how many hours
13 were you working that weekend?
14   A.    I don't recall.
15   Q.    Was it during the day or was it like a
16 date-night type thing?
17   A.    It varied.
18   Q.    More often than not was it less than a full
19 day on the weekend?
20   A.    Yes.
21   Q.    Did you have any rules that were placed on
22 you when you were in the ███████ home?
23   A.    Yes.
24   Q.    And what were those rules?
25   A.    I don't recall all of them, but one was no
```

Movant's App. 000137

Page 34

1  smoking in the house. I don't recall the other ones.
2      Q.   And who set those rules?
3      A.   My host parents.
4      Q.   APIA didn't set those rules, correct?
5           MR. PACHECO:  Objection to form.
6           THE DEPONENT:  No.
7      Q.   (BY MR. REID)  When you talked about those
8  duties earlier and that schedule, who assigned you
9  those duties?
10     A.   My host family.
11     Q.   Did any APIA representative ever assign any
12  duties to you during your time with the first host family?
13          MR. PACHECO:  Objection to form.
14          THE DEPONENT:  No.
15     Q.   (BY MR. REID)  And when you were with the
16  ████████ home, did anyone supervise your child care?
17     A.   No.
18     Q.   Specifically did any APIA representative ever
19  supervise your child care with the first host family?
20          MR. PACHECO:  Object to form.
21          THE DEPONENT:  No.
22     Q.   (BY MR. REID)  We talked about the duties and
23  how those came from the host family.
24          How was the schedule determined?
25     A.   It was determined by what the kids had going

Page 35

1  on that week or that time in the year.
2      Q.   And did any APIA representative participate
3  in that determination?
4      A.   No.
5           MR. PACHECO:  Objection to form.
6      Q.   (BY MR. REID)  Was your schedule with the
7  ████████ family ever written down anywhere?
8      A.   Yes.
9      Q.   Do you have a copy of the schedule?
10     A.   Nope.
11     Q.   Where was it written down?
12     A.   It was in their Google calendar, and they
13  would print it off for me every week.
14     Q.   Did the ████████ family ever track the
15  actual number of hours that you provided child care?
16     A.   I did.
17     Q.   And how did you track those?
18     A.   Every day I would tally up the hours that I
19  did.
20     Q.   Did you write those down?
21     A.   On a piece of paper, yes.
22     Q.   Do you still have that piece of paper?
23     A.   I do not.
24     Q.   What happened to that piece of paper?
25     A.   It was thrown out after every week.

Page 36

1      Q.   Did any APIA representative ever track the
2  actual number of hours you provided?
3      A.   No.
4           MR. PACHECO:  Object to form.
5      Q.   (BY MR. REID)  All right.  Let's talk about
6  the ████████ family a little bit more now.  What were
7  your duties when you were with the ████████ family?
8      A.   Wake them up for school, feed them, make
9  their lunch, bring them to school.  And then during the
10  day I would do their laundry, clean up their rooms, and
11  later go pick them up from school, make dinner, have
12  dinner with them, and wait till their parents came
13  home.
14     Q.   About what time did they wake up generally?
15     A.   6:30.
16     Q.   And then when did you bring them to school?
17     A.   7:30.
18     Q.   And when did they return from school?
19     A.   Pick them up around 4 o'clock.
20     Q.   And when did the parents usually get home?
21     A.   It varied.  Most days 6 or 7 o'clock.
22     Q.   After the parents came home for the day did
23  you continue to provide child care?
24     A.   Yes.  I would help the 9-year-old boy to get
25  ready for bed.

Page 37

1      Q.   What time did he go to bed usually?
2      A.   8:00/8:30.
3      Q.   So from 7:30 a.m. to about 4:00 p.m., you
4  said you were doing laundry, cleaning their rooms.  Any
5  other duties you were doing there in that time?
6      A.   No.
7      Q.   So during that time did you have any time
8  that you could take a lunch break or pursue personal
9  pursuits?
10     A.   Yes.
11     Q.   And about how long every day did you have
12  that you could do personal things?
13     A.   Maybe three or four hours.
14     Q.   Did you have any rules in the ████████ home?
15     A.   Not that I recall.
16     Q.   Did any APIA representative ever set rules
17  for you for the ████████ home?
18          MR. PACHECO:  Object to form.
19     Q.   (BY MR. REID)  Did anybody supervise your
20  child care you were in the ████████ home?
21     A.   No.
22     Q.   And how was that child care schedule
23  determined when you were in the ████████ home?
24     A.   To my recollection they would just tell me
25  every day the kids had something, and then when they

Movant's App. 000138

Page 38

1  would get home it would be when they got home, they
2  never really told me what time.  They would just
3  arrive.
4      Q.   Do you know whether an APIA representative
5  ever participated in that schedule determination?
6      A.   No.
7      Q.   Was the schedule ever memorialized in
8  writing?
9      A.   No.
10     Q.   And when you were with the ▇▇▇▇ family did
11 you track the number of actual hours you worked?
12     A.   No.
13     Q.   Do you know whether an APIA representative
14 ever tracked the actual number of hours you provided?
15     A.   No.
16     Q.   Are you aware of the parents tracking the
17 actual number of hours that you provided child care?
18     A.   No.  I was not.
19     Q.   When you were with the ▇▇▇▇ family did you
20 ever provide any child care on weekends?
21     A.   Yes.
22     Q.   Can you describe how often and what times you
23 had to provide child care?
24     A.   Saturday 10:00 to 4:00 approximately.  Every
25 Saturday except for one out of the month.

Page 39

1      Q.   Anything on Sundays?
2      A.   No.
3      Q.   I want to turn your attention back to
4  Exhibit 3 for a moment.  And we're going to look at
5  question 51.  Just let me know when you're there,
6  please.
7      A.   Okay.
8      Q.   So you answered to the question how many
9  hours did you work on average per week, and this would
10 have been the first host family.  You answered 35.
11          Is that correct?
12     A.   At this moment, I don't recall.
13     Q.   Let's go to question 79.  And this is the
14 same question with respect to the ▇▇▇▇ home.  It
15 says, how many hours did you work on average per week,
16 and you answered 30.  Is that correct?
17     A.   To my recollection, yes.
18     Q.   I want to talk just generally about the
19 definition of "work."  When you said you tracked some
20 of the hours that you worked, how would you define
21 work?
22     A.   When I did something related to the kids, and
23 it was not for me, it was for the kids, so like
24 laundry.
25     Q.   So I have just a scenario, hypothetical

Page 40

1  scenario that I want to throw out and you tell me if
2  that would be considered work.
3          So let's say you're sitting on the couch
4  reading a magazine and the host father is there playing
5  with the kids on the floor.  Would that be considered
6  work?
7          MR. PACHECO:  Object to form.
8          THE DEPONENT:  No.  No.
9      Q.   (BY MR. REID)  So even if it was during the
10 work hours, but the father was home for some reason, if
11 he was the one playing with the kids and you were
12 reading a book, that wouldn't be work.  Correct?
13     A.   Correct.
14          MR. PACHECO:  Objection.
15     Q.   (BY MR. REID)  Did the ▇▇▇▇ family
16 provide you with a private bedroom throughout your
17 placement?
18     A.   Yes.
19     Q.   Did the ▇▇▇▇ family provide you with a
20 private bedroom throughout your placement?
21     A.   Yes.
22     Q.   Did the ▇▇▇▇ family provide you three
23 meals a day during your placement?
24     A.   Yes.
25     Q.   Did the ▇▇▇▇ family provide you three

Page 41

1  meals per day during your placement?
2      A.   Yes.
3      Q.   I may be close to wrapping up, but I'd like
4  to take just a five-to-ten-minute break if that's okay?
5      A.   Yep.
6          MR. PACHECO:  Sure.  Works for me.
7          (A recess was taken from 8:54 a.m. to 9:03
8  a.m.)
9      Q.   (BY MR. REID)  Miss Dion, we're back on
10 record.  Do you understand the same rules apply and
11 that you're still under oath?
12     A.   Yes.
13     Q.   I just wanted to go back and talk briefly
14 about how you defined work.  And you said, you know, if
15 you're providing child care or doing things related to
16 the kids and for the kids, that that would be work.
17 Correct?
18     A.   Yes.
19     Q.   I just have one more example.  So hear me out
20 here.  So let's say your on your personal time with the
21 ▇▇▇▇ family while the kids are at school, and let's
22 say for example you're walking from your bedroom to the
23 kitchen to get a snack and you put away one of the kids
24 pairs of shoes.  Then you get your snack, you go back
25 to your room and continue your personal time.

ERIKA DION - 04/09/2018          Pages 42..45

Page 42

1          Is that picking up the shoes considered work?
2          MR. PACHECO:  Object to form.
3          THE DEPONENT:  No.
4          MR. REID:  No more questions for now.
5          MR. PACHECO:  Counsel, I just have a couple
6    minutes of follow-up questions for Miss Dion.
7          Can I inquire now?
8          MR. REID:  Yes, please.
9                    EXAMINATION
10         Q.   (BY MR. PACHECO)  Miss Dion, thank you for
11   being with us today.  Where are you currently located?
12         A.   Ottawa, Ontario.
13         Q.   Can you retrieve the document that was marked
14   as Exhibit 4, please, let me know when you have it.
15         A.   Yes, I have it.
16         Q.   And this is a document that says Host Family
17   and Au Pair/Companion Agreement, correct?
18         A.   Yes.
19         Q.   The first box underneath the sentence that
20   starts with "we recommend," it says, "I/we understand
21   that an au pair on Au Pair in America's standard or
22   Extraordinaire program is not to provide more than 45
23   hours of child care services per week."  And then
24   there's additional text there.  Do you see that
25   sentence?

Page 43

1          A.   Yes.
2          Q.   I just want to focus on a couple words in
3    that sentence and ask your understanding of them.
4              Where it says "Au Pair in America's standard
5    program," do you know what that is?
6          A.   Yes.
7          Q.   And where it says Extraordinaire program, do
8    you know what that is?
9          A.   Yes.
10         Q.   What is your understanding of au pair in
11   America's standard program?
12         A.   So the standard program was the most popular
13   one.  It was where most of the au pairs were.  They
14   would get the stipend of 195.75, and they didn't have
15   any -- not as much experience in child care as an
16   Extraordinaire did.
17         Q.   When you say experience in child care, what
18   are you referring to?
19         A.   Referring to post-secondary schooling or
20   anything that has to do with kids or teenagers.
21         Q.   Can you tell us what is your understanding of
22   the Extraordinaire program?
23         A.   The Extraordinaire program was for au pairs
24   who had previous post-secondary in anything in regards
25   to children and youth.

Page 44

1          Q.   Did you have any post-secondary experience
2    with regard to children or youth?
3          A.   Yes.  I took a three-year college course or
4    program and I have a diploma in child and youth work.
5          Q.   Were you a standard au pair or an
6    Extraordinaire au pair with Au Pair in America?
7          A.   An Extraordinaire au pair.
8          Q.   What is your understanding of the stipend
9    that all Au Pair in America Extraordinaire au pairs
10   received?
11         A.   $250 a week.
12         Q.   Just to remind us, you testified earlier that
13   both your host families paid you $250 per week.
14              Is that right?
15         A.   Yes.
16         Q.   Miss Dion, I just have a couple more
17   questions about your testimony with respect to your
18   duties that you performed at each host family home.
19         A.   Okay.
20         Q.   I believe you testified that Au Pair in
21   America did not set your day-to-day duties in either
22   host family's home.  Is that correct?
23         A.   Yes.
24         Q.   Were there any duties that you could not
25   perform in either host family home?

Page 45

1          A.   Yes.
2          Q.   What is an example of a duty that you could
3    not perform?
4          A.   Doing the host family's -- sorry, the host
5    parents' laundry, cleaning their room, washing their
6    car, doing their groceries.
7          Q.   So let's say for the washing the car example.
8    Why were you not allowed to wash the host family's car?
9          A.   It wasn't in relation to the kids.
10         Q.   How did you know --
11         MR. PACHECO:  Sorry.
12         MR. REID:  We didn't hear her last answer
13   very well.
14         MR. PACHECO:  Can you repeat your last
15   answer, Miss Dion?
16         Q.   (BY MR. PACHECO)  I'll have to try to
17   remember what the question was.  We were talking about
18   washing the host family's car, and I asked you whether
19   you were allowed to wash the host family's car?
20         A.   I said no because it wasn't in relation to
21   the kids.
22         Q.   How did you know that that was something that
23   you could not do?
24         A.   Because that was set forth by Au Pair in
25   America.  They told -- rules were implemented to the au

Page 46

1  pairs and the host families that we were not to perform
2  any duties that weren't related to kids, school, or
3  laundry or anything like that.
4      Q.  Let's say that your host family had asked you
5  to wash the car repeatedly and you refused.  What would
6  you do in that circumstance?
7      A.  I would go to my local counselor, LCC.
8      Q.  Why could you go to your LCC?
9      A.  Because it was always set forth that she
10 would be the person that we go to if we have any
11 problems on both sides, the host family and the au
12 pair.
13     Q.  You testified earlier that you periodically
14 checked in with your LCC either in person or by e-mail,
15 I believe you said.  Is that right?
16     A.  E-mail, texting, Facebook.  It depends.
17     Q.  Did your LCC ever check in on you with
18 respect to the hours that you were working in either
19 host family home?
20     A.  Yes.
21     Q.  Did your LCC ever check in with you to
22 confirm any of the details of the stipend that you
23 received from either host family?
24     A.  Yes.
25     Q.  Did you attend training in order to be an au

Page 47

1  pair with Au Pair in America?
2      A.  Yes.
3      Q.  Where was that training?
4      A.  Somewhere in New York, small town, for four
5  days -- four days.
6      Q.  Can you estimate how many hours you spent
7  attending the training?
8      A.  Approximately eight hours a day.  So 24 --
9  no.  Twenty-eight a week.  Four times eight.  I'm not
10 good at math.
11     Q.  You said four days times eight hours,
12 correct?
13     A.  Yes.
14     Q.  So I'll represent to you I believe that's
15 32 hours.
16     A.  Okay.
17     Q.  Thirty-two hours sound like the amount that
18 you -- about what you attended training?
19     A.  Yes.
20     Q.  Were you paid for that training?
21     A.  No.
22     Q.  Did either host family pay you for that
23 training?
24     A.  No.
25     Q.  Did Au Pair in America pay you for that

Page 48

1  training?
2      A.  No.
3      Q.  I just have one more question about the
4  Extraordinaire program.  Is that something that you
5  chose when you applied or is that something that was
6  chosen for you based on your advanced secondary
7  credential?
8      A.  It was chosen for me, but they did tell me I
9  had the option to be just a regular, the standard au
10 pair if I didn't get a lot of (Indiscernible).  So if
11 there wasn't a lot of host families interested in me,
12 then I had the option to, like, downgrade.
13     Q.  When you say downgrade, what do you mean by
14 that?
15     A.  To be paid less.
16     Q.  So when you were in the process of applying
17 to Au Pair in America, at some point you had a choice
18 between registering as a standard au pair or an
19 Extraordinaire au pair.  Is that your testimony?
20     A.  Yes.
21     Q.  Did either of the host families ever ask you
22 how much money you were looking to be paid?
23     A.  No.
24     Q.  You had some sort of interview with host
25 families before going and matching with them and being

Page 49

1  in their home.  Is that right?
2      A.  Yes.
3      Q.  During that interview did they ever ask you
4  how much money you were looking to be paid?
5      A.  No.
6      Q.  Is it fair to say that you and the host
7  family did not negotiate the stipend amount that you
8  were paid?
9      A.  Yes.
10     MR. PACHECO:  Counselor, that's all the
11 questions I have for now.
12     MR. REID:  Thank you.  I just have a couple
13 of follow-up questions.
14          RE-EXAMINATION
15     Q.  (BY MR. REID)  Miss Dion, did you ever go to
16 the LCC with an issue regarding the hours that you were
17 working?
18     A.  No.
19     Q.  And did you ever go to an LCC with an issue
20 regarding duties that were not related to the children?
21     A.  No.
22     Q.  Is it your understanding that a host family
23 could decide whether to hire a standard au pair or an
24 Extraordinaire au pair?
25     A.  Yes.

ERIKA DION - 04/09/2018          Pages 50..53

Page 50

```
1        Q.   In either interview with the host families or
2   during your time with either host family did you ever
3   ask either host family to pay you more money?
4        A.   No.
5        MR. REID:  That's all I have.
6        MR. PACHECO:  I have no more questions.
7        MR. REID:  Okay.  Thank you very much.
8        THE REPORTER:  Did you want to order?
9        MR. PACHECO:  Yes.  We would like the
10  transcript.  Do you need my information?  Can I e-mail
11  it to you?  So this is Byron Pacheco, Boies Schiller
12  Flexner.  My e-mail is B as in boy, Pacheco,
13  P-a-c-h-e-c-o, at b-s, F as in Frank, l-l-p, dot com.
14       THE REPORTER:  What kind of transcript do you
15  want?
16       MR. PACHECO:  Just the electronic.  We don't
17  need a paper version mailed to us.  And we don't need a
18  rough draft, just whenever the final is ready.
19       WHEREUPON, the within proceedings were
20  concluded at the approximate hour of 9:16 a.m. on the
21  9th day of April, 2018.
22            *    *    *    *    *    *
23
24
25
```

Page 51

```
1               CERTIFICATION OF DEPONENT
2
3        I, ERIKA DION, do hereby certify that I have
4   read the above and foregoing deposition and that the
5   same is a true and accurate transcription of my
6   testimony, except for attached amendments, if any.
7        Amendments attached    (  ) Yes    (  ) No
8
9        _____
10                    ERIKA DION
11
12  The signature above of ERIKA DION, was subscribed and
13  sworn to before me in the county of _____,
14  state of Colorado, this _____ day of
15  _____, 2018.
16
17
18  _____
                    Notary Public
19
20
    Beltran, et al. v. Interexchange, et al., 04/09/2018
21  (HLB)
22
23
24
25
```

Page 52

```
1               REPORTER'S CERTIFICATE
2   STATE OF COLORADO      )
                           )    ss.
3   CITY AND COUNTY OF DENVER )
4        I, Heléna L. Bortz, Registered Professional
5   Reporter and Notary Public, State of Colorado, do
6   hereby certify that previous to the commencement of the
7   examination, the said ERIKA DION was duly sworn by me
8   to testify to the truth in relation to the matters in
9   controversy between the parties hereto; that the said
10  deposition was taken in machine shorthand by me at the
11  time and place aforesaid and was thereafter reduced to
12  typewritten form, consisting of 52 pages herein; that
13  the foregoing is a true transcript of the questions
14  asked, testimony given, and proceedings had.  I further
15  certify that I am not employed by, related to, nor of
16  counsel for any of the parties herein, nor otherwise
17  interested in the outcome of this litigation.
18       IN WITNESS WHEREOF, I have affixed my
19  signature and seal this 24th day of April, 2018.
20       My commission expires July 21, 2018.
21
22       Heléna L. Bortz, RPR
         Commission No. 20164027671
23
24
25
```

Page 53

```
1   Errata Sheet
2
3   NAME OF CASE:  JOHANA PAOLA BELTRAN vs INTEREXCHANGE, INC.
4   DATE OF DEPOSITION:  04/09/2018
5   NAME OF WITNESS:  Erika Dion
6   Reason Codes:
7        1. To clarify the record.
8        2. To conform to the facts.
9        3. To correct transcription errors.
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
13  From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
17  From _____ to _____
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25            _____
```

| | | | |
|---|---|---|---|

**$**

**$250**
44:11,13

**1**

**1**
4:8 7:24 8:1

**10**
27:22

**10:00**
38:24

**12-year-old**
18:10,25 20:8

**13-year-old**
21:20

**195.75**
43:14

**2**

**2**
7:24 8:17,20

**2014**
10:23 11:1

**2015**
11:12,20

**2016**
10:24 12:3

**2018**
50:21

**24**
47:8

**250**
24:25 25:2,8,17

**3**

**3**
7:24 9:8,9,12 39:4

**30**
10:11 39:16

**32**
47:15

**35**
39:10

**3:30/4:00**
32:11

**4**

**4**
4:8 7:24 15:5 23:23
32:20 36:19 42:14

**4-year-old**
18:16,19 19:2 20:9,12

**45**
42:22

**4:00**
32:23,25 37:3 38:24

**5**

**50/50**
26:19

**51**
39:5

**5:00**
32:20,23,25

**6**

**6**
36:21

**6:00**
32:21

**6:30**
36:15

**7**

**7**
36:21

**79**
39:13

**7:00**
32:5,21,22

**7:30**
36:17 37:3

**8**

**8:00**
32:8

**8:00/8:30**
37:2

**8:54**
41:7

**9**

**9-year-old**
18:13,25 20:9,10 21:21
36:24

**9:03**
41:7

**9:16**
50:20

**9th**
50:21

**A**

**a.m.**
37:3 41:7,8 50:20

**ability**
26:12

**able**
7:8

**access**
27:9

**accommodate**
6:8

**accommodations**
27:18

**account**
23:4

**accurate**
6:22 8:15 10:19

**activities**
31:18,22

**activity**
29:17

**actual**
35:15 36:2 38:11,14,17

**additional**
42:24

**adults**
16:25 17:3

**advanced**
48:6

**affect**
6:25

**afternoon**
33:1

**age**
16:16 17:7 21:9,10

**agreed**
14:3

**agreement**
15:12,25 16:4,5 23:25
42:17

**agreements**
16:1

**ahead**
29:21

**allowed**
45:8,19

**aloud**
5:21

**altogether**
27:17

**America**
4:14,16,18 12:17,21
14:17 23:19 25:6 44:6,9,
21 45:25 47:1,25 48:17

**America's**
24:10 42:21 43:4,11

**American**
4:12,17 14:15

**amount**
23:8,11,16,18,21 24:12,
18 25:11 47:17 49:7

**answer**
4:24 6:2,3,9 20:13 24:14
45:12,15

**answered**
39:8,10,16

**answers**
5:2,10 10:4,18

Movant's App. 000143

**anybody**
25:10 37:19

**anymore**
12:11

**APIA**
4:15,16 10:21 13:8,11,
14,17,23 14:1 24:22
25:16 29:3 34:4,11,18
35:2 36:1 37:16 38:4,13

**appearance**
5:3

**applicable**
14:22,23

**applied**
48:5

**apply**
41:10

**applying**
48:16

**approximate**
16:16 17:7 21:10 50:20

**approximately**
10:11 12:1 21:22 27:22
30:20 38:24 47:8

**April**
50:21

**Arizona**
27:20

**arrive**
38:3

**aside**
15:25 16:4,5 20:22 25:23
27:24 29:2 31:1,4

**asked**
45:18 46:4

**assign**
34:11

**assigned**
34:8

**assume**
6:3 7:8

**ate**
32:17

**attend**
18:6 19:20 29:22,25

46:25

**attended**
30:6 47:18

**attending**
47:7

**attention**
39:3

**attorney**
4:11

**attorneys**
7:11

**au**
4:13,15,16,18 9:17 10:21
12:17,20,22 15:11,20
23:19,25 24:7,9,10 25:6
29:10 42:17,21 43:4,10,
13,23 44:5,6,7,9,20
45:24,25 46:11,25 47:1,
25 48:9,17,18,19 49:23,
24

**available**
29:23

**average**
39:9,15

**aware**
38:16

---

**B**

**b-s**
50:13

**back**
20:25 23:23 39:3 41:9,
13,24

**based**
20:13 48:6

**basis**
21:16

**bed**
31:14 36:25 37:1

**bedroom**
40:16,20 41:22

**behalf**
5:7

**believe**
11:6 28:23,24 29:1 44:20

46:15 47:14

**best**
6:4

**birthday**
26:10,11

**bit**
32:15 36:6

**Boies**
5:7 50:11

**bonus**
28:3

**bonuses**
25:25

**book**
26:9 40:12

**bowling**
29:18

**box**
42:19

**boxes**
24:4

**boy**
16:17,19 17:9 18:10,13,
25 20:1,2,8,9,10 21:11,
21 36:24 50:12

**break**
6:7,10,11 19:14,15,16,
21,24 37:8 41:4

**breakfast**
31:16

**briefly**
14:11 41:13

**bring**
31:14 36:9,16

**Buffalo**
28:22

**building**
29:17

**bullet**
24:4

**bullets**
24:3

**business**
4:13,18

**Byron**
5:6 50:11

---

**C**

**calendar**
35:12

**call**
30:17

**camp**
18:7 20:18

**camps**
19:17 21:19

**can't**
6:10,18

**car**
26:13,15 28:8,11 45:6,7,
8,18,19 46:5

**care**
14:19,21 18:7 20:22 22:3
34:16,19 35:15 36:23
37:20,22 38:17,20,23
41:15 42:23 43:15,17

**case**
5:11 7:10

**cell**
26:24 27:2 28:16

**change**
23:8 31:24

**check**
23:7 30:18,19 46:17,21

**checked**
46:14

**child**
14:18,21 20:21 21:10
22:3 34:16,19 35:15
36:23 37:20,22 38:17,20,
23 41:15 42:23 43:15,17
44:4

**children**
16:14,15,17 17:7 18:6,9
20:21 22:2 43:25 44:2
49:20

**choice**
48:17

**chose**
48:5

Movant's App. 000144

**chosen**
48:6,8

**Christmas**
26:8

**circumstance**
46:6

**Civil**
4:2

**class**
31:15

**classroom**
14:14

**clean**
31:16,17 36:10

**cleaned**
32:17

**cleaning**
37:4 45:5

**clear**
4:19 6:12

**client**
4:15

**client's**
4:14

**close**
41:3

**closed**
18:3

**closer**
32:22

**cluster**
29:12,15,22 30:6,11,25
31:1,2,4

**college**
44:3

**Colorado**
4:2

**com**
50:13

**come**
13:21 23:18 32:15,18

**comes**
28:10

**comfortable**

16:20

**coming**
7:11

**community**
28:20 29:2,7 30:13,22

**companion**
15:11 23:25

**complete**
6:18 10:4,8

**completing**
8:10

**conclude**
11:14 12:5

**concluded**
11:11 12:2 50:20

**confidentiality**
16:14

**confirm**
46:22

**Consent**
8:9

**consider**
7:3

**considered**
40:2,5 42:1

**consist**
29:9

**consistent**
21:16

**contact**
29:3,6,9 30:12,23 31:3,7

**contacts**
30:15,25

**continue**
36:23 41:25

**contract**
16:5,6

**copy**
15:13 35:9

**correct**
14:4 34:4 39:11,16
40:12,13 41:17 42:17
44:22 47:12

**couch**

40:3

**Counsel**
7:19 42:5

**counselor**
29:7 30:13,22 46:7 49:10

**counselors**
28:20 29:2

**countries**
14:17

**couple**
5:19 20:11 42:5 43:2
44:16 49:12

**course**
44:3

**court**
5:22

**crafts**
29:19

**credential**
48:7

**cultures**
14:15

**currently**
42:11

---

**D**

**D-O-R-S-T**
29:1

**dad**
17:21 21:6 22:18

**date-night**
33:16

**dates**
31:20

**day**
14:14 18:7,22,24 19:25
21:22 29:17 32:13 33:15,
19 35:18 36:10,22 37:11,
25 40:23 41:1 47:8 50:21

**day-to-day**
44:21

**daycare**
19:17

**days**

14:13 19:7 27:22 31:15
32:20 36:21 47:5,11

**Deakins**
4:12

**decide**
13:22 49:23

**decided**
11:15

**decision**
13:20

**defendant**
4:17

**defendants**
4:12

**define**
39:20

**defined**
41:14

**definition**
39:19

**depends**
46:16

**DEPONENT**
33:9 34:6,14,21 40:8
42:3

**deposit**
23:2,3

**deposition**
4:8,22,23 7:14 9:12

**describe**
14:10 26:6 27:16 29:14
30:15 31:7 38:22

**detail**
19:6

**details**
46:22

**determination**
35:3 38:5

**determine**
23:15

**determined**
24:22,24 34:24,25 37:23

**Diana**
30:22 31:4

Movant's App. 000145

ERIKA DION – 04/09/2018                    i4

| | | | |
|---|---|---|---|
| **Dianne** 28:23 | **draft** 50:18 | **ERIKA** 4:4 | **family** 11:1,9,15 12:13,16,19 13:2,12,21 14:22 15:11 16:13,23 20:25 21:3,12, 23 22:4,12,17 23:15,20 24:1,12,17 25:10,22 26:4,18 27:3,9,14,24 34:10,12,19,23 35:7,14 36:6,7 38:10,19 39:10 40:15,19,22,25 41:21 42:16 44:18,25 46:4,11, 19,23 47:22 49:7,22 50:2,3 |

**didn't**
12:11 31:15 34:4 43:14
45:12 48:10

**differences**
14:16

**different**
7:23,25 14:15

**dinner**
31:23 32:12,16,17 36:11,
12

**Dion**
4:4 7:17 20:24 41:9 42:6,
10 44:16 45:15 49:15

**diploma**
44:4

**Direct**
23:2

**discuss**
7:10

**document**
8:2,6,19,20,24 9:2,13
15:8,14,16,19 25:16
42:13,16

**document's**
9:11

**documents**
7:13 10:13

**doesn't**
24:11,16

**doing**
4:13,18 37:4,5 41:15
45:4,6

**don't**
5:24,25 6:1 8:21 10:1
14:25 15:13 16:3,7,8,10
19:9 25:5,9 26:8,10 28:7
29:17 30:2 33:14,25 34:1
39:12 50:16,17

**Dorst**
28:22

**dot**
50:13

**downgrade**
48:12,13

**dressed**
31:13

**drug**
6:21

**duly**
4:5

**duties**
31:12,24 32:13 34:8,9,
12,22 36:7 37:5 44:18,
21,24 46:2 49:20

**duty**
45:2

**E**

**e-mail**
7:18,20,23 9:6 12:23
46:14,16 50:10,12

**e-mails**
10:13 25:19

**earlier**
24:21 34:8 44:12 46:13

**eight**
12:1 14:13,14 19:1 20:2
21:22 47:8,9,11

**either**
16:1,5 17:16 21:12,15
29:17 44:21,25 46:14,18,
23 47:22 48:21 50:1,2,3

**electronic**
50:16

**employment**
17:12 21:13

**English**
7:7,8

**enjoy**
12:11

**enter**
16:1

**entertainment**
26:1 28:3,18

**entire**
20:3

**essentially**
14:3

**estimate**
47:6

**estimating**
32:19

**EX**
7:24 8:1,17 9:8 15:5

**exactly**
14:24 25:7

**EXAMINATION**
4:7 42:9

**example**
16:16 41:19,22 45:2,7

**exhibit**
8:20 9:9,12 15:5 23:23
39:4 42:14

**exhibits**
4:8 7:20,25

**expenses**
27:12,14 28:18

**experience**
43:15,17 44:1

**explain**
12:18

**extracurricular**
31:22

**Extraordinaire**
42:22 43:7,16,22,23
44:6,7,9 48:4,19 49:24

**F**

**Facebook**
46:16

**fair**
9:18 10:25 11:11 12:2
30:5 49:6

**families**
12:12,22 13:4 14:3,7
16:2,6,12 22:19 24:25
25:17,21 44:13 46:1
48:11,21,25 50:1

**family's**
11:3,19,21 15:2 30:6
44:22 45:4,8,18,19

**father**
17:4 40:4,10

**feed**
36:8

**fifth**
24:4

**files**
7:23,24

**fill**
9:24 10:16

**filled**
9:16

**filling**
10:12

**final**
15:4 50:18

**fine**
6:7

**finished**
11:20

**firm**
4:11

**first**
4:5 5:19 11:1 12:13
16:12,13 22:25 25:22
26:4 34:19 39:10 42:19

**five**
16:25 20:9 21:5 30:7

**five-to-ten-minute**
41:4

Movant's App. 000146

**Flexner**
5:7 50:12

**flight**
27:18

**flights**
31:10

**floor**
40:5

**focus**
43:2

**follow-up**
42:6 49:13

**following**
4:1

**follows**
4:6

**Foreign**
4:13,18

**form**
8:10,15 9:13,16 12:14
15:23 24:13 30:10 33:8
34:5,13,20 35:5 36:4
37:18 40:7 42:2

**forth**
24:9 45:24 46:9

**found**
24:24

**four**
7:23 14:13 19:2,3,8,10
20:8,10,11,12 30:7 37:13
47:4,5,9,11

**four-year-old**
17:10 20:2 31:19

**Frank**
50:13

**French**
7:7

**front**
5:11

**full**
33:18

**full-time**
17:12 21:13

**G**

**gas**
26:20

**gasoline**
26:15,17,18 28:10,11,14

**gender**
16:15 17:6 21:10

**generally**
10:7 14:21,23 36:14
39:18

**gestures**
5:23

**getting**
31:9,10

**gifts**
26:3,6 28:6

**girl**
17:10 18:16,19 19:2
20:2,10,12 21:11,20

**give**
6:18 17:6 21:9 26:12

**given**
6:4,15 33:7

**giving**
6:22

**go**
7:25 11:15 12:6,22,25
19:13 20:25 23:23 24:4
25:18 29:18,21 31:9,19,
21 36:11 37:1 39:13
41:13,24 46:7,8,10
49:15,19

**going**
4:15 5:18 7:19,25 15:23
21:24 22:1 24:5,22 25:21
34:25 39:4 48:25

**good**
4:10 7:3 47:10

**Google**
35:12

**governing**
24:9

**great**
5:20

**groceries**
45:6

**Grove**
28:22

**guess**
12:13

**guidelines**
15:21

**H**

**half**
5:16 26:22

**happened**
12:21 29:14 35:24

**happy**
12:8,10

**head**
5:23

**hear**
5:24 41:19 45:12

**heard**
6:4

**help**
10:16 28:10 33:4,7 36:24

**helped**
31:9

**hire**
49:23

**home**
11:19 12:6,8,10 15:2
16:15,24 17:14,16,19,23
18:2,4,23 19:18,21 20:19
21:4,15 23:1,6,10,13
30:6 31:9,11,19,20,25
32:9,15,18 33:22 34:16
36:13,20,22 37:14,17,20,
23 38:1 39:14 40:10
44:18,22,25 46:19 49:1

**homework**
31:22

**host**
11:1 12:12 13:12 14:6,22
15:2,11 16:2,6,12 17:3,4,
11 20:22 21:6 22:3,13,
14,18,19,22 23:15,20
24:1,12,17 25:10,17,22

26:3,4 27:3 30:6 32:14
34:3,10,12,19,23 39:10
40:4 42:16 44:13,18,22,
25 45:4,8,18,19 46:1,4,
11,19,23 47:22 48:11,21,
24 49:6,22 50:1,2,3

**hour**
50:20

**hours**
14:14 19:1,2,3,7,8,10,11,
12 21:22 33:12 35:15,18
36:2 37:13 38:11,14,17
39:9,15,20 40:10 42:23
46:18 47:6,8,11,15,17
49:16

**house**
29:19 34:1

**hypothetical**
39:25

**I**

**I'D**
9:8 11:6 41:3

**I'LL**
5:24 6:3 21:1 45:16
47:14

**I'M**
4:11,14,16 5:18 15:23
24:5 31:4 47:9

**I'VE**
6:15

**I/we**
42:20

**identify**
8:8 9:2 15:10 25:16

**implemented**
45:25

**including**
21:4

**inconsistent**
15:20

**increase**
23:20

**indicated**
32:12

**Indiscernible**
13:24 48:10

**individuals**
16:23 21:3

**influence**
6:20

**information**
6:2 8:15,23 50:10

**inquire**
42:7

**Institute**
4:13,17

**instructions**
5:19 6:14

**interested**
12:23 48:11

**internet**
27:10

**interview**
48:24 49:3 50:1

**interviews**
13:4,8

**involved**
29:11

**issue**
49:16,19

**it's**
5:20 9:3,16

**J**

**job**
5:20

**John**
16:17

**join**
8:9 9:3 13:20

**judge**
5:12

**Julie**
28:22 29:6 30:12 31:3

**Julie's**
28:25 29:18

**June**
10:24 12:3

**K**

**keep**
5:19

**kid's**
21:2

**kids**
16:25 20:18,19 21:6
28:12 31:13 32:3 34:25
37:25 39:22,23 40:5,11
41:16,21,23 43:20 45:9,
21 46:2

**kind**
4:14 16:6 18:20 27:4
50:14

**kitchen**
41:23

**know**
4:22 6:1 7:19 8:23 19:7
24:23 27:13 29:18 38:4,
13 39:5 41:14 42:14
43:5,8 45:10,22

**L**

**l-l-p**
50:13

**languages**
7:6

**late**
7:18

**laundry**
31:17 36:10 37:4 39:24
45:5 46:3

**law**
4:11

**lawsuit**
7:16 9:3,6

**LCC**
46:7,8,14,17,21 49:16,19

**learn**
7:16 14:18

**learning**
14:15

**let's**
12:13 16:12 18:9 23:23

24:4 25:22 30:21 36:5
39:13 40:3 41:20,21 45:7
46:4

**liked**
13:23

**little**
19:6 32:15 36:6

**local**
46:7

**locate**
12:12,15

**located**
42:11

**long**
4:14 10:7,10 11:8,25
18:23 19:24 27:21 37:11

**look**
9:8 15:4 23:24 39:4

**looked**
9:1

**looking**
48:22 49:4

**lot**
20:25 48:10,11

**lunch**
36:9 37:8

**lunches**
31:14

**M**

**magazine**
40:4

**mailed**
50:17

**marked**
4:9 8:19 9:11 42:13

**match**
12:18 13:2,11,15,18,21,
22 14:4

**matching**
48:25

**materials**
24:10

**math**

47:10

**meals**
40:23 41:1

**mean**
24:11,17 48:13

**medications**
6:25

**meetings**
29:10,12,15,22 30:7,12,
25 31:1,2,5

**memorialized**
38:7

**memory**
7:1,4

**message**
30:17

**messages**
10:13

**method**
22:25

**mind**
5:19

**minimum**
24:8,11,16,17

**minute**
8:22

**minutes**
10:11 42:6

**miscellaneous**
27:13

**mom**
17:21,22 21:6

**moment**
15:4 23:24 39:4,12

**monetary**
25:24 27:25

**money**
25:25 26:1 28:3,4 48:22
49:4 50:3

**month**
17:24 18:3 30:20 33:7,9,
10 38:25

**monthly**
27:6 29:8,9

Movant's App. 000148

Case No. 1:14-cv-03074-CMA-KMT Document 1085-1 filed 05/23/18 USDC Colorado pg 149 of 248



ERIKA DION - 04/09/2018                     i8

**picking**
  42:1

**piece**
  35:21,22,24

**placed**
  10:25 11:18 14:6 33:21

**placement**
  11:8,14,25 12:5 16:24
  17:12 18:7,11,14,17 21:4
  22:7 26:25 28:1 31:8
  40:17,20,23 41:1

**placing**
  14:2

**plaintiffs**
  5:7

**plan**
  27:7 28:16

**play**
  31:18,20

**playing**
  40:4,11

**please**
  5:5 8:1,17 11:23 14:10
  15:5 17:6 26:6 27:16
  39:6 42:8,14

**point**
  15:14 32:13,14 48:17

**popular**
  43:12

**portion**
  24:5

**portions**
  23:25

**Possibly**
  25:18

**post-secondary**
  43:19,24 44:1

**predetermined**
  23:19

**preschool**
  18:19,21

**prescription**
  6:21

**preserve**
  16:14

**previous**
  43:24

**previously**
  8:19 9:11

**print**
  35:13

**prior**
  15:1

**private**
  40:16,20

**probably**
  4:22

**problems**
  46:11

**Procedure**
  4:3

**proceedings**
  4:1 50:19

**process**
  12:18 13:1 14:2 48:16

**program**
  10:22 15:21 24:10 28:21
  29:4 42:22 43:5,7,11,12,
  22,23 44:4 48:4

**programs**
  24:9

**prohibit**
  6:22

**provide**
  36:23 38:20,23 40:16,19,
  22,25 42:22

**provided**
  10:18 20:22 35:15 36:2
  38:14,17

**providing**
  41:15

**provision**
  22:3

**pull**
  8:1,17

**purchased**
  27:5

**purpose**
  4:22

**pursuant**
  4:2

**pursue**
  37:8

**pursuits**
  37:9

**put**
  12:20 41:23

---

**Q**

**question**
  5:24,25 6:2,3,9,11 15:24
  24:15 39:5,8,13,14 45:17
  48:3

**questions**
  4:23,24 5:18,21 9:19,21
  10:4 12:25 16:11 21:1,18
  25:20 27:23 42:4,6 44:17
  49:11,13 50:6

---

**R**

**rare**
  17:25

**RE-EXAMINATION**
  49:14

**read**
  7:8 24:5

**reading**
  40:4,12

**ready**
  32:16 36:25 50:18

**really**
  38:2

**reason**
  6:17 11:16 12:7,9 40:10

**recall**
  8:21 10:1 14:25 16:7,8,9,
  10 19:9 25:5,9 26:8,10
  28:7 30:2 32:5 33:14,25
  34:1 37:15 39:12

**receive**
  7:21 22:6,9 24:8 25:24
  26:3 27:25 28:6

**received**
  7:18 23:3 26:7 44:10

  46:23

**receiving**
  9:5

**recess**
  41:7

**recipients**
  20:21 22:2

**recognize**
  8:23

**recollection**
  6:5 10:20 37:24 39:17

**recommend**
  42:20

**record**
  5:4 11:5 41:10

**recorded**
  5:23

**refer**
  4:15 16:15,18

**referring**
  4:17 43:18,19

**refused**
  46:5

**regard**
  44:2

**regarding**
  49:16,20

**regards**
  43:24

**registering**
  48:18

**regular**
  48:9

**regulations**
  24:9

**Reid**
  4:10,11 5:5,9,10 12:15
  15:25 24:14,21 30:11
  33:10 34:7,15,22 35:6
  36:5 37:19 40:9,15 41:9
  42:4,8 45:12 49:12,15
  50:5,7

**reimburse**
  26:22

Movant's App. 000150



Movant's App. 000151

ERIKA DION - 04/09/2018                                        i10

**Steve**
4:11

**stipend**
22:6,9,11,16,20,23 23:8,
11,16,18 24:8,22 25:23
27:24 43:14 44:8 46:22
49:7

**stipulated**
24:8

**Study**
4:13,18

**summer**
19:14,15,16,21,25 20:3,6
21:24

**Sundays**
39:1

**supervise**
34:16,19 37:19

**Sure**
12:20 24:16 41:6

**survey**
9:18 10:8

**sweater**
26:9

**sworn**
4:5 5:14

_____

**T**

**take**
4:21 6:7,10 8:22 10:10
15:4 32:14 37:8 41:4

**taken**
4:2 41:7

**talk**
8:1 12:24 18:9 21:3
30:21 36:5 39:18 41:13

**talked**
14:16 34:7,22

**talking**
16:22 45:17

**tally**
35:18

**teenagers**
43:20

**tell**
5:14 6:8 8:4 13:14,17
16:23 25:2,10 37:24 40:1
43:21 48:8

**terms**
18:23 21:2

**testified**
4:6 44:12,20 46:13

**testifying**
5:11

**testimony**
6:18,23 44:17 48:19

**text**
10:13 30:17 42:24

**texting**
46:16

**thank**
5:9 42:10 49:12 50:7

**there's**
24:3 42:24

**they're**
12:23

**thing**
6:9 21:2 33:16

**things**
25:25 37:12 41:15

**think**
7:20 26:9

**Thirteen-year-old**
21:11

**Thirty-two**
47:17

**three**
16:25 19:20 20:14 30:1,3
37:13 40:22,25

**three-year**
44:3

**throw**
40:1

**thrown**
35:25

**till**
36:12

**time**
9:16 20:15 21:25 26:19

30:21 31:24 32:18 34:12
35:1 36:14 37:1,5,7 38:2
41:20,25 50:2

**times**
7:5 30:7 38:22 47:9,11

**today**
4:21 5:10 6:17 7:11,14
42:11

**told**
13:23 14:1 25:4 38:2
45:25

**town**
14:12 47:4

**track**
35:14,17 36:1 38:11

**tracked**
38:14 39:19

**tracking**
38:16

**training**
14:8,10,19,21,24 46:25
47:3,7,18,20,23 48:1

**transcript**
50:10,14

**travel**
27:12 28:18

**trip**
27:17,19,21

**true**
20:13

**truth**
4:5 5:15

**truthful**
6:18,22

**truths**
5:15,16

**try**
45:16

**turn**
39:3

**Twelve-year-old**
17:9 20:1

**Twenty-eight**
47:9

**two**
16:25 17:3 19:2,3,7,11,
12 21:6 30:1,3,24

**Two-fifty**
23:12,14

**type**
33:16

_____

**U**

**underneath**
42:19

**understand**
4:25 5:12,14,25 6:5,14
9:22 16:3 24:7 41:10
42:20

**understanding**
15:20 25:1 43:3,10,21
44:8 49:22

**understood**
6:4

**Unpaid**
9:4

**use**
25:7 26:12,13 28:8,13

**usually**
20:3 32:4 36:20 37:1

_____

**V**

**vacation**
20:4 21:24

**varied**
20:8 29:16 32:20 33:17
36:21

**various**
31:21

**vary**
19:3

**version**
50:17

**versus**
19:7 32:22

**Virginia**
28:23

Movant's App. 000152

**W**

**Wages**
9:4

**wait**
36:12

**wake**
31:13 32:3 36:8,14

**walk**
32:2

**walking**
41:22

**Wallace**
28:24

**want**
12:25 15:4 20:25 23:24
25:20 27:23 39:3,18 40:1
43:2 50:8,15

**wanted**
12:6 25:11 31:9 41:13

**wash**
45:8,19 46:5

**washing**
45:5,7,18

**wasn't**
45:9,20 48:11

**way**
32:6

**we'll**
8:1

**we're**
4:21 5:4 7:24 16:22 39:4
41:9

**website**
12:21

**week**
15:3 18:24 19:7 22:9
23:4 32:24 35:1,13,25
39:9,15 42:23 44:11,13
47:9

**weekday**
19:4 33:3

**weekend**
33:13,19

**weekends**
33:4,6 38:20

**weekly**
22:6 24:8 25:23 27:6,24

**weeks**
20:6,9,10,11,12

**went**
13:24 14:1 15:1 26:19
27:17

**weren't**
12:9 46:2

**white**
24:4

**witness**
5:8

**word**
25:7

**words**
43:2

**work**
17:14,16,23 18:2,3 21:15
39:9,15,19,21 40:2,6,10,
12 41:14,16 42:1 44:4

**worked**
12:18 17:19 25:6 38:11
39:20

**working**
33:13 46:18 49:17

**Works**
41:6

**wouldn't**
40:12

**wrapping**
41:3

**write**
11:7 35:20

**writing**
38:8

**written**
35:7,11

**Y**

**year**
7:18 11:10 19:13 21:19
30:5 35:1

**Yep**
41:5

**York**
14:12 47:4

**you'll**
24:3

**you're**
7:8 39:5 40:3 41:11,15,
22

**you've**
5:14,20 9:1

**youth**
43:25 44:2,4

Movant's App. 000153

AMANDA HARDMAN - 03/27/2018

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF COLORADO

 3   Civil Case No. 14-cv-03074-CMA-CBS

 4   -------------------------------------------------x
     JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI;
 5   BEAUDETTE DEETLEFS; DAYANNA PAOLA CARDENAS
     CAICEDO; ALEXANDRA IVETTE GONZALEZ; SARAH
 6   CAROLINA AZUELA RASCON; LAURA MEJIA JIMENEZ;
     JULIANE HARNING; NICOLE MAPLEDORAM;
 7   and those similarly situated,

 8                        Plaintiffs,

 9            -against-

10   INTEREXCHANGE, INC.; USAUPAIR, INC.;
     GREATAUPAIR, LLC; EXPERT GROUP
11   INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
     EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
12   CULTURAL HOMESTAY INTERNATIONAL;
     CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR;
13   AUPAIRCARE INC.; AU PAIR INTERNATIONAL,INC.;
     APF GLOBAL EXCHANGE, NFP, d/b/a AUPAIR
14   FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
     d/b/a AU PAIR IN AMERICA; ASSOCIATES IN CULTURAL
15   EXCHANGE d/b/a GOAUPAIR; GOAUPAIR OPERATIONS,
     LLC, d/b/a GOAUPAIR; AGENT AU PAIR;
16   A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC
     d/b/a PROAUPAIR; and 20/20 CARE EXCHANGE, INC.
17   d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,

18                        Defendants.
     -------------------------------------------------x
19                        March 27, 2018

20                        9:33 a.m.

21

22   Video conference Deposition of AMANDA HARDMAN

23            New York, New York

24            March 27, 2018

25
```

Movant's App. 000154

AMANDA HARDMAN - 03/27/2018          Pages 2..5

Page 2

```
1
2
3
4
5
6                      March 27, 2018
7                       9:33 a.m.
8
9          Video conference deposition of
10 AMANDA HARDMAN, taken by Defendant pursuant to
11 Notice, held at the offices of OGLETREE,
12 DEAKINS, NASH, SMOAK & STEWART, P.C., 1745
13 Broadway, 22nd Floor, New York, New York,
14 before Frank J. Bas, a Registered Professional
15 Reporter, Certified Realtime Reporter and
16 Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2 A P P E A R A N C E S:
3 (Via video conference)
4 BOIES SCHILLER FLEXNER LLP
5 Attorneys for Plaintiffs and the Witness
6      575 Lexington Avenue
7      New York, New York 10022
8 BY:  BYRON D.M. PACHECO, ESQ.
9      bpacheco@bsfllp.com
10
11 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
12 Attorneys for Defendant
13 American Institute For Foreign Study
14      1745 Broadway, 22nd Floor
15      New York, New York 10019
16 BY:  CHRISTINA M. SCHMID, ESQ.
17      christina.schmid@ogletreedeakins.com
18
19
20
21
22
23
24
25
```

Page 4

```
1
2          MR. PACHECO:  This is Byron
3     Pacheco from Boies Schiller & Flexner
4     on behalf of the plaintiffs and the
5     witness.
6                    _ _ _
7
8 A M A N D A   H A R D M A N,
9 called as a witness, having been first  duly
10 sworn, was examined and testified
11 as follows:
12 EXAMINATION BY
13 MS. SCHMID:
14     Q.   Ms. Hardman, my name is
15 Christina Schmid.  Can you hear me okay?
16     A.   I can.
17     Q.   Okay.  Great.  I'm an attorney
18 with Ogletree Deakins and I represent the
19 defendant American Institute for Foreign
20 Study, also known as Au Pair In America.
21          It's a long name so today
22 you'll hear me refer to it simply as APIA or
23 Au Pair In America.
24     A.   Okay.
25     Q.   Have you ever been deposed
```

Page 5

```
1          AMANDA HARDMAN
2 before?
3     A.   No.
4     Q.   As you just learned, I'm
5 sitting here in our New York office with a
6 court reporter, and he's taking down
7 everything that you are saying and everything
8 that I'm saying, so it's very important that
9 we don't speak over each other today.  If
10 we're speaking at the same time the court
11 reporter will not be able to transcribe
12 everything that each of us is saying, so I'll
13 just ask you that during today's deposition
14 you allow me to finish my question before
15 answering, and I'll do my best to allow you to
16 finish your answer before asking my next
17 question.  Do you understand?
18     A.   Yes, that's fine.
19     Q.   And do you understand that
20 you're under oath today?
21     A.   Yes.
22     Q.   Is there any reason why you
23 would be unable to give truthful testimony
24 today?
25     A.   No.
```

Movant's App. 000155

Page 6

AMANDA HARDMAN

1
2    Q.    Are you taking any medications?
3    A.    No.
4    Q.    Were you born in the United
5 States?
6    A.    No.
7    Q.    Where were you born?
8    A.    South Africa.
9    Q.    Are you fluent in English?
10   A.    Yes.
11   Q.    So there's no need for you to
12 require an interpreter to assist you with any
13 testimony today?
14   A.    No.
15   Q.    So, as I said, because we have
16 a court reporter here today he will only be
17 able to take down verbal answers, so he won't
18 be able to take down shakes of the head or
19 head nods, so I would just ask that if your
20 answer is yes you say yes rather than a nod of
21 the head and if your answer is no likewise you
22 say no instead of shaking your head.  Do you
23 understand?
24   A.    Yes.
25   Q.    If you don't hear a question

Page 7

AMANDA HARDMAN

1
2 please ask me to repeat it.  If you answer my
3 question I am going to assume that you heard
4 my question.  Also I am going to assume that
5 you understood my question.  If you don't
6 understand my question please ask me to
7 clarify.  If you don't understand a word,
8 again, please ask me to rephrase the question,
9 ask me what the word means, and I'll do my
10 best to rephrase the question.  Do you
11 understand?
12   A.    Yes.
13   Q.    If you don't know the answer to
14 a question it's perfectly acceptable to say
15 you don't know.  Similarly, if you don't
16 remember the answer to a question I would
17 rather you say that you don't remember rather
18 than guessing or speculating.  Do you
19 understand?
20   A.    Yes.
21   Q.    Okay.  If you need to take a
22 break today just please ask.  The only thing I
23 would ask you to do is to wait until you've
24 answered my last question before doing so.
25   A.    Okay.

Page 8

AMANDA HARDMAN

1
2    Q.    As long as you've answered the
3 question that's pending it's perfectly
4 acceptable to take a break or if you need to
5 ask to consult with your attorney.
6    A.    Okay.
7    Q.    Are you right now in a private
8 room?
9    A.    Yes.
10   Q.    Is anybody else in the room
11 with you?
12   A.    No.
13   Q.    I ask because it's important to
14 know that participation in this deposition is
15 intended to be personal; testimony between you
16 and me, it's your testimony alone.  So if
17 somebody does enter the room I would just ask
18 you to let me know.  As you know, this is a
19 remote deposition, unlike the typical
20 deposition where you would be in the room here
21 with me, so I am going to assume that you're
22 alone in the room as you just testified you
23 are.  And if that changes let me know, and
24 we'll take a break and I would just ask that
25 you ask whoever entered the room to leave and

Page 9

AMANDA HARDMAN

1
2 then we'll resume once again when you're in a
3 private room.  Do you understand?
4    A.    Yes.
5    Q.    Thank you.  So you testified
6 that your fluent in English.  Does that mean
7 that you're able to both read English and
8 speak English fluently?
9    A.    Yes.
10   Q.    Do you understand that you're
11 here today to testify in a federal court
12 litigation that's pending out in Colorado?
13   A.    Yes.
14   Q.    When did you first learn of
15 that litigation?
16   A.    I don't quite recall the exact
17 date, but it was last year.
18   Q.    Okay.
19   A.    I think.
20   Q.    Do you recall how you came to
21 learn of the lawsuit?
22   A.    Through a friend.
23   Q.    Do you recall that friend's
24 name?
25   A.    No.

Movant's App. 000156



**Page 10**

AMANDA HARDMAN

1
2   Q.   Do you recall if that friend
3   was also an au pair in Au Pair In America?
4        A.   No.
5        Q.   Prior to today's deposition did
6   you discuss the deposition with anybody, other
7   than your attorney?
8        A.   No.
9        Q.   Did you review any documents in
10  preparation for today's deposition?
11       A.   No.
12       Q.   And aside from perhaps meeting
13  with your attorney did you prepare in any way
14  for today's deposition?
15       A.   No.
16       Q.   So you stated a moment ago that
17  you recall learning about this lawsuit through
18  a friend, is that correct?
19       A.   Yes.
20       Q.   Do you recall how you learned
21  about the lawsuit through a friend?  Was it by
22  phone or by email?
23       A.   Um, I don't recall.
24       Q.   And you stated that you don't
25  recall who that friend is, is that correct?

**Page 11**

AMANDA HARDMAN

1
2        A.   That's correct.
3        Q.   Are you currently employed?
4        A.   Yes.
5        Q.   Where are you employed?
6        A.   ███████████████
7        Q.   ███████████████
8        A.   ███████████████  Sorry.
9        Q.   Can you spell that please?
10       A.   ███████████████████
11  ████████
12       Q.   And what is your position at
13  ███████████?
14       A.   ████████████
15       Q.   Can you spell that?
16       A.   ████████████████
17  ████████████████████████
18  ████████████████
19       Q.   So ██████████, correct?
20       A.   Yes.
21       Q.   How long have you worked as a
22  ██████████████?
23       A.   Two years.
24       Q.   Is that a full-time position?
25       A.   Yes.

**Page 12**

AMANDA HARDMAN

1
2        Q.   And where is that located?
3        A.   In Cato Ridge.
4        Q.   Is that in Virginia?
5        A.   No, it's in KwazuluNatal, South
6   Africa.
7        Q.   Oh, you're back in South Africa
8   now?
9        A.   Yes.
10       Q.   I didn't realize that.
11       A.   Sorry.
12       THE REPORTER:  Can she spell
13       the town?
14  BY MS. SCHMID:
15       Q.   The court reporter has just
16  asked if you can spell the town in which your
17  employer is located for us?
18       A.   ████████████████
19  ████████ Cato Ridge.
20       Q.   So that's spelled C-A-T-O
21  R-I-D-G-E?
22       A.   That's correct.
23       Q.   Thank you.  How long have you
24  been back in South Africa?
25       A.   Two years.

**Page 13**

AMANDA HARDMAN

1
2        Q.   And did you return to South
3   Africa after your time with Au Pair In America
4   ended?
5        A.   Yes.
6        Q.   We're going to be hopping
7   around a little bit, I apologize, but how long
8   were you with the Au Pair In America program?
9        A.   Two years.
10       Q.   Was your time with Au Pair In
11  America your first time participating in an
12  au pair program?
13       A.   Yes.
14       Q.   And while you were with that
15  program were you living with a host family in
16  Virginia?
17       A.   Yes.
18       Q.   While you were in the program
19  were you living with the same host family the
20  entire two-year period?
21       A.   Yes.
22       Q.   During today's deposition,
23  again, we'll be hopping around a little bit,
24  but any time I do ask you any questions about
25  the host family with whom you lived in the

Page 14

AMANDA HARDMAN

1
2  United States, in order to preserve the
3  confidentiality of the host family's children
4  I would ask that you refer to the children by
5  their gender and approximate age. So, for
6  instance, if one of the children was
7  approximately 7 years old and was a boy named
8  John Smith, I would ask that you refer to the
9  boy as the 7 year-old boy instead of John
10  Smith. Do you understand that?
11      A.    Yes. That's fine.
12      Q.    And that's again because we're
13  involved here in a federal lawsuit and to the
14  extent any of these documents do become part
15  of the public record we would just like to
16  preserve the confidentiality regarding the
17  minor children with whom you lived.
18      A.    Okay.
19      MR. PACHECO: And Christina,
20      just for the record in other depos
21      we've been, if this does come up we've
22      been marking the transcript, that
23      part, as Attorneys' Eyes Only. If it
24      comes up. But you've instructed her,
25      so ...

Page 15

AMANDA HARDMAN

1
2      MS. SCHMID: Thank you. I'm
3      sorry. Byron, you're suggesting that
4      if the witness accidentally reveals
5      the minor child's name or something,
6      some personal information you've been
7      marking that portion of the transcript
8      Attorneys' Eyes Only.
9      MR. PACHECO: Right.
10      MS. SCHMID: Okay.
11      MR. PACHECO: And sometimes
12      even if they don't reveal the name
13      they may reveal, you know, sort of
14      identifying information. So we've
15      just been careful to try and do
16      exactly what you just did. But if it
17      fails we've just marked it, you
18      know ...
19      MS. SCHMID: Understood.
20  BY MS. SCHMID:
21      Q.    Okay. So let's discuss your
22  time with Au Pair In America. When did you
23  first join that program?
24      A.    In 2012.
25      Q.    And with how many host families

Page 16

AMANDA HARDMAN

1
2  did you live while in that program?
3      A.    Only one.
4      Q.    Were you matched with your host
5  family in 2012?
6      A.    No.
7      Q.    When were you first matched
8  with your host family?
9      A.    At the end of 2013.
10      Q.    Can you, if you recall,
11  identify the individuals with whom you lived
12  as part of that program, Au Pair In America?
13      A.    The host family?
14      Q.    The host family. We'll start
15  with the mother and father.
16      A.    Okay. The mother and father,
17  and then the 7 -- or the 7 year-old girl and
18  the 8 year-old boy.
19      Q.    Do you recall the names of the
20  mother and father in the host family?
21      A.    Yes.
22      Q.    What were their names?
23      A.    ███████████████████.
24      Q.    And you stated that they had
25  two children, a 7 year-old girl and an 8

Page 17

AMANDA HARDMAN

1
2  year-old boy, is that correct?
3      A.    Yes.
4      Q.    Were those the ages of the
5  children at the time you first began living
6  with the family?
7      A.    I don't recall.
8      Q.    Were there any other children
9  in the household?
10      A.    No.
11      Q.    Were there any pets in the
12  household?
13      A.    Yes.
14      Q.    What kind of pets did the
15  family have?
16      A.    They had a, one dog.
17      Q.    What kind of dog?
18      A.    I'm not entirely sure.
19      Q.    Were the parents employed while
20  you were placed with the family?
21      A.    Yes.
22      Q.    Did they have full-time
23  employment?
24      A.    Yes.
25      Q.    Do you recall what Mrs. ████

Page 18

                    AMANDA HARDMAN
1
2    was employed as?
3         A.    Yes.
4         Q.    What did she work as?
5         A.    A senior consultant.
6         Q.    Do you recall where she worked?
7         A.    Yes.
8         Q.    Where did she work?
9         A.    Deloitte.
10        Q.    And do you recall where
11   Mr. ████ worked?
12        A.    Yes.
13        Q.    Where did he work?
14        A.    He worked at Bechtel.
15        Q.    Bechtel?
16        A.    Bechtel, yes.
17        Q.    And what was his position at
18   Bechtel?
19        A.    I don't know.
20        Q.    But it was a full-time
21   position, as you recall?
22        A.    Yes.
23        Q.    Did either of the parents work
24   from home on a regular basis while you were
25   placed with them?

Page 19

                    AMANDA HARDMAN
1
2         A.    Yes.
3         Q.    How frequently do you recall
4    the parents working from home?
5         A.    About once a week.
6         Q.    And you recall both the wife
7    and the husband working from home
8    approximately one time per week while you were
9    placed with them?
10        A.    Approximately, yes.
11        Q.    Would they work from home on
12   the same day, do you recall?
13        A.    No.
14        Q.    So you recall that Mr. ████
15   would work from home on one day per week,
16   approximately, and his wife would work from
17   home on a different day of the week?
18        A.    Yes.
19        Q.    Do you recall if the children
20   attended school while you were placed with the
21   family?
22        A.    Yes.
23        Q.    Do you recall what grades they
24   were in?
25        A.    No.

Page 20

                    AMANDA HARDMAN
1
2         Q.    Do you recall what hours of the
3    day they would attend school?
4         A.    Yes.
5         Q.    What do you recall their hours
6    of schooling being?
7         A.    From 7:30 in the morning until
8    3 p.m. in the afternoon.
9         Q.    And that was the same schedule
10   for both the 7 year-old girl and the 8
11   year-old boy during the two-year period you
12   lived with the family?
13        A.    Yes.
14        Q.    Do you recall if you would
15   drive the children to school?
16        A.    No.
17        Q.    You don't recall?
18        A.    No, I don't recall.
19        Q.    Did you drive a car while you
20   were living with the family?
21        A.    Yes.
22        Q.    Were you responsible for
23   driving the children to any school activities
24   or extracurricular activities?
25        A.    Yes.

Page 21

                    AMANDA HARDMAN
1
2         Q.    Do you recall if you ever were
3    responsible for driving the children to
4    school?
5         A.    I don't recall.
6         Q.    Do you recall if you ever
7    picked the children up from school around 3
8    o'clock?
9         A.    Yes.
10        Q.    So you recall picking them up
11   after school?
12        A.    Yes.
13        Q.    Do you recall if the children
14   were involved in any extracurricular
15   activities after school?
16        A.    Yes.
17        Q.    What do you recall those
18   activities being?
19        A.    The boy, he did after school
20   karate and tutoring with a private tutor, and
21   the girl would do private tutor lessons.
22        Q.    You recall the girl being
23   involved in private tutoring lessons?
24        A.    Yes.
25        Q.    Do you recall if the girl was

Page 22

```
 1                    AMANDA HARDMAN
 2  involved in anything other than tutoring
 3  lessons?
 4         A.    Yes.
 5         Q.    For instance, dance or soccer?
 6         A.    She did Girl Scouts.
 7         Q.    Did you bring the children to
 8  those activities after school?
 9         A.    Yes.
10         Q.    Did you stay with them at those
11  activities or did you drop them off and then
12  pick them up when the activities were
13  finished?
14         A.    I stayed with them for the most
15  part.
16         Q.    Were there times where you left
17  them at the activity and picked them up an
18  hour or so later when the activity was
19  concluded?
20         A.    Yes.
21         Q.    And what would you do during
22  that time?
23         A.    I would cook dinner for the
24  children.
25         Q.    Did you cook dinner for the
```

Page 23

```
 1                    AMANDA HARDMAN
 2  children each night?
 3         A.    Yes.
 4         Q.    Did you prepare dinner for
 5  Mr. and Mrs. ████ as well, or for only the
 6  children?
 7         A.    Only the children.
 8         Q.    And what time do you recall
 9  making the children dinner?
10         A.    Around 6 p.m., some days, but I
11  can't remember.
12         Q.    Would you eat with the children
13  as well?
14         A.    Yes.
15         Q.    And do you recall preparing
16  dinner for the children each night during the
17  week?
18         A.    Yes.
19         Q.    Was that Monday through Friday?
20         A.    Yes.
21         Q.    Did you also prepare dinner on
22  Saturdays and Sundays?
23         A.    No.
24         Q.    Can you prepare breakfast for
25  the children as well?
```

Page 24

```
 1                    AMANDA HARDMAN
 2         A.    No.
 3         Q.    Did Mr. and Mrs. ████ prepare
 4  breakfast for the children?
 5         A.    No.
 6         Q.    Who prepared breakfast for the
 7  children?
 8         A.    They did.
 9         Q.    The children prepared breakfast
10  for themselves?
11         A.    Yes.
12         Q.    And the children ate lunch
13  during the school week at school I presume,
14  yes?
15         A.    Yes.
16         Q.    While you were living with the
17  ████ family during that two-year period did
18  you also clean the house?
19         A.    Yes.
20         Q.    What types of cleaning
21  activities do you recall doing?
22         A.    I recall cleaning the
23  children's rooms, their play area, and doing
24  the children's laundry.
25         Q.    Do you recall cleaning any
```

Page 25

```
 1                    AMANDA HARDMAN
 2  other areas of the house?
 3         A.    No.
 4         Q.    Do you recall ever doing the
 5  laundry for Mr. and Mrs. ████?
 6         A.    No.
 7         Q.    And when you first were placed
 8  with the family did you understand that as
 9  part of your responsibilities you would be
10  responsible for cleaning the children's rooms
11  and play area and doing the children's
12  laundry?
13         A.    Yes, for the children.
14         Q.    So you understood that your
15  responsibilities in those -- with respect to
16  those areas would be limited to the children,
17  yes?
18         A.    Yes.
19         Q.    And that indeed turned out to
20  be the case while living with the family, yes?
21         A.    Yes.
22         Q.    Did you have a private bedroom
23  and bathroom while living with the ████
24  family?
25         A.    Yes.
```

Movant's App. 000160

Page 26

```
1                AMANDA HARDMAN
2       Q.    Where was the bedroom located?
3       A.    In the basement.
4       Q.    I'm sorry.  That was my fault.
5  Your bedroom was located in the basement of
6  the house?
7       A.    Yes.
8       Q.    Can you describe your living
9  quarters while living with the ███ family?
10      A.    Yes.
11      Q.    What do you recall the living
12 quarters being?
13      A.    It was a bedroom with a bed
14 inside and a bathroom separate, but also
15 private.
16      Q.    And you stated that your
17 bedroom and bathroom were in the basement of
18 the house and separate from the other living
19 quarters, is that correct?
20      A.    Yes.
21      Q.    While you were living with the
22 ███ family did you have any responsibilities
23 for the children on Saturdays and Sundays?
24      A.    No.
25      Q.    So on Saturdays and Sundays
```

Page 27

```
1                AMANDA HARDMAN
2  during that two-year period you were free to
3  use that time for yourself?
4       A.    Yes.
5       Q.    Do you recall how you spent
6  that time?
7       A.    Not exactly, no.
8       Q.    Do you recall traveling on the
9  weekends?
10      A.    No.
11      Q.    You don't recall if you
12 traveled or you don't think you did?
13      A.    I don't recall if I traveled.
14      Q.    Did you ever take a vacation
15 with the ███ family?
16      A.    No.
17      Q.    Did you ever take any day trips
18 with the ███ family?
19      A.    No.  Not that I can recall, no.
20      Q.    You stated that the family had
21 a dog, is that correct?
22      A.    Yes.
23      Q.    Were you responsible for taking
24 care of the dog as well?
25      A.    No.
```

Page 28

```
1                AMANDA HARDMAN
2       Q.    When you were first placed with
3  the ███ family, at any time were you
4  provided with a schedule of any sort?
5       A.    Yes.
6       Q.    Who provided you with that
7  schedule?
8       A.    It was the joint schedule, I
9  got the guidelines from my counselor, the
10 cluster counselor from APIA, and the firm
11 schedule from my host father.
12      Q.    So you recall the APIA
13 counselor giving you a schedule and then a
14 firmer schedule being provided by the host
15 father, is that correct?
16      A.    Well, she gave me a guideline
17 schedule and then he gave me a firm schedule.
18      Q.    What do you recall the
19 guideline schedule being?
20      A.    It was activities to do with
21 the children in the afternoons after school,
22 to give them snacks.  I'm not actually
23 entirely sure what the rest of it was, but it
24 was along those lines.
25      Q.    Was it your understanding that
```

Page 29

```
1                AMANDA HARDMAN
2  the APIA counselor had prepared the guideline
3  schedule?
4       A.    No.
5       Q.    What was your understanding of
6  who had prepared that guideline schedule?
7       A.    I understood that that schedule
8  came in from within the Au Pair In America
9  company, but not specifically from the cluster
10 counselor.
11      Q.    So you understood that that
12 guideline schedule was the expectation -- the
13 general expectation of the program, is that
14 correct?
15      A.    Yes.
16      Q.    And when was that schedule
17 provided to you?
18      A.    When I first got there during
19 my welcome meeting with the cluster counselor.
20      Q.    Do you recall who attended that
21 welcome meeting?
22      A.    Yes.
23      Q.    Who do you recall was in
24 attendance?
25      A.    The cluster counselor from my
```

Page 30

AMANDA HARDMAN

1
2  area, and my host mother.
3      Q.    And was that the first time you
4  met your host mother?
5      A.    No.
6      Q.    When did you first meet your
7  host mother?
8      A.    Do you mean in-person or do you
9  mean just in general?
10     Q.    In general.
11     A.    In general, the interview was
12 on Skype when we did our interviews before
13 going to America.
14     Q.    So you recall first doing
15 interviews via Skype with your host family, is
16 that correct?
17     A.    Yes.
18     Q.    And was the welcome meeting the
19 first time you met your host mother in person?
20     A.    No.
21     Q.    When did you first meet your
22 host mother in person?
23     A.    When I got to the house.
24     Q.    When was that?
25     A.    The 14th of February 2014 was

Page 31

AMANDA HARDMAN

1
2  the day that I had taken a train, after
3  training, to Virginia.
4      Q.    So you recall arriving to the
5  house in Virginia on February 14, 2014, yes?
6      A.    Yes.
7      Q.    And you recall participating in
8  training through APIA, is that correct?
9      A.    Yes.
10     Q.    When did you participate in
11 that training?
12     A.    The Tuesday after I had flown
13 in.  So that's about 10th, 11th.
14     Q.    The 10th, 11th of February
15 2014?
16     A.    Yes.
17     Q.    Where was the training
18 conducted?
19     A.    In Tarrytown, New York.  I
20 think in New York.
21     Q.    Before we discuss the training
22 can you briefly describe the match process
23 between APIA and your host family?  I
24 understand that you testified that you first
25 applied with the program in 2012, is that

Page 32

AMANDA HARDMAN

1
2  correct?
3      A.    That's correct.
4      Q.    So, yes, if you could just
5  briefly describe the match process for us,
6  that would be helpful.
7           MR. PACHECO:  Objection to the
8      form.
9           MS. SCHMID:  I can rephrase.
10 BY MS. SCHMID:
11     Q.    What do you recall the match
12 process being between APIA and your host
13 family?
14     A.    I understood that after
15 applying through APIA they would then have
16 applicants from different host families and
17 they would match us to do mass thoughts on
18 what I would be looking for compared to the
19 family and what they were looking for.  And
20 then I would receive emails via Au Pair In
21 America families looking for au pairs, or for
22 me.
23     Q.    Was the ███ family the first
24 family APIA matched you with?
25     A.    No.

Page 33

AMANDA HARDMAN

1
2      Q.    How many other families were
3  you matched with prior to the ███ family?
4      A.    Four others.
5      Q.    And when an au pair is matched
6  with a family is it an option for the au pair
7  to decline to accept that host family?
8      A.    Yes.
9      Q.    Did you decline to be matched
10 with any of the four families you just
11 referred to?
12     A.    Yes.
13     Q.    How many of those four families
14 did you decline to be matched with?
15     A.    All of them except for the
16 ███ family.
17     Q.    So out of all of the families
18 that APIA matched you with you turned those
19 families down and you selected the ███
20 family, is that what you recall?
21     A.    Yes.
22     Q.    And do you recall why you
23 declined to be matched with the other
24 families?
25     A.    Um, not really, no.

Movant's App. 000162

Page 34

AMANDA HARDMAN

1
2      Q.   Do you recall if it was based
3  on the location of the host family?
4      A.   No.
5      Q.   Do you recall if you declined
6  the match after participating in an interview
7  with the family?
8      A.   Yes.
9      Q.   And do you recall if you
10  declined the match because you didn't feel it
11  would be a good personality fit with the
12  family?
13      A.   I don't fully recall, but that
14  might be the case, yes.
15      Q.   Do you recall if you declined
16  any of those other host family matches because
17  you felt that the schedule they were proposing
18  would be too rigorous?
19      A.   No.
20      Q.   You don't recall?
21      A.   No, I don't recall declining
22  them for that.
23      Q.   Do you recall what the schedule
24  proposed by any of those other host families
25  was at that time?

Page 35

AMANDA HARDMAN

1
2      A.   No, I don't recall.
3      Q.   When you participated in the
4  Skype interview with the ████ family do you
5  recall discussing what their expectations of
6  you would be if you were to match with them?
7      A.   I don't quite remember our full
8  conversation.
9      Q.   At the time you participated in
10  the Skype meeting or Skype interview with the
11  ████ family had you already read the essay
12  that had been submitted by the family to the
13  au pair program?
14      A.   Yes.
15      Q.   Sitting here today do you
16  recall what the ████ family had described in
17  that essay to APIA?
18      A.   No, I don't recall.
19      Q.   Do you recall generally what
20  the ████ family had described your schedule
21  would be if you were to place with them?
22      A.   No. I don't recall that.
23      Q.   When do you first recall
24  discussing with the ████ family what your
25  schedule would be?

Page 36

AMANDA HARDMAN

1
2      A.   When I was at the house.  At
3  their house.
4      Q.   So you recall first discussing
5  your schedule with the ████ family when you
6  arrived at their house in February 2014?
7      A.   Yes.
8      Q.   And what do you recall the
9  ████ family describing to you about the
10  schedule at that time?
11      A.   I recall being told by the host
12  family that the kids needed to be at certain
13  places at certain times that were preorganized
14  by the host family, and the venues that the
15  kids had to be at, and the schooling times.
16  But that's all I remember.
17      Q.   Do you recall if the ████
18  family at that time told you approximately how
19  many hours per week you would be expected to
20  take care of the children?
21      A.   No.
22      Q.   Do you recall asking the ████
23  family how many hours per week you would be
24  expected to take care of the children?
25      A.   I don't remember.

Page 37

AMANDA HARDMAN

1
2      Q.   Do you recall asking the APIA
3  counselor at any time how many hours per week
4  you might be expected to take care of the
5  children?
6      A.   Yes.
7      Q.   When do you recall having that
8  conversation with the counselor?
9      A.   During our first counselor
10  meeting.
11      Q.   And when was that meeting?
12      A.   I don't quite remember the
13  date, but it was within the first month of me
14  being there, in America.
15      Q.   So you recall that meeting
16  approximately being in the February 2014 time
17  frame?
18      A.   Yes.
19      Q.   And when you asked the
20  counselor about your schedule what do you
21  recall the counselor responding?
22      A.   I remember her saying that it
23  would be a maximum of 45 hours a week.  And I
24  don't remember what she said for the minimum.
25      Q.   Can you repeat your response?

Movant's App. 000163

Page 38

AMANDA HARDMAN

1
2  The court reporter didn't quite hear it?
3          A.    Sure.  I remember her saying
4  maximum about 45 hours in a week, and I do not
5  remember what she said for the minimum.
6          Q.    Thank you.  When you first
7  participated in that Skype interview with the
8  host family did you state that the APIA
9  counselor was present as well?
10         A.    No.
11         Q.    Who was present during that
12 meeting?
13         A.    Only the host family.
14         Q.    Was it only Mr. and Mrs. ████?
15         A.    Yes.  No.  Sorry.  It wasn't
16 just them.  It was their children as well.
17         Q.    So during that meeting it was
18 Mr. and Mrs. ████ as well as the boy and the
19 girl?
20         A.    Yes.
21         Q.    Was anybody else present during
22 that meeting?
23         A.    No.
24         Q.    And you said that that was the
25 first time you met the host family, is that

Page 39

AMANDA HARDMAN

1
2  right?
3          A.    Yes.
4          Q.    When was the next meeting with
5  the host family, either in-person or via
6  Skype?
7          A.    The next meeting was Mr. ████
8  fetching me from the train station and then
9  going to the house to meet the rest of the
10 family.
11         Q.    And when was that?
12         A.    About February 14, 2014.
13         Q.    How many times between the
14 first Skype meeting with the ████ family and
15 February 14, 2014 did you have any
16 communication with the ████ family?
17         A.    I don't recall.
18         Q.    Did you speak on the phone
19 between that period of time with the ████
20 family?
21         A.    No.
22         Q.    Do you recall exchanging emails
23 with the ████ family between the first Skype
24 meeting and the time you arrived on February
25 14, 2014?

Page 40

AMANDA HARDMAN

1
2          A.    Yes.
3          Q.    Do you recall exchanging
4  frequent emails with the ████ family during
5  that period of time?
6          A.    I don't remember.
7          Q.    Did you participate in any
8  additional Skype meetings during that period
9  of time with the ████?
10         A.    I don't remember.
11         Q.    Do you recall asking them any
12 questions about what your time with the family
13 would entail?
14         A.    No, I don't remember.
15         Q.    Do you recall asking the family
16 if they had ever had any au pairs prior to
17 you?
18         A.    Yes.
19         Q.    When do you recall that
20 conversation taking place?
21         A.    A few months into working with
22 them.
23         Q.    And do you recall if the
24 ████ prior au pairs had been matched with
25 them through APIA?

Page 41

AMANDA HARDMAN

1
2          A.    Yes.
3          Q.    Do you recall how many au pairs
4  the ████ had been matched with prior to you,
5  through APIA?
6          A.    No, I don't remember.
7          Q.    Do you recall what the family
8  told you about their prior experience with the
9  au pairs through APIA?
10         A.    No, I don't remember.
11         Q.    Do you recall if they stated
12 that they had had a positive experience with
13 au pairs through APIA?
14         A.    Yes.
15         Q.    You recall the ████ family
16 having had a positive experience with the
17 au pairs?
18         A.    Yes, they did have a positive
19 experience.
20         Q.    And what was your motivation
21 for joining the APIA program?
22         A.    I had been through -- I had
23 some friends -- not I had been through.
24 Sorry.  Let me start again.
25              I had some friends who had gone

Case 1:14-cv-03074-CMA-KMT Document 1085 filed 05/09/18 USDC Colorado Page 165 of 248

Page 42

AMANDA HARDMAN

1

2 over as au pairs through other companies who
3 came back and told me about what a great
4 program it was, and that if I wanted to see
5 more of America and to get out of the country
6 for a year or two years to do this program, as
7 it was from up until a specific age. But they
8 didn't say Au Pair In America specifically,
9 but they did say au pairing program.
10      Q.    How did you first learn of Au
11 Pair In America?
12      A.    I don't remember.
13      Q.    Did you have any friends who
14 had been au pairs through Au Pair In America,
15 prior to you?
16      A.    No.
17      Q.    So when you were matched with
18 the ▆▆▆ family was it your decision to
19 ultimately accept that match and be placed
20 with the family?
21      A.    Yes.
22      Q.    Would you agree that it had to
23 be a mutual decision between both you and the
24 ▆▆▆ family to accept the match through APIA?
25      A.    Yes.

Page 43

AMANDA HARDMAN

1

2      Q.    In other words you would agree
3 that in order for the placement to go forward
4 you would have to agree to be placed with the
5 host family and the host family would have to
6 agree to be placed with you, is that correct?
7      A.    Yes, that's correct.
8      Q.    Do you recall any APIA
9 representative telling you which family you
10 should match with?
11      A.    No.
12      Q.    Do you recall the process being
13 that an APIA representative would tell you
14 that you did potentially match with this
15 family but then ultimately it would be your
16 decision and the family's decision if the
17 placement goes forward, is that correct?
18      A.    Yes.
19      Q.    You testified earlier that you
20 have participated in a training session in
21 Tarrytown, New York in February 2014, correct?
22      A.    Yes.
23      Q.    Do you recall how long that
24 training session lasted?
25      A.    Yes.

Page 44

AMANDA HARDMAN

1

2      Q.    Was it over the course of one
3 day or more days?
4      A.    More days.
5      Q.    How many days did the training
6 in Tarrytown last?
7      A.    In Tarrytown, New York it
8 lasted two days.
9      Q.    Were they two full day
10 sessions?
11      A.    Yes.
12      Q.    And who conducted that training
13 in Tarrytown?
14      A.    I don't remember the lady's
15 name but it was by Au Pair In America.
16      Q.    Who else attended the training?
17      A.    Other au pairs that had come
18 in.
19      Q.    Do you recall approximately how
20 many other au pairs were in attendance at your
21 training session?
22      A.    No, I don't recall.
23      Q.    Do you recall if it was more
24 than 100 au pairs?
25      A.    No, I don't remember.

Page 45

AMANDA HARDMAN

1

2      Q.    Do you recall if it was fewer
3 than 100 au pairs?
4      A.    I don't remember.
5      Q.    Do you recall if it was a small
6 group of au pairs?
7      A.    No.
8      Q.    I'm just trying to --
9      A.    I recall it being a larger --
10      Q.    I'm sorry. Go ahead.
11      A.    It was a larger group, but I
12 don't remember the numbers.
13      Q.    But you recall it being a large
14 group of au pairs attending the training
15 session that you attended in February 2014, is
16 that correct?
17      A.    Yes.
18      Q.    And you recall the training
19 lasting two days, yes?
20      A.    Yes.
21      Q.    Can you briefly describe the
22 training that you received in Tarrytown,
23 New York?
24      A.    Yes.
25      Q.    What do you recall the training

Page 46

AMANDA HARDMAN

1
2  entailing?
3        A.    The training covered First Aid,
4  a broad sense of First Aid, and it covered
5  what not to do with the children, what to do,
6  what to expect with looking after the
7  children, their attitudes, their behaviors.
8  That's all I remember for now.
9        Q.    How many individuals conducted
10 the training session that you attended?
11       A.    I don't remember the exact
12 number.
13       Q.    Was it more than one individual
14 from APIA?
15       A.    Yes.  Sorry, do you mind if we
16 take a break?
17       Q.    No, absolutely.  How long do
18 you need?  Ten minutes?
19       A.    Yeah, ten minutes is fine.
20             MS. SCHMID:  Okay.  Great.  We
21 will -- it's 10:30 eastern now.  We'll
22 come back 10:40 eastern, Byron, and
23 ten minutes for your time zone.
24             THE WITNESS:  Thank you.
25             MS. SCHMID:  Thank you.

Page 47

AMANDA HARDMAN

1
2             MR. PACHECO:  Thank you.
3                     ---
4       (Recess from 10:28 to 10:41.)
5                     ---
6             MS. SCHMID:  We're back on the
7       record.
8  BY MS. SCHMID:
9        Q.    Ms. Hardman, we've just
10 returned from a break and I would just like to
11 remind you that you're still under oath.  Do
12 you understand?
13       A.    Yes.
14       Q.    And are you still in a private
15 room alone for purposes of taking -- or
16 providing your testimony today?
17       A.    Yes.
18       Q.    Thank you.  Prior to the break
19 you were referring to a counselor several
20 times, and I believe you were saying cluster
21 counselor, is that correct?
22       A.    That's correct.
23       Q.    Okay.  I just wanted to clarify
24 that for the record.  Thank you.  And prior to
25 the break you were testifying about the

Page 48

AMANDA HARDMAN

1
2  training session that you attended in
3  Tarrytown, New York in or around February
4  2014, correct?
5        A.    Yes, that's correct.
6        Q.    You testified that you received
7  training in First Aid, correct?
8        A.    Yes.
9        Q.    Prior to that training had you
10 ever received any training in First Aid?
11       A.    Yes.
12       Q.    When had you received the
13 training that you're referring to?
14       A.    In 2008.
15       Q.    Where did you receive that
16 training?
17       A.    In Eshowe, in South Africa.
18       Q.    And was that First Aid training
19 specific to child care?
20       A.    No.
21       Q.    That was general First Aid for
22 adults and children?
23       A.    Yes.
24       Q.    And in what capacity had you
25 received that training in South Africa?

Page 49

AMANDA HARDMAN

1
2        A.    I don't understand.  Sorry.
3        Q.    Did you receive it in
4  connection with any employment?
5        A.    No.  It was personal.
6        Q.    Prior to being placed with the
7  ███████ family had you ever provided any child
8  care services?
9        A.    Yes.
10       Q.    When had you provided those
11 services?
12       A.    It ranged between a couple of
13 years between 2008 and 2012.
14       Q.    And where had you provided
15 those services?
16       A.    In South Africa.
17       Q.    Were you employed as a
18 baby-sitter at that time?
19       A.    Yes.
20       Q.    Was that a full-time position?
21       A.    No.
22       Q.    How many hours per week did you
23 provide those baby-sitting services?
24       A.    I don't remember.
25       Q.    Was that something that you did

Movant's App. 000166

Page 50

AMANDA HARDMAN

1  
2  after school?
3       A.    No.
4       Q.    For whom did you provide those
5  services?
6       A.    For family friends.
7       Q.    Was it a paid position?
8       A.    Yes.
9       Q.    And do you recall how many
10  hours per week you would provide those
11  services to friends?
12       A.    Not exactly, no.
13       Q.    Were you a student at the time
14  you were providing those services?
15       A.    No.
16       Q.    Were you employed as something
17  other than a baby-sitter at the same time you
18  were providing those services?
19       A.    Yes.
20       Q.    Where were you employed?
21       A.    I was employed in varying, in
22  different jobs at the time.
23       Q.    Do you recall what you were
24  working as?
25       A.    I believe I was a waitress at

Page 51

AMANDA HARDMAN

1  
2  one point, and I was working as a receptionist
3  at another point.  I don't remember the rest
4  of it.
5       Q.    Had you received any formal
6  training in child care?
7       A.    No.
8       Q.    At any time to date have you
9  received any formal training in child care?
10       A.    No.
11       Q.    And the training that you
12  received in Tarrytown, New York in connection
13  with the APIA program, would you describe that
14  as general training in connection with, as you
15  said, what to do and what not to do while
16  living with the host family?
17       A.    Yes, to a point.
18       Q.    What do you mean by "to a
19  point"?
20       A.    For the most part it was
21  general.  For other parts it was very specific
22  for au pairs going to families with babies.
23  My family was not -- did not have babies, but
24  a lot of the girls did.  So there was a large
25  portion of the training that was specific to

Page 52

AMANDA HARDMAN

1  
2  babies and the care of babies.
3       Q.    Were you required to
4  participate in the portion of the program
5  specific to babies?
6       A.    Yes.
7       Q.    And do you recall what that
8  training entailed?
9       A.    No.
10       Q.    Do you recall if it involved
11  the care of infants, in particular?
12       A.    Yes.
13       Q.    Do you recall any training that
14  you received at that time that was specific to
15  your host family?
16       A.    Not by their name, no.
17       Q.    Would you describe the training
18  as being more general principles applicable to
19  any au pair living with any host family
20  through the program?
21       A.    Yes.
22       Q.    And sitting here today can you
23  describe some of the general principles that
24  you learned during the training session?
25       A.    Yes.

Page 53

AMANDA HARDMAN

1  
2       Q.    What do you recall learning?
3       A.    I recall learning child safety,
4  looking after children around swimming pools.
5  Being outdoors in summer.  Looking out for
6  dangers in animals, snakes and people from
7  time to time.  Crossing the roads with the
8  children, being aware of the surroundings.
9  It's mainly child safety that I remember,
10  because that's what I needed to take in for my
11  position with the ███████ family.  That's all I
12  can recall at the moment.
13       Q.    Do you recall during the
14  training session there being a discussion of
15  any stipend that you would receive while being
16  placed with the family?
17       A.    Yes.
18       Q.    What do you recall being told
19  about the stipend that you would receive
20  during your placement?
21       A.    I recall being told by Au Pair
22  In America that what we were told that we were
23  going to earn was what we were going to earn,
24  than we must not expect anything more than
25  that, and specifically, you know, asking the

Movant's App. 000167

AMANDA HARDMAN - 03/27/2018          Pages 54..57

Page 54

AMANDA HARDMAN

1 host families for more or expecting overtime
2 pay or anything like that. It was said at the
3 same time as we were also told not to expect
4 to be friends of the host family that we
5 worked for.
6       Q.    And do you recall what you were
7 told that the stipend amount would be?
8       A.    Yes.
9       Q.    What do you recall that amount
10 being?
11      A.    It was 175.95, or 195.75. I
12 might get the numbers mixed up.
13      Q.    And was that amount a weekly
14 stipend?
15      A.    Yes.
16      Q.    And do you recall having that
17 discussion with somebody from APIA during the
18 training session that you're describing?
19      A.    Yes.
20      Q.    Do you recall having that
21 discussion with anybody from APIA at any other
22 time before the training session that you
23 attended?
24      A.    Yes.

Page 55

AMANDA HARDMAN

1       Q.    When do you recall having that
2 discussion?
3       A.    During my first interviews with
4 Au Pair In America here in South Africa.
5       Q.    When did those first interviews
6 take place?
7       A.    The first interview was
8 beginning of 2013.
9       Q.    Was that an in-person
10 interview?
11      A.    No. It was Skype.
12      Q.    And who participated in that
13 interview?
14      A.    The Au Pair In America
15 representative from the Capetown office, and
16 myself.
17      Q.    It was a one-on-one interview?
18      A.    Yes.
19      Q.    Do you recall the individual's
20 name?
21      A.    No, I don't recall.
22      Q.    Do you recall how long the
23 interview lasted, approximately?
24      A.    Yes.

Page 56

AMANDA HARDMAN

1       Q.    Approximately how long did that
2 interview last?
3       A.    Approximately half an hour.
4       Q.    And do you recall asking how
5 much money you would earn while being placed
6 with the host family?
7       A.    No, I don't recall asking,
8 because it was really told to me. They had
9 offered that information to me.
10      Q.    So you recall during that first
11 interview in 2013 the APIA representative
12 disclosing the information about the stipend
13 to you, is that correct?
14      A.    Yes.
15      Q.    And you recall the APIA
16 representative telling you during that time
17 that you would receive approximately $195.75
18 as a weekly stipend, is that correct?
19      A.    She said that that's what I
20 would be receiving.
21      Q.    And do you recall the
22 representative telling you that that amount
23 would be paid to you by the host family with
24 whom you were placed?

Page 57

AMANDA HARDMAN

1       A.    No, I don't recall her saying
2 that.
3       Q.    What was your understanding of
4 who would be paying that amount?
5       A.    At the time I don't actually
6 remember what my full understanding was. I
7 knew that money was going to come into me once
8 a week, but I don't remember if I knew that it
9 was coming from the host family or whether it
10 was coming from the agency.
11      Q.    And you recall during that
12 first interview the representative telling you
13 that you should not expect more than that
14 weekly stipend amount?
15      A.    No, that happened during
16 training.
17      Q.    Do you recall during that first
18 interview the representative telling you that
19 that was the minimum weekly stipend that you
20 would be eligible to receive, but that you
21 could be eligible to receive more?
22      A.    No.
23      Q.    So getting back to the training
24 session in Tarrytown. Was that the next time

Movant's App. 000168

Page 58

AMANDA HARDMAN

1
2  you recall anybody from APIA having a
3  discussion with you about the weekly stipend
4  that you would receive while being placed with
5  the host family?
6         A.    Yes.
7         Q.    And it was during that
8  discussion that you recall the representative
9  stating that you would receive $195.75 as a
10 weekly stipend and that you should not expect
11 to receive more, is that correct?
12        A.    That's correct.
13        Q.    At that time do you recall
14 anyone from APIA stating that while you should
15 not expect to receive more, you could receive
16 more?
17        A.    No.
18        Q.    And at that time during
19 training do you recall anyone from APIA
20 telling you who would pay the weekly stipend?
21        A.    No, I don't recall.
22        Q.    Was it your understanding at
23 that time during the training that it would be
24 your host family who would be paying that
25 stipend amount?

Page 59

AMANDA HARDMAN

1
2         A.    No, I'm not sure.  I don't
3  remember.
4         Q.    Did you understand during the
5  training session how that weekly stipend
6  amount came to be set?
7         A.    I understood that it was set by
8  the company through Au Pair -- well, the
9  company being Au Pair In America.
10        Q.    And what led you to believe
11 that that stipend amount was set by APIA?
12        A.    That's what it said on the
13 website.
14        Q.    When did you read the website?
15        A.    When I first applied.
16        Q.    And that was in 2012?
17        A.    Yes.
18        Q.    And you recall in 2012 seeing
19 on the APIA website a disclosure regarding the
20 weekly stipend?
21        A.    I don't remember if it was a
22 disclosure, but I do remember it stating that
23 that's what we would be paid on a weekly
24 basis.
25        Q.    And do you recall the website

Page 60

AMANDA HARDMAN

1
2  stating that that amount was set by APIA?
3         A.    No, I don't recall that.
4         Q.    Do you recall the website
5  stating that the weekly stipend was set by any
6  regulations?
7         A.    No, I don't remember.
8         Q.    When you attended the training
9  session in Tarrytown did you speak with any
10 other au pairs who previously had worked as
11 au pairs in the United States?
12        A.    No.
13        Q.    Do you recall speaking with
14 anyone other than the APIA representative at
15 the training session regarding the weekly
16 stipend amount?
17        A.    No.
18        Q.    And you stated that during the
19 training session you recall the APIA
20 representative telling you, or telling the
21 au pairs in attendance that you should not
22 expect more than the weekly stipend amount, is
23 that correct?
24        A.    That is correct.
25        Q.    Do you recall the APIA

Page 61

AMANDA HARDMAN

1
2  representative at that time stating that you
3  were prohibited from accepting more than the
4  weekly stipend?
5         A.    She did not say that we were
6  prohibited.
7         Q.    When you were living with the
8  ███ family do you recall what stipend amount
9  you received?
10        A.    Yes.
11        Q.    What was that amount?
12        A.    They chose to round it out to
13 $200 a week.
14        Q.    During the two-year period of
15 time when you lived with that host family did
16 the stipend amount ever change?
17        A.    No.
18        Q.    And do you recall how you
19 received that stipend while living with the
20 ███ family?
21        A.    Yes.
22        Q.    How did you receive that
23 amount?
24        A.    Weekly transactions into my
25 bank account at the time.

Movant's App. 000169

Page 62

AMANDA HARDMAN

2  Q.  So while living with the _____
3  you received the weekly stipend directly
4  deposited into your bank account?
5  A.  That's correct.
6  Q.  And was the amount that you
7  received a flat amount of $200 U.S. dollars?
8  A.  It wasn't a flat amount of $200
9  U.S. dollars.  My salary was $200 -- or my
10  weekly pay was $200.  They put in an extra 30
11  for petro, for driving the kids around.  But
12  that wasn't for my personal use.  That was
13  for, specifically for the car for the
14  children.
15  Q.  So you received while living
16  with the _____ $200 each week as a stipend
17  amount, is that correct?
18  A.  Yes.
19  Q.  And then you recall receiving,
20  in addition to that, $13 to account for
21  gasoline for driving the children around, is
22  that correct?
23  A.  Three zero, yes.
24  Q.  So $30 U.S. dollars?
25  A.  30.  It was only for the

Page 63

AMANDA HARDMAN

2  children, though.
3  Q.  Did you receive any additional
4  amounts of money from the _____ family while
5  living with them during that two-year period?
6  A.  No.
7  Q.  Did you receive any gifts from
8  the _____?
9  A.  Yes.
10  Q.  What do you recall receiving in
11  the way of gifts?
12  A.  I remember receiving a birthday
13  gift and a Christmas gift from them for each
14  birthday and Christmas that I was there.  I do
15  not recall what the gifts were.
16  Q.  Do you recall if the _____
17  provided you with a cell phone while you were
18  living with them?
19  A.  Yes.
20  Q.  Did the _____ purchase the
21  cell phone for you?
22  A.  I don't -- no, they did not.
23  Q.  You recall that you purchased
24  the cell phone?
25  A.  No. The cell phone -- sorry.

Page 64

AMANDA HARDMAN

2  The cell phone was purchased by them but not
3  specifically for me.  It was a hand down.
4  Q.  But you recall that the _____
5  provided you with a cell phone for use during
6  the two-year period that you lived with them?
7  A.  Yes.
8  Q.  And do you recall if they also
9  paid for the phone plan while you were living
10  with them during that two-year period?
11  A.  Yes.
12  Q.  And you testified earlier that
13  you would eat dinner each night from Monday
14  through Friday with the children, is that
15  correct?
16  A.  Yes.
17  Q.  Did you ever eat any other
18  meals at the home?
19  A.  Yes.
20  Q.  How frequently would you eat at
21  the home?
22  A.  Almost every day.
23  Q.  Would you eat every meal at the
24  home?
25  A.  No.

Page 65

AMANDA HARDMAN

2  Q.  Which meals would you eat at
3  the home while living with the _____?
4  A.  I don't recall the exact meals
5  on every day, but I would say it would be
6  mainly lunch and dinner.
7  Q.  Did the family provide you with
8  meals each day?
9  A.  Yes.
10  Q.  So you recall that you were
11  permitted to eat whichever meals you chose to
12  eat while you were living with the _____?
13  A.  Yes.
14  Q.  Were you required to purchase
15  the food?
16  A.  No.
17  Q.  The _____ family purchased the
18  groceries and you were permitted to use them?
19  A.  Yes.
20  Q.  Were you permitted to use the
21  car for personal use?
22  A.  Yes.
23  Q.  Do you recall if you did use
24  the car for personal use?
25  A.  Yes.

Movant's App. 000170

Page 66

AMANDA HARDMAN

2    Q.    How frequently would you use
3 the car while living with the ████ for
4 personal use?
5    A.    Approximately a few times a
6 week.
7    Q.    And were you required to pay
8 for the gasoline?
9    A.    For personal use, yes.
10    Q.    How many cars did the ████
11 family have while you were living with them?
12    A.    Initially, three.  And the
13 second year they moved down to two cars.
14    Q.    Was there one car always
15 available for your personal use?
16    A.    Yes.
17    Q.    Did the ████ provide you with
18 any entertainment expense account?
19    A.    No.
20    Q.    And you stated earlier that you
21 never traveled with the family, is that
22 correct?
23    A.    No, not with the family.
24    Q.    Did the family ever reimburse
25 you for any travel expenses?

Page 67

AMANDA HARDMAN

2    A.    No.
3    Q.    Do you recall if the family
4 ever reimbursed you for any other expenses
5 that we haven't spoken about yet?
6    A.    Not that I can remember.
7    Q.    So during that two-year period
8 you recall receiving $230 each week, and $200
9 was intended to be your stipend, $30 was
10 intended to be used for gasoline while you
11 were driving the car for the children, is that
12 correct?
13    A.    That is correct.
14    Q.    Do you recall if there were
15 weeks when you did not have a need to put the
16 entire $30 towards gasoline for the children's
17 use?
18    A.    No, I don't recall that.
19    Q.    And at the time that you were
20 receiving the stipend while living with the
21 ████ did you understand that it was the
22 ████ who were paying you the stipend?
23    A.    At the time, yes.
24    Q.    And you testified that you
25 understood that it was the ████ who chose to

Page 68

AMANDA HARDMAN

2 round up to $200 per week rather than $195.75
3 per week, is that correct?
4    A.    Yes.
5    Q.    And did you understand that you
6 were permitted to accept the extra difference
7 between $200 and $195.75 per week?
8    A.    Yes.
9    Q.    Did you ever discuss the
10 stipend amount with the ████ family?
11    A.    No.
12    Q.    Do you recall if the ████
13 family ever discussed the amount with you?
14    A.    No.
15    Q.    Do you recall if at any time
16 the ████ ever discussed with you the
17 monetary amount that you would receive during
18 the two-year period that you would be living
19 with them?
20    A.    No.
21    Q.    And when do you first recall
22 discussing what your schedule would be with
23 the ████ family?
24    A.    Within my first week of being
25 at their house.

Page 69

AMANDA HARDMAN

2    Q.    Who initiated that discussion?
3    A.    Mr. ████.
4    Q.    And what do you recall
5 Mr. ████ saying at that time?
6    A.    He told me when the kids would
7 be ending school, what time they would start
8 school, and the times that had been arranged
9 to meet up with the tutor for the extra
10 lessons, and for the karate lessons.  He told
11 me what time they started and ended.
12    Q.    Do you recall if during that
13 conversation he told you approximately how
14 many hours per week you would be expected to
15 care for the children?
16    A.    No.
17    Q.    Do you recall being provided
18 with a written schedule at any time by the
19 ████?
20    A.    Yes.
21    Q.    When were you provided with
22 that schedule?
23    A.    Within the first week of my
24 arrival.
25    Q.    And who provided that to you?



Page 70

AMANDA HARDMAN

2      A.   Their confirmed schedule was
3 given to me by Mr. ████.
4      Q.   Was the schedule that Mr. ████
5 provided to you consistent with what he had
6 described during that first conversation?
7      A.   Yes.
8      Q.   Do you have a copy of that
9 schedule that Mr. ████ provided to you?
10     A.   No.
11     Q.   Have you provided a copy of
12 that schedule to your attorney at any point
13 during this lawsuit?
14     A.   No.
15     Q.   Was your schedule with the
16 ████ family determined by the ████?
17     A.   Parts of it, yes.
18     Q.   What do you mean by parts of
19 it?
20     A.   For what the ████ could
21 schedule, that was determined by them.  For
22 other parts of it it was determined by the
23 tutor, for instance, or the karate.  They had
24 no say on what time those events would start.
25     Q.   Did APIA in any way participate

Page 71

AMANDA HARDMAN

2 in the determination of your schedule?
3      A.   They gave guidelines on what
4 the schedule should look like, or how it could
5 look like, which was very similar to the way
6 the schedule was.
7      Q.   And those were the guidelines
8 you referred to earlier that were provided to
9 you before you began living with the ████,
10 is that correct?
11     A.   That's correct.
12     Q.   But the actual schedule that
13 was provided to you by Mr. ████, is that your
14 understanding that that was determined by
15 Mr. and Mrs. ████?
16     A.   Yes.
17     Q.   And that schedule was specific
18 to the family's needs, is that correct?
19     A.   That's correct.
20     Q.   Do you recall if any APIA
21 representative ever observed you taking care
22 of the children?
23     A.   No.
24     Q.   You don't recall or it didn't
25 happen?

Page 72

AMANDA HARDMAN

2      A.   I don't recall it happening.
3      Q.   And do you recall if the ████
4 ever tracked the number of hours that you were
5 taking care of the children?
6      A.   No.
7      Q.   You don't recall?
8      A.   They did not record the amount
9 of hours.
10     Q.   Did you record the actual
11 number of hours that you took care of the
12 children?
13     A.   No.
14     Q.   Did you record the actual
15 number of hours that you cleaned the house?
16     A.   No.
17     Q.   Did the ████ track the actual
18 number of hours that you provided any of those
19 services?
20     A.   No.
21     Q.   During the summer months were
22 the children still in school?
23     A.   No, not normal school.
24     Q.   Were they in any schooling
25 activities?

Page 73

AMANDA HARDMAN

2      A.   I don't know if summer school
3 counts.
4      Q.   Did the children attend summer
5 school during the two summers when you were
6 living with the family?
7      A.   Yes.
8      Q.   Do you recall what the hours of
9 schooling were at that time?
10     A.   Yes.
11     Q.   What were those hours?
12     A.   They were approximately from 8
13 o'clock in the morning until 12 midday.
14     Q.   And do you recall if both
15 children attended summer school?
16     A.   No. Only one.
17     Q.   Was it the boy or the girl?
18     A.   The girl.
19     Q.   And what did the boy do during
20 those hours?
21     A.   Various activities.
22     Q.   Do you recall what those
23 activities were?
24     A.   Yes.
25     Q.   Which activities?

Page 74

AMANDA HARDMAN

1
2     A.    They would range between play
3  dates with other children, where I would then
4  look after him, and the other child would come
5  to the house, or I would then take him to the
6  library or to the park or riding; basically
7  whatever activity we could fit in during the
8  time, we would.
9     Q.    Would you then pick up the girl
10 from summer school around 12 p.m.?
11    A.    Yes.
12    Q.    And what would you do with the
13 children for the remainder of the afternoon?
14    A.    We would do varying activities,
15 again like I did with the little boy.  Either
16 go to the library, go watch a movie.  Possibly
17 have their friends over for a play date.  Go
18 to the park, water park.  It varied.
19    Q.    What time would Mr. and
20 Mrs. ▓▓▓ get home from work on an average
21 weekday?
22    A.    About 7 p.m.
23    Q.    And once they returned home
24 from work did you have your nights free?
25    A.    Yes, if they were home.

Page 75

AMANDA HARDMAN

1
2     Q.    And you stated that you began
3  living with the ▓▓▓ in February 2014,
4  correct?
5     A.    That's correct.
6     Q.    And when did your placement
7  with the family end?
8     A.    In March 2016.
9     Q.    During that two-year period do
10 you recall any APIA counselors visiting the
11 home to assess the placement?
12    A.    Yes.
13    Q.    When did that first visit
14 occur, if you can recall?
15    A.    The first visit was within the
16 first month of my being in Virginia, so in
17 February 2014.
18    Q.    And can you describe that
19 visit, please?
20    A.    Yes.
21    Q.    What do you recall occurring
22 during the visit?
23    A.    I recall the cluster counselor
24 arriving to the house, greeting Mrs. ▓▓▓ and
25 myself, and then we moved to the dining room

Page 76

AMANDA HARDMAN

1
2  where she then explained, she gave me
3  information about the area, what to expect
4  with the chores, and she gave me the
5  guidelines with the schedule.
6         She told me about the cluster
7  counselor meetings, and more or less when they
8  would be happening and how they would happen.
9  Let me know by email me.  That's what I
10 remember.  Oh, I know we had to sign a
11 document to say that she had met up with us.
12    Q.    And you recall this visit
13 taking place within your first month of being
14 placed with the family?
15    A.    Yes.
16    Q.    So it would have been in
17 approximately February 2014?
18    A.    Yes.
19    Q.    Do you recall the counselor
20 asking you how many hours per week you were
21 working?
22    A.    No, I don't recall that.
23    Q.    Do you recall the
24 representative asking how many hours per week
25 you were providing any child care services?

Page 77

AMANDA HARDMAN

1
2     A.    No. I don't recall.
3     Q.    Do you recall the counselor
4  generally asking you what types of
5  responsibilities you had?
6     A.    I don't recall her asking, no.
7     Q.    Do you recall sharing with the
8  counselor at that time what your
9  responsibilities were?
10    A.    No.
11    Q.    And do you recall the counselor
12 asking you what your average schedule looked
13 like?
14    A.    No.
15    Q.    So what do you recall
16 discussing at that time with the counselor?
17    A.    I recall her saying that, um --
18 I recall discussing if I had any complaints or
19 queries, and how to contact her and how to go
20 about -- how to go about complaining, if I
21 needed to complain, about the family if I had
22 an issue with the family, if I needed to
23 rematch, I would need to contact her.  If I
24 had any other issues within my working
25 environment, that I would need to contact her.

Movant's App. 000173

Page 78

AMANDA HARDMAN

1
2  Or -- yeah, that's pretty much what we
3  discussed.
4        Q.    During your two years of living
5  with the family how many other counselor
6  visits do you recall there being?
7        A.    After the initial visit, I
8  recall there being one other.
9        Q.    And when do you recall that
10  visit taking place?
11        A.    During my second year, about
12  February 2015.
13        Q.    So you recall that visit taking
14  place approximately one year after the first
15  visit?
16        A.    Yes.
17        Q.    Do you recall if it was the
18  same counselor?
19        A.    Yes.
20        Q.    And during that second visit
21  did the counselor ask you any additional
22  questions different from the first visit?
23        A.    Yes.
24        Q.    What do you recall the
25  counselor asking you during the second visit?

Page 79

AMANDA HARDMAN

1
2        A.    She asked me if I was happy
3  with the family, if I was happy to stay with
4  the same host family, if I did not want to
5  move.
6              She then asked me about working
7  hours.  They were very brief questions,
8  because she had sent me emails once a month
9  asking about my hours, of whether I was happy
10  and how things were going.  So we had a
11  constant communication.
12        Q.    So between the counselor's
13  first visit and this second visit she had
14  emailed you once a month asking specific
15  questions about your experience with the host
16  family and about your working hours, is that
17  correct?
18        A.    That's correct.
19        Q.    And what do you recall telling
20  the counselor in response to those questions
21  by email?
22        A.    I recall giving her an
23  approximate working hours during the week, and
24  reporting back that I was happy with the host
25  family and with the children, and that I did

Page 80

AMANDA HARDMAN

1
2  not have any complaints with the host family
3  or children.  That's what I remember at this
4  moment in time.
5        Q.    Do you recall what you told the
6  counselor your number of hours per week of
7  work were at that time?
8        A.    Yes.
9        Q.    What did you tell the
10  counselor?
11        A.    I recall telling her that I
12  worked approximately five to six hours a day
13  for about five days a week.
14        Q.    You recall telling her that you
15  worked approximately five to six hours per day
16  five days per week?
17        A.    Yes.
18        Q.    Do you recall what the
19  counselor's response was to your schedule?
20        A.    No, I don't recall.
21        Q.    Do you recall if you were
22  satisfied with your schedule with the family?
23        A.    Yes.
24        Q.    You were satisfied?
25        A.    Yes.

Page 81

AMANDA HARDMAN

1
2        Q.    When the counselor visited did
3  she also meet separately with the host family?
4        A.    No, she did not meet separately
5  with them.
6        Q.    And you stated that the
7  counselor asked you during the second visit if
8  you were happy with the host family or if you
9  wanted to match with a separate family, is
10  that correct?
11        A.    That's correct.
12        Q.    And do you recall what you told
13  the counselor at that time?
14        A.    Yes.
15        Q.    And what was your response?
16        A.    That I was happy with the
17  family at the time, and that I did not want to
18  move to a different family.
19        Q.    Are you still in communication
20  with the ▇▇▇▇ family?
21        A.    Not really, no.
22        Q.    When was the last time you
23  spoke with the ▇▇▇▇?
24        A.    Over Christmas.
25        Q.    Did you speak by phone or did

Page 82

AMANDA HARDMAN

1
2  you exchange Christmas cards?
3          A.    We sent a message via Facebook.
4          Q.    Did you have any complaints
5  while living with the host family?
6          A.    Not towards the host family,
7  no.
8          Q.    Did you have complaints about
9  the APIA program while living with the host
10  family?
11          A.    Not at the time, no.
12          Q.    So during the two-year period
13  while living with the ███████ family you did not
14  have any complaints about the APIA program?
15          A.    No.
16          Q.    And you stated that you
17  exchanged monthly emails with your counselor,
18  is that correct?
19          A.    That's correct.
20          Q.    Do you still have copies of
21  those emails?
22          A.    No.
23          Q.    Did you delete those emails?
24          A.    Yes.
25          Q.    When did you delete those

Page 83

AMANDA HARDMAN

1
2  emails?
3          A.    Last year sometime.
4          Q.    Did you delete those emails
5  prior to learning about this lawsuit?
6          A.    Yes.
7          Q.    And aside from your counselor
8  did you have contact with any other APIA
9  representative during your participation in
10  the program?
11          A.    No, not that I can recall.
12          Q.    Do you recall your counselor's
13  name?
14          A.    Yes.
15          Q.    What is her name?
16          A.    Jennifer Minetti.
17          Q.    Are you still in touch with
18  Miss Minetti?
19          A.    No.
20          Q.    Would you describe your
21  relationship with Miss Minetti during your
22  participation in the program as a good one?
23          A.    Yes.
24          Q.    And aside from the monthly
25  emails that you exchanged with Miss Minetti

Page 84

AMANDA HARDMAN

1
2  during your time in the program did you have
3  any other contact with Miss Minetti?
4          A.    Yes.
5          Q.    What contact did you have with
6  Miss Minetti?
7          A.    I would see her at the cluster
8  meetings if I went to them once a month.
9          Q.    What are cluster meetings?
10          A.    Cluster meetings are organized
11  meetings by Au Pair In America.  The cluster
12  counselor of the area would then invite other
13  au pairs to come in and meet each other and
14  talk about issues that they have or tax that
15  needs to be sorted out or summer events coming
16  up, what to do with the children or any
17  complaints or queries that they have with the
18  cluster counselor, with the family or with the
19  program itself.
20          Q.    And those are meetings that are
21  held monthly?
22          A.    Yes.
23          Q.    How frequently did you attend
24  those meetings?
25          A.    Not often.

Page 85

AMANDA HARDMAN

1
2          Q.    Why is that?
3          A.    After my first two months it
4  happened sometimes where I could not make it
5  to cluster meetings sometimes because I was
6  working either late with the kids or had
7  scheduling issues for myself, and then towards
8  my second year a lot of the information given
9  to au pairs during the cluster meetings was
10  information that I had already received, so I
11  didn't have a full need to go back to every
12  cluster meeting.
13          Q.    Was Miss Minetti accessible by
14  email if you did have any questions?
15          A.    Yes.
16          Q.    And did you ever reach out to
17  her with any questions?
18          A.    Yes.
19          Q.    What do you recall reaching out
20  to her to ask about?
21          A.    I remember asking her about the
22  medical aid and doctors to go and see when I
23  was sick with flu.
24          Q.    Do you recall if Miss Minetti
25  provided you with the information that you

Movant's App. 000175

Page 86

AMANDA HARDMAN

1
2  required?
3          A.    Yes.
4          Q.    Do you recall ever asking Miss
5  Minetti about the weekly stipend?
6          A.    No.
7          Q.    And do you recall ever telling
8  her that you were receiving $200 per week from
9  the host family?
10         A.    No.
11         Q.    And during any of the monthly
12 emails that you exchanged with Miss Minetti do
13 you recall her asking what stipend you were
14 receiving?
15         A.    No.
16         Q.    Do you recall her ever asking
17 anything about monetary amounts that you were
18 receiving?
19         A.    No, I don't recall.
20         Q.    Do you recall discussing with
21 Miss Minetti at any point in time during your
22 placement anything involving expenses or the
23 need for money?
24         A.    I don't recall.
25         Q.    When you were placed with the

Page 87

AMANDA HARDMAN

1
2  ████ family did you have any rules to follow
3  during the placement?
4          A.    Yes.
5          Q.    What were those rules?
6          A.    I was to not bring back any
7  visitors without discussing it with the host
8  family prior to the person coming to visit.
9              They had similar rules that Au
10 Pair In America had, that they had given to
11 us, like not smoking.  That was one of their
12 rules.
13         Q.    That was one of the ████
14 rules?
15         A.    It was one of the ████ rules
16 and one of Au Pair In America's rules.  They
17 both had the same rules for that.
18             I don't recall all the others.
19 I just remember those two specifically.
20         Q.    So would you describe those as
21 general guidelines set by APIA?
22         A.    Yes.
23         Q.    And would you also say that
24 those were rules of the household, the
25 household?

Page 88

AMANDA HARDMAN

1
2          A.    Yes.
3          Q.    Did the ████ have additional
4  household rules that you had to follow while
5  living there?
6          A.    Yes.
7          Q.    And do you recall any of those
8  rules, sitting here today?
9          A.    Not at this moment in time.
10         Q.    Were there specific rules that
11 the ████ set with regard to child care?
12         A.    Yes.
13         Q.    Do you recall any of those
14 specific rules?
15         A.    No, not at the moment.
16             THE WITNESS:  Do you mind if we
17 take a ten minute break again?
18             MS. SCHMID:  Not at all.
19             THE WITNESS:  Okay.  Great,
20 thanks.
21                   ---
22 (Recess from 11:36 to 11:49.)
23                   ---
24 BY MS. SCHMID:
25         Q.    Welcome back.  Again, I will

Page 89

AMANDA HARDMAN

1
2  remind you that you're under oath, and we've
3  just returned from break.
4              Ms. Hardman, earlier today I
5  had asked you some questions about child care
6  training that you had received or if you had
7  ever worked, provided child care services
8  before and I believe you testified that you
9  had received First Aid training in or around
10 2008 in South Africa, is that correct?
11         A.    That's correct.
12         Q.    For the record, would you mind
13 spelling the town in South Africa in which you
14 received that training?
15         A.    Sure.  It's E-S-H-O-W-E.
16         Q.    Thank you.  And throughout
17 today we talked a bit about the services that
18 you provided and at times we've used the
19 phrase "work" and how many hours per week you
20 have worked.
21             What is your understanding of
22 the phrase "worked"?
23         A.    As an au pair?
24         Q.    Yes.
25         A.    My understanding of it was, um,

Movant's App. 000176

Page 90

```
1                  AMANDA HARDMAN
2  looking after the children, working for the
3  company, looking after the children, making
4  sure that they were safe, that they got to
5  their activities that they needed to get to.
6  Making sure that they were fed.  Yeah.
7          Q.    So let's take an average Monday
8  while you were living with the ████ family.
9  What did you consider your hours of work on an
10 average Monday with the ████?
11         A.    On an average Monday I would
12 wake the children up at about 6:30 and make
13 sure that they were getting up, getting
14 dressed and getting themselves brushed teeth,
15 washed faces.  They would then come down for
16 breakfast and they would sort themselves out
17 for breakfast while I would make their lunch
18 for school.
19               By this point I would have made
20 their lunches, made sure that their school
21 bags have gotten all of their books inside,
22 all their homework, anything that they needed
23 for school during the school day.  I made sure
24 all of their projects were together by their
25 school bags, and then we would walk up to the
```

Page 91

```
1                  AMANDA HARDMAN
2  bus stop, the three of us, sometimes with the
3  dog, sometimes not with the dog.
4               And then they would go off to
5  school and I would go back to the house and
6  clean up the kitchen after the breakfast,
7  utensils and the lunch making and everything.
8               And then I had a few hours
9  spare where I could either do the necessary
10 housework for the kids at the time, so bedding
11 that needed to be cleaned or clothes or rooms
12 that needed to be vacuumed and sorted out,
13 bathrooms that needed to be sorted out, or go
14 down to the basement where they had a TV
15 lounge area and clean that up.
16               And then I would wait for the
17 kids to get back from school, for school to
18 end at around 3, 3:30, whatever time they
19 ended at school, and then if they had an
20 afternoon activity I would then have a snack
21 prepared for them and drive them to the
22 activity that they needed to be at.  Sometimes
23 it would last an hour, sometimes it would last
24 two hours.  Come back, do whatever extra
25 homework they needed to do at the house.  Make
```

Page 92

```
1                  AMANDA HARDMAN
2  dinner if I hadn't already made it, and then
3  get them ready for bed.
4          Q.    Would you assist the children
5  with their homework?
6          A.    Yes.
7          Q.    And if the children were in
8  school or at an after school activity and you
9  were at home but not cleaning or preparing a
10 meal did you consider that to be work time?
11         A.    Yes.
12         Q.    And why is that?
13         A.    Because the time between the
14 kids' activities, the kids going to the
15 activity and the kids going back from the
16 activity wasn't necessarily a long enough time
17 for me to do other things, whether it be go to
18 town or meet up with friends or watch a movie.
19 That was just space in between looking after
20 the children, fetching them and caring for
21 them with their activities.
22         Q.    And if Mr. and Mrs. ████ were
23 home and they were playing with their children
24 but you were, let's say just in the living
25 room watching TV, did you consider that to be
```

Page 93

```
1                  AMANDA HARDMAN
2  work time?
3          A.    Not during working hours, no.
4          Q.    And you testified earlier that
5  when you communicated with Miss Minetti during
6  your placement with the family you informed
7  her that on average you worked five to six
8  hours per day five days per week, is that
9  correct?
10         A.    Approximately, yes.
11         Q.    Were there times when you
12 worked fewer hours per day?
13         A.    There were times, yes.
14         Q.    And there were times when you
15 worked greater than five to six hours per day?
16         A.    Yes.
17         Q.    But on average that was your
18 weekly schedule, yes?
19         A.    Approximately, yes.
20         Q.    Immediately prior to today's
21 deposition I forwarded three documents to your
22 attorney which I have marked as exhibits.  If
23 you were sitting here in the conference room
24 with me I would present them to you in person
25 but because we are doing this remotely that
```

Movant's App. 000177

AMANDA HARDMAN - 03/27/2018          Pages 94..97

Page 94

                AMANDA HARDMAN
1
2    was my only means of getting them to you.
3               Did your attorney share those
4    with you by email?
5         A.    Yes.
6         Q.    Okay.  That helps.  So are you
7    able -- I've also provided your attorney with
8    a copy, of course.  But are you able to review
9    a document if I refer to it as exhibit 1 and
10   that would be a document that I did provide to
11   your attorney before today's deposition?
12        A.    Okay.  Then I would ask you,
13        Q.    Okay.  Then I would ask you,
14   and your attorney as well, to review the
15   document that I have provided to him today,
16   which is marked as Hardman exhibit 1.
17        A.    Okay.
18              ---
19              (Hardman Exhibit 1, document
20              captioned Notice of Your Right to Join
21              Lawsuit For Unpaid Wages, four pages,
22              was marked for identification)
23              ---
24   BY MS. SCHMID:
25        Q.    Again just for the record

Page 95

                AMANDA HARDMAN
1
2    that's a document that's captioned Notice of
3    Your Right to Join Lawsuit For Unpaid Wages.
4    And when you have that available please let me
5    know.
6         A.    I have it available.
7         Q.    I would like you to take a
8    moment and review that document, and when
9    you're ready just let me know.
10              (The witness reviews document.)
11   BY MS. SCHMID:
12        Q.    Have you had a chance to review
13   this document?
14        A.    Yes.
15        Q.    Have you seen this document
16   before?
17        A.    Not that I can recall.
18        Q.    So prior to today's deposition,
19   sitting here today you don't recall reviewing
20   this document, notice of your right to join
21   lawsuit for unpaid wages?
22        A.    No, not that I can remember.
23        Q.    Do you recall in connection
24   with this lawsuit ever receiving a notice
25   about the lawsuit by email or by social media?

Page 96

                AMANDA HARDMAN
1
2         A.    Yes.
3         Q.    How did you receive the notice
4    of this lawsuit?
5         A.    I received notice via email.
6         Q.    And do you recall when you
7    received that notice?
8         A.    No, I don't remember.
9         Q.    Do you recall from whom you
10   received that notice?
11        A.    No, I don't remember.
12        Q.    Do you recall if the notice was
13   sent by your current attorney's law firm?
14        A.    I'm not sure.
15        Q.    And at the time you received
16   that notice by email do you recall reading it?
17        A.    Um, I don't remember if I read
18   it.
19        Q.    Do you recall if the notice
20   that you received by email was similar to the
21   notice that's been marked as exhibit 1?
22        A.    It looks similar.
23        Q.    After you received that notice
24   by email do you recall being contacted by any
25   attorneys in connection with this lawsuit?

Page 97

                AMANDA HARDMAN
1
2         A.    Yes.
3         Q.    And without revealing the
4    contents of any communications, which would be
5    privileged, do you recall when that contact
6    would have taken place?
7         A.    No, I don't remember.
8         Q.    Do you recall responding to the
9    email that you received regarding the notice
10   of this lawsuit?
11        A.    Yes.
12        Q.    And when did you respond to
13   that email?
14        A.    I don't remember.
15        Q.    But you don't recall reading
16   the notice that was provided to you in that
17   email?
18        A.    I don't remember if I did or if
19   I did not.
20        Q.    Do you recall why you would
21   have responded to that email if that's the
22   case?
23        A.    Yes.
24        Q.    Why would you have responded to
25   that email if you're not sure if you had read

Movant's App. 000178

Page 98

AMANDA HARDMAN

1 the contents of the notice?
2     Q.    Do you recall if you forwarded
3         A.    I responded to the email
4 because when I received the email with the
5 notice I wasn't entirely sure what it was
6 about, and I spoke to my host mother, or
7 former host mother, ████████, and she then
8 said to me to go ahead with the lawsuit, to
9 join it.
10     Q.    Do you recall if you forwarded
11 the email to your host mother?
12     A.    No.
13     Q.    You don't recall?
14     A.    I didn't forward the email to
15 her.
16     Q.    Do you recall what you
17 discussed with your host mother about the
18 email that you had received?
19     A.    Yes.
20     Q.    What do you recall telling her
21 at that time?
22     A.    I remember telling her that I
23 had received this email, that it seemed to be
24 a lawsuit in progress, I wasn't sure at the
25 time if it would affect her or Mr. ████, or

Page 99

AMANDA HARDMAN

1
2 whether or not I should be joining the
3 lawsuit.  And she had given me advice on her
4 thoughts and her opinions on it.
5     Q.    Do you recall if your host
6 mother at that time was aware that a
7 lawsuit -- that this lawsuit was pending?
8     A.    Yes.
9     Q.    Your host mother already was
10 aware of this lawsuit at that time?
11     A.    Yes.
12     Q.    And your host mother was aware
13 of the claims that had been made against APIA
14 and other sponsors?
15         MR. PACHECO:  Object to the
16 form.
17 BY MS. SCHMID:
18     Q.    At that time do you recall if
19 your host mother was aware of the claims that
20 had been alleged against APIA?
21     A.    Yes.
22     Q.    And do you recall if you had a
23 telephone conversation with your host mother
24 at that time?
25     A.    Yes.

Page 100

AMANDA HARDMAN

1
2     Q.    You did have a telephone
3 conversation?
4     A.    Yes.
5     Q.    And you called your host
6 mother?
7     A.    Yes.
8     Q.    So during that telephone call
9 do you recall if your host mother described to
10 you what she understood the claims in this
11 lawsuit to be?
12     A.    Yes.
13     Q.    And what do you recall her
14 telling you at that time?
15     A.    I recall her telling me that we
16 were underpaid, as per Au Pair In America,
17 they were given wrong information for our pay
18 packages, and to look into it further.
19     Q.    Do you recall your host mother
20 telling you that that was her understanding of
21 what the claims were?
22     A.    At the time, yes.
23     Q.    So you recall that your host
24 mother told you at that time that her
25 understanding was that a lawsuit had been

Page 101

AMANDA HARDMAN

1
2 brought alleging that the au pairs had been
3 underpaid, is that correct?
4     A.    That's correct.
5     Q.    And when you referenced "wrong
6 information," what were you referring to?
7     A.    I'm sorry.  I don't understand.
8     Q.    A moment ago I thought you
9 stated, and correct me if I'm wrong, that your
10 host mother said that you had been provided
11 with certain wrong information, is that
12 correct?
13     A.    Oh, not quite wrong
14 information.  That there had been, between
15 them as the host family and myself as an
16 au pair, that we had been given this amount,
17 that they were told to pay me, and that I was
18 told I would be receiving, and that that was
19 the incorrect amount.
20     Q.    Do you recall your host mother
21 telling you that she believed the amount to be
22 incorrect?
23     A.    No, I don't recall her saying
24 that.
25     Q.    And do you recall her telling



Page 102

AMANDA HARDMAN

1
2  you during that phone call how she had learned
3  about the lawsuit?
4        A.   No.
5        Q.   Do you recall her saying
6  anything else during that telephone call about
7  the claims in this lawsuit?
8        A.   No.
9        Q.   Do you recall your host mother
10  telling you during that phone call whether any
11  of the prior au pairs who had been placed with
12  her also were joining the lawsuit?
13        A.   No.
14        Q.   You don't recall?
15        A.   No.  She did not talk about the
16  other au pairs joining the lawsuit.
17        Q.   And you stated that your host
18  mother encouraged you to join the lawsuit, is
19  that correct?
20        A.   She advised me to look into it
21  more, and if I thought that it was something
22  that I needed to go into it, then I should.
23        Q.   Do you recall if during that
24  telephone call your host mother said anything
25  further about the stipend, the weekly stipend

Page 103

AMANDA HARDMAN

1
2  that the host family had paid you while you
3  were placed with them?
4        A.   No.
5        Q.   Do you recall what she said
6  about the amount that the host family had paid
7  and why?
8        A.   No.
9        Q.   Do you recall anything else
10  that your host mother said to you during that
11  telephone call?
12        A.   No.
13        Q.   Did you also speak to your host
14  father, Mr. ▮▮▮▮▮, about the lawsuit?
15        A.   No.
16        Q.   At any time have you spoken to
17  Mr. ▮▮▮▮▮ about the lawsuit?
18        A.   No.
19        Q.   And at any time since that
20  phone call have you spoken to Mrs. ▮▮▮▮▮ about
21  the lawsuit?
22        A.   No.
23        Q.   After that phone call did you
24  tell Mrs. ▮▮▮▮▮ that you decided to join the
25  lawsuit?

Page 104

AMANDA HARDMAN

1
2        A.   No.
3        Q.   Have you had any contact with
4  Mrs. ▮▮▮▮▮ since that telephone call?
5        A.   Yes.
6        Q.   When was that contact?
7        A.   The last contact was about
8  Christmastime, this last year.
9        Q.   And that was the Facebook
10  message that you testified to earlier today?
11        A.   Yes.
12        Q.   During that Facebook
13  communication did you reference this lawsuit
14  in any way?
15        A.   No.
16        Q.   And prior to that Facebook
17  message at Christmastime did you email the
18  ▮▮▮▮▮ family or Mrs. ▮▮▮▮▮ to --
19             MS. SCHMID:  I'll rephrase.
20  BY MS. SCHMID:
21        Q.   Following that telephone call
22  did you send any communication Mrs. ▮▮▮▮▮
23  to let her know that you had decided to join
24  the lawsuit?
25        A.   No.

Page 105

AMANDA HARDMAN

1
2        Q.   After speaking with Mrs. ▮▮▮▮▮
3  about this lawsuit what was your next step
4  with regard to the lawsuit?
5        A.   I then joined up with the
6  lawsuit.
7        Q.   You responded to the contact
8  information on the notice that you had
9  received?
10        A.   Yes.
11        Q.   And again without revealing the
12  contents of any communications with any
13  attorneys, which again would be privileged, do
14  you recall speaking to an attorney to get more
15  information about the lawsuit?
16        A.   No, I don't recall.
17        Q.   Do you recall speaking with
18  anybody aside from Mrs. ▮▮▮▮▮, about the
19  claims in the lawsuit?
20        A.   Yes.
21        Q.   Who did you speak with?
22        A.   I spoke briefly to a former
23  au pair.
24        Q.   What was that au pair's name?
25        A.   ▮▮▮▮▮▮▮▮▮.

Movant's App. 000180



Page 106

```
 1                    AMANDA HARDMAN
 2        Q.    Can you spell that, please?
 3        A.    ████████████████████████████
 4        Q.    Is the family named spelled
 5   ██████████?
 6        A.    That's correct.
 7        Q.    ████████
 8        A.    Yes.
 9        Q.    Was Miss ██████ placed in the
10   program at the same time that --
11             MS. SCHMID:  I'm sorry.  I'll
12             rephrase.
13   BY MS. SCHMID:
14        Q.    Was Miss ██████ part of the
15   APIA program at the same time that you were
16   part of that program?
17        A.    Yes.
18        Q.    And was she placed with a host
19   family in Virginia?
20        A.    No.
21        Q.    Where was she placed?
22        A.    West Virginia.
23        Q.    When did you first meet Miss
24   ██████?
25        A.    March 2014.
```

Page 107

```
 1                    AMANDA HARDMAN
 2        Q.    So you met Miss ██████ shortly
 3   after being placed with the ██████ family?
 4        A.    Yes.
 5        Q.    Where did you meet each other?
 6        A.    At a friend's farewell.
 7        Q.    Where was that farewell
 8   located?
 9        A.    It was at a restaurant between
10   Virginia and West Virginia.
11        Q.    And how long had Miss ██████
12   been an au pair?
13        A.    Two weeks.
14        Q.    Did Miss ██████ remain with the
15   same host family for a two-year period?
16        A.    Yes.
17        Q.    And when that two-year period
18   ended did she return to her home country?
19        A.    Yes.
20        Q.    What country was that?
21        A.    South Africa.
22        Q.    Is Miss ██████ currently in
23   South Africa?
24        A.    Yes.
25        Q.    Are you still in touch with
```

Page 108

```
 1                    AMANDA HARDMAN
 2   Miss ██████?
 3        A.    Yes.
 4        Q.    So you reached out to Miss
 5   ██████ after speaking with Mrs. ██████ and you
 6   discussed the claims of this lawsuit, is that
 7   correct?
 8        A.    That's correct.
 9        Q.    Had Miss ██████ also received
10   notice of the lawsuit?
11        A.    Yes.
12        Q.    At that time that you spoke
13   with Miss ██████ had Miss ██████ already
14   decided to join the lawsuit?
15        A.    No.
16        Q.    Are you aware if Miss ██████
17   has decided to join the lawsuit to date?
18        A.    She has decided not to join.
19        Q.    When did Miss ██████ inform you
20   that she decided not to join this lawsuit?
21        A.    I don't remember the exact
22   date.
23        Q.    Do you remember approximately?
24        A.    Sorry.  It was about last year
25   sometime.
```

Page 109

```
 1                    AMANDA HARDMAN
 2        Q.    And do you recall if Miss
 3   ██████ told you why she decided not to join
 4   this lawsuit?
 5        A.    Yes.
 6        Q.    What do you recall Miss ██████
 7   telling you about her decision?
 8        A.    She had a personal reason as to
 9   why she did not want to be involved.
10        Q.    And what was that reason?
11        A.    I don't quite remember.  It was
12   for a personal reason.
13        Q.    Do you recall if it had
14   something to do with her relationship with her
15   host family?
16        A.    I don't remember.
17        Q.    Do you recall if it had to do
18   with her immediate family?
19        A.    I don't remember.
20        Q.    Did Miss ██████ ever tell you
21   that she had a positive experience through
22   APIA?
23        A.    Yes and no.
24        Q.    What do you mean by that?
25        A.    There were parts where she did
```

Page 110

```
1                   AMANDA HARDMAN
2   have a very good experience and she was very
3   happy, but there were also parts where she
4   battled and she wasn't given the support that
5   she needed during her stay.
6           Q.    Support by the host family?
7           A.    No, by Au Pair In America.
8           Q.    Did Miss ████ tell you that
9   during her time with the program?
10          A.    Yes.
11          Q.    Did Miss ████ have a
12  different counselor than you had in Miss
13  Minetti?
14          A.    Initially she had the first --
15  the same counselor as me, and then the family
16  moved to Arizona, in which case she had a
17  different counselor.
18          Q.    So sitting here today it's your
19  testimony that you can't recall why Miss
20  ████ told you she decided not to join this
21  lawsuit?
22          A.    That's correct.
23          Q.    But you recall that she said
24  that it had to do with personal reasons?
25          A.    Yes.
```

Page 111

```
1                   AMANDA HARDMAN
2           Q.    Directing your attention to
3   exhibit 1, paragraph 1.  Do you see that?
4           A.    Yes.
5           Q.    The question reads:
6                 What is this lawsuit about?
7   And then there's an answer stating (as
8   read):
9                 Plaintiffs have sued the visa
10                sponsors named above to recover unpaid
11                minimum and overtime wages they claim
12                you, and all other au pairs sponsored
13                by these visa sponsors, are owed.
14                Do you see that?
15          A.    I see that.
16          Q.    Do you believe that APIA owes
17  you any overtime wages?
18          A.    Yes.
19          Q.    And what is that based on?
20          A.    Working during summer hours.
21  Or during the summer time period.
22          Q.    How many hours per week did you
23  work in the summertime?
24          A.    It would range anywhere between
25  8 to 10 hours a day.
```

Page 112

```
1                   AMANDA HARDMAN
2           Q.    Ms. Hardman, that's different
3   from your testimony earlier today when you
4   stated that you worked on average five to six
5   hours per day five days per week, yes?
6                 MR. PACHECO:  Objection; form.
7                 MS. SCHMID:  I'll rephrase.
8   BY MS. SCHMID:
9           Q.    Did you testify earlier today
10  that you informed Miss Minetti that you worked
11  an average of five to six hours per day five
12  days per week?
13          A.    Yes, I did testify that.
14          Q.    Is that accurate testimony?
15          A.    For during the school times,
16  yes.  While the kids were at school.
17          Q.    And are you stating now that
18  during the summer months you worked a
19  different set of hours?
20          A.    Yes.
21          Q.    And what were those hours?
22          A.    Those hours would range between
23  7 or 8 in the morning until 8 or 9 at night.
24          Q.    How many days per week?
25          A.    Five days a week.
```

Page 113

```
1                   AMANDA HARDMAN
2           Q.    And why were the hours during
3   the summer so different from what you
4   described during the school year?
5           A.    Because the kids didn't go to
6   school during the summertime.  Apart from
7   summer school, which was a couple of hours for
8   one of the children, for the rest of the time
9   the children were on holiday, and then looked
10  to be cared for.  They went to summer camp.
11  They went away.  They were at home.
12          Q.    Well, didn't you testify that
13  they were involved in after school activities
14  even during the summer?
15          A.    No, not during the summer.
16  Only during the school year.
17          Q.    And they were --
18          A.    Except for the after school
19  tutoring, and that happened more often than
20  anything else.  But during the summertime it
21  was a different schedule.
22          Q.    And did they ever have play
23  dates with friends during the summer?
24          A.    Yes.
25          Q.    And were you present at each of
```

Movant's App. 000182

Page 114

1   AMANDA HARDMAN
2   those play dates?
3       A.   Yes.
4       Q.   At every one?
5       A.   Not at every one, not if the
6   kids were away from the house on overnight
7   trips and to friends houses.  But if the
8   children came to the house that we stayed at,
9   then yes, I was present for every single one
10  of those.
11      Q.   But there were play dates that
12  did not take place at the ████ house,
13  correct?
14      A.   Correct.  But not for both
15  children at the same time.
16      Q.   And did the family ever take
17  summer vacations?
18      A.   At the end of the summer, yes.
19      Q.   For how long?
20      A.   Maximum, two weeks.
21      Q.   And did you go on vacation with
22  them?
23      A.   No.
24      Q.   What did you do during those
25  two weeks?

Page 115

1   AMANDA HARDMAN
2       A.   I stayed at the house.
3       Q.   And were you free to do
4   whatever you wished during that two-week
5   period?
6       A.   Yes.
7       Q.   I believe you testified that
8   during the training session with APIA you were
9   told that you would not be entitled to earn
10  any overtime, is that correct?
11      A.   That's correct.
12      Q.   At any time during your
13  communications with Miss Minetti did you
14  inform her of the summer hours that you just
15  described?
16      A.   Yes.
17      Q.   And what did you describe your
18  hours in the summer to be?
19      A.   I described them exactly as I
20  have here, that they had varied, they started
21  between 7, 8 in the morning and went on until
22  8 or 9 at night, some nights.  Some nights it
23  would end earlier.  But that was generally the
24  hours.  And that we had -- we arranged
25  different activities during the day if the

Page 116

1   AMANDA HARDMAN
2   kids were free throughout the entire day I
3   would have the entire day to do different
4   activities.  If they were not, then they would
5   either do summer school or the girl would do
6   summer school, or any other activities that
7   were prearranged.
8       Q.   And you stated that your hours
9   varied, yes?
10      A.   Yes.
11      Q.   So there were some days where
12  your hours were much shorter during the summer
13  months, correct?
14      A.   Yes, that's correct.
15      Q.   And on those days that you're
16  referring to what would the schedule look
17  like?
18      A.   It would be about the same as
19  the normal summer schedule, but it would mean
20  that one of the host parents, either Mr. ████
21  or Mrs. ████ would end work earlier, which
22  means that I could have gone off slightly
23  earlier.
24      Q.   And you testified earlier that
25  both Mr. and Mrs. ████ on average would each

Page 117

1   AMANDA HARDMAN
2   work one day from home, correct?
3       A.   Roughly, yes.
4       Q.   And that would continue in the
5   summer months as well?
6       A.   For Mrs. ████, yes.  For
7   Mr. ████, he traveled a lot on business, so
8   he wasn't necessarily always there for the
9   week during the summer.
10      Q.   When the parents worked at home
11  how did that affect your schedule?
12      A.   It didn't.
13      Q.   It didn't affect it at all?
14      A.   No.  I was still working.
15      Q.   So during the summer months
16  that you're describing when would the school
17  year end and when would the school year begin
18  again?
19      A.   The school year would end
20  approximately about June, end of May, June,
21  and it began again in September.
22      Q.   When in September?
23      A.   September 1st, I think was the
24  first day of school.
25      Q.   And you stated that the family

Page 118

1                AMANDA HARDMAN
2    would take a two-week vacation without you at
3    the end of the summer, is that correct?
4         A.    Yes.  Towards the end of the
5    summer.
6         Q.    I would like you to look at the
7    document that has been marked as Hardman
8    exhibit 2, please, and take a moment and
9    review it and let me know when you're
10   finished.
11                   ---
12              (Hardman Exhibit 2, document
13         captioned Consent to Join was marked
14         for identification)
15                   ---
16              (The witness reviews document.)
17        A.    Okay.
18        Q.    For the record, the document is
19   captioned Consent to Join.  Do you recognize
20   this document?
21        A.    I do.
22        Q.    You've seen this document
23   before?
24        A.    Yes.
25        Q.    What is this document?

Page 119

1                AMANDA HARDMAN
2         A.    This document is consent to
3    join the lawsuit.
4         Q.    When do you recall receiving
5    this document?
6         A.    Towards the end of last year.
7         Q.    Do you recall how you received
8    it?
9         A.    Via email.
10        Q.    And do you recall if this form
11   was sent to you by email along with the notice
12   of the lawsuit that we just discussed?
13        A.    It's possible, but I don't
14   fully remember, no.
15        Q.    But you do recognize this
16   document?
17        A.    Yes.
18        Q.    And do you recall reviewing
19   this document?
20        A.    Yes.
21        Q.    In the middle of the page
22   there's a signature line.  Do you see that?
23        A.    I do.
24        Q.    And it's below a printed name
25   that says Amanda Hardman, do you see that?

Page 120

1                AMANDA HARDMAN
2         A.    I do.
3         Q.    Is that your electronic
4    signature?
5         A.    Yes, I think it is.
6         Q.    Do you recognize that to be
7    your signature?
8         A.    Yes.
9         Q.    Do you recall signing this
10   document?
11        A.    Yes.
12        Q.    And did you understand that by
13   signing this consent you were joining the
14   federal lawsuit?
15        A.    Yes.
16        Q.    After submitting this consent
17   form did you review any documents concerning
18   your experience as an au pair with APIA?
19        A.    I don't recall.
20        Q.    Do you recall reviewing any
21   emails that you may have exchanged with anyone
22   at APIA, including your counselor, after
23   deciding to join the lawsuit?
24        A.    No. I don't recall doing that.
25        Q.    Have you had any contact with

Page 121

1                AMANDA HARDMAN
2    Miss Minetti since joining this lawsuit?
3         A.    Yes.
4         Q.    When was that?
5         A.    I think in January this year.
6         Q.    Did you initiate that contact?
7         A.    Yes.
8         Q.    Was that by email?
9         A.    Yes.
10        Q.    And what was the purpose of
11   your email to Miss Minetti in January of 2018?
12        A.    I wanted to find out about my
13   completion certificate from Au Pair In
14   America.
15        Q.    Did Miss Minetti respond to
16   your email?
17        A.    Yes.
18        Q.    Did you request a copy of your
19   completion certificate?
20        A.    No.  I requested the
21   certificate itself.
22        Q.    And for what purpose did you
23   request the certificate?
24        A.    I requested it because I'm
25   currently interviewing for other jobs and I

Movant's App. 000184

AMANDA HARDMAN - 03/27/2018          Pages 122..125

Page 122

1                    AMANDA HARDMAN
2   needed a reference.
3        Q.   Did Miss Minetti provide you
4   with the certificate that you requested?
5        A.   No.  But she did provide me
6   with a completion letter.
7        Q.   Did you inform Miss Minetti at
8   that time that you had joined the lawsuit?
9        A.   No.
10       Q.   At any time have you informed
11  Miss Minetti that you have joined this
12  lawsuit?
13       A.   No.
14       Q.   Did you request any additional
15  information from Miss Minetti for the purpose
16  of this lawsuit?
17       A.   No.
18       Q.   Have you provided any documents
19  to your attorneys in connection with this
20  lawsuit?
21       A.   No.
22       Q.   You haven't provided any
23  applications or any information in connection
24  with your placement to your attorneys?
25       A.   No.

Page 123

1                    AMANDA HARDMAN
2        Q.   Now I would like you to look at
3   the document that has been marked as Hardman
4   exhibit 3, please, and take a moment and
5   review that.
6             ---
7             (Hardman Exhibit 3, document
8             captioned Host Family and Au
9             Pair/Companion Agreement was marked
10            for identification)
11            ---
12            (The witness reviews document.)
13       A.   Okay.
14       Q.   Do you recognize this document?
15       A.   I do.
16       Q.   What do you recognize this
17  document to be?
18       A.   It's the consent agreement that
19  I signed when I first got to America.
20       Q.   So for the record this document
21  is captioned Host Family and Au Pair/Companion
22  Agreement, correct?
23       A.   That's correct.
24       Q.   And if you look at the document
25  there is a printed space with your name,

Page 124

1                    AMANDA HARDMAN
2   Amanda Hardman as well as a signature.  Is
3   that your name and your signature on that
4   third line?
5        A.   That's correct.
6        Q.   When do you first recall
7   receiving a copy of this agreement?
8        A.   During that first visit from my
9   cluster counselor.
10       Q.   And that first visit was in
11  February of 2014, correct?
12       A.   That's correct.
13       Q.   Prior to signing this agreement
14  did you review it?
15       A.   Briefly, yes.
16       Q.   Did you understand the document
17  at the time you signed it?
18       A.   Yes.
19       Q.   Did you ask your counselor any
20  questions about the document at the time she
21  provided you with a copy?
22       A.   No.
23       Q.   Aside from this agreement did
24  you enter into any other written agreements
25  with your host family?

Page 125

1                    AMANDA HARDMAN
2        A.   No.
3        Q.   Is there anything in this
4   agreement that's inconsistent with your
5   understanding of the APIA guidelines that
6   you've referenced today?
7        A.   No, not that I'm aware of.
8        Q.   I would like to direct your
9   attention to the first box that has a check
10  mark in it.  And it reads (as read):
11            The host family and
12            au pair/companion must consider and
13            agree to the following, colon.
14            And then that first box reads
15            (as read):
16            I/we understand that an au pair
17            on Au Pair In America's standard or
18            Extraordinaire program is not to
19            provide more than 45 hours of child
20            care services per week.
21            Do you see that?
22       A.   I do.
23       Q.   And that's consistent with what
24  you had been told during the training that you
25  received in Tarrytown, New York, is that

Movant's App. 000185

Page 126

1          AMANDA HARDMAN
2  correct?
3          A.    That's correct.
4          Q.    And a little bit further down
5  it reads (as read):
6                I/we understand that an
7          au pair/companion is to receive at a
8          minimum the weekly stipend as
9          stipulated by regulations governing
10         au pair programs and set forth in Au
11         Pair In America's program materials.
12              Do you see that?
13         A.    I do.
14         Q.    At that time that you signed
15  the agreement did you understand that the
16  weekly stipend was stipulated by regulations?
17         A.    Yes.
18         Q.    And you understood that the
19  weekly stipend was a minimum, correct?
20              MR. PACHECO:  Objection.
21  BY MS. SCHMID:
22         Q.    Based on your understanding of
23  this document at that time did you understand
24  that the weekly stipend that had been
25  stipulated would be a minimum?

Page 127

1          AMANDA HARDMAN
2          A.    I understood that that's what
3  it said.
4          Q.    Did you have any questions
5  about that statement at that time?
6          A.    No, not at the time.
7          Q.    And in fact, based on what you
8  testified today, the minimum stipend of
9  $195.75 per week did prove to be a minimum in
10  your experience, correct?
11              MR. PACHECO:  Objection.
12         A.    That's correct.
13         Q.    Did Miss ████ ever tell you
14  what stipend amount she received from her host
15  family?
16         A.    No.
17         Q.    While discussing the notice to
18  join the lawsuit with Miss ████ did you ask
19  her what amount she had been paid while living
20  with her host family?
21         A.    No.
22         Q.    And did she tell you at that
23  time during that conversation what she had
24  been paid while living with her host family?
25         A.    No.

Page 128

1          AMANDA HARDMAN
2          Q.    At any point during that
3  conversation with Miss ████ did Miss
4  tell you that she had received more than the
5  minimum weekly stipend of $195.75 per week?
6          A.    No.
7          Q.    Other than Miss ████ have you
8  spoken with any other au pairs regarding this
9  lawsuit?
10         A.    No.
11         Q.    Aside from this lawsuit have
12  you ever spoken with any other au pairs
13  regarding the weekly stipend amount that they
14  received from their host family?
15         A.    No.
16         Q.    Do you recall completing a
17  survey after your completion in the APIA
18  program?
19         A.    I don't remember.
20         Q.    During the summer months did
21  you continue to have Saturdays and Sundays
22  free?
23         A.    Yes.
24              (Pause in the proceedings.)
25              MS. SCHMID:  I have nothing

Page 129

1          AMANDA HARDMAN
2  further.
3              MR. PACHECO:  I have a couple
4  of minutes of questions, but I do need
5  a quick rest room break so I'll take
6  two or three minutes and come right
7  back.
8              MS. SCHMID:  Okay.  Thank you.
9                    ---
10  (Recess from 12:42 to 12:47.)
11                    ---
12  EXAMINATION BY
13  MR. PACHECO:
14         Q.    Ms. Hardman, this is Byron
15  Pacheco.  Thank you so much for being with us
16  today.  I just have a couple of follow-up
17  questions about your testimony.
18              First, can you retrieve
19  exhibits 1 and 2, please.  Let me know when
20  you have them up?
21         A.    Okay, I have them up.
22         Q.    Can you turn to the third page
23  of exhibit 1 and compare that to exhibit 2?
24         A.    It is exactly the same as
25  exhibit 2.

Page 130

AMANDA HARDMAN

2    Q.   So the third page of exhibit 1
3 appears to be the same as the document that
4 you have signed, which is exhibit 2, is that
5 right?
6    A.   That's correct.
7    Q.   Ms. Hardman, you testified
8 today that your host family paid you $200 per
9 week, is that right?
10    A.   That's correct.
11    Q.   You testified that they, quote,
12 rounded up, is that right?
13    A.   That's correct.
14    Q.   Do you have any understanding
15 of why they rounded up?
16    A.   Yes.
17    Q.   What is that understanding?
18    A.   The host family told me that
19 they rounded up because it was easier for them
20 than to deal with the smaller change.
21    Q.   Did you ever negotiate with
22 your host family to round that up from $195.75
23 to 200?
24    A.   No.
25    Q.   Ms. Hardman, you also testified

Page 131

AMANDA HARDMAN

2 earlier today about, I think you may have used
3 the term house rules, I just want to make sure
4 I've got that right, when you were referring
5 to the rules that are in your host family's
6 home?
7    A.   That's correct.
8    Q.   Do you have any understanding
9 of what would have happened if you broke the
10 house rule?
11    A.   Yes.  From training.
12    Q.   What is that understanding,
13 from training?
14    A.   I understood that if we were to
15 break a house rule, that we would then meet
16 with the host family themselves and with the
17 cluster counselor from Au Pair In America to
18 determine a course of action or solution to
19 that problem.
20    Q.   And what would happen in your
21 understanding if you were not able to come up
22 with a solution to that problem?
23    A.   Then Au Pair In America would
24 then re-place me with a new host family, if we
25 could not come to terms with a solution.

Page 132

AMANDA HARDMAN

2    Q.   Do you know whether Au Pair In
3 America could terminate your participation in
4 the program if you broke a host family house
5 rule?
6    A.   Yes.
7    Q.   And what sorts of things do you
8 believe would trigger termination for
9 violating a host family rule?
10    A.   For the rule itself, or the
11 consequence?
12    Q.   I guess what I'm asking is what
13 kind of rule do you think, that if broken,
14 would trigger that reaction from Au Pair In
15 America?
16    A.   Drinking while on duty with the
17 children, or smoking while on duty with the
18 children.  Drunk driving, any DUI.  Falling
19 pregnant.  Any of those would be a cause of
20 action.
21    Q.   Let's take the smoking example.
22 If your host family found you smoking in the
23 hall would they be able to terminate you from
24 the au pair program?
25    A.   No.

Page 133

AMANDA HARDMAN

2    Q.   But they could go to the local
3 counselor to have a, I forget the word used, a
4 discussion among the three of you?
5    A.   That's correct.
6    Q.   Do you know if smoking in the
7 host family home would be grounds for
8 termination from the program?
9    A.   I believe so, yes.
10    Q.   And so it's clear, who would be
11 responsible for terminating you from the
12 program in that circumstance?
13    A.   Au Pair In America would be.
14    Q.   Can you retrieve exhibit 3,
15 please and let me know when you have it up.
16    A.   I have it up.
17    Q.   And this again is the Host
18 Family and Au Pair/Companion Agreement that
19 you testified that you signed, is that right?
20    A.   That's correct.
21    Q.   I apologize if you already
22 mentioned this, but the date of the signature
23 here, February 19, 2014, is that when you were
24 still in South Africa?
25    A.   No.  By that point I was in

Movant's App. 000187

AMANDA HARDMAN - 03/27/2018       Pages 134..137

Page 134

1            AMANDA HARDMAN
2  Virginia with the host family.
3            MR. PACHECO:  That's all I
4        have.
5            MS. SCHMID:  I just have one
6        brief follow-up.
7  EXAMINATION (Cont'd)
8  BY MS. SCHMID:
9        Q.    So is it your understanding
10  that if you were found to have broken one of
11  the house rules in counsel's example, smoking,
12  for example, that the host family could
13  request that you be placed with a different
14  family?
15        A.    They could request having a
16  meeting with the cluster counselor, and from
17  there there would be a discussion between the
18  host family, cluster counselor and myself, and
19  if no solution was to come from that meeting,
20  then the cluster counselor would need to find
21  me a new host family.
22            MS. SCHMID:  Thank you.  I have
23        nothing further.
24            MR. PACHECO:  Nothing further
25        for me.

Page 135

1            AMANDA HARDMAN
2            MS. SCHMID:  Thank you for your
3        time today.  Byron, I presume the
4        course here has been like in other
5        depositions the witness has an
6        opportunity to review and correct the
7        testimony?
8            MR. PACHECO:  Yeah, we have
9        done that with other defendants.  I
10        mean it's up to you.  I think we
11        should just go ahead and keep doing
12        that.
13            MS. SCHMID:  Yes.  So
14        Ms. Hardman, typically the way it
15        works is once the transcript is
16        available you'll have an opportunity
17        to review and make any corrections to
18        typographical errors, no substantive
19        corrections to your testimony.  But
20        you'll have an opportunity to review,
21        and if something was taken down here
22        that was incorrect, especially because
23        of the way we're doing it remotely, or
24        something was spelled incorrectly
25        you'll have an opportunity to review

Page 136

1            AMANDA HARDMAN
2        and make corrections so we have an
3        accurate transcript of what you
4        testified to here today.
5            THE WITNESS:  Okay.
6            MS. SCHMID:  And that will come
7        through your counsel.
8            THE WITNESS:  Okay.
9            MR. PACHECO:  And I don't think
10        she mentioned any children names, so I
11        think we're in the clear.
12            MS. SCHMID:  Exactly.  Nicely
13        done.
14            MR. PACHECO:  You've been very
15        careful in how you described that, so
16        we appreciate it.
17
18            (Continued on the following
19  page to include jurat.)
20
21
22
23
24
25

Page 137

1            AMANDA HARDMAN
2            MS. SCHMID:  Yeah, we're good
3        there.  Again thank you for your time,
4        both of you, and Byron I'm sure I'll
5        see you again.
6            MR. PACHECO:  Good to meet you.
7            MS. SCHMID:  Likewise.  Thanks.
8                ---
9        (Time noted:  12:55 p.m.)
10
11        _____
12            AMANDA HARDMAN
13
14  Sworn and subscribed to before
15  me, this _____day
16  of _____, 2018,
17  in the jurisdiction aforesaid.
18
19  _____
20  NOTARY PUBLIC
21
22
23
24
25

Movant's App. 000188

AMANDA HARDMAN - 03/27/2018          Pages 138..140

```
                                Page 138
1              AMANDA HARDMAN
2    --------------- I N D E X -----------------
3    WITNESS       EXAMINATION BY        PAGE
4    A. Hardman    Ms. Schmid            4, 134
5                  Mr. Pacheco           129
6
7    --------------- EXHIBITS-------------------
8            (Retained by Ms. Schmid.)
9    HARDMAN          DESCRIPTION        PAGE
10   Exhibit 1    document captioned     94
11                 Notice of Your Right to
12                 Join Lawsuit For
13                 Unpaid Wages, four pages
14
15   Exhibit 2    document captioned Consent   118
16                 To Join
17
18   Exhibit 3    document captioned Host   123
19                 Family and Au Pair/Companion
20                 Agreement
21
22
23
24
25
```

```
                                Page 139
1            C E R T I F I C A T E
2    STATE OF NEW YORK      )
3    COUNTY OF NEW YORK     )
4    I, FRANK J. BAS, a Registered Professional Reporter,
5    Certified Realtime Reporter and Notary Public within and
6    for the State of New York, do hereby certify:
7    That prior to being examined, the witness named in the
8    foregoing deposition was duly sworn to testify the
9    truth, the whole truth and nothing but the truth;
10   That said deposition was taken down by me in shorthand
11   at the time and place therein named and thereafter
12   reduced by me to typewritten form and that the same is a
13   true, correct, and complete transcript of said
14   proceedings.
15   Before completion of the deposition, review of the
16   transcript [X] was [ ] was not requested.  If requested,
17   any changes made by the deponent (and provided to the
18   reporter) during the period allowed are appended
19   hereto.
20   I further certify that I am not interested in the
21   outcome of this matter.
22     Witness my hand this 7th day of April, 2018.
23           Frank J. Bas
24           FRANK J. BAS, RPR CRR
25
```

```
                                Page 140
1    STATE OF NEW YORK  )
                        ss:
2    COUNTY OF NEW YORK )
         I wish to make the following
3    changes, for the following reasons:
4    PAGE   LINE(S)   CHANGE            REASON
5    ____|_____|_____|_____
6    ____|_____|_____|_____
7    ____|_____|_____|_____
8    ____|_____|_____|_____
9    ____|_____|_____|_____
10   ____|_____|_____|_____
11   ____|_____|_____|_____
12   ____|_____|_____|_____
13   ____|_____|_____|_____
14   ____|_____|_____|_____
15   ____|_____|_____|_____
16   ____|_____|_____|_____
17   ____|_____|_____|_____
18   ____|_____|_____|_____
19   ____|_____|_____|_____
20   _____
                     AMANDA HARDMAN
21   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS___DAY OF _____, 2018.
22
23   _____    _____
24   (NOTARY PUBLIC)       MY COMMISSION EXPIRES:
25
```

Movant's App. 000189

AMANDA HARDMAN - 03/27/2018                    i1

| | | | |
|---|---|---|---|
| **$** | **12:47**<br>129:10 | **30**<br>62:10,25 | **accepting**<br>61:3 |
| **$13**<br>62:20 | **14**<br>31:5 39:12,15,25 | **3:30**<br>91:18 | **accessible**<br>85:13 |
| **$195.75**<br>56:18 58:9 68:2,7 127:9<br>128:5 130:22 | **14th**<br>30:25 | **4** | **accidentally**<br>15:4 |
| **$200**<br>61:13 62:7,8,9,10,16<br>67:8 68:2,7 86:8 130:8 | **175.95**<br>54:12 | **45**<br>37:23 38:4 125:19 | **account**<br>61:25 62:4,20 66:18 |
| **$230**<br>67:8 | **19**<br>133:23 | **6** | **accurate**<br>112:14 |
| **$30**<br>62:24 67:9,16 | **195.75**<br>54:12 | **6**<br>23:10 | **action**<br>131:18 132:20 |
| **1** | **1st**<br>117:23 | **6:30**<br>90:12 | **activities**<br>20:23,24 21:15,18 22:8,<br>11,12 24:21 28:20 72:25<br>73:21,23,25 74:14 90:5<br>92:14,21 113:13 115:25<br>116:4,6 |
| **1**<br>94:9,16,19 96:21 111:3<br>129:19,23 130:2 | **2** | **7** | **activity**<br>22:17,18 74:7 91:20,22<br>92:8,15,16 |
| **10**<br>111:25 | **2**<br>118:8,12 129:19,23,25<br>130:4 | **7**<br>14:7,9 16:17,25 20:10<br>74:22 112:23 115:21 | **actual**<br>71:12 72:10,14,17 |
| **100**<br>44:24 45:3 | **200**<br>130:23 | **7:30**<br>20:7 | **addition**<br>62:20 |
| **10:28**<br>47:4 | **2008**<br>48:14 49:13 89:10 | **8** | **additional**<br>40:8 63:3 78:21 88:3<br>122:14 |
| **10:30**<br>46:21 | **2012**<br>15:24 16:5 31:25 49:13<br>59:16,18 | **8**<br>16:18,25 20:10 73:12<br>111:25 112:23 115:21,22 | **adults**<br>48:22 |
| **10:40**<br>46:22 | **2013**<br>16:9 55:9 56:12 | **9** | **advice**<br>99:3 |
| **10:41**<br>47:4 | **2014**<br>30:25 31:5,15 36:6 37:16<br>39:12,15,25 43:21 45:15<br>48:4 75:3,17 76:17<br>106:25 124:11 133:23 | **9**<br>112:23 115:22 | **advised**<br>102:20 |
| **10th**<br>31:13,14 | **2015**<br>78:12 | **A** | **affect**<br>98:25 117:11,13 |
| **11:36**<br>88:22 | **2016**<br>75:8 | **able**<br>5:11 6:17,18 9:7 94:7,8<br>131:21 132:23 | **Africa**<br>6:8 12:6,7,24 13:3 48:17,<br>25 49:16 55:5 89:10,13<br>107:21,23 133:24 |
| **11:49**<br>88:22 | **2018**<br>121:11 | **absolutely**<br>46:17 | **afternoon**<br>20:8 74:13 91:20 |
| **11th**<br>31:13,14 | **3** | **accept**<br>33:7 42:19,24 68:6 | **afternoons**<br>28:21 |
| **12**<br>73:13 74:10 | **3**<br>20:8 21:7 91:18 123:4,7<br>133:14 | **acceptable**<br>7:14 8:4 | **age**<br>14:5 42:7 |
| **12:42**<br>129:10 | | | |

Movant's App. 000190

**agency**
57:11

**ages**
17:4

**ago**
10:16 101:8

**agree**
42:22 43:2,4,6 125:13

**agreement**
123:9,18,22 124:7,13,23
125:4 126:15 133:18

**agreements**
124:24

**ahead**
45:10 98:8

**aid**
46:3,4 48:7,10,18,21
85:22 89:9

**alleged**
99:20

**alleging**
101:2

**allow**
5:14,15

**Amanda**
5:1 6:1 7:1 8:1 9:1 10:1
11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1,
25 120:1 121:1 122:1

**America**
4:20,23 10:3 13:3,8,11
15:22 16:12 29:8 30:13
32:21 37:14 42:5,8,11,14
44:15 53:22 55:5,15 59:9
84:11 87:10 100:16
110:7 121:14 123:19
131:17,23 132:3,15
133:13

**America's**
87:16 125:17 126:1

**American**
4:19

**amount**
54:8,10,14 56:23 57:5,15
58:25 59:6,11 60:2,16,22
61:8,11,16,23 62:6,7,8,
17 68:10,13,17 72:8
101:16,19,21 103:6
127:14,19 128:13

**amounts**
63:4 86:17

**animals**
53:6

**answer**
5:16 6:20,21 7:2,13,16
111:7

**answered**
7:24 8:2

**answering**
5:15

**answers**
6:17

**anybody**
8:10 10:6 38:21 54:22
58:2 105:18

**Apart**
113:6

**APIA**
4:22 28:10,12 29:2 31:8,
23 32:12,15,24 33:18
35:17 37:2 38:8 40:25
41:5,9,13,21 42:24 43:8,
13 46:14 51:13 54:18,22
56:12,16 58:2,14,19
59:11,19 60:2,14,19,25

70:25 71:20 75:10 82:9,
14 83:8 87:21 99:13,20
106:15 109:22 111:16
115:8 120:18,22 125:5
128:17

**apologize**
13:7 133:21

**appears**
130:3

**applicable**
52:18

**applicants**
32:16

**applications**
122:23

**applied**
31:25 59:15

**applying**
32:15

**approximate**
14:5 79:23

**approximately**
14:7 19:8,10,16 36:18
37:16 44:19 55:24 56:2,
4,18 66:5 69:13 73:12
76:17 78:14 80:12,15
93:10,19 108:23 117:20

**area**
24:23 25:11 30:2 76:3
84:12 91:15

**areas**
25:2,16

**Arizona**
110:16

**arranged**
69:8 115:24

**arrival**
69:24

**arrived**
36:6 39:24

**arriving**
31:4 75:24

**aside**
10:12 83:7,24 105:18
124:23 128:11

**asked**
12:16 37:19 79:2,6 81:7
89:5

**asking**
5:16 36:22 37:2 40:11,15
53:25 56:5,8 76:20,24
77:4,6,12 78:25 79:9,14
85:21 86:4,13,16 132:12

**assess**
75:11

**assist**
6:12 92:4

**assume**
7:3,4 8:21

**ate**
24:12

**attend**
20:3 73:4 84:23

**attendance**
29:24 44:20 60:21

**attended**
19:20 29:20 44:16 45:15
46:10 48:2 54:24 60:8
73:15

**attending**
45:14

**attention**
111:2 125:9

**attitudes**
46:7

**attorney**
4:17 8:5 10:7,13 70:12
93:22 94:3,7,11,14
105:14

**attorney's**
96:13

**attorneys**
96:25 105:13 122:19,24

**Attorneys'**
14:23 15:8

**au**
4:20,23 10:3 13:3,8,10,
12 15:22 16:12 29:8
32:20,21 33:5,6 35:13
40:16,24 41:3,9,13,17
42:2,8,9,10,14 44:15,17,
20,24 45:3,6,14 51:22

Movant's App. 000191

AMANDA HARDMAN - 03/27/2018                    i3

52:19 53:21 55:5,15
59:8,9 60:10,11,21
84:11,13 85:9 87:9,16
89:23 100:16 101:2,16
102:11,16 105:23,24
107:12 110:7 111:12
120:18 121:13 123:8,21
125:12,16,17 126:7,10
128:8,12 131:17,23
132:2,14,24 133:13,18

**available**
66:15 95:4,6

**average**
74:20 77:12 90:7,10,11
93:7,17 112:4,11 116:25

**aware**
53:8 99:6,10,12,19
108:16 125:7

___

**B**

**babies**
51:22,23 52:2,5

**baby-sitter**
49:18 50:17

**baby-sitting**
49:23

**back**
12:7,24 42:3 46:22 47:6
57:24 79:24 85:11 87:6
88:25 91:5,17,24 92:15
129:7

**bags**
90:21,25

**bank**
61:25 62:4

**based**
34:2 111:19 126:22
127:7

**basement**
26:3,5,17 91:14

**basically**
74:6

**basis**
18:24 59:24

**bathroom**
25:23 26:14,17

**bathrooms**
91:13

**battled**
110:4

**Bechtel**
18:14,15,16,18

**bed**
26:13 92:3

**bedding**
91:10

**bedroom**
25:22 26:2,5,13,17

**began**
17:5 71:9 75:2 117:21

**beginning**
55:9

**behalf**
4:4

**behaviors**
46:7

**believe**
47:20 50:25 59:10 89:8
111:16 115:7 132:8
133:9

**believed**
101:21

**best**
5:15 7:10

**birthday**
63:12,14

**bit**
13:7,23 89:17 126:4

**Boies**
4:3

**books**
90:21

**born**
6:4,7

**box**
125:9,14

**boy**
14:7,9 16:18 17:2 20:11
21:19 38:18 73:17,19
74:15

**break**
7:22 8:4,24 46:16 47:10,
18,25 88:17 89:3 129:5
131:15

**breakfast**
23:24 24:4,6,9 90:16,17
91:6

**brief**
79:7

**briefly**
31:22 32:5 45:21 105:22
124:15

**bring**
22:7 87:6

**broad**
46:4

**broke**
131:9 132:4

**broken**
132:13

**brought**
101:2

**brushed**
90:14

**bus**
91:2

**business**
117:7

**Byron**
4:2 15:3 46:22 129:14

___

**C**

**C-A-P**
11:16

**C-A-P-T-U-R-E-R**
11:17

**C-A-T-O**
11:10 12:20

**call**
100:8 102:2,6,10,24
103:11,20,23 104:4,21

**called**
4:9 100:5

**camp**
113:10

**can't**
23:11 110:19

**capacity**
48:24

**Capetown**
55:16

**captioned**
94:20 95:2 118:13,19
123:8,21

**capturer**
11:14,18,19,22

**car**
20:19 62:13 65:21,24
66:3,14 67:11

**cards**
82:2

**care**
27:24 36:20,24 37:4
48:19 49:8 51:6,9 52:2,
11 69:15 71:21 72:5,11
76:25 88:11 89:5,7
125:20

**cared**
113:10

**careful**
15:15

**caring**
92:20

**cars**
66:10,13

**case**
25:20 34:14 97:22
110:16

**Cato**
11:6,7,8,13 12:3,19

**cause**
132:19

**cell**
63:17,21,24,25 64:2,5

**certain**
36:12,13 101:11

**certificate**
121:13,19,21,23 122:4

**chance**
95:12

Movant's App. 000192

AMANDA HARDMAN - 03/27/2018                    i4

**change**
61:16 130:20

**changes**
8:23

**check**
125:9

**child**
48:19 49:7 51:6,9 53:3,9
74:4 76:25 88:11 89:5,7
125:19

**child's**
15:5

**children**
14:3,4,6,17 16:25 17:5,8
19:19 20:15,23 21:3,7,13
22:7,24 23:2,6,7,9,12,16,
25 24:4,7,9,12 25:13,16
26:23 28:21 36:20,24
37:5 38:16 46:5,7 48:22
53:4,8 62:14,21 63:2
64:14 67:11 69:15 71:22
72:5,12,22 73:4,15 74:3,
13 79:25 80:3 84:16
90:2,3,12 92:4,7,20,23
113:8,9 114:8,15 132:17,
18

**children's**
24:23,24 25:10,11 67:16

**chores**
76:4

**chose**
61:12 65:11 67:25

**Christina**
4:15 14:19

**Christmas**
63:13,14 81:24 82:2

**Christmastime**
104:8,17

**circumstance**
133:12

**claim**
111:11

**claims**
99:13,19 100:10,21
102:7 105:19 108:6

**clarify**
7:7 47:23

**clean**
24:18 91:6,15

**cleaned**
72:15 91:11

**cleaning**
24:20,22,25 25:10 92:9

**clear**
133:10

**clothes**
91:11

**cluster**
28:10 29:9,19,25 47:20
75:23 76:6 84:7,9,10,11,
18 85:5,9,12 124:9
131:17

**colon**
125:13

**Colorado**
9:12

**come**
14:21 44:17 46:22 57:8
74:4 84:13 90:15 91:24
129:6 131:21,25

**comes**
14:24

**coming**
57:10,11 84:15 87:8

**communicated**
93:5

**communication**
39:16 79:11 81:19
104:13,22

**communications**
97:4 105:12 115:13

**companies**
42:2

**company**
29:9 59:8,9 90:3

**compare**
129:23

**compared**
32:18

**complain**
77:21

**complaining**

77:20

**complaints**
77:18 80:2 82:4,8,14
84:17

**completing**
128:16

**completion**
121:13,19 122:6 128:17

**concerning**
120:17

**concluded**
22:19

**conducted**
31:18 44:12 46:9

**conference**
93:23

**confidentiality**
14:3,16

**confirmed**
70:2

**connection**
49:4 51:12,14 95:23
96:25 122:19,23

**consent**
118:13,19 119:2 120:13,
16 123:18

**consequence**
132:11

**consider**
90:9 92:10,25 125:12

**consistent**
70:5 125:23

**constant**
79:11

**consult**
8:5

**consultant**
18:5

**contact**
77:19,23,25 83:8 84:3,5
97:5 104:3,6,7 105:7
120:25 121:6

**contacted**
96:24

**contents**
97:4 98:2 105:12

**continue**
117:4 128:21

**conversation**
35:8 37:8 40:20 69:13
70:6 99:23 100:3 127:23
128:3

**cook**
22:23,25

**copies**
82:20

**copy**
70:8,11 94:8 121:18
124:7,21

**correct**
10:18,25 11:2,19 12:22
17:2 26:19 27:21 28:15
29:14 30:16 31:8 32:2,3
43:6,7,17,21 45:16
47:21,22 48:4,5,7 56:14,
19 58:11,12 60:23,24
62:5,17,22 64:15 66:22
67:12,13 68:3 71:10,11,
18,19 75:4,5 79:17,18
81:10,11 82:18,19 89:10,
11 93:9 101:3,4,9,12
102:19 106:6 108:7,8
110:22 114:13,14
115:10,11 116:13,14
117:2 118:3 123:22,23
124:5,11,12 126:2,3,19
127:10,12 130:6,10,13
131:7 133:5,20

**counselor**
28:9,10,13 29:2,10,19,25
37:3,8,9,20,21 38:9
47:19,21 75:23 76:7,19
77:3,8,11,16 78:5,18,21,
25 79:20 80:6,10 81:2,7,
13 82:17 83:7 84:12,18
110:12,15,17 120:22
124:9,19 131:17 133:3

**counselor's**
79:12 80:19 83:12

**counselors**
75:10

**country**
42:5 107:18,20

Movant's App. 000193

AMANDA HARDMAN - 03/27/2018                    i5

counts
73:3

couple
49:12 113:7 129:3,16

course
44:2 94:8 131:18

court
5:6,10 6:16 9:11 12:15
38:2

covered
46:3,4

Crossing
53:7

current
96:13

currently
11:3 107:22 121:25

D

D-A-T-A
11:16,17

dance
22:5

dangers
53:6

data
11:14,19,22

date
9:17 37:13 51:8 74:17
108:17,22 133:22

dates
74:3 113:23 114:2,11

day
19:12,15,17 20:3 27:17
31:2 44:3,9 64:22 65:5,8
80:12,15 90:23 93:8,12,
15 111:25 112:5,11
115:25 116:2,3 117:2,24

days
23:10 44:3,4,5,8 45:19
80:13,16 93:8 112:5,12,
24,25 116:11,15

Deakins
4:18

deal

130:20

decided
103:24 104:23 108:14,
17,18,20 109:3 110:20

deciding
120:23

decision
42:18,23 43:16 109:7

decline
33:7,9,14

declined
33:23 34:5,10,15

declining
34:21

defendant
4:19

delete
82:23,25 83:4

Deloitte
18:9

depos
14:20

deposed
4:25

deposited
62:4

deposition
5:13 8:14,19,20 10:5,6,
10,14 13:22 93:21 94:11
95:18

describe
26:8 31:22 32:5 45:21
51:13 52:17,23 75:18
83:20 87:20 115:17

described
35:16,20 70:6 100:9
113:4 115:15,19

describing
36:9 54:19 117:16

determination
71:2

determine
131:18

determined
70:16,21,22 71:14

didn't
12:10 34:10 38:2 42:8
71:24 85:11 98:14 113:5,
12 117:12,13

difference
68:6

different
19:17 32:16 50:22 78:22
81:18 110:12,17 112:2,
19 113:3,21 115:25
116:3

dining
75:25

dinner
22:23,25 23:4,9,16,21
64:13 65:6 92:2

direct
125:8

Directing
111:2

directly
62:3

disclosing
56:13

disclosure
59:19,22

discuss
10:6 15:21 31:21 68:9

discussed
68:13,16 78:3 98:17
108:6 119:12

discussing
35:5,24 36:4 68:22
77:16,18 86:20 87:7
127:17

discussion
53:14 54:18,22 55:3
58:3,8 69:2 133:4

doctors
85:22

document
76:11 94:9,10,15,19
95:2,8,10,13,15,20
118:7,12,16,18,20,22,25
119:2,5,16,19 120:10
123:3,7,12,14,17,20,24
124:16,20 126:23 130:3

documents
10:9 14:14 93:21 120:17
122:18

dog
17:16,17 27:21,24 91:3

doing
7:24 24:21,23 25:4,11
30:14 93:25 120:24

dollars
62:7,9,24

don't
5:9 6:25 7:5,7,13,15,17
9:16 10:23,24 15:12 17:7
18:19 20:17,18 21:5
27:11,12,13 34:13,20,21
35:2,7,18,22 36:25
37:12,24 39:17 40:6,10,
14 41:6,10 42:12 44:14,
22,25 45:4,12 46:11
49:2,24 51:3 55:22 56:8
57:2,6,9 58:21 59:2,21
60:3,7 63:22 65:4 67:18
71:24 72:2,7 73:2 76:22
77:2,6 80:20 86:19,24
87:18 95:19 96:8,11,17
97:7,14,15,18 98:13
101:7,23 102:14 105:16
108:21 109:11,16,19
119:13 120:19,24 128:19

dressed
90:14

Drinking
132:16

drive
20:15,19 91:21

driving
20:23 21:3 62:11,21
67:11 132:18

drop
22:11

Drunk
132:18

DUI
132:18

duly
4:9

duty
132:16,17

Movant's App. 000194

**E**

**E-S-H-O-W-E**
  89:15

**earlier**
  43:19 64:12 66:20 71:8
  89:4 93:4 104:10 112:3,9
  115:23 116:21,23,24
  131:2

**earn**
  53:23 56:6 115:9

**easier**
  130:19

**eastern**
  46:21,22

**eat**
  23:12 64:13,17,20,23
  65:2,11,12

**either**
  18:23 39:5 74:15 85:6
  91:9 116:5,20

**electronic**
  120:3

**eligible**
  57:21,22

**email**
  10:22 76:9 79:21 85:14
  94:4 95:25 96:5,16,20,24
  97:9,13,17,21,25 98:3,4,
  11,14,18,23 104:17
  119:9,11 121:8,11,16

**emailed**
  79:14

**emails**
  32:20 39:22 40:4 79:8
  82:17,21,23 83:2,4,25
  86:12 120:21

**employed**
  11:3,5 17:19 18:2 49:17
  50:16,20,21

**employer**
  12:17

**employment**
  17:23 49:4

**encouraged**
  102:18

**ended**
  13:4 69:11 91:19 107:18

**English**
  6:9 9:6,7,8

**entail**
  40:13

**entailed**
  52:8

**entailing**
  46:2

**enter**
  8:17 124:24

**entered**
  8:25

**entertainment**
  66:18

**entire**
  13:20 67:16 116:2,3

**entirely**
  17:18 28:23 98:5

**entitled**
  115:9

**environment**
  77:25

**Eshowe**
  48:17

**essay**
  35:11,17

**events**
  70:24 84:15

**exact**
  9:16 46:11 65:4 108:21

**exactly**
  15:16 27:7 50:12 115:19
  129:24

**EXAMINATION**
  4:12 129:12

**examined**
  4:10

**example**
  132:21

**exchange**
  82:2

**exchanged**

**82:17 83:25 86:12**
  120:21

**exchanging**
  39:22 40:3

**exhibit**
  94:9,16,19 96:21 111:3
  118:8,12 123:4,7 129:23,
  25 130:2,4 133:14

**exhibits**
  93:22 129:19

**expect**
  46:6 53:24 54:4 57:14
  58:10,15 60:22 76:3

**expectation**
  29:12,13

**expectations**
  35:5

**expected**
  36:19,24 37:4 69:14

**expecting**
  54:2

**expense**
  66:18

**expenses**
  66:25 67:4 86:22

**experience**
  41:8,12,16,19 79:15
  109:21 110:2 120:18
  127:10

**explained**
  76:2

**extent**
  14:14

**extra**
  62:10 68:6 69:9 91:24

**extracurricular**
  20:24 21:14

**Extraordinaire**
  125:18

**Eyes**
  14:23 15:8

---

**F**

**Facebook**
  82:3 104:9,12,16

**faces**
  90:15

**fact**
  127:7

**fails**
  15:17

**Falling**
  132:18

**families**
  15:25 32:16,21 33:2,10,
  13,17,19,24 34:24 51:22
  54:2

**family**
  13:15,19,25 16:5,8,13,
  14,20 17:6,15,20 19:21
  20:12,20 24:17 25:8,20,
  24 26:9,22 27:15,18,20
  28:3 30:15 31:23 32:13,
  19,23,24 33:3,6,7,16,20
  34:3,7,12,16 35:4,11,12,
  16,20,24 36:5,9,12,14,
  18,23 38:8,13,25 39:5,
  10,14,16,20,23 40:4,12,
  15 41:7,15 42:18,20,24
  43:5,9,15 49:7 50:6
  51:16,23 52:15,19 53:11,
  16 54:5 56:7,24 57:10
  58:5,24 61:8,15,20 63:4
  65:7,17 66:11,21,23,24
  67:3 68:10,13,23 70:16
  73:6 75:7 76:14 77:21,22
  78:5 79:3,4,16,25 80:2,
  22 81:3,8,9,17,18,20
  82:5,6,10,13 84:18 86:9
  87:2,8 90:8 93:6 101:15
  103:2,6 104:18 106:4,19
  107:3,15 109:15,18
  110:6,15 114:16 117:25
  123:8,21 124:25 125:11
  127:15,20,24 128:14
  130:8,18,22 131:16,24
  132:4,9,22 133:7,18

**family's**
  14:3 43:16 71:18 131:5

**farewell**
  107:6,7

**father**
  16:15,16,20 28:11,15
  103:14

**fault**
  26:4

Movant's App. 000195

**February**
30:25 31:5,14 36:6 37:16
39:12,15,24 43:21 45:15
48:3 75:3,17 76:17 78:12
124:11 133:23

**fed**
90:6

**federal**
9:11 14:13 120:14

**feel**
34:10

**felt**
34:17

**fetching**
39:8 92:20

**fewer**
45:2 93:12

**find**
121:12

**fine**
5:18 14:11 46:19

**finish**
5:14,16

**finished**
22:13 118:10

**firm**
28:10,17 96:13

**firmer**
28:14

**first**
4:9 9:14 12:18 13:11
15:23 16:7 17:5 25:7
28:2 29:18 30:3,6,14,19,
21 31:24 32:23 35:23
36:4 37:9,13 38:6,25
39:14,23 42:10 46:3,4
48:7,10,18,21 55:4,6,8
56:11 57:13,18 59:15
68:21,24 69:23 70:6
75:13,15,16 76:13 78:14,
22 79:13 85:3 89:9
106:23 110:14 117:24
123:19 124:6,8,10 125:9,
14 129:18

**fit**
34:11 74:7

**five**

**80:12,13,15,16 93:7,8,15**
112:4,5,11,25

**flat**
62:7,8

**Flexner**
4:3

**flown**
31:12

**flu**
85:23

**fluent**
6:9 9:6

**fluently**
9:8

**follow**
87:2 88:4

**follow-up**
129:16

**following**
104:21 125:13

**follows**
4:11

**food**
65:15

**Foreign**
4:19

**forget**
133:3

**form**
32:8 99:16 112:6 119:10
120:17

**formal**
51:5,9

**former**
98:7 105:22

**forth**
126:10

**forward**
43:3,17 98:14

**forwarded**
93:21 98:10

**found**
132:22

**four**

**33:4,10,13 94:21**

**frame**
37:17

**free**
27:2 74:24 115:3 116:2
128:22

**frequent**
40:4

**frequently**
19:3 64:20 66:2 84:23

**Friday**
23:19 64:14

**friend**
9:22 10:2,18,21,25

**friend's**
9:23 107:6

**friends**
41:23,25 42:13 50:6,11
54:5 74:17 92:18 113:23
114:7

**full**
35:7 44:9 57:7 85:11

**full-time**
11:24 17:22 18:20 49:20

**fully**
34:13 119:14

**further**
100:18 102:25 126:4
129:2

**G**

**gasoline**
62:21 66:8 67:10,16

**gender**
14:5

**general**
29:13 30:9,10,11 48:21
51:14,21 52:18,23 87:21

**generally**
35:19 77:4 115:23

**getting**
57:24 90:13,14 94:2

**gift**
63:13

**gifts**
63:7,11,15

**girl**
16:17,25 20:10 21:21,22,
25 22:6 38:19 73:17,18
74:9 116:5

**girls**
51:24

**give**
5:23 28:22

**given**
70:3 85:8 87:10 99:3
100:17 101:16 110:4

**giving**
28:13 79:22

**go**
43:3 45:10 74:16,17
77:19,20 85:11,22 91:4,
5,13 92:17 98:8 102:22
113:5 114:21 133:2

**goes**
43:17

**going**
7:3,4 8:21 13:6 30:13
39:9 51:22 53:23 57:8
79:10 92:14,15

**good**
34:11 83:22 110:2

**gotten**
90:21

**governing**
126:9

**grades**
19:23

**great**
4:17 42:3 46:20 88:19

**greater**
93:15

**greeting**
75:24

**groceries**
65:18

**grounds**
133:7

**group**
45:6,11,14

Movant's App. 000196



Movant's App. 000197

**individual**
46:13

**individual's**
55:20

**individuals**
16:11 46:9

**infants**
52:11

**inform**
108:19 115:14 122:7

**information**
15:6,14 56:10,13 76:3
85:8,10,25 100:17 101:6,
11,14 105:8,15 122:15,
23

**informed**
93:6 112:10 122:10

**initial**
78:7

**Initially**
66:12 110:14

**initiate**
121:6

**initiated**
69:2

**inside**
26:14 90:21

**instance**
14:6 22:5 70:23

**Institute**
4:19

**instructed**
14:24

**intended**
8:15 67:9,10

**interpreter**
6:12

**interview**
30:11 34:6 35:4,10 38:7
55:8,11,14,18,24 56:3,12
57:13,19

**interviewing**
121:25

**interviews**
30:12,15 55:4,6

**invite**
84:12

**involved**
14:13 21:14,23 22:2
52:10 109:9 113:13

**involving**
86:22

**issue**
77:22

**issues**
77:24 84:14 85:7

**it's**
4:21 5:8 7:14 8:3,13,16
12:5,18 46:21 53:9 89:15
110:18 119:13,24 123:18
133:10

---

**J**

**January**
121:5,11

**Jennifer**
83:16

**jobs**
50:22 121:25

**John**
14:8,9

**join**
15:23 94:20 95:3,20 98:9
102:18 103:24 104:23
108:14,17,18,20 109:3
110:20 118:13,19 119:3
120:23 127:18

**joined**
105:5 122:8,11

**joining**
41:21 99:2 102:12,16
120:13 121:2

**joint**
28:8

**June**
117:20

---

**K**

**karate**
21:20 69:10 70:23

**kids**
36:12,15 62:11 69:6 85:6
91:10,17 92:14,15
112:16 113:5 114:6
116:2

**kids'**
92:14

**kind**
17:14,17 132:13

**Kirsty**
16:23 98:7

**kitchen**
91:6

**knew**
57:8,9

**know**
7:13,15 8:14,18,23
15:13,18 18:19 53:25
73:2 76:9,10 95:5,9
104:23 118:9 129:19
132:2 133:6,15

**known**
4:20

**Kwazulunatal**
12:5

---

**L**

**lady's**
44:14

**large**
45:13 51:24

**larger**
45:9,11

**lasted**
43:24 44:8 55:24

**lasting**
45:19

**late**
85:6

**laundry**
24:24 25:5,12

**law**
96:13

**lawsuit**
9:21 10:17,21 14:13

**learn**
9:14,21 42:10

**learned**
5:4 10:20 52:24 102:2

**learning**
10:17 53:2,3 83:5

**leave**
8:25

**led**
59:10

**left**
22:16

**lessons**
21:21,23 22:3 69:10

**let's**
15:21 90:7 92:24 132:21

**letter**
122:6

**library**
74:6,16

**likewise**
6:21

**limited**
25:16

**line**
119:22 124:4

**lines**
28:24

**litigation**
9:12,15

**little**
13:7,23 74:15 126:4

**live**
16:2

70:13 83:5 94:21 95:3,
21,24,25 96:4,25 97:10
98:8,24 99:3,7,10
100:11,25 102:3,7,12,16,
18 103:14,17,21,25
104:13,24 105:3,4,6,15,
19 108:6,10,14,17,20
109:4 110:21 111:6
119:3,12 120:14,23
121:2 122:8,12,16,20
127:18 128:9,11

Movant's App. 000198

AMANDA HARDMAN - 03/27/2018                    i10

**lived**
13:25 14:17 16:11 20:12
61:15 64:6

**living**
13:15,19 17:5 20:20
24:16 25:20,23 26:8,9,
11,18,21 51:16 52:19
61:7,19 62:2,15 63:5,18
64:9 65:3,12 66:3,11
67:20 68:18 71:9 73:6
75:3 78:4 82:5,9,13 88:5
90:8 92:24 127:19,24

**local**
133:2

**located**
12:2,17 26:2,5 107:8

**location**
34:3

**long**
4:21 8:2 11:21 12:23
13:7 43:23 46:17 55:23
56:2 92:16 107:11
114:19

**look**
71:4,5 74:4 100:18
102:20 116:16 118:6
123:2,24

**looked**
77:12 113:9

**looking**
32:18,19,21 46:6 53:4,5
90:2,3 92:19

**looks**
96:22

**lot**
51:24 85:8 117:7

**lounge**
91:15

**lunch**
24:12 65:6 90:17 91:7

**lunches**
90:20

---

**M**

**making**
23:9 90:3,6 91:7

**March**
75:8 106:25

**mark**
125:10

**marked**
15:17 93:22 94:16,22
96:21 118:7,13 123:3,9

**marking**
14:22 15:7

**mass**
32:17

**match**
31:22 32:5,11,17 34:6,10
35:6 42:19,24 43:10,14
81:9

**matched**
16:4,7 32:24 33:3,5,9,14,
18,23 40:24 41:4 42:17

**matches**
34:16

**materials**
126:11

**maximum**
37:23 38:4 114:20

**meal**
64:23 92:10

**meals**
64:18 65:2,4,8,11

**mean**
9:6 30:8,9 51:18 70:18
109:24 116:19

**means**
7:9 94:2 116:22

**media**
95:25

**medical**
85:22

**medications**
6:2

**meet**
30:6,21 39:9 69:9 81:3,4
84:13 92:18 106:23
107:5 131:15

**meeting**
10:12 29:19,21 30:18
35:10 37:10,11,15 38:12,

17,22 39:4,7,14,24 85:12

**meetings**
40:8 76:7 84:8,9,10,11,
20,24 85:5,9

**mentioned**
133:22

**message**
82:3 104:10,17

**met**
30:4,19 38:25 76:11
107:2

**midday**
73:13

**middle**
119:21

**mind**
46:15 88:16 89:12

**Minetti**
83:16,18,21,25 84:3,6
85:13,24 86:5,12,21 93:5
110:13 112:10 115:13
121:2,11,15 122:3,7,11,
15

**minimum**
37:24 38:5 57:20 111:11
126:8,19,25 127:8,9
128:5

**minor**
14:17 15:5

**minute**
88:17

**minutes**
46:18,19,23 129:4,6

**mixed**
54:13

**moment**
10:16 53:12 80:4 88:9,15
95:8 101:8 118:8 123:4

**Monday**
23:19 64:13 90:7,10,11

**monetary**
68:17 86:17

**money**
56:6 57:8 63:4 86:23

**month**
37:13 75:16 76:13 79:8,

14 84:8

**monthly**
82:17 83:24 84:21 86:11

**months**
40:21 72:21 85:3 112:18
116:13 117:5,15 128:20

**morning**
20:7 73:13 112:23
115:21

**mother**
16:15,16,20 30:2,4,7,19,
22 98:6,7,11,17 99:6,9,
12,19,23 100:6,9,19,24
101:10,20 102:9,18,24
103:10

**motivation**
41:20

**move**
79:5 81:18

**moved**
66:13 75:25 110:16

**movie**
74:16 92:18

**mutual**
42:23

---

**N**

**name**
4:14,21 9:24 12:18 15:5,
12 44:15 52:16 55:21
83:13,15 105:24 119:24
123:25 124:3

**named**
14:7 106:4 111:10

**names**
16:19,22

**necessarily**
92:16 117:8

**necessary**
91:9

**need**
6:11 7:21 8:4 46:18
67:15 77:23,25 85:11
86:23 129:4

**needed**
36:12 53:10 77:21,22

Movant's App. 000199

i11

90:5,22 91:11,12,13,22,
25 102:22 110:5 122:2

**needs**
71:18 84:15

**negotiate**
130:21

**never**
66:21

**new**
5:5 31:19,20 43:21 44:7
45:23 48:3 51:12 125:25
131:24

**night**
23:2,16 64:13 112:23
115:22

**nights**
74:24 115:22

**nod**
6:20

**nods**
6:19

**normal**
72:23 116:19

**notice**
94:20 95:2,20,24 96:3,5,
7,10,12,16,19,21,23
97:9,16 98:2,5 105:8
108:10 119:11 127:17

**number**
46:12 72:4,11,15,18 80:6

**numbers**
45:12 54:13

---

**O**

**o'clock**
21:8 73:13

**oath**
5:20 47:11 89:2

**Object**
99:15

**Objection**
32:7 112:6 126:20
127:11

**observed**
71:21

**occur**
75:14

**occurring**
75:21

**offered**
56:10

**office**
5:5 55:16

**Ogletree**
4:18

**Oh**
12:7 76:10 101:13

**okay**
4:15,17,24 7:21,25 8:6
9:18 14:18 15:10,21
16:16 46:20 47:23 88:19
94:6,13,17 118:17
123:13 129:8,21

**old**
14:7

**once**
9:2 19:5 57:8 74:23 79:8,
14 84:8

**one-on-one**
55:18

**opinions**
99:4

**option**
33:6

**order**
14:2 43:3

**organized**
84:10

**outdoors**
53:5

**overnight**
114:6

**overtime**
54:2 111:11,17 115:10

**owed**
111:13

**owes**
111:16

---

**P**

**P-I-L-L-A-Y**
106:3,5

**P-R-E-L-E-N-E**
106:3

**p.m.**
20:8 23:10 74:10,22

**Pacheco**
4:2,3 14:19 15:9,11 32:7
47:2 99:15 112:6 126:20
127:11 129:3,13,15

**packages**
100:18

**page**
119:21 129:22 130:2

**pages**
94:21

**paid**
50:7 56:24 59:23 64:9
103:2,6 127:19,24 130:8

**pair**
4:20,23 10:3 13:3,8,10,
12 15:22 16:12 29:8
32:20 33:5,6 35:13 42:8,
11,14 44:15 52:19 53:21
55:5,15 59:8,9 84:11
87:10,16 89:23 100:16
101:16 105:23 107:12
110:7 120:18 121:13
125:16,17 126:10,11
131:17,23 132:2,14,24
133:13

**pair's**
105:24

**pair/companion**
123:9,21 125:12 126:7
133:18

**pairing**
42:9

**pairs**
32:21 40:16,24 41:3,9,
13,17 42:2,14 44:17,20,
24 45:3,6,14 51:22
60:10,11,21 84:13 85:9
101:2 102:11,16 111:12
128:8,12

**paragraph**
111:3

**parents**
17:19 18:23 19:4 116:20
117:10

**park**
74:6,18

**part**
14:14,23 16:12 22:15
25:9 51:20 106:14,16

**participate**
31:10 40:7 52:4 70:25

**participated**
35:3,9 38:7 43:20 55:13

**participating**
13:11 31:7 34:6

**participation**
8:14 83:9,22 132:3

**particular**
52:11

**parts**
51:21 70:17,18,22
109:25 110:3

**pause**
128:24

**pay**
54:3 58:20 62:10 66:7
100:17 101:17

**paying**
57:5 58:24 67:22

**pending**
8:3 9:12 99:7

**people**
53:6

**perfectly**
7:14 8:3

**period**
13:20 20:11 24:17 27:2
39:19 40:5,8 61:14 63:5
64:6,10 67:7 68:18 75:9
82:12 107:15,17 111:21
115:5

**permitted**
65:11,18,20 68:6

**person**
30:19,22 87:8 93:24

Movant's App. 000200



Movant's App. 000201

129:5

**quite**
9:16 35:7 37:12 38:2
101:13 109:11

**quote**
130:11

---

**R**

**R-I-D-G-E**
11:10 12:21

**range**
74:2 111:24 112:22

**ranged**
49:12

**re-place**
131:24

**reach**
85:16

**reached**
108:4

**reaching**
85:19

**reaction**
132:14

**read**
9:7 35:11 59:14 96:17
97:25 111:8 125:10,15
126:5

**reading**
96:16 97:15

**reads**
111:5 125:10,14 126:5

**ready**
92:3 95:9

**realize**
12:10

**really**
33:25 56:9 81:21

**reason**
5:22 109:8,10,12

**reasons**
110:24

**recall**
9:16,20,23 10:2,17,20,

23,25 16:10,19 17:7,25
18:6,10,21 19:3,6,12,14,
19,23 20:2,5,14,17,18
21:2,5,6,10,13,17,22,25
23:8,15 24:21,22,25 25:4
26:11 27:5,8,11,13,19
28:12,18 29:20,23 30:14
31:4,7 32:11 33:20,22
34:2,5,9,13,15,20,21,23
35:2,5,16,18,19,22,23
36:4,8,11,17,22 37:2,7,
15,21 39:17,22 40:3,11,
15,19,23 41:3,7,11,15
43:8,12,23 44:19,22,23
45:2,5,9,13,18,25 50:9,
23 52:7,10,13 53:2,3,12,
13,18,21 54:7,10,17,21
55:2,20,22,23 56:5,8,11,
16,22 57:2,12,18 58:2,8,
13,19,21 59:18,25 60:3,
4,13,19,25 61:8,18 62:19
63:10,15,16,23 64:4,8
65:4,10,23 67:3,8,14,18
68:12,15,21 69:4,12,17
71:20,24 72:2,3,7 73:8,
14,22 75:10,14,21,23
76:12,19,22,23 77:2,3,6,
7,11,15,17,18 78:6,8,9,
13,17,24 79:19,22 80:5,
11,14,18,20,21 81:12
83:11,12 85:19,24 86:4,
7,13,16,19,20,24 87:18
88:7,13 95:17,19,23
96:6,9,12,16,19,24 97:5,
8,15,20 98:10,13,16,20
99:5,18,22 100:9,13,15,
19,23 101:20,23,25
102:5,9,14,23 103:5,9
105:14,16,17 109:2,6,13,
17 110:19,23 119:4,7,10,
18 120:9,19,20,24 124:6
128:16

**receive**
32:20 48:15 49:3 53:15,
19 56:18 57:21,22 58:4,
9,11,15 61:22 63:3,7
68:17 96:3 126:7

**received**
45:22 48:6,10,12,25
51:5,9,12 52:14 61:9,19
62:3,7,15 85:10 89:6,9,
14 96:5,7,10,15,20,23
97:9 98:4,18,23 105:9
108:9 119:7 125:25

127:14 128:4,14

**receiving**
56:21 62:19 63:10,12
67:8,20 86:8,14,18 95:24
101:18 119:4 124:7

**receptionist**
51:2

**recess**
47:4 88:22 129:10

**recognize**
118:19 119:15 120:6
123:14,16

**record**
14:15,20 47:7,24 72:8,
10,14 89:12 94:25
118:18 123:20

**recover**
111:10

**refer**
4:22 14:4,8 94:9

**reference**
104:13 122:2

**referenced**
101:5 125:6

**referred**
33:11 71:8

**referring**
47:19 48:13 101:6
116:16 131:4

**regard**
88:11 105:4

**regarding**
14:16 59:19 60:15 97:9
128:8,13

**regular**
18:24

**regulations**
60:6 126:9,16

**reimburse**
66:24

**reimbursed**
67:4

**relationship**
83:21 109:14

**remain**

107:14

**remainderer**
74:13

**rematch**
77:23

**remember**
7:16,17 23:11 35:7
36:16,25 37:12,22,24
38:3,5 40:6,10,14 41:6,
10 42:12 44:14,25 45:4,
12 46:8,11 49:24 51:3
53:9 57:7,9 59:3,21,22
60:7 63:12 67:6 76:10
80:3 85:21 87:19 95:22
96:8,11,17 97:7,14,18
98:22 108:21,23 109:11,
16,19 119:14 128:19

**remind**
47:11 89:2

**remote**
8:19

**remotely**
93:25

**repeat**
7:2 37:25

**rephrase**
7:8,10 32:9 104:19
106:12 112:7

**reporter**
5:6,11 6:16 12:12,15
38:2

**reporting**
79:24

**represent**
4:18

**representative**
43:9,13 55:16 56:12,17,
23 57:13,19 58:8 60:14,
20 61:2 71:21 76:24 83:9

**request**
121:18,23 122:14

**requested**
121:20,24 122:4

**require**
6:12

**required**
52:3 65:14 66:7 86:2

Movant's App. 000202

**respect**
25:15

**respond**
97:12 121:15

**responded**
97:21,24 98:3 105:7

**responding**
37:21 97:8

**response**
37:25 79:20 80:19 81:15

**responsibilities**
25:9,15 26:22 77:5,9

**responsible**
20:22 21:3 25:10 27:23
133:11

**rest**
28:23 39:9 51:3 113:8
129:5

**restaurant**
107:9

**resume**
9:2

**retrieve**
129:18 133:14

**return**
13:2 107:18

**returned**
47:10 74:23 89:3

**reveal**
15:12,13

**revealing**
97:3 105:11

**reveals**
15:4

**review**
10:9 94:8,14 95:8,12
118:9 120:17 123:5
124:14

**reviewing**
95:19 119:18 120:20

**reviews**
95:10 118:16 123:12

**Ridge**
11:6,7,8,13 12:3,19

**riding**
74:6

**right**
8:7 15:9 39:2 94:20 95:3,
20 129:6 130:5,9,12
131:4 133:19

**rigorous**
34:18

**roads**
53:7

**Robert**
16:23

**room**
8:8,10,17,20,22,25 9:3
47:15 75:25 92:25 93:23
129:5

**rooms**
24:23 25:10 91:11

**Roughly**
117:3

**round**
61:12 68:2 130:22

**rounded**
130:12,15,19

**rule**
131:10,15 132:5,9,10,13

**rules**
87:2,5,9,12,14,15,16,17,
24 88:4,8,10,14 131:3,5

---

**S**

**S-T-O-P**
11:11

**safe**
90:4

**safety**
53:3,9

**salary**
62:9

**satisfied**
80:22,24

**Saturdays**
23:22 26:23,25 128:21

**saying**
5:7,8,12 37:22 38:3

**says**
119:25

**schedule**
20:9 28:4,7,8,11,13,14,
17,19 29:3,6,7,12,16
34:17,23 35:20,25 36:5,
10 37:20 68:22 69:18,22
70:2,4,9,12,15,21 71:2,4,
6,12,17 76:5 77:12
80:19,22 93:18 113:21
116:16,19 117:11

**scheduling**
85:7

**Schiller**
4:3

**Schmid**
4:13,15 12:14 15:2,10,
19,20 32:9,10 46:20,25
47:6,8 88:18,24 94:24
95:11 99:17 104:19,20
106:11,13 112:7,8
126:21 128:25 129:8

**school**
19:20 20:3,15,23 21:4,7,
11,15,19 22:8 24:13
28:21 50:2 69:7,8 72:22,
23 73:2,5,15 74:10
90:18,20,23,25 91:5,17,
19 92:8 112:15,16 113:4,
6,7,13,16,18 116:5,6
117:16,17,19,24

**schooling**
20:6 36:15 72:24 73:9

**Scouts**
22:6

**second**
66:13 78:11,20,25 79:13
81:7 85:8

**see**
42:4 84:7 85:22 111:3,
14,15 119:22,25 125:21
126:12

**seeing**
59:18

**seen**
95:15 118:22

**selected**
33:19

**send**
104:22

**senior**
18:5

**sense**
46:4

**sent**
79:8 82:3 96:13 119:11

**separate**
26:14,18 81:9

**separately**
81:3,4

**September**
117:21,22,23

**services**
49:8,11,15,23 50:5,11,
14,18 72:19 76:25 89:7,
17 125:20

**session**
43:20,24 44:21 45:15
46:10 48:2 52:24 53:14
54:19,23 57:25 59:5
60:9,15,19 115:8

**sessions**
44:10

**set**
59:6,7,11 60:2,5 87:21
88:11 112:19 126:10

**shakes**
6:18

**shaking**
6:22

**share**
94:3

**sharing**
77:7

**shorter**
116:12

**shortly**
107:2

**sick**
85:23

**sign**

Movant's App. 000203

AMANDA HARDMAN - 03/27/2018     i15

76:10

**signature**
119:22 120:4,7 124:2,3
133:22

**signed**
123:19 124:17 126:14
130:4 133:19

**signing**
120:9,13 124:13

**similar**
71:5 87:9 96:20,22

**Similarly**
7:15

**simply**
4:22

**single**
114:9

**sitting**
5:5 35:15 52:22 88:8
93:23 95:19 110:18

**six**
80:12,15 93:7,15 112:4,
11

**Skype**
30:12,15 35:4,10 38:7
39:6,14,23 40:8 55:12

**slightly**
116:22

**small**
45:5

**smaller**
130:20

**Smith**
14:8,10

**smoking**
87:11 132:17,21,22
133:6

**snack**
91:20

**snacks**
28:22

**snakes**
53:6

**soccer**
22:5

**social**
95:25

**solution**
131:18,22,25

**somebody**
8:17 54:18

**sorry**
11:8 12:11 15:3 26:4
38:15 41:24 45:10 46:15
49:2 63:25 101:7 106:11
108:24

**sort**
15:13 28:4 90:16

**sorted**
84:15 91:12,13

**sorts**
132:7

**South**
6:8 12:5,7,24 13:2 48:17,
25 49:16 55:5 89:10,13
107:21,23 133:24

**space**
92:19 123:25

**spare**
91:9

**speak**
5:9 9:8 39:18 60:9 81:25
103:13 105:21

**speaking**
5:10 60:13 105:2,14,17
108:5

**specific**
42:7 48:19 51:21,25
52:5,14 71:17 79:14
88:10,14

**specifically**
29:9 42:8 53:25 62:13
64:3 87:19

**speculating**
7:18

**spell**
11:9,15 12:12,16 106:2

**spelled**
12:20 106:4

**spelling**
89:13

**spent**
27:5

**spoke**
81:23 98:6 105:22
108:12

**spoken**
67:5 103:16,20 128:8,12

**sponsored**
111:12

**sponsors**
99:14 111:10,13

**standard**
125:17

**start**
16:14 41:24 69:7 70:24

**started**
69:11 115:20

**state**
38:8

**stated**
10:16,24 16:24 26:16
27:20 41:11 60:18 66:20
75:2 81:6 82:16 101:9
102:17 112:4 116:8
117:25

**statement**
127:5

**States**
6:5 14:2 60:11

**stating**
58:9,14 59:22 60:2,5
61:2 111:7 112:17

**station**
39:8

**stay**
22:10 79:3 110:5

**stayed**
22:14 114:8 115:2

**step**
105:3

**stipend**
53:15,19 54:8,15 56:13,
19 57:15,20 58:3,10,20,
25 59:5,11,20 60:5,16,22
61:4,8,16,19 62:3,16
67:9,20,22 68:10 86:5,13

102:25 126:8,16,19,24
127:8,14 128:5,13

**stipulated**
126:9,16,25

**stop**
11:6,7,8,13,22 12:19
91:2

**student**
50:13

**Study**
4:20

**submitted**
35:12

**submitting**
120:16

**sued**
111:9

**suggesting**
15:3

**summer**
53:5 72:21 73:2,4,15
74:10 84:15 111:20,21
112:18 113:3,7,10,14,15,
23 114:17,18 115:14,18
116:5,6,12,19 117:5,9,15
118:3,5 128:20

**summers**
73:5

**summertime**
111:23 113:6,20

**Sundays**
23:22 26:23,25 128:21

**support**
110:4,6

**sure**
17:18 28:23 38:3 59:2
89:15 90:4,6,13,20,23
96:14 97:25 98:5,24
131:3

**surroundings**
53:8

**survey**
128:17

**swimming**
53:4

Movant's App. 000204

**sworn**
4:10

**T**

**T-R-U-C-K**
11:10

**take**
6:17,18 7:21 8:4,24
27:14,17 36:20,24 37:4
46:16 53:10 55:7 74:5
88:17 90:7 95:7 114:12,
16 118:2,8 123:4 129:5
132:21

**taken**
31:2 97:6

**talk**
84:14 102:15

**talked**
89:17

**Tarrytown**
31:19 43:21 44:6,7,13
45:22 48:3 51:12 57:25
60:9 125:25

**tax**
84:14

**teeth**
90:14

**telephone**
99:23 100:2,8 102:6,24
103:11 104:4,21

**tell**
43:13 80:9 103:24
109:20 110:8 127:13,22
128:4

**telling**
43:9 56:17,23 57:13,19
58:20 60:20 79:19 80:11,
14 86:7 98:20,22 100:14,
15,20 101:21,25 102:10
109:7

**ten**
46:18,19,23 88:17

**term**
131:3

**terminate**
132:3,23

**terminating**
133:11

**termination**
132:8 133:8

**terms**
131:25

**testified**
4:10 8:22 9:5 31:24
43:19 48:6 64:12 67:24
89:8 93:4 104:10 115:7
116:24 127:8 130:7,11,
25 133:19

**testify**
9:11 112:9,13 113:12

**testifying**
47:25

**testimony**
5:23 6:13 8:15,16 47:16
110:19 112:3,14 129:17

**Thank**
9:5 12:23 15:2 38:6
46:24,25 47:2,18,24
89:16 129:8,15

**thanks**
88:20

**there's**
6:11 111:7 119:22

**thing**
7:22

**things**
79:10 92:17 132:7

**think**
9:19 11:17,18 27:12
31:20 117:23 120:5
121:5 131:2 132:13

**third**
124:4 129:22 130:2

**thought**
101:8 102:21

**thoughts**
32:17 99:4

**three**
62:23 66:12 91:2 93:21
129:6 133:4

**time**
5:10 13:3,10,11,24 15:22

17:5 19:8 22:22 23:8
27:3,6 28:3 30:3,19
34:25 35:9 36:10,18
37:3,16 38:25 39:19,24
40:5,9,12 46:23 49:18
50:13,17,22 51:8 52:14
53:7 54:4,23 56:17 57:6,
25 58:13,18,23 61:2,15,
25 67:19,23 68:15 69:5,
7,11,18 70:24 73:9 74:8,
19 77:8,16 80:4,7 81:13,
17,22 82:11 84:2 86:21
88:9 91:10,18 92:10,13,
16 93:2 96:15 98:21,25
99:6,10,18,24 100:14,22,
24 103:16,19 106:10,15
108:12 110:9 111:21
113:8 114:15 115:12
122:8,10 124:17,20
126:14,23 127:5,6,23

**times**
22:16 36:13,15 39:13
47:20 66:5 69:8 89:18
93:11,13,14 112:15

**today**
4:21 5:9,20,24 6:13,16
7:22 9:11 35:15 47:16
52:22 88:8 89:4,17 94:15
95:19 104:10 110:18
112:3,9 125:6 127:8
129:16 130:8 131:2

**today's**
5:13 10:5,10,14 13:22
93:20 94:11 95:18

**told**
36:11,18 41:8 42:3
53:18,21,22 54:4,8 56:9
69:6,10,13 76:6 80:5
81:12 100:24 101:17,18
109:3 110:20 115:9
125:24 130:18

**touch**
83:17 107:25

**town**
12:13,16 89:13 92:18

**track**
72:17

**tracked**
72:4

**train**
31:2 39:8

**training**
31:3,8,11,17,21 43:20,24
44:5,12,16,21 45:14,18,
22,25 46:3,10 48:2,7,9,
10,13,16,18,25 51:6,9,
11,14,25 52:8,13,17,24
53:14 54:19,23 57:17,24
58:19,23 59:5 60:8,15,19
89:6,9,14 115:8 125:24
131:11,13

**transactions**
61:24

**transcribe**
5:11

**transcript**
14:22 15:7

**travel**
66:25

**traveled**
27:12,13 66:21 117:7

**traveling**
27:8

**trigger**
132:8,14

**trips**
27:17 114:7

**truck**
11:6,7,8,13,22 12:19

**truthful**
5:23

**try**
15:15

**trying**
45:8

**Tuesday**
31:12

**turn**
129:22

**turned**
25:19 33:18

**tutor**
21:20,21 69:9 70:23

**tutoring**
21:20,23 22:2 113:19

**TV**
91:14 92:25

Movant's App. 000205

**two**
11:23 12:25 13:9 16:25
42:6 44:8,9 45:19 66:13
73:5 78:4 85:3 87:19
91:24 107:13 114:20,25
129:6

**two-week**
115:4 118:2

**two-year**
13:20 20:11 24:17 27:2
61:14 63:5 64:6,10 67:7
68:18 75:9 82:12 107:15,
17

**types**
24:20 77:4

**typical**
8:19

---

**U**

**U.S.**
62:7,9,24

**ultimately**
42:19 43:15

**um**
10:23 33:25 77:17 89:25
96:17

**unable**
5:23

**underpaid**
100:16 101:3

**understand**
5:17,19 6:23 7:6,7,11,19
9:3,10 14:10 25:8 31:24
47:12 49:2 59:4 67:21
68:5 101:7 120:12
124:16 125:16 126:6,15,
23

**understanding**
28:25 29:5 57:4,7 58:22
71:14 89:21,25 100:20,
25 125:5 126:22 130:14,
17 131:8,12,21

**understood**
7:5 15:19 25:14 29:7,11
32:14 59:7 67:25 100:10
126:18 127:2 131:14

**United**

6:4 14:2 60:11

**unpaid**
94:21 95:3,21 111:10

**use**
27:3 62:12 64:5 65:18,
20,21,23,24 66:2,4,9,15
67:17

**utensils**
91:7

---

**V**

**vacation**
27:14 114:21 118:2

**vacations**
114:17

**vacuumed**
91:12

**varied**
74:18 115:20 116:9

**Various**
73:21

**varying**
50:21 74:14

**venues**
36:14

**verbal**
6:17

**violating**
132:9

**Virginia**
12:4 13:16 31:3,5 75:16
106:19,22 107:10

**visa**
111:9,13

**visit**
75:13,15,19,22 76:12
78:7,10,13,15,20,22,25
79:13 81:7 87:8 124:8,10

**visited**
81:2

**visiting**
75:10

**visitors**
87:7

**visits**
78:6

---

**W**

**wages**
94:21 95:3,21 111:11,17

**wait**
7:23 91:16

**waitress**
50:25

**wake**
90:12

**walk**
90:25

**want**
79:4 81:17 109:9 131:3

**wanted**
42:4 47:23 81:9 121:12

**washed**
90:15

**wasn't**
38:15 62:8,12 92:16
98:5,24 110:4 117:8

**watch**
74:16 92:18

**watching**
92:25

**water**
74:18

**way**
10:13 63:11 70:25 71:5
104:14

**we'll**
8:24 9:2 13:23 16:14
46:21

**we're**
5:10 13:6 14:12 47:6

**we've**
14:21 15:14,17 47:9
89:2,18

**website**
59:13,14,19,25 60:4

**week**
19:5,8,15,17 23:17 24:13
36:19,23 37:3,23 38:4

49:22 50:10 57:9 61:13
62:16 66:6 67:8 68:2,3,7,
24 69:14,23 76:20,24
79:23 80:6,13,16 86:8
89:19 93:8 111:22 112:5,
12,24,25 117:9 125:20
127:9 128:5 130:9

**weekday**
74:21

**weekends**
27:9

**weekly**
54:14 56:19 57:15,20
58:3,10,20 59:5,20,23
60:5,15,22 61:4,24 62:3,
10 86:5 93:18 102:25
126:8,16,19,24 128:5,13

**weeks**
67:15 107:13 114:20,25

**welcome**
29:19,21 30:18 88:25

**went**
84:8 113:10,11 115:21

**West**
106:22 107:10

**whichever**
65:11

**wife**
19:6,16

**wished**
115:4

**witness**
4:5,9 15:4 46:24 88:16,
19 95:10 118:16 123:12

**won't**
6:17

**word**
7:7,9 133:3

**words**
43:2

**work**
18:4,8,13,23 19:11,15,16
74:20,24 80:7 89:19 90:9
92:10 93:2 111:23
116:21 117:2

**worked**
11:21 18:6,11,14 54:6

Movant's App. 000206

60:10 80:12,15 89:7,20,
22 93:7,12,15 112:4,10,
18 117:10

**working**
19:4,7 40:21 50:24 51:2
76:21 77:24 79:6,16,23
85:6 90:2 93:3 111:20
117:14

**written**
69:18 124:24

**wrong**
100:17 101:5,9,11,13

--- Y ---

**yeah**
46:19 78:2 90:6

**year**
9:17 42:6 66:13 78:11,14
83:3 85:8 104:8 108:24
113:4,16 117:17,19
119:6 121:5

**year-old**
14:9 16:17,18,25 17:2
20:10,11

**years**
11:23 12:25 13:9 14:7
42:6 49:13 78:4

**York**
5:5 31:19,20 43:21 44:7
45:23 48:3 51:12 125:25

**you'll**
4:22

**you're**
5:20 8:21 9:2,7,10 12:7
15:3 47:11 48:13 54:19
89:2 95:9 97:25 116:15
117:16 118:9

**you've**
7:23 8:2 14:24 15:6
118:22 125:6

--- Z ---

**zero**
62:23

**zone**
46:23

Movant's App. 000207

LENA GRUENWALD - 04/06/2018

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF COLORADO

 3   ----------------------------------------------------x
     JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4   BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
     JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5   JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                    Plaintiffs,

 7
                  -against-        Civil Action No:
 8                                 14-cv-03074-CMA-CBS

 9   INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
     LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10   AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
     CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11   INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
     AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12   NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
     FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13   AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
     AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14   EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
     INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15   ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAUPAIR, and
     GOAUPAIR OPERATIONS, LLC,
16
                    Defendants.
17   ----------------------------------------------------x

18        EXAMINATION BEFORE TRIAL of the Plaintiff,

19   LENA GRUENWALD, taken by the Defendant, pursuant to

20   Court Order, held at the offices of Ogletree,

21   Deakins, Nash, Smoak & Stewart, P.C., 1745 Broadway,

22   22nd Floor, New York, New York 10019, on April 6,

23   2018, at 9:57 a.m., before a Notary Public of the

24   State of New York.

25   ****************************************************
```

Page 2

1  A P P E A R A N C E S :

2

3  BOISE SCHILLER FLEXNER LLP

4       Attorneys for Plaintiffs

5       1999 Harrison Street

6       Oakland, California 94612

7  BY:  SEAN PETTERSON, ESQ.

8

9

10

11  OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

12       Attorneys for Defendants
        AMERICAN INSTITUTE FOR FOREIGN STUDY,

13       d/b/a AU PAIR IN AMERICA
        1745 Broadway

14       New York, New York 10019

15  BY:  CHRISTINA SCHMID, ESQ.

16

17

18

19

20

21

22

23

24

25

Page 3

1       S T I P U L A T I O N S

2

3

4

5

6       IT IS HEREBY STIPULATED AND AGREED by and

7  between the attorneys for the respective parties

8  herein, that filing, sealing and certification,

9  and the same are, hereby waived.

10

11       IT IS FURTHER STIPULATED AND AGREED that

12  all objections except as to the form of the

13  question, shall be reserved to the time of the

14  trial.

15

16       IT IS FURTHER STIPULATED AND AGREED that

17  the within deposition may be signed and sworn to

18  by an officer authorized to administer an oath,

19  with the same force and effect as if signed and

20  sworn to before the Court.

21

22

23

24

25

Page 4

1

2  L E N A   G R U E N W A L D,  the witness herein,

3  having been first duly sworn by a Notary Public of

4  the State of New York, was examined and testified as

5  follows:

6  EXAMINATION BY

7  MS. SCHMID:

8    Q.  State your name for the record, please.

9    A.  Lena Gruenwald.

10   Q.  State your address for the record, please.

11   A.  1504 Lincoln Way, Unit 109, McLean, Virginia

12  22012.

13   Q.  May I call you Lena?

14   A.  Sure.

15   Q.  As I said, my name is Christina Schmid.  I am

16  an attorney with Ogletree Deakins, and we represent

17  American Institute For Foreign Study, which today I

18  will refer to as APIA or Au Pair in America.

19       Do you understand that you are testifying

20  today in connection with a lawsuit?

21   A.  Yes.

22   Q.  Have you ever testified in a deposition or a

23  trial before?

24   A.  No.

25   Q.  So the court reporter just swore you in and

Page 5

1            L. GRUENWALD

2  that means that any testimony today that you give

3  will be under oath.

4       Do you understand that?

5    A.  Yes.

6    Q.  Is there any reason why you would not be able

7  to testify truthfully today?

8    A.  No reason.

9    Q.  Are you taking any medications?

10   A.  No.

11   Q.  So as you know a court reporter is here and

12  she is taking down everything that both you and I

13  are saying.  So that means it is best for her if we

14  each allow each other to finish what we are saying

15  before the other speaks.  So I would just ask that

16  you let me finish my question before you answer, and

17  I will do my best to allow you to finish your answer

18  before I follow up with another question.

19       Do you understand?

20   A.  Okay.

21   Q.  Also, for that reason, we would ask that you

22  give only verbal answers.

23   A.  Yes.

24   Q.  So the court reporter can't record any nods

25  of the head or head shakes.  So we would just ask

Movant's App. 000209

|  | Page 6 |
| --- | --- |

L. GRUENWALD

1
2  that you only give verbal responses.  If you mean
3  yes, please say yes rather than shaking your head?
4     A.  Okay.
5     Q.  Also, if you don't understand a question,
6  please let me know, and I will do my best to
7  rephrase it.  If you don't hear a question, please
8  let me know, and I will repeat it, and if you don't
9  understand what a word means, let me know.  Again, I
10 will rephrase the question.  I would also ask that
11 if you don't remember something, you let me know
12 that you don't remember.  I would rather you tell us
13 that than you speculate or guess.
14        If you need a break today, just let me know
15 at any time during the deposition, and as long as
16 there is not a question pending, it is fine to take
17 a break, okay?
18    A.  Okay.
19    Q.  Is German your native language?
20    A.  Yes.
21    Q.  Do you understand English fluently?
22    A.  Yes.
23    Q.  So you don't need an interpreter today to
24 testify here at the deposition?
25    A.  No.

|  | Page 7 |
| --- | --- |

L. GRUENWALD

1
2     Q.  Did you do anything to prepare for today's
3  deposition?
4     A.  Nothing in particular.
5     Q.  Did you review any documents?
6     A.  No.
7     Q.  Other than speaking with your attorney, did
8  you speak with anybody else in advance of today's
9  deposition?
10    A.  No.
11    Q.  Have you provided your attorneys with any
12 documents in connection with this lawsuit?
13    A.  I have.
14    Q.  You have.
15        Do you recall what documents you provided?
16        MR. PETTERSON:  Lena, just so you
17        understand, she is not asking for you to
18        reveal the advice that I have given you or
19        anything like that.  So to the extent your
20        answer requires you to do say, I would say
21        please do not answer.
22    Q.  Absolutely.  To confirm, anything that I ask
23 today will not be attempting to get at what you
24 discussed with your attorneys, but you are free to
25 discuss with me whatever you provided to them.  Just

|  | Page 8 |
| --- | --- |

L. GRUENWALD

1
2  not the contents of any discussions that you have
3  had, okay?
4     A.  Okay.
5     Q.  Do you recall what documents you provided to
6  your counsel?
7     A.  I'm sorry, what was that?
8     Q.  Do you recall what documents that you
9  provided to your attorneys?
10    A.  Those were bank statements.
11    Q.  Did you provide any other documents besides
12 the bank statements?
13    A.  No.
14    Q.  Do you have any other documents in your
15 possession relating to your time with your two host
16 families?
17    A.  No.
18    Q.  Do you have any documents in your possession
19 that might be relevant to the claims in this
20 lawsuit?
21    A.  No.
22    Q.  How did you first learn of this lawsuit?
23    A.  I received an email inviting me to take a
24 survey and take part in it.
25    Q.  Do you recall when you received that email?

|  | Page 9 |
| --- | --- |

L. GRUENWALD

1
2     A.  I don't recall exactly.  I know it was last
3  year.  The end of last year.
4     Q.  The end of 2017?
5     A.  Yes.
6     Q.  Do you recall if you received that email from
7  the firm of your attorneys?
8     A.  I don't recall exactly who sent me the email.
9     Q.  Do you recall what you did after receiving
10 that email?
11    A.  Um, I went and got more information on what
12 it was all about and then I filled out the survey.
13    Q.  So there was a survey attached to the
14 information with the email?
15    A.  I believe so.  There might have been two
16 different emails, but I filled it out.
17    Q.  When you say you went and got more
18 information, how did you obtain more information?
19    A.  Over the internet and the website that was
20 linked in the email.
21    Q.  Do you recall what information you learned at
22 that time?
23    A.  It was information about the content of it.
24 That it's about the wages of au pairs and it was
25 against the agencies.

LENA GRUENWALD - 04/06/2018        Pages 10..13

Page 10

```
1              L. GRUENWALD
2     Q.  And the agencies including APIA?
3     A.  Yes.
4     Q.  Did you decide at that time to participate in
5  this lawsuit?
6     A.  Yes.
7     Q.  Did you speak with any other au pairs about
8  participating in this lawsuit at that time?
9     A.  No.
10    Q.  At any time since then, have you spoken with
11 other au pairs about participating in this lawsuit?
12    A.  I spoke to one au pair, but she was in a
13 small agency that was not included.
14    Q.  So that au pair's agency is not a defendant
15 in this lawsuit, as far as you understand it?
16    A.  Correct.
17    Q.  Do you recall what agency that au pair was
18 with?
19    A.  I don't recall exactly.
20    Q.  So as we discussed earlier this morning your
21 attorney forwarded you some documents that we had
22 premarked as exhibits for today.  If you would, I
23 would like you to look at the document that has been
24 marked as Exhibit 2.  If you can take a moment and
25 review that and when you are finished, please let me
```

Page 11

```
1              L. GRUENWALD
2  know.
3            (Whereupon, Notice of Your Right to Join
4            Lawsuit For Unpaid Wages was marked as
5            Gruenwald Exhibit 2, for identification, as
6            of this date.)
7     Q.  Have you had a chance to review the document
8  that has been marked as Exhibit 2?
9     A.  Um-hmm.
10           MS. SCHMID:  For the record, it is
11           captioned Notice of Your Right to Join
12           Lawsuit For Unpaid Wages.
13    Q.  Do you see that?
14    A.  Um-hmm.
15    Q.  Do you recall if this is the document that
16 you received at the end of 2017 by email?
17    A.  Um, not exactly this document, but I recall
18 being asked all these questions and having answered
19 all these questions.
20    Q.  Do you recall ever receiving this document?
21    A.  I don't.
22    Q.  So you don't recall ever seeing this document
23 before?
24    A.  I don't recall.
25    Q.  Do you recall receiving a document similar in
```

Page 12

```
1              L. GRUENWALD
2  substance to this document?
3            MR. PETTERSON:  Objection.
4     A.  I'm sorry.
5     Q.  You can answer.
6     A.  I said no.
7     Q.  Now, I would like you to look at the document
8  that has been marked as Exhibit 1.
9     A.  Okay.
10           (Whereupon, Consent to Join form was
11           marked as Gruenwald Exhibit 1, for
12           identification, as of this date.)
13    A.  Okay.
14    Q.  Do you recognize this document?
15    A.  Yes.
16           MS. SCHMID:  For the record, it is
17           captioned Consent to Join.
18    Q.  There is a signature on this document, and it
19 is dated November 10, 2017.
20        Is that your signature?
21    A.  Yes.
22    Q.  Do you recall signing this document on
23 November 10, 2017?
24    A.  Yes.
25    Q.  Do you recall how you received this document?
```

Page 13

```
1              L. GRUENWALD
2     A.  Yes.
3     Q.  How did you receive this document?
4     A.  In an email.
5     Q.  Do you recall if you received this document
6  in the first email that you referenced earlier
7  today?
8     A.  No.  It was a later email.
9     Q.  Do you recall if this document was attached
10 to any other documents at that time?
11    A.  I don't recall.
12    Q.  If you would look at paragraph 3 on
13 Exhibit 1, it states:  I hereby designate the law
14 firm of Boies Schiller Flexner LLP and Towards
15 Justice to represent me in this action and consent
16 to the attorney fee arrangement described in the
17 Notice of Your Right to Join Lawsuit for unpaid
18 wages.
19        Do you see that?
20    A.  Yes.
21    Q.  At the time you signed this document, did you
22 have an understanding of what the Notice of Your
23 Right to Join Lawsuit For Unpaid Wages referred to?
24    A.  Probably not perfectly, but a general
25 understanding.
```

LENA GRUENWALD - 04/06/2018          Pages 14..17

Page 14

L. GRUENWALD

1
2    Q.  Had you reviewed a document that was entitled
3    Notice of Your Right to Join Lawsuit For Unpaid
4    Wages at the time you signed this consent?
5    A.  I recall looking over it, yes.
6    Q.  But you don't believe that document was the
7    same document as Exhibit 2 that we reviewed a moment
8    ago?
9          MR. PETTERSON:  Objection.  You can
10         answer.
11   A.  I don't recall.
12   Q.  Okay.  Now, if you would look at the document
13   that has been marked as Exhibit 3?
14         (Whereupon, survey was marked as
15         Gruenwald Exhibit 3, for identification, as
16         of this date.)
17   A.  Okay.
18   Q.  Do you recognize this document?
19   A.  Yes.
20   Q.  What is this document?
21   A.  This is what I responded to the questions I
22   was asked.
23   Q.  Is this the survey that you referred to
24   earlier today?
25   A.  Yes.

Page 15

L. GRUENWALD

1
2    Q.  You recall receiving this survey at the end
3    of 2017 via email?
4    A.  Yes.
5    Q.  Do you recall completing this survey at the
6    end of 2017?
7    A.  Yes.
8    Q.  And after you completed the survey, did you
9    return it to your attorneys?
10   A.  I returned it.  I don't recall exactly how I
11   filled out the survey.  I submitted it.  So I sent
12   it in an email.  It went out electronically.
13   Q.  What was that?
14   A.  It went out electronically.
15   Q.  Electronically?
16   A.  Um-hmm.
17   Q.  At the time you reviewed the survey, were
18   there any questions you did not understand?
19   A.  No.
20   Q.  Did you review any documents in connection
21   with your responses to the survey?
22   A.  I reviewed documents dating how long I have
23   been in my second family.  Just to remind me of the
24   exact date.
25   Q.  Do you recall which documents those were?

Page 16

L. GRUENWALD

1
2    A.  It was a letter from my former counselor just
3    to state my time with that family.
4    Q.  We will get into this a little bit later, but
5    as I understand it, you spent time with two
6    different host families through APIA; is that
7    correct?
8    A.  Yes.
9    Q.  Aside from reviewing the letter from your
10   counselor regarding your time with your second host
11   family, did you review any other documents in
12   connection with preparing your responses to this
13   survey?
14   A.  No.
15   Q.  Do you recall if you reviewed any emails or
16   text messages in connection with your responses?
17         MR. PETTERSON:  Objection.
18   Q.  You can answer.
19   A.  I did not.
20   Q.  Do you recall if anyone assisted you in
21   preparing your answers to the survey questions?
22   A.  Nobody assisted me.
23   Q.  When was the last time you reviewed your
24   responses to this survey?
25         MR. PETTERSON:  Objection.

Page 17

L. GRUENWALD

1
2    A.  I reviewed them just before I submitted them.
3    Not afterwards until now.
4    Q.  Do you recall if that was approximately
5    November 2017?
6    A.  I believe so.  I'm not sure of the exact
7    date.
8    Q.  Are the answers you provided accurate?
9    A.  Yes.
10   Q.  Where were you living when you first decided
11   to participate in the APIA program?
12         MR. PETTERSON:  Objection.  Just before
13         we go into a line of questioning about this,
14         you know, I'm not sure of the relevance.  I
15         think that the court was pretty clear on this
16         point a couple of days.  So you can answer,
17         Lena, but I just want to make my objection
18         noted.
19         MS. SCHMID:  How is that question not
20         relevant?
21         MR. PETTERSON:  Where was she living?
22         MS. SCHMID:  Yes.
23         MR. PETTERSON:  What does that have to do
24         with this deposition?  I just don't
25         understand the relevance of that.

Page 18

```
1                L. GRUENWALD
2        MS. SCHMID:  Well, it's certainly not
3    beyond the scope.  It's related to her
4    participation in the program, her application
5    to the program, who spoke with her, her
6    interviews.
7        MR. PETTERSON:  You are asking about when
8    she filled out the survey, right, which was
9    after she left the program?
10       MS. SCHMID:  What was that?
11       MR. PETTERSON:  The question was about
12   after she left the au pair program, right?
13       MS. SCHMID:  No.  I said when she decided
14   to participate in the APIA program.
15       MR. PETTERSON:  Oh, I'm sorry.  I thought
16   you said when she filled out the survey.  I
17   apologize.  I misunderstood your question.
18       MS. SCHMID:  Can you reread my question,
19   please.
20       (Whereupon, the record was read by the
21   reporter.)
22   A.  In Germany.
23   Q.  Do you recall how you first heard of APIA?
24   A.  Through my sister.  She had already applied
25   for the program in Canada.
```

Page 19

```
1                L. GRUENWALD
2    Q.  Did your sister ultimately place with a host
3    family?
4    A.  Yes.  In Canada.
5    Q.  Did you decide to apply with APIA based on
6    your sister's experience with APIA?
7    A.  Yes.  By the time I applied she hadn't left
8    yet, but I still took her reference for -- how do
9    you say it -- for my review.  Can you say that?
10   Yes.
11   Q.  Do you recall if your sister had a positive
12   experience with APIA?
13   A.  Yes.
14   Q.  Do you recall approximately when you first
15   applied with the APIA program?
16   A.  That was approximately August of 2015.
17   Q.  Did you apply with any other agency or
18   sponsors at that time?
19   A.  No.
20   Q.  Did you apply with any other sponsors or
21   agencies at any other time?
22   A.  I applied in my high school year with what is
23   now InterExchange, I think.  That was around 2008
24   probably.  When I was in ninth grade, I believe,
25   yeah.  It's been awhile.
```

Page 20

```
1                L. GRUENWALD
2    Q.  Was that an au pair program?
3    A.  No.  It's just the same agency does au pair
4    programs now too.
5    Q.  Oh, okay.  After you submitted your
6    application, did anybody from the agency contact you
7    for an interview?
8    A.  They contacted my only after I received some
9    documents, which were the child care hours and so
10   on.  The basics how you get accepted.  After that I
11   got contacted by an interview.
12   Q.  We had a bad connection for a moment there,
13   and it's not your fault.
14       Did you testify that they contacted you after
15   you submitted documents?
16   A.  Yes.  Only after I submitted everything.  So
17   I got accepted into the actual program after I
18   fulfilled the minimum requirements.
19   Q.  Do you recall who contacted you?
20   A.  I don't recall her exact name.  I believe her
21   first name was Nicole and she was interviewing in
22   German for AIFS.
23   Q.  Was that an in person interview?
24   A.  Eventually, yes.
25   Q.  Do you recall what was discussed at the first
```

Page 21

```
1                L. GRUENWALD
2    interview with the representative from APIA in
3    Germany?
4    A.  I recall most of it, yes.
5    Q.  What do you recall being discussed during the
6    first interview in Germany?
7    A.  We did a basic English test.  We did a
8    personality test.  I was able to ask her any
9    questions I had.  That's about it from what I
10   recall.
11   Q.  Do you recall what questions you asked of the
12   interviewer?
13   A.  I don't recall exactly.
14   Q.  Do you recall generally what concerns you may
15   have had, if any?
16       MR. PETTERSON:  Objection.
17   A.  If I had any concerns?
18   Q.  I will rephrase.
19       You said that you asked questions of the
20   interviewer; is that correct?
21       MR. PETTERSON:  Objection.
22   A.  Yes.
23   Q.  Do you recall generally what questions you
24   may have asked of the interviewer?
25   A.  I really don't recall.
```

Page 22

L. GRUENWALD

2    Q.  Do you recall if you asked how much money you
3  would earn as an au pair?
4    A.  I don't believe that I asked that.
5    Q.  Do you recall if the interviewer shared
6  information about any stipend or money that you
7  would be provided while being placed with a host
8  family?
9    A.  I don't recall.
10    Q.  So after the first interview in Germany, what
11  was the next step in the application process?
12    A.  I believe that she was able to get me into
13  the pool of au pairs that are available.  So I was
14  out.  Well, I had to get approved finally by the
15  agency and then I was released into that au pair
16  pool to the American host families.
17    Q.  Were you then matched with potential host
18  families?
19    A.  Yes.  I got matched with a few host families.
20    Q.  I see based on your responses to the survey
21  in Exhibit 3, that your first host family was the
22  ████ family; is that correct?
23    A.  Correct.
24    Q.  Prior to placing with the ████ family, how
25  many other families were you matched with, do you

Page 23

L. GRUENWALD

2  recall?
3    A.  They were among the first two.  After I had
4  been in contact with the first two I got about three
5  or four other requests.
6    Q.  So let's talk about your placement with the
7  ████ family.
8        Do you recall when you first spoke with the
9  ████ family?
10    A.  That was February 2016.
11    Q.  You believe it was February 2016?
12    A.  Yes.
13    Q.  Was that a Skype interview?
14    A.  It started out with emails.  Then we set up
15  the Skype interviews, yes.
16    Q.  Do you recall how many children the ████
17  family had at that time?
18    A.  Two.
19    Q.  Do you recall their ages?
20    A.  They were three and five.
21    Q.  For today's purposes because we are
22  attempting to maintain the confidentiality of any
23  minor children, I am going to ask that you not refer
24  to any children by name.  So if we discuss the
25  children, I would just ask that you refer to them

Page 24

L. GRUENWALD

2  for instance, as the five-year-old boy or the
3  three-year-old girl.  You can refer to the parents
4  by name if you would like and certainly by the last
5  name, but we are attempting to keep the children's
6  names out of this, okay?
7    A.  Okay.
8    Q.  Thank you.  So you exchanged some emails with
9  the ████ family and ultimately you had a Skype
10  interview with them; is that correct?
11    A.  Correct.
12    Q.  Was the Skype interview with the parents?
13    A.  It was with the host mom only.
14    Q.  The host mom only?
15    A.  Yes.
16    Q.  Was anybody else present during that
17  interview?
18        MR. PETTERSON:  Objection.
19    A.  Not during the first one.
20    Q.  Not during the first one?
21    A.  Um-hmm.
22    Q.  Do you recall approximately how long that
23  Skype interview with the host mom lasted?
24    A.  I don't recall exactly.  I would say between
25  30 and 60 minutes.

Page 25

L. GRUENWALD

2    Q.  What do you recall discussing during that
3  Skype interview with the host mom?
4    A.  I told her about my background.  Why I
5  decided to join the program.  She told me a little
6  bit about her family.  She asked me about my
7  hobbies.  She told me a little bit about the house,
8  about the car, what the kids do, like, they go to
9  preschool, yeah.
10    Q.  Do you recall her describing what her
11  expectations were in an au pair?
12    A.  I don't recall whether that was the first or
13  the second interview.
14    Q.  But you recall her describing that at some
15  point during the interview process?
16    A.  Yes.  At least touching on it.
17    Q.  What do you recall her telling you generally
18  about her expectations from an au pair?
19    A.  Well, she wanted me to join the family, to be
20  a part of the family.  She would include me in the
21  family activities.  I would also still by my own
22  person.  With the general duties that I would be on
23  time.  That I would be trustworthy with the kids and
24  the car and the house, yeah.
25    Q.  You said you had one Skype interview with the

Page 26

1  L. GRUENWALD
2  host mom.
3  After that initial Skype interview, did you
4  have an additional Skype interview with the family?
5  A. Yes.
6  Q. Who was present during that interview?
7  A. It started off with her. Then she introduced
8  me to her husband and the two kids.
9  Q. Can you tell me the ages of the children
10 again?
11 A. Three and five.
12 Q. Did the family have any pets when you lived
13 with them?
14 A. Yes.
15 Q. Which pets did they have?
16 A. They had one dog.
17 Q. So during the second interview the entire
18 family was present; is that correct?
19 A. Yes.
20 Q. Do you recall how long that interview lasted?
21 A. That was a little bit shorter than the first
22 one. I would say no more than 30 minutes.
23 Q. During either of those Skype interviews, do
24 you recall the topic of the stipend or how much
25 money you would be earning being raised?

Page 27

1  L. GRUENWALD
2  A. I don't recall.
3  Q. Do you recall asking about the stipend during
4  either of those calls?
5  A. I don't recall.
6  Q. How did you decide to place with the ███
7  family?
8  MR. PETTERSON: Objection.
9  A. Um, we just felt that we would match very
10 well. I was an older au pair. They wanted an older
11 au pair. They liked my attitude. They liked my
12 background. That I've worked before. They we very,
13 very nice. They were very good people and we just
14 matched very well and I could picture myself being
15 with them.
16 Q. Did you have a backgrounds in child care at
17 that time?
18 A. Not for work. I did internships.
19 Q. So what was the next step after that second
20 Skype interview?
21 A. She told APIA that we would like to match.
22 So they started the whole process. I got a
23 confirmation email and information on what's next,
24 on my visa application. I got the whole packet
25 about this next steps.

Page 28

1  L. GRUENWALD
2  Q. During either of those interviews, did the
3  host mom or the host dad describe what your weekly
4  schedule would be while living with them?
5  A. Just in general. Nothing in detail. They
6  would tell me that my duties were to take the kids
7  to their preschool and pick them up and be there
8  until they get home.
9  Q. Did they tell you approximately how many
10 hours per week they would expect you to work or
11 provide any services to the family?
12 A. They said it was probably going to be around
13 no more than 40 hours.
14 Q. Did they tell you whether you would be
15 expected to work or provide any services on
16 Saturdays or Sundays?
17 A. No. They never expected me to work on the
18 weekends.
19 Q. So on the weekends they expected that you
20 would have the weekends free?
21 A. Yes.
22 Q. So once you each decided to proceed and place
23 with one another, when did you arrive in the United
24 States?
25 MR. PETTERSON: Objection.

Page 29

1  L. GRUENWALD
2  A. That was May 2, 2016.
3  Q. Did you attend an orientation with APIA?
4  A. Yes, I did.
5  Q. Do you recall where that orientation took
6  place?
7  A. That was in New York.
8  Q. Do you recall where in New York?
9  A. Um, I don't recall the exact place. Um, it
10 was a little outside in a DoubleTree Hotel.
11 Q. Do you recall if it was in Tarrytown, New
12 York?
13 A. That might have been it. I am not a hundred
14 percent sure.
15 Q. Do you recall when that orientation took
16 place?
17 A. It took place right after we arrived. We
18 arrived on Monday. It was the 2nd of May, I
19 believe, and took place until Wednesday night. We
20 had to spend another night there and then we left
21 for the host families on Thursday.
22 Q. So you recall arriving on a Monday.
23 Did the orientation begin that same day?
24 A. Yes. There was a brief introduction in the
25 evening for about one or two hours and then the next

Page 30

L. GRUENWALD

1   L. GRUENWALD
2   day and Wednesday were full of what was planned.
3       Q.  So the orientation lasted approximately
4   three days?
5       A.  Yes.
6       Q.  Was the orientation conducted by APIA?
7       A.  Yes.
8       Q.  Do you recall how many people attended the
9   orientation, approximately?
10      A.  I would say approximately 100.
11      Q.  Do you recall what topics were covered at the
12  orientation, generally?
13      A.  We learned about child safety, first aid, a
14  little bit about driving education, necessary
15  paperwork we would have to do, such as Social
16  Security office, applying for a driver's license,
17  bank accounts.  What they wanted to see to open a
18  bank account.  Then some general tips about the
19  culture, the American culture, values and norms.
20      Q.  Do you remember if during the orientation any
21  APIA representative discussed the stipend with you?
22      A.  I don't recall exactly.
23      Q.  Do you remember if during that orientation
24  the topic of money or earnings or expenses was
25  raised at any time?

Page 31

1   L. GRUENWALD
2       MR. PETTERSON:  Objection.
3       A.  I believe it was.  I believe that should be a
4   part of the orientation, so.
5       Q.  Do you recall what was said about money or
6   the stipend during the orientation?
7       A.  I don't recall exactly.
8       Q.  Do you remember generally?
9       A.  Generally, yes.
10      Q.  What do you recall generally being discussed
11  with regard to money or the stipend during the
12  orientation?
13      A.  I believe it was that the amount of the
14  stipend was 195.75, yeah.  They told us what we
15  would get from the host family on top of that
16  stipend.
17      Q.  Do you recall being told that you would
18  receive a minimum weekly stipend in the amount of
19  $195.75.
20      A.  I recall that they said the amount.  That is
21  what we would earn.
22      Q.  Do you recall that they said the amount would
23  be $195.75 per week?
24      A.  I am pretty certain that they did say that,
25  yes.

Page 32

L. GRUENWALD

1   L. GRUENWALD
2       Q.  Do you recall if the representative who said
3   this said that that would be the minimum amount that
4   you could receive?
5       A.  I don't recall them saying that.
6       Q.  What do you recall them saying?
7       MR. PETTERSON:  Objection.
8       A.  That that was the amount we would be paid.
9       Q.  That exact amount?
10      A.  Yes.
11      Q.  Do you recall any representative saying that
12  you could not be paid more than $195.75?
13      A.  I do not recall that, no.
14      Q.  Do you recall anybody at the time describing
15  how that amount had been set?
16      A.  I don't recall from that time, but from
17  earlier flyers, brochures, the website I learned
18  that the State Department regulates that.
19      Q.  So prior to the orientation, you had read
20  through the website or brochures that there would be
21  a weekly stipend amount in the amount of $195.75?
22      A.  Yes.
23      Q.  And that the amount had been set by the State
24  Department?
25      MR. PETTERSON:  Objection.

Page 33

1   L. GRUENWALD
2       A.  Yes.
3       Q.  Prior to the orientation when you read
4   through the literature on the website about that
5   weekly stipend, do you recall reading that that
6   would be the minimum amount that you could receive
7   as an au pair?
8       A.  I don't recall reading the exact words.
9       Q.  Okay.  Is there anything else that you recall
10  from the training or orientation?
11      A.  No.  That's about it.
12      Q.  So when the orientation ended, did you then
13  travel to Leesburg, Virginia where the ██████ family
14  lived?
15      A.  Yes.
16      Q.  While you lived with the ██████ family, did
17  you have a private bedroom?
18      A.  Yes.
19      Q.  Did you have a private bathroom?
20      A.  Yes.
21      Q.  Was your private bedroom and bath on a
22  private floor of the home?
23      A.  No.
24      Q.  Where was it located in connection with the
25  other bedrooms?

Movant's App. 000216

Case 1:14-cv-03074-CMA-KMT Document 1082 filed 05/09/18 USDC Colorado Page 217 of 248

Page 34

L. GRUENWALD

1
2    A.  It was located at the end of the floor.  Like
3  next to the laundry room.
4    Q.  What were you responsibilities while living
5  with the ███ family?
6    A.  You mean in terms of taking care of the kids?
7    Q.  In general, but, yes, why don't we start with
8  the children?
9    A.  I was supposed to take them to their schools,
10  their preschools when I started.  Pick them up.
11  Make them lunch.  Be there for them in the afternoon
12  and entertainment.  Make sure they, like, they don't
13  do too many electronics.  Kind of alternate their
14  entertainment, supervise them, yeah.  Take them to
15  after school activities.
16    Q.  Did each of the children attend school
17  full-time?
18    A.  No.  It was halftime.  Like mornings when I
19  first started.
20    Q.  What time would you bring them to school in
21  the morning?
22    A.  At around 9:00.
23    Q.  Do you recall what time you would pick them
24  up from school?
25    A.  Between 12:00 and 1:00.

Page 35

L. GRUENWALD

1
2    Q.  What would you do while the children were in
3  school?
4    A.  I was off.  I didn't work during that time.
5  So I had just my free time.
6    Q.  Were you responsible for making them
7  breakfast?
8    A.  Occasionally.  Depending on how early they
9  wanted to eat or how late.
10    Q.  Would the parents occasionally make them
11  breakfast?
12    A.  Yes.
13    Q.  Did the parents work full-time?
14    A.  Yes.
15    Q.  Do you recall what the host mom's position
16  was at that time?
17    A.  Not exactly.  It was some kind of HR
18  management.
19    Q.  Do you recall what the host father's position
20  was at that time?
21    A.  He works with the Department of State, I
22  believe.
23    Q.  Did either the host mom or the host father
24  work from home while you lived with them?
25    A.  The host mom did that occasionally, but

Page 36

L. GRUENWALD

1  really not very often.
2
3    Q.  Do you recall approximately what time during
4  the week the host mom would get home from work?
5    A.  Probably around 1:00 in the afternoon and
6  then she would work until 4:00 or 3:00 and then I
7  would be off.
8    Q.  I'm sorry, we had a bad connection again.  No
9  fault of yours.  Can you repeat that answer?
10    A.  She would come home around 1:00 p.m. and then
11  work another about three hours, three and a half
12  hours and then she would take over.
13    Q.  The host mom would come home around 1:00 p.m.
14  and then work an additional three or three and a
15  half hours; is that correct?
16    A.  Yes, yes.
17    Q.  So while she was working from home, would you
18  be responsible for taking care of the children?
19    A.  Yes.
20    Q.  Was that her schedule Monday through Friday?
21    A.  Um, no she would you usually come home at
22  around 5:00, but those days she worked from home
23  that was her schedule.
24    Q.  Do you recall what time the host father would
25  return home from work during the week?

Page 37

L. GRUENWALD

1
2    A.  That was usually between 4:30 p.m. and
3  5:00 p.m.
4    Q.  Once you picked up the children from school,
5  do you recall if they were involved in any
6  activities?
7    A.  No.  Not the whole time, but there were
8  several months in that time that they had
9  activities.
10    Q.  Do you recall what those activities were?
11    A.  They were involved in soccer.  Sometimes it
12  was gymnastics.  I think that's about it.
13    Q.  While the children were participating in
14  soccer or gymnastics, would you have free time?
15    A.  No.  I would wait for them there.
16    Q.  Were you also responsible for any household
17  chores?
18    A.  Just cleaning up after myself and after the
19  kids.
20    Q.  Were you responsible for doing the children's
21  laundry?
22    A.  Yes.
23    Q.  Were you responsible for doing the parents'
24  laundry?
25    A.  No.

Movant's App. 000217

Page 38

L. GRUENWALD

1    L. GRUENWALD
2    Q. Did you ever eat meals with the host family?
3    A. Yes.
4    Q. Did you regularly eat meals during the week
5    with the host family?
6    A. I would say about four days a week.
7    Q. Do you recall eating dinner approximately
8    four days a week with the host family?
9    A. Yes.
10   Q. Would you also eat lunch at the host family's
11   home?
12   A. Yes. Mostly. Not with them.
13   Q. What was that?
14   A. Not with them.
15   Q. Were you permitted to use their groceries and
16   eat whichever meals you felt you wanted to eat at
17   the host family's home?
18   A. Yes.
19   Q. Were you responsible for driving the children
20   to and from school and their activities?
21   A. Yes.
22   Q. With you also permitted to use the car for
23   personal use?
24   A. Yes.
25   Q. Did you use the car for personal use?

Page 39

1    L. GRUENWALD
2    A. Yes.
3    Q. Did you ever take any vacations with the host
4    family?
5    A. Once, yes.
6    Q. Do you recall where you went?
7    A. We went to Bethany Beach.
8    Q. Do you recall when that vacation was?
9    A. It was in August 2016. It was over my
10   birthday, which is the 13th of August. So it was
11   right in the middle of August.
12   Q. Do you recall how long the vacation lasted?
13   A. Seven days.
14   Q. Were you responsible for taking care of the
15   children during that vacation?
16   A. Yes.
17   Q. Do you recall how many hours per day you were
18   responsible for the children during that vacation?
19   A. It was more like a total of three days.
20   Three days it was around four or five hours. Some
21   less, some more.
22   Q. For the other four days, did you have free
23   time?
24   A. Yes.
25   Q. Do you recall if the ▇▇▇ family ever took

Page 40

L. GRUENWALD

1    L. GRUENWALD
2    vacations while you lived with them and you stayed
3    behind?
4    A. There was one time that they went on a trip,
5    but I also went on a trip during that period of
6    time.
7    Q. You went on a separate trip?
8    A. On a separate trip, yes.
9    Q. Do you recall where they went at that time?
10   A. They went to Chicago.
11   Q. Do you recall for how long?
12   A. They were gone for about four days, I
13   believe.
14   Q. Do you recall where you went at that time?
15   A. I went to Germany.
16   Q. For how long did you go to Germany?
17   A. I stayed for a total of ten days.
18   Q. During the year that you lived with the ▇▇▇
19   family, can you describe your average week, your
20   average Monday schedule, for instance?
21   A. So the kids would already be up. I would
22   start work at 7:30 right when my host mom would
23   leave. My host dad had already left at that time.
24   I would make them breakfast if they hadn't eaten
25   already. I would pack their stuff, get them ready

Page 41

1    L. GRUENWALD
2    for their schools. Take them to school. Then I
3    would be off for about three hours. Pick up the
4    youngest, spend an hour with her and then pick up
5    the oldest, take them home, make them lunch, play
6    with them or let them draw. I would just, yeah,
7    take care of them and then around 4:30 to 5:00
8    usually the host dad would come home first and by
9    that time I would be off.
10   Q. So once the host dad returned home around
11   4:30 you were free to do as you pleased?
12   A. Yes.
13   Q. Do you recall your average Tuesday schedule
14   being similar to what you described?
15   A. Yes.
16   Q. Would you say that was a fair description of
17   your weekly schedule in general?
18   A. Yes.
19   MR. PETTERSON: Objection.
20   Q. The schedule that you just described during
21   the week, is that a fair description of your
22   schedule for the year while you lived with the ▇▇▇
23   family?
24   MR. PETTERSON: Objection.
25   A. It changed throughout the seasons. During

Movant's App. 000218

Page 42

L. GRUENWALD

1    L. GRUENWALD
2    summer they wouldn't go to school.  They would go to
3    camp.  After summer the oldest would go to school.
4    So she would be gone at around 7:30 or 8:00 and the
5    youngest would go to a different class.  So her time
6    was different too, but the time the host parents
7    came home would stay the same.
8        Q.  So the schedule that you just described, that
9    would be accurate during the school year; is that
10   correct?
11       A.  Yes.
12       Q.  So what would be an average Monday schedule
13   once school let out?
14       A.  So during summer they would both go to camps.
15   They would start at 9:00 and end, if I recall
16   correctly, at 12:00 p.m. and 1:00 p.m.  So almost
17   the same time.  That was during summer.
18       Q.  So would you say that the main thing that
19   changed in the summer is that they went to camp a
20   little bit later than the school had started?
21       A.  Yes.
22       Q.  So their school started at around 7:30 and
23   their camp started around 9:00 a.m.?
24           MR. PETTERSON:  Objection.
25       A.  No.  So before summer their school stated

Page 43

1    L. GRUENWALD
2    between 8:30 and 9:00, if I can recall it correct.
3    They were a little after another.  Then the camp
4    started at the same time but ended at different
5    times.  Then after summer that's when the school
6    started earlier for the oldest.
7        Q.  Do you recall what time his school started?
8        A.  I recall taking her to the bus stop at a
9    little bit before 8:00 a.m.
10       Q.  So during the school year, how many hours per
11   day during the week would say you worked for the
12   family?
13       A.  It was around six or seven hours a day.
14       Q.  That would be five days per week?
15       A.  Yes.
16       Q.  During the summer, how many hours per day
17   would you say that you worked for the family?
18       A.  That varied depending on whether they would
19   go to camp or not.  There were one or two weeks
20   during the summer that they didn't go anywhere.  So
21   when they went to camp it was about the same amount,
22   six to seven hours.  When they stayed home it was
23   close to nine hours.
24       Q.  So during the summer, with the exception of
25   the two week period you just described, on average

Page 44

L. GRUENWALD

1    L. GRUENWALD
2    you recall working approximately six or seven hours
3    per day, five days per week?
4        A.  Yes.
5        Q.  So you recall there being approximately a two
6    week period where the children did not go to camp;
7    is that correct?
8        A.  Correct.
9        Q.  And during that period of time you recall
10   working closer to nine hours per day for that five
11   days a week?
12       A.  Yes.
13       Q.  Were there any adults besides the host
14   parents living with the ▮▮▮▮ family during the year
15   that you lived with them?
16       A.  No.
17       Q.  There were no grandparents living with the
18   family?
19       A.  No.
20       Q.  Did the ▮▮▮▮ family ever have any
21   babysitters or nannies providing child care while
22   you lived with them?
23       A.  Not during the week, but sometimes on the
24   weekends, though.
25       Q.  Would they have a babysitter come on the

Page 45

1    L. GRUENWALD
2    weekends?
3        A.  Yes.
4        Q.  Do you recall if you received a weekly
5    stipend from the ▮▮▮▮ family while you were living
6    with them?
7        A.  Yes.
8        Q.  Do you remember the amount of the stipend?
9        A.  It was 195.75.
10       Q.  Do you recall if that weekly amount ever
11   changed?
12       A.  It didn't change.
13       Q.  Do you recall how you received that amount?
14       A.  It was a check every week, a handwritten
15   check.
16       Q.  Do you recall who provided you with that
17   check?
18       A.  My host mom and my host dad.  They took turns
19   every week.
20       Q.  Do you recall at any time ever discussing the
21   amount of the stipend with the ▮▮▮▮ family?
22       A.  No.  We didn't discuss the amount because the
23   amount was set.
24       Q.  Aside from the weekly stipend, did the ▮▮▮▮
25   family ever provide you with any additional expense

Movant's App. 000219

Page 46

```
1                    L. GRUENWALD
2    reimbursement?
3              MR. PETTERSON:  Objection.
4         A.  They reimbursed me for grocery store trips.
5    Whenever I would babysit on a Friday or Saturday
6    night, which was out of the ordinary, they would pay
7    me extra.
8         Q.  Do you recall approximately how many times
9    you babysat from the ▉▉▉ family on a Friday or
10   Saturday night?
11        A.  That was around three times during the whole
12   year.
13        Q.  Do you recall how much they paid you for the
14   babysitting?
15        A.  Um, I believe it was around $10 an hour.
16        Q.  Do you recall approximately how many hours
17   you babysat for the ▉▉▉ family on a Friday or
18   Saturday night?
19        A.  Three to four.
20        Q.  Three to four hours in total?
21        A.  A night.
22        Q.  So you recall babysitting approximately three
23   to four hours three times during the year you lived
24   with the ▉▉▉ family?
25        A.  Yes.
```

Page 47

```
1                    L. GRUENWALD
2         Q.  You recall them paying you $10 an hour for
3    those services?
4              MR. PETTERSON:  Objection.
5         A.  Yes.
6              MS. SCHMID:  What's the objection?
7              MR. PETTERSON:  It's just not a question.
8    You just said something.  You have to ask a
9    question for her to answer.
10        Q.  Do you recall the ▉▉▉ family paying you $10
11   per hour for those services?
12        A.  Yes.
13              MR. PETTERSON:  Are we coming to a good
14        point for a break?
15              MS. SCHMID:  Do you need a break?
16              THE WITNESS:  That would be good, yeah.
17              MS. SCHMID:  Okay.  Absolutely.  How
18        about ten minutes?
19              THE WITNESS:  Okay.
20              MS. SCHMID:  Okay.  Thank you.
21              (Whereupon, a recess was taken at this
22        time.)
23        Q.  Ms. Gruenwald, I would just like to remind
24   you that you are still under oath, okay?
25        A.  Yes.
```

Page 48

```
1                    L. GRUENWALD
2         Q.  So prior to the break we were discussing
3    additional monies that you may have received from
4    the ▉▉▉ family while you were living with them in
5    2016 and 2017, correct?
6         A.  Yes.
7              MR. PETTERSON:  Objection.
8         Q.  Aside from reimbursement for grocery
9    expenses, do you recall receiving any other expense
10   reimbursement while living with the ▉▉▉ family?
11        A.  I was paid to watch the dog occasionally.
12        Q.  Do you recall how much you were paid to watch
13   the ▉▉▉ family's dog?
14        A.  $10 an hour -- $10 a day, sorry, if I watched
15   the dog the day.
16        Q.  Do you recall being paid $10 per day to watch
17   the dog?
18        A.  Yes.
19        Q.  Do you recall how many days you watched the
20   dog while living with the ▉▉▉ family?
21        A.  It was around four to five days a week.
22        Q.  Was that each week while you lived with the
23   ▉▉▉ family?
24        A.  It started a few weeks in.  So the first two
25   or three weeks I didn't get paid because somebody
```

Page 49

```
1                    L. GRUENWALD
2    else walked the dogs, walked the dog, sorry.  Then
3    it was me.
4         Q.  Okay.  So just so I understand, so after the
5    first couple of weeks living with the ▉▉▉ family,
6    the ▉▉▉ family offered you $10 per day to walk the
7    dog; is that correct?
8              MR. PETTERSON:  Objection.
9         Q.  Yes?
10        A.  Yes.
11        Q.  Do you recall receiving any other expense
12   reimbursement while living with the ▉▉▉ family?
13        A.  Small things like paying the kids' admission
14   to an indoor playground.  Entertainment stuff that
15   we did a few days a week.
16        Q.  Do you recall how you received the money for
17   your babysitting services?
18        A.  That varied between cash and checks.
19        Q.  Do you recall how you received money for your
20   dog walking services?
21        A.  That was usually in checks.
22        Q.  Do you recall if the $10 per day for walking
23   the dog was included in the same check as the weekly
24   stipend amount?
25        A.  No.  It was a different check.
```

Movant's App. 000220

| Page 50 | |
|---|---|

L. GRUENWALD

1
2   Q.  Do you recall receiving any other monies from
3   the [ ] family while living with them?
4   A.  No.
5   Q.  Do you recall receiving any gifts from the
6   [ ] family?
7   A.  Birthday and Christmas gifts.
8   Q.  You received Christmas gifts did you say?
9   A.  Birthday and Christmas.
10  Q.  What do you recall receiving as birthday
11  gifts?
12  A.  There was a T-shirt and some bracelets, I
13  believe.
14  Q.  What do you recall receiving as Christmas
15  gifts?
16  A.  I received a gift set with body lotions and
17  stuff, a sweater, a ticket for indoor skydiving,
18  yeah.
19  Q.  Do you recall receiving any other gifts from
20  the [ ] family?
21  A.  No.
22  Q.  Did the [ ] family provide you with a cell
23  phone while you lived with them?
24  A.  No.
25  Q.  Did you have a cell phone while you lived

| Page 51 | |
|---|---|

L. GRUENWALD

1
2   with the [ ] family?
3   A.  My own phone, yes.
4   Q.  Did the family pay for your monthly plan?
5   A.  No.
6   Q.  Did you have a computer while living with the
7   family?
8   A.  Yes.
9   Q.  Was that your own personal computer?
10  A.  Yes.
11  Q.  Did you use the family's home internet
12  service?
13  A.  Yes.
14  Q.  Did you have a community counselor through
15  APIA while living with the [ ] family?
16  A.  Yes.
17  Q.  Do you recall who that was?
18  A.  Her name was Jennifer Manetti (phonetic).
19  Q.  Do you recall how frequently you communicated
20  with Ms. Manetti while you lived with the [ ]?
21  A.  Not very frequently.  If at all, it was a
22  monthly email that I received.
23  Q.  What was the purpose of the monthly email, do
24  you recall?
25  A.  Just to set up the cluster meeting.  To

| Page 52 | |
|---|---|

L. GRUENWALD

1
2   remind me of the cluster meeting and if I could not
3   attend, I was prompted to send her an email back
4   saying whether I was doing okay or not.
5   Q.  Did you attend the cluster meetings?
6   A.  I attended about four, I believe.
7   Q.  Do you recall what was discussed at those
8   cluster meetings?
9   A.  It was one meeting was about taxes, how to
10  file taxes.  The other meetings were like a pie
11  tasting, but we didn't discuss anything in a big
12  group.  It was more like personal talk --
13  (inaudible).
14  Q.  Do you recall ever raising any concerns at
15  those meetings?
16  A.  No.
17  Q.  Did Ms. Manetti ever visit the [ ] home
18  while you were residing with them?
19  A.  She visited us about a week after I arrived.
20  A week or two.  I don't recall exactly.
21  Q.  Do you recall what you discussed with her
22  during that visit?
23  A.  She went over the contract that the host mom
24  and I signed that day, the au pair contract.
25  Q.  I would like you to look at the document that

| Page 53 | |
|---|---|

L. GRUENWALD

1
2   has been marked as Exhibit 4, please.
3       (Whereupon, Host Family and Au
4       Pair/Companion Agreement was marked as
5       Gruenwald Exhibit 4, for identification, as
6       of this date.)
7   A.  Okay.
8       MS. SCHMID:  Now, for the record, the
9       document is entitled Host Family and Au
10      Pair/Companion Agreement.
11  Q.  This is a blank document.  So I understand
12  that it is not signed by anyone including you, but
13  have you seen a document similar to this?
14  A.  Yes.
15  Q.  When you refer to the Host Family and Au Pair
16  Agreement, is this the document you are referring
17  to?
18  A.  Yes.
19  Q.  Do you still have a copy of your signed
20  agreement?
21  A.  I do not have it anymore, no.
22  Q.  You stated that Ms. Manetti reviewed the Host
23  Family and Au Pair Agreement with you and the host
24  family; is that correct?
25  A.  Yes.  She briefly went over the points.

Page 54

1                    L. GRUENWALD
2      Q.  Do you recall this document that has been
3   marked as Exhibit 4 being the agreement that Ms.
4   Manetti reviewed with you?
5      A.  Um, I believe, it looks like that.  I don't
6   recall it exactly, so.  I recall signing the
7   document that contained all this information.
8      Q.  Do you recall which points Ms. Manetti
9   reviewed with you at that time?
10     A.  She went over all of them, but it was very
11  fast and just very brief on each point.
12     Q.  Do you recall reviewing the agreement before
13  signing it?
14     A.  Yes.  We went over it.
15     Q.  Do you recall if you had any questions about
16  any terms of the agreement at that time?
17     A.  I do not believe I had any questions.
18     Q.  I would like to direct your attention to the
19  first bullet on this document.
20     A.  Um-hm.
21     Q.  Which states:  I/We understand that an au
22  pair on Au Pair in America's standard or
23  Extraordinaire program is not to provide more than
24  45 hours of child care services per week.
25        Do you see that?

Page 55

1                    L. GRUENWALD
2      A.  Yes.
3      Q.  Do you recall reviewing that at the time you
4   signed the agreement?
5      A.  Yes.
6      Q.  Do you recall discussing that with Ms.
7   Manetti at that meeting?
8      A.  Briefly, but yes.
9      Q.  A little bit further down on this document it
10  reads:  I/We understand that an au pair slash
11  companion is to receive, at a minimum, the weekly
12  stipend as stipulated by regulations governing au
13  pair programs and set forth in Au Pair in America's
14  program materials.
15        Do you see that?
16     A.  Which bullet is that?
17     Q.  It is the fifth bullet down?
18     A.  Yes.
19     Q.  Do you recall reviewing that at the time you
20  signed the agreement?
21     A.  We went over this, I think, yes.
22     Q.  Do you recall understanding at that time that
23  the weekly stipend was the minimum amount that you
24  would be paid while in the program?
25     A.  We didn't go over the minimum.  It was more

Page 56

1                    L. GRUENWALD
2   communicated as the set weekly stipend.  So there
3   was no room to discuss any other amount other than
4   the given amount.
5      Q.  Did you understand that statement to mean
6   that the weekly stipend would be the minimum that
7   you would be entitled to receive?
8      A.  Do you mean that did I understand that
9   phrase?
10     Q.  Well, you stated that you reviewed the
11  agreement before signing it, correct?
12     A.  Right.
13     Q.  And that you understood the terms of the
14  agreement, right?
15        MR. PETTERSON:  Objection.
16     A.  Yeah.  We went over it and all she did was --
17  Well, she ignored this minimum.  Like I said, there
18  was no room for us to set a different amount than
19  that.  So she briefly went over it.  She said this
20  is the amount as recommended by the au pair program
21  and the State Department.
22     Q.  When you say "she," are you referring to Ms.
23  Manetti?
24     A.  Yes, sorry.
25     Q.  Do you recall Ms. Manetti saying that you

Page 57

1                    L. GRUENWALD
2   were not entitled to receive anything more than
3   195.75 per week?
4      A.  I don't recall her saying that.
5      Q.  At the time that you signed the agreement,
6   did you understand this phrase to mean that the
7   weekly stipend was the minimum amount stipulated by
8   the regulations?
9        MR. PETTERSON:  Objection.
10     A.  What I understood was that there's no other
11  amount I could get paid.
12     Q.  What led you to that understanding?
13     A.  I'm sorry.
14     Q.  What led you to that understanding?
15     A.  Ms. Manetti telling us that that is that
16  amount, my host mom accepting that amount, and I
17  didn't know any better, so I accepted that amount.
18     Q.  But you stated that you read this agreement
19  at that time, right?
20     A.  I did read it.
21        MR. PETTERSON:  Objection.
22     Q.  And the agreement does say that the weekly
23  stipend is a minimum, right?
24     A.  This is getting really confusing for me.  I
25  don't really know what else to answer to that,

Page 58

L. GRUENWALD

1    L. GRUENWALD
2    sorry.
3       Q.  Do you recall during that meeting questioning
4    Ms. Manetti why the agreement stated that the weekly
5    stipend was a minimum?
6              MR. PETTERSON:  Objection.
7       A.  I don't recall that.
8       Q.  We will discuss this a little bit later, but
9    I understand that you lived with a second host
10   family after the [  ], correct?
11      A.  Yes.
12      Q.  Do you recall which stipend amount you
13   received with that family?
14      A.  I received $200 even.
15      Q.  Did you ever socialize with any other au
16   pairs while you were living with the [  ]?
17      A.  Yes.
18      Q.  Did you ever discuss the amount of the
19   stipend that those au pairs received?
20      A.  Not in particular, no.
21      Q.  Do you recall generally discussing how much
22   money those au pairs were receiving at the time?
23      A.  Very, very generally, yes.
24      Q.  Do you recall what they told you they were
25   receiving as a stipend?

Page 59

L. GRUENWALD

1    L. GRUENWALD
2       A.  They were receiving the same amount, which
3    was 195.75.
4       Q.  When you lived with the Troy family, you
5    received in excess of the 195.75, yes?
6              MR. PETTERSON:  Objection.
7       A.  It was an even 200 just to make it easier for
8    her, I guess.
9       Q.  So is fair to say that at that time you
10   understood you were permitted to receive higher than
11   195.75 per week?
12      A.  My understanding was that she did that for
13   her own -- How do you say that?  Because it was
14   easier for her.  I didn't understand that that was
15   her right in the contract.  I thought it was just
16   because she wanted to pay me more.
17      Q.  But regardless of her motivation, at that
18   time is it fair to say you understood that you were
19   entitled to accept more than 195.75 per week as a
20   stipend?
21              MR. PETTERSON:  Objection.
22      A.  I'm not sure.
23      Q.  Did you accept the $200 per week as a weekly
24   stipend while living with the Troy family?
25      A.  I accepted it, yes.

Page 60

L. GRUENWALD

1    L. GRUENWALD
2       Q.  Did you have any rules while living with the
3    [  ] family?
4       A.  I had a curfew, which was 10:45 p.m. on
5    weekdays.  I couldn't take the car out of, say,
6    around 20 miles out of town.  That was, you know,
7    the rules.
8       Q.  Did the [  ] family set those rules?
9       A.  Yes.
10      Q.  Earlier today you explained the
11   responsibilities you had while living with the [  ]
12   family, correct?  Yes?
13      A.  That is correct.
14      Q.  Did the [  ] family assign you those
15   responsibilities?
16      A.  Yes.
17      Q.  Did anyone supervise you while you provided
18   child care for the [  ]?
19      A.  Not that I know of.  Some days when my host
20   mom worked from home she was sometimes there when I
21   was playing with the kids, but she didn't supervise
22   me the whole time.
23      Q.  Did any APIA representative ever supervise
24   you?
25      A.  No.

Page 61

L. GRUENWALD

1    L. GRUENWALD
2       Q.  After that first meeting with Ms. Manetti,
3    did she ever visit the [  ] family again while you
4    were residing with them?
5       A.  No.
6       Q.  Did your host family track the number of
7    hours of child care you provided while living with
8    them?
9       A.  I tracked them in the Au Pair in America
10   handbook.  I don't know what it was called.  It is a
11   book that the agency provided that you can track the
12   hours.  So I tracked them.
13      Q.  Did you track the hours of child care that
14   you provided?
15      A.  Yes.
16      Q.  Did you also track the number of hours of
17   household work that you provided?
18      A.  No.  That was all together.  I mean, I didn't
19   track it separately.
20      Q.  Meaning so you tracked the total number of
21   hours of work that you provided each week in the
22   handbook; is that correct?
23      A.  Yes.
24      Q.  Did the host family review the number of
25   hours you tracked in the handbook?

Movant's App. 000223



Page 62

```
1                    L. GRUENWALD
2       A.  Not with me.  So I can't say yes or no.  I
3    wouldn't know.
4       Q.  Were you instructed at the orientation with
5    APIA to track the number of hours in the handbook?
6       A.  I did not track those hours, no.
7       Q.  No.  I'm sorry, my question is, were you
8    instructed at the orientation with APIA to track the
9    number of hours that you provided in the handbook
10   while living with the family?
11      A.  They suggested we did that, but we weren't
12   required.  It was more for our own tracking.
13      Q.  Do you still have a copy of the APIA handbook
14   in which you tracked the hours?
15      A.  I don't.  It stayed with the family.
16      Q.  If you can turn back to Exhibit 3, please,
17   which is the survey?
18      A.  Um-hmm.
19      Q.  I would like to direct your attention to
20   question number 51?
21      A.  Um-hmm.
22      Q.  The question is, how many hours did you work
23   on average per week not including vacation week.
24          MS. SCHMID:  This question, for the
25          record, is referring to your time with host
```

Page 63

```
1                    L. GRUENWALD
2          family 1, which is the ████ family.
3       A.  Um-hmm.
4       Q.  And you responded 33.
5          Do you see that?
6       A.  Yes.
7       Q.  Is that an accurate response?
8       A.  Yes.
9       Q.  When did your placement with the ████ family
10   end?
11      A.  I don't recall the exact date.  It was
12   April 2017.  Right after Easter.
13      Q.  Why did the placement end?
14      A.  Because we got into unsolvable issues.  So
15   they demanded I go to rematch and they demanded I
16   leave the house immediately.
17      Q.  Why did they demand that you leave the house
18   immediately?
19      A.  ████████████████████████████████████
     ███████████████████████████████████████████
     ███████████████████████████████████████████
     ███████████████████████████████████████████
     ███████████████████████████████████████████
     ███████████████████████████████████████
```

Page 64

```
1                    L. GRUENWALD
2    ██████████████████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████████
     ████████████████████████████████████████████████
     ████████████
     ████████████████████████████████████████████████
     ████████████████████████████████
     ████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████
     ████████████████████████████████████████████
     ██████████████████████████████████████████████
19      Q.  Did you contact Ms. Manetti after that?
20      A.  I did, yes.
21      Q.  What was Ms. Manetti's response?
22      A.  So I explained to her the whole situation and
23   her response was that we were going to call and we
24   were going to speak on a call the next day.  That is
25   basically it.  No comment on what happened.  She
```

Page 65

```
1                    L. GRUENWALD
2    just referred me to my call the next day.
3       Q.  Did Ms. Manetti match you with another
4    potential host family?
5       A.  After two weeks I matched with another
6    family, yes, but she was out on vacation that day.
7    So she didn't manage that.
8       Q.  Did you continue living with the ████ family
9    in the meantime?
10      A.  No.
11      Q.  Where did you live in the meantime?
12      A.  I lived at my friend's house.
13      Q.  How long after did you place with the ████
14   family?
15      A.  That was about two weeks after.  More or
16   less.  The beginning of May.
17      Q.  Based on the survey responses the ████ family
18   lived in McLean, Virginia, is that correct?
19      A.  Correct.
20      Q.  When did you first speak with the ████
21   family?
22      A.  That was right at the beginning of May, end
23   of April beginning of May 2015.
24      Q.  Did you meet with them in person or did you
25   speak with them by Skype?
```

Movant's App. 000224

Page 66

L. GRUENWALD

1
2    A.  The first time we spoke on Skype.
3    Q.  Did you speak with the host parents?
4    A.  It was a single mom.  So I just spoke with
5    her.
6    Q.  How many children did the ███ family have?
7    A.  Two.
8    Q.  Do you recall the ages?
9    A.  They were 10 and 12 when I got there.
10   Q.  Do you recall during the interview whether
11   the host mom asked you why your placement with the
12   ███ ended?
13   A.  She asked me, yes.
14   Q.  Did you explain as you did just now that you
15   had an argument and Mrs. ███ demanded that you
16   leave?
17   A.  Yes.
18   Q.  Do you recall what Mrs. ███ response was?
19   A.  I don't recall exactly.  She was
20   understanding of my perspective, though.
21   Q.  Did Mrs. ███ work full-time?
22   A.  Yes.
23   Q.  Do you remember what her position was?
24   A.  She is a lawyer.
25   Q.  During that initial interview, do you recall

Page 67

L. GRUENWALD

1
2    Mrs. ███ telling you what her expectations were of
3    an pair?
4    A.  Yes, I believe she did.
5    Q.  What do you recall her telling you?
6    A.  I would have to be responsible with the kids,
7    with her car.  I would have to be on time for the
8    kids' appointments and the kids' activities.  I
9    would need to ensure that they don't use electronics
10   too often.  Make them dinner, lunch, breakfast,
11   whatever they would need.  Yeah, just make sure that
12   they followed her rules too.
13   Q.  How soon after the Skype interview did you
14   meet Mrs. ███ in person?
15   A.  It was about two or three days later.
16   Q.  Did you meet the children as well?
17   A.  Yes.
18   Q.  What do you recall discussing at that in
19   person meeting?
20   A.  I mostly got to know the kids actually.  We
21   talked a little bit about myself, about my
22   background, about my previous experience.  I got my
23   schedule that I had so far.  She asked me what was
24   important to me being an au pair.
25   Q.  What do you recall telling her in response to

Page 68

L. GRUENWALD

1
2    that question?
3    A.  The last question?
4    Q.  Yes.
5    A.  I told her that I would like to have a set
6    schedule, a schedule that I could rely on that is
7    given to me ahead of time.  That she would update me
8    on any changes, yeah, and show me the places I have
9    not been before so I would know where to go.  Give
10   me instructions on things that might be a little
11   difficult.
12   Q.  Do you recall Mrs. ███ responding that she
13   would be able to accommodate you?
14   A.  Yes.
15   Q.  Do you recall Mrs. ███ telling you what her
16   anticipated schedule for you would be?
17   A.  She told me I would have to wake up fairly
18   early in the morning at 6:00 a.m. to get the oldest
19   ready so he could get picked up by his dad for
20   school on time.  I would be responsible for making
21   lunches, for school, making breakfast.  Then I would
22   take the youngest to school right around the corner
23   and come back and then take the host mom to the
24   metro stop, so she could go to work.  Then in the
25   afternoon I was off until about 3:00 or 2:30.  Then

Page 69

L. GRUENWALD

1
2    it varied.  I either had to pick up the youngest
3    first and the oldest or vice versa and then work
4    sometimes until 9:00 p.m., 9:30 p.m. until she
5    returned to the metro stop where I had to pick her
6    up.
7    Q.  Did you work weekends while living with Mrs.
8    ███?
9    A.  No.
10   Q.  During the school year, how many hours per
11   day during the week would you work?
12   A.  Um, during school it varied.  I would say
13   between seven and ten hours sometimes.
14   Q.  Were the children involved in after school
15   activities?
16   A.  Yes.
17   Q.  Did you have free time when the children were
18   at their after school activities?
19   A.  No.  I would have to wait for them at the
20   place.
21   Q.  Did you eat meals with the ███ family?
22   A.  Yes.
23   Q.  Would you eat dinner with them each night?
24   A.  Yes.
25   Q.  Would you also eat breakfast and lunch at the

Page 70

L. GRUENWALD

2 home?
3    A. Yes.
4    Q. Were you permitted to use the car for
5 personal use?
6    A. Yes. Whenever she didn't need it.
7    Q. How frequently during the year that you lived
8 with the ███ did you use the car for personal use?
9    A. I'm sorry, how many days?
10    Q. How frequently?
11    A. Oh, how frequently. I would say maybe four
12 times a week, three to four times.
13    Q. Did you have a private bedroom while living
14 with the ███?
15    A. Yes.
16    Q. Did you have a private bath?
17    A. Yes.
18    Q. Did you continue to use your personal cell
19 phone while living with the ███?
20    A. Yes, I did.
21    Q. Did you pay for the plan yourself?
22    A. I did.
23    Q. You testified earlier that Mrs. ███ paid you
24 an even $200 a week as a stipend; is that correct?
25    A. Correct.

Page 71

L. GRUENWALD

2    Q. While living with the ███, did you receive
3 any other monies aside from the weekly stipend?
4    A. No.
5    Q. Were you ever reimbursed for any expenses by
6 Mrs. ███?
7    A. Yes.
8    Q. What expenses do you recall being reimbursed
9 for?
10    A. Those were mostly groceries and then same as
11 the other family, activities I did with the kids
12 such as movie theater or mini golf.
13    Q. Did the ███ have any pets?
14    A. Yes.
15    Q. What kind of pets?
16    A. They had two dogs.
17    Q. Were you responsible for caring for the dogs?
18    A. Not at first. Later on I started feeding
19 them twice and took them out mornings and evenings
20 and I walked them sometimes with, sometimes without
21 the children.
22    Q. Did you receive any additional money for
23 those services?
24    A. No.
25    Q. Were you required to perform those services?

Page 72

L. GRUENWALD

2    A. She --
3       MR. PETTERSON: Objection.
4    A. I don't recall exactly.
5    Q. Did Mrs. ███ ask you to perform those
6 services?
7    A. She asked me, yes.
8    Q. Do you recall if you volunteered to perform
9 those services?
10    A. I couldn't call it volunteer because she
11 didn't give me another choice.
12    Q. Did she direct you to perform those services?
13    A. Yes.
14    Q. Do you recall what she said when she told you
15 to perform those services?
16    A. I don't remember her exact words. I only
17 recall that it was written down in my schedule, but
18 not the exact words.
19    Q. Did you track the number of hours of work in
20 your APIA handbook when you lived with the ███?
21    A. Yes, but only after I initiated that.
22    Q. Only after you said?
23    A. After I initiated that. Because she didn't
24 have a handbook from the previous au pair. So I
25 asked her about it and then she organized it after I

Page 73

L. GRUENWALD

2 asked her.
3    Q. Do you recall how soon after living with Mrs.
4 ███ that you began tracking those hours in the
5 handbook?
6    A. It was about after a week.
7    Q. Do you have a copy of that handbook?
8    A. I don't. It is also with that family.
9    Q. Do you know if Mrs. ███ tracked the number
10 of hours you provided services?
11    A. I don't know for sure.
12    Q. Did the amount of the weekly stipend you
13 received from Mrs. ███ ever vary?
14    A. No. It stayed the same.
15    Q. How did you receive the amount of the stipend
16 from Mrs. ███?
17    A. An electronic bank transfer.
18    Q. While living with the ███, did you
19 socialize with other au pairs?
20    A. Yes.
21    Q. Do you recall discussing with those au pair
22 the amount of the stipend they received?
23    A. Same as in the other family. We generally
24 talked about it and they all received the same.
25    Q. Did they also receive 195.75 per week?

Movant's App. 000226

Page 74

L. GRUENWALD

1  L. GRUENWALD
2      A.  Yes.
3      Q.  So did you receive a higher amount than the
4  other au pairs at that time?
5      A.  Marginally higher.  Is that the right word?
6  A tiny bit more, yes.
7      Q.  Now, if you can look back at Exhibit 3,
8  please.
9      A.  Um-hmm.
10     Q.  Question 79, it reads:  How many hours did
11  you work on average per week not including vacation
12  week.
13         MS. SCHMID:  For the record, this is
14         referring to your time with the ███ family.
15     Q.  You responded 43.
16         Do you see that?
17     A.  Yes.
18     Q.  Is that an accurate statement?
19     A.  Yes.
20     Q.  Did you ever take any vacation with the ███
21  family?
22     A.  No.
23     Q.  Did the ████ ever take any vacations and
24  leave you behind?
25     A.  I believe there was one long weekend that

Page 75

L. GRUENWALD

1  they left on like a Thursday and then I was off on
2  that Thursday and Friday.
3     Q.  Were you responsible for any household chores
4  while living with the ███?
5     A.  Same as the other family.  I was supposed to
6  clean up after myself, clean up after the boys until
7  the very end.  She wanted to have me mop the floors
8  in the entire house two to three times a week.
9     Q.  Aside from mopping the floors in the entire
10  house, did you do any other household chores
11  throughout the house?
12     A.  No.  Nothing for her.  Just cleaning up after
13  myself after I cooked in the kitchen.
14     Q.  Who was your community counselor while living
15  with the ███ family?
16     A.  Her name was Fernanda.  I don't know how to
17  pronounce it, Borja.
18     Q.  Can you spell it?
19     A.  B-O-R-J-A.
20     Q.  That is a tough one.  We will call it Borja.
21         Did Ms. Borja ever visit you while you were
22  living with the ███ family?
23     A.  No.
24     Q.  Earlier today we reviewed Exhibit 4, which is

Page 76

L. GRUENWALD

1  L. GRUENWALD
2  the Host Family and Au Pair Agreement.
3         Did you sign a similar agreement with Mrs.
4  ████?
5     A.  I signed it separately from her signature.
6  So we were given the document electronically from
7  Mrs. Borja and I had to sign it electronically.
8         MS. SCHMID:  Can we go off the record for
9         one moment?
10         MR. PETTERSON:  Yes.
11         (Whereupon, a recess was taken at this
12         time.)
13     Q.  So Ms. Borja never visited you while you were
14  living with the ███ family?
15     A.  She did not visit us, no.
16     Q.  Did you ever exchange emails with Ms. Borja?
17     A.  Yes.
18     Q.  Do you recall what the nature of those emails
19  were?
20     A.  It was her checking in if I was okay.  She
21  asked for a meeting but we couldn't arrange a
22  meeting with my host mom and the two of us.  We
23  ended up arranging a separate meeting and then some
24  administrative things like this Host Family Au Pair
25  Agreement.  She wanted to get all my contact info.

Page 77

L. GRUENWALD

1  L. GRUENWALD
2     Q.  Getting back to the agreement.  Before we
3  were interrupted before you stated that you did sign
4  a Host Family and Au Pair Agreement while living
5  with the ███ family; is that correct?
6     A.  Yes.
7     Q.  Do you recall if it was the same agreement in
8  substance as the agreement that you had signed while
9  living with the ███?
10     A.  Yes.
11     Q.  Did you attend cluster meetings while living
12  with the ███?
13     A.  No, I did not.
14     Q.  Do you recall ever raising any concerns about
15  the program with Ms. Borja?
16     A.  Not until the very end when my host mom
17  required me to do the mopping in the house, which I
18  then told my counselor about.
19     Q.  So I misunderstood your testimony before.  I
20  had understood that you were required to do the
21  mopping until the end, but are you saying that your
22  host mom requested you to mop toward the end of your
23  stay?
24     A.  Yes, and that turned into the reason why I
25  left that family.

**Page 78**

L. GRUENWALD

1
2  Q.  Oh, I see.  To clarify, approximately when do
3  you recall Mrs. ▇ requesting that you mop the
4  floors throughout the entire household?
5  A.  So I left the family on the 12th.  That was a
6  Tuesday.  The Friday prior to that she first
7  mentioned it.  Then she sent me an email that Sunday
8  with the schedule for the next week where she stated
9  that I from now on was required to mop the house
10  three times a week.
11  Q.  So based on your survey responses, you began
12  living with the ▇ on May 3, 2017, correct?
13  A.  Yes.
14  Q.  Do you recall Mrs. ▇ requesting that you
15  mop the floors in the entire house in early
16  September 2017?
17  A.  Yeah.  It was toward, yeah, early, mid.
18  Um-hmm.
19  Q.  At that time you contacted Ms. Borja and
20  raised a concern about Mrs. ▇ request?
21  A.  Yes.
22  Q.  Did Ms. Borja respond?
23  A.  She did respond a day later.  So I sent her
24  the email on Sunday.  She get back to me on Monday.
25  Q.  Prior to reaching out to Ms. Borja, did you

**Page 79**

L. GRUENWALD

1
2  address your concerns directly with Mrs. ▇?
3  A.  Not yet.  Because I didn't see her that
4  weekend because I was not at her house that weekend.
5  On Monday she sort of reminded me or wanted to show
6  me where the tools are and that is when I addressed
7  that.
8  Q.  That is when you addressed that with Ms.
9  Borja or with Mrs. ▇?
10  A.  With Mrs. ▇.
11  Q.  Do you recall what you said to her at that
12  time?
13  A.  When she wanted to show me where all the
14  stuff was, I told her that I am not required to do
15  that.  That is what the agency says.  The agency
16  says light housework, and I don't consider that
17  light housework.  So then I told her further light
18  housework meant cleaning up after the kids but not
19  cleaning up the mess that the dogs made in the
20  entire kitchen, which required the mopping and then
21  further on the regular mopping.  That's how I
22  understood.
23  Q.  Prior to having that discussion with Mrs.
24  ▇, had Ms. Borja already responded to your email?
25  A.  Yes.  She already said that she wanted to

**Page 80**

L. GRUENWALD

1
2  meet me that Tuesday and that's not -- This is
3  something we have to talk about and it was good that
4  I contacted her.
5  Q.  Did you meet in person with Ms. Borja before
6  speaking with Mrs. ▇?
7  A.  After.
8  Q.  Did Ms. Borja agree that Mrs. ▇ request
9  was not within the guidelines of the program?
10  A.  Yes, she did.
11  Q.  Do you recall what Mrs. ▇ response to
12  you was during that discussion?
13  A.  She did not take it well.  She turned it into
14  me not wanting to work into -- She said basically
15  that she has never heard of this rule that included
16  everything, which then made her look it up again in
17  Au Pair in America's list of duties for au pairs,
18  which didn't include more housework than cleaning up
19  after the kids also.
20  Q.  Do you know if Mrs. ▇ had lived with any
21  au pairs prior to you?
22  A.  Yes.  She was with one au pair.
23  Q.  Do you know if that au pair had also come
24  through APIA?
25  A.  Yes.

**Page 81**

L. GRUENWALD

1
2  Q.  So what happened after your discussion with
3  Mrs. ▇ regarding the mopping?
4  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17  Q.  Do you recall that conversation happening the
18  day after you spoke with her about her request
19  concerning the mopping?
20  A.  Yes.  That was the morning after.
21  Q.  What happened next?
22  A.  She was at work.  I was off for most of the
23  rest of the day.  I met with Ms. Borja and during
24  that meeting I told her what had happened.  She
25  revealed to me that the previous au pair who then

Page 82

L. GRUENWALD

1  L. GRUENWALD
2  went to rematch experienced similar things and that
3  I was free to leave if I wanted to, and then I
4  decided I was going to leave that family because I
5  did not want to be in those circumstances.  The
6  relationship was pretty much ruined.
7  Q.  Did you decide to leave the ▓▓ family at
8  this time?
9  A.  Yes.
10  Q.  Was your last day with the ▓▓ family
11  September 12, 2017?
12  A.  Yes.
13  Q.  Where did you go after that?
14  A.  I went to my friend's house.
15  Q.  In Virginia?
16  A.  Yes.
17  Q.  Did you place with another host family after
18  the ▓▓ family?
19  A.  No.
20  Q.  I just have one question going back to your
21  time with the ▓▓.
22  When you estimated the number of hours per
23  week that you provided services, did you include in
24  that estimate the time you walked the dog?
25  A.  I usually did it during work.  So I didn't

Page 83

L. GRUENWALD

1  L. GRUENWALD
2  track extra hours for the dog.  It was mostly how
3  many times I walked the dog.
4  Q.  So in response to question 51 in the survey
5  when you responded on average per week you worked 33
6  hours, that included the time walking the dog?
7  MR. PETTERSON:  Objection.
8  Q.  Yes?
9  A.  More or less.  Like I said, I didn't track
10  exact hours for the dog.  It was mostly during that
11  time.
12  Q.  How many times per day did you walk the dog
13  while you lived with the ▓▓?
14  A.  Two to three.
15  Q.  You testified earlier that your sister was
16  also an au pair through APIA in Canada; is that
17  correct?
18  A.  Yes.
19  Q.  Did she ever tell you how much her weekly
20  stipend was per week?
21  A.  She told me, but I am not sure of the amount.
22  I can't recall the exact amount.  I just know it was
23  different than what I got.
24  MS. SCHMID:  I may have some follow-up
25  questions depending on whether your attorney

Page 84

L. GRUENWALD

1  L. GRUENWALD
2  has any questions on cross, but at this time
3  I have nothing further.  So thank you for
4  your time.
5  MR. PETTERSON:  Can we take a five minute
6  break.  Go off the record and then come back
7  for my cross.
8  MS. SCHMID:  Sure.
9  MR. PETTERSON:  Okay.  Thanks.
10  MS. SCHMID:  Thank you.
11  (Whereupon, a recess was taken at this
12  time.)
13  EXAMINATION BY
14  MR. PETTERSON:
15  Q.  Ms. Gruenwald, thank you for your time this
16  morning.  I just have a few question for you.
17  The first question is, do you recall earlier
18  that you testified that you attended a training in
19  New York?
20  A.  Yes.
21  Q.  Were you paid for that training?
22  A.  I wasn't, no.
23  Q.  Do you recall in your testimony you said that
24  at this training your weekly pay was discussed?
25  A.  It was briefly discussed.  Generally

Page 85

L. GRUENWALD

1  L. GRUENWALD
2  discussed, yes.
3  Q.  Did you hear that figure of 195.75 in that
4  training?
5  A.  Yes.
6  Q.  Was it described to you in that training as a
7  minimum?
8  A.  Not in particular as a minimum.  It was
9  described as a set amount.
10  Q.  You recall that you had a meeting with your
11  first host family and your counselor from APIA.
12  Do you recall testifying about that?
13  A.  Yes.
14  Q.  Did you discuss the weekly pay in that
15  meeting?
16  MS. SCHMID:  Objection.  This has already
17  been covered in my direct.
18  Q.  You can answer.
19  A.  We briefly touched it, yes.
20  Q.  Did your counselor describe it as a minimum?
21  A.  Not that I recall it.
22  Q.  Do you recall earlier that you testified that
23  you rematched?
24  A.  Yes.
25  Q.  Was your first and second host families, were

Page 86

L. GRUENWALD

1    L. GRUENWALD
2    they both located in Virginia?
3        A.  Yes.
4        Q.  Did you want to stay in Virginia on your
5    rematch?
6        A.  I did, yes.
7        Q.  Did your application to rematch say that you
8    wanted to stay in Virginia?
9        A.  No, it did not.
10       Q.  Why didn't it?
11       A.  So I had no influence on that.  At first they
12   opened the search nationwide to increase the chances
13   of me finding a new family, and only after I sent my
14   counselor multiple emails saying I am not happy with
15   the choices I am getting here with Chicago she
16   finally limited my search to this area, which also
17   included Maryland, southern Virginia, which still
18   was not the area I wanted to go to.
19       Q.  When you say "they," who do mean?
20       A.  My counselor, she had the power to talk to
21   APIA and let them narrow down my search radius.
22       Q.  In your rematch application, did it contain
23   an explanation of why you were leaving your first
24   family?
25       A.  Yes, it did.

Page 87

L. GRUENWALD

1    L. GRUENWALD
2        Q.  Who wrote that explanation?
3        A.  My counselor, she set it up initially and
4    then she submitted to headquarter.
5        Q.  Did you agree with that explanation?
6        A.  I did not.
7        Q.  Were you allowed to change that explanation?
8        A.  I wasn't allowed either.
9        Q.  Did you try to send that explanation?
10       A.  I did.  I tried to send my counselor an
11   email.  I sent an email to the program manager and
12   they both refused to change that application.
13       Q.  Do you recall earlier that you had a dispute
14   with your second family, the ████ family?
15       A.  Yes.
16       Q.  Is your testimony that the ████ family asked
17   you to mop their floors two or three times a week;
18   is that correct?
19       A.  That's correct.
20       Q.  Did you refused to do so?
21       A.  After talking to my counselor and learning
22   that that's not one of my duties, I refused to, yes.
23       Q.  How did you learn that it was not one of your
24   duties?
25       A.  I already knew what the duties included.

Page 88

L. GRUENWALD

1    L. GRUENWALD
2    Just because I informed myself before even starting
3    the job as an au pair.  Then I double checked that
4    information on Au Pair in America's website.
5        Q.  What did it say on Au Pair in America's
6    website?
7        A.  That light housework is included in my
8    duties, but that includes rather cleaning up after
9    the kids and myself and not doing housework in
10   general.
11       Q.  You testified earlier that your host mother
12   also used the phrase "light housework," how did she
13   come across that phrase?
14       A.  So she learned that -- She researched on it
15   after I brought it to her attention.  She researched
16   it later.  So she sent me the list that I already
17   knew from Au Pair in America's website.
18       Q.  So your host mother researched the issue on
19   Au Pair in America's website?
20       A.  Yes.
21           MS. SCHMID:  Objection.
22       Q.  Did your host mother ask your counselor if
23   light housework included the mopping that she was
24   requesting of you?
25       A.  I don't know if she asked her because I had

Page 89

L. GRUENWALD

1    L. GRUENWALD
2    not heard of any communication between them.
3        Q.  If you go to your counselor and ask if light
4    housework included the mopping that your host mother
5    was requesting of you?
6        A.  Yes, I asked her.
7        Q.  What did she say?
8        A.  She said it was not one of my duties.
9        Q.  Did that mean you no longer had to do the
10   mopping in the house?
11           MS. SCHMID:  Objection.
12       A.  So, well, after I took it -- After I brought
13   it to her attention, I refused to do it, but we
14   didn't have the chance to talk about any further
15   schedule issues because that was when the match
16   broke.
17       Q.  I understand, but is it fair to say that your
18   counselor had the power to tell you that you didn't
19   have to mop?
20       A.  Yes.
21       Q.  Earlier you testified that you tracked your
22   hours in a document you received from APIA.
23           Do you recall that testimony?
24       A.  Yes.
25       Q.  Can you explain to me how you got a copy of

Page 90

1          L. GRUENWALD
2   this document?
3      A. You mean the actual book?
4      Q. Yes, please.
5      A. So the first family they had already received
6   a package before my arrival. That package included
7   this journal. Then my host mom presented it to me
8   asking me to please track my hours in there. So
9   it's visible for her and her husband and for me in
10  the kitchen so we can all see what my hours were so
11  they were not exceeded. The second family was
12  different. They didn't have that book at all. I
13  was the one who requested that book by asking the
14  host mom about it. She didn't know anything about
15  it. I asked her to please contact the counselor.
16  She then sent her a copy of that book.
17     Q. When you were in Germany applying to be in
18  the Au Pair in America program, did they say
19  anything to you about the role of the counselor?
20         MS. SCHMID: Objection.
21     A. It was presented as a 24/7 assistance. I
22  know that didn't include the counselor's work only.
23  I know that there was an emergency line too, but I
24  was to receive help and support from that counselor.
25  So, yeah, I knew about it in Germany.

Page 91

1          L. GRUENWALD
2      Q. Do you recall earlier you testified that you
3   received gifts from your first host family?
4      A. Yes.
5      Q. Did you ever give them gifts in return?
6      A. I did, yes.
7         MR. PETTERSON: No further questions.
8         MS. SCHMID: I just have a couple of
9      follow-up questions.
10  CONTINUED EXAMINATION BY
11  MS. SCHMID:
12     Q. When you attended APIA's orientation, do you
13  recall any APIA representative discussing APIA
14  program guidelines with you?
15     A. Not in particular.
16     Q. During the orientation, did the APIA
17  representative tell you that the host family would
18  set the specific responsibilities and duties that
19  you would be responsible for while living with the
20  host family?
21     A. Yes.
22     Q. Was it during the orientation that you
23  learned which duties and responsibilities were
24  appropriate within the program guidelines?
25     A. Yes.

Page 92

1          L. GRUENWALD
2      Q. Was it your understanding at that time that
3   those duties and responsibilities could differ
4   depending on the needs of the specific host family?
5      A. More so in that way that they could ask me do
6   less than those listed responsibilities are but they
7   cannot exceed them.
8      Q. Was it your understanding that depending on
9   the needs of the family you might be asked to do
10  certain activities with the children that you might
11  not be asked to do with another host family?
12     A. Yes.
13     Q. Was it your understanding at that time that
14  you might be asked to do certain chores around the
15  house by one host family that another host family
16  might not ask you to do?
17     A. Yes, but still within the limits of those
18  regulations.
19     Q. By "regulations," are you referring to
20  guidelines set by APIA?
21     A. Yes.
22     Q. But was it your understanding that within the
23  program guidelines the duties might differ depending
24  on the needs of the particular host family?
25     A. Yes.

Page 93

1          L. GRUENWALD
2         MS. SCHMID: Okay. I have nothing
3      further and again I appreciate your time
4      today. Thank you very much.
5         (Time Noted: 12:36 p.m.)
6
7         _____
8                  LENA GRUENWALD
9
10  Subscribed and sworn to before me
11  this ___ day of _____, 2018.
12  _____
13  Notary Public
14
15
16
17
18
19
20
21
22
23
24
25

Movant's App. 000231

LENA GRUENWALD - 04/06/2018          Pages 94..96

```
                                    Page 94
1            I N D E X
2
3  WITNESS        EXAMINATION BY        PAGE
4  Lena Gruenwald    Ms. Schmid           4, 91
5                    Mr. Petterson        84
6
7            E X H I B I T S
8
9  GRUENWALD    DESCRIPTION              PAGE
10  2           Notice of Your Right to Join   11
11              Lawsuit For Unpaid Wages
12  1           Consent to Join form     12
13  3           Survey                   14
14  4           Host Family and Au Pair/  53
15              Companion Agreement
16
17
18
19
20
21
22
23
24
25
```

```
                                    Page 96
1           E R R A T A   S H E E T
2
3  CASE NAME:  BELTRAN, ET AL v. INTEREXCHANGE, INC.,
4  ET AL
5  DATE OF DEPOSITION:  April 6, 2018
6  WITNESS'S NAME:    Lena Gruenwald
7
8  PAGE  LINE (S)    CHANGE           REASON
9  ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19  ____|_____|_____|_____
20         _____
21                  LENA GRUENWALD
22  SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20___.
24  _____
25  NOTARY PUBLIC          MY COMMISSION EXPIRES
```

```
                                    Page 95
1           C E R T I F I C A T E
2  UNITED STATES DISTRICT COURT  ): ss.
3  FOR THE DISTRICT OF COLORADO  )
4       I, KAREN BERESHEIM, a Registered
5  Professional Reporter, Certified Live Note Reporter
6  and Notary Public (credentials) within and for the
7  State of New York, do hereby certify:
8       That LENA GRUENWALD, the witness whose
9  deposition is hereinbefore set forth, was duly sworn
10  by me and that such deposition is a true record of
11  the testimony given by the witness.
12       Before completion of the deposition,
13  review of the transcript ( ) was  (X) was not requested;.
14  If requested, any changes made by the deponent (and
15  provided to the reporter) during the period allowed
16  are appended hereto.
17       I further certify that I am not
18  related to any of the parties to this action
19  by blood or marriage, and that I am in no way
20  interested in the outcome of this matter.
21       IN WITNESS WHEREOF, I have hereunto
22  set my hand this 10th day of April, 2018.
23       Karen Beresheim
24  _____
25       KAREN BERESHEIM
```

Movant's App. 000232

**$**

**$10**
46:15 47:2,10 48:14,16
49:6,22

**$195.75**
31:19,23 32:12,21

**$200**
58:14 59:23 70:24

**1**

**1**
12:8,11 13:13 63:2

**10**
12:19,23 66:9

**100**
30:10

**109**
4:11

**10:45**
60:4

**12**
66:9 82:11

**12:00**
34:25 42:16

**12th**
78:5

**13th**
39:10

**1504**
4:11

**195.75**
31:14 45:9 57:3 59:3,5,
11,19 73:25 85:3

**1:00**
34:25 36:5,10,13 42:16

**2**

**2**
10:24 11:5,8 14:7 29:2

**20**
60:6

**200**
59:7

**2008**
19:23

**2015**
19:16 65:23

**2016**
23:10,11 29:2 39:9 48:5

**2017**
9:4 11:16 12:19,23 15:3,
6 17:5 48:5 63:12 78:12,
16 82:11

**22012**
4:12

**24/7**
90:21

**2:30**
68:25

**2nd**
29:18

**3**

**3**
13:12 14:13,15 22:21
62:16 74:7 78:12

**30**
24:25 26:22

**33**
63:4 83:5

**3:00**
36:6 68:25

**4**

**4**
53:2,5 54:3 75:25

**40**
28:13

**43**
74:15

**45**
54:24

**4:00**
36:6

**4:30**
37:2 41:7,11

**5**

**51**
62:20 83:4

**5:00**
36:22 37:3 41:7

**6**

**60**
24:25

**6:00**
68:18

**7**

**79**
74:10

**7:30**
40:22 42:4,22

**8**

**8:00**
42:4 43:9

**8:30**
43:2

**9**

**9:00**
34:22 42:15,23 43:2 69:4

**9:30**
69:4

**A**

**a.m.**
42:23 43:9 68:18

**able**
5:6 21:8 22:12 68:13

**Absolutely**
7:22 47:17

**accept**
59:19,23

**accepted**
20:10,17 57:17 59:25

**accepting**
57:16

**accommodate**
68:13

**account**
30:18

**accounts**
30:17

**accurate**
17:8 42:9 63:7 74:18

**action**
13:15

**activities**
25:21 34:15 37:6,9,10
38:20 67:8 69:15,18
71:11 92:10

**actual**
20:17 90:3

**additional**
26:4 36:14 45:25 48:3
71:22

**address**
4:10 79:2

**addressed**
79:6,8

**administrative**
76:24

**admission**
49:13

**adults**
44:13

**advance**
7:8

**advice**
7:18

**afternoon**
34:11 36:5 68:25

**agencies**
9:25 10:2 19:21

**agency**
10:13,14,17 19:17 20:3,6

Movant's App. 000233

LENA GRUENWALD - 04/06/2018                    i2

22:15 61:11 79:15

**ages**
23:19 26:9 66:8

**ago**
14:8

**agree**
80:8 87:5

**agreement**
53:4,10,16,20,23 54:3,
12,16 55:4,20 56:11,14
57:5,18,22 58:4 76:2,3,
25 77:2,4,7,8

**ahead**
68:7

**aid**
30:13

**AIFS**
20:22

**allow**
5:14,17

**allowed**
87:7,8

**alternate**
34:13

**America**
4:18 61:9 90:18

**America's**
54:22 55:13 80:17 88:4,
5,17,19

**American**
4:17 22:16 30:19

**amount**
31:13,18,20,22 32:3,8,9,
15,21,23 33:6 43:21
45:8,10,13,21,22,23
49:24 55:23 56:3,4,18,20
57:7,11,16,17 58:12,18
59:2 73:12,15,22 74:3
83:21,22 85:9

**answer**
5:16,17 7:20,21 12:5
14:10 16:18 17:16 36:9
47:9 57:25 85:18

**answered**
11:18

**answers**

5:22 16:21 17:8

**anticipated**
68:16

**anybody**
7:8 20:6 24:16 32:14

**anymore**
53:21 63:23,24

**APIA**
4:18 10:2 16:6 17:11
18:14,23 19:5,6,12,15
21:2 27:21 29:3 30:6,21
51:15 60:23 62:5,8,13
72:20 80:24 83:16 85:11
86:21 89:22 91:13,16
92:20

**APIA's**
91:12

**apologize**
18:17

**application**
18:4 20:6 22:11 27:24
86:7,22 87:12

**applied**
18:24 19:7,15,22

**apply**
19:5,17,20

**applying**
30:16 90:17

**appointments**
67:8

**appreciate**
93:3

**appropriate**
91:24

**approved**
22:14

**approximately**
17:4 19:14,16 24:22 28:9
30:3,9,10 36:3 38:7 44:2,
5 46:8,16,22 78:2

**April**
63:12 65:23

**area**
86:16,18

**argument**
63:19,25 64:8 66:15

**arrange**
76:21

**arrangement**
13:16

**arranging**
76:23

**arrival**
90:6

**arrive**
28:23

**arrived**
29:17,18 52:19

**arriving**
29:22

**aside**
16:9 45:24 48:8 71:3
75:10

**asked**
11:18 14:22 21:11,19,24
22:2,4 25:6 63:21 66:11,
13 67:23 72:7,25 73:2
76:21 87:16 88:25 89:6
90:15 92:9,11,14

**asking**
7:17 18:7 27:3 90:8,13

**assign**
60:14

**assistance**
90:21

**assisted**
16:20,22

**attached**
9:13 13:9

**attempting**
7:23 23:22 24:5

**attend**
29:3 34:16 52:3,5 77:11

**attended**
30:8 52:6 84:18 91:12

**attention**
54:18 62:19 88:15 89:13

**attitude**
27:11

**attorney**
4:16 7:7 10:21 13:16

83:25

**attorneys**
7:11,24 8:9 9:7 15:9

**au**
4:18 9:24 10:7,11,12,14,
17 18:12 20:2,3 22:3,13,
15 25:11,18 27:10,11
33:7 52:24 53:3,15,23
54:21,22 55:10,12,13
56:20 58:15,19,22 61:9
67:24 72:24 73:19,21
74:4 76:2,24 77:4 80:17,
21,22,23 81:25 83:16
88:3,4,5,17,19 90:18

**August**
19:16 39:9,10,11

**available**
22:13

**average**
40:19,20 41:13 42:12
43:25 62:23 74:11 83:5

**awhile**
19:25

---

B

---

**B-O-R-J-A**
75:20

**babysat**
46:9,17

**babysit**
46:5

**babysitter**
44:25

**babysitters**
44:21

**babysitting**
46:14,22 49:17

**back**
52:3 62:16 68:23 74:7
77:2 78:24 81:5 82:20
84:6

**background**
25:4 27:12 67:22

**backgrounds**
27:16

Movant's App. 000234

LENA GRUENWALD - 04/06/2018                                    i3

**bad**
20:12 36:8

**bank**
8:10,12 30:17,18 73:17

**based**
19:5 22:20 65:17 78:11

**basic**
21:7

**basically**
64:25 80:14

**basics**
20:10

**bath**
33:21 70:16

**bathroom**
33:19

**Beach**
39:7

**bedroom**
33:17,21 70:13

**bedrooms**
33:25

**began**
73:4 78:11

**beginning**
65:16,22,23

**believe**
9:15 14:6 17:6 19:24
20:20 22:4,12 23:11
29:19 31:3,13 35:22
40:13 46:15 50:13 52:6
54:5,17 67:4 74:25

**best**
5:13,17 6:6

**Bethany**
39:7

**better**
57:17

**beyond**
18:3

**big**
52:11

**birthday**
39:10 50:7,9,10

**bit**
16:4 25:6,7 26:21 30:14
42:20 43:9 55:9 58:8
67:21 74:6

**blank**
53:11

**body**
50:16

**Boies**
13:14

**book**
61:11 90:3,12,13,16

**Borja**
75:18,21,22 76:7,13,16
77:15 78:19,22,25 79:9,
24 80:5,8 81:23

**boy**
24:2

**boys**
75:7

**bracelets**
50:12

**break**
6:14,17 47:14,15 48:2
84:6

**breakfast**
35:7,11 40:24 67:10
68:21 69:25

**brief**
29:24 54:11

**briefly**
53:25 55:8 56:19 84:25
85:19

**bring**
34:20

**brochures**
32:17,20

**broke**
89:16

**brought**
88:15 89:12

**bullet**
54:19 55:16,17

**bus**
43:8

**C**

**call**
4:13 64:23,24 65:2 72:10
75:21

**called**
61:10

**calls**
27:4

**camp**
42:3,19,23 43:3,19,21
44:6

**camps**
42:14

**can't**
5:24 62:2 83:22

**Canada**
18:25 19:4 83:16

**captioned**
11:11 12:17

**car**
25:8,24 38:22,25 60:5
67:7 70:4,8

**care**
20:9 27:16 34:6 36:18
39:14 41:7 44:21 54:24
60:18 61:7,13 64:9

**caring**
71:17

**cash**
49:18

**cell**
50:22,25 70:18

**certain**
31:24 92:10,14

**certainly**
18:2 24:4

**chance**
11:7 64:17 89:14

**chances**
86:12

**change**
45:12 87:7,12

**changed**
41:25 42:19 45:11

**changes**
68:8

**check**
45:14,15,17 49:23,25

**checked**
88:3

**checking**
76:20

**checks**
49:18,21

**Chicago**
40:10 86:15

**child**
20:9 27:16 30:13 44:21
54:24 60:18 61:7,13 64:9

**children**
23:16,23,24,25 26:9
34:8,16 35:2 36:18 37:4,
13 38:19 39:15,18 44:6
66:6 67:16 69:14,17
71:21 92:10

**children's**
24:5 37:20

**choice**
72:11 81:14

**choices**
86:15

**chores**
37:17 75:4,11 92:14

**Christina**
4:15

**Christmas**
50:7,8,9,14

**circumstances**
82:5

**claims**
8:19

**clarify**
78:2

**class**
42:5

**clean**
75:7

**cleaning**
37:18 75:13 79:18,19

Movant's App. 000235

80:18 88:8

**clear**
17:15

**close**
43:23

**closer**
44:10

**cluster**
51:25 52:2,5,8 77:11

**come**
36:10,13,21 41:8 44:25
68:23 80:23 84:6 88:13

**coming**
47:13

**comment**
64:25

**communicated**
51:19 56:2

**communication**
89:2

**community**
51:14 75:15

**companion**
55:11

**completed**
15:8

**completing**
15:5

**computer**
51:6,9 81:5

**concern**
78:20

**concerning**
81:19

**concerns**
21:14,17 52:14 77:14
79:2

**conducted**
30:6

**confidentiality**
23:22

**confirm**
7:22

**confirmation**

27:23

**confusing**
57:24

**connection**
4:20 7:12 15:20 16:12,16
20:12 33:24 36:8

**consent**
12:10,17 13:15 14:4

**consider**
79:16

**contact**
20:6 23:4 64:19 76:25
90:15

**contacted**
20:8,11,14,19 78:19 80:4

**contain**
86:22

**contained**
54:7

**content**
9:23

**contents**
8:2

**continue**
65:8 70:18

**CONTINUED**
91:10

**contract**
52:23,24 59:15

**conversation**
81:17

**cooked**
75:14

**copy**
53:19 62:13 73:7 89:25
90:16

**corner**
68:22

**correct**
10:16 16:7 21:20 22:22,
23 24:10,11 26:18 36:15
42:10 43:2 44:7,8 48:5
49:7 53:24 56:11 58:10
60:12,13 61:22 65:18,19
70:24,25 77:5 78:12
83:17 87:18,19

**correctly**
42:16

**couldn't**
60:5 64:5 72:10 76:21

**counsel**
8:6

**counselor**
16:2,10 51:14 75:15
77:18 85:11,20 86:14,20
87:3,10,21 88:22 89:3,18
90:15,19,24

**counselor's**
90:22

**couple**
17:16 49:5 91:8

**court**
4:25 5:11,24 17:15

**covered**
30:11 85:17

**cross**
84:2,7

**culture**
30:19

**curfew**
60:4

---

**D**

**dad**
28:3 40:23 41:8,10 45:18
68:19

**date**
11:6 12:12 14:16 15:24
17:7 53:6 63:11

**dated**
12:19

**dating**
15:22

**day**
29:23 30:2 39:17 43:11,
13,16 44:3,10 48:14,15,
16 49:6,22 52:24 64:24
65:2,6 69:11 78:23
81:18,23 82:10 83:12

**days**
17:16 30:4 36:22 38:6,8
39:13,19,20,22 40:12,17

43:14 44:3,11 48:19,21
49:15 60:19 67:15 70:9

**Deakins**
4:16

**decide**
10:4 19:5 27:6 82:7

**decided**
17:10 18:13 25:5 28:22
82:4

**defendant**
10:14

**demand**
63:17

**demanded**
63:15 66:15

**Department**
32:18,24 35:21 56:21

**depending**
35:8 43:18 83:25 92:4,8,
23

**deposition**
4:22 6:15,24 7:3,9 17:24

**describe**
28:3 40:19 85:20

**described**
13:16 41:14,20 42:8
43:25 85:6,9

**describing**
25:10,14 32:14

**description**
41:16,21

**designate**
13:13

**detail**
28:5

**didn't**
35:4 43:20 45:12,22
48:25 52:11 55:25 57:17
59:14 60:21 61:18 63:24
64:12 65:7 70:6 72:11,23
79:3 80:18 81:7,8 82:25
83:9 86:10 89:14,18
90:12,14,22

**differ**
92:3,23

Movant's App. 000236

LENA GRUENWALD - 04/06/2018    i5

**different**
9:16 16:6 42:5,6 43:4
49:25 56:18 83:23 90:12

**difficult**
68:11

**dinner**
38:7 67:10 69:23

**direct**
54:18 62:19 72:12 85:17

**directly**
79:2

**discuss**
7:25 23:24 45:22 52:11
56:3 58:8,18 85:14

**discussed**
7:24 10:20 20:25 21:5
30:21 31:10 52:7,21
84:24,25 85:2

**discussing**
25:2 45:20 48:2 55:6
58:21 67:18 73:21 91:13

**discussion**
79:23 80:12 81:2

**discussions**
8:2

**dispute**
87:13

**document**
10:23 11:7,15,17,20,22,
25 12:2,7,14,18,22,25
13:3,5,9,21 14:2,6,7,12,
18,20 52:25 53:9,11,13,
16 54:2,7,19 55:9 76:6
89:22 90:2

**documents**
7:5,12,15 8:5,8,11,14,18
10:21 13:10 15:20,22,25
16:11 20:9,15

**dog**
26:16 48:11,13,15,17,20
49:2,7,20,23 82:24 83:2,
3,6,10,12

**dogs**
49:2 71:16,17 79:19

**doing**
37:20,23 52:4 88:9

**don't**
6:5,7,8,11,12,23 9:2,8
10:19 11:21,22,24 13:11
14:6,11 15:10 17:24
20:20 21:13,25 22:4,9
24:24 25:12 27:2,5 29:9
30:22 31:7 32:5,16 33:8
34:7,12 52:20 54:5 57:4,
25 58:7 61:10 62:15
63:11 66:19 67:9 72:4,16
73:8,11 75:17 79:16
81:15 88:25

**double**
88:3

**Doubletree**
29:10

**draw**
41:6

**driver's**
30:16

**driving**
30:14 38:19

**duly**
4:3

**duties**
25:22 28:6 80:17 87:22,
24,25 88:8 89:8 91:18,23
92:3,23

---

**E**

**earlier**
10:20 13:6 14:24 32:17
43:6 60:10 70:23 75:25
83:15 84:17 85:22 87:13
88:11 89:21 91:2

**early**
35:8 68:18 78:15,17

**earn**
22:3 31:21

**earning**
26:25

**earnings**
30:24

**easier**
59:7,14

**Easter**
63:12

**eat**
35:9 38:2,4,10,16 69:21,
23,25

**eaten**
40:24

**eating**
38:7

**education**
30:14

**either**
26:23 27:4 28:2 35:23
69:2 87:8

**elaborated**
81:12

**electronic**
73:17

**electronically**
15:12,14,15 76:6,7

**electronics**
34:13 67:9

**email**
8:23,25 9:6,8,10,14,20
11:16 13:4,6,8 15:3,12
27:23 51:22,23 52:3
78:7,24 79:24 87:11

**emails**
9:16 16:15 23:14 24:8
76:16,18 86:14

**emergency**
90:23

**ended**
33:12 43:4 63:23 66:12
76:23 81:8

**English**
6:21 21:7

**ensure**
67:9

**entertainment**
34:12,14 49:14

**entire**
26:17 75:9,10 78:4,15
79:20

**entitled**
14:2 53:9 56:7 57:2
59:19

**estimate**
82:24

**estimated**
82:22

**evening**
29:25

**evenings**
71:19

**Eventually**
20:24

**exact**
15:24 17:6 20:20 29:9
32:9 33:8 63:11 72:16,18
83:10,22

**exactly**
9:2,8 10:19 11:17 15:10
21:13 24:24 30:22 31:7
35:17 52:20 54:6 66:19
72:4

**EXAMINATION**
4:6 84:13 91:10

**examined**
4:4

**exceed**
92:7

**exceeded**
90:11

**exception**
43:24

**excess**
59:5

**exchange**
76:16

**exchanged**
24:8

**Exhibit**
10:24 11:5,8 12:8,11
13:13 14:7,13,15 22:21
53:2,5 54:3 62:16 74:7
75:25

**exhibits**
10:22

**expect**
28:10

**expectations**
25:11,18 67:2

Movant's App. 000237

LENA GRUENWALD - 04/06/2018                    i6

**expected**
 28:15,17,19

**expense**
 45:25 48:9 49:11

**expenses**
 30:24 48:9 71:5,8

**experience**
 19:6,12 67:22

**experienced**
 82:2

**explain**
 64:18 66:14 89:25

**explained**
 60:10 64:22

**explanation**
 86:23 87:2,5,7,9

**extent**
 7:19

**extra**
 46:7 83:2

**Extraordinaire**
 54:23

---

**F**

**fair**
 41:16,21 59:9,18 64:15
 89:17

**fairly**
 68:17

**families**
 8:16 16:6 22:16,18,19,25
 29:21 85:25

**family**
 15:23 16:3,11 19:3 22:8,
 21,22,24 23:7,9,17 24:9
 25:6,19,20,21 26:4,12,18
 27:7 28:11 31:15 33:13,
 16 34:5 38:2,5,8 39:4,25
 40:19 41:23 43:12,17
 44:14,18,20 45:5,21,25
 46:9,17,24 47:10 48:4,
 10,20,23 49:5,6,12 50:3,
 6,20,22 51:2,4,7,15 53:3,
 9,15,23,24 58:10,13
 59:4,24 60:3,8,12,14
 61:3,6,24 62:10,15 63:2,
 9 65:4,6,8,14,17,21 66:6

**expected**

**family**

**finish**
 5:14,16,17

**finished**
 10:25

**firm**
 9:7 13:14

**first**
 4:3 8:22 13:6 17:10
 18:23 19:14 20:21,25
 21:6 22:10,21 23:3,4,8
 24:19,20 25:12 26:21
 30:13 34:19 41:8 48:24
 49:5 54:19 61:2 63:25
 65:20 66:2 69:3 71:18
 78:6 84:17 85:11,25
 86:11,23 90:5 91:3

**five**
 23:20 26:11 39:20 43:14
 44:3,10 48:21 84:5

**five-year-old**
 24:2

**Flexner**
 13:14

**floor**
 33:22 34:2

**floors**
 75:8,10 78:4,15 87:17

**fluently**
 6:21

**flyers**
 32:17

**follow**
 5:18

**follow-up**
 83:24 91:9

**followed**
 67:12

**follows**
 4:5

**Foreign**
 4:17

**form**
 12:10

**former**
 16:2

**forth**
 55:13

**forwarded**
 10:21

**four**
 23:5 38:6,8 39:20,22
 40:12 46:19,20,23 48:21
 52:6 64:3 70:11,12

**free**
 7:24 28:20 35:5 37:14
 39:22 41:11 69:17 82:3

**frequently**
 51:19,21 70:7,10,11

**Friday**
 36:20 46:5,9,17 75:3
 78:6

**friend**
 64:10,12

**friend's**
 65:12 82:14

**fulfilled**
 20:18

**full**
 30:2

**full-time**
 34:17 35:13 66:21

**further**
 55:9 79:17,21 81:12 84:3
 89:14 91:7 93:3

---

**G**

**general**
 13:24 25:22 28:5 30:18
 34:7 41:17 88:10

**generally**
 21:14,23 25:17 30:12
 31:8,9,10 58:21,23 73:23
 84:25

**German**
 6:19 20:22

**Germany**
 18:22 21:3,6 22:10
 40:15,16 90:17,25

**get all**
 76:25

**family's**
 38:10,17 48:13 51:11

**far**
 10:15 67:23

**fast**
 54:11

**father**
 35:23 36:24

**father's**
 35:19

**fault**
 20:13 36:9

**February**
 23:10,11

**fee**
 13:16

**feeding**
 71:18

**feel**
 63:24

**felt**
 27:9 38:16 64:14,16

**Fernanda**
 75:17

**fifth**
 55:17

**figure**
 85:3

**file**
 52:10

**filled**
 9:12,16 15:11 18:8,16

**finally**
 22:14 86:16

**finding**
 86:13

**fine**
 6:16

69:21 71:11 73:8,23
 74:14,21 75:6,16,23
 76:2,14,24 77:4,5,25
 78:5 82:4,7,10,17,18
 85:11 86:13,24 87:14,16
 90:5,11 91:3,17,20 92:4,
 9,11,15,24

Movant's App. 000238

LENA GRUENWALD - 04/06/2018                    i7

**getting**
57:24 77:2 86:15

**gift**
50:16

**gifts**
50:5,7,8,11,15,19 91:3,5

**girl**
24:3

**give**
5:2,22 6:2 68:9 72:11
91:5

**given**
7:18 56:4 68:7 76:6

**giving**
64:17

**go**
17:13 25:8 40:16 42:2,3,
5,14 43:19,20 44:6 55:25
63:15 68:9,24 76:8 81:13
82:13 84:6 86:18 89:3

**going**
23:23 28:12 64:12,23,24
81:8 82:4,20

**golf**
71:12

**good**
27:13 47:13,16 63:23
80:3

**governing**
55:12

**grade**
19:24

**grandparents**
44:17

**groceries**
38:15 71:10

**grocery**
46:4 48:8

**group**
52:12

**Gruenwald**
4:9 5:1 6:1 7:1 8:1 9:1
10:1 11:1,5 12:1,11 13:1
14:1,15 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1 27:1

28:1 29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1 47:1,
23 48:1 49:1 50:1 51:1
52:1 53:1,5 54:1 55:1
56:1 57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1,15
85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1

**guess**
6:13 59:8

**guidelines**
80:9 91:14,24 92:20,23

**gymnastics**
37:12,14

**H**

**hadn't**
19:7 40:24

**half**
36:11,15

**halftime**
34:18

**handbook**
61:10,22,25 62:5,9,13
72:20,24 73:5,7

**handwritten**
45:14

**happened**
64:25 81:2,21,24

**happening**
81:17

**happy**
86:14

**head**
5:25 6:3

**headquarter**
87:4

**hear**
6:7 85:3

**heard**

18:23 80:15 89:2

**hearing**
64:17

**help**
90:24

**high**
19:22

**higher**
59:10 74:3,5

**hobbies**
25:7

**home**
28:8 33:22 35:24 36:4,
10,13,17,21,22,25 38:11,
17 41:5,8,10 42:7 43:22
51:11 52:17 60:20 70:2

**host**
8:15 16:6,10 19:2 22:7,
16,17,19,21 24:13,14,23
25:3 26:2 28:3 29:21
31:15 35:15,19,23,25
36:4,13,24 38:2,5,8,10,
17 39:3 40:22,23 41:8,10
42:6 44:13 45:18 52:23
53:3,9,15,22,23 57:16
58:9 60:19 61:6,24 62:25
63:21 64:14 65:4 66:3,11
68:23 76:2,22,24 77:4,
16,22 82:17 85:11,25
88:11,18,22 89:4 90:7,14
91:3,17,20 92:4,11,15,24

**Hotel**
29:10

**hour**
41:4 46:15 47:2,11 48:14

**hours**
20:9 28:10,13 29:25
36:11,12,15 39:17,20
41:3 43:10,13,16,22,23
44:2,10 46:16,20,23
54:24 61:7,12,13,16,21,
25 62:5,6,9,14,22 69:10,
13 72:19 73:4,10 74:10
82:22 83:2,6,10 89:22
90:8,10

**house**
25:7,24 63:16,17 64:10,
13 65:12 75:9,11,12
77:17 78:9,15 79:4 82:14
89:10 92:15

**household**
37:16 61:17 75:4,11 78:4

**housework**
79:16,17,18 80:18 88:7,
9,12,23 89:4

**HR**
35:17

**hundred**
29:13

**husband**
26:8 90:9

**I**

**I'M**
8:7 12:4 17:6,14 18:15
36:8 57:13 59:22 62:7
70:9

**I'VE**
27:12

**I/we**
54:21 55:10

**identification**
11:5 12:12 14:15 53:5

**ignored**
56:17 81:6

**immediately**
63:16,18

**important**
67:24

**inaudible**
52:13

**include**
25:20 80:18 82:23 90:22

**included**
10:13 49:23 80:15 83:6
86:17 87:25 88:7,23 89:4
90:6

**includes**
88:8

**including**
10:2 53:12 62:23 74:11

**increase**
86:12

**indoor**
49:14 50:17

LENA GRUENWALD - 04/06/2018                                    i8

**influence**
86:11

**info**
76:25

**information**
9:11,14,18,21,23 22:6
27:23 54:7 88:4

**informed**
88:2

**initial**
26:3 66:25

**initially**
87:3

**initiated**
72:21,23

**instance**
24:2 40:20

**Institute**
4:17

**instructed**
62:4,8

**instructions**
68:10

**insulting**
63:22 81:12

**Interexchange**
19:23

**internet**
9:19 51:11

**internships**
27:18

**interpreter**
6:23

**interrupted**
77:3

**interview**
20:7,11,23 21:2,6 22:10
23:13 24:10,12,17,23
25:3,13,15,25 26:3,4,6,
17,20 27:20 66:10,25
67:13

**interviewer**
21:12,20,24 22:5

**interviewing**
20:21

**interviews**
18:6 23:15 26:23 28:2

**introduced**
26:7

**introduction**
29:24

**inviting**
8:23

**involved**
37:5,11 69:14

**issue**
64:5 88:18

**issues**
63:14 64:2,5 89:15

**it's**
9:24 18:2,3 19:25 20:3,
13 47:7 81:13 90:9

---

                    J

**Jennifer**
51:18

**job**
81:16 88:3

**join**
11:3,11 12:10,17 13:17,
23 14:3 25:5,19

**journal**
90:7

**Justice**
13:15

---

                    K

**keep**
24:5

**kids**
25:8,23 26:8 28:6 34:6
37:19 40:21 60:21 67:6,
20 71:11 79:18 80:19
88:9

**kids'**
49:13 67:8

**kind**
34:13 35:17 71:15

**kitchen**
75:14 79:20 90:10

**knew**
87:25 88:17 90:25

**know**
5:11 6:6,8,9,11,14 9:2
11:2 17:14 57:17,25
60:6,19 61:10 62:3 64:8,
12 67:20 68:9 73:9,11
75:17 80:20,23 81:7
83:22 88:25 90:14,22,23

---

                    L

**language**
6:19

**lasted**
24:23 26:20 30:3 39:12

**late**
35:9

**laundry**
34:3 37:21,24

**law**
13:13

**lawsuit**
4:20 7:12 8:20,22 10:5,8,
11,15 11:4,12 13:17,23
14:3

**lawyer**
66:24

**learn**
8:22 87:23

**learned**
9:21 30:13 32:17 88:14
91:23

**learning**
87:21

**leave**
40:23 63:16,17 66:16
74:24 82:3,4,7

**leaving**
86:23

**led**
57:12,14

**Leesburg**
33:13

**left**
18:9,12 19:7 29:20 40:23
75:2 77:25 78:5

**Lena**
4:9,13 7:16 17:17

**let's**
23:6

**letter**
16:2,9

**license**
30:16

**light**
79:16,17 88:7,12,23 89:3

**liked**
27:11

**limited**
86:16

**limits**
92:17

**Lincoln**
4:11

**line**
17:13 90:23

**linked**
9:20

**list**
80:17 88:16

**listed**
92:6

**literature**
33:4

**little**
16:4 25:5,7 26:21 29:10
30:14 42:20 43:3,9 55:9
58:8 67:21 68:10

**live**
65:11

**lived**
26:12 33:14,16 35:24
40:2,18 41:22 44:15,22
46:23 48:22 50:23,25
51:20 58:9 59:4 65:12,18
70:7 72:20 80:20 83:13

**living**
17:10,21 28:4 34:4
44:14,17 45:5 48:4,10,20

---

Movant's App. 000240



Movant's App. 000241

**nannies**
44:21

**narrow**
86:21

**nationwide**
86:12

**native**
6:19

**nature**
76:18

**necessary**
30:14

**need**
6:14,23 47:15 67:9,11
70:6 81:15

**needs**
92:4,9,24

**never**
28:17 76:13 80:15

**new**
4:4 29:7,8,11 84:19
86:13

**nice**
27:13

**Nicole**
20:21

**night**
29:19,20 46:6,10,18,21
69:23 81:6

**nine**
43:23 44:10

**ninth**
19:24

**nods**
5:24

**norms**
30:19

**Notary**
4:3

**noted**
17:18

**Notice**
11:3,11 13:17,22 14:3

**November**
12:19,23 17:5

**number**
61:6,16,20,24 62:5,9,20
72:19 73:9 82:22

---

**O**

**oath**
5:3 47:24

**objection**
12:3 14:9 16:17,25
17:12,17 21:16,21 24:18
27:8 28:25 31:2 32:7,25
41:19,24 42:24 46:3
47:4,6 48:7 49:8 56:15
57:9,21 58:6 59:6,21
72:3 83:7 85:16 88:21
89:11 90:20

**obtain**
9:18

**obviously**
81:15

**occasionally**
35:8,10,25 48:11

**occasions**
64:3

**offered**
49:6

**office**
30:16

**Ogletree**
4:16

**Oh**
18:15 20:5 70:11 78:2

**okay**
5:20 6:4,17,18 8:3,4
12:9,13 14:12,17 20:5
24:6,7 33:9 47:17,19,20,
24 49:4 52:4 53:7 76:20
84:9 93:2

**older**
27:10

**oldest**
41:5 42:3 43:6 68:18
69:3

**once**
28:22 37:4 39:5 41:10
42:13

**open**
30:17

**opened**
86:12

**ordinary**
46:6

**organized**
72:25

**orientation**
29:3,5,15,23 30:3,6,9,12,
20,23 31:4,6,12 32:19
33:3,10,12 62:4,6,8 91:12,
16,22

**outside**
29:10

---

**P**

**p.m.**
36:10,13 37:2,3 42:16
60:4 69:4

**pack**
40:25

**package**
90:6

**packet**
27:24

**paid**
32:8,12 46:13 48:11,12,
16,25 55:24 57:11 70:23
84:21

**pair**
4:18 10:12,17 18:12
20:2,3 22:3,15 25:11,18
27:10,11 33:7 52:24
53:15,23 54:22 55:10,13
56:20 61:9 67:3,24 72:24
73:21 76:2,24 77:4
80:17,22,23 81:25 83:16
88:3,4,5,17,19 90:18

**pair's**
10:14

**Pair/companion**
53:4,10

**pairs**
9:24 10:7,11 22:13
58:16,19,22 73:19 74:4
80:17,21

**paperwork**
30:15

**paragraph**
13:12

**parents**
24:3,12 35:10,13 42:6
44:14 66:3

**parents'**
37:23

**part**
8:24 25:20 31:4

**participate**
10:4 17:11 18:14

**participating**
10:8,11 37:13

**participation**
18:4

**particular**
7:4 58:20 85:8 91:15
92:24

**pay**
46:6 51:4 59:16 70:21
84:24 85:14

**paying**
47:2,10 49:13

**pending**
6:16

**people**
27:13 30:8

**percent**
29:14

**perfectly**
13:24

**perform**
71:25 72:5,8,12,15

**period**
40:5 43:25 44:6,9

**permitted**
38:15,22 59:10 70:4

**person**
20:23 25:22 65:24 67:14,
19 80:5

**personal**
38:23,25 51:9 52:12
70:5,8,18 81:14

Movant's App. 000242

LENA GRUENWALD - 04/06/2018                    i11

**personality**
21:8

**perspective**
66:20

**pets**
26:12,15 71:13,15

**PETTERSON**
7:16 12:3 14:9 16:17,25
17:12,21,23 18:7,11,15
21:16,21 24:18 27:8
28:25 31:2 32:7,25
41:19,24 42:24 46:3
47:4,7,13 48:7 49:8
56:15 57:9,21 58:6 59:6,
21 72:3 76:10 83:7 84:5,
9,14 91:7

**phone**
50:23,25 51:3 70:19

**phonetic**
51:18

**phrase**
56:9 57:6 88:12,13

**pick**
28:7 34:10,23 41:3,4
69:2,5

**picked**
37:4 68:19

**picture**
27:14

**pie**
52:10

**place**
19:2 27:6 28:22 29:6,9,
16,17,19 65:13 69:20
82:17

**placed**
22:7

**placement**
23:6 63:9,13 66:11

**places**
68:8

**placing**
22:24

**plan**
51:4 70:21

**planned**

30:2

**play**
41:5

**playground**
49:14

**playing**
60:21

**please**
4:8,10 6:3,6,7 7:21 10:25
18:19 53:2 62:16 74:8
90:4,8,15

**pleased**
41:11

**point**
17:16 25:15 47:14 54:11

**points**
53:25 54:8

**pool**
22:13,16

**position**
35:15,19 66:23

**positive**
19:11

**possession**
8:15,18

**potential**
22:17 65:4

**power**
86:20 89:18

**premarked**
10:22

**prepare**
7:2

**preparing**
16:12,21

**preschool**
25:9 28:7

**preschools**
34:10

**present**
24:16 26:6,18

**presented**
90:7,21

**pretty**

17:15 31:24 82:6

**previous**
67:22 72:24 81:25

**prior**
22:24 32:19 33:3 48:2
78:6,25 79:23 80:21

**private**
33:17,19,21,22 70:13,16

**probably**
13:24 19:24 28:12 36:5

**proceed**
28:22

**process**
22:11 25:15 27:22

**program**
17:11 18:4,5,9,12,14,25
19:15 20:2,17 25:5 54:23
55:14,24 56:20 77:15
80:9 87:11 90:18 91:14,
24 92:23

**programs**
20:4 55:13

**prompted**
52:3

**pronounce**
75:18

**provide**
8:11 28:11,15 45:25
50:22 54:23

**provided**
7:11,15,25 8:5,9 17:8
22:7 45:16 60:17 61:7,
11,14,17,21 62:9 73:10
82:23

**providing**
44:21 64:9

**Public**
4:3

**purpose**
51:23

**purposes**
23:21

**Q**

**question**

5:16,18 6:5,7,10,16
17:19 18:11,17,18 47:7,9
62:7,20,22,24 68:2,3
74:10 82:20 83:4 84:16,
17

**questioning**
17:13 58:3

**questions**
11:18,19 14:21 15:18
16:21 21:9,11,19,23
54:15,17 83:25 84:2
91:7,9

**R**

**radius**
86:21

**raised**
26:25 30:25 78:20

**raising**
52:14 77:14

**reaching**
78:25

**read**
18:20 32:19 33:3 57:18,
20

**reading**
33:5,8

**reads**
55:10 74:10

**ready**
40:25 68:19

**really**
21:25 36:2 57:24,25

**reason**
5:6,8,21 77:24

**recall**
7:15 8:5,8,25 9:2,6,8,9,
21 10:17,19 11:15,17,20,
22,24,25 12:22,25 13:5,
9,11 14:5,11 15:2,5,10,
25 16:15,20 17:4 18:23
19:11,14 20:19,20,25
21:4,5,10,11,13,14,23,25
22:2,5,9 23:2,8,16,19
24:22,24 25:2,10,12,14,
17 26:20,24 27:2,3,5
29:5,8,9,11,15,22 30:8,

Movant's App. 000243

11,22 31:5,7,10,17,20,22
32:2,5,6,11,13,14,16
33:5,8,9 34:23 35:15,19
36:3,24 37:5,10 38:7
39:6,8,12,17,25 40:9,11,
14 41:13 42:15 43:2,7,8
44:2,5,9 45:4,10,13,16,
20 46:8,13,16,22 47:2,10
48:9,12,16,19 49:11,16,
19,22 50:2,5,10,14,19
51:17,19,24 52:7,14,20,
21 54:2,6,8,12,15 55:3,6,
19,22 56:25 57:4 58:3,7,
12,21,24 63:11 66:8,10,
18,19,25 67:5,18,25
68:12,15 71:8 72:4,8,14,
17 73:3,21 76:18 77:7,14
78:3,14 79:11 80:11
81:17 83:22 84:17,23
85:10,12,21,22 87:13
89:23 91:2,13

**receive**
13:3 31:18 32:4 33:6
55:11 56:7 57:2 59:10
71:2,22 73:15,25 74:3
90:24

**received**
8:23,25 9:6 11:16 12:25
13:5 20:8 45:4,13 48:3
49:16,19 50:8,16 51:22
58:13,14,19 59:5 73:13,
22,24 89:22 90:5 91:3

**receiving**
9:9 11:20,25 15:2 48:9
49:11 50:2,5,10,14,19
58:22,25 59:2

**recess**
47:21 76:11 84:11

**recognize**
12:14 14:18

**recommended**
56:20

**record**
4:8,10 5:24 11:10 12:16
18:20 53:8 62:25 74:13
76:8 84:6

**refer**
4:18 23:23,25 24:3 53:15

**reference**
19:8

**referenced**
13:6

**referred**
13:23 14:23 65:2

**referring**
53:16 56:22 62:25 74:14
92:19

**refused**
87:12,20,22 89:13

**regard**
31:11

**regarding**
16:10 81:3

**regardless**
59:17

**regular**
79:21

**regularly**
38:4

**regulates**
32:18

**regulations**
55:12 57:8 92:18,19

**reimbursed**
46:4 71:5,8

**reimbursement**
46:2 48:8,10 49:12

**related**
18:3

**relating**
8:15

**relationship**
82:6

**released**
22:15

**relevance**
17:14,25

**relevant**
8:19 17:20

**rely**
68:6

**rematch**
63:15 82:2 86:5,7,22

**rematched**

85:23

**remember**
6:11,12 30:20,23 31:8
45:8 66:23 72:16

**remind**
15:23 47:23 52:2

**reminded**
79:5

**repeat**
6:8 36:9

**rephrase**
6:7,10 21:18

**reporter**
4:25 5:11,24 18:21

**represent**
4:16 13:15

**representative**
21:2 30:21 32:2,11 60:23
91:13,17

**request**
78:20 80:8 81:18

**requested**
77:22 90:13

**requesting**
78:3,14 88:24 89:5

**requests**
23:5

**required**
62:12 71:25 77:17,20
78:9 79:14,20

**requirements**
20:18

**requires**
7:20

**reread**
18:18

**researched**
88:14,15,18

**residing**
52:18 61:4

**resolved**
64:6

**respectful**
63:20

**respond**
78:22,23

**responded**
14:21 63:4 74:15 79:24
83:5

**responding**
68:12

**response**
63:7 64:21,23 66:18
67:25 80:11 83:4

**responses**
6:2 15:21 16:12,16,24
22:20 65:17 78:11

**responsibilities**
34:4 60:11,15 91:18,23
92:3,6

**responsible**
35:6 36:18 37:16,20,23
38:19 39:14,18 67:6
68:20 71:17 75:4 91:19

**rest**
81:6,23

**return**
15:9 36:25 91:5

**returned**
15:10 41:10 69:5

**reveal**
7:18

**revealed**
81:25

**review**
7:5 10:25 11:7 15:20
16:11 19:9 61:24

**reviewed**
14:2,7 15:17,22 16:15,23
17:2 53:22 54:4,9 56:10
75:25

**reviewing**
16:9 54:12 55:3,19

**ride**
81:11

**right**
11:3,11 13:17,23 14:3
18:8,12 29:17 39:11
40:22 56:12,14 57:19,23
59:15 63:12 65:22 68:22
74:5

Movant's App. 000244

role
90:19

room
34:3 56:3,18 81:9

ruined
82:6

rule
64:16 80:15

rules
60:2,7,8 64:15 67:12

___

**S**

safety
30:13

Saturday
46:5,10,18

Saturdays
28:16

saying
5:13,14 32:5,6,11 52:4
56:25 57:4 77:21 81:14
86:14

says
79:15,16

schedule
28:4 36:20,23 40:20
41:13,17,20,22 42:8,12
67:23 68:6,16 72:17 78:8
81:10 89:15

Schiller
13:14

Schmid
4:7,15 11:10 12:16
17:19,22 18:2,10,13,18
47:6,15,17,20 53:8 62:24
74:13 76:8 83:24 84:8,10
85:16 88:21 89:11 90:20
91:8,11 93:2

school
19:22 34:15,16,20,24
35:3 37:4 38:20 41:2
42:2,3,9,13,20,22,25
43:5,7,10 68:20,21,22
69:10,12,14,18

schools
34:9 41:2

scope
18:3

search
86:12,16,21

seasons
41:25

second
15:23 16:10 25:13 26:17
27:19 58:9 85:25 87:14
90:11

Security
30:16

see
11:13 13:19 22:20 30:17
54:25 55:15 63:5 74:16
78:2 79:3 90:10

seeing
11:22

seen
53:13

send
52:3 87:9,10

sent
9:8 15:11 78:7,23 86:13
87:11 88:16 90:16

separate
40:7,8 76:23

separately
61:19 76:5

September
78:16 82:11

service
51:12

services
28:11,15 47:3,11 49:17,
20 54:24 71:23,25 72:6,
9,12,15 73:10 82:23

set
23:14 32:15,23 45:23
50:16 51:25 55:13 56:2,
18 60:8 68:5 85:9 87:3
91:18 92:20

seven
39:13 43:13,22 44:2
69:13

shakes

5:25

shaking
6:3

shared
22:5

shorter
26:21

show
68:8 79:5,13

sign
76:3,7 77:3

signature
12:18,20 76:5

signed
13:21 14:4 52:24 53:12,
19 55:4,20 57:5 76:5
77:8

signing
12:22 54:6,13 56:11

similar
11:25 41:14 53:13 76:3
82:2

single
66:4

sister
18:24 19:2,11 83:15

sister's
19:6

situation
64:22

six
43:13,22 44:2

skydiving
50:17

Skype
23:13,15 24:9,12,23
25:3,25 26:3,4,23 27:20
65:25 66:2 67:13

slash
55:10

small
10:13 49:13

soccer
37:11,14

Social
30:15

socialize
58:15 73:19

solved
64:4

somebody
48:25

soon
67:13 73:3

sorry
8:7 12:4 18:15 36:8
48:14 49:2 56:24 57:13
58:2 62:7 70:9

sort
79:5

southern
86:17

speak
7:8 10:7 64:24 65:20,25
66:3

speaking
7:7 80:6

speaks
5:15

specific
91:18 92:4

speculate
6:13

spell
75:19

spend
29:20 41:4 64:7

spent
16:5

spoke
10:12 18:5 23:8 66:2,4
81:18

spoken
10:10

sponsors
19:18,20

standard
54:22

Movant's App. 000245

LENA GRUENWALD - 04/06/2018                    i14

**start**
  34:7 40:22 42:15

**started**
  23:14 26:7 27:22 34:10,
  19 42:20,22,23 43:4,6,7
  48:24 63:22 71:18

**starting**
  88:2

**state**
  4:4,8,10 16:3 32:18,23
  35:21 56:21

**stated**
  42:25 53:22 56:10 57:18
  58:4 77:3 78:8

**statement**
  56:5 74:18

**statements**
  8:10,12

**states**
  13:13 28:24 54:21

**stay**
  42:7 77:23 86:4,8

**stayed**
  40:2,17 43:22 62:15
  73:14

**step**
  22:11 27:19 64:13

**steps**
  27:25

**stipend**
  22:6 26:24 27:3 30:21
  31:6,11,14,16,18 32:21
  33:5 45:5,8,21,24 49:24
  55:12,23 56:2,6 57:7,23
  58:5,12,19,25 59:20,24
  70:24 71:3 73:12,15,22
  83:20

**stipulated**
  55:12 57:7

**stop**
  43:8 68:24 69:5

**store**
  46:4

**Study**
  4:17

**stuff**

**submitted**
  40:25 49:14 50:17 79:14
  81:5

**submitted**
  15:11 17:2 20:5,15,16
  87:4

**substance**
  12:2 77:8

**suggested**
  62:11

**summer**
  42:2,3,14,17,19,25 43:5,
  16,20,24

**Sunday**
  78:7,24

**Sundays**
  28:16

**supervise**
  34:14 60:17,21,23

**support**
  90:24

**supposed**
  34:9 75:6 81:7

**sure**
  4:14 17:6,14 29:14 34:12
  59:22 67:11 73:11 83:21
  84:8

**survey**
  8:24 9:12,13 14:14,23
  15:2,5,8,11,17,21 16:13,
  21,24 18:8,16 22:20
  62:17 65:17 78:11 83:4

**sweater**
  50:17

**swore**
  4:25

**sworn**
  4:3

---

**T**

---

**T-SHIRT**
  50:12

**take**
  6:16 8:23,24 10:24 28:6
  34:9,14 36:12 39:3 41:2,
  5,7 60:5 68:22,23 74:20,
  23 80:13 81:10 84:5

**taken**
  47:21 76:11 84:11

**talk**
  23:6 52:12 80:3 86:20
  89:14

**talked**
  67:21 73:24

**talking**
  87:21

**Tarrytown**
  29:11

**tasting**
  52:11

**taxes**
  52:9,10

**tell**
  6:12 26:9 28:6,9,14
  83:19 89:18 91:17

**telling**
  25:17 57:15 67:2,5,25
  68:15

**ten**
  40:17 47:18 69:13

**terms**
  34:6 54:16 56:13

**test**
  21:7,8

**testified**
  4:4,22 70:23 83:15 84:18
  85:22 88:11 89:21 91:2

**testify**
  5:7 6:24 20:14

**testifying**
  4:19 85:12

**testimony**
  5:2 77:19 84:23 87:16
  89:23

**text**
  16:16

**thank**
  24:8 47:20 84:3,10,15
  93:4

**Thanks**
  84:9

**theater**

**71:12**

**there's**
  57:10

**thing**
  42:18

**things**
  49:13 68:10 76:24 81:13
  82:2

**think**
  17:15 19:23 37:12 55:21

**thought**
  18:15 59:15

**threatening**
  63:22

**three**
  23:4,20 26:11 30:4
  36:11,14 39:19,20 41:3
  46:11,19,20,22,23 48:25
  64:3 67:15 70:12 75:9
  78:10 83:14 87:17

**three-year-old**
  24:3

**Thursday**
  29:21 75:2,3

**ticket**
  50:17

**time**
  6:15 8:15 9:22 10:4,8,10
  13:10,21 14:4 15:17
  16:3,5,10,23 19:7,18,21
  23:17 25:23 27:17 30:25
  32:14,16 34:20,23 35:4,
  5,16,20 36:3,24 37:7,8,
  14 39:23 40:4,6,9,14,23
  41:9 42:5,6,17 43:4,7
  44:9 45:20 47:22 54:9,16
  55:3,19,22 57:5,19 58:22
  59:9,18 60:22 62:25
  63:25 64:7 66:2 67:7
  68:7,20 69:17 74:4,14
  76:12 78:19 79:12 82:8,
  21,24 83:6,11 84:2,4,12,
  15 92:2,13 93:3

**times**
  43:5 46:8,11,23 70:12
  75:9 78:10 83:3,12 87:17

**tiny**
  74:6

Movant's App. 000246

**tips**
30:18

**today**
4:17,20 5:2,7 6:14,23
7:23 10:22 13:7 14:24
60:10 75:25 93:4

**today's**
7:2,8 23:21

**told**
25:4,5,7 27:21 31:14,17
58:24 68:5,17 72:14
77:18 79:14,17 81:24
83:21

**tools**
79:6

**top**
31:15

**topic**
26:24 30:24

**topics**
30:11

**total**
39:19 40:17 46:20 61:20

**touched**
85:19

**touching**
25:16

**tough**
75:21

**town**
60:6

**track**
61:6,11,13,16,19 62:5,6,
8 72:19 83:2,9 90:8

**tracked**
61:9,12,20,25 62:14 73:9
89:21

**tracking**
62:12 73:4

**training**
33:10 84:18,21,24 85:4,6

**transfer**
73:17

**travel**
33:13

**trial**
4:23

**tried**
87:10

**trip**
40:4,5,7,8

**trips**
46:4

**Troy**
59:4,24 65:13,17,20
66:6,21 67:2,14 68:12,15
69:8,21 70:23 71:6 72:5
73:4,9,13,16 74:14,20
75:16,23 76:4,14 77:5
78:3,14 79:2,9,10,24
80:6,20 81:3 82:7,10,18
87:14,16

**Troy's**
66:18 78:20 80:8,11

**Troys**
70:8,14,19 71:2,13 72:20
73:18 74:23 75:5 77:12
78:12

**trustworthy**
25:23

**truthfully**
5:7

**try**
87:9

**Tuesday**
41:13 78:6 80:2

**turn**
62:16

**turned**
77:24 80:13

**turns**
45:18

**twice**
71:19

**two**
8:15 9:15 16:5 23:3,4,18
26:8 29:25 43:19,25 44:5
48:24 52:20 65:5,15 66:7
67:15 71:16 75:9 76:22
83:14 87:17

---

**U**

**ultimately**
19:2 24:9

**Um**
9:11 11:17 27:9 29:9
36:21 46:15 54:5 69:12

**Um-hm**
54:20

**Um-hmm**
11:9,14 15:16 24:21
62:18,21 63:3 74:9 78:18

**understand**
4:19 5:4,19 6:5,9,21 7:17
10:15 15:18 16:5 17:25
49:4 53:11 54:21 55:10
56:5,8 57:6 58:9 59:14
89:17

**understanding**
13:22,25 55:22 57:12,14
59:12 66:20 92:2,8,13,22

**understood**
56:13 57:10 59:10,18
77:20 79:22

**unhappy**
64:11

**Unit**
4:11

**United**
28:23

**unpaid**
11:4,12 13:17,23 14:3

**unsolvable**
63:14

**update**
68:7

**upset**
64:4 81:4

**use**
38:15,22,23,25 51:11
67:9 70:4,5,8,18

**usually**
36:21 37:2 41:8 49:21
82:25

---

**V**

**vacation**
39:8,12,15,18 62:23 65:6
74:11,20

**vacations**
39:3 40:2 74:23

**values**
30:19

**varied**
43:18 49:18 69:2,12

**vary**
73:13

**verbal**
5:22 6:2

**versa**
69:3

**vice**
69:3

**violated**
64:14,16

**Virginia**
4:11 33:13 65:18 82:15
86:2,4,8,17

**visa**
27:24

**visible**
90:9

**visit**
52:17,22 61:3 75:22
76:15

**visited**
52:19 76:13

**volunteer**
72:10

**volunteered**
72:8

---

**W**

**wages**
9:24 11:4,12 13:18,23
14:4

**wait**
37:15 69:19

---

Movant's App. 000247

wake
68:17

walk
49:6 83:12

walked
49:2 71:20 82:24 83:3

walking
49:20,22 83:6

want
17:17 63:24 64:8 82:5
86:4

wanted
25:19 27:10 30:17 35:9
38:16 59:16 75:8 76:25
79:5,13,25 81:13 82:3
86:8,18

wanting
80:14

wasn't
84:22 87:8

watch
48:11,12,16

watched
48:14,19

way
4:11 92:5

website
9:19 32:17,20 33:4 88:4,
6,17,19

Wednesday
29:19 30:2

week
28:10 31:23 36:4,25
38:4,6,8 40:19 41:21
43:11,14,25 44:3,6,11,23
45:14,19 48:21,22 49:15
52:19,20 54:24 57:3
59:11,19,23 61:21 62:23
69:11 70:12,24 73:6,25
74:11,12 75:9 78:8,10
82:23 83:5,20 87:17

weekdays
60:5

weekend
74:25 79:4

weekends
28:18,19,20 44:24 45:2

69:7

weekly
28:3 31:18 32:21 33:5
41:17 45:4,10,24 49:23
55:11,23 56:2,6 57:7,22
58:4 59:23 71:3 73:12
83:19 84:24 85:14

weeks
43:19 48:24,25 49:5
65:5,15

welcome
63:24

went
9:11,17 15:12,14 39:6,7
40:4,5,7,9,10,14,15
42:19 43:21 52:23 53:25
54:10,14 55:21 56:16,19
81:4 82:2,14

weren't
62:11

what's
27:23 47:6

whichever
38:16

witness
4:2 47:16,19

won't
64:7

word
6:9 74:5 81:8

words
33:8 72:16,18

work
27:18 28:10,15,17 35:4,
13,24 36:4,6,11,14,25
40:22 61:17,21 62:22
66:21 68:24 69:3,7,11
72:19 74:11 80:14 81:22
82:25 90:22

worked
27:12 36:22 43:11,17
60:20 83:5

working
36:17 44:2,10 81:7

works
35:21

wouldn't
42:2 62:3

written
72:17

wrong
64:3

wrote
87:2

─────────

Y

yeah
19:25 25:9,24 31:14
34:14 41:6 47:16 50:18
56:16 63:23 64:4,13
67:11 68:8 78:17 81:16
90:25

year
9:3 19:22 40:18 41:22
42:9 43:10 44:14 46:12,
23 69:10 70:7

yelled
63:20

York
4:4 29:7,8,12 84:19

youngest
41:4 42:5 68:22 69:2

Movant's App. 000248