VICKI TRUDEL - 04/09/2018

```
 1    --

 2    IN THE UNITED STATES DISTRICT COURT

 3    FOR THE DISTRICT OF COLORADO

 4    ----------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO
 5    HLATSHANENI, BEAUDETTE DEETLEEFS,
      DAYANNA PAOLA CARDENAS CAICEDO,
 6    ALEXANDRA IVETTE GONZALEZ, SARAH
      CAROLINA AZUELA RASCON, LAURA
 7    MEJIA JIMENEZ, JUIANE HARNING,
      NICOLE MAPLEDORAM, and those
 8    similarly situated,
                    Plaintiffs,
 9                                  Civil Action No.
                    v.          14-cv-03074-CMA-CBS
10    INTEREXCHANGE, INC., USAUPAIR,
      INC., et al.,
11                    Defendants.

12    ----------------------------------------x

13                    10:00 a.m.
                      April 9, 2018
14
                      1745 Broadway
15                    New York, New York 10019

16

17          VIDEOTAPED DEPOSITION of VICKIE TRUDEL, a

18    Plaintiff in the above entitled matter, pursuant

19    to Notice, before Stephen J. Moore, a Registered

20    Professional Reporter, Certified Realtime Reporter

21    and Notary Public of the State of New York.

22

23

24

25
```

Case 1:14-cv-03074-CMA-KMT   Document 1108-2   Filed 05/09/18   USDC Colorado   Page 2 of 399

## VICKI TRUDEL - 04/09/2018                    Pages 2..5

<table>
<tr><td valign="top" width="50%">

Page 2

1              VICKIE TRUDEL

2

3    BOIES SCHILLER FLEXNER LLP

4         Attorneys for Plaintiffs

5         575 Lexington Avenue

6         New York, New York  10022

7

8    BY:   SEAN A. PETTERSON, ESQ.

9         (By Videoconference)

10

11   OGLETREE, DEAKINS, NASH, SMOAK & STEWART,

12   P.C.

13        Attorneys for Defendants

14        1745 Broaday

15        New York, New York  10019

16

17   BY:   CHRISTINA M. SCHMID, ESQ.

18

19

20

21

22

23

24

25

</td><td valign="top" width="50%">

Page 4

1              VICKIE TRUDEL

2    V I C K I    T R U D E L,     called as a

3         witness, having been first duly sworn by

4         the Notary Public, was examined and

5         testified as follows:

6

7    EXAMINATION BY

8    MS. SCHMID:

9

10        Q    What is your full name?

11        A    Vicki Trudel.

12        Q    So Vicki, as I said, my name is

13   Chris Schmid.  I'm an attorney with the firm

14   Ogletree Deakins, and we represent the

15   Defendant, American Institute for Foreign

16   Study, also known as APIA, or Au Pair in

17   America.

18             Throughout today's deposition I

19   will refer to that entity as APIA, okay?

20        A    Sure.

21        Q    Do you understand that you're

22   providing testimony today in connection with a

23   lawsuit?

24        A    Yes.

25        Q    Have you ever testified in

</td></tr>
<tr><td valign="top">

Page 3

1              VICKIE TRUDEL

2    EXAMINATION BY                         PAGE

3

4    MS. SCHMID                               4

5    MR. PETTERSON                           69

6    MS. SCHMID - Continued                  79

7    MR. PETTERSON - Continued               87

8

9              E X H I B I T S

10

11   1    Document captioned "Notice       14

12        of your Right to Join Lawsuit

13        for Unpaid Wages"

14   2    Consent form dated November       11

15        30, 2017

16   3    Responses to survey              18

17   4    Document captioned "Host         62

18        Family and Au Pair/Companion

19        Agreement"

20

21

22

23

24

25

</td><td valign="top">

Page 5

1              VICKIE TRUDEL

2    connection with a deposition or a lawsuit?

3        A    No.

4        Q    So, as you know, I'm sitting

5    here with a court reporter, and he's

6    transcribing everything that you and I are

7    saying today.

8             So, in order for him to do that

9    effectively, I would just ask that you allow me

10   to finish my question before you answer, and

11   I'll do my best to allow you to finish your

12   answer before I ask my next question.

13             Okay?

14        A    Sure.

15        Q    Also, he can only record verbal

16   responses.  So to that end, if you need to say

17   yes or no, please say those words, rather than

18   shaking your head or nodding your head, okay?

19        A    Okay.

20        Q    Great.

21             Also, if you need a break today,

22   even though I know we have a hard stop at 1:00,

23   you are still entitled to take a break if you

24   need one, as long as there is no question

25   pending, so please just ask.

</td></tr>
</table>

Page 6

1                   VICKIE TRUDEL
2        A      Okay.
3        Q      And also, if you don't
4   understand a question, let me know, and I will
5   do my best to rephrase it.
6               If you don't hear a question,
7   please let me know and I will repeat it.
8               Also, I would rather you not
9   speculate today, so it's perfectly okay for you
10  to say that you don't recall something.
11              I know there has been a passage
12  of time here, and if you don't understand a
13  word, likewise, just ask me to rephrase the
14  question.
15              I would rather you provide the
16  most accurate testimony you can today.
17       A      Okay.
18       Q      Is there any reason you can't
19  provide truthful testimony today?
20       A      No.
21       Q      Are you taking any medications?
22       A      No.
23       Q      When was the first time that you
24  learned of the lawsuit in which you are
25  testifying?

Page 7

1                   VICKIE TRUDEL
2        A      In September, 2017.
3        Q      Do you recall how you learned of
4   the lawsuit?
5        A      From an e-mail.
6        Q      Do you recall who sent you that
7   e-mail?
8        A      Jesse Rotang.
9        Q      Is Jesse an attorney with the
10  firm who currently represents you?
11       A      I believe so.
12       Q      And during today's deposition,
13  if I ask you a question that touches upon any
14  communications with your attorneys, just keep
15  in mind that those communications are
16  privileged, so I'm not asking you about the
17  contents of those communications.
18              It's okay for you to tell me you
19  met with your attorneys or you reviewed
20  documents, but anything that you actually
21  discussed with your attorneys will be
22  privileged.  Okay?
23       A      Okay.
24       Q      On that note, did you review any
25  documents in order to prepare for today's

Page 8

1                   VICKIE TRUDEL
2   deposition?
3        A      Yes.
4        Q      Which documents did you review?
5        A      I had a date planner from the
6   time that I was there and an e-mail from that
7   time.
8        Q      Which time period are you
9   referring to?
10       A      The time when I was an au pair,
11  that was from January to April 2012.
12       Q      Have you provided that date
13  planner to your attorneys?
14       A      Yes.
15       Q      Which e-mail were you referring
16  to just now?
17       A      It's an e-mail that I -- that I
18  received -- no, that I sent to the host mom for
19  her to print.
20              It was a letter that she had
21  written for the bank.
22       Q      It was a letter that the host
23  mom had written for whom?
24       A      For a bank, to open a bank
25  account.

Page 9

1                   VICKIE TRUDEL
2        Q      Did your host mom at that time
3   open a bank account in your name?
4        A      No, I did.
5        Q      What was the nature of the
6   letter that your host mom had written at that
7   time?
8        A      It was just stating why I was in
9   the U.S.
10       Q      Have you provided that e-mail
11  and letter to your attorneys as well?
12       A      Yes.
13              MS. SCHMID:  Sean, we would just
14       request copies of the day planner and
15       the e-mail with the attached letter that
16       the witness is referring to.
17              MR. PETTERSON:  I believe the
18       e-mail and attached letter has been
19       produced over the weekend, and we have
20       the date planners and are reviewing
21       them.
22              MS. SCHMID:  Okay, thank you.  So
23       Sean, once you review the day planner
24       you will produce copies of that as well?
25              MR. PETTERSON:  If it's

VICKI TRUDEL - 04/09/2018          Pages 10..13

Page 10

1                VICKIE TRUDEL
2       responsive, yes.
3                MS. SCHMID:  Well, it appears to
4       be responsive if it was pertaining to
5       the time she was with her host family,
6       but we can follow up on that.
7                Okay.
8           Q    Ms. Trudel, do you have any
9       other documents that pertain to the time you
10      lived with your host family in 2012?
11          A    No.
12          Q    Do you have any other documents
13      that pertain to your application to or
14      participation in the APIA program?
15          A    No.
16          Q    Do you have any other documents
17      that might be relevant to your claims in this
18      lawsuit?
19          A    No.
20          Q    That would include any e-mails
21      or text messages.  Do you have any e-mails or
22      text messages that would be relevant to your
23      claims in this lawsuit?
24          A    I sent them already, and we
25      talked about it.

Page 11

1                VICKIE TRUDEL
2           Q    You have provided other e-mails
3       and text messages to your attorneys?
4           A    I just told you about all of
5       those, and I sent them already.
6           Q    Well, you told me about one
7       e-mail.  Was there more than one e-mail?
8           A    No.
9           Q    There was only that one e-mail
10      that you were referring to?
11          A    Yes.
12               MR. PETTERSON:  Christine, can we
13      go off the record one second.
14               (Discussion off the record.)
15               MS. SCHMID:  We are back on the
16      record now
17          Q    Ms. Trudel, have you received
18      the exhibits that your attorney referred to at
19      the beginning of today's deposition?
20          A    Yes.
21          Q    I would like you to look at the
22      document that's been marked as Exhibit 2, and
23      just take a moment to review that.
24               (The above described document was
25      marked Trudel Exhibit 2 for

Page 12

1                VICKIE TRUDEL
2       identification, as of this date.)
3           Q    Have you had a chance to review
4       the document that's been marked as Exhibit 2?
5           A    I am doing that right now.
6           Q    Okay, take your time.
7                Just let me know when you have
8       had a chance to review it.
9           A    I am almost done.
10          Q    Take your time.
11          A    Okay.
12          Q    Have you seen this document
13      before?
14          A    Yes.
15          Q    For the record, it's captioned
16      "Notice of your Right to Join Lawsuit for
17      Unpaid Wages."
18          A    Yes.
19          Q    When do you first recall seeing
20      this document?
21          A    September 2017.
22          Q    Is this the document that you
23      testified to a few moments ago having received
24      by e-mail?
25          A    No.

Page 13

1                VICKIE TRUDEL
2           Q    How did you receive this
3       document?
4           A    By e-mail.
5           Q    Which document did you refer to
6       a few moments ago when you said that you
7       received a document by e-mail from somebody
8       named Jesse?
9           A    Oh, yes, that was the one, then.
10          Q    So this is the document that you
11      received from somebody named Jesse in September
12      2017?
13          A    Yes.
14          Q    And at the time you received it,
15      do you recall reviewing it?
16          A    Yes.
17          Q    Did you understand the terms of
18      the document at the time you reviewed it?
19          A    Yes.
20          Q    Do you recall discussing this
21      document with anyone after you received it?
22          A    No.
23          Q    Do you recall responding to the
24      sender after you received it?
25          A    I'm not exactly sure what you

Page 14

1    VICKIE TRUDEL
2 mean.
3        Q     Did you respond to the person
4 who sent it to you after you received it?
5        A     It brought me to a link, to
6 complete that form.
7        Q     Are you referring to the consent
8 to join form, which is the last page of this
9 document?
10       A     Yes.
11       Q     Well now, I would like you to
12 look at the document that's been marked as
13 Exhibit 1.
14            (The above described document was
15       marked Trudel Exhibit 1 for
16       identification, as of this date.)
17       A     Okay.
18       MS. SCHMID:  For the record, this
19       document is captioned consent to join,
20       and it's dated November 30, 2017 and it
21       has a signature, is that your signature?
22       A     Yes.
23       Q     Do you recall signing this
24 document on November 30, 2017?
25       A     Yes.

Page 15

1    VICKIE TRUDEL
2        Q     Did you understand the terms of
3 this document at the time you signed it?
4        A     Yes.
5        Q     Did you discuss this document
6 with anyone prior to signing it?
7        A     No.
8        Q     And again, without discussing
9 the contents of any discussions with your
10 attorneys, do you recall reaching out to your
11 current attorneys before signing this form?
12       A     Is there supposed to be more
13 than one page on this document?
14       Q     For the consent to join?
15       A     Yeah; because I have a message
16 at the bottom saying whoops, there was a
17 problem loading more pages.
18       Q     The consent to join, Exhibit 1,
19 is only one page.
20       A     Okay.
21       Q     So if you're referring to the
22 documents that your attorney sent you, no,
23 Exhibit 1 is only supposed to be one page.
24       A     Okay, I just wanted to clarify
25 that.

Page 16

1    VICKIE TRUDEL
2        Okay, so the question was?
3 Sorry.
4        Q     Without revealing the contents
5 of any discussions with your attorneys for the
6 reasons we discussed earlier, do you recall
7 contacting your attorneys prior to signing this
8 consent?
9        A     No.
10       Q     Do you recall --
11       A     Oh, sorry, no, no, no, sorry.  I
12 did ask questions.
13       Q     That's fine.
14            Again, I don't want to know the
15 contents of those discussions, but you did
16 contact your attorneys prior to entering into
17 this consent?  Yes?
18       A     No, I think it was after, I'm
19 sorry.
20       Q     So you believe that -- you
21 believe that you decided to join the lawsuit
22 prior to discussing the suit with your
23 attorneys?
24            Is that correct?
25       A     Sorry, repeat the question.  I

Page 17

1    VICKIE TRUDEL
2 drew a blank, I'm sorry.
3        Q     Do you believe that you decided
4 to join the lawsuit before contacting your
5 attorneys with any questions?
6        A     No; I contacted them before.
7        Q     Okay.
8            Do you recall contacting anyone
9 else other than your attorneys before entering
10 into this consent?
11       A     No.
12       Q     Are you in contact with any
13 other au pairs from APIA?
14       A     No.
15       Q     Did you socialize with any au
16 pairs while you were participating in the APIA
17 program?
18       A     Yes.
19       Q     Do you know if any of those au
20 pairs are participants in this lawsuit?
21       A     I don't know.
22       Q     Are you still in communication
23 with those au pairs?
24       A     Some.
25       Q     After receiving the document

Movant's App. 000253

Page 18

```
1                   VICKIE TRUDEL
2    that's been marked as Exhibit 2, the notice of
3    your right to join the lawsuit, do you recall
4    receiving a survey?
5         A     Yes.
6         Q     Do you recall when you received
7    that survey?
8         A     No.
9         Q     Do you recall approximately when
10   you received that survey?
11        A     February, maybe.
12        Q     February of 2018?
13        A     Yes.
14        Q     I would like you to look at the
15   document that's been marked as Exhibit 3.
16              (The above described document was
17        marked Trudel Exhibit 3 for
18        identification, as of this date.)
19        A     Okay.
20        Q     Please take a moment to review
21   that and let me know when you have finished.
22        A     Okay.  I am all ready to go.
23        Q     Okay, so Exhibit 3 appears to be
24   responses to a survey.
25              Do you recall preparing these
```

Page 19

```
1                   VICKIE TRUDEL
2    responses?
3         A     Yes.
4         Q     Do you recall when you prepared
5    these responses?
6         A     When I received it by e-mail.
7         Q     And would that have been in
8    February 2018?
9         A     I think so.
10        Q     Did you review any documents in
11   connection with preparing your responses to
12   this survey?
13        A     No.
14        Q     Do you recall how much time you
15   spent preparing these responses?
16        A     No.
17        Q     Did anyone assist you in
18   answering the questions on this survey?
19        A     No.
20        Q     Are the answers that you
21   provided on this survey accurate?
22        A     Mostly.
23        Q     Are there any responses that are
24   inaccurate?
25        A     Yeah.
```

Page 20

```
1                   VICKIE TRUDEL
2         Q     Which responses are you
3    referring to?
4         A     The amount of hours per week.
5         Q     Which response is that, which
6    question?
7         A     Let me go check.
8              Actually there is more than one
9    question.  So if you want to go in order,
10   question 22.
11        Q     Okay.  22, for the record, it
12   says if your training took place in the U.S.,
13   in what state did the training take place, and
14   you responded New Jersey.
15        A     Yeah, but it's actually
16   Connecticut.
17        Q     So you recall attending a
18   training in connection with your participation
19   in APIA, is that correct?
20        A     Yes.
21        Q     And you attended that training
22   in Connecticut?
23        A     Yes.
24        Q     Do you recall when that training
25   took place?
```

Page 21

```
1                   VICKIE TRUDEL
2         A     January 2012.
3         Q     Why did you respond New Jersey?
4         A     Because I flew into New Jersey,
5    so I didn't remember it was Connecticut at the
6    time.
7         Q     And what makes you believe it
8    was Connecticut at this time?
9         A     Reviewing the date planner that
10   I found after completing the survey.
11        Q     Do you recall where in
12   Connecticut the training took place?
13        A     Stamford.
14        Q     Do you recall how long the
15   training lasted?
16        A     It was two full days.
17        Q     Do you recall how many
18   individuals attended that training?
19        A     No.
20        Q     Approximately?
21        MR. PETTERSON:  Objection.
22        A     100.
23        Q     Aside from question 22, which
24   other responses are inaccurate?
25        A     Question 51.
```

Movant's App. 000254

VICKI TRUDEL - 04/09/2018          Pages 22..25

Page 22

1              VICKIE TRUDEL
2        Q    Question 51, for the record,
3   reads, "How many hours did you work on average
4   per week (not including vacation week)?"
5              And you responded 35.
6              What is your response today?
7        A    It's over 40.
8        Q    And why are you changing your
9   response today?
10       A    Again, the date planner, and
11  thinking about things that I didn't consider
12  work, like driving the kids somewhere, or
13  waiting at that place.
14       Q    So you consider certain things
15  work today that you did not consider work when
16  you completed this survey in February of 2018?
17       A    Can you repeat the question?
18       Q    You consider certain activities
19  work today that you did not consider work when
20  you completed this survey a little over two
21  months ago, in February 2018?
22       A    Yes.
23       Q    And why is that?
24       A    Because I hadn't thought about
25  it at that time, like tidying up bedrooms and

Page 23

1              VICKIE TRUDEL
2   things like that, or driving the car with the
3   children inside the car.
4              I didn't think that was work, I
5   didn't remember it as work.
6        Q    How many hours per day on
7   average did you work while you were placed with
8   your host family?
9        A    Eight or nine.
10       Q    Was that Monday through Friday?
11       A    Yes, and there were some weekend
12  hours as well.
13       Q    Every weekend?
14             MR. PETTERSON:  Objection.
15       Q    Did you work every weekend?
16       A    I can't recall.
17       Q    Were you required to work every
18  Saturday?
19       A    I don't remember.
20       Q    Were you required to work every
21  Sunday?
22       A    I don't remember.
23       Q    But you recall that there
24  were -- do you recall that there were some
25  weekend hours?

Page 24

1              VICKIE TRUDEL
2        A    Yes.
3        Q    Do you recall how frequently you
4   were required to work on weekends?
5        A    Often enough.
6        Q    What does that mean?
7        A    It means it might not have been
8   every weekend, but for me to remember, it means
9   that it was often enough.
10       Q    When it did occur, how many
11  hours did you work on those weekends?
12       A    I do not remember.
13       Q    Approximately?
14             MR. PETTERSON:  Objection.
15             MS. SCHMID:  What's the
16       objection?
17             MR. PETTERSON:  To the form of
18       the question.
19       Q    Approximately how many hours did
20  you work when you were required to work on
21  those weekends?
22       A    Three, four hours, maybe five
23  per day.
24       Q    When you were required to work
25  on those weekends, were you required to work

Page 25

1              VICKIE TRUDEL
2   both Saturday and Sunday?
3        A    I don't remember.
4        Q    We will turn back to that, but
5   aside from question 51, are there any other
6   responses to this survey that's been marked as
7   Exhibit 3 that you now feel are inaccurate?
8        A    Let me check.
9             Question 53.
10             MS. SCHMID:  53, for the record,
11       reads, "For days that you worked, how
12       many hours -- how many hours did," I
13       think it should read, "you work in a day
14       on average."
15             And you responded seven.
16       Q    What is your response today?
17       A    Eight or nine.
18       Q    Does that refer to eight or nine
19  hours on Monday through Friday?
20       A    Yes.
21       Q    Are there any other questions
22  that you would like to change your response to?
23       A    No, that's it.
24       Q    Okay, thank you.
25             Where were you living when you

Movant's App. 000255

| | |
|---|---|
| **Page 26** | **Page 28** |

**Page 26**

VICKIE TRUDEL

1     VICKIE TRUDEL
2 first applied to participate in the APIA
3 program?
4       A     Can you repeat the question,
5 please?
6       Q     Sure. Where were you living
7 when you first applied to participate in the
8 APIA program?
9       A     In Canada.
10      Q     At that time did you apply with
11 any other agencies?
12      A     No.
13      Q     Do you recall why you applied
14 with APIA?
15      A     It was referred to me by a
16 friend.
17      Q     Did the friend who referred you
18 to APIA participate as an au pair with the APIA
19 program?
20      A     Sorry, repeat that?
21      Q     Did the friend who referred you
22 participate as an au pair with the APIA
23 program?
24      A     She did participate as an au
25 pair, but I don't know with what agency.

**Page 27**

VICKIE TRUDEL

1     VICKIE TRUDEL
2       Q     Do you recall interviewing with
3 any APIA representatives while living in
4 Canada?
5      A     No.
6      Q     After you applied to
7 participate, what was the next step?
8      A     There was an on-line portal that
9 I needed to fill out my profile in.
10      Q     After you completed that
11 profile, did somebody from APIA contact you?
12      A     No.
13      Q     After you completed your
14 profile, what was the next step in the process?
15      A     I believe it was to match with a
16 family.
17      Q     Do you recall how you were
18 matched with a family?
19      A     Skype.
20      Q     Did an APIA representative
21 contact you regarding a potential match family?
22      A     Yes.
23      Q     Do you recall when you first
24 were contacted?
25      A     No.

**Page 28**

VICKIE TRUDEL

1     VICKIE TRUDEL
2       Q     Do you recall when you first
3 applied with APIA?
4      A     August 2011.
5      Q     Do you recall approximately how
6 soon after August 2011 you first were contacted
7 regarding a potential match?
8      A     A few weeks.
9      Q     How many families were you
10 matched with at that time?
11      A     Matched or interviewed?
12      Q     Interviewed.
13      A     I had four family interviews.
14      Q     Were they all by Skype?
15      A     No.
16      Q     Did you meet with some families
17 in person?
18      A     No.
19      Q     How were the other interviews
20 conducted?
21      A     Over the phone.
22      Q     Did you decline any of those
23 families?
24      A     Yes.
25      Q     Do you recall why?

**Page 29**

VICKIE TRUDEL

1     VICKIE TRUDEL
2      A     Different reasons.
3      Q     Do you recall what those reasons
4 were?
5      A     Some were lifestyle, some were
6 age of the children; it depended on the family.
7      Q     What were you looking for at
8 that time in an ideal family to place with?
9      A     School aged children, a good
10 connection with the family and the kids.
11      Q     When you say school aged
12 children, what ages are you referring to?
13      A     Five to teenager.
14      Q     When you declined certain
15 families based on the age of the children, were
16 those children younger than five?
17      A     Yes.
18      Q     What was the name of the family
19 that you ultimately placed with through APIA?
20      A     ▮▮▮▮▮
21      Q     Do you recall when you first
22 interviewed with the ▮▮▮▮▮ family?
23      A     November 2011.
24      Q     Was that a Skype interview?
25      A     Yes.

Movant's App. 000256

Page 30

```
 1                  VICKIE TRUDEL
 2       Q       Did you interview with the host
 3  parents at that time?
 4       A       Yes.
 5       Q       How long did the interview last?
 6       A       I don't recall.
 7       Q       Do you recall approximately how
 8  long it lasted?
 9       A       No.
10       Q       Did it last more than 30
11  minutes?
12       A       Possibly.
13       Q       Do you recall what you discussed
14  during that first interview?
15       A       Different tasks I was going to
16  do; that's all I remember.
17       Q       Did the parents tell you how
18  many children they had?
19       A       Yes.
20       Q       How many?
21       A       Two.
22       Q       By the way, because we are
23  trying to maintain the confidentiality of the
24  minor children throughout today's deposition,
25  we are not going to use the children's names.
```

Page 31

```
 1                  VICKIE TRUDEL
 2            You can refer to the parents if
 3  you like, but we are only going to refer to the
 4  children by their ages.
 5            So, for instance, you can say 12
 6  year old boy, 10 year old girl by way of
 7  example, but just do your best to not use the
 8  children's names, okay?
 9       A       Okay.
10       Q       So, there were two children.  Do
11  you recall their ages at that time?
12       A       Yes, it was 12 and 14.
13       Q       And their genders?
14       A       12 year old boy and a 14 year
15  old girl.
16       Q       Did the family have any pets?
17       A       Yes.
18       Q       What kind of pets?
19       A       A cat and a dog.
20       Q       During that first interview,
21  what type of duties did the family describe
22  that you would have if you were to place with
23  them?
24       A       It was vague.  It was driving
25  the kids around, dinners, laundry, tidying up
```

Page 32

```
 1                  VICKIE TRUDEL
 2  bedrooms, that's about what I recall.
 3       Q       So when you say dinners, are you
 4  referring to making dinners for the children?
 5       A       Yes.
 6       Q       When you say laundry, are you
 7  referring to doing the children's laundry?
 8       A       Yes.
 9       Q       Did you understand that you
10  would only be responsible for doing laundry for
11  the children?
12       A       Yes.
13       Q       Did you understand that you
14  would only be responsible for making dinners
15  for the children?
16       A       Yes.
17       Q       Did you understand at that time
18  that you would only be responsible for tidying
19  the house after the children's mess?
20       A       Yes.
21       Q       Where did the family live?
22       A       In Houston, Texas.
23       Q       During that first phone -- first
24  Skype interview, did the family describe what
25  your anticipated weekly schedule would be?
```

Page 33

```
 1                  VICKIE TRUDEL
 2       A       Can you repeat the question,
 3  please?
 4       Q       Sure.  During the first
 5  interview did the family describe what your
 6  anticipated weekly schedule would be?
 7       A       Yeah, kind of.
 8       Q       Do you recall what they said?
 9       A       They said about 30 hours a week.
10       Q       Did both parents work full-time?
11       A       No.
12       Q       Did the father work full-time?
13       A       No.
14       Q       Did he work part-time?
15       A       No.
16       Q       The father was unemployed?  Was
17  the father unemployed?
18       A       I'm not sure what he did.  He
19  stayed in his home office.  He was going to
20  school.
21       Q       So the host father, while you
22  lived with the ████████ family, the host
23  father was enrolled in school, is that correct?
24       A       I believe so, yes.
25       Q       Do you recall if the host father
```

Page 34

```
1                VICKIE TRUDEL
2   was enrolled in school full-time?
3        A    I don't know.
4        Q    Was the host mother employed
5   full-time?
6        A    Yes.
7        Q    Do you recall what the host
8   mother did for a living?
9        A    No.
10       Q    You testified earlier that you
11  attended a training session in Stamford,
12  Connecticut in January 2012, correct?
13       A    Yes.
14       Q    Was that training conducted by
15  APIA representatives?
16       A    Yes.
17       Q    Do you recall what topics were
18  covered during the training?
19       A    Things like types of child care
20  we would do, our duties, what the families
21  could ask and could not ask of us.
22            They talked about the American
23  culture, they talked about where to find help
24  through the community counselors.
25            There was I think a first aid
```

Page 35

```
1                VICKIE TRUDEL
2   course for children, like for how to take care
3   of first aid on children, sorry.
4        Q    When you say that the APIA
5   representatives discussed with you what the
6   families could and could not ask, do you recall
7   what they said in that regard?
8        A    Not specifically.
9        Q    Do you recall what they said
10  generally?
11       A    That it was only for the
12  children, anything we did was really about the
13  children and things involving the children.
14            Nothing like for the adults, not
15  house or maintaining the house or anything like
16  that.
17       Q    Do you recall during the
18  training the representatives discussing with
19  you the number of hours per week that you would
20  provide services for the family?
21       A    Yeah, they did say that we
22  couldn't do more than, or the family couldn't
23  ask us to do more than 45 hours a week, and it
24  was a maximum hours per day, but I can't
25  remember how many hours per day maximum.
```

Page 36

```
1                VICKIE TRUDEL
2        Q    Do you recall during the
3   training the representatives discussing with
4   you the amount of a stipend that you would
5   receive per week from the host family?
6        A    Yeah.  There were two different
7   stipends, I guess.  One was for the standard au
8   pair, which was $195, and then there was the au
9   pair extraordinaire, which was $250.
10       Q    What was the difference between
11  a standard au pair and an au pair
12  extraordinaire?
13       A    The amount of experience with
14  children.
15       Q    Did you qualify as an au pair
16  extraordinaire?
17       A    Yes.
18       Q    Why was that?
19       A    I had my teacher's license and
20  multiple hours and job experiences with
21  children.
22       Q    Prior to becoming an au pair,
23  had you taught -- had you worked as a teacher?
24       A    Yes.
25       Q    For how long?
```

Page 37

```
1                VICKIE TRUDEL
2        A    So, for two and a half years.
3        Q    What grade did you teach?
4        A    Elementary school, so anything
5   from junior kindergarten up to 6th grade.
6        Q    And because of that, is it
7   accurate to say that because of that experience
8   you qualified as an au pair extraordinaire?
9        A    Yes.
10       Q    And is it accurate to say that
11  as an au pair extraordinaire you understood
12  that you would receive a minimum of $250 per
13  week from the host family as a stipend?
14       A    It wasn't a minimum, it was a
15  set fee of $250 per week.
16       Q    At any time during the training
17  did any representatives from APIA tell you that
18  you were prohibited from receiving more than
19  $250 per week from the host family?
20       A    Can you repeat the question?
21       Q    Sure.
22            MS. SCHMID:  Would you read it
23       back.
24            (The question requested was read
25       back by the reporter.)
```

Movant's App. 000258

VICKIE TRUDEL

2     A     I don't recall.

3     Q     Do you recall ever reading on
4 the APIA website or in any APIA literature that
5 you were prohibited from receiving more than
6 $250 per week as a stipend from the host
7 family?

8     A     I don't recall.

9     Q     While you were living with the
10 ▮▮▮▮▮▮▮▮ family, how much did you
11 receive as a stipend per week?

12     A     $250 per week.

13     Q     Did that amount ever vary?

14     A     No.

15     Q     Do you recall how you received
16 that amount?

17     A     By check.

18     Q     Did you receive that amount from
19 the host father?

20     A     Yes.

21     Q     You testified earlier that you
22 socialized with other au pairs while you were
23 living with the ▮▮▮▮▮▮▮▮, is that
24 correct?

25     A     Yes.

VICKIE TRUDEL

2     Q     Did you ever discuss with those
3 au pairs the amount of the stipend that they
4 were receiving from their host families?

5     A     No.

6     Q     You testified earlier that a
7 friend who worked as an au pair had referred
8 you to the APIA program, is that correct?

9     A     Yes.

10     Q     Do you recall ever discussing
11 with that friend the amount of the stipend that
12 she had received while working as an au pair?

13     A     No.

14     Q     During the initial phone
15 interview with the ▮▮▮▮▮▮▮▮, do you
16 recall discussing how much money you would
17 receive while living with them?

18     A     They said they were looking for
19 an au pair extraordinaire, so it was going to
20 be $250 per week.

21     Q     Do you recall if that was the
22 first time that you had heard the amount of the
23 weekly stipend?

24     A     Repeat that question.

25     Q     Do you recall if that was the

VICKIE TRUDEL

2 first time that you had heard of the amount of
3 the weekly stipend?

4     A     No.

5     Q     When was the first time you
6 heard the amount of the weekly stipend?

7     A     In the APIA brochure.

8     Q     Do you recall what the brochure
9 stated?

10     A     $195 per week for a standard au
11 pair and $250 per week for an au pair
12 extraordinaire.

13     Q     Do you recall if the brochure
14 stated how the amount of the weekly stipend had
15 been set?

16     A     No.

17     Q     No?

18     A     No.

19     Q     Do you recall if the brochure
20 stated that the amount of the weekly stipend
21 had been set by regulations?

22     A     No.

23     Q     You don't recall?

24     A     No.

25         Well, it wasn't stated anywhere,

VICKIE TRUDEL

2 if that's what you're asking.

3         Like, I recall that there was
4 nothing of that sort, so like, what you're
5 asking, yeah, like I remember that there was
6 nothing of that -- the regulations or mention
7 of the regulations or anything like that in the
8 brochure.

9     Q     Do you recall --

10     A     So.

11     Q     Do you recall during the
12 training with APIA anyone from APIA telling you
13 how the amount of the weekly stipend had been
14 set?

15     A     Can you repeat that question
16 again, please?

17     Q     Sure. Do you recall during the
18 training with APIA anyone from APIA telling you
19 how the amount of the weekly stipend had been
20 set?

21     A     Nobody talked about how it had
22 been set.

23     Q     Do you recall anyone at the
24 training telling you that the stipend had been
25 set by regulations?

Page 42

VICKIE TRUDEL

2 MR. PETTERSON: Objection.
3 A Repeat that question, sorry?
4 Q Do you recall anyone at the
5 training telling you that the stipend had been
6 set by regulations?
7 A Nobody talked about that.
8 Q When you read the APIA brochure,
9 do you recall reading that the weekly stipend
10 amount was the minimum amount that you were
11 entitled to receive?
12 A There was no mention of minimum
13 or maximum; it was a set fee.
14 Q How soon after the training in
15 Stamford, Connecticut did you arrive in
16 Houston, Texas?
17 A The day after the training.
18 Q Were you assigned to a counselor
19 through APIA?
20 A Yes.
21 Q Do you recall the counselor's
22 name?
23 A Sarita Tennant.
24 Q Can you spell that for the
25 record?

Page 43

VICKIE TRUDEL

2 A S-a-r-i-t-a, T-e-n-n-a-n-t.
3 Q Thank you.
4 Did you communicate with Ms.
5 Tennant before arriving in Houston, Texas?
6 A I don't recall.
7 Q Did Ms. Tennant visit the
8 ███████████ home while you were residing
9 with them?
10 A Yes.
11 Q Do you recall how soon after you
12 arrived in Houston, Texas that Ms. Tennant
13 visited the home?
14 A About two weeks.
15 Q Do you recall what you discussed
16 during her visit?
17 A Yeah. The dad wasn't satisfied
18 so far with the amount of work that I was
19 doing, and he complained to her about my not
20 doing what I was supposed to do.
21 Q Had the host father complained
22 to you prior to that?
23 A No.
24 Q Did the host father complain to
25 Ms. Tennant in front of you?

Page 44

VICKIE TRUDEL

2 A Yes.
3 Q Do you recall what he said?
4 A He showed her pictures of
5 things, of like laundry piles. He said that I
6 was supposed to do the laundry twice a week,
7 but I was only doing it once a week, but we had
8 never talked about that before.
9 That's mostly what I recall.
10 But there was stuff about other
11 little things that we had -- like he had said
12 in general do this, but then he was coming up
13 with specifics with her.
14 Q I know there has been a passage
15 of time, but do you happen to recall what those
16 specific examples were that the host father was
17 complaining about?
18 A I only recall the laundry
19 example, where he had said you need to do the
20 laundry, the children's, every week. I was
21 doing it once a week, because in my mind, that
22 was enough.
23 But for him it wasn't, he wanted
24 it twice a week, and that laundry shouldn't be
25 piling up, and he had pictures to prove it.

Page 45

VICKIE TRUDEL

2 Q Do you recall what the
3 counselor's response was at that time?
4 A She didn't really say much. She
5 just kind of listened and looked at me and him
6 and just kind of said okay, well, let's try and
7 communicate better.
8 Q Do you recall what your response
9 was at that time?
10 A I just accepted and said okay.
11 Q While you were living with the
12 ███████████ did you track the number of
13 hours that you were working per day?
14 A Vaguely. I have it in the day
15 planner.
16 Q You tracked your hours in the
17 day planner, is that correct?
18 A The general. Like it wasn't
19 specific amount, but generally, like.
20 Q Can you describe how you would
21 generally track your hours in your day planner?
22 A I just put a number at the end
23 of the day.
24 MS. SCHMID: Sean, based on the
25 testimony that we have received today

VICKI TRUDEL - 04/09/2018          Pages 46..49

Page 46

```
 1                VICKIE TRUDEL
 2       it's apparent that the day planner is
 3       highly responsive to the claims in this
 4       action, so we are going to follow up
 5       with a request for that day planner,
 6       okay?
 7            MR. PETTERSON:  Yeah, I mean,
 8       like I said before, we are looking at
 9       it, and if we think it's responsive we
10       will produce it.
11       Q     Ms. Trudel, did anybody instruct
12   you to track your hours in the day planner or
13   elsewhere?
14       A     No.
15       Q     Do you recall what prompted you
16   to track those hours?
17       A     Just myself being organized, and
18   knowing that I was technically not supposed to
19   work more than 45 hours a week.
20       Q     Do you know if the host family
21   tracked your hours as well?
22       A     I don't know.
23       Q     You testified earlier that you
24   worked more than 40 hours per week, is that
25   correct?
```

Page 47

```
 1                VICKIE TRUDEL
 2       A     Yes.
 3       Q     Do you believe that you worked
 4   more than 45 hours per week?
 5       A     I don't know.
 6       Q     Do you recall what else was
 7   discussed during your counselor's initial visit
 8   to the home?
 9       A     No.
10       Q     Do you recall if you raised any
11   concerns during that visit?
12       A     No.
13       Q     Do you recall if you raised any
14   concerns with the counselor at any time?
15       A     Yes, I did.
16       Q     When did you raise those
17   concerns?
18       A     A few times throughout my time
19   out there.
20             The first time was after that
21   first meeting with the family and the
22   counselor.
23             I contacted her afterwards and
24   tried to explain myself and how it had been
25   unfair that he had not talked to me beforehand.
```

Page 48

```
 1                VICKIE TRUDEL
 2             So that was the first time I
 3   contacted her.
 4       Q     Do you recall what her response
 5   was?
 6       A     Well, we met up in person for
 7   coffee, and she kind of just was empathetic.
 8       Q     And you've testified earlier
 9   that the host father was enrolled in school
10   while you resided with the family, is that
11   correct?
12       A     Yes.
13       Q     Do you recall if he frequently
14   was at home while you were also at home?
15       A     Can you repeat that?
16       Q     Yes.  Do you recall if he
17   frequently was at home while you also were at
18   the home?
19       A     Yes.
20       Q     Do you recall what he would be
21   doing at that time?
22       A     He was usually in the home
23   office doing whatever he did in there.
24       Q     And you testified that the host
25   mother was employed full-time.
```

Page 49

```
 1                VICKIE TRUDEL
 2       Q     Do you recall what her average
 3   work schedule was each day?
 4       A     She wasn't home very often.  I
 5   don't know how many hours she was gone, but she
 6   traveled a lot for work, so she was not often
 7   there.
 8       Q     Was she away overnight?
 9       A     Most times, yeah.
10             She would leave a few weeks at a
11   time.
12       Q     When the host mom was traveling
13   for work, the host father -- was the host
14   father at home?
15       A     Yes.
16       Q     After you met your counselor for
17   coffee and raised the concerns about the host
18   father, did you raise any other concerns with
19   your counselor?
20       A     Yes, once or twice after that, I
21   know by the end, like she -- well, she
22   contacted me saying that we needed to have
23   another meeting with the family because the dad
24   had called her to complain about me again.
25       Q     Do you recall what the nature of
```

VICKIE TRUDEL

1  the host father's complaint was at that time?
3       A       I went to see him instead of
4  waiting for the counselor, and asked him
5  directly.
6               He basically said again, like I
7  wasn't doing enough for the amount of he was
8  paying me, and that I should be doing more.
9               Then he started going into
10  putting a curfew, he said that I couldn't eat
11  certain things anymore because I would become
12  diabetic.  It was ridiculous.
13      Q       Well, let's talk about that for
14  a moment.
15              Prior to that complaint --
16              MS. SCHMID:  Actually let me
17         rephrase.
18      Q       Do you recall approximately when
19  that complaint occurred?
20      A       In March.
21      Q       March 2012?
22      A       Yes.
23      Q       So, when you first started
24  living with the ████████ family, did you
25  eat your meals with the family?

VICKIE TRUDEL

2       A       Not all of the meals.
3       Q       Were you permitted to eat your
4  meals at the home?
5       A       Yes.
6       Q       And were you permitted to use
7  the family's groceries?
8       A       Yes.
9       Q       And then you said in March 2012
10  the father complained and attempted to place
11  certain restrictions on the groceries that you
12  were permitted to use, is that correct?
13      A       Yeah.
14      Q       Do you recall generally what he
15  said at that time?
16      A       That I was costing him too much,
17  and that he was going to do the groceries.
18      Q       Had you been purchasing the
19  groceries until then?
20      A       Yes, sometimes.
21      Q       Did the family provide you with
22  a budget to purchase groceries?
23      A       There wasn't a budget, it was
24  just go buy groceries.
25      Q       Did the family instruct you

VICKIE TRUDEL

2  which groceries to purchase?
3       A       Not beforehand, no.
4       Q       Did the family give you a
5  grocery list?
6       A       No.
7       Q       Did the family reimburse you for
8  the groceries that you purchased?
9       A       I wasn't purchasing myself, I
10  wasn't purchasing it with my money.
11      Q       So are you saying that the
12  family gave you money and asked to you buy
13  groceries with that money?
14      A       Yes.
15      Q       Then in March 2012 the father
16  took issue with the groceries that you had been
17  purchasing, is that correct?
18      A       Yes; among other things.
19      Q       Do you recall how he attempted
20  to revise what you were purchasing?
21      A       He just said that he would do
22  groceries from now on.
23      Q       So, in March 2012 is it accurate
24  to say that the host father decided that he
25  would purchase the groceries, and that that

VICKIE TRUDEL

2  would no longer be part of your duties?
3       A       Yes.
4       Q       In March 2012, what else did the
5  host father complain about during that
6  conversation?
7       A       Well, he gave me a curfew,
8  because he was going to bed at 11:00, so I had
9  to come home before 11:00 every night.
10              But I had never come back home
11  after 11:00, maybe once or twice.
12      Q       Prior to March 2012 had the
13  family instituted a curfew for you?
14      A       No.
15      Q       Do you recall what else the host
16  father said during that conversation in March?
17      A       Well, that I wasn't doing enough
18  around the house, and that, for the amount of
19  money he was paying me, and that I should be
20  doing more cleaning up, sorting through
21  different tasks he was going to give me, extra.
22      Q       Until that time, can you just --
23  well, can you describe what your average Monday
24  schedule was when you first started living with
25  the family?

VICKI TRUDEL - 04/09/2018                    Pages 54..57

                    VICKIE TRUDEL
1
2        A       So, I was waking up in the
3   morning, waking up the kids, making sure they
4   had breakfast.
5        Q       Sorry, approximately what time
6   would that begin?
7        A       7:00 in the morning, maybe.
8        Q       Okay.
9        A       So yeah, waking them up, making
10  sure they had breakfast, getting them ready for
11  school, making sure they had everything they
12  needed, driving them to school.
13               Then after that, I would come
14  back to the house and make the beds, tidy up
15  the bathrooms, making sure that everything was
16  in its place, tidying up the kitchen after
17  breakfast.
18               Yeah, I guess that's about it
19  for the morning stuff.
20               And then the kids were at
21  school.  And then, when they came home from
22  school, I was supposed to drive them to soccer
23  practice, make dinner for them and do dishes,
24  and making sure they did their homework, and
25  making sure they went to bed at reasonable

                    VICKIE TRUDEL
1
2   hours.
3        Q       Do you recall what time they
4   went to bed?
5        A       Approximately 9:00 at night.
6               And they would come back from
7   school around 3:30 or 4:00, I think.
8        Q       Did you pick them up from
9   school?
10       A       No.
11       Q       Did they walk home from school?
12       A       No; the dad, the dad picked them
13  up.
14       Q       Did the father also drive them
15  to school?
16       A       No, I did that.
17       Q       You said you would drive them to
18  soccer, is that correct?
19       A       Yes.
20       Q       Would you stay with them while
21  they were at soccer practice?
22       A       Yes, I was on from the time they
23  came back from school until they went to bed.
24       Q       What time was that?
25       A       Around 9:00.

                    VICKIE TRUDEL
1
2        Q       So what time did they get out of
3   school?
4        A       Oh, well, they came home from
5   school around 3:30 or 4:00 in the afternoon.
6        Q       You said you would make them
7   dinner, yes?
8        A       Yes.
9        Q       Would you typically eat dinner
10  with them?
11       A       With the kids, yeah.
12       Q       Would you help the kids with
13  their homework?
14       A       Sometimes.
15       Q       Would the father help them with
16  their homework?
17       A       No.
18       Q       Would the host mother help them
19  with their homework if she were home?
20       A       I don't remember.
21       Q       Did you have your own private
22  bedroom and bathroom while living with the
23  family?
24       A       Yes.
25       Q       Did the family provide you with

                    VICKIE TRUDEL
1
2   a cell phone?
3        A       No.
4        Q       Did you have your own cell
5   phone?
6        A       Yes.
7        Q       Did you pay for the cell phone
8   service?
9        A       Yes.
10       Q       Aside from the $250 per week
11  that you received from the family, did you
12  receive any additional monies from the family?
13       A       No.
14       Q       Were you responsible for taking
15  care of their pets?
16       A       No.
17       Q       Did you receive any money for
18  performing additional tasks for the family?
19               MR. PETTERSON:  Objection.
20       A       Actually I did take care of the
21  cat and dog when they were on vacation, but I
22  never received more money.
23       Q       For taking care of the pets?
24       A       Or just any other task.  I never
25  received more money than the $250 per week.

Movant's App. 000263

VICKI TRUDEL - 04/09/2018          Pages 58..61

Page 58

1                    VICKIE TRUDEL
2        Q     Were you ever reimbursed for any
3   expenses by the family?
4        A     No.
5        Q     Did you ever pay for anything
6   out of your own pocket on behalf of the
7   children?
8        A     On behalf of the children?
9   Sorry, repeat the question.
10        Q     Sure.  Did you ever pay for
11   anything out of your own pocket with your own
12   personal money on behalf of the children?
13        A     No.
14        Q     Were you permitted to use the
15   family's car for your personal use?
16        A     Yes.
17        Q     Did you use the car for your
18   personal use?
19        A     Yes.
20        Q     And you said that you took care
21   of the pets when the family was on vacation,
22   correct?
23        A     Yes.
24        Q     Do you recall when that vacation
25   took place?

Page 59

1                    VICKIE TRUDEL
2        A     In February, 2012.
3        Q     Was that a one week vacation?
4        A     Yes.
5        Q     Do you recall where the family
6   went?
7        A     No.
8        Q     Did the family take any other
9   vacations while you lived with them besides
10   that vacation that you are referring to?
11        A     No.
12        Q     Did you take any vacations while
13   living with the family?
14        A     No.
15        Q     The schedule you described a few
16   moments ago when I asked you to describe an
17   average Monday schedule, would that be accurate
18   for the rest of the week as well, through
19   Friday?
20        A     Pretty much, yes.
21              I did laundry throughout the
22   week, not every day, but a few days here and
23   there.
24        Q     How long would the laundry take
25   you to do?

Page 60

1                    VICKIE TRUDEL
2        A     An exact, I don't know, like two
3   hours, maybe.
4              Like the day -- the two days
5   that I would do it, so like another, like I
6   guess four hours more per week.
7        Q     When the children were doing
8   homework, what would you be doing?
9        A     I was sitting nearby in case
10   they needed help.
11        Q     Would you be watching
12   television?
13        A     I don't recall.
14        Q     If you were watching television
15   sitting nearby in case they needed help, did
16   you consider that work?
17        A     I didn't say I was watching TV.
18        Q     If you were sitting nearby in
19   case they needed help, did you consider that
20   work?
21        A     Yes, because I was available for
22   them if they needed help.
23        Q     Did you ever attend cluster
24   meetings?
25        A     Yes.

Page 61

1                    VICKIE TRUDEL
2        Q     How many cluster meetings did
3   you attend?
4        A     I can only recall once, but I
5   think there were more than one.
6        Q     So you believe you may have
7   attended more than one cluster meeting?
8        A     Yes.
9        Q     What do you recall being
10   discussed at the meetings that you attended?
11        A     It was more just a fun social
12   activity to meet the other au pairs from the
13   cluster.
14        Q     Do you ever recall discussing
15   the amount of the stipend at the cluster
16   meetings?
17        A     No.
18        Q     Do you recall ever signing a
19   host family and au pair agreement?
20        A     Sorry, repeat that.
21        Q     Do you recall ever signing a
22   host family and au pair agreement?
23        A     No.
24        Q     I would like you to look at the
25   document that's been marked as Exhibit 4,

```
1                    VICKIE TRUDEL
2    please.
3                    (The above described document was
4         marked Trudel Exhibit 4 for
5         identification, as of this date.)
6         Q     Take a moment to review it and
7    let me know when you are finished, please.
8         A     Okay.
9              MS. SCHMID:  So, for the record,
10        this agreement is captioned "Host Family
11        and Au Pair/Companion Agreement."
12        A     Yes.
13        Q     While this is a blank, unsigned
14   agreement, do you recall ever receiving this
15   document?
16        A     I don't recall.
17        Q     Do you recall during your
18   counselor's visit to the home the counselor
19   discussing this agreement with you and your
20   host family?
21             MR. PETTERSON:  Objection.
22             MS. SCHMID:  What's the
23        objection?
24             MR. PETTERSON:  She doesn't know
25        if she's ever even seen this.
```

```
1                    VICKIE TRUDEL
2         Q     You can answer.
3         A     I don't recall.
4         Q     At the top of the agreement it
5    states, "The U.S. Department of State requires
6    the au pair/companion and the host family to
7    sign a written agreement that outlines the au
8    pair's obligation to provide not more than the
9    maximum allowable hours of child care services
10   per week."
11             Do you see that?
12        A     Yes, I do.
13        Q     Do you recall anyone from APIA
14   ever discussing with you that you would be
15   required to enter into a written agreement and
16   that the host family would be required to enter
17   into a written agreement?
18        A     Yeah, it was part of the program
19   that there were some forms to fill out, because
20   there was the J-1 Visa.  I remember that.
21        Q     Is it possible that you entered
22   into this agreement but that you just don't
23   recall it today?
24        A     Possible.
25        Q     Okay.
```

```
1                    VICKIE TRUDEL
2              Do you have a copy of an APIA
3    handbook?
4         A     No.
5         Q     Do you recall receiving a copy
6    of the handbook?
7         A     Yes.
8         Q     Do you recall during training
9    anyone from APIA recommending that you track
10   the number of hours that you worked in the
11   handbook?
12        A     Repeat that, sorry?
13        Q     Do you recall anyone during --
14   anyone from APIA during training recommending
15   that you track the number of hours that you
16   worked in the handbook?
17        A     No.
18        Q     Okay.  So you stated that in
19   March 2012 you learned from your counselor that
20   the host father had contacted her to raise some
21   additional concerns about your performance, is
22   that correct?
23        A     Yes.
24        Q     Do you recall what your
25   counselor's response was at that time?
```

```
1                    VICKIE TRUDEL
2         A     She said we would have a
3    meeting.
4         Q     Did you have a meeting with your
5    counselor after that conversation?
6         A     No.
7         Q     Why is that?
8         A     Because I went to talk to the
9    family myself, or the dad myself.  And then
10   after that meeting, I decided that I didn't
11   want to be part of this host family anymore,
12   and that I wanted to try to rematch, so I
13   contacted her about that.
14             And then she kind of started
15   that process, I guess.
16        Q     In response to question 2 on
17   your survey, which is Exhibit 3, you stated
18   that your end date with the ████████████
19   was April 16, 2012.
20             Is that accurate?
21        A     Can you repeat where you found
22   that?  Sorry.
23        Q     Yes.  If you look at Exhibit 3,
24   which is the survey responses, there is a chart
25   below question 2.
```

VICKI TRUDEL - 04/09/2018          Pages 66..69

Page 66

VICKIE TRUDEL

2   A    Yes.
3   Q    And you stated that your end
4   date with the host family was April 16, 2012.
5   A    Yes.
6   Q    Is that accurate?
7   A    Yes.
8   Q    After April 16, 2012 did you
9   rematch with another host family?
10  A    No.
11  Q    Why is that?
12  A    The rematch process, they said
13  that I was probably going to be -- well,
14  matched with a family that was only going to
15  look for a standard.
16       So the rate of $195 per week,
17  because most families weren't looking for
18  extraordinaires, especially that I needed to
19  rematch in a very quick period of time, so that
20  I would probably have to go down to that $195
21  per week rate.
22       And I spoke to one or two
23  families, and I didn't really connect with
24  them, and I just decided that -- and they
25  weren't going to be paying me the

Page 67

VICKIE TRUDEL

2   extraordinaire price, so I decided to leave,
3   because I didn't want to stay for less than
4   $250 per week.
5   Q    At that time did you move back
6   to Canada?
7   A    Yes.
8   Q    Did you understand at that time
9   that the weekly stipend for a standard au pair
10  was a minimum of $195.75 per week?
11  A    No, it was a set rate of $195.
12  Q    What led you to believe it was a
13  set rate?
14  A    Because that's what the program
15  had always told me.
16  Q    Who told you that?
17  A    Everywhere in the brochures.
18  The program just stated $195 per week for
19  standard and $250 per week for extraordinaires.
20  Q    Do you recall if it stated that
21  the amount would be 195.75?
22  A    Yes, there were a few cents in
23  there, but I couldn't recall.
24  Q    Did you ever review the APIA
25  website?

Page 68

VICKIE TRUDEL

2   A    Yes.
3   Q    Do you recall reading anything
4   on the website about the weekly stipend?
5   A    Yes.
6   Q    When did you review the website?
7   A    When I was doing my research,
8   before applying.
9   Q    Would that have been in 2011?
10  A    Yes; in August of 2011.
11  Q    Do you recall if the website at
12  that time stated that the weekly stipend was a
13  minimum amount?
14  A    No, it was a set rate.
15       Because if it would have been a
16  minimum, I would have asked for more because of
17  all my qualifications.
18  Q    Do you recall if during training
19  the representatives recommended that you not
20  ask the host family for more?
21  A    I'm not sure I understand the
22  question.
23  Q    Do you recall if during training
24  any APIA representatives recommended that the
25  au pairs not ask the host family to pay more

Page 69

VICKIE TRUDEL

2   than the amount of the stipend that they were
3   paying?
4   A    No, I don't recall anything
5   about that.
6   Q    Do you recall the website
7   stating anything about how the weekly stipend
8   amount had been determined?
9   A    No.
10       MS. SCHMID:  I have nothing
11       further at this time.
12       MR. PETTERSON:  Can we take a
13       short break?  I will come back and ask a
14       few questions.
15       MS. SCHMID:  Sure.
16       MR. PETTERSON:  Thank you.
17       (At this point in the proceedings
18       there was a recess, after which the
19       deposition continued as follows:)
20       MS. SCHMID:  Back on the record.
21       MR. PETTERSON:  Sure.
22  EXAMINATION BY
23  MR. PETTERSON:
24  Q    Ms. Trudel, thank you for your
25  time this morning.  I just have a few questions

Movant's App. 000266

Page 70

VICKIE TRUDEL

1 VICKIE TRUDEL
2 for you before we are done.
3           Could you please pull out
4 Exhibit 3?
5      A      Yes.
6      Q      And could you please turn to
7 question 57 from the last page?
8      A      Yes.
9      Q      Is your answer accurate?
10     A      Okay, so I do not have any
11 documents relating to the amounts paid to me --
12 okay, so by documents, I thought they meant
13 official APIA documents.
14           I did have the day planner, but
15 I didn't look it up, I didn't remember I had it
16 until I did some research looking into --
17 preparing for this meeting.
18           So I didn't know I had it in my
19 possession, and I didn't use it at all to
20 answer the survey.
21           So yes, I did have a document,
22 but it wasn't an official document, which is
23 what I thought they meant.
24           And I didn't refer to it at all
25 to complete the survey.  I went from memory for

Page 71

VICKIE TRUDEL

1 VICKIE TRUDEL
2 the survey.
3      Q      Understood, thank you.
4           Do you recall earlier testifying
5 that you attended a training in Connecticut?
6      A      Yes.
7      Q      How long was that training?
8      A      Two days.
9      Q      Were you paid for that training?
10     A      No.
11     Q      Do you recall earlier testifying
12 that you would occasionally work more than 40
13 hours a week?
14           MS. SCHMID:  Objection.
15     A      Could you repeat that?  Sorry.
16     Q      Do you recall earlier testifying
17 how many hours you worked for the
18 ████████████ family?
19     A      Yes.
20     Q      Would your hours ever be more
21 than 40 hours in a week?
22     A      Yes; possibly.
23     Q      Were you ever paid overtime when
24 you worked more than 40 hours in a week?
25     A      No.

Page 72

VICKIE TRUDEL

1 VICKIE TRUDEL
2      Q      Do you recall earlier testifying
3 that you applied to the APIA program?
4      A      Sorry, repeat that.
5      Q      Do you recall earlier testifying
6 that you filled out an application to be an au
7 pair?
8      A      Yes.
9      Q      And that application was
10 submitted to APIA?
11     A      Yes.
12     Q      Did you apply as a standard or
13 an extraordinaire au pair?
14     A      I applied for the extraordinaire
15 au pair.
16     Q      Do you have an understanding of
17 how that application is different from the
18 standard application?
19     A      Yes, I had to prove that I had
20 training with children.  It wasn't just the
21 minimum of 200 hours of experience with
22 children, I had to have some form of training
23 on top of that experience.
24     Q      How did you show APIA that you
25 had this requisite training?

Page 73

VICKIE TRUDEL

1 VICKIE TRUDEL
2      A      Well, I had to send them
3 documents.  So I sent my teacher license and my
4 resume with all my experience with children.
5      Q      Did APIA then accept your
6 application?
7      A      Yes.
8      Q      Could they have denied your
9 application?
10          MS. SCHMID:  Objection.
11     A      They could have denied the
12 extraordinaire, but I don't believe they could
13 have denied the standard, because I had the
14 minimum 200 hours of experience with children.
15     Q      Do you recall earlier that the
16 training, APIA representatives explained what
17 your duties would be?
18     A      Yeah, they talked about what we
19 were going to be -- or what the families could
20 ask and could not ask of us.
21     Q      So, when you received -- when
22 you were assigned duties by your host family,
23 did you understand that they had to fall within
24 the parameters of APIA's -- that they told you,
25 duties that they told you for training?

Movant's App. 000267

VICKI TRUDEL - 04/09/2018          Pages 74..77

Page 74

VICKIE TRUDEL

2    A    Yes.
3    Q    Did the duties you were assigned
4  by your family ever go outside of those
5  parameters?
6    A    Yes.
7    Q    When did that happen, when did
8  that occur?
9    A    So, around March, when the dad
10  complained, he said that I wasn't doing enough
11  for the amount he was paying me, that I should
12  be doing more than what I was already currently
13  doing.
14       So there were things they
15  decided to make me do that was outside of child
16  care, for example, washing the car by hand.
17       Or there was a bin of like
18  greeting cards that he wanted me to sort
19  through.
20       He wanted me to sort through
21  closets to make sure that everything was tidy
22  and properly organized.
23       And it was any closet, it wasn't
24  just like the children's closets, it was like
25  the whole family's shoe closet kind of thing.

Page 75

VICKIE TRUDEL

2    Q    Did you complain to your local
3  counselor when you were assigned these duties?
4    A    Yes, I did.
5       I called her, and especially for
6  the -- well, I called her to complain about all
7  the extra duties that weren't part of the child
8  care.
9       And I also asked about the car,
10  hand washing by hand, because I was confused as
11  to why that was -- could be or would be
12  considered child care.
13       And then she said that well, the
14  car is the one you are using for the children.
15  And then she asked if it was going to be like
16  an activity that I was doing with the children,
17  like washing the car by hand with the children
18  as a fun summer activity.
19       But no, it wasn't the kids.  I
20  explained to her that the dad wanted me to wash
21  the car by hand by myself, on my own time.
22       And then she said oh, well, I'm
23  not sure, let me check with my own supervisor
24  at APIA.
25    Q    The counselor was not sure of

Page 76

VICKIE TRUDEL

2  what?  What was the counselor not sure of?
3    A    She wasn't sure if it -- if I
4  should do it, or if it would be considered part
5  of my child care duty tasks, because the car
6  was the one I was driving for the children.
7    Q    What did you understand the role
8  of the counselor to be?
9    A    Well, the community counselor
10  was hired by APIA to help us in any situation,
11  I saw them kind of like my supervisor.
12       They were overseeing everything,
13  being there as a reference point if we had any
14  questions about legal issues, like with our
15  visas, or if we had any questions about what we
16  were asked to do, or basically overseeing how
17  us and the family were getting along.
18       And helping us if we had, like
19  as a mediator, I guess, and yeah, that's -- and
20  also they were supposed to, like there was a
21  mandatory meeting of the counselor with the
22  host family and myself within the first two
23  weeks of the program to make sure we were
24  matched properly and that everything is going
25  well.

Page 77

VICKIE TRUDEL

2    Q    And how did you come to learn
3  that this would be the counselor's role?
4    A    It was in the brochure that I
5  read up on, and also at the training they were
6  saying that we had the community counselor, and
7  we could go to them whenever we wanted to, and
8  they were there to help us.
9    Q    Did you understand the counselor
10  to have any role in the rematch process?
11    A    Yeah, I had to go through them
12  to do the rematch.  Like they were the ones I
13  was going to, and also through the APIA portal.
14       But yeah, I had to call the
15  community counselor first and go through them.
16    Q    Is that, in fact, what you did?
17    A    Yes, that's exactly what I did,
18  when I decided I didn't want to be in that
19  family, I called my community counselor and
20  then she mentioned that okay, no problem, here
21  is how the process works.
22       You need to rematch within a
23  certain amount of time, and then you might have
24  to go with a family that's looking for only to
25  pay the standard rate, because not many people

Movant's App. 000268

VICKI TRUDEL - 04/09/2018          Pages 78..81

VICKIE TRUDEL

1   are looking for extraordinaire au pairs.
2
3           And especially in that short
4   period of time, we might not find anybody
5   looking for an extraordinaire, so you might
6   have to go down to the $195 rate.
7       Q    Did you, in fact, attempt to
8   rematch as a standard au pair?
9       A    I did go into the rematch, and
10  all the families that I interviewed with were
11  looking for the standard.
12      Q    So those families were able to
13  view your application?  Is it true that those
14  families were available to you view your
15  application because you were applying as a
16  standard au pair?
17      A    Well, any family within that
18  portal could see my application.  It was --
19  they were the ones deciding if they wanted to
20  look for a standard or an extraordinaire.
21      Q    And if these families were
22  looking for a standard au pair, would you have
23  come up?
24      A    Probably, yeah, because they
25  could look -- like I was shown to everybody in

VICKIE TRUDEL

1
2   that portal.
3       Q    Did you want to rematch as a
4   standard au pair?
5       A    No, and that's why I left.
6           I didn't want to go down to the
7   $195 rate, because that wasn't enough.  Even
8   $250 in my opinion was not that much.
9           But I was willing to take that
10  for the experience of being out as an au pair.
11      Q    Do you recall testifying that
12  your pay of $250 a week was set?
13      A    Yes, it was a set rate.
14      Q    If you thought that it was a
15  minimum, you could have asked for more money?
16      A    Yes, I had all the experience
17  and licensing to definitely ask for more if I
18  could have.
19          MR. PETTERSON:  I have no further
20          questions, thank you.
21          MS. SCHMID:  I just have a couple
22          of follow-up, Ms. Trudel.
23  CONTINUED EXAMINATION BY
24  MS. SCHMID:
25      Q    You just testified that when you

VICKIE TRUDEL

1   brought to your counselor's attention the fact
2   that your host father had requested that you
3   hand wash the family's car, your counselor said
4   that she would check with her supervisor
5   regarding whether that was an appropriate task,
6   is that correct?
7       A    Yes.
8
9       Q    Do you recall whether your
10  counselor ever checked with her supervisor and
11  got back to you?
12      A    I don't know if she did ever
13  check.  She never got back to me on that issue,
14  and I decided to rematch after that anyway.
15      Q    How soon after the March 2012
16  conversation with your host father, in which he
17  described the additional duties that he would
18  be requesting of you, did you decide to
19  rematch?
20      A    Sorry, can you repeat that?
21      Q    Sure.  How soon after that March
22  2012 conversation with your host father in
23  which he described the additional duties that
24  he would be requesting of you, did you decide
25  to rematch?

VICKIE TRUDEL

1
2       A    Within a week, I would say.
3       Q    Do you recall if that
4   conversation took place at the end of March?
5       A    I don't recall.
6       Q    Did you continue living with the
7   family after you notified them that you decided
8   to rematch?
9       A    Yes, and I was required to work
10  until the end of when I would leave.
11      Q    And did you continue to receive
12  the weekly stipend from the host family during
13  those weeks?
14      A    Yes.
15      Q    Did you ever perform the
16  additional tasks that the host father had
17  requested of you in March 2012?
18      A    Some of them, yes, but not all
19  of them.
20      Q    Which tasks did you perform?
21      A    Tidying up and organizing
22  closets, and the bin of greeting cards, things
23  like that, drawers to be tidied up and
24  organized.
25      Q    Did you ever wash the family's

VICKI TRUDEL - 04/09/2018          Pages 82..85

Page 82
VICKIE TRUDEL
1  car?
3      A    No, I refused to do that.
4      Q    Did those additional tasks add
5  any extra time to your daily schedule?
6      A    Absolutely.
7      Q    How much time did those tasks
8  add?
9      A    I don't recall, but it was a lot
10 more.
11     Q    Approximately how much time did
12 those tasks add to your daily schedule?
13     A    Per day, it was an extra like
14 two, three hours, I guess.
15     Q    Which tasks added an extra two
16 to three hours to your day?
17     A    Well, the sorting through that
18 greeting cards bin, that took me a few days,
19 but I would never do more than two or three
20 hours, I guess, per day, because I was trying
21 to stay within my limits of the day.
22         So that, sorting through the
23 closets, it took me a few days.  Tidying up and
24 organizing drawers in the kitchen, that took me
25 a few days.

Page 83
VICKIE TRUDEL
2          It was like a big project kind
3  of like split into little daily tasks, I guess.
4      Q    The project of sorting through
5  the greeting cards bin, how many days did that
6  take you?
7      A    I don't recall.
8      Q    Approximately how many days did
9  that take you?
10     A    Three or four days.
11     Q    How many hours per day on each
12 of those three to four days did you spend
13 sorting through the greeting cards bin?
14     A    I would guess --
15     Q    For the court reporter, did you
16 say two to three hours per day?
17     A    Yeah.  Extra than my normal
18 tasks.
19     Q    You believe that it may have
20 taken you 12 hours to sort through a greeting
21 cards bin?
22     A    It was a big bin.  It was
23 actually a really big bin.
24     Q    It must have been.
25     A    He was honestly looking for more

Page 84
VICKIE TRUDEL
1  work for me to do, so anything that was huge
2  that he didn't have time to do, he wanted to
3  give to me to do.
5          It was really mundane, boring
6  organizational tasks.
7      Q    And organizing the closets, how
8  many days did you spend on that?
9      A    Per closet, I guess, like all of
10 the closets, I really don't know, like a week
11 or something, maybe more than a week.
12     Q    Do you believe that you spent
13 about one week organizing the closets?
14     A    A week or more, yeah.
15     Q    And approximately how many hours
16 per day during that approximate one week did
17 you spend organizing the closet?
18     A    Again, it was kind of like the
19 two, three hours extra per day.
20     Q    Are these hours that you are
21 referring to for these projects reflected in
22 your day planner?
23     A    Maybe, but not all of them.
24     Q    How did you determine which
25 hours would be reflected in your day planner

Page 85
VICKIE TRUDEL
2  and which wouldn't?
3      A    I don't remember.
4          It wasn't an accurate science,
5  it was just kind of like ballparking, I guess,
6  for myself.
7      Q    You stated that you also were
8  asked to organize drawers, is that correct?
9      A    Yes.
10     Q    How much time did you spend
11 organizing those drawers?
12     A    It was the kitchen drawers.
13 Some of them were like overflowing, some of
14 them were just kind of organizing.
15         I don't recall, I would say
16 maybe again, two or three hours per day for an
17 extended period of time.
18     Q    How many drawers were there?
19     A    Like kitchen drawers, I don't
20 recall, I don't know how many.
21     Q    How many days did you spend
22 organizing those drawers?
23     A    Probably four, five days.
24     Q    You spent approximately 15 hours
25 organizing kitchen drawers?

**Page 86**

1           VICKIE TRUDEL
2      A    Yeah, I think so.  I really
3  don't recall.  Like you are trying to make me
4  tell you numbers, but I really don't remember.
5      Q    Well, then, just say you don't
6  remember.  Please, I am just trying to get an
7  accurate -- as I said at the very beginning of
8  today's deposition, I would rather you tell me
9  you don't recall than speculate.
10           But if you're telling me two to
11 three hours, then that is the testimony you'll
12 be held to.  If that's not accurate, please
13 don't tell us that.
14           MR. PETTERSON:  Is there a
15      question?
16           MS. SCHMID:  I was responding to
17      the witness' statement.
18      Q    Would you like to change any of
19 that testimony or are you confident that you
20 spent approximately two to three hours on each
21 of these tasks per day?
22      A    I don't recall.
23      Q    Okay.
24           MS. SCHMID:  Okay.  Then I have
25      nothing further.

**Page 87**

1           VICKIE TRUDEL
2           MR. PETTERSON:  I just have one
3      follow-up question.
4
5  CONTINUED EXAMINATION BY
6  MR. PETTERSON:
7
8      Q    For all of the additional tasks
9  that you just described doing, were you paid
10 extra?
11     A    No.
12          MR. PETTERSON:  Thank you.
13     That's it for me.
14          MS. SCHMID:  Thank you so much
15     for your time today.
16          THE WITNESS:  All right, thanks.

**Page 88**

1           VICKIE TRUDEL
2
3      I, the undersigned, a Certified
Shorthand Reporter of the State of New
York, do hereby certify:
4      That the foregoing proceedings were
taken before me at the time and place
5  herein set forth; that any witnesses in
the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record
of the proceedings was made by me using
7  machine shorthand which was thereafter
transcribed under my direction;
8      That the foregoing transcript is a
true record of the testimony given.
9      Further, that if the foregoing
pertains to the original transcript of a
10 deposition in a federal case before
completion of the proceedings, review of
11 the transcript [ ] was [x] was not
requested.
12
13     I further certify I am neither
financially interested in the action nor a
14 party to this action.
15     IN WITNESS WHEREOF, I have this
date subscribed my name.
16     Dated: April 24, 2018
17
18     _____
19     Stephen J. Moore
       RPR, CRR

**Page 89**

1           VICKIE TRUDEL
2  DECLARATION UNDER PENALTY OF PERJURY
3      Case Name: BELTRAN v. INTEREXCHANGE
4      Date of Deposition: April 9,
5      2018
6
7      I, VICKIE TRUDEL, hereby certify
8  under penalty of perjury under the laws of
9  the State of New York that the foregoing
10 is true and correct.
11     Executed this _____ day of
12     _____, 2018, at
13     _____.
14
15
16 _____
17
18          VICKIE TRUDEL

VICKI TRUDEL - 04/09/2018          Pages 90..91

Page 90

```
 1                    VICKIE TRUDEL
 2              DEPOSITION ERRATA SHEET
 3              Case Name: BELTRAN v. INTEREXCHANGE
 4              Name of Witness: VICKIE TRUDEL
 5              Date of Deposition: April 9,
 6              2018
 7              Reason Codes:  1. To clarify the
 8              record.
 9                  2. To conform to the facts.
10                  3. To correct transcription errors.
11      Page _____ Line _____ Reason _____
        From _____ to _____
12      Page _____ Line _____ Reason _____
        From _____ to _____
13      Page _____ Line _____ Reason _____
        From _____ to _____
14      Page _____ Line _____ Reason _____
        From _____ to _____
15      Page _____ Line _____ Reason _____
        From _____ to _____
16      Page _____ Line _____ Reason _____
        From _____ to _____
17      Page _____ Line _____ Reason _____
        From _____ to _____
18      Page _____ Line _____ Reason _____
        From _____ to _____
19      Page _____ Line _____ Reason _____
        From _____ to _____
20      Page _____ Line _____ Reason _____
        From _____ to _____
21      Page _____ Line _____ Reason _____
        From _____ to _____
22      Page _____ Line _____ Reason _____
        From _____ to _____
23      Page _____ Line _____ Reason _____
        From _____ to _____
24      Page _____ Line _____ Reason _____
        From _____ to _____
25              DEPOSITION ERRATA SHEET
```

Page 91

```
 1                    VICKIE TRUDEL
 2      Page _____ Line _____ Reason _____
        From _____ to _____
 3      Page _____ Line _____ Reason _____
        From _____ to _____
 4      Page _____ Line _____ Reason _____
        From _____ to _____
 5      Page _____ Line _____ Reason _____
        From _____ to _____
 6      Page _____ Line _____ Reason _____
        From _____ to _____
 7      Page _____ Line _____ Reason _____
        From _____ to _____
 8      Page _____ Line _____ Reason _____
        From _____ to _____
 9      Page _____ Line _____ Reason _____
        From _____ to _____
10      Page _____ Line _____ Reason _____
        From _____ to _____
11      Page _____ Line _____ Reason _____
        From _____ to _____
12      Page _____ Line _____ Reason _____
        From _____ to _____
13      Page _____ Line _____ Reason _____
        From _____ to _____
14      Page _____ Line _____ Reason _____
        From _____ to _____
15      Page _____ Line _____ Reason _____
        From _____ to _____
16              _____ Subject to the above
17      changes, I certify that the transcript is
18      true and correct
19              _____ No changes have been
20      made. I certify that the transcript  is
21      true and correct.
22
23      _____
24              VICKIE TRUDEL
25
```

Movant's App. 000272



App. 000273

VICKI TRUDEL - 04/09/2018                                    i2

80:14

**APIA**
4:16,19 10:14 17:13,16
20:19 26:2,8,14,18,22
27:3,11,20 28:3 29:19
34:15 35:4 37:17 38:4
39:8 40:7 41:12,18 42:8,
19 63:13 64:2,9,14 67:24
68:24 70:13 72:3,10,24
73:5,16 75:24 76:10
77:13

**APIA's**
73:24

**apparent**
46:2

**appears**
10:3 18:23

**application**
10:13 72:6,9,17,18 73:6,
9 78:13,15,18

**applied**
26:2,7,13 27:6 28:3 72:3,
14

**apply**
26:10 72:12

**applying**
68:8 78:15

**appropriate**
80:6

**approximate**
84:16

**approximately**
18:9 21:20 24:13,19 28:5
30:7 50:18 54:5 55:5
82:11 83:8 84:15 85:24
86:20

**April**
8:11 65:19 66:4,8

**arrive**
42:15

**arrived**
43:12

**arriving**
43:5

**aside**
21:23 25:5 57:10

**asked**
50:4 52:12 59:16 68:16
75:9,15 76:16 79:15 85:8

**asking**
7:16 41:2,5

**assigned**
42:18 73:22 74:3 75:3

**assist**
19:17

**attached**
9:15,18

**attempt**
78:7

**attempted**
51:10 52:19

**attend**
60:23 61:3

**attended**
20:21 21:18 34:11 61:7,
10 71:5

**attending**
20:17

**attention**
80:2

**attorney**
4:13 7:9 11:18 15:22

**attorneys**
7:14,19,21 8:13 9:11
11:3 15:10,11 16:5,7,16,
23 17:5,9

**au**
4:16 8:10 17:13,15,19,23
26:18,22,24 36:7,8,11,
15,22 37:8,11 38:22
39:3,7,12,19 40:10,11
61:12,19,22 62:11 63:6,7
67:9 68:25 72:6,13,15
78:2,8,16,22 79:4,10

**August**
28:4,6 68:10

**available**
60:21 78:14

**average**
22:3 23:7 25:14 49:2
53:23 59:17

**B**

**back**
11:15 25:4 37:23,25
53:10 54:14 55:6,23 67:5
69:13,20 80:11,13

**ballparking**
85:5

**bank**
8:21,24 9:3

**based**
29:15 45:24

**basically**
50:6 76:16

**bathroom**
56:22

**bathrooms**
54:15

**becoming**
36:22

**bed**
53:8 54:25 55:4,23

**bedroom**
56:22

**bedrooms**
22:25 32:2

**beds**
54:14

**beginning**
11:19 86:7

**behalf**
58:6,8,12

**believe**
7:11 9:17 16:20,21 17:3
21:7 27:15 33:24 47:3
61:6 67:12 73:12 83:19
84:12

**best**
5:11 6:5 31:7

**better**
45:7

**big**
83:2,22,23

**bin**
74:17 81:22 82:18 83:5,

13,21,22,23

**blank**
17:2 62:13

**boring**
84:5

**bottom**
15:16

**boy**
31:6,14

**break**
5:21,23 69:13

**breakfast**
54:4,10,17

**brochure**
40:7,8,13,19 41:8 42:8
77:4

**brochures**
67:17

**brought**
14:5 80:2

**budget**
51:22,23

**buy**
51:24 52:12

**C**

**call**
77:14

**called**
4:2 49:24 75:5,6 77:19

**can't**
6:18 23:16 35:24

**Canada**
26:9 27:4 67:6

**captioned**
12:15 14:19 62:10

**car**
23:2,3 58:15,17 74:16
75:9,14,17,21 76:5 80:4
82:2

**cards**
74:18 81:22 82:18 83:5,
13,21

**care**

Movant's App. 000274

34:19 35:2 57:15,20,23
58:20 63:9 74:16 75:8,12
76:5

**case**
60:9,15,19

**cat**
31:19 57:21

**cell**
57:2,4,7

**cents**
67:22

**certain**
22:14,18 29:14 50:11
51:11 77:23

**chance**
12:3,8

**change**
25:22 86:18

**changing**
22:8

**chart**
65:24

**check**
20:7 25:8 38:17 75:23
80:5,13

**checked**
80:10

**child**
34:19 63:9 74:15 75:7,12
76:5

**children**
23:3 29:6,9,12,15,16
30:18,24 31:4,10 32:4,
11,15 35:2,3,12,13
36:14,21 58:7,8,12 60:7
72:20,22 73:4,14 75:14,
16,17 76:6

**children's**
30:25 31:8 32:7,19 44:20
74:24

**Chris**
4:13

**Christine**
11:12

**claims**
10:17,23 46:3

**clarify**
15:24

**cleaning**
53:20

**closet**
74:23,25 84:9,17

**closets**
74:21,24 81:22 82:23
84:7,10,13

**cluster**
60:23 61:2,7,13,15

**coffee**
48:7 49:17

**come**
53:9,10 54:13 55:6 69:13
77:2 78:23

**coming**
44:12

**communicate**
43:4 45:7

**communication**
17:22

**communications**
7:14,15,17

**community**
34:24 76:9 77:6,15,19

**complain**
43:24 49:24 53:5 75:2,6

**complained**
43:19,21 51:10 74:10

**complaining**
44:17

**complaint**
50:2,15,19

**complete**
14:6 70:25

**completed**
22:16,20 27:10,13

**completing**
21:10

**concerns**
47:11,14,17 49:17,18
64:21

**conducted**
28:20 34:14

**confident**
86:19

**confidentiality**
30:23

**confused**
75:10

**connect**
66:23

**Connecticut**
20:16,22 21:5,8,12 34:12
42:15 71:5

**connection**
4:22 5:2 19:11 20:18
29:10

**consent**
14:7,19 15:14,18 16:8,17
17:10

**consider**
22:11,14,15,18,19 60:16,
19

**considered**
75:12 76:4

**contact**
16:16 17:12 27:11,21

**contacted**
17:6 27:24 28:6 47:23
48:3 49:22 64:20 65:13

**contacting**
16:7 17:4,8

**contents**
7:17 15:9 16:4,15

**continue**
81:6,11

**continued**
69:19 79:23 87:5

**conversation**
53:6,16 65:5 80:16,22
81:4

**copies**
9:14,24

**copy**
64:2,5

**correct**
16:24 20:19 33:23 34:12
38:24 39:8 45:17 46:25
48:11 51:12 52:17 55:18

58:22 64:22 80:7 85:8

**costing**
51:16

**couldn't**
35:22 50:10 67:23

**counselor**
42:18 47:14,22 49:16,19
50:4 62:18 64:19 65:5
75:3,25 76:2,8,9,21 77:6,
9,15,19 80:4,10

**counselor's**
42:21 45:3 47:7 62:18
64:25 77:3 80:2

**counselors**
34:24

**couple**
79:21

**course**
35:2

**court**
5:5 83:15

**covered**
34:18

**culture**
34:23

**curfew**
50:10 53:7,13

**current**
15:11

**currently**
7:10 74:12

---

**D**

**dad**
43:17 49:23 55:12 65:9
74:9 75:20

**daily**
82:5,12 83:3

**date**
8:5,12 9:20 12:2 14:16
18:18 21:9 22:10 62:5
65:18 66:4

**dated**
14:20

Movant's App. 000275

VICKI TRUDEL - 04/09/2018
i4

**day**
9:14,23 23:6 24:23 25:13
35:24,25 42:17 45:13,14,
17,21,23 46:2,5,12 49:3
59:22 60:4 70:14 82:13,
16,20,21 83:11,16 84:16,
19,22,25 85:16 86:21

**days**
21:16 25:11 59:22 60:4
71:8 82:18,23,25 83:5,8,
10,12 84:8 85:21,23

**Deakins**
4:14

**decide**
80:18,24

**decided**
16:21 17:3 52:24 65:10
66:24 67:2 74:15 77:18
80:14 81:7

**deciding**
78:19

**decline**
28:22

**declined**
29:14

**Defendant**
4:15

**definitely**
79:17

**denied**
73:8,11,13

**Department**
63:5

**depended**
29:6

**deposition**
4:18 5:2 7:12 8:2 11:19
30:24 69:19 86:8

**describe**
31:21 32:24 33:5 45:20
53:23 59:16

**described**
11:24 14:14 18:16 59:15
62:3 80:17,23 87:9

**determine**
84:24

**determined**
69:8

**diabetic**
50:12

**didn't**
21:5 22:11 23:4,5 45:4
60:17 65:10 66:23 67:3
70:15,18,19,24 77:18
79:6 84:3

**difference**
36:10

**different**
29:2 30:15 36:6 53:21
72:17

**dinner**
54:23 56:7,9

**dinners**
31:25 32:3,4,14

**directly**
50:5

**discuss**
15:5 39:2

**discussed**
7:21 16:6 30:13 35:5
43:15 47:7 61:10

**discussing**
13:20 15:8 16:22 35:18
36:3 39:10,16 61:14
62:19 63:14

**discussion**
11:14

**discussions**
15:9 16:5,15

**dishes**
54:23

**document**
11:22,24 12:4,12,20,22
13:3,5,7,10,18,21 14:9,
12,14,19,24 15:3,5,13
17:25 18:15,16 61:25
62:3,15 70:21,22

**documents**
7:20,25 8:4 10:9,12,16
15:22 19:10 70:11,12,13
73:3

**doesn't**
62:24

**dog**
31:19 57:21

**doing**
12:5 32:7,10 43:19,20
44:7,21 48:21,23 50:7,8
53:17,20 60:7,8 68:7
74:10,12,13 75:16 87:9

**don't**
6:3,6,10,12 16:14 17:21
23:19,22 25:3 26:25 30:6
34:3 38:2,8 40:23 43:6
46:22 47:5 49:5 56:20
60:2,13 62:16 63:3,22
69:4 73:12 80:12 81:5
82:9 83:7 84:10 85:3,15,
19,20 86:3,4,5,9,13,22

**drawers**
81:23 82:24 85:8,11,12,
18,19,22,25

**drew**
17:2

**drive**
54:22 55:14,17

**driving**
22:12 23:2 31:24 54:12
76:6

**duly**
4:3

**duties**
31:21 34:20 53:2 73:17,
22,25 74:3 75:3,7 80:17,
23

**duty**
76:5

---

**E**

---

**e-mail**
7:5,7 8:6,15,17 9:10,15,
18 11:7,9 12:24 13:4,7
19:6

**e-mails**
10:20,21 11:2

**earlier**
16:6 34:10 38:21 39:6
46:23 48:8 71:4,11,16
72:2,5 73:15

**eat**

50:10,25 51:3 56:9

**effectively**
5:9

**eight**
23:9 25:17,18

**Elementary**
37:4

**empathetic**
48:7

**employed**
34:4 48:25

**enrolled**
33:23 34:2 48:9

**enter**
63:15,16

**entered**
63:21

**entering**
16:16 17:9

**entitled**
5:23 42:11

**entity**
4:19

**especially**
66:18 75:5 78:3

**everybody**
78:25

**exact**
60:2

**exactly**
13:25 77:17

**EXAMINATION**
4:7 69:22 79:23 87:5

**examined**
4:4

**example**
31:7 44:19 74:16

**examples**
44:16

**Exhibit**
11:22,25 12:4 14:13,15
15:18,23 18:2,15,17,23
25:7 61:25 62:4 65:17,23
70:4

Movant's App. 000276

exhibits
11:18

expenses
58:3

experience
36:13 37:7 72:21,23 73:4,14 79:10,16

experiences
36:20

explain
47:24

explained
73:16 75:20

extended
85:17

extra
53:21 75:7 82:5,13,15 83:17 84:19 87:10

extraordinaire
36:9,12,16 37:8,11 39:19 40:12 67:2 72:13,14 73:12 78:2,5,20

extraordinaires
66:18 67:19

---

**F**

fact
77:16 78:7 80:2

fall
73:23

families
28:9,16,23 29:15 34:20 35:6 39:4 66:17,23 73:19 78:10,12,14,21

family
10:5,10 23:8 27:16,18,21 28:13 29:6,8,10,18,22 31:16,21 32:21,24 33:5, 22 35:20,22 36:5 37:13, 19 38:7,10 46:20 47:21 48:10 49:23 50:24,25 51:21,25 52:4,7,12 53:13,25 56:23,25 57:11, 12,18 58:3,21 59:5,8,13 61:19,22 62:10,20 63:6, 16 65:9,11 66:4,9,14 68:20,25 71:18 73:22

74:4 76:17,22 77:19,24 78:17 81:7,12

family's
51:7 58:15 74:25 80:4 81:25

far
43:18

father
33:12,16,17,21,23,25 38:19 43:21,24 44:16 48:9 49:13,14,18 51:10 52:15,24 53:5,16 55:14 56:15 64:20 80:3,16,22 81:16

father's
50:2

February
18:11,12 19:8 22:16,21 59:2

fee
37:15 42:13

feel
25:7

fill
27:9 63:19

filled
72:6

find
34:23 78:4

fine
16:13

finish
5:10,11

finished
18:21 62:7

firm
4:13 7:10

first
4:3 6:23 12:19 26:2,7 27:23 28:2,6 29:21 30:14 31:20 32:23 33:4 34:25 35:3 39:22 40:2,5 47:20, 21 48:2 50:23 53:24 76:22 77:15

five
24:22 29:13,16 85:23

flew
21:4

follow
10:6 46:4

follow-up
79:22 87:3

follows
4:5 69:19

Foreign
4:15

form
14:6,8 15:11 24:17 72:22

forms
63:19

found
21:10 65:21

four
24:22 28:13 60:6 83:10, 12 85:23

frequently
24:3 48:13,17

Friday
23:10 25:19 59:19

friend
26:16,17,21 39:7,11

front
43:25

full
4:10 21:16

full-time
33:10,12 34:2,5 48:25

fun
61:11 75:18

further
69:11 79:19 86:25

---

**G**

genders
31:13

general
44:12 45:18

generally
35:10 45:19,21 51:14

getting
54:10 76:17

girl
31:6,15

give
52:4 53:21 84:4

go
11:13 18:22 20:7,9 51:24 66:20 74:4 77:7,11,15,24 78:6,9 79:6

going
30:15,25 31:3 33:19 39:19 46:4 50:9 51:17 53:8,21 66:13,14,25 73:19 75:15 76:24 77:13

good
29:9

grade
37:3,5

Great
5:20

greeting
74:18 81:22 82:18 83:5, 13,20

groceries
51:7,11,17,19,22,24 52:2,8,13,16,22,25

grocery
52:5

guess
36:7 54:18 60:6 65:15 76:19 82:14,20 83:3,14 84:9 85:5

---

**H**

hadn't
22:24

half
37:2

hand
74:16 75:10,17,21 80:4

handbook
64:3,6,11,16

happen
44:15 74:7

Movant's App. 000277

**hard**
5:22

**he's**
5:5

**head**
5:18

**hear**
6:6

**heard**
39:22 40:2,6

**held**
86:12

**help**
34:23 56:12,15,18 60:10,
15,19,22 76:10 77:8

**helping**
76:18

**highly**
46:3

**hired**
76:10

**home**
33:19 43:8,13 47:8
48:14,17,18,22 49:4,14
51:4 53:9,10 54:21 55:11
56:4,19 62:18

**homework**
54:24 56:13,16,19 60:8

**honestly**
83:25

**host**
8:18,22 9:2,6 10:5,10
23:8 30:2 33:21,22,25
34:4,7 36:5 37:13,19
38:6,19 39:4 43:21,24
44:16 46:20 48:9,24
49:12,13,17 50:2 52:24
53:5,15 56:18 61:19,22
62:10,20 63:6,16 64:20
65:11 66:4,9 68:20,25
73:22 76:22 80:3,16,22
81:12,16

**hours**
20:4 22:3 23:6,12,25
24:11,19,22 25:12,19
33:9 35:19,23,24,25
36:20 45:13,16,21 46:12,
16,19,21,24 47:4 49:5

55:2 60:3,6 63:9 64:10,
15 71:13,17,20,21,24
72:21 73:14 82:14,16,20
83:11,16,20 84:15,19,20,
25 85:16,24 86:11,20

**house**
32:19 35:15 53:18 54:14

**Houston**
32:22 42:16 43:5,12

**huge**
84:2

---

**I**

**I'LL**
5:11

**I'M**
4:13 5:4 7:16 13:25
16:18 17:2 33:18 68:21
75:22

**ideal**
29:8

**identification**
12:2 14:16 18:18 62:5

**inaccurate**
19:24 21:24 25:7

**include**
10:20

**including**
22:4

**individuals**
21:18

**initial**
39:14 47:7

**inside**
23:3

**instance**
31:5

**Institute**
4:15

**instituted**
53:13

**instruct**
46:11 51:25

**interview**
29:24 30:2,5,14 31:20

32:24 33:5 39:15

**interviewed**
28:11,12 29:22 78:10

**interviewing**
27:2

**interviews**
28:13,19

**involving**
35:13

**issue**
52:16 80:13

**issues**
76:14

**it's**
6:9 7:18 8:17 9:25 12:15
14:20 20:15 22:7 46:2,9

**its**
54:16

---

**J**

**J-1**
63:20

**January**
8:11 21:2 34:12

**Jersey**
20:14 21:3,4

**Jesse**
7:8,9 13:8,11

**job**
36:20

**join**
12:16 14:8,19 15:14,18
16:21 17:4 18:3

**junior**
37:5

---

**K**

**keep**
7:14

**kids**
22:12 29:10 31:25 54:3,
20 56:11,12 75:19

**kind**

31:18 33:7 45:5,6 48:7
65:14 74:25 76:11 83:2
84:18 85:5,14

**kindergarten**
37:5

**kitchen**
54:16 82:24 85:12,19,25

**know**
5:4,22 6:4,7,11 12:7
16:14 17:19,21 18:21
26:25 34:3 44:14 46:20,
22 47:5 49:5,21 60:2
62:7,24 70:18 80:12
84:10 85:20

**knowing**
46:18

**known**
4:16

---

**L**

**lasted**
21:15 30:8

**laundry**
31:25 32:6,7,10 44:5,6,
18,20,24 59:21,24

**lawsuit**
4:23 5:2 6:24 7:4 10:18,
23 12:16 16:21 17:4,20
18:3

**learn**
77:2

**learned**
6:24 7:3 64:19

**leave**
49:10 67:2 81:10

**led**
67:12

**left**
79:5

**legal**
76:14

**let's**
45:6 50:13

**letter**
8:20,22 9:6,11,15,18

Movant's App. 000278

VICKI TRUDEL - 04/09/2018                                          i7

**license**
  36:19 73:3

**licensing**
  79:17

**lifestyle**
  29:5

**likewise**
  6:13

**limits**
  82:21

**link**
  14:5

**list**
  52:5

**listened**
  45:5

**literature**
  38:4

**little**
  22:20 44:11 83:3

**live**
  32:21

**lived**
  10:10 33:22 59:9

**living**
  25:25 26:6 27:3 34:8
  38:9,23 39:17 45:11
  50:24 53:24 56:22 59:13
  81:6

**loading**
  15:17

**local**
  75:2

**long**
  5:24 21:14 30:5,8 36:25
  59:24 71:7

**longer**
  53:2

**look**
  11:21 14:12 18:14 61:24
  65:23 66:15 70:15 78:20,
  25

**looked**
  45:5

**looking**

29:7 39:18 46:8 66:17
70:16 77:24 78:2,5,11,22
83:25

**lot**
  49:6 82:9

---

**M**

**maintain**
  30:23

**maintaining**
  35:15

**making**
  32:4,14 54:3,9,11,15,24,
  25

**mandatory**
  76:21

**March**
  50:20,21 51:9 52:15,23
  53:4,12,16 64:19 74:9
  80:15,21 81:4,17

**marked**
  11:22,25 12:4 14:12,15
  18:2,15,17 25:6 61:25
  62:4

**match**
  27:15,21 28:7

**matched**
  27:18 28:10,11 66:14
  76:24

**maximum**
  35:24,25 42:13 63:9

**meals**
  50:25 51:2,4

**mean**
  14:2 24:6 46:7

**means**
  24:7,8

**meant**
  70:12,23

**mediator**
  76:19

**medications**
  6:21

**meet**
  28:16 61:12

**meeting**
  47:21 49:23 61:7 65:3,4,
  10 70:17 76:21

**meetings**
  60:24 61:2,10,16

**memory**
  70:25

**mention**
  41:6 42:12

**mentioned**
  77:20

**mess**
  32:19

**message**
  15:15

**messages**
  10:21,22 11:3

**met**
  7:19 48:6 49:16

**mind**
  7:15 44:21

**minimum**
  37:12,14 42:10,12 67:10
  68:13,16 72:21 73:14
  79:15

**minor**
  30:24

**minutes**
  30:11

**mom**
  8:18,23 9:2,6 49:12

**moment**
  11:23 18:20 50:14 62:6

**moments**
  12:23 13:6 59:16

**Monday**
  23:10 25:19 53:23 59:17

**money**
  39:16 52:10,12,13 53:19
  57:17,22,25 58:12 79:15

**monies**
  57:12

**months**
  22:21

**morning**
  54:3,7,19 69:25

**mother**
  34:4,8 48:25 56:18

**move**
  67:5

**multiple**
  36:20

**mundane**
  84:5

---

**N**

**name**
  4:10,12 9:3 29:18 42:22

**named**
  13:8,11

**names**
  30:25 31:8

**nature**
  9:5 49:25

**nearby**
  60:9,15,18

**need**
  5:16,21,24 44:19 77:22

**needed**
  27:9 49:22 54:12 60:10,
  15,19,22 66:18

**never**
  44:8 53:10 57:22,24
  80:13 82:19

**New**
  20:14 21:3,4

**night**
  53:9 55:5

**nine**
  23:9 25:17,18

**nodding**
  5:18

**normal**
  83:17

**Notary**
  4:4

**note**
  7:24

VICKI TRUDEL - 04/09/2018                                    i8

**notice**
12:16 18:2

**notified**
81:7

**November**
14:20,24 29:23

**number**
35:19 45:12,22 64:10,15

**numbers**
86:4

———————————————

**O**

**objection**
21:21 23:14 24:14,16
42:2 57:19 62:21,23
71:14 73:10

**obligation**
63:8

**occasionally**
71:12

**occur**
24:10 74:8

**occurred**
50:19

**office**
33:19 48:23

**official**
70:13,22

**Ogletree**
4:14

**oh**
13:9 16:11 56:4 75:22

**okay**
4:19 5:13,18,19 6:2,9,17
7:18,22,23 9:22 10:7
12:6,11 14:17 15:20,24
16:2 17:7 18:19,22,23
20:11 25:24 31:8,9 45:6,
10 46:6 54:8 62:8 63:25
64:18 70:10,12 77:20
86:23,24

**old**
31:6,14,15

**on-line**
27:8

**once**
9:23 44:7,21 49:20 53:11
61:4

**ones**
77:12 78:19

**open**
8:24 9:3

**opinion**
79:8

**order**
5:8 7:25 20:9

**organizational**
84:6

**organize**
85:8

**organized**
46:17 74:22 81:24

**organizing**
81:21 82:24 84:7,13,17
85:11,14,22,25

**outlines**
63:7

**outside**
74:4,15

**overflowing**
85:13

**overnight**
49:8

**overseeing**
76:12,16

**overtime**
71:23

———————————————

**P**

**page**
14:8 15:13,19,23 70:7

**pages**
15:17

**paid**
70:11 71:9,23 87:9

**pair**
4:16 8:10 26:18,22,25
36:8,9,11,15,22 37:8,11
39:7,12,19 40:11 61:19,
22 67:9 72:7,13,15 78:8,

16,22 79:4,10

**pair's**
63:8

**pair/companion**
62:11 63:6

**pairs**
17:13,16,20,23 38:22
39:3 61:12 68:25 78:2

**parameters**
73:24 74:5

**parents**
30:3,17 31:2 33:10

**part**
53:2 63:18 65:11 75:7
76:4

**part-time**
33:14

**participants**
17:20

**participate**
26:2,7,18,22,24 27:7

**participating**
17:16

**participation**
10:14 20:18

**passage**
6:11 44:14

**pay**
57:7 58:5,10 68:25 77:25
79:12

**paying**
50:8 53:19 66:25 69:3
74:11

**pending**
5:25

**people**
77:25

**perfectly**
6:9

**perform**
81:15,20

**performance**
64:21

**performing**
57:18

**period**
8:8 66:19 78:4 85:17

**permitted**
51:3,6,12 58:14

**person**
14:3 28:17 48:6

**personal**
58:12,15,18

**pertain**
10:9,13

**pertaining**
10:4

**pets**
31:16,18 57:15,23 58:21

**PETTERSON**
9:17,25 11:12 21:21
23:14 24:14,17 42:2 46:7
57:19 62:21,24 69:12,16,
21,23 79:19 86:14 87:2,
6,12

**phone**
28:21 32:23 39:14 57:2,
5,7

**pick**
55:8

**picked**
55:12

**pictures**
44:4,25

**piles**
44:5

**piling**
44:25

**place**
20:12,13,25 21:12 22:13
29:8 31:22 51:10 54:16
58:25 81:4

**placed**
23:7 29:19

**planner**
8:5,13 9:14,23 21:9
22:10 45:15,17,21 46:2,
5,12 70:14 84:22,25

**planners**
9:20

Movant's App. 000280

VICKI TRUDEL - 04/09/2018

i9

**please**
5:17,25 6:7 18:20 26:5
33:3 41:16 62:2,7 70:3,6
86:6,12

**pocket**
58:6,11

**point**
69:17 76:13

**portal**
27:8 77:13 78:18 79:2

**possession**
70:19

**possible**
63:21,24

**possibly**
30:12 71:22

**potential**
27:21 28:7

**practice**
54:23 55:21

**prepare**
7:25

**prepared**
19:4

**preparing**
18:25 19:11,15 70:17

**Pretty**
59:20

**price**
67:2

**print**
8:19

**prior**
15:6 16:7,16,22 36:22
43:22 50:15 53:12

**private**
56:21

**privileged**
7:16,22

**probably**
66:13,20 78:24 85:23

**problem**
15:17 77:20

**proceedings**
69:17

**process**
27:14 65:15 66:12 77:10,
21

**produce**
9:24 46:10

**produced**
9:19

**profile**
27:9,11,14

**program**
10:14 17:17 26:3,8,19,23
39:8 63:18 67:14,18 72:3
76:23

**prohibited**
37:18 38:5

**project**
83:2,4

**projects**
84:21

**prompted**
46:15

**properly**
74:22 76:24

**prove**
44:25 72:19

**provide**
6:15,19 35:20 51:21
56:25 63:8

**provided**
8:12 9:10 11:2 19:21

**providing**
4:22

**Public**
4:4

**pull**
70:3

**purchase**
51:22 52:2,25

**purchased**
52:8

**purchasing**
51:18 52:9,10,17,20

**put**
45:22

**putting**
50:10

_____

**Q**

**qualifications**
68:17

**qualified**
37:8

**qualify**
36:15

**question**
5:10,12,24 6:4,6,14 7:13
16:2,25 20:6,9,10 21:23,
25 22:2,17 24:18 25:5,9
26:4 33:2 37:20,24 39:24
41:15 42:3 58:9 65:16,25
68:22 70:7 86:15 87:3

**questions**
16:12 17:5 19:18 25:21
69:14,25 76:14,15 79:20

**quick**
66:19

_____

**R**

**raise**
47:16 49:18 64:20

**raised**
47:10,13 49:17

**rate**
66:16,21 67:11,13 68:14
77:25 78:6 79:7,13

**reaching**
15:10

**read**
25:13 37:22,24 42:8 77:5

**reading**
38:3 42:9 68:3

**reads**
22:3 25:11

**ready**
18:22 54:10

**really**
35:12 45:4 66:23 83:23
84:5,10 86:2,4

**reason**
6:18

**reasonable**
54:25

**reasons**
16:6 29:2,3

**recall**
6:10 7:3,6 12:19 13:15,
20,23 14:23 15:10 16:6,
10 17:8 18:3,6,9,25 19:4,
14 20:17,24 21:11,14,17
23:16,23,24 24:3 26:13
27:2,17,23 28:2,5,25
29:3,21 30:6,7,13 31:11
32:2 33:8,25 34:7,17
35:6,9,17 36:2 38:2,3,8,
15 39:10,16,21,25 40:8,
13,19,23 41:3,9,11,17,23
42:4,9,21 43:6,11,15
44:3,9,15,18 45:2,8
46:15 47:6,10,13 48:4,
13,16,20 49:2,25 50:18
51:14 52:19 53:15 55:3
58:24 59:5 60:13 61:4,9,
14,18,21 62:14,16,17
63:3,13,23 64:5,8,13,24
67:20,23 68:3,11,18,23
69:4,6 71:4,11,16 72:2,5
73:15 79:11 80:9 81:3,5
82:9 83:7 85:15,20 86:3,
9,22

**receive**
13:2 36:5 37:12 38:11,18
39:17 42:11 57:12,17
81:11

**received**
8:18 11:17 12:23 13:7,
11,14,21,24 14:4 18:6,10
19:6 38:15 39:12 45:25
57:11,22,25 73:21

**receiving**
17:25 18:4 37:18 38:5
39:4 62:14 64:5

**recess**
69:18

**recommended**
68:19,24

**recommending**
64:9,14

**record**

Movant's App. 000281

VICKI TRUDEL - 04/09/2018                    i10

5:15 11:13,14,16 12:15
14:18 20:11 22:2 25:10
42:25 62:9 69:20

**refer**
4:19 13:5 25:18 31:2,3
70:24

**reference**
76:13

**referred**
11:18 26:15,17,21 39:7

**referring**
8:9,15 9:16 11:10 14:7
15:21 20:3 29:12 32:4,7
59:10 84:21

**reflected**
84:21,25

**refused**
82:3

**regard**
35:7

**regarding**
27:21 28:7 80:6

**regulations**
40:21 41:6,7,25 42:6

**reimburse**
52:7

**reimbursed**
58:2

**relating**
70:11

**relevant**
10:17,22

**rematch**
65:12 66:9,12,19 77:10,
12,22 78:8,9 79:3 80:14,
19,25 81:8

**remember**
21:5 23:5,19,22 24:8,12
25:3 30:16 35:25 41:5
56:20 63:20 70:15 85:3
86:4,6

**repeat**
6:7 16:25 22:17 26:4,20
33:2 37:20 39:24 41:15
42:3 48:15 58:9 61:20
64:12 65:21 71:15 72:4
80:20

**rephrase**
6:5,13 50:17

**reporter**
5:5 37:25 83:15

**represent**
4:14

**representative**
27:20

**representatives**
27:3 34:15 35:5,18 36:3
37:17 68:19,24 73:16

**represents**
7:10

**request**
9:14 46:5

**requested**
37:24 80:3 81:17

**requesting**
80:18,24

**required**
23:17,20 24:4,20,24,25
63:15,16 81:9

**requires**
63:5

**requisite**
72:25

**research**
68:7 70:16

**resided**
48:10

**residing**
43:8

**respond**
14:3 21:3

**responded**
20:14 22:5 25:15

**responding**
13:23 86:16

**response**
20:5 22:6,9 25:16,22
45:3,8 48:4 64:25 65:16

**responses**
5:16 18:24 19:2,5,11,15,
23 20:2 21:24 25:6 65:24

**responsible**
32:10,14,18 57:14

**responsive**
10:2,4 46:3,9

**rest**
59:18

**restrictions**
51:11

**resume**
73:4

**revealing**
16:4

**review**
7:24 8:4 9:23 11:23 12:3,
8 18:20 19:10 62:6 67:24
68:6

**reviewed**
7:19 13:18

**reviewing**
9:20 13:15 21:9

**revise**
52:20

**ridiculous**
50:12

**right**
12:5,16 18:3 87:16

**role**
76:7 77:3,10

**Rotang**
7:8

---

**S**

**S-A-R-I-T-A**
43:2

**Sarita**
42:23

**satisfied**
43:17

**Saturday**
23:18 25:2

**saw**
76:11

**saying**
5:7 15:16 49:22 52:11

77:6

**says**
20:12

**schedule**
32:25 33:6 49:3 53:24
59:15,17 82:5,12

**Schmid**
4:8,13 9:13,22 10:3
11:15 14:18 24:15 25:10
37:22 45:24 50:16 62:9,
22 69:10,15,20 71:14
73:10 79:21,24 86:16,24
87:14

**school**
29:9,11 33:20,23 34:2
37:4 48:9 54:11,12,21,22
55:7,9,11,15,23 56:3,5

**science**
85:4

**Sean**
9:13,23 45:24

**second**
11:13

**see**
50:3 63:11 78:18

**seeing**
12:19

**seen**
12:12 62:25

**send**
73:2

**sender**
13:24

**sent**
7:6 8:18 10:24 11:5 14:4
15:22 73:3

**September**
7:2 12:21 13:11

**service**
57:8

**services**
35:20 63:9

**session**
34:11

**set**
37:15 40:15,21 41:14,20,

Movant's App. 000282

Case 1:14-cv-03074-CMA-KMT   Document 107   Filed 09/05/18   USDC Colorado   Page 35



App. 000283

29:13

**television**
60:12,14

**tell**
7:18 30:17 37:17 86:4,8,
13

**telling**
41:12,18,24 42:5 86:10

**Tennant**
42:23 43:5,7,12,25

**terms**
13:17 15:2

**testified**
4:5,25 12:23 34:10 38:21
39:6 46:23 48:8,24 79:25

**testifying**
6:25 71:4,11,16 72:2,5
79:11

**testimony**
4:22 6:16,19 45:25
86:11,19

**Texas**
32:22 42:16 43:5,12

**text**
10:21,22 11:3

**thank**
9:22 25:24 43:3 69:16,24
71:3 79:20 87:12,14

**thanks**
87:16

**thing**
74:25

**things**
22:11,14 23:2 34:19
35:13 44:5,11 50:11
52:18 74:14 81:22

**think**
16:18 19:9 23:4 25:13
34:25 46:9 55:7 61:5
86:2

**thinking**
22:11

**thought**
22:24 70:12,23 79:14

**three**
24:22 82:14,16,19 83:10,

12,16 84:19 85:16 86:11,
20

**tidied**
81:23

**tidy**
54:14 74:21

**tidying**
22:25 31:25 32:18 54:16
81:21 82:23

**time**
6:12,23 8:6,7,8,10 9:2,7
10:5,9 12:6,10 13:14,18
15:3 19:14 21:6,8 22:25
26:10 28:10 29:8 30:3
31:11 32:17 37:16 39:22
40:2,5 44:15 45:3,9
47:14,18,20 48:2,21
49:11 50:2 51:15 53:22
54:5 55:3,22,24 56:2
64:25 66:19 67:5,8 68:12
69:11,25 75:21 77:23
78:4 82:5,7,11 84:3
85:10,17 87:15

**times**
47:18 49:9

**today**
4:22 5:7,21 6:9,16,19
22:6,9,15,19 25:16 45:25
63:23 87:15

**today's**
4:18 7:12,25 11:19 30:24
86:8

**told**
11:4,6 67:15,16 73:24,25

**top**
63:4 72:23

**topics**
34:17

**touches**
7:13

**track**
45:12,21 46:12,16 64:9,
15

**tracked**
45:16 46:21

**training**
20:12,13,18,21,24 21:12,
15,18 34:11,14,18 35:18

36:3 37:16 41:12,18,24
42:5,14,17 64:8,14
68:18,23 71:5,7,9 72:20,
22,25 73:16,25 77:5

**transcribing**
5:6

**traveled**
49:6

**traveling**
49:12

**tried**
47:24

**Trudel**
4:1,11 5:1 6:1 7:1 8:1 9:1
10:1,8 11:1,17,25 12:1
13:1 14:1,15 15:1 16:1
17:1 18:1,17 19:1 20:1
21:1 22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1 45:1
46:1,11 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1,4 63:1
64:1 65:1 66:1 67:1 68:1
69:1,24 70:1 71:1 72:1
73:1 74:1 75:1 76:1 77:1
78:1 79:1,22 80:1 81:1
82:1 83:1 84:1 85:1 86:1
87:1

**true**
78:13

**truthful**
6:19

**try**
45:6 65:12

**trying**
30:23 82:20 86:3,6

**turn**
25:4 70:6

**TV**
60:17

**twice**
44:6,24 49:20 53:11

**two**
21:16 22:20 30:21 31:10
36:6 37:2 43:14 60:2,4

66:22 71:8 76:22 82:14,
15,19 83:16 84:19 85:16
86:10,20

**type**
31:21

**types**
34:19

**typically**
56:9

---

**U**

**U.S.**
9:9 20:12 63:5

**ultimately**
29:19

**understand**
4:21 6:4,12 13:17 15:2
32:9,13,17 67:8 68:21
73:23 76:7 77:9

**understanding**
72:16

**understood**
37:11 71:3

**unemployed**
33:16,17

**unfair**
47:25

**Unpaid**
12:17

**unsigned**
62:13

**use**
30:25 31:7 51:6,12
58:14,15,17,18 70:19

**usually**
48:22

---

**V**

**vacation**
22:4 57:21 58:21,24
59:3,10

**vacations**
59:9,12

---

VICKI TRUDEL - 04/09/2018                    i13

**vague**
31:24

**Vaguely**
45:14

**vary**
38:13

**verbal**
5:15

**Vicki**
4:11,12

**VICKIE**
4:1 5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1 84:1
85:1 86:1 87:1

**view**
78:13,14

**Visa**
63:20

**visas**
76:15

**visit**
43:7,16 47:7,11 62:18

**visited**
43:13

---

**W**

**Wages**
12:17

**waiting**
22:13 50:4

**waking**
54:2,3,9

**walk**
55:11

**want**
16:14 20:9 65:11 67:3
77:18 79:3,6

**wanted**
15:24 44:23 65:12 74:18,
20 75:20 77:7 78:19 84:3

**wash**
75:20 80:4 81:25

**washing**
74:16 75:10,17

**wasn't**
37:14 40:25 43:17 44:23
45:18 49:4 50:7 51:23
52:9,10 53:17 70:22
72:20 74:10,23 75:19
76:3 79:7 85:4

**watching**
60:11,14,17

**way**
30:22 31:6

**website**
38:4 67:25 68:4,6,11
69:6

**week**
20:4 22:4 33:9 35:19,23
36:5 37:13,15,19 38:6,
11,12 39:20 40:10,11
44:6,7,20,21,24 46:19,24
47:4 57:10,25 59:3,18,22
60:6 63:10 66:16,21
67:4,10,18,19 71:13,21,
24 79:12 81:2 84:10,11,
13,14,16

**weekend**
9:19 23:11,13,15,25 24:8

**weekends**
24:4,11,21,25

**weekly**
32:25 33:6 39:23 40:3,6,
14,20 41:13,19 42:9 67:9
68:4,12 69:7 81:12

**weeks**
28:8 43:14 49:10 76:23
81:13

**went**
50:3 54:25 55:4,23 59:6

65:8 70:25

**weren't**
66:17,25 75:7

**What's**
24:15 62:22

**whoops**
15:16

**willing**
79:9

**witness**
4:3 9:16 87:16

**witness'**
86:17

**word**
6:13

**words**
5:17

**work**
22:3,12,15,19 23:4,5,7,
15,17,20 24:4,11,20,24,
25 25:13 33:10,12,14
43:18 46:19 49:3,6,13
60:16,20 71:12 81:9 84:2

**worked**
25:11 36:23 39:7 46:24
47:3 64:10,16 71:17,24

**working**
39:12 45:13

**works**
77:21

**wouldn't**
85:2

**written**
8:21,23 9:6 63:7,15,17

---

**Y**

**yeah**
15:15 19:25 20:15 33:7
35:21 36:6 41:5 43:17
46:7 49:9 51:13 54:9,18
56:11 63:18 73:18 76:19
77:11,14 78:24 83:17
84:14 86:2

**year**
31:6,14

**years**
37:2

**you'll**
86:11

**you're**
4:21 15:21 41:2,4 86:10

**you've**
48:8

**younger**
29:16

---

Movant's App. 000285

EILEEN GEOFFROY - 04/06/2018

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2
    Civil Action No. 1:14-cv-03074-CMA-KMT
3   _____

4   VIDEO CONFERENCE DEPOSITION OF:   EILEEN GEOFFROY -
                                      APRIL 6, 2018
5   _____

6   JOHANA PAOLA BELTRAN; et al.,

7   Plaintiffs,

8   v.

9   INTEREXCHANGE, INC.,; et al.,

10  Defendants.
    _____

11

12          PURSUANT TO NOTICE AND AGREEMENT, the video

13  conference deposition of EILEEN GEOFFROY, was taken on

14  behalf of the Defendant at 1700 Lincoln Street, Suite

15  4650, Denver, Colorado 80203, on April 6, 2018, at

16  9:35 a.m., before Joann M. Hansen, Registered

17  Professional Reporter, Certified Realtime Reporter and

18  Notary Public within Colorado.

19

20

21

22

23

24

25

Movant's App. 000286

EILEEN GEOFFROY - 04/06/2018                    Pages 2..5

---

Page 2

```
 1           A P P E A R A N C E S
 2  For the Plaintiff:      DAWN SMALLS, ESQ.
                            Boies, Schiller & Flexner LLP
 3                          575 Lexington Avenue
                            7th Floor
 4                          New York, New York 10022
                            (212) 754-4216
 5                          dsmalls@bsfllp.com
 6  For the Defendant:      STEVEN R. REID, ESQ.
    American Institute for  Ogletree, Deakins, Nash, Smoak &
 7  Foreign Study           Stewart, P.C.
                            1700 Lincoln Street
 8                          Suite 4650
                            Denver, Colorado 80203
 9                          (303) 764-6812
                            steven.reid@ogletree.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 3

```
 1                  I N D E X
 2  EXAMINATION OF EILEEN GEOFFROY:              PAGE
    April 6, 2018
 3
    By Mr. Reid:                                 4, 46
 4
    By Ms. Smalls:                               43
 5
 6                                             INITIAL
 7  DEPOSITION EXHIBITS                        REFERENCE
 8  Exhibit 1   Consent to Join                    10
 9  Exhibit 2   Notice of your Right to Join       11
                Lawsuit for Unpaid Wages
10
    Exhibit 3   Questionnaire                      12
11
    Exhibit 4   Host Family and Au Pair/Companion  17
12              Agreement
13  (Attached to deposition transcript.)
14
15
16
         QUESTIONS DEPONENT INSTRUCTED NOT TO ANSWER
17                      (None)
18
            INFORMATION TO BE PROVIDED
19                      (None)
20
21
22
23
24
25
```

---

Page 4

```
 1          WHEREUPON, the following proceedings were
 2  taken pursuant to the Federal Rules of Civil Procedure.
 3          (Deposition Exhibit 1 through Deposition
 4  Exhibit 4 were marked prior to the commencement of the
 5  deposition.)
 6               EILEEN GEOFFROY,
 7  having been first duly sworn to state the whole truth,
 8  testified as follows:
 9               EXAMINATION
10  BY MR. REID:
11      Q.   Good morning, Ms. Geoffroy.
12      A.   Good morning.
13      Q.   My name is Steve Reid.  I'm an attorney with
14  the Ogletree Deakins law firm.  We represent the
15  defendant, American Institute for Foreign Study doing
16  business as Au Pair in America.  Since my client's name
17  is pretty long, I'm going to refer to my client as
18  APIA, or Au Pair in America.  So when I say APIA, or Au
19  Pair in America, I'm referring to the American
20  Institute for Foreign Study doing business as Au Pair
21  in America; is that clear?
22      A.   Yes.
23      Q.   We're here today so I can take your
24  deposition.  As you probably know, the purpose of the
25  deposition is for me to ask you questions and for you
```

---

Page 5

```
 1  to answer those questions under oath; do you
 2  understand?
 3      A.   Yes.
 4      Q.   Your answers today can be used in this case
 5  as if you were testifying in front of the judge; do you
 6  understand that?
 7      A.   Yes.
 8      Q.   Do you understand that you've been sworn to
 9  tell the truth, the whole truth, not partial or
10  half-truths?
11      A.   Yes.
12      Q.   As I ask you questions, I'm going to ask you
13  to keep a few instructions in mind, please.  First,
14  it's necessary that you respond orally and out loud to
15  my questions; do you understand that?
16      A.   Yes.
17      Q.   You've already been doing a good job of that.
18  Just keep in mind the court reporter is taking down
19  everything we say.  Gestures and head nods just cannot
20  be recorded.
21          If you don't hear a question, say so and I
22  can repeat it.  If you don't understand a question, say
23  so and I can rephrase it.  If you don't know or
24  remember the information necessary to answer a
25  question, just simply say so.
```

---

Movant's App. 000287

Page 6

```
1          If you answer a question I'll assume you
2   heard it, understood it, and have given me your best
3   recollection; do you understand all of that?
4       A.   Yes.
5       Q.   If you need to take a break, simply tell me
6   you need to take a break and I'll accommodate you.  The
7   only thing I ask is you answer any question that is
8   pending before you take a break.  You may not take a
9   break while a question is pending, you must first
10  answer any question; is that fair?
11      A.   Yes.
12      Q.   So the same for speaking with your attorney,
13  if you need to speak with her at any time, I simply ask
14  that you wait until you answer my question that's
15  pending.
16      A.   Okay.
17      Q.   Participation and attendance at this
18  deposition is limited to yourself, the attorneys and
19  the court reporter, and no one else is allowed to
20  participate or attend the deposition; is that clear?
21      A.   Yes.
22      Q.   I know that we had -- it looks like we had
23  somebody in the room for a moment.  If people continue
24  to enter the room, I just ask that you instruct them to
25  please leave the room.
```

Page 7

```
1       A.   Yeah, they're just getting out --
2       Q.   That's fine.
3       A.   -- for the day.
4       Q.   Is there any reason that you can't give
5   truthful and complete testimony in this matter?
6       A.   No.
7       Q.   Do you understand the instructions that I've
8   given you?
9       A.   Yes.
10      Q.   Are you under the influence of any
11  prescription or nonprescription drug which could
12  prohibit you from giving truthful and accurate
13  testimony?
14      A.   No.
15      Q.   Are you taking any medications that affect
16  your memory?
17      A.   No.
18      Q.   Do you consider yourself having a good
19  memory?
20      A.   Yes.
21      Q.   What languages do you speak?
22      A.   What what?
23      Q.   What languages do you speak?
24      A.   English and French.
25      Q.   Are you able to read English?
```

Page 8

```
1       A.   Yes.
2       Q.   Did you discuss this case with anyone other
3   than your attorneys before coming to this deposition?
4       A.   No.
5       Q.   Did you review any documents before this
6   deposition?
7       A.   Like e-mails.
8       Q.   You reviewed some e-mails?
9       A.   Yes.
10      Q.   And what did these e-mails consist of?
11      A.   My first contact with my host family.
12      Q.   Any other e-mails?
13      A.   No.
14      Q.   Have you provided the e-mail with -- contact
15  with your host family to your attorneys?
16      A.   No.
17      Q.   How did you learn about this lawsuit?
18      A.   I received an e-mail, I don't remember who it
19  was from, but letting me know that there was a lawsuit
20  against Au Pair in America, and that they were looking
21  for au pairs who might have been affected to join.
22      Q.   Have you received the exhibits for this
23  deposition from your counsel?
24      A.   Exhibits?
25      Q.   Did you receive an e-mail?
```

Page 9

```
1          MS. SMALLS:  She hasn't.  She hasn't.  We
2   received them late last night, but I can forward them
3   to her now.
4          MR. REID:  If you don't mind, Counsel.
5       Q.   (BY MR. REID)  We've pre-marked some exhibits
6   that counsel is going to send to you and I'm going to
7   introduce a couple of these exhibits into the
8   deposition.  And then I'm going to ask you about them
9   once you've had a chance to open them up.
10      A.   Should I do it in front of you when I read
11  them?
12      Q.   (BY MR. REID)  Once you get the e-mail from
13  your counsel, I will discuss which files to open and
14  then we'll discuss the particular file.
15      A.   Okay.
16         MS. SMALLS:  I just sent it.
17         MR. REID:  Thank you, Counsel.
18      Q.   (BY MR. REID)  I'm sorry, I saw your mouth
19  move but I didn't hear anything.  Did you say
20  something?
21      A.   I still haven't received it yet.  Do you know
22  what address you sent it to?  Oh, I just got it.  Okay.
23      Q.   There should be four files that say Ex 1,
24  Ex 2; do you see that?
25      A.   Yes.
```

Movant's App. 000288

EILEEN GEOFFROY - 04/06/2018          Pages 10..13

Page 10

1    Q.   The "Ex" stands for exhibit, so we'll start
2    and look at Exhibit 1.  Will you please open up that
3    file.
4         A.   Okay.  I have it.
5         Q.   Ms. Geoffroy, this is Exhibit 1, a document
6    that has previously been marked as Exhibit 1, I'm
7    sorry.  And it's your consent to join the lawsuit.
8    Have you seen this document before?
9         A.   No.
10        Q.   You don't remember ever looking at it -- I
11   know it's been a while, you don't remember ever looking
12   at this?
13        A.   I don't remember.
14        MS. SMALLS:  Counsel, if I can just point out
15   that she would have seen it or engaged with this
16   document in a different format.  It wouldn't have
17   looked like this.
18        MR. REID:  Okay.
19        MS. SMALLS:  She would have completed it
20   online.
21        MR. REID:  Okay.  Thank you, Counsel.
22        THE DEPONENT:  It's an online form?
23        Q.   (BY MR. REID)  Can you just review it for me?
24        A.   Yes.
25        Q.   And let me know whether it's your signature

Page 11

1    on the form and whether you're familiar with the
2    information that you input into the online form?
3         A.   Yes, that's my signature.
4         Q.   So after reviewing this document, can you
5    tell me generally what it is?
6         A.   Consent to join this lawsuit.
7         Q.   And is the information on the form related to
8    you, correct and accurate?
9         A.   Yes.  Yes.
10        Q.   Let's turn to Ex 2, Exhibit 2, please.  Do
11   you have that open?
12        A.   Yes.
13        Q.   This document has previously been marked as
14   Exhibit 2.  Are you familiar with this document?
15        A.   I don't remember this one.
16        Q.   Can you take a moment to review the document
17   and see if you recall seeing this or something similar
18   to this in a different form?
19        A.   (Deponent perused document.)  Yes, I remember
20   reading the content about joining the lawsuit.
21        Q.   If you look at the top of this document, it
22   says Notice of Your Right to Join Lawsuit for Unpaid
23   Wages.  Earlier you said you received an e-mail about
24   the lawsuit.  Was this contained in the e-mail?
25        A.   I think it might, yes.  It might have.

Page 12

1         Q.   After you received this a -- I'm sorry?
2         A.   That was a while ago, so I'm not exactly
3    sure, but it probably was part of it, showing me how I
4    received it.
5         Q.   Do you remember looking at this document or
6    being familiar with it before signing the consent to
7    join?
8         A.   Yes, those words and -- yes.
9         Q.   Now I'd like to look to Ex 3, Exhibit 3.
10        A.   Yes.
11        Q.   Have you seen this document before?
12        A.   Yeah, that's the -- from the form I filled
13   out, when I received the initial e-mail.  I remember
14   these questions.
15        Q.   So how would you describe what this document
16   is, in your own words?
17        A.   It's a --
18        MS. SMALLS:  Objection.
19        Q.   (BY MR. REID)  You can answer.
20        A.   It's how I remember my experience as an au
21   pair, when I was an au pair.
22        Q.   Was this translated into French for you or
23   did you respond to the questions in English?
24        A.   I responded in English.
25        Q.   Were there any questions that you did not

Page 13

1    understand?
2         A.   No.  There were questions that I wasn't sure
3    about, but I understood everything.
4         Q.   Did you complete the answers to the questions
5    in this document?
6         A.   Yes.
7         Q.   When did you complete these -- the survey?
8         A.   I don't know.  It was about a year ago, I
9    think.
10        Q.   And do you know about how long it took you to
11   complete the survey?
12        A.   Yeah.  30 minutes.
13        Q.   Did you rely on any documents meaning
14   e-mails, texts, anything like that, to answer the
15   questions?
16        A.   Yeah.  I looked up a couple e-mails.
17        Q.   And which e-mails did you look at?
18        A.   Sharing with my host family about schedule,
19   because I did not remember exactly, so . . .
20        Q.   Any other e-mails?
21        A.   I looked for e-mails from Au Pair in America,
22   and I couldn't find anything.  I guess it was all in
23   paper format.  So I don't have any trace of my
24   communication with Au Pair in America, so no, I looked
25   for it, but it's not there.

Movant's App. 000289

Page 14

1    Q.   Did you provide the e-mail about the schedule
2  with your host family to your attorneys?
3    A.   No.
4    Q.   Did anyone help you when you answered this
5  survey?  Did anyone give you assistance?
6    A.   No, I did it by myself.
7    Q.   Are the answers that you provided accurate?
8    A.   Yeah, as far as I remember.  I mean, I tried
9  to answer -- I said I was paid 200 a week, and I think
10 it was more like 197, but, yeah, it's as close as I
11 remember.  This was seven years ago, so . . .
12   Q.   When did you participate in the APIA au pair
13 program?
14   A.   October 2011 to July 2012.
15   Q.   And was it for just one family?
16   A.   One family.
17   Q.   And what was that family's last name?
18   A.   They were great.
19   Q.   And what was their surname, their last name?
20   A.   ████.
21   Q.   So October to July, so about nine or ten
22 months; does that sound accurate?
23   A.   Yes.
24   Q.   And why did your placement with the ████
25 family conclude?

Page 15

1    A.   I was going to start a business course in
2  France.  I actually looked that up because I couldn't
3  remember exactly why it wasn't a full year.  So I
4  looked up my e-mail communication with the family and
5  that's why it was short.  They knew about it when they
6  chose me that it will be a shorter stay.
7    Q.   How did you locate the host family?
8    A.   They located me.  They reached out to me
9  through the Au Pair in America website.
10   Q.   So can you just briefly sort of describe this
11 match process and how that worked?
12   A.   I created a profile on the website, I had to
13 make videos talking about myself, and then families
14 would reach out to au pairs they're interested in.  And
15 that family, the ████ family, reached out to me and I
16 said I can serve you, and we matched.
17   Q.   Did you interview with the ████ or others?
18   A.   I had interviewed with a couple other
19 families, too, yeah.
20   Q.   And did APIA participate in any of those
21 interviews?
22   A.   No.  Not directly, no.
23   Q.   When you say "not directly," did they
24 participate in any indirect way?
25   A.   I had an interview with the Au Pair in

Page 16

1  America in Paris, where they talked to me about the au
2  pair experience and gathered information about me.
3    Q.   And then when you interviewed with the ████
4  family, let's say, was APIA involved in any way,
5  directly or indirectly, with that interview meeting?
6    A.   No, but every time I talked to the family,
7  then I would be in contact with someone from Au Pair in
8  America in Paris, so we would talk about how it went
9  and -- I don't remember specific details, but I was
10 aware and in contact during the entire process with
11 someone from Au Pair in America in France.
12   Q.   Did any APIA representative tell you with
13 whom you needed to match?
14   A.   No.
15   Q.   And how did you decide to match with the
16 ████ family?
17   A.   I just liked them when we talked on Skype and
18 it felt right.
19   Q.   So you and the family agreed to match,
20 correct?
21   A.   Yes.
22   Q.   Before you were placed with the family, did
23 you participate in any orientation or training?
24   A.   Not -- after I matched with the family?
25   Q.   After you matched, but before you actually

Page 17

1  went to their home, did you have training?
2    A.   No.
3    Q.   Did you ever have any orientation or training
4  through the au pair program?
5    A.   No, just that one interview, that took a few
6  hours.
7    Q.   Will you please pull up Exhibit 4, Ex 4.  Do
8  you have that pulled up?
9    A.   Yes.
10   Q.   Have you seen this document before?  I know
11 it's been some time.
12   A.   Probably, yeah.
13   Q.   Can you review -- sorry, before I say that,
14 what is this document, based on your review of it and
15 looking at it?
16   A.   It is an agreement between the host family
17 and Au Pair in America.
18   Q.   Do you remember signing this document?
19   A.   I don't right now.
20   Q.   Will you please review the contents and let
21 me know if there's anything in this document that's
22 inconsistent with the au pair program guidelines?
23   A.   (Deponent perused document.)
24        MS. SMALLS:  Objection.  What is the
25 question?

Page 18

1    MR. REID:  I want her to review the document
2   and want to know if there's anything inconsistent with
3   the au pair guidelines.
4       MS. SMALLS:  Isn't that a legal analysis?  I
5   mean, is there a specific question or a specific
6   something that you want to ask her, rather than making
7   an over -- like a general analysis of clients and
8   program guidelines.
9       Q.   (BY MR. REID)  So Ms. Geoffroy, will you
10  please review this document and let me know if there's
11  anything that's inconsistent with your understanding of
12  how the au pair program through APIA was run.
13      MS. SMALLS:  Objection, same objection.
14      A.   Yeah, I don't know.
15      Q.   (BY MR. REID)  Let's look down to -- you see
16  there's bullet points there, the little white boxes.
17  Let's look down to the fifth bullet point, and I'll
18  read that.  It says:  I understand that an au pair is
19  to receive, at a minimum, the weekly stipend as
20  stipulated by regulations governing au pair programs
21  and set forth in Au Pair in America's program
22  materials.
23      A.   Right.
24      Q.   Doesn't that mean the minimum, 195.75, is the
25  lowest amount a host could pay and that a host family

Page 19

1   could pay more?
2       MS. SMALLS:  Objection.
3       Q.   (BY MR. REID)  You can answer.
4       A.   I don't know, to me it sounds like you're
5   telling the host family that they can only pay us 195,
6   which is a pretty low wage.
7       Q.   What's your understanding of the word
8   "minimum"?
9       A.   That it can go over.
10      Q.   Aside from this agreement, Exhibit 4, did you
11  enter into any other agreements or contracts with the
12  host family?
13      A.   I don't remember.
14      MS. SMALLS:  Objection.  She never said she
15  signed this -- signed this agreement.  You never
16  established that.  She said vaguely that she
17  remembered, but you haven't established that she signed
18  this document with the host family.
19      Q.   (BY MR. REID)  Did you enter into any
20  agreements with the host family exclusive of this
21  agreement?
22      A.   I don't remember.
23      Q.   When you were with the ███████ family, how
24  many individuals resided in the home?
25      A.   How many people lived in the house?

Page 20

1       Q.   Yes.
2       A.   Well, both of them, their son, and the uncle
3   and myself, so five.
4       Q.   Four adults and one child?
5       A.   Yes.
6       Q.   I'm going to ask you some questions about the
7   host family, and just to preserve the confidentiality
8   of the child in the family, I ask you refer to the
9   child by gender and approximate age.  So for example,
10  if the name was John Smith, approximately seven years
11  old, I would ask you to say John Smith was the
12  seven-year-old boy; is that clear?
13      A.   Yes.
14      Q.   Are you comfortable doing that?
15      A.   Yes.
16      Q.   So you said there were two parents, so there
17  was a host father and a host mother; is that correct?
18      A.   Yes.  And the uncle.
19      Q.   And then there was an uncle.
20      And then there was one child, you said,
21  correct?
22      A.   Yes.
23      Q.   And what was the approximate age and the
24  child's gender?
25      A.   Two-year-old boy.

Page 21

1       Q.   Did any of the host parents or the uncle not
2   have full-time employment during your placement?
3       A.   The uncle didn't have a job and the mother
4   didn't have a job.
5       Q.   I'm sorry, the uncle -- the uncle and the
6   mother did not -- did not work.  Do I understand what
7   you said correctly?
8       A.   That's right.
9       Q.   So the father was the only one that was out
10  of the house on a regular basis?
11      A.   Well, the other two people were out of the
12  house, they were just not working.
13      Q.   So when you say they were out of the house,
14  both the uncle and the mother, was that every day, all
15  day?
16      A.   I mean, not every day, not all day, but most
17  of the time.  You know, she would go meet with her
18  friends, she'd go run at the park at an event.  Just
19  not working.
20      Q.   Do you know generally what the uncle was
21  doing most of the time?
22      A.   He -- no.  He would go to like art
23  exhibitions and things like that.
24      Q.   Did the two-year-old boy attend any school or
25  daycare or camp?

EILEEN GEOFFROY - 04/06/2018          Pages 22..25

Page 22

1    A.   No.
2    Q.   Did he receive any sort of child care aside
3  from what you or his parents provided?
4    A.   No.  I mean, the uncle will watch him
5  sometime during the weekend, but that's it.
6    Q.   When you say sometimes the uncle would watch
7  him on the weekends, how often would that occur?
8    A.   Once a month.  Over my 45 hours a week, that
9  the uncle will help.
10    Q.   You referenced the stipend earlier, did you
11  receive a weekly stipend or payment during your
12  placement?
13    A.   Yes, just under 200.
14    Q.   How much was it?
15    A.   I don't know.  195, 197, something like that.
16    Q.   Did you receive a stipend every week?
17    A.   Yes.
18    Q.   And who paid you the stipend?
19    A.   The mother.
20    Q.   Did anyone other than the host family ever
21  pay you your stipend?
22    A.   Huh-uh, no.
23    Q.   And what was the method of payment?
24    A.   Bank transfer.
25    Q.   So it was a direct deposit from the host

Page 23

1  family's bank into your bank?
2    A.   Yes.
3    Q.   And you indicated you're unclear exactly
4  whether it was 195 or 197, is there a way for us to
5  pull the bank records to determine that?
6    A.   I still have the same bank, so I can probably
7  check, though I don't know if they keep track if it was
8  from 2011.
9    Q.   How did you -- how did you and the family --
10  first off, did you and your host family determine the
11  payment amount?
12    A.   Au Pair in America did.
13    Q.   How do you know that?
14    A.   Because they told us.
15    Q.   Who told you that?
16    A.   Au Pair in America.
17    Q.   And when did they tell you that?
18    A.   At the interview in Paris, before I matched
19  to the host family.
20    Q.   What exactly did they tell you?
21    A.   That that was the pay for being an au pair,
22  it would be 195 or 197 a week, plus housing, and 500
23  for school, I think, per semester.  I'm not sure on
24  that, but . . .
25    Q.   Did any APIA representative tell you the host

Page 24

1  family had to pay you exactly that amount?
2    A.   I don't remember if they used the word
3  "exactly."
4    Q.   Did APIA ever tell you that you could not
5  accept more than an amount of the 195 or 197 you're
6  referencing?
7    A.   I don't remember.
8    Q.   Have you ever seen an APIA document that
9  provides that the stipend has to be exactly the 195 or
10  the 197 you reference?
11    A.   No.
12    Q.   So aside from this weekly stipend, did you
13  receive any other monetary payments during your
14  placement?
15    A.   With school.
16    Q.   Did you testify earlier that it was $500?
17    A.   I think.  That's what I remember, yes.
18    Q.   And was that supposed to be per a semester?
19    A.   I -- for the entire year maybe, for the
20  entire year.  I don't remember exactly, so . . .
21    Q.   Did you ever receive any bonus from the
22  family?
23    A.   They were always very nice to buy me food,
24  you know, go out all the time, they would buy my
25  grocery, whatever I wanted, which wasn't like cash

Page 25

1  payment, but they were very generous.
2    Q.   You say it wasn't a cash payment?
3    A.   It wasn't cash.
4    Q.   Did you ever get spending money in the form
5  of gift cards or did they buy movie tickets for you, or
6  anything like that?
7    A.   Right.  Like --
8          MS. SMALLS:  Objection.
9    Q.   (BY MR. REID)  I'm sorry, I didn't quite hear
10  your answer.  Did they do things like pay for your
11  entertainment expenses, and things like that?
12    A.   Like they would buy me Christmas presents or
13  like food.
14    Q.   So you would have been there for one
15  Christmas, it looks like.  Can you tell me about the
16  Christmas presents that they gave you?
17    A.   Yeah.  Actually, they offered -- they gave me
18  the one time shooting lesson with a rancher in Texas,
19  because that was something I wanted to learn and that
20  was, and clothing.
21    Q.   So for Christmas you received the gift of a
22  shooting lesson and clothing?
23    A.   (Deponent nodded head up and down.)
24    Q.   And that was from the host mom and dad?
25    A.   Right.

Movant's App. 000292

EILEEN GEOFFROY - 04/06/2018          Pages 26..29

Page 26

1     Q.  Did you have personal use of a family car?
2     A.  Yeah, but the brother was also using it, so
3 it wasn't always available for me.
4     Q.  So you shared the car with the uncle?
5     A.  Right.
6     Q.  Were you able to use it on your off days to
7 do personal things, as long as the uncle wasn't using
8 it?
9     A.  The uncle --
10        (Discussion off the record.)
11        MS. SMALLS:  No, I didn't make an objection.
12    Q.  (BY MR. REID)  Did the host family provide a
13 cell phone to you?
14    A.  Yes, they did.
15    Q.  Did the host family pay for it?
16    A.  Yes, they did.
17    Q.  Did they pay for the cell phone plan?
18    A.  Yes.
19    Q.  And when you were using the car for personal
20 use, who paid for the gasoline in the car?
21    A.  Sometimes it would be gas gift card, so I
22 don't know, half and half.
23    Q.  Half and half between you, the uncle and the
24 host family?
25    A.  Right.  And also the -- I guess whoever was

Page 27

1 completing --
2     Q.  Can you repeat that last answer, please.
3     A.  I guess we were completing it between the
4 aunt, the uncle, myself, and sometimes they would give
5 me gift cards for gas, yes, sometimes gift cards.
6     Q.  Sometimes the host family would give you gift
7 cards for gas?
8     A.  Yes, Shell gift cards, the gas station Shell.
9     Q.  Are there any other gift cards or gifts that
10 you received that we didn't already discuss here?
11    A.  No.
12    Q.  I'm assuming because you weren't in the home
13 very long, you just had one community counselor; is
14 that correct?
15    A.  Right.  Yes.
16    Q.  And who was the community counselor you had?
17    A.  Mary, I forget her last name.
18    Q.  Do you remember the first letter of her last
19 name?
20    A.  No, but it was -- I can look it up right now,
21 for a couple seconds, I saw her e-mail yesterday.
22    Q.  That's okay.  I really just want you to
23 testify what you remember, so that's fine.
24        Thank you, though.
25        Aside from Mary, the community counselor, did

Page 28

1 you have contact with any APIA representative during
2 the program?
3     A.  No.
4     Q.  And how often did you have contact with Mary?
5     A.  I think once a week, like she would send
6 e-mails, I think, about crew meetings, events, and we
7 had mandatory au pair meetings I think once a month.
8     Q.  Are those meetings called cluster meetings?
9     A.  Right.  Yes.
10    Q.  Did you ever attend the meetings?
11    A.  Always.
12    Q.  And what -- what was generally talked about
13 at these meetings?
14    A.  Not really like talking -- oh, yeah.  I don't
15 know, they would ask questions if I had issues with the
16 family, just talking about my experience.
17    Q.  I want to change gears a little bit.  When
18 you were in the home, what were your duties that you
19 had to perform?
20    A.  Child care, cleaning, laundry, cooking
21 sometimes.
22    Q.  You said cooking sometimes; is that right?
23    A.  (Deponent nodded head up and down.)  Yes.
24    Q.  How often did you do that?
25    A.  Once in a while.  I don't know.

Page 29

1     Q.  Was it more than three times a week?
2     A.  No.
3     Q.  Was it more than two times a week?
4     A.  Probably on some weeks.
5     Q.  Is it fair to say?
6     A.  I don't remember.
7     Q.  Is it fair to say it was one to two times a
8 week, then?
9     A.  Yeah, that's about right.
10    Q.  And did your duties change any time while you
11 were with the family?
12    A.  Yes.
13    Q.  Your duties changed?
14    A.  Right.  At first I wasn't really expecting to
15 do cleaning and laundry, but at some point during the
16 duties my --
17    Q.  Let me make sure I understand this.  So when
18 you started you didn't provide cleaning and laundry
19 duties, and then toward the end of your time there you
20 started doing more cleaning and laundry; is that
21 correct?
22    A.  Not toward the end, but, yes, like the
23 first -- I'm going to -- I'm not sure about timing, I
24 wasn't doing any cleaning or laundry, and then I was.
25 The child would go down for a nap around 11:00, and I

Movant's App. 000293

Page 30

1  would work until 2:00, and they would expect me to do
2  cleaning and things like that during the child's nap.
3      Q.   Did you have any rules during your host
4  family placement?
5      A.   Yes.  Like a curfew and things like that.
6      Q.   Can you describe some of those rules and
7  explain what you mean by "curfew"?
8      A.   I had to be home, I think it was ten hours
9  before my start time.  So if I was starting at 6:00, I
10 would have to be at 10:00 p.m. if I had to work the
11 next day, I did not have a curfew on the day when I was
12 off.  And I couldn't have friends overnight in the
13 house, those were the two big rules, which were kind of
14 hard as a -- because I wanted to experience the United
15 States, more than just during my days off.
16     Q.   Any other rules that you haven't mentioned?
17     A.   Hmm.  Those were the two big ones that come
18 to mind because -- yeah.
19     Q.   And who set those rules for you?
20     A.   Well, I think the host family did, I think.
21 But that's something that's recommended by counselors.
22     Q.   How do you know that the counselor
23 recommended those rules?
24     A.   Because that was like one of my own issues my
25 host family and the counselor was here to help me work

Page 31

1  these things out with the host family, and she thought
2  it was reasonable that I had a curfew, which probably
3  was, it just bothered me.
4      Q.   Did the counselor ever say that she told the
5  host family that that's what they should do?
6      A.   Well, she didn't ask them not to do it.  I
7  don't know what she told them exactly, but I had a
8  curfew up until I left, so . . .
9      Q.   Is it your testimony that the APIA
10 representative simply said that that was reasonable,
11 what the host family was doing?
12     A.   Yes.
13     Q.   The duties we talked about, child care,
14 cleaning, laundry, cooking, who assigned those duties
15 to you?
16     A.   The host family.
17     Q.   Did any APIA representative ever assign those
18 duties to you?
19     A.   They did not assign them to me, no.
20     Q.   Did anyone supervise the child care you were
21 giving during your placement?
22     A.   I mean, the mother sometimes.
23     Q.   Did any APIA representative ever supervise
24 your child care?
25     A.   I don't remember.

Page 32

1      Q.   Do you remember if there was ever an APIA
2  representative who came to the home and observed your
3  child care?
4      A.   I remember them coming to the home, I don't
5  know if they were observing me, though.
6      Q.   How often did they come to the home while you
7  were there?
8      A.   Not long.  Like half an hour, maybe.
9      Q.   Was it just one time?
10     A.   I remember one time, yeah, the first month.
11     Q.   And was this the counselor, Mary?
12     A.   Yes.
13     Q.   Did you have a child care schedule during
14 your placement?
15     A.   Child care?  I'm sorry, what's that?
16     Q.   Did you have a schedule for the times you
17 were taking care of the two-year-old boy?
18     A.   Yeah.  Yeah, it changed, but it was -- most
19 of the time it was 6:00 a.m. to 2:00 p.m., five days a
20 week, plus a few hours during the weekend.  That
21 includes the child care, and, you know, doing the
22 cleaning during the nap and stuff.
23     Q.   What time did the two-year-old boy usually
24 wake up in the morning?
25     A.   Just around 6:00 or a little before 6:00.

Page 33

1      Q.   Did he ever sleep in past 6:00?
2      A.   Did he what?
3      Q.   Did he ever sleep in past 6:00?
4      A.   I don't understand the word "in past 6:00."
5      Q.   I'm sorry.  I'll slow down.
6           Did he ever sleep in past 6:00 a.m.?
7      A.   Not that I can remember.  He was a really bad
8  sleeper.  He must have, but it was really rare if it
9  happened.
10     Q.   I have one of those at my home as well.
11          How was this child care schedule determined?
12     A.   The mother.  I think that's what worked for
13 her.  She had some kind of fitness thing going on at
14 7:00, in the neighborhood, you know, people would go
15 run, so . . .
16     Q.   Did any APIA representative ever determine
17 your schedule?
18     A.   No.
19     Q.   So after 2:00 p.m. on the weekdays, were you
20 on duty any time the rest of the day?
21     A.   No.
22     Q.   And you could use that time for whatever you
23 wanted to do?
24     A.   Yeah.
25     Q.   And you talked about a few hours on the

Movant's App. 000294

EILEEN GEOFFROY - 04/06/2018        Pages 34..37

Page 34

1   weekend.  Can you explain what you mean by a few hours
2   on the weekend?
3        A.   Well, if they were going on a date night, you
4   know, for like maybe three hours on Saturday, something
5   like that.
6        Q.   Did that vary from week to week quite a bit?
7        A.   Yes.  That varied a lot.
8        Q.   Were there ever weekends where you didn't
9   provide any child care?
10       A.   Yes.
11       Q.   And how often did that occur?
12       A.   Once a month.
13       Q.   Was your schedule ever written down anywhere?
14       A.   I think I got it in writing a few times, yes,
15  but that was by e-mail.
16       Q.   That was the e-mail we talked about earlier?
17       A.   Not the same one, but from the same person,
18  yes.
19       Q.   Do you still have copies of these e-mails?
20       A.   Yes.  I think so.  Yeah, I would think so.
21       Q.   And just to be clear for the record, you have
22  not provided those to your attorney yet?
23       A.   No.
24       Q.   Was there any variation to your schedule for
25  things like vacation or other things that came up?

Page 35

1        A.   Yes.
2        Q.   Can you describe any of these differences?
3        A.   Well, I mean, when we were going on trips, my
4   schedule was different.  I don't remember exactly, one
5   time we went to San Francisco and I think it was more
6   like 8:00 to 4:00 instead of 6:00 to 2:00, I don't
7   remember.
8        Q.   So you remember a trip to San Francisco.
9   About how long was that trip?
10       A.   Four days and it was just the mother, the
11  two-year-old boy and me.
12       Q.   Any other trips?
13       A.   Hawaii.
14       Q.   Was that the entire family?
15       A.   Yeah, except the brother, but I had to do all
16  the child care in the plane.
17       Q.   So the Hawaii trip -- the Hawaii trip was
18  mom, dad, you, and the child, correct?
19       A.   Yeah.
20       Q.   And then once you were in Hawaii, what was
21  your schedule like during that vacation?
22       A.   I don't remember, but it was less hours than
23  I had back in Austin.
24       Q.   Fewer than 30 hours?
25       A.   I -- I don't know, but it was less than 35

Page 36

1   for sure.  In Hawaii, I mean.
2        Q.   You said less than 35?
3        A.   In Hawaii, yes.
4        Q.   Did the host family ever track the actual
5   number of child care hours that you provided?
6        A.   Did they write it down, is that what you
7   asked?
8        Q.   Yeah.
9        A.   I mean, I don't think so.  They would send my
10  schedule via e-mail sometimes but that was it.
11       Q.   So you had a schedule about the hours that
12  you were going to work, but if something changed and
13  you actually didn't work for one of the hours, would
14  that be documented anywhere?
15       A.   No.
16       Q.   Did you ever track the actual number of hours
17  of child care you provided?
18       A.   Not really, vaguely.
19       Q.   What do you mean by vaguely?
20       A.   I mean, I know it's easy to do the math, it
21  was about 40 hours a week.
22       Q.   And that's -- I'm sorry.  Go ahead.
23       A.   Yeah.  One day I had to take care of the
24  little boy for the entire day because the mother was
25  out of town and the dad was working all day, so that

Page 37

1   was a very long day.  But that was a one-time thing and
2   the dad asked me prior to that if I was okay with it and
3   I agreed.
4        Q.   But did you write down the actual start and
5   stop time for that extra long day?
6        A.   Yeah, it was like 8:00 to 6:00.
7        Q.   Is that an estimate or is that exactly when
8   you started and stopped?
9        A.   That's -- that's correct.
10       Q.   So it wasn't --
11       A.   That's when the dad came back from work, just
12  after 6:00, so . . .
13       Q.   Just after 6:00, so it could have been 6:05,
14  it could have been 6:15, correct?
15            MS. SMALLS:  Objection.
16       A.   Yes.
17       Q.   (BY MR. REID)  That was a yes?  I'm sorry.
18       A.   Yes, it could have been 6:15.
19       Q.   Are you aware of any APIA representative
20  tracking the number of child care hours you provided?
21       A.   Not that I'm aware of.
22       Q.   I want to go back to Exhibit 3 for a moment,
23  please.
24       A.   Yeah.
25       Q.   Let's turn to question 51, a couple -- a few

Movant's App. 000295

EILEEN GEOFFROY - 04/06/2018          Pages 38..41

Page 38

1  pages in.
2      A.   Which one?
3      Q.   51, 5-1.
4      A.   Okay.  Yeah, I think 35.  It's probably
5  closer to 40.
6      Q.   I'm going to read the question and we can
7  talk about your answer.  "How many hours did you work
8  on average per week?"  You put "35."
9      A.   Right.
10     Q.   So you are saying that it was different from
11 that?
12     A.   I think it might have been 40, yeah,
13 including 6:00 to 2:00, and sometimes on the weekends,
14 40, yeah.  That's something I could check pretty easy,
15 looking at my schedule.
16     Q.   Why is it that when you answered it, which
17 you said was about a year ago, you said 35, and now
18 you're saying about 40?
19          MS. SMALLS:  Objection.
20     A.   I didn't realize this was so important, that
21 it was that precise, and that's what I remembered at
22 that time without checking the schedule.
23     Q.   (BY MR. REID)  Is -- is 35 or now you're
24 saying 40, is that an estimation or is that an exact
25 number of hours that you worked?

Page 39

1      A.   Some weeks were 35, some weeks were 40, it
2  wasn't like the same schedule week after week.  The one
3  I know was 6:00 to 2:00, which would be 40, but some
4  weeks I worked 35.
5      Q.   Would there be anything in writing that would
6  tell us this week it was 35, this week it was 42, for
7  instance?  Or are we -- are we just going off of this
8  estimate based on your schedule alone?
9      A.   Well, like I said, I have some e-mails with
10 the schedule, so it would be all the weeks I worked
11 there, but I have some schedules in writing that you
12 can check.
13     Q.   Some weeks were less than 40, you said,
14 correct?
15     A.   Yes.
16     Q.   And then there was that week where you had
17 the extra long day so you exceeded 40, correct?
18     A.   Right, plus the -- yeah.
19     Q.   How would you define the word "work"?
20     A.   Providing someone with a service and
21 receiving money in exchange.
22     Q.   Let's say for instance you're at the host
23 family's house and you're sitting on the couch, reading
24 a magazine or a book, and the host father is home for
25 some reason and he's playing with the kids, would that

Page 40

1  be considered work?
2      A.   No.  I mean, only during my work hours.
3      Q.   So if it's during your work hours, but you're
4  reading a book and the host father is playing with the
5  kid, you would say that is work?
6      A.   I mean --
7          MS. SMALLS:  Objection.
8      A.   I wouldn't be reading a book during work, so
9  that doesn't seem like a very realistic scenario.
10     Q.   (BY MR. REID)  You kind of talked about your
11 schedule, the schedule you gave, was it the same Monday
12 through Friday for the weekday schedule?
13     A.   Like I said, it changes from week to week,
14 but, yes.
15     Q.   It was generally the 6:00 a.m. to 2:00 p.m.
16 schedule on weekdays?
17     A.   Yeah.
18     Q.   Let's go back to Exhibit 3 for a moment.
19     A.   Okay.
20     Q.   So question 6 says, "Describe how you first
21 learned about the opportunity to be an au pair in the
22 U.S.?"  And you answered, "On Google."
23     A.   Right.
24     Q.   Does that mean you searched for an
25 opportunity to be an au pair?

Page 41

1      A.   Right.
2      Q.   Let's go to question 16, please.
3      A.   Okay.
4      Q.   This says, "What was said about the weekly
5  stipend during the meeting with the recruiter or
6  sponsor agency?"  And you answered, "$200.00."  When
7  did somebody tell you $200 would be the stipend?
8      A.   Well, at that first interview with Au Pair in
9  America.  Like I said, I didn't realize the question
10 needed to be answered to the dollar.  I think it was
11 195 or 197, I just round it up to 200.
12          And that was Au Pair in America in Paris.
13     Q.   And let's go to question 30, please.
14     A.   Okay.
15     Q.   And here the question was, "What was the
16 weekly stipend that you were paid by the host family?"
17 And again you put "$200.00."
18     A.   Right.
19     Q.   So did you receive $200, or was this a
20 rounding?
21     A.   That is rounded up.  Like I say, it was more
22 like 195 or 197.  I could probably check.
23     Q.   And what -- I'm sorry?
24     A.   I could probably check the exact number by
25 looking at my bank records.

Movant's App. 000296

EILEEN GEOFFROY - 04/06/2018          Pages 42..45

Page 42

1    Q.   Did your host family provide you with a
2 private bedroom throughout your time at the family's
3 home?
4    A.   Yes.
5    Q.   And did they provide you with three meals a
6 day during your time in the home?
7    A.   Yes.
8    Q.   I want to take a quick break, and I may be
9 able to wrap up soon.
10   A.   Okay.
11        MS. SMALLS:  Okay.
12        (Recess taken from 8:34 to 8:42 a.m.)
13        MR. REID:  We're back on the record.
14   Q.   (BY MR. REID)  Ms. Geoffroy, do you
15 understand the same rules apply and you're still under
16 oath?
17   A.   Yes.
18   Q.   I just have one more question:  We talked
19 about the stipend amount.  Did you ever ask your host
20 family to increase the stipend?
21   A.   No.
22   Q.   All right.  No more questions for now.
23        MS. SMALLS:  Okay.  I just have a few
24 questions.
25

Page 43

1             EXAMINATION
2 BY MS. SMALLS:
3    Q.   Eileen, why did you never ask your host
4 family to increase your stipend amount?
5    A.   Because I thought it was a fixed stipend.  I
6 didn't think they would increase it, that they were
7 allowed to.
8    Q.   Do you believe that your host family
9 understood that they could pay you more?
10   A.   I don't know if they did.
11        MR. REID:  Objection, speculation.
12   Q.   (BY MS. SMALLS)  You talked about your
13 schedule, and you said that on average you worked from
14 6:00 to 2:00 p.m.; is that correct?
15   A.   Yes.
16   Q.   Okay.  And then you estimated that that added
17 up to about 40 hours.  6:00 to 2:00 would be eight
18 hours a day, multiplied times five days; is that
19 correct?
20   A.   Right, correct.
21   Q.   Okay.  And then you also testified that there
22 were some weeks that you worked also hours on the
23 weekend; is that correct?
24   A.   Yes.
25   Q.   So were there some weeks where you worked

Page 44

1 more than 40 hours a week?
2    A.   I think so.
3    Q.   Okay.  I also -- you talked about your
4 expectations coming into the program, and the fact that
5 you weren't expecting to do cleaning and laundry; is
6 that right?
7    A.   That's right.
8    Q.   What were your expectations coming into the
9 program, and what were they based on?
10   A.   I was under the impression that being an au
11 pair meant mostly taking care of the child, or
12 children, and, to me, doing cleaning is more like a
13 maid kind of job, and that wasn't my expectation of the
14 au pair experience, because it was part of my every day
15 tasks for the family.
16   Q.   And when you -- what did you base your
17 understanding of what it meant to be an au pair on
18 before you joined the host family?
19   A.   My interview in Paris with Au Pair in
20 America.
21   Q.   So Au Pair in America described an experience
22 to you where you would be primarily responsible for
23 child care, but not taking on responsibility for
24 cleaning and laundry; is that correct?
25   A.   Right.  Well, yes.  Not just -- not for

Page 45

1 everyone, I was responsible for my own cleaning, but
2 not doing it for, you know, the entire house.
3    Q.   And that was going to be my next question,
4 when you say "cleaning," were you just cleaning up
5 after the child?
6    A.   I was doing laundry, folding laundry for
7 everyone; cleaning the laundry and folding the laundry
8 for the child; and then cleaning, and cleaning
9 downstairs every day; and cleaning the counters off in
10 the kitchen.
11   Q.   Okay.  So were those duties -- would you
12 consider those duties clean-up -- cleaning after the
13 child, or was that general household cleaning?
14   A.   Some of it was just the child, but also some
15 of it was for the entire household.
16   Q.   Okay.  How much would you say was just for
17 the child and how much would you say was for the
18 household?
19   A.   50/50.
20   Q.   And you said that when you first came to the
21 United States, you didn't do it for the first month,
22 but then after the first month or so, that you began
23 doing the cleaning.  What was the basis of the change
24 of the duties?  How did that happen?
25   A.   I guess the mother just noticed that there

Movant's App. 000297

EILEEN GEOFFROY - 04/06/2018          Pages 46..49

Page 46

1  was, you know, a mess after a morning of the child and
2  I playing and just, you know, living in the house. So
3  she asked if I could do it while the child was napping.
4      Q.   And was the cleaning and laundry duties
5  solely limited to the time that the child was sleeping?
6      A.   Yes.
7      Q.   Did you have any cleaning and laundry duties
8  outside of the two-year-old boy's nap time?
9      A.   No. Well, just like regular cleaning up
10 after myself.
11         MS. SMALLS:  That's all I have.
12         MR. REID:  I just have a couple more.
13              EXAMINATION
14 BY MR. REID:
15     Q.   You testified about the family not being
16 allowed to pay more than the stipend. Did somebody
17 tell you that the host family was not allowed to pay
18 you more than the stipend?
19     A.   Huh-uh, that's just was my understanding.
20     Q.   And then you testified about your schedule
21 from 6:00 to 2:00, and how that was eight hours.
22 During that time, the child napped, correct?
23     A.   Right, but I was still working.
24     Q.   At any point during that time from 6:00 to
25 2:00, were you able to sit down and eat your lunch and

Page 47

1  take a break?
2      A.   Yeah, I could eat lunch for 15.
3      Q.   15?
4      A.   Yeah.
5      Q.   Did the family tell you your lunch was
6  limited to 15 minutes?
7      A.   No.
8      Q.   So if you wanted to spend more time taking
9  your lunch, you could have?
10     A.   Right, but then I would have to finish the
11 laundry and vacuuming, and all of that, so -- before
12 2:00.
13     Q.   So most days, if not every day, did you take
14 this 15-minute lunch break?
15     A.   Yes. I had lunch every day, yes.
16     Q.   So really, on your weekdays, your hours
17 worked was closer to 7.75 rather than eight hours,
18 correct?
19     A.   Yes, I guess so.
20     Q.   When you were in Paris talking to the APIA
21 representative, did anybody tell you specifically that
22 your work would be entirely limited to child care?
23     A.   Yes.
24     Q.   Who told you that?
25     A.   Whoever the person in the Paris Au Pair in

Page 48

1  America office was. I don't remember her name.
2      Q.   Do you remember exactly what they said?
3      A.   Not exactly, no.
4      Q.   All right.
5         MR. REID:  No more questions.
6         MS. SMALLS:  Okay. I mean, we're done.
7         THE REPORTER:  Ms. Smalls, will you be you
8  arranging signature?
9         MS. SMALLS:  You mean for her to review and
10 sign the transcript? You can send it to me, and I'll
11 send it to her.
12         The court reporter is just asking if you want
13 to review today's meeting, and then make sure that
14 everything is correct. That she correctly took down
15 all of your answers.
16         And so you can send that to me, and I will
17 send that to Eileen, and she can review and sign.
18         THE REPORTER:  Thank you.
19         THE DEPONENT:  Thank you.
20         MS. SMALLS:  To see if there are any
21 mistakes.
22         MR. REID:  Thanks everybody.
23
24
25

Page 49

1         WHEREUPON, the within proceedings were
2  concluded at the approximate hour of 10:51 a.m. on the
3  6th day of April, 2018.
4              *    *    *    *    *    *    *
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Movant's App. 000298

EILEEN GEOFFROY - 04/06/2018        Pages 50..52

Page 50

```
 1              CERTIFICATION OF DEPONENT
 2
 3        I, EILEEN GEOFFROY, do hereby certify that I
 4   have read the above and foregoing deposition and that
 5   the same is a true and accurate transcription of my
 6   testimony, except for attached amendments, if any.
 7              Amendments attached   (  ) Yes   (  ) No
 8
 9
                 _____
10                    EILEEN GEOFFROY
11
12   The signature above of EILEEN GEOFFROY, was subscribed
13   and sworn to before me in the county of _____,
14   state of Colorado, this _____ day of _____,
15   2018.
16
17
                 _____
18                    Notary Public
                   My commission expires
19
20
21
22   Johana Paola Beltran, et al. v. Interexchange, Inc., et
23   al., 04/06/2018 (jmh)
24
25
```

Page 51

```
 1   REPORTER'S CERTIFICATE
 2   STATE OF COLORADO      )
 3                          )    ss.
 4   CITY AND COUNTY OF DENVER )
 5        I, JOANN M. HANSEN, Registered Professional
 6   Reporter, Certified Realtime Reporter and Notary
 7   Public, State of Colorado, do hereby certify that
 8   previous to the commencement of the examination, the
 9   said EILEEN GEOFFROY was duly sworn by me to testify to
10   the truth in relation to the matters in controversy
11   between the parties hereto; that the said deposition
12   was taken in machine shorthand by me at the time and
13   place aforesaid and was thereafter reduced to
14   typewritten form, consisting of 51 pages herein; that
15   the foregoing is a true transcript of the questions
16   asked, testimony given, and proceedings had.  I further
17   certify that I am not employed by, related to, nor of
18   counsel for any of the parties herein, nor otherwise
19   interested in the outcome of this litigation.
20        IN WITNESS WHEREOF, I have affixed my
21   signature and seal this 17th day of April, 2018.
22        My commission expires February 11, 2021.
23
24                  _____
                    Joann M. Hansen, RPR, CRR
25
```

Page 52

```
 1   Errata Sheet
 2
 3   NAME OF CASE: JOHANA PAOLA BELTRAN vs INTEREXCHANGE, INC.
 4   DATE OF DEPOSITION: 04/06/2018
 5   NAME OF WITNESS: Eileen Geoffroy
 6   Reason Codes:
 7        1. To clarify the record.
 8        2. To conform to the facts.
 9        3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25                  _____
```

Movant's App. 000299

EILEEN GEOFFROY - 04/06/2018                    i1

---

**$**

**$200**
41:7,19

**$200.00**
41:6,17

**$500**
24:16

---

**1**

**1**
4:3 9:23 10:2,5,6

**10:00**
30:10

**10:51**
49:2

**11:00**
29:25

**15**
47:2,3,6

**15-minute**
47:14

**16**
41:2

**195**
19:5 22:15 23:4,22 24:5,
9 41:11,22

**195.75**
18:24

**197**
14:10 22:15 23:4,22
24:5,10 41:11,22

---

**2**

**2**
9:24 11:10,14

**200**
14:9 22:13 41:11

**2011**
14:14 23:8

**2012**
14:14

**2018**
49:3

**2:00**
30:1 32:19 33:19 35:6
38:13 39:3 40:15 43:14,
17 46:21,25 47:12

---

**3**

**3**
12:9 37:22 40:18

**30**
13:12 35:24 41:13

**35**
35:25 36:2 38:4,8,17,23
39:1,4,6

---

**4**

**4**
4:4 17:7 19:10

**40**
36:21 38:5,12,14,18,24
39:1,3,13,17 43:17 44:1

**42**
39:6

**45**
22:8

**4:00**
35:6

---

**5**

**5-1**
38:3

**50/50**
45:19

**500**
23:22

**51**
37:25 38:3

---

**6**

**6**
40:20

**6:00**
30:9 32:19,25 33:1,3,4,6
35:6 37:6,12,13 38:13
39:3 40:15 43:14,17
46:21,24

**6:05**
37:13

**6:15**
37:14,18

**6th**
49:3

---

**7**

**7.75**
47:17

**7:00**
33:14

---

**8**

**8:00**
35:6 37:6

**8:34**
42:12

**8:42 a.m**
42:12

---

**A**

**a.m.**
32:19 33:6 40:15 49:2

**able**
7:25 26:6 42:9 46:25

**accept**
24:5

**accommodate**
6:6

**accurate**
7:12 11:8 14:7,22

**actual**
36:4,16 37:4

**added**
43:16

**address**
9:22

**adults**
20:4

**affect**
7:15

**age**
20:9,23

**agency**
41:6

**ago**
12:2 13:8 14:11 38:17

**agreed**
16:19 37:3

**agreement**
17:16 19:10,15,21

**agreements**
19:11,20

**ahead**
36:22

**allowed**
6:19 43:7 46:16,17

**America**
4:16,18,19,21 8:20
13:21,24 15:9 16:1,8,11
17:17 23:12,16 41:9,12
44:20,21 48:1

**America's**
18:21

**American**
4:15,19

**amount**
18:25 23:11 24:1,5 42:19
43:4

**analysis**
18:4,7

**answer**
5:1,24 6:1,7,10,14 12:19
13:14 14:9 19:3 25:10
27:2 38:7

**answered**
14:4 38:16 40:22 41:6,10

**answers**
5:4 13:4 14:7 48:15

**anybody**
47:21

**APIA**

---

Movant's App. 000300

EILEEN GEOFFROY - 04/06/2018                    i2

4:18 14:12 15:20 16:4,12
18:12 23:25 24:4,8 28:1
31:9,17,23 32:1 33:16
37:19 47:20

**apply**
42:15

**approximate**
20:9,23 49:2

**approximately**
20:10

**April**
49:3

**arranging**
48:8

**art**
21:22

**aside**
19:10 22:2 24:12 27:25

**asked**
36:7 37:2 46:3

**asking**
48:12

**assign**
31:17,19

**assigned**
31:14

**assistance**
14:5

**assume**
6:1

**assuming**
27:12

**attend**
6:20 21:24 28:10

**attendance**
6:17

**attorney**
4:13 6:12 34:22

**attorneys**
6:18 8:3,15 14:2

**au**
4:16,18,20 8:20,21
12:20,21 13:21,24 14:12
15:9,14,25 16:1,7,11
17:4,17,22 18:3,12,18,

20,21 23:12,16,21 28:7
40:21,25 41:8,12 44:10,
14,17,19,21 47:25

**aunt**
27:4

**Austin**
35:23

**available**
26:3

**average**
38:8 43:13

**aware**
16:10 37:19,21

---

**B**

**back**
35:23 37:11,22 40:18
42:13

**bad**
33:7

**bank**
22:24 23:1,5,6 41:25

**base**
44:16

**based**
17:14 39:8 44:9

**basis**
21:10 45:23

**bedroom**
42:2

**began**
45:22

**believe**
43:8

**best**
6:2

**big**
30:13,17

**bit**
28:17 34:6

**bonus**
24:21

**book**
39:24 40:4,8

**bothered**
31:3

**boxes**
18:16

**boy**
20:12,25 21:24 32:17,23
35:11 36:24

**boy's**
46:8

**break**
6:5,6,8,9 42:8 47:1,14

**briefly**
15:10

**brother**
26:2 35:15

**bullet**
18:16,17

**business**
4:16,20 15:1

**buy**
24:23,24 25:5,12

---

**C**

**called**
28:8

**camp**
21:25

**can't**
7:4

**car**
26:1,4,19,20

**card**
26:21

**cards**
25:5 27:5,7,8,9

**care**
22:2 28:20 31:13,20,24
32:3,13,15,17,21 33:11
34:9 35:16 36:5,17,23
37:20 44:11,23 47:22

**case**
5:4 8:2

**cash**
24:25 25:2,3

**cell**
26:13,17

**chance**
9:9

**change**
28:17 29:10 45:23

**changed**
29:13 32:18 36:12

**changes**
40:13

**check**
23:7 38:14 39:12 41:22,
24

**checking**
38:22

**child**
20:4,8,9,20 22:2 28:20
29:25 31:13,20,24 32:3,
13,15,21 33:11 34:9
35:16,18 36:5,17 37:20
44:11,23 45:5,8,13,14,17
46:1,3,5,22 47:22

**child's**
20:24 30:2

**children**
44:12

**chose**
15:6

**Christmas**
25:12,15,16,21

**Civil**
4:2

**clean-up**
45:12

**cleaning**
28:20 29:15,18,20,24
30:2 31:14 32:22 44:5,
12,24 45:1,4,7,8,9,12,13,
23 46:4,7,9

**clear**
4:21 6:20 20:12 34:21

**client**
4:17

**client's**
4:16

Movant's App. 000301

EILEEN GEOFFROY - 04/06/2018                    i3

**clients**
18:7

**close**
14:10

**closer**
38:5 47:17

**clothing**
25:20,22

**cluster**
28:8

**come**
30:17 32:6

**comfortable**
20:14

**coming**
8:3 32:4 44:4,8

**commencement**
4:4

**communication**
13:24 15:4

**community**
27:13,16,25

**complete**
7:5 13:4,7,11

**completed**
10:19

**completing**
27:1,3

**conclude**
14:25

**concluded**
49:2

**confidentiality**
20:7

**consent**
10:7 11:6 12:6

**consider**
7:18 45:12

**considered**
40:1

**consist**
8:10

**contact**
8:11,14 16:7,10 28:1,4

**contained**
11:24

**content**
11:20

**contents**
17:20

**continue**
6:23

**contracts**
19:11

**cooking**
28:20,22 31:14

**copies**
34:19

**correct**
11:8 16:20 20:17,21
27:14 29:21 35:18 37:9,
14 39:14,17 43:14,19,20,
23 44:24 46:22 47:18
48:14

**correctly**
21:7 48:14

**couch**
39:23

**couldn't**
13:22 15:2 30:12

**counsel**
8:23 9:4,6,13,17 10:14,
21

**counselor**
27:13,16,25 30:22,25
31:4 32:11

**counselors**
30:21

**counters**
45:9

**couple**
9:7 13:16 15:18 27:21
37:25 46:12

**course**
15:1

**court**
5:18 6:19 48:12

**created**
15:12

**crew**
28:6

**curfew**
30:5,7,11 31:2,8

---

**D**

**dad**
25:24 35:18 36:25 37:2,
11

**date**
34:3

**day**
7:3 21:14,15,16 30:11
33:20 36:23,24,25 37:1,5
39:17 42:6 43:18 44:14
45:9 47:13,15 49:3

**daycare**
21:25

**days**
26:6 30:15 32:19 35:10
43:18 47:13

**Deakins**
4:14

**decide**
16:15

**defendant**
4:15

**define**
39:19

**deponent**
10:22 11:19 17:23 25:23
28:23 48:19

**deposit**
22:25

**deposition**
4:3,5,24,25 6:18,20 8:3,
6,23 9:8

**describe**
12:15 15:10 30:6 35:2
40:20

**described**
44:21

**details**
16:9

**determine**

23:5,10 33:16

**determined**
33:11

**didn't**
9:19 21:3,4 25:9 26:11
27:10 29:18 31:6 34:8
36:13 38:20 41:9 43:6
45:21

**differences**
35:2

**different**
10:16 11:18 35:4 38:10

**direct**
22:25

**directly**
15:22,23 16:5

**discuss**
8:2 9:13,14 27:10

**discussion**
26:10

**document**
10:5,8,16 11:4,13,14,16,
19,21 12:5,11,15 13:5
17:10,14,18,21,23 18:1,
10 19:18 24:8

**documented**
36:14

**documents**
8:5 13:13

**doesn't**
18:24 40:9

**doing**
4:15,20 5:17 20:14 21:21
29:20,24 31:11 32:21
44:12 45:2,6,23

**dollar**
41:10

**don't**
5:21,22,23 8:18 9:4
10:10,11,13 11:15 13:8,
23 16:9 17:19 18:14
19:4,13,22 22:15 23:7
24:2,7,20 26:22 28:14,25
29:6 31:7,25 32:4 33:4
35:4,6,22,25 36:9 43:10
48:1

Movant's App. 000302

EILEEN GEOFFROY - 04/06/2018                    i4

**downstairs**
45:9

**drug**
7:11

**duly**
4:7

**duties**
28:18 29:10,13,16,19
31:13,14,18 45:11,12,24
46:4,7

**duty**
33:20

---

E

**e-mail**
8:14,18,25 9:12 11:23,24
12:13 14:1 15:4 27:21
34:15,16 36:10

**e-mails**
8:7,8,10,12 13:14,16,17,
20,21 28:6 34:19 39:9

**earlier**
11:23 22:10 24:16 34:16

**easy**
36:20 38:14

**eat**
46:25 47:2

**eight**
43:17 46:21 47:17

**Eileen**
4:6 43:3 48:17

**employment**
21:2

**engaged**
10:15

**English**
7:24,25 12:23,24

**enter**
6:24 19:11,19

**entertainment**
25:11

**entire**
16:10 24:19,20 35:14
36:24 45:2,15

**entirely**
47:22

**established**
19:16,17

**estimate**
37:7 39:8

**estimated**
43:16

**estimation**
38:24

**event**
21:18

**events**
28:6

**everybody**
48:22

**Ex**
9:23,24 10:1 11:10 12:9
17:7

**exact**
38:24 41:24

**exactly**
12:2 13:19 15:3 23:3,20
24:1,3,9,20 31:7 35:4
37:7 48:2,3

**EXAMINATION**
4:9 43:1 46:13

**example**
20:9

**exceeded**
39:17

**exchange**
39:21

**exclusive**
19:20

**exhibit**
4:3,4 10:1,2,5,6 11:10,14
12:9 17:7 19:10 37:22
40:18

**exhibitions**
21:23

**exhibits**
8:22,24 9:5,7

**expect**
30:1

**expectation**
44:13

**expectations**
44:4,8

**expecting**
29:14 44:5

**expenses**
25:11

**experience**
12:20 16:2 28:16 30:14
44:14,21

**explain**
30:7 34:1

**extra**
37:5 39:17

---

F

**fact**
44:4

**fair**
6:10 29:5,7

**familiar**
11:1,14 12:6

**families**
15:13,19

**family**
8:11,15 13:18 14:2,15,
16,25 15:4,7,15 16:4,6,
16,19,22,24 17:16 18:25
19:5,12,18,20,23 20:7,8
22:20 23:9,10,19 24:1,22
26:1,12,15,24 27:6 28:16
29:11 30:4,20,25 31:1,5,
11,16 35:14 36:4 41:16
42:1,20 43:4,8 44:15,18
46:15,17 47:5

**family's**
14:17 23:1 39:23 42:2

**far**
14:8

**father**
20:17 21:9 39:24 40:4

**Federal**
4:2

**felt**
16:18

**Fewer**
35:24

**fifth**
18:17

**file**
9:14 10:3

**files**
9:13,23

**filled**
12:12

**find**
13:22

**fine**
7:2 27:23

**finish**
47:10

**firm**
4:14

**first**
4:7 5:13 6:9 8:11 23:10
27:18 29:14,23 32:10
40:20 41:8 45:20,21,22

**fitness**
33:13

**five**
20:3 32:19 43:18

**fixed**
43:5

**folding**
45:6,7

**following**
4:1

**follows**
4:8

**food**
24:23 25:13

**Foreign**
4:15,20

**forget**
27:17

**form**
10:22 11:1,2,7,18 12:12
25:4

**format**
10:16 13:23

Movant's App. 000303



Movant's App. 000304

**information**
  5:24 11:2,7 16:2
**initial**
  12:13
**input**
  11:2
**instance**
  39:7,22
**Institute**
  4:15,20
**instruct**
  6:24
**instructions**
  5:13 7:7
**interested**
  15:14
**interview**
  15:17,25 16:5 17:5 23:18
  41:8 44:19
**interviewed**
  15:18 16:3
**interviews**
  15:21
**introduce**
  9:7
**involved**
  16:4
**Isn't**
  18:4
**issues**
  28:15 30:24
**it's**
  5:14 10:7,11,22,25
  12:17,20 13:25 14:10
  17:11 36:20 38:4 40:3

**J**

**job**
  5:17 21:3,4 44:13
**John**
  20:10,11
**join**
  8:21 10:7 11:6,22 12:7
**joined**

44:18
**joining**
  11:20
**judge**
  5:5
**July**
  14:14,21

**K**

**keep**
  5:13,18 23:7
**kid**
  40:5
**kids**
  39:25
**kind**
  30:13 33:13 40:10 44:13
**kitchen**
  45:10
**knew**
  15:5
**know**
  4:24 5:23 6:22 8:19 9:21
  10:11,25 13:8,10 17:10,
  21 18:2,10,14 19:4
  21:17,20 22:15 23:7,13
  24:24 26:22 28:15,25
  30:22 31:7 32:5,21 33:14
  34:4 35:25 36:20 39:3
  43:10 45:2 46:1,2

**L**

**languages**
  7:21,23
**late**
  9:2
**laundry**
  28:20 29:15,18,20,24
  31:14 44:5,24 45:6,7
  46:4,7 47:11
**law**
  4:14
**lawsuit**
  8:17,19 10:7 11:6,20,22,
  24

**learn**
  8:17 25:19
**learned**
  40:21
**leave**
  6:25
**left**
  31:8
**legal**
  18:4
**lesson**
  25:18,22
**let's**
  11:10 16:4 18:15,17
  37:25 39:22 40:18 41:2,
  13
**letter**
  27:18
**letting**
  8:19
**liked**
  16:17
**limited**
  6:18 46:5 47:6,22
**little**
  18:16 28:17 32:25 36:24
**lived**
  19:25
**living**
  46:2
**locate**
  15:7
**located**
  15:8
**long**
  4:17 13:10 26:7 27:13
  32:8 35:9 37:1,5 39:17
**look**
  10:2 11:21 12:9 13:17
  18:15,17 27:20
**looked**
  10:17 13:16,21,24 15:2,4
**looking**
  8:20 10:10,11 12:5 17:15
  38:15 41:25

**looks**
  6:22 25:15
**lot**
  34:7
**loud**
  5:14
**low**
  19:6
**lowest**
  18:25
**lunch**
  46:25 47:2,5,9,14,15

**M**

**magazine**
  39:24
**maid**
  44:13
**making**
  18:6
**mandatory**
  28:7
**marked**
  4:4 10:6 11:13
**Mary**
  27:17,25 28:4 32:11
**match**
  15:11 16:13,15,19
**matched**
  15:16 16:24,25 23:18
**materials**
  18:22
**math**
  36:20
**matter**
  7:5
**meals**
  42:5
**mean**
  14:8 18:5,24 21:16 22:4
  30:7 31:22 34:1 35:3
  36:1,9,19,20 40:2,6,24
  48:6,9
**meaning**

Movant's App. 000305

13:13

**meant**
44:11,17

**medications**
7:15

**meet**
21:17

**meeting**
16:5 41:5 48:13

**meetings**
28:6,7,8,10,13

**memory**
7:16,19

**mentioned**
30:16

**mess**
46:1

**method**
22:23

**mind**
5:13,18 9:4 30:18

**minimum**
18:19,24 19:8

**minutes**
13:12 47:6

**mistakes**
48:21

**mom**
25:24 35:18

**moment**
6:23 11:16 37:22 40:18

**Monday**
40:11

**monetary**
24:13

**money**
25:4 39:21

**month**
22:8 28:7 32:10 34:12
45:21,22

**months**
14:22

**morning**
4:11,12 32:24 46:1

**mother**
20:17 21:3,6,14 22:19
31:22 33:12 35:10 36:24
45:25

**mouth**
9:18

**move**
9:19

**movie**
25:5

**multiplied**
43:18

---

### N

**name**
4:13,16 14:17,19 20:10
27:17,19 48:1

**nap**
29:25 30:2 32:22 46:8

**napped**
46:22

**napping**
46:3

**necessary**
5:14,24

**need**
6:5,6,13

**needed**
16:13 41:10

**neighborhood**
33:14

**never**
19:14,15 43:3

**nice**
24:23

**night**
9:2 34:3

**nine**
14:21

**nodded**
25:23 28:23

**nods**
5:19

**nonprescription**

7:11

**Notice**
11:22

**noticed**
45:25

**number**
36:5,16 37:20 38:25
41:24

---

### O

**oath**
5:1 42:16

**objection**
12:18 17:24 18:13 19:2,
14 25:8 26:11 37:15
38:19 40:7 43:11

**observed**
32:2

**observing**
32:5

**occur**
22:7 34:11

**October**
14:14,21

**offered**
25:17

**office**
48:1

**Ogletree**
4:14

**oh**
9:22 28:14

**okay**
6:16 9:15,22 10:4,18,21
27:22 37:2 38:4 40:19
41:3,14 42:10,11,23
43:16,21 44:3 45:11,16
48:6

**old**
20:11

**once**
9:9,12 22:8 28:5,7,25
34:12 35:20

**one-time**
37:1

**ones**
30:17

**online**
10:20,22 11:2

**open**
9:9,13 10:2 11:11

**opportunity**
40:21,25

**orally**
5:14

**orientation**
16:23 17:3

**outside**
46:8

**overnight**
30:12

---

### P

**p.m.**
30:10 32:19 33:19 40:15
43:14

**pages**
38:1

**paid**
14:9 22:18 26:20 41:16

**pair**
4:16,18,19,20 8:20 12:21
13:21,24 14:12 15:9,25
16:2,7,11 17:4,17,22
18:3,12,18,20,21 23:12,
16,21 28:7 40:21,25
41:8,12 44:11,14,17,19,
21 47:25

**pairs**
8:21 15:14

**paper**
13:23

**parents**
20:16 21:1 22:3

**Paris**
16:1,8 23:18 41:12 44:19
47:20,25

**park**
21:18

**part**

Movant's App. 000306

EILEEN GEOFFROY - 04/06/2018                    i8

12:3 44:14

**partial**
5:9

**participate**
6:20 14:12 15:20,24
16:23

**Participation**
6:17

**particular**
9:14

**pay**
18:25 19:1,5 22:21 23:21
24:1 25:10 26:15,17 43:9
46:16,17

**payment**
22:11,23 23:11 25:1,2

**payments**
24:13

**pending**
6:8,9,15

**people**
6:23 19:25 21:11 33:14

**perform**
28:19

**person**
34:17 47:25

**personal**
26:1,7,19

**perused**
11:19 17:23

**phone**
26:13,17

**placed**
16:22

**placement**
14:24 21:2 22:12 24:14
30:4 31:21 32:14

**plan**
26:17

**plane**
35:16

**playing**
39:25 40:4 46:2

**please**
5:13 6:25 10:2 11:10

17:7,20 18:10 27:2 37:23
41:2,13

**plus**
23:22 32:20 39:18

**point**
10:14 18:17 29:15 46:24

**points**
18:16

**pre-marked**
9:5

**precise**
38:21

**prescription**
7:11

**presents**
25:12,16

**preserve**
20:7

**pretty**
4:17 19:6 38:14

**previously**
10:6 11:13

**primarily**
44:22

**prior**
4:4 37:2

**private**
42:2

**probably**
4:24 12:3 17:12 23:6
29:4 31:2 38:4 41:22,24

**Procedure**
4:2

**proceedings**
4:1 49:1

**process**
15:11 16:10

**profile**
15:12

**program**
14:13 17:4,22 18:8,12,21
28:2 44:4,9

**programs**
18:20

**prohibit**
7:12

**provide**
14:1 26:12 29:18 34:9
42:1,5

**provided**
8:14 14:7 22:3 34:22
36:5,17 37:20

**provides**
24:9

**Providing**
39:20

**pull**
17:7 23:5

**pulled**
17:8

**purpose**
4:24

**pursuant**
4:2

**put**
38:8 41:17

**Q**

**question**
5:21,22,25 6:1,7,9,10,14
17:25 18:5 37:25 38:6
40:20 41:2,9,13,15 42:18
45:3

**questions**
4:25 5:1,12,15 12:14,23,
25 13:2,4,15 20:6 28:15
42:22,24 48:5

**quick**
42:8

**quite**
25:9 34:6

**R**

**rancher**
25:18

**rare**
33:8

**reach**

15:14

**reached**
15:8,15

**read**
7:25 9:10 18:18 38:6

**reading**
11:20 39:23 40:4,8

**realistic**
40:9

**realize**
38:20 41:9

**really**
27:22 28:14 29:14 33:7,8
36:18 47:16

**reason**
7:4 39:25

**reasonable**
31:2,10

**recall**
11:17

**receive**
8:25 18:19 22:2,11,16
24:13,21 41:19

**received**
8:18,22 9:2,21 11:23
12:1,4,13 25:21 27:10

**receiving**
39:21

**recess**
42:12

**recollection**
6:3

**recommended**
30:21,23

**record**
26:10 34:21 42:13

**recorded**
5:20

**records**
23:5 41:25

**recruiter**
41:5

**refer**
4:17 20:8

Movant's App. 000307

EILEEN GEOFFROY - 04/06/2018                    i9

reference
24:10

referenced
22:10

referencing
24:6

referring
4:19

regular
21:10 46:9

regulations
18:20

Reid
4:10,13 9:4,5,12,17,18
10:18,21,23 12:19 18:1,
9,15 19:3,19 25:9 26:12
37:17 38:23 40:10 42:13,
14 43:11 46:12,14 48:5,
22

related
11:7

rely
13:13

remember
5:24 8:18 10:10,11,13
11:15,19 12:5,13,20
13:19 14:8,11 15:3 16:9
17:18 19:13,22 24:2,7,
17,20 27:18,23 29:6
31:25 32:1,4,10 33:7
35:4,7,8,22 48:1,2

remembered
19:17 38:21

repeat
5:22 27:2

rephrase
5:23

reporter
5:18 6:19 48:7,12,18

represent
4:14

representative
16:12 23:25 28:1 31:10,
17,23 32:2 33:16 37:19
47:21

resided
19:24

respond
5:14 12:23

responded
12:24

responsibility
44:23

responsible
44:22 45:1

rest
33:20

review
8:5 10:23 11:16 17:13,
14,20 18:1,10 48:9,13,17

reviewed
8:8

reviewing
11:4

right
11:22 16:18 17:19 18:23
21:8 25:7,25 26:5,25
27:15,20 28:9,22 29:9,14
38:9 39:18 40:23 41:1,18
42:22 43:20 44:6,7,25
46:23 47:10 48:4

room
6:23,24,25

round
41:11

rounded
41:21

rounding
41:20

rules
4:2 30:3,6,13,16,19,23
42:15

run
18:12 21:18 33:15

---

**S**

San
35:5,8

Saturday
34:4

saw
9:18 27:21

saying
38:10,18,24

says
11:22 18:18 40:20 41:4

scenario
40:9

schedule
13:18 14:1 32:13,16
33:11,17 34:13,24 35:4,
21 36:10,11 38:15,22
39:2,8,10 40:11,12,16
43:13 46:20

schedules
39:11

school
21:24 23:23 24:15

searched
40:24

seconds
27:21

see
9:24 11:17 18:15 48:20

seeing
11:17

seen
10:8,15 12:11 17:10 24:8

semester
23:23 24:18

send
9:6 28:5 36:9 48:10,11,
16,17

sent
9:16,22

serve
15:16

service
39:20

set
18:21 30:19

seven
14:11 20:10

seven-year-old
20:12

shared
26:4

Sharing
13:18

she'd
21:18

Shell
27:8

shooting
25:18,22

short
15:5

shorter
15:6

showing
12:3

sign
48:10,17

signature
10:25 11:3 48:8

signed
19:15,17

signing
12:6 17:18

similar
11:17

simply
5:25 6:5,13 31:10

sit
46:25

sitting
39:23

Skype
16:17

sleep
33:1,3,6

sleeper
33:8

sleeping
46:5

slow
33:5

Smalls
9:1,16 10:14,19 12:18
17:24 18:4,13 19:2,14
25:8 26:11 37:15 38:19
40:7 42:11,23 43:2,12

EILEEN GEOFFROY - 04/06/2018                    i10

46:11 48:6,7,9,20

**Smith**
20:10,11

**solely**
46:5

**somebody**
6:23 41:7 46:16

**son**
20:2

**soon**
42:9

**sorry**
9:18 10:7 12:1 17:13
21:5 25:9 32:15 33:5
36:22 37:17 41:23

**sort**
15:10 22:2

**sound**
14:22

**sounds**
19:4

**speak**
6:13 7:21,23

**speaking**
6:12

**specific**
16:9 18:5

**specifically**
47:21

**speculation**
43:11

**spend**
47:8

**spending**
25:4

**sponsor**
41:6

**stands**
10:1

**start**
10:1 15:1 30:9 37:4

**started**
29:18,20 37:8

**starting**

30:9

**state**
4:7

**States**
30:15 45:21

**station**
27:8

**stay**
15:6

**Steve**
4:13

**stipend**
18:19 22:10,11,16,18,21
24:9,12 41:5,7,16 42:19,
20 43:4,5 46:16,18

**stipulated**
18:20

**stop**
37:5

**stopped**
37:8

**Study**
4:15,20

**stuff**
32:22

**supervise**
31:20,23

**supposed**
24:18

**sure**
12:3 13:2 23:23 29:17,23
36:1 48:13

**surname**
14:19

**survey**
13:7,11 14:5

**sworn**
4:7 5:8

_____

**T**

**take**
4:23 6:5,6,8 11:16 36:23
42:8 47:1,13

**taken**

4:2 42:12

**talk**
16:8 38:7

**talked**
16:1,6,17 28:12 31:13
33:25 34:16 40:10 42:18
43:12 44:3

**talking**
15:13 28:14,16 47:20

**tasks**
44:15

**tell**
5:9 6:5 11:5 16:12 23:17,
20,25 24:4 25:15 39:6
41:7 46:17 47:5,21

**telling**
19:5

**ten**
14:21 30:8

**testified**
4:8 43:21 46:15,20

**testify**
24:16 27:23

**testifying**
5:5

**testimony**
7:5,13 31:9

**Texas**
25:18

**texts**
13:14

**Thank**
9:17 10:21 27:24 48:18,
19

**Thanks**
48:22

**there's**
17:21 18:2,10,16

**they're**
7:1 15:14

**thing**
6:7 33:13 37:1

**things**
21:23 25:10,11 26:7
30:2,5 31:1 34:25

**think**
11:25 13:9 14:9 23:23
24:17 28:5,6,7 30:8,20
33:12 34:14,20 35:5 36:9
38:4,12 41:10 43:6 44:2

**thought**
31:1 43:5

**three**
29:1 34:4 42:5

**tickets**
25:5

**time**
6:13 16:6 17:11 21:17,21
24:24 25:18 29:10,19
30:9 32:9,10,19,23
33:20,22 35:5 37:5 38:22
42:2,6 46:5,8,22,24 47:8

**times**
29:1,3,7 32:16 34:14
43:18

**timing**
29:23

**today**
4:23 5:4

**today's**
48:13

**told**
23:14,15 31:4,7 47:24

**top**
11:21

**town**
36:25

**trace**
13:23

**track**
23:7 36:4,16

**tracking**
37:20

**training**
16:23 17:1,3

**transcript**
48:10

**transfer**
22:24

**translated**
12:22

Movant's App. 000309

**tried**
14:8

**trip**
35:8,9,17

**trips**
35:3,12

**truth**
4:7 5:9

**truthful**
7:5,12

**turn**
11:10 37:25

**two**
20:16 21:11 29:3,7
30:13,17

**two-year-old**
20:25 21:24 32:17,23
35:11 46:8

## U

**U.s**
40:22

**uncle**
20:2,18,19 21:1,3,5,14,
20 22:4,6,9 26:4,7,9,23
27:4

**unclear**
23:3

**understand**
5:2,6,8,15,22 6:3 7:7
13:1 18:18 21:6 29:17
33:4 42:15

**understanding**
18:11 19:7 44:17 46:19

**understood**
6:2 13:3 43:9

**United**
30:14 45:21

**Unpaid**
11:22

**use**
26:1,6,20 33:22

**usually**
32:23

## V

**vacation**
34:25 35:21

**vacuuming**
47:11

**vaguely**
19:16 36:18,19

**variation**
34:24

**varied**
34:7

**vary**
34:6

**videos**
15:13

## W

**wage**
19:6

**Wages**
11:23

**wait**
6:14

**wake**
32:24

**want**
18:1,2,6 27:22 28:17
37:22 42:8 48:12

**wanted**
24:25 25:19 30:14 33:23
47:8

**wasn't**
13:2 15:3 24:25 25:2,3
26:3,7 29:14,24 37:10
39:2 44:13

**watch**
22:4,6

**way**
15:24 16:4 23:4

**we'll**
9:14 10:1

**we're**
4:23 42:13 48:6

**We've**
9:5

**website**
15:9,12

**week**
14:9 22:8,16 23:22 28:5
29:1,3,8 32:20 34:6
36:21 38:8 39:2,6,16
40:13 44:1

**weekday**
40:12

**weekdays**
33:19 40:16 47:16

**weekend**
22:5 32:20 34:1,2 43:23

**weekends**
22:7 34:8 38:13

**weekly**
18:19 22:11 24:12 41:4,
16

**weeks**
29:4 39:1,4,10,13 43:22,
25

**went**
16:8 17:1 35:5

**weren't**
27:12 44:5

**what's**
19:7 32:15

**white**
18:16

**word**
19:7 24:2 33:4 39:19

**words**
12:8,16

**work**
21:6 30:1,10,25 36:12,13
37:11 38:7 39:19 40:1,2,
3,5,8 47:22

**worked**
15:11 33:12 38:25 39:4,
10 43:13,22,25 47:17

**working**
21:12,19 36:25 46:23

**wouldn't**
10:16 40:8

**wrap**
42:9

**write**
36:6 37:4

**writing**
34:14 39:5,11

**written**
34:13

## Y

**yeah**
7:1 12:12 13:12,16 14:8,
10 15:19 17:12 18:14
25:17 26:2 28:14 29:9
30:18 32:10,18 33:24
34:20 35:15,19 36:8,23
37:6,24 38:4,12,14 39:18
40:17 47:2,4

**year**
13:8 15:3 24:19,20 38:17

**years**
14:11 20:10

**yesterday**
27:21

**you're**
11:1 19:4 23:3 24:5
38:18,23 39:22,23 40:3
42:15

**you've**
5:8,17 9:9

Movant's App. 000310



**Page 1**

```
1
2    IN UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
3    -------------------------x
4    JOHANA PAOLA BELTRAN, et al.,
5        Plaintiffs,
                    Civil Action No.
6        v.        1:14-cv-03074-CMA-KMT
7    INTEREXCHANGE, INC.; et al.
8        Defendants.
9    -------------------------x
                    April 7, 2018
10                  10:45 a.m.
11
12       Deposition of CAROLINA ORTEGA MUNOZ,
13   taken by defendant, pursuant to notice, at
14   the offices of Ogletree Deakins Nash Smoak &
15   Stewart, P.C., 1745 Broadway, New York, NY
16   10019, before Joseph B. Pirozzi, a
17   Registered Professional Reporter and Notary
18   Public of the State of New York.
19
20
21       PAVLIK PROFESSIONAL REPORTING
22          609-242-4003
23
24
25
```

**Page 2**

```
1
2    APPEARANCES:
3
4
5    BOIES SCHILLER & FLEXNER, LLP
6        Attorneys for plaintiffs
7        575 Lexington Avenue
8        7th Floor
9        New York, NY 10022
10   BY:  LAURA HARRIS
11        lharris@bsfllp.com
12
13
14   OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
15       Attorneys for defendant American
16       Institute for Foreign Study
17       1745 Broadway
18       New York, NY 10019
19   BY:  ROBERT M. TUCKER
20        robert.tucker@ogletreedeakins.com
21
22
23
24
25
```

**Page 3**

```
1
2            STIPULATIONS
3
4        IT IS HEREBY STIPULATED AND AGREED, by
5    and between counsel for the respective
6    parties hereto, that all objections, except
7    as to form, are reserved to the time of
8    trial.
9        IT IS FURTHER STIPULATED AND AGREED
10   that the deposition may be signed and sworn
11   to before any officer authorized to
12   administer an oath.
13       IT IS FURTHER STIPULATED AND AGREED
14   that the sealing and filing of the
15   deposition be waived.
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1                 Munoz
2    CAROLINA ORTEGA MUNOZ,
3        called as a witness, having been duly
4        sworn, testified as follows:
5    EXAMINATION
6    BY MR. TUCKER:
7        Q.    Hello, Ms. Ortega Munoz, my name
8    is Robert Tucker.  I'm an attorney with
9    Ogletree Deakins Nash Smoak & Stewart and
10   we represent the defendant American
11   Institute for Foreign Study doing business
12   as Au Pair in America.
13            Since my client's name is
14   lengthy, I'm going to refer to my client as
15   APIA or Au Pair in America.  So when I say
16   APIA or Au Pair in America, I'm referring
17   to the defendant, American Institute for
18   Foreign Study doing business as Au Pair in
19   America.
20            Is that clear?
21       A.    It is.
22       Q.    We are here today so that I can
23   take your deposition.  As you may know, the
24   purpose of this deposition is for me to ask
25   you questions and for you to answer those
```

Movant's App. 000311

**5**

1    Munoz
2    questions under oath.
3        Do you understand?
4    A.   I do.
5    Q.   Your answers today can be used in
6    this case as if you were testifying in
7    front of the judge.
8        Do you understand?
9    A.   I do.
10   Q.   As I ask you these questions, I'm
11   going to ask that you keep a few
12   instructions in mind.
13       First, it is necessary that you
14   respond orally or aloud to my questions.
15       Do you understand that?
16   A.   I do.
17   Q.   The court reporter here is taking
18   down everything we say and gestures or nods
19   or other nonverbal responses cannot be
20   recorded.  If you do not hear a question,
21   say so and I will repeat it.  If you do not
22   understand a question, say so and I will
23   rephrase it.  If you do not know or
24   remember the information necessary to
25   answer a question, simply say so.

**6**

1    Munoz
2        If you answer a question, I will
3    assume that you have heard it, understood
4    it and have given me your best
5    recollection.
6        Do you understand?
7    A.   I do.
8    Q.   If you need to take a break,
9    simply tell me you need to take a break and
10   I will accommodate you.  The only thing I
11   ask is that you answer any question that is
12   pending before you take a break.  You may
13   not take a break while a question is
14   pending.  You must first answer any
15   question.  And the same goes with speaking
16   with your attorney.  If you need to speak
17   with Ms. Harris at any time, I simply ask
18   that you wait until after you answer any
19   pending question.
20       Is that understood?
21   A.   Yes.
22   Q.   Okay.  Do you understand the
23   instructions I have just given you?
24   A.   I do.
25   Q.   Is there any reason sitting here

**7**

1    Munoz
2    today that you cannot give truthful and
3    complete testimony in this matter?
4    A.   No.
5    Q.   Are you taking any medications
6    that affect your memory?
7    A.   No.
8    Q.   Do you have a good memory?
9    A.   I think so.
10   Q.   Other than your attorneys, did
11   you discuss this case before appearing here
12   today at the deposition?
13   A.   No.
14   Q.   Did you review any documents
15   before appearing here today at your
16   deposition?
17   A.   No.
18   Q.   How did you learn of this
19   lawsuit?
20   A.   I got an email from my lawyer
21   talking about it.
22   Q.   What was the lawyer's name?
23   A.   I don't remember.
24   Q.   When did you get the email?
25   A.   I don't remember.  Last year.

**8**

1    Munoz
2    Q.   Is it more than six months ago?
3    A.   Yes.
4        (Consent to Join marked Ortega
5    Exhibit 1 for identification)
6    Q.   Ms. Ortega Munoz, you have just
7    been handed by the court reporter a
8    document marked Ortega Exhibit 1.  I will
9    ask that you please review the document and
10   let me know after you have done so.
11   A.   Do you want me to read it?
12   Q.   Yes.  Please review it and let me
13   know when you are finished.  Take your
14   time.
15       (Pause)
16   Q.   Are you all set?
17   A.   Yes.
18   Q.   Have you seen this document
19   before?
20   A.   Yes.
21   Q.   What is it?
22   A.   It's explaining me about the
23   duties and if I am not clear, to come here
24   and talk about it, that there are going to
25   be two representatives here.  And it is

---

**9**

Munoz

1
2 because as an au pair I was underpaid.
3     Q.    Do you see the information in the
4 bottom half of the form, do you see that?
5     A.    Yes.
6     Q.    Did you complete that
7 information?
8     A.    I did.
9     Q.    Is that your signature in the
10 middle of the page?
11     A.    Yes, it is.
12     Q.    Was the information on this form
13 accurate at the time you completed it?
14     A.    My last name, I should put my
15 other last name.
16     Q.    Munoz?
17     A.    Munoz.
18     Q.    Other than your other last name,
19 was the information on the form accurate at
20 the time you completed it?
21     A.    Yes.
22     Q.    Is the information on the form
23 still accurate?
24     A.    Yes.  It is Au Pair in America
25 sponsor, right?

---

**10**

Munoz

1
2     Q.    I'm sorry?
3     A.    In the word sponsor --
4     Q.    Where it says "Su," it's just a
5 typo?
6     A.    It is supposed to be A.
7             (Notice of Your Right to Join
8 Lawsuit for Unpaid Wages marked Ortega
9 Exhibit 2 for identification)
10     Q.    Ms. Ortega Munoz, the court
11 reporter has just handed you a document
12 marked Ortega Exhibit 2.
13             Could you please review this
14 document and then let me know when you are
15 finished.
16     A.    Sure.
17             (Pause)
18     Q.    Ms. Ortega Munoz, have you seen
19 this document before?
20     A.    Yes.
21     Q.    What is it?
22     A.    It's a notice explaining about
23 what is the lawsuit about and ask me if I
24 want to participate, how it is going to be
25 if I decide to participate.

---

**11**

Munoz

1
2     Q.    Have you reviewed this document
3 before?
4     A.    Yes.
5     Q.    Did you understand it when you
6 reviewed it?
7     A.    Yes.
8     Q.    Did you review this document
9 before you completed the consent form
10 that's marked Exhibit 1?
11     A.    Yes.
12     Q.    After you completed the
13 information in Exhibit 1, did you review
14 any documents regarding your experience as
15 an au pair?
16     A.    Can you repeat it, please?
17     Q.    Sure.
18             After you completed the
19 information in Exhibit 1, did you review
20 any documents regarding your experience as
21 an au pair?
22     A.    No.
23             (Questionnaire for Carolina
24 Ortega Munoz marked or Exhibit 3 for
25 identification)

---

**12**

Munoz

1
2     Q.    So the court reporter just handed
3 you a document that's marked Ortega
4 Exhibit 3.  I will ask you to please review
5 the document and then let me know once
6 you're finished.
7     A.    Okay.
8             (Pause)
9     A.    Okay.
10     Q.    Ms. Ortega Munoz, have you seen
11 this document before?
12     A.    Yes.
13     Q.    What is it?
14     A.    It's a document that I was needed
15 to write down my experience being an au
16 pair and answer some questions.
17     Q.    You said answer some questions?
18     A.    Yes.
19     Q.    Did you answer these questions?
20     A.    Most of them.  Not all of them.
21     Q.    Right.  But the questions that
22 have responses, those are your responses?
23     A.    Yes.
24     Q.    Just one additional instruction.
25 I should have mentioned this earlier.  Just

---

Movant's App. 000313

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-85   Filed 09/28/18   USDC Colorado   Page 66
of 399

13

Munoz

1  try to wait until after I have finished and
2  I would say just pause.  One, it allows you
3  to make sure that I'm finished asking the
4  question and, then, if Ms. Harris wants to
5  make an objection, she can make an
6  objection.
7      A.    Sorry.
8          MS. HARRIS:  No, you're doing a
9  good job.
10     Q.    No, no.  I should have said that
11 in the beginning.
12         Were there any questions in the
13 document that you didn't understand?
14     A.    Yes.
15     Q.    Which questions?
16     A.    In the first, in the question 42,
17 how many children I was taking care of.  I
18 put three in the first family, because in
19 that moment I thought it was asking me for
20 the two families that I worked for.  So I
21 put three including the child for the
22 second family.
23     Q.    Okay, understood.
24         So which of the three children

14

Munoz

1  listed here should be omitted from this
2  response?
3      A.    Child two.
4      Q.    Child two, so the six-year-old
5  child who attended school for six hours per
6  day, that -- okay.
7      A.    That's for the second family.
8  And there was, it was --
9      Q.    Sorry, I didn't get that.
10     A.    I'm looking for the word that I
11 just, I gave the meaning of that word that
12 I thought at the moment, but I wasn't sure
13 that it was the right meaning.
14         Sorry, I can't find it.
15     Q.    Take your time.
16     A.    Question 58, weekly stipend.
17     Q.    Do you mean stipend?
18     A.    Yes.
19     Q.    So are you saying you don't
20 understand that word?
21     A.    Yes, I couldn't give -- I
22 probably gave it a different meaning or I'm
23 not sure if I gave it the meaning that it
24 was supposed to be correct.

15

Munoz

1      Q.    So what does that word mean to
2  you?
3      A.    Like the amount of money.
4      Q.    Other than question 42 and
5  question 58, were there any questions that
6  you didn't understand?
7      A.    No.
8      Q.    When did you complete this
9  information?
10     A.    I don't remember.
11     Q.    Was it more than six months ago?
12     A.    Maybe.
13     Q.    Did you rely on any documents to
14 assist you in answering these questions?
15     A.    Can you say that in other words,
16 please.
17     Q.    Sure.
18         Did you reference any other
19 pieces of paper or emails or texts to help
20 you answer these questions?
21     A.    No.
22     Q.    No?
23     A.    No.
24     Q.    Did any person assist you in

16

Munoz

1  answering the questions?
2      A.    No.
3      Q.    With the exception of your answer
4  to question 42, are the answers you
5  provided accurate?
6      A.    Not all of them.
7      Q.    Okay.  Can you tell me one of the
8  questions where the response is inaccurate?
9      A.    Question 12.
10     Q.    Question 12, you said?
11     A.    Yes.  The amount of money that I
12 was paid.  It wasn't 178.  It was 172.
13     Q.    Can you read just question 12
14 into the record, please.
15     A.    Sure.
16         "When being recruited, what were
17 the key benefits of being an au pair, as
18 you understood them?"
19     Q.    And could you just read your
20 response as well, please?
21     A.    "Go to school, be part of the
22 family, $178 weekly."
23     Q.    So is it your testimony that the
24 figure here should be 172 instead of 178?

17

Munoz

A. Yes.

Q. Okay. So just to make sure the record is clear. When you were being recruited, you understood a benefit of being an au pair was being paid $172 weekly?

A. Yes.

Q. Other than questions 12 -- strike that.

I believe you testified there were multiple questions, right, that had inaccurate responses?

A. Uh-huh.

Q. What was another question?

A. Question 16.

Q. Okay, and what's inaccurate about your response to question 16?

A. I understood what was said at that moment what was going to be my weekly salary is 172.

Q. When you say at that moment, to what are you referring?

A. The question said that it would say about the weekly stipend during the

18

Munoz

meeting, it was supposed to be 172. I can't recall.

Q. You can't recall?

A. Yes, that I can't remember right now.

Q. So you had a meeting -- well, strike that.

Tell me about this meeting you are talking about.

A. The meeting in Colombia?

Q. Yes.

A. Okay. I went to the agency to get some information about this program and they said that it was a cultural exchange where I could learn English, study English here, stay with a family that they just have me as a part of their family and I would get some money just to help myself.

Q. You said, just in the beginning of your last response, you said the agency.

What agency?

A. There was an office in Colombia which they said were part of Au Pair in America.

19

Munoz

Q. And you met with somebody from the agency?

A. There were three people there and they said they worked for Au Pair in America.

Q. Do you recall their names?

A. I just remember Sandra, but I don't remember the other names. One of them was the interviewer to see my English.

Q. The interviewer?

A. Yes.

Q. Did you meet with those representatives on more than one occasion?

A. Yes.

Q. How many times did you meet?

A. Probably three or four times.

Q. Are there any other questions in this document that you provided inaccurate responses to?

A. Yes. Question 32, "Did the amount of the weekly stipend that you received ever vary?"

I said no and it did.

Q. And you said no, and you just

20

Munoz

said it did?

A. Yes.

Q. Are there any other questions to which you provided inaccurate responses?

A. Yes, in the second family. Question 58, I said 178. I know that I get some more, but I don't remember how much more.

Q. Are there any other questions to which you provided inaccurate responses?

A. No.

Q. Why did you put -- strike that.

Why did you respond 178 when it was 172?

A. Because that was the number that got in my mind back then, but I was talking with one of my friends that used to be an au pair for them and she reminded me that it was 172.

Q. What's the name of this au pair?

A. Dayda Delgado.

Q. Can you spell that, please?

A. D-A-Y-D-A, Delgado, D-E-L-G-A-D-O.



Page 21

Munoz

1
2    Q.    Was Ms. Delgado an Au Pair in
3    America au pair?
4    A.    Yes.
5    Q.    When was she an au pair?
6    A.    2008-2009.
7    Q.    And when did you speak with her
8    about the stipend?
9    A.    I don't remember.
10    Q.    Was it within the last six
11    months?
12    A.    Yes.
13    Q.    Okay.  Were there any other
14    inaccurate responses to these questions?
15    A.    No.
16    Q.    Ms. Ortega Munoz, when did you
17    participate in the APIA au pair program?
18    A.    2008 to 2010.
19    Q.    Ms. Ortega Munoz, could you just
20    look back at the document marked Exhibit 1?
21    A.    Okay.
22    Q.    You see at the bottom where it
23    says dates in the au pair program, it says
24    from 9/2/2008 to 9/2/2010?
25    A.    Uh-huh.

Page 22

Munoz

1
2    Q.    Is that accurate?
3    A.    Yes.  Oh, it depends if I to
4    include the time that I was in Colombia
5    receiving correspondence from families.  I
6    didn't put that in there.
7    Q.    Okay.  So is 9/2/2008 the date
8    you arrived in America to participate --
9    just wait until I'm finished.
10         So the answer is yes?
11    A.    Yes.
12    Q.    And is 9/2/2010 the date you left
13    America?
14    A.    No.
15    Q.    Okay.  What date is that?
16         MS. HARRIS:  Objection to form.
17    Q.    You can answer.
18         MS. HARRIS:  If you understand.
19    A.    That was the last day with the
20    family, being with the agency.
21    Q.    How many host families did you
22    have?
23    A.    Two.
24    Q.    What was your first host family's
25    surname?

Page 23

Munoz

1
2    A.    ████████.
3    Q.    Is that ██████████ or is there
4    a █ in there?
5    A.    There's a ████.
6    Q.    So ██████████████?
7    A.    Yes.
8    Q.    And what was your second host
9    family's surname?
10    A.    ████████.
11    Q.
12    A.    Yes.
13    Q.    And how long were you with the
14    ██████ family?
15    A.    One year.
16    Q.    Why did you leave the ████████
17    family?
18    A.    I didn't want to stay.
19    Q.    Why?
20    A.    I didn't have a good relationship
21    with the mother.
22    Q.    And how long did you stay with
23    the ██████ family?
24    A.    One year.
25    Q.    And why did you leave the

Page 24

Munoz

1
2    ██████ family?
3    A.    The program finished.
4    Q.    How did you match with the
5    ██████ and ██████ families?
6    A.    Could you repeat that?
7    Q.    How did you match with the
8    ██████ and ██████ families?
9         MS. HARRIS:  Objection to form.
10    A.    They called me.
11    Q.    Okay.  They called you and then
12    what happened?
13    A.    They seemed like a very nice
14    family.  The host father spoke Spanish.  So
15    that was one of the reasons I decided to
16    come because he say that he would help me
17    to learn English.
18         MS. HARRIS:  I would like to
19    insert an objection in there too and
20    just note that it's not clear which
21    family we are talking about right now.
22    Q.    What family are you talking
23    about?
24    A.    ████████.
25    Q.    And what happened after your call



25

```
 1              Munoz
 2  with the ████ family?
 3       A.   I was, I asked for my papers to
 4  come here.
 5       Q.   What do you mean come here?
 6       A.   The piece of paper for Au Pair in
 7  America had to do with some stuff,
 8  insurance, tickets, stuff like that.
 9       Q.   But I thought you resided with
10  the ████ family after the ████
11  family, correct?
12       A.   Oh, we're talking about ████
13       Q.   ████ yes.
14       A.   Oh, I'm sorry.
15       Q.   That's okay.
16       A.   I think we first spoke with by
17  email, they contact me talking about the
18  kids and his hobbies, preferences, his
19  tastes.  And I send back a letter talking
20  about myself and they asked me if I would
21  like to be with them for one year more and
22  I say yes.
23       Q.   I may have missed this, but did
24  you speak on the phone with the ████
25  family?
```

26

```
 1              Munoz
 2       A.   After I say yes.
 3       Q.   Okay.  Did any APIA
 4  representative participate in the calls
 5  with the ████ and ████ families?
 6       MS. HARRIS:  Objection to form.
 7       A.   I don't remember.
 8       Q.   Who decided that you would reside
 9  with the ████ family?
10       MS. HARRIS:  Objection to form.
11       Q.   You can answer if you can.  If
12  you don't understand, I can rephrase the
13  question.
14       A.   Who decided?  It was me.
15       Q.   Before you were placed with your
16  host families, did you participate in an
17  orientation?
18       A.   I went to Stamford for suppose
19  orientation, but it was for all the au
20  pairs in three days talking about how to
21  take care of the children.
22       Q.   And when you say Stamford, you
23  mean Stamford, Connecticut?
24       A.   Yes.
25       Q.   Was the ████ family at the
```

27

```
 1              Munoz
 2  orientation?
 3       A.   No.
 4       Q.   Was the ████ family at the
 5  orientation?
 6       A.   No.
 7       Q.   Are you doing okay, do you need
 8  to take a break?
 9       A.   No, I'm fine.
10       Q.   I was going to say now might be
11  an okay time.
12       (Host Family Agreement dated
13       11/1/2008 marked Ortega Exhibit 5 for
14       identification)
15       Q.   Ms. Ortega Munoz, the court
16  reporter just handed you a document that's
17  been marked Ortega Exhibit 5.  I will ask
18  you to please review this document and let
19  me know when you have finished.
20       (Pause)
21       MR. TUCKER:  Off the record.
22       (Discussion off the record)
23       (Host Family and Au Pair
24       Companion Agreement marked Exhibit 4
25       for identification)
```

28

```
 1              Munoz
 2       Q.   Ms. Ortega Munoz, you also have
 3  been handed what has been marked Ortega
 4  Exhibit 4.  I'm going to ask that you
 5  review Ortega Exhibit 4 and let me know
 6  when you're finished.
 7       A.   Okay.
 8       (Pause)
 9       A.   Okay.
10       Q.   Okay.  And then, have you
11  reviewed Ortega Exhibit 5 yet?
12       A.   No.
13       Q.   Could you please do that and let
14  me know when you're finished.
15       (Host Family and Au
16       Pair/Companion Program Extension
17       Agreement marked Exhibit 6 for
18       identification)
19       Q.   Okay.  First, let me ask you,
20  have you seen the document -- strike that.
21  Actually, no.  Let's do that.
22       Have you seen the document that
23  has been marked Ortega Exhibit 5 before?
24       A.   I don't remember it.
25       Q.   Okay.  Can you put that document
```

29

Munoz

1 aside. I don't think I will ask any
2 questions about it.
3
4          The court reporter has just
5 handed you the document that has been
6 marked Ortega Exhibit 6. I will ask you to
7 review that document as well and let me
8 know when you have finished.
9          (Pause)
10     A.    Okay.
11     Q.    Ms. Ortega Munoz, have you seen
12 the document that's been marked Exhibit 4
13 before today?
14     A.    Yes.
15     Q.    What is it?
16     A.    Contract.
17     Q.    Is that your signature at the
18 bottom of the page?
19     A.    Yes.
20     Q.    Did you review this document
21 before you signed it?
22     A.    My sponsor read it for us and
23 explained it.
24     Q.    Who is "us"?
25     A.    Me and the family.

30

Munoz

1
2     Q.    And who was the sponsor who read
3 it and explained it?
4     A.    I don't remember her name, Kaija,
5 the person who signed it, the counselor.
6     Q.    The person who signed it at the
7 bottom there?
8     A.    Yes.
9          MS. HARRIS: We're on Exhibit 6?
10          MR. TUCKER: I thought we were on
11 Exhibit 4.
12          MS. HARRIS: Oh, okay.
13     Q.    Did you understand Kajia -- is
14 that how you pronounce it?
15     A.    Kaija.
16     Q.    Did you understand Kaija's
17 explanation?
18     A.    Yes.
19     Q.    You said she read it aloud?
20     A.    She was explain it.
21     Q.    Do you understand the document
22 today?
23          MS. HARRIS: Objection. That's
24 outside the scope of this deposition.
25          MR. TUCKER: Why?

31

Munoz

1
2          MS. HARRIS: By the court's
3 ruling.
4          MR. TUCKER: How so?
5          MS. HARRIS: We can review the
6 protective order if you want.
7          MR. TUCKER: You mean even the
8 order in the cultural care dispute?
9          MS. HARRIS: Yes, but I think it
10 applies to all opt-in depositions.
11          MR. TUCKER: It is questions I'm
12 asking her if she understands
13 information on a document she signed
14 while she was a participant in the
15 program.
16          MS. HARRIS: Yes, and you asked
17 her what her understanding was when she
18 signed it.
19          MR. TUCKER: Right, and then I
20 asked what her understanding was today.
21          MS. HARRIS: The understanding
22 today has no relevance as to the
23 agreement itself or this deposition,
24 her understanding of these agreements.
25     Q.    Ms. Ortega Munoz, can you look at

32

Munoz

1 the document marked Exhibit 6.
2     A.    Yes.
3     Q.    Have you seen this document
4 before?
5     A.    Yes.
6     Q.    What is it?
7     A.    A contract with ███████ family.
8     Q.    Did you sign this document?
9     A.    Yes.
10     Q.    Did you review this document
11 before you signed it?
12     A.    It was another person who said --
13 there was a counselor who said that the
14 rules were same as the first family. There
15 was another counselor there.
16          MR. TUCKER: Would you read that
17 answer back.
18          (Answer read)
19     A.    There was another counselor there
20 explaining to me it was the same contract
21 that I had with the first family.
22     Q.    In other words, you didn't review
23 it yourself?
24     A.    No.

33

Munoz

1  Q.   Did you understand the
2  counselor's explanation?
3  A.   In the Exhibit 6?  Yes.
4  Q.   What did she say?
5  A.   She say that the rules were the
6  same, that I was going to work maximum of
7  45 hours.  She told me the amount of money
8  that you would get weekly.  That I should
9  go to school.  That's it.
10  Q.   And what amount did she say?
11  A.   I don't remember that amount.  I
12  think it was 192, but I'm not sure, or 196.
13  But it was less than 200.
14  Q.   Did she say that the host family
15  was prohibited from paying more than that
16  amount?
17  MS. HARRIS:  Objection to form.
18  You can answer.
19  A.   Can you repeat it.
20  Q.   Did she say that the host family
21  was prohibited from paying more than that
22  amount?
23  MS. HARRIS:  Objection to form.
24  You can answer.
25

34

Munoz

1  A.   No.
2  Q.   Did she say that you were
3  prohibited from receiving more than that
4  amount?
5  MS. HARRIS:  Objection to form.
6  You can answer.
7  A.   No.
8  Q.   And let's go back to Ortega
9  Exhibit 4.
10  You testified that Kaija
11  explained this document, right?
12  A.   Yes.
13  Q.   What was her explanation?
14  A.   In the way I understood English
15  at that moment, it was that I work maximum
16  40 hours a day -- a week, with a maximum of
17  10 hours a day, 2 days off every week -- 2
18  days off con -- how do you say that?
19  MS. HARRIS:  Consecutive.
20  A.   Consecutive every month and one
21  and a half the rest of the week, the other
22  weeks.
23  The payment, she told me about
24  the school and she said that I was helping
25

35

Munoz

1  with the kids, but she never told me about
2  the other stuff that I had to do in the
3  house.
4  Q.   If I heard you correctly, you
5  said you could work a maximum of 40 hours?
6  A.   45.
7  Q.   And what did she say about the
8  payment?
9  A.   That I receive 172 every week.
10  Q.   Did she say that the host family
11  was prohibited from paying more than $172?
12  A.   No.
13  MS. HARRIS:  Objection to form.
14  Q.   Just pause a little bit.  You're
15  doing a good job, I just want to make sure
16  there is a little bit more space.
17  Did she say that you were
18  prohibited from receiving more than $172?
19  MS. HARRIS:  Objection to form.
20  A.   No.
21  Q.   Aside from the contracts that
22  were marked Exhibit 4 and 6, did you have
23  any other contracts with your host
24  families?
25

36

Munoz

1  A.   Well, with the first family I had
2  two.
3  Q.   You had two?
4  A.   Yes.  They are here.
5  Q.   They are here, you said?  Oh,
6  yes, sorry.
7  But I meant other than --
8  A.   No.
9  Q.   How many individuals resided in
10  the host family -- strike that.
11  How many individuals resided in
12  the ███████ family home during your
13  placement?
14  A.   Three adults, two kids.
15  Q.   Three adults, two kids?  Are you
16  one of the adults?
17  A.   No.
18  Q.   So including yourself, it would
19  be six people?
20  A.   Yes.
21  Q.   And how many individuals resided
22  in the ███████ family home during your
23  placement?
24  A.   We were four.  The two parents,
25

Case 1:14-cv-03074-CMA-KMT   Document 1071-85   Filed 09/05/18   USDC Colorado   Page 72 of 399

37

Munoz

1
2 the boy and myself.
3    Q.   I'm about to ask you some
4 questions about your host families.  In
5 order to preserve the confidentiality of
6 host family's children, I am going to ask
7 that you to refer to the children by gender
8 and approximate age.  So, for example, if
9 one of the children was John Smith
10 approximately seven years, I would ask that
11 you refer to John Smith as the seven-year-
12 old boy instead of by his name, John Smith.
13        Is that clear?
14    A.   Yes.
15    Q.   Are you comfortable with that?
16    A.   Yes.
17    Q.   So let's start with the ▮▮▮▮
18 family.
19        Can you please identify the
20 children by approximate age at the time of
21 your placement and gender?
22    A.   Male, three years old, male, ten
23 years old.
24    Q.   Thank you.
25        And then can you identify the

38

Munoz

1
2 three adults who were living in the
3 ▮▮▮▮ family home?
4    A.   By name?
5    Q.   Yeah.
6    A.   It was Debbie, host mom, Andy,
7 host father.  I don't remember the other
8 name, Jack, something like that.  I don't
9 remember.
10    Q.   Who was Jack?
11    A.   Family's friend.
12    Q.   Did he live in the house
13 throughout your placement?
14    A.   For some part of the year, yes.
15    Q.   Okay.  Let's go back to the
16 ▮▮▮▮ family.
17        Can you please identify the
18 ▮▮▮▮ family child?
19    A.   Male, six years old.
20    Q.   And then the other individuals
21 were the host parents?
22    A.   Yes.
23    Q.   Host mom and host dad?
24    A.   Yes.
25    Q.   Did Jack ever take care of the

39

Munoz

1
2 ▮▮▮▮ family children?
3    A.   Not when I was doing it.
4    Q.   Do you mean -- what do you mean
5 by that?
6    A.   I think sometimes my host mom
7 leave the kids with him.
8    Q.   But that would be at times when
9 you weren't working?
10    A.   Yes.
11    Q.   Did your parents -- strike that.
12        Did your host parents have
13 full-time employment during your
14 placements?
15        MS. HARRIS:  Objection to form.
16    A.   The first six months both parents
17 worked.
18    Q.   And that would be the ▮▮▮▮
19 parents, right?
20    A.   Yes.
21    Q.   What about after the first six
22 months?
23    A.   The host father stayed home.
24    Q.   And you testified earlier you
25 were with the ▮▮▮▮ family for a year,

40

Munoz

1
2 right?
3    A.   Yes.
4    Q.   So for that remaining six months
5 was he at home?
6    A.   Yes.
7    Q.   So did he have a job?
8    A.   He lost his job, I think.
9    Q.   Did the ▮▮▮▮ parents have
10 full-time employment?
11    A.   Yes.
12    Q.   Did any of your host parents work
13 from home during your placement?
14    A.   No.
15    Q.   Did the ▮▮▮▮ family children
16 attend school?
17    A.   Yes.
18    Q.   What was their school schedule?
19    A.   Three-year-old boy went three
20 hours a day.
21    Q.   What were the times?
22    A.   9 to 12.
23    Q.   Was that Monday through Friday?
24    A.   Yes.
25    Q.   And what about the ten-year-old



**41**

Munoz

1
2  boy?
3      A.    He went to school from 9 to 3.
4      Q.    And was that Monday through
5  Friday?
6      A.    Yes.
7      Q.    Did the six-year-old boy in the
8  ████████ family attend school?
9      A.    Yes.  I just remembered that the
10 three-year-old went to school three times a
11 week.
12     Q.    You said, ████████ the
13 six-year-old boy there did attend school.
14 Okay.
15           And then you said the
16 three-year-old boy in the ████████ family
17 was just three times a week?
18     A.    ████████ family.
19     Q.    What days were those?
20     A.    I think it was Mondays,
21 Wednesdays and Fridays.  I'm not sure right
22 now.
23     Q.    Did the three-year-old boy have
24 daycare on the days in which he wasn't in
25 school?

**42**

Munoz

1
2      A.    No.
3      Q.    Did he have daycare at any point?
4      A.    No.
5      Q.    What was the ████████ boy's
6  school schedule?
7      A.    9 to 3.  Or 3:30.
8      Q.    3 or 3:30, you said?
9      A.    Uh-huh.
10     Q.    Was that Monday through Friday?
11     A.    Yes.
12     Q.    Did any of the host children
13 attend camp during your placements?
14     A.    The six-year-old boy, he attended
15 for two weeks in the summer.
16     Q.    Was that a sleep-away camp?
17     A.    No.
18     Q.    What was the camp schedule?
19     A.    9 to 3.
20     Q.    Monday through Friday?
21     A.    Monday through Thursday.
22     Q.    And the ████████ family children
23 didn't attend camp?
24     A.    No.
25     Q.    Did any of the host children have

**43**

Munoz

1
2  after-school activities?
3      A.    Yes.
4      Q.    Which children?
5      A.    The six-year-old.
6      Q.    Just the six-year-old?
7      A.    Yes.
8      Q.    Did you attend those after school
9  activities?
10     A.    Yes.
11     Q.    All of them?
12     A.    Yes.
13     Q.    Aside from yourself, the host
14 parents and Jack, did anyone else take care
15 of the ████████ family children during your
16 placement?
17     A.    No.
18     Q.    Aside from the host parents and
19 yourself, did anyone take care of the
20 ████████ family boy during your placement?
21     A.    No.
22     Q.    Did any of the host children have
23 a babysitter?
24     A.    No.
25     Q.    You testified earlier that your

**44**

Munoz

1
2  community counselor was Kaija, right?
3      A.    Yes.
4      Q.    Did you have any other community
5  counselors?
6      A.    Yes.
7      Q.    Do you recall their name or
8  names?
9      A.    I don't remember.
10     Q.    Do you remember first name or
11 last name, any part of it?
12     A.    No.
13     Q.    Was it a male or --
14     A.    Female.
15     Q.    And you had just two community
16 counselors?
17     A.    Yes.
18     Q.    Did you have contact with anyone
19 else from APIA other than Kaija and then
20 the other female community counselor during
21 your placements?
22     A.    No.
23     Q.    How often -- well, strike that.
24           Were you in contact with your
25 community counselors during your

45

Munoz

1 placements?
2    A.    Yes.
3    Q.    How often?
4    A.    Not so often.  Not so often.
5    A.    Not so often.
6    Q.    More frequently than monthly?
7    A.    No.
8    Q.    More than six times per year?
9    A.    No.
10   Q.    Do you know what a cluster
11 meeting is?
12   A.    Uh-huh.  Yes.
13   Q.    What is it?
14   A.    Where the au pairs meet with the
15 counselor.
16   Q.    Did you ever attend cluster
17 meetings?
18   A.    Once or twice.
19   Q.    What were your duties with the
20 ██████████ family?
21   A.    Laundry, cooking, light cleaning.
22   Q.    You said light cleaning?
23   A.    Take care of the children.
24   Q.    Anything else?

46

Munoz

1    A.    Providing medication.  Helping in
2 anything that I could at that time.
3    Q.    Were your duties different with
4 the ██████████ family?
5    A.    Nope.
6    Q.    They are the same?
7    A.    They are.
8          Actually, with the ██████████
9 family, I drive the kids to different
10 places.
11   Q.    So with the ██████████ family, you
12 drove the kids in addition to the duties
13 you mentioned for the ██████████ family?
14   A.    Yes.
15   Q.    Who assigned your duties?
16   A.    Can you do it -- can you ask the
17 question --
18   Q.    Oh, rephrase it?
19   A.    Yes.
20   Q.    Sure.
21          Who told you what to do when you
22 were an au pair?
23          MS. HARRIS:  Objection to form.
24   A.    My host mom.

47

Munoz

1    Q.    Is that true for both families?
2    A.    Yes.
3    Q.    Did anyone from APIA tell you
4 what to do when you were an au pair?
5          MS. HARRIS:  Objection to form.
6    A.    Just when they explained the
7 contract the first time, they gave us a
8 general idea of what I was helping.
9    Q.    But did they tell you the
10 specific tasks that you performed when you
11 were an au pair?
12          MS. HARRIS:  Objection to form.
13   A.    No.
14   Q.    Did anyone from APIA ever watch
15 you perform your duties?
16   A.    No.
17   Q.    Did your host families set any
18 rules?
19   A.    Yes.
20   Q.    Which families?
21   A.    Both.
22   Q.    What rules did the ██████████
23 family set?
24   A.    Visits, time to be at home.  I

48

Munoz

1 should pay my own gas, when I used the car
2 for the ██████████ family, I was supposed to
3 put the gas.
4    Q.    We're just talking about the
5 ██████████ family now.  We'll talk about the
6 ██████████ in a minute.
7          So you said, for the ██████████
8 family you said visits and time to be at
9 home.
10          Were there any other rules?
11   A.    Yes.  I need to be able to be
12 ready for them when they need me.  That I
13 had to work according to her schedule.
14 That I couldn't say no when they said I had
15 to work one day, I got to be there when
16 they said.
17   Q.    You said "one day," are you
18 referring to one particular time?
19   A.    No.
20   Q.    You mean in general?
21   A.    In general.
22   Q.    Were these rules written down?
23   A.    No.
24   Q.    How did you learn of them?

---

**49**

Munoz

1        A.    My host mom told me.

2        Q.    And then what were the rules that

3 the ▮▮▮▮ family set?

4        A.    Visits, time to be at home, pay

5 gas when I used the car for myself.  I need

6 to be sure that the -- make sure that the

7 boy did the things that he was supposed to

8 do before they came, before they were home.

9        Q.    You testified just a minute ago

10 that you had, there was a schedule with the

11 ▮▮▮▮ family, is that right?

12       A.    Yes, that changed every week.

13       Q.    How did you know what the

14 schedule would be?

15       A.    She would put a paper on the

16 board saying which days I was working and

17 the times.

18       Q.    Did she put it on the board the

19 same time each week?

20       A.    No.  She could do it at the last

21 minute or change it at the last minute.

22       Q.    Was there any consistency to the

23 schedule?

24       A.    No.  Just that I had to work two

---

**50**

Munoz

1 or three days 12 hours per day.  But the

2 days changed every week.

3        Q.    Okay.  So, in other words, you

4 were scheduled for 12 hours 2 to 3 days per

5 week, but the days on which you would work

6 those, you were scheduled to work those 12

7 hours changed?

8        A.    Yes.

9        Q.    And were you scheduled for work

10 beyond those two to three days each week?

11       A.    Yes.

12       Q.    And how many hours were you

13 scheduled for the days that you didn't work

14 12 hours?

15       A.    45, between 44 and 45 hours a

16 week.

17       Q.    Total?

18       A.    Yes, but sometimes I work more.

19       Q.    How often did you work more than

20 45 hours?

21       A.    Almost every week.

22       Q.    In the weeks in which you worked

23 more than 45 hours, were you scheduled to

24 work more than 45 hours?

---

**51**

Munoz

1        A.    Sometimes, but she didn't put it

2 down.  She just told me by phone or in

3 person that I should stay longer.

4        Q.    In the weeks in which you worked

5 more than 45 hours, how many hours did you

6 work beyond 45?

7        MS. HARRIS:  Objection to form.

8        A.    That changed all the time.  It

9 could be just two hours, it could be five

10 hours, I'm not sure.  I can't give a

11 number.

12       Q.    Can you give me a range?

13       A.    Between two and six.

14       Q.    So did the host mom set the

15 schedule in the ▮▮▮▮ family?

16       A.    The mom, yes.

17       Q.    Did you have a schedule with the

18 ▮▮▮▮ family?

19       A.    No.  I just needed to be

20 available before and after school during

21 the school year, during the school time.

22       Q.    What about during the summer?

23       A.    I worked all day.

24       Q.    What do you mean by all day?

---

**52**

Munoz

1        A.    When the parents were out of the

2 house working, they went to work, I stayed

3 with the boy.

4        Q.    So what time did they leave for

5 work?

6        A.    7 a.m.

7        Q.    And what time did they return?

8        A.    Between 6 and 7 p.m.

9        Q.    You said during the school year

10 you had to be available before the children

11 went to school and then available after

12 they went to school, right?

13       A.    Yes.

14       Q.    What was the timing for that?

15       A.    It was between 7 and 8:30 in the

16 morning, or 8:45, and then 3:15, 3:20 until

17 7 p.m.

18       Q.    And that was Monday through

19 Friday?

20       A.    Yes.

21       Q.    Did that ever vary?

22       A.    When the boy was sick.

23       Q.    So if he was sick and had to stay

24 home, you'd watch him when he was home?

---

53

Munoz

1
2    A.    Yes.
3    Q.    Did you ever work weekends with
4 the ████ family?
5    A.    Once in a while.
6    Q.    More than three times?
7    A.    Maybe three times.
8    Q.    And when you worked on weekends,
9 how many hours did you work?
10   A.    Three, four hours.
11   Q.    How did you know when you would
12 be working with the ████ family?
13   A.    How do I know?
14   Q.    How did you know?
15   A.    The parents told me when I got
16 there.
17   Q.    Did the ████ family keep the
18 weekly schedule?
19   A.    The ████ No.
20   Q.    Do you have copies of the
21 schedule?
22   A.    No.
23   Q.    Did you track the number of hours
24 you worked with the ████ family?
25   A.    She did it.

54

Munoz

1
2    Q.    She did?  And how did she track?
3    A.    As I said before, she put the
4 schedule on the board, putting the hours
5 that I was going to work.  That's because I
6 worked sometimes more then it would change.
7    Q.    Okay.  But did you track the
8 hours you were working?
9    A.    Mentally.
10   Q.    What about with the ████
11 family?
12   A.    No.
13   Q.    Did the host family track your
14 hours?
15   A.    No.
16   Q.    Did anyone from APIA track your
17 hours?
18   A.    No.
19   Q.    You said that the -- you think
20 the ████ host father lost his job six
21 months into your placement, right?
22   A.    Yes.
23   Q.    So he was at home during the
24 week?
25   A.    Yes.

55

Munoz

1
2    Q.    Did he ever take care of the kids
3 during the week?
4    A.    He sometimes take care of the
5 ten-year-old boy.
6    Q.    When he was taking care of the
7 ten-year-old, where was the three-year-old?
8    A.    With me.
9    Q.    Was there ever times when he was
10 taking care of both children during the
11 week?
12   A.    With me sometimes.
13   Q.    Together, you mean?
14   A.    Yes.
15   Q.    And were those hours when you
16 were scheduled to work?
17   A.    Yes.
18   Q.    Did Jack ever take care of the
19 kids when you were scheduled to work?
20   A.    No.
21   Q.    Did the three-year-old take naps
22 during the week?
23   A.    Sometimes.
24   Q.    How long would the three-year-old
25 nap for?

56

Munoz

1
2    A.    One or two.
3    Q.    Were there occasions when the
4 three-year-old napped when the ten-year-old
5 was at school?
6    A.    Yes.
7    Q.    When that happened, were you
8 performing any work?
9    A.    Yes.
10   Q.    What were you doing?
11   A.    Doing light cleaning or laundry.
12   Q.    Or laundry?
13   A.    Yes.
14   Q.    Did you ever tell the community
15 counselor that you were working more than
16 45 hours with the ████ family?
17   A.    Yes.
18   Q.    When did you tell her?
19   A.    When we -- when my host mom
20 decided to finish the first contract.
21   Q.    When was that?
22   A.    Between February or March 2009.
23   Q.    And why did she decide to finish
24 the contract?
25   A.    Because I wasn't comfortable

57

Munoz

1  working that many hours on the schedule
2  that she gave me.  She got mad at me and
3  she called the counselor, and she decided
4  to finish my contract.
5      Q.    Okay.  But if I understand
6  correctly, you stayed with the ████████
7  family for a year, is that right?
8      A.    Yes.
9      Q.    So did something change?
10     A.    Yes.
11     Q.    What happened?
12     A.    I went to my friend's house in
13 Washington, D.C., while I was looking for
14 another family to do a match and they
15 called another au pair, but this au pair
16 didn't want to stay with the family because
17 of the hours and some problems in the
18 house.  And so the host mom decided to
19 finish the contract with her and the host
20 father called me asking me to come back.
21     Q.    And you decided to come back?
22     A.    I had no choice.
23     Q.    What do you mean you had no
24 choice?

58

Munoz

1      A.    The counselor wasn't helping me
2  finding another family.  So it was coming
3  back with the ████████ family or go home.
4      Q.    Did the counselor tell you you
5  had to go back to the ████████ family?
6      A.    No.
7      Q.    Did anyone else from APIA tell
8  you you had to go back to the ████████
9  family?
10     A.    No.  Exactly.
11     Q.    What do you mean?
12     A.    They gave me no choice.  They
13 said, you don't do that, you got to go back
14 to your country.
15     Q.    But you said you were looking for
16 other host families, right?
17     A.    Yes.
18     Q.    So if you had found another host
19 family, is it possible you could have
20 rematched with a different host family?
21     A.    Of course.
22     Q.    When you went back to the --
23 strike that.
24     How long were you away from the

59

Munoz

1      ████████ family?
2      A.    I think two weeks.
3      Q.    When you went back to the
4      ████████ family, did things improve?
5      A.    No.  It got worse.
6      Q.    They got worse?
7      A.    Yes.
8      Q.    You testified earlier that the
9  range of hours you would work in excess of
10 45 in weeks in which you worked more than
11 45 hours was between two and six.
12     Was that true for the period
13 after you returned to the ████████ family?
14     A.    Yes.
15     Q.    Did you ever work more than 45
16 hours with the ████████ family?
17     A.    During the summertime, yes.
18     Q.    How often?
19     A.    Every week.  Except camp days.
20     Q.    Did you complain to your
21 community counselor?
22     A.    No.
23     Q.    Did you complain to your host
24 family?

60

Munoz

1      A.    No.
2      MR. TUCKER:  This is a good place
3  to take a break.
4      (Discussion off the record)
5      (Luncheon recess:  12:36 p.m.)

61

Munoz

1                   Munoz
2             AFTERNOON SESSION
3               1:12 p.m.
4  EXAMINATION CONTINUED
5  BY MR. TUCKER:
6     Q.   We might have gone over this, but
7  I just want to make sure we did and the
8  record is clear.
9        You testified earlier that during
10  the school year you had a schedule with the
11  ████████ family where you worked from 7
12  a.m. to 8:45 a.m. and then from
13  approximately 3:15 p.m. or 3:20 p.m. until
14  about 7 p.m. at night, Monday through
15  Friday, is that correct?
16     A.   Yes.
17     Q.   Did you ever work beyond those
18  scheduled hours?
19        MS. HARRIS:  Objection to form.
20     A.   Sometimes.
21     Q.   How often?
22     A.   Not so often, a few times.
23     Q.   A few times?
24     A.   Yes.
25     Q.   More than five times?

62

Munoz

1                   Munoz
2     A.   Between five and ten.
3     Q.   How many additional hours did you
4  work on those instances?
5     A.   Just one or two.
6     Q.   One or two.
7        Did you attend class during your
8  placements?
9        MS. HARRIS:  Objection to form.
10     A.   Yes.
11     Q.   What class did you take?
12     A.   I went to a public school to
13  learn English with the ████████ family.
14  That it was for free.  But because I had to
15  take six credits for Au Pair in America, I
16  got to go to pay the school but I wasn't
17  able because my schedule changed every
18  week.  So I couldn't take a class that I
19  could go constantly.
20        So my host mom talked to my
21  counselor about it, so the counselor said
22  it was fine if I took the class in the free
23  place to take any course and pay some for
24  it and they would count it as the six
25  credits that I needed.

63

Munoz

1                   Munoz
2     Q.   So the class you just mentioned,
3  you are talking about the English class?
4     A.   It was a pronunciation class.
5     Q.   Pronunciation?
6     A.   Yes.
7     Q.   And how often was that class?
8     A.   It was once a week.  For six
9  weeks, probably.
10     Q.   How many hours was the class?
11     A.   One hour.
12     Q.   What about with the ████████
13  family, did you take any classes when you
14  were with the ████████ family?
15     A.   Yes, I did.  I went to a
16  community college for a noncredit class.
17     Q.   And what was that class?
18     A.   It was 2 days a week, 2 hours
19  every day for 4 months, 16 weeks, actually.
20     Q.   Was that class in the evening?
21     A.   During the day.
22     Q.   Okay.  Was it when the ████████
23  boy was at school?
24     A.   Yes.
25     Q.   Did you receive a weekly stipend

64

Munoz

1                   Munoz
2  during your placements?
3     A.   Say that again.
4     Q.   Did you receive a weekly stipend
5  during your placements?
6        MS. HARRIS:  Objection to form.
7     A.   I would say the amount of money
8  in the contract.
9     Q.   Let me try to rephrase the
10  question.
11        Did you receive a weekly payment
12  throughout your placements?
13        MS. HARRIS:  Objection to form.
14     A.   Throughout, in another place?
15  No.
16     Q.   Did you receive a weekly payment
17  at times during your placements?
18        MS. HARRIS:  Objection to form.
19     A.   Can you repeat it.  With these
20  questions I need to be more careful.  So
21  can you rephrase it.
22     Q.   Well, let's start, did you
23  receive money during your placements?
24        MS. HARRIS:  Objection to form.
25     A.   Yes.

65

```
1              Munoz
2      Q.   Did you receive weekly payments
3  of money?
4      A.   Yes.
5      Q.   Okay.  Did you receive a payment
6  every week?
7      A.   Yes.  It's not the same question?
8      Q.   Well, you asked me -- I'm just
9  trying to --
10     A.   No, I mean the weekly or every
11 week.
12     Q.   Well, yeah, it's slightly
13 different, but it's a similar question.
14     A.   Okay.
15     Q.   When you were with the ████
16 family, who made the payment to you?
17     A.   Host mom.
18     Q.   And when you were with the
19 ████ family, who made the payment?
20     A.   Any of the -- it could be my host
21 mom or host dad.
22     Q.   Did anyone other than your host
23 parents make the weekly payments during
24 your placements?
25     A.   No.
```

66

```
1              Munoz
2      Q.   What were the methods of payment?
3           MS. HARRIS:  Objection to form.
4      A.   Cash.
5      Q.   Did you ever receive your
6  payments in another form?
7      A.   I think a couple of times I
8  received a check.
9      Q.   With which family?
10     A.   ████
11     Q.   When you were with the ████
12 family, did the amount of your payment ever
13 change?
14     A.   Yes.
15     Q.   When you were with the ████
16 family, did the amount of your payment ever
17 change?
18     A.   No.
19     Q.   What was the amount of your
20 payment with the ████ family?
21     A.   That's the one that I don't
22 remember.
23     Q.   That's right.  I believe you
24 testified -- actually, I'm not really sure
25 what you testified.
```

67

```
1              Munoz
2      A.   I said that it was less than 200,
3  but I don't remember the exact amount.
4      Q.   Okay.  And then, what were the
5  amounts of the payments with the ████
6  family?
7           MS. HARRIS:  Objection to form.
8      A.   172.
9      Q.   Then you said there was another
10 amount?
11          MS. HARRIS:  Objection to form.
12     A.   Yes, sometimes -- she usually
13 gave me some coins for the $2 and sometimes
14 she would say, I don't have it right now
15 with me.  I will give it to you later in
16 another week.  Sometimes she did, sometimes
17 she don't.  So that can change.  Sometimes
18 the host dad would give me $20 more because
19 I stayed longer or because he want to.
20     Q.   You said sometimes the host dad
21 would pay $20 more because you stayed
22 longer or because he wanted to?
23     A.   He wanted to.
24     Q.   When the host dad paid you more,
25 was it always $20?
```

68

```
1              Munoz
2      A.   No.  It could change.
3      Q.   What was the range of amounts?
4      A.   I don't remember.
5      Q.   Did he ever pay you more than $20
6  extra?
7      A.   It could be.  That he would say
8  was a present.  That my host mom wouldn't
9  know, that she shouldn't know.
10     Q.   And were those extra payments
11 from the host dad, were they cash?
12     A.   Yes.
13     Q.   You said when the host mom paid
14 you that sometimes she would give you coins
15 and sometimes she wouldn't?
16     A.   For the $2 extra, the 72, the $2,
17 she would give me the money in coins or
18 singles, but sometimes she didn't have any.
19     Q.   So sometimes it would just be
20 $170?
21     A.   Yes.
22     Q.   Did you remind her when she only
23 paid you $170 to pay you the extra $2?
24     A.   No.
25     Q.   Did you ever ask your host
```

69

Munoz

1     families to increase their payments?
2         A.    No.
3         Q.    Why not?
4         A.    I couldn't do that.
5         Q.    Why is that?
6         A.    Because of the contract from Au
7     Pair in America.
8         Q.    You said because of the contract?
9         A.    With Au Pair in America.
10        Q.    What contract are you talking
11    about?
12        A.    This one.
13        Q.    By this one, are you talking
14    about Exhibit 4?
15        A.    Yes.
16        Q.    So where in the contract does it
17    say you can't ask for an increase in your
18    payment?
19        A.    Well, as I said before, this was
20    something that the counselor is saying to
21    me at that time, that she say that's the
22    money weekly and that's it.  I didn't read
23    it or understood it at that time.
24        Q.    But I thought you testified that

70

Munoz

1     she didn't tell you that you were
2     prohibited from receiving a stipend greater
3     than the payment --
4         MS. HARRIS:  Objection to form.
5         Q.    -- isn't that correct?
6         MS. HARRIS:  Objection to form.
7         A.    She didn't prohibit, but she said
8     that it was something -- I mean, sometimes
9     you don't get prohibited but you are
10    supposed not to do it.  That was something
11    that she would say, you are not supposed.
12    I don't know how to explain this.  She
13    say -- she don't use those words that you
14    said.  But she used some other words saying
15    that I couldn't.
16        Q.    What words did she use?
17        A.    I don't remember now, but the
18    meaning of this is she put in my mind I
19    couldn't receive more money.
20        Q.    So the way you interpreted what
21    she said was, I can't receive more money
22    than the weekly payment?
23        A.    It was like, you can't ask for
24    more money, something like that.  Like,

71

Munoz

1     what you are getting is a benefit that made
2     us feel that 172, it was not a payment, it
3     was a benefit.  So how could you ask for
4     more if it is a benefit.
5         Q.    Aside from the weekly payments,
6     did you receive any other payments from
7     your host parents?
8         MS. HARRIS:  Objection to form.
9         A.    No.  You mean in money?
10        Q.    Yeah.
11        A.    No.
12        Q.    Well, other than the extra money
13    you got from the ████████ father, right?
14        MS. HARRIS:  Objection to form.
15        A.    Yes.
16        Q.    Did you ever receive a bonus from
17    your families?
18        MS. HARRIS:  Objection to form.
19        A.    What do you mean bonus?
20        Q.    A bonus payment.  Do you know
21    what a bonus is?
22        A.    Like for holiday, for December,
23    for vacation?
24        Q.    Well, that's a good question.

72

Munoz

1         I would say a bonus -- did you
2     ever receive a one-time payment for work
3     you did?
4         MS. HARRIS:  Objection to form.
5         A.    No.
6         Q.    Did you receive gifts from your
7     host family?
8         A.    Yes.
9         Q.    What gifts?
10        A.    Clothes, gift cards, we went to
11    restaurants.
12        Q.    What were the amounts of the gift
13    cards?
14        A.    50.
15        Q.    How many gift cards?
16        A.    Two.
17        Q.    From which family?
18        A.    For both.
19        Q.    Does that mean you received four
20    cards total?
21        A.    No.  The ████████ gave me for my
22    birthday $50 in a gift card in clothes, for
23    the holiday.  Maybe I got money from my
24    host father, but I don't remember.



Case No. 1:14-cv-03074-CMA-KMT   Document 1071-85   Filed 09/18/18   USDC Colorado   Page 81
of 399

73

Munoz

1
2    And the ▮▮▮▮ she gave me the
3    50 for Christmas and 50 for my birthday.
4    Q.    I know you testified earlier that
5    one of the rules of the ▮▮▮▮ family was
6    when you used the car you had to pay for
7    the gas, right?
8    A.    When I -- yes.
9    Q.    And that's when you were using it
10   for personal purposes as well?
11   A.    Just for personal.  When I had to
12   use it for going to extracurricular classes
13   for the boy or for going for my school, I
14   didn't have to pay.
15   Q.    Did you ever use the ▮▮▮▮
16   family's car?
17   A.    No.
18   Q.    Did you have a -- strike that.
19         Did your host families give you a
20   cell phone?
21   A.    The ▮▮▮▮
22   Q.    Were you able to keep the phone?
23   A.    Yes.  For the year, right?
24   Q.    I meant permanently.
25   A.    Oh, no.

74

Munoz

1
2    Q.    So after you were done with them
3    you returned it to them?
4    A.    Yes.
5    Q.    Were you able to use the cell
6    phone for personal purposes?
7    A.    Yes.
8    Q.    Did you use it for personal
9    purposes?
10   A.    Yes.
11   Q.    Did you pay for the cell phone
12   plan?
13   A.    No.
14   Q.    Did they?
15   A.    Yes.
16   Q.    Were you able to use your host
17   family's Internet?
18   A.    Yes.
19   Q.    Did you pay for that?
20   A.    No.
21   Q.    Did your host families ever pay
22   for personal travel expenses?
23   A.    No.
24   Q.    Did your host families ever pay
25   for personal entertainment expenses?

75

Munoz

1
2    A.    No.
3    Q.    Did your host families provide
4    you with a private bedroom throughout your
5    placements?
6    A.    Yes.
7    Q.    Did you ever have to share your
8    bedroom?
9    A.    No.
10   Q.    Did your host families provide
11   you with three meals each day throughout
12   your placements?
13   A.    Yes.
14   Q.    Aside from the extra money you
15   received from the ▮▮▮▮ father, did you
16   ever receive extra pay for extra work?
17         MS. HARRIS:  Objection to form.
18   A.    No.
19         MR. TUCKER:  I think I'm done.
20   (Recess)
21         MR. TUCKER:  I don't have any
22   further questions.
23         MS. HARRIS:  I will have several
24   questions, if you don't mind just going
25   off the record.

76

Munoz

1
2    (Recess)
3    EXAMINATION
4    BY MS. HARRIS:
5    Q.    Ms. Ortega Munoz, if you could
6    take out Exhibit 3 once more.  That's the
7    survey that you reviewed earlier.
8         And do you recall -- do you
9    recall being asked whether any of the
10   answers in this survey were incorrect?
11   A.    Yes.  Question 32.
12   Q.    And we don't need to revisit
13   which ones you thought were incorrect at
14   the time.  I was just wondering whether you
15   recall being asked that.
16   A.    Yes.
17   Q.    And you responded that several of
18   the questions were incorrect or you
19   realized that they were incorrect after
20   reviewing them?
21   A.    Yes.
22   Q.    And did you believe them to be
23   correct when you first filled out the
24   survey?
25   A.    Say that again.

77

Munoz

1
2    Q.   When you first filled out the
3  survey, did you believe the answers that
4  you were providing were correct?
5    A.   Yes.
6    Q.   If we could just turn to question
7  48 quickly.  And you can take a minute to
8  review it.
9         And do you see that you responded
10 no to that question?
11   A.   Yes.
12   Q.   Do you believe that answer to be
13 accurate?
14   A.   No, it's not.
15   Q.   It's not accurate?
16   A.   No.
17   Q.   Why do you think that answer
18 isn't accurate upon reviewing it now?
19   A.   I'd say not in that moment
20 because when they changed the time, I
21 thought it was part of my job to be
22 available all the time.  So when I said yes
23 in that moment, it's because I was, I
24 agreed to that.
25   Q.   Because you agreed with the

78

Munoz

1
2  family that you would work?
3    A.   Yes.
4    Q.   And do you ever recall
5  anticipating that you would have free time
6  and then being told by your host mother
7  that you needed to work and that you would
8  not have free time?
9    A.   Many times.
10   Q.   Did it ever occur that you would
11 be out with friends and your host mother
12 would call you and ask you to return home
13 to take care of the children?
14   A.   No.  She usually did it before I
15 got out.
16   Q.   Before you left.
17        So you would, perhaps one
18 Saturday anticipate being available to see
19 your friends and it would occur that you
20 would be told that you would need to work
21 instead?
22   A.   Yes.  She said that I should stay
23 because her schedule had changed and then
24 because I was supposed to be able when she
25 got to go to work, I just couldn't have

79

Munoz

1
2  that day off and I stayed with the
3  children.
4    Q.   And it was your understanding
5  that you could not refuse to work?
6    A.   Exactly.
7    Q.   And what was the basis of that
8  understanding?
9    A.   Because my host mom said that I
10 was able for every time she got to go to
11 the hospital and work.
12   Q.   And do you recall testifying that
13 you reviewed your contract with Au Pair --
14 your Au Pair in America contracts with your
15 Au Pair in America counselor?
16        MR. TUCKER:  Objection to form.
17   A.   Yes.
18   Q.   Do you recall testifying that it
19 was your Au Pair in America counselor who
20 explained the terms of the contract to you?
21   A.   Yes.
22   Q.   And in the course of explaining
23 those terms to you, did your Au Pair in
24 America counselor tell you that you could
25 decline to work?

80

Munoz

1
2    A.   No.
3    Q.   Did she tell you that your
4  schedule was negotiable?
5    A.   Kind of.  She say that I would be
6  working -- she just say no more than 40
7  hours a day -- a week and 10 hours a day,
8  but she understood, she say that she
9  understood when it was happening in the
10 family, so that she knew I was going to
11 work 12 hours a day.
12   Q.   And did she tell you that in the
13 event that you would work more than 12
14 hours a day, that you should be paid an
15 additional amount for that time?
16   A.   No.
17   Q.   Did she tell you that you could
18 request more money?
19   A.   No.
20   Q.   Did you ever perform housekeeping
21 duties for the ▮▮▮▮▮ family?
22        MR. TUCKER:  Objection to form.
23   A.   Yes.
24        MS. HARRIS:  What's the basis of
25 your objection?

81

Munoz

1

2    MR. TUCKER:  I don't know what
3  you mean by housekeeping.
4    Q.    Do you understand what I mean by
5  housekeeping?
6    A.    Yes.
7    Q.    How would you define
8  housekeeping?
9    A.    Cleaning the kitchen, put the
10  dishes in the machine and put it, do the
11  laundry, clean the tables, and put away toys or
12  stuff that were on the floor.
13    Q.    And did you -- were these
14  housekeeping duties for the family as a
15  whole or were they only for the children?
16    A.    Dishes and food could be for the
17  family.  What was on the floor and around
18  was for the children.
19    Q.    Did you do the ████████
20  laundry?
21    A.    For my host mom.
22    Q.    For your host mom.
23    Did you ever run any errands for
24  the ████████ family?
25    A.    No, I wasn't able to use the car.

82

Munoz

1

2    Q.    Do you recall attending
3  orientation when you arrived in the United
4  States for your au pair placement with the
5  ████████
6    A.    Yes.
7    Q.    How long did that orientation
8  last?
9    A.    It was from Tuesday to Thursday.
10  Three days.
11    Q.    Were you paid for that time?
12    A.    No.
13    Q.    Did you attend another
14  orientation for the ████████ family or was
15  the first orientation the only one?
16    MR. TUCKER:  Objection to form.
17    A.    No, but after the first
18  orientation I went to the ████████ family
19  and I had to work right away the first day
20  12 hours with nobody there telling me how
21  to do stuff or clean.  And I never got paid
22  for those days.
23    Q.    For your first day with the
24  ████████ family?
25    A.    Yes.

83

Munoz

1

2    Q.    And how many days did you work
3  for the ████████ family after arriving or
4  after your orientation period where you
5  weren't paid?
6    A.    One day, the Saturday, 12 hours.
7    Q.    What topics were covered during
8  the orientation program?
9    A.    CPR, the stuff that we were going
10  to do in the families, naturally for
11  children, dinners, light cleaning, what to
12  do in case of an emergency, our vacation
13  time.  The classes that I was supposed to
14  take, the credits.
15    I remember that there was, there
16  were different types of au pairs, the ones
17  that would pay for one year, nine months or
18  longer.  Another type of au pair that they
19  were supposed to be more professional and
20  they would get a better payment, like for
21  those au pairs that were teachers and they
22  get more pay.  But I remember they had told
23  us that at that time.
24    Q.    So just to summarize, is it fair
25  to say that they generally covered the

84

Munoz

1

2  types of duties that you would be
3  performing as an au pair?
4    A.    Yes.
5    Q.    And they generally covered the
6  amount that you would be paid and the hours
7  that you would be working?
8    MR. TUCKER:  Objection to form.
9    A.    Yes.
10    MS. HARRIS:  What's the specific
11  objection?
12    MR. TUCKER:  I think it misstates
13  her testimony.
14    Q.    Did I accurately summarize what
15  you were stating?
16    A.    That's right.
17    Q.    You testified earlier that the
18  father lost his job at some point or your
19  understanding was that the father had lost
20  his job at some point during your placement
21  with the ████████ family.
22    Do you remember that?
23    A.    Yes.
24    Q.    And that after that point he
25  occasionally was around the house when you

85

Munoz

1  were taking care of the children, is that
2  right?
4      A.    Yes.
5      Q.    At those times when the father
6  was generally around, was it your
7  understanding that you were permitted to
8  leave?
9      A.    No.
10     Q.    Was it your understanding that
11 you were not responsible for the children
12 during those periods?
13     A.    No.
14     Q.    Were you told that you couldn't
15 leave?
16     A.    Yes.
17     Q.    Were you told that you were still
18 responsible for the children even though
19 the father might be present?
20     A.    Yes.
21     Q.    Do you recall testifying that the
22 three-year-old boy that you cared for
23 occasionally napped?
24     A.    Yes.
25     Q.    Was it your understanding that

86

Munoz

2  you were permitted to leave when the
3  three-year-old boy was napping?
4      A.    Of course not.
5      Q.    Was it your understanding that
6  you were still working while the
7  three-year-old boy was napping?
8      A.    Of course.
9      Q.    Do you recall testifying about
10 the class that you took during your
11 placement with the [redacted] family?
12          And -- is that a yes?
13     A.    Yes.
14     Q.    And do you recall that you said
15 that the class was free?
16     A.    This particular class couldn't be
17 free because Au Pair in America wouldn't
18 count it.  So I had to look for a class
19 where I had to pay certain amount of money
20 to be counted.  That's why I take this
21 pronunciation class.  I paid less than
22 $500, but my counselor told my host mom
23 that my host mom should give me the entire
24 amount even though it was not part of the
25 school.

87

Munoz

2      MR. TUCKER:  Should or shouldn't?
3      THE WITNESS:  Should.
4      Q.    In other words, you were, for
5  this class in particular, your
6  understanding was that unless you paid for
7  the class, you would not receive credit --
8  or it would not fulfill the requirements of
9  Au Pair in America's educational
10 requirement?
11     A.    Yes.
12     Q.    And that your -- even though the
13 class costs less than $500, your host mom
14 gave you the full $500 amount?
15     A.    Yes.
16     Q.    And so you had some amount of
17 money left over, is that right?
18     A.    Yes.
19     Q.    And what was the duration of that
20 class?
21     A.    About 300 -- the amount?
22     Q.    The cost of the class was 300.
23          What was the duration, how long
24 did that class last?
25     A.    It was a very small class, six

88

Munoz

2  weeks, one day a week.
3      Q.    And that was the only class you
4  took during the 12-month period that you
5  were with the [redacted] family?
6      A.    No.  I went to the free classes
7  in the school.
8      Q.    You also went to free classes.
9  Okay.
10          And how long did you attend those
11 free classes?
12     A.    From September to May.
13     Q.    Okay.  Did you give the [redacted]
14 family any gifts?
15     A.    Yes.
16     Q.    How many -- what were the gifts
17 that you gave the [redacted] family?
18     A.    Clothes, stuff that they like.
19     Q.    How many gifts do you recall
20 giving the [redacted] family?
21     A.    For Christmas I got a present for
22 each boy and for each parent, for their
23 birthday.
24     Q.    So for the children's birthdays
25 and each of the host parent's birthdays you

89

Munoz

1    gave them gifts as well?
2    A.    Yes.
3    Q.    Did you ever use your cell phone
4    for work when you were with the ███
5    family?
6    A.    With them?
7    Q.    Yes.
8    A.    That was the purpose of the
9    phone.
10    MS. HARRIS:  I have no further
11    questions.
12    MR. TUCKER:  I have just a couple
13    of extra questions.
14    RE-EXAMINATION
15    BY MR. TUCKER:
16    Q.    You testified a minute ago that
17    you took free classes when you were with
18    the ███ family from September to May,
19    is that correct?
20    A.    Yes.
21    Q.    What was the schedule for those
22    classes?
23    A.    The classes were from 8 a.m. to
24    12:30, but I just could go two hours when

90

Munoz

1    the boy was in the school with the teacher,
2    but that was the time that I could go
3    there.
4    Q.    So when was that?
5    A.    Three times a week when the boy
6    was in the daycare or the school.
7    Q.    I think you testified that it was
8    Monday, Wednesday, Friday, is that correct?
9    A.    I think so.
10    Q.    Okay.  But what times during the
11    day was that, that period?
12    A.    Once the boy was picked, I would
13    go to the school.
14    Q.    Do you recall when that was?
15    A.    9:30 to 11:30 or 11.
16    Q.    You testified a few minutes ago
17    about the meeting with your community
18    counselor where the contract was explained
19    to you.
20    Do you recall that?
21    A.    Yes.
22    Q.    And you were asked whether you
23    were told you were able or you could
24    decline work and you testified that you

91

Munoz

1    were not told that?
2    MS. HARRIS:  Objection to form.
3    A.    No.
4    Q.    Can you clarify your testimony
5    then?
6    A.    Okay.  When she explaining, she
7    never say that I could say no to my host
8    mom.  What she said is that my host mom was
9    more responsible about me.  Everything in
10    the house and the hours should be talked to
11    them, that she was make sure that the
12    schedule wouldn't pass the 45 hours a week
13    or the 10 hours a day, but she understood
14    the circumstances with the family and my
15    host mom's job, so she didn't get into that
16    12 hours a day.
17    Q.    I'm sorry, shouldn't 12 hours --
18    A.    Shouldn't say anything about that
19    I was working 12 hours in one day, because
20    I asked her, what about the days that I'm
21    working 12 hours?  She said, oh, that's all
22    up to you and her, do you feel it's fine,
23    it is your family and you are here because
24    you are a member of the family, that you

92

Munoz

1    are helping her.  So...
2    Q.    Did you say yes?
3    A.    I didn't say anything.
4    MR. TUCKER:  I don't have
5    anything further.
6    MS. HARRIS:  I have nothing
7    further.
8    MR. TUCKER:  Thank you very much.
9    (Time noted:  1:56 p.m.)

Movant's App. 000333

## Page 93

```
 1                  Munoz
 2   April 7, 2018
 3   ERRATA
 4
 5   PAGE/LINE  CHANGE/REASON
 6         _____
 7         _____
 8         _____
 9         _____
10         _____
11         _____
12         _____
13         _____
14         _____
15         _____
16         _____
17         _____
18         _____
19         _____
20         _____
21         _____
22         _____
23         _____
24         _____
25         _____
```

## Page 94

```
 1                  Munoz
 2
 3
 4
 5
 6
 7
 8         _____
 9         CAROLINA ORTEGA MUNOZ
10
11
12
13   Subscribed and sworn to
14   before me this     day
15   of          2018
16
17
18   _____
19
20
21
22
23
24
25
```

## Page 95

```
 1
 2                  CERTIFICATE
 3   STATE OF NEW YORK )
 4                    ) ss.
 5   COUNTY OF NEW YORK)
 6
 7       I, Joseph B. Pirozzi, a Registered
 8   Professional Reporter and Notary Public
 9   within and for the State of New York, do
10   hereby certify:
11       That CAROLINA ORTEGA MUNOZ, the
12   witness whose deposition is hereinbefore set
13   forth, was duly sworn by me and that such
14   deposition is a true record of the testimony
15   given by such witness.
16       I further certify that I am not
17   related to any of the parties to this action
18   by blood or marriage and that I am in no way
19   interested in the outcome of this matter.
20
21
22         _____
23         JOSEPH B. PIROZZI, RPR
24
25
```

## Page 96

```
 1
 2   April 7, 2018
 3
 4                  INDEX
 5   WITNESS          EXAMINATION BY     PAGE
 6   Carolina Ortega   Mr. Tucker      4
                       Ms. Harris     76
 7                     Ms. Tucker     89
 8   ORTEGA       PAGE
 9
10   1       8    Consent to Join
11   2      10    Notice of Your Right to
                  Join Lawsuit for Unpaid
12                Wages
13   3      11    Questionnaire for
                  Carolina Ortega Munoz
14   4      27    Host Family and Au Pair
                  Companion Agreement
15
16   5      27    Host Family Agreement
                  dated 11/1/2008
17   6      28    Host Family and Au
                  Pair/Companion Program
18                Extension Agreement
19
20
21
22
23
24
25
```

**$**

**$170** [2] - 68:20, 68:23
**$172** [3] - 17:6, 35:12, 35:19
**$178** [1] - 16:23
**$20** [4] - 67:18, 67:21, 67:25, 68:5
**$50** [1] - 72:23
**$500** [3] - 86:22, 87:13, 87:14

**1**

**1** [7] - 8:5, 8:8, 11:10, 11:13, 11:19, 21:20, 96:9
**10** [4] - 34:18, 80:7, 91:14, 96:10
**10019** [2] - 1:16, 2:18
**10022** [1] - 2:9
**10:45** [1] - 1:10
**11** [2] - 90:16, 96:12
**11/1/2008** [2] - 27:13, 96:16
**11:30** [1] - 90:16
**12** [17] - 16:10, 16:11, 16:14, 17:9, 40:22, 50:2, 50:5, 50:7, 50:15, 80:11, 80:13, 82:20, 83:6, 91:17, 91:18, 91:20, 91:22
**12-month** [1] - 88:4
**12:30** [1] - 89:25
**12:36** [1] - 60:6
**16** [3] - 17:16, 17:18, 63:19
**172** [9] - 16:13, 16:25, 17:21, 18:2, 20:15, 20:20, 35:10, 67:8, 71:3
**1745** [2] - 1:15, 2:17
**178** [4] - 16:13, 16:25, 20:7, 20:14
**192** [1] - 33:13
**196** [1] - 33:13
**1:12** [1] - 61:3
**1:14-cv-03074-CMA-KMT** [1] - 1:6
**1:56** [1] - 92:10

**2**

**2** [12] - 10:9, 10:12, 34:18, 50:5, 63:18, 67:13, 68:16, 68:23, 96:10
**200** [2] - 33:14, 67:2
**2008** [1] - 21:18
**2008-2009** [1] - 21:6
**2009** [1] - 56:22
**2010** [1] - 21:18
**2018** [4] - 1:9, 93:2, 94:15, 96:2
**27** [2] - 96 14, 96:15

**28** [1] - 96:17

**3**

**3** [9] - 11:24, 12:4, 41:3, 42:7, 42:8, 42:19, 50:5, 76:6, 96:12
**300** [2] - 87:21, 87:22
**32** [2] - 19:21, 76:11
**3:15** [2] - 52:17, 61:13
**3:20** [2] - 52:17, 61:13
**3:30** [2] - 42:7, 42:8

**4**

**4** [11] - 27:24, 28:4, 28:5, 29:12, 30:11, 34:10, 35:23, 63:19, 69:15, 96:6, 96:14
**40** [3] - 34:17, 35:6, 80:6
**42** [3] - 13:17, 15:5, 16:5
**44** [1] - 50:16
**45** [14] - 33:8, 35:7, 50:16, 50:21, 50:24, 50:25, 51:6, 51:7, 56:16, 59:11, 59:12, 59:16, 91:13
**48** [1] - 77:7

**5**

**5** [5] - 27:13, 27:17, 28:11, 28:23, 96:15
**50** [2] - 72:15, 73:3
**575** [1] - 2:7
**58** [3] - 14:17, 15:6, 20:7

**6**

**6** [8] - 28:17, 29:6, 30:9, 32:2, 33:4, 35:23, 52:9, 96:17
**609-242-4003** [1] - 1:22

**7**

**7** [9] - 1:9, 52:7, 52:9, 52:16, 52:18, 61:11, 61:14, 93:2, 96:2
**72** [1] - 68:16
**76** [1] - 96:6
**7th** [1] - 2:8

**8**

**8** [2] - 89:24, 96:9
**89** [1] - 96:7
**8:30** [1] - 52:16
**8:45** [2] - 52:17, 61 12

**9**

**9** [4] - 40:22, 41:3, 42:7, 42:19
**9/2/2008** [2] - 21:24, 22:7
**9/2/2010** [2] - 21:24, 22:12
**9:30** [1] - 90:16

**A**

**a.m** [5] - 1:10, 52:7, 61:12, 89:24
**able** [9] - 48:12, 62:17, 73:22, 74:5, 74:16, 78:24, 79:10, 81:25, 90:24
**about** [41] - 7:21, 8:22, 8:24, 10:22, 10:23, 17:17, 17:25, 18:9, 18:10, 18:14, 21:8, 24:21, 24:23, 25:12, 25:17, 25:20, 26:20, 29:3, 34:24, 35:2, 35:8, 37:3, 37:4, 39:21, 40:25, 48:5, 48:6, 51:23, 54:10, 61:14, 62:21, 63:3, 63:12, 69:12, 69:15, 86:9, 87:21, 90:18, 91:10, 91:19, 91:21
**accommodate** [1] - 6:10
**according** [1] - 48:14
**accurate** [8] - 9:13, 9:19, 9:23, 16:6, 22:2, 77:13, 77:15, 77:18
**accurately** [1] - 84:14
████ [62] - 23:2, 23:14, 23:16, 24:5, 24:8, 24:24, 25:10, 26:5, 26:9, 26:25, 36:13, 37:17, 38:3, 39:2, 39:18, 39:25, 40:15, 41:16, 41:18, 42:22, 43:15, 45:21, 46:14, 47:23, 48:6, 48:8, 49:12, 51:16, 53:17, 53:19, 53:24, 54:20, 56:16, 57:7, 58:4, 58:6, 58:9, 59:2, 59:5, 59:14, 62:13, 65:15, 66:10, 66:11, 67:5, 71:14, 72:22, 73:15, 75:15, 80:21, 81:24, 82:18, 82:24, 83:3, 84:21, 86:11, 88:5, 88:13, 88:17, 88:20, 89:5, 89:19
████ [1] - 23:6
████ [1] - 81:19
████ [2] - 73:21, 82:5
**action** [1] - 95:17
**Action** [1] - 1:5
**activities** [2] - 43:2, 43:9
**actually** [4] - 28:21, 46:9, 63:19, 66:24
**addition** [1] - 46:13
**additional** [3] - 12:24, 62:3, 80:15

**administer** [1] - 3:12
**adults** [4] - 36:15, 36:16, 36:17, 38:2
**affect** [1] - 7:6
**after** [20] - 6:18, 8:10, 11:12, 11:18, 13:2, 24:25, 25:10, 26:2, 39:21, 43:2, 43:8, 51:21, 52:12, 59:14, 74:2, 76:19, 82:17, 83:3, 83:4, 84:24
**after-school** [1] - 43:2
**AFTERNOON** [1] - 61:2
**again** [2] - 64:3, 76:25
**age** [2] - 37:8, 37:20
**agency** [5] - 18:13, 18:21, 18:22, 19:3, 22:20
**ago** [5] - 8:2, 15:12, 49:10, 89:17, 90:17
**AGREED** [3] - 3:4, 3:9, 3:13
**agreed** [2] - 77:24, 77:25
**agreement** [1] - 31:23
**Agreement** [6] - 27:12, 27:24, 28:17, 96:14, 96:15, 96:18
**agreements** [1] - 31:24
████ [1] - 23:3
**al** [2] - 1:4, 1:7
**all** [12] - 3:6, 8:16, 12:20, 16:7, 26:19, 31:10, 43:11, 51:9, 51:24, 51:25, 77:22, 91:22
**allows** [1] - 13:3
**almost** [1] - 50:22
**aloud** [2] - 5:14, 30:19
**also** [2] - 28:2, 88:8
**always** [1] - 67:25
**am** [4] - 8:23, 37:6, 95:16, 95:18
**America** [19] - 4:12, 4:15, 4:16, 4:19, 9:24, 18:25, 19:6, 21:3, 22:8, 22:13, 25:7, 62:15, 69:8, 69:10, 79:14, 79:15, 79:19, 79:24, 86:17
**America's** [1] - 87:9
**American** [3] - 2:15, 4:10, 4:17
**amount** [22] - 15:4, 16:12, 19:22, 33:8, 33:11, 33:12, 33:17, 33:23, 34:5, 64:7, 66:12, 66:16, 66:19, 67:3, 67:10, 80:15, 84:6, 86:19, 86:24, 87:14, 87:16, 87:21
**amounts** [3] - 67:5, 68:3, 72:13
**AND** [3] - 3:4, 3:9, 3:13
**Andy** [1] - 38:6
**another** [14] - 17:15, 32:13, 32:16, 32:20, 57:15, 57:16, 58:3, 58:19, 64:14, 66:6, 67:9, 67:16, 82:13, 83:18
**answer** [21] - 4:25, 5:25

Movant's App. 000335

6:2  6:11, 6 14, 6:18, 12 16, 12:17, 12:19, 15:21, 16:4, 22:10, 22:17, 26:11, 32:18, 32:19, 33:19, 33:25, 34:7, 77:12, 77:17

**answering** [2] - 15:15, 16:2

**answers** [4] - 5:5, 16:5, 76:10, 77:3

**anticipate** [1] - 78:18

**anticipating** [1] - 78:5

**any** [43] - 3:11, 6:11, 6:14, 6:17, 6:18, 6:25, 7:5, 7:14, 11:14, 11:20, 13:13, 15:6, 15:14, 15:19, 15:25, 19:18, 20:4, 20:10, 21:13, 26:3, 29:2, 35:24, 40:12, 42:3, 42:12, 42:25, 43:22, 44:4, 44:11, 47:18, 48:11, 49:23, 56:8, 62:23, 63:13, 65:20, 68:18, 71:7, 75:21, 76:9, 81:23, 88:14, 95:17

**anyone** [8] - 43:14, 43:19, 44:18, 47:4, 47:15, 54:16, 58:8, 65:22

**anything** [5] - 45:25, 46:3, 91:19, 92:4, 92:6

**APIA** [9] - 4:15, 4:16, 21:17, 26:3, 44:19, 47:4, 47:15, 54:16, 58:8

**APPEARANCES** [1] - 2:2

**appearing** [2] - 7:11, 7:15

**applies** [1] - 31:10

**approximate** [2] - 37:8, 37:20

**approximately** [2] - 37:10, 61:13

**April** [3] - 1:9, 93:2, 96:2

**arrived** [2] - 22:8, 82:3

**arriving** [1] - 83:3

**aside** [6] - 29:2, 35:22, 43:13, 43:18, 71:6, 75:14

**assigned** [1] - 46:16

**assist** [2] - 15:15, 15:25

**assume** [1] - 6:3

**attend** [10] - 40:16, 41:8, 41:13, 42:13, 42:23, 43:8, 45:17, 62:7, 82:13, 88:10

**attended** [2] - 14:6, 42:14

**attending** [1] - 82:2

**attorney** [2] - 4:8, 6:16

**attorneys** [1] - 7:10

**Attorneys** [2] - 2:6, 2:15

**Au** [23] - 4:12, 4:15, 4:16, 4:18, 9:24, 18:24, 19:5, 21:2, 25:6, 27:23, 28:15, 62:15, 69:7, 69:10, 79:13, 79:14, 79:15, 79:19, 79:23, 86:17, 87:9, 96:14, 96:17

**au** [24] - 9:2, 11:15, 11:21, 12:15, 16:18, 17:6, 20:19, 20:21, 21 3, 21:5, 21:17

21:23, 26:19  45:15, 46 23, 47:5, 47:12, 57:16, 82:4, 83:16, 83:18, 83:21, 84:3

**authorized** [1] - 3:11

**available** [5] - 51:21, 52:11, 52:12, 77:22, 78:18

**Avenue** [1] - 2:7

## B

**babysitter** [1] - 43:23

**basis** [2] - 79:7, 80:24

**because** [24] - 9:2, 13:19, 20:16, 24:16, 54:5, 56:25, 57:17, 62:14, 62:17, 67:18, 67:19, 67:21, 67:22, 69:7, 69:9, 77:20, 77:23, 77:25, 78:23, 78:24, 79:9, 86:17, 91:20, 91:24

**bedroom** [2] - 75:4, 75:8

**been** [4] - 4:3, 8:7, 27:17, 28:3, 28:23, 29:5, 29:12

**before** [25] - 1:16, 3:11, 6:12, 7:11, 7:15, 8:19, 10:19, 11:3, 11:9, 12:11, 26:15, 28:23, 29:13, 29:21, 32:5, 32:12, 49:9, 51:21, 52:11, 54:3, 69:20, 78:14, 78:16, 94:14

**beginning** [2] - 13:12, 18:20

**being** [11] - 12:15, 16:17, 16:18, 17:4, 17:6, 22:20, 76:9, 76:15, 78:6, 78:18

**believe** [5] - 17:11, 66:23, 76:22, 77:3, 77:12

**BELTRAN** [1] - 1:4

**benefit** [4] - 17:5, 71:2, 71:4, 71:5

**benefits** [1] - 16:18

**best** [1] - 6:4

**better** [1] - 83:20

**between** [8] - 3:5, 50:16, 51:14, 52:9, 52:16, 56:22, 59:12, 62:2

**beyond** [2] - 50:11, 51:7, 61:17

**birthday** [3] - 72:23, 73:3, 88:23

**birthdays** [2] - 88:24, 88:25

**bit** [2] - 35:15, 35:17

**blood** [1] - 95:18

**board** [3] - 49:17, 49:19, 54:4

**BOIES** [1] - 2:5

**bonus** [5] - 71:17, 71:20, 71:21, 71:22, 72:2

**both** [5] - 39:16, 47:2, 47:22, 55:10, 72:19

**bottom** [4] - 9:4, 21:22, 29:18, 30:7

**boy** [23] - 37:2, 37:12, 40:19, 41:2, 41:7, 41:13, 41:16, 41:23, 42:14, 43:20, 49:8, 52:4, 52:23, 55:5, 63:23, 73:13, 85:22, 86:3, 86:7, 88:22, 90:2, 90:6, 90:13

**boy's** [1] - 42:5

**break** [6] - 6:8, 6:9, 6:12, 6:13, 27:8, 60:4

**Broadway** [2] - 1:15, 2:17

**business** [2] - 4:11, 4:18

**BY** [7] - 2:10, 2:19, 4:6, 61:5, 76:4, 89:16, 96:5

## C

**call** [2] - 24:25, 78:12

**called** [6] - 4:3, 24:10, 24:11, 57:4, 57:16, 57:21

**calls** [1] - 26:4

**came** [1] - 49:9

**camp** [5] - 42:13, 42:16, 42:18, 42:23, 59:20

**Can** [2] - 20:23, 46:17

**can** [28] - 4:22, 5:5, 11:16, 13:6, 15:16, 16:8, 16:14, 22:17, 26:11, 26:12, 28:25, 31:5, 31:25, 33:19, 33:20, 33:25, 34:7, 37:19, 37:25, 38:17, 46:17, 51:13, 64:19, 64:21, 67:17, 77:7, 91:5

**can't** [8] - 14:15, 18:3, 18:4, 18:5, 51:11, 69:18, 70:22, 70:24

**cannot** [2] - 5:19, 7:2

**car** [5] - 48:2, 49:6, 73:6, 73:16, 81:25

**card** [1] - 72:23

**cards** [4] - 72:11, 72:14, 72:16, 72:21

**care** [12] - 13:18, 26:21, 31:8, 38:25, 43:14, 43:19, 45:24, 55:2, 55:4, 55:6, 55:10, 55:18, 78:13, 85:2

**cared** [1] - 85:22

**careful** [1] - 64:20

**CAROLINA** [4] - 1:12, 4:2, 94:9, 95:11

**Carolina** [3] - 11:23, 96:6, 96:13

**case** [3] - 5:6, 7:11, 83:12

**cash** [2] - 66:4, 68:11

**cell** [4] - 73:20, 74:5, 74:11, 89:4

**certain** [1] - 86:19

**CERTIFICATE** [1] - 95:2

**certify** [2] - 95:10, 95:16

**change** [7] - 49:22, 54:6, 57:10, 66:13, 66:17, 67:17, 68:2

**CHANGE/REASON** [1] - 93:5

**changed** [7] - 49:13, 50:3, 50:8, 51:9, 62:17, 77:20, 78:23

**check** [1] - 66:8

**child** [4] - 13:22, 14:4, 14:6, 38:18

**Child** [1] - 14:5

**children** [26] - 13:18, 13:25, 26:21, 37:6, 37:7, 37:9, 37:20, 39:2, 40:15, 42:12, 42:22, 42:25, 43:4, 43:15, 43:22, 45:24, 52:11, 55:10, 78:13, 79:3, 81:15, 81:18, 83:11, 85:2, 85:11, 85:18

**children's** [1] - 88:24

**choice** [3] - 57:23, 57:25, 58:13

**Christmas** [2] - 73:3, 88:21

**circumstances** [1] - 91:15

**Civil** [1] - 1:5

**clarify** [1] - 91:5

**class** [25] - 62:7, 62:11, 62:18, 62:22, 63:2, 63:3, 63:4, 63:7, 63:10, 63:16, 63:17, 63:20, 86:10, 86:15, 86:16, 86:18, 86:21, 87:5, 87:7, 87:13, 87:20, 87:22, 87:24, 87:25, 88:3

**classes** [9] - 63:13, 73:12, 83:13, 88:6, 88:8, 88:11, 89:18, 89:23, 89:24

**clean** [2] - 81:11, 82:21

**cleaning** [5] - 45:22, 45:23, 56:11, 81:9, 83:11

**clear** [6] - 4:20, 8:23, 17:4, 24:20, 37:13, 61:8

**client** [1] - 4:14

**client's** [1] - 4:13

**clothes** [3] - 72:11, 72:23, 88:18

**cluster** [2] - 45:11, 45:17

**coins** [3] - 67:13, 68:14, 68:17

**college** [1] - 63:16

**Colombia** [3] - 18:11, 18:23, 22:4

**COLORADO** [1] - 1:2

**come** [8] - 8:23, 24:16, 25:4, 25:5, 57:21, 57:22

**comfortable** [2] - 37:15, 56:25

**coming** [1] - 58:3

**community** [9] - 44:2, 44:4, 44:15, 44:20, 44:25, 56:14, 59:22, 63:16, 90:18

**Companion** [2] - 27:24, 96:14

**complain** [2] - 59:21, 59:24

**complete** [3] - 7:3  9:6, 15 9

**completed** [5] - 9:13, 9:20 11:9, 11:12, 11:18
**con** [1] - 34:19
**confidentiality** [1] - 37:5
**Connecticut** [1] - 26:23
**consecutive** [2] - 34:20, 34:21
**Consent** [2] - 8:4, 96:9
**consent** [1] - 11:9
**consistency** [1] - 49:23
**constantly** [1] - 62:19
**contact** [3] - 25:17, 44:18, 44:24
**CONTINUED** [1] - 61:4
**contract** [16] - 29:16, 32:8, 32:21, 47:8, 56:20, 56:24, 57:5, 57:20, 64:8, 69:7, 69:9, 69:11, 69:17, 79:13, 79:20, 90:19
**contracts** [3] - 35:22, 35:24, 79:14
**cooking** [1] - 45:22
**copies** [1] - 53:20
**correct** [8] - 14:25, 25:11, 61:15, 70:6, 76:23, 77:4, 89:20, 90:9
**correctly** [2] - 35:5, 57:7
**correspondence** [1] - 22:5
**cost** [1] - 87:22
**costs** [1] - 87:13
**could** [27] - 10:13, 16:20, 18:16, 21:19, 24:6, 28:13, 35:6, 46:3, 49:21, 51:10, 58:20, 62:19, 65:20, 68:2, 68:7, 71:4, 76:5, 77:6, 79:5, 79:24, 80:17, 81:16, 89:25, 90:3, 90:24, 91:8
**couldn't** [9] - 14:22, 48:15, 62:18, 69:5, 70:16, 70:20, 78:25, 85:14, 86:16
**counsel** [1] - 3:5
**counselor** [20] - 30:5, 32:14, 32:16, 32:20, 44:2, 44:20, 45:16, 56:15, 57:4, 58:2, 58:5, 59:22, 62:21, 69:21, 79:15, 79:19, 79:24, 86:22, 90:19
**counselor's** [1] - 33:3
**counselors** [3] - 44:5, 44:16, 44:25
**count** [2] - 62:24, 86:18
**counted** [1] - 86:20
**country** [1] - 58:15
**COUNTY** [1] - 95:5
**couple** [2] - 66:7, 89:13
**course** [5] - 58:22, 62:23, 79:22, 86:4, 86:8
**court** [6] - 5:17, 8:7, 10:10, 12:2, 27:15, 29:4
**COURT** [1] - 1:2
**court's** [1] - 31:2

▇▇▇▇ [42] - 23:10, 23:23, 24:2, 24:5, 24:8, 25:2, 25:10, 25:12, 25:13, 25:24, 26:5, 27:4, 32:8, 36:23, 38:16, 38:18, 40:9, 41:8, 41:12, 42:5, 43:20, 46:5, 46:9, 46:12, 48:3, 48:7, 49:4, 51:19, 53:4, 53:12, 54:10, 59:17, 61:11, 63:12, 63:14, 63:22, 65:19, 66:15, 66:20, 73:2, 73:5, 82:14
▇▇▇▇ [1] - 23:11
**covered** [3] - 83:7, 83:25, 84:5
**CPR** [1] - 83:9
**credit** [1] - 87:7
**credits** [2] - 62:15, 62:25, 83:14
**cultural** [2] - 18:15, 31:8

# D

**D-E-L-G-A-D-O** [1] - 20:25
**D.C** [1] - 57:14
**dad** [6] - 38:23, 65:21, 67:18, 67:20, 67:24, 68:11
**date** [3] - 22:7, 22:12, 22:15
**dated** [2] - 27:12, 96:16
**dates** [1] - 21:23
**day** [27] - 14:7, 22:19, 34:17, 34:18, 40:20, 48:16, 48:18, 50:2, 51:24, 51:25, 63:19, 63:21, 75:11, 79:2, 80:7, 80:11, 80:14, 82:19, 82:23, 83:6, 88:2, 90:12, 91:14, 91:17, 91:20, 94:14
**daycare** [3] - 41:24, 42:3, 90:7
**Dayda** [1] - 20:22
**DAYDA** [1] - 20:24
**days** [18] - 26:20, 34:18, 34:19, 41:19, 41:24, 49:17, 50:2, 50:3, 50:5, 50:6, 50:11, 50:14, 59:20, 63:18, 82:10, 82:22, 83:2, 91:21
**Deakins** [2] - 1:14, 4:9
**DEAKINS** [1] - 2:14
**Debbie** [1] - 38:6
**December** [1] - 71:23
**decide** [2] - 10:25, 56:23
**decided** [7] - 24:15, 26:8, 26:14, 56:20, 57:4, 57:19, 57:22
**decline** [2] - 79:25, 90:25
**defendant** [4] - 1:13, 2:15, 4:10, 4:17
**Defendants** [1] - 1:8
**define** [1] - 81:7
**Delgado** [3] - 20:22, 20:24, 21:2
**depends** [1] - 22:3

**deposition** [10] - 3:10, 3:15 4:23, 4:24, 7:12, 7:16, 30:24, 31:23, 95:12, 95:14
**Deposition** [1] - 1:12
**depositions** [1] - 31:10
**did** [171] - 7:10, 7:14, 7:18, 7:24, 9:6, 9:8, 11:5, 11:8, 11:13, 11:19, 12:19, 15:9, 15:14, 15:19, 15:25, 19:13, 19:16, 19:24, 20:2, 20:13, 20:14, 21:7, 21:16, 22:21, 23:16, 23:22, 23:25, 24:4, 24:7, 25:23, 26:3, 26:16, 29:20, 30:13, 30:16, 32:9, 32:11, 33:2, 33:5, 33:11, 33:15, 33:21, 34:3, 35:8, 35:11, 35:18, 35:23, 38:12, 38:25, 39:11, 39:12, 40:7, 41:13, 41:23, 42:3, 42:12, 42:25, 43:8, 43:14, 43:19, 43:22, 44:4, 44:18, 45:17, 47:4, 47:10, 47:15, 47:18, 47:23, 48:25, 49:8, 49:14, 49:19, 50:20, 51:6, 51:15, 51:18, 52:5, 52:8, 52:22, 53:3, 53:9, 53:11, 53:14, 53:17, 53:23, 53:25, 54:2, 54:7, 54:13, 54:16, 55:2, 55:18, 55:21, 56:14, 56:18, 56:23, 57:10, 58:5, 58:8, 59:5, 59:16, 59:21, 59:24, 61:7, 61:17, 62:3, 62:7, 62:11, 63:13, 63:15, 63:25, 64:4, 64:11, 64:16, 64:22, 65:2, 65:5, 65:22, 66:5, 66:12, 66:16, 67:16, 68:5, 68:22, 68:25, 70:17, 71:7, 71:17, 72:2, 72:4, 72:7, 73:15, 73:18, 73:19, 74:8, 74:11, 74:14, 74:19, 74:21, 74:24, 75:3, 75:7, 75:10, 75:15, 76:22, 77:3, 78:10, 80:17, 80:20, 81:13, 81:19, 81:23, 82:7, 82:13, 83:2, 84:14, 87:24, 88:10, 88:13, 89:4, 92:3
**Did** [1] - 19:21
**didn't** [18] - 13:14, 14:10, 15:7, 22:6, 23:18, 23:20, 32:23, 42:23, 50:14, 51:2, 57:17, 68:18, 69:23, 70:2, 70:8, 73:14, 91:16, 92:4
**different** [6] - 14:23, 46:4, 46:10, 58:21, 65:13, 83:16
**dinners** [1] - 83:11
**discuss** [1] - 7:11
**Discussion** [1] - 60:5
**discussion** [1] - 27:22
**dishes** [2] - 81:10, 81:16
**dispute** [1] - 31:8

**DISTRICT** [2] - 1:2, 1:2
**do** [72] - 5:3, 5:4, 5:8, 5:9, 5:15, 5:16, 5:20, 5:21, 5:23, 6:6, 6:7, 6:22, 6:24, 7:8, 8:11, 9:3, 9:4, 14:18, 19:7, 25:5, 25:7, 27:7, 28:13, 28:21, 30:21, 34:19, 35:3, 39:4, 44:7, 44:10, 45:11, 46:17, 46:22, 47:5, 49:9, 49:21, 51:25, 53:13, 53:20, 57:15, 57:24, 58:12, 58:14, 69:5, 70:11, 71:20, 71:21, 76:8, 77:9, 77:12, 77:17, 78:4, 79:12, 79:18, 81:4, 81:10, 81:19, 82:2, 82:21, 83:10, 83:12, 84:22, 85:21, 86:9, 86:14, 88:19, 90:15, 90:21, 91:23, 95:9
**document** [31] - 8:8, 8:9, 8:18, 10:11, 10:14, 10:19, 11:2, 11:8, 12:3, 12:5, 12:11, 12:14, 13:14, 19:19, 21:20, 27:16, 27:18, 28:20, 28:22, 28:25, 29:5, 29:7, 29:12, 29:20, 30:21, 31:13, 32:2, 32:4, 32:9, 32:11, 34:12
**documents** [4] - 7:14, 11:14, 11:20, 15:14
**does** [3] - 15:2, 69:17, 72:20
**doing** [8] - 4:11, 4:18, 13:9, 27:7, 35:16, 39:3, 56:10, 56:11
**don't** [32] - 7:23, 7:25, 14:20, 15:11, 19:9, 20:8, 21:9, 26:7, 26:12, 28:24, 29:2, 30:4, 33:12, 38:7, 38:8, 44:9, 58:14, 66:21, 67:3, 67:14, 67:17, 68:4, 70:10, 70:13, 70:14, 70:18, 72:25, 75:21, 75:24, 76:12, 81:2, 92:5
**done** [3] - 8:10, 74:2, 75:19
**down** [4] - 5:18, 12:15, 48:23, 51:3
**drive** [1] - 46:10
**drove** [1] - 46:13
**duly** [2] - 4:3, 95:13
**duration** [2] - 87:19, 87:23
**during** [33] - 17:25, 36:13, 36:23, 39:13, 40:13, 42:13, 43:15, 43:20, 44:20, 44:25, 51:21, 51:22, 51:23, 52:10, 54:23, 55:3, 55:10, 55:22, 55:19, 61:9, 62:7, 63:21, 64:2, 64:5, 64:17, 64:23, 65:23, 83:7, 84:20, 85:12, 86:10, 88:4, 90:11
**duties** [9] - 8:23, 45:20, 46:4, 46:13, 46:16, 47:16, 80:21, 81:14, 84:2

**E**

**educational** [1] - 87:9
**else** [4] - 43:14, 44:19, 45:25, 58:8
**email** [3] - 7:20, 7:24, 25:17
**emails** [1] - 15:20
**emergency** [1] - 83:12
**employment** [2] - 39:13, 40:10
**English** [7] - 18:16, 19:10, 24:17, 34:15, 62:13, 63:3
**entertainment** [1] - 74:25
**entire** [1] - 86:23
**errands** [1] - 81:23
**ERRATA** [1] - 93:3
**et** [2] - 1:4, 1:7
**even** [4] - 31:7, 85:18, 86:24, 87:12
**evening** [1] - 63:20
**event** [1] - 80:13
**ever** [29] - 19:23, 38:25, 45:17, 47:15, 52:22, 53:3, 55:2, 55:9, 55:18, 56:14, 59:16, 61:17, 66:5, 66:12, 66:16, 68:5, 68:25, 71:17, 72:3, 73:15, 74:21, 74:24, 75:7, 75:16, 78:4, 78:10, 80:20, 81:23, 89:4
**every** [12] - 34:18, 34:21, 35:10, 49:13, 50:3, 50:22, 59:20, 62:17, 63:19, 65:6, 65:10, 79:10
**everything** [2] - 5:18, 91:10
**exact** [1] - 67:3
**exactly** [2] - 58:11, 79:6
**EXAMINATION** [5] - 4:5, 61:4, 76:3, 89:15, 96:5
**example** [1] - 37:8
**except** [2] - 3:6, 59:20
**exception** [1] - 16:4
**excess** [1] - 59:10
**exchange** [1] - 18:15
**Exhibit** [28] - 8:5, 8:8, 10:9, 10:12, 11:10, 11:13, 11:19, 11:24, 12:4, 21:20, 27:13, 27:17, 27:24, 28:4, 28:5, 28:11, 28:17, 28:23, 29:6, 29:12, 30:9, 30:11, 32:2, 33:4, 34:10, 35:23, 69:15, 76:6
**expenses** [2] - 74:22, 74:25
**experience** [3] - 11:14, 11:20, 12:15
**explain** [2] - 30:20, 70:13
**explained** [6] - 29:23, 30:3, 34:12, 47:7, 79:20, 90:19
**explaining** [5] - 8:22, 10:22, 32:21, 79:22, 91:7
**explanation** [3] - 30 17,

33:3, 34 14
**Extension** [2] - 28:16, 96:18
**extra** [9] - 68:6, 68:10, 68:16, 68:23, 71:13, 75:14, 75:16, 89:14
**extracurricular** [1] - 73:12

**F**

**fair** [1] - 83:24
**families** [21] - 13:21, 22:5, 22:21, 24:5, 24:8, 26:5, 26:16, 35:25, 37:4, 47:2, 47:18, 47:21, 58:17, 69:2, 71:18, 73:19, 74:21, 74:24, 75:3, 75:10, 83:10
**Family** [6] - 27:12, 27:23, 28:15, 96:14, 96:15, 96:17
**family** [115] - 13:19, 13:23, 14:8, 16:23, 18:17, 18:18, 20:6, 22:20, 23:14, 23:17, 23:23, 24:2, 24:14, 24:21, 24:22, 25:2, 25:10, 25:11, 25:25, 26:9, 26:25, 27:4, 29:25, 32:8, 32:15, 32:22, 33:15, 33:21, 35:11, 36:2, 36:11, 36:13, 36:23, 37:18, 38:3, 38:16, 38:18, 39:2, 39:25, 40:15, 41:8, 41:16, 41:18, 42:22, 43:15, 43:20, 45:21, 46:5, 46:10, 46:12, 46:14, 47:24, 48:3, 48:6, 48:9, 49:4, 49:12, 51:16, 51:19, 53:4, 53:12, 53:17, 53:24, 54:11, 54:13, 56:16, 57:8, 57:15, 57:17, 58:3, 58:4, 58:6, 58:10, 58:20, 58:21, 59:2, 59:5, 59:14, 59:17, 59:25, 61:11, 62:13, 63:13, 63:14, 65:16, 65:19, 66:9, 66:12, 66:16, 66:20, 67:6, 72:8, 72:18, 73:5, 78:2, 80:10, 80:21, 81:14, 81:17, 81:24, 82:14, 82:18, 82:24, 83:3, 84:21, 86:11, 88:5, 88:14, 88:17, 88:20, 89:6, 89:19, 91:15, 91:24, 91:25
**family's** [6] - 22:24, 23:9, 37:6, 38:11, 73:16, 74:17
**father** [12] - 24:14, 38:7, 39:23, 54:20, 57:21, 71:14, 72:25, 75:15, 84:18, 84:19, 85:5, 85:19
**February** [1] - 56:22
**feel** [2] - 71:3, 91:23
**female** [2] - 44:14, 44:20
**few** [4] - 5:11, 61:22, 61:23, 90:17
**figure** [1] - 16:25
**filing** [1] - 3:14

**filled** [2] - 76:23, 77:2
**find** [1] - 14:15
**finding** [1] - 58:3
**fine** [3] - 27:9, 62:22, 91:23
**finish** [4] - 56:20, 56:23, 57:5, 57:20
**finished** [11] - 8:13, 10:15, 12:6, 13:2, 13:4, 22:9, 24:3, 27:19, 28:6, 28:14, 29:8
**first** [21] - 5:13, 6:14, 13:17, 13:19, 22:24, 25:16, 28:19, 32:15, 32:22, 36:2, 39:16, 39:21, 44:10, 47:8, 56:20, 76:23, 77:2, 82:15, 82:17, 82:19, 82:23
**five** [5] - 51:10, 61:25, 62:2
**FLEXNER** [1] - 2:5
**Floor** [1] - 2:8
**floor** [2] - 81:12, 81:17
**follows** [1] - 4:4
**food** [1] - 81:16
**FOR** [1] - 1:2
**Foreign** [3] - 2:16, 4:11, 4:18
**form** [42] - 3:7, 9:4, 9:12, 9:19, 9:22, 11:9, 22:16, 24:9, 26:6, 26:10, 33:18, 33:24, 34:6, 35:14, 35:20, 39:15, 46:24, 47:6, 47:13, 51:8, 61:19, 62:9, 64:6, 64:13, 64:18, 64:24, 66:3, 66:6, 67:7, 67:11, 70:5, 70:7, 71:9, 71:15, 71:19, 72:5, 75:17, 79:16, 80:22, 82:16, 84:8, 91:3
**forth** [1] - 95:13

**found** [1] - 58:19
**four** [4] - 19:17, 36:25, 53:10, 72:20
**free** [10] - 62:14, 62:22, 78:5, 78:8, 86:15, 86:17, 88:6, 88:8, 88:11, 89:18
**frequently** [1] - 45:7
**Friday** [7] - 40:23, 41:5, 42:10, 42:20, 52:20, 61:15, 90:9
**Fridays** [1] - 41:21
**friend** [1] - 38:11
**friend's** [1] - 57:13
**friends** [3] - 20:18, 78:11, 78:19
**from** [39] - 7:20, 14:2, 19:2, 21:24, 22:5, 33:16, 33:22, 34:4, 35:12, 35:19, 35:22, 40:13, 41:3, 43:13, 43:18, 44:19, 47:4, 47:15, 54:16, 58:8, 58:25, 61:11, 61:12, 68:11, 69:7, 70:3, 71:6, 71:7, 71:14, 71:17, 72:7, 72:18, 72:24, 75:14, 75:15, 82:9,

88:12, 89:19  89:24
**front** [1] - 5:7
**fulfill** [1] - 87:8
**full** [3] - 39:13, 40:10, 87:14
**full-time** [2] - 39:13, 40:10
**further** [5] - 75:22, 89:11, 92:6, 92:8, 95:16
**FURTHER** [2] - 3:9, 3:13

**G**

**gas** [4] - 48:2, 48:4, 49:6, 73:7
**gave** [12] - 14:12, 14:23, 14:24, 47:8, 57:3, 58:13, 67:13, 72:22, 73:2, 87:14, 88:17, 89:2
**gender** [2] - 37:7, 37:21
**general** [3] - 47:9, 48:21, 48:22
**generally** [3] - 83:25, 84:5, 85:6
**gestures** [1] - 5:18
**get** [6] - 7:24, 14:10, 18:14, 18:19, 20:7, 33:9, 70:10, 83:20, 83:22, 91:16
**getting** [1] - 71:2
**gift** [4] - 72:11, 72:13, 72:16, 72:23
**gifts** [6] - 72:7, 72:10, 88:14, 88:16, 88:19, 89:2
**give** [11] - 7:2, 14:22, 51:11, 51:13, 67:15, 67:18, 68:14, 68:17, 73:19, 86:23, 88:13
**given** [3] - 6:4, 6:23, 95:15
**giving** [1] - 88:20
**go** [15] - 16:22, 33:10, 34:9, 38:15, 58:4, 58:6, 58:9, 58:14, 62:16, 62:19, 78:25, 79:10, 89:25, 90:3, 90:14
**goes** [1] - 6:15
**going** [15] - 4:14, 5:11, 8:24, 10:24, 17:20, 27:10, 28:4, 33:7, 37:6, 54:5, 73:12, 73:13, 75:24, 80:10, 83:9
**gone** [1] - 61:6
**good** [7] - 7:8, 13:10, 23:20, 35:16, 60:3, 71:25
**got** [16] - 7:20, 20:17, 48:16, 53:15, 57:3, 58:14, 59:6, 59:7, 62:16, 71:14, 72:24, 78:15, 78:25, 79:10, 82:21, 88:21
**greater** [1] - 70:3

**H**

**had** [30] - 17:12, 18:7, 25:7, 32:22, 35:3, 36:2, 36:4, 44:15, 48:14  48:15, 49 11,

49:25, 52 11, 52:24, 57:23
57:24, 58:6, 58:9, 58:19,
61:10, 62:14, 73:6, 73:11,
78:23, 82:19, 83:22, 84:19,
86:18, 86:19, 87:16
**half** [2] - 9:4, 34:22
**handed** [6] - 8:7, 10:11,
12:2, 27:16, 28:3, 29:5
**happened** [4] - 24:12,
24:25, 56:7, 57:12
**happening** [1] - 80:9
**HARRIS** [50] - 2:10, 13:9,
22:16, 22:18, 24:9, 24:18,
26:6, 26:10, 30:9, 30:12,
30:23, 31:2, 31:5, 31:9,
31:16, 31:21, 33:18, 33:24,
34:6, 34:20, 35:14, 35:20,
39:15, 46:24, 47:6, 47:13,
51:8, 61:19, 62:9, 64:6,
64:13, 64:18, 64:24, 66:3,
67:7, 67:11, 70:5, 70:7, 71:9,
71:15, 71:19, 72:5, 75:17,
75:23, 76:4, 80:24, 84:10,
89:11, 91:3, 92:7
**Harris** [3] - 6:17, 13:5, 96:6
**has** [6] - 10:11, 28:3, 28:23,
29:4, 29:5, 31:22
**hear** [1] - 5:20
**heard** [2] - 6:3, 35:5
**Hello** [1] - 4:7
**help** [3] - 15:20, 18:19,
24:16
**helping** [5] - 34:25, 46:2,
47:9, 58:2, 92:2
**HEREBY** [1] - 3:4
**hereby** [1] - 95:10
**hereinbefore** [1] - 95:12
**hereto** [1] - 3:6
**hobbies** [1] - 25:18
**holiday** [2] - 71:23, 72:24
**home** [15] - 36:13, 36:23,
38:3, 39:23, 40:5, 40:13,
47:25, 48:10, 49:5, 49:9,
52:25, 54:23, 58:4, 78:12
**hospital** [1] - 79:11
**host** [73] - 22:21, 22:24,
23:8, 24:14, 26:16, 28:15,
33:15, 33:21, 35:11, 35:24,
36:11, 37:4, 37:6, 38:6, 38:7,
38:21, 38:23, 39:6, 39:12,
39:23, 40:12, 42:12, 42:25,
43:13, 43:18, 43:22, 46:25,
47:18, 49:2, 51:15, 54:13,
54:20, 56:19, 57:19, 57:20,
58:17, 58:19, 58:21, 59:24,
62:20, 65:17, 65:20, 65:21,
65:22, 67:18, 67:20, 67:24,
68:8, 68:11, 68:13, 68:25,
71:8, 72:8, 72:25, 73:19,
74:16, 74:21, 74:24, 75:3,
75:10, 78:6, 78:11, 79:9,

81:21, 81:22  86:22, 86 23,
87:13, 88:25, 91:8, 91:9,
91:16
**Host** [5] - 27:12, 27:23,
96:14, 96:15, 96:17
**hour** [1] - 63:11
**hours** [52] - 14:6, 33:8,
34:17, 34:18, 35:6, 40:20,
50:2, 50:5, 50:8, 50:13,
50:15, 50:16, 50:21, 50:24,
50:25, 51:6, 51:10, 51:11,
53:9, 53:10, 53:23, 54:4,
54:8, 54:14, 54:17, 55:15,
56:16, 57:2, 57:18, 59:10,
59:12, 59:17, 61:18, 62:3,
63:10, 63:18, 80:7, 80:11,
80:14, 82:20, 83:6, 84:6,
89:25, 91:11, 91:13, 91:14,
91:17, 91:18, 91:20, 91:22
**house** [7] - 35:4, 38:12,
52:3, 57:13, 57:19, 84:25,
91:11
**housekeeping** [5] - 80:20,
81:3, 81:5, 81:8, 81:14
**how** [47] - 7:18, 10:24,
13:18, 19:16, 20:8, 22:21,
23:13, 23:22, 24:4, 24:7,
26:20, 30:14, 31:4, 34:19,
36:10, 36:12, 36:22, 44:23,
45:4, 48:25, 49:14, 50:13,
50:20, 51:6, 53:9, 53:11,
53:13, 53:14, 54:2, 55:24,
58:25, 59:19, 61:21, 62:3,
63:7, 63:10, 70:13, 71:4,
72:16, 81:7, 82:7, 82:20,
83:2, 87:23, 88:10, 88:16,
88:19

## I

**idea** [1] - 47:9
**identification** [6] - 8:5,
10:9, 11:25, 27:14, 27:25,
28:18
**identify** [3] - 37:19, 37:25,
38:17
**improve** [1] - 59:5
**IN** [1] - 1:2
**inaccurate** [7] - 16:9,
17:13, 17:17, 19:19, 20:5,
20:11, 21:14
**INC** [1] - 1:7
**include** [1] - 22:4
**including** [2] - 13:22, 36:19
**incorrect** [4] - 76:10, 76:13,
76:18, 76:19
**increase** [2] - 69:2, 69:18
**INDEX** [1] - 96:3
**individuals** [4] - 36:10,
36:12, 36:22, 38:20
**information** [11] - 5:24, 9:3,

9:7  9:12, 9 19, 9:22, 11 13,
11:19, 15:10, 18:14, 31:13
**insert** [1] - 24:19
**instances** [1] - 62:4
**instead** [3] - 16:25, 37:12,
78:21
**Institute** [3] - 2:16, 4:11,
4:17
**instruction** [1] - 12:24
**instructions** [2] - 5:12, 6:23
**insurance** [1] - 25:8
**interested** [1] - 95:19
**INTEREXCHANGE** [1] - 1:7
**Internet** [1] - 74:17
**interpreted** [1] - 70:21
**interviewer** [2] - 19:10,
19:11
**IS** [3] - 3:4, 3:9, 3:13
**IT** [3] - 3:4, 3:9, 3:13
**itself** [1] - 31:23

## J

**Jack** [5] - 38:8, 38:10,
38:25, 43:14, 55:18
**job** [13] - 13:10, 35:16, 40:7,
40:8, 54:20, 77:21, 84:18,
84:20, 91:16
**JOHANA** [1] - 1:4
**John** [3] - 37:9, 37:11,
37:12
**Join** [4] - 8:4, 10:7, 96:9,
96:11
**JOSEPH** [1] - 95:23
**Joseph** [2] - 1:16, 95:7
**judge** [1] - 5:7

## K

**Kaija** [5] - 30:4, 30:15,
34:11, 44:2, 44:19
**Kaija's** [1] - 30:16
**Kajia** [1] - 30:13
**keep** [3] - 5:11, 53:17,
73:22
**key** [1] - 16:18
**kids** [9] - 25:18, 35:2,
36:15, 36:16, 39:7, 46:10,
46:13, 55:2, 55:19
**kind** [1] - 80:5
**kitchen** [1] - 81:9
**knew** [1] - 80:10
**know** [24] - 4:23, 5:23, 8:10,
8:13, 10:14, 12:5, 20:7,
27:19, 28:5, 28:14, 29:8,
45:11, 49:14, 53:11, 53:13,
53:14, 68:9, 70:13, 71:21,
73:4, 81:2

## L

**last** [12] - 7:25, 9:14, 9:15,
9:18, 18:21, 21:10, 22:19,
44:11, 49:21, 49:22, 82:8,
87:24
**later** [1] - 67:15
**laundry** [5] - 45:22, 56:11,
56:12, 81:11, 81:20
**LAURA** [1] - 2:10
**Lawsuit** [2] - 10:8, 96:11
**lawsuit** [2] - 7:19, 10:23
**lawyer** [1] - 7:20
**lawyer's** [1] - 7:22
**learn** [5] - 7:18, 18:16,
24:17, 48:25, 62:13
**leave** [7] - 23:16, 23:25,
39:7, 52:5, 85:8, 85:15, 86:2
**left** [3] - 22:12, 78:16, 87:17
**lengthy** [1] - 4:14
**less** [4] - 33:14, 67:2,
86:21, 87:13
**letter** [1] - 25:19
**Lexington** [1] - 2:7
**lharris@bsfllp.com** [1] -
2:11
**light** [4] - 45:22, 45:23,
56:11, 83:11
**listed** [1] - 14:2
**little** [2] - 35:15, 35:17
**live** [1] - 38:12
**living** [1] - 38:2
**LLP** [1] - 2:5
**long** [7] - 23:13, 23:22,
55:24, 58:25, 82:7, 87:23,
88:10
**longer** [4] - 51:4, 67:19,
67:22, 83:18
**look** [3] - 21:20, 31:25,
86:18
**looking** [3] - 14:11, 57:14,
58:16
**lost** [4] - 40:8, 54:20, 84:18,
84:19
**Luncheon** [1] - 60:6

## M

**machine** [1] - 81:10
**mad** [1] - 57:3
**made** [3] - 65:16, 65:19,
71:2
**make** [9] - 13:4, 13:6, 17:3,
35:16, 49:7, 61:7, 65:23,
91:12
**male** [4] - 37:22, 38:19,
44:13
**many** [17] - 13:18, 19:16,
22:21, 36:10, 36:12, 36:22,
50:13, 51:6, 53:9, 57:2, 62:3,

63:10, 72 16, 78:9, 83 2 88:16, 88:19

**March** [1] - 56:22

**marked** [18] - 8:4, 8:8, 10:8, 10:12, 11:10, 11:24, 12:3, 21:20, 27:13, 27:17, 27:24, 28:3, 28:17, 28:23, 29:6, 29:12, 32:2, 35:23

**marriage** [1] - 95:18

**match** [3] - 24:4, 24:7, 57:15

**matter** [2] - 7:3, 95:19

**maximum** [4] - 33:7, 34:16, 34:17, 35:6

**May** [2] - 88:12, 89:19

**may** [4] - 3:10, 4:23, 6:12, 25:23

**maybe** [3] - 15:13, 53:7, 72:24

**me** [57] - 4:24, 6:4, 6:9, 8:10, 8:11, 8:12, 8:22, 10:14, 10:23, 12:5, 13:20, 16:8, 18:9, 18:18, 20:19, 24:10, 24:16, 25:17, 25:20, 26:14, 27:19, 28:5, 28:14, 28:19, 29:7, 29:25, 32:21, 33:8, 34:24, 35:2, 48:13, 49:2, 51:3, 51:13, 53:15, 55:8, 55:12, 57:3, 57:21, 58:2, 58:13, 64:9, 65:8, 67:13, 67:15, 67:18, 68:17, 69:22, 72:22, 73:2, 82:20, 86:23, 91:10, 94:14, 95:13

**meals** [1] - 75:11

**mean** [19] - 14:18, 15:2, 25:5, 26:23, 31:7, 39:4, 48:21, 51:25, 55:13, 57:24, 58:12, 65:10, 70:9, 71:10, 71:20, 72:20, 81:3, 81:4

**meaning** [5] - 14:12, 14:14, 14:23, 14:24, 70:19

**meant** [2] - 36:8, 73:24

**medication** [1] - 46:2

**medications** [1] - 7:5

**meet** [3] - 19:13, 19:16, 45:15

**meeting** [6] - 18:2, 18:7, 18:9, 18:11, 45:12, 90:18

**meetings** [1] - 45:18

**member** [1] - 91:25

**memory** [2] - 7:6, 7:8

**mentally** [1] - 54:9

**mentioned** [3] - 12:25, 46:14, 63:2

**met** [1] - 19:2

**methods** [1] - 66:2

**middle** [1] - 9:10

**might** [3] - 27:10, 61:6, 85:19

**mind** [4] - 5:12, 20:17, 70:19, 75 24

**minute** [6] - 48:7, 49:10, 49:22, 77:7, 89:17

**minutes** [1] - 90:17

**missed** [1] - 25:23

**misstates** [1] - 84:12

**mom** [22] - 38:6, 38:23, 39:6, 46:25, 49:2, 51:15, 51:17, 56:19, 57:19, 62:20, 65:17, 65:21, 68:8, 68:13, 79:9, 81:21, 81:22, 86:22, 86:23, 87:13, 91:9

**mom's** [1] - 91:16

**moment** [7] - 13:20, 14:13, 17:20, 17:22, 34:16, 77:19, 77:23

**Monday** [8] - 40:23, 41:4, 42:10, 42:20, 42:21, 52:19, 61:14, 90:9

**Mondays** [1] - 41:20

**money** [19] - 15:4, 16:12, 18:19, 33:8, 64:7, 64:23, 65:3, 68:17, 69:23, 70:20, 70:22, 70:25, 71:10, 71:13, 72:24, 75:14, 80:18, 86:19, 87:17

**month** [1] - 34:21

**monthly** [1] - 45:7

**months** [9] - 8:2, 15:12, 21:11, 39:16, 39:22, 40:4, 54:21, 63:19, 83:17

**morning** [1] - 52:17

**most** [1] - 12:20

**mother** [3] - 23:21, 78:6, 78:11

**MR** [24] - 4:6, 27:21, 30:10, 30:25, 31:4, 31:7, 31:11, 31:19, 32:17, 60:3, 61:5, 75:19, 75:21, 79:16, 80:22, 81:2, 82:16, 84:8, 84:12, 87:2, 89:13, 89:16, 92:5, 92:9

**MS** [49] - 13:9, 22:16, 22:18, 24:9, 24:18, 26:6, 26:10, 30:9, 30:12, 30:23, 31:2, 31:5, 31:9, 31:16, 31:21, 33:18, 33:24, 34:6, 34:20, 35:14, 35:20, 39:15, 46:24, 47:6, 47:13, 51:8, 61:19, 62:9, 64:6, 64:13, 64:18, 64:24, 66:3, 67:7, 67:11, 70:5, 70:7, 71:9, 71:15, 71:19, 72:5, 75:17, 75:23, 76:4, 80:24, 84:10, 89:11, 91:3, 92:7

**multiple** [1] - 17:12

**MUNOZ** [4] - 1:12, 4:2, 94:9, 95:11

**Munoz** [16] - 4:7, 8:6, 9:16, 9:17, 10:10, 10:18, 11:24, 12:10, 21:16, 21:19, 27:15, 28:2, 29:11, 31:25, 76:5,

96:13

**must** [1] - 6:14

**myself** [4] - 18:19, 25:20, 37:2, 49:6

## N

**name** [14] - 4:7, 4:13, 7:22, 9:14, 9:15, 9:18, 20:21, 30:4, 37:12, 38:4, 38:8, 44:7, 44:10, 44:11

**names** [3] - 19:7, 19:9, 44:8

**nap** [1] - 55:25

**napped** [2] - 56:4, 85:23

**napping** [2] - 86:3, 86:7

**naps** [1] - 55:21

**NASH** [1] - 2:14

**Nash** [2] - 1:14, 4:9

**naturally** [1] - 83:10

**necessary** [2] - 5:13, 5:24

**need** [10] - 6:8, 6:9, 6:16, 27:7, 48:12, 48:13, 49:6, 64:20, 76:12, 78:20

**needed** [4] - 12:14, 51:20, 62:25, 78:7

**negotiable** [1] - 80:4

**never** [3] - 35:2, 82:21, 91:8

**New** [5] - 1:15, 1:18, 2:9, 2:18, 95:9

**NEW** [2] - 95:3, 95:5

**nice** [1] - 24:13

**night** [1] - 61:14

**nine** [1] - 83:17

**no** [101] - 7:4, 7:7, 7:13, 7:17, 11:22, 13:9, 13:11, 15:8, 15:22, 15:23, 15:24, 16:3, 19:24, 19:25, 20:12, 21:15, 22:14, 27:3, 27:6, 27:9, 28:12, 28:21, 31:22, 32:25, 34:2, 34:8, 35:13, 35:21, 36:9, 36:18, 40:14, 42:2, 42:4, 42:17, 42:24, 43:17, 43:21, 43:24, 44:12, 44:22, 45:8, 45:10, 47:14, 47:17, 48:15, 48:20, 48:24, 49:21, 49:25, 51:20, 53:19, 53:22, 54:12, 54:15, 54:18, 55:20, 57:23, 57:24, 58:7, 58:11, 58:13, 59:6, 59:23, 60:2, 64:15, 65:10, 65:25, 66:18, 68:2, 68:24, 69:3, 71:10, 71:12, 72:6, 72:22, 73:17, 73:25, 74:13, 74:20, 74:23, 75:2, 75:9, 75:18, 77:10, 77:14, 77:16, 78:14, 80:2, 80:6, 80:16, 80:19, 81:25, 82:12, 82:17, 85:9, 85:13, 88:6, 89:11, 91:4, 91:8, 95:18

**No** [2] - 1:5, 13:11

**nobody** [1] - 82:20

**nods** [1] - 5:18

**noncredit** [1] - 63:16

**nonverbal** [1] - 5:19

**Notary** [2] - 1:17, 95:8

**note** [1] - 24:20

**noted** [1] - 92:10

**nothing** [1] - 92:7

**Notice** [2] - 10:7, 96:10

**notice** [2] - 1:13, 10:22

**number** [3] - 20:16, 51:12, 53:23

**NY** [3] - 1:15, 2:9, 2:18

## O

**oath** [2] - 3:12, 5:2

**objection** [41] - 13:6, 13:7, 22:16, 24:9, 24:19, 26:6, 26:10, 30:23, 33:18, 33:24, 34:6, 35:14, 35:20, 39:15, 46:24, 47:6, 47:13, 51:8, 61:19, 62:9, 64:6, 64:13, 64:18, 64:24, 66:3, 67:7, 67:11, 70:5, 70:7, 71:9, 71:15, 71:19, 72:5, 75:17, 79:16, 80:22, 80:25, 82:16, 84:8, 84:11, 91:3

**objections** [1] - 3:6

**occasion** [1] - 19:14

**occasionally** [2] - 84:25, 85:23

**occasions** [1] - 56:3

**occur** [2] - 78:10, 78:19

**OF** [3] - 1:2, 95:3, 95:5

**off** [7] - 27:21, 27:22, 34:18, 34:19, 60:5, 75:25, 79:2

**office** [1] - 18:23

**officer** [1] - 3:11

**offices** [1] - 1:14

**often** [10] - 44:23, 45:4, 45:5, 45:6, 50:20, 59:19, 61:21, 61:22, 63:7

**OGLETREE** [1] - 2:14

**Ogletree** [2] - 1:14, 4:9

**old** [25] - 14:5, 37:12, 37:22, 37:23, 38:19, 40:19, 40:25, 41:7, 41:10, 41:13, 41:16, 41:23, 42:14, 43:5, 43:6, 55:5, 55:7, 55:21, 55:24, 56:4, 85:22, 86:3, 86:7

**omitted** [1] - 14:2

**once** [6] - 12:5, 45:19, 53:5, 63:8, 76:6, 90:13

**one** [31] - 12:24, 13:3, 16:8, 19:9, 19:14, 20:18, 23:15, 23:24, 24:15, 25:21, 34:21, 36:17, 37:9, 48:16, 48:18, 48:19, 56:2, 62:5, 62:6, 63:11, 66:21, 69:13, 69:14, 72:3 73:5, 78:17, 82:15,

83:6, 83:17, 88:2, 91:20
**one-time** [1] - 72:3
**ones** [2] - 76:13, 83:16
**only** [5] - 6:10, 68:22, 81:15, 82:15, 88:3
**opt** [1] - 31:10
**opt-in** [1] - 31:10
**orally** [1] - 5:14
**order** [3] - 31:6, 31:8, 37:5
**orientation** [11] - 26:17, 26:19, 27:2, 27:5, 82:3, 82:7, 82:14, 82:15, 82:18, 83:4, 83:8
**Ortega** [28] - 4:7, 8:4, 8:6, 8:8, 10:8, 10:10, 10:12, 10:18, 11:24, 12:3, 12:10, 21:16, 21:19, 27:13, 27:15, 27:17, 28:2, 28:3, 28:5, 28:11, 28:23, 29:6, 29:11, 31:25, 34:9, 76:5, 96:6, 96:13
**ORTEGA** [5] - 1:12, 4:2, 94:9, 95:11, 96:8
**outcome** [1] - 95:19
**outside** [1] - 30:24
**own** [1] - 48:2

## P

**P.C** [2] - 1:15, 2:14
**p.m** [8] - 52:9, 52:18, 60:6, 61:3, 61:13, 61:14, 92:10
**page** [2] - 9:10, 29:18
**PAGE** [2] - 96:5, 96:8
**PAGE/LINE** [1] - 93:5
**paid** [6] - 16:13, 17:6, 67:24, 68:13, 68:23, 80:14, 82:11, 82:21, 83:5, 84:6, 86:21, 87:6
**pair** [20] - 9:2, 11:15, 11:21, 12:16, 16:18, 17:6, 20:19, 20:21, 21:3, 21:5, 21:17, 21:23, 46:23, 47:5, 47:12, 57:16, 82:4, 83:18, 84:3
**Pair** [21] - 4:12, 4:15, 4:16, 4:18, 9:24, 18:24, 19:5, 21:2, 25:6, 27:23, 62:15, 69:8, 69:10, 79:13, 79:14, 79:15, 79:19, 79:23, 86:17, 87:9, 96:14
**Pair/Companion** [2] - 28:16, 96:17
**pairs** [4] - 26:20, 45:15, 83:16, 83:21
**PAOLA** [1] - 1:4
**paper** [3] - 15:20, 25:6, 49:16
**papers** [1] - 25:3
**parent** [1] - 88:22
**parent's** [1] - 88:25
**parents** [14] - 36:25, 38:21,

39:11, 39:12  39:16, 39 19, 40:9, 40:12, 43:14, 43:18, 52:2, 53:15, 65:23, 71:8
**part** [7] - 16:22, 18:18, 18:24, 38:14, 44:11, 77:21, 86:24
**participant** [1] - 31:14
**participate** [6] - 10:24, 10:25, 21:17, 22:8, 26:4, 26:16
**particular** [3] - 48:19, 86:16, 87:5
**parties** [2] - 3:6, 95:17
**pass** [1] - 91:13
**Pause** [2] - 8:15, 10:17
**pause** [6] - 12:8, 13:3, 27:20, 28:8, 29:9, 35:15
**PAVLIK** [1] - 1:21
**pay** [17] - 48:2, 49:5, 62:16, 62:23, 67:21, 68:5, 68:23, 73:6, 73:14, 74:11, 74:19, 74:21, 74:24, 75:16, 83:17, 83:22, 86:19
**paying** [3] - 33:16, 33:22, 35:12
**payment** [18] - 34:24, 35:9, 64:11, 64:16, 65:5, 65:16, 65:19, 66:2, 66:12, 66:16, 66:20, 69:19, 70:4, 70:23, 71:3, 71:21, 72:3, 83:20
**payments** [8] - 65:2, 65:23, 66:6, 67:5, 68:10, 69:2, 71:6, 71:7
**pending** [3] - 6:12, 6:14, 6:19
**people** [2] - 19:4, 36:20
**per** [4] - 14:6, 45:9, 50:2, 50:5
**perform** [2] - 47:16, 80:20
**performed** [1] - 47:11
**performing** [2] - 56:8, 84:3
**perhaps** [1] - 78:17
**period** [4] - 59:13, 83:4, 88:4, 90:12
**periods** [1] - 85:12
**permanently** [1] - 73:24
**permitted** [2] - 85:7, 86:2
**person** [5] - 15:25, 30:5, 30:6, 32:13, 51:4
**personal** [6] - 73:10, 73:11, 74:6, 74:8, 74:22, 74:25
**phone** [8] - 25:24, 51:3, 73:20, 73:22, 74:6, 74:11, 89:4, 89:10
**picked** [1] - 90:13
**piece** [1] - 25:6
**pieces** [1] - 15:20
**PIROZZI** [1] - 95:23
**Pirozzi** [2] - 1:16, 95:7
**place** [3] - 60:3, 62:23, 64:14

**placed** [1] - 26:15
**placement** [11] - 36:14, 36:24, 37:21, 38:13, 40:13, 43:16, 43:20, 54:21, 82:4, 84:20, 86:11
**placements** [13] - 39:14, 42:13, 44:21, 45:2, 62:8, 64:2, 64:5, 64:12, 64:17, 64:23, 65:24, 75:5, 75:12
**places** [1] - 46:11
**plaintiffs** [1] - 2:6
**Plaintiffs** [1] - 1:5
**plan** [1] - 74:12
**point** [4] - 42:3, 84:18, 84:20, 84:24
**possible** [1] - 58:20
**preferences** [1] - 25:18
**present** [3] - 68:8, 85:19, 88:21
**preserve** [1] - 37:5
**private** [1] - 75:4
**Probably** [1] - 19:17
**probably** [2] - 14:23, 63:9
**problems** [1] - 57:18
**professional** [1] - 83:19
**Professional** [2] - 1:17, 95:8
**PROFESSIONAL** [1] - 1:21
**Program** [2] - 28:16, 96:17
**program** [6] - 18:14, 21:17, 21:23, 24:3, 31:15, 83:8
**prohibit** [1] - 70:8
**prohibited** [7] - 33:16, 33:22, 34:4, 35:12, 35:19, 70:3, 70:10
**pronounce** [1] - 30:14
**pronunciation** [3] - 63:4, 63:5, 86:21
**protective** [1] - 31:6
**provide** [2] - 75:3, 75:10
**provided** [4] - 16:6, 19:19, 20:5, 20:11
**providing** [2] - 46:2, 77:4
**Public** [2] - 1:18, 95:8
**public** [1] - 62:12
**purpose** [2] - 4:24, 89:9
**purposes** [3] - 73:10, 74:6, 74:9
**pursuant** [1] - 1:13
**put** [14] - 9:14, 13:19, 13:22, 20:13, 22:6, 28:25, 48:4, 49:16, 49:19, 51:2, 54:3, 70:19, 81:9, 81:11
**putting** [1] - 54:4

## Q

**question** [32] - 5:20, 5:22, 5:25, 6:2, 6:11, 6:13, 6:15, 6:19, 13:5, 13:17, 14:17,

15:5  15:6, 16:5, 16:10, 16:11, 16:14, 17:15, 17:16, 17:18, 17:24, 19:21, 20:7, 26:13, 46:18, 64:10, 65:7, 65:13, 71:25, 76:11, 77:6, 77:10
**Questionnaire** [2] - 11:23, 96:12
**questions** [30] - 4:25, 5:2, 5:10, 5:14, 12:16, 12:17, 12:19, 12:21, 13:13, 13:16, 15:6, 15:15, 15:21, 16:2, 16:9, 17:9, 17:12, 19:18, 20:4, 20:10, 21:14, 29:3, 31:11, 37:4, 64:20, 75:22, 75:24, 76:18, 89:12, 89:14
**quickly** [1] - 77:7

## R

**range** [3] - 51:13, 59:10, 68:3
**RE** [1] - 89:15
**RE-EXAMINATION** [1] - 89:15
**read** [9] - 8:11, 16:14, 16:20, 29:22, 30:2, 30:19, 32:17, 32:19, 69:23
**ready** [1] - 48:13
**realized** [1] - 76:19
**really** [1] - 66:24
**reason** [1] - 6:25
**reasons** [1] - 24:15
**recall** [17] - 18:3, 18:4, 19:7, 44:7, 76:8, 76:9, 76:15, 78:4, 79:12, 79:18, 82:2, 85:21, 86:9, 86:14, 88:19, 90:15, 90:21
**receive** [17] - 35:10, 63:25, 64:4, 64:11, 64:16, 64:23, 65:2, 65:5, 66:5, 70:20, 70:22, 71:7, 71:17, 72:3, 72:7, 75:16, 87:7
**received** [4] - 19:23, 66:8, 72:20, 75:15
**receiving** [4] - 22:5, 34:4, 35:19, 70:3
**recess** [3] - 60:6, 75:20, 76:2
**recollection** [1] - 6:5
**record** [8] - 16:15, 17:4, 27:21, 27:22, 60:5, 61:8, 75:25, 95:14
**recorded** [1] - 5:20
**recruited** [2] - 16:17, 17:5
**refer** [3] - 4:14, 37:7, 37:11
**reference** [1] - 15:19
**referring** [3] - 4:16, 17:23, 48:19
**refuse** [1] - 79:5
**regarding** [2] - 11:14  11:20

Movant's App. 000341

**Registered** [2] - 1 17, 95:7
**related** [1] - 95:17
**relationship** [1] - 23:20
**relevance** [1] - 31:22
**rely** [1] - 15:14
**remaining** [1] - 40:4
**rematched** [1] - 58:21
**remember** [25] - 5:24, 7:23, 7:25, 15:11, 18:5, 19:8, 19:9, 20:8, 21:9, 26:7, 28:24, 30:4, 33:12, 38:7, 38:9, 44:9, 44:10, 66:22, 67:3, 68:4, 70:18, 72:25, 83:15, 83:22, 84:22
**remembered** [1] - 41:9
**remind** [1] - 68:22
**reminded** [1] - 20:19
**repeat** [5] - 5:21, 11:16, 24:6, 33:20, 64:19
**rephrase** [5] - 5:23, 26:12, 46:19, 64:9, 64:21
**Reporter** [2] - 1:17, 95:8
**reporter** [6] - 5:17, 8:7, 10:11, 12:2, 27:16, 29:4
**REPORTING** [1] - 1:21
**represent** [1] - 4:10
**representative** [1] - 26:4
**representatives** [2] - 8:25, 19:14
**request** [1] - 80:18
**requirement** [1] - 87:10
**requirements** [1] - 87:8
**reserved** [1] - 3:7
**reside** [1] - 26:8
**resided** [4] - 25:9, 36:10, 36:12, 36:22
**respective** [1] - 3:5
**respond** [2] - 5:14, 20:14
**responded** [2] - 76:17, 77:9
**response** [5] - 14:3, 16:9, 16:21, 17:18, 18:21
**responses** [5] - 5:19, 12:22, 17:13, 19:20, 20:5, 20:11, 21:14
**responsible** [3] - 85:11, 85:18, 91:10
**rest** [1] - 34:22
**restaurants** [1] - 72:12
**return** [2] - 52:8, 78:12
**returned** [2] - 59:14, 74:3
**review** [16] - 7:14, 8:9, 8:12, 10:13, 11:8, 11:13, 11:19, 12:4, 27:18, 28:5, 29:7, 29:20, 31:5, 32:11, 32:23, 77:8
**reviewed** [5] - 11:2, 11:6, 28:11, 76:7, 79:13
**reviewing** [2] - 76:20, 77:18
**revisit** [1] - 76:12
**right** [25] - 9:25, 12:21, 14:14, 17 12, 18:5, 24 21,

34:12, 39:19  40:2, 41:21 44:2, 49:12, 52:13, 54:21, 57:8, 58:17, 66:23, 67:14, 71:14, 73:7, 73:23, 82:19, 84:16, 85:3, 87:17
**Right** [1] - 10:7, 31:19, 96:10
**Robert** [1] - 4:8
**ROBERT** [1] - 2:19
**robert.tucker@ ogletreedeakins .com** [1] - 2:20
**RPR** [1] - 95:23
**rules** [8] - 32:15, 33:6, 47:19, 47:23, 48:11, 48:23, 49:3, 73:5
**ruling** [1] - 31:3
**run** [2] - 81:10, 81:23

## S

**said** [50] - 12:17, 13:11, 16:11, 17:19, 17:24, 18:15, 18:20, 18:21, 18:24, 19:5, 19:24, 19:25, 20:2, 20:7, 30:19, 32:13, 32:14, 34:25, 35:6, 36:6, 41:12, 41:15, 42:8, 45:23, 48:8, 48:9, 48:15, 48:17, 48:18, 52:10, 54:3, 54:19, 58:14, 58:16, 62:21, 67:2, 67:9, 67:20, 68:13, 69:9, 69:20, 70:8, 70:15, 70:22, 77:22, 78:22, 79:9, 86:14, 91:9, 91:22
**salary** [1] - 17:21
**same** [7] - 6:15, 32:15, 32:21, 33:7, 46:7, 49:20, 65:7
**Sandra** [1] - 19:8
**Saturday** [2] - 78:18, 83:6
**say** [45] - 4:15, 5:18, 5:21, 5:22, 5:25, 13:3, 15:16, 17:22, 17:25, 24:16, 25:22, 26:2, 26:22, 27:10, 33:5, 33:6, 33:11, 33:15, 33:21, 34:3, 34:19, 35:8, 35:11, 35:18, 48:15, 64:3, 64:7, 67:14, 68:7, 69:18, 69:22, 70:12, 70:14, 72:2, 76:25, 77:19, 80:5, 80:6, 80:8, 83:25, 91:8, 91:19, 92:3, 92:4
**saying** [4] - 14:20, 49:17, 69:21, 70:15
**schedule** [19] - 40:18, 42:6, 42:18, 48:14, 49:11, 49:15, 49:24, 51:16, 51:18, 53:18, 53:21, 54:4, 57:2, 61:10, 62:17, 78:23, 80:4, 89:22, 91:13
**scheduled** [8] - 50:5, 50:7

50:10, 50 14, 50:24, 55:16 55:19, 61:18
**SCHILLER** [1] - 2:5
**school** [31] - 14:6, 16:22, 33:10, 34:25, 40:16, 40:18, 41:3, 41:8, 41:10, 41:13, 41:25, 42:6, 43:2, 43:8, 51:21, 51:22, 52:10, 52:12, 52:13, 56:5, 61:10, 62:12, 62:16, 63:23, 73:13, 86:25, 88:7, 90:2, 90:7, 90:14
**scope** [1] - 30:24
**sealing** [1] - 3:14
**second** [4] - 13:23, 14:8, 20:6, 23:8
**see** [6] - 9:3, 9:4, 19:10, 21:22, 77:9, 78:18
**seemed** [1] - 24:13
**seen** [7] - 8:18, 10:18, 12:10, 28:20, 28:22, 29:11, 32:4
**send** [1] - 25:19
**September** [2] - 88:12, 89:19
**SESSION** [1] - 61:2
**set** [6] - 8:16, 47:18, 47:24, 49:4, 51:15, 95:12
**seven** [2] - 37:10, 37:11
**seven-year** [1] - 37:11
**several** [2] - 75:23, 76:17
**share** [1] - 75:7
**she** [78] - 13:6, 20:19, 21:5, 30:19, 30:20, 31:12, 31:13, 31:14, 31:17, 33:5, 33:6, 33:8, 33:11, 33:15, 33:21, 34:3, 34:24, 34:25, 35:2, 35:8, 35:11, 35:18, 49:16, 49:19, 49:21, 51:2, 51:3, 53:25, 54:2, 54:3, 56:23, 57:3, 57:4, 67:12, 67:14, 67:16, 67:17, 68:9, 68:14, 68:15, 68:17, 68:18, 68:22, 69:22, 70:2, 70:8, 70:12, 70:13, 70:14, 70:15, 70:17, 70:19, 70:22, 73:2, 78:14, 78:22, 78:24, 79:10, 80:3, 80:5, 80:6, 80:8, 80:10, 80:12, 80:17, 91:7, 91:9, 91:12, 91:14, 91:16, 91:22
**should** [14] - 9:14, 12:25, 13:11, 14:2, 16:25, 33:9, 48:2, 51:4, 78:22, 80:14, 86:23, 87:2, 87:3, 91:11
**shouldn't** [4] - 68:9, 87:2, 91:18, 91:19
**sick** [2] - 52:23, 52:24
**sign** [1] - 32:9
**signature** [2] - 9:9, 29:17
**signed** [7] - 3:10, 29:21, 30:5, 30:6, 31:13, 31:18, 32:12

**similar** [1] - 65 13
**simply** [3] - 5:25, 6:9, 6:17
**since** [1] - 4:13
**singles** [1] - 68:18
**sitting** [1] - 6:25
**six** [23] - 8:2, 14:5, 14:6, 15:12, 21:10, 36:20, 38:19, 39:16, 39:21, 40:4, 41:7, 41:13, 42:14, 43:5, 43:6, 45:9, 51:14, 54:20, 59:12, 62:15, 62:24, 63:8, 87:25
**six-year-old** [6] - 14:5, 41:7, 41:13, 42:14, 43:5, 43:6
**sleep** [1] - 42:16
**sleep-away** [1] - 42:16
**slightly** [1] - 65:12
**small** [1] - 87:25
**Smith** [3] - 37:9, 37:11, 37:12
**SMOAK** [1] - 2:14
**Smoak** [2] - 1:14, 4:9
**so..** [1] - 92:2
**some** [15] - 12:16, 12:17, 18:14, 18:19, 20:8, 25:7, 37:3, 38:14, 57:18, 62:23, 67:13, 70:15, 84:18, 84:20, 87:16
**somebody** [1] - 19:2
**something** [6] - 38:8, 57:10, 69:21, 70:9, 70:11, 70:25
**sometimes** [19] - 39:6, 50:19, 51:2, 54:6, 55:4, 55:12, 55:23, 61:20, 67:12, 67:13, 67:16, 67:17, 67:20, 68:14, 68:15, 68:18, 68:19, 70:9
**sorry** [6] - 10:2, 13:8, 14:10, 25:14, 36:7, 91:18
**Sorry** [1] - 14:15
**space** [1] - 35:17
**Spanish** [1] - 24:14
**speaking** [1] - 6:15
**specific** [2] - 47:11, 84:10
**spell** [1] - 20:23
**sponsor** [4] - 9:25, 10:3, 29:22, 30:2
**ss** [1] - 95:4
**Stamford** [3] - 26:18, 26:22, 26:23
**start** [2] - 37:17, 64:22
**State** [2] - 1:18, 95:9
**STATE** [1] - 95:3
**States** [1] - 82:4
**STATES** [1] - 1:2
**stating** [1] - 84:15
**stay** [7] - 18:17, 23:18, 23:22, 51:4, 52:24, 57:17, 78:22
**stayed** [6] - 39:23, 52:3,

57:7, 67:19, 67:21, 79 2
**STEWART** [1] - 2:14
**Stewart** [2] - 1:15, 4:9
**still** [3] - 9:23, 85:17, 86:6
**stipend** [8] - 14:17, 14:18, 17:25, 19:22, 21:8, 63:25, 64:4, 70:3
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**strike** [9] - 17:9, 18:8, 20:13, 28:20, 36:11, 39:11, 44:23, 58:24, 73:18
**Study** [3] - 2:16, 4:11, 4:18
**study** [1] - 18:16
**stuff** [7] - 25:7, 25:8, 35:3, 81:12, 82:21, 83:9, 88:18
**Su** [1] - 10:4
**Subscribed** [1] - 94:13
**summarize** [2] - 83:24, 84:14
**summer** [2] - 42:15, 51:23
**summertime** [1] - 59:18
**suppose** [1] - 26:18
**supposed** [10] - 10:6, 14:25, 18:2, 48:3, 49:8, 70:11, 70:12, 78:24, 83:13, 83:19
**surname** [2] - 22:25, 23:9
**survey** [4] - 76:7, 76:10, 76:24, 77:3
**sworn** [4] - 3:10, 4:4, 94:13, 95:13

## T

**tables** [1] - 81:11
**tasks** [1] - 47:11
**tastes** [1] - 25:19
**teacher** [1] - 90:2
**teachers** [1] - 83:21
**ten** [6] - 37:22, 40:25, 55:5, 55:7, 56:4, 62:2
**ten-year-old** [4] - 40:25, 55:5, 55:7, 56:4
**terms** [2] - 79:20, 79:23
**testified** [14] - 4:4, 17:11, 34:11, 39:24, 43:25, 49:10, 59:9, 61:9, 66:24, 66:25, 69:25, 73:4, 84:17, 89:17, 90:8, 90:17, 90:25
**testifying** [5] - 5:6, 79:12, 79:18, 85:21, 86:9
**testimony** [5] - 7:3, 16:24, 84:13, 91:5, 95:14
**texts** [1] - 15:20
**THE** [2] - 1:2, 87:3
**three** [32] - 13:19, 13:22, 13:25, 19:4, 19:17, 26:20, 36:15, 36:16, 37:22, 38:2,

40:19, 41:10  41:16, 41 17, 41:23, 50:2, 50:11, 53:6, 53:7, 53:10, 55:7, 55:21, 55:24, 56:4, 75:11, 82:10, 85:22, 86:3, 86:7, 90:6
**three-year-old** [11] - 40:19, 41:10, 41:16, 41:23, 55:7, 55:21, 55:24, 56:4, 85:22, 86:3, 86:7
**throughout** [5] - 38:13, 64:12, 64:14, 75:4, 75:11
**Thursday** [2] - 42:21, 82:9
**tickets** [1] - 25:8
**timing** [1] - 52:15
**today** [9] - 4:22, 5:5, 7:2, 7:12, 7:15, 29:13, 30:22, 31:20, 31:22
**together** [1] - 55:13
**took** [4] - 62:22, 86:10, 88:4, 89:18
**topics** [1] - 83:7
**total** [2] - 50:18, 72:21
**toys** [1] - 81:11
**track** [5] - 53:23, 54:2, 54:7, 54:13, 54:16
**travel** [1] - 74:22
**trial** [1] - 3:8
**true** [3] - 47:2, 59:13, 95:14
**truthful** [1] - 7:2
**try** [2] - 13:2, 64:9
**trying** [1] - 65:9
**Tucker** [3] - 4:8, 96:6, 96:7
**TUCKER** [24] - 2:19, 27:21, 30:10, 30:25, 31:4, 31:7, 31:11, 31:19, 32:17, 60:3, 61:5, 75:19, 75:21, 79:16, 80:22, 81:2, 82:16, 84:8, 84:12, 87:2, 89:13, 89:16, 92:5, 92:9
**Tuesday** [1] - 82:9
**turn** [1] - 77:6
**twice** [1] - 45:19
**two** [2] - 8:25, 13:21, 14:4, 14:5, 22:23, 36:3, 36:4, 36:15, 36:16, 36:25, 42:15, 44:15, 49:25, 50:11, 51:10, 51:14, 56:2, 59:3, 59:12, 62:5, 62:6, 72:17, 89:25
**type** [1] - 83:18
**types** [2] - 83:16, 84:2
**typo** [1] - 10:5

## U

**under** [1] - 5:2
**underpaid** [1] - 9:2
**understand** [18] - 5:3, 5:8, 5:15, 5:22, 6:6, 6:22, 11:5, 13:14, 14:21, 15:7, 22:18, 26:12, 30:13, 30:16, 30:21, 33:2, 57 6, 81:4

**understanding** [12] - 31:17, 31:20, 31:21, 31:24, 79:4, 79:8, 84:19, 85:7, 85:10, 85:25, 86:5, 87:6
**understands** [1] - 31:12
**understood** [11] - 6:3, 6:20, 13:24, 16:19, 17:5, 17:19, 34:15, 69:24, 80:8, 80:9, 91:14
**UNITED** [1] - 1:2
**United** [1] - 82:3
**unless** [1] - 87:6
**Unpaid** [2] - 10:8, 96:11
**up** [1] - 91:23

## V

**vacation** [2] - 71:24, 83:12
**vary** [2] - 19:23, 52:22
**visits** [3] - 47:25, 48:9, 49:5

## W

**Wages** [2] - 10:8, 96:11
**wait** [3] - 6:18, 13:2, 22:9
**waived** [1] - 3:15
**wants** [1] - 13:5
**Washington** [1] - 57:14
**watch** [2] - 47:15, 52:25
**Wednesday** [1] - 90:9
**Wednesdays** [1] - 41:21
**week** [34] - 34:17, 34:18, 34:22, 35:10, 41:11, 41:17, 49:13, 49:20, 50:3, 50:6, 50:11, 50:17, 50:22, 54:24, 55:3, 55:11, 55:22, 59:20, 62:18, 63:8, 63:18, 65:6, 65:11, 67:16, 80:7, 88:2, 90:6, 91:13
**weekends** [2] - 53:3, 53:8
**weekly** [18] - 14:17, 16:23, 17:7, 17:20, 17:25, 19:22, 33:9, 53:18, 63:25, 64:4, 64:11, 64:16, 65:2, 65:10, 65:23, 69:23, 70:23, 71:6
**weeks** [9] - 34:23, 42:15, 50:23, 51:5, 59:3, 59:11, 63:9, 63:19, 88:2
**what's** [4] - 17:17, 20:21, 80:24, 84:10
**where** [11] - 10:4, 16:9, 18:16, 21:22, 45:15, 55:7, 61:11, 69:17, 83:4, 86:19, 90:19
**whole** [1] - 81:15
**witness** [4] - 4:3, 95:12, 95:15
**WITNESS** [2] - 87:3, 96:5
**wondering** [1] - 76:14
**word** [5] - 10:3, 14:11

14:12, 14:21  15:2
**words** [7] - 15:16, 32:23, 50:4, 70:14, 70:15, 70:17, 87:4
**work** [42] - 33:7, 34:16, 35:6, 40:12, 48:14, 48:16, 49:25, 50:6, 50:7, 50:10, 50:14, 50:19, 50:20, 50:25, 51:7, 52:3, 52:6, 53:3, 53:9, 54:5, 55:16, 55:19, 56:8, 59:10, 59:16, 61:17, 62:4, 72:3, 75:16, 78:2, 78:7, 78:20, 78:25, 79:5, 79:11, 79:25, 80:11, 80:13, 82:19, 83:2, 89:5, 90:25
**worked** [11] - 13:21, 19:5, 39:17, 50:23, 51:5, 51:24, 53:8, 53:24, 54:6, 59:11, 61:11
**working** [12] - 39:9, 49:17, 52:3, 53:12, 54:8, 56:15, 57:2, 80:6, 84:7, 86:6, 91:20, 91:22
**worse** [2] - 59:6, 59:7
**write** [1] - 12:15
**written** [1] - 48:23

## Y

**year** [35] - 7:25, 14:5, 23:15, 23:24, 25:21, 37:11, 38:14, 39:25, 40:19, 40:25, 41:7, 41:10, 41:13, 41:16, 41:23, 42:14, 43:5, 43:6, 45:9, 51:22, 52:10, 55:5, 55:7, 55:21, 55:24, 56:4, 57:8, 61:10, 73:23, 83:17, 85:22, 86:3, 86:7
**years** [4] - 37:10, 37:22, 37:23, 38:19
**YORK** [2] - 95:3, 95:5
**York** [5] - 1:15, 1:18, 2:9, 2:18, 95:9
**yourself** [4] - 32:24, 36:19, 43:13, 43:19

Movant's App. 000343

ALINA GUZEMA - 04/07/2018

```
 1    UNITED STATES DISTRICT COURT

 2    FOR THE DISTRICT OF COLORADO

 3    -----------------------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4    BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
      JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5    JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                     Plaintiffs,

 7
                   -against-          Civil Action No:
 8                                    14-cv-03074-CMA-CBS

 9    INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
      LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10    AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
      CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11    INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
      AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12    NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
      FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13    AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
      AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14    EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
      INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15    ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAU PAIR,
      and GOAUPAIR OPERATIONS, LLC,
16                     Defendants.
      -----------------------------------------------------x
17          EXAMINATION BEFORE TRIAL of the Plaintiff,

18    ALINA GUZEMA, taken by the Defendant, pursuant to

19    Court Order, held at the offices of Ogletree,

20    Deakins, Nash, Smoak & Stewart, P.C., 1745 Broadway,

21    22nd Floor, New York, New York 10019, on April 7,

22    2018, at 11:43 a.m., before a Notary Public of the

23    State of New York.

24    ****************************************************

25
```

Movant's App. 000344

ALINA GUZEMA - 04/07/2018          Pages 2..5

Page 2

1  A P P E A R A N C E S :
2
3    BOISE SCHILLER FLEXNER LLP
          Attorneys for Plaintiffs
4         1999 Harrison Street
          Oakland, California 94612
5
     BY:  SEAN PETTERSON, ESQ.
6
7
8
    OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
9         Attorneys for Defendants
          AMERICAN INSTITUTE FOR FOREIGN STUDY,
10        d/b/a AU PAIR IN AMERICA
          1745 Broadway
11        New York, New York 10019
12   BY:  CHRISTINA SCHMID, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1         S T I P U L A T I O N S
2
3
4
5
6         IT IS HEREBY STIPULATED AND AGREED by and
7    between the attorneys for the respective parties
8    herein, that filing, sealing and certification,
9    and the same are, hereby waived.
10
11        IT IS FURTHER STIPULATED AND AGREED that
12   all objections except as to the form of the
13   question, shall be reserved to the time of the
14   trial.
15
16        IT IS FURTHER STIPULATED AND AGREED that
17   the within deposition may be signed and sworn to
18   by an officer authorized to administer an oath,
19   with the same force and effect as if signed and
20   sworn to before the Court.
21
22
23
24
25

Page 4

1
2    A L I N A   G U Z E M A,  the witness herein, having
3    been first duly sworn by a Notary Public of the
4    State of New York, was examined and testified as
5    follows:
6    EXAMINATION BY
7    MS. SCHMID:
8         (Whereupon, Consent To Join form was
9         marked as Guzema Exhibit 1, for
10        identification, as of this date.)
11        (Whereupon, Notice of Your Right to Join
12        Lawsuit For Unpaid Wages was marked as Guzema
13        Exhibit 2, for identification, as of this
14        date.)
15        (Whereupon, survey was marked as Guzema
16        Exhibit 3, for identification, as of this
17        date.)
18        (Whereupon, Host Family and Au
19        Pair/Companion Agreement was marked as Guzema
20        Exhibit 4, for identification, as of this
21        date.)
22   Q.   State your name for the record, please.
23   A.   Alina Guzema.
24   Q.   State your address for the record, please.
25   A.   721 Squanto Road, North Weymouth,

Page 5

1              A. GUZEMA
2    Massachusetts 02191.
3    Q.   Ms. Guzema, my name is Christina Schmid.  I
4    am an attorney with Ogletree Deakins, and we are a
5    firm that represents American Institute for Foreign
6    Study also known as APIA or Au Pair in America, so
7    during today I will refer to that entity as APIA,
8    okay?
9    A.   Okay.
10   Q.   The court reporter just swore you in, which
11   means that your testimony today will be under oath.
12   Do you understand that?
13   A.   Yes.
14   Q.   Do you understand that you are providing
15   testimony in connection with a lawsuit?
16   A.   Yes.
17   Q.   Have you ever provided testimony at a
18   deposition or a trial?
19   A.   No.
20   Q.   The court reporter is taking down everything
21   that both you and I are saying today, so for the
22   benefit of the transcript, I would just ask that you
23   allow me to finish my question before you answer and
24   I will do my best to allow you to finish your answer
25   before I ask my question, okay?

Movant's App. 000345

Page 6

1                    A. GUZEMA
2      A.  Okay.
3      Q.  And also, because she can't record any head
4   nods or shakes, she can only take down verbal
5   answers, I would just ask that today you only
6   provide verbal answers.  So if you mean to say yes,
7   please say yes rather that nodding your head or
8   shaking your head, okay?
9      A.  Okay.
10     Q.  Also, if you don't recall something, it's
11  perfectly okay to say I don't recall.  If you don't
12  understand my question, please say you don't
13  understand.  I will do my best to rephrase it if you
14  don't understand a word.
15     A.  Okay.
16     Q.  If you don't hear me, please tell me, and I
17  will repeat the question, okay?
18     A.  Okay.
19     Q.  Also, if you need a break today, please let
20  me know and as long as there is not a question
21  pending, we can take a break?
22     A.  Sure, okay.
23     Q.  Is there any reason you cannot provide
24  truthful testimony today?
25     A.  No.

Page 7

1                    A. GUZEMA
2      Q.  Are you taking any medications?
3      A.  No.
4      Q.  Is English your first language?
5      A.  No.
6      Q.  Do you understand English fluently?
7      A.  Yes.
8      Q.  So you don't need an interpreter today to
9   provide testimony?
10     A.  No, I don't.
11     Q.  When was the first time you learned of this
12  lawsuit?
13     A.  Like, two months ago, I believe, if I
14  remember.
15     Q.  Do you recall how you learned of the lawsuit?
16     A.  Excuse me.  Can you repeat.
17     Q.  Do you recall how you learned of the lawsuit?
18     A.  Yes.
19     Q.  How did you learn of the lawsuit?
20     A.  I found information from Internet.
21     Q.  Do you recall if somebody e-mailed you any
22  information about the lawsuit?
23     A.  No.  I just filled out survey and someone
24  contacted me after that.
25     Q.  How did you receive a copy of the survey?

Page 8

1                    A. GUZEMA
2      A.  By e-mail.
3      Q.  Do you recall who you sent you the survey?
4      A.  Can you repeat, please.
5      Q.  Do you recall who sent you the survey?
6      A.  I don't remember.  I have to check.
7      Q.  But you believe it was approximately
8   two months ago?
9      A.  Yes.
10     Q.  Did you speak to anybody after receiving the
11  survey?
12     A.  Yes.
13     Q.  Who did you speak with?
14     A.  I don't remember last name.  Let me try to
15  find information online.  Give me one second.  It
16  was Maria.  I forgot the last name.
17          MR. PETTERSON:  Alina, just so you
18      understand, Maria, I think, is part of our
19      law firm.
20          THE WITNESS:  Okay.
21          MR. PETTERSON:  So the conversations with
22      her are confidential.  The same way the
23      conversations with me are confidential.
24     Q.  Yes.  I mean, you can provide her name, but
25  Sean is correct that today whenever I ask you any

Page 9

1                    A. GUZEMA
2   questions the only thing I am not going to ask you
3   about is conversations with your attorneys.
4      A.  Okay.
5      Q.  You can tell me if you spoke with your
6   attorneys, but anything that you discussed with them
7   will be privileged.
8      A.  Okay.
9      Q.  But do you recall speaking with somebody at
10  the law firm that currently represents you?
11     A.  Yes.
12     Q.  Did you review any documents in order to
13  prepare for today's deposition?
14     A.  No, only survey that you received.
15     Q.  Are you referring to your responses to the
16  survey?
17     A.  Yes.
18     Q.  Did you provide your attorneys with any
19  documents in connection with this lawsuit?
20     A.  No.
21     Q.  Do you have any documents in your possession
22  that would be relevant to the claims in this
23  lawsuit?
24     A.  I don't.
25     Q.  During the depositions in this lawsuit, we

ALINA GUZEMA - 04/07/2018          Pages 10..13

A. GUZEMA

1
2  have heard some testimony about an APIA handbook and
3  how some au pairs tracked their hours in a handbook.
4          Did you ever track your hours in a handbook?
5   A.  No, I don't.
6   Q.  Do you have a copy of the APIA handbook?
7   A.  No.
8   Q.  Other than your attorneys, did you speak with
9  anybody in preparation for today's deposition?
10  A.  No.
11  Q.  Your attorney e-mailed you some documents
12 this morning that have been marked as exhibits.  I
13 would like you to look at the document that has been
14 marked as Exhibit 2.
15  A.  Exhibit 2, okay.
16  Q.  If you can just take a moment to look at that
17 and let me know when you are finished.
18  A.  Okay.
19         MS. SCHMID:  The document for the record
20         is captioned Notice of Your Right to Join
21         Lawsuit For Unpaid Wages.
22  Q.  Do you see that?
23  A.  Yes.
24  Q.  Do you recognize that document?
25  A.  Yes.

A. GUZEMA

1
2   Q.  Do you recall receiving a copy of this
3  document?
4   A.  Yes.
5   Q.  When did you receive a copy of this document?
6   A.  I don't remember dates, I'm sorry.
7   Q.  Do you recall approximately when you would
8  have received this document?
9   A.  Two months ago after I signed it.
10  Q.  Did you receive this document by e-mail?
11  A.  Yes.
12  Q.  Do you recall reading this document when you
13 received it?
14  A.  Yes.
15  Q.  Do you recall if you understood the terms of
16 the document when you received it?
17  A.  Yes.
18  Q.  Did you have any questions when you received
19 it?
20  A.  I had some questions but lawyers answered all
21 my questions.
22  Q.  Other than the lawyers, did you speak with
23 anyone else after receiving this document?
24  A.  No.
25  Q.  Do you recall speaking with any other au

A. GUZEMA

1
2  pairs about this document after receiving it?
3   A.  No.
4   Q.  Now, I would like you to look at the document
5  marked as Exhibit 1?
6   A.  Yes.
7          MS. SCHMID:  That document for the record
8          is captioned Consent to Join.
9   Q.  Do you see that?
10  A.  Yes.
11  Q.  The document has your name printed on it and
12 a signature with a date July 8, 2017.  Do you see
13 that?
14  A.  Yes.
15  Q.  Is that your signature?
16  A.  Yes.
17  Q.  Do you recall signing this document on
18 July 8, 2017?
19  A.  Yeah, I sign it.
20  Q.  So based on the date of this document, would
21 you agree that you received the notice of your right
22 to join the lawsuit prior to two months ago?
23  A.  Yeah.  It looks like, yes.  It was some time
24 ago.  Um-hmm.
25  Q.  Before you signed this document, did you read

A. GUZEMA

1
2  the terms?
3   A.  Yes.
4   Q.  Did you understand the terms of this
5  document?
6   A.  Yes.
7   Q.  Did you understand that you were agreeing to
8  join the lawsuit and become a plaintiff in this
9  action?
10  A.  Yes.
11  Q.  You said that you went online and read about
12 the lawsuit; is that correct?
13  A.  Yes.
14  Q.  Do you recall where you learned about some
15 information about the lawsuit?
16  A.  I believe I just got some kind of e-mail or
17 just found it online.  I don't remember, to be
18 honest.
19  Q.  Okay.
20  A.  But something I found online.  No one, you
21 know, told me about this.
22  Q.  Where were you living when you applied to
23 participate in the APIA program?
24  A.  In Ukraine.
25  Q.  Do you recall approximately when that was?

Page 14

| | A. GUZEMA |
|---|---|
| 1 | A. GUZEMA |
| 2 | A.  When I apply for this program? |
| 3 | Q.  Yes. |
| 4 | A.  2008 approximately.  Maybe 2007. |
| 5 | Q.  Did you apply with any other agencies other |
| 6 | than APIA? |
| 7 | A.  No. |
| 8 | Q.  What made you apply with APIA? |
| 9 | A.  I just wanted to come here and learn English. |
| 10 | Come to United States and learn English and, you |
| 11 | know, meet more people and what, you know, most |
| 12 | important reason was English. |
| 13 | Q.  Do you recall anyone from APIA interviewing |
| 14 | you when you lived in the Ukraine? |
| 15 | A.  I just filled, like, kind of, like, all |
| 16 | paperwork online, but I never had some kind of |
| 17 | personal calls or something like this.  Individual |
| 18 | phone calls, Skype calls, nothing.  Only, you know, |
| 19 | online like a mailing or filling documents online |
| 20 | but not in person. |
| 21 | Q.  So after you completed your online |
| 22 | application with APIA, what was the next step in the |
| 23 | application process? |
| 24 | A.  Au Pair program accepted my application and |
| 25 | they started looking for the right family for me, as |

Page 15

1    A. GUZEMA
2  I remember.  So it was like nine years ago, so I
3  don't remember, you know, every day of this process.
4       Q.  Of course.
5       A.  But in general, yes, the next step was
6  looking for right host family in America for me.
7       Q.  You said you don't recall anybody from APIA
8  interviewing you while you lived in the Ukraine?
9       A.  No, like, in person.  No phone calls or Skype
10  calls.  Only online.  Only through, like,
11  applications and documents.
12       Q.  Once APIA matched you with a potential
13  family, what was the next step in that process?
14       A.  This family sent me e-mail and we arranged my
15  arriving date with them, and Au Pair
16  representatives, they helped me with flight tickets
17  and, you know, to kind of make our plans of
18  arriving, and I was ready to come to America.
19       Q.  How many host families were you placed with
20  at that time?
21       A.  Two.
22       Q.  Do you recall the name of the first host
23  family?
24       A.  Yes.  Give me one second.  I believe last
25  name is ▮▮▮▮  but I cannot spell it.  I don't

Page 16

1    A. GUZEMA
2  want to make mistakes.
3       Q.  Sure.
4       A.  I remember the city was Marietta in Georgia.
5       Q.  Marietta?
6       A.  Yes.
7       Q.  Do you recall when the first time it was that
8  you first spoke with the ▮▮▮▮  family?
9       A.  They just sent me e-mail.  They didn't call
10  me.
11       Q.  Do you recall when the first time it was when
12  you received an e-mail from the ▮▮▮▮  family?
13       A.  I didn't call them.  I couldn't, you know,
14  call them from Ukraine because the time difference,
15  and I don't know.  They didn't arrange any calls.
16  Only e-mail conversations.
17       Q.  Do you recall what the substance of those
18  e-mail conversations were?
19       A.  They just give me, like, information about
20  their family.  How many kids they have.  Where do
21  they live.  Like, you know, general information.
22       Q.  Do you recall how many children they had, and
23  by the way, for today we are trying to keep the
24  children's names confidential.  Any time you refer
25  to them we don't want to use their name.  So you can

Page 17

1    A. GUZEMA
2  refer to, for instance, the five-year old boy or the
3  seven-year-old girl.  You can refer to the host
4  family parents by name, if you remember, but the
5  children's names we are just trying to keep
6  confidential?
7       A.  Okay.  No problem.
8       Q.  The ▮▮▮▮  family, do you happen to
9  remember how many children they had?
10       A.  Yes.  They had two children.  Like,
11  six-years-old girl and seven-years-old boy.
12       Q.  In those e-mail exchanges with the ▮▮▮▮
13  at any time did they describe what they were looking
14  for in an au pair?
15       A.  I don't remember.
16       Q.  Do you recall if you told them in those
17  e-mails what you were hoping to get out of the
18  experience?
19       A.  No, because I already knew what I had to
20  expect from the program and family.
21       Q.  What do you mean by that?
22       A.  I mean, I signed the contrat with Au Pair and
23  I read, like, listed my rights and responsibilities,
24  and I already knew I was going there to take care of
25  kids and take English classes, and they kind of

Case 1:14-cv-03074-CMA-KMT   Document 1071-1   Filed 05/09/18   USDC Colorado   Page 101 of 399

Page 18

A. GUZEMA

1 explained that they have au pair already and I, as I
2 remember, they wrote she had good time with this
3 family and she had, like, many friends, and my
4 family will be fine as well.
5    Q.   So the ██████ had already had an au pair
6 at that time?
7    A.   Yes.
8    Q.   Was she currently living with them?
9    A.   Yes.  By that time, yes.
10   Q.   Was her placement about to end and they were
11 now looking for a new au pair?
12   A.   Yes, correct.
13   Q.   You said that you at that time had signed an
14 agreement with APIA; is that correct?
15   A.   Yes.
16   Q.   Do you recall when you signed that agreement?
17   A.   No, I don't remember.
18   Q.   Do you recall if it was prior to placing with
19 the family?
20   A.   Yes.
21   Q.   Do you recall who else was present when you
22 signed the agreement?
23   A.   I don't remember.
24   Q.   Was there a counselor present?

Page 19

A. GUZEMA

1    A.   Um, I used to get all, like, paperwork from
2 Au Pair program representative in Ukraine, in Kiev,
3 but I don't remember names.  I'm sorry.
4    Q.   No, no.  It was a long time ago.
5         Do you believe that you signed the agreement
6 while you were still in the Ukraine?
7    A.   Yes.
8    Q.   I would like you to look at the document that
9 has been marked as Exhibit 4.
10   A.   Sorry.  I am reading every --
11   Q.   No.  Take your time.
12   A.   Yeah.  It looks like it was a contract
13 between me and my second host family.
14        MS. SCHMID:  So for the record, the
15 document is entitled Host Family and
16 Au Pair/Companion Agreement.
17   Q.   Do you recognize this document?
18   A.   It looks like, yes, my signature.
19   Q.   There is a signature on it.
20        That is your signature?
21   A.   Yes.
22   Q.   And the host family's name on this document
23 was ██████
24        Was that your second host family?

Page 20

A. GUZEMA

1    A.   Second host family, yes.
2    Q.   So we will talk about them a little bit
3 later, but when you were testifying about an
4 agreement that you signed, is this the same
5 agreement that you were referring to in substance?
6    A.   Yes.
7         MR. PETTERSON:  Objection.
8    Q.   So while this agreement was with your second
9 host family, when you were testifying about the
10 first agreement that you signed, are you saying that
11 you signed the same agreement with your first host
12 family?
13   A.   I don't remember.  If you can show me, I can
14 match my signature, but I don't remember signing
15 contract with them.
16   Q.   You don't recall signing a contract with the
17 host family?
18   A.   I don't remember.  With first family, I don't
19 remember.  If you show me, I can, you know, match my
20 signature, but I don't have a copy of it.
21   Q.   Sure, but I just want to understand what you
22 were referring to when you testified about an
23 agreement a few moments ago the agreement that you
24 signed with APIA is the agreement that you were

Page 21

A. GUZEMA

1 referring to the same agreement as we have in
2 Exhibit 4?
3    A.   I signed an agreement with the program but
4 not with the family.
5    Q.   Do you recall what the terms of the agreement
6 with the program were?
7         MR. PETTERSON:  Objection.
8    A.   Yes.
9    Q.   What were those terms?
10   A.   I don't remember.  I don't have this
11 contract.
12   Q.   Do you recall, generally, what the agreement
13 was?
14   A.   Yeah.  Generally, I remember, like, um, that
15 I am going to United States, and I am going to live
16 with host family and help take care of the kids, and
17 host family has to provide me time and money for my
18 English classes and I believe in the agreement and
19 they will offer me food and, you know, a room or
20 like room with a separate bathroom.  What else?  And
21 host family will pay me, like, pocket money.  Like a
22 wage for the work, but, honestly, I don't remember,
23 like, the details of the agreement.
24   Q.   Do you recall what amount the program stated

Page 22

A. GUZEMA

2  you would receive while living with the host family?
3      A.  I used to receive 200 a week.
4      Q.  Did you receive that from the ▮▮▮▮▮
5  family?
6      A.  Yes.  From the first family as well.
7      Q.  You received $200 a week from both the
8  ▮▮▮▮▮ family and the ▮▮▮▮▮ family?
9      A.  From ▮▮▮▮▮ family I used to receive less.
10  It was, like, around $175, and first month in the
11  second family, in the ▮▮▮▮▮ family, I used to
12  receive the same amount, but after that there was a
13  raise and the new amount was around $200.
14      Q.  So if you would look at Exhibit 4, please,
15  the agreement we were just discussing.
16      A.  Um-hmm.
17      Q.  The fifth bullet down where there is a check
18  mark?
19      A.  Um-hmm.
20      Q.  It states:  I/We understand that an au pair
21  companion is to receive, at a minimum, the weekly
22  stipend as stipulated by regulations governing au
23  pair programs and set forth in Au Pair in America's
24  program materials.  Do you see that?
25      A.  Yes.

Page 23

A. GUZEMA

2      Q.  Do you know what stipend amount that refers
3  to?
4      A.  I don't see any amount, but my host family
5  paid me $200, the second host family, but the amount
6  is not listed here, so I didn't know.
7      Q.  Do you recall at any time anyone from APIA
8  ever discussing with you a weekly stipend amount?
9      A.  I don't remember for sure.
10      Q.  Do you recall attending an orientation
11  through APIA?
12      A.  Yes.  I received orientation in New Jersey.
13  It was like about two, three days.
14      Q.  When did you attend that orientation?
15      A.  April 2009.
16      Q.  Do you recall approximately how many team
17  people attended that orientation?
18      A.  Many people.  Like 100 people.  It was, like,
19  a big group.
20      Q.  Did you attend that orientation immediately
21  prior to joining your first host family?
22      A.  Yes.
23      Q.  During that orientation, do you recall anyone
24  from APIA discussing the amount of money that you
25  would receive while living with your host family?

Page 24

A. GUZEMA

2      A.  During orientation, I think so.  I am not a
3  hundred percent sure.
4      Q.  Do you recall anyone during orientation
5  telling you that the weekly stipend amount that you
6  would receive at a minimum would be $195.75 per
7  week?
8      A.  I don't remember.  I'm sorry.
9      Q.  No.  It was a long time ago.
10          MR. PETTERSON:  I'm sorry.  I was muted.
11      I said an objection to the prior question.  I
12      have fire trucks going on behind me and I
13      tried to mute myself.
14          MS. SCHMID:  What was the objection?
15          MR. PETTERSON:  I don't think she
16      testified that there was a conversation that
17      she is aware of.  So subsequent questions
18      about it, she is not even sure there was a
19      conversation that took place.
20          MS. SCHMID:  Okay.
21          MR. PETTERSON:  Thanks.
22      Q.  What do you recall learning in the
23  orientation in New Jersey through APIA?
24      A.  Learning about program in general; about my
25  rights as au pair; about my duties in a host family;

Page 25

A. GUZEMA

2  about my rights to get credits in English school.
3  What else?  Like, how do I need to -- Oh, my God.
4  It's a long time ago.  I even have a handbook, but I
5  don't know if I will be able to find it -- like
6  about my rights and duties; how to deal with, like,
7  difficult situations with kids; how to react in,
8  like, emergency situations.  Yeah.  Like general
9  information.
10      Q.  During the orientation, do you recall any
11  representative giving you examples of the duties
12  that a host family might assign to you while you
13  lived with them?
14      A.  Yes.
15      Q.  Did you understand at that time that those
16  duties might vary depending on the needs of the host
17  family?
18      A.  Yes, I understood.
19      Q.  Did anyone during orientation explain to you
20  that the host family would establish rules while you
21  lived with them?
22      A.  Yes.
23      Q.  What was explained to you with regard to
24  those rules?
25      A.  I mean, like, every family has their rules

Page 26

1                 A. GUZEMA
2 and schedule. They explain that all host family
3 will ask us work that amount of hours and they will
4 make schedule for us. They will ask us to do some
5 kind of work, for example, like homework with
6 children, like activities with children; maybe some
7 kind of light cooking, like preparing snacks for
8 children; giving rides to school or walk them to bus
9 stop, but all this work, you know, has to connect to
10 kids' needs, not like family needs. So I didn't
11 that know we would have to clean for whole family or
12 do laundry for entire family or something like this.
13     **Q. What was explained to you during orientation**
14 **with regard to the number of hours you would be**
15 **asked to provide to the family, number or hours of**
16 **work to the family?**
17     A. As I remember, it was explained that we don't
18 have to work more than eight hours per day, like
19 regular day, regular workday.
20     **Q. If you look back at Exhibit 4, please, to**
21 **that first bullet with the check mark.**
22     A. Um-hmm.
23     **Q. It states: I/We understand that an au pair**
24 **on Au Pair in America's standard or Extraordinary**
25 **program is not to provide more than 45 hours of**

Page 27

1                 A. GUZEMA
2 **child care services per week. Do you see that?**
3     A. Yes.
4     **Q. Do you recall that being explained to you**
5 **during orientation?**
6     A. Yes.
7     **Q. Did you understand that at the time you**
8 **signed the agreement?**
9     A. Yes.
10     **Q. During orientation, do you recall asking**
11 **anybody how much money you would be paid while**
12 **living with the host family?**
13     A. No.
14     **Q. Do you recall at any time asking anyone from**
15 **APIA how much money you would be paid while living**
16 **with the host family?**
17     A. No, I didn't ask.
18     **Q. Prior to you being placed with the ██████**
19 **did you meet the family?**
20     A. No. Before, no, I haven't.
21     **Q. Did you only exchange e-mails with the**
22 **██████ prior to being placed with them?**
23       MR. PETTERSON: Objection.
24     A. Only e-mails.
25     **Q. When did you first meet the ██████ family?**

Page 28

1                 A. GUZEMA
2     A. In airport. Host dad, he met me in airport.
3     **Q. Do you recall when that was?**
4     A. It was April 2009, but I don't remember the
5 exact day. Just right after my orientation in New
6 Jersey.
7     **Q. Do you recall if the host dad of the ██████**
8 **family worked full-time?**
9     A. Yes.
10     **Q. Do you recall what position he held?**
11     A. I don't remember. I don't even ask him. I
12 didn't even ask him.
13     **Q. Do you recall if the host mom of the ██████**
14 **family worked full-time?**
15     A. Sorry. Losing connection.
16     **Q. Do you recall if Mrs. ██████ worked**
17 **full-time?**
18     A. I don't hear you.
19     **Q. Can you hear me?**
20     A. I don't hear you.
21       MR. PETTERSON: Let's go off the record.
22       THE WITNESS: Oh, I hear you, but not --
23     **Q. Now?**
24     A. Oh, now, yes, sorry.
25     **Q. Okay. No problem.**

Page 29

1                 A. GUZEMA
2     I was asking, do you recall if Mrs. ██████
3 worked full-time?
4     A. Yes.
5     **Q. Do you happen to recall what her position**
6 **was?**
7     A. No. I don't know.
8     **Q. When did you meet Mrs. ██████ for the first**
9 **time?**
10     A. The same day. She came back from work.
11     **Q. I'm sorry. Was that in April 2009 as well?**
12     A. Yes.
13     **Q. How soon after orientation did you begin**
14 **living with the ██████**
15     A. After orientation. Like just right after
16 that orientation.
17     **Q. I would like you to look at the document that**
18 **has been marked as Exhibit 3.**
19     A. Okay, yes.
20     **Q. Do you recognize this document?**
21     A. Yes.
22     **Q. What is this document?**
23     A. That's my -- like a petition, as I remember.
24     **Q. Exhibit 3, assuming you have the right**
25 **document, should be responses to a survey that you**

Page 30

A. GUZEMA

1
2  provided to your counsel.
3          Is that what you have in front of you?
4  A.  No.  Exhibit 3, did you say?
5  Q.  Yes.
6  I have numbers of questions here.
7  Q.  Yes, and the title of the document says Au
8  Pair Alina Guzema?
9  A.  Yes.
10  Q.  Do you recognize this document?
11  A.  Yes.
12  Q.  Would you characterize this document as
13  responses to a survey that you provided to your
14  attorneys?
15  A.  Yes.
16  Q.  Earlier today when you testified that you
17  reviewed survey responses in preparation for today,
18  is this the document you were referring to?
19  A.  Yes.
20  Q.  Do you recall when you provided responses to
21  this survey?
22  A.  Let me see date.  I don't remember exact time
23  and date.
24  Q.  Was it after you agreed to join this lawsuit?
25  A.  Before.

Page 31

A. GUZEMA

1
2  Q.  You provided responses to the survey before
3  you consented to join this lawsuit?
4  A.  I believe that was the survey I found online,
5  and after I sent this survey, lawyers, you know,
6  called me and sent me other documents for
7  signatures.
8  Q.  Did you review any documents in connection
9  with preparing you responses to this survey?
10  A.  I don't have too much documents left from
11  that time but yes.
12  Q.  Which documents did you review in connection
13  to your responses to this survey?
14  A.  I just tried to compare, you know, flight
15  tickets to the dates I just arrived to America and
16  then to Boston.  So I was trying to compare, like,
17  dates and tried to give you, like, a right date and
18  year.
19  Q.  Did you review any other documents besides
20  flight tickets?
21  A.  No, only my e-mails from Au Pair in America
22  and flight tickets.  That's all I have left from the
23  time.
24  Q.  Have you provided your e-mails from Au Pair
25  in America to your attorneys?

Page 32

A. GUZEMA

1
2  A.  I think I listed all my e-mails in this
3  survey.
4          MS. SCHMID:  Sean, we will likely be
5  following up with a request for any e-mails
6  that are relevant to the claims in this
7  lawsuit.
8          MR. PETTERSON:  Understood.
9  Q.  Ms. Guzema, as your attorney will likely
10  instruct you, we would just ask that you not delete
11  any e-mails that you have that are relevant to this
12  lawsuit.
13  A.  Okay.
14  Q.  So please keep those e-mails and your
15  attorney will follow up with you.
16  A.  Okay.
17  Q.  Thank you.
18          Do you recall who from Au Pair in America
19  e-mailed you?
20  A.  From Au Pair in America?  To Ukraine or when
21  I was here already.
22  Q.  The e-mails that you were just referring to,
23  do you recall with whom those e-mails were
24  exchanged?
25  A.  I don't know.  I don't remember.

Page 33

A. GUZEMA

1
2  Q.  Were they between you and an APIA counselor?
3  A.  It was Au Pair in America representatives in
4  Ukraine.
5  Q.  Did you review any other documents in
6  preparing these survey responses?
7  A.  No.  I don't have any documents left.
8  Q.  You testified that you believe you may still
9  have a copy of your APIA handbook; is that correct?
10  A.  Yes, but I just moved to a new house.  So I
11  am not sure if I will be able to find it.
12  Q.  I know how that is.
13          So if you look at page 1 of Exhibit 3 right
14  below question number 2, there is a chart and it
15  lists the dates, the begin date and the end date for
16  each host family.  Do you see that?
17  A.  Um-hmm, yes.
18  Q.  Next to the ████████ family, it says the
19  begin date was June 9, 2009.  Do you see that?
20  A.  Yes.
21  Q.  Based on your testimony a few moments ago,
22  would you agree that that date is inaccurate?
23  A.  No.  It is not accurate, I'm sorry.  It was
24  April but not May.
25  Q.  Your begin date with the ████████ family was

Page 34

A. GUZEMA

1
2  April 9, 2009?
3     A.  Yes.
4     Q.  **Is the end date of June 20, 2009, accurate?**
5     A.  It was end of April.  I've been staying with
6  them less than one month.  So I arrived, like, maybe
7  in beginning of April and left them by the end of
8  April.
9     Q.  **So both of those dates are inaccurate,**
10 **correct?**
11    A.  Yes, correct?
12    Q.  **The begin date should state April 9, 2009,**
13 **yes?**
14    A.  Yes.
15    Q.  **And the end date should say April 20, 2009?**
16    A.  Approximately, yes.
17    Q.  **We will discuss the** ▮▮▮ **a little bit**
18 **later, but while we are on this chart, are the dates**
19 **for the** ▮▮▮ **family accurate, the begin date**
20 **July 1, 2009, to June 1, 2010, or is that also**
21 **inaccurate?**
22    A.  Almost.  It was middle of May because I've
23 been staying in a counselor's house between those
24 days.  Almost a month, between, you know, I moved
25 out from the first family and start my work in a new

Page 35

A. GUZEMA

1
2  family.
3     Q.  **You began living with the** ▮▮▮ **family in**
4  **May 2009?**
5     A.  Middle of May, yes.
6     Q.  **Is the end date of June 1, 2010, correct for**
7  **the** ▮▮▮ **family?**
8     A.  Couldn't be true because my contract was for
9  one year, correct?  So if I arrived in April, so I
10 had to leave in April 2010 as well.  So the last,
11 like, end date with the ▮▮▮ family stay was
12 April 2010 because according to the au pair
13 contract, my visa was, you know, one year visa, and
14 I had to leave the host family by the end of this
15 year, so it means April 2010.
16    Q.  **Do you know why the dates provided in this**
17 **survey are inaccurate?**
18    A.  I don't remember why.  I don't know.  Maybe I
19 make mistake or I didn't notice that I make mistake
20 or maybe I just didn't pay attention.  I didn't know
21 that the survey was, like, you know, very serious
22 and important.
23    Q.  **So when you began living with the** ▮▮▮
24 **family, did they explain to you what your**
25 **anticipated schedule per week would be?**

Page 36

A. GUZEMA

1
2     A.  Yes.  As I remember, they worked regular
3  hours like 9:00 to 5:00, 9:00 to 6:00, yes, and,
4  yeah, it was schedule, 9:00-to-6:00 schedule.
5     Q.  **Did you also work weekends for the** ▮▮▮
6     A.  No.
7     Q.  **The** ▮▮▮ **I believe you said, had a**
8  **six-year-old girl and a seven-year-old boy, correct?**
9     A.  Yes, approximately this age.
10    Q.  **Were both children in school full-time?**
11    A.  Yes.  Not full-time.  Maybe like 9:00 to
12 3:00.  I mean, full-time for school, yes.
13    Q.  **What was your -- I realize that you were only**
14 **with the family a short time, but during the time**
15 **you lived with the** ▮▮▮ **what was your average**
16 **weekly schedule?**
17       MR. PETTERSON:  Objection.
18    A.  It was Monday to Friday, 9:00 to 6:00, I
19 believe.
20    Q.  **Can you describe what your average Monday**
21 **schedule was while you were living with the**
22 ▮▮▮
23    A.  Monday schedule?
24    Q.  **Yes.**
25    A.  Like the same as rest of week schedule.

Page 37

A. GUZEMA

1
2     Q.  **Could you describe.**
3     A.  Hours or duties or what do you mean?
4     Q.  **Yes.  Can you describe for us what you would**
5  **do beginning to end on a Monday while living with**
6  **the** ▮▮▮
7     A.  Yes.  Preparing breakfast for kids, helping
8  them to get ready for school, walking them to bus
9  stop.  After they leave I had to do, like, light,
10 you know, cleaning in kids' rooms.  Laundry for
11 kids, preparing lunch for kids.  After I had to meet
12 kids from bus stop from school.  You know, help them
13 with homework, play with kids, do, like, activities
14 with kids.  Like regular schedule.
15       After 6:00 parents always, you know, come
16 back and they take care of kids.  So actually after
17 6:00 I was, you know, free to do my stuff with
18 ▮▮▮ family.
19    Q.  **Did you eat meals with the** ▮▮▮
20    A.  Only in first family, correct.
21    Q.  **Did you eat your other meals at the** ▮▮▮
22 **home?**
23    A.  Yes.  I cook for myself and I ate three
24 meals.
25    Q.  **Did the** ▮▮▮ **have any pets?**

Movant's App. 000353

Page 38

```
1                    A. GUZEMA
2      A.  No.
3      Q.  Were the children involved in any
4   after-school activities?
5      A.  No.  I mean, I was there for just one month.
6   Maybe during the month, they didn't have any
7   after-school activities.
8      Q.  While you lived with the ████████ did any
9   APIA counselor ever visit the home?
10     A.  Once I believe, yes.
11     Q.  Do you recall when that visit took place?
12     A.  No, I don't remember.
13     Q.  Do you recall if it was within the first
14  couple of weeks of you living with the ████████
15     A.  Yes.  It was, like, regular visit.  She asked
16  me how I am doing, how I like this family, and if I
17  have any questions.
18     Q.  While you were living with the ████████ do
19  you recall the amount that you received each week?
20     A.  Yes.  It was, like, around 175, 180.
21     Q.  Do you recall how you received that amount?
22     A.  Cash, because I didn't have credit cards in
23  America or debit card.
24     Q.  Do you recall the exact amount of the
25  stipend?
```

Page 39

```
1                    A. GUZEMA
2      A.  It was like 175.  I don't remember, but it
3   was less than 200.
4      Q.  Do you recall if it was 195.75?
5      A.  No.  It was less.
6      Q.  How can you be sure of that?
7          MR. PETTERSON:  Objection.
8      Q.  You can answer.
9      A.  Because after I arrived in the new family,
10  maybe like first month in the ████ family, I used
11  to get the same amount of money, but maybe like, you
12  know, after first month my host mom, she told me
13  that Au Pair in America raised the amount of this
14  payment, and I will receive $200 every week.  That's
15  why I can't compare my first payments in ████
16  family and second family stipend.
17     Q.  When the counselor visited you while you were
18  living with the ████████ do you recall discussing
19  the amount of stipend with the counselor?
20     A.  No.  With the counselor, no.
21     Q.  Do you recall discussing any concerns with
22  the counselor at that time?
23     A.  I didn't have any concerns.  It was, like, my
24  first week with living with them.  I was kind of,
25  you know, in shock.  It's a different country,
```

Page 40

```
1                    A. GUZEMA
2   different language, you know, family.
3      Q.  Why did your placement with the ████████
4   end?
5      A.  They lived far away from school and they
6   asked, you know, my main responsibility was driving
7   kids to school after their first week because they
8   used to take a bus, but, you know, parents want me
9   to drive them by car to school and my driving skills
10  weren't that good, and they decided that they needed
11  someone with better driving experience.
12     Q.  Did the ████████ ask APIA to rematch you at
13  that time?
14     A.  I don't know if they had conversation, you
15  know, between host family and my counselor, but,
16  like, day after they told me this news, that I have
17  to leave their family, I had to move to a counselor
18  house in Marietta.
19     Q.  Did the host family tell you that you needed
20  to leave?
21     A.  Yes.
22     Q.  Do you recall discussing with your counselor
23  the rematch?
24     A.  Yes.  I asked my counselor if she can help me
25  to find, you know, new family for me, but I wasn't
```

Page 41

```
1                    A. GUZEMA
2   involved in this process.  So, basically, counselor
3   and Au Pair in America representatives were working
4   on, you know, searching a new family for me.
5      Q.  How soon after the ████████ told you that
6   you would have to leave, did you leave their home?
7      A.  Like maybe one day after, two days after.
8   They told me very quick.
9      Q.  When you were first placed with the
10  ████████ did you understand that driving would be
11  one of your duties while living with them?
12     A.  Yes, but I thought my driving skills were
13  good enough, but didn't think so.  So it was
14  kind of a mismatch with their needs and my skills.
15     Q.  When did you first speak with the ████████
16  family?
17     A.  I didn't speak with them.  They just sent me
18  e-mail with -- the same as the ████████ family.
19  They sent me e-mail, like, you know, welcome e-mail
20  that I am going to live with their family and they
21  have one girl and they live in Boston, Downtown
22  Boston, and host mom is a doctor.  Host father
23  doesn't live with them, but he is engineer, as I
24  remember.  It was a friendly e-mail, and they both
25  told me that they had an au pair from Ukraine as
```

Case 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 05/09/18   USDC Colorado   Page 107

Page 42

A. GUZEMA

1
2  well and they really like her and they want the
3  same, you know, the same au pair from Ukraine.  Not
4  the same au pair from Ukraine.
5  **Q. Do you recall how old the girl was, the**
6  **daughter was, at that time?**
7  A. She was around eight years old.
8  **Q. Giving that they lived in Boston, did they**
9  **require you to drive much?**
10  A. No, no.  Parking in Downtown Boston is super
11  expensive so they didn't have a car, and they just
12  lived across the street from the hospital where host
13  mom used to work.  So she, you know, didn't need any
14  car.
15  **Q. So the host mom of the ▇ family was a**
16  **doctor?**
17  A. Yes.
18  **Q. Did she work full-time?**
19  A. Yes.
20  **Q. You said that the host dad did not live with**
21  **the ▇ family; is that correct?**
22  A. No.  As I know, they weren't divorced but
23  they lived separate.
24  **Q. Other than the host mom, did any other adults**
25  **live in the ▇ home?**

Page 43

A. GUZEMA

1
2  A. No.
3  **Q. Did they have any pets?**
4  A. No.
5  **Q. Aside from that first e-mail, did you have**
6  **any Skype interviews or in-person interviews with**
7  **the ▇**
8  A. No.
9  **Q. When did you first meet the ▇**
10  A. When my counselor give me a ride to their
11  apartment, to my new place.  They met me outside
12  their apartment complex.
13  **Q. Was that in May 2009?**
14  A. Yes.  It was middle of May 2009.
15  **Q. Did Mrs. ▇ at any point describe what**
16  **your schedule would be?**
17  A. From the very beginning, she described that I
18  have to work regular hours, but she didn't write or
19  didn't e-mail me any schedule.  She just told me
20  today that you have to work from 8:00 because you
21  have to, you know, walk girl to bus stop, and I will
22  come back from work at 6:00 or 7:00.
23  **Q. Prior to placing with the ▇ did you**
24  **have an understanding of what your schedule would be**
25  **while living with them?**

Page 44

A. GUZEMA

1
2  A. I thought my schedule would be the same as in
3  ▇ family.
4  **Q. What made you believer that?**
5  A. Because I saw it's, you know, the same
6  program, the same company and living condition and
7  working condition have to be the same.
8  **Q. Are you referring to the maximum of 45 hours**
9  **of child care services per week?**
10  A. Yes.
11  **Q. While you lived with the ▇ what was**
12  **your average weekly schedule?**
13  A. It was Monday to Friday.  Sometimes she asked
14  me to help her during her weekends because as a
15  doctor she had some kind of emergency calls.  She
16  had to work on call at nights sometimes, and she
17  used to live by herself and her daughter.  No
18  father.  So I had to stay with the girl.  I couldn't
19  leave her alone in the apartment while she was at
20  work.
21  **Q. Did Mrs. ▇ have any other babysitters?**
22  A. No.
23  **Q. Did she have any other nannies?**
24  A. No.
25  **Q. You said that you received 200 per week while**

Page 45

A. GUZEMA

1
2  **living with the ▇**
3  A. Correct.
4  **Q. Did that amount ever vary?**
5  A. No, never.
6  **Q. How did you receive that amount?**
7  A. Cash because, as I told you, I didn't have
8  debit card in the United States, and I couldn't even
9  open it because I didn't have ID and they paid me
10  cash, so I didn't have any need for the debit card.
11  **Q. Asides from that weekly stipend, did you ever**
12  **receive any money for additional work that you**
13  **performed?**
14  A. No.  Only once for my birthday.  For my 21st
15  birthday she gave me $21 as a gift.
16  **Q. $21?**
17  A. Yes, as a gift for my 21st birthday.
18  **Q. Did you receive any other gifts from**
19  **Mrs. ▇**
20  A. No, no.  Only once they came back from India
21  and she brought me some kind of Indian national
22  dress.  That is all I received from her.
23  **Q. While you lived with the ▇ were you**
24  **ever reimbursed for any expenses?**
25  A. No.

Movant's App. 000355

Page 46

```
               A. GUZEMA
1
2     Q.  Did you eat your meals with the ████
3     A.  Yes.  I had separate fridge and I used to,
4  you know, buy my groceries by myself for myself.
5     Q.  Did Mrs. ████ also buy groceries?
6     A.  Yes, but just for her family.
7     Q.  Did Mrs. ████ tell you that you were
8  allowed to eat their food as well?
9     A.  Yes, but they are Indian, and they eat, like,
10 very different foods, and I am a vegetarian.  So she
11 understood that I may not eat the same foods.  So
12 they used to give me around $30 a week for grocery
13 shopping.
14    Q.  I'm sorry.  How much per week?
15    A.  Like 30, 40 dollars for grocery only, and in
16 this case I used to buy my grocery by myself, and I
17 never eat their food.
18    Q.  So you were invited to eat with them if you
19 wanted to; is that correct?
20    A.  Yes, but they didn't cook at home very often
21 because she was so busy at work.
22    Q.  Mrs. ████ gave you 30 to 40 dollars a week
23 to buy groceries for yourself?
24    A.  Just for groceries, yes.
25          MR. PETTERSON:  Are we coming to a good
```

Page 47

```
               A. GUZEMA
1
2  time for a break, Christina?
3          MS. SCHMID:  If the witness needs a
4  break.
5          Do you need one?
6          MR. PETTERSON:  I'll take a break, if
7  that's all right.
8          MS. SCHMID:  If the witness needs one
9  unless you are going to go coach her.
10         MR. PETTERSON:  No.  I am going to try to
11 use the restroom, if that's okay.  We can
12 take a break.
13         MS. SCHMID:  Okay.
14         (Whereupon, a recess was taken at this
15 time.)
16    Q.  Ms. Guzema, now that we are back from the
17 break, I just wanted to remind you that you are
18 still under oath, okay?
19    A.  Okay.
20    Q.  Before the break you were testifying that the
21 ████ family gave you 30 to 40 dollars per week for
22 groceries for yourself, correct?
23    A.  Yes.
24    Q.  Did the ████ provide you with any other
25 money for expenses while you were living with them?
```

Page 48

```
               A. GUZEMA
1
2     A.  No.
3     Q.  Did the ████ provide you with a cell phone
4  while you were living with them?
5     A.  Yes.  I had a cell phone, but I had limited
6  minutes on a cell phone, and I had to pay from my
7  pocket for that extra used time.
8     Q.  Did Mrs. ████ pay for the monthly service?
9     A.  Yes, but it wasn't unlimited.  It was, like,
10 a certain amount of minutes I can use per month.
11    Q.  Did you have your own bedroom while living
12 with the ████
13    A.  Yes.
14    Q.  Did you have a private bathroom as well?
15    A.  Yes.
16    Q.  You testified earlier you were not required
17 to drive while living with the ████ right?
18    A.  Yes.
19    Q.  Did you ever take any vacations with the
20 ████
21    A.  Vacations?
22    Q.  Yes.
23    A.  Yes.
24    Q.  When did you take that vacation?
25    A.  It was during a spring break, as I remember.
```

Page 49

```
               A. GUZEMA
1
2  Spring break at school.
3     Q.  Do you recall where you went?
4     A.  I went to visit my friends in Pennsylvania.
5     Q.  So you didn't go on vacation with the
6  ████  You went on vacation while the ████
7  were on vacation; is that correct?
8     A.  No.  I just went by myself.
9     Q.  Was that for one week?
10    A.  Yes.
11    Q.  Did you ever go on vacation with the ████
12 family?
13    A.  No, never.
14    Q.  Aside from that one week during spring break,
15 did the ████ ever take a vacation and leave you
16 behind?
17         MR. PETTERSON:  Objection.
18    Q.  You can answer.
19    A.  Um, only once.  They went to India for maybe
20 a week and a half -- a week and a half, two weeks.
21    Q.  Do you recall when that was?
22    A.  I don't remember, sorry.  It was summer, I
23 believe, because it was warm outside I remember.
24    Q.  While the ████ were in India, what did you
25 do?
```

**Page 50**

A. GUZEMA

1
2    A.  I didn't have any, you know, work to do
3  because she went with the girl.
4    Q.  Did the [redacted] have any pets?
5    A.  No.
6    Q.  What were your responsibilities while living
7  with the [redacted]
8    A.  Walking girl to and from bus stop, then doing
9  homework with the girl, giving her baths.  She was
10 eight years old, but she required some kind of extra
11 support during her bath time because her mom didn't
12 want to leave her alone while she was taking baths.
13 Also, like, feeding her.  Like, host mom cooked for
14 her, but I had to serve food for the child.  Also, I
15 had to clean apartment, do laundry for both family
16 members, ironing clothes, even underwear.  Then, um,
17 what else?  Like, cleaning, as I say it.  Like, you
18 know, some housework.  So I used to work as a
19 housekeeper as well, yeah.
20   Q.  Were you required to clean up only after the
21 girl or are you referring to cleaning the entire
22 house?
23   A.  Entire house and she wanted me to clean
24 entire house every day.  She was kind of very
25 focused on cleanliness.

**Page 51**

A. GUZEMA

1
2    Q.  Did you ever complain about that?
3    A.  No.  I just didn't want to, you know, go back
4  to Ukraine before this year end.
5    Q.  Did you ever raise any concerns about that
6  extra responsibility to your counselor?
7    A.  No.  My English was limited and after the,
8  you know, first problem with the first family, I
9  just thought maybe, you know, if I complain and then
10 they will try to find a third family.  It is going
11 to take more time and I won't be able to finish my
12 classes, English classes, and I just didn't want to
13 go back home.  It was some kind of shame for me.  So
14 I had to do everything she used to ask me to do.
15   Q.  How many hours a day did you provide those
16 services while living with the [redacted]
17   A.  I could say maybe, like half of the day.  I
18 mean, you know, I had to send kid to school and
19 between, like, I could say, 10:00 a.m. until
20 3:00 p.m. I had to do housework.  Sometimes less.
21 Sometimes more, but laundry almost every day.
22 Cleaning every day.  Sometimes she asked me to buy,
23 like, medicines or food for the entire family.  So
24 every day I had to do something for, you know, for
25 house.

**Page 52**

A. GUZEMA

1
2    Q.  Approximately how many hours a day did you
3  spend doing those responsibilities?
4    A.  Like five, six hours.
5    Q.  Was that Monday through Friday?
6    A.  Yes.
7    Q.  Did you, typically, have Saturday and Sunday
8  off?
9    A.  Yes, most of the time.
10   Q.  So you recall spending approximately five to
11 six hours per day providing services for the
12 [redacted]
13   A.  Yes.
14        MR. PETTERSON:  Objection.
15   Q.  That was from Monday to Friday, yes?
16   A.  Yes.
17   Q.  So based on that estimate, would you agree
18 you worked approximately 40 hours a week for the
19 [redacted]
20        MR. PETTERSON:  Objection.
21   A.  No.  I worked more than 40 hours.
22   Q.  How do you get to that estimate based on what
23 you just testified?
24   A.  Because I had to meet girl from school, like,
25 around 4:00, and my host mom used to come back from,

**Page 53**

A. GUZEMA

1
2  work like, around 7:00, 8:00, 9:00, sometimes 10:00,
3  sometimes 11:00 p.m. because of her schedule in the
4  hospital and sometimes, you know, she called me and
5  tell me to stay longer because she is coming from
6  work, but sometimes she didn't even give me any
7  notice or any call.  So I had to stay with the child
8  and wait for her, you know, her mom to come back
9  from work.
10   Q.  How frequently did that occur?
11   A.  Almost every day.
12   Q.  So how many hours per day?  Before, you
13 testified you worked approximately five to six hours
14 per day Monday through Friday; is that correct?
15        MR. PETTERSON:  Objection.
16   A.  Five, six hours a day only for, you know,
17 housework, like cleaning, ironing, laundry, but
18 after, you know, girl's school I had to do homework
19 with her.  I had to, you know, keep her busy.  We
20 used to, like, watch TV, playing, painting, you
21 know, some type of activities, go to park.  So they
22 lived by themselves without the dad.  So I was,
23 like, only one person who could spend time with her
24 while the mom is at work.
25   Q.  Okay.  So then just to be clear, how many

Page 54

**A. GUZEMA**

1
2 hours a day did you work while living with the
3 ████████
4    A. Like nine, ten hours a day. Sometimes more.
5 Depends on the host mom's schedule at work.
6    Q. And was it also sometimes less?
7    A. No less for sure.
8    Q. You recall it always being nine to ten hours
9 per day?
10    A. Yes. No less than nine hours.
11    Q. Monday through Friday?
12    A. Yes.
13    Q. Do you recall tracking the hours you worked
14 for Mrs. ████████
15    A. No. I didn't track hours.
16    Q. Do you know if Mrs. ████████ tracked the hours
17 you worked?
18    A. I don't know. Maybe, but she never, you
19 know, give me some kind of list of my hours or
20 schedule.
21    Q. You testified earlier that you received a
22 copy of the APIA handbook, correct?
23    A. Yes, in my orientation.
24    Q. Do you recall tracking your hours in the
25 handbook?

Page 55

**A. GUZEMA**

1
2    A. Maybe in the beginning, yes, but after that I
3 just didn't have time to sit down and do this work
4 because I was, like, you know, trying to go outside
5 and take my classes and to meet new friends. Not
6 only work.
7    Q. Did you socialize with other au pairs while
8 you lived with the ████████
9    A. Yes, on weekends.
10    Q. Do you recall discussing the amount of the
11 stipend that those au pairs received at that time?
12    A. Yes. They received the same amount, $200.
13    Q. Did you ever ask Mrs. ████████ for additional
14 money?
15    A. No, never.
16    Q. Did you ever discuss the amount of the
17 stipend with your counselor while living in Boston?
18    A. No. I thought it was a fixed amount of money
19 for every au pair. That is why they are not going
20 to pay me more for my work.
21    Q. What led you to believe it was a fixed
22 amount?
23        MR. PETTERSON: Objection.
24    A. Because all of my, like, friends from the
25 same company, my friend au pairs, they received the

Page 56

**A. GUZEMA**

1 same amount.
2
3    Q. Turning back to Exhibit 4, the host family
4 agreement.
5    A. Um-hmm.
6    Q. I would like you to look again at that fifth
7 bullet down with the check mark where it states:
8 I/We understand that an au pair/companion is to
9 receive, at a minimum, the weekly stipend as
10 stipulated by regulations. Do you see that?
11    A. Yes.
12    Q. At the time you signed this agreement, did
13 you understand that the weekly stipend that you
14 would be receiving was the minimum amount that you
15 were entitled to receive?
16        MR. PETTERSON: Objection.
17    A. I mean, I thought $200 is a fixed, you know,
18 rate for the weekly payment to au pairs, and, you
19 know, they couldn't pay me more than 200.
20    Q. Did anyone from APIA ever tell you that $200
21 per week was a fixed amount and that nobody could
22 pay you more?
23    A. I don't remember them saying to me that it's
24 fixed amount, but, for sure, they didn't tell me
25 that I can receive more money for additional work.

Page 57

**A. GUZEMA**

1
2    Q. Can you repeat that last part.
3    A. I know for sure no one from the program told
4 me about additional payment for additional work.
5    Q. But do you recall anyone from the program
6 telling you that you were not allowed to receive
7 additional money?
8    A. Yes. I wasn't allowed to receive additional
9 money.
10    Q. Who told you that?
11    A. I don't remember, but it was, you know, like,
12 all my au pair friends they didn't receive
13 additional money and wasn't afraid to ask for
14 additional money as well.
15    Q. You were not afraid?
16    A. They didn't receive any additional money for
17 the work, and I was also afraid to ask for the
18 additional payments for additional work.
19    Q. No. I understand that, but my question is:
20 Do you recall anyone from APIA telling you that you
21 were not permitted to receive additional money?
22    A. I don't remember.
23    Q. Do you recall ever reading anything on the
24 website or in any literature telling you that you
25 were not permitted to receive anything in excess of

Movant's App. 000358

**Page 58**

A. GUZEMA

1
2   $200 per week?
3           MR. PETTERSON:  Objection.
4       A.  As I told you, like, my English was very,
5   very limited.  So even if I read something, I
6   couldn't understand it right or, you know,
7   correctly.
8       Q.  But sitting here today, you don't recall
9   anyone from the program ever telling you that $200
10  was all you could receive per week and that you were
11  not permitted to receive anything else; is that
12  correct?
13          MR. PETTERSON:  Objection.  Asked and
14      answered.
15      Q.  Is that correct?
16      A.  I don't remember who told me, but all of my
17  au pair friends, they knew this 200 is a fixed rate,
18  and we cannot, you know, ask for additional money.
19      Q.  I know.  I am not asking about your au pair
20  friends.  I am just asking if you recall anyone from
21  the program telling you that you were not permitted
22  to receive additional money?
23          MR. PETTERSON:  Objection.  Asked and
24      answered about five times.
25          MS. SCHMID:  That is not a valid

**Page 59**

A. GUZEMA

1
2       objection.
3       Q.  So you can answer.
4       A.  I don't remember.
5       Q.  Did you ever attend any cluster meetings?
6       A.  Yes, a couple of times.
7       Q.  Do you recall what was discussed at those
8   meetings?
9       A.  Discussing, like, some stories from the au
10  pair, you know, life.  Some funny stories but no
11  complaints.  You know, nothing negative.  You know,
12  discussing kids, what do they do for activities.
13  What do they do after school.  Things like that but
14  nothing bad.  No negative things.
15      Q.  Are you currently in communication with any
16  au pairs who you met through APIA?
17      A.  Yes.
18      Q.  Are any of those pairs also participants in
19  this lawsuit?
20      A.  I don't know.  I didn't ask them.
21      Q.  Are you currently in contact with the █████
22  family?
23      A.  No.
24      Q.  I believe you testified earlier that you
25  recall living with the █████ from the middle of

**Page 60**

A. GUZEMA

1
2   May 2009 until April 2010; is that correct?
3       A.  Yes, approximately the time.
4       Q.  I would like you to take a moment and review
5   your survey responses in Exhibit 3, and if you can,
6   because we have established that the dates in the
7   chart in question 2 were inaccurate, if you would
8   just take a moment and review the survey responses
9   and let us know if anything else in this document is
10  inaccurate?
11      A.  Okay, sure.
12      Q.  Thank you.
13      A.  I changed my address for sure, if it's
14  important.
15      Q.  Is the address that you provided at the
16  beginning of today's deposition?
17      A.  Yes, 721 Squanto Road.
18      Q.  Okay, thank you.
19      A.  Maybe I can make some addition -- I mean
20  correction to question 13.  I didn't want to write
21  cleaning in the house.  I just wanted to write I do
22  light housekeeping for kids only, not for entire
23  family as I did in ███████ house.
24      Q.  Okay.
25      A.  And question 15, I didn't discuss a recruiter

**Page 61**

A. GUZEMA

1
2   or sponsor explained my stipend amount.  I just knew
3   about this amount from the contract I signed with
4   the family.
5       Q.  Okay.
6       A.  And question 20, I received the training and
7   orientation in New Jersey.  I don't know why I wrote
8   three kids in a host family.  It was one kid in a
9   host family, in my second host family, but in total
10  it was three kids.  Maybe I was just confused by
11  this.
12      Q.  That was in response to question 41?
13      A.  41, yes.  It was, like, two kids in the first
14  family and one kid in the second family.  I don't
15  know what number do you need here?  Question 50, a
16  couple of times I remember the host family call me
17  on my day off and ask me to come back and stay
18  with -- babysit the daughter because the host mom
19  got an emergency call and she had to go to hospital.
20      Q.  So earlier today I thought you had testified
21  that the family did not have any babysitters.
22          Are you saying that the family actually did
23  have babysitters?
24      A.  No, no, no.  I am telling you that question
25  50 asking were there times that you provided child

Page 62

A. GUZEMA

1
2  care services to the host family that were expected
3  from said unexpected or outside of your normal
4  schedule.
5     Q.  Right.
6     A.  I remember a couple of times during, you
7  know, my day off the host mom called me and asked me
8  to come back, you know, come back home and stay and
9  babysit, you know, the daughter because host mom had
10 to go to work because she got some kind of emergency
11 call and she got, you know, a patient and she had to
12 go to work.  I had to go and work on my day off.
13    Q.  I see.  I misheard you before.
14       So she was asking you to come back on your
15 day off to babysit?
16    A.  Yes, and help her with the babysitting.
17    Q.  Okay.
18    A.  It looks like that is all I want to correct.
19    Q.  Okay, thank you.
20       When you attended the two cluster meetings
21 while living with the ████████ do you recall the
22 amount of the stipend ever being discussed?
23    A.  No, never discussed amount of money or amount
24 of the payments during our meetings.  No financial
25 discussion at all.

Page 63

A. GUZEMA

1
2       MS. SCHMID:  I may have some additional
3       questions depending on what your attorney
4       asks, but I have nothing further at this
5       time.  Thank you.
6       THE WITNESS:  Okay, thank you.
7  EXAMINATION BY
8  MR. PETTERSON:
9     Q.  I just have a few questions for you.  Thank
10 you for your time this morning.
11       Do you recall earlier that you testified that
12 you attended a training in New Jersey?
13    A.  Yes.
14    Q.  Were you paid for that training?
15    A.  I didn't pay.
16    Q.  Did anybody pay you for that training?
17    A.  No.  I paid some fees for the program in
18 general.  Maybe it was included in a training
19 course.
20    Q.  Okay.
21       Do you recall earlier that you testified that
22 APIA representatives discussed what you would do as
23 an au pair during that training?
24    A.  During our orientation?
25    Q.  Yes.

Page 64

A. GUZEMA

1
2     A.  Yes.  They explained to us what do we have to
3  do in a host family.
4     Q.  Did they tell you anything that you could not
5  do?
6       MS. SCHMID:  Objection.
7     A.  I mean, of course we cannot abuse, you know,
8  kids and talk to them in the wrong way, hurt them,
9  like all this kind of, you know, limitations.  Of
10 course we discussed.
11    Q.  Did they tell you that any work was not part
12 of your job?
13    A.  No.  I don't remember them telling us all
14 this.
15    Q.  Did they tell you that you were responsible
16 for cleaning up the entire house?
17    A.  No.  They didn't tell for sure.
18    Q.  Why not?
19       MS. SCHMID:  Objection.
20    A.  Because it wasn't a part of the, you know, au
21 pair responsibilities.
22    Q.  What did they tell you were the au pair
23 responsibilities?
24    A.  Taking care of kids, help them with homework,
25 maybe, like, preparing some snacks, light cleaning

Page 65

A. GUZEMA

1
2  in host children's rooms, like, you know, keep them
3  busy with some activities.  Everything related to
4  children's, you know, life and activities.
5     Q.  Okay.
6       Do you recall earlier that you testified that
7  you had the use of a cell phone?
8     A.  Yes.
9     Q.  Did you use that cell phone to speak with
10 your host mother for work-related duties?
11    A.  Only with host family, yeah.
12    Q.  Did you ever work more than ten hours in
13 one day as an au pair?
14    A.  Yes.
15    Q.  When you worked more than ten hours in a day,
16 were you paid overtime?
17    A.  No.
18    Q.  Did you ever work more than 45 hours a week
19 as an au pair?
20    A.  Yes.
21    Q.  When you worked more than 45 hours in a week,
22 were you paid overtime?
23    A.  No.
24    Q.  Do you recall earlier that you testified that
25 you had to leave the ████████ family after a few

Page 66

A. GUZEMA

1
2  weeks?
3     A.  Yes.
4     Q.  Where did you stay immediately after leaving
5  the ▰▰▰▰ family?
6     A.  In a counselor's house.
7     Q.  Where was that located?
8     A.  In Georgia.  I believe it was Marietta as
9  well.
10    Q.  How long were you staying in the counselor's
11  house in Marietta, Georgia?
12    A.  Around two weeks.
13    Q.  Did you pay her to stay at her home?
14    A.  No.
15    Q.  Did you pay for the food that you ate at her
16  home?
17    A.  No.
18    Q.  Did you ever stay with any other counselors?
19    A.  Yes, here in Massachusetts.
20    Q.  When was that?
21    A.  After two weeks of staying in the counselor's
22  house in Georgia, I moved to Boston, and I have been
23  staying in a counselor's house here in Quincy,
24  Massachusetts for about the same two weeks.
25    Q.  So if I have this correct, were you staying

Page 67

A. GUZEMA

1
2  with counselors for four weeks straight after you
3  left the ▰▰▰▰ family?
4     A.  Correct.
5     Q.  Did you pay the counselor in Boston for
6  staying in his or her home?
7     A.  No.
8     Q.  Did you pay for the food you ate in his or
9  her home?
10    A.  No.
11    Q.  How did you get from Georgia to Boston?
12    A.  By plane.
13    Q.  Did you pay for that plane ticket?
14    A.  No.
15    Q.  Do you know who paid for that plane ticket?
16    A.  I thought the program paid for this.
17    Q.  Do you recall earlier testifying that you
18  rematched with the second family, the ▰▰▰▰ family?
19    A.  Yes.
20    Q.  What was APIA's involvement in that rematch?
21    A.  They found a new family for me.  I was not
22  involved in their search of the new family.  I just
23  been living in a counselor's house and waiting for
24  the new host family for me.
25    Q.  Did they tell you why they were the ones

Page 68

A. GUZEMA

1
2  trying to find a new family for you?
3          MS. SCHMID:  Objection.
4     A.  They didn't explain to me why, but my first
5  family just explained that I don't match their needs
6  because of my driving skills.
7     Q.  Do you recall earlier testifying that you
8  signed an agreement with APIA when you were living
9  in Ukraine?
10    A.  Yes.
11    Q.  What did you learn from that agreement about
12  what you would do as an au pair?
13    A.  The same as in the orientation.  That they
14  have to take care of kids and do work only that is
15  related to children's life.  Nothing additional.
16    Q.  So when you were assigned duties by the
17  ▰▰▰▰ family, did you understand that those
18  duties had to be only related to the kids' work and
19  nothing additional?
20    A.  Yes.
21    Q.  Was the same true for the ▰▰▰▰ family?  Is
22  that your understanding?
23    A.  Yes, but it was completely different
24  situation for the second family.  I had to do
25  additional work.

Page 69

A. GUZEMA

1
2     Q.  And your understanding was that that
3  additional work was not part of the requirements
4  that APIA told you?
5     A.  Yes.
6          MR. PETTERSON:  I have no further
7  questions.  Thank you.
8          THE WITNESS:  Thank you.
9          MS. SCHMID:  I have nothing further
10  either.  Again, thank you so much for your
11  time today.
12          THE WITNESS:  Thank you, Christina.  Have
13  a good day.
14          MR. PETTERSON:  Thanks, Alina.
15          MS. SCHMID:  We can go off the record.
16
17          (Time Noted:  1:37 p.m.)
18
19          _____
20                    ALINA GUZEMA
21  Subscribed and sworn to before me
22  this ___ day of _____, 2018.
23  _____
24  Notary Public
25

ALINA GUZEMA - 04/07/2018          Pages 70..72

Page 70

1                    I N D E X
2
3     WITNESS        EXAMINATION BY          PAGE
4     Alina Guzema   Ms. Schmid                 4
5     Alina Guzema   Mr. Petterson             63
6
7                  E X H I B I T S
8
9     GUZEMA     DESCRIPTION               PAGE
10    1          Consent to Join form         4
11    2          Notice of Your Right to Join 4
12               Lawsuit For Unpaid Wages
13    3          Survey                       4
14    4          Host Family and Au Pair/Companion  4
15               Agreement
16               {retained by counsel}
17
18               REQUESTS FOR PRODUCTION
19
20    DESCRIPTION                         PAGE
21    E-mails                               32
22
23
24
25

Page 71

1                C E R T I F I C A T E
2     UNITED STATES DISTRICT COURT  ): ss.
3     FOR THE DISTRICT OF COLORADO  )
4          I, KAREN BERESHEIM, a Registered
5     Professional Reporter, Certified Live Note Reporter
6     and Notary Public (credentials) within and for the
7     State of New York, do hereby certify:
8          That ALINA GUZEMA, the witness whose
9     deposition is hereinbefore set forth, was duly
10    sworn by me and that such deposition is a true record
11    of the testimony given by the witness.
12          Before completion of the deposition,
13    review of the transcript ( ) was  (X) was not requested;.
14    If requested, any changes made by the deponent (and
15    provided to the reporter) during the period allowed
16    are appended hereto.
17          I further certify that I am not
18    related to any of the parties to this action
19    by blood or marriage, and that I am in no way
20    interested in the outcome of this matter.
21          IN WITNESS WHEREOF, I have hereunto
22    set my hand this 24th day of April, 2018.
23          Karen Beresheim
24
25          KAREN BERESHEIM

Page 72

1                E R R A T A   S H E E T
2
3
4     CASE NAME:  BELTRAN, ET AL v. INTEREXCHANGE, INC.,
5     ET AL
6     DATE OF DEPOSITION:  April 7, 2018
7     WITNESS'S NAME:  Alina Guzema
8     PAGE   LINE (S)      CHANGE           REASON
9     ____|_____|_____|_____
10    ____|_____|_____|_____
11    ____|_____|_____|_____
12    ____|_____|_____|_____
13    ____|_____|_____|_____
14    ____|_____|_____|_____
15    ____|_____|_____|_____
16    ____|_____|_____|_____
17    ____|_____|_____|_____
18    ____|_____|_____|_____
19    ____|_____|_____|_____
20               _____
21                         ALINA GUZEMA
22    SUBSCRIBED AND SWORN TO BEFORE ME
23    THIS _____ DAY OF _____, 20__.
24    _____  _____
25    NOTARY PUBLIC         MY COMMISSION EXPIRES

ALINA GUZEMA - 04/07/2018                    i1

**$**

**$175**
22:10

**$195.75**
24:6

**$200**
22:7,13 23:5 39:14 55:12
56:17,20 58:2,9

**$21**
45:15,16

**$30**
46:12

**0**

**02191**
5:2

**1**

**1**
4:9 12:5 33:13 34:20
35:6

**100**
23:18

**10:00**
51:19 53:2

**11:00**
53:3

**13**
60:20

**15**
60:25

**175**
38:20 39:2

**180**
38:20

**195.75**
39:4

**2**

**2**
4:13 10:14,15 33:14 60:7

**20**
34:4,15 61:6

**200**
22:3 39:3 44:25 56:19
58:17

**2007**
14:4

**2008**
14:4

**2009**
23:15 28:4 29:11 33:19
34:2,4,12,15,20 35:4
43:13,14 60:2

**2010**
34:20 35:6,10,12,15 60:2

**2017**
12:12,18

**21st**
45:14,17

**3**

**3**
4:16 29:18,24 30:4 33:13
60:5

**30**
46:15,22 47:21

**3:00**
36:12 51:20

**4**

**4**
4:20 19:10 21:3 22:14
26:20 56:3

**40**
46:15,22 47:21 52:18,21

**41**
61:12,13

**45**
26:25 44:8 65:18,21

**4:00**
52:25

**5**

**50**
61:15,25

**5:00**
36:3

**6**

**6:00**
36:3,18 37:15,17 43:22

**7**

**721**
4:25 60:17

**7:00**
43:22 53:2

**8**

**8**
12:12,18

**8:00**
43:20 53:2

**9**

**9**
33:19 34:2,12

**9:00**
36:3,11,18 53:2

**9:00-to-6:00**
36:4

**A**

**a.m.**
51:19

**able**
25:5 33:11 51:11

**abuse**
64:7

**accepted**
14:24

**accurate**
33:23 34:4,19

**action**
13:9

**activities**
26:6 37:13 38:4,7 53:21
59:12 65:3,4

**addition**
60:19

**additional**
45:12 55:13 56:25 57:4,
7,8,13,14,16,18,21
58:18,22 63:2 68:15,19,
25 69:3

**address**
4:24 60:13,15

**adults**
42:24

**afraid**
57:13,15,17

**after-school**
38:4,7

**age**
36:9

**agencies**
14:5

**ago**
7:13 8:8 11:9 12:22,24
15:2 19:5 20:24 24:9
25:4 33:21

**agree**
12:21 33:22 52:17

**agreed**
30:24

**agreeing**
13:7

**agreement**
4:19 18:15,17,23 19:6,17
20:5,6,9,11,12,24,25
21:2,4,6,13,24 22:15
27:8 56:4,12 68:8,11

**airport**
28:2

**Alina**
4:23 8:17 30:8 69:14

Movant's App. 000363

ALINA GUZEMA - 04/07/2018                                    i2

**allow**
 5:23,24

**allowed**
 46:8 57:6,8

**America**
 5:6 15:6,18 31:15,21,25
 32:18,20 33:3 38:23
 39:13 41:3

**America's**
 22:23 26:24

**American**
 5:5

**amount**
 21:25 22:12,13 23:2,4,5,
 8,24 24:5 26:3 38:19,21,
 24 39:11,13,19 45:4,6
 48:10 55:10,12,16,18,22
 56:2,14,21,24 61:2,3
 62:22,23

**answer**
 5:23,24 39:8 49:18 59:3

**answered**
 11:20 58:14,24

**answers**
 6:5,6

**anticipated**
 35:25

**anybody**
 8:10 10:9 15:7 27:11
 63:16

**apartment**
 43:11,12 44:19 50:15

**APIA**
 5:6,7 10:2,6 13:23 14:6,
 8,13,22 15:7,12 18:15
 20:25 23:7,11,24 24:23
 27:15 33:2,9 38:9 40:12
 54:22 56:20 57:20 59:16
 63:22 68:8 69:4

**APIA's**
 67:20

**application**
 14:22,23,24

**applications**
 15:11

**applied**
 13:22

**apply**
 14:2,5,8

**approximately**
 8:7 11:7 13:25 14:4
 23:16 34:16 36:9 52:2,
 10,18 53:13 60:3

**April**
 23:15 28:4 29:11 33:24
 34:2,5,7,8,12,15 35:9,10,
 12,15 60:2

**arrange**
 16:15

**arranged**
 15:14

**arrived**
 31:15 34:6 35:9 39:9

**arriving**
 15:15,18

**Aside**
 43:5 49:14

**Asides**
 45:11

**asked**
 26:15 38:15 40:6,24
 44:13 51:22 58:13,23
 62:7

**asking**
 27:10,14 29:2 58:19,20
 61:25 62:14

**asks**
 63:4

**assign**
 25:12

**assigned**
 68:16

**assuming**
 29:24

**ate**
 37:23 66:15 67:8

**attend**
 23:14,20 59:5

**attended**
 23:17 62:20 63:12

**attending**
 23:10

**attention**
 35:20

**attorney**
 5:4 10:11 32:9,15 63:3

**attorneys**
 9:3,6,18 10:8 30:14
 31:25

**au**
 4:18 5:6 10:3 11:25
 14:24 15:15 17:14,22
 18:2,6,12 19:3,17 22:20,
 22,23 24:25 26:23,24
 30:7 31:21,24 32:18,20
 33:3 35:12 39:13 41:3,25
 42:3,4 55:7,11,19,25
 56:8,18 57:12 58:17,19
 59:9,16 63:23 64:20,22
 65:13,19 68:12

**average**
 36:15,20 44:12

**aware**
 24:17

_____

         **B**

**babysit**
 61:18 62:9,15

**babysitters**
 44:21 61:21,23

**babysitting**
 62:16

**back**
 26:20 29:10 37:16 43:22
 45:20 47:16 51:3,13
 52:25 53:8 56:3 61:17
 62:8,14

**bad**
 59:14

**based**
 12:20 33:21 52:17,22

**basically**
 41:2

**bath**
 50:11

**bathroom**
 21:21 48:14

**baths**

 50:9,12

**bedroom**
 48:11

**began**
 35:3,23

**beginning**
 34:7 37:5 43:17 55:2
 60:16

**believe**
 7:13 8:7 13:16 15:24
 19:6 21:19 31:4 33:8
 36:7,19 38:10 49:23
 55:21 59:24 66:8

**believer**
 44:4

**benefit**
 5:22

**best**
 5:24 6:13

**better**
 40:11

**big**
 23:19

**birthday**
 45:14,15,17

**bit**
 20:3 34:17

**Boston**
 31:16 41:21,22 42:8,10
 55:17 66:22 67:5,11

**boy**
 17:2,11 36:8

**break**
 6:19,21 47:2,4,6,12,17,
 20 48:25 49:2,14

**breakfast**
 37:7

**brought**
 45:21

**bullet**
 22:17 26:21 56:7

**bus**
 26:8 37:8,12 40:8 43:21
 50:8

**busy**

Movant's App. 000364

ALINA GUZEMA - 04/07/2018                    i3

46:21 53:19 65:3

**buy**
46:4,5,16,23 51:22

---

**C**

**call**
16:9,13,14 44:16 53:7
61:16,19 62:11

**called**
31:6 53:4 62:7

**calls**
14:17,18 15:9,10 16:15
44:15

**can't**
6:3 39:15

**captioned**
10:20 12:8

**car**
40:9 42:11,14

**card**
38:23 45:8,10

**cards**
38:22

**care**
17:24 21:17 27:2 37:16
44:9 62:2 64:24 68:14

**case**
46:16

**cash**
38:22 45:7,10

**cell**
48:3,5,6 65:7,9

**certain**
48:10

**changed**
60:13

**characterize**
30:12

**chart**
33:14 34:18 60:7

**check**
8:6 22:17 26:21 56:7

**child**
27:2 44:9 50:14 53:7

61:25

**children**
16:22 17:9,10 26:6,8
36:10 38:3

**children's**
16:24 17:5 65:2,4 68:15

**Christina**
5:3 47:2 69:12

**city**
16:4

**claims**
9:22 32:6

**classes**
17:25 21:19 51:12 55:5

**clean**
26:11 50:15,20,23

**cleaning**
37:10 50:17,21 51:22
53:17 60:21 64:16,25

**cleanliness**
50:25

**clear**
53:25

**clothes**
50:16

**cluster**
59:5 62:20

**coach**
47:9

**come**
14:9,10 15:18 37:15
43:22 52:25 53:8 61:17
62:8,14

**coming**
46:25 53:5

**communication**
59:15

**companion**
22:21

**company**
44:6 55:25

**compare**
31:14,16 39:15

**complain**
51:2,9

**complaints**
59:11

**completed**
14:21

**completely**
68:23

**complex**
43:12

**concerns**
39:21,23 51:5

**condition**
44:6,7

**confidential**
8:22,23 16:24 17:6

**confused**
61:10

**connect**
26:9

**connection**
5:15 9:19 28:15 31:8,12

**Consent**
4:8 12:8

**consented**
31:3

**contact**
59:21

**contacted**
7:24

**contract**
19:13 20:16,17 21:12
35:8,13 61:3

**contrat**
17:22

**conversation**
24:16,19 40:14

**conversations**
8:21,23 9:3 16:16,18

**cook**
37:23 46:20

**cooked**
50:13

**cooking**
26:7

**copy**

7:25 10:6 11:2,5 20:21
33:9 54:22

**correct**
8:25 13:12 18:13,15 33:9
34:10,11 35:6,9 36:8
37:20 42:21 45:3 46:19
47:22 49:7 53:14 54:22
58:12,15 60:2 62:18
66:25 67:4

**correction**
60:20

**correctly**
58:7

**couldn't**
16:13 35:8 44:18 45:8
56:19 58:6

**counsel**
30:2

**counselor**
18:25 33:2 38:9 39:17,
19,20,22 40:15,17,22,24
41:2 43:10 51:6 55:17
67:5

**counselor's**
34:23 66:6,10,21,23
67:23

**counselors**
66:18 67:2

**country**
39:25

**couple**
38:14 59:6 61:16 62:6

**course**
15:4 63:19 64:7,10

**court**
5:10,20

**credit**
38:22

**credits**
25:2

**currently**
9:10 18:9 59:15,21

---

**D**

**dad**
28:2,7 42:20 53:22

**date**
4:10,14,17,21 12:12,20
15:15 30:22,23 31:17
33:15,19,22,25 34:4,12,
15,19 35:6,11

**dates**
11:6 31:15,17 33:15
34:9,18 35:16 60:6

**daughter**
42:6 44:17 61:18 62:9

**day**
15:3 26:18,19 28:5 29:10
40:16 41:7 50:24 51:15,
17,21,22,24 52:2,11
53:11,12,14,16 54:2,4,9
61:17 62:7,12,15 65:13,
15 69:13

**days**
23:13 34:24 41:7

**Deakins**
5:4

**deal**
25:6

**debit**
38:23 45:8,10

**decided**
40:10

**delete**
32:10

**depending**
25:16 63:3

**Depends**
54:5

**deposition**
5:18 9:13 10:9 60:16

**depositions**
9:25

**describe**
17:13 36:20 37:2,4 43:15

**described**
43:17

**details**
21:24

**didn't**
16:9,13,15 23:6 26:10
27:17 28:12 35:19,20

38:6,22 39:23 41:13,17
42:11,13 43:18,19 45:7,
9,10 46:20 49:5 50:2,11
51:3,12 53:6 54:15 55:3
56:24 57:12,16 59:20
60:20,25 63:15 64:17
68:4

**difference**
16:14

**different**
39:25 40:2 46:10 68:23

**difficult**
25:7

**discuss**
34:17 55:16 60:25

**discussed**
9:6 59:7 62:22,23 63:22
64:10

**discussing**
22:15 23:8,24 39:18,21
40:22 55:10 59:9,12

**discussion**
62:25

**divorced**
42:22

**doctor**
41:22 42:16 44:15

**document**
10:13,19,24 11:3,5,8,10,
12,16,23 12:2,4,7,11,17,
20,25 13:5 19:9,16,18,23
29:17,20,22,25 30:7,10,
12,18 60:9

**documents**
9:12,19,21 10:11 14:19
15:11 31:6,8,10,12,19
33:5,7

**doesn't**
41:23

**doing**
38:16 50:8 52:3

**dollars**
46:15,22 47:21

**don't**
6:10,11,12,14,16 7:8,10
8:6,14 9:24 10:5 11:6
13:17 15:3,7,25 16:15,25

17:15 18:18,24 19:4
20:14,15,17,19,21 21:11,
23 23:4,9 24:8,15 25:5
26:17 28:4,11,18,20 29:7
30:22 31:10 32:25 33:7
35:18 38:12 39:2 40:14
49:22 54:18 56:23 57:11,
22 58:8,16 59:4,20 61:7,
14 64:13 68:5

**Downtown**
41:21 42:10

**dress**
45:22

**drive**
40:9 42:9 48:17

**driving**
40:6,9,11 41:10,12 68:6

**duly**
4:3

**duties**
24:25 25:6,11,16 37:3
41:11 65:10 68:16,18

**E**

**e-mail**
8:2 11:10 13:16 15:14
16:9,12,16,18 17:12
41:18,19,24 43:5,19

**e-mailed**
7:21 10:11 32:19

**e-mails**
17:17 27:21,24 31:21,24
32:2,5,11,14,22,23

**earlier**
30:16 48:16 54:21 59:24
61:20 63:11,21 65:6,24
67:17 68:7

**eat**
37:19,21 46:2,8,9,11,17,
18

**eight**
26:18 42:7 50:10

**either**
69:10

**emergency**
25:8 44:15 61:19 62:10

**engineer**
41:23

**English**
7:4,6 14:9,10,12 17:25
21:19 25:2 51:7,12 58:4

**entire**
26:12 50:21,23,24 51:23
60:22 64:16

**entitled**
19:16 56:15

**entity**
5:7

**establish**
25:20

**established**
60:6

**estimate**
52:17,22

**exact**
28:5 30:22 38:24

**EXAMINATION**
4:6 63:7

**examined**
4:4

**example**
26:5

**examples**
25:11

**excess**
57:25

**exchange**
27:21

**exchanged**
32:24

**exchanges**
17:12

**Excuse**
7:16

**Exhibit**
4:9,13,16,20 10:14,15
12:5 19:10 21:3 22:14
26:20 29:18,24 30:4
33:13 56:3 60:5

**exhibits**
10:12

**expect**
17:20

**expected**
62:2

**expenses**
45:24 47:25

**expensive**
42:11

**experience**
17:18 40:11

**explain**
25:19 26:2 35:24 68:4

**explained**
18:2 25:23 26:13,17 27:4
61:2 64:2 68:5

**extra**
48:7 50:10 51:6

**Extraordinaire**
26:24

---

**F**

**families**
15:19

**family**
4:18 14:25 15:6,13,14,23
16:8,12,20 17:4,8,20
18:4,5,20 19:14,16,25
20:2,10,13,18,19 21:5,
17,18,19,22 22:2,5,6,8,9,
11 23:4,5,21,25 24:25
25:12,17,20,25 26:2,10,
11,12,15,16 27:12,16,19,
25 28:8,14 33:16,18,25
34:19,25 35:2,3,7,11,14,
24 36:14 37:18,20 38:16
39:9,10,16 40:2,15,17,
19,25 41:4,16,18,20
42:15,21 44:3 46:6 47:21
49:12 50:15 51:8,10,23
56:3 59:22 60:23 61:4,8,
9,14,16,21,22 62:2 64:3
65:11,25 66:5 67:3,18,
21,22,24 68:2,5,17,21,24

**family's**
19:23

**far**
40:5

**father**
41:22 44:18

**feeding**
50:13

**fees**
63:17

**fifth**
22:17 56:6

**filled**
7:23 14:15

**filling**
14:19

**financial**
62:24

**find**
8:15 25:5 33:11 40:25
51:10 68:2

**fine**
18:5

**finish**
5:23,24 51:11

**finished**
10:17

**fire**
24:12

**firm**
5:5 8:19 9:10

**first**
4:3 7:4,11 15:22 16:7,8,
11 20:11,12,19 22:6,10
23:21 26:21 27:25 29:8
34:25 37:20 38:13 39:10,
12,15,24 40:7 41:9,15
43:5,9 51:8 61:13 68:4

**five**
52:4,10 53:13,16 58:24

**five-year**
17:2

**fixed**
55:18,21 56:17,21,24
58:17

**flight**
15:16 31:14,20,22

**fluently**
7:6

**focused**
50:25

**follow**
32:15

**following**
32:5

**follows**
4:5

**food**
21:20 46:8,17 50:14
51:23 66:15 67:8

**foods**
46:10,11

**Foreign**
5:5

**forgot**
8:16

**form**
4:8

**forth**
22:23

**found**
7:20 13:17,20 31:4 67:21

**four**
67:2

**free**
37:17

**frequently**
53:10

**Friday**
36:18 44:13 52:5,15
53:14 54:11

**fridge**
46:3

**friend**
55:25

**friendly**
41:24

**friends**
18:4 49:4 55:5,24 57:12
58:17,20

**front**
30:3

**full-time**
28:8,14,17 29:3 36:10,

11,12 42:18

**funny**
59:10

**further**
63:4 69:6,9

---

**G**

**general**
15:5 16:21 24:24 25:8
63:18

**generally**
21:13,15

**Georgia**
16:4 66:8,11,22 67:11

**get all**
19:2

**gift**
45:15,17

**gifts**
45:18

**girl**
17:3,11 36:8 41:21 42:5
43:21 44:18 50:3,8,9,21
52:24

**girl's**
53:18

**give**
8:15 15:24 16:19 31:17
43:10 46:12 53:6 54:19

**giving**
25:11 26:8 42:8 50:9

**go**
28:21 47:9 49:5,11 51:3,
13 53:21 55:4 61:19
62:10,12 69:15

**God**
25:3

**going**
9:2 17:24 21:16 24:12
41:20 47:9,10 51:10
55:19

**good**
18:3 40:10 41:13 46:25
69:13

**governing**

Movant's App. 000367

22:22

**groceries**
46:4,5,23,24 47:22

**grocery**
46:12,15,16

**group**
23:19

**Guzema**
4:9,12,15,19,23 5:1,3 6:1
7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1,8
31:1 32:1,9 33:1 34:1
35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1
45:1 46:1 47:1,16 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1
69:1

**H**

**half**
49:20 51:17

**handbook**
10:2,3,4,6 25:4 33:9
54:22,25

**happen**
17:8 29:5

**haven't**
27:20

**head**
6:3,7,8

**hear**
6:16 28:18,19,20,22

**heard**
10:2

**held**
28:10

**help**
21:17 37:12 40:24 44:14
62:16 64:24

**helped**
15:16

**helping**
37:7

**home**
37:22 38:9 41:6 42:25
46:20 51:13 62:8 66:13,
16 67:6,9

**homework**
26:5 37:13 50:9 53:18
64:24

**honest**
13:18

**honestly**
21:23

**hoping**
17:17

**hospital**
42:12 53:4 61:19

**host**
4:18 15:6,19,22 17:3
19:14,16,23,25 20:2,10,
12,18 21:17,18,19,22
22:2 23:4,5,21,25 24:25
25:12,16,20 26:2 27:12,
16 28:2,7,13 33:16 35:14
39:12 40:15,19 41:22
42:12,15,20,24 50:13
52:25 54:5 56:3 61:8,9,
16,18 62:2,7,9 64:3 65:2,
10,11 67:24

**hours**
10:3,4 26:3,14,15,18,25
36:3 37:3 43:18 44:8
51:15 52:2,4,11,18,21
53:12,13,16 54:2,4,8,10,
13,15,16,19,24 65:12,15,
18,21

**house**
33:10 34:23 40:18 50:22,
23,24 51:25 60:21,23
64:16 66:6,11,22,23
67:23

**housekeeper**
50:19

**housekeeping**
60:22

**housework**
50:18 51:20 53:17

**hundred**
24:3

**hurt**
64:8

**I**

**I'LL**
47:6

**I'M**
11:6 19:4 24:8,10 29:11
33:23 46:14

**I'VE**
34:5,22

**I/we**
22:20 26:23 56:8

**ID**
45:9

**identification**
4:10,13,16,20

**immediately**
23:20 66:4

**important**
14:12 35:22 60:14

**in-person**
43:6

**inaccurate**
33:22 34:9,21 35:17
60:7,10

**included**
63:18

**India**
45:20 49:19,24

**Indian**
45:21 46:9

**Individual**
14:17

**information**
7:20,22 8:15 13:15
16:19,21 25:9

**instance**
17:2

**Institute**
5:5

**instruct**
32:10

**Internet**

**7:20**

**interpreter**
7:8

**interviewing**
14:13 15:8

**interviews**
43:6

**invited**
46:18

**involved**
38:3 41:2 67:22

**involvement**
67:20

**ironing**
50:16 53:17

**it's**
6:10 25:4 39:25 44:5
56:23 60:13

**J**

**Jersey**
23:12 24:23 28:6 61:7
63:12

**job**
64:12

**join**
4:8,11 10:20 12:8,22
13:8 30:24 31:3

**joining**
23:21

**July**
12:12,18 34:20

**June**
33:19 34:4,20 35:6

**K**

**keep**
16:23 17:5 32:14 53:19
65:2

**kid**
51:18 61:8,14

**kids**
16:20 17:25 21:17 25:7
37:7,11,12,13,14,16 40:7

Movant's App. 000368

ALINA GUZEMA - 04/07/2018                    i7

59:12 60:22 61:8,10,13
64:8,24 68:14

**kids'**
26:10 37:10 68:18

**Kiev**
19:3

**kind**
13:16 14:15,16 15:17
17:25 26:5,7 39:24 41:14
44:15 45:21 50:10,24
51:13 54:19 62:10 64:9

**knew**
17:19,24 58:17 61:2

**know**
6:20 10:17 13:21 14:11,
18 15:3,17 16:13,15,21
20:20 21:20 23:2,6 25:5
26:9,11 29:7 31:5,14
32:25 33:12 34:24 35:13,
16,18,20,21 37:10,12,15,
17 39:12,25 40:2,6,8,14,
15,25 41:4,19 42:3,13,22
43:21 44:5 46:4 50:2,18
51:3,8,9,18,24 53:4,8,16,
18,19,21 54:16,18,19
55:4 56:17,19 57:3,11
58:6,18,19 59:10,11,20
60:9 61:7,15 62:7,8,9,11
64:7,9,20 65:2,4 67:15

**known**
5:6

---

**L**

**language**
7:4 40:2

**laundry**
26:12 37:10 50:15 51:21
53:17

**law**
8:19 9:10

**lawsuit**
4:12 5:15 7:12,15,17,19,
22 9:19,23,25 10:21
12:22 13:8,12,15 30:24
31:3 32:7,12 59:19

**lawyers**
11:20,22 31:5

**learn**
7:19 14:9,10 68:11

**learned**
7:11,15,17 13:14

**learning**
24:22,24

**leave**
35:10,14 37:9 40:17,20
41:6 44:19 49:15 50:12
65:25

**leaving**
66:4

**led**
55:21

**left**
31:10,22 33:7 34:7 67:3

**Let's**
28:21

**life**
59:10 65:4 68:15

**light**
26:7 37:9 60:22 64:25

**limitations**
64:9

**limited**
48:5 51:7 58:5

**list**
54:19

**listed**
17:23 23:6 32:2

**lists**
33:15

**literature**
57:24

**little**
20:3 34:17

**live**
16:21 21:16 41:20,21,23
42:20,25 44:17

**lived**
14:14 15:8 25:13,21
36:15 38:8 40:5 42:8,12,
23 44:11 45:23 53:22
55:8

**living**

13:22 18:9 22:2 23:25
27:12,15 29:14 35:3,23
36:21 37:5 38:14,18
39:18,24 41:11 43:25
44:6 45:2 47:25 48:4,11,
17 50:6 51:16 54:2 55:17
59:25 62:21 67:23 68:8

**located**
66:7

**long**
6:20 19:5 24:9 25:4
66:10

**longer**
53:5

**look**
10:13,16 12:4 19:9 22:14
26:20 29:17 33:13 56:6

**looking**
14:25 15:6 17:13 18:12

**looks**
12:23 19:13,19 62:18

**Losing**
28:15

**lunch**
37:11

---

**M**

**mailing**
14:19

**main**
40:6

**Maria**
8:16,18

**Marietta**
16:4,5 40:18 66:8,11

**mark**
22:18 26:21 56:7

**marked**
4:9,12,15,19 10:12,14
12:5 19:10 29:18

**Massachusetts**
5:2 66:19,24

**match**
20:15,20 68:5

**matched**

15:12

**materials**
22:24

**maximum**
44:8

**meals**
37:19,21,24 46:2

**mean**
6:6 8:24 17:21,22 25:25
36:12 37:3 38:5 51:18
56:17 60:19 64:7

**means**
5:11 35:15

**medications**
7:2

**medicines**
51:23

**meet**
14:11 27:19,25 29:8
37:11 43:9 52:24 55:5

**meetings**
59:5,8 62:20,24

**members**
50:16

**met**
28:2 43:11 59:16

**middle**
34:22 35:5 43:14 59:25

**minimum**
22:21 24:6 56:9,14

**minutes**
48:6,10

**misheard**
62:13

**mismatch**
41:14

**mistake**
35:19

**mistakes**
16:2

**mom**
28:13 39:12 41:22 42:13,
15,24 50:11,13 52:25
53:8,24 61:18 62:7,9

Movant's App. 000369

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-3   filed 05/23/18   USDC Colorado   pg
122 of 399

**mom's**
54:5

**moment**
10:16 60:4,8

**moments**
20:24 33:21

**Monday**
36:18,20,23 37:5 44:13
52:5,15 53:14 54:11

**money**
21:18,22 23:24 27:11,15
39:11 45:12 47:25 55:14,
18 56:25 57:7,9,13,14,
16,21 58:18,22 62:23

**month**
22:10 34:6,24 38:5,6
39:10,12 48:10

**monthly**
48:8

**months**
7:13 8:8 11:9 12:22

**morning**
10:12 63:10

**mother**
65:10

**move**
40:17

**moved**
33:10 34:24 66:22

**mute**
24:13

**muted**
24:10

**N**

**name**
4:22 5:3 8:14,16,24
12:11 15:22,25 16:25
17:4 19:23

**names**
16:24 17:5 19:4

**nannies**
44:23

**national**
45:21

**need**
6:19 7:8 25:3 42:13
45:10 47:5 61:15

**needed**
40:10,19

**needs**
25:16 26:10 41:14 47:3,8
68:5

**negative**
59:11,14

**never**
14:16 45:5 46:17 49:13
54:18 55:15 62:23

**new**
4:4 18:12 22:13 23:12
24:23 28:5 33:10 34:25
39:9 40:25 41:4 43:11
55:5 61:7 63:12 67:21,
22,24 68:2

**news**
40:16

**nights**
44:16

**nine**
15:2 54:4,8,10

**nodding**
6:7

**nods**
6:4

**normal**
62:3

**North**
4:25

**Notary**
4:3

**notice**
4:11 10:20 12:21 35:19
53:7

**number**
26:14,15 33:14 61:15

**numbers**
30:6

**O**

**oath**

5:11 47:18

**objection**
20:8 21:8 24:11,14 27:23
36:17 39:7 49:17 52:14,
20 53:15 55:23 56:16
58:3,13,23 59:2 64:6,19
68:3

**occur**
53:10

**offer**
21:20

**Ogletree**
5:4

**Oh**
25:3 28:22,24

**okay**
5:8,9,25 6:2,8,9,11,15,
17,18,22 8:20 9:4,8
10:15,18 13:19 17:7
24:20 28:25 29:19 32:13,
16 47:11,13,18,19 53:25
60:11,18,24 61:5 62:17,
19 63:6,20 65:5

**old**
17:2 42:5,7 50:10

**once**
15:12 38:10 45:14,20
49:19

**ones**
67:25

**online**
8:15 13:11,17,20 14:16,
19,21 15:10 31:4

**open**
45:9

**order**
9:12

**orientation**
23:10,12,14,17,20,23
24:2,4,23 25:10,19 26:13
27:5,10 28:5 29:13,15,16
54:23 61:7 63:24 68:13

**outside**
43:11 49:23 55:4 62:3

**overtime**
65:16,22

**P**

**p.m.**
51:20 53:3

**page**
33:13

**paid**
23:5 27:11,15 45:9
63:14,17 65:16,22 67:15,
16

**painting**
53:20

**pair**
5:6 14:24 15:15 17:14,22
18:2,6,12 19:3 22:20,23
24:25 26:23,24 30:8
31:21,24 32:18,20 33:3
35:12 39:13 41:3,25
42:3,4 55:19 57:12
58:17,19 59:10 63:23
64:21,22 65:13,19 68:12

**pair/companion**
4:19 19:17 56:8

**pairs**
10:3 12:2 55:7,11,25
56:18 59:16,18

**paperwork**
14:16 19:2

**parents**
17:4 37:15 40:8

**park**
53:21

**Parking**
42:10

**part**
8:18 57:2 64:11,20 69:3

**participants**
59:18

**participate**
13:23

**patient**
62:11

**pay**
21:22 35:20 48:6,8 55:20
56:19,22 63:15,16 66:13,
15 67:5,8,13

Movant's App. 000370

**payment**
39:14 56:18 57:4

**payments**
39:15 57:18 62:24

**pending**
6:21

**Pennsylvania**
49:4

**people**
14:11 23:17,18

**percent**
24:3

**perfectly**
6:11

**performed**
45:13

**permitted**
57:21,25 58:11,21

**person**
14:20 15:9 53:23

**personal**
14:17

**petition**
29:23

**pets**
37:25 43:3 50:4

**PETTERSON**
8:17,21 20:8 21:8 24:10,
15,21 27:23 28:21 32:8
36:17 39:7 46:25 47:6,10
49:17 52:14,20 53:15
55:23 56:16 58:3,13,23
63:8 69:6,14

**phone**
14:18 15:9 48:3,5,6 65:7,
9

**place**
24:19 38:11 43:11

**placed**
15:19 27:18,22 41:9

**placement**
18:11 40:3

**placing**
18:19 43:23

**plaintiff**

13:8

**plane**
67:12,13,15

**plans**
15:17

**play**
37:13

**playing**
53:20

**please**
4:22,24 6:7,12,16,19 8:4
22:14 26:20 32:14

**pocket**
21:22 48:7

**point**
43:15

**position**
28:10 29:5

**possession**
9:21

**potential**
15:12

**preparation**
10:9 30:17

**prepare**
9:13

**preparing**
26:7 31:9 33:6 37:7,11
64:25

**present**
18:22,25

**printed**
12:11

**prior**
12:22 18:19 23:21 24:11
27:18,22 43:23

**private**
48:14

**privileged**
9:7

**problem**
17:7 28:25 51:8

**process**
14:23 15:3,13 41:2

**program**
13:23 14:2,24 17:20 19:3
21:4,7,25 22:24 24:24
26:25 44:6 57:3,5 58:9,
21 63:17 67:16

**programs**
22:23

**provide**
6:6,23 7:9 8:24 9:18
21:18 26:15,25 47:24
48:3 51:15

**provided**
5:17 30:2,13,20 31:2,24
35:16 60:15 61:25

**providing**
5:14 52:11

**Public**
4:3

---

## Q

**question**
5:23,25 6:12,17,20 24:11
33:14 57:19 60:7,20,25
61:6,12,15,24

**questions**
9:2 11:18,20,21 24:17
30:6 38:17 63:3,9 69:7

**quick**
41:8

**Quincy**
66:23

---

## R

**raise**
22:13 51:5

**raised**
39:13

**rate**
56:18 58:17

**react**
25:7

**read**
12:25 13:11 17:23 58:5

**reading**
11:12 19:11 57:23

**ready**
15:18 37:8

**realize**
36:13

**really**
42:2

**reason**
6:23 14:12

**recall**
6:10,11 7:15,17,21 8:3,5
9:9 11:2,7,12,15,25
12:17 13:14,25 14:13
15:7,22 16:7,11,17,22
17:16 18:17,19,22 20:17
21:6,13,25 23:7,10,16,23
24:4,22 25:10 27:4,10,14
28:3,7,10,13,16 29:2,5
30:20 32:18,23 38:11,13,
19,21,24 39:4,18,21
40:22 42:5 49:3,21 52:10
54:8,13,24 55:10 57:5,
20,23 58:8,20 59:7,25
62:21 63:11,21 65:6,24
67:17 68:7

**receive**
7:25 11:5,10 22:2,3,4,9,
12,21 23:25 24:6 39:14
45:6,12,18 56:9,15,25
57:6,8,12,16,21,25
58:10,11,22

**received**
9:14 11:8,13,16,18 12:21
16:12 22:7 23:12 38:19,
21 44:25 45:22 54:21
55:11,12,25 61:6

**receiving**
8:10 11:2,23 12:2 56:14

**recess**
47:14

**recognize**
10:24 19:18 29:20 30:10

**record**
4:22,24 6:3 10:19 12:7
19:15 28:21 69:15

**recruiter**
60:25

**refer**
5:7 16:24 17:2,3

Movant's App. 000371

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 124



Movant's App. 000372

ALINA GUZEMA - 04/07/2018                    i11

12,17,20 49:6,15,24
50:4,7 51:16 52:12,19
54:3 55:8 59:25 62:21

**shock**
39:25

**shopping**
46:13

**short**
36:14

**show**
20:14,20

**sign**
12:19

**signature**
12:12,15 19:19,20,21
20:15,21

**signatures**
31:7

**signed**
11:9 12:25 17:22 18:14,
17,23 19:6 20:5,11,12,25
21:4 27:8 56:12 61:3
68:8

**signing**
12:17 20:15,17

**sit**
55:3

**sitting**
58:8

**situation**
68:24

**situations**
25:7,8

**six**
52:4,11 53:13,16

**six-year-old**
36:8

**six-years-old**
17:11

**skills**
40:9 41:12,14 68:6

**Skype**
14:18 15:9 43:6

**snacks**
26:7 64:25

**socialize**
55:7

**somebody**
7:21 9:9

**soon**
29:13 41:5

**sorry**
11:6 19:4,11 24:8,10
28:15,24 29:11 33:23
46:14 49:22

**speak**
8:10,13 10:8 11:22
41:15,17 65:9

**speaking**
9:9 11:25

**spell**
15:25

**spend**
52:3 53:23

**spending**
52:10

**spoke**
9:5 16:8

**sponsor**
61:2

**spring**
48:25 49:2,14

**Squanto**
4:25 60:17

**standard**
26:24

**start**
34:25

**started**
14:25

**state**
4:4,22,24 34:12

**stated**
21:25

**states**
14:10 21:16 22:20 26:23
45:8 56:7

**stay**
35:11 44:18 53:5,7 61:17
62:8 66:4,13,18

**staying**
34:5,23 66:10,21,23,25
67:6

**step**
14:22 15:5,13

**stipend**
22:22 23:2,8 24:5 38:25
39:16,19 45:11 55:11,17
56:9,13 61:2 62:22

**stipulated**
22:22 56:10

**stop**
26:9 37:9,12 43:21 50:8

**stories**
59:9,10

**straight**
67:2

**street**
42:12

**Study**
5:6

**stuff**
37:17

**subsequent**
24:17

**substance**
16:17 20:6

**summer**
49:22

**Sunday**
52:7

**super**
42:10

**support**
50:11

**sure**
6:22 16:3 20:22 23:9
24:3,18 33:11 39:6 54:7
56:24 57:3 60:11,13
64:17

**survey**
4:15 7:23,25 8:3,5,11
9:14,16 29:25 30:13,17,
21 31:2,4,5,9,13 32:3
33:6 35:17,21 60:5,8

**swore**
5:10

**sworn**
4:3

_____

T

**take**
6:4,21 10:16 17:24,25
19:12 21:17 37:16 40:8
47:6,12 48:19,24 49:15
51:11 55:5 60:4,8 68:14

**taken**
47:14

**talk**
20:3 64:8

**team**
23:16

**tell**
6:16 9:5 40:19 46:7 53:5
56:20,24 64:4,11,15,17,
22 67:25

**telling**
24:5 57:6,20,24 58:9,21
61:24 64:13

**ten**
54:4,8 65:12,15

**terms**
11:15 13:2,4 21:6,10

**testified**
4:4 20:23 24:16 30:16
33:8 48:16 52:23 53:13
54:21 59:24 61:20 63:11,
21 65:6,24

**testifying**
20:4,10 47:20 67:17 68:7

**testimony**
5:11,15,17 6:24 7:9 10:2
33:21

**thank**
32:17 60:12,18 62:19
63:5,6,9 69:7,8,10,12

**Thanks**
24:21 69:14

**thing**
9:2

Movant's App. 000373

ALINA GUZEMA - 04/07/2018                                    112

**things**
59:13,14

**think**
8:18 24:2,15 32:2 41:13

**third**
51:10

**thought**
41:12 44:2 51:9 55:18
56:17 61:20 67:16

**three**
23:13 37:23 61:8,10

**ticket**
67:13,15

**tickets**
15:16 31:15,20,22

**time**
7:11 12:23 15:20 16:7,
11,14,24 17:13 18:3,7,
10,14 19:5,12 21:18 23:7
24:9 25:4,15 27:7,14
29:9 30:22 31:11,23
36:14 39:22 40:13 42:6
47:2,15 48:7 50:11 51:11
52:9 53:23 55:3,11 56:12
60:3 63:5,10 69:11

**times**
58:24 59:6 61:16,25 62:6

**title**
30:7

**today**
5:7,11,21 6:5,19,24 7:8
8:25 16:23 30:16,17
43:20 58:8 61:20 69:11

**today's**
9:13 10:9 60:16

**told**
13:21 17:16 39:12 40:16
41:5,8,25 43:19 45:7
57:3,10 58:4,16 69:4

**total**
61:9

**track**
10:4 54:15

**tracked**
10:3 54:16

**tracking**
54:13,24

**training**
61:6 63:12,14,16,18,23

**transcript**
5:22

**trial**
5:18

**tried**
24:13 31:14,17

**trucks**
24:12

**true**
35:8 68:21

**truthful**
6:24

**try**
8:14 47:10 51:10

**trying**
16:23 17:5 31:16 55:4
68:2

**Turning**
56:3

**TV**
53:20

**two**
7:13 8:8 11:9 12:22
15:21 17:10 23:13 41:7
49:20 61:13 62:20 66:12,
21,24

**type**
53:21

**typically**
52:7

---

**U**

**Ukraine**
13:24 14:14 15:8 16:14
19:3,7 32:20 33:4 41:25
42:3,4 51:4 68:9

**um**
19:2 21:15 49:19 50:16

**Um-hmm**
12:24 22:16,19 26:22
33:17 56:5

**understand**
5:12,14 6:12,13,14 7:6

8:18 13:4,7 20:22 22:20
25:15 26:23 27:7 41:10
56:8,13 57:19 58:6 68:17

**understanding**
43:24 68:22 69:2

**understood**
11:15 25:18 32:8 46:11

**underwear**
50:16

**unexpected**
62:3

**United**
14:10 21:16 45:8

**unlimited**
48:9

**Unpaid**
4:12 10:21

**use**
16:25 47:11 48:10 65:7,9

---

**V**

**vacation**
48:24 49:5,6,7,11,15

**vacations**
48:19,21

**valid**
58:25

**vary**
25:16 45:4

**vegetarian**
46:10

**verbal**
6:4,6

**visa**
35:13

**visit**
38:9,11,15 49:4

**visited**
39:17

---

**W**

**wage**
21:23

**Wages**
4:12 10:21

**wait**
53:8

**waiting**
67:23

**walk**
26:8 43:21

**walking**
37:8 50:8

**want**
16:2,25 20:22 40:8 42:2
50:12 51:3,12 60:20
62:18

**wanted**
14:9 46:19 47:17 50:23
60:21

**warm**
49:23

**wasn't**
40:25 48:9 57:8,13 64:20

**watch**
53:20

**way**
8:22 16:23 64:8

**website**
57:24

**week**
22:3,7 24:7 27:2 35:25
36:25 38:19 39:14,24
40:7 44:9,25 46:12,14,22
47:21 49:9,14,20 52:18
56:21 58:2,10 65:18,21

**weekends**
36:5 44:14 55:9

**weekly**
22:21 23:8 24:5 36:16
44:12 45:11 56:9,13,18

**weeks**
38:14 49:20 66:2,12,21,
24 67:2

**welcome**
41:19

**went**
13:11 49:3,4,6,8,19 50:3

---

Movant's App. 000374

ALINA GUZEMA - 04/07/2018                    i13

**weren't**
40:10 42:22

**Weymouth**
4:25

**witness**
4:2 8:20 28:22 47:3,8
63:6 69:8,12

**won't**
51:11

**word**
6:14

**work**
21:23 26:3,5,9,16,18
29:10 34:25 36:5 42:13,
18 43:18,20,22 44:16,20
45:12 46:21 50:2,18
53:2,6,9,24 54:2,5 55:3,
6,20 56:25 57:4,17,18
62:10,12 64:11 65:12,18
68:14,18,25 69:3

**work-related**
65:10

**workday**
26:19

**worked**
28:8,14,16 29:3 36:2
52:18,21 53:13 54:13,17
65:15,21

**working**
41:3 44:7

**write**
43:18 60:20,21

**wrong**
64:8

**wrote**
18:3 61:7

――――――――
Y
――――――――

**yeah**
12:19,23 19:13 21:15
25:8 36:4 50:19 65:11

**year**
31:18 35:9,13,15 51:4

**years**
15:2 42:7 50:10

**York**
4:4

Movant's App. 000375



**1**

1
2  IN UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
3  -------------------------x

4  JOHANA PAOLA BELTRAN, et al.,

5      Plaintiffs,
                    Civil Action No.
6      v.          1:14-cv-03074-CMA-KMT

7  INTEREXCHANGE, INC.; et al.

8      Defendants.

9  -------------------------x
                    April 9, 2018
10                  10:20 a.m.
11
12     Deposition of GRACE PROBYN, taken by
13  defendant, pursuant to notice, at the
14  offices of Ogletree Deakins Nash Smoak &
15  Stewart, P.C., 1745 Broadway, New York, NY
16  10019, before Joseph B. Pirozzi, a
17  Registered Professional Reporter and Notary
18  Public of the State of New York.
19
20
21     PAVLIK PROFESSIONAL REPORTING
22         609-242-4003
23
24
25

**2**

1
2  APPEARANCES:
3
4  BOIES SCHILLER & FLEXNER, LLP
5      Attorneys for plaintiffs
6      575 Lexington Avenue
7      7th Floor
8      New York, NY 10022
9  BY:  JUAN P. VALDIVIESO
10     jvaldivieso@bsfllp.com
11
12
13  OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
14     Attorneys for defendant American
15     Institute for Foreign Study
16     1745 Broadway
17     New York, NY 10019
18  BY:  ROBERT M. TUCKER
19     robert.tucker@ogletreedeakins.com
20
21
22
23
24
25

**3**

1
2          STIPULATIONS
3
4      IT IS HEREBY STIPULATED AND AGREED, by
5  and between counsel for the respective
6  parties hereto, that all objections, except
7  as to form, are reserved to the time of
8  trial.
9      IT IS FURTHER STIPULATED AND AGREED
10 that the deposition may be signed and sworn
11 to before any officer authorized to
12 administer an oath.
13     IT IS FURTHER STIPULATED AND AGREED
14 that the sealing and filing of the
15 deposition be waived.
16
17
18
19
20
21
22
23
24
25

**4**

1              Probyn
2      (Consent to Join dated September
3  11, 2017 marked Probyn Exhibit 1 for
4  identification)
5      (Notice of Your Right to Join
6  Lawsuit for Unpaid Wages marked Probyn
7  Exhibit 2 for identification)
8      (Questionnaire Au Pair Grace
9  Probyn marked Probyn Exhibit 3 for
10 identification)
11     (Host Family and Au
12 Pair/Companion Agreement marked Probyn
13 Exhibit 4 for identification)
14 GRACE PROBYN,
15     called as a witness, having been duly
16     sworn, testified as follows:
17 EXAMINATION
18 BY MR. TUCKER:
19     Q.    Hello, Ms. Probyn.  My name is
20 Rob Tucker.  I'm an attorney with Ogletree
21 Deakins Nash Smoak & Stewart and we
22 represent the defendant, American Institute
23 for Foreign Studies doing business as Au
24 Pair in America.
25          Since my client's name is

Movant's App. 000376

5

Probyn

1  lengthy, I'm going to refer to my client as
2  APIA or Au Pair in America.
3       So when I say APIA or Au Pair in
4  America, I'm referring to the defendant,
5  American Institute for Foreign Studies
6  doing business as Au Pair in America, is
7  that clear?
8       A.   Yes.
9       Q.   We are here today so that I can
10  take your deposition.  As you may know, the
11  purpose of this deposition is for me to ask
12  you questions and for you to answer those
13  questions under oath.
14       Do you understand?
15       A.   Yes.
16       Q.   Your answers today can be used in
17  this case as if you were testifying in
18  front of the judge.
19       Do you understand?
20       A.   Yes.
21       Q.   As I ask you these questions, I'm
22  going to ask that you keep a few
23  instructions in mind.
24       First, it is necessary that you
25

6

Probyn

1  respond orally or aloud to my questions.
2  The court reporter here is taking down
3  everything we say and gestures or nods or
4  other nonverbal responses cannot be
5  recorded.
6       If you do not hear a question,
7  say so and I will repeat it.  If you do not
8  understand a question, say so and I will
9  rephrase it.
10       If you do not know or remember
11  the information necessary to answer a
12  question, simply say so.  If you answer a
13  question, I will assume that you have heard
14  it, understood it and have given me your
15  best recollection.
16       Do you understand?
17       A.   Yup.
18       Q.   If you need to take a break,
19  simply tell me you need to take a break and
20  I will accommodate you.  The only thing I
21  ask is that you ask any question that is
22  pending before you take a break.  You may
23  not take a break while a question is
24  pending.  You must first answer any

7

Probyn

1  question.
2       The same for speaking with Mr.
3  Valdivieso.  If you need to speak to your
4  attorney at any time, I simply ask that you
5  wait until you answer any pending question.
6       Is that clear?
7       A.   Yes.
8       Q.   Do you understand the
9  instructions I've just given you?
10       A.   Yes.
11       Q.   Is there any reason sitting here
12  today that you cannot give truthful and
13  complete testimony in this matter?
14       A.   No.
15       Q.   Are you taking any medications
16  that affect your memory?
17       A.   No.
18       Q.   Do you have a good memory?
19       A.   Yes.
20       MR. VALDIVIESO:  Objection to
21  form.
22       Q.   Other than with your attorneys,
23  did you discuss this case with anyone
24  before appearing here today?
25

8

Probyn

1       A.   No.
2       Q.   Did you review any documents
3  before appearing here today?
4       A.   I went through my emails.
5       Q.   Emails during the time you were
6  an au pair?
7       A.   Emails prior to becoming an au
8  pair.
9       Q.   Okay.  What emails?
10       A.   They were from, between me and
11  my, like the au pair agency when they
12  accepted my application and before I went
13  to go meet with my counselor here in New
14  York.
15       Q.   And what au pair agency are you
16  referring to?
17       A.   Au Pair in America.
18       Q.   What were the emails about?
19       A.   If I wanted to come for a meeting
20  to learn more about Au Pair in America and
21  from my counselor in Chicago saying,
22  welcome to being an au pair, here's to a
23  new addresses.
24       Q.   And the email you received from

Movant's App. 000377

9

Probyn

1
2 your counselor, was that after you applied
3 for the program?
4     A.    Yes, it would have been.
5     Q.    How did you learn of this
6 lawsuit?
7     A.    I was emailed.
8     Q.    By whom?
9     A.    I think it was Jesse Boetain.
10     Q.    When did you receive the email?
11     A.    Probably within the last six
12 months.
13     Q.    Ms. Probyn, the court reporter
14 has just handed you a document that's been
15 marked Probyn Exhibit 1.  I'm going to ask
16 that you review the document and let me
17 know after you have done so.
18          (Pause)
19     Q.    Are you finished?
20     A.    Yes.
21     Q.    Have you seen this document
22 before?
23     A.    Yes.
24     Q.    What is it?
25     A.    It's a consent to join in this

10

Probyn

1
2 case.
3     Q.    Did you complete the information
4 on the second half of the form?
5     A.    I did.
6     Q.    Is that your signature?
7     A.    Yup.
8     Q.    Was the information on this form
9 accurate at the time you completed it?
10     A.    Yes.
11     Q.    Is the information still
12 accurate?
13     A.    My address for the next few
14 months is based here in New York, but other
15 than that.
16     Q.    So other than your address?
17     A.    Yes.
18     Q.    Ms. Probyn, the court reporter
19 has just handed you a document that's been
20 marked Probyn Exhibit 2.  I'm going to ask
21 that you review this document and let me
22 know after you've done so.
23          (Pause)
24     A.    Okay.
25     Q.    Have you seen this document

11

Probyn

1
2 before?
3     A.    Yes.
4     Q.    What is it?
5     A.    It's my notice of rights.
6     Q.    Did you review this document
7 before you completed the information in the
8 consent to join form in Exhibit 1?
9     A.    Yes.
10     Q.    Did you understand this document
11 after you reviewed it?
12          MR. VALDIVIESO:  Objection to
13     form.
14     A.    Yes.
15     Q.    After you completed the consent
16 to join form that is marked Exhibit 1, did
17 you review any documents regarding your
18 experience as an au pair?
19     A.    In what way?  Like in what
20 documents?  Just any documents?
21     Q.    Yes, any documents regarding your
22 experience as an au pair.
23     A.    I did.  I went back onto the
24 website of Au Pair in America and also read
25 through my emails then.

12

Probyn

1
2     Q.    And the emails are the same
3 emails we talked about earlier?
4     A.    Yes.
5     Q.    Okay.  And you said you visited
6 the Au Pair in America website?
7     A.    Yes.
8     Q.    For what purpose?
9     A.    Just to review kind of general
10 information on the course itself, as a
11 refresher.
12     Q.    Do you remember the particular
13 information you reviewed?
14     A.    Particular information was
15 probably around how much we were paid to
16 get specific numbers and I also reviewed
17 like my visa to see what dates exactly I
18 went out there.
19     Q.    And the visa is separate from the
20 website?
21     A.    Yes.
22     Q.    Did you use -- strike that.
23          Did you rely on your visa to
24 assist you in answering or filling out the
25 portion about the dates in the au pair

13

Probyn

1  program?
2  A.    Yes.
3       MR. TUCKER:  Off the record.
4       (Discussion off the record)
5  Q.    So following through about that
6  question about the dates in the au pair
7  program, when did you participate in the
8  APIA au pair program?
9  A.    October 2012 to, it was either
10 August or September 2014.
11 Q.    What were the particular dates?
12 And you can rely on this document if that
13 would be helpful.
14 A.    The 10th of August, 2012 --
15 sorry, I don't know if that's the right way
16 around or if it is the other way.  It would
17 have been whenever Halloween is, so
18 October.  So it would been the 8th of
19 October.
20 Q.    So you began the program October
21 8, 2012?
22 A.    2012, yes.
23 Q.    And then when did you conclude
24 participation in the program?

14

Probyn

1  A.    2nd of September, 2014.
2  Q.    How many host families did you
3  have?
4  A.    Just one.
5  Q.    What was your host family's name?
6  A.    ████████
7  Q.    Can you spell that?
8  A.    ████████
9  Q.    When did you arrive at your host
10 family's home?
11 A.    After spending a few days in New
12 York first, so it would have been, say, I
13 don't recall exact dates, but it would have
14 been between four or five days after this
15 date.
16 Q.    So after the October 8, 2012
17 date?
18 A.    Yes.
19 Q.    And when did your -- when did you
20 stop residing with the ████ -- is it
21 ████████
22 A.    ████████ yes.
23 Q.    ████████ family?
24 A.    It would have been a month before

15

Probyn

1  the end of travel.
2  Q.    So is that approximately August
3  2, 2014, approximately?
4  A.    Approximately, yes.
5  Q.    Why did -- strike that.
6       Why did your placement with the
7  ████ family conclude?
8  A.    End of visa.
9  Q.    How did you and the ████ family
10 match with each other?
11 A.    Through the Au Pair in America
12 website.
13 Q.    Can you explain that process?
14 A.    From what I remember, I had to
15 create a profile, they had to make a
16 profile, and I don't remember whether they
17 reached out to me or I reached out to them,
18 but then the communication came through
19 emails both my email account and Au
20 Pair in America account.
21 Q.    What do you mean Au Pair in
22 America account?
23 A.    So we have, you have login
24 details through the au pair website and

16

Probyn

1  then you can communicate with the family
2  but also with the Au Pair in America
3  agency, for like logistics of filling out
4  your application form and everything else.
5  Q.    Got it.
6       Did you have any interviews with
7  the ████ family?
8  A.    Yes, via skype.
9  Q.    How many?
10 A.    Around three.
11 Q.    And you said they were via skype?
12 A.    Yes, via skype.
13 Q.    Did any APIA representative
14 participate in those interviews?
15 A.    Not in those interviews.
16 Q.    Did you have interviews with
17 other host families?
18 A.    Yes.
19 Q.    Did APIA representatives
20 participate in those interviews?
21 A.    No.
22 Q.    Who decided that you and the
23 Probyn family would match?
24 A.    ████ family, I'm Probyn.

17

Probyn

1  Q.  My apologies.
2
3      How did you and the ████ family
4  decide that you would match?
5  A.  Between me and the ████ family.
6  I liked them and they liked me, so through
7  emails, I guess.
8  Q.  So would it be accurate to say
9  that both you and the ████ family decided
10 to match?
11 A.  Yes.
12 Q.  Did any APIA representative tell
13 you you had to match with the ████
14 family?
15 A.  No.
16 Q.  Before you were placed with the
17 ████ family, did you participate in an
18 orientation?
19 A.  Yes.
20 Q.  Can you describe the orientation?
21 A.  It was between four and five days
22 here in New York where we had to do like
23 full days of training on, kind of
24 healthcare and general like duties, what
25 would be expected of us with working with a

18

Probyn

1  family and medical insurance and all that.
2  Q.  Where in New York?
3
4  A.  I couldn't tell you.  I don't
5  remember.
6  Q.  Was it outside of New York City?
7  A.  It was, yes.
8  Q.  And you said four to five days,
9  is that what you said?
10 A.  Yes.
11 Q.  What did you mean by healthcare,
12 you said healthcare a minute ago?
13 A.  So we had medical insurance, so
14 we had to finalize our medical insurance.
15 And they ran through general health, like
16 what to do, like first aid.
17 Q.  Was the ████ family at the
18 orientation?
19 A.  No.
20 Q.  Was there child care training?
21 A.  I don't remember.  I mean, there
22 was first aid training, if that counts as
23 the same thing.
24 MR. TUCKER:  Off the record.
25 (Discussion off the record)

19

Probyn

1
2  (Recess)
3  (Questionnaire Au Pair Grace
4  Probyn (4/8/2018) marked Probyn
5  Exhibit 5 for identification)
6  EXAMINATION CONTINUED
7  BY MR. TUCKER:
8  Q.  Ms. Probyn, the court reporter
9  just handed you a document that's marked
10 Probyn Exhibit 3.  I'm going to ask that
11 you review that document and let me know
12 after you've finished.
13 (Pause)
14 A.  Okay.
15 Q.  Have you seen this document
16 before?
17 A.  Yes.
18 Q.  What is it?
19 A.  It's my au pair questionnaire.
20 MR. VALDIVIESO:  This is
21 Exhibit 5 now?
22 MR. TUCKER:  Exhibit 5.
23 Q.  You have been handed what has
24 been marked as Probyn Exhibit 5.  I would
25 ask you to please review the document and

20

Probyn

1  let me know when you have done so.
2  A.  Yes.
3
4  Q.  Okay.  Have you seen this
5  document before?
6  A.  Yes.
7  Q.  And what is it?
8  A.  It's the same au pair
9  questionnaire filled out more recently.
10 Q.  So you completed the answers to
11 the questionnaire that's marked Probyn
12 Exhibit 3, is that correct?
13 A.  Yes.
14 Q.  And you completed the answers to
15 the questionnaire that is Probyn Exhibit 5,
16 is that correct?
17 A.  Yes.
18 Q.  Why did you complete two sets of
19 questionnaires?
20 A.  I was emailed prior to coming
21 here today saying --
22 MR. VALDIVIESO:  I'm going to
23 object and instruct the witness not to
24 reveal any attorney-client
25 communications to the extent you

21

Probyn

1                Probyn
2   received an email from my law firm.
3   Please do not disclose any of the
4   information. If you can answer that
5   question without revealing any
6   attorney-client communications, you
7   may.
8       And if you want to rephrase your
9   question.
10      MR. TUCKER: Can you read it
11   back, Joe, please.
12      (Question read)
13      Q. Well, let me just, let's just,
14   what Mr. Valdivieso said is correct.
15      Are you able to answer my
16   question without disclosing any
17   communications with Mr. Valdivieso or any
18   other attorney?
19      A. Not very specific, no.
20      Q. Ms. Probyn, the court reporter
21   has handed you a document that's marked
22   exhibit, Probyn Exhibit 4. Could you
23   please review the document and let me know
24   when you've finished?
25      (Pause)

22

Probyn

1                Probyn
2      A. Yes.
3      Q. Have you seen this document
4   before?
5      A. I don't recall, but, yeah. I
6   would say yes, because I imagine I would
7   have had to sign this when I signed up, but
8   I don't recall specifics.
9      Q. What is it?
10      A. It's an au pair companion
11   agreement.
12      Q. Did you sign an au pair companion
13   agreement before you were placed with the
14   ██████ family?
15      A. I would imagine so, yeah.
16      Q. Are you saying you don't know for
17   certain?
18      A. I don't know for certain.
19      Q. Could you just take a look at the
20   document. Do you see how there's these
21   boxes on the side of the document, these
22   little boxes?
23      A. Yup.
24      Q. And next to it for the first
25   several it says "I/we understand"?

23

Probyn

1                Probyn
2      A. Yes.
3      Q. Could you please review those
4   first eight boxes, just let me know when
5   you're finished.
6      MR. VALDIVIESO: Objection.
7      (Pause)
8      A. Yes.
9      Q. Could you summarize that portion
10   of this document?
11      MR. VALDIVIESO: Objection to
12   form.
13      A. The -- it's referring to the
14   amount of hours --
15      MR. VALDIVIESO: I'm going to
16   object. Well, you may answer the
17   question.
18      A. Okay. Review the amount of child
19   care services, the amount of hours I was
20   supposed to provide, how many hours I was
21   supposed -- it's about the service we
22   provided to the host family and how much
23   was expected of us.
24      Q. Is there anything in that portion
25   that we just reviewed that's inconsistent

24

Probyn

1                Probyn
2   with what your understanding was of the au
3   pair program at the time you were placed
4   with the Senese family?
5      MR. VALDIVIESO: Objection to
6   form.
7      A. No.
8      Q. I know you testified that you're
9   not sure if you signed a document like
10   Exhibit 4, is that correct?
11      A. Correct.
12      Q. Okay. Do you have a specific
13   recollection of signing any agreements
14   before you joined the ██████ family?
15      A. I do. I would imagine I have all
16   of these copies back in London, but I don't
17   know where they are.
18      Q. You said copies, plural, like
19   were there multiple agreements?
20      A. I don't recall.
21      Q. How many individuals resided in
22   the ████████ family home during your
23   placement?
24      A. Four, four family members.
25      Q. I'm using the word placement, do

25

```
          Probyn
1
2    you understand what I mean by that?
3        A.    Not really.
4        Q.    When I say placement, I'm talking
5    about the time during your participation in
6    the program, the time that you arrived at
7    their home initially through the time that
8    you left their home.
9        A.    Okay.
10       Q.    So if I say placement, that's the
11   period of time I'm referring to.
12       A.    Gotcha, okay.
13       Q.    Good, thank you.
14             I'm sorry, was it four?
15       A.    Four, yeah.
16       Q.    That doesn't --
17       A.    Doesn't include me.
18       Q.    Does not include you?
19       A.    No.
20       Q.    Ms. Probyn, I'm about to ask you
21   some questions about the ███ family.  In
22   order to protect the confidentiality of the
23   family's children, I ask that you refer to
24   the children by gender and approximate age
25   at the beginning of your placement.
```

26

```
          Probyn
1
2             So, for example, if one of the
3    children was John Smith, approximately
4    seven years old, I would ask that you refer
5    to John Smith as the seven-year-old boy
6    instead of by his name.
7             Is that clear?
8        A.    Yes.
9        Q.    Are you comfortable with that?
10       A.    Yes, I am.
11       Q.    All right.  Thank you.
12             Okay, so we have four individuals
13   in the ███ family home.  I take it there
14   was a host mother?
15       A.    Yes.
16       Q.    And a host father?
17       A.    Yup.
18       Q.    And then there were two children,
19   is that correct?
20       A.    Yes.
21       Q.    Can you identify the children in
22   the manner in which we just discussed?
23       A.    A girl, age 5, and a girl, age 8.
24       Q.    And just so the record is clear,
25   so the girl was, one girl was approximately
```

27

```
          Probyn
1
2    five at the beginning of your placement?
3        A.    Yes.
4        Q.    And one girl was approximately
5    eight at the beginning of your placement?
6        A.    Yes.
7        Q.    Did the Probyn parents have
8    full-time employment --
9        A.    ███
10       Q.    Thank you, I'm sorry.
11             Did the ███ parents have
12   full-time employment during your placement?
13             MR. VALDIVIESO:  Objection to
14       form.
15       A.    The father did.
16       Q.    Did the father ever work from
17   home during your placement?
18       A.    Not often.  Maybe like a few
19   hours.
20       Q.    A few hours?
21       A.    Like literally a few hours
22   throughout the entire two years I was
23   there.
24       Q.    Was the host mother employed
25   during your placement?
```

28

```
          Probyn
1
2        A.    No.
3        Q.    Did the ███ family children
4    attend school during your placement?
5        A.    Yes.
6        Q.    Both?
7        A.    Yes, but the youngest one only
8    did a half day like my first, I think, year
9    I was there before she went to full-time
10   school.
11       Q.    Let's actually go over that
12   schedule.
13             So the five-year-old girl, what
14   was her schedule the first year of your
15   placement?
16       A.    She went to school for the
17   morning.  So anything between kind of 8 to
18   lunchtime which was around 12:30.
19       Q.    Was that Monday through Friday?
20       A.    Yes.
21       Q.    And then what happened then the
22   second year?
23       A.    She was then in full-time
24   education along with the eldest, so between
25   8 and say 3, 3:30.  But they did come home
```

29

Probyn

1  for lunch.
2  Q.   Okay.  And then the, so the
3  eight-year-old girl, did her school
4  schedule change in the two years in which
5  you were in --
6  A.   No.
7  Q.   Just wait until I'm finished.  I
8  know you probably know where I'm going, but
9  it's good to let me finish and then if Mr.
10  Valdivieso needs to interpose an objection,
11  he can do that.
12  A.   Okay.
13  Q.   What was her schedule?
14  A.   She was in full-time education,
15  so between 8 and 3, 3:30.
16  Q.   Again, that was Monday through
17  Friday as well?
18  A.   Yes.
19  Q.   And you said that the
20  five-year-old girl came home for lunch
21  during the second year of your placement,
22  correct?
23  A.   The eldest daughter did too.
24  Q.   I was just talking about the
25

30

Probyn

1  five-year-old.
2  A.   Yes.
3  Q.   And the, so the eight-year-old
4  girl also came home for lunch during the
5  school day?
6  A.   Yes.
7  Q.   What time were they home for
8  lunch?
9  A.   It was roughly around between
10  11:30 to 12:30.
11  Q.   And that was for both children?
12  A.   That was for both children.
13  Q.   Did the children attend school
14  during the summer months?
15  A.   Summer months referring to?
16  Q.   Well, let me ask the question a
17  little differently.
18  Were the children in school
19  year-round?
20  A.   Yeah, I mean, they had summer
21  vacation.  So I can't recall when that was,
22  but it was sometime around mid-July to
23  September.
24  Q.   And that's for both children?
25

31

Probyn

1  A.   That's for both children.
2  Q.   Did the children attend camp
3  during their summer vacation?
4  A.   They did.  It was in Wisconsin, I
5  would say that.
6  Q.   How long was the camp?
7  A.   A week.
8  Q.   Did the children have after-
9  school activities?
10  A.   Yes.
11  Q.   Both children?
12  A.   Yes.
13  Q.   Did you attend those after-school
14  activities?
15  A.   Yes.
16  Q.   All of them?
17  A.   Most of them.
18  Q.   At what times were they at after-
19  school activities?
20  A.   Roughly when the eldest girl
21  finished school until about 5:30, 6-ish.
22  Q.   Is that true for just the
23  eight-year-old girl?
24  A.   That's true for the eight-year-
25

32

Probyn

1  old and the five-year-old.
2  Q.   Even in the first year of the
3  placement?
4  A.   Yes.
5  Q.   You said, if I heard correctly,
6  that for most of the activities you were
7  there?
8  A.   Yes.
9  Q.   But there were some activities
10  where you weren't there?
11  A.   Yes.
12  Q.   What were those activities?
13  A.   RE, like a Christian school they
14  went to, I didn't attend, and occasional
15  softball practices that they had.
16  Q.   The Christian school, what was
17  the schedule for that?
18  A.   It was a Saturday morning.  Or
19  Sunday morning.  It must have been Sunday
20  morning.
21  Q.   Other than yourself and the host
22  parents, did anyone else take care of the
23  ████████ family children during your
24  placement?
25

Movant's App. 000383

| | 33 |
|---|---|
| | Probyn |
| 1 | |
| 2 | A.    No. |
| 3 | Q.    Did the children have a |
| 4 | babysitter? |
| 5 | A.    No. |
| 6 | Q.    And none of the children were in |
| 7 | daycare, correct? |
| 8 | A.    Correct. |
| 9 | MR. VALDIVIESO:  Off the record |
| 10 | for a second. |
| 11 | (Recess) |
| 12 | MR. TUCKER:  Joe, could you read |
| 13 | back the last question and answer, |
| 14 | please. |
| 15 | (Record read) |
| 16 | Q.    You testified earlier, Ms. |
| 17 | Probyn, about a counselor. |
| 18 | Were you referring to a community |
| 19 | counselor? |
| 20 | A.    Yes. |
| 21 | Q.    Did you have more than one |
| 22 | community counselor during your placement? |
| 23 | A.    Yes. |
| 24 | Q.    Who were your community |
| 25 | counselors? |

| | 35 |
|---|---|
| | Probyn |
| 1 | with the community counselors during your |
| 2 | placement? |
| 3 | A.    Emails asking if I wanted to come |
| 4 | to specific events. |
| 5 | And when a new au pair came to |
| 6 | our cluster or our area, they would drop us |
| 7 | an email saying welcome. |
| 8 | Q.    Do you know what a cluster |
| 9 | meeting is? |
| 10 | A.    Yes. |
| 11 | Q.    What is it? |
| 12 | A.    It's like a meeting of all the au |
| 13 | pairs in the local area. |
| 14 | Q.    Did you ever attend cluster |
| 15 | meetings? |
| 16 | A.    Yes. |
| 17 | Q.    How often? |
| 18 | A.    I would say around once a month. |
| 19 | Q.    How often were they held? |
| 20 | A.    That was probably as frequently, |
| 21 | if not, maybe twice a month during kind of |
| 22 | summer months. |
| 23 | Q.    And would the community |
| 24 | counselors be at the cluster meetings? |
| 25 | |

| | 34 |
|---|---|
| | Probyn |
| 1 | |
| 2 | A.    I remember the second one was |
| 3 | called Pamela, but I don't remember the |
| 4 | name of the first one.  And I couldn't tell |
| 5 | you her last name. |
| 6 | Q.    You could not? |
| 7 | A.    Yeah, I could not. |
| 8 | Q.    Aside from your two community |
| 9 | counselors, did you have contact with any |
| 10 | APIA representative during your placement? |
| 11 | A.    No. |
| 12 | Q.    Were you in contact with your |
| 13 | community counselors during your placement? |
| 14 | A.    Yes. |
| 15 | Q.    How often? |
| 16 | A.    They would send a newsletter |
| 17 | around, I think, either once a month or |
| 18 | twice a month and I had face-to-face |
| 19 | contact with them at events that they got |
| 20 | on. |
| 21 | Q.    You said they issued newsletters, |
| 22 | is that what you said? |
| 23 | A.    Uh-huh. |
| 24 | Q.    And aside from the newsletters, |
| 25 | did you have any written communications |

| | 36 |
|---|---|
| | Probyn |
| 1 | |
| 2 | A.    Yes. |
| 3 | Q.    And is that the face to face, is |
| 4 | that where you had your face-to-face |
| 5 | contact with them? |
| 6 | A.    Yes. |
| 7 | Q.    Did you have face-to-face contact |
| 8 | with your community counselors outside of |
| 9 | the cluster meetings? |
| 10 | A.    I don't remember.  I don't |
| 11 | remember.  Pretty sure I grabbed a coffee |
| 12 | once with my community counselor, but I |
| 13 | can't say the frequency or just a one off. |
| 14 | Q.    Did you receive a weekly stipend |
| 15 | during your placement? |
| 16 | A.    Yes. |
| 17 | Q.    Did you receive a stipend every |
| 18 | week? |
| 19 | A.    Yes. |
| 20 | Q.    Who paid you your stipend? |
| 21 | A.    My host mom. |
| 22 | Q.    Did anyone other than your host |
| 23 | mom ever pay your stipend? |
| 24 | A.    No. |
| 25 | Q.    So no one at APIA ever did? |

---

37

Probyn

1
2     A.    No.
3     Q.    How was your stipend paid?
4     A.    In check.
5     Q.    Ever in cash?
6     A.    No.
7     Q.    Did the amount of your stipend
8  change?
9     A.    No.  Unless, I think one occasion
10  it did and it was because I worked over my
11  normal amount of hours that week.
12     Q.    So what was your stipend amount
13  in that particular week?
14     A.    I couldn't tell you.
15     Q.    What was your normal stipend
16  amount?
17     A.    195.75.
18     Q.    So the week in which you received
19  more than 195.75, was the stipend more than
20  $200?
21     A.    It would have been, yeah.
22           MR. VALDIVIESO:  I hate to do
23     this, but I think in the transcript
24     that number is going to come out
25     without any decimal point.

---

38

Probyn

1
2           MR. TUCKER:  Read back the
3     question and answer.
4           (Record read)
5     Q.    Was the stipend for that week
6  more than $215?
7     A.    I don't recall.
8     Q.    Could the host family have paid
9  you a greater stipend amount if they had
10  wanted to?
11           MR. VALDIVIESO:  Objection to
12     form.
13     A.    I don't know.
14     Q.    So wait, your testimony was that
15  it was 195.75 every week except for one,
16  right?
17     A.    Except for one, yes.
18     Q.    And in that one week they did pay
19  you more than 195.75?
20     A.    Correct.
21     Q.    So isn't the answer yes, that
22  they could have paid you more than 195.75?
23           MR. VALDIVIESO:  Objection to
24     form.
25     A.    I mean, they chose to pay me more

---

39

Probyn

1
2  that week because I worked more hours, but
3  it was recommended, or not recommended,
4  that's probably the wrong phrase, but I was
5  under the assumption that it was 195.75 per
6  week.
7     Q.    Did you ever ask your host family
8  to increase the stipend?
9     A.    No.
10     Q.    Did anyone tell you you were
11  prohibited from receiving a stipend greater
12  than 195.75?
13     A.    No.
14     Q.    Aside from your stipend, did you
15  receive any other monetary payments from
16  your host family during your placement?
17     A.    No.
18     Q.    Did you ever receive a bonus?
19     A.    No.
20     Q.    Did you receive gifts from your
21  host family?
22     A.    Yes.
23     Q.    What gifts?
24     A.    Birthday gift and a leaving gift.
25     Q.    What birthday gift?

---

40

Probyn

1
2     A.    It was a T-shirt, I think, that
3  said Chicago on it.
4     Q.    And your leaving gift, what was
5  that?
6     A.    It was a necklace that the girls
7  also had the same necklace.
8     Q.    Did you ever drive the ███████
9  family's car?
10     A.    Yes.
11     Q.    Were you able to drive the car
12  for personal purposes?
13     A.    Yes.
14     Q.    When you drove the car for
15  personal purposes, did you pay for the
16  gasoline?
17     A.    Yes.
18     Q.    Did they ever pay for the
19  gasoline when you drove the car for
20  personal purposes?
21     A.    No.
22     Q.    Did the ██████ family provide you
23  with a cell phone?
24     A.    Yes.
25     Q.    Were you able to use the cell

41

Probyn

1 phone for personal purposes?
2    A.    Yes.
3    Q.    Did you use the cell phone for
4 personal purposes?
5    A.    Yes.
6    Q.    Who paid for the cell phone plan?
7    A.    The ████ family.
8    Q.    Did you use the host family's
9 Internet?
10    A.    Yes.
11    Q.    Did you pay for it?
12    A.    No.
13    Q.    Did the ████ family pay for any
14 personal travel expenses?
15    A.    Not that I know of.
16    Q.    Did the ████ family pay for any
17 personal entertainment expenses?
18    A.    No.
19    Q.    Aside from that one instance when
20 you received a higher stipend, did the
21 ████ family ever pay you extra money for
22 extra work?
23    A.    No.
24        MR. VALDIVIESO:  Read the

42

Probyn

1 question back, please.
2        (Question read)
3        MR. VALDIVIESO:  I'm going to
4 object.  I'll leave my objection on.
5    Q.    What were your duties as an au
6 pair?
7    A.    To look after the kids after
8 school, to do their laundry, to clean, to
9 take them to activities.
10    Q.    Anything else?
11    A.    Not that I can think of after
12 that.
13    Q.    Did your duties vary over the
14 course of your placement?
15    A.    Yes.
16    Q.    How so?
17    A.    I had more chance to kind of play
18 with the girls when the youngest one was
19 home in the afternoon.  When she went to
20 full-time school it was more about taking
21 them to activities that happened after that
22 time.
23    Q.    Who told you what your duties
24 were?

43

Probyn

1    A.    My host mom.
2    Q.    Did any APIA representative ever
3 tell you what your duties were?
4    A.    They did during orientation what
5 would be expected of us to be asked to do.
6    Q.    But did they give you specific
7 duties?
8        MR. VALDIVIESO:  Objection to
9 form.
10    A.    They definitely gave a more
11 specific region, so you could be expected
12 to do the laundry for the kids but you
13 can't be expected to do the family's
14 laundry.  But it was also suggested by them
15 that we could be expected to do laundry.
16 That was then dependent on the family you
17 were with whether you needed to do that or
18 not.
19    Q.    Is it accurate to say that they
20 gave you guidelines for what duties would
21 be appropriate?
22        MR. VALDIVIESO:  Objection to
23 form.  Do you mean APIA?

44

Probyn

1    Q.    Yes.
2        MR. VALDIVIESO:  Objection.
3    A.    Yes.
4    Q.    Did any APIA representative ever
5 observe you performing your duties?
6    A.    No.
7    Q.    Did you have a work schedule
8 during your placement?
9    A.    Yes.
10    Q.    What was it?
11    A.    I don't remember specifics.  It
12 varied per week.
13    Q.    You said it varied by week?
14    A.    Yes.
15    Q.    How was the schedule determined?
16    A.    How or who?  It was written down
17 on a piece of paper for me.
18    Q.    Who determined it?
19    A.    The host mom.
20    Q.    Why did your schedule change?
21    A.    Depending on whether the girls
22 had their activities or not after school.
23    Q.    Did your host family track the
24 actual number of hours you worked?

Movant's App. 000386

45

```
1              Probyn
2        MR. VALDIVIESO:  Objection to
3    form.
4        A.    I mean, not in any specific way,
5    but I guess within, if my schedule said
6    from 9 until 3, at 3 o'clock I could say to
7    my host mom, I'm no longer working.
8        Q.    Did she respect that?
9        A.    Sometimes.
10       Q.    So there were times when she did
11   not respect that?
12       A.    Yes.
13       Q.    How often did that happen?
14       A.    It could be, say, twice a month
15   each month, roughly.
16       Q.    So I know you said your schedule
17   varied, but did you and your host family
18   have an understanding about how many hours
19   you would work each week?
20       A.    Yes.  There was like a general
21   number.
22       Q.    What was that number?
23       A.    Between 35 and 40.
24       Q.    Did you ever track the actual
25   number of hours you worked?
```

46

```
1              Probyn
2        A.    No.
3        Q.    Did anyone from APIA track the
4    number of hours you worked?
5        A.    No.
6        Q.    Were there specific days of the
7    week in which you were always scheduled to
8    work?
9        A.    Monday to Friday.
10       Q.    Did you ever work on weekends?
11       A.    Yes.
12       Q.    How often?
13       A.    I would say most weekends, yeah.
14       Q.    Both days?
15       A.    Not always.
16       MR. TUCKER:  Now is an okay time
17   for a quick break, if...
18       THE WITNESS:  I'll get water.
19       (Recess)
20       MR. TUCKER:  Joe, could you read
21   back the last few questions and
22   answers.
23       (Record read)
24   EXAMINATION CONTINUED
25   BY MR. TUCKER:
```

47

```
1              Probyn
2        Q.    Ms. Probyn, you testified earlier
3    that you and the host family had an
4    approximate number of hours in mind that
5    you would work each week and it was between
6    35 and 40, is that correct?
7        A.    Correct.
8        Q.    Did you ever work beyond 40
9    hours?
10       A.    Yes.
11       Q.    How often?
12       A.    Occasionally.
13       Q.    More than 5 times?
14       A.    Yes.
15       Q.    More than 10 times?
16       A.    Yes.
17       Q.    More than 20 times?
18       A.    Yup.
19       Q.    More than 30 times?
20       A.    No.  I mean maybe.  I would say
21   around that.
22       Q.    How did you know how many hours
23   you were working?
24       A.    Roughly by how much time I had
25   off in comparison.  Like when I could make
```

48

```
1              Probyn
2    plans to do other things.
3        Q.    You said that the host mom wasn't
4    employed during your placement, right?
5        A.    Correct.
6        Q.    Were there ever times when you
7    were scheduled to work when she took care
8    of the children?
9        MR. VALDIVIESO:  Objection to
10   form.
11       A.    I would say no, probably not.
12   She could have been around but she wouldn't
13   have been necessarily looking after the
14   girls.  She might be like, for instance,
15   cooking, but I was playing with the girls.
16   So I don't know if that counts as care or
17   not.
18       Q.    Did the ████ family provide you
19   with a private bedroom throughout your
20   placement?
21       A.    Yes.
22       Q.    Were you ever forced to share the
23   bedroom?
24       A.    Yes.
25       Q.    With whom?
```

Movant's App. 000387

49

Probyn

1    A.    My two host children.
2    Q.    How often?
3    A.    Every weekend we went up to
4    Wisconsin.  So that was probably one
5    weekend a month.
6    Q.    You said one weekend a month?
7    A.    So we used to go up to Wisconsin
8    once a month.  So whenever we went up to
9    Wisconsin, I was always sharing a room with
10   the kids.
11   Q.    Was this a family's home?
12   A.    Yes.  We had a condo up there.
13   Q.    And your host family was located
14   in Chicago, right?
15   A.    Correct.
16   Q.    So did you ever have to share the
17   bedroom that you were provided for the
18   family's home in Chicago?
19   A.    No.  Unless we did like a sleep
20   over.
21   Q.    What do you mean --
22   A.    So it was decided between me and
23   the kids that we were going to have a sleep
24   over together.

50

Probyn

1    Q.    Did your host family provide you
2    with three meals each day throughout your
3    placement?
4    A.    No.
5    Q.    Did your host family provide you
6    with food throughout your placement?
7    A.    During my shift, yes.  So if I
8    was working over a meal time during my
9    shift, then, yes.
10   Q.    What about outside of your
11   shifts?
12   A.    I could either get food from the
13   house or I would go out to eat.
14   Q.    Ms. Probyn, I'm going to ask you
15   to look at the document that was marked
16   Probyn Exhibit 3 and also Probyn Exhibit 5.
17   I'm going to ask some questions about these
18   documents.
19          We may have had this on the
20   record earlier but just to make sure.  You
21   completed the answers to the questionnaire
22   that's marked Probyn Exhibit 3?
23   A.    Correct.
24   Q.    And you completed the answer

51

Probyn

1    to -- answers to the questionnaire that's
2    marked Probyn Exhibit 5?
3    A.    Correct.
4    Q.    Were there any questions on these
5    documents that you did not understand?
6    A.    Nope.
7    Q.    Did you rely on any documents to
8    assist you in answering these questions?
9    A.    Exhibit 5, yes.
10   Q.    What documents did you rely on?
11   A.    My visa and I did check through
12   both my emails and the Au Pair in America
13   website.
14   Q.    So the same documents we talked
15   about earlier?
16   A.    Yes.
17   Q.    Nothing else?
18   A.    No, no.
19   Q.    Did anyone assist you with
20   answering the questions in these
21   questionnaires?
22   A.    No.
23   Q.    Are the answers you provided
24   accurate?

52

Probyn

1    MR. VALDIVIESO:  Objection to
2    form.
3    A.    Yes.
4    Q.    Can you look at Probyn Exhibit 3,
5    please?
6    A.    Yes.
7    Q.    And question 30 in particular?
8    A.    Yes.
9    Q.    Can you just read the question
10   for 30 and your response into the record,
11   please?
12   A.    "What was the weekly stipend that
13   you were paid by the host family in US
14   Dollars?"
15          And I wrote $100.
16   Q.    Is that accurate?
17   A.    No.
18   Q.    So it should be --
19   A.    195.75.
20   Q.    You see your response to question
21   37 where it says "payment/benefit one, type
22   of payment, phone bill, estimated amount of
23   payment $30" and it looks like the time
24   frame was per month.

Movant's App. 000388

Case No. 1:14-cv-03074-CMA-KMT Document 1071-1 filed 09/09/18 USDC Colorado pg 141 of 399

53

Probyn

1
2    A.    Yup.
3    Q.    Is that the cell phone plan we
4 talked about earlier?
5    A.    Yes.
6    Q.    Ms. Probyn, can you look at the
7 document marked Probyn Exhibit 5?
8    A.    Yup.
9    Q.    Can you look at your response to
10 question 32?
11    A.    Yup.
12    Q.    Could you just read the question
13 and your response into the record, please?
14    A.    "Did the amount of the weekly
15 stipend that you receive ever vary?"
16        And I said no.
17    Q.    Didn't you testify earlier that
18 you received a different stipend in one
19 week?
20    A.    Correct.
21    Q.    So isn't it true that it did
22 vary?
23    A.    On one occasion, yes.
24        MR. TUCKER:  Can we just go off
25    the record.  I think I'm done.

54

Probyn

1
2        (Recess)
3 EXAMINATION CONTINUED
4 BY MR. TUCKER:
5    Q.    Just a couple more questions.
6        Did you take any classes when you
7 were an au pair?
8    A.    I did.
9    Q.    What classes did you take?
10    A.    A photography course and Latin
11 American history course.
12    Q.    What was the schedule for those
13 classes?
14    A.    It was three hours a week, I
15 think, for a period of, a term length.  For
16 the photography.  The American history was
17 just one day, like one full day.
18    Q.    Once?
19    A.    Just once.
20    Q.    Okay.  So the photography course,
21 you said three times a week --
22    A.    I'm sorry, three hours.  One
23 session which was three hours for a term.
24    Q.    Is the term several months?
25    A.    Yeah, I think it was two or three

55

Probyn

1
2 months for a term.
3        MR. TUCKER:  I don't have any
4    other questions.
5 EXAMINATION
6 BY MR. VALDIVIESO:
7    Q.    I have just a few.
8        Ms. Probyn, do you recall Mr.
9 Tucker asked you some questions about a
10 cell phone that you used during your
11 placement?
12    A.    Yes.
13    Q.    And you recall -- do you recall
14 if Mr. Tucker asked you about whether you
15 were allowed to use the cell phone for
16 personal use?
17    A.    Uh-huh.
18    Q.    Did you use your cell phone for
19 anything other than personal use?
20    A.    For work use.
21    Q.    How would you use it for work
22 use?
23    A.    So my host family could get ahold
24 of me and tell me where I needed to pick
25    the girls up from or what I needed to do.

56

Probyn

1
2    Q.    Did your host family contact you
3 using the phone?
4    A.    Yes.
5    Q.    Do you recall Mr. Tucker asked
6 you some questions about your personal use
7 of the family's car?
8    A.    Yes.
9    Q.    Did you use the family's car for
10 anything other than your own personal use?
11    A.    For work.
12    Q.    How would you use your car for
13 work?
14    A.    Taking the girls to and from
15 activities, to and from school, to and from
16 doctors' visits.
17    Q.    And do you recall Mr. Tucker
18 asked you questions about the gasoline for
19 the car?
20    A.    Uh-huh.
21    Q.    Who paid for the gasoline for the
22 car?
23    A.    I did.
24    Q.    And was that -- strike that.
25        Under what circumstances would

57

Probyn

1
2  you pay for the gasoline of the car?
3      A.    I always paid for the gasoline in
4  the car.
5      Q.    Before you came to the United
6  States as part of the au pair program, did
7  any Au Pair in America representatives make
8  any representations to you regarding the
9  amount that you would be paid?
10     A.    Yes.
11     Q.    And who was that representative?
12     A.    I don't remember her name but she
13  was from, I had to have an interview with
14  her prior to coming to the states before I
15  was allowed on to start matching with any
16  families.
17     Q.    And did she make that
18  representation during the interview that
19  you just mentioned?
20     A.    Yes.
21     Q.    And what did the representative
22  say during the interview regarding the
23  amount of money that you would be paid?
24     A.    That it would be 195.75 per week.
25     Q.    And did any Au Pair in America

58

Probyn

1
2  representative make any representations to
3  you regarding the amount of hours that you
4  were allowed to work as an au pair?
5      A.    Yes.
6      Q.    And who made that representation?
7      A.    The Au Pair in America
8  representative that I had the interview
9  with.
10     Q.    When did the representative make
11  that representation?
12     A.    When I had to like a face-to-face
13  interview with her.
14     Q.    And what did she say?
15     A.    That I was expected to work
16  between, I think it was around 40 hours for
17  195.75.
18     Q.    Do you recall Mr. Tucker asked
19  you some questions about, I believe the
20  terminology and you can correct me if I am
21  wrong, community counselor?
22     A.    Yes.
23     Q.    And I believe you testified that
24  you met with them approximately once a
25  month, is that correct?  Was that what you

59

Probyn

1
2  testified today?
3      A.    Yes.
4      Q.    Do you recall if in any of the
5  interactions with the community counselor
6  if you ever discussed the hours that you
7  were working with the community counselor?
8      A.    Yes.  She just checked in to see
9  if we were working more than we should be
10  and if we had been paid.
11     Q.    And do you remember any -- strike
12  that.
13         Did she in fact check in on you,
14  as you described, asking if you were
15  working more than you should be or if you
16  were getting paid?
17         MR. TUCKER:  Objection to form.
18     A.    She did on maybe like one
19  occasion.
20     Q.    And do you recall if you said
21  anything in response?
22     A.    I said I had been working more
23  hours, it was a complaint I had made to
24  her.
25     Q.    Do you recall when you made that

60

Probyn

1
2  complaint to her?
3      A.    It was just after Christmas of my
4  second year.
5      Q.    And what was your complaint?
6      A.    That I had been working more
7  hours than I should have been and that we
8  had a NannyCam put in the house that I was
9  unhappy with.
10     Q.    Did the community counselor say
11  anything in response?
12     A.    No action was taken.
13     Q.    And after no action was taken,
14  did you try to do anything else?
15     A.    No.
16     Q.    And how did you make the
17  complaint to the community counselor?
18     A.    In person.
19     Q.    Other than the community
20  counselor, did you complain to anyone else
21  about the number of hours that you were
22  working?
23     A.    The other au pairs that were my
24  closest friends.
25     Q.    Did you complain to anyone else

Movant's App. 000390

61

Probyn

1 about the use of the NannyCam?
2     A.   Yes.  Again, other friends.
3     Q.   And by other friends -- strike
4 that.  Sorry, I didn't mean to cut you off.
5     A.   No, no.  My closest friends out
6 there and my family back in London.
7     Q.   Do you recall Mr. Tucker asked
8 you some questions about one occasion when
9 you were paid more than $195.75?
10    A.   Yes.
11    Q.   Do you have any understanding why
12 you were paid more than 195.75 on that
13 occasion?
14    A.   Because I was on call for seven
15 days while we were in Florida.
16    Q.   What do you mean you were on call
17 for seven days?
18    A.   They had taken me on a family
19 vacation with them and I didn't have any
20 specific time off.
21    Q.   And did the children go with you
22 on the vacation to Florida?
23    A.   Yes.
24    Q.   Do you know how many hours --

62

Probyn

1 strike that.  Well, no.
2         Do you know how many hours you
3 worked during that week that you were in
4 Florida?
5     A.   I guess the entire time that we
6 were away.  So seven days from let's say 8
7 a.m. to 10 p.m.
8     Q.   And when was that, do you recall
9 when the trip to Florida was?
10    A.   It was when we went to Disney.  I
11 don't remember when that was.  It was
12 within my first year that I was with them.
13    Q.   Do you remember Mr. Tucker asked
14 you about specific questions in Exhibits 3
15 and 5?
16    A.   Yes.
17    Q.   Do you recall Mr. Tucker asked
18 you if your answers were accurate?
19    A.   Yes.
20    Q.   And Mr. Tucker asked you about
21 question number 30 in particular on exhibit
22 number 3?
23    A.   Yup.
24    Q.   And I believe you testified that

63

Probyn

1 you did not think that your answer to
2 exhibit number 3 question number 30 was
3 accurate?
4     A.   Yes.
5     Q.   Are there any other questions on
6 here that you think are not accurate?
7 Strike that.
8         Are there any other answers to
9 questions here that you believe are not
10 accurate?  I'm talking about exhibit number
11 3.
12    A.   Question 51 which was, "How many
13 hours do you work on average per week?"  It
14 varies between 35 and 40.  But I just wrote
15 35.
16        And question 52, "How many days
17 per week did you work on average?"  It was
18 on average five, but it did change per
19 week, between five and seven.
20        I think that's it.
21        Question 18, I'm pretty sure I
22 paid for my visa but I'm not certain.  I
23 wrote that I'm certain but I'm not certain
24 what I paid for or how much I paid.  I do

64

Probyn

1 vaguely remember some payment.
2     Q.   And looking at question 51 --
3 strike that.
4         Under what -- strike that.
5         Do you remember how you filled
6 out the survey?  And I'm looking at exhibit
7 number 3.  Do you know how you filled out
8 Exhibit 3?
9     A.   Over the phone.
10    Q.   And do you remember where you
11 were at the time when you filled out the
12 exhibit?
13    A.   On a subway in London.
14    Q.   Exhibit number 5, do you recall
15 where you were when you filled it out?
16    A.   Yeah.  In my apartment on my
17 laptop.
18    Q.   Do you recall how much time has
19 passed between your filling out exhibit
20 number 3 and your filling out exhibit
21 number 5?
22    A.   It must be a few months.  Two,
23 three months.
24    Q.   Do you have a copy of exhibit

65

Probyn

1    number 3 available to you for your --
2    strike that.
3
4         When you were filling out exhibit
5    number 5, did you have access to your
6    responses from exhibit number 3?
7    A.    No.
8    Q.    Why not?
9    A.    I didn't get sent a copy.
10    Q.    And looking at exhibit number 3,
11    there's a few -- strike that.
12         Do you believe you answered every
13    question to exhibit number 3?
14    A.    No.
15    Q.    Which questions did you not
16    answer?
17    A.    54, 55, 56, 57, 58, 59, 60, 61.
18    Q.    And do you know why you did not
19    answer those questions?
20    A.    The questionnaire was going on
21    too long on my phone and I lost signal.
22         MR. TUCKER:  Just the last few --
23         THE WITNESS:  I just lost signal
24    on my phone.
25    Q.    And looking at exhibit number 5,

66

Probyn

1
2    do you believe you answered every question
3    in Exhibit 5?
4    A.    Besides question 13, I didn't
5    have an answer.  And question 39 and 40
6    because I didn't remember.
7    Q.    So -- strike that.
8         And I'm -- I just didn't hear.
9    What was your explanation for question
10    number 13?
11    A.    I didn't have an answer for it.
12    Q.    Do you have an answer for
13    question number 13 now?
14    A.    No.  I wasn't aware of any
15    downsides being an au pair.
16         MR. VALDIVIESO:  I don't have
17    anything else.
18    RE-EXAMINATION
19    BY MR. TUCKER:
20    Q.    I just want to clarify the record
21    here.  At the beginning when Mr. Valdivieso
22    just started asking you questions, you
23    testified about purchasing gasoline.
24    A.    Yup.
25    Q.    You said you always purchased

67

Probyn

1    gasoline, okay.  And that's true for when
2    you were using it for personal purposes,
3    right?
4    A.    Uh-huh.
5    Q.    Is that also true when you were
6    using it to take the kids around?
7    A.    Yes.
8    Q.    Did the host parents ever
9    reimburse you for the gasoline?
10    A.    No.
11    Q.    Now, just getting into the
12    mechanics of this.  If you've got the kids
13    in the car and you are about to go
14    someplace and let's say you drop them off
15    at the school, you drop them off at a
16    location and then you're waiting for them
17    to be finished with whatever activity,
18    would you then be obligated to fill up the
19    gas then?
20    A.    Yup.  If at that point the gas
21    is -- then I have to fill up.
22    Q.    How did you know that that was
23    the case?
24    A.    I had asked the family and it was

68

Probyn

1
2    expected because that car was mainly used
3    for me to do the driving around.
4    Q.    You also testified earlier about
5    a time when you complained to your
6    community counselor in person, do you
7    remember that?
8    A.    Uh-huh.
9    Q.    Was anyone else present when you
10    spoke with the community counselor?
11    A.    No.
12    Q.    Did you record your conversation
13    with the community counselor?
14    A.    No.
15    Q.    To your knowledge, did the
16    community counselor record the
17    conversation?
18    A.    No.
19         MR. TUCKER:  I don't have
20    anything further.
21         MR. VALDIVIESO:  No further
22    questions.
23         (Time noted:  12:28 p.m.)
24
25

69

| | Probyn |
|---|---|
| 1 | |
| 2 | April 9, 2018 |
| 3 | ERRATA |
| 4 | |
| 5 | PAGE/LINE CHANGE/REASON |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 | _____ |
| 10 | _____ |
| 11 | _____ |
| 12 | _____ |
| 13 | _____ |
| 14 | _____ |
| 15 | _____ |
| 16 | _____ |
| 17 | _____ |
| 18 | _____ |
| 19 | _____ |
| 20 | _____ |
| 21 | _____ |
| 22 | _____ |
| 23 | _____ |
| 24 | _____ |
| 25 | _____ |

71

1
2          CERTIFICATE
3    STATE OF NEW YORK )
4                     ) ss.
5    COUNTY OF NEW YORK)
6
7        I, Joseph B. Pirozzi, a Registered
8    Professional Reporter and Notary Public
9    within and for the State of New York, do
10   hereby certify:
11       That GRACE PROBYN, the witness whose
12   deposition is hereinbefore set forth, was
13   duly sworn by me and that such deposition is
14   a true record of the testimony given by such
15   witness.
16       I further certify that I am not
17   related to any of the parties to this action
18   by blood or marriage and that I am in no way
19   interested in the outcome of this matter.
20
21
22       _____
23       JOSEPH B. PIROZZI, RPR
24
25

70

1          Probyn
2
3
4
5
6
7
8       _____
9       GRACE PROBYN
10
11
12
13   Subscribed and sworn to
14   before me this     day
15   of          2018
16
17
18   _____
19
20
21
22
23
24
25

72

1
2    April 9, 2018
3
4          INDEX
5
6    WITNESS       EXAMINATION BY        PAGE
7    Grace Probyn  Mr. Tucker           4
                   Mr. Valdivieso       55
                   Mr. Tucker           66
8
9    PROBYN        PAGE
10   1        4    Consent to Join dated
                   September 11, 2017
11   2        4    Notice of Your Right to
12                 Join Lawsuit for Unpaid
                   Wages
13   3        4    Questionnaire Au Pair
14                 Grace Probyn
15   4        4    Host Family and Au
                   Pair/Companion
16                 Agreement
17   5        19   Questionnaire Au Pair
                   Grace Probyn (4/8/2018)
18
19
20
21
22
23
24
25

Movant's App. 000393

## $

**$100** [1] - 52:16
**$195.75** [1] - 61:10
**$200** [1] - 37:20
**$215** [1] - 38:6
**$30** [1] - 52:24

## 1

**1** [5] - 4:3, 9:15, 11:8, 11:16, 72:9
**10** [2] - 47:15, 62:8
**10019** [2] - 1:16, 2:17
**10022** [1] - 2:8
**10:20** [1] - 1:10
**10th** [1] - 13:15
**11** [2] - 4:3, 72:10
**11:30** [1] - 30:11
**12:28** [1] - 68:23
**12:30** [2] - 28:18, 30:11
**13** [1] - 66:4, 66:10, 66:13
**1745** [2] - 1:15, 2:16
**18** [1] - 63:22
**19** [1] - 72:16
**195.75** [11] - 37:17, 37:19, 38:15, 38:19, 38:22, 39:5, 39:12, 52:20, 57:24, 58:17, 61:13
**1:14-cv-03074-CMA-KMT** [1] - 1:6

## 2

**2** [4] - 4:7, 10:20, 15:4, 72:11
**20** [1] - 47:17
**2012** [5] - 13:10, 13:15, 13:22, 13:23, 14:17
**2014** [3] - 13:11, 14:2, 15:4
**2017** [2] - 4:3, 72:10
**2018** [4] - 1:9, 69:2, 70:15, 72:2
**2nd** [1] - 14:2

## 3

**3** [22] - 4:9, 19:10, 20:12, 28:25, 29:16, 45:6, 50:17, 50:23, 52:5, 62:15, 62:23, 63:3, 63:12, 64:8, 64:9, 64:21, 65:2, 65:6, 65:10, 65:13, 72:13
**30** [5] - 47:19, 52:8, 52:11, 62:22, 63:3
**32** [1] - 53:10
**35** [4] - 45:23, 47:6, 63:15, 63:16

**37** [1] - 52:22
**39** [1] - 66:5
**3:30** [2] - 28:25, 29:16

## 4

**4** [9] - 4:13, 21:22, 24:10, 72:6, 72:9, 72:11, 72:13, 72:14
**4/8/2018** [2] - 19:4, 72:17
**40** [6] - 45:23, 47:6, 47:8, 58:16, 63:15, 66:5

## 5

**5** [18] - 19:5, 19:21, 19:22, 19:24, 20:15, 26:23, 47:13, 50:17, 51:3, 51:10, 53:7, 62:16, 64:15, 64:22, 65:5, 65:25, 66:3, 72:16
**51** [2] - 63:13, 64:3
**52** [1] - 63:17
**54** [1] - 65:17
**55** [2] - 65:17, 72:6
**56** [1] - 65:17
**57** [1] - 65:17
**575** [1] - 2:6
**58** [1] - 65:17
**59** [1] - 65:17
**5:30** [1] - 31:22

## 6

**6-ish** [1] - 31:22
**60** [1] - 65:17
**609-242-4003** [1] - 1:22
**61** [1] - 65:17
**66** [1] - 72:7

## 7

**7th** [1] - 2:7

## 8

**8** [7] - 13:22, 14:17, 26:23, 28:17, 28:25, 29:16, 62:7
**8th** [1] - 13:19

## 9

**9** [4] - 1:9, 45:6, 69:2, 72:2

## A

**a.m** [2] - 1:10, 62:8
**able** [3] - 21 15, 40:11,
40:25
  **about** [33] - 8:19, 8:21, 12:3, 12:25, 13:6, 13:7, 23:21, 25:5, 25:20, 25:21, 29:25, 31:22, 33:17, 42:21, 45:18, 50:11, 50:18, 51:16, 53:4, 55:9, 55:14, 56:6, 56:18, 58:19, 60:21, 61:2, 61:9, 62:15, 62:21, 63:11, 66:23, 67:14, 68:4
  **accepted** [1] - 8:13
  **access** [1] - 65:5
  **accommodate** [1] - 6:21
  **account** [3] - 15:20, 15:21, 15:23
  **accurate** [10] - 10:9, 10:12, 17:8, 43:20, 51:25, 52:17, 62:19, 63:4, 63:7, 63:11
  **action** [3] - 60:12, 60:13, 71:17
  **Action** [1] - 1:5
  **activities** [10] - 31:10, 31:15, 31:20, 32:7, 32:10, 32:13, 42:10, 42:22, 44:23, 56:15
  **activity** [1] - 67:18
  **actual** [2] - 44:25, 45:24
  **actually** [1] - 28:11
  **address** [2] - 10:13, 10:16
  **addresses** [1] - 8:24
  **administer** [1] - 3:12
  **affect** [1] - 7:17
  **after** [20] - 9:2, 9:17, 10:22, 11:11, 11:15, 14:12, 14:15, 14:17, 19:12, 31:9, 31:14, 31:19, 42:8, 42:12, 42:22, 44:23, 48:13, 60:3, 60:13
  **after-school** [1] - 31:14
  **afternoon** [1] - 42:20
  **again** [2] - 29:17, 61:3
  **age** [3] - 25:24, 26:23
  **agency** [3] - 8:12, 8:16, 16:4
  **ago** [1] - 18:12
  **AGREED** [3] - 3:4, 3:9, 3:13
  **agreement** [2] - 22:11, 22:13
  **Agreement** [2] - 4:12, 72:15
  **agreements** [2] - 24:13, 24:19
  **ahold** [1] - 55:23
  **aid** [2] - 18:16, 18:22
  **al** [2] - 1:4, 1:7
  **all** [6] - 3:6, 18:2, 24:15, 26:11, 31:17, 35:13
  **allowed** [3] - 55:15, 57:15, 58:4
  **along** [1] - 28:24
  **aloud** [1] - 6:2
  **also** [9] - 11:24, 12:16, 16:3, 30:5, 40:7  43:15,

50:17, 67:6, 68:4
  **always** [5] - 46:7, 46:15, 49:10, 57:3, 66:25
  **am** [4] - 26:10, 58:20, 71:16, 71:18
  **America** [16] - 4:24, 5:3, 5:5, 5:7, 8:18, 8:21, 11:24, 12:6, 15:12, 15:21, 15:23, 16:3, 51:13, 57:7, 57:25, 58:7
  **American** [5] - 2:14, 4:22, 5:6, 54:11, 54:16
  **amount** [13] - 23:14, 23:18, 23:19, 37:7, 37:11, 37:12, 37:16, 38:9, 52:23, 53:14, 57:9, 57:23, 58:3
  **AND** [3] - 3:4, 3:9, 3:13
  **answer** [18] - 5:13, 6:12, 6:13, 6:25, 7:6, 21:4, 21:15, 23:16, 33:13, 38:3, 38:21, 50:25, 63:2, 65:16, 65:19, 66:5, 66:11, 66:12
  **answered** [2] - 65:12, 66:2
  **answering** [3] - 12:24, 51:9, 51:21
  **answers** [9] - 5:17, 20:10, 20:14, 46:22, 50:22, 51:2, 51:24, 62:19, 63:9
  **any** [46] - 3:11, 6:22, 6:25, 7:5, 7:6, 7:12, 7:16, 8:3, 11:17, 11:20, 11:21, 16:7, 16:14, 17:12, 20:24, 21:3, 21:5, 21:16, 21:17, 24:13, 34:9, 34:25, 37:25, 39:15, 41:14, 41:17, 43:3, 44:5, 45:4, 51:5, 51:8, 54:6, 55:3, 57:7, 57:8, 57:15, 57:25, 58:2, 59:4, 59:11, 61:12, 61:20, 63:6, 63:9, 66:14, 71:17
  **anyone** [9] - 7:24, 32:23, 36:22, 39:10, 46:3, 51:20, 60:20, 60:25, 68:9
  **anything** [10] - 23:24, 28:17, 42:11, 55:19, 56:10, 59:21, 60:11, 60:14, 66:17, 68:20
  **apartment** [1] - 64:17
  **APIA** [12] - 5:3, 5:4, 13:9, 16:14, 16:20, 17:12, 34:10, 36:25, 43:3, 43:25, 44:5, 46:3
  **apologies** [1] - 17:2
  **APPEARANCES** [1] - 2:2
  **appearing** [2] - 7:25, 8:4
  **application** [2] - 8:13, 16:5
  **applied** [1] - 9:2
  **appropriate** [1] - 43:22
  **approximate** [2] - 25:24, 47:4
  **approximately** [7] - 15:3,

15:4, 15:5, 26:3  26:25, 27:4,
58:24
**April** [3] - 1:9, 69:2, 72:2
**area** [2] - 35:7, 35:14
**arrive** [1] - 14:10
**arrived** [1] - 25:6
**aside** [4] - 34:8, 34:24,
39:14, 41:20
**assist** [3] - 12:24, 51:9,
51:20
**assume** [1] - 6:14
**assumption** [1] - 39:5
**attend** [6] - 28:4, 30:14,
31:3, 31:14, 32:15, 35:15
**attorney** [5] - 4:20, 7:5,
20:24, 21:6, 21:18
**attorney-client** [2] - 20:24,
21:6
**Attorneys** [2] - 2:5, 2:14
**attorneys** [1] - 7:23
**Au** [21] - 4:8, 4:11, 4:23,
5:3, 5:4, 5:7, 8:21, 11:24,
12:6, 15:12, 15:20, 15:22,
16:3, 19:3, 51:13, 57:7,
57:25, 58:7, 72:13, 72:14,
72:16
**au** [25] - 8:7, 8:8, 8:12, 8:16,
8:18, 8:23, 11:18, 11:22,
12:25, 13:7, 13:9, 15:25,
19:19, 20:8, 22:10, 22:12,
24:2, 35:6, 35:13, 42:6, 54:7,
57:6, 58:4, 60:23, 66:15
**August** [3] - 13:11, 13:15,
15:3
**authorized** [1] - 3:11
**available** [1] - 65:2
**Avenue** [1] - 2:6
**average** [3] - 63:14, 63:18,
63:19
**aware** [1] - 66:14

## B

**babysitter** [1] - 33:4
**based** [1] - 10:14
**because** [6] - 22:6, 37:10,
39:2, 61:15, 66:6, 68:2
**becoming** [1] - 8:8
**bedroom** [3] - 48:19, 48:23,
49:18
**been** [19] - 4:15, 9:4, 9:14,
10:19, 13:18, 13:19, 14:13,
14:15, 14:25, 19:23, 19:24,
32:20, 37:21, 48:12, 48:13,
59:10, 59:22, 60:6, 60:7
**before** [20] - 1:16, 3:11,
6:23, 7:25, 8:4, 8:13, 9:22,
11:2, 11:7, 14:25, 17:16,
19:16, 20:5, 22:4, 22:13,
24:14, 28:9, 57:5, 57:14,
70:14

**began** [1] - 13:21
**beginning** [4] - 25:25, 27:2,
27:5, 66:21
**being** [2] - 8:23, 66:15
**believe** [6] - 58:19, 58:23,
62:25, 63:10, 65:12, 66:2
**BELTRAN** [1] - 1:4
**besides** [1] - 66:4
**best** [1] - 6:16
**between** [16] - 3:5, 8:11,
14:15, 17:5, 17:21, 28:17,
28:24, 29:16, 30:10, 45:23,
47:5, 49:23, 58:16, 63:15,
63:20, 64:20
**beyond** [1] - 47:8
**bill** [1] - 52:23
**birthday** [2] - 39:24, 39:25
**blood** [1] - 71:18
**Boetain** [1] - 9:9
**BOIES** [1] - 2:4
**bonus** [1] - 39:18
**both** [10] - 15:20, 17:9,
28:6, 30:12, 30:13, 30:25,
31:2, 31:12, 46:14, 51:13
**boxes** [2] - 22:21, 22:22,
23:4
**boy** [1] - 26:5
**break** [5] - 6:19, 6:20, 6:23,
6:24, 46:17
**Broadway** [2] - 1:15, 2:16
**business** [2] - 4:23, 5:7
**BY** [9] - 2:9, 2:18, 4:18,
19:7, 46:25, 54:4, 55:6,
66:19, 72:5

## C

**call** [2] - 61:15, 61:17
**called** [2] - 4:15, 34:3
**came** [5] - 15:19, 29:21,
30:5, 35:6, 57:5
**camp** [2] - 31:3, 31:7
**Can** [1] - 14:8
**can** [17] - 5:10, 5:17, 13:13,
15:14, 16:2, 17:20, 21:4,
21:10, 26:21, 29:12, 42:12,
52:5, 52:10, 53:6, 53:9,
53:24, 58:20
**can't** [3] - 30:22, 36:13,
43:14
**cannot** [2] - 6:5, 7:13
**car** [13] - 40:9, 40:11,
40:14, 40:19, 56:7, 56:9,
56:12, 56:19, 56:22, 57:2,
57:4, 67:14, 68:2
**care** [5] - 18:20, 23:19,
32:23, 48:7, 48:16
**case** [4] - 5:18, 7:24, 10:2,
67:24
**cash** [1] - 37:5

**cell** [8] - 40:23, 40 25, 41:4,
41:7, 53:3, 55:10, 55:15,
55:18
**certain** [5] - 22:17, 22:18,
63:23, 63:24
**CERTIFICATE** [1] - 71:2
**certify** [2] - 71:10, 71:16
**chance** [1] - 42:18
**change** [4] - 29:5, 37:8,
44:21, 63:19
**CHANGE/REASON** [1] -
69:5
**check** [3] - 37:4, 51:12,
59:13
**checked** [1] - 59:8
**Chicago** [4] - 8:22, 40:3,
49:15, 49:19
**child** [2] - 18:20, 23:18
**children** [21] - 25:23, 25:24,
26:3, 26:18, 26:21, 28:3,
30:12, 30:13, 30:14, 30:19,
30:25, 31:2, 31:3, 31:9,
31:12, 32:24, 33:3, 33:6,
48:8, 49:2, 61:22
**chose** [1] - 38:25
**Christian** [2] - 32:14, 32:17
**Christmas** [1] - 60:3
**circumstances** [1] - 56:25
**City** [1] - 18:6
**Civil** [1] - 1:5
**clarify** [1] - 66:20
**classes** [3] - 54:6, 54:9,
54:13
**clean** [1] - 42:9
**clear** [4] - 5:8, 7:7, 26:7,
26:24
**client** [3] - 5:2, 20:24, 21:6
**client's** [1] - 4:25
**closest** [2] - 60:24, 61:6
**cluster** [3] - 35:7, 35:9,
35:15, 35:25, 36:9
**coffee** [1] - 36:11
**COLORADO** [1] - 1:2
**come** [4] - 8:20, 28:25,
35:4, 37:24
**comfortable** [1] - 26:9
**coming** [2] - 20:20, 57:14
**communicate** [1] - 16:2
**communication** [1] - 15:19
**communications** [4] -
20:25, 21:6, 21:17, 34:25
**community** [19] - 33:18,
33:22, 33:24, 34:8, 34:13,
35:2, 35:24, 36:8, 58:12,
58:21, 59:5, 59:7, 60:10,
60:17, 60:19, 68:6, 68:10,
68:13, 68:16
**companion** [2] - 22:10,
22:12
**comparison** [1] - 47:25
**complain** [2] - 60:20, 60:25

**complained** [1] - 68:5
**complaint** [4] - 59:23, 60:2,
60:5, 60:17
**complete** [3] - 7:14, 10:3,
20:18
**completed** [7] - 10:9, 11:7,
11:15, 20:10, 20:14, 50:22,
50:25
**conclude** [2] - 13:24, 15:8
**condo** [1] - 49:13
**confidentiality** [1] - 25:22
**Consent** [2] - 4:2, 72:9
**consent** [3] - 9:25, 11:8,
11:15
**contact** [6] - 34:9, 34:12,
34:19, 36:5, 36:7, 56:2
**CONTINUED** [3] - 19:6,
46:24, 54:3
**conversation** [2] - 68:12,
68:17
**cooking** [1] - 48:15
**copies** [2] - 24:16, 24:18
**copy** [2] - 64:25, 65:9
**correct** [19] - 20:12, 20:16,
21:14, 24:10, 24:11, 26:19,
29:23, 33:7, 33:8, 38:20,
47:6, 47:7, 48:5, 49:16,
50:24, 51:4, 53:20, 58:20,
58:25
**correctly** [1] - 32:6
**could** [19] - 21:22, 22:19,
23:3, 23:9, 33:12, 34:6, 34:7,
38:8, 38:22, 43:12, 43:16,
45:6, 45:14, 46:20, 47:25,
48:12, 50:13, 53:12, 55:23
**couldn't** [2] - 18:4, 34:4,
37:14
**counsel** [1] - 3:5
**counselor** [17] - 8:14, 8:22,
9:2, 33:17, 33:19, 33:22,
36:12, 58:21, 59:5, 59:7,
60:10, 60:17, 60:20, 68:6,
68:10, 68:13, 68:16
**counselors** [6] - 33:25,
34:9, 34:13, 35:2, 35:25,
36:8
**counts** [2] - 18:22, 48:16
**COUNTY** [1] - 71:5
**couple** [1] - 54:5
**course** [5] - 12:10, 42:15,
54:10, 54:11, 54:20
**court** [5] - 6:3, 9:13, 10:18,
19:8, 21:20
**COURT** [1] - 1:2
**create** [1] - 15:16
**cut** [1] - 61:5

## D

**date** [3] - 14:16, 14:18, 15:2

**dated** [2] - 4:2, 72:9
**dates** [5] - 12:17, 12:25, 13:7, 13:12, 13:14, 14:14
**daughter** [1] - 29:24
**day** [6] - 28:8, 30:6, 50:3, 54:17, 70:14
**daycare** [1] - 33:7
**days** [11] - 14:12, 14:15, 17:21, 17:23, 18:8, 46:6, 46:14, 61:16, 61:18, 62:7, 63:17
**Deakins** [2] - 1:14, 4:21
**DEAKINS** [1] - 2:13
**decide** [1] - 17:4
**decided** [3] - 16:23, 17:9, 49:23
**decimal** [1] - 37:25
**defendant** [4] - 1:13, 2:14, 4:22, 5:5
**Defendants** [1] - 1:8
**definitely** [1] - 43:11
**dependent** [1] - 43:17
**depending** [1] - 44:22
**deposition** [6] - 3:10, 3:15, 5:11, 5:12, 71:12, 71:13
**Deposition** [1] - 1:12
**describe** [1] - 17:20
**described** [1] - 59:14
**details** [1] - 15:25
**determined** [2] - 44:16, 44:19
**did** [134] - 7:24, 8:3, 9:5, 9:10, 10:3, 10:5, 11:6, 11:10, 11:16, 11:23, 12:22, 12:23, 13:8, 13:24, 14:3, 14:10, 14:20, 15:6, 15:7, 15:10, 16:7, 16:14, 16:17, 16:20, 17:3, 17:12, 17:17, 18:11, 20:18, 22:12, 27:7, 27:11, 27:15, 27:16, 28:3, 28:8, 28:25, 29:4, 29:24, 30:14, 31:3, 31:5, 31:9, 31:14, 32:23, 33:3, 33:21, 34:9, 34:25, 35:15, 36:7, 36:14, 36:17, 36:22, 36:25, 37:7, 37:10, 38:18, 39:7, 39:10, 39:14, 39:18, 39:20, 40:8, 40:15, 40:18, 40:22, 41:4, 41:9, 41:12, 41:14, 41:17, 41:21, 42:14, 43:3, 43:5, 43:7, 44:5, 44:8, 44:21, 44:24, 45:8, 45:10, 45:13, 45:17, 45:24, 46:3, 46:10, 47:8, 47:22, 48:18, 49:17, 49:20, 50:2, 50:6, 51:6, 51:8, 51:11, 51:12, 51:20, 53:14, 53:21, 54:6, 54:8, 54:9, 55:18, 56:2, 56:9, 56:23, 57:6, 57:17, 57:21, 57:25, 58:10, 58:14, 59:13, 59:18, 60:10, 60:14, 60:16, 60:20,
60:25, 61:22  63:2, 63:18
63:19, 65:5, 65:15, 65:18, 67:9, 67:23, 68:12, 68:15
**didn't** [9] - 32:15, 53:17, 61:5, 61:20, 65:9, 66:4, 66:6, 66:8, 66:11
**different** [1] - 53:18
**differently** [1] - 30:18
**disclose** [1] - 21:3
**disclosing** [1] - 21:16
**discuss** [1] - 7:24
**discussed** [2] - 26:22, 59:6
**discussion** [2] - 13:5, 18:25
**Disney** [1] - 62:11
**DISTRICT** [2] - 1:2, 1:2
**do** [62] - 5:15, 5:20, 6:7, 6:8, 6:11, 6:17, 7:9, 7:19, 12:12, 15:22, 17:22, 18:16, 21:3, 22:20, 24:12, 24:15, 24:25, 29:12, 35:9, 37:22, 42:9, 43:6, 43:13, 43:14, 43:16, 43:18, 48:2, 49:22, 55:8, 55:13, 55:25, 56:5, 56:17, 58:18, 59:4, 59:11, 59:20, 59:25, 60:14, 61:8, 61:12, 61:17, 61:25, 62:3, 62:9, 62:14, 62:18, 63:14, 63:25, 64:6, 64:8, 64:11, 64:15, 64:19, 64:25, 65:12, 65:18, 66:2, 66:12, 68:3, 68:6, 71:9
**Do** [1] - 43:25
**doctors'** [1] - 56:16
**document** [23] - 9:14, 9:16, 9:21, 10:19, 10:21, 10:25, 11:6, 11:10, 13:13, 19:9, 19:11, 19:15, 19:25, 20:5, 21:21, 21:23, 22:3, 22:20, 22:21, 23:10, 24:9, 50:16, 53:7
**documents** [10] - 8:3, 11:17, 11:20, 11:21, 50:19, 51:6, 51:8, 51:11, 51:15
**does** [1] - 25:18
**doesn't** [2] - 25:16, 25:17
**doing** [2] - 4:23, 5:7
**Dollars** [1] - 52:15
**don't** [23] - 13:16, 14:14, 15:17, 18:4, 18:21, 22:5, 22:8, 22:16, 22:18, 24:16, 24:20, 34:3, 36:10, 38:7, 38:13, 44:12, 48:16, 55:3, 57:12, 62:12, 66:16, 68:19
**done** [4] - 9:17, 10:22, 20:2, 53:25
**down** [2] - 6:3, 44:17
**downsides** [1] - 66:15
**drive** [2] - 40:8, 40:11
**driving** [1] - 68:3
**drop** [3] - 35:7, 67:15, 67:16

**drove** [2] - 40:14, 40:19
**duly** [2] - 4:15, 71:13
**during** [28] - 8:6, 24:22, 25:5, 27:12, 27:17, 27:25, 28:4, 29:22, 30:5, 30:15, 31:4, 32:24, 33:22, 34:10, 34:13, 35:2, 35:22, 36:15, 39:16, 43:5, 44:9, 48:4, 50:8, 50:9, 55:10, 57:18, 57:22, 62:4
**duties** [8] - 17:24, 42:6, 42:14, 42:24, 43:4, 43:8, 43:21, 44:6

### E

**eat** [1] - 50:14
**education** [2] - 28:24, 29:15
**eight** [6] - 23:4, 27:5, 29:4, 30:4, 31:24, 31:25
**eight-year** [1] - 31:25
**eight-year-old** [3] - 29:4, 30:4, 31:24
**either** [3] - 13:10, 34:17, 50:13
**eldest** [3] - 28:24, 29:24, 31:21
**else** [9] - 16:5, 32:23, 42:11, 51:18, 60:14, 60:20, 60:25, 66:17, 68:9
**email** [5] - 8:25, 9:10, 15:20, 21:2, 35:8
**emailed** [2] - 9:7, 20:20
**emails** [12] - 8:5, 8:6, 8:8, 8:10, 8:19, 11:25, 12:2, 12:3, 15:20, 17:7, 35:4, 51:13
**employed** [2] - 27:24, 48:4
**employment** [2] - 27:8, 27:12
**end** [2] - 15:2, 15:9
**entertainment** [1] - 41:18
**entire** [2] - 27:22, 62:6
**ERRATA** [1] - 69:3
**estimated** [1] - 52:23
**et** [2] - 1:4, 1:7
**even** [1] - 32:3
**events** [2] - 34:19, 35:5
**ever** [21] - 27:16, 35:15, 36:23, 36:25, 37:5, 39:7, 39:18, 40:8, 40:18, 41:22, 43:3, 44:5, 45:24, 46:10, 47:8, 48:6, 48:22, 49:17, 53:15, 59:6, 67:9
**every** [5] - 36:17, 38:15, 49:4, 65:12, 66:2
**everything** [2] - 6:4, 16:5
**exact** [1] - 14:14
**exactly** [1] - 12:17
**EXAMINATION** [7] - 4:17, 19:6, 46:24, 54:3, 55:5,

66:18, 72:5
**example** [1] - 26:2
**except** [3] - 3:6, 38:15, 38:17
**exhibit** [15] - 21:22, 62:22, 63:3, 63:11, 64:7, 64:13, 64:15, 64:20, 64:21, 64:25, 65:4, 65:6, 65:10, 65:13, 65:25
**Exhibit** [26] - 4:3, 4:7, 4:9, 4:13, 9:15, 10:20, 11:8, 11:16, 19:5, 19:10, 19:21, 19:22, 19:24, 20:12, 20:15, 21:22, 24:10, 50:17, 50:23, 51:3, 51:10, 52:5, 53:7, 64:9, 66:3
**Exhibits** [1] - 62:15
**expected** [8] - 17:25, 23:23, 43:6, 43:12, 43:14, 43:16, 58:15, 68:2
**expenses** [2] - 41:15, 41:18
**experience** [2] - 11:18, 11:22
**explain** [1] - 15:14
**explanation** [1] - 66:9
**extent** [1] - 20:25
**extra** [2] - 41:22, 41:23

### F

**face** [10] - 34:18, 36:3, 36:4, 36:7, 58:12
**face-to-face** [4] - 34:18, 36:4, 36:7, 58:12
**fact** [1] - 59:13
**families** [3] - 14:3, 16:18, 57:16
**Family** [2] - 4:11, 72:14
**family** [47] - 14:24, 15:8, 15:10, 16:2, 16:8, 16:24, 16:25, 17:3, 17:5, 17:9, 17:14, 17:17, 18:2, 18:17, 22:14, 23:22, 24:4, 24:14, 24:22, 24:24, 25:21, 26:13, 28:3, 32:24, 38:8, 39:7, 39:16, 39:21, 40:22, 41:8, 41:14, 41:17, 41:22, 43:17, 44:24, 45:17, 47:3, 48:18, 49:14, 50:2, 50:6, 52:14, 55:23, 56:2, 61:7, 61:19, 67:25
**family's** [10] - 14:6, 14:11, 25:23, 40:9, 41:9, 43:14, 49:12, 49:19, 56:7, 56:9
**father** [2] - 26:16, 27:15, 27:16
**few** [11] - 5:23, 10:13, 14:12, 17:18, 27:20, 27:21, 46:21, 55:7, 64:23, 65:11, 65:22
**filing** [1] - 3:14

**fill** [2] - 67:19, 67 22
**filled** [5] - 20:9, 64:6, 64:8, 64:12, 64:16
**filling** [5] - 12:24, 16:4, 64:20, 64:21, 65:4
**finalize** [1] - 18:14
**finish** [1] - 29:10
**finished** [7] - 9:19, 19:12, 21:24, 23:5, 29:8, 31:22, 67:18
**firm** [1] - 21:2
**first** [12] - 5:25, 6:25, 14:13, 18:16, 18:22, 22:24, 23:4, 28:8, 28:14, 32:3, 34:4, 62:13
**five** [10] - 14:15, 17:21, 18:8, 27:2, 28:13, 29:21, 30:2, 32:2, 63:19, 63:20
**five-year-old** [4] - 28:13, 29:21, 30:2, 32:2
**FLEXNER** [1] - 2:4
**Floor** [1] - 2:7
**Florida** [4] - 61:16, 61:23, 62:5, 62:10
**following** [1] - 13:6
**follows** [1] - 4:16
**food** [2] - 50:7, 50:13
**FOR** [1] - 1:2
**forced** [1] - 48:22
**Foreign** [3] - 2:15, 4:23, 5:6
**form** [19] - 3:7, 7:22, 10:4, 10:8, 11:8, 11:13, 11:16, 16:5, 23:12, 24:6, 27:14, 38:12, 38:24, 43:10, 43:24, 45:3, 48:10, 52:3, 59:17
**forth** [1] - 71:12
**four** [8] - 14:15, 17:21, 18:8, 24:24, 25:14, 25:15, 26:12
**frame** [1] - 52:25
**frequency** [1] - 36:13
**frequently** [1] - 35:21
**Friday** [3] - 28:19, 29:18, 46:9
**friends** [4] - 60:24, 61:3, 61:4, 61:6
**from** [24] - 8:11, 8:22, 8:25, 12:19, 15:15, 21:2, 27:16, 34:8, 34:24, 39:11, 39:14, 39:15, 39:20, 41:20, 45:6, 46:3, 50:13, 55:25, 56:14, 56:15, 57:13, 62:7, 65:6
**front** [1] - 5:19
**full** [8] - 17:23, 27:8, 27:12, 28:9, 28:23, 29:15, 42:21, 54:17
**full-time** [6] - 27:8, 27:12, 28:9, 28:23, 29:15, 42:21
**further** [3] - 68:20, 68:21, 71:16
**FURTHER** [2] - 3:9, 3:13

**G**

**gas** [2] - 67:20, 67:21
**gasoline** [9] - 40:16, 40:19, 56:18, 56:21, 57:2, 57:3, 66:23, 67:2, 67:10
**gave** [2] - 43:11, 43:21
**gender** [1] - 25:24
**general** [4] - 12:9, 17:24, 18:15, 45:20
**gestures** [1] - 6:4
**get** [5] - 12:16, 46:18, 50:13, 55:23, 65:9
**getting** [2] - 59:16, 67:12
**gift** [4] - 39:24, 39:25, 40:4
**gifts** [2] - 39:20, 39:23
**girl** [11] - 26:23, 26:25, 27:4, 28:13, 29:4, 29:21, 30:5, 31:21, 31:24
**girls** [7] - 40:6, 42:19, 44:22, 48:14, 48:15, 55:25, 56:14
**give** [2] - 7:13, 43:7
**given** [3] - 6:15, 7:10, 71:14
**go** [7] - 8:14, 28:11, 49:8, 50:14, 53:24, 61:22, 67:14
**going** [14] - 5:2, 5:23, 9:15, 10:20, 19:10, 20:22, 23:15, 29:9, 37:24, 42:4, 49:24, 50:15, 50:18, 65:20
**Good** [1] - 25:13
**good** [2] - 7:19, 29:10
**got** [3] - 16:6, 34:19, 67:13
**gotcha** [1] - 25:12
**grabbed** [1] - 36:11
**Grace** [5] - 4:8, 19:3, 72:6, 72:13, 72:17
**GRACE** [4] - 1:12, 4:14, 70:9, 71:11
**greater** [2] - 38:9, 39:11
**guess** [3] - 17:7, 45:5, 62:6
**guidelines** [1] - 43:21

**H**

**had** [29] - 15:15, 15:16, 17:13, 17:22, 18:13, 18:14, 22:7, 30:21, 32:16, 34:18, 36:4, 38:9, 40:7, 42:18, 44:23, 47:3, 47:24, 49:13, 50:20, 57:13, 58:8, 58:12, 59:10, 59:22, 59:23, 60:6, 60:8, 61:19, 67:25
**half** [2] - 10:4, 28:8
**Halloween** [1] - 13:18
**handed** [5] - 9:14, 10:19, 19:9, 19:23, 21:21
**happen** [1] - 45:13
**happened** [2] - 28:21, 42:22

**has** [5] - 9:14  10:19, 19:23, 21:21, 64:19
**hate** [1] - 37:22
**health** [1] - 18:15
**healthcare** [3] - 17:24, 18:11, 18:12
**hear** [2] - 6:7, 66:8
**heard** [2] - 6:14, 32:6
**held** [1] - 35:20
**hello** [1] - 4:19
**helpful** [1] - 13:14
**HEREBY** [1] - 3:4
**hereby** [1] - 71:10
**hereinbefore** [1] - 71:12
**hereto** [1] - 3:6
**higher** [1] - 41:21
**history** [2] - 54:11, 54:16
**home** [13] - 14:11, 24:22, 25:7, 25:8, 26:13, 27:17, 28:25, 29:21, 30:5, 30:8, 42:20, 49:12, 49:19
**Host** [2] - 4:11, 72:14
**host** [31] - 14:3, 14:6, 14:10, 16:18, 23:22, 26:14, 26:16, 27:24, 32:22, 36:21, 36:22, 38:8, 39:7, 39:16, 39:21, 41:9, 43:2, 44:20, 44:24, 45:7, 45:17, 47:3, 48:3, 49:2, 49:14, 50:2, 50:6, 52:14, 55:23, 56:2, 67:9
**hours** [27] - 23:14, 23:19, 23:20, 27:19, 27:20, 27:21, 37:11, 39:2, 44:25, 45:18, 45:25, 46:4, 47:4, 47:9, 47:22, 54:14, 54:22, 54:23, 58:3, 58:16, 59:6, 59:23, 60:7, 60:21, 61:25, 62:3, 63:14
**house** [2] - 50:14, 60:8
**how** [36] - 9:5, 12:15, 14:3, 15:10, 16:10, 17:3, 22:20, 23:20, 23:22, 24:21, 31:7, 34:15, 35:18, 35:20, 37:3, 42:17, 44:16, 44:17, 45:13, 45:18, 46:12, 47:11, 47:22, 47:24, 49:3, 55:21, 56:12, 60:16, 61:25, 62:3, 63:25, 64:6, 64:8, 64:19, 67:23
**How** [2] - 63:13, 63:17

**I**

**I/we** [1] - 22:25
**identification** [5] - 4:4, 4:7, 4:10, 4:13, 19:5
**identify** [1] - 26:21
**if..** [1] - 46:17
**imagine** [2] - 22:6, 22:15, 24:15
**IN** [1] - 1:2
**INC** [1] - 1:7

**include** [2] - 25:17  25:18
**inconsistent** [1] - 23:25
**increase** [1] - 39:8
**INDEX** [1] - 72:3
**individuals** [2] - 24:21, 26:12
**information** [9] - 6:12, 10:3, 10:8, 10:11, 11:7, 12:10, 12:13, 12:14, 21:4
**initially** [1] - 25:7
**instance** [2] - 41:20, 48:14
**instead** [1] - 26:6
**Institute** [3] - 2:15, 4:22, 5:6
**instruct** [1] - 20:23
**instructions** [2] - 5:24, 7:10
**insurance** [3] - 18:2, 18:13, 18:14
**interactions** [1] - 59:5
**interested** [1] - 71:19
**INTEREXCHANGE** [1] - 1:7
**Internet** [1] - 41:10
**interpose** [1] - 29:11
**interview** [5] - 57:13, 57:18, 57:22, 58:8, 58:13
**interviews** [5] - 16:7, 16:15, 16:16, 16:17, 16:21
**IS** [3] - 3:4, 3:9, 3:13
**issued** [1] - 34:21
**IT** [3] - 3:4, 3:9, 3:13
**itself** [1] - 12:10

**J**

**Jesse** [1] - 9:9
**Joe** [3] - 21:11, 33:12, 46:20
**JOHANA** [1] - 1:4
**John** [2] - 26:3, 26:5
**join** [3] - 9:25, 11:8, 11:16
**Join** [4] - 4:2, 4:5, 72:9, 72:11
**joined** [1] - 24:14
**Joseph** [2] - 1:16, 71:7
**JOSEPH** [1] - 71:23
**JUAN** [1] - 2:9
**judge** [1] - 5:19
**July** [1] - 30:23
**jvaldivieso@bsfllp.com** [1] - 2:10

**K**

**keep** [1] - 5:23
**kids** [6] - 42:8, 43:13, 49:11, 49:24, 67:7, 67:13
**kind** [5] - 12:9, 17:23, 28:17, 35:22, 42:18
**know** [26] - 5:11, 6:11, 9:17, 10:22, 13:16  19:11, 20 2

21:23, 22 16, 22:18, 23:4, 24:8, 24:17, 29:9, 35:9, 38:13, 41:16, 45:16, 47:22, 48:16, 61:25, 62:3, 64:8, 65:18, 67:23
**knowledge** [1] - 68:15

## L

**laptop** [1] - 64:18
**last** [5] - 9:11, 33:13, 34:5, 46:21, 65:22
**Latin** [1] - 54:10
**laundry** [4] - 42:9, 43:13, 43:15, 43:16
**law** [1] - 21:2
**lawsuit** [1] - 9:6
**Lawsuit** [2] - 4:6, 72:11
**learn** [2] - 8:21, 9:5
**leave** [1] - 42:5
**leaving** [2] - 39:24, 40:4
**left** [1] - 25:8
**length** [1] - 54:15
**lengthy** [1] - 5:2
**Lexington** [1] - 2:6
**literally** [1] - 27:21
**little** [2] - 22:22, 30:18
**LLP** [1] - 2:4
**local** [1] - 35:14
**located** [1] - 49:14
**location** [1] - 67:17
**login** [1] - 15:24
**logistics** [1] - 16:4
**London** [3] - 24:16, 61:7, 64:14
**long** [2] - 31:7, 65:21
**longer** [1] - 45:7
**look** [6] - 22:19, 42:8, 50:16, 52:5, 53:6, 53:9
**looking** [5] - 48:13, 64:3, 64:7, 65:10, 65:25
**looks** [1] - 52:24
**lost** [2] - 65:21, 65:23
**lunch** [4] - 29:2, 29:21, 30:5, 30:9
**lunchtime** [1] - 28:18

## M

**made** [3] - 58:6, 59:23, 59:25
**mainly** [1] - 68:2
**make** [8] - 15:16, 47:25, 50:21, 57:7, 57:17, 58:2, 58:10, 60:16
**manner** [1] - 26:22
**many** [10] - 14:3, 16:10, 23:20, 24:21, 45:18, 47:22, 61:25, 62:3, 63:13, 63:17
**marked** [16] - 4 3  4:6, 4:9,

4:12, 9:15, 10:20, 11 16, 19:4, 19:9, 19:24, 20:11, 21:21, 50:16, 50:23, 51:3, 53:7
**marriage** [1] - 71:18
**match** [5] - 15:11, 16:24, 17:4, 17:10, 17:13
**matching** [1] - 57:15
**matter** [2] - 7:14, 71:19
**may** [6] - 3:10, 5:11, 6:23, 21:7, 23:16, 50:20
**maybe** [4] - 27:18, 35:22, 47:20, 59:18
**me** [27] - 5:12, 6:15, 6:20, 8:11, 9:16, 10:21, 15:18, 17:5, 17:6, 19:11, 20:2, 21:13, 21:23, 23:4, 25:17, 29:10, 30:17, 38:25, 44:18, 49:23, 55:24, 58:20, 61:19, 68:3, 70:14, 71:13
**meal** [1] - 50:9
**meals** [1] - 50:3
**mean** [12] - 15:22, 18:11, 18:21, 25:2, 30:21, 38:25, 43:25, 45:4, 47:20, 49:22, 61:5, 61:17
**mechanics** [1] - 67:13
**medical** [3] - 18:2, 18:13, 18:14
**medications** [1] - 7:16
**meet** [1] - 8:14
**meeting** [3] - 8:20, 35:10, 35:13
**meetings** [3] - 35:16, 35:25, 36:9
**members** [1] - 24:24
**memory** [2] - 7:17, 7:19
**mentioned** [1] - 57:19
**met** [1] - 58:24
**mid** [1] - 30:23
**mid-July** [1] - 30:23
**might** [1] - 48:14
**mind** [2] - 5:24, 47:4
**minute** [1] - 18:12
**mom** [6] - 36:21, 36:23, 43:2, 44:20, 45:7, 48:3
**Monday** [3] - 28:19, 29:17, 46:9
**monetary** [1] - 39:15
**money** [2] - 41:22, 57:23
**month** [12] - 14:25, 34:17, 34:18, 35:19, 35:22, 45:14, 45:15, 49:6, 49:7, 49:9, 52:25, 58:25
**months** [9] - 9:12, 10:14, 30:15, 30:16, 35:23, 54:24, 55:2, 64:23, 64:24
**morning** [4] - 28:17, 32:19, 32:20, 32:21
**most** [3] - 31:18, 32:7, 46:13

**mother** [2] - 26:14, 27:24
**MR** [42] - 4:18, 7:21, 11:12, 13:4, 18:24, 19:7, 19:20, 19:22, 20:22, 21:10, 23:6, 23:11, 23:15, 24:5, 27:13, 33:9, 33:12, 37:22, 38:2, 38:11, 38:23, 41:25, 42:4, 43:9, 43:23, 44:3, 45:2, 46:16, 46:20, 46:25, 48:9, 52:2, 53:24, 54:4, 55:3, 55:6, 59:17, 65:22, 66:16, 66:19, 68:19, 68:21
**multiple** [1] - 24:19
**must** [3] - 6:25, 32:20, 64:23

## N

**name** [7] - 4:19, 4:25, 14:6, 26:6, 34:4, 34:5, 57:12
**NannyCam** [2] - 60:8, 61:2
**Nash** [2] - 1:14, 4:21
**NASH** [1] - 2:13
**necessarily** [1] - 48:13
**necessary** [2] - 5:25, 6:12
**necklace** [2] - 40:6, 40:7
**need** [3] - 6:19, 6:20, 7:4
**needed** [2] - 43:18, 55:24, 55:25
**needs** [1] - 29:11
**NEW** [2] - 71:3, 71:5
**new** [2] - 8:24, 35:6
**New** [11] - 1:15, 1:18, 2:8, 2:17, 8:14, 10:14, 14:12, 17:22, 18:3, 18:6, 71:9
**newsletter** [1] - 34:16
**newsletters** [2] - 34:21, 34:24
**next** [2] - 10:13, 22:24
**no** [55] - 7:15, 7:18, 8:2, 16:22, 17:15, 18:19, 21:19, 24:7, 25:19, 28:2, 29:7, 33:2, 33:5, 34:11, 36:24, 36:25, 37:2, 37:6, 37:9, 39:9, 39:13, 39:17, 39:19, 40:21, 41:13, 41:19, 41:24, 44:7, 45:7, 46:2, 46:5, 47:20, 48:11, 49:20, 50:5, 51:19, 51:23, 52:18, 53:16, 60:12, 60:13, 60:15, 61:6, 62:2, 65:7, 65:14, 66:14, 67:11, 68:11, 68:14, 68:18, 68:21, 71:18
**No** [1] - 1:5
**nods** [1] - 6:4
**none** [1] - 33:6
**nonverbal** [1] - 6:5
**normal** [2] - 37:11, 37:15
**Notary** [2] - 1:17, 71:8
**noted** [1] - 68:23
**nothing** [1] - 51:18
**Notice** [2] - 4:5, 72:11

**notice** [2] - 1:13, 11:5
**number** [25] - 37:24, 44:25, 45:21, 45:22, 45:25, 46:4, 47:4, 60:21, 62:22, 62:23, 63:3, 63:11, 64:8, 64:15, 64:21, 64:22, 65:2, 65:5, 65:6, 65:10, 65:13, 65:25, 66:10, 66:13
**numbers** [1] - 12:16
**NY** [3] - 1:15, 2:8, 2:17

## O

**o'clock** [1] - 45:6
**oath** [2] - 3:12, 5:14
**object** [3] - 20:23, 23:16, 42:5
**objection** [17] - 7:21, 11:12, 23:6, 23:11, 24:5, 27:13, 29:11, 38:11, 38:23, 42:5, 43:9, 43:23, 44:3, 45:2, 48:9, 52:2, 59:17
**objections** [1] - 3:6
**obligated** [1] - 67:19
**observe** [1] - 44:6
**occasion** [5] - 37:9, 53:23, 59:19, 61:9, 61:14
**occasional** [1] - 32:15
**occasionally** [1] - 47:12
**October** [5] - 13:10, 13:19, 13:20, 13:21, 14:17
**OF** [3] - 1:2, 71:3, 71:5
**off** [12] - 13:4, 13:5, 18:24, 18:25, 33:9, 36:13, 47:25, 53:24, 61:5, 61:21, 67:15, 67:16
**officer** [1] - 3:11
**offices** [1] - 1:14
**often** [8] - 27:18, 34:15, 35:18, 35:20, 45:13, 46:12, 47:11, 49:3
**Ogletree** [1] - 1:14, 4:20
**OGLETREE** [1] - 2:13
**old** [10] - 26:4, 26:5, 28:13, 29:4, 29:21, 30:2, 30:4, 31:24, 32:2
**once** [7] - 34:17, 35:19, 36:12, 49:9, 54:18, 54:19, 58:24
**one** [26] - 14:5, 26:2, 26:25, 27:4, 28:7, 33:21, 34:2, 34:4, 36:13, 36:25, 37:9, 38:15, 38:17, 38:18, 41:20, 42:19, 49:5, 49:7, 52:22, 53:18, 53:23, 54:17, 54:22, 59:18, 61:9
**only** [2] - 6:21, 28:7
**orally** [1] - 6:2
**order** [1] - 25:22
**orientation** [4] - 17:18, 17:20, 18:18  43:5

Movant's App. 000398

**outcome** [1] - 71:19
**outside** [3] - 18:6, 36:8, 50:11
**own** [1] - 56:10

# P

**P.C** [2] - 1:15, 2:13
**p.m** [2] - 62:8, 68:23
**PAGE** [2] - 72:5, 72:8
**PAGE/LINE** [1] - 69:5
**paid** [18] - 12:15, 36:20, 37:3, 38:8, 38:22, 41:7, 52:14, 56:21, 57:3, 57:9, 57:23, 59:10, 59:16, 61:10, 61:13, 63:23, 63:25
**pair** [22] - 8:7, 8:9, 8:12, 8:16, 8:23, 11:18, 11:22, 12:25, 13:7, 13:9, 15:25, 19:19, 20:8, 22:10, 22:12, 24:3, 35:6, 42:7, 54:7, 57:6, 58:4, 66:15
**Pair** [20] - 4:8, 4:24, 5:3, 5:4, 5:7, 8:18, 8:21, 11:24, 12:6, 15:12, 15:21, 15:22, 16:3, 19:3, 51:13, 57:7, 57:25, 58:7, 72:13, 72:16
**Pair/Companion** [2] - 4:12, 72:15
**pairs** [2] - 35:14, 60:23
**Pamela** [1] - 34:3
**PAOLA** [1] - 1:4
**paper** [1] - 44:18
**parents** [4] - 27:7, 27:11, 32:23, 67:9
**part** [1] - 57:6
**participate** [4] - 13:8, 16:15, 16:21, 17:17
**participation** [2] - 13:25, 25:5
**particular** [6] - 12:12, 12:14, 13:12, 37:13, 52:8, 62:22
**parties** [2] - 3:6, 71:17
**passed** [1] - 64:20
**pause** [5] - 9:18, 10:23, 19:13, 21:25, 23:7
**PAVLIK** [1] - 1:21
**pay** [10] - 36:23, 38:18, 38:25, 40:15, 40:18, 41:12, 41:14, 41:17, 41:22, 57:2
**payment** [3] - 52:23, 52:24, 64:2
**payment/benefit** [1] - 52:22
**payments** [1] - 39:15
**pending** [3] - 6:23, 6:25, 7:6
**per** [7] - 39:5, 44:13, 52:25, 57:24, 63:14, 63:18, 63:19
**performing** [1] - 44:6

**period** [2] - 25:11, 54:15
**person** [2] - 60:18, 68:6
**personal** [12] - 40:12, 40:15, 40:20, 41:2, 41:5, 41:15, 41:18, 55:16, 55:19, 56:6, 56:10, 67:3
**phone** [13] - 40:23, 41:2, 41:4, 41:7, 52:23, 53:3, 55:10, 55:15, 55:18, 56:3, 64:10, 65:21, 65:24
**photography** [3] - 54:10, 54:16, 54:20
**phrase** [1] - 39:4
**pick** [1] - 55:24
**piece** [1] - 44:18
**Pirozzi** [2] - 1:16, 71:7
**PIROZZI** [1] - 71:23
**placed** [3] - 17:16, 22:13, 24:3
**placement** [29] - 15:7, 24:23, 24:25, 25:4, 25:10, 25:25, 27:2, 27:5, 27:12, 27:17, 27:25, 28:4, 28:15, 29:22, 32:4, 32:25, 33:22, 34:10, 34:13, 35:3, 36:15, 39:16, 42:15, 44:9, 48:4, 48:20, 50:4, 50:7, 55:11
**plaintiffs** [1] - 2:5
**Plaintiffs** [1] - 1:5
**plan** [1] - 41:7, 53:3
**plans** [1] - 48:2
**play** [1] - 42:18
**playing** [1] - 48:15
**plural** [1] - 24:18
**point** [2] - 37:25, 67:21
**portion** [2] - 12:25, 23:9, 23:24
**practices** [1] - 32:16
**present** [1] - 68:9
**pretty** [2] - 36:11, 63:22
**private** [1] - 48:19
**probably** [7] - 9:11, 12:15, 29:9, 35:21, 39:4, 48:11, 49:5
**PROBYN** [5] - 1:12, 4:14, 70:9, 71:11, 72:8
**Probyn** [37] - 4:3, 4:6, 4:9, 4:12, 4:19, 9:13, 9:15, 10:18, 10:20, 16:24, 16:25, 19:4, 19:8, 19:10, 19:24, 20:11, 20:15, 21:20, 21:22, 25:20, 27:7, 33:17, 47:2, 50:15, 50:17, 50:23, 51:3, 52:5, 53:6, 53:7, 55:8, 72:6, 72:13, 72:17
**process** [1] - 15:14
**Professional** [2] - 1:17, 71:8
**PROFESSIONAL** [1] - 1:21
**profile** [2] - 15:16, 15:17
**program** [9] - 9:3, 13:2

13:8, 13:9, 13:21, 13:25, 24:3, 25:6, 57:6
**prohibited** [1] - 39:11
**protect** [1] - 25:22
**provide** [5] - 23:20, 40:22, 48:18, 50:2, 50:6
**provided** [3] - 23:22, 49:18, 51:24
**Public** [2] - 1:18, 71:8
**purchased** [1] - 66:25
**purchasing** [1] - 66:23
**purpose** [2] - 5:12, 12:8
**purposes** [6] - 40:12, 40:15, 40:20, 41:2, 41:5, 67:3
**pursuant** [1] - 1:13
**put** [1] - 60:8

# Q

**question** [36] - 6:7, 6:9, 6:13, 6:14, 6:22, 6:24, 7:2, 7:6, 13:7, 21:5, 21:9, 21:12, 21:16, 23:17, 30:17, 33:13, 38:3, 42:2, 42:3, 52:8, 52:10, 52:21, 53:10, 53:12, 62:22, 63:3, 63:13, 63:17, 63:22, 64:3, 65:13, 66:2, 66:4, 66:5, 66:9, 66:13
**questionnaire** [7] - 19:19, 20:9, 20:11, 20:15, 50:22, 51:2, 65:20
**Questionnaire** [4] - 4:8, 19:3, 72:13, 72:16
**questionnaires** [2] - 20:19, 51:22
**questions** [24] - 5:13, 5:14, 5:22, 6:2, 25:21, 46:21, 50:18, 51:5, 51:9, 51:21, 54:5, 55:4, 55:9, 56:6, 56:18, 58:19, 61:9, 62:15, 63:6, 63:10, 65:15, 65:19, 66:22, 68:22
**quick** [1] - 46:17

# R

**ran** [1] - 18:15
**RE** [2] - 32:14, 66:18
**RE-EXAMINATION** [1] - 66:18
**reached** [2] - 15:18
**read** [13] - 11:24, 21:10, 21:12, 33:12, 33:15, 38:2, 38:4, 41:25, 42:3, 46:20, 46:23, 52:10, 53:12
**really** [1] - 25:3
**reason** [1] - 7:12
**recall** [20] - 14:14, 22:5, 22:8, 24:20, 30:22, 38:7,

55:8, 55:13, 56:5, 56:17, 58:18, 59:4, 59:20, 59:25, 61:8, 62:9, 62:18, 64:15, 64:19
**receive** [7] - 9:10, 36:14, 36:17, 39:15, 39:18, 39:20, 53:15
**received** [5] - 8:25, 21:2, 37:18, 41:21, 53:18
**receiving** [1] - 39:11
**recently** [1] - 20:9
**recess** [3] - 33:11, 46:19, 54:2
**Recess** [1] - 19:2
**recollection** [2] - 6:16, 24:13
**recommended** [2] - 39:3
**record** [17] - 13:4, 13:5, 18:24, 18:25, 26:24, 33:9, 33:15, 38:4, 46:23, 50:21, 52:11, 53:13, 53:25, 66:20, 68:12, 68:16, 71:14
**recorded** [1] - 6:6
**refer** [3] - 5:2, 25:23, 26:4
**referring** [6] - 5:5, 8:17, 23:13, 25:11, 30:16, 33:18
**refresher** [1] - 12:11
**regarding** [5] - 11:17, 11:21, 57:8, 57:22, 58:3
**region** [1] - 43:12
**Registered** [2] - 1:17, 71:7
**reimburse** [1] - 67:10
**related** [1] - 71:17
**rely** [4] - 12:23, 13:13, 51:8, 51:11
**remember** [20] - 6:11, 12:12, 15:15, 15:17, 18:5, 18:21, 34:2, 34:3, 36:10, 36:11, 44:12, 57:12, 59:11, 62:12, 62:14, 64:2, 64:6, 64:11, 66:6, 68:7
**repeat** [1] - 6:8
**rephrase** [2] - 6:10, 21:8
**Reporter** [2] - 1:17, 71:8
**reporter** [5] - 6:3, 9:13, 10:18, 19:8, 21:20
**REPORTING** [1] - 1:21
**represent** [1] - 4:22
**representation** [3] - 57:18, 58:6, 58:11
**representations** [2] - 57:8, 58:2
**representative** [10] - 16:14, 17:12, 34:10, 43:3, 44:5, 57:11, 57:21, 58:2, 58:8, 58:10
**representatives** [2] - 16:20, 57:7
**reserved** [1] - 3:7
**resided** [1] - 24:21
**residing** [1] - 14:21

**respect** [2] - 45:8, 45 11
**respective** [1] - 3:5
**respond** [1] - 6:2
**response** [6] - 52:11, 52:21, 53:9, 53:13, 59:21, 60:11
**responses** [2] - 6:5, 65:6
**reveal** [1] - 20:24
**revealing** [1] - 21:5
**review** [11] - 8:3, 9:16, 10:21, 11:6, 11:17, 12:9, 19:11, 19:25, 21:23, 23:3, 23:18
**reviewed** [4] - 11:11, 12:13, 12:16, 23:25
**right** [6] - 13:16, 26:11, 38:16, 48:4, 49:15, 67:4
**Right** [2] - 4:5, 72:11
**rights** [1] - 11:5
**Rob** [1] - 4:20
**ROBERT** [1] - 2:18
**robert.tucker@ ogletreedeakins .com** [1] - 2:19
**room** [1] - 49:10
**roughly** [4] - 30:10, 31:21, 45:15, 47:24
**round** [1] - 30:20
**RPR** [1] - 71:23

## S

████ [1] - 14:9
**said** [2] - 12:5, 16:12, 18:8, 18:9, 18:12, 21:14, 24:18, 29:20, 32:6, 34:21, 34:22, 40:3, 44:14, 45:5, 45:16, 48:3, 49:7, 53:16, 54:21, 59:20, 59:22, 66:25
**same** [6] - 7:3, 12:2, 18:23, 20:8, 40:7, 51:15
**Saturday** [1] - 32:19
**say** [25] - 5:4, 6:4, 6:8, 6:9, 6:13, 14:13, 17:8, 22:6, 25:4, 25:10, 28:25, 31:6, 35:19, 36:13, 43:20, 45:6, 45:14, 46:13, 47:20, 48:11, 57:22, 58:14, 60:10, 62:7, 67:15
**saying** [4] - 8:22, 20:21, 22:16, 35:8
**schedule** [11] - 28:12, 28:14, 29:5, 29:14, 32:18, 44:8, 44:16, 44:21, 45:5, 45:16, 54:12
**scheduled** [2] - 46:7, 48:7
**SCHILLER** [1] - 2:4
**school** [18] - 28:4, 28:10, 28:16, 29:4, 30:6, 30:14, 30:19, 31:10, 31:14, 31:20, 31:22, 32:14, 32:17, 42:9, 42:21, 44 23, 56:15, 67:16

**sealing** [1] - 3:14
**second** [6] - 10:4, 28:22, 29:22, 33:10, 34:2, 60:4
**see** [4] - 12:17, 22:20, 52:21, 59:8
**seen** [5] - 9:21, 10:25, 19:15, 20:4, 22:3
**send** [1] - 34:16
████ [32] - 14:7, 14:21, 14:22, 14:23, 14:24, 15:8, 15:10, 16:8, 16:25, 17:3, 17:5, 17:9, 17:13, 17:17, 18:17, 22:14, 24:4, 24:14, 24:22, 25:21, 26:13, 27:9, 27:11, 28:3, 32:24, 40:8, 40:22, 41:8, 41:14, 41:17, 41:22, 48:18
**sent** [1] - 65:9
**separate** [1] - 12:19
**September** [5] - 4:2, 13:11, 14:2, 30:24, 72:10
**service** [1] - 23:21
**services** [1] - 23:19
**session** [1] - 54:23
**set** [1] - 71:12
**sets** [1] - 20:18
**seven** [6] - 26:4, 26:5, 61:15, 61:18, 62:7, 63:20
**seven-year-old** [1] - 26:5
**several** [2] - 22:25, 54:24
**share** [2] - 48:22, 49:17
**sharing** [1] - 49:10
**she** [17] - 28:9, 28:16, 28:23, 29:15, 42:20, 45:8, 45:10, 48:7, 48:12, 48:14, 57:12, 57:17, 58:14, 59:8, 59:13, 59:18
**shift** [2] - 50:8, 50:10
**shifts** [1] - 50:12
**shirt** [1] - 40:2
**should** [4] - 52:19, 59:9, 59:15, 60:7
**side** [1] - 22:21
**sign** [2] - 22:7, 22:12
**signal** [2] - 65:21, 65:23
**signature** [1] - 10:6
**signed** [3] - 3:10, 22:7, 24:9
**signing** [1] - 24:13
**simply** [3] - 6:13, 6:20, 7:5
**since** [1] - 4:25
**sitting** [1] - 7:12
**six** [1] - 9:11
**skype** [3] - 16:9, 16:12, 16:13
**sleep** [2] - 49:20, 49:24
**Smith** [2] - 26:3, 26:5
**SMOAK** [1] - 2:13
**Smoak** [2] - 1:14, 4:21
**softball** [1] - 32:16
**some** [8] - 25:21, 32:10, 50:18, 55:9, 56:6, 58 19,

61:9, 64:2
**someplace** [1] - 67:15
**sometime** [1] - 30:23
**sometimes** [1] - 45:9
**sorry** [5] - 13:16, 25:14, 27:10, 54:22, 61:5
**speaking** [1] - 7:3
**specific** [10] - 12:16, 21:19, 24:12, 35:5, 43:7, 43:12, 45:4, 46:6, 61:21, 62:15
**specifics** [2] - 22:8, 44:12
**spell** [1] - 14:8
**spending** [1] - 14:12
**ss** [1] - 71:4
**start** [1] - 57:15
**started** [1] - 66:22
**State** [2] - 1:18, 71:9
**STATE** [1] - 71:3
**STATES** [1] - 1:2
**States** [1] - 57:6
**states** [1] - 57:14
**STEWART** [1] - 2:13
**Stewart** [2] - 1:15, 4:21
**still** [1] - 10:11
**stipend** [18] - 36:14, 36:17, 36:20, 36:23, 37:3, 37:7, 37:12, 37:15, 37:19, 38:5, 38:9, 39:8, 39:11, 39:14, 41:21, 52:13, 53:15, 53:18
**STIPULATED** [3] - 3:4, 3:9, 3:13
**STIPULATIONS** [1] - 3:2
**stop** [1] - 14:21
**strike** [12] - 12:22, 15:6, 56:24, 59:11, 61:4, 62:2, 63:8, 64:4, 64:5, 65:3, 65:11, 66:7
**Studies** [2] - 4:23, 5:6
**Study** [1] - 2:15
**Subscribed** [1] - 70:13
**subway** [1] - 64:14
**suggested** [1] - 43:15
**summarize** [1] - 23:9
**summer** [5] - 30:15, 30:16, 30:21, 31:4, 35:23
**Sunday** [1] - 32:20
**supposed** [2] - 23:20, 23:21
**survey** [1] - 64:7
**sworn** [4] - 3:10, 4:16, 70:13, 71:13

## T

**T-shirt** [1] - 40:2
**term** [4] - 54:15, 54:23, 54:24, 55:2
**terminology** [1] - 58:20
**testified** [4] - 4:16, 24:8, 33:16, 47 2, 58:23, 59 2,

62:25, 66:23   68:4
**testify** [1] - 53:17
**testifying** [1] - 5:18
**testimony** [2] - 7:14, 38:14, 71:14
**THE** [3] - 1:2, 46:18, 65:23
**three** [8] - 16:11, 50:3, 54:14, 54:21, 54:22, 54:23, 54:25, 64:24
**throughout** [4] - 27:22, 48:19, 50:3, 50:7
**today** [5] - 5:10, 5:17, 7:13, 7:25, 8:4, 20:21, 59:2
**together** [1] - 49:25
**took** [1] - 48:7
**track** [3] - 44:24, 45:24, 46:3
**training** [3] - 17:23, 18:20, 18:22
**transcript** [1] - 37:23
**travel** [2] - 15:2, 41:15
**trial** [1] - 3:8
**trip** [1] - 62:10
**true** [6] - 31:23, 31:25, 53:21, 67:2, 67:6, 71:14
**truthful** [1] - 7:13
**try** [1] - 60:14
**Tucker** [10] - 4:20, 55:9, 55:14, 56:5, 56:17, 58:18, 61:8, 62:14, 72:6, 72:7
**TUCKER** [19] - 2:18, 4:18, 13:4, 18:24, 19:7, 19:22, 21:10, 33:12, 38:2, 46:16, 46:20, 46:25, 53:24, 54:4, 55:3, 59:17, 65:22, 66:19, 68:19
**tucker** [2] - 62:18, 62:21
**twice** [1] - 34:18, 35:22, 45:14
**two** [8] - 20:18, 26:18, 27:22, 29:5, 34:8, 49:2, 54:25, 64:23
**type** [1] - 52:22

## U

**under** [4] - 5:14, 39:5, 56:25, 64:5
**understand** [9] - 5:15, 5:20, 6:9, 6:17, 7:9, 11:10, 22:25, 25:2, 51:6
**understanding** [3] - 24:2, 45:18, 61:12
**understood** [1] - 6:15
**unhappy** [1] - 60:9
**UNITED** [1] - 1:2
**United** [1] - 57:5
**unless** [2] - 37:9, 49:20
**Unpaid** [2] - 4:6, 72:11
**up** [8] - 22:7, 49:4, 49:8,

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 05/23/18   USDC Colorado   pg 153 of 399
Case 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 05/09/18   USDC Colorado   Page 153 of 399

80

49:9, 49:13, 55:25, 67 19,
67:22
  **US** [1] - 52:14

## V

  **vacation** [4] - 30:22, 31:4,
61:20, 61:23
  **vaguely** [1] - 64:2
  **VALDIVIESO** [25] - 2:9,
7:21, 11:12, 19:20, 20:22,
23:6, 23:11, 23:15, 24:5,
27:13, 33:9, 37:22, 38:11,
38:23, 41:25, 42:4, 43:9,
43:23, 44:3, 45:2, 48:9, 52:2,
55:6, 66:16, 68:21
  **Valdivieso** [5] - 7:4, 21:14,
21:17, 29:11, 66:21
  **valdivieso** [1] - 72:6
  **varied** [3] - 44:13, 44:14,
45:17
  **varies** [1] - 63:15
  **vary** [3] - 42:14, 53:15,
53:22
  **via** [3] - 16:9, 16:12, 16:13
  **visa** [6] - 12:17, 12:19,
12:23, 15:9, 51:12, 63:23
  **visited** [1] - 12:5
  **visits** [1] - 56:16

## W

  **Wages** [2] - 4:6, 72:12
  **wait** [3] - 7:6, 29:8, 38:14
  **waiting** [1] - 67:17
  **waived** [1] - 3:15
  **water** [1] - 46:18
  **website** [6] - 11:24, 12:6,
12:20, 15:13, 15:25, 51:14
  **week** [23] - 31:8, 36:18,
37:11, 37:13, 37:18, 38:5,
38:15, 38:18, 39:2, 39:6,
44:13, 44:14, 45:19, 46:7,
47:5, 53:19, 54:14, 54:21,
57:24, 62:4, 63:14, 63:18,
63:20
  **weekend** [3] - 49:4, 49:6,
49:7
  **weekends** [2] - 46:10,
46:13
  **weekly** [3] - 36:14, 52:13,
53:14
  **welcome** [2] - 8:23, 35:8
  **whatever** [1] - 67:18
  **whenever** [2] - 13:18, 49:9
  **where** [10] - 17:22, 18:3,
24:17, 29:9, 32:11, 36:4,
52:22, 55:24, 64:11, 64:16
  **Wisconsin** [4] - 31:5, 49:5,
49:8, 49:10

  **WITNESS** [3] - 46 18,
65:23, 72:5
  **witness** [4] - 4:15, 20:23,
71:11, 71:15
  **word** [1] - 24:25
  **work** [17] - 27:16, 41:23,
44:8, 45:19, 46:8, 46:10,
47:5, 47:8, 48:7, 55:20,
55:21, 56:11, 56:13, 58:4,
58:15, 63:14, 63:18
  **worked** [6] - 37:10, 39:2,
44:25, 45:25, 46:4, 62:4
  **working** [10] - 17:25, 45:7,
47:23, 50:9, 59:7, 59:9,
59:15, 59:22, 60:6, 60:22
  **written** [2] - 34:25, 44:17
  **wrote** [3] - 52:16, 63:15,
63:24

## Y

  **year** [17] - 26:5, 28:8, 28:13,
28:14, 28:22, 29:4, 29:21,
29:22, 30:2, 30:4, 30:20,
31:24, 31:25, 32:2, 32:3,
60:4, 62:13
  **year-round** [1] - 30:20
  **years** [3] - 26:4, 27:22, 29:5
  **York** [11] - 1:15, 1:18, 2:8,
2:17, 8:15, 10:14, 14:13,
17:22, 18:3, 18:6, 71:9
  **YORK** [2] - 71:3, 71:5
  **youngest** [2] - 28:7, 42:19
  **yourself** [1] - 32:22
  **yup** [11] - 6:18, 10:7, 22:23,
26:17, 47:18, 53:2, 53:8,
53:11, 62:24, 66:24, 67:21

Movant's App. 000401

LILIAM ARIAS - 03/29/2018

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF COLORADO

 3   -----------------------------------------------------x
     JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4   BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
     JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5   JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                       Plaintiffs,

 7
                     -against-        Civil Action No:
 8                                    14-cv-03074-CMA-CBS

 9   INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
     LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10   AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
     CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11   INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
     AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12   NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
     FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13   AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
     AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14   EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
     INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15   ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAU PAIR,
     and GOAUPAIR OPERATIONS, LLC,
16                       Defendants.
     -----------------------------------------------------x
17           EXAMINATION BEFORE TRIAL of the Plaintiff,

18   LILIAM ARIAS, taken by the Defendant, pursuant to

19   Court Order, held at the offices of Ogletree,

20   Deakins, Nash, Smoak & Stewart, P.C., 1745 Broadway,

21   22nd Floor, New York, New York 10019, on March 29,

22   2018, at 9:20 a.m., before a Notary Public of the

23   State of New York.

24   ****************************************************

25
```

LILIAM ARIAS - 03/29/2018                    Pages 2..5

---

Page 2

1  A P P E A R A N C E S :

2

3  BOISE SCHILLER FLEXNER LLP
4      Attorneys for Plaintiffs
5      1999 Harrison Street
       Oakland, California 94612
6  BY:  SEAN PETTERSON, ESQ.

7

8

9

   OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
10     Attorneys for Defendants
       AMERICAN INSTITUTE FOR FOREIGN STUDY,
11     d/b/a AU PAIR IN AMERICA
       1745 Broadway
12     New York, New York 10019
13  BY:  ROBERT M. TUCKER, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1           S T I P U L A T I O N S

2

3

4

5

6           IT IS HEREBY STIPULATED AND AGREED by and
7  between the attorneys for the respective parties
8  herein, that filing, sealing and certification,
9  and the same are, hereby waived.

10

11          IT IS FURTHER STIPULATED AND AGREED that
12  all objections except as to the form of the
13  question, shall be reserved to the time of the
14  trial.

15

16          IT IS FURTHER STIPULATED AND AGREED that
17  the within deposition may be signed and sworn to
18  by an officer authorized to administer an oath,
19  with the same force and effect as if signed and
20  sworn to before the Court.

21
22
23
24
25

---

Page 4

1

2    L I L I A M   A R I A S,  the witness herein, having
3  been first duly sworn by a Notary Public of the
4  State of New York, was examined and testified as
5  follows:
6  EXAMINATION BY
7  MR. TUCKER:
8           (Whereupon, Consent To Join form was
9       marked as Arias Exhibit 1, for
10      identification, as of this date.)
11          (Whereupon, Notice of Your Right to Join
12      Lawsuit For Unpaid Wages was marked as Arias
13      Exhibit 2, for identification, as of this
14      date.)
15          (Whereupon, Host Family and Au
16      Pair/Companion Agreement was marked as Arias
17      Exhibit 3, for identification, as of this
18      date.)
19  Q.  State your name for the record, please.
20  A.  Liliam Arias.
21  Q.  Hello, Ms. Arias.  My name is Robert Tucker.
22  I am an attorney with Ogletree, Deakins, Nash, Smoak
23  & Stewart, P.C., and we represent the defendant
24  American Institute For Foreign Studies doing
25  business as Au Pair in America.

---

Page 5

1                    L. ARIAS
2           Since my client's name is lengthy, I am going
3  to refer to my client as APIA or Au Pair in America,
4  so when I say APIA or Au Pair in America, I am
5  referring the defendant American Institute For
6  Foreign Studies doing business as Au Pair in
7  America; is that clear?
8  A.  Yes.
9  Q.  We are here today so I can take your
10  deposition.  As you may know, the purpose of this
11  deposition is for me to ask you questions and for
12  you to answer questions under oath.  Do you
13  understand?
14  A.  Yes.
15  Q.  Your answers today can be used in this case
16  as if you were testifying in front of the judge?  Do
17  you understand?
18  A.  Yes.
19  Q.  As I ask you these questions, I am going to
20  ask that you keep a few instructions in mind.
21          First, it is necessary for you to respond
22  orally or aloud to my questions?  Do you understand
23  that?
24  A.  Yes.
25  Q.  The court reporter here is taking everything

---

Movant's App. 000403

LILIAM ARIAS - 03/29/2018         Pages 6..9

Page 6
L. ARIAS
1  down that we say, and gestures or nods or other
2  nonverbal responses cannot be recorded.
3
4      If you do not hear a question, say so, and I
5  will repeat it.  If you do not understand a
6  question, say so, and I will rephrase it.  If you do
7  not know or remember the information necessary to
8  answer a question, simply say so.  If you answer a
9  question, I will assume that you have heard it,
10 understood it, and can give your best recollection.
11 Do you understand?
12     A.  Yes.
13     Q.  If you need a break, simply tell me you need
14 a break, and I will accommodate you.  The only thing
15 that I ask is that you answer any question that is
16 pending before you take a break.  You may not take a
17 break while a question is pending.  You must first
18 answer any question; is that clear?
19     A.  Yes.
20     Q.  And the same goes for speaking with your
21 attorneys.  If you need to speak with your attorney
22 at any time, I simply ask that you wait until after
23 any pending question is answered.
24     Lastly, as we are in a remote video
25 deposition, I want to remind you that the

Page 7
L. ARIAS
1  participation in and attendance at this deposition
2  is limited to yourself, the attorney, the court
3  reporter, and no one else is allowed to participate
4  in or attend the deposition; is that clear?
5      A.  Yes.
6      Q.  In the unlikely event someone else enters the
7  room in which you are sitting during the deposition,
8  please notify me, okay?
9      A.  Okay.
10     Q.  Do you understand the instructions that I
11 have just given you?
12     A.  Yes.
13     Q.  Is there any reason sitting here today that
14 you cannot give truthful and complete testimony in
15 this matter?
16     A.  No.
17     Q.  Are you taking any medications that affect
18 your memory?
19     A.  No.
20     Q.  Do you have a good memory?
21        MR. PETTERSON:  Objection.
22     Q.  What languages do you speak?
23     A.  Spanish and English.
24     Q.  Are you able to read English?

Page 8
L. ARIAS
1      A.  Yes.
2      Q.  Other than your attorneys, did you discuss
3  this case today with anyone before coming here?
4      A.  No.
5      Q.  Did you review any documents before your
6  deposition today?
7      A.  Yes.
8      Q.  What documents did you review?
9      A.  The ones that you sent me.
10     Q.  Are you referring to the three exhibits?
11     A.  Yes.
12     Q.  Other than the three exhibits, did you review
13 any other documents?
14     A.  No.
15     Q.  How did you learn about the lawsuit?
16     A.  By another au pair.
17     Q.  What au pair was that?
18     A.  Danielle Nera.
19     Q.  Could you spell the last name, please?
20     A.  N-E-R-A.
21     Q.  Ms. Arias, we just talked about three
22 exhibits.
23     Do you have access to the exhibits?
24     A.  Yes.

Page 9
L. ARIAS
1      Q.  Can you take a look at the document that was
2  marked Exhibit 1.  It says at the top -- and I
3  apologize for my pronunciation -- Consentimiento
4  Para Unirse.
5      A.  Yes.
6      Q.  Can you please review that document.  Just so
7  we are clear, it is this document (indicating).  I
8  don't know if you are able to see that.
9      Can you please review the document and let me
10 know when you have done so.
11     A.  Okay, okay.
12     Q.  Thank you.
13     Have you seen this document before?
14     A.  A few minutes ago.
15     Q.  Before then, had you seen that document?
16     A.  I don't remember.
17     Q.  Do you see in the middle of the page where it
18 says data or data?  Do you see that?
19     A.  Uh-huh.
20     Q.  And then it goes down all the way to a couple
21 of dates there at the end.
22     A.  Yes.
23     Q.  Did you complete that information?
24     A.  Yes.

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-2   filed 05/09/18   USDC Colorado   pg.
152 of 399
Case 1:14-cv-03074-CMA-KMT   Document 1071-10   filed 05/23/18   USDC Colorado   Page 157
of 399

Page 10

```
 1                      L. ARIAS
 2        Q.  Is that your signature?
 3        A.  Yes.
 4        Q.  Was the information on this form accurate at
 5   the time you completed it?
 6        A.  I'm sorry.  I didn't understand.
 7        Q.  Let me just repeat the question and if you
 8   don't understand it, I will rephrase it.
 9             Is the information you completed on the form,
10   was it accurate at the time you completed it?
11        A.  Yes.
12        Q.  Is the information on the form currently
13   accurate?
14        A.  Yes.
15        Q.  Okay.  Ms. Arias, I am going to ask you to
16   look at the document that was marked Exhibit 2.  The
17   document, just so we are clear, looks like this
18   (indicating).  It is three pages long.  If you
19   could, please review it now, and let me know when
20   you have done so.
21        A.  Okay, okay.
22        Q.  Thank you.
23             Have you seen this document before?
24        A.  No.
25        Q.  Can you identify it?
```

Page 11

```
 1                      L. ARIAS
 2        A.  Identify it?  Like --
 3        Q.  Yes.  What is it?
 4        A.  Oh, yes.
 5        Q.  Sorry.  I didn't catch that.  Can you say
 6   that again.
 7        A.  Yes.  I understand what it is.
 8        Q.  Did you review this document before you
 9   completed the information in Exhibit 1?
10        A.  No.
11        Q.  After you completed the information in
12   Exhibit 1, did you review any documents regarding
13   your experiences as an au pair?
14        A.  No.
15        Q.  Have you completed a questionnaire regarding
16   your experiences as an au pair regarding this
17   lawsuit?
18        A.  No.
19        Q.  When did you participate in the APIA au pair
20   program?
21        A.  July -- no.  June of 2009 to June 2011.
22        Q.  Do the dates June 15, 2009, through June 14,
23   2011, sound accurate?
24        A.  Yes.
25        Q.  When were you placed with your host family?
```

Page 12

```
 1                      L. ARIAS
 2             MR. PETTERSON:  Objection.
 3        A.  I didn't understand the question.
 4        Q.  When did you arrive at your host family's
 5   home?
 6        A.  In June but I don't remember the exact date.
 7        Q.  Just to be clear, June of 2009?
 8        A.  Yes.
 9        Q.  What is your host family's surname?
10        A.  ▮▮▮▮▮▮
11        Q.  Could you spell that, please?
12        A.  ▮▮▮▮▮▮.
13        Q.  Other than the ▮▮▮▮▮ family, were you
14   placed with any other host family?
15        A.  No.
16        Q.  Why did your placement with the ▮▮▮▮▮▮
17   family end?
18        A.  June 2011.
19        Q.  No.  I asked why did it end.
20        A.  Oh, because the program finished.  I mean, I
21   completed the second year.
22        Q.  How did you locate the ▮▮▮▮▮ family?
23             MR. PETTERSON:  Objection.
24        A.  By Au Pair in America.
25        Q.  What do you mean by that?
```

Page 13

```
 1                      L. ARIAS
 2        A.  Could you repeat the question.
 3        Q.  Sure.  My question was:  How did you locate
 4   the ▮▮▮▮▮ family?
 5        A.  I made application by Au Pair in America, and
 6   they set up all my profile in a website phone and we
 7   contact over there.
 8        Q.  What was the end?  You said we contact.  What
 9   was that?
10        A.  We contact by the website.
11        Q.  "We," being you and the ▮▮▮▮▮ family?
12        A.  Sorry.
13        Q.  When you say "we," do you mean you and the
14   ▮▮▮▮▮ family?
15        A.  Yes.
16        Q.  So you and the ▮▮▮▮▮ family connected over
17   a web platform set up by Au Pair in America?
18        A.  Yes.
19        Q.  Can you describe the process by which you and
20   the ▮▮▮▮▮ family connected.
21        A.  My profile was on the website from Au Pair in
22   America.  The ▮▮▮▮▮ family e-mailed me after
23   seeing my profile.  Then they sent me an e-mail
24   saying they want to have an interview.  So we went
25   by Skype and talked for awhile.
```

Movant's App. 000405

Page 14

L. ARIAS

1
2   Q.  Did you have interviews with other families?
3   A.  No.
4   Q.  Did APIA participate in the interview with
5   the ███████ family?
6             MR. PETTERSON:  Objection.
7   A.  No.
8   Q.  Who decided that you and the ███████ family
9   were going to match?
10            MR. PETTERSON:  Objection.
11  A.  What do you mean who decided?
12  Q.  Well, you ended up with the ███████ family,
13  right?
14  A.  Yes.
15  Q.  How did that happen?
16  A.  They chose me and I chose them and Au Pair in
17  America made all the process after that.
18  Q.  Did Au Pair in America tell you you had to
19  match with the ███████ family?
20  A.  No.
21  Q.  Before you were placed with the ███████
22  family, did you participate in an orientation?
23  A.  Yes.
24  Q.  What was the orientation?
25  A.  In the office they explaining how the program

Page 15

L. ARIAS

1
2   works and all the conditions and everything.
3   Q.  What office are you referring to?
4   A.  Bogota office.  Au Pair in America.
5   Q.  What about in America, did you participate in
6   any orientation in America?
7   A.  Yes.
8   Q.  Where did that orientation occur?
9   A.  Stratford, Stamford.  I don't remember the
10  name of the town.
11  Q.  Stamford, Connecticut?
12  A.  I really don't remember.
13  Q.  What occurred at the orientation?
14  A.  We have, like, explanations about ID, about
15  the insurance, about all the program.  Like, the
16  program --
17  Q.  The program what?  Sorry.  That part cut out
18  for us.
19  A.  All the program requirements and the host
20  family conditions and yeah.
21  Q.  Was there any child care training?
22  A.  Yes.
23  Q.  Was the child care training generally
24  applicable?
25  A.  Yes.

Page 16

L. ARIAS

1
2   Q.  Was any of the training specific to the
3   ███████ family?
4   A.  No.
5   Q.  How long was the orientation?
6   A.  I don't remember.  It was three or four days.
7   Q.  When did the orientation occur?
8   A.  Before going to meet the ███████ family.
9   Q.  Did you sign a written agreement with the
10  ███████ family and Au Pair in America?
11  A.  I don't remember.
12  Q.  I am going to ask you to please take a look
13  at the document that has been marked Exhibit 3.  It
14  looks like this (indicating).  So if you could, just
15  please review that document and after you have done
16  so, just let me know.
17  A.  Okay.
18  Q.  Thank you.
19  A.  Okay.
20  Q.  Have you seen this document before?
21  A.  Yes.
22  Q.  What is it?
23  A.  Like, it's an agreement that I have to sign
24  to be -- to say that I agree with the program.
25  Q.  Did you sign this agreement?

Page 17

L. ARIAS

1
2   A.  Yes.
3   Q.  Did you review the agreement before you
4   signed it?
5   A.  Yes.
6   Q.  Did you understand the agreement after you
7   reviewed it?
8   A.  Yes.
9   Q.  Is there anything in the agreement that is
10  inaccurate?
11  A.  Not sure, no.
12  Q.  Aside from this agreement -- and when I say
13  this agreement, we are talking about the document
14  that has been marked Exhibit 3 -- did you enter into
15  any other written agreements with the ███████
16  family?
17  A.  I don't remember.
18  Q.  How many individuals resided in the ███████
19  family at the time of your placement?
20  A.  Resided?
21  Q.  Resided.
22  A.  The three girls, my host dad, my host mom,
23  the host brother.  Six.
24  Q.  Does that include yourself or no?
25  A.  No.

Movant's App. 000406

Case No. 1-14-cv-03074-CMA-KMT   Document 1085-1   filed 05/23/18   USDC Colorado   pg
159 of 399
Case 1:14-cv-03074-CMA-KMT   Document 1071-1085   filed 05/23/18   USDC Colorado   Page 159
of 399

Movant's App. 000407

## Page 18

L. ARIAS

1
2  Q.  I am about to ask you some questions at the
3  ▇▇▇▇ family.  In order to preserve the
4  confidentiality of the ▇▇▇▇ family's children, I
5  am going to ask that you refer to the children by
6  gender and approximate age.  So for example, if one
7  of the children was John Smith approximately seven
8  years old, I would ask that you refer to John Smith
9  as the 7-year-old boy instead of by his name John
10 Smith; is that clear?
11     A.  Yes.
12     Q.  Are you comfortable with that?
13     A.  Yes.
14     Q.  Can you please identify each of the six
15 individuals who were residing in the ▇▇▇▇ home
16 by relationship and approximate age at the time of
17 your placement?
18     A.  My host mother, I don't know how old she was.
19 My host father, I don't know either.  My host
20 brother, he was approximately 20 years old.  The
21 girl -- the youngest girl was three.  The middle
22 girl was about ten, and the older one was about 11.
23     Q.  Thank you.
24         Did the ▇▇▇▇ parents have full-time
25 employment during your placement?

## Page 19

L. ARIAS

1
2     A.  Yes.
3     Q.  Did the ▇▇▇▇ parents ever work from home
4  during your placement?
5     A.  I don't know.
6     Q.  Did any of the ▇▇▇▇ children attend
7  school during your placement?
8     A.  Yes.
9     Q.  Did all of them attend school?
10    A.  The youngest one attended to day care and the
11 other two to school.
12    Q.  But the other two were in school?
13    A.  Yes.
14    Q.  Did anyone other than the 3-year-old girl
15 attend day care?
16    A.  No.
17    Q.  Did any of the ▇▇▇▇ children attend camp
18 during your placement?
19    A.  Summer camp, yes.
20    Q.  Which children?
21    A.  The oldest one.
22    Q.  The 20-year-old boy?
23    A.  No, no, no, the oldest girl.  The
24 11-year-old.
25    Q.  The others did not attend camp?

## Page 20

L. ARIAS

1
2     A.  Not that I remember.
3     Q.  How long was the camp?
4     A.  I don't remember.
5     Q.  Was it more than a week?
6     A.  I don't remember.
7     Q.  What was the school schedule for the
8  11-year-old girl?
9     A.  It started about 8:00 in the morning and
10 finished at 3:00 p.m.
11    Q.  Was that Monday through Friday?
12    A.  Yes.
13    Q.  What was the schedule for the 10-year-old
14 girl?
15    A.  Same.
16    Q.  Did you have to provide child care for the
17 20-year-old boy?
18    A.  No.
19    Q.  Did you ever perform duties related to the
20 20-year-old boy?
21    A.  No.
22    Q.  What was the 3-year-old girl's day care
23 schedule?
24    A.  It started about 8:00 and finished about
25 2:00 p.m.

## Page 21

L. ARIAS

1
2     Q.  Was this Monday through Friday?
3     A.  Yes.
4     Q.  Was the day care year-round?
5     A.  It was like ten -- no.  Five minutes by car.
6     Q.  No.  I apologize.  I mean, was there any
7  break during the year from the day care?
8     A.  Oh, yes.
9     Q.  When was that?
10    A.  Summer and December holidays.
11    Q.  When in summer was there no day care?
12    A.  I don't remember.
13    Q.  Did the 11-year-old and 10-year-old girl
14 attend school in summer?
15    A.  No.
16    Q.  What months did they attend school?
17    A.  Their regular time was January to some part
18 of June and then July to December, I guess.  I don't
19 remember exactly.
20    Q.  Other than yourself and the ▇▇▇▇ parents,
21 did anyone take care of the 11-year-old girl, the
22 10-year-old girl, or the 3-year old girl during your
23 placement?
24    A.  No.
25    Q.  What about the 20-year-old boy?  Did he ever

Page 22

L. ARIAS

1
2  watch his sisters?
3          MR. PETTERSON: Objection.
4  A. Maybe the weekends. I'm not sure.
5  Q. Did the girls have a babysitter?
6          MR. PETTERSON: Objection.
7  A. No.
8  Q. What were your duties for the ▮▮▮▮
9  family?
10  A. I have to wake up the girls, help them dress,
11  help them get ready for school, take them to school,
12  pick them up from school, and later help them with
13  their homework, take them to after-class activities,
14  and take them back home.
15  Q. Did you have any other duties?
16  A. Give them food while they were with me.
17  Q. Anything else?
18  A. Take them places where they need to be.
19  Q. Anything else?
20          MR. PETTERSON: Objection.
21  A. No.
22  Q. Did you have a community counselor?
23  A. Yes.
24  Q. Who was your community counselor?
25  A. I don't remember her name.

Page 23

L. ARIAS

1
2  Q. Did you have more than one community
3  counselor?
4  A. No.
5  Q. Aside from your community counselor, did you
6  have contact with any other APIA representative
7  during your participation in the program?
8          MR. PETTERSON: Objection.
9  A. No.
10  Q. Were you in contact with your community
11  counselor during your placement with the ▮▮▮▮
12  family?
13  A. Yes.
14  Q. How often were you in contact?
15  A. She called us, e-mailed us once in a while,
16  maybe one a month, and we had monthly meetings.
17  Q. Are you talking about cluster meetings?
18  A. Yes.
19  Q. Did you attend cluster meetings?
20  A. Yes.
21  Q. How often?
22  A. Once a month.
23  Q. Did you receive a weekly stipend during your
24  placement?
25  A. Yes.

Page 24

L. ARIAS

1
2  Q. Did you receive a stipend every week?
3  A. Yes.
4  Q. Who paid your stipend?
5  A. My host mother.
6  Q. Did anyone other than your host mother ever
7  pay your stipend?
8  A. No.
9  Q. How was the stipend paid?
10  A. By check or cash sometimes.
11  Q. Did the amount of your stipend ever change?
12  A. No.
13  Q. What was the stipend amount?
14  A. It was 190-something dollars.
15  Q. You testified before about your duties with
16  the ▮▮▮▮ family, correct?
17  A. Yes.
18  Q. Who assigned those duties?
19  A. My host mother.
20  Q. Did any APIA representative ever assign you
21  to those duties?
22  A. No.
23  Q. Did any APIA representative observe you in
24  the performance of your duties?
25  A. No.

Page 25

L. ARIAS

1
2  Q. Did you have a work schedule during your
3  placement?
4  A. I didn't understand the question.
5  Q. Did you have a work schedule during your
6  placement?
7  A. Oh, yes.
8  Q. How was your schedule determined?
9  A. My host mom told me the hours that I have to
10  get the girls ready and the hours to pick them up at
11  school. My host mom told me how was it.
12  Q. To your knowledge, did any APIA
13  representative participate in the determination of
14  your schedule?
15  A. I don't know.
16  Q. Was your schedule ever memorialized in
17  writing?
18  A. No.
19  Q. Did your schedule change?
20  A. In the summertime, summer breaks.
21  Q. Did it change any other time?
22  A. No.
23  Q. Was the schedule the same during the summer?
24  A. No.
25  Q. Was the schedule the same during the school

Page 26

L. ARIAS

**year?**

A. Yes.

**Q. What was your schedule during the school year?**

A. I have to wake up 6:30 so I can get ready the little girl and help the others to get ready for school. I drop out of the girls at school and the youngest one at day care around 8:00. I was free until 2:00, but I had to pick up the youngest one, and at 3:00 I had to pick up the other two girls. Then I had to take them to their other activities -- swimming or music, different things -- and I will finish probably 5:00 or 6:00.

**Q. Was that schedule Monday through Friday?**

A. Yes.

**Q. Did you work on weekends?**

A. Sometimes.

**Q. How often?**

A. Maybe two times a month. I don't remember.

**Q. When you say "two times a month," do you mean two days a month?**

A. Yes, two Saturdays per month.

**Q. What was your schedule on the Saturdays that you worked?**

Page 27

L. ARIAS

A. It depends on what they have to do. I mean, if my host parents have to work, I will stay with the girls all morning or if some of them have special activities, I will take them. It was different every time.

**Q. Did you ever work beyond your scheduled hours?**

A. Can you repeat that.

**Q. Did you ever work beyond your scheduled hours?**

A. No.

**Q. What was your schedule in the summer?**

A. I have to wake up at 7:00, take the girls to activities, give them breakfast, help them get ready, take them to different activities, pick them up. I don't remember what time I finished working. It depends on what they have to do.

**Q. So it varied?**

A. Yes.

**Q. Did you track the actual number of hours you worked?**

A. No.

**Q. Did your host family track the actual number of hours you worked?**

Page 28

L. ARIAS

A. I don't think so.

**Q. Did anyone from APIA track the number of hours you worked?**

MR. PETTERSON: Objection.

A. I don't know.

**Q. You testified a minute ago about your schedule, the Monday-through-Friday schedule during the school year that you woke up at 6:30; is that accurate?**

A. Yes.

**Q. What time did the children wake up?**

A. 7:00.

**Q. What did you do between 6:30 and 7:00 a.m.?**

A. Take a shower, get dressed, eat something.

**Q. Did you ever work more than 40 hours in a week?**

A. No.

**Q. How was your stipend amount set?**

A. The agency told me from the beginning what was going to be the amount.

**Q. Who told you?**

A. Au pair in America.

**Q. But who specifically?**

A. The person in the Bogota office. From the

Page 29

L. ARIAS

beginning they always say how much it would be.

**Q. Were they talking about a minimum amount?**

A. No.

**Q. Ms. Arias, can you look back at Exhibit 3. You'll see there are some boxes on the side, some small boxes on the left-hand side. I am going to ask you to look down at the fifth box.**

A. One, two, three, four, five. Fifth.

**Q. See where it says: I/We understand that an au pair is to receive? You see that?**

A. Uh-huh.

**Q. Can you please read that into the record, that sentence?**

A. Oh, wait. Which number, I'm sorry.

**Q. The fifth one, please?**

A. I/We understand that an au pair/companion is to receive, at a minimum, the weekly stipend as stipulated by regulations governing au pair programs and set forth in Au Pair in America's program materials.

**Q. Do you understand that sentence?**

MR. PETTERSON: Objection.

A. Yes.

**Q. What does it mean?**

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-10 filed 05/23/18   USDC Colorado   pg 162 of 399

Page 30

L. ARIAS

2   A.  That I will get some money regulated by the
3   law of the United States.
4   Q.  Do you see the phrase "at a minimum"?
5   A.  Yes.
6   Q.  What does that mean?
7   A.  That I could get more.
8   Q.  So doesn't this mean there is a minimum
9   stipend and an au pair can receive more than the
10  minimum stipend?
11        MR. PETTERSON:  Objection.
12  A.  I guess so.
13  Q.  So based on this, a host family could pay
14  more than a minimum stipend amount, correct?
15        MR. PETTERSON:  Objection.
16  A.  I guess.
17  Q.  So isn't it the host family who determines
18  how much to pay the au pair?
19        MR. PETTERSON:  Objection.
20  A.  No.  I mean, everyone already told me that
21  the amount was 195.  I don't know how they regulate
22  that.
23  Q.  Well, right here it says at a minimum, right,
24  and we discussed how at a minimum means you can pay
25  more, correct?

Page 31

L. ARIAS

2        MR. PETTERSON:  Objection.
3   A.  Yes.
4   Q.  So doesn't that mean the host parent can pay
5   more than the amount that is set by the regulation?
6        MR. PETTERSON:  Objection.
7   A.  I suppose.
8   Q.  Did anyone ever tell you you were prohibited
9   from receiving more than the minimum?
10  A.  No.
11  Q.  Aside from the stipend, did you receive any
12  monetary payments during your placement?
13  A.  No.
14  Q.  Did you ever receive a bonus?
15  A.  No.
16  Q.  Did you receive any benefits during your
17  placement?
18  A.  What do you mean by benefits?
19  Q.  Well, I will ask a few questions.
20      Did you receive any gifts?
21  A.  Yes.
22  Q.  What gifts did you receive?
23  A.  Birthday gifts, Christmas gifts.
24  Q.  What birthday gifts did you receive?
25  A.  A sweater, clothes mostly.

Page 32

L. ARIAS

2   Q.  Anything else?
3   A.  Earrings, necklaces.
4   Q.  Did you receive any other birthday gifts?
5   A.  No.
6        MR. PETTERSON:  Just so we are clear, are
7        you asking if the host family gave her gifts
8        or if she received gifts from anybody?  It's
9        not clear.
10        MR. TUCKER:  No.  I think it was clear.
11        I said did you receive any benefits during
12        your placement.
13  Q.  So anything else other than sweater, clothes,
14  earrings, necklaces?
15  A.  No.
16  Q.  Were those gifts provided to you by your host
17  family?
18  A.  Yes.
19  Q.  Did you receive any Christmas gifts during
20  your placement?
21  A.  Yes.
22  Q.  What did you receive?
23  A.  Clothes, same.
24  Q.  Those gifts were provided by your host
25  family?

Page 33

L. ARIAS

2   A.  Yes.
3   Q.  You testified earlier that you were picking
4   up and dropping off the children as part of your
5   duties, right?
6   A.  Yes.
7   Q.  I assume that was with a car?
8   A.  Yes.
9   Q.  Were you able to use the host family's car
10  for personal purposes?
11  A.  Yes.
12  Q.  Did you pay for gas when you used the host
13  family's car for personal purposes?
14  A.  I'm sorry, say again.
15  Q.  Did you pay for gas when you used the host
16  family's car for personal purposes?
17  A.  Yes.
18  Q.  Did the host family ever pay for gas when you
19  used the car for personal purposes?
20  A.  No.
21  Q.  Did the host family provide you with a cell
22  phone during your placement?
23  A.  Yes.
24  Q.  Were you able to use the cell phone for
25  personal purposes?

Movant's App. 000410

Page 34

1          L. ARIAS
2    A. Yes.
3    Q. Did you use the cell phone for personal
4 purposes?
5    A. Yes.
6    Q. Did the ███████ family pay for your cell
7 phone plan?
8    A. Yes.
9    Q. Did you use the ███████ family's Internet?
10   A. Yes.
11   Q. Did you pay for that Internet?
12   A. No.
13   Q. Did the ███████ family pay for any
14 entertainment expenses?
15   A. No.
16   Q. Did the ███████ family pay for any travel
17 expenses?
18   A. Yes.
19   Q. What were those?
20   A. We went to Disney in Orlando. To Martha's
21 Vineyard. Yes, that was it.
22   Q. Did you fly to Disney World?
23   A. Yes.
24   Q. And they paid for your plane ticket; is that
25 right?

Page 35

1          L. ARIAS
2    A. Yes.
3          MR. TUCKER: Can we take about a
4       10-minute break?
5          MR. PETTERSON: Sure.
6          MR. TUCKER: Okay. Thank you very much.
7       We are going to go off the record with the
8       video. I just want to remind you -- Let's go
9       off the record first.
10         (Whereupon, a recess was taken at this
11      time.)
12   Q. Ms. Arias, did the ███████ family provide
13 you with a private bedroom throughout your
14 placement?
15   A. Yes.
16   Q. Did you have to share the bedroom with
17 anyone?
18   A. No.
19   Q. Did the ███████ family provide you with
20 three meals each day throughout your placement?
21   A. Yes.
22   Q. Did they provide you with all the food you
23 needed?
24   A. Yes.
25         MR. TUCKER: I think I am all set. I am

Page 36

1          L. ARIAS
2       just checking quickly. Yes, I am all set.
3       Sean, do you have any questions?
4          MR. PETTERSON: Yes.
5 EXAMINATION BY
6 MR. PETTERSON:
7    Q. I just have a few questions for you,
8 Ms. Arias. Thank you for your time this morning.
9          Do you recall earlier that you referenced an
10 orientation that you did with Au Pair in America?
11   A. Yes.
12   Q. How long did that orientation last, roughly?
13   A. Three to four days. I can't remember.
14   Q. Were you doing orientation programs for the
15 entire day?
16   A. Yes.
17   Q. Were you paid for that time?
18   A. I don't know if I paid for that. I mean, I
19 paid for the program, but I don't remember what was
20 including, that payment in.
21   Q. Let me rephrase my question.
22          Did anyone pay you for that time?
23   A. Oh, no.
24   Q. Do you remember testifying earlier that you
25 had a cell phone that you used with your host

Page 37

1          L. ARIAS
2 family?
3    A. Yes.
4    Q. And that you were able to use that cell phone
5 for personal use?
6    A. Yes.
7    Q. Did you use that cell phone to communicate
8 with the family?
9    A. Yes.
10   Q. What sorts of things would you communicate to
11 the family about?
12   A. My host mom would call me to tell me where to
13 take the girls or if they had an emergency or if
14 they were sick or if I had to go early to pick them
15 up, working stuff.
16   Q. You testified earlier you went on vacation
17 with the family to Disney Land and Martha's
18 Vineyard. Do you remember that?
19   A. Yes.
20   Q. And when you were on vacation, were you
21 working during that time?
22   A. Yes.
23   Q. Did you have your own hotel room during that
24 time?
25   A. In Martha's Vineyard I did. In Disney I had

Page 38

1                    L. ARIAS
2  to share a room with the girls.
3     Q.  You testified earlier that you were provided
4  gifts by the host family.  Do you remember that?
5     A.  Yes.
6     Q.  Did you ever give them gifts yourself?
7     A.  Yes.
8     Q.  Finally, you testified earlier that you were
9  told in Columbia that you would be paid 195 by APIA.
10 Do you remember that?
11          MR. TUCKER:  Objection to form.
12    A.  Yes.
13    Q.  What do you remember of that conversation?
14    A.  The conversation was all about the
15 requirements and of what I will get if I go into the
16 program, and they say that weekly I will receive
17 190-something dollars for working.
18    Q.  Would that be 195.75?
19    A.  Yes.
20    Q.  Did anybody ever tell you in that meeting
21 that it was a minimum amount?
22          MR. TUCKER:  Objection to form.
23    A.  No.
24    Q.  Do you recall during your orientation with
25 APIA if anyone ever discussed the payment that you

Page 39

1                    L. ARIAS
2  would receive?
3     A.  Yes.
4     Q.  What do you remember about that discussion?
5     A.  There was a day when they told us all about
6  the payments and the insurance and all the money
7  involved in the program, so they said that weekly I
8  will receive $195 from my host family.
9     Q.  By "they," do you mean APIA?
10    A.  Yes.
11    Q.  Did APIA ever tell you that was a minimum in
12 that conversation?
13    A.  No.
14    Q.  When you went first to the home of the
15 ▇▇▇▇▇ family, did you have a meeting with the
16 family, APIA, and yourself?
17    A.  Yes.
18    Q.  Did APIA tell you and the family in that
19 meeting how much you would be paid?
20    A.  Yes.
21    Q.  What did they say?
22    A.  195.
23    Q.  Did they say that that was the minimum?
24    A.  No.
25    Q.  How much did you get paid again by the

Page 40

1                    L. ARIAS
2  ▇▇▇▇▇ family?
3     A.  195.75 every week.
4          MR. PETTERSON:  Thank you.  No further
5     questions.
6          MR. TUCKER:  I have just a follow-up
7     question.
8  CONTINUED EXAMINATION BY
9  MR. TUCKER:
10    Q.  Ms. Arias, did you ever ask for a raise in
11 your weekly stipend?
12    A.  No.
13          MR. TUCKER:  That's it for me.  No
14    further questions.
15          MR. PETTERSON:  Thank you.
16          MR. TUCKER:  Thank you very much.
17          (Time Noted:  10:41 a.m.)
18
19       _____
20                    LILIAM ARIAS
21
22 Subscribed and sworn to before me
23 this ___ day of _____, 2018.
24 _____
25 Notary Public

Page 41

1
2                 I N D E X
3
4  WITNESS        EXAMINATION BY          PAGE
5  Liliam Arias   Mr. Tucker              4, 40
6                 Mr. Petterson           36
7
8              E X H I B I T S
9  ARIAS    DESCRIPTION                   PAGE
10 1        Consent to Join form          4
11 2        Notice Of Your Right To Join  4
12          Lawsuit For Unpaid Wages
13 3        Host Family and Au Pair/Companion  4
14          Agreement
15              {retained by counsel}
16
17
18
19
20
21
22
23
24
25

LILIAM ARIAS - 03/29/2018          Pages 42..43

Page 42
```
 1            C E R T I F I C A T E
 2  UNITED STATES DISTRICT COURT  ): ss.
 3  FOR THE DISTRICT OF COLORADO  )
 4         I, KAREN BERESHEIM, a Registered
 5  Professional Reporter, Certified Live Note Reporter
 6  and Notary Public (credentials) within and for the
 7  State of New York, do hereby certify:
 8         That LILIAM ARIAS, the witness whose
 9  deposition is hereinbefore set forth, was duly sworn
10  by me and that such deposition is a true record of
11  the testimony given by the witness.
12         Before completion of the deposition,
13  review of the transcript ( ) was  (X) was not requested;.
14  If requested, any changes made by the deponent (and
15  provided to the reporter) during the period allowed
16  are appended hereto.
17         I further certify that I am not
18  related to any of the parties to this action
19  by blood or marriage, and that I am in no way
20  interested in the outcome of this matter.
21         IN WITNESS WHEREOF, I have hereunto
22  set my hand this 12th day of April, 2018.
23
24  _____
25         KAREN BERESHEIM
```

Page 43
```
 1         E R R A T A   S H E E T
 2
 3  CASE NAME:       BELTRAN, ET AL v. AIFS, ET AL
 4  DATE OF DEPOSITION:  March 29, 2018
 5  WITNESS'S NAME:   Liliam Arias
 6
 7  PAGE  LINE (S)   CHANGE        REASON
 8  ____|_____|_____|_____
 9  ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19
20         _____
21                LILIAM ARIAS
22  SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20__.
24  _____
25  NOTARY PUBLIC       MY COMMISSION EXPIRES
```

Movant's App. 000413

LILIAM ARIAS - 03/29/2018                          i1

**$**

**$195**
39:8

**1**

**1**
4:9 9:3 11:9,12

**10-minute**
35:4

**10-year-old**
20:13 21:13,22

**10:41**
40:17

**11**
18:22

**11-year-old**
19:24 20:8 21:13,21

**14**
11:22

**15**
11:22

**190-something**
24:14 38:17

**195**
30:21 38:9 39:22

**195.75**
38:18 40:3

**2**

**2**
4:13 10:16

**20**
18:20

**20-year-old**
19:22 20:17,20 21:25

**2009**
11:21,22 12:7

**2011**
11:21,23 12:18

**2:00**
20:25 26:10

**3**

**3**
4:17 16:13 17:14 29:5

**3-year**
21:22

**3-year-old**
19:14 20:22

**3:00**
20:10 26:11

**4**

**40**
28:16

**5**

**5:00**
26:14

**6**

**6:00**
26:14

**6:30**
26:6 28:9,14

**7**

**7-year-old**
18:9

**7:00**
27:14 28:13,14

**8**

**8:00**
20:9,24 26:9

**A**

**a.m.**
28:14 40:17

**able**
7:25 9:9 33:9,24 37:4

**access**
8:24

**accommodate**
6:14

**accurate**
10:4,10,13 11:23 28:10

**activities**
22:13 26:12 27:5,15,16

**actual**
27:21,24

**affect**
7:18

**after-class**
22:13

**age**
18:6,16

**agency**
28:20

**ago**
9:15 28:7

**agree**
16:24

**agreement**
4:16 16:9,23,25 17:3,6,9,
12,13

**agreements**
17:15

**allowed**
7:4

**aloud**
5:22

**America**
4:25 5:3,4,7 12:24 13:5,
17,22 14:17,18 15:4,5,6
16:10 28:23 36:10

**America's**
29:20

**American**
4:24 5:5

**amount**
24:11,13 28:19,21 29:3
30:14,21 31:5 38:21

**answer**
5:12 6:8,15,18

**answered**
6:23

**answers**
5:15

**anybody**
32:8 38:20

**APIA**
5:3,4 11:19 14:4 23:6
24:20,23 25:12 28:3
38:9,25 39:9,11,16,18

**apologize**
9:4 21:6

**applicable**
15:24

**application**
13:5

**approximate**
18:6,16

**approximately**
18:7,20

**Arias**
4:9,12,16,20,21 5:1 6:1
7:1 8:1,22 9:1 10:1,15
11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1,5
30:1 31:1 32:1 33:1 34:1
35:1,12 36:1,8 37:1 38:1
39:1 40:1,10

**arrive**
12:4

**Aside**
17:12 23:5 31:11

**asked**
12:19

**asking**
32:7

**assign**
24:20

**assigned**
24:18

**assume**
6:9 33:7

**attend**
7:5 19:6,9,15,17,25

Movant's App. 000414

LILIAM ARIAS - 03/29/2018                    i2

21:14,16 23:19

**attendance**
7:2

**attended**
19:10

**attorney**
4:22 6:21 7:3

**attorneys**
6:21 8:3

**au**
4:15,25 5:3,4,6 8:17,18
11:13,16,19 12:24 13:5,
17,21 14:16,18 15:4
16:10 28:23 29:11,17,19,
20 30:9,18 36:10

**awhile**
13:25

---

**B**

**babysitter**
22:5

**back**
22:14 29:5

**based**
30:13

**bedroom**
35:13,16

**beginning**
28:20 29:2

**benefits**
31:16,18 32:11

**best**
6:10

**beyond**
27:7,10

**birthday**
31:23,24 32:4

**Bogota**
15:4 28:25

**bonus**
31:14

**box**
29:8

**boxes**

29:6,7

**boy**
18:9 19:22 20:17,20
21:25

**break**
6:13,14,16,17 21:7 35:4

**breakfast**
27:15

**breaks**
25:20

**brother**
17:23 18:20

**business**
4:25 5:6

---

**C**

**call**
37:12

**called**
23:15

**camp**
19:17,19,25 20:3

**can't**
36:13

**car**
21:5 33:7,9,13,16,19

**care**
15:21,23 19:10,15 20:16,
22 21:4,7,11,21 26:9

**case**
5:15 8:4

**cash**
24:10

**catch**
11:5

**cell**
33:21,24 34:3,6 36:25
37:4,7

**change**
24:11 25:19,21

**check**
24:10

**checking**
36:2

**child**
15:21,23 20:16

**children**
18:4,5,7 19:6,17,20
28:12 33:4

**chose**
14:16

**Christmas**
31:23 32:19

**clear**
5:7 6:18 7:5 9:8 10:17
12:7 18:10 32:6,9,10

**client**
5:3

**client's**
5:2

**clothes**
31:25 32:13,23

**cluster**
23:17,19

**Columbia**
38:9

**comfortable**
18:12

**coming**
8:4

**communicate**
37:7,10

**community**
22:22,24 23:2,5,10

**complete**
7:15 9:24

**completed**
10:5,9,10 11:9,11,15
12:21

**conditions**
15:2,20

**confidentiality**
18:4

**connected**
13:16,20

**Connecticut**
15:11

**Consent**
4:8

**Consentimiento**
9:4

**contact**
13:7,8,10 23:6,10,14

**CONTINUED**
40:8

**conversation**
38:13,14 39:12

**correct**
24:16 30:14,25

**counselor**
22:22,24 23:3,5,11

**couple**
9:21

**court**
5:25 7:3

**currently**
10:12

**cut**
15:17

---

**D**

**dad**
17:22

**Danielle**
8:19

**data**
9:19

**date**
4:10,14,18 12:6

**dates**
9:22 11:22

**day**
19:10,15 20:22 21:4,7,11
26:9 35:20 36:15 39:5

**days**
16:6 26:22 36:13

**Deakins**
4:22

**December**
21:10,18

**decided**
14:8,11

Movant's App. 000415

**defendant**
4:23 5:5

**depends**
27:2,18

**deposition**
5:10,11 6:25 7:2,5,8 8:7

**describe**
13:19

**determination**
25:13

**determined**
25:8

**determines**
30:17

**didn't**
10:6 11:5 12:3 25:4

**different**
26:13 27:6,16

**discuss**
8:3

**discussed**
30:24 38:25

**discussion**
39:4

**Disney**
34:20,22 37:17,25

**document**
9:2,7,8,10,14,16 10:16,
17,23 11:8 16:13,15,20
17:13

**documents**
8:6,9,14 11:12

**doesn't**
30:8 31:4

**doing**
4:24 5:6 36:14

**dollars**
24:14 38:17

**don't**
9:9,17 10:8 12:6 15:9,12
16:6,11 17:17 18:18,19
19:5 20:4,6 21:12,18
22:25 25:15 26:20 27:17
28:2,6 30:21 36:18,19

**dress**

22:10

**dressed**
28:15

**drop**
26:8

**dropping**
33:4

**duly**
4:3

**duties**
20:19 22:8,15 24:15,18,
21,24 33:5

---

**E**

**e-mail**
13:23

**e-mailed**
13:22 23:15

**earlier**
33:3 36:9,24 37:16 38:3,
8

**early**
37:14

**earrings**
32:3,14

**eat**
28:15

**either**
18:19

**emergency**
37:13

**employment**
18:25

**ended**
14:12

**English**
7:24,25

**enter**
17:14

**enters**
7:7

**entertainment**
34:14

**entire**
36:15

**event**
7:7

**exact**
12:6

**exactly**
21:19

**EXAMINATION**
4:6 36:5 40:8

**examined**
4:4

**example**
18:6

**Exhibit**
4:9,13,17 9:3 10:16 11:9,
12 16:13 17:14 29:5

**exhibits**
8:11,13,23,24

**expenses**
34:14,17

**experiences**
11:13,16

**explaining**
14:25

**explanations**
15:14

---

**F**

**families**
14:2

**family**
4:15 11:25 12:13,14,17,
22 13:4,11,14,16,20,22
14:5,8,12,19,22 15:20
16:3,8,10 17:16,19 18:3
22:9 23:12 24:16 27:24
30:13,17 32:7,17,25
33:18,21 34:6,13,16
35:12,19 37:2,8,11,17
38:4 39:8,15,16,18 40:2

**family's**
12:4,9 18:4 33:9,13,16
34:9

**father**
18:19

**fifth**
29:8,9,16

**Finally**
38:8

**finish**
26:14

**finished**
12:20 20:10,24 27:17

**first**
4:3 5:21 6:17 35:9 39:14

**five**
21:5 29:9

**fly**
34:22

**follow-up**
40:6

**follows**
4:5

**food**
22:16 35:22

**Foreign**
4:24 5:6

**form**
4:8 10:4,9,12 38:11,22

**forth**
29:20

**four**
16:6 29:9 36:13

**free**
26:9

**Friday**
20:11 21:2 26:15

**front**
5:16

**full-time**
18:24

**further**
40:4,14

---

**G**

**gas**
33:12,15,18

**gender**
18:6

Movant's App. 000416

Case 1:14-cv-03074-CMA-KMT   Document 1071-10   Filed 05/09/18   USDC Colorado   Page 169 of 399

LILIAM ARIAS - 03/29/2018                    i4

generally
15:23

gestures
6:2

gifts
31:20,22,23,24 32:4,7,8,
16,19,24 38:4,6

girl
18:21,22 19:14,23 20:8,
14 21:13,21,22 26:7

girl's
20:22

girls
17:22 22:5,10 25:10
26:8,11 27:4,14 37:13
38:2

give
6:10 7:15 22:16 27:15
38:6

given
7:12

go
35:7,8 37:14 38:15

goes
6:20 9:21

going
5:2,19 10:15 14:9 16:8,
12 18:5 28:21 29:7 35:7

good
7:21

governing
29:19

guess
21:18 30:12,16

---

**H**

happen
14:15

hear
6:4

heard
6:9

Hello
4:21

help
22:10,11,12 26:7 27:15

holidays
21:10

home
12:5 18:15 19:3 22:14
39:14

homework
22:13

host
4:15 11:25 12:4,9,14
15:19 17:22,23 18:18,19
24:5,6,19 25:9,11 27:3,
24 30:13,17 31:4 32:7,
16,24 33:9,12,15,18,21
36:25 37:12 38:4 39:8

hotel
37:23

hours
25:9,10 27:8,11,21,25
28:4,16

---

**I**

I'M
10:6 22:4 29:15 33:14

I/we
29:10,17

ID
15:14

identification
4:10,13,17

identify
10:25 11:2 18:14

inaccurate
17:10

include
17:24

including
36:20

indicating
9:8 10:18 16:14

individuals
17:18 18:15

information
6:7 9:24 10:4,9,12 11:9,

11

Institute
4:24 5:5

instructions
5:20 7:11

insurance
15:15 39:6

Internet
34:9,11

interview
13:24 14:4

interviews
14:2

involved
39:7

isn't
30:17

it's
16:23 32:8

---

**J**

January
21:17

John
18:7,8,9

Join
4:8,11

judge
5:16

July
11:21 21:18

June
11:21,22 12:6,7,18 21:18

---

**K**

keep
5:20

know
5:10 6:7 9:9,11 10:19
16:16 18:18,19 19:5
25:15 28:6 30:21 36:18

knowledge
25:12

---

**L**

Land
37:17

languages
7:23

Lastly
6:24

law
30:3

lawsuit
4:12 8:16 11:17

learn
8:16

left-hand
29:7

lengthy
5:2

Let's
35:8

Liliam
4:20

limited
7:3

little
26:7

locate
12:22 13:3

long
10:18 16:5 20:3 36:12

look
9:2 10:16 16:12 29:5,8

looks
10:17 16:14

---

**M**

marked
4:9,12,16 9:3 10:16
16:13 17:14

Martha's
34:20 37:17,25

match
14:9,19

---

Movant's App. 000419

LILIAM ARIAS - 03/29/2018                    i7

**responses**
6:3

**review**
8:6,9,13 9:7,10 10:19
11:8,12 16:15 17:3

**reviewed**
17:7

**right**
4:11 14:13 30:23 33:5
34:25

**Robert**
4:21

**room**
7:8 37:23 38:2

**roughly**
36:12

_____

**S**

**Saturdays**
26:23,24

**saying**
13:24

**says**
9:3,19 29:10 30:23

**schedule**
20:7,13,23 25:2,5,8,14,
16,19,23,25 26:4,15,24
27:13 28:8

**scheduled**
27:7,10

**school**
19:7,9,11,12 20:7 21:14,
16 22:11,12 25:11,25
26:4,8 28:9

**Sean**
36:3

**second**
12:21

**see**
9:9,18,19 29:6,10,11
30:4

**seeing**
13:23

**seen**
9:14,16 10:23 16:20

**sent**
8:10 13:23

**sentence**
29:14,22

**set**
13:6,17 28:19 29:20 31:5
35:25 36:2

**seven**
18:7

**share**
35:16 38:2

**shower**
28:15

**sick**
37:14

**side**
29:6,7

**sign**
16:9,23,25

**signature**
10:2

**signed**
17:4

**simply**
6:8,13,22

**sisters**
22:2

**sitting**
7:8,14

**six**
17:23 18:14

**Skype**
13:25

**small**
29:7

**Smith**
18:7,8,10

**Smoak**
4:22

**sorry**
10:6 11:5 13:12 15:17
29:15 33:14

**sorts**
37:10

**sound**
11:23

**Spanish**
7:24

**speak**
6:21 7:23

**speaking**
6:20

**special**
27:5

**specific**
16:2

**specifically**
28:24

**spell**
8:20 12:11

**Stamford**
15:9,11

**started**
20:9,24

**State**
4:4,19

**States**
30:3

**stay**
27:3

**Stewart**
4:23

**stipend**
23:23 24:2,4,7,9,11,13
28:19 29:18 30:9,10,14
31:11 40:11

**stipulated**
29:19

**Stratford**
15:9

**Studies**
4:24 5:6

**stuff**
37:15

**summer**
19:19 21:10,11,14 25:20,
23 27:13

**summertime**
25:20

**suppose**
31:7

**sure**
13:3 17:11 22:4 35:5

**surname**
12:9

**sweater**
31:25 32:13

**swimming**
26:13

**sworn**
4:3

_____

**T**

**take**
5:9 6:16 9:2 16:12 21:21
22:11,13,14,18 26:12
27:5,14,16 28:15 35:3
37:13

**taken**
35:10

**talked**
8:22 13:25

**talking**
17:13 23:17 29:3

**tell**
6:13 14:18 31:8 37:12
38:20 39:11,18

**ten**
18:22 21:5

**testified**
4:4 24:15 28:7 33:3
37:16 38:3,8

**testifying**
5:16 36:24

**testimony**
7:15

**Thank**
9:13 10:22 16:18 18:23
35:6 36:8 40:4,15,16

**thing**
6:14

**things**
26:13 37:10

Movant's App. 000420

LILIAM ARIAS - 03/29/2018                                    i8

**think**
28:2 32:10 35:25

**three**
8:11,13,22 10:18 16:6
17:22 18:21 29:9 35:20
36:13

**ticket**
34:24

**time**
6:22 10:5,10 17:19 18:16
21:17 25:21 27:6,17
28:12 35:11 36:8,17,22
37:21,24 40:17

**times**
26:20,21

**today**
5:9,15 7:14 8:4,7

**told**
25:9,11 28:20,22 30:20
38:9 39:5

**top**
9:3

**town**
15:10

**track**
27:21,24 28:3

**training**
15:21,23 16:2

**travel**
34:16

**truthful**
7:15

**Tucker**
4:7,21 32:10 35:3,6,25
38:11,22 40:6,9,13,16

**two**
19:11,12 26:11,20,21,22,
23 29:9

**U**

**Uh-huh**
9:20 29:12

**understand**
5:13,17,22 6:5,11 7:11
10:6,8 11:7 12:3 17:6
25:4 29:10,17,22

**understood**
6:10

**Unirse**
9:5

**United**
30:3

**Unpaid**
4:12

**use**
33:9,24 34:3,9 37:4,5,7

**V**

**vacation**
37:16,20

**varied**
27:19

**video**
6:24 35:8

**Vineyard**
34:21 37:18,25

**W**

**Wages**
4:12

**wait**
6:22 29:15

**wake**
22:10 26:6 27:14 28:12

**want**
6:25 13:24 35:8

**watch**
22:2

**way**
9:21

**web**
13:17

**website**
13:6,10,21

**week**
20:5 24:2 28:17 40:3

**weekends**
22:4 26:17

**weekly**
23:23 29:18 38:16 39:7
40:11

**went**
13:24 34:20 37:16 39:14

**witness**
4:2

**woke**
28:9

**work**
19:3 25:2,5 26:17 27:3,7,
10 28:16

**worked**
26:25 27:22,25 28:4

**working**
27:17 37:15,21 38:17

**works**
15:2

**World**
34:22

**writing**
25:17

**written**
16:9 17:15

**Y**

**yeah**
15:20

**year**
12:21 21:7 26:2,5 28:9

**year-round**
21:4

**years**
18:8,20

**York**
4:4

**You'll**
29:6

**youngest**
18:21 19:10 26:9,10

Movant's App. 000421

EPHIPHANIE GOMES - 04/09/2018

```
 1    --

 2    IN THE UNITED STATES DISTRICT COURT

 3    FOR THE DISTRICT OF COLORADO

 4    -----------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO
 5    HLATSHANENI, BEAUDETTE DEETLEEFS,
      DAYANNA PAOLA CARDENAS CAICEDO,
 6    ALEXANDRA IVETTE GONZALEZ, SARAH
      CAROLINA AZUELA RASCON, LAURA
 7    MEJIA JIMENEZ, JUIANE HARNING,
      NICOLE MAPLEDORAM, and those
 8    similarly situated,
                      Plaintiffs,
 9                                      Civil Action No.
                      v.           14-cv-03074-CMA-CBS
10    INTEREXCHANGE, INC., USAUPAIR,
      INC., et al.,
11                      Defendants.

12    -----------------------------------------x

13                    2:00 p.m.
                      April 9, 2018
14
                      1745 Broadway
15                    New York, New York 10019

16

17           VIDEOTAPED DEPOSITION of EPHIPHANIE GOMES,

18    a Plaintiff in the above entitled matter, pursuant

19    to Notice, before Stephen J. Moore, a Registered

20    Professional Reporter, Certified Realtime Reporter

21    and Notary Public of the State of New York.

22

23

24

25
```

Movant's App. 000422

EPHIPHANIE GOMES - 04/09/2018          Pages 2..5

Page 2

```
 1                  EPHIPHANIE GOMES
 2
 3         BOIES SCHILLER FLEXNER LLP
 4                Attorneys for Plaintiffs
 5                1999 Harrison Street
 6                Oakland, California  94612
 7
 8         BY:   JUAN P. VALDIVIESO, ESQ.
 9
10    OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
11    P.C.
12                Attorneys for Defendants
13                1745 Broaday
14                New York, New York  10019
15
16         BY:   ROBERT M. TUCKER, ESQ.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  EPHIPHANIE GOMES
 2    EXAMINATION BY                         PAGE
 3
 4    MR. TUCKER                               4
 5    MR. VALDIVIESO                          96
 6    MR. TUCKER - Continued                 116
 7
 8               E X H I B I T S
 9
10   1    Consent form                        10
11   2    Document captioned "Notice of       15
12        Your Right to Join Lawsuit for
13        Unpaid Wages"
14   3    Questionnaire                       18
15   4    Questionnaire                       20
16   5    Document captioned "Host Family     60
17        and Au Pair/Companion
18        Agreement"
19
20
21
22
23
24
25
```

Page 4

```
 1                  EPHIPHANIE GOMES
 2    E P H I P H A N I E    G O M E S,  called as a
 3         witness, having been first duly sworn by
 4         the Notary Public, was examined and
 5         testified as follows:
 6
 7    EXAMINATION BY
 8    MR. TUCKER:
 9
10         Q    What is your full name?
11         A    Ephiphanie Gomes.
12         Q    Good afternoon, Ms. Gomes.
13         A    My name is Robert Tucker.  I am
14    an attorney with Ogletree Deakins Nash Smoak &
15    Stewart, and we represent the Defendant,
16    American Institute for Foreign Study, doing
17    business as Au Pair in America.
18              Since my client's name is
19    lengthy, I am going to refer to my client as
20    APIA or Au Pair in America.
21              So when I say APIA, or Au Pair
22    in America, I am referring to the Defendant,
23    American Institute for Foreign Study, doing
24    business as Au Pair in America.
25              Is that clear?
```

Page 5

```
 1                  EPHIPHANIE GOMES
 2         A    Yes, it is.
 3         Q    We are here today so that I can
 4    take your deposition.
 5              As you may know, the purpose of
 6    this deposition is for me to ask you questions
 7    and for you to answer those questions under
 8    oath.
 9              Do you understand?
10         A    Yes, I do.
11         Q    Your answers today can be used
12    in this case as if you were testifying in front
13    of the judge.
14              Do you understand?
15         A    Yes, I do.
16         Q    As I ask you these questions,
17    I'm going to ask that you keep a few
18    instructions in mind.
19              First, it is necessary that you
20    respond orally or aloud to my questions.  The
21    court reporter here is taking down everything
22    we say, and gestures or nods or other nonverbal
23    responses cannot be recorded.
24              If you do not hear a question,
25    say so and I will repeat it.
```

Movant's App. 000423

EPHIPHANIE GOMES - 04/09/2018          Pages 6..9

---

Page 6

```
1                    EPHIPHANIE GOMES
2                If you do not understand a
3   question, say so and I will rephrase it.
4                If you do not know or remember
5   the information necessary to answer a question,
6   simply say so.
7                If you answer a question, I will
8   assume that you have heard it, understood it
9   and have given me your best recollection.
10               Do you understand?
11       A    Yes, I do.
12       Q    If you need to take a break,
13  simply tell me you need to take a break and I
14  will accommodate you.
15               The only thing I ask is that you
16  answer any question that is pending before you
17  take a break.
18               You may not take a break while a
19  question is pending, you must first answer any
20  question.
21               And the same goes for speaking
22  with Mr. Valdivieso.  If you need to speak with
23  your attorney at any time, I simply ask that
24  you wait until after you have answered any
25  pending question.
```

Page 7

```
1                    EPHIPHANIE GOMES
2                Is that understood?
3        A    Yes, it is.
4        Q    Are you in a private room?
5        A    Yes, I am.
6        Q    Is anyone else in the room with
7   you?
8        A    No, I'm alone.
9        Q    Participation in and attendance
10  at this deposition is limited to yourself, the
11  attorneys and the court reporter.
12               No one else is allowed to
13  participate in or attend the deposition.
14               Is that clear?
15       A    Yes, it is.
16       Q    In the unlikely event someone
17  else enters the room during the deposition,
18  please notify me.
19               Do you understand the
20  instructions that I have just given you?
21       A    Yes, I did.
22       Q    Is there any reason sitting here
23  today that you cannot give truthful and
24  complete testimony in this matter?
25       A    No.
```

Page 8

```
1                    EPHIPHANIE GOMES
2        Q    Are you taking any medications
3   that affect your memory?
4        A    No.
5        Q    Do you have a good memory?
6        A    Yes.
7             MR. VALDIVIESO:  Objection to
8   form.
9        Q    Other than with your attorneys,
10  did you discuss this case with anyone before
11  appearing here today?
12       A    No.
13       Q    Did you review any documents
14  regarding your experience as an au pair before
15  attending the deposition here today?
16       A    No.
17       Q    How did you learn about this
18  lawsuit?
19       A    I did learn about it because I
20  was on a group, it's a French group of au pairs
21  who are in America, and they shared a link on
22  the group, and they were talking about it,
23  that's how I knew about it.
24               They were saying that we will
25  receive an e-mail about it, and we did, so
```

Page 9

```
1                    EPHIPHANIE GOMES
2   that's how I knew about it.
3        Q    What kind of group do you mean?
4        A    It's a group of au pairs, all
5   the au pairs that are in America and who are
6   French.
7             It's a group on Facebook, and we
8   talk a lot about our issues, or if we need
9   help.  It's an au pair group.
10       Q    Okay, understood.
11               Ms. Gomes, did you receive some
12  documents that were marked as exhibits before
13  we started the deposition here today?
14       A    What is exhibit?
15       Q    Sorry?
16       A    I did not understand your
17  question.
18       Q    Okay.  Do you know what I mean
19  by exhibit?
20       A    No.
21       Q    Did you receive -- well --
22            MR. VALDIVIESO:  We can go off
23  the record.
24            MR. TUCKER:  We are going to go
25  off the record for just a minute.
```

EPHIPHANIE GOMES - 04/09/2018        Pages 10..13

Page 10

1                    EPHIPHANIE GOMES
2              (Discussion off the record.)
3              MR. TUCKER:  We will go back on
4         the record now
5         Q    Ms. Gomes, I understand that you
6    received some documents before the deposition
7    today, is that correct?
8         A    Yes.
9         Q    And were there five separate
10   documents?
11        A    Yes, there were.
12        Q    Were the documents labeled Gomes
13   Exhibit Depo, and then different numbers?
14        A    Yes, there were, yes.
15        Q    And 1 through 5?
16        A    Yes.
17        Q    Can you take a look at the
18   document that was marked Gomes Exhibit 1, and
19   just so we are on the same page, it looks like
20   this document.
21        A    Okay.  Yes, I have it.
22             (The above described document was
23        marked Gomes Exhibit 1 for identification,
24        as of this date.)
25        Q    Could you please review it, and

Page 11

1                    EPHIPHANIE GOMES
2    once you have finished reviewing it, just let
3    me know.
4         A    Okay.
5              Okay, I did review it.
6         Q    Ms. Gomes, have you seen this
7    document before?
8         A    I don't remember.
9         Q    Do you see the information on
10   the bottom half of the document?
11             You see where it says date, then
12   it says signature, name, address?  Do you see
13   that?
14        A    Yes, I see it.
15        Q    Did you fill that information
16   out?
17        A    6/2 is 6 February, right?
18        Q    I apologize could you repeat
19   that?
20        A    2/6 means February?
21        Q    Okay, all I'm asking, though,
22   first, is whether or not you completed the
23   information?
24        A    I do not remember; because the
25   first date is right, but the second one is not,

Page 12

1                    EPHIPHANIE GOMES
2    since I left the Au Pair program before.
3         Q    So, wait.  So first, do you see
4    where it says signature, and then there appears
5    to be a signature.
6              Do you see that?
7         A    Yes.
8         Q    Is that your signature -- let me
9    just -- so just wait, if you would.
10             One instruction I should have
11   given at the beginning is I just ask that you
12   pause after I finish asking my question.
13             One, to make sure that I'm
14   actually finished with my question, and two, to
15   allow Mr. Valdivieso an opportunity to object
16   to a question if he has an issue with it.
17             Okay?
18        A    Okay.
19             MR. TUCKER:  We are going to go
20        off the record a second, okay?
21             THE WITNESS:  Okay.
22             (Discussion off the record.)
23             MR. TUCKER:  We can go back on
24        the record now.
25        Q    So we are back on the record.

Page 13

1                    EPHIPHANIE GOMES
2         Q    So, just to make sure I have
3    this correct, that is your signature in the
4    spot next to the word signature on this
5    document, correct?
6         A    Yes.
7         Q    And you said you don't remember
8    completing the information on this document, is
9    that correct?
10        A    Can I correct my answer?
11        Q    Your answer earlier today?
12        A    Yes.
13        Q    Or are you referring to
14   information on this form?
15        A    The information on this form.
16        Q    We will get to that in a minute.
17        A    Okay.
18        Q    I just want to make sure that my
19   understanding of your testimony is correct,
20   which is that you don't remember filling out
21   the information.
22        A    No.
23        Q    So the next question is, is this
24   information accurate?
25        A    Yes, it is.

Movant's App. 000425

Case 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/09/18 USDC Colorado pg 1 of 5
Case No. 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/23/19 USDC Colorado pg
178 of 399

EPHIPHANIE GOMES - 04/09/2018         Pages 14..17

Page 14

EPHIPHANIE GOMES

1                 EPHIPHANIE GOMES
2            Can I explain why?
3       Q       Yes, please.
4       A       Because probably when I was
5  filling it, I did put I wasn't already out of
6  the Au Pair program.
7            I did what I was supposed to do
8  a year from February 6th of 2017 until February
9  6 of 2018.
10           But the thing is that I left
11 before, so this information is not correct no
12 more.
13           I did put the dates that I was
14 supposed to be in the program, but finally I
15 was not, because I left a few days after that.
16      Q       Okay, understood.
17           So, the information "dates in Au
18 Pair program" is not correct?
19      A       No.
20      Q       This was the period in which you
21 were supposed to be in the Au Pair program?
22      A       Yes.
23      Q       And your testimony is that you
24 left the Au Pair program before February of
25 2018?

Page 15

1                 EPHIPHANIE GOMES
2       A       Yes, absolutely.
3       Q       When did you leave the Au Pair
4  program?
5       A       I left on October.
6       Q       In October 2017?
7       A       Yes, 2017.
8            My flight to France was in
9  October 7, 2017.
10      Q       Okay, Ms. Gomes.  I'm going to
11 ask you to take a look at the document that was
12 sent to you before the deposition.  It's titled
13 Exhibit 2, it looks like this.
14           At the top it says "Notice of
15 Your Right to Join Lawsuit for Unpaid Wages."
16           (The above described document was
17           marked Gomes Exhibit 2 for identification,
18           as of this date.)
19      A       Yes.
20      Q       I am just going to ask once you
21 have that document in front of you, if you
22 could please review it and then let me know
23 when you have finished reviewing it.
24      A       I am done.
25      Q       Ms. Gomes, have you seen this

Page 16

1                 EPHIPHANIE GOMES
2  document before?
3       A       Yes, I have seen it.
4       Q       What is it?
5       A       It's explains how, about the
6  lawsuit, and what it is about, and answers a
7  few questions that we may have about it; what
8  if we join, what if we don't.
9       Q       So, you said you've seen the
10 document before, correct, you said?
11      A       Yes.
12      Q       When did you first see it?
13      A       When I received the e-mail to
14 join it and to sign the petition.
15      Q       Did you review this document
16 when you received it?
17      A       I did read it.  What is review?
18 Checking it, reading it two times.
19      Q       Did you say, "I read it," is
20 that what you said?
21      A       Yes.
22      Q       That's fine.
23      A       Okay.
24      Q       Did you understand it when you
25 first read it?

Page 17

1                 EPHIPHANIE GOMES
2       A       Yes, I did.
3       Q       After you received the --
4            MR. TUCKER:  Can we go off the
5  record for just a minute.
6            THE WITNESS:  Okay.
7            (Discussion off the record.)
8            MR. TUCKER:  Back on the record.
9  We are back on the record.
10      Q       Did you review any documents
11 regarding your experience as an au pair after
12 you received the e-mail about joining the
13 lawsuit?
14      A       Yes, the one that I had to
15 complete, that they sent us a link by e-mail,
16 and we have to complete some informations about
17 our experience as au pair.
18      Q       Are you referring to a
19 questionnaire?
20      A       Yes.
21      Q       Ms. Gomes, I'm going to ask you
22 at this time to take a look at the document
23 that was sent to you before the deposition that
24 is marked Gomes Exhibit 3.
25           And so the same instruction as I

EPHIPHANIE GOMES - 04/09/2018        Pages 18..21

**Page 18**

EPHIPHANIE GOMES

1  EPHIPHANIE GOMES
2  had before, which is that once you have found
3  the document, if you could simply review the
4  document and let me know when you have
5  finished.
6      A    The document 3, right?
7      Q    Correct.
8           (The above described document was
9           marked Gomes Exhibit 3 for identification,
10          as of this date.)
11     A    I did review it.
12     Q    Okay, thank you.
13          Ms. Gomes, have you seen this
14  document before?
15     A    Yes.
16     Q    What is it?
17     A    It's a questionnaire about my
18  experience as an au pair, my information.
19     Q    Did you answer the questions in
20  the questionnaire?
21     A    Yes.
22     Q    And then --
23          MR. TUCKER:  Strike that.
24     Q    Did you answer the questionnaire
25  more than one time?

**Page 19**

1  EPHIPHANIE GOMES
2      A    Yes, I did.
3      Q    Why did you answer it more than
4  one time?
5      A    Because I was on my phone, and I
6  think that I should have been on the computer.
7           It was very difficult for it to
8  download, sometimes I had to refresh the page,
9  sometimes I had to go back.
10          And that's why I didn't answer
11  it completely.  I gave up at I think half of
12  the questionnaire, because it was very
13  difficult on a phone to actually answer the
14  question, and maybe the connection.
15          But it was pretty difficult with
16  my phone, so I had to refresh pages, go back,
17  go front.
18     Q    Understood.
19          Ms. Gomes, I'm going to ask you
20  to take a look at the document that was sent to
21  you that is marked Gomes Exhibit 4.
22          Once you've found it, please
23  review it and let me know when you have
24  finished reviewing it.
25          (The above described document was

**Page 20**

1  EPHIPHANIE GOMES
2           marked Gomes Exhibit 4 for identification,
3           as of this date.)
4      A    Okay.  I have reviewed it.
5      Q    Thank you.
6           Ms. Gomes, have you seen this
7  document before?
8      A    Yes.
9      Q    What is it?
10     A    In the same questionnaire.
11     Q    Is this the second questionnaire
12  you completed?
13     A    Yes, probably.  I don't know if
14  I did this one first or second, but yes.
15          MR. VALDIVIESO:  Can we go off
16  the record.
17          MR. TUCKER:  We will go off the
18  record a minute.
19          (Discussion off the record.)
20          MR. TUCKER:  Back on the record.
21     Q    Thank you, Ms. Gomes.
22          MR. VALDIVIESO:  I'm not ready to
23  go back on on.
24          MR. TUCKER:  We are going back
25  off, sorry.

**Page 21**

1  EPHIPHANIE GOMES
2           (At this point in the proceedings
3           there was a recess, after which the
4           deposition continued as follows:)
5           MR. TUCKER:  Sorry about that.
6  We are ready to go back on.  We are back
7  on the record now.
8      Q    So, Ms. Gomes, just to make sure
9  the record is clear, the document that was
10  marked Gomes Exhibit 4, it says at the top,
11  "From 10 February, 2017 until 7 October 3,
12  3017," I assume that means 2017.
13          Then it says, "November 3, 2017,
14  10:34 p.m."  Do you see that document?
15     A    Hold on.  The 4, right?
16     Q    What did you say, sorry?
17     A    The 4?
18     Q    4, correct.
19     A    Which question?
20     Q    I am just making sure you know
21  what document I'm referring to, because I am
22  about to ask you some questions about this
23  document.
24     A    Okay, yes, document 4, I have
25  it.

EPHIPHANIE GOMES - 04/09/2018          Pages 22..25

Page 22

    1                    EPHIPHANIE GOMES
    2          Q       Did you answer the questions?
    3          A       Yes, I did.
    4          Q       Were there any questions you did
    5    not understand?
    6          A       No, I understood them all.
    7          Q       Just to make sure the record is
    8    clear, I may have asked you this, I want to
    9    make sure, the questions --
   10                  MR. TUCKER:  Strike that.
   11          Q       The responses to the questions
   12    on Exhibit 3, those responses are yours, is
   13    that correct?
   14          A       They are mine, they are both
   15    mine.
   16          Q       And you understood the
   17    questions?
   18          A       Yes.
   19          Q       Did you rely on any documents to
   20    assist you in answering the questions on these
   21    questionnaires?
   22          A       Yes, I went back to Au Pair in
   23    America website for the exact price of how much
   24    I have been paid, and I went back to my flight
   25    ticket to know exactly the dates of my rematch,

Page 23

    1                    EPHIPHANIE GOMES
    2    my rematches, and for how long I've been in my
    3    host families.
    4          Q       Okay, so you reviewed plane
    5    tickets and the Au Pair in America website, is
    6    that correct?
    7          A       Yes.
    8          Q       Anything aside from those
    9    documents?
   10          A       No, that's it.
   11          Q       Did anyone assist you in
   12    answering the questions in these
   13    questionnaires?
   14          A       No, I was alone.
   15          Q       You were alone, you said?
   16          A       Yes.
   17          Q       Are the answers you provided in
   18    response to the questions in these
   19    questionnaires accurate?
   20                  MR. VALDIVIESO:  Objection to
   21          form.
   22          A       Most of them are accurate.  The
   23    problem is that I must have made some mistake,
   24    and I think even more in the second one,
   25    because it was the second time that I was

Page 24

    1                    EPHIPHANIE GOMES
    2    answering it, so I tried to go fast and finish
    3    it, it seemed pretty long to me.
    4                  So I might have had some
    5    mistakes by not really paying attention to the
    6    question and what I was writing.
    7          Q       Understood.
    8          Can we take a look at, let's
    9    start with Gomes Exhibit 3, and can you let me
   10    know which of your responses are inaccurate?
   11          A       Okay.
   12                  So, the question 1, "What is
   13    your full name when you were an au pair?"
   14                  It was just Epiphanie Gomes,
   15    when I worked from in February, it has nothing
   16    to do with the question, so it's not accurate.
   17          Q       Understood.
   18          A       The question 2 is accurate.  I
   19    did not write the begin dates and the end dates
   20    of the question 2.
   21          Q       Okay.
   22          A       Question 6, it's accurate, but
   23    there are some mistakes in what I have written.
   24    I was looking for a way to spend a year -- a
   25    year in the U.S. while studying, so it's pretty

Page 25

    1                    EPHIPHANIE GOMES
    2    difficult to understand.
    3          Q       Understood.  So those are just
    4    typos, right?
    5          A       Question 7, question 8, I did
    6    actually apply to two, I applied to Au Pair,
    7    but Au Pair in America was the one who answered
    8    the first.
    9                  Question 15, it's yes.  Can you
   10    see it?
   11          Q       Yes, I can.
   12          A       Okay.
   13          Q       Please continue.
   14          A       Question 18, question -- it was
   15    actually 130, but it was euros, not dollars.
   16                  Question 20, it's yes.  Yes, and
   17    question 22, it was in New York, and not in
   18    Colorado.
   19          Q       Okay.  Then it looks like there
   20    were responses to two additional questions,
   21    question 38 and question 41.
   22                  Are the responses you provided
   23    to those questions accurate?
   24          A       Okay, 38 is accurate, 41 is
   25    accurate.  I have had three whole different

Movant's App. 000428



**Page 26**

EPHIPHANIE GOMES

1    
2   host families, so I don't know which one I was
3   talking about, but in two of them, in two out
4   of three I had two kids.
5        Q    Understood.
6             Okay, can we look at Exhibit 4.
7   I am just going to ask you to look at your
8   response to question 2, and specifically the
9   begin and end dates.
10            And if you recall, you testified
11  just a minute ago that you didn't put the
12  beginning and end dates on the questionnaire
13  that was Exhibit 3, but it appears you did so
14  here for the exhibit marked Exhibit 4, correct?
15       A    Yes.
16       Q    Is that true?
17       A    Yes, it is.
18       Q    Are these dates correct?
19       A    Not at all.
20       Q    Okay.  Can you help us out and
21  let us know what the correct dates should be?
22       A    I can.  So, I've been in my
23  first host family, ███████ from the 9th of
24  February -- the 9th I arrived there, from New
25  York to Denver, and then I left the house on

**Page 27**

EPHIPHANIE GOMES

1
2   March 10.
3             I was in my LCC house, and then
4   I left to go to the ██████ house on March 16th,
5   and I had a rematch with the ██████ on March
6   22nd.  That's when I rematched.
7             And my third host family, I
8   arrived on April 2nd and I left on October 7th.
9        Q    Ms. Gomes, are you referring to
10  something to assist you with answering my
11  question?
12       A    Yes.  Just before, to prepare
13  for the meeting, I went back to see my flight,
14  how you call it, the flight that I did receive
15  by message, my conversation with my friends,
16  and the e-mail that I did receive by the host
17  family, so I can remember the exact dates of
18  when I arrived and when I left.
19       Q    Okay.  So let me just make sure
20  I understand this correctly.
21            So, so you began with your first
22  host family on February 9, 2017?
23       A    Yes.
24       Q    And that family is the ██████
25  ████ family?

**Page 28**

EPHIPHANIE GOMES

1
2        A    ███████
3        Q    And is the surname spelled
4   ████████?
5        A    ████████.
6        Q    Then ██████████?
7        A    Yes.
8        Q    And you were with that family
9   until March 10, 2017?
10       A    Yes.
11            The part where I am a little
12  confused is what happened between March 10,
13  2017 --
14            MR. TUCKER:  Strike that.
15       Q    What happened once you left --
16  you went to your community counselor, is that
17  correct?
18       A    Yes; I was there, I was in her
19  house.
20       Q    And when were you in the
21  community counselor's house?
22       A    Sorry?
23       Q    When were you in the community
24  counselor's house?
25       A    As soon as I left.  When I left

**Page 29**

EPHIPHANIE GOMES

1
2   my host family, I've been there directly, the
3   same day.
4        Q    Okay.  And when were you there
5   until?
6        A    Sorry?
7        Q    When were you there until?
8        A    I was there until March 16th,
9   when I left her house to go to my new host
10  family's house.
11       Q    Is that the ██████ family?
12       A    Yes, the ██████
13       Q    And did you arrive at the ██████
14  family's house on the 16th?
15       A    Yes.
16       Q    And you were there until the
17  22nd of March, is that correct?
18       A    Yes.
19       Q    And then where were you between
20  March 22 and April 2?
21       A    I've been there for a few other
22  days until they come back from San Francisco,
23  and then I went to a friend's house, who is an
24  au pair, too, because my host mom and my host
25  dad were having problems.

Movant's App. 000429



**Page 30**

EPHIPHANIE GOMES

1
2   Q   Okay.  I just want to make sure
3   I am clear on the day that you -- the last day
4   that you were with the ███ family.
5   A   Yes.
6   Q   So, what was the last day you
7   resided in the ███ family's house?
8   A   Can I check?
9   Q   Please.
10   A   The last day?  Because I can
11   find it.
12   Q   Yes, please do.
13   A   March 27th.
14   Hello?
15   Q   Yes, yes, thank you.
16   A   I have it, March 27th.
17   I had a conversation with my
18   friend, I went back to the conversation, and I
19   was saying to her they just came back home, and
20   it was the next day that finally I left.  So it
21   was March 27th.
22   Q   And then you stayed with your
23   friend.  So the next day, which would have been
24   the 28th, until the 2nd, April 2nd, is that
25   correct?

**Page 31**

EPHIPHANIE GOMES

1
2   A   Yes, still the 2nd.
3   Q   And then you were with the, it's
4   the ███ family, ███?
5   A   Yes, ███
6   Q   You were with them from April
7   2nd?
8   A   Yes.
9   Q   Until October 7th, 2017?
10   Q   Yes.
11   Q   That's correct?
12   A   Yes, it is.
13   Q   Why did you leave your first
14   host family?
15   A   ███
16   ███ --
17   ███
18   ███
19   ███
20   ███
21   ███
22   ███
23   ███
24   ███
25   ███

**Page 32**

EPHIPHANIE GOMES

1
2   ███
3   ███
4   ███
5   ███
6   ███
7   ███
8   ███
9   ███
10   ███
11   ███
12   ███
13   ███
14   ███
15   ███
16   ███
17   ███
18   ███
19   ███.
20   ███
21   ███
22   ███
23   ███
24   ███
25   ███

**Page 33**

EPHIPHANIE GOMES

1
2   ███
3   So I took my baggage and I left.
4   Q   You took your what?
5   A   My baggage, luggage.
6   Q   Baggage.
7   And why did your placement with
8   the second host family, the ███ family,
9   conclude?
10   A   Why did it conclude, is that
11   your question?
12   Q   Yes.
13   A   Okay.  So when I was in my LCC
14   house, I was going different e-mails and
15   propositional families.
16   The first place I wasn't very
17   interested, she had, and they were all toddlers
18   and a baby.
19   But she didn't live far from my
20   LCC house, and she did invite me to go over,
21   and I kind of felt a pressure, to be honest, by
22   my LCC, to find a host family quickly.
23   So I did, where I've been there,
24   had dinner with them, and I kind of liked the
25   family.

Page 34

EPHIPHANIE GOMES

1
2         So I've been there, they
3  accepted me, and I accepted, we matched, so
4  that's how it went, and then I've been there.
5         When I arrived the next day, the
6  host mom told me that they were having, going
7  to have vacation.
8         The father works in San
9  Francisco, and they live near Denver, in the
10 town, and they told me they were going on
11 vacation, so I was going to be alone at home
12 with the dog.
13        So I would have to take care of
14 the dog and stuff, and then they would come
15 back home, so that's what they did.
16        They left the next day I arrived
17 in their family, two days after, I received on
18 March 22nd, I received a mail from my host dad
19 telling me that, and I still have the mail if
20 you need it, that I will need to be rematched.
21        He's very sorry, he thinks that
22 we could have had a good experience, but I
23 cannot stay.
24        And I asked him what was going
25 on, and he told me that his wife would provide

Page 35

EPHIPHANIE GOMES

1
2  me more information.
3         I did not have any information
4  from his wife, only the new LCC sends me an
5  e-mail to tell me that my host parents were
6  going through a lot, and they were getting
7  divorced, so I am in rematch, and that's the
8  reason why.
9         And a few days again, after my
10 host mom, just before they come back, sends me
11 a mail to tell me that she was really sorry,
12 that they were going through a lot, that she
13 didn't know if the children were staying here
14 with her and all of that, so I could not stay.
15        And that's the reason why I was
16 unmatched with them, so I never really took
17 care of the children.
18    Q    I think we might have cut out.
19 You said you never really took care of the
20 children, is that what you said?
21    A    Yes, only the first day I've
22 been there.  The next day they were in San
23 Francisco, I stayed alone with the dog.
24        And then when they came back,
25 the few days that I stayed there, I was with

Page 36

EPHIPHANIE GOMES

1
2  the children, but it wasn't really child care,
3  what I was doing.
4    Q    Okay, so let me just make sure
5  the record is clear on this.
6    A    Yes.
7    Q    So when you arrived at the
8  ▆▆▆▆ family home, you said you cared for the
9  child the first day, is that -- did I hear that
10 correctly?
11   A    Yes, yes.  That day I was with
12 the nanny.  They had a nanny at that moment.
13        So I was with the nanny at home,
14 and she was showing me how she was doing with
15 the girls and all of that.
16        The mother arrived at night, and
17 the next day they left for San Francisco.
18   Q    Okay.  And when you say they,
19 you mean the entire family?
20   A    The mother and the four
21 children.  The father was already in San
22 Francisco, since he works there.
23   Q    And then you remained in the
24 home by yourself with the dog?
25   A    Yes.

Page 37

EPHIPHANIE GOMES

1
2    Q    And then you took care of the
3  dog while the family was in San Francisco?
4    A    Yes, I had to.
5    Q    And then when did the family
6  return?
7    A    On --
8    Q    I think you might have said the
9  22nd, is that correct?
10   A    No, the 22nd is the day the
11 father sent me an e-mail, actually, to tell me
12 that I will probably be unmatched.
13   Q    Was it possible it was the 27th?
14   A    No, they came back home on the
15 26th, before, because they came back home, and
16 then I stayed with them that day, and the next
17 day, too, and I left the next day, at night.
18        On the 27th, at night.
19   Q    Did you take care of the
20 children at all on the 26th or 27th?
21   A    Yes, I did, I did.
22        The baby and one of the girls,
23 and the two others were high school.
24   Q    Why did your placement with the
25 ▆▆▆▆ family conclude?

Movant's App. 000431

| Page 38 | Page 40 |
|---|---|

**Page 38**

EPHIPHANIE GOMES

1
2    A    We did Skype.  At that moment I
3 already had two host families, so I knew what
4 kind of questions I should ask them.
5    I asked them a lot of questions.
6 It was, it was easier for me, since the girls
7 were already 11 years old and they were about
8 to turn 12, and I did work with babies before.
9    So I only see the part that it
10 might be easier to take care of older children,
11 and they were in New Jersey, so it was good for
12 me to be near New York, and it's a big city,
13 and all of that.
14    We talked by Skype, we had two
15 meetings, the girls were not there, and at the
16 last meeting I met the girls, I had to meet the
17 twins.
18    And that's how it went.
19    Q    Okay, so that's how you matched
20 with the family, right?
21    A    Yes.
22    Q    But how did it -- why did you
23 leave the family on October 7th?
24    A    Oh, I felt more like an employee
25 than really in a host family.

**Page 39**

EPHIPHANIE GOMES

1
2    My duties with them were not
3 taking care of the girls.  The fact is that
4 they were 11, they were really independent, I
5 did not -- we did not have a lot of
6 communication on our time spent together.
7    As long as I did the dishes and
8 the laundry and keep the house clean, that was
9 basically what I had to do, it was -- I did not
10 provide child care.
11    The girls barely talked to me,
12 and with the host parents it was very, very
13 complicated, too.
14    They used to be very
15 passive/aggressive by message, not really
16 coming to me to tell me things.  They would
17 rather send me messages.
18    I had a dress code that we
19 never -- they never mentioned during our Skype,
20 and I didn't -- and I asked them a lot of
21 questions, and they never mentioned that dress
22 code, and that was very strict.
23    I had to be dressed
24 professional, it was written in it, I had to be
25 dressed professional, because I am working.

**Page 40**

EPHIPHANIE GOMES

1
2    I did not have the right to wear
3 T-shirts, did not have the right to wear
4 sandals, anything that shows my foot, it was
5 not allowed, jeans, it was very strict.
6    I did actually send that dress
7 code to my LCC, who told me she could not do
8 anything, because it didn't go against the
9 rules of Au Pair in America to do that.
10    It was very difficult for me.  I
11 remember that when they used to send me
12 aggressive messages, I used to screen shot them
13 and send them to my LCC for her to see it.
14    I used to call her and tell her
15 that I did not have relation with the girls.  I
16 tried, it was very difficult.  I told her how I
17 felt and everything.
18    So it just arrived a moment
19 where I could not stay there no more.  It
20 was -- I did not know why I was there no more.
21    I think that the purpose when
22 you decide to become an au pair is because you
23 love children and you want to spend time with
24 them and I wanted to provide child care.
25    But when all my duties are just

**Page 41**

EPHIPHANIE GOMES

1
2 about keeping the house clean, basically, it's
3 no more child care, I did not have anything to
4 do with the children.
5    So, I was there for nothing,
6 basically.
7    Q    Ms. Gomes, you talked about some
8 Skype calls you had with the families before
9 you -- before you were matched with the
10 families, right?
11    A    Yes.
12    Q    Were those interviews?
13    A    Yes, it was interviews, on both
14 sides, because they asked me questions and I
15 did ask them, too.
16    Q    Okay, understood.
17    Did any APIA representative
18 participate in those interviews?
19    A    No, they did not.
20    Q    Just to make sure the record is
21 clear, you decided to leave the ▮▮▮▮ family?
22    A    Yes, I did.
23    I asked for the rematch.
24    Q    But you didn't end up
25 rematching, is that correct?

Movant's App. 000432

Page 42

```
1              EPHIPHANIE GOMES
2       A    No, I did not.
3       Q    Why is that?
4       A    It was exhausting.  A rematch is
5  very -- it's a lot of stress and a lot of
6  pressure, and when it's -- the third rematch,
7  you just don't have the energy no more to find
8  a new family, to discover some people, and to
9  start it all over again.
10             It was exhausting me.  Being in
11 a match is very depressing.  We kind of feel
12 alone, we kind of feel like we are here for
13 nothing.
14             We are far from our families and
15 we have a purpose here.  And when we feel like
16 we are just wasting time, I did not want to do
17 it all over again.
18             So, I decided to leave.  I told
19 my LCC, even when I am interested in a family
20 and I start with the family, I don't feel like
21 I want to go there.
22             And I want to go to a family --
23 I don't want to go to a family and find them
24 waste their time, too, or not being completely
25 involved with taking care of the children just
```

Page 43

```
1              EPHIPHANIE GOMES
2  because I am exhausted of my own experience.
3             So I should go back to my
4  country.
5       Q    Ms. Gomes, did you participate
6  in an orientation?
7       A    Yes, I did.
8       Q    What was the orientation?
9       A    It was in New York, when we just
10 arrived, we were with the other au pairs.
11             And during the orientation they
12 used to teach us what to do in case a child
13 gets sick or anything, all the safety part.
14             They used to talk to us about
15 the au pair experience.  We had a woman who was
16 an LCC before who talked to us a lot about what
17 was going to happen.
18             It was more like -- it was a lot
19 of psychological preparation.
20      Q    Did you say psychology?
21      A    Yeah.
22      Q    Psychology what?
23      A    Psychological preparation.
24      Q    Psychological preparation?
25      A    Preparation, yeah.
```

Page 44

```
1              EPHIPHANIE GOMES
2       Q    And you said it was in New York.
3  And if I understand correctly, when we talked
4  earlier, you had put Colorado for one of your
5  answers, and then you corrected it to New York?
6       A    Yes.
7       Q    Is that what you are talking
8  about, the orientation, is that --
9       A    Yes, it was the orientation.
10      Q    Where in New York?
11      A    Oh, in a hotel.  I do not
12 remember the name of the hotel.
13             Hilton something.  It was in a
14 hotel in New York.
15      Q    Was it outside of New York City?
16      A    Yes, it was outside of New York
17 City.
18             Because we had to take a bus to
19 come to New York City when we visited it.
20      Q    And if I missed this, I
21 apologize, but how long was the orientation?
22      A    Three days, and on the fourth we
23 left to join our host families.  So it was
24 three days.
25      Q    Were any of your three host
```

Page 45

```
1              EPHIPHANIE GOMES
2  families at the orientation?
3       A    Sorry?
4       Q    Were any of your three host
5  families at the orientation?
6       A    No.
7       Q    Were you given information about
8  your host families at the orientation?
9       A    No.
10      Q    Ms. Gomes, how many individuals
11 resided in the ██████ family?
12      A    Yes, the two parents, the two
13 children and I, five.
14      Q    Okay.  And I believe you
15 testified earlier that in the ████ family
16 there were four children?
17      A    Yes.
18      Q    Two host parents and yourself?
19      A    Yes.
20      Q    So that would be six plus
21 yourself?
22      A    Yes.
23      Q    And then I think if I heard
24 correctly, with the ████ family it was two
25 host parents and then was it two children?
```

Movant's App. 000433

Case 1:14-cv-03074-CMA-KMT   Document 1071-1085-2   filed 05/09/18   USDC Colorado   Page 186 of 399

| Page 46 | Page 48 |
|---|---|

**Page 46**

EPHIPHANIE GOMES

1  
2  A    Yes, twins and the grandmother  
3 and I.  
4  Q    I am about to ask you some  
5 questions about the host families with which  
6 you were placed during your participation in  
7 the au pair program.  
8        In order to preserve the  
9 confidentiality of the host family's children,  
10 I'm going to ask that you refer to the children  
11 by gender and approximate age.  
12        So, for example, if one of the  
13 children was John Smith, approximately 7 years  
14 old, I would ask that you refer to John Smith  
15 as the 7 year old boy instead of by his name.  
16        Now, this is going to be a  
17 little challenging.  Let's first start with the  
18 ▮▮▮ family that had the twins.  
19        Were they the same gender?  
20  A    Yes, they were the same gender.  
21  Q    So, there may be a time where we  
22 are going to have to distinguish between the  
23 two children and my instruction isn't going to  
24 be very helpful.  
25        What I think we could do at that  

**Page 47**

EPHIPHANIE GOMES

1  
2 point is were their first names, did they have  
3 a different first letter for their first names?  
4  A    The same one.  
5  Q    Same first one.  
6        Well, why don't we go ahead, and  
7 if there is a time where we need to  
8 distinguish, maybe we will go off the record  
9 and we can figure out a way to refer to them,  
10 okay?  
11  A    Okay.  
12        MR. VALDIVIESO:  Did they have a  
13        middle name?  
14  Q    Do you know what their middle  
15 names were?  
16  A    No.  
17        They had the same one, they  
18 don't have the middle name, they only have  
19 first name.  
20  Q    Can you let me know let's start  
21 with the ▮▮▮  
22  A    ▮▮▮  
23        Their children, so can we  
24 identify them in the manner in which I just  
25 discussed?  

**Page 48**

EPHIPHANIE GOMES

1  
2  A    Yes.  
3  Q    So go ahead.  
4  A    The boy and the 14 month baby.  
5  Q    I just realized on my  
6 instructions I failed to mention, when I'm  
7 asking for an approximate age, I'm going to ask  
8 that you approximate it based on the age they  
9 were when you were placed in their house.  
10  A    Okay.  
11  Q    So is that still accurate, then,  
12 3 year old boy and 14 month baby?  
13  A    Yes.  
14  Q    Let's go with the ▮▮▮ family.  
15 Can you please identify the four children in  
16 the ▮▮▮ family?  
17  A    Four girls, one was five years  
18 old, four years old, two years old and 11 month  
19 baby, almost one.  
20  Q    Did your host parents have  
21 full-time employment during your placements?  
22  A    In my first host family?  
23        Yes, both of them.  
24  Q    What about the second host  
25 family?  

**Page 49**

EPHIPHANIE GOMES

1  
2  A    The mother was not working.  
3  Q    And the third host family?  
4  A    The mother was not working.  
5  Q    Did the host parents in your  
6 first host family work from home during your  
7 placement?  
8  A    Yes, the mother.  
9        Sometimes, two or three days a  
10 week.  
11  Q    But not the father?  
12  A    No.  
13  Q    And then what about the third  
14 host family, did the host father in the third  
15 family work from home during your placement?  
16  A    No.  
17  Q    Was the host mother in the third  
18 family employed?  
19  A    No.  She was retired.  
20  Q    Did the host family children  
21 from the first family attend school?  
22  A    Yes, one of them.  The other  
23 one, the three year old one, he did attend  
24 school.  
25  Q    Was it a daycare?  

Movant's App. 000434

EPHIPHANIE GOMES - 04/09/2018          Pages 50..53

---

Page 50

EPHIPHANIE GOMES

1
2    A    Sorry?
3    Q    Was it daycare?
4    A    No, it was preschool.
5    Q    It was preschool, okay.
6    A    Yes, two days a week, I think it
7  was Tuesday and Thursday.
8    Q    What was the schedule?
9    A    It depends if the child was
10  going to school or not.
11        In the morning I had both
12  children.  I used to dress the three year old
13  boy, then -- and the other one, too.
14        We took breakfast, I took him to
15  preschool, I came back with the baby.
16        He had a hard time sleeping, or,
17  how would you call it, or having a nap, so I
18  used to stay with him.
19        And then, when it was time to go
20  pick the little boy at school, I used to pick
21  him up, we came back home.
22        If the mother was working from
23  home she gave me one hour break so she could
24  take care of the children and I had a break,
25  and then I take them back.

---

Page 51

EPHIPHANIE GOMES

1
2        And I had it until I make them
3  bath, the bath, and that's it.
4        And sometimes I used to put the
5  children asleep, to, at night, in bed.
6    Q    Okay.
7        Let me be a little clearer.
8  When I meant schedule, I meant what was the
9  three year old's school schedule?
10    A    Oh, okay.  Sorry.
11    Q    No, that's okay.
12    A    I don't remember the hours
13  exactly, but we had to be at school by 10:00
14  a.m. and then I would pick him up by 2:00 p.m.
15    Q    Okay.  Was that school
16  throughout the calendar year?
17    A    The calendar year?  I did not --
18        MR. TUCKER:  Actually, strike
19  that.
20    Q    Just ignore that question, okay?
21    A    All right.
22    Q    The third family, did any of the
23  third family's children attend school?
24    A    The third family, both of them.
25    Q    And these were -- there were

---

Page 52

EPHIPHANIE GOMES

1
2  twin girls, correct?
3        A    Yes.
4        Q    And what age?
5        A    They were 11 when I arrived and
6  they turned 12.
7        Q    Did they have the same school
8  schedule?
9        A    Yes, they had the same.
10        Q    What was their schedule?
11        A    They had to be at school in the
12  morning at 7:00, and I picked them up at 2:30.
13        Q    Was that Monday through Friday?
14        A    Yes.
15        Q    Did they attend school in the
16  summer?
17        A    They had a special school in the
18  summer, special classes.  I don't know if it's
19  really school, but it was classes, though.
20        But the mother did drive them
21  there.  I did not pick them up or drive them
22  there.
23        Q    Okay.
24        What was the schedule for the
25  school in the summer?

---

Page 53

EPHIPHANIE GOMES

1
2        A    It was pretty much the same.
3        And they only did it on July.
4        Q    Okay.  So was there a time
5  during the year when the twins were not at
6  school?
7        A    Yes, on August.
8        Q    Did they attend camp in August?
9        A    No, they did not.
10        Q    Did the twins have after school
11  activities?
12        A    Yes, one of the twins did have
13  soccer, and the other one did have tennis.
14        And then in September it
15  changed, who had tennis, had swimming classes.
16        Q    Did you attend the after school
17  activities?
18        A    I used to attend the tennis, but
19  I did not play tennis.  Since I dropped them
20  there, I had to wait until they were done.  And
21  the same for the soccer.
22        Q    What about the swimming?
23        A    No, I have never been at the
24  swimming.
25        Q    When was swimming?

---

Movant's App. 000435

Page 54

EPHIPHANIE GOMES

1
2  A    Swimming started in September,
3  she finished the year with tennis, and then, on
4  September, when they started a new year, she
5  started the swimming.
6         And it was two times a week, and
7  the mother did drive her there, and I would
8  stay home with the other twin during that time.
9         Q    Other than your first host
10 parents and yourself, did anyone take care of
11 the first host family's children during your
12 placement?
13 A    Not during my placement.
14        Q    I believe you testified earlier
15 that the second host family had a nanny, is
16 that correct?
17 A    Yes, it is.
18        Q    Did the nanny take care of the
19 children at all during your placement with the
20 ██████ family?
21 A    Yes, the first day I arrived
22 there she was there, the mother was not home.
23 So the first day I arrived I was with the nanny
24 and with the girls, and the mother arrived at
25 night that day.

Page 55

EPHIPHANIE GOMES

1
2        Q    Any time other than the first
3  day?
4  A    No.
5        Q    Then the same question about the
6  third family. Did anyone other than the third
7  family's parents and yourself take care of
8  third family children during your placement?
9  A    No.
10        Q    Did the grandmother ever take
11 care of the ██████ family children?
12 A    No; she was too old.
13        Q    Did any of your host children
14 have a babysitter?
15 A    No.
16        Q    Did you work the first day of
17 your placement with the ██████ family?
18 A    I don't know if it's really
19 working, since I was with the nanny, too,
20 and -- but yes, we took care of the four girls
21 together.
22         We went to the park, same for
23 the shower, I showered two of them, she
24 showered the two other.
25         She was more showing me how to

Page 56

EPHIPHANIE GOMES

1
2  do it, and how they work, and what the girls
3  like to eat.
4         So it was more like training
5  day, something like that.
6        Q    Understood.
7         Then when the host, the ██████
8  family, when they arrived back on, I believe it
9  was the 26th of March, is that correct?
10 A    Yes.
11        Q    And then you were there on the
12 26th --
13 A    Yes.
14        Q    -- with them. Then you were
15 also there on the 27th, is that correct?
16 A    Yes; and at night on the 27th.
17        Q    Did you take care of the
18 children those days?
19 A    Yes, I did.
20        Q    For how many hours?
21 A    On the 26th when they arrived, I
22 give the girls dinner and I left, maybe two
23 hours on the 26th, and on the 27th, I cannot
24 tell you exactly.
25         It was in the morning, maybe

Page 57

EPHIPHANIE GOMES

1
2  9:00 a.m., from 9:00 a.m. the mother left, I
3  was with the girls. One did her best to go to
4  school.
5         I was there until she came back,
6  maybe 3:00 p.m., 4:00 p.m.
7        Q    And you testified earlier that
8  when the ██████ family was out of town from the
9  I guess 23rd until they arrived back the 26th,
10 you were responsible for taking care of their
11 dog?
12 A    Yes.
13        Q    How many hours each day did that
14 take?
15 A    A lot. Since it was a puppy,
16 that's how you say, since he was a puppy, so
17 when you don't watch him, he eats everything.
18         So from the morning I had to
19 wake up early to take the dog out so he can
20 pee, and then give him food, and walk him
21 around for one or two hours, then coming back
22 home.
23         So, from when I wake up until I
24 go to sleep, and I put him back in his cage,
25 all the time, I was always with the dog.

Movant's App. 000436

**Page 58**

EPHIPHANIE GOMES

1     EPHIPHANIE GOMES

2   Q   **Did you receive a stipend from**
3 **the ▉▉ family?**
4   A   What it means stipend, is that
5 money?
6   Q   **Yes. Did you receive money?**
7   A   Yes. Before they went to San
8 Francisco, my house mom gave me $100, and when
9 they came back from San Francisco, she paid me
10 for taking care of the girls when she left.
11     So she gave me $50, something
12 like $50.
13   Q   **You are saying -- so did she**
14 **leave at a time different than the children?**
15   A   Sorry?
16   Q   **Could you re-explain the $50**
17 **payment you just talked about?**
18   A   The $50 payment is when they
19 came back from San Francisco, and then I took
20 care of the girls at the night, I gave them
21 dinner.
22     And then the next day in the
23 morning, since she left, and I was with the
24 girls too, and the baby, took care of them,
25 when she came back she gave me money, she gave

**Page 59**

1 me $50.
2     And she even mentions it in an
3 e-mail that I have, she says I'm going to give
4 you money to help if you need to and all of
5 that.
6     So the $50 was basically paying
7 me for being with the girls, because officially
8 I was on a rematch.
9   Q   **Other than those two payments,**
10 **and those payments being the $100 payment and**
11 **the $50 payment, did you get any other payments**
12 **from your first host family?**
13   A   The first or the second? The
14 ▉▉ was the second.
15   Q   **I apologize, the second.**
16     MR. TUCKER: So let me withdraw
17 that question, and I am going to reask
18 it.
19   Q   **Other than the $100 payment and**
20 **the $50 payment, did you receive any other**
21 **payments from the ▉▉ family?**
22   A   No, I did not.
23   Q   **Ms. Gomes, I'm going to ask you**
24 **to take a look at the document that was marked**

**Page 60**

EPHIPHANIE GOMES

1 Gomes Exhibit 5.
2     And the document looks like
3 this. It's a single page document. It says
4 "Host Family and Au Pair/Companion Agreement"
5 at the top.
6     If you could, just locate that
7 document, review it, and let me know when you
8 have finished reviewing it.
9     (The above described document was
10 marked Gomes Exhibit 5 for identification,
11 as of this date.)
12   A   I am done.
13   Q   **Okay.**
14     **Have you seen this document**
15 **before?**
16   A   Yes.
17   Q   **What is it?**
18   A   It's a contract, between Au Pair
19 in America, the host family, and the au pairs.
20   Q   **Have you signed one of these**
21 **contracts?**
22   A   Yes, electronically.
23   Q   **Did you sign more than one?**
24   A   Yes. Every time I had a new

**Page 61**

EPHIPHANIE GOMES

1 host family I had to go back to my Au Pair In
2 America session and sign it again.
3   Q   **Is this the contract you signed**
4 **each of the three times?**
5   A   Yes.
6     MR. VALDIVIESO: I will object to
7 that prior question. If you could put
8 that on the record, please.
9   Q   **Did you review the contract**
10 **before you signed it each time?**
11   A   I cannot read it quickly, since
12 I knew what it was, it wasn't the first time,
13 so yeah.
14   Q   **Could you just repeat what you**
15 **said? Could you just repeat that? I**
16 **apologize.**
17   A   I did read it and yeah, I
18 signed.
19   Q   **But I'm asking if you read it**
20 **each time -- -- read it before you signed it**
21 **each time?**
22   A   Yes, I did read it.
23   Q   **Did you understand it before you**
24 **signed it?**

Page 62

EPHPHANIE GOMES

1
2     A    Yes, I did.
3     Q    And that's true for each time
4  you signed it?
5     A    Yes, it is.
6     Q    Do you see on the left-hand side
7  there are several boxes.  They start out, "I/we
8  understand."
9     A    Yes, I see them.
10    Q    Could you read the first eight
11 items, the first eight boxes?
12    A    "We understand that" --
13    Q    I apologize.  Just review them
14 to yourself you don't need to read them aloud,
15 but just review them, then let me know when you
16 have finished.
17    A    Okay.  The eight ones, right?
18    Q    Yes, please.
19    A    Yes.
20    Q    Did you in fact understand each
21 of those eight statements at the time you
22 signed this contract?
23    A    Yes, I did.
24         MR. VALDIVIESO:  Objection to
25    form.

Page 63

EPHPHANIE GOMES

1
2     Q    Ms. Gomes, you testified earlier
3  about an LCC, correct?
4     A    Yes.
5     Q    Is that a community counselor?
6     A    Yes, it is.
7     Q    If I -- if I heard you
8  correctly, I believe you said you had more than
9  one community counselor?
10    A    Yes, because every time I moved
11 from a host family to another, I had a
12 different community counselor.
13    Q    We missed the last part.
14    A    I said every time I moved from a
15 host family to another I changed from a
16 community counselor to another.
17         Because the community counselor
18 takes care of a zone of au pairs from, I don't
19 know how to say it, a zone.
20         So every time I moved from a
21 zone I had a new community counselor.
22    Q    So, is it true that you had
23 three community counselors?
24    A    Yes, I had three.
25    Q    Who were they?

Page 64

EPHPHANIE GOMES

1
2     A    The first one was Jane, I don't
3  remember her last name, but I can find it.  The
4  second one Emily, and the third one Lois.
5     Q    L-o-i-s?
6     A    Yes.
7     Q    So, Jane, Emily and Lois?
8     A    Lois, yes.
9     Q    Aside from Jane, Emily and Lois,
10 did you have contact with any other APIA
11 representative during your host family
12 placements?
13    A    Once I had -- it was from my
14 third rematch, from the ███ family, I did
15 receive an e-mail from someone in Au Pair In
16 America who sent me the rules of the rematch,
17 and if I did understand what a rematch was.
18         It's funny, because I never
19 received it the two first rematch, but I did
20 receive it at that time.
21         That's the only contact that I
22 had did.
23    Q    So someone sent you the rules
24 for rematch.  Is that what you are saying?
25    A    Yes.

Page 65

EPHPHANIE GOMES

1
2     Q    How often were you in contact
3  with your community counselors?
4         MR. VALDIVIESO:  Objection to
5    form.
6     A    With the first one, only two
7  times when she did visit me and my host family,
8  and the second one is when I left my host
9  family, so then I stayed in her house, so I was
10 always with them.
11         And even when I left my first
12 host family, she was still checking on me.
13         My second LCC, I did not have a
14 lot of contact with them, since I did not stay
15 a lot.  She only sent me the e-mail to tell me
16 that my host parents were probably divorcing,
17 and that's the reason why I would be in the
18 rematch.
19         And even in my second host
20 family, it was my first LCC who was really
21 involved in that one.
22         And in my third host family, I
23 had a lot of contact with my LCC, because I
24 would tell her every time something was not
25 fine or good.

EPHIPHANIE GOMES - 04/09/2018        Pages 66..69

Page 66
EPHIPHANIE GOMES

1
2    So I would send her messages and
3  let her know how it was going and we would meet
4  each other, too.  So with Lois I had a lot of
5  contact.
6       Q     A lot of contact, is that what
7  you said?
8       A     Yes, with Lois.
9       Q     Do you know what a cluster
10 meeting is?
11      A     Yes, I know.
12      Q     What is it?
13      A     It's a meeting in which the au
14 pairs meet each other, the new ones and the
15 other ones, there is the LCC, too, and we talk,
16 we meet each other.
17      Q     So you attended cluster
18 meetings?
19      A     Yes.
20      Q     How often?
21      A     Twice.  Twice, and it was in New
22 Jersey, the two ones I did attend.
23      Q     What were your duties for your
24 first host family?
25      A     For the first one I had to drive

Page 67
EPHIPHANIE GOMES

1
2  the three year old at school, we had to go out
3  sometimes, I had to play with him, to make him
4  go to bed, take his bath.
5       I had to make the laundry, I had
6  to make him eat, so cook for him, and cook for
7  the baby, too.
8       I had to keep his bedroom tidy,
9  of course, I had to talk to him in French.  We
10 used to play a lot, talk a lot, educative game.
11 I had to help him develop himself.
12      And for the baby, too, I had to
13 play with him and help him sleeping.  He was
14 crying a lot, I had to spend time with him and,
15 yeah.
16      Q     We talked a bit about your
17 duties with the second family for that short
18 period of time you were there.
19      And we talked a little bit about
20 your duties with your third family, but can you
21 summarize those?
22      A     Yes, my third host family?
23      Q     Yes.
24      A     Okay.  It was making the girls'
25 beds, it was taking the trash out, cleaning up

Page 68
EPHIPHANIE GOMES

1
2  the kitchen, cooking, washing the dishes.
3       Sometimes the mother was not
4  there during the weekend.  And I had to bring
5  food to the grandmother, too, when she was not
6  there during the weekend.
7       So I was the one who took care
8  of the grandmother, too.
9       To go pick the girls up at
10 school, I went with them at school, too, how
11 can I say that, I did leave them at school,
12 bring them to school, I used to drive them to
13 school and then drive them back home from
14 school, too.
15      I had to cook for the girls,
16 too, and sometimes going to the mall with the
17 girls.
18      Oh, and going to the grocery, to
19 Costco, I had to go to Costco and make all the
20 grocery things that we had to buy, and the
21 laundry.
22      Q     What did you say about laundry?
23      A     Sorry?
24      Q     What did you say about laundry?
25      A     And doing the laundry, too.

Page 69
EPHIPHANIE GOMES

1
2       That's what I had to do.
3       Q     Who told you your duties when
4  you were with the first host family?
5       A     My host mom explained them to me
6  even before I arrived.  It was very clear.  We
7  used to Skype a lot.  I was very close to her,
8  actually.
9       So we used to talk, and she used
10 to tell me that, even before I arrived, we were
11 in contact from November, and I only arrived on
12 February.
13      So we had time to talk about all
14 of these, about what she was wanting from me,
15 and what I would have to do in her house.
16      Q     And who told you about your
17 duties when you were placed with the third host
18 family?
19      A     When I arrived there they
20 actually gave me papers, a block of papers, in
21 which my dress code was, it was the -- it was
22 to the last page where my dress code, and all
23 the other pages were my responsibilities and
24 what I would have to do was all of that.
25      A block of papers with the rules

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-10   filed 05/23/18   USDC Colorado   pg 192 of 399

EPHIPHANIE GOMES - 04/09/2018          Pages 70..73

Page 70

EPHIPHANIE GOMES

1   of the house, my duties, my responsibilities,
2   what they were wanting for me, and my dress
3   code.
4           You did not hear me?
5       Q    Could you just repeat if you
6   remember?
7       A    Yes.  It was I had a block of
8   paper that they gave me the first day I arrived
9   in the house.
10          So they gave it to me, and in
11  that there were the rules, the instructions of
12  what they were wanting from me, my
13  responsibilities in the house, what could make
14  me fired, so all the don'ts.
15          My curfew, the use of the car,
16  and the two last pages were all about my dress
17  code.
18      Q    Okay.  Aside from the rules you
19  just described, were there any other rules when
20  you were with the third host family?
21      A    The third one?
22      Q    Yes.  So you talked about
23  curfew, talked about dress code, you talked
24  about, did you say, things that you could get
25

Page 71

EPHIPHANIE GOMES

1   fired for, or something like that?
2       A    The don'ts.
3       Q    Don'ts?
4       A    I had don'ts, yes.
5       Q    Was there anything else?
6       A    That's pretty much it.  They
7   were talking to me about my role, too, what I
8   should say and what I should not do in
9   their house, and, yeah.
10      Q    So what things were on the
11  don'ts?
12      A    Not respecting the dress code,
13  not respecting the curfew in the don'ts, not
14  treating the girls the exact same way were in
15  the don'ts, revealing information from my host
16  family to people outside, or personal things
17  were in the don'ts.
18          Being respectful -- those kind
19  of basic things were in the don'ts.  And it was
20  written at the end, not respecting these rules
21  can -- Rule 2, I don't know how to say that,
22  will make you immediately fired.
23      Q    Do you know who created these
24  documents?

Page 72

EPHIPHANIE GOMES

1       A    It was signed by the mother and
2   the father, but I think that the mother was in
3   a huge part the origin of that document.
4       Q    Do you know if APIA created any
5   part of the documents?
6       A    No, they did not; they did not.
7       Q    Were you required to sign
8   anything in connection with your receipt of
9   these documents?
10          MR. VALDIVIESO:  Objection to
11          form.
12      A    Can you please repeat the
13  question?
14      Q    My question was were you
15  required to sign anything in connection with
16  your receipt of the documents?
17      A    No; I was not.
18      Q    Did any APIA representative
19  assign the duties that you actually provided
20  for your host families?
21          MR. VALDIVIESO:  Objection to
22          form.
23      A    What does assigned means?
24      Q    Good question, why don't I

Page 73

EPHIPHANIE GOMES

1   rephrase it.
2           Did, anyone tell you --
3           MR. TUCKER:  Let me start back.
4       Q    So, with the first host family,
5   I know you said that you had to take the
6   bedroom of the children, is that correct?
7       A    Um-hum.
8       Q    How did you know you were
9   supposed to do that?
10      A    Because my host mom told me.
11  That's what she always told me.
12      Q    Is that true of the other duties
13  you told me about for the first host family?
14      A    Yes, it's true for all of them,
15  we talked about it before I went there.
16      Q    And then, with the third host
17  family, I know you said you were supposed to
18  pick up the girls at school.
19          How did you know about that
20  duty?
21      A    It was written, everything was
22  written.
23      Q    In those documents?
24      A    Yeah.

EPHIPHANIE GOMES - 04/09/2018          Pages 74..77

Page 74

EPHIPHANIE GOMES

2  Q    Is that true of your other
3  duties?
4      A    Not for all of them, because,
5  for example, that thing with the trash, taking
6  the trash out, normally when you are in a host
7  family, it's just like when you are in your
8  family, too, when you see that the trash is
9  full, you just take it out.
10      I just didn't know that I had to
11  do it, like they can consider -- I had to do it
12  before I am done, when I am off, I have to take
13  the trash out.  That's it.
14      So I didn't know about that --
15  it's like, I was in my bedroom and I received a
16  message, because they used to talk to me only
17  like that, telling me to pick up the trash, and
18  sending it to me, why is the trash like this?
19  Q    Who sent you a text, your host
20  family?
21      A    My host father, yes.
22  Q    Did any APIA representative ever
23  observe you performing your duties for your
24  host families?
25      A    No.

Page 75

EPHIPHANIE GOMES

2  Q    Did you have a schedule with
3  your first family?
4      A    What does that mean, schedule,
5  my schedule?
6  Q    Yes, like a work schedule?
7      A    Yes.
8  Q    Did it change?
9      A    Sometimes.
10  Q    How was the schedule determined?
11      A    It was determined on my host
12  mother most of the time, if she was working
13  from home or not, the kind of activities I will
14  have to do with the children.
15      If we went to the children
16  museum or not, if he had school or not, it was
17  determined on that, and how full my host mom
18  schedule at work was, too.
19      We used to do it together, the
20  schedule.
21  Q    Set the schedule?
22      A    Sorry?
23  Q    You said we used to do it
24  together, and I said set the schedule?
25      A    Yes, we used to do the schedule

Page 76

EPHIPHANIE GOMES

2  together.
3  Q    When you say we, you are talking
4  about your host mom and yourself?
5      A    Yes.
6  Q    Did APIA ever participate?
7      A    No.
8  Q    What was your schedule with the
9  first family?
10      A    With the first host family?
11  Q    Yes.
12      A    When the child was at school or
13  not?
14  Q    Let's start with when the child
15  was at school.
16      A    I have a document, I have
17  actually a pick of one day.  Can I help myself
18  with it?
19  Q    Yes, yes, you can refer to it.
20      A    Thank you.
21      In the pick that I have, it was
22  on Monday, I worked 7 hours, from 9:00 to
23  11:00, the mother was home, so I had a break
24  until 1:30 to 6:30.
25      On Tuesday, the three year old

Page 77

EPHIPHANIE GOMES

2  child had preschool, so my schedule was 12:30
3  until 8:30 p.m., so eight hours.
4      And on Wednesday, I worked from
5  9:00 a.m. until 6:30 p.m., which is nine hours.
6      And on Thursday he had
7  preschool, 8:00 to 11:00 a.m.  The mother was
8  home, then I had a break, and I restart working
9  from 2:00 to 6:00 p.m. which was seven hours.
10      And most of the times when the
11  mother was working she used to come home a
12  little late.
13  Q    Okay, thank you.
14      Ms. Gomes, can you take a look
15  at the questionnaire, Exhibit 4, again and can
16  you turn to question 51?
17      A    So Exhibit 4, you said?
18  Q    Yes, Exhibit 4.
19      A    Question 51?
20  Q    Yes.
21      A    "How many hours do you work on
22  average per week not including vacation weeks?"
23  Q    Okay.  And what was your
24  response to that question?
25      A    30.

EPHIPHANIE GOMES - 04/09/2018          Pages 78..81

Page 78

EPHIPHANIE GOMES

2    Q    Is this response for the first
3 host family?
4    A    Yes, it was for the first host
5 family.
6    Q    Is that number accurate?
7    A    Pretty much, between 30 and 35,
8 maybe.  I had a very, very light schedule in
9 that host family.
10   Q    Did you --
11       MR. TUCKER:  Strike that.
12   Q    Did you ever work on weekends
13 with your first host family?
14   A    Yes, I used to, on Saturday
15 nights, when my host parents used to go for
16 dinner.
17   Q    For how long on Sunday nights?
18   A    From the children's bath, so by
19 6:30, 7:00, until they arrived.
20        They even left me sleep and just
21 have the baby, how you call it, the baby phone,
22 maybe, just in case.
23        So, I just fell asleep.
24 Sometimes I didn't even know at what time they
25 came back home.

Page 79

EPHIPHANIE GOMES

2    Q    Did you have a work schedule
3 with your third host family?
4    A    Yes.  Every Monday morning or
5 Sunday night I did receive the schedule for the
6 next day by message -- for the next week,
7 sorry, by message.
8    Q    You said every Monday morning
9 you received it?
10   A    Monday morning or Sunday night,
11 depends if she forgets about it or not.
12   Q    So did it vary from week to
13 week?
14   A    Yes, it could vary from week to
15 week.
16   Q    Were there particular days on
17 which you worked?
18       MR. TUCKER:  Let me rephrase
19       that.
20   Q    Were there particular days of
21 the week on which you worked?
22   A    Particular days?
23   Q    Yes.
24   A    No, I used to work every day.  I
25 did not work on Sunday and I did not work on

Page 80

EPHIPHANIE GOMES

2 Monday morning, either.
3        So I have my one day and half a
4 week.  So Sunday and Monday morning were my
5 days off.
6    Q    So you said your host mom would
7 send you your schedule each week, correct?
8    A    Yes.
9    Q    Who determined the schedule?
10   A    It's her, I think her and her
11 husband, maybe; mainly it was her, my host mom.
12   Q    Did you keep those weekly
13 schedules?
14   A    No; they were in my host family
15 phone, the one that they provide us; they were
16 there.
17   Q    Were you scheduled for the same
18 number of hours each week?
19   A    No, not exactly; it could vary.
20   Q    By how much?
21   A    A lot.  Because on Saturday,
22 Saturday was the day that was not sure at all,
23 because the mother was not home, and my host
24 dad was home, but not that much.
25        So if he felt like going out

Page 81

EPHIPHANIE GOMES

2 with the girls, I could stay home and have --
3 and not really working on Saturday, but if he
4 did not feel like, I would have the girls all
5 Saturday.
6        So Saturday could determine the
7 hours of the week.
8    Q    What was the range in the
9 variance of your weekly scheduled hours?
10       MR. VALDIVIESO:  Objection to
11       form.
12   A    The range of hours, the number
13 of hours?
14   Q    Meaning the variance.  And what
15 I mean by that is if you were scheduled for 20
16 hours in week one and 25 hours in week two and
17 30 in week three, I would say that the variance
18 of that would be 10 hours, so it would be -- or
19 excuse me, yeah, 10 hours.
20        Anywhere between 20 hours and 30
21 hours each week?
22   A    No, it was more, the variance
23 was more like five hours.
24   Q    So it could fluctuate five
25 hours?

Movant's App. 000442

EPHIPHANIE GOMES - 04/09/2018          Pages 82..85

Page 82
EPHIPHANIE GOMES

1
2      A    Yes.
3      Q    Did it ever fluctuate more than
4  five hours?
5           And just to be clear, I am just
6  talking about the hours you were scheduled for,
7  not necessarily what you worked.
8      A    No, usually it was -- it changed
9  for five hours, I had to work five more hours
10  than I was supposed to.
11      Q    And how many -- so how many
12  hours would you be scheduled for, what was the
13  range?
14      A    Most of the time I was scheduled
15  40 hours, 39 to 40 hours, and sometimes I was
16  scheduled for 45.
17      Q    Were you ever scheduled for more
18  than 45 hours?
19      A    No.
20      Q    Did you ever work more hours
21  than you were scheduled for?
22      A    One time, but it was in my first
23  host family.  I used to, because the host mom
24  didn't schedule me, and she used to show up at
25  home late, but it was okay, since I did not

Page 83
EPHIPHANIE GOMES

1
2  have a lot of hours to work a week.
3           So even if she comes home late,
4  it's okay.
5           And in my third host family, I
6  think so, but it was pretty confusing, since I
7  was scheduled to be working, but my host father
8  was out with the girls, so I was stuck at home.
9           Officially I was scheduled, but
10  at the same time, I wasn't taking care of the
11  girls.
12           So I don't know what those hours
13  are, to be honest.
14      Q    Did any of your host families
15  track the number of hours you worked?
16      A    What does track mean?  The day
17  is recorded?
18      Q    Yes.
19      A    Yes, my third host family.
20      Q    How did they record it?
21      A    Since they sent it to me by
22  message.  She still had it on her phone, and me
23  on the phone that they did provide me, so.
24      Q    So I'm talking about not the
25  hours you were scheduled to work, but the hours

Page 84
EPHIPHANIE GOMES

1
2  you actually worked.
3      A    No, we did not have a record of
4  that.
5      Q    You did not -- meaning you don't
6  recall whether your host family recorded the
7  actual hours?
8           MR. VALDIVIESO:  Objection to
9      form.
10      A    No, they did not record the
11  actual hours.
12      Q    Okay.
13      A    We only had the hours that I was
14  scheduled to do that.
15      Q    Did you record the actual number
16  of hours?
17      A    Yes, sometimes, when I felt like
18  it was a huge week, or when I felt like the
19  Saturday was pretty long, I used to.
20           It's very rare, since I'm not a
21  person who really records everything and really
22  watches properly.
23      Q    And just to be clear, how did
24  you record it?
25      A    I had, how you call it, a little

Page 85
EPHIPHANIE GOMES

1
2  book, a little note paper, in which sometimes I
3  used to write down from the message that she
4  sent me how many hours I was working.
5           For example, on Saturday it was
6  the most.
7           I used to write down at what
8  time the host's dad left the house, and I was
9  still there, supposed to be working, and what
10  time they came back, and what time I went back
11  to sleep.
12      Q    Do you still have a copy of that
13  book?
14      A    No.
15           At all, maybe in my house in
16  France.
17      Q    Did you record your hours on a
18  weekly basis when you recorded them?
19      A    No, when I recorded them it was,
20  for example, if the Saturday was pretty long, I
21  used to take back the message that she sent me
22  of what my supposed schedule was, and then
23  tried to write down how many hours I did
24  really, compared to what she did send me.
25      Q    Did any APIA representative

Movant's App. 000443

Page 86

EPHIPHANIE GOMES

1
2  record your hours?
3      A    No; none of them.
4      Q    Did you receive a weekly payment
5  from your first host family?
6      A    Yes.
7      Q    Did you receive a payment every
8  week?
9      A    Yes.
10     Q    Who made the payment?
11     A    My host mom.
12     Q    Did anyone other than your host
13  mom make the weekly payment when you were with
14  the first host family?
15     A    No.
16     Q    How was it paid?
17     A    By bank transfer, to my bank
18  account from hers.
19     Q    Did the amount of the weekly
20  payment ever change?
21     A    No; it's always been the $195
22  and I don't remember how many cents.
23     Q    You said I don't remember how
24  many cents?
25     A    Yeah, the regular one, what is

Page 87

EPHIPHANIE GOMES

1
2  written in our contract, what they were
3  supposed to pay me.
4      Q    You said what was written in the
5  contract?
6      A    Yes.
7      Q    Are you referring to the
8  document marked Exhibit 5?
9      A    No, not this one.  I'm referring
10  to even when I go to my Au Pair In America, and
11  the very first time I didn't write it, it was
12  written clearly how much we were going to be
13  paid, it was written on the website.
14         So that much, $195 something,
15  even for the extraordinary, when I had to -- I
16  did not remember the exact amount, I went back
17  to it to remember how much it is.
18     Q    But, so wait, I'm confused.  You
19  said it was written in the contract, and you
20  said it was a different contract.
21         What contract are you talking
22  about, if it wasn't --
23     A    I am talking about the document,
24  I think I said contract -- I'm so sorry.
25         In the document -- I think I

Page 88

EPHIPHANIE GOMES

1
2  used the wrong thing, but yes, in the document
3  there are several documents, when we connect to
4  our account on Au Pair In America, that gives
5  information, and we had the information
6  clearly.
7      Q    Just so I'm clear, you are
8  referring to a document that you received
9  before you participated in the program?
10     A    Yes.
11     Q    Do you still have a copy of the
12  document?
13     A    It's probably on the account of
14  Au Pair In America.  I can find it.
15     Q    It's on the account?
16     A    Of Au Pair In America.  We have
17  a special account in which we can sign in with
18  all our documents, registered, and all the
19  things that we have registered, when we log in
20  on them.
21     Q    Do you remember what the
22  document said about the payment?
23     A    Yes, that we were weekly paid
24  the $195, I don't remember how many cents, and
25  that's it.

Page 89

EPHIPHANIE GOMES

1
2         No matter if we worked less than
3  45 hours or not, in which it was how much we
4  had to be paid.
5      Q    Did the document say you were
6  prohibited from receiving more than that
7  amount?
8      A    No.
9      Q    Did any APIA representative tell
10  you you were prohibited from being paid more
11  than that amount?
12     A    No.
13     Q    Was the amount a minimum payment
14  that you had to receive each week?
15     A    Yes, it was a minimum.
16     MR. VALDIVIESO:  Objection to
17  form.
18     Q    Ms. Gomes, did you receive a
19  weekly stipend from the third host family, the
20  ▮▮▮▮ family?
21     A    Yes.
22     Q    I apologize, I think I just used
23  the word stipend, I thought before you weren't
24  sure.
25         Do you know what I mean when I

Page 90

EPHIPHANIE GOMES

1
2 say stipend?
3        A        A weekly payment, salary.
4        Q        Is payment -- are you more
5 comfortable with that term, payment?
6        A        Yes.
7        Q        So, just to make sure we have
8 the record clear, so, you received a weekly
9 payment during your placement with the ███
10 family, correct?
11        A        Yes.
12        Q        Did you receive a payment every
13 week during your placement with the ███
14 family?
15        A        Yes.
16        Q        Who paid that payment?
17        A        The host mom.
18        Q        Did anyone other than your host
19 mom make a weekly payment to you during your
20 placement with the ███ family?
21        A        No.
22        Q        What was the method of payment?
23        A        $200.
24        Q        By method, I mean how was it
25 paid?

Page 91

EPHIPHANIE GOMES

1
2        A        Oh, in cash.
3        Q        And you just testified it was
4 $200?
5        A        Yes, it was $200.
6        Q        Was it ever a different amount?
7        A        No, it was always $200.
8        Q        Aside from your weekly payments,
9 did you receive any monetary payments from your
10 host families during your placements?
11        A        No.
12        Q        Did you ever receive a bonus?
13        A        No.
14        Q        Did you receive any gifts from
15 your host families?
16        A        No.
17                 From my first one, for
18 Valentine's Day, the grandmother, the mother of
19 the mother, gave me a flowers, flower pot, a
20 pot with flowers, and a gift card, and she made
21 a chocolate cake.
22        Q        And when I was at the hotel for
23 the orientation, my first host family, again,
24 they made me receive some fruits, too, at the
25 hotel.

Page 92

EPHIPHANIE GOMES

1
2        Q        Sorry, they what?
3        A        Fruits, they made me receive
4 fruits at the hotel.
5        Q        Meaning they sent them to you?
6        A        Yes.
7        Q        And you got them when you were
8 at the orientation?
9        A        Yes, at the hotel.
10        Q        Were you able to use any of your
11 host families' cars for personal purposes?
12        A        Yes.
13        Q        Which host families?
14        A        My first one and my third one.
15        Q        Did you have to pay for gasoline
16 when you used the car for personal purposes?
17        A        Yes.
18        Q        For both host families?
19        A        Yes, in my first and my third
20 ones.
21        Q        Did your host families provide
22 you with cell phones?
23        A        With, sorry?
24        Q        With cell phones?
25        A        Yes, both of them.

Page 93

EPHIPHANIE GOMES

1
2        Q        First and third?
3        A        Yes.
4        Q        Were you able to use the cell
5 phone for personal purposes?
6        A        Yes, I was.
7        Q        Did you use it for personal
8 purposes?
9        A        Yes.
10        Q        Who paid for the cell phone
11 plans?
12        A        My host family.
13        Q        Did your host families ever pay
14 for any personal travel expenses?
15        A        No.
16        Q        Did they ever pay for any
17 personal entertainment expenses?
18        A        No.
19        Q        Were you able to use the host
20 families' internet?
21        A        Yes.
22        Q        Did you have to pay to use the
23 internet?
24        A        No.
25                 MR. TUCKER:  Can we take a quick

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-18   filed 05/23/19   USDC Colorado   pg
198 of 399

Page 94

```
1                 EPHIPHANIE GOMES
2      break?
3                 THE WITNESS:  Yes.
4                 MR. TUCKER:  We will go off the
5      record.
6                 (At this point in the proceedings
7      there was a recess, after which the
8      deposition continued as follows:)
9                 MR. TUCKER:  We are back on the
10     record.
11          Q     So, Ms. Gomes, I only have a few
12     more questions.
13                Did your host families provide
14     you with a private bedroom throughout your
15     placements?
16          A     Yes.
17          Q     Did you ever have to share your
18     bedroom?
19          A     No.
20          Q     Did your host families provide
21     you with three meals each day throughout your
22     placements?
23          A     Yes.
24          Q     Did you take any classes while
25     you were an au pair?
```

Page 95

```
1                 EPHIPHANIE GOMES
2          A     Yes, I took one class.  It was
3      one course, and I took it two times, but I did
4      not finish it, because it was when I left to go
5      back to my country, but I took one course I did
6      not finish two times.
7          Q     What was the schedule for that
8      course?
9          A     It was in New York, so it was
10     from 10:00 a.m., I think, and we used to
11     finish, to get there and finish in the
12     afternoon, by 4:00 p.m.
13          Q     And what days of the week?
14          A     It was -- hold on, I was not
15     working.  I think they were both on Sunday, the
16     two that I took were on Sunday.
17          Q     So they were on days when you
18     weren't scheduled to work?
19          A     Exactly, when I was off.
20                MR. TUCKER:  Okay, I don't have
21     any other questions.  I will ask that we
22     go off the record for just a minute,
23     okay?
24                THE WITNESS:  Okay.
25                (Discussion off the record.)
```

Page 96

```
1                 EPHIPHANIE GOMES
2                 MR. VALDIVIESO:  Ready to go back
3      on the record.
4                 Okay, I'm going back on the record.
5                 THE WITNESS:  Yes.
6
7      EXAMINATION BY
8      MR. VALDIVIESO:
9
10          Q     Ms. Gomes, before you came to
11     the United States as an au pair, did any
12     representative from Au Pair In America tell you
13     anything about the amount of money you would be
14     paid as an au pair?
15          A     Yes.
16          Q     And who told you --
17                MR. VALDIVIESO:  Strike that.
18          Q     What did that person say to you
19     regarding the amount of money you would be
20     paid?
21          A     It was $195 and a few cents, I
22     don't know the exact number offhand, per week.
23          Q     And who said that to you?
24          A     It was the person when I went to
25     my very first meeting with Au Pair In America
```

Page 97

```
1                 EPHIPHANIE GOMES
2      to take the English test, that woman.
3          Q     And do you remember when that
4      was?
5          A     It was before I come.  I don't
6      remember, but it was before -- before I even
7      completely registered with Au Pair In America.
8          Q     Do you know where it was?
9          A     In Paris.
10          Q     Before you came to the United
11     States as an au pair, did any Au Pair In
12     America representative tell you anything about
13     the number of hours that you could work as an
14     au pair?
15          A     No.
16          Q     You testified earlier about the
17     period of time in between your first family and
18     your second family when you were living with
19     your community counselor, is that right?
20          A     Yes.
21          Q     You mentioned something about
22     feeling pressure to find a host family quickly.
23     Do you remember that?
24          A     Yes; I remember.
25          Q     Why did you feel pressure to
```

Movant's App. 000446

Page 98

EPHIPHANIE GOMES

1
2 find a host family quickly?
3         A      Because I lived in her house
4 first.  She lives alone with her husband, it's
5 a countryside where they live.
6               I did not feel completely like
7 comfortable in their house.  And the real thing
8 that made me feel like I had pressure, my
9 counselor used to tell me you need to find a
10 host family, you are being too picky.
11               Because the first time that she
12 did show me the ████ for example, she did
13 show me four children.
14               And I remember that I told her
15 that I could handle two children maximum, and
16 she was keeping on showing me families that
17 were not exactly what I wanted.
18               And when I told her that, she
19 told me you need to stop being that picky, you
20 should find a host family before Friday.
21               And I remember that she told me
22 you should find a host family before Friday,
23 and that I still had a week and a half left,
24 and she told me before Friday.
25               And Friday was like four or five

Page 99

EPHIPHANIE GOMES

1
2 days after that.  So she was putting me a limit
3 to find a host family before the official limit
4 that I had, to find a host family.
5               She was giving me less time that
6 I really had to find a host family, and she
7 told me if I did not find a host family by that
8 time, she would just make me matched with a
9 host family that already had an au pair and
10 that was looking for a second host family.
11               So it was either I match with a
12 host family in those days, or go to the host
13 family that she decides for me on Friday, and
14 which is not normal, because I still had a week
15 left after that Friday.
16         Q      How did you come to understand
17 that the official amount of time that you had
18 to find a rematch was two weeks?
19         A      I knew it, because it's written.
20 I don't know where I did read it, but I know
21 that we have two weeks to find a new host
22 family when we rematched and then we go back to
23 our country.
24               But we have two weeks; that's
25 the time that we have.

Page 100

EPHIPHANIE GOMES

1
2         Q      In response to one of Mr.
3 Tucker's questions you said, "I asked for the
4 rematch."
5               Do you remember who -- first of
6 all, do you remember that question?
7         A      Yes, I do remember that
8 question.
9         Q      And who did you ask -- well --
10               MR. TUCKER:  Can we just quickly
11       clarify, are we talking about which host
12       family?
13               MR. VALDIVIESO:  I am just about
14       to get there.
15         Q      So, I believe that was in your
16 testimony regarding the first --
17               MR. VALDIVIESO:  Well, strike
18       that.
19         Q      Let's start with your first
20 rematch after your first family.
21               Do you remember who you asked to
22 be rematched?
23         A      Yes.  So my first host family, I
24 did not officially ask for it, it was,  I
25 called by my counselor because my host -- I

Page 101

EPHIPHANIE GOMES

1
2 told my host mom I am not staying here, I want
3 to leave, you should come.
4               And she said you want me to call
5 her this afternoon?
6               I said no,now, I want to leave
7 now.
8               So I think she called my LCC
9 because a little bit after I received a call
10 from my LCC that telling me not to go anywhere
11 to keep calm, making my language and she would
12 send me an Uber to go to her house.
13         Q      Let's read back the question and
14 get and answer again.
15               MR. TUCKER:  Okay.
16         Q      Are you ready, Ms. Gomes?
17               Please try to speak slowly
18 because the court reporter is trying to write
19 down everything and also please try to speak
20 loudly.
21         A      Okay.
22               (The question and answer requested
23       was read back by the reporter.)
24       ██  ████████████████
25 ████████████████████████████████



Page 102

EPHIPHANIE GOMES

17    Q    Thank you.
18    Did you receive any weekly
19 payment during the time that you were living
20 with your community counselor in between your
21 first host family and your second host family?
22    A    No; not at all. I did not
23 receive a normal weekly payment since I left my
24 first host family until I arrived in my third
25 one because what I received in my second family

Page 103

EPHIPHANIE GOMES

1 was not a regular weekly payment.
2
3    Q    And for the rematch in between
4 your second host family and your third host
5 family, did you ask for that rematch?
6    A    No, I did not. I received an
7 e-mail after a few days after I arrived when I
8 was alone with the dog at home from my host
9 dad, not really explaining to me what was going
10 on.
11    He only told me that they could
12 not have an au pair any more, and that I should
13 be on rematch.
14    I actually still have the
15 e-mail, you want me to read it to you?
16    Q    That's all right.
17    Were you in contact with your
18 community counselor --
19    MR. VALDIVIESO: Strike that.
20    Q    Did you communicate with your
21 community counselor at all about the second
22 rematch in between your second host family and
23 your third host family?
24    A    Yes, in my second host family,
25 so my LCC at that moment was Emily, I remember

Page 104

EPHIPHANIE GOMES

2 that I sent her the e-mail that my host father
3 sent me, and I asked her, I don't know what is
4 going on.
5    And then that's what she
6 answered me, that they are probably divorcing,
7 but I would be on rematch.
8    Q    How did you end up living with
9 your friend in between your second host family
10 and your third host family?
11    A    So, I was there and she told me
12 that I could stay there as long as I wanted to,
13 and I remember that one night I went to sleep
14 in that friend's house and in the morning I
15 received a message from my first LCC because
16 she was still very involved in this, telling me
17 that my host mom did not want me to stay in the
18 house no more, and my friend, who is an au pair
19 too, had to ask her host dad if I could stay
20 there.
21    And he said yes, and my LCC sent
22 me a message telling me that I could stay
23 there.
24    She talked with my friend's host
25 dad and I could stay in their house.

Page 105

EPHIPHANIE GOMES

2    And I never understood what was
3 going on, and when I took an Uber to go back to
4 that family and ask my host mom, why she did
5 not tell me that she did not want me to stay.
6    And she said that she could not
7 handle an au pair at that moment and she had
8 her mother coming to take care of the girls and
9 she needed the bedroom, too.
10    Q    And at the end of your third
11 host family, I think you testified that you
12 received an e-mail from Au Pair In America
13 describing the rematch process?
14    A    Yes.
15    Q    Is that right?
16    A    Yes.
17    Q    Did you have any discussions
18 with your community counselor about a possible
19 third rematch at the end of your time with the
20 third host family?
21    A    Yes. I did have one.
22    Q    And what did you discuss with
23 your community counselor regarding a possible
24 third rematch?
25    A    We were discussing about that,

Movant's App. 000448

she thought that it would be a great idea because she thought that it would be better for me to be with toddlers or babies, and she was telling me not to tell too much.

And in my file she actually to have me finding a new host family, she actually deleted the second host family in which I did not stay for a whole week so the families that were interested in me could only see my first and my third rematch, just just like it was the third rematch.

**Q Okay, I'm sorry to tread back to prior grounds, but did your community counselor help you in any way in finding a host family after your first host family?**

**Did your first -- strike that.**

A My first LCC?

**Q Did your first LCC help you find the second host family?**

A Yes, she did, she was -- as I said, she was putting pressure on me to find a family, so she was giving me e-mails of host families who were interested.

I was keeping receiving messages

and e-mails of host families that were interested, but again, who were not what I wanted or all the kind of host families that I was looking for, but she did send me a lot of different host families and look for it.

**Q And did your second LCC help you find a third host family?**

A No, I did did not have contact with my -- the only time we talked was the e-mail to tell me that my host parents were probably divorcing and, the second one to tell me that I could stay in my friend's host dad house.

But after that, nothing.

**Q And did your first LCC help you find a third host family?**

A No.

**Q Did your -- did your third --**

MR. VALDIVIESO: Sorry, strike that.

**Q Did your third LCC help you find a possible fourth family?**

A Yes, she did. I actually received an e-mail from possible for host

families and had some Skype and see.

**Q What was your last part? The last part we couldn't hear you?**

A I had some video calls, two video calls with possible fourth host families.

**Q I believe you testified that your third LCC helped in that process, how?**

A Yes.

**Q How did the LCC help in that process?**

A The fact that she deleted my second rematch from my file was helping since the host families can be afraid of taking an au pair with too many rematch.

So she deleted to help, and I think that she was really helping because I was receiving a lot of e-mails from other hosts; parents and possible fourth host families.

**Q And you mentioned that your third host family provided a list of do's and don'ts?**

A Yes.

**Q Do you remember that?**

A Yes.

**Q Did any representative from Au Pair In America ever provide you a list of does and don'ts with regard to responsibilities as an au pair?**

A No.

**Q Before you came to the United States, did you have any understanding of what responsibilities were allowed for au pairs in the United States?**

A Were allowed, like what responsibilities I had?

**Q Sure.**

A Okay, not completely, because they did mention a lot of child care, they did mention sometimes having to cook for the children, but all this -- I have never been told about all the dish washing, how do you call it, the laundry, it was sometimes doing the laundry for the children, it was not described as it really was when I arrived.

I basically had to take care of the whole kitchen and make sure it was always completely clean and it was a 50/50, and they described it as child care, a lot of child

Case No. 1:14-cv-03074-CMA-KMT   Document 1085   filed 05/23/18   USDC Colorado   pg 202 of 399

Page 110

EPHIPHANIE GOMES

1
2  care, and a bit of other duties, but it's a lot
3  of house maintenance and a lot of child care,
4  too.
5          It's a complete 50/50 and they
6  don't describe it like that, they don't tell
7  that it's a huge part of our work, and au pairs
8  do not just take care of the children but also
9  all those duties, those duties, too.
10     Q     When you say they were
11 describing your responsibilities, who are you
12 referring to when you say they?
13     A     I am referring to the person
14 that I saw when I went in Paris to the au pair,
15 the woman from Au Pair In America who gave me
16 my English interview and who talked to us about
17 the au pair duties, and I'm referring to the
18 woman we saw at the orientation, too.
19     Q     When you are talking about
20 orientation, what are you referring to?
21     A     The three to four days in New
22 York, when we just arrived at the Hilton hotel.
23     Q     Let's start with the first
24 person that you are talking about in Paris.
25     A     Yes.

Page 111

EPHIPHANIE GOMES

1
2      Q     Did that person in Paris tell
3  you that you were not allowed to do certain
4  things as an au pair?
5      A     Not to hit the children, that's
6  all she mentioned, that we should never, ever,
7  hit or be violent with the children.
8      Q     And did the second person that
9  you were describing at the orientation in New
10 York, did that person ever tell you that you
11 were not allowed to do certain things as an au
12 pair?
13     A     She gave us some advises, like
14 you never let the child alone, she talked to
15 you about hitting the children, and that was
16 pretty much it, and about working, too, that
17 our visa did not allow us working, so it would
18 be illegal to have another job and then being
19 an au pair.
20     Q     Sorry, the person who told you
21 that you were not allowed to have another job,
22 that was the person at the orientation in New
23 York?
24     A     Yes.
25     Q     I think in describing your

Page 112

EPHIPHANIE GOMES

1
2  schedule with the first host family, I think
3  you said something about the host mother would
4  sometimes come home late, do you remember that?
5      A     Yes.
6      Q     Do you remember how often that
7  occurred during your time with the first host
8  family?
9      A     It happened a lot.
10         It happened a lot, and because
11 she was not working at home, and if I was to --
12 supposed to just bathe the children sometimes I
13 would find myself batting then giving them
14 food, she would be one to two hours late.
15     Q     When you say --
16     A     Sorry.
17     Q     Were you finished?
18     A     And when I talked with the au
19 pair that was there before, she said it used to
20 happen with her are, too.
21     Q     And when you said it would
22 happen a lot, what do you mean by that?
23     A     Three times out of five, for
24 example; if I worked five days per week, she
25 would not be late.

Page 113

EPHIPHANIE GOMES

1
2          If she was working at home, for
3  example, every time she was working at her
4  office, she would be late coming back home,
5  compared to the original schedule.
6          But I would not pay attention,
7  since my schedule was pretty light.
8      Q     And I think when you were
9  describing your schedule with your first --
10         MR. VALDIVIESO:  Strike that.
11     Q     I think when you were describing
12 your schedule with your first host family to
13 Mr. Tucker, you mentioned that the family would
14 sometimes go to dinner on Sundays?
15     A     Saturday night.
16     Q     Is it Saturday night?
17     A     Yes.
18     Q     Mr. Tucker asked you about
19 exhibit number 4, question number 51?
20     A     Yes.
21     Q     I believe you said that you
22 stated that you believe that you worked between
23 30 and 35 hours on average?
24     A     Yes.
25     Q     And I believe you told Mr.

EPIPHANIE GOMES - 04/09/2018        Pages 114..117

Page 114

EPIPHANIE GOMES

1   EPIPHANIE GOMES
2   Tucker that that estimate was for the first
3   host family?
4        A    Yes, it was for the first host
5   family.
6        Q    Did you count the amount of time
7   that the host family would go to dinner on the
8   weekend and you were left home with the
9   children in calculating that amount of time for
10  Mr. Tucker?
11       A    No, because we did not count
12  those hours.
13       Q    Do you know why you did not
14  count those hours?
15       A    Because she used to tell me that
16  I would work on Saturday night, it wasn't
17  written down and then when I -- when I put the
18  babies on bed, I was allowed to go to sleep and
19  just take the baby phone, so I did not even
20  know I was -- at what time they were coming
21  back home.
22       Q    And how often did you work on
23  the weekends when the family went out to
24  dinner?
25       A    I only stayed there for a

Page 115

EPIPHANIE GOMES

1   EPIPHANIE GOMES
2   month -- all the weekends I think only one
3   weekend it did not happen.
4        Q    Then I think when you were
5   describing your schedule to Mr. Tucker for the
6   third host family, I believe you testified that
7   sometimes the host father would take the
8   daughters and that you would be stuck at home,
9   do you remember that?
10       A    Yes; I remember.
11       Q    What did you mean by being stuck
12  at home?
13       A    I mean that I am supposed to
14  work, I am scheduled to work from one hour to
15  another and when I woke up even the father is
16  already out with the girls, or either he's
17  telling me that they are going out.
18            And while they are out, I'm
19  supposed to stay at home in case they need me,
20  in case they come back.
21            I do not have information, I
22  used to send text messages to my host mom
23  asking her am I off?  Am I working?
24            And she used to tell me I don't
25  know.  If he needs you when he comes back home

Page 116

EPIPHANIE GOMES

1   EPIPHANIE GOMES
2   you are going to work.
3            So, I just had to stay at home
4   and be available because I was basically
5   working just in case of.
6            And it would last all day long,
7   and when they arrived from when they are out, I
8   had sometimes to cook for the girls if they did
9   not eat dinner outside.
10           MR. VALDIVIESO:  I don't have any
11       more questions at this time.
12           MR. TUCKER:  I want to go off the
13       record.
14           MR. VALDIVIESO:  One second, we
15       are going off the record.
16           (At this point in the proceedings
17       there was a recess, after which the
18       deposition continued as follows:)
19
20  CONTINUED EXAMINATION BY
21  MR. TUCKER:
22
23
24       Q    Okay?
25            Ready to go back on the record?

Page 117

EPIPHANIE GOMES

1   EPIPHANIE GOMES
2        A    Yes.
3        Q    Ms. Gomes, I just have a few
4   more questions for you.
5            You testified earlier that the
6   week in which or --
7            MR. TUCKER:  Strike that.
8        Q    You testified earlier that when
9   you stayed with the community counselor between
10  your second family and your third family -- no?
11       A    No.
12       Q    You are right, let me try one
13  more time.
14            You testified earlier that the
15  time you spent with your community counselor
16  between your first family and your second
17  family that you did not receive a weekly
18  payment, is that correct?
19       A    Yes, it is.
20       Q    When you were staying with the
21  community counselor, did you perform any work
22  for the community counselor?
23       A    No, I did not.
24       Q    Did you ever work more than 40
25  hours in a week in which you were placed with

Page 118

```
1                EPHIPHANIE GOMES
2    your first family?
3         A     No.
4         Q     Were you able to refuse to go to
5    the ████ family?
6               MR. VALDIVIESO:  Objection to
7         form.
8         A     Yes, I was.
9               MR. TUCKER:  I don't have any
10        other questions.
11              MR. VALDIVIESO:  I actually have
12        a couple.
13              Can we go off the record?
14              (At this point in the proceedings
15        there was a recess, after which the
16        deposition continued as follows:)
17
18
19   CONTINUED EXAMINATION BY
20   MR. VALDIVIESO:
21
22        Q     Can you hear me?
23        A     Yes, I can.
24        Q     I am going to go back on the
25   record, are you ready?
```

Page 119

```
1                EPHIPHANIE GOMES
2         A     Yes, I am.
3               MR. VALDIVIESO:  We are back on.
4         Q     I believe you testified that you
5    had use of the car for some of your host
6    families.
7               Can you remind me with which
8    host families you had use of the car?
9         A     With my first host family and my
10   third host family.
11        Q     I believe Mr. Tucker asked you
12   if you were allowed to use the car for either
13   of those families for your personal use, do you
14   remember that?
15        A     Yes, I do.
16        Q     Let's talk about just the first
17   host family for now.
18              Did you use the first host
19   family's car for anything other than personal
20   use?
21        A     Yes.
22        Q     For what else did you use the
23   first host family's car?
24        A     I used the first host family's
25   car to take the third year old child to school,
```

Page 120

```
1                EPHIPHANIE GOMES
2    to pick him up from school.
3               When we used to go out I used to
4    take the car with the children.
5               When we went to Children's
6    Museum, all the activities that I had with the
7    children I used the car.
8         Q     And the car for your third host
9    family, did you use that car for anything other
10   than personal use?
11        A     Yes.
12              I used it to -- I'm sorry,
13   excuse me?
14        Q     How did you use the car other
15   than for your personal use?
16        A     I used it the same, to pick up
17   the girls from school, to go leave them at
18   school, when we used to go out to the mall I
19   used the car for that, I didn't use the car a
20   lot for the grocery.
21              For example, it was just a lot
22   of grocery to do, so all the grocery things
23   that I had to do, I used the car for that, too.
24        Q     And how?
25        A     I used the car for the
```

Page 121

```
1                EPHIPHANIE GOMES
2    activities of the girl, for tennis and for the
3    soccer, I used the car for that.
4         Q     And for the second host family,
5    did you leave the house at all during the
6    period of time that you were living with that
7    host family?
8         A     I had the chance that I met
9    another girl, Joy, the one in which I stayed in
10   her house, and she had a car, so she did pick
11   me up two times and we went out.
12              That's the only time that I
13   could go out, because they lived in Island
14   Ranch and there was nothing, so the only times
15   that I went out was when Joy used to pick me up
16   and when I used to walk the dog outside for one
17   or two hours.
18        Q     And Mr. Tucker asked you some
19   questions about your use of cell phones during
20   your time as an au pair, and I believe you
21   testified that all three of your families
22   provided a cell phone for your use, is that
23   right?
24        A     Two of them, only two of them,
25   the first one and the third one.
```

EPHIPHANIE GOMES - 04/09/2018          Pages 122..125

1                EPHIPHANIE GOMES
2        Q     Okay.
3              So, for the first host family
4    Mr. Tucker asked you if you used that phone,
5    the cell phone for your personal use, do you
6    remember that?
7        A     Yes.
8        Q     Did you use that phone for
9    anything other than your personal use?
10       A     Yes; of course.
11       Q     How did you use the phone other
12   than for your personal use?
13       A     My host family when they needed
14   something they used to text me on that phone,
15   call me on that phone, and that phone was
16   professional, too -- professional -- it was
17   communicates with my host family, it was -- the
18   phone that I have was a French phone and not
19   everyone can call to call a French phone number
20   all the time.
21       Q     Did you have your own cell
22   phone, your French cell phone during your time
23   with your host family, first host family?
24       A     Yes.
25       Q     And did you continue to use it

1                EPHIPHANIE GOMES
2    during your time with the first host family?
3        A     Yes.
4        Q     And how would you use your
5    French phone during your time with the first
6    host family?
7        A     I used it, I used it for my
8    social media, I used it to call friends, I used
9    it, too, because when I was out of the house
10   for the net, I had unlimited internet in my
11   French -- my French -- in my French cell phone
12   that I could use even here, and that's what I'm
13   using right now.
14             So, I used it like that, I used
15   it to call in France, I used it sometimes to
16   call in America, too.
17       Q     Who paid for the service for
18   your French cell phone?
19       A     Me.
20       Q     And did you have that cell phone
21   during your time with all three host families?
22       A     Yes, I did.
23       Q     Did you have it the entire time
24   that you were an au pair in the United States?
25       A     Yes, I did.

1                EPHIPHANIE GOMES
2        Q     And did you pay for that French
3    phone throughout the period of time that you
4    were an au pair in the United States?
5        A     Yes, I did.
6        Q     Lastly, the third host family,
7    they provided a U.S. cell phone for your use?
8        A     Yes.
9        Q     Did you use that cell phone for
10   anything other than your personal use?
11       A     Yes.
12       Q     And how did you use that cell
13   phone provided by your third host family other
14   than for your personal use?
15       A     I -- they used it a lot because
16   they used to communicate with me by message.
17             Most of the time even if we were
18   both in the house they would send me messages,
19   they would send me e-mails, they would send me
20   the girl's schedule, they would send me the
21   girl's calendar, that was a calendar that was
22   synchronized with their schedule and the week
23   schedule.
24             They would call me on it and
25   that's how I used it.  Professional.

1                EPHIPHANIE GOMES
2              MR. VALDIVIESO:  Okay, I have no
3        more questions.
4              MR. TUCKER:  I don't either.
5        Can we go off the record.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Movant's App. 000453

EPHIPHANIE GOMES - 04/09/2018          Pages 126..129

## Page 126

EPHIPHANIE GOMES

I, the undersigned, a Certified Shorthand Reporter of the State of New York, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction;

That the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case before completion of the proceedings, review of the transcript [ ] was [x] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: April 24, 2018

_____
Stephen J. Moore
RPR, CRR

## Page 127

EPHIPHANIE GOMES

DECLARATION UNDER PENALTY OF PERJURY

Case Name: BELTRAN v. INTEREXCHANGE

Date of Deposition: April 9,
2018

I, EPHIPHANIE GOMES, hereby certify under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this _____ day of

_____, 2018, at

_____.

_____

EPHIPHANIE GOMES

## Page 128

EPHIPHANIE GOMES
DEPOSITION ERRATA SHEET
Case Name: BELTRAN v. INTEREXCHANGE
Name of Witness: EPHIPHANIE GOMES
Date of Deposition: April 9,
2018
Reason Codes:  1. To clarify the record.
               2. To conform to the facts.
               3. To correct transcription errors.
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
DEPOSITION ERRATA SHEET

## Page 129

EPHIPHANIE GOMES
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____ Subject to the above changes, I certify that the transcript is true and correct

_____ No changes have been made. I certify that the transcript is true and correct.

_____
EPHIPHANIE GOMES

Movant's App. 000454

EPHIPHANIE GOMES - 04/09/2018                    i1

---

**$**

**$100**
58:8 59:11,20

**$195**
86:21 87:14 88:24 96:21

**$200**
90:23 91:4,5,7

**$50**
58:11,12,16,18 59:2,7,
12,21

---

**1**

**1**
10:15,18,23 24:12

**10**
21:11 27:2 28:9,12
81:18,19

**10:00**
51:13 95:10

**10:34**
21:14

**10th**
32:15

**11**
38:7 39:4 48:18 52:5

**11:00**
76:23 77:7

**12**
38:8 52:6

**12:30**
77:2

**130**
25:15

**14**
48:4,12

**15**
25:9

**16th**
27:4 29:8,14

**18**
25:14

**1:30**

---

76:24

---

**2**

**2**
15:13,17 24:18,20 26:8
29:20 71:22

**2/6**
11:20

**20**
25:16 81:15,20

**2017**
14:8 15:6,7,9 21:11,12,
13 27:22 28:9,13 31:9

**2018**
14:9,25 126:16

**22**
25:17 29:20

**22nd**
27:6 29:17 34:18 37:9,10

**23rd**
57:9

**24**
126:16

**25**
81:16

**26th**
37:15,20 56:9,12,21,23
57:9

**27th**
30:13,16,21 37:13,18,20
56:15,16,23

**28th**
30:24

**2:00**
51:14 77:9

**2:30**
52:12

**2nd**
27:8 30:24 31:2,7

---

**3**

**3**
17:24 18:6,9 21:11,13
22:12 24:9 26:13 48:12

---

**30**
77:25 78:7 81:17,20
113:23

**3017**
21:12

**35**
78:7 113:23

**38**
25:21,24

**39**
82:15

**3:00**
57:6

---

**4**

**4**
19:21 20:2 21:10,15,17,
18,24 26:6,14 77:15,17,
18 113:19

**40**
82:15 117:24

**41**
25:21,24

**45**
82:16,18 89:3

**4:00**
57:6 95:12

---

**5**

**5**
10:15 60:2,11 87:8

**50/50**
109:24 110:5

**51**
77:16,19 113:19

---

**6**

**6**
11:17 14:9 24:22

**6/2**
11:17

**6:00**
77:9

---

**6:30**
76:24 77:5 78:19

**6th**
14:8

---

**7**

**7**
15:9 21:11 25:5 46:13,15
76:22

**7:00**
52:12 78:19

**7th**
27:8 31:9 38:23

---

**8**

**8**
25:5

**8:00**
77:7

**8:30**
77:3

---

**9**

**9**
27:22

**9:00**
57:2 76:22 77:5

**9th**
26:23,24

---

**A**

**a.m.**
51:14 57:2 77:5,7 95:10

**able**
92:10 93:4,19 118:4

**absolutely**
15:2

**accepted**
34:3

**accommodate**
6:14

**account**

---

Movant's App. 000455

86:18 88:4,13,15,17

**accurate**
13:24 23:19,22 24:16,18,
22 25:23,24,25 48:11
78:6

**action**
126:13,14

**activities**
53:11,17 75:13 120:6
121:2

**actual**
84:7,11,15

**additional**
25:20

**address**
11:12

**advises**
111:13

**affect**
8:3

**afraid**
32:8 108:14

**afternoon**
4:12 95:12 101:5 102:5

**age**
46:11 48:7,8 52:4

**aggressive**
40:12

**ago**
26:11

**Agreement**
60:5

**ahead**
47:6 48:3

**allow**
12:15 111:17

**allowed**
7:12 40:5 109:9,11
111:3,11,21 114:18
119:12

**aloud**
5:20 62:14

**America**
4:17,20,22,24 8:21 9:5
22:23 23:5 25:7 40:9

60:20 61:3 64:16 87:10
88:4,14,16 96:12,25
97:7,12 105:12 109:3
110:15 123:16

**American**
4:16,23

**amount**
86:19 87:16 89:7,11,13
91:6 96:13,19 99:17
114:6,9

**answer**
5:7 6:5,7,16,19 13:10,11
18:19,24 19:3,10,13 22:2
101:14,22

**answered**
6:24 25:7 32:5 104:6

**answering**
22:20 23:12 24:2 27:10

**answers**
5:11 16:6 23:17 44:5

**APIA**
4:20,21 41:17 64:10
72:5,19 74:22 76:6 85:25
89:9

**apologize**
11:18 44:21 59:16 61:17
62:13 89:22

**appearing**
8:11

**appears**
12:4 26:13

**applied**
25:6

**apply**
25:6

**approximate**
46:11 48:7,8

**approximately**
46:13

**April**
27:8 29:20 30:24 31:6
126:16

**arrive**
29:13

**arrived**
26:24 27:8,18 31:15

34:5,16 36:7,16 40:18
43:10 52:5 54:21,23,24
56:8,21 57:9 69:6,10,11,
19 70:9 78:19 102:24
103:7 109:21 110:22
116:7

**aside**
23:8 64:9 70:19 91:8

**asked**
22:8 32:4 34:24 38:5
39:20 41:14,23 100:3,21
102:4,12 104:3 113:18
119:11 121:18 122:4

**asking**
11:21 12:12 48:7 61:20
115:23

**asleep**
51:5 78:23

**assign**
72:20

**assigned**
72:24

**assist**
22:20 23:11 27:10

**assume**
6:8 21:12

**attend**
7:13 49:21,23 51:23
52:15 53:8,16,18 66:22

**attendance**
7:9

**attended**
66:17

**attending**
8:15

**attention**
24:5 113:6

**attorney**
4:14 6:23 126:13

**attorneys**
7:11 8:9

**au**
4:17,20,21,24 8:14,20
9:4,5,9 12:2 14:6,17,21,
24 15:3 17:11,17 18:18
22:22 23:5 24:13 25:6,7
29:24 31:25 32:20 40:9,

22 43:10,15 46:7 60:5,
19,20 61:2 63:18 64:15
66:13 87:10 88:4,14,16
94:25 96:11,12,14,25
97:7,11,14 99:9 103:12
104:18 105:7,12 108:14
109:2,5,9 110:7,14,15,17
111:4,11,19 112:18
121:20 123:24 124:4

**August**
53:7,8

**available**
116:4

**average**
77:22 113:23

---

**B**

**babies**
38:8 106:4 114:18

**baby**
33:18 37:22 48:4,12,19
50:15 58:24 67:7,12
78:21 114:19

**babysitter**
55:14

**back**
10:3 12:23,25 17:8,9
19:9,16 20:20,23,24 21:6
22:22,24 27:13 29:22
30:18,19 34:15 35:10,24
37:14,15 43:3 50:15,21,
25 56:8 57:5,9,21,24
58:9,19,25 61:2 68:13
73:4 78:25 85:10,21
87:16 94:9 95:5 96:2,4
99:22 101:13,23 105:3
106:13 113:4 114:21
115:20,25 116:25 118:24
119:3

**baggage**
33:3,5,6 102:10

**bank**
86:17

**barely**
39:11

**based**
48:8

Movant's App. 000456

EPHIPHANIE GOMES - 04/09/2018                    i3

**basic**
71:20

**basically**
31:22 39:9 41:2,6 59:7
109:22 116:4

**basis**
85:18

**bath**
51:3 67:4 78:18

**bathe**
112:12

**batting**
112:13

**bed**
51:5 67:4 114:18

**bedroom**
67:8 73:7 74:15 94:14,18
105:9

**beds**
67:25

**began**
27:21

**beginning**
12:11 26:12

**believe**
32:19 45:14 54:14 56:8
63:8 100:15 108:7
113:21,22,25 115:6
119:4,11 121:20

**believed**
32:8

**best**
6:9 57:3

**better**
106:3

**big**
38:12

**bit**
67:16,19 101:9 110:2

**block**
69:20,25 70:8

**bonus**
91:12

**book**
85:2,13

**bottom**
11:10

**boxes**
62:7,11

**boy**
46:15 48:4,12 50:13,20

**break**
6:12,13,17,18 50:23,24
76:23 77:8 94:2

**breakfast**
50:14

**bring**
68:4,12

**bus**
44:18

**business**
4:17,24

**buy**
68:20

---

**C**

**cage**
57:24

**cake**
91:21

**calculating**
114:9

**calendar**
51:16,17 124:21

**call**
27:14 40:14 50:17 78:21
84:25 101:4,9 102:4,8
109:19 122:15,19 123:8,
15,16 124:24

**called**
4:2 32:20,23 100:25
101:8 102:7

**calls**
41:8 108:5,6

**calm**
101:11 102:9

**camp**
53:8

**car**
70:16 92:16 119:5,8,12,

19,23,25 120:4,7,8,9,14,
19,23,25 121:3,10

**card**
91:20

**care**
34:13 35:17,19 36:2
37:2,19 38:10 39:3,10
40:24 41:3 42:25 50:24
54:10,18 55:7,11,20
56:17 57:10 58:10,20,24
63:18 68:7 83:10 105:8
109:15,22,25 110:2,3,8

**cared**
36:8

**cars**
92:11

**case**
5:12 8:10 43:12 78:22
115:19,20 116:5 126:10

**cash**
91:2

**cell**
92:22,24 93:4,10 121:19,
22 122:5,21,22 123:11,
18,20 124:7,9,12

**cents**
86:22,24 88:24 96:21

**certain**
111:3,11

**Certified**
126:2

**certify**
126:3,12

**challenging**
46:17

**chance**
121:8

**change**
75:8 86:20

**changed**
53:15 63:15 82:8

**check**
30:8

**checking**
16:18 65:12

**child**
36:2,9 39:10 40:24 41:3
43:12 50:9 76:12,14 77:2
109:15,25 110:3 111:14
119:25

**children**
35:13,17,20 36:2,21
37:20 38:10 40:23 41:4
42:25 45:13,16,25 46:9,
10,13,23 47:23 48:15
49:20 50:12,24 51:5,23
54:11,19 55:8,11,13
56:18 58:14 73:7 75:14,
15 98:13,15 109:17,20
110:8 111:5,7,15 112:12
114:9 120:4,7

**children's**
78:18 120:5

**chocolate**
91:21

**city**
38:12 44:15,17,19

**clarify**
100:11

**class**
95:2

**classes**
52:18,19 53:15 94:24

**clean**
39:8 41:2 73:6 109:24

**cleaning**
67:25

**clear**
4:25 7:14 21:9 22:8 30:3
36:5 41:21 69:6 82:5
84:23 88:7 90:8

**clearer**
51:7

**clearly**
87:12 88:6

**client**
4:19

**client's**
4:18

**close**
69:7

Movant's App. 000457

EPHIPHANIE GOMES - 04/09/2018                                    i4

**cluster**
66:9,17

**code**
39:18,22 40:7 69:21,22
70:4,18,24 71:13

**Colorado**
25:18 44:4

**come**
29:22 34:14 35:10 44:19
77:11 97:5 99:16 101:3
112:4 115:20

**comes**
83:3 115:25

**comfortable**
90:5 98:7

**coming**
39:16 57:21 105:8 113:4
114:20

**communicate**
103:20 124:16

**communicates**
122:17

**communication**
39:6

**community**
28:16,21,23 63:5,9,12,
16,17,21,23 65:3 97:19
102:20 103:18,21
105:18,23 106:14 117:9,
15,21,22

**compared**
85:24 113:5

**complete**
7:24 17:15,16 110:5

**completed**
11:22 20:12

**completely**
19:11 42:24 97:7 98:6
109:14,24

**completing**
13:8

**completion**
126:10

**complicated**
39:13

**computer**
19:6

**conclude**
33:9,10 37:25

**confidentiality**
46:9

**confrontation**
32:14 102:2

**confused**
28:12 87:18

**confusing**
83:6

**connect**
88:3

**connection**
19:14 72:9,16

**consider**
74:11

**contact**
32:2 64:10,21 65:2,14,23
66:5,6 69:11 103:17
107:9

**continue**
25:13 122:25

**continued**
21:4 94:8 116:18,20
118:16,19

**contract**
60:19 61:4,10 62:22
87:2,5,19,20,21,24

**contracts**
60:22

**conversation**
27:15 30:17,18

**cook**
67:6 68:15 109:16 116:8

**cooking**
68:2

**copy**
85:12 88:11

**correct**
10:7 13:3,5,9,10,19
14:11,18 16:10 18:7
21:18 22:13 23:6 26:14,
18,21 28:17 29:17 30:25
31:11 37:9 41:25 52:2

54:16 56:9,15 63:3 73:7
80:7 90:10 117:18

**corrected**
44:5

**correctly**
27:20 36:10 44:3 45:24
63:8

**Costco**
68:19

**couldn't**
32:17 108:4

**counselor**
28:16 63:5,9,12,16,17,21
97:19 98:9 100:25
102:20 103:18,21
105:18,23 106:14 117:9,
15,21,22

**counselor's**
28:21,24

**counselors**
63:23 65:3

**count**
114:6,11,14

**country**
43:4 95:5 99:23

**countryside**
98:5

**couple**
118:12

**course**
67:9 95:3,5,8 122:10

**court**
5:21 7:11 101:18

**created**
71:24 72:5

**CRR**
126:20

**crying**
67:14 102:15

**curfew**
70:16,24 71:14

**cut**
35:18

**D**

**dad**
29:25 31:16 34:18 80:24
85:8 102:2 103:9 104:19,
25 107:13

**date**
10:24 11:11,25 15:18
18:10 20:3 60:12 126:15

**Dated**
126:16

**dates**
14:13,17 22:25 24:19
26:9,12,18,21 27:17

**daughters**
115:8

**day**
29:3 30:3,6,10,20,23
32:14,15 34:5,16 35:21,
22 36:9,11,17 37:10,16,
17 54:21,23,25 55:3,16
56:5 57:13 58:22 70:9
76:17 79:6,24 80:3,22
83:16 91:18 94:21 116:6

**daycare**
49:25 50:3

**days**
14:15 29:22 31:15 34:17
35:9,25 44:22,24 49:9
50:6 56:18 79:16,20,22
80:5 95:13,17 99:2,12
103:7 110:21 112:24

**Deakins**
4:14

**decide**
40:22

**decided**
41:21 42:18

**decides**
99:13

**Defendant**
4:15,22

**deleted**
106:8 108:12,16

**Denver**
26:25 34:9

Movant's App. 000458

EPHIPHANIE GOMES - 04/09/2018                    i5

**denying**
32:18

**depends**
50:9 79:11

**Depo**
10:13

**deposition**
5:4,6 7:10,13,17 8:15
9:13 10:6 15:12 17:23
21:4 94:8 116:18 118:16
126:10

**depressing**
42:11

**describe**
110:6

**described**
10:22 15:16 18:8 19:25
60:10 70:20 109:21,25

**describing**
105:13 110:11 111:9,25
113:9,11 115:5

**determine**
81:6

**determined**
75:10,11,17 80:9

**develop**
67:11

**didn't**
19:10 26:11 32:19,24
33:19 35:13 39:20 40:8
41:24 74:10,14 78:24
82:24 87:11 120:19

**different**
10:13 25:25 33:14 47:3
58:14 63:12 87:20 91:6
107:6

**difficult**
19:7,13,15 25:2 40:10,16

**dinner**
33:24 56:22 58:21 78:16
113:14 114:7,24 116:9

**direction**
126:7

**directly**
29:2

**discover**

42:8

**discuss**
8:10 105:22

**discussed**
47:25

**discussing**
105:25

**discussion**
10:2 12:22 17:7 20:19
95:25

**discussions**
105:17

**dish**
109:18

**dishes**
39:7 68:2

**distinguish**
46:22 47:8

**divorced**
35:7

**divorcing**
65:16 104:6 107:12

**do's**
108:21

**document**
10:18,20,22 11:7,10
13:5,8 15:11,16,21 16:2,
10,15 17:22 18:3,4,6,8,
14 19:20,25 20:7 21:9,
14,21,23,24 59:25 60:3,
4,8,10,15 72:4 76:16
87:8,23,25 88:2,8,12,22
89:5

**documents**
8:13 9:12 10:6,10,12
17:10 22:19 23:9 71:25
72:6,10,17 73:24 88:3,18

**dog**
34:12,14 35:23 36:24
37:3 57:11,19,25 103:8
121:16

**doing**
4:16,23 36:3,14 68:25
109:19

**dollars**
25:15

**don't**
11:8 13:7,20 16:8 20:13
26:2 42:7,20,23 47:6,18
51:12 52:18 55:18 57:17
62:14 63:18 64:2 71:22
72:25 83:12 84:5 86:22,
23 88:24 95:20 96:22
97:5 99:20 102:14 104:3
110:6 115:24 116:10
118:9 125:4

**don'ts**
70:15 71:3,4,5,12,14,16,
18,20 108:22 109:4

**download**
19:8

**drama**
101:25

**dress**
39:18,21 40:6 50:12
69:21,22 70:3,17,24
71:13

**dressed**
39:23,25

**drive**
52:20,21 54:7 66:25
68:12,13

**dropped**
53:19

**duly**
4:3 126:6

**duties**
39:2 40:25 66:23 67:17,
20 69:3,17 70:2 72:20
73:13 74:3,23 110:2,9,17

**duty**
73:21

_____

**E**

**e-mail**
8:25 16:13 17:12,15
27:16 35:5 37:11 59:4
64:15 65:15 103:7,15
104:2 105:12 107:11,25

**e-mails**
33:14 106:23 107:2
108:18 124:19

**earlier**

13:11 44:4 45:15 54:14
57:7 63:2 97:16 117:5,8,
14

**early**
57:19

**easier**
38:6,10

**eat**
56:3 67:6 116:9

**eats**
57:17

**educative**
67:10

**eight**
62:10,11,17,21 77:3

**either**
80:2 99:11 115:16
119:12 125:4

**electronically**
60:23

**Emily**
64:4,7,9 103:25

**employed**
49:18

**employee**
38:24 126:13

**employment**
48:21

**energy**
42:7

**English**
97:2 110:16

**enters**
7:17

**entertainment**
93:17

**entire**
36:19 123:23

**Ephiphanie**
4:1,11 5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1 39:1

Movant's App. 000459

EPHIPHANIE GOMES - 04/09/2018                    i6

40:1 41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1
124:1 125:1 126:1

**Epiphanie**
24:14

**estimate**
114:2

**euros**
25:15

**event**
7:16

**exact**
22:23 27:17 71:15 87:16
96:22

**exactly**
22:25 51:13 56:24 80:19
95:19 98:17

**EXAMINATION**
4:7 96:7 116:20 118:19

**examined**
4:4

**example**
46:12 74:5 85:5,20 98:12
112:24 113:3 120:21

**excuse**
81:19 120:13

**exhausted**
43:2

**exhausting**
42:4,10

**exhibit**
9:14,19 10:13,18,23
15:13,17 17:24 18:9

19:21 20:2 21:10 22:12
24:9 26:6,13,14 60:2,11
77:15,17,18 87:8 113:19

**exhibits**
9:12

**expenses**
93:14,17

**experience**
8:14 17:11,17 18:18
34:22 43:2,15

**explain**
14:2

**explained**
32:3 69:5 102:14

**explaining**
103:9

**explains**
16:5

**extraordinary**
87:15

_____

**F**

**Facebook**
9:7

**fact**
39:3 62:20 108:12

**failed**
48:6

**families**
23:3 26:2 33:15 38:3
41:8,10 42:14 44:23
45:2,5,8 46:5 72:21
74:24 83:14 91:10,15
92:13,18,21 93:13 94:13,
20 98:16 106:9,24 107:2,
4,6 108:2,6,14,19 119:6,
8,13 121:21 123:21

**families'**
92:11 93:20

**family**
26:23 27:7,17,22,24,25
28:8 29:2,11 30:4 31:4,
14,16 33:8,22,25 34:17
36:8,19 37:3,5,25 38:20,
23,25 41:21 42:8,19,20,
22,23 45:11,15,24 46:18
48:14,16,22,25 49:3,6,

14,15,18,20,21 51:22,24
54:15,20 55:6,8,11,17
56:8 57:8 58:3 59:13,22
60:5,20 61:2 63:11,15
64:11,14 65:7,9,12,20,22
66:24 67:17,20,22 69:4,
18 70:21 71:17 73:5,14,
18 74:7,8,20 75:3 76:9,
10 78:3,5,9,13 79:3
80:14 82:23 83:5,19 84:6
86:5,14 89:19,20 90:10,
14,20 91:23 93:12 97:17,
18,22 98:2,10,20,22
99:3,4,6,7,9,10,12,13,22
100:12,20,23 102:21,24,
25 103:4,5,22,23,24
104:9,10 105:4,11,20
106:7,8,15,16,20,23
107:8,17,23 108:21
112:2,8 113:12,13 114:3,
5,7,23 115:6 117:10,16,
17 118:2,5 119:9,10,17
120:9 121:4,7 122:3,13,
17,23 123:2,6 124:6,13

**family's**
29:10,14 30:7 46:9 51:23
54:11 55:7 119:19,23,24

**far**
33:19 42:14

**fast**
24:2

**father**
32:15,18 34:8 36:21
37:11 49:11,14 72:3
74:21 83:7 104:2 115:7,
15

**February**
11:17,20 14:8,24 21:11
24:15 26:24 27:22 69:12

**federal**
126:10

**feel**
42:11,12,15,20 81:4
97:25 98:6,8 102:15

**feeling**
32:11 97:22

**fell**
78:23

**felt**
33:21 38:24 40:17 80:25

84:17,18

**figure**
47:9

**file**
106:6 108:13

**fill**
11:15

**filling**
13:20 14:5

**finally**
14:14 30:20

**financially**
126:13

**find**
30:11 33:22 42:7,23 64:3
88:14 97:22 98:2,9,22
99:3,4,6,7,18,21 106:19,
22 107:8,17,22 112:13

**finding**
106:7,15

**fine**
16:22 65:25

**finish**
12:12 24:2 95:4,6,11

**finished**
11:2 12:14 15:23 18:5
19:24 53:1 60:9 62:16
112:17

**fired**
70:15 71:2,23

**first**
4:3 5:19 6:19 11:22,25
12:3 16:12,25 20:14 25:8
26:23 27:21 31:13,16
33:16 35:21 36:9 46:17
47:2,3,5,19 48:22 49:6,
21 54:9,11,21,23 55:2,16
59:13,14 61:13 62:10,11
64:2,19 65:6,11,20
66:24,25 69:4 70:9 73:5,
14 75:3 76:9,10 78:2,4,
13 82:22 86:5,14 87:11
91:17,23 92:14,19 93:2
96:25 97:17 98:4,11
100:5,16,19,20,23
102:21,24 104:15
106:10,16,17,18,19
107:16 110:23 112:2,7
113:9,12 114:2,4 117:16

Movant's App. 000460

118:2 119:9,16,18,23,24
121:25 122:3,23 123:2,5

**five**
10:9 45:13 48:17 81:23,
24 82:4,9 98:25 112:23,
24

**flight**
15:8 22:24 27:13,14

**flower**
91:19

**flowers**
91:19,20

**fluctuate**
81:24 82:3

**follows**
4:5 21:4 94:8 116:18
118:16

**food**
57:20 68:5 112:14

**foot**
40:4

**foregoing**
126:4,5,8,9

**Foreign**
4:16,23

**forgets**
79:11

**form**
8:8 13:14,15 23:21 62:25
65:5 72:12,23 81:11 84:9
89:17 118:7

**forth**
126:5

**found**
18:2 19:22

**four**
31:15 36:20 45:16 48:15,
17,18 55:20 98:13,25
110:21

**fourth**
44:22 107:23 108:6,19

**France**
15:8 85:16 123:15

**Francisco**
29:22 34:9 35:23 36:17,
22 37:3 58:8,9,19

**French**
8:20 9:6 31:17,18,19
67:9 122:18,19,22 123:5,
11,18 124:2

**Friday**
52:13 98:20,22,24,25
99:13,15

**friend**
30:18,23 104:9,18

**friend's**
29:23 104:14,24 107:13

**friends**
27:15 123:8

**front**
5:12 15:21 19:17

**fruits**
91:24 92:3,4

**full**
4:10 24:13 74:9 75:17

**full-time**
48:21

**funny**
64:18

**further**
32:7 126:9,12

---

**G**

**game**
67:10

**gasoline**
92:15

**gender**
46:11,19,20

**gestures**
5:22

**getting**
35:6

**gift**
91:20

**gifts**
91:14

**girl**
121:2,9

**girl's**

124:20,21

**girls**
36:15 37:22 38:6,15,16
39:3,11 40:15 48:17 52:2
54:24 55:20 56:2,22 57:3
58:10,20,24 59:8 68:9,
15,17 71:15 73:19 81:2,4
83:8,11 105:8 115:16
116:8 120:17

**girls'**
67:24

**give**
7:23 56:22 57:20 59:4

**given**
6:9 7:20 12:11 45:7
126:8

**gives**
88:4

**giving**
99:5 106:23 112:13

**go**
9:22,24 10:3 12:19,23
17:4 19:9,16,17 20:15,
17,23 21:6 24:2 27:4
29:9 33:20 40:8 42:21,
22,23 43:3 47:6,8 48:3,
14 50:19 57:3,24 61:2
67:2,4 68:9,19 78:15
87:10 94:4 95:4,22 96:2
99:12,22 101:10,12
102:9 105:3 113:14
114:7,18 116:12,25
118:4,13,24 120:3,17,18
121:13 125:5

**goes**
6:21

**going**
4:19 5:17 9:24 12:19
15:10,20 17:21 19:19
20:24 26:7 32:10,14,25
33:14 34:6,10,11,24
35:6,12 43:17 46:10,16,
22,23 48:7 50:10 59:4,
18,24 66:3 68:16,18
80:25 87:12 96:4 102:12
103:9 104:4 105:3
115:17 116:2,15 118:24

**Gomes**
4:1,11,12 5:1 6:1 7:1 8:1
9:1,11 10:1,5,12,18,23

11:1,6 12:1 13:1 14:1
15:1,10,17,25 16:1 17:1,
21,24 18:1,9,13 19:1,19,
21 20:1,2,6,21 21:1,8,10
22:1 23:1 24:1,9,14 25:1
26:1 27:1,9 28:1 29:1
30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1 39:1
40:1 41:1,7 42:1 43:1,5
44:1 45:1,10 46:1 47:1
48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1
58:1 59:1,24 60:1,2,11
61:1 62:1 63:1,2 64:1
65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1
75:1 76:1 77:1,14 78:1
79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1
89:1,18 90:1 91:1 92:1
93:1 94:1,11 95:1 96:1,
10 97:1 98:1 99:1 100:1
101:1,16 102:1 103:1
104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1
116:1 117:1,3 118:1
119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1

**good**
4:12 8:5 34:22 38:11
65:25 72:25

**grandmother**
46:2 55:10 68:5,8 91:18

**great**
106:2

**grocery**
68:18,20 120:20,22

**grounds**
106:14

**group**
8:20,22 9:3,4,7,9

**guess**
57:9 102:7

---

**H**

**half**
11:10 19:11 80:3 98:23

**handle**

Movant's App. 000461

EPHIPHANIE GOMES - 04/09/2018                    i8

98:15 105:7

**happen**
43:17 112:20,22 115:3

**happened**
28:12,15 32:4,6,22
101:25 102:16 112:9,10

**harassed**
31:23

**hard**
50:16

**he's**
34:21 115:16

**hear**
5:24 36:9 70:5 108:4
118:22

**heard**
6:8 45:23 63:7

**Hello**
30:14

**help**
9:9 26:20 59:5 67:11,13
76:17 106:15,19 107:7,
16,22 108:10,16

**helped**
108:8

**helpful**
46:24

**helping**
108:13,17

**high**
37:23

**Hilton**
44:13 110:22

**hit**
111:5,7

**hitting**
111:15

**hold**
21:15 95:14

**home**
30:19 34:11,15 36:8,13,
24 37:14,15 49:6,15
50:21,23 54:8,22 57:22
68:13 75:13 76:23 77:8,
11 78:25 80:23,24 81:2
82:25 83:3,8 103:8

112:4,11 113:2,4 114:8,
21 115:8,12,19,25 116:3

**honest**
33:21 83:13

**host**
23:3 26:2,23 27:7,16,22
29:2,9,24 31:14,16 33:8,
22 34:6,18 35:5,10 38:3,
25 39:12 44:23,25 45:4,
8,18,25 46:5,9 48:20,22,
24 49:3,5,6,14,17,20
54:9,11,15 55:13 56:7
59:13 60:5,20 61:2
63:11,15 64:11 65:7,8,
12,16,19,22 66:24 67:22
69:4,5,17 70:21 71:16
72:21 73:5,11,14,17
74:6,19,21,24 75:11,17
76:4,10 78:3,4,9,13,15
79:3 80:6,11,14,23 82:23
83:5,7,14,19 84:6 86:5,
11,12,14 89:19 90:17,18
91:10,15,23 92:11,13,18,
21 93:12,13,19 94:13,20
97:22 98:2,10,20,22
99:3,4,6,7,9,10,12,21
100:11,23,25 101:2,25
102:2,3,21,24 103:4,8,
22,23,24 104:2,9,10,17,
19,24 105:4,11,20 106:7,
8,15,16,20,23 107:2,4,6,
8,11,13,17,25 108:6,14,
19,21 112:2,3,7 113:12
114:3,4,7 115:6,7,22
119:5,8,9,10,17,18,23,24
120:8 121:4,7 122:3,13,
17,23 123:2,6,21 124:6,
13

**host's**
85:8

**hosts**
108:18

**hotel**
44:11,12,14 91:22,25
92:4,9 110:22

**hour**
50:23 115:14

**hours**
51:12 56:20,23 57:13,21
76:22 77:3,5,9,21 80:18
81:7,9,12,13,16,18,19,
20,21,23,25 82:4,6,9,12,

15,18,20 83:2,12,15,25
84:7,11,13,16 85:4,17,23
86:2 89:3 97:13 112:14
113:23 114:12,14 117:25
121:17

**house**
26:25 27:3,4 28:19,21,24
29:9,10,14,23 30:7
32:12,13,18,19 33:2,14,
20 39:8 41:2 48:9 58:8
65:9 69:15 70:2,10,14
71:10 85:8,15 98:3,7
101:12 104:14,18,25
107:14 110:3 121:5,10
123:9 124:18

**huge**
72:4 84:18 110:7

**husband**
32:16 80:11 98:4

───────────

**I**

**I'M**
5:17 7:8 11:21 12:13
15:10 17:21 19:19 20:22
21:21 31:17 32:25 46:10
48:6,7 59:4,24 61:20
83:24 84:20 87:9,18,24
88:7 96:4 106:13 110:17
115:18 120:12 123:12

**I'VE**
23:2 26:22 29:2,21 33:23
34:2,4 35:21

**I/we**
62:7

**idea**
106:2

**identification**
10:23 15:17 18:9 20:2
60:11

**identify**
47:24 48:15

**ignore**
51:20

**illegal**
111:18

**immediately**
71:23

**inaccurate**
24:10

**inappropriately**
31:21

**including**
77:22

**independent**
39:4

**individuals**
45:10

**information**
6:5 11:9,15,23 13:8,14,
15,21,24 14:11,17 18:18
35:2,3 45:7 71:16 88:5
115:21

**informations**
17:16

**insistent**
32:11

**Institute**
4:16,23

**instruction**
12:10 17:25 46:23

**instructions**
5:18 7:20 48:6 70:12

**interested**
33:17 42:19 106:10,24
107:3 126:13

**internet**
93:20,23 123:10

**interview**
110:16

**interviews**
41:12,13,18

**invite**
33:20

**involved**
42:25 65:21 104:16

**Island**
121:13

**isn't**
46:23

**issue**
12:16

App. 000463



Movant's App. 000464



Movant's App. 000465

Case 1:14-cv-03074-CMA-KMT   Document 1071-2   filed 05/09/18   USDC Colorado   Page 218

Movant's App. 000466

**ready**
20:22 21:6 96:2 101:16 116:25 118:25

**real**
98:7

**realized**
48:5

**really**
24:5 35:11,16,19 36:2 38:25 39:4,15 52:19 55:18 65:20 81:3 84:21 85:24 99:6 103:9 108:17 109:21

**reask**
59:18

**reason**
7:22 35:8,15 65:17

**recall**
26:10 84:6

**receipt**
72:9,17

**receive**
8:25 9:11,21 27:14,16 58:2,6 59:21 64:15,20 79:5 86:4,7 89:14,18 90:12 91:9,12,14,24 92:3 102:18,23 117:17

**received**
10:6 16:13,16 17:3,12 34:17,18 64:19 74:15 79:9 88:8 90:8 101:9 102:8,25 103:6 104:15 105:12 107:25

**receiving**
89:6 106:25 108:18

**recess**
21:3 94:7 116:17 118:15

**recollection**
6:9

**record**
9:23,25 10:2,4 12:20,22, 24,25 17:5,7,8,9 20:16, 18,19,20 21:7,9 22:7 36:5 41:20 47:8 61:9 83:20 84:3,10,15,24 85:17 86:2 90:8 94:5,10 95:22,25 96:3,4 116:13, 15,25 118:13,25 125:5 126:6,8

**recorded**
5:23 83:17 84:6 85:18,19

**records**
84:21

**refer**
4:19 46:10,14 47:9 76:19

**referring**
4:22 13:13 17:18 21:21 27:9 87:7,9 88:8 110:12, 13,17,20

**refresh**
19:8,16

**refuse**
118:4

**regard**
109:4

**regarding**
8:14 17:11 96:19 100:16 105:23

**registered**
88:18,19 97:7

**regular**
86:25 103:2

**relation**
40:15

**relative**
126:13

**rely**
22:19

**remained**
36:23

**rematch**
22:25 27:5 35:7 41:23 42:4,6 59:9 64:14,16,17, 19,24 65:18 99:18 100:4, 20 103:3,5,13,22 104:7 105:13,19,24 106:11,12 108:13,15

**rematched**
27:6 34:20 99:22 100:22

**rematches**
23:2

**rematching**
41:25

**remember**
6:4 11:8,24 13:7,20

27:17 40:11 44:12 51:12 64:3 70:7 86:22,23 87:16,17 88:21,24 97:3, 6,23,24 98:14,21 100:5, 6,7,21 101:24 103:25 104:13 108:24 112:4,6 115:9,10 119:14 122:6

**remind**
119:7

**repeat**
5:25 11:18 61:15,16 70:6 72:13

**rephrase**
6:3 73:2 79:18

**reporter**
5:21 7:11 101:18,23 126:3

**represent**
4:15

**representative**
41:17 64:11 72:19 74:22 85:25 89:9 96:12 97:12 109:2

**requested**
101:22 126:11

**required**
72:8,16

**resided**
30:7 45:11

**respectful**
71:19

**respecting**
71:13,14,21

**respond**
5:20

**response**
23:18 26:8 77:24 78:2 100:2

**responses**
5:23 22:11,12 24:10 25:20,22

**responsibilities**
69:23 70:2,14 109:4,9,12 110:11

**responsible**
57:10

**restart**
77:8

**retired**
49:19

**return**
37:6

**revealing**
71:16

**review**
8:13 10:25 11:5 15:22 16:15,17 17:10 18:3,11 19:23 60:8 61:10 62:13, 15 126:10

**reviewed**
20:4 23:4

**reviewing**
11:2 15:23 19:24 60:9

**right**
11:17,25 15:15 18:6 21:15 25:4 38:20 40:2,3 41:10 51:21 62:17 97:19 103:16 105:15 117:12 121:23 123:13

**Robert**
4:13

**role**
71:8

**room**
7:4,6,17

**RPR**
126:20

**Rule**
71:22

**rules**
40:9 64:16,23 69:25 70:12,19,20 71:21

---

**S**

**safe**
102:15

**safety**
43:13

**salary**
90:3

**San**

Movant's App. 000467

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page: 220



Movant's App. 000468



Movant's App. 000469

EPHIPHANIE GOMES - 04/09/2018                    i16

**tidy**
67:8

**time**
6:23 17:22 18:25 19:4
23:25 39:6 40:23 42:16,
24 46:21 47:7 50:16,19
53:4 54:8 55:2 57:25
58:14 60:25 61:11,13,21,
22 62:3,21 63:10,14,20
64:20 65:24 67:14,18
69:13 75:12 78:24 82:14,
22 83:10 85:8,10 87:11
97:17 98:11 99:5,8,17,25
102:19 105:19 107:10
112:7 113:3 114:6,9,20
116:11 117:13,15 121:6,
12,20 122:20,22 123:2,5,
21,23 124:3,17 126:4

**times**
16:18 54:6 61:5 65:7
77:10 95:3,6 112:23
121:11,14

**titled**
15:12

**today**
5:3,11 7:23 8:11,15 9:13
10:7 13:11

**toddlers**
33:17 106:4

**told**
32:13,21,23,25 34:6,10,
25 40:7,16 42:18 69:3,16
73:11,12,14 96:16 98:14,
18,19,21,24 99:7 101:2
102:3 103:11 104:11
109:18 111:20 113:25

**top**
15:14 21:10 60:6

**town**
34:10 57:8

**track**
83:15,16

**training**
56:4

**transcribed**
126:7

**transcript**
126:8,9,11

**transfer**
86:17

**trash**
67:25 74:5,6,8,13,17,18

**travel**
93:14

**tread**
106:13

**treating**
71:15

**tried**
24:2 40:16 85:23

**true**
26:16 62:3 63:22 73:13,
15 74:2 126:8

**truthful**
7:23

**try**
101:17,19 117:12

**trying**
101:18

**Tucker**
4:8,13 9:24 10:3 12:19,
23 17:4,8 18:23 20:17,
20,24 21:5 22:10 28:14
51:18 59:17 73:4 78:11
79:18 93:25 94:4,9 95:20
100:10 101:15 113:13,18
114:2,10 115:5 116:12,
21 117:7 118:9 119:11
121:18 122:4 125:4

**Tucker's**
100:3

**Tuesday**
50:7 76:25

**turn**
38:8 77:16

**turned**
52:6

**Twice**
66:21

**twin**
52:2 54:8

**twins**
38:17 46:2,18 53:5,10,12

**two**
12:14 16:18 25:6,20
26:3,4 34:17 37:23 38:3,
14 45:12,18,24,25 46:23
48:18 49:9 50:6 54:6
55:23,24 56:22 57:21
59:10 64:19 65:6 66:22
70:17 81:16 95:3,6,16
98:15 99:18,21,24 108:5
112:14 121:11,17,24

**typos**
25:4

---

## U

**U.S.**
24:25 124:7

**Uber**
32:25 101:12 102:11
105:3

**Um-hum**
73:8

**undersigned**
126:2

**understand**
5:9,14 6:2,10 7:19 9:16
10:5 16:24 22:5 25:2
27:20 44:3 61:24 62:8,
12,20 64:17 99:16

**understanding**
13:19 109:8

**understood**
6:8 7:2 9:10 14:16 19:18
22:6,16 24:7,17 25:3
26:5 41:16 56:6 105:2

**United**
96:11 97:10 109:7,10
123:24 124:4

**unlimited**
123:10

**unmatched**
35:16 37:12

**Unpaid**
15:15

**unsafe**
32:12

**use**
70:16 92:10 93:4,7,19,22

119:5,8,12,13,18,20,22
120:9,10,14,15,19
121:19,22 122:5,8,9,11,
12,25 123:4,12 124:7,9,
10,12,14

**usually**
82:8

---

## V

**vacation**
34:7,11 77:22

**Valdivieso**
6:22 8:7 9:22 12:15
20:15,22 23:20 47:12
61:7 62:24 65:4 72:11,22
81:10 84:8 89:16 96:2,8,
17 100:13,17 103:19
107:20 113:10 116:10,14
118:6,11,20 119:3 125:2

**Valentine's**
91:18

**variance**
81:9,14,17,22

**vary**
79:12,14 80:19

**video**
108:5,6

**violent**
111:7

**visa**
111:17

**visit**
65:7

**visited**
44:19

---

## W

**Wages**
15:15

**wait**
6:24 12:3,9 53:20 87:18

**wake**
57:19,23

**walk**
57:20 121:16

Movant's App. 000470

**want**
13:18 22:8 30:2 32:19,24
40:23 42:16,21,22,23
101:2,4,6 102:6 103:15
104:17 105:5 116:12

**wanted**
40:24 98:17 102:3,5
104:12 107:4

**wanting**
69:14 70:3,13

**washing**
68:2 109:18

**wasn't**
14:5 33:16 36:2 61:13
83:10 87:22 114:16

**waste**
42:24

**wasting**
42:16

**watch**
57:17

**watches**
84:22

**way**
24:24 47:9 71:15 106:15

**wear**
40:2,3

**website**
22:23 23:5 87:13

**Wednesday**
77:4

**week**
49:10 50:6 54:6 77:22
79:6,12,13,14,15,21
80:4,7,18 81:7,16,17,21
83:2 84:18 86:8 89:14
90:13 95:13 96:22 98:23
99:14 106:9 112:24
117:6,25 124:22

**weekend**
68:4,6 114:8 115:3

**weekends**
78:12 114:23 115:2

**weekly**
80:12 81:9 85:18 86:4,
13,19 88:23 89:19 90:3,
8,19 91:8 102:18,23

103:2 117:17

**weeks**
77:22 99:18,21,24

**went**
22:22,24 27:13 28:16
29:23 30:18 32:7 34:4
38:18 55:22 58:7 68:10
73:16 75:15 85:10 87:16
96:24 104:13 110:14
114:23 120:5 121:11,15

**weren't**
89:23 95:18

**WHEREOF**
126:14

**wife**
34:25 35:4

**withdraw**
59:17

**witness**
4:3 12:21 17:6 94:3
95:24 96:5 126:14

**witnesses**
126:5

**woke**
115:15

**woman**
43:15 97:2 110:15,18

**word**
13:4 89:23

**work**
38:8 49:6,15 55:16 56:2
75:6,18 77:21 78:12
79:2,24,25 82:9,20 83:2,
25 95:18 97:13 110:7
114:16,22 115:14 116:2
117:21,24

**worked**
24:15 76:22 77:4 79:17,
21 82:7 83:15 84:2 89:2
112:24 113:22

**working**
39:25 49:2,4 50:22 55:19
75:12 77:8,11 81:3 83:7
85:4,9 95:15 111:16,17
112:11 113:2,3 115:23
116:5

**works**

34:8 36:22

**write**
24:19 85:3,7,23 87:11
101:18

**writing**
24:6

**written**
24:23 39:24 71:21 73:22,
23 87:2,4,12,13,19 99:19
114:17

**wrong**
88:2

— Y —

**yeah**
43:21,25 61:14,18 67:15
71:10 73:25 81:19 86:25

**year**
14:8 24:24,25 46:15
48:12 49:23 50:12 51:9,
16,17 53:5 54:3,4 67:2
76:25 119:25

**years**
38:7 46:13 48:17,18

**York**
25:17 26:25 38:12 43:9
44:2,5,10,14,15,16,19
95:9 110:22 111:10,23
126:3

**you've**
16:9 19:22

— Z —

**zone**
63:18,19,21

LISLEY G. DIAZ - 04/05/2018

```
 1    --

 2    IN THE UNITED STATES DISTRICT COURT

 3    FOR THE DISTRICT OF COLORADO

 4    ------------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO
 5    HLATSHANENI, BEAUDETTE DEETLEEFS,
      DAYANNA PAOLA CARDENAS CAICEDO,
 6    ALEXANDRA IVETTE GONZALEZ, SARAH
      CAROLINA AZUELA RASCON, LAURA
 7    MEJIA JIMENEZ, JUIANE HARNING,
      NICOLE MAPLEDORAM, and those
 8    similarly situated,
                    Plaintiffs,
 9                                    Civil Action No.
                    v.            14-cv-03074-CMA-CBS
10    INTEREXCHANGE, INC., USAUPAIR,
      INC., et al.,
11                    Defendants.

12    ------------------------------------------x

13                    10:45 a.m.
                      April 5, 2018
14
                      1745 Broadway
15                    New York, New York 10019

16

17            VIDEOTAPED DEPOSITION of LISLEY GEORGIA

18    DIAZ, a Plaintiff in the above entitled matter,

19    pursuant to Notice, before Stephen J. Moore, a

20    Registered Professional Reporter, Certified

21    Realtime Reporter and Notary Public of the State

22    of New York.

23

24

25
```

Movant's App. 000472

Page 2

1                LISLEY DIAZ

2

3       BOIES SCHILLER FLEXNER LLP

4             Attorneys for Plaintiffs

5             575 Lexington Avenue

6             New York, New York  10022

7

8       BY:   SEAN A. PETTERSON, ESQ.

9             (By Videoconference)

10

11      OGLETREE, DEAKINS, NASH, SMOAK & STEWART,

12      P.C.

13            Attorneys for Defendants

14            1745 Broaday

15            New York, New York  10019

16

17      BY:   ROBERT M. TUCKER, ESQ.

18

19

20

21

22

23

24

25

Page 3

1                LISLEY DIAZ

2  EXAMINATION BY                         PAGE

3  MR. TUCKER                                4

4  MR. PETTERSON                            68

5

6            E X H I B I T S

7

8  1    Consent form                     9  13

9  2    Document describing the lawsuit  10  21

10 3    Experience survey completed by   12  11

11      Lisley Diaz

12 4    Au pair agreement                20  17

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                LISLEY DIAZ

2  L I S L E Y   G E O R G I A   D I A Z,  called

3       as a witness, having been first duly sworn

4       by the Notary Public, was examined and

5       testified as follows:

6

7  EXAMINATION BY

8  MR. TUCKER:

9

10      Q     What is your full name?

11      A     Lisley Georgia Diaz.

12      Q     Good morning, Ms. Diaz.

13      A     Good morning.

14      Q     My name is Robert Tucker.  I am

15 an attorney with Ogletree Deakins Nash Smoak &

16 Stewart, PC, and we represent the Defendant,

17 American Institute for Foreign Study, doing

18 business as Au Pair in America.

19            Since my client's name is

20 lengthy, I am going to refer to my client as

21 APIA or Au Pair in America.

22            So when I say APIA or Au Pair in

23 America, I am referring to the Defendant,

24 American Institute for Foreign Study, doing

25 business as Au Pair in America.

Page 5

1                LISLEY DIAZ

2            Is that clear?

3      A     Yes.

4      Q     We are here today so that I may

5  take your deposition.

6            As you may know, the purpose of

7  this deposition is for me to ask you questions

8  and for you to answer those questions under

9  oath.

10            Do you understand?

11      A     Yes.

12      Q     Your answers today can be used

13 in this case as if you were testifying in front

14 of the judge.

15            Do you understand?

16      A     Yes.

17      Q     As I ask you these questions,

18 I'm going to ask that you keep a few

19 instructions in mind.

20            First, it is necessary that you

21 respond orally or aloud to my questions.  The

22 court reporter here is taking down everything

23 that we say and gestures or nods or other

24 nonverbal responses cannot be recorded.

25            If you do not hear a question,

Movant's App. 000473

LISLEY G. DIAZ - 04/05/2018          Pages 6..9

```
                  LISLEY DIAZ
 1
 2   say so and I will repeat it.
 3               If you do not understand a
 4   question, say so and I will rephrase it.
 5               If you do not know or remember
 6   the information necessary to answer a question,
 7   simply say so.
 8               If you answer a question, I will
 9   assume that you have heard it, understood it
10   and given me your best recollection.
11               Do you understand?
12       A    Yes.
13       Q    If you need to take a break,
14   simply tell me you need to take a break and I
15   will accommodate you.
16               The only thing I ask is that you
17   answer any question that is pending before you
18   take a break.
19               You may not take a break while a
20   question is pending, you must first answer any
21   questions.  Is that clear?
22       A    Yes.
23       Q    The same goes for speaking with
24   your attorneys.  If you need to speak with your
25   attorney, I simply ask that you wait until
```

```
                  LISLEY DIAZ
 1
 2   after you answer my pending question.
 3       Q    Are you in a private room?
 4       A    Yes.
 5       Q    Is anyone else in the room with
 6   you?
 7       A    No.
 8       Q    Participation in and attendance
 9   at this deposition is limited to yourself, the
10   attorneys and the court reporter.
11               No one else is allowed to
12   participate in or attend the deposition.
13               Is that clear?
14       A    Yes.
15       Q    In the unlikely event someone
16   else enters the room during the deposition,
17   please notify me and direct the individual to
18   leave the room.
19               Is that okay?
20       A    Yes.
21       Q    Do you understand the
22   instructions that I have just given you?
23       A    Yes.
24       Q    Is there any reason sitting here
25   today that you cannot give truthful and
```

```
                  LISLEY DIAZ
 1
 2   complete testimony in this matter?
 3       A    No.
 4       Q    Are you taking any medications
 5   that affect your memory?
 6       A    No.
 7       Q    Do you have a good memory?
 8       A    Yes.
 9       Q    What languages do you speak?
10       A    Spanish and English.
11       Q    Are you able to read English?
12       A    Yes.
13       Q    Other than your attorneys, did
14   you discuss this case with anyone before
15   appearing here today?
16       A    No.
17       Q    Did you review any documents
18   before appearing here at your deposition?
19       A    No.
20       Q    How did you learn of this
21   lawsuit?
22       A    I received an e-mail.
23       Q    From whom?
24       A    I don't remember.
25       Q    Ms. Diaz, your attorney provided
```

```
                  LISLEY DIAZ
 1
 2   some documents to you just before the
 3   deposition, is that correct?
 4       A    Yes.
 5       Q    Could you please take a look at
 6   the document that has been labeled Lisley Diaz
 7   Exhibit 1.
 8               And then, after you have
 9   completed your review of that document, please
10   just let me know, and just so we are clear, the
11   document looks like this, if you can see it.
12               (The above described document was
13           marked Lisley Diaz Exhibit 1 for
14           identification, as of this date.)
15       A    Wait a minute.
16           Okay.
17       Q    Take your time and just let me
18   know when you are done.  Thank you.
19       A    Okay, I have finished.
20       Q    Have you seen this document
21   before?
22       A    Yes.
23       Q    What is it?
24       A    It's a consent, my participation
25   to the lawsuit.
```

DTI Court Reporting Solutions - New York

LISLEY G. DIAZ - 04/05/2018          Pages 10..13

Page 10

1                    LISLEY DIAZ
2        Q      Did you complete this form?
3        A      Yes.
4        Q      Is that your signature in the
5   middle of the page?
6        A      Yes.
7        Q      Was the information on this form
8   accurate at the time you completed it?
9        A      Yes.
10       Q      Is the information still
11  accurate?
12       A      Yes.
13       Q      Okay, Ms. Diaz, I'm going to ask
14  that you look at the document that was marked
15  Lisley Diaz Exhibit 2.
16              And just so we are clear, it is
17  this document is three pages long, so please
18  review that document, and after you have done
19  so, let me know; okay?
20              (The above described document was
21              marked Lisley Diaz Exhibit 2 for
22              identification, as of this date.)
23       A      Thank you.
24       Q      Take your time.
25       A      It's Exhibit 2, right?

Page 11

1                    LISLEY DIAZ
2        Q      Correct.
3        A      Okay.
4        Q      Okay, thank you.
5               Have you seen this document
6   before?
7        A      Yes.
8        Q      What is it?
9        A      It is the agreement also, and it
10  describes what the lawsuit is about.
11       Q      Did you say it's the agreement?
12       A      Yeah, well, I don't know it's
13  exactly an agreement, but it describes what is
14  the lawsuit.
15       Q      Did you review this document?
16       A      Yes.
17       Q      Did you understand it?
18       A      Yes.
19       Q      Did you review the document
20  before you completed the consent form that we
21  talked about earlier that was marked Exhibit 1?
22       A      Yes.
23       Q      After you completed the consent
24  form, did you review any documents regarding
25  your experiences as an au pair?

Page 12

1                    LISLEY DIAZ
2        A      No.
3        Q      Ms. Diaz, I'm going to ask that
4   you take a look at the document that was marked
5   Exhibit 3, Lisley Diaz Exhibit 3.
6        A      Okay.
7        Q      It's several pages long, I am
8   going to ask you to please review that document
9   and let me know after you have done so.
10              (The above described document was
11              marked Lisley Diaz Exhibit 3 for
12              identification, as of this date.)
13       A      Okay.
14       Q      Thank you.
15              Have you seen this document
16  before?
17       A      Yes.
18       Q      What is it?
19       A      It is the document I filled in
20  with the information about my experience as au
21  pair.
22       Q      Was this document translated
23  into Spanish?
24       A      Now?
25       Q      No, at the time you completed

Page 13

1                    LISLEY DIAZ
2   the information?
3        A      I don't remember.  I think it
4   was exactly like this.
5        Q      Were there any questions in the
6   document that you did not understand?
7        A      No.
8        Q      And just to be clear, you
9   completed the answers to these questions?
10       A      Yes.
11       Q      When did you complete these
12  answers?
13       A      Last year.
14       Q      How long after you completed the
15  consent form did you complete these answers?
16       A      What?  Can you repeat?
17       Q      Yes.  How long after you
18  completed the consent form did you complete
19  these answers?
20       A      I don't know if it's the same
21  day or -- I don't remember.
22       Q      How much time did you take to
23  complete the survey?
24       A      Maximum, 30 minutes.
25       Q      Did you rely on any documents

Page 14

LISLEY DIAZ

1
2  including e-mails or texts to answer these
3  questions?
4       A    No.
5       Q    Did anyone assist you with
6  answering the questions?
7       A    No.
8       Q    Are the answers you provided
9  accurate?
10      A    Yes.
11      Q    When did you participate in the
12  APIA au pair program?
13      A    When did I -- when I went to the
14  United States, you mean?
15      Q    Well, you participated in the
16  program, right, the au pair program?
17      A    Yes.
18      Q    When did you arrive in the
19  United States for the purposes of participating
20  in the au pair program?
21      A    August 4, 2014.
22      Q    So, just so the record is clear,
23  so August 4, 2014?
24      A    Yes.
25      Q    When did your participation in

Page 15

LISLEY DIAZ

1
2  the program conclude?
3       A    It was the last week of July.
4  Right now I just -- I need to look at my
5  calendar.  Can I?
6       Q    Sure.
7       A    It was like the 25th of July,
8  2016; or the 26th.
9       Q    Were you placed with your host
10  family on August 4, 2014?
11      A    No.
12      Q    When were you placed with your
13  host family?
14      A    The following Friday; or
15  Thursday night.
16      Q    And how many days later would
17  that be?
18      A    Three.
19      Q    What was your family's surname?
20      A    ██████████
21      Q    ██████████
22      A    Yes.
23      Q    When did your placement end?
24      A    In July, I don't remember
25  exactly the date.

Page 16

LISLEY DIAZ

1
2       Q    July 2016?
3       A    Yes.
4       Q    Why did your placement conclude?
5       A    Because my visa was going -- my
6  visa status was ending.
7       Q    How did you locate the ██████
8  family?
9            MR. PETTERSON:  Objection.
10      A    I just had the platform.
11      Q    You said platform or website?
12      A    Yes, or website.
13      Q    Could you describe the platform?
14      A    It was just like Facebook, you
15  know, you log in with an e-mail or a user name,
16  a password, and you put your photograph and
17  your information.
18      Q    Did the ██████ family contact you
19  through that platform?
20      A    Yes.
21      Q    And then you matched with the
22  ██████ family?
23      A    Yes.
24      Q    Could you describe the match
25  process?

Page 17

LISLEY DIAZ

1
2       A    Yeah, we got several Skype calls
3  and e-mails, and then they asked me if I would
4  like to live with them, and I say yes.
5       Q    Did you have any interviews with
6  the ██████ family?
7       A    Yes.
8       Q    Were those Skype calls you were
9  referring to just a minute ago?
10      A    Yes.
11      Q    Did APIA participate in those
12  interviews?
13           MR. PETTERSON:  Objection.
14      A    Not directly, like -- no, they
15  weren't present.
16      Q    What do you mean?
17      A    But --
18      Q    Sorry, go ahead.
19      A    But I contact them by the APIA
20  or they contact me by this, they weren't
21  present during these interviews, but they found
22  me using this website.
23      Q    So you're saying APIA wasn't
24  present in the interviews, but that the ██████
25  family found you through the APIA website, is

Movant's App. 000476



**Page 18**

```
1                LISLEY DIAZ
2    that correct?
3         A     Yes.
4               MR. PETTERSON:  Objection.
5         Q     Did any APIA representative tell
6    you you had to match with the ████ family?
7         A     No.
8         Q     Whose decision was it to match
9    with the ████ family?
10        A     Me and theirs.
11        Q     You said "me and theirs."
12              And by theirs, you mean the
13   ████ family?
14        A     Yes.
15        Q     Before you were placed with the
16   ████ family, did you participate in an
17   orientation?
18        A     Yes.
19        Q     Can you describe the
20   orientation?
21        A     I arrived there very late at
22   night, and then I slept, and when I woke up, we
23   were -- we ate breakfast, then we went to a
24   conference room all day long.
25              I don't know what time I
```

**Page 19**

```
1                LISLEY DIAZ
2    finished, but it was very long.  And then again
3    I rest, and the next day the same.
4         Q     How long did the orientation
5    last?
6         A     Two days.
7         Q     Where did it occur?
8         A     New Jersey.
9         Q     You said New York City?
10        A     New Jersey or -- yeah.
11        Q     What happened at the
12   orientation?
13        A     They were talking to us about
14   how to take care of the kids, and what to do in
15   case of an emergency, and the rules for
16   driving, that kind of stuff.
17        Q     Were any -- was any of the
18   instruction you received about taking care of
19   the kids, was any of that specific to the ████
20   family children?
21        A     What do you mean?
22        Q     Meaning did they tell you how to
23   take care of the ████ family children?
24        A     Yeah.
25        Q     Did they refer to the ████
```

**Page 20**

```
1                LISLEY DIAZ
2    family children by name during the training?
3         A     No.
4         Q     Did the child care training that
5    you received or --
6               MR. TUCKER:  Strike that.
7         Q     Was the training for taking care
8    of children that you received, would that have
9    been useful if you had been placed with a
10   family other than the ████ family?
11        A     Yes.
12        Q     Ms. Diaz, I'm going to ask you
13   to take a look at the document that's marked
14   Lisley Diaz Exhibit 4.
15              The document looks like this.
16              (The above described document was
17              marked Lisley Diaz Exhibit 4 for
18              identification, as of this date.)
19        A     Okay.
20        Q     I am just going to ask you to
21   review that document and let me know after you
22   have done so.
23        A     Okay.  Okay.
24        Q     Thank you.
25              Have you seen this document
```

**Page 21**

```
1                LISLEY DIAZ
2    before?
3         A     Yes.
4         Q     What is it?
5         A     It's an agreement that's signed
6    by the host family and me.
7         Q     Did you sign an agreement like
8    this?
9         A     Yes.
10        Q     Did you review the agreement
11   before signing it?
12        A     Yes.
13        Q     Did you understand the document
14   after you reviewed it?
15        A     Yes.
16        Q     Is there anything in the
17   agreement that is inaccurate?
18              MR. PETTERSON:  Objection.
19        A     No.
20        Q     Is there anything in the
21   document that is inconsistent with your
22   understanding of au pair program guidelines?
23        A     No.
24        Q     Was there anything inaccurate in
25   the document at the time you signed it?
```

Movant's App. 000477

Page 22

LISLEY DIAZ

2           MR. PETTERSON: Objection.

3     A     No.

4     Q     Aside from this agreement, and

5 by this agreement I'm referring to the document

6 that's been marked Diaz Exhibit 4, did you

7 enter into any other written agreement with

8 your host family?

9     A     No.

10     Q     How many individuals resided in

11 the host family's home during your placement?

12     A     Besides me?

13     Q     Yes.

14     A     Five.

15     Q     Ms. Diaz, I'm about to ask you

16 some questions about the ▆▆▆ family.

17           In order to preserve the

18 confidentiality of the family's children, I am

19 going to ask that you refer to the children by

20 gender and approximate age.

21           So, for example, if one of the

22 children was John Smith, approximately 7 years

23 old, I would ask that you refer to John Smith

24 as the 7 year old boy instead of by his name.

25           Now, my understanding is that

Page 23

LISLEY DIAZ

2 the ▆▆▆ family had twins, is that correct?

3     A     Yes.

4     Q     And they were both girls, is

5 that correct?

6     A     Yeah.

7     Q     So, my request isn't going to be

8 terribly effective with respect to the girls.

9           So if we could, I'm going to

10 suggest that we refer to -- well, the two

11 girls, one of their names began with a G,

12 correct?

13     A     Yes.

14     Q     And then one began with an M, is

15 that correct?

16     A     Yes.

17     Q     So it we refer to them by the

18 first letters of their names?

19     A     Yes.

20     Q     I know it's confusing, and if

21 you slip up, that's fine.

22     A     It's not confusing. I just feel

23 uncomfortable, because I don't have anything

24 against my host family.

25     Q     Oh, and I'm not trying to ask

Page 24

LISLEY DIAZ

2 you to say anything against your host family.

3           We are just asking you questions

4 about your experience and some of the questions

5 are going to involve questions about the

6 children, okay?

7     A     Okay.

8     Q     So, let's -- actually let me try

9 to help here. So the -- so we had the G twin,

10 right?

11     A     Yes.

12     Q     Approximately how old was she

13 during your placement?

14     A     When I started she was 2.

15     Q     And when your placement

16 concluded, how old was she?

17     A     4.

18     Q     And that would of course also be

19 true of the M twin, correct?

20     A     Yes.

21     Q     And then there was one other

22 child, is that correct?

23     A     Yes.

24     Q     And that was an older girl?

25     A     Yes.

Page 25

LISLEY DIAZ

2     Q     And what was her age?

3     A     She was 5.

4     Q     Sorry?

5     A     She was 5 years old when I

6 started.

7     Q     And then how old was she at the

8 end of your placement?

9     A     7.

10     Q     Then there were the two host

11 parents, is that correct?

12     A     Yes.

13     Q     Did your host parents have

14 full-time employment during the placement?

15     A     No.

16     Q     Did they both not have full-time

17 employment?

18     A     No, one yes and the other one

19 no.

20     Q     Who had full-time employment?

21     A     The dad.

22     Q     And the mom did not have

23 full-time employment?

24     A     No.

25     Q     Did the mom work on a part-time

Movant's App. 000478

Page 26

                    LISLEY DIAZ
1
2   basis?
3        A      Something like that.
4        Q      What do you mean by that?
5        A      She didn't work, but she did
6   volunteer work, and she was out of the house.
7        Q      Did the host dad work from home
8   during your placement?
9        A      No.
10       Q      Did he always work outside of
11  the home?
12       A      Yes.
13       Q      Did any of the ███ family
14  children attend school during your placement?
15       A      Yes.
16       Q      Which children?
17       A      When I started, just the big
18  one, the older one.
19       Q      The older girl?
20       A      The older girl.
21       Q      Who was approximately 5 to 7
22  during the placement?
23       A      Yes.
24       Q      So she was in school, but the
25  twins weren't?

Page 27

                    LISLEY DIAZ
1
2        A      Yes.
3               In the beginning.
4        Q      And then what about later on in
5   the placement?
6        A      The second year I was there the
7   twins started to go to school.
8        Q      Did any of the ███ family
9   children attend daycare during your placement?
10       A      No.
11       Q      Sorry?
12       A      No.
13       Q      Did any of the ███ family
14  children attend camp during your placement?
15       A      No.
16       Q      What was the older girl's school
17  schedule during your placement?
18       A      It started at 8:00 and she
19  finished at 1:00.
20       Q      Was that Monday through Friday?
21       A      Yes.
22       Q      When the twins were in school,
23  what was their schedule?
24       A      It was Tuesday and Thursday,
25  8:00 to -- I don't remember, it was 11:30 or

Page 28

                    LISLEY DIAZ
1
2   12:00.
3        Q      Did the older girl have any
4   after school activities?
5        A      Yes.
6        Q      What were those?
7        A      Jazz, piano, that's it.
8        Q      Did those activities take place
9   outside of the home?
10       A      Yes.
11       Q      Were you present at those
12  activities?
13       A      Yes.
14              I just remembered, she has
15  swimming classes, swimming lessons.
16       Q      Were you present at those
17  activities as well?
18       A      Yes; yes.
19       Q      When you were at those
20  activities, were the twins with you?
21       A      Sometimes.
22       Q      When they weren't with you, who
23  was taking care of them?
24       A      They were at play dates or
25  something like that.

Page 29

                    LISLEY DIAZ
1
2        Q      So, same question for the twins.
3   When they were in school, did they have any
4   after school activities?
5        A      Yes.
6        Q      What activities were those?
7        A      Ballet, swimming lessons, music.
8   Before they got to school they had more, more
9   activities.
10       Q      Let's talk about the activities
11  when they started attending school, okay?
12       A      Okay.
13       Q      For those, did you attend those
14  activities, the ballet, swimming and music?
15       A      Yes.
16       Q      What activities did they have
17  before they started attending school?
18       A      The same, plus more hours of
19  music and gymnastics.
20       Q      Did you attend those activities?
21       A      Yes.
22       Q      So, we just talked about a lot
23  of activities for the three ███ family
24  children.
25              Did you ever not attend those

Movant's App. 000479

Page 30

```
1              LISLEY DIAZ
2  activities?
3       A    I think once.
4       Q    Did the ███ family children
5  have school during the summer months?
6       A    No.
7       Q    Do you recall when in the
8  calendar year they had school?
9       A    Can you repeat, please?
10       Q    Sure.  Do you recall when in the
11  calendar year they had school?
12       A    Yes.
13       Q    When was that?
14       A    All year except June or July to
15  August, and also December and the spring break.
16       Q    Did anyone other than yourself
17  and the ███ parents take care of the ███
18  family children during your placement?
19       MR. PETTERSON:  Objection.
20       A    Do you mean when I was off?
21       Q    I mean at any point.
22       A    Maybe during the weekend, the
23  grandmother.
24       Q    Anyone else?
25       A    No.
```

Page 31

```
1              LISLEY DIAZ
2       Q    Did the ███ family have a
3  babysitter?
4       A    No.
5       Q    How often did the grandmother
6  take care of the children?
7       A    Maybe twice during my stay.
8       Q    What were your duties with the
9  ███ family?
10       A    Take the girls to school or to
11  their activities, do their laundry, clean --
12  clean their rooms, make their lunches and
13  dinners and breakfast, give them the bath,
14  drive them everywhere.
15       Q    Did you have any other duties?
16       A    I can't remember.
17       Q    Who assigned those duties?
18       MR. PETTERSON:  Objection.
19       A    The host parents.
20       Q    Did any APIA representative ever
21  assign those duties to you?
22       A    She didn't assign, but she gave
23  examples.
24       Q    Who is she?
25       A    The counselor.
```

Page 32

```
1              LISLEY DIAZ
2       Q    Examples of what?
3       A    Of the kind of duties I was
4  going to do.
5       Q    But she didn't actually assign
6  the duties you ended up providing to the ███
7  family?
8       MR. PETTERSON:  Objection, that's
9  not a question.
10       A    Should I answer?
11       MR. PETTERSON:  He didn't ask you
12  a question.
13       MR. TUCKER:  I couldn't hear,
14  what did you say?
15       MR. PETTERSON:  I said objection,
16  that's not a question.
17       She can answer your questions, but
18  if you don't ask a question, she doesn't
19  have to say anything.
20       MR. TUCKER:  Would you read back
21  what I said.
22       (The question requested was read
23  back by the reporter.)
24       Q    I might have missed a "correct"
25  on the end of it, but I think that's it.
```

Page 33

```
1              LISLEY DIAZ
2       So, Ms. Diaz, let me start back.
3  So I am going to say -- but you didn't
4  actually --
5       (Discussion off the record.)
6       Q    Ms. Diaz, you testified earlier
7  that your community counselor talked to you
8  about the kind of duties you would be
9  providing, is that correct?
10       A    Yes.
11       And they also said in that
12  course we took in New York.
13       Q    The orientation?
14       A    Or New Jersey, the orientation,
15  yes.
16       Q    My question is did the counselor
17  actually assign the duties that you ended up
18  providing to the ███ family?
19       MR. PETTERSON:  Objection.
20       A    No -- well, no.
21       She gave examples.
22       Q    Did anyone at the orientation
23  actually assign the duties you ended up
24  providing to the ███ family?
25       MR. PETTERSON:  Objection.
```

Movant's App. 000480

Page 34

```
1                   LISLEY DIAZ
2        A    No; no.
3        Q    Did any APIA representative
4   observe you performing your duties for the
5   ███ family?
6        A    Observing, observing?
7        Q    Yes.
8        A    I don't know.
9        Q    Who was your community
10  counselor?
11       A    I have three, so I don't
12  remember the names.
13       Q    Do you remember any of the
14  names?
15       A    Ginny Barn.
16       Q    You said Ginny Barn?
17       A    Something like that.
18       Q    But it was Barn with a B?
19       A    B-a-r-n, or something like that.
20  I don't remember how to spell it.
21       Q    Okay.  And what was the first
22  name you used?
23       A    Ginny, G-i-n-n-y.
24       Q    Do you remember any of the other
25  names?
```

Page 35

```
1                   LISLEY DIAZ
2        A    I see their faces, but I don't
3   remember the names.
4        Q    But there were two others, three
5   total?
6        A    Yes, yes.
7             The second one was Jane, but I
8   don't remember her last name.
9        Q    Jane as in J-a-n-e?
10       A    Yes.
11       Q    Aside from your three community
12  counselors, did you have contact with any other
13  APIA representatives during your participation
14  in the program?
15       A    Yes.
16       Q    Who?
17       A    I don't remember; by e-mail.
18       Q    Do you recall in what capacity
19  that person represented APIA?
20       A    It was twice.  Once was about my
21  insurance, and the second one was about my
22  flight -- it was three times, and my extension,
23  for the second year.
24       Q    Sorry, I didn't hear you after
25  flight.
```

Page 36

```
1                   LISLEY DIAZ
2        A    Okay, the first one was about my
3   insurance.  Then, when I was going to finish my
4   first year, I contacted somebody to talk about
5   my flight, but then I decided to stay another
6   year.
7             So I talk with this person to do
8   my extension for the second year.
9        Q    How often were you in contact
10  with your community counselors?
11       A    Around once a month.
12       Q    Do you know what a cluster
13  meeting is?
14       A    Yes.
15       Q    What is it?
16       A    When all the girls that are au
17  pairs from the same agency around the
18  neighborhood get together and talk or something
19  or do an activity.
20       Q    Did you attend cluster meetings?
21       A    Yes.
22       Q    How often?
23       A    Frequently.
24       Q    Did the ███ family set any
25  rules for you?
```

Page 37

```
1                   LISLEY DIAZ
2        A    Yes.
3        Q    What rules?
4        A    About the times I am supposed to
5   be at home or start my work and my duties and
6   about driving.
7        Q    Anything else?
8        A    No.
9        Q    What about driving, what rules
10  were those?
11       A    Well, I need my driver's
12  license.
13       Q    That you need it while you are
14  driving, is that what you mean?
15       A    Before I started driving there I
16  should do the paperwork.  It was the only rule.
17  They say if you want to drive, you need to do
18  this thing.
19       Q    Got it.
20       Q    Did you have a schedule during
21  your placement?
22       A    Yes.
23       Q    What was the schedule?
24       A    It changed, but the one I can
25  remember, it was 8:00 to noon, and then 2:00 to
```

Movant's App. 000481

LISLEY G. DIAZ - 04/05/2018        Pages 38..41

Page 38

LISLEY DIAZ

1
2    7:00.
3        Q     What days of the week?
4        A     Monday through Friday.
5        Q     Did you work weekends?
6        A     Sometimes.
7        Q     How often?
8        A     At least -- I can't tell, once a
9    month, maybe.
10       Q     Did you have a schedule for the
11   weekends when you did work?
12       A     Yes.
13       Q     And what was that schedule?
14       A     For example, Saturday 8:00 to
15   3:00, or Sunday, 4:00 to 9:00, exactly I can't
16   remember, but it was something like that.
17       Q     So the schedule on weekends
18   varied?
19       A     Yes.
20       Q     When you worked on weekends, did
21   you work fewer hours during that week?
22       A     No.
23       Q     Let me just clarify my question.
24             When you worked on weekends, did
25   you work fewer hours during the work week,

Page 39

LISLEY DIAZ

1
2    which I will define as Monday through Friday?
3        A     No.
4        Q     You testified earlier that your
5    schedule changed, correct?
6        A     Yes.
7        Q     How did it change?
8        A     When the girls started to go to
9    school or when it was vacations it changed.
10       Q     So, how did it change when the
11   girls started going to school?
12       A     It was -- I don't remember, 7:00
13   or 7:30 to 8:30 or 9:00, then I have a break,
14   and then it started again, when I picked them
15   up; the younger ones.
16       Q     When did you pick them up?
17       A     At noon.
18             When? At noon, from school.
19       Q     And then when did your schedule
20   end?
21       A     I don't remember.
22             6:00 or 7:00, maybe, or 5:00, I
23   don't remember.
24       Q     How was your schedule
25   determined?

Page 40

LISLEY DIAZ

1
2        A     Can you explain?
3        Q     Yes. How was the schedule set?
4        A     Depending on their needs.
5        Q     Whose needs?
6        A     The family.
7        Q     Who set the schedule?
8        A     The parents.
9        Q     Did you have any input on the
10   schedule?
11       A     What is input?
12       Q     Were you able to participate in
13   setting the schedule?
14       A     Yes.
15       Q     Was your schedule ever put into
16   writing?
17       A     Yes.
18       Q     Do you have a copy of your
19   schedule?
20       A     No, it was on a white board.
21       Q     Sorry, a white board, is that
22   what you said?
23       A     Yeah, it was on a calendar, on a
24   white board.
25       Q     Did your host family track the

Page 41

LISLEY DIAZ

1
2    actual numbers -- number of hours that you
3    worked?
4        A     Maybe.
5        Q     Did you ever track your hours?
6        A     Yes.
7        Q     How did you track them?
8        A     I count them.
9        Q     Did you write that count down
10   anywhere?
11       A     My calculator, no.
12       Q     Did any AIPA representative
13   track your hours?
14             MR. PETTERSON:  Objection.
15       A     Yes.
16       Q     Who?
17       A     The last one, the last counselor
18   I had.
19       Q     How did she track your hours?
20       A     Because I had kind of a problem
21   with my host family, and I told her, and then
22   we counted the hours to see if it was like 45
23   or not yet.
24       Q     Sorry, you said -- could you
25   just repeat that, please?

Movant's App. 000482

Page 42

```
1                  LISLEY DIAZ
2       A    Yes, we had a problem, my host
3  family and me, about the hours.  So I contact
4  my counselor and she counted the hours to see
5  if it was my 45 already or it wasn't my 45.
6       Q    So, when did this problem occur?
7       A    The last year I was there, maybe
8  around January, February; I don't remember.
9       Q    Was it just for one week?
10      A    What?
11      Q    The problem?
12      A    No, it lasted longer.
13      Q    How long did it last?
14      A    Like two weeks.
15      Q    So, if I understand correctly,
16 the problem was that you thought you were
17 working more than 45 hours, is that correct?
18      A    No.
19      Q    Okay.  So what was the problem?
20      A    The problem was that I -- we
21 have a schedule, like a formal schedule.  For
22 example, I finished at 6:00, I don't remember
23 exactly, that day, because I have a class.
24           So I signed the class, I asked
25 my host mom if that hour was okay, because it
```

Page 43

```
1                  LISLEY DIAZ
2  was one hour before my hours, that they
3  finished.
4            So, for, example my schedule
5  finishes at 7:00, but that day it was going to
6  finish at 6:00.
7            Because the class, I asked my
8  host mom, she say yes, and I signed the class.
9            So when they arrived I was going
10 to go to class, and they had a dinner or a
11 party or something like that, so when I said
12 I'm going to classes, my host dad just jump and
13 said what, why are you going to classes when
14 you didn't ask me?
15           And I said well, I asked you,
16 and he got really mad and -- well, I got very
17 upset also, and I contact my counselor to see
18 well, what can I do?  So should I leave my
19 class?  Should I -- what should I do?
20           And she just made a mess.  So I
21 could fix it easily, like just let it go or
22 something like that.
23           But she did a mess and my host
24 dad was mad for like two weeks.
25      Q    What do you mean she did a mess
```

Page 44

```
1                  LISLEY DIAZ
2  or she made a mess?
3       A    The counselor, well, we could
4  fix it, she could tell me well, you know, leave
5  the class or talk with them or, I don't know.
6            And she talked to my host
7  family, and like tattle-tale, I don't know how
8  you say that.
9            Like oh, she's mad because you
10 don't respect her hours.  And it wasn't nothing
11 I said, I just wanted to know what am I
12 supposed to do.
13           Like she made a mess, because
14 she did -- she made the problem bigger than it
15 was.
16      Q    Okay.  Earlier you testified,
17 when you were talking about this problem in the
18 beginning, when you first mentioned it, you
19 said something about 45 hours.
20           What were you talking about?
21      A    Like she said, well, they can --
22 if you don't have your 45 hours, they can use
23 those hours to go out.
24           And I said yes, I know, but they
25 told me already that I can sign in this class.
```

Page 45

```
1                  LISLEY DIAZ
2  And she said well, let's count your hours and
3  see what, if you are working extra hours or
4  not.
5            And I say well, I'm not looking
6  if I am working extra hours, I just need to
7  have the space and time to go to class.
8            So she count the hours and said
9  well, you don't have the 45 hours, so you still
10 need to work more hours.
11           Well, she didn't fix the problem
12 anyway.
13      Q    When she counted the hours, how
14 many hours did she count?
15      A    About 40, 42.
16      Q    Did you agree with her count?
17      A    Yeah, I agreed with the count.
18      Q    Other than that particular issue
19 that occurred in January or February of your
20 second year, did the counselor otherwise track
21 your hours?
22      A    No.
23           MR. PETTERSON:  Are we coming at
24      a good time for a break?
25           MR. TUCKER:  Yes, we are -- let
```

Movant's App. 000483

Page 46

```
 1                    LISLEY DIAZ
 2      me just make sure, Sean.
 3              Yes, we can take a break.  You want
 4      to do like ten minutes or fifteen, what do
 5      you want to do?
 6              MR. PETTERSON:  Why don't we come
 7      back at the top of the hour.
 8              MR. TUCKER:  Sounds good.  So I'm
 9      going to go off the record with the
10      video right now.
11              The recording is paused, but we can
12      still hear and you can hear me, Ms. Diaz.
13      If you want, there is a mute button on the
14      bottom left-hand side of your screen.
15              You can just click that, then I
16      won't be able to hear what's being said,
17      and you can mute that.
18              So we will reconvene in about
19      fifteen minutes.
20              THE WITNESS:  Okay.
21              (At this point in the proceedings
22      there was a recess, after which the
23      deposition continued as follows:)
24              MR. TUCKER:  Okay, I'm going to
25      restart the recording now.
```

Page 47

```
 1                    LISLEY DIAZ
 2              We are back on the record.
 3         Q    Ms. Diaz, you testified that the
 4      ███ family host mother did not work, is that
 5      correct?
 6         A    I said she didn't have a job,
 7      but she did volunteer work.
 8         Q    Okay.
 9              Does that mean that she was
10      sometimes present when you were taking care of
11      the children?
12         A    Yes, well, she was in the house,
13      but she wasn't with me.
14         Q    Did she ever take care of the
15      children during your scheduled hours?
16         A    Maybe.
17         Q    Ms. Diaz, did you receive a
18      weekly stipend during your placement?
19         A    Yes.
20         Q    Did you receive a stipend every
21      week?
22         A    Yes.
23         Q    Who paid your stipend?
24         A    In the beginning the host
25      family, and the second year, the grandmother.
```

Page 48

```
 1                    LISLEY DIAZ
 2         Q    Is this the same grandmother who
 3      you testified earlier took care of the children
 4      approximately twice during your placement?
 5         A    Yes.
 6         Q    I apologize if I asked this, but
 7      did you receive the stipend every week?
 8         A    Yes.
 9         Q    Did anyone other than your host
10      family and the host family's grandmother ever
11      pay you your stipend?
12         A    No.
13         Q    What were the methods of
14      payment?
15         A    Most of the time it was a
16      deposit, and I think twice it was a check.
17              I think the first week or the
18      first two weeks it was a check.
19         Q    When you say deposit, you mean
20      like an electronic, it was done electronically?
21         A    It was automatically.
22         Q    Deposited into your bank
23      account?
24         A    Yes.
25         Q    Did the amount of your stipend
```

Page 49

```
 1                    LISLEY DIAZ
 2      ever change?
 3         A    No.
 4         Q    Aside from your stipend, did you
 5      receive any other monetary payments?
 6         A    Yes.
 7         Q    What payments were those?
 8         A    For extra hours.
 9              Or if I went to the grocery
10      store and I paid with my money, they reimbursed
11      me that money.
12         Q    How often did you receive pay
13      for extra hours?
14         A    Maybe every two months, not very
15      frequently.
16         Q    How much pay did you receive for
17      working extra hours?
18         A    $15 per hour.
19         Q    $15, you said?
20         A    1-5.
21         Q    $15 per hour?
22         A    Um-hum.
23         Q    Was that $15 per hour in excess
24      of your schedule?
25         A    Sometimes.
```

LISLEY G. DIAZ - 04/05/2018          Pages 50..53

Page 50

LISLEY DIAZ

2  Sometimes if they already told
3  me I was going to have the weekend off and
4  something appears, so they say could you take
5  care of the girls Saturday night hours or
6  something like that, and they paid me extra.
7          It doesn't matter if I didn't
8  have my 45 hours, just because they --
9      Q   We missed about the last 20
10  seconds of that.
11      A   Just because -- just because it
12  wasn't -- without notice, they pay me extra.
13      Q   And you said not because you
14  were working more than 45 hours, is that
15  correct?
16      A   Yeah.
17      Q   And who paid you that money?
18      A   The host parents.
19      Q   You testified earlier about the
20  groceries, you said, you said that you would be
21  reimbursed, is that correct?
22      A   Yes.
23      Q   But they weren't paying you
24  money in excess of what it cost, correct?
25      A   No, if it was $10, they paid me

Page 51

LISLEY DIAZ

2  $10.
3      Q   So they were just making you
4  whole?
5      A   What?
6      Q   Do you know what that means,
7  making someone whole?
8      A   No.
9      Q   They were evening it out, right,
10  you weren't benefiting from the payment?
11      A   No, never.
12          MR. PETTERSON: Ms. Diaz, let him
13  finish his question before you speak.
14          THE WITNESS: Sorry.
15      Q   Did you receive any gifts during
16  your placement?
17      A   Yes.
18      Q   What was that?
19      A   A necklace, and clothes.
20      Q   Anything else?
21      A   Not that I can recall.
22      Q   You testified that part of your
23  duties were driving the car to take the girls
24  different places, correct?
25      A   Yes.

Page 52

LISLEY DIAZ

2      Q   Were you able to use the car for
3  your personal purposes?
4      A   Yes.
5      Q   Did you pay for the gas when you
6  were using the car for your personal purposes?
7      A   Yes.
8      Q   Ms. Diaz, can you look back to
9  it the document that was marked Exhibit 3.
10  It's the answers to all those questions you
11  filled out.
12          And can you just turn to
13  question 65, and let me know once you have
14  found that.
15      A   What attachment, number what?
16      Q   Number 3.
17      A   What question?
18      Q   Question 65.
19      A   Yes.
20      Q   See where it says, "Payment
21  benefit 1," do you see that?
22      A   Yes.
23      Q   And it says, "Type of
24  payment/benefit, gas for the car." Then it
25  says, "Estimated amount of benefit, $50," and

Page 53

LISLEY DIAZ

2  then for, "Time frame for payment/benefit," it
3  says, there is a checkmark where it says "per
4  week."
5          Do you see that?
6      A   Yes.
7      Q   First of all, that was your --
8  you provided that information?
9          MR. PETTERSON: Objection.
10      Q   Can you explain what that means?
11      A   I have to read everything,
12  because I can't remember exactly.
13      Q   Okay, take your time.
14      A   Okay, sometimes they put gas to
15  the car and I could use it, but if not, I --
16  because I have, if I use it, I have to put gas,
17  but if there was gas, I just take it.
18          And I think -- I considered it
19  was like $50, because it was most of the time
20  full, or we keep it full.
21      Q   You said most of the time the
22  host family would keep it full. Is that what
23  you said?
24      A   We, we.

**Page 54**

```
1              LISLEY DIAZ
2        Q      Right?
3        A      If I use it the weekend, when
4    it's Monday, I repay what I used.
5        Q      I'm confused, and I just want to
6    make sure the record is clear.
7               Was there ever a time where you
8    used the car for your personal purpose and you
9    didn't --
10       A      Yes.
11       Q      -- and you didn't repay the
12   family for gasoline?
13       A      No.
14       Q      So either you paid for the gas
15   yourself and filled up the tank, right, or the
16   tank had gas in it and you used it and you paid
17   the family, is that correct?
18       A      I never paid the family, I
19   filled it up again like it was.
20       Q      Sticking with the response to
21   question 65, do you see where it says
22   "Payment/benefit 2," do you see that there?
23       A      Yes.
24       Q      And then it says "extra"?
25       A      Um-hum.
```

**Page 55**

```
1              LISLEY DIAZ
2        Q      Then it says "$40," and there is
3    a checkmark next to "per day"?
4        A      Yes.
5        Q      What does this mean?
6        A      I tried to say that if I work
7    extra hours they pay me, depending how much
8    hours I work, but it wasn't every day.
9        Q      So this is what you testified to
10   earlier, where you were paid $15 per hour?
11       A      Yes.
12       Q      So that's what this refers to?
13       A      Um-hum, yes.
14       Q      Ms. Diaz, did the ███ family
15   provide you with a cell phone during your
16   placement?
17       A      Yes.
18       Q      Were you able to use the cell
19   phone for your personal purposes?
20       A      Sometimes.
21       Q      Did you use the cell phone for
22   personal purposes?
23       A      Yes.
24       Q      Who paid for the cell phone
25   plan?
```

**Page 56**

```
1              LISLEY DIAZ
2        A      The host family.
3        Q      Were you able to use the host
4    family's internet?
5        A      Yes.
6        Q      Who paid for the internet?
7        A      Them.
8        Q      Did the host family pay for any
9    of your personal travel expenses?
10       A      No.
11       Q      Did the host family pay for any
12   of your personal entertainment expenses?
13       A      No.
14       Q      You said the grandmother
15   provided you with the weekly stipend in your
16   second year, is that correct?
17       A      Yes.
18       Q      Did she provide you with any
19   additional payments?
20       A      No.
21       Q      Did your host family provide you
22   with a private bedroom throughout your
23   placement?
24       A      Yes.
25       Q      Was it available for your
```

**Page 57**

```
1              LISLEY DIAZ
2    exclusive use?
3        A      Yes.
4        Q      Meaning you didn't have to share
5    it with anyone, is that correct?
6        A      I didn't have to share it with
7    anyone.
8        Q      Did your host family provide you
9    three meals each day throughout your placement?
10       A      Yes.
11       Q      And did you eat those meals, did
12   you accept that food?
13       A      I ate them during the week, but
14   not always on weekends.
15       Q      Is that because you didn't want
16   to eat it on the weekend?
17       A      It was because I didn't -- I
18   wasn't at home on the weekend, or I feel
19   uncomfortable going down to eat if they were
20   there because I was off.
21       Q      You testified that the host
22   family would sometimes pay you $15 an hour for
23   extra hours, correct?
24       A      Yes.
25       Q      Do you know how that $15 amount
```

LISLEY G. DIAZ - 04/05/2018          Pages 58..61

Page 58

LISLEY DIAZ

1
2    was determined?
3         A    It's about how much they paid to
4    the babysitters in the neighborhood.
5         Q    Did the host family set that
6    amount?
7              MR. PETTERSON:  Objection.
8         A    I don't remember.
9         Q    You said, "I don't remember," is
10   that what you said?
11        A    Yes, I said I don't remember.
12        Q    Did any APIA representative tell
13   you you would receive extra money in addition
14   to your weekly stipend?
15        A    I don't know.
16        Q    Speaking of your weekly stipend,
17   what was the amount of the stipend?
18        A    $250.
19        Q    How was that amount determined?
20             MR. PETTERSON:  Objection.
21        A    The agency told me that it's
22   because I was an extraordinary au pair, because
23   I have more hours of child experience --
24   childhood experience, childcare experience, I
25   was supposed to be paid more.

Page 59

LISLEY DIAZ

1
2         Q    Paid more than what?
3         A    Than the regular au pair.
4         Q    So you're saying you had prior
5    childcare experience before you participated in
6    the program?
7         A    Yes.
8         Q    Ms. Diaz, can you look back at
9    the document that was marked Exhibit 4.  It's
10   this document that you identified as the
11   agreement.
12        A    Okay.
13        Q    I am going to ask you to look at
14   the fifth box.  You see there are these boxes
15   on the left-hand side?
16        A    Okay.
17        Q    Can you read the fifth box into
18   the record, the statement -- sorry, go ahead.
19        A    "I/we understand that an au pair
20   companion is to receive at a minimum the weekly
21   stipend as stipulated by regulations governing
22   au pair programs, and set in Au Pair in
23   America's program materials."
24        Q    Okay.  You testified earlier
25   that you understood the agreement when you

Page 60

LISLEY DIAZ

1
2    signed it, right?
3         A    Yes.
4         Q    So what did you understand that
5    sentence to mean?
6         A    I understood that the program
7    said how much we were going to be paid.
8         Q    You see the phrase there, it
9    says "at a minimum"?
10        A    Yes.
11        Q    What does that mean?
12        A    That is the minimum someone is
13   supposed to be paid.
14        Q    Does that mean that a host
15   family could pay more than the minimum?
16        A    Repeat the question?
17        Q    Sure.  I said, so does that mean
18   that the host family could pay more than the
19   minimum?
20        A    Yes.
21        Q    So if the host family can pay
22   more than the minimum, isn't it the host family
23   that sets the stipend amount?
24             MR. PETTERSON:  Objection.
25        A    I don't understand that like

Page 61

LISLEY DIAZ

1
2    that.
3         A    As me, I understand that it's
4    what I am supposed to be paid.
5         Q    Your host family paid you money
6    beyond the stipend, right?
7         A    I don't understand you.
8         Q    Okay.  You testified that your
9    stipend was $250, correct?
10        A    Yes.
11        Q    And you received additional
12   money beyond the $250 for work you performed,
13   correct?
14        A    Yes.
15        Q    So, didn't your family pay more
16   than the minimum?
17        A    No, because when I signed up the
18   program, they say they were going to pay $250.
19             The program said all the host
20   families pay that.
21        Q    I'm not -- that's not my
22   question.  My question was didn't your
23   particular host family actually pay you more
24   than $250?
25        A    No, they didn't.

Movant's App. 000487

Page 62

LISLEY DIAZ

2 Q     But you testified earlier that
3 you were paid at $15 an hour for extra work you
4 performed?
5 A     Yes, I said that, but it's not
6 every week, it was not every week.
7 Q     Right, but it's still more than
8 the stipend, right?
9 A     Yeah.
10 Q     So didn't the host family decide
11 to do that?
12 A     We did together.
13 Q     So if you decided together,
14 wasn't it you and the host family who decided
15 how much you were going to be paid during your
16 placement, and not the agency?
17 MR. PETTERSON: Objection.
18 A     The agency said how much were we
19 supposed to be paid.
20 Q     Right, but --
21 A     So we agreed to that amount.
22 Q     Right, but wasn't that a minimum
23 amount?
24 A     I didn't know at the time it was
25 the minimum. I didn't understood as you are

Page 63

LISLEY DIAZ

2 explaining now.
3 Q     Did any APIA representative tell
4 you you were prohibited from receiving a
5 stipend in excess of $250?
6 A     I don't know.
7 MR. TUCKER: Can we take really
8 like a four minute break, like go to
9 12:30?
10 MR. PETTERSON: You want to see
11 if you have anything left?
12 MR. TUCKER: Yes. I think I may
13 have a couple of stray things, but I
14 think I'm mostly done.
15 MR. PETTERSON: Okay. Can we
16 actually take ten, so I can speak to
17 Lisley and maybe just get ready to go
18 after you?
19 MR. TUCKER: That's fine, yeah,
20 that's fine. So back at 12:37.
21 MR. PETTERSON: Sure.
22 MR. TUCKER: Do you need a few
23 more minutes? I'm fine with that too.
24 MR. PETTERSON: That time is
25 fine.

Page 64

LISLEY DIAZ

2 MR. TUCKER: Okay, all right.
3 Thank you.
4 (At this point in the proceedings
5 there was a recess, after which the
6 deposition continued as follows:)
7 MR. TUCKER: We are back on the
8 record.
9 Q     Ms. Diaz, did you take classes
10 during your placement?
11 A     Yes.
12 Q     What classes did you take?
13 A     American history from the UCLA,
14 and English classes.
15 Q     What was your class schedule?
16 A     The first course was on-line.
17 Q     American history?
18 A     Yes.
19 Q     Sorry, go ahead.
20 A     And the second one was three
21 times in the evenings.
22 Q     You said three times a week?
23 A     Three times a week.
24 Q     How long were the classes?
25 A     Two hours.

Page 65

LISLEY DIAZ

2 Q     How many months long were the
3 classes?
4 A     I don't remember.
5 Q     Ms. Diaz, you testified earlier
6 about the problem you had with your host family
7 with the schedule in or about January or
8 February of your second year.
9 Do you remember that?
10 A     Yes.
11 Q     And we talked about how you and
12 the community counselor counted your hours for
13 that week and they were either 40 or 42?
14 A     Yes.
15 Q     About how many hours on average
16 did you work each week?
17 A     About that, 40 -- 38, 40 or 42.
18 Q     Did you ever work more than 45
19 hours?
20 A     Yes.
21 Q     How often?
22 A     In the first year I think one
23 month, because it was a family emergency.
24 I think it was a little bit more
25 than a month.

LISLEY G. DIAZ - 04/05/2018          Pages 66..69

Page 66

```
 1                  LISLEY DIAZ
 2          Q      You said a little bit more than
 3   one month?
 4          A      Yes.
 5          Q      And for that time period you
 6   worked more than 45 hours?
 7          A      Yes.
 8          Q      Other than that time period,
 9   were there other occasions when you worked more
10   than 45 hours per week?
11          A      Yes.
12          Q      How many times?
13          A      Maybe once a month or less than
14   that.
15          Q      Did you receive extra payments
16   in the weeks in which you worked more than 45
17   hours?
18          A      Yes.
19          Q      And were those extra payments
20   equal to the $15 an hour payment we were
21   talking about earlier?
22          A      Yes.
23          Q      Ms. Diaz, can you look at the
24   questions that you answered in document 3 or
25   Exhibit 3, and can you look at question 87?
```

Page 67

```
 1                  LISLEY DIAZ
 2          A      Yes.
 3          Q      And you see how 87 is a question
 4   about complaints?
 5          A      Yes.
 6                 Let me make this bigger.
 7          Q      Sure, take your time.  Just let
 8   me know when you have it.
 9          A      Okay.  Yes.
10          Q      Can you explain your response to
11   question 87?
12          A      Yeah.
13                 It was about the same problem we
14   had.  Well, I was really upset, because this
15   got bigger, so I e-mailed somebody from the
16   agency, I can't recall the name, to say well, I
17   didn't get the help I needed, it just got
18   worse, and I never got an answer.
19                 I got an e-mail making sure
20   that -- I don't know how that confirmation
21   e-mail -- but I didn't get any answer, about my
22   insurance.
23                 Once in the first year I got
24   sick and wanted to know what to do, and we
25   e-mailed a bunch of times, me and my host mom,
```

Page 68

```
 1                  LISLEY DIAZ
 2   and it was very difficult for us to get some
 3   support.
 4                 MR. TUCKER:  I don't have any
 5          more questions.  Sean, if you want to.
 6                 MR. PETTERSON:  I just have a few
 7          questions for you, Ms. Diaz.  Thank you
 8          for your time this morning.
 9
10   EXAMINATION BY
11   MR. PETTERSON:
12
13          Q      I just want to sort of make a
14   few things clear.
15                 Earlier you testified about
16   doing training in New Jersey.  Do you remember
17   that?
18          A      Yes.
19          Q      Were you paid for that training?
20          A      No.
21          Q      In that training were you ever
22   told about how much money -- were you ever told
23   by Au Pair in America how much money you would
24   be paid?
25          A      Yes.
```

Page 69

```
 1                  LISLEY DIAZ
 2          Q      What did they say?
 3          A      That we were going to -- regular
 4   au pairs we were going to receive $190
 5   something, and extraordinary au pairs were
 6   going to receive $250 per week.
 7          Q      And just so I understand, you
 8   were a regular au pair or an extraordinary au
 9   pair?
10          A      Extraordinary au pair.
11          Q      And what does that mean?
12          A      That I have more childcare
13   experience.
14          Q      And so you have a higher
15   minimum, is that correct?
16                 MR. TUCKER:  Objection to the
17          form.
18          A      I didn't understand your
19   question.
20          Q      Is the reason that Au Pair in
21   America told you the minimum for extraordinary
22   au pairs is $250 a week is because you have
23   additional childcare experience?
24          A      Yes.
25          Q      And at this training were
```

LISLEY G. DIAZ - 04/05/2018          Pages 70..73

Page 70

LISLEY DIAZ

2  standard and extraordinary au pairs present?
3      A      Yes.
4      Q      And the $190 figure you
5  mentioned earlier, was that a reference to
6  standard au pairs?
7      A      Yes.
8      Q      And when they just -- and when
9  Au Pair in America described these payments,
10  did they say that they would be minimums?
11      A      No; no.
12      Q      Did they tell you that you
13  should ask for more money from your host
14  family?
15      A      No.
16      Q      Did they tell you that you could
17  negotiate your price you were paid?
18      A      No.
19      Q      You laughed.  Why do you laugh
20  at that?
21      A      Because it's funny, now I
22  realize this is bigger, because when I read all
23  the information before signing this program, I
24  can't see in my mind it says minimum, it just
25  says $250 and $190 something, and I can't

Page 71

LISLEY DIAZ

2  remember that they say it's minimum in the
3  training.
4      Q      You think you would have
5  remembered if they said that was the minimum?
6      MR. TUCKER:  Objection to form.
7      A      I think yes, yes, I think I
8  could remember.
9      Q      During that training did Au Pair
10  in America explain to you the duties that you
11  would have to do as an au pair?
12      A      Yes.
13      Q      Did they ever tell you things
14  that you were not to do as an au pair?
15      A      No.
16      Q      Did they ever say that certain
17  things were not part of your duties?
18      MR. TUCKER:  Objection to form.
19      A      No.
20              They just focused that I have to
21  do everything with the kids, the laundry, their
22  lunches, the rooms, everything about the kids.
23  They never said this not.
24      Q      Did they instruct you that you
25  would have any duties to take care of the

Page 72

LISLEY DIAZ

2  family not including the kids?
3      A      What?  Can you repeat?
4      Q      Sure, let me try that again.
5              So, you mentioned that they told
6  you that your duties would be related to the
7  kids, is that right?
8      A      Yes.
9      Q      So did they say that you were
10  not to do work that was not for the kids?
11      A      Yes -- no.
12      Q      Did they tell you anything
13  about, for example, that you were to cook for
14  the kids?
15      MR. TUCKER:  Objection to the
16      form.
17      A      Yes.  Yes, they say I was
18  supposed to cook for the kids.
19      Q      Did they say anything about
20  cooking for the host parents?
21      A      Not exactly.
22      Q      What do you mean by that?
23      A      Well, the woman mentioned well,
24  you are cooking for the kids, like kind of a
25  comment.  She say well, it's okay if you cook

Page 73

LISLEY DIAZ

2  for the kids, but maybe if you put a little bit
3  of more pasta you were cooking for everybody
4  and make them a favor, something like that.
5      Q      Why would that be a favor?
6      A      Because, well, you are cooking,
7  you just put a little bit more.
8      Q      And then earlier you testified
9  that you had the use of a cell phone.  Do you
10  remember that?
11      A      Um-hum, yes.
12      Q      And did you use that cell phone
13  to communicate with your host parents?
14      A      Yes.
15      Q      Did you communicate to your host
16  parents about work related issues?
17      A      Yes.
18      Q      How would they have reached you
19  if you didn't have a cell phone?
20      A      Leave notes in the kitchen,
21  maybe.
22      Q      How would they have reached you
23  if you weren't in the home?
24      MR. TUCKER:  Objection to the
25      form.

**Page 74**

1                    LISLEY DIAZ
2         A     That would be impossible.
3         Q     So you needed a cell phone to
4    communicate with them?
5         A     Yes.
6         Q     And you used your cell phone to
7    communicate with them?
8         A     Yes.
9         Q     You testified earlier that you
10   used the car, the host family's car, is that
11   correct?
12        A     Yes.
13        Q     Did you use the car to transport
14   children of the family?
15        A     Yes.
16        Q     Do you recall earlier testifying
17   that you raised an issue with your counselor?
18        A     Yes.
19        Q     And why did you choose to raise
20   issues with your counselor?
21        A     Because I thought it could be
22   fixed easier, because they told us that if we
23   need something, there will be always someone
24   there for us.
25        Q     Who is they?  Who do you mean by

**Page 75**

1                    LISLEY DIAZ
2    they?
3         A     The APIA program people.
4               They told me since I was here in
5    Merida, that if any problem happened there, I
6    will be, always be, how do you say, somebody
7    will have my back is what I would say in
8    Spanish.
9               I don't know if it works for
10   English.
11        Q     We have that expression in
12   English, too.
13              So, they told you when you were
14   still in Mexico that you have a counselor in
15   the United States, is that correct?
16        A     Yes.
17        Q     And that the counselor was there
18   to have your back, is that correct?
19        A     Yes; that was the only reason,
20   because of that, my parents let me go.
21        Q     Your parents, your biological
22   parents, you mean?
23        A     My biological parents.
24        Q     And then you ended up speaking
25   to your counselor about this problem, is that

**Page 76**

1                    LISLEY DIAZ
2    correct?
3         A     Yes.
4         Q     And did your counselor have the
5    power to fix the situation?
6               MR. TUCKER:  Objection to the
7         form.
8         A     Yeah, she had the opportunity to
9    help me fix the problem.
10              MR. PETTERSON:  I think that's it
11        for me.  I don't have any further
12        questions.
13              MR. TUCKER:  I don't either.
14        Thank you very much, Ms. Diaz.
15              THE WITNESS:  You're welcome.
16              MR. TUCKER:  We are going to go
17        off the record now.
18              MR. PETTERSON:  Yes.
19              MR. TUCKER:  We are off the
20        record.  Thank you again.
21
22
23
24
25

**Page 77**

1                    LISLEY DIAZ
2
         I, the undersigned, a Certified
3    Shorthand Reporter of the State of New
     York, do hereby certify:
4         That the foregoing proceedings were
     taken before me at the time and place
5    herein set forth; that any witnesses in
     the foregoing proceedings, prior to
6    testifying, were duly sworn; that a record
     of the proceedings was made by me using
7    machine shorthand which was thereafter
     transcribed under my direction;
8         That the foregoing transcript is a
     true record of the testimony given.
9         Further, that if the foregoing
     pertains to the original transcript of a
10   deposition in a federal case before
     completion of the proceedings, review of
11   the transcript [ ] was [x] was not
     requested.
12
          I further certify I am neither
13   financially interested in the action nor a
     relative or employee of any attorney or
14   party to this action.
          IN WITNESS WHEREOF, I have this
15   date subscribed my name.
16        Dated:  April 18, 2018
17
18   _____
19        Stephen J. Moore
          RPR, CRR
20
21
22
23
24
25

Movant's App. 000491

LISLEY G. DIAZ - 04/05/2018          Pages 78..80

Page 78

```
 1                    LISLEY DIAZ
 2      DECLARATION UNDER PENALTY OF PERJURY
 3           Case Name: IMMUNEX v. SANDOZ
 4           Date of Deposition: January 11.
 5      2018
 6
 7           I, LISLEY GEORGIA DIAZ, hereby
 8      certify under penalty of perjury under the
 9      laws of the State of New York that the
10      foregoing is true and correct.
11           Executed this _____ day of
12      _____, 2018, at
13      _____.
14
15
16      _____
17
18           LISLEY GEORGIA DIAZ
19
20
21
22
23
24
25
```

Page 80

```
 1                    LISLEY DIAZ
 2             DEPOSITION ERRATA SHEET
 3      Page _____ Line _____ Reason _____
        From _____ to _____
 4      Page _____ Line _____ Reason _____
        From _____ to _____
 5      Page _____ Line _____ Reason _____
        From _____ to _____
 6      Page _____ Line _____ Reason _____
        From _____ to _____
 7      Page _____ Line _____ Reason _____
        From _____ to _____
 8      Page _____ Line _____ Reason _____
        From _____ to _____
 9      Page _____ Line _____ Reason _____
        From _____ to _____
10      Page _____ Line _____ Reason _____
        From _____ to _____
11      Page _____ Line _____ Reason _____
        From _____ to _____
12      Page _____ Line _____ Reason _____
        From _____ to _____
13      Page _____ Line _____ Reason _____
        From _____ to _____
14      Page _____ Line _____ Reason _____
        From _____ to _____
15      Page _____ Line _____ Reason _____
        From _____ to _____
16      Page _____ Line _____ Reason _____
        From _____ to _____
17      _____ Subject to the above
18      changes, I certify that the transcript is
19      true and correct
20      _____ No changes have been
21      made. I certify that the transcript  is
22      true and correct.
23
24      _____
25           LISLEY GEORGIA DIAZ
```

Page 79

```
 1                    LISLEY DIAZ
 2             DEPOSITION ERRATA SHEET
 3      Case Name: BELTRAN v. INTEREXCHANGE
 4      Name of Witness: LISLEY GEORGIA
 5      DIAZ
 6      Date of Deposition: April 5,
 7      2018
 8      Reason Codes:  1. To clarify the
 9      record.
10      2. To conform to the facts.
11      3. To correct transcription errors.
12      Page _____ Line _____ Reason _____
        From _____ to _____
13      Page _____ Line _____ Reason _____
        From _____ to _____
14      Page _____ Line _____ Reason _____
        From _____ to _____
15      Page _____ Line _____ Reason _____
        From _____ to _____
16      Page _____ Line _____ Reason _____
        From _____ to _____
17      Page _____ Line _____ Reason _____
        From _____ to _____
18      Page _____ Line _____ Reason _____
        From _____ to _____
19      Page _____ Line _____ Reason _____
        From _____ to _____
20      Page _____ Line _____ Reason _____
        From _____ to _____
21      Page _____ Line _____ Reason _____
        From _____ to _____
22      Page _____ Line _____ Reason _____
        From _____ to _____
23      Page _____ Line _____ Reason _____
        From _____ to _____
24      Page _____ Line _____ Reason _____
        From _____ to _____
25      Page _____ Line _____ Reason _____
        From _____ to _____
```

LISLEY G. DIAZ - 04/05/2018                    i1

**$**

**$10**
50:25 51:2

**$15**
49:18,19,21,23 55:10
57:22,25 62:3 66:20

**$190**
69:4 70:4,25

**$250**
58:18 61:9,12,18,24 63:5
69:6,22 70:25

**$40**
55:2

**$50**
52:25 53:20

**1**

**1**
9:7,13 11:21 52:21

**1-5**
49:20

**11:30**
27:25

**12:00**
28:2

**12:30**
63:9

**12:37**
63:20

**1:00**
27:19

**2**

**2**
10:15,21,25 24:14 54:22

**20**
50:9

**2014**
14:21,23 15:10

**2016**
15:8 16:2

**25th**
15:7

**26th**
15:8

**2:00**
37:25

**3**

**3**
12:5,11 52:9,16 66:24,25

**30**
13:24

**38**
65:17

**3:00**
38:15

**4**

**4**
14:21,23 15:10 20:14,17
22:6 24:17 59:9

**40**
45:15 65:13,17

**42**
45:15 65:13,17

**45**
41:22 42:5,17 44:19,22
45:9 50:8,14 65:18 66:6,
10,16

**4:00**
38:15

**5**

**5**
25:3,5 26:21

**5:00**
39:22

**6**

**65**
52:13,18 54:21

**6:00**
39:22 42:22 43:6

**7**

**7**
22:22,24 25:9 26:21

**7:00**
38:2 39:12,22 43:5

**7:30**
39:13

**8**

**87**
66:25 67:3,11

**8:00**
27:18,25 37:25 38:14

**8:30**
39:13

**9**

**9:00**
38:15 39:13

**A**

**able**
8:11 40:12 46:16 52:2
55:18 56:3

**accept**
57:12

**accommodate**
6:15

**account**
48:23

**accurate**
10:8,11 14:9

**activities**
28:4,8,12,17,20 29:4,6,9,
10,14,16,20,23 30:2
31:11

**activity**
36:19

**actual**
41:2

**addition**
58:13

**additional**
56:19 61:11 69:23

**affect**
8:5

**age**
22:20 25:2

**agency**
36:17 58:21 62:16,18
67:16

**ago**
17:9

**agree**
45:16

**agreed**
45:17 62:21

**agreement**
11:9,11,13 21:5,7,10,17
22:4,5,7 59:11,25

**ahead**
17:18 59:18 64:19

**AIPA**
41:12

**allowed**
7:11

**aloud**
5:21

**America**
4:18,21,23,25 68:23
69:21 70:9 71:10

**America's**
59:23

**American**
4:17,24 64:13,17

**amount**
48:25 52:25 57:25 58:6,
17,19 60:23 62:21,23

**answer**
5:8 6:6,8,17,20 7:2 14:2
32:10,17 67:18,21

**answered**
66:24

**answering**
14:6

**answers**
5:12 13:9,12,15,19 14:8

Movant's App. 000493

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 246



Movant's App. 000494



Movant's App. 000495

LISLEY G. DIAZ - 04/05/2018    i4

60:1 61:1 62:1 63:1 64:1,
9 65:1,5 66:1,23 67:1
68:1,7 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1,
14

**didn't**
26:5 31:22 32:5,11 33:3
35:24 43:14 45:11 47:6
50:7 54:9,11 57:4,6,15,
17 61:15,22,25 62:10,24,
25 67:17,21 69:18 73:19

**different**
51:24

**difficult**
68:2

**dinner**
43:10

**dinners**
31:13

**direct**
7:17

**directly**
17:14

**discuss**
8:14

**discussion**
33:5

**document**
9:6,9,11,12,20 10:14,17,
18,20 11:5,15,19 12:4,8,
10,15,19,22 13:6 20:13,
15,16,21,25 21:13,21,25
22:5 52:9 59:9,10 66:24

**documents**
8:17 9:2 11:24 13:25

**doesn't**
32:18 50:7

**doing**
4:17,24 68:16

**don't**
8:24 11:12 13:3,20,21
15:24 18:25 23:23 27:25
32:18 34:8,11,20 35:2,8,
17 39:12,21,23 42:8,22
44:5,7,10,22 45:9 46:6
58:8,9,11,15 60:25 61:7
63:6 65:4 67:20 68:4
75:9 76:11,13

**drive**
31:14 37:17

**driver's**
37:11

**driving**
19:16 37:6,9,14,15 51:23

**duly**
4:3

**duties**
31:8,15,17,21 32:3,6
33:8,17,23 34:4 37:5
51:23 71:10,17,25 72:6

――――――――

**E**

――――――――

**e-mail**
8:22 16:15 35:17 67:19,
21

**e-mailed**
67:15,25

**e-mails**
14:2 17:3

**earlier**
11:21 33:6 39:4 44:16
48:3 50:19 55:10 59:24
62:2 65:5 66:21 68:15
70:5 73:8 74:9,16

**easier**
74:22

**easily**
43:21

**eat**
57:11,16,19

**effective**
23:8

**either**
54:14 65:13 76:13

**electronic**
48:20

**electronically**
48:20

**emergency**
19:15 65:23

**employment**
25:14,17,20,23

**ended**
32:6 33:17,23 75:24

**English**
8:10,11 64:14 75:10,12

**enter**
22:7

**enters**
7:16

**entertainment**
56:12

**equal**
66:20

**Estimated**
52:25

**evening**
51:9

**evenings**
64:21

**event**
7:15

**everybody**
73:3

**exactly**
11:13 13:4 15:25 38:15
42:23 53:13 72:21

**EXAMINATION**
4:7 68:10

**examined**
4:4

**example**
22:21 38:14 42:22 43:4
72:13

**examples**
31:23 32:2 33:21

**excess**
49:23 50:24 63:5

**exclusive**
57:2

**Exhibit**
9:7,13 10:15,21,25 11:21
12:5,11 20:14,17 22:6
52:9 59:9 66:25

**expenses**
56:9,12

**experience**
12:20 24:4 58:23,24 59:5
69:13,23

**experiences**
11:25

**explain**
40:2 53:11 67:10 71:10

**explaining**
63:2

**expression**
75:11

**extension**
35:22 36:8

**extra**
45:3,6 49:8,13,17 50:6,
12 54:24 55:7 57:23
58:13 62:3 66:15,19

**extraordinary**
58:22 69:5,8,10,21 70:2

――――――――

**F**

――――――――

**Facebook**
16:14

**faces**
35:2

**families**
61:20

**family**
15:10,13 16:8,18,22
17:6,25 18:6,9,13,16
19:20,23 20:2,10 21:6
22:8,16 23:2,24 24:2
26:13 27:8,13 29:23
30:4,18 31:2,9 32:7
33:18,24 34:5 36:24
40:6,25 41:21 42:3 44:7
47:4,25 48:10 53:23
54:12,17,18 55:14 56:2,
8,11,21 57:8,22 58:5
60:15,18,21,22 61:5,15,
23 62:10,14 65:6,23
70:14 72:2 74:14

**family's**
15:19 22:11,18 48:10
56:4 74:10

**favor**
73:4,5

LISLEY G. DIAZ - 04/05/2018                    i5

**February**
  42:8 45:19 65:8

**feel**
  23:22 57:18

**fewer**
  38:21,25

**fifteen**
  46:4,19

**fifth**
  59:14,17

**figure**
  70:4

**filled**
  12:19 52:11 54:15,19

**fine**
  23:21 63:19,20,23,25

**finish**
  36:3 43:6 51:13

**finished**
  9:19 19:2 27:19 42:22
  43:3

**finishes**
  43:5

**first**
  4:3 5:20 6:20 23:18
  34:21 36:2,4 44:18
  48:17,18 53:7 64:16
  65:22 67:23

**Five**
  22:14

**fix**
  43:21 44:4 45:11 76:5,9

**fixed**
  74:22

**flight**
  35:22,25 36:5

**focused**
  71:20

**following**
  15:14

**follows**
  4:5 46:23 64:6

**food**
  57:12

**Foreign**
  4:17,24

**form**
  10:2,7 11:20,24 13:15,18
  69:17 71:6,18 72:16
  73:25 76:7

**formal**
  42:21

**found**
  17:21,25 52:14

**four**
  63:8

**frame**
  53:2

**frequently**
  36:23 49:15

**Friday**
  15:14 27:20 38:4 39:2

**front**
  5:13

**full**
  4:10 53:21,23

**full-time**
  25:14,16,20,23

**funny**
  70:21

**further**
  76:11

---

                    **G**

**G-I-N-N-Y**
  34:23

**gas**
  52:5,24 53:15,17,18
  54:14,16

**gasoline**
  54:12

**gender**
  22:20

**Georgia**
  4:11

**gestures**
  5:23

**gifts**

51:15

**Ginny**
  34:15,16,23

**girl**
  24:24 26:19,20 28:3

**girl's**
  27:16

**girls**
  23:4,8,11 31:10 36:16
  39:8,11 50:5 51:23

**give**
  7:25 31:13

**given**
  6:10 7:22

**go**
  17:18 27:7 39:8 43:10,21
  44:23 45:7 46:9 59:18
  63:8,17 64:19 75:20
  76:16

**goes**
  6:23

**going**
  4:20 5:18 10:13 12:3,8
  16:5 20:12,20 22:19
  23:7,9 24:5 32:4 33:3
  36:3 39:11 43:5,9,12,13
  46:9,24 50:3 57:19 59:13
  60:7 61:18 62:15 69:3,4,
  6 76:16

**good**
  4:12,13 8:7 45:24 46:8

**governing**
  59:21

**grandmother**
  30:23 31:5 47:25 48:2,10
  56:14

**groceries**
  50:20

**grocery**
  49:9

**guidelines**
  21:22

**gymnastics**
  29:19

---

                    **H**

**happened**
  19:11 75:5

**hear**
  5:25 32:13 35:24 46:12,
  16

**heard**
  6:9

**help**
  24:9 67:17 76:9

**higher**
  69:14

**history**
  64:13,17

**home**
  22:11 26:7,11 28:9 37:5
  57:18 73:23

**host**
  15:9,13 21:6 22:8,11
  23:24 24:2 25:10,13 26:7
  31:19 40:25 41:21 42:2,
  25 43:8,12,23 44:6 47:4,
  24 48:9,10 50:18 53:23
  56:2,3,8,11,21 57:8,21
  58:5 60:14,18,21,22
  61:5,19,23 62:10,14 65:6
  67:25 70:13 72:20 73:13,
  15 74:10

**hour**
  42:25 43:2 46:7 49:18,
  21,23 55:10 57:22 62:3
  66:20

**hours**
  29:18 38:21,25 41:2,5,
  13,19,22 42:3,4,17 43:2
  44:10,19,22,23 45:2,3,6,
  8,9,10,13,14,21 47:15
  49:8,13,17 50:5,8,14
  55:7,8 57:23 58:23 64:25
  65:12,15,19 66:6,10,17

**house**
  26:6 47:12

---

                    **I**

**I'M**
  5:18 10:13 12:3 20:12

---

LISLEY G. DIAZ - 04/05/2018                    i6

22:5,15 23:9,25 43:12
45:5 46:8,24 54:5 61:21
63:14,23

**I/we**
59:19

**identification**
9:14 10:22 12:12 20:18

**identified**
59:10

**impossible**
74:2

**inaccurate**
21:17,24

**including**
14:2 72:2

**inconsistent**
21:21

**individual**
7:17

**individuals**
22:10

**information**
6:6 10:7,10 12:20 13:2
16:17 53:8 70:23

**input**
40:9,11

**Institute**
4:17,24

**instruct**
71:24

**instruction**
19:18

**instructions**
5:19 7:22

**insurance**
35:21 36:3 67:22

**internet**
56:4,6

**interviews**
17:5,12,21,24

**involve**
24:5

**isn't**
23:7 60:22

**issue**
45:18 74:17

**issues**
73:16 74:20

**it's**
9:24 10:25 11:11,12 12:7
13:20 21:5 23:20,22
52:10 54:4 58:3,21 59:9
61:3 62:5,7 70:21 71:2
72:25

---

### J

**J-A-N-E**
35:9

**Jane**
35:7,9

**January**
42:8 45:19 65:7

**Jazz**
28:7

**Jersey**
19:8,10 33:14 68:16

**job**
47:6

**John**
22:22,23

**judge**
5:14

**July**
15:3,7,24 16:2 30:14

**jump**
43:12

**June**
30:14

---

### K

**keep**
5:18 53:21,23

**kids**
19:14,19 71:21,22 72:2,
7,10,14,18,24 73:2

**kind**
19:16 32:3 33:8 41:20
72:24

**kitchen**
73:20

**know**
5:6 6:5 9:10,18 10:19
11:12 12:9 13:20 16:15
18:25 20:21 23:20 34:8
36:12 44:4,5,7,11,24
51:6 52:13 57:25 58:15
62:24 63:6 67:8,20,24
75:9

---

### L

**labeled**
9:6

**languages**
8:9

**lasted**
42:12

**late**
18:21

**laugh**
70:19

**laughed**
70:19

**laundry**
31:11 71:21

**lawsuit**
8:21 9:25 11:10,14

**learn**
8:20

**leave**
7:18 43:18 44:4 73:20

**left**
63:11

**left-hand**
46:14 59:15

**lengthy**
4:20

**lessons**
28:15 29:7

**let's**
24:8 29:10 45:2

**letters**
23:18

**license**
37:12

**limited**
7:9

**Lisley**
4:1,11 5:1 6:1 7:1 8:1
9:1,6,13 10:1,15,21 11:1
12:1,5,11 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1,
14,17 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1,
17 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1

**little**
65:24 66:2 73:2,7

**live**
17:4

**locate**
16:7

**log**
16:15

**long**
10:17 12:7 13:14,17
18:24 19:2,4 42:13 64:24
65:2

**longer**
42:12

**look**
9:5 10:14 12:4 15:4
20:13 52:8 59:8,13
66:23,25

**looking**
45:5

**looks**
9:11 20:15

**lot**
29:22

**lunches**
31:12 71:22

---

Movant's App. 000498

LISLEY G. DIAZ - 04/05/2018                    i7

---

**M**

**mad**
43:16,24 44:9

**making**
51:3,7 67:19

**marked**
9:13 10:14,21 11:21
12:4,11 20:13,17 22:6
52:9 59:9

**match**
16:24 18:6,8

**matched**
16:21

**materials**
59:23

**matter**
8:2 50:7

**Maximum**
13:24

**meals**
57:9,11

**mean**
14:14 17:16 18:12 19:21
26:4 30:20,21 37:14
43:25 47:9 48:19 55:5
60:5,11,14,17 69:11
72:22 74:25 75:22

**Meaning**
19:22 57:4

**means**
51:6 53:11

**medications**
8:4

**meeting**
36:13

**meetings**
36:20

**memory**
8:5,7

**mentioned**
44:18 70:5 72:5,23

**Merida**
75:5

**mess**
43:20,23,25 44:2,13

**methods**
48:13

**Mexico**
75:14

**middle**
10:5

**mind**
5:19 70:24

**minimum**
59:20 60:9,12,15,19,22
61:16 62:22,25 69:15,21
70:24 71:2,5

**minimums**
70:10

**minute**
9:15 17:9 63:8

**minutes**
13:24 46:4,19 63:23

**missed**
32:24 50:9

**mom**
25:22,25 42:25 43:8
67:25

**Monday**
27:20 38:4 39:2 54:4

**monetary**
49:5

**money**
49:10,11 50:17,24 58:13
61:5,12 68:22,23 70:13

**month**
36:11 38:9 65:23,25
66:3,13

**months**
30:5 49:14 65:2

**morning**
4:12,13 68:8

**mother**
47:4

**music**
29:7,14,19

**mute**
46:13,17

**N**

**name**
4:10,14,19 16:15 20:2
22:24 34:22 35:8 67:16

**names**
23:11,18 34:12,14,25
35:3

**Nash**
4:15

**necessary**
5:20 6:6

**necklace**
51:19

**need**
6:13,14,24 15:4 37:11,
13,17 45:6,10 63:22
74:23

**needed**
67:17 74:3

**needs**
40:4,5

**negotiate**
70:17

**neighborhood**
36:18 58:4

**never**
51:11 54:18 67:18 71:23

**New**
19:8,9,10 33:12,14 68:16

**night**
15:15 18:22 50:5

**nods**
5:23

**nonverbal**
5:24

**noon**
37:25 39:17,18

**Notary**
4:4

**notes**
73:20

**notice**
50:12

**notify**
7:17

**number**
41:2 52:15,16

**numbers**
41:2

**O**

**oath**
5:9

**objection**
16:9 17:13 18:4 21:18
22:2 30:19 31:18 32:8,15
33:19,25 41:14 53:9
58:7,20 60:24 62:17
69:16 71:6,18 72:15
73:24 76:6

**observe**
34:4

**observing**
34:6

**occasions**
66:9

**occur**
19:7 42:6

**occurred**
45:19

**Ogletree**
4:15

**oh**
23:25 44:9

**okay**
7:19 9:16,19 10:13,19
11:3,4 12:6,13 20:19,23
24:6,7 29:11,12 34:21
36:2 42:19,25 44:16
46:20,24 47:8 53:14,15
59:12,16,24 61:8 63:15
64:2 67:9 72:25

**old**
22:23,24 24:12,16 25:5,7

**older**
24:24 26:18,19,20 27:16
28:3

**on-line**
64:16

---

Movant's App. 000499

LISLEY G. DIAZ - 04/05/2018                    i8

**once**
30:3 35:20 36:11 38:8
52:13 66:13 67:23

**ones**
39:15

**opportunity**
76:8

**orally**
5:21

**order**
22:17

**orientation**
18:17,20 19:4,12 33:13,
14,22

**outside**
26:10 28:9

---

**P**

**page**
10:5

**pages**
10:17 12:7

**paid**
47:23 49:10 50:6,17,25
54:14,16,18 55:10,24
56:6 58:3,25 59:2 60:7,
13 61:4,5 62:3,15,19
68:19,24 70:17

**pair**
4:18,21,22,25 11:25
12:21 14:12,16,20 21:22
58:22 59:3,19,22 68:23
69:8,9,10,20 70:9 71:9,
11,14

**pairs**
36:17 69:4,5,22 70:2,6

**paperwork**
37:16

**parents**
25:11,13 30:17 31:19
40:8 50:18 72:20 73:13,
16 75:20,21,22,23

**part**
51:22 71:17

**part-time**
25:25

**participate**
7:12 14:11 17:11 18:16
40:12

**participated**
14:15 59:5

**participating**
14:19

**participation**
7:8 9:24 14:25 35:13

**particular**
45:18 61:23

**party**
43:11

**password**
16:16

**pasta**
73:3

**paused**
46:11

**pay**
48:11 49:12,16 50:12
52:5 55:7 56:8,11 57:22
60:15,18,21 61:15,18,20,
23

**paying**
50:23

**payment**
48:14 51:10 52:20 66:20

**payment/benefit**
52:24 53:2 54:22

**payments**
49:5,7 56:19 66:15,19
70:9

**PC**
4:16

**pending**
6:17,20 7:2

**people**
75:3

**performed**
61:12 62:4

**performing**
34:4

**period**
66:5,8

**person**
35:19 36:7

**personal**
52:3,6 54:8 55:19,22
56:9,12

**PETTERSON**
16:9 17:13 18:4 21:18
22:2 30:19 31:18 32:8,
11,15 33:19,25 41:14
45:23 46:6 51:12 53:9
58:7,20 60:24 62:17
63:10,15,21,24 68:6,11
76:10,18

**phone**
55:15,19,21,24 73:9,12,
19 74:3,6

**photograph**
16:16

**phrase**
60:8

**piano**
28:7

**pick**
39:16

**picked**
39:14

**place**
28:8

**placed**
15:9,12 18:15 20:9

**placement**
15:23 16:4 22:11 24:13,
15 25:8,14 26:8,14,22
27:5,9,14,17 30:18 37:21
47:18 48:4 51:16 55:16
56:23 57:9 62:16 64:10

**places**
51:24

**plan**
55:25

**platform**
16:10,11,13,19

**play**
28:24

**please**
7:17 9:5,9 10:17 12:8
30:9 41:25

**plus**
29:18

**point**
30:21 46:21 64:4

**power**
76:5

**present**
17:15,21,24 28:11,16
47:10 70:2

**preserve**
22:17

**price**
70:17

**prior**
59:4

**private**
7:3 56:22

**problem**
41:20 42:2,6,11,16,19,20
44:14,17 45:11 65:6
67:13 75:5,25 76:9

**proceedings**
46:21 64:4

**process**
16:25

**program**
14:12,16,20 15:2 21:22
35:14 59:6,23 60:6
61:18,19 70:23 75:3

**programs**
59:22

**prohibited**
63:4

**provide**
55:15 56:18,21 57:8

**provided**
8:25 14:8 53:8 56:15

**providing**
32:6 33:9,18,24

**Public**
4:4

**purpose**
5:6 54:8

**purposes**
14:19 52:3,6 55:19,22

Movant's App. 000500

LISLEY G. DIAZ - 04/05/2018                    i9

**put**
16:16 40:15 53:15,17
73:2,7

### Q

**question**
5:25 6:4,6,8,17,20 7:2
29:2 32:9,12,16,18,22
33:16 38:23 51:13 52:13,
17,18 54:21 60:16 61:22
66:25 67:3,11 69:19

**questions**
5:7,8,17,21 6:21 13:5,9
14:3,6 22:16 24:3,4,5
32:17 52:10 66:24 68:5,7
76:12

### R

**raise**
74:19

**raised**
74:17

**reached**
73:18,22

**read**
8:11 32:20,22 53:12
59:17 70:22

**ready**
63:17

**realize**
70:22

**really**
43:16 63:7 67:14

**reason**
7:24 69:20 75:19

**recall**
30:7,10 35:18 51:21
67:16 74:16

**receive**
47:17,20 48:7 49:5,12,16
51:15 58:13 59:20 66:15
69:4,6

**received**
8:22 19:18 20:5,8 61:11

**receiving**
63:4

**recess**
46:22 64:5

**recollection**
6:10

**reconvene**
46:18

**record**
14:22 33:5 46:9 47:2
54:6 59:18 64:8 76:17,20

**recorded**
5:24

**recording**
46:11,25

**refer**
4:20 19:25 22:19,23
23:10,17

**reference**
70:5

**referring**
4:23 17:9 22:5

**refers**
55:12

**regarding**
11:24

**regular**
59:3 69:3,8

**regulations**
59:21

**reimbursed**
49:10 50:21

**related**
72:6 73:16

**rely**
13:25

**remember**
6:5 8:24 13:3,21 15:24
27:25 31:16 34:12,13,20,
24 35:3,8,17 37:25 38:16
39:12,21,23 42:8,22
53:13 58:8,9,11 65:4,9
68:16 71:2,8 73:10

**remembered**
28:14 71:5

**repay**
54:4,11

**repeat**
6:2 13:16 30:9 41:25
60:16 72:3

**rephrase**
6:4

**reporter**
5:22 7:10 32:23

**represent**
4:16

**representative**
18:5 31:20 34:3 41:12
58:12 63:3

**representatives**
35:13

**represented**
35:19

**request**
23:7

**requested**
32:22

**resided**
22:10

**respect**
23:8 44:10

**respond**
5:21

**response**
54:20 67:10

**responses**
5:24

**rest**
19:3

**restart**
46:25

**review**
8:17 9:9 10:18 11:15,19,
24 12:8 20:21 21:10

**reviewed**
21:14

**right**
10:25 14:16 15:4 24:10
46:10 51:9 54:2,15 60:2
61:6 62:7,8,20,22 64:2
72:7

**Robert**

4:14

**room**
7:3,5,16,18 18:24

**rooms**
31:12 71:22

**rule**
37:16

**rules**
19:15 36:25 37:3,9

### S

**Saturday**
38:14 50:5

**saying**
17:23 59:4

**says**
52:20,23,25 53:3 54:21,
24 55:2 60:9 70:24,25

**schedule**
27:17,23 37:20,23 38:10,
13,17 39:5,19,24 40:3,7,
10,13,15,19 42:21 43:4
49:24 64:15 65:7

**scheduled**
47:15

**school**
26:14,24 27:7,16,22 28:4
29:3,4,8,11,17 30:5,8,11
31:10 39:9,11,18

**screen**
46:14

**Sean**
46:2 68:5

**second**
27:6 35:7,21,23 36:8
45:20 47:25 56:16 64:20
65:8

**seconds**
50:10

**see**
9:11 35:2 41:22 42:4
43:17 45:3 52:20,21 53:5
54:21,22 59:14 60:8
63:10 67:3 70:24

**seen**
9:20 11:5 12:15 20:25

LISLEY G. DIAZ - 04/05/2018                    i10

**sentence**
60:5

**set**
36:24 40:3,7 58:5 59:22

**sets**
60:23

**setting**
40:13

**share**
57:4,6

**she's**
44:9

**sick**
67:24

**side**
46:14 59:15

**sign**
21:7 44:25

**signature**
10:4

**signed**
21:5,25 42:24 43:8 60:2
61:17

**signing**
21:11 70:23

**simply**
6:7,14,25

**sitting**
7:24

**situation**
76:5

**Skype**
17:2,8

**slept**
18:22

**slip**
23:21

**Smith**
22:22,23

**Smoak**
4:15

**somebody**
36:4 67:15 75:6

**sorry**

17:18 25:4 27:11 35:24
40:21 41:24 51:14 59:18
64:19

**sort**
68:13

**Sounds**
46:8

**space**
45:7

**Spanish**
8:10 12:23 75:8

**speak**
6:24 8:9 51:13 63:16

**speaking**
6:23 58:16 75:24

**specific**
19:19

**spell**
34:20

**spring**
30:15

**standard**
70:2,6

**start**
33:2 37:5

**started**
24:14 25:6 26:17 27:7,18
29:11,17 37:15 39:8,11,
14

**statement**
59:18

**States**
14:14,19 75:15

**status**
16:6

**stay**
31:7 36:5

**Stewart**
4:16

**Sticking**
54:20

**stipend**
47:18,20,23 48:7,11,25
49:4 56:15 58:14,16,17
59:21 60:23 61:6,9 62:8

63:5

**stipulated**
59:21

**store**
49:10

**stray**
63:13

**Strike**
20:6

**Study**
4:17,24

**stuff**
19:16

**suggest**
23:10

**summer**
30:5

**Sunday**
38:15

**support**
68:3

**supposed**
37:4 44:12 58:25 60:13
61:4 62:19 72:18

**sure**
15:6 30:10 46:2 54:6
60:17 63:21 67:7,19 72:4

**surname**
15:19

**survey**
13:23

**swimming**
28:15 29:7,14

**sworn**
4:3

---

**T**

**take**
5:5 6:13,14,18,19 9:5,17
10:24 12:4 13:22 19:14,
23 20:13 28:8 30:17
31:6,10 46:3 47:14 50:4
51:23 53:14,18 63:7,16
64:9,12 67:7 71:25

**talk**
29:10 36:4,7,18 44:5

**talked**
11:21 29:22 33:7 44:6
65:11

**talking**
19:13 44:17,20 66:21

**tank**
54:15,16

**tattle-tale**
44:7

**tell**
6:14 18:5 19:22 38:8
44:4 58:12 63:3 70:12,16
71:13 72:12

**ten**
46:4 63:16

**terribly**
23:8

**testified**
4:5 33:6 39:4 44:16 47:3
48:3 50:19 51:22 55:9
57:21 59:24 61:8 62:2
65:5 68:15 73:8 74:9

**testifying**
5:13 74:16

**testimony**
8:2

**texts**
14:2

**thank**
9:18 10:23 11:4 12:14
20:24 64:3 68:7 76:14,20

**theirs**
18:10,11,12

**thing**
6:16 37:18

**things**
63:13 68:14 71:13,17

**think**
13:3 30:3 32:25 48:16,17
53:19 63:12,14 65:22,24
71:4,7 76:10

**thought**
42:16 74:21

LISLEY G. DIAZ - 04/05/2018                     i11

**three**
10:17 15:18 29:23 34:11
35:4,11,22 57:9 64:20,
22,23

**Thursday**
15:15 27:24

**time**
9:17 10:8,24 12:25 13:22
18:25 21:25 45:7,24
48:15 53:2,14,20,22 54:7
62:24 63:24 66:5,8 67:7
68:8

**times**
35:22 37:4 64:21,22,23
66:12 67:25

**today**
5:4,12 7:25 8:15

**told**
41:21 44:25 50:2 58:21
68:22 69:21 72:5 74:22
75:4,13

**top**
46:7

**total**
35:5

**track**
40:25 41:5,7,13,19 45:20

**training**
20:2,4,7 68:16,19,21
69:25 71:3,9

**translated**
12:22

**transport**
74:13

**travel**
56:9

**tried**
55:6

**true**
24:19

**truthful**
7:25

**try**
24:8 72:4

**trying**
23:25

**Tucker**
4:8,14 20:6 32:13,20
45:25 46:8,24 63:7,12,
19,22 64:2,7 68:4 69:16
71:6,18 72:15 73:24
76:6,13,16,19

**Tuesday**
27:24

**turn**
52:12

**twice**
31:7 35:20 48:4,16

**twin**
24:9,19

**twins**
23:2 26:25 27:7,22 28:20
29:2

**two**
19:6 23:10 25:10 35:4
42:14 43:24 48:18 49:14
64:25

**Type**
52:23

---

**U**

**UCLA**
64:13

**Um-hum**
49:22 54:25 55:13 73:11

**uncomfortable**
23:23 57:19

**understand**
5:10,15 6:3,11 7:21
11:17 13:6 21:13 42:15
59:19 60:4,25 61:3,7
69:7,18

**understanding**
21:22 22:25

**understood**
6:9 59:25 60:6 62:25

**United**
14:14,19 75:15

**upset**
67:14

**upset also**
43:17

**use**
44:22 52:2 53:16,17 54:3
55:18,21 56:3 57:2 73:9,
12 74:13

**useful**
20:9

**user**
16:15

---

**V**

**vacations**
39:9

**varied**
38:18

**video**
46:10

**visa**
16:5,6

**volunteer**
26:6 47:7

---

**W**

**wait**
6:25 9:15

**want**
37:17 46:3,5,13 54:5
57:15 63:10 68:5,13

**wanted**
44:11 67:24

**wasn't**
17:23 42:5 44:10 47:13
50:12 55:8 57:18 62:14,
22

**website**
16:11,12 17:22,25

**week**
15:3 38:3,21,25 42:9
47:21 48:7,17 53:4 57:13
62:6 64:22,23 65:13,16
66:10 69:6,22

**weekend**
30:22 50:3 54:3 57:16,18

**weekends**
38:5,11,17,20,24 57:14

**weekly**
47:18 56:15 58:14,16
59:20

**weeks**
42:14 43:24 48:18 66:16

**welcome**
76:15

**went**
14:13 18:23 49:9

**weren't**
17:15,20 26:25 28:22
50:23 51:10 73:23

**what's**
46:16

**white**
40:20,21,24

**witness**
4:3 46:20 51:14 76:15

**woke**
18:22

**woman**
72:23

**won't**
46:16

**work**
25:25 26:5,6,7,10 37:5
38:5,11,21,25 45:10
47:4,7 55:6,8 61:12 62:3
65:16,18 72:10 73:16

**worked**
38:20,24 41:3 66:6,9,16

**working**
42:17 45:3,6 49:17 50:14

**works**
75:9

**worse**
67:18

**write**
41:9

**writing**
40:16

**written**
22:7

Movant's App. 000503

LISLEY G. DIAZ - 04/05/2018                    i12

| Y |
|---|

**yeah**
  11:12 17:2 19:10,24 23:6
  40:23 45:17 50:16 62:9
  63:19 67:12 76:8

**year**
  13:13 22:24 27:6 30:8,
  11,14 35:23 36:4,6,8
  42:7 45:20 47:25 56:16
  65:8,22 67:23

**years**
  22:22 25:5

**York**
  19:9 33:12

**you're**
  17:23 59:4 76:15

**younger**
  39:15

Movant's App. 000504

Case 1:14-cv-03074-CMA-KMT Document 1071 filed 05/09/18 USDC Colorado Page 257
of 399
Case No. 1:14-cv-03074-CMA-KMT Document 1085-2 filed 05/23/18 USDC Colorado pg
252 of 399

Page 1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN, et al.,*

       Plaintiffs,     *

v.                     *

INTEREXCHANGE, INC., et al., *Civil Action No.

       Defendants.     *1:14-cv-03074-CMA-KMT

* * * * * * * * * * * * * * * * * * * * * * * * * * *

The deposition of MAIDELYN CRISTINA BARRERA MARTINEZ, a plaintiff and the witness herein, was called for examination by counsel for the defendants, pursuant to Amended Notice of Deposition and Rules 26 and 30 of the Federal Rules Rules of Civil Procedure, took  at 1:10 p.m. at Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1909 K Street, Northwest, Suite 1000, Washington, D.C., before Donna L. Linton, RMR-CLR, and a Notary Public in and for the District of Columbia.


Reported By:

       Donna L. Linton, RMR-CLR

Movant's App. 000505

Maidelyn Cristina Barrera Martinez
3/27/2018

2 (Pages 2 to 5)

Page 2

A P P E A R A N C E S

For the Plaintiffs:
SEAN A. PETTERSON, ESQUIRE
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
New York, New York 10022
(212) 446-2300
spetterson@bsfllp.com

For the Defendants:
ROBERT M. TUCKER, ESQUIRE
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, New York 10019
(212) 492-2500
robert.tucker@ogletree.com

Page 3

P R O C E E D I N G S

Whereupon --
    MAIDELYN CRISTINA BARRERA MARTINEZ,
a plaintiff and the witness herein, was called for
examination by counsel for the defendants and,
after having been duly sworn by the notary public,
was examined and testified as follows:
    EXAMINATION BY COUNSEL FOR THE DEFENDANTS
BY MR. TUCKER:
    Q.  It's Ms. Barrera?
    A.  Yes.
    Q.  Hello, Ms. Barrera.  My name is Robert
Tucker.  I'm an attorney with Ogletree, Deakins,
Nash, Smoak & Stewart, and we represent the
defendant, American Institute for Foreign Study
doing business as Au Pair in America.
    Since my client's name is lengthy, I'm
going to refer to my client as APIA or Au Pair in
America.  So when I say APIA or Au Pair in America,
I am referring to the defendant American Institute
for Foreign Study doing business as Au Pair in
America.  Is that clear?

Page 4

    A.  Yes.
    Q.  We are here today so that I can take your
deposition.  As you may know, the purpose of this
deposition is for me to ask you questions and for
you to answer those questions under oath.  Do you
understand?
    A.  Yes.
    Q.  Your answers today can be used in this
case as if you were testifying in front of a judge.
Do you understand?
    A.  Yes.
    Q.  As I ask these questions, I'm going to ask
that you keep a few instructions in mind.  First,
it is necessary that you respond orally or aloud to
my questions.  Do you understand that?
    A.  Yes.
    Q.  The court reporter is here taking down
everything we say and gestures or nods or other
nonverbal responses cannot be recorded.  If you do
not hear a question, say so and I will repeat it.
If you do not understand a question, say so and I
will rephrase it.

Page 5

    If you do not know or remember the
information necessary to answer a question, simply
say so.
    If you answer a question, I will assume
that you have heard it, understood it and have
given me your best recollection.
    Do you understand?
    A.  Yes.
    Q.  If you need to take a break, simply tell
me that you need a break and I will accommodate
you.  The only thing I ask is that you answer any
question that is pending before you take a break.
You may not take a break while a question is
pending.  You must first answer any question.  Is
that clear?
    A.  Yes.
    Q.  And the same goes for speaking with your
attorney.  If you need to speak with your attorney
at any time, I simply ask that you wait until after
you answer any pending questions.
    A.  Okay.
    Q.  Do you understand the instructions that I

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000506

Page 6

1  have just given you?
2       A.  Yes.
3       Q.  Is there any reason, sitting here today,
4  that you cannot give truthful and complete
5  testimony in this matter?
6       A.  No.
7       Q.  Are you taking any medications that affect
8  your memory?
9       A.  No.
10      Q.  Do you have a good memory?
11      A.  Yes.
12      Q.  What languages do you speak?
13      A.  Spanish and English.
14      Q.  Are you able to read English?
15      A.  Yes.
16      Q.  Are you able to read Spanish?
17      A.  Yes.
18      Q.  Other than your attorneys, did you discuss
19  this case with anyone before coming here today?
20      A.  No.
21      Q.  Did you review any documents before coming
22  here for your deposition?

Page 7

1       A.  No.
2       Q.  How did you learn of this lawsuit?
3       A.  It was an e-mail with information about
4  the case.
5       Q.  Who sent the e-mail?
6       A.  I don't recall.
7       MR. TUCKER:  Can you mark that, please?
8       (Barrera Deposition Exhibit 1 was marked
9  for identification.)
10  BY MR. TUCKER:
11      Q.  Ms. Barrera, the court reporter has just
12  handed you a document that has been marked as
13  Barrera Deposition Exhibit 1.  I'm going to ask
14  that you just review the document, and after you
15  have done so, just please let me know.
16      A.  Okay.  I just have one question.
17  Plaintiff (indicating)?
18      MR. PETTERSON:  So he will ask you the
19  questions.  If you don't understand something on
20  there, that's okay.
21  BY MR. TUCKER:
22      Q.  You've reviewed it?

Page 8

1       A.  I did, yeah.
2       Q.  Great.  Have you seen this document
3  before?
4       A.  No.
5       Q.  Do you see in the middle of the page where
6  it says signature?
7       A.  Yes.
8       Q.  Is that your signature?
9       A.  Yes.
10      Q.  You joined this lawsuit, correct?
11      A.  Yes.
12      Q.  Do you recall how you joined the lawsuit?
13      A.  I filled a form online.
14      Q.  Is it possible this is the form?
15      A.  Yes.
16      Q.  Do you see the information from where it
17  says "name" down to where it says "from"?
18      A.  Yes.
19      Q.  Do you know if you completed that
20  information?
21      A.  I did.
22      Q.  Was that information accurate at the time

Page 9

1  that you completed it?
2       A.  Yes.
3       Q.  Is the information still accurate?
4       A.  Yes.
5       Q.  Is there anything on this form that you do
6  not understand?
7       A.  Just the word "plaintiff."
8       Q.  Is there anything else?
9       A.  No.
10      MR. TUCKER:  Exhibit 2, please.
11      (Barrera Deposition Exhibit 2 was marked
12  for identification.)
13  BY MR. TUCKER:
14      Q.  Ms. Barrera, the court reporter has just
15  handed you the document that has been marked as
16  Barrera Exhibit 2.  I'm going to ask you to review
17  the document and let me know after you've done so.
18      A.  Okay.
19      Q.  Thank you.
20      A.  Okay.
21      Q.  All set?
22      A.  Yes.

Maidelyn Cristina Barrera Martinez
3/27/2018

4 (Pages 10 to 13)

Page 10

1    Q.  Ms. Barrera, have you seen this document
2  before?
3    A.  Yes.
4    Q.  What is it?
5    A.  Well, just a document explaining the
6  lawsuit.
7    Q.  Do you understand the document?
8    A.  Yes.
9    Q.  Have you reviewed the document before?
10    A.  Yes.
11    Q.  Did you review the document before you
12  completed the information in Exhibit 1?
13    A.  Yes.
14    Q.  After you completed the information in
15  Exhibit 1, did you review any documents regarding
16  your experience as an au pair?
17    A.  No.
18    Q.  Have you completed a survey regarding this
19  lawsuit?
20    A.  No.
21    Q.  Have you completed a questionnaire
22  regarding this lawsuit?

Page 11

1    A.  Yes.
2    Q.  Were there any questions in the
3  questionnaire that you did not understand?
4    A.  No.
5    Q.  Did you answer all of the questions in the
6  questionnaire?
7    A.  Yes.
8    Q.  Did you rely on any documents to assist
9  you to respond to the questions in the
10  questionnaire?
11    A.  No.
12    Q.  Did anyone assist you with answering the
13  questions in the questionnaire?
14    A.  No.
15    Q.  Are the answers that you provided in
16  response to the questions in the questionnaire
17  accurate?
18    A.  Yes.
19    Q.  When did you participate in the APIA au
20  pair program?
21    A.  2014.
22    Q.  Do you recall approximately when you began

Page 12

1  participating?
2    A.  I came here August 17th, if I'm not wrong,
3  for -- yes, the 17th of August, I think.
4    Q.  And that was 2014 you said?
5    A.  Yes.
6    Q.  Do you recall approximately when you
7  concluded participation in the program?
8    A.  August 20, 2015.
9    Q.  Is it possible you ended in the beginning
10  of September of 2015?
11    MR. PETTERSON:  Objection.
12    You can answer.
13    A.  It could be.
14  BY MR. TUCKER:
15    Q.  When were you placed with your host
16  family?
17    A.  You mean the exact date?
18    Q.  If you know it.
19    A.  It was, like, January of 2014.
20    Q.  Let me rephrase the question.
21    When did you physically join your host
22  family?

Page 13

1    A.  August of 2014.
2    Q.  Was it this date you gave earlier of
3  August of 2014?
4    A.  No.
5    Q.  Was it after August 17, 2014?
6    A.  Yes.  Yeah.
7    Q.  How many days after?
8    A.  Three.
9    Q.  What was your host family's surname?  Was
10  it ███.
11    A.  ███
12    Q.  How long did you placement with the
13  ███ family last?
14    A.  A year.
15    Q.  Why did your placement with the ███
16  family conclude?
17    A.  ████████████████
18    ████████████████
19    Q.  How did you locate the ███ family?
20    MR. PETTERSON:  Objection.
21    A.  I filled the application and they
22  contacted me through the website.

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000508

Maidelyn Cristina Barrera Martinez
3/27/2018

5 (Pages 14 to 17)

---

**Page 14**

BY MR. TUCKER:
    Q.  What website?
    A.  The Au Pair in America application website.
    Q.  When you say, "they contacted me," to whom are you referring?
    A.  The family saw my profile and they sent an e-mail saying that they were interested in my profile and to talk with me.
    Q.  After that did you eventually match with the ▇▇▇▇ family?
    A.  Yes.
    Q.  Can you explain the match process?
    A.  Yes.  After they sent the e-mail, we had a Skype interview and after that e-mail, they asked me if I was able to wait until August, because that was the end of the previous au pair, and that's how we match.
    Q.  You said there was a Skype interview; is that what you said?
    A.  A Skype interview.
    Q.  Did you have more than one Skype interview

---

**Page 15**

with the ▇▇▇▇ family?
    A.  No.
    Q.  Did any APIA representative participate in the interview?
    A.  No.
    Q.  How did the interview come to happen?
    A.  They asked questions about me, my experience with kids, my personal life, and that was pretty much it.  And then they sent an e-mail later saying they were interested in me and if I was able -- if I wanted to accept the offer to be their au pair.
    Q.  Who decided for you and the ▇▇▇▇ family to match?
    A.  Both the family and myself.
    Q.  Did any APIA representative tell you to match with the ▇▇▇▇ family?
    A.  No.
    Q.  Before you were placed with the ▇▇▇▇ family, did you participate in an orientation?
    A.  Yes.
    Q.  Can you briefly describe the orientation?

---

**Page 16**

    A.  Three days in New York City, there was just orientation about how to take care of kids of different ages, CPR, and briefly talk about life in the U.S.
    Q.  Was any of the child care training that you just described, was any of that specific to the ▇▇▇▇ family?
    MR. PETTERSON:  Objection.
    A.  No.
BY MR. TUCKER:
    Q.  Did the ▇▇▇▇ family participate in the training?
    A.  No.
    Q.  How many individuals resided in the ▇▇▇▇ family's home during your placement?
    A.  Six with me.
    Q.  I'm about to ask you some questions about the ▇▇▇▇ family.  In order to preserve confidentiality of the ▇▇▇▇ family's children, I'm going to ask that you refer to the children by gender and approximate age.
    So, for example, if one of the children

---

**Page 17**

was, let's say, John Smith and approximately seven years old, I just ask that you refer to John Smith as the seven-year-old boy instead of by his name, John Smith.  Is that clear?
    A.  Yes.
    Q.  And are you comfortable with that?
    A.  Yes.
    Q.  Can you identify each of the six individuals who resided in the ▇▇▇▇ home by relationship and approximate age at the time of your placement?
    A.  There was a two-year-old boy, eight-year-old boy and ten-year-old boy, the mom and the dad and myself.
    Q.  I just want to make sure I have this right.  You said there was a two-year-old boy, an eight-year-old boy, and a ten-year-old boy?
    A.  Right.
    Q.  Thank you.
    MR. TUCKER:  Make this Exhibit 3, please.
    (Barrera Deposition Exhibit 3 was marked for identification.)

---

Movant's App. 000509

Maidelyn Cristina Barrera Martinez
3/27/2018

6 (Pages 18 to 21)

---

Page 18

BY MR. TUCKER:
1  Q.  Ms. Barrera, the court reporter has just
2  handed you a document that has been marked as
3  Barrera Exhibit 3. I'm going to ask you, please,
4  to review this document and let me know after
5  you've done so.
6  A.  Yes.
7  Q.  Thank you.
8  A.  Okay.
9  Q.  Have you seen this document before?
10  A.  Yes.
11  Q.  What is it?
12  A.  It's the agreement between the host family
13 and myself.
14  Q.  Is that your signature at the bottom of
15 the page?
16  A.  Yes.
17  Q.  Did you review this document before
18 signing it?
19  A.  Yes.
20  Q.  Did you understand the document after you
21 reviewed it?

---

Page 19

1  A.  Yes.
2  Q.  Is there anything inaccurate in this
3 document?
4  A.  No.
5  Q.  Aside from this agreement, did you enter
6 into any other agreements with your host family?
7  A.  No.
8  Q.  Did the ▇▇▇ parents have full-time
9 employment during your placement?
10  A.  Yes.
11  Q.  Both?
12  A.  Both of them.
13  Q.  Did the ▇▇▇ parents work from home
14 during your placement?
15  A.  No.
16  Q.  What about occasionally?
17  MR. PETTERSON:  Objection.
18  A.  At the end of my year, the last month, the
19 host mom stayed a few times.
20 BY MR. TUCKER:
21  Q.  More than five times?
22  A.  I would say five times the most.

---

Page 20

1  Q.  And what about the ▇▇▇ father?
2  A.  No.  He was never at home.
3  Q.  Did any of the ▇▇▇ children attend
4 school?
5  A.  Two.  Two of them.
6  Q.  The eight-year-old and the ten-year-old?
7  A.  Yes.
8  Q.  Did any of the ▇▇▇ children attend
9 daycare?
10  A.  No.
11  Q.  Did any of the ▇▇▇ children attend camp
12 during your placement?
13  A.  Two.  Two did.
14  Q.  The ten-year-old and the eight-year-old?
15  A.  (Nodding heading.)
16  Q.  What was the ten-year-old boy's school
17 schedule?
18  A.  7 to 3.
19  Q.  Was that Monday through Friday?
20  A.  Monday through Friday.
21  Q.  And what was the eight-year-old boy's
22 schedule?

---

Page 21

1  A.  The same.
2  Q.  And Monday through Friday?
3  A.  (Nodding head.)
4  Q.  Did they attend school during the summer
5 months?
6  A.  No.
7  Q.  Do you recall the months that they
8 attended school?
9  A.  I don't.
10  Q.  But just remember summer they weren't in
11 school?
12  A.  They were home for summer.
13  Q.  When did the ten-year-old boy attend camp?
14  A.  I don't remember.  Probably summer.
15  Q.  Do you remember when the eight-year-old
16 boy attended camp?
17  A.  Yes.
18  Q.  When was that?
19  A.  Summer.  Summer vacation.
20  Q.  How long was the ten-year-old boy's camp?
21  A.  Three days.
22  Q.  And it was just one camp?

---

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000510

Maidelyn Cristina Barrera Martinez
3/27/2018

7 (Pages 22 to 25)

Page 22

1    A.  Yes.
2    Q.  How long was the eight-year-old boy's
3    camp?
4        MR. PETTERSON:  Objection.
5    A.  The same.
6  BY MR. TUCKER:
7    Q.  What was the camp schedule for the
8    eight-year-old boy?
9    A.  I don't recall.
10   Q.  Was it more than half a day?  Actually,
11   strike that.
12       Was it more than five hours?
13       MR. PETTERSON:  Objection.
14   A.  It was more like a summer camp day where
15   they were gone for three days.
16  BY MR. TUCKER:
17   Q.  Was it a sleep-over camp?
18   A.  Yes.
19   Q.  That answers my question.  And that was
20   the same for the ten-year-old boy?
21   A.  Yes.
22   Q.  Aside from the ███ parents and

Page 23

1    yourself, did any of the ███ children receive
2    child care from another individual?
3    A.  No.
4    Q.  Did any of the ███ children have a
5    babysitter?
6    A.  No.
7        MR. PETTERSON:  Objection.
8  BY MR. TUCKER:
9    Q.  Did you have a community counselor during
10   your participation with the Au Pair in America
11   program?
12   A.  No.
13   Q.  Did you have more than one?
14   A.  No.
15   Q.  What was her name?
16   A.  Gina Newell.
17   Q.  What was that name?
18   A.  N-E-W-E-L-L (indicating).
19   Q.  Aside from Gina Newell, did you have
20   contact with any other APIA representative during
21   your participation in the program?
22   A.  No.

Page 24

1    Q.  Were you in contact with Ms. Newell during
2    your participation in the program?
3    A.  Yes.
4    Q.  How often were you in contact with her?
5    A.  Once a month.
6    Q.  Once a month exactly?
7        MR. PETTERSON:  Objection.
8    A.  Yes.  We had meetings with her every
9    month, all the au pairs.
10  BY MR. TUCKER:
11   Q.  Are you talking about cluster meetings?
12   A.  Yes.
13   Q.  Did you ever contact Ms. Newell outside of
14   the cluster meetings?
15   A.  Yes.
16   Q.  What is a cluster meeting?
17   A.  It's a group activity with the others from
18   the area and the counselor, and every month we
19   would do something different, fun.
20   Q.  When you say others, you mean other au
21   pairs?
22   A.  Other au pairs from the area, yes.

Page 25

1    Q.  You said you had contact with Ms. Newell
2    outside of the cluster meetings, right?
3    A.  Yes.
4    Q.  What was that contact?
5    A.  I contact her once when I felt that I was
6    working more hours than the 45 hours, and that's
7    when I met her.
8    Q.  When was that?
9    A.  Halfway through the program.
10   Q.  How did you contact her?
11   A.  She live across the street from the
12   family.
13   Q.  Oh.  Okay.  Like right across the street?
14   A.  Across the street, yeah.
15   Q.  So was it in person then?
16   A.  Yes.
17   Q.  When you spoke with her, was there anyone
18   else present?
19   A.  No.
20   Q.  So it was just the two of you?
21   A.  Yes.
22   Q.  And what did you say to her?

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000511

Maidelyn Cristina Barrera Martinez
3/27/2018

8 (Pages 26 to 29)

Page 26

1    A.  I just mentioned that I was feeling that I
2  was working more time than I should, and that was
3  the most -- that was the main reason I had the
4  meeting with her.
5    Q.  Was there another reason?
6    A.  I -- no.  I don't recall.
7    Q.  Did she have any response when you told
8  her that you thought you were working more time
9  than you should?
10    A.  She asked me to talk with the family.
11    Q.  Did you do that?
12    A.  No.
13    Q.  Why not?
14    A.  Because they were always busy and I wanted
15  to help them, and I was half through my program, so
16  I just didn't.
17    Q.  Do you know if Ms. Newell contacted the
18  ████████ family about your concern?
19    A.  No.
20    Q.  Aside from that in-person meeting we just
21  discussed, did you have any other contact with
22  Ms. Newell outside of the cluster meetings?

Page 27

1    A.  Yes.  At the end of the program almost.
2    Q.  What happened?
3    A.  Just to let her know that I wasn't going
4  to extend for another year, just finish the first
5  year.
6    Q.  What was her response, if any?
7    A.  That it was my decision, and that she was
8  glad that I was able to talk with her and let her
9  know.
10    Q.  Just so we have the record clear, I just
11  want to make sure.  Were there any times when you
12  attempted to contact Ms. Newell but were not able to
13  do so?
14    A.  No.
15    Q.  Did you have any rules during your
16  placement?
17    A.  With the family?
18    Q.  Yes.
19    A.  Not to drive the car to D.C.
20    Q.  To the --
21    A.  To Washington.
22    Q.  Oh, to the city?

Page 28

1    A.  Yeah, to the city.  Be dedicated to work
2  with the kids the hours that I was supposed to.
3  And that's pretty much it.
4    Q.  Who set those rules?
5    A.  The host parents.
6    Q.  What were your duties during your
7  placement with the ████████ family?
8    A.  Prepare breakfast for the kids, prepare
9  lunches, sometimes take them to the bus stop, but
10  not all the time, and stay at home with the baby,
11  and when the other kids -- the bigger kids come
12  back from school, give them lunch and take them to
13  their extracurricular activities and prepare
14  dinner.
15    (Whereupon, there was a cellular phone
16  interruption.)
17    MR. TUCKER:  I'm sorry about that.  Can
18  you read back the last answer?
19    (Whereupon, the answer was read back as
20  requested.)
21  BY MR. TUCKER:
22    Q.  Did the duties change over the course of

Page 29

1  your placement?
2    A.  No.
3    Q.  Who assigned your duties?
4    A.  The host mom.
5    Q.  Did any APIA representative ever assign
6  your duties?
7    A.  No.
8    Q.  Did any APIA representative ever observe
9  you performing your duties?
10    A.  No.
11    Q.  Did you have a work schedule during your
12  placement?
13    A.  Yes.
14    Q.  How was your schedule determined?
15    A.  The parents made it -- it was depending
16  on -- it was based on the kids' schedule from
17  school and stuff.
18    Q.  Was any APIA representative involved in
19  setting the schedule?
20    A.  No.
21    MR. PETTERSON:  Objection.
22  BY MR. TUCKER:

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000512

Page 30

1  Q. Was the schedule put into writing?
2  A. Yes.
3  Q. Do you have a copy of it?
4  A. I don't.
5  Q. Did you have a copy of it at one time?
6  A. No.
7  Q. Who kept it?
8  A. She put it on the wall in the kitchen.
9  Q. Did your schedule ever change?
10  A. No.
11  Q. Do you recall what your schedule was?
12  A. Waking up at -- well, be ready by 7,
13  prepare breakfast for the kids, prepare their lunch
14  box, make sure that they were dressed and ready for
15  the bus. During the day, different activities with
16  the toddler. There were like craft arts, taking
17  him to the pool or library. It changes. And in
18  the afternoons, as I say, make lunch and take the
19  kids to their swimming classes Monday through
20  Friday, and then prepare dinner. That was every
21  night. And I was supposed to do laundry every
22  Monday and every Friday just for the kids.

Page 31

1  Q. I heard a beginning time for the schedule.
2  If I understood your schedule started at 7 a m.?
3  A. Yes, that's correct.
4  Q. And when did it conclude?
5  A. 5 p.m.
6  Q. Were there any breaks in between 7 a.m.
7  and 5 p m.?
8  A. No breaks.
9  Q. And how many days was that schedule?
10  A. Monday through Friday.
11  Q. Were you scheduled to work the weekend?
12  A. No.
13  Q. Did you ever work the weekend?
14  A. One time.
15  Q. Did the two-year-old ever nap between the
16  hours of 7 a m. through 5 p m. Mondays through
17  Friday?
18  A. Yes.
19  Q. How often?
20  A. At the beginning, it was two naps, I would
21  say two hours in the morning and one in the
22  afternoon.

Page 32

1  At the end he was just taking one in the
2  afternoon, two hours.
3  Q. When you say the end, to what period of
4  time --
5  A. Maybe like the last four months he changed
6  his schedule.
7  MR. PETTERSON: Let him finish his
8  question before you start answering.
9  MR. TUCKER: Thank you.
10  BY MR. TUCKER:
11  Q. Just so the record is clear, you said in
12  the last four months it was one hour in the
13  afternoons only; is that correct?
14  A. No. No. No. One nap, two hours in the
15  afternoon.
16  Q. Okay.
17  A. One nap a day, two hours.
18  Q. So let me just back up. I just want to
19  make sure I have the record clear.
20  For the beginning part of your placement,
21  the two-year-old had naps of two hours in the
22  morning and one hour in the afternoon. That's

Page 33

1  correct?
2  A. Yes.
3  Q. And then for the last four months or so it
4  was two hours in the afternoon?
5  A. Correct.
6  Q. The nap schedule we just discussed, was
7  that Monday through Friday?
8  A. Yes.
9  Q. Did your host family track the actual
10  number of hours that you worked?
11  A. I don't know.
12  Q. Did you track the actual number of hours
13  you worked?
14  A. I did.
15  Q. How did you track them?
16  A. Piece of paper. I just write how many
17  hours a day I was making.
18  Q. You said that was on a sheet of paper?
19  A. I did -- I write it by myself. Not
20  something that they kept track of. It's just
21  something that I kept track for myself at the
22  moment.

Movant's App. 000513

Maidelyn Cristina Barrera Martinez
3/27/2018

10 (Pages 34 to 37)

| Page 34 | Page 36 |
|---|---|
| 1 **Q. Do you still have that?** | 1 let me know when you're done doing so. |
| 2 A. I don't think so. | 2 A. Okay. |
| 3 **Q. Did you provide it to anyone?** | 3 **Q. All set?** |
| 4 A. No. It was just for my records. | 4 A. Yes. |
| 5 **Q. Did you do it every day?** | 5 **Q. Ms. Barrera, have you seen this document** |
| 6 A. Every week. It was the same schedule | 6 **before?** |
| 7 almost. I would do it once a week. | 7 A. No. |
| 8 **Q. Did any APIA representative track the** | 8 **Q. You testified earlier that you spoke to** |
| 9 **number of hours that you worked?** | 9 **Ms. Newell towards the end of your placement --** |
| 10 A. No. | 10 A. Yes. |
| 11 **Q. I may have asked this already, so I** | 11 **Q. -- about your hours, correct?** |
| 12 **apologize, but do you know what happened to the** | 12 A. That's correct. |
| 13 **hours you were tracking in writing?** | 13 **Q. Did she ever contact you to ask you if you** |
| 14 MR. PETTERSON: Objection. | 14 **were working over hours?** |
| 15 A. It was in a notebook, that I'm not even | 15 A. I don't remember. |
| 16 sure if I still have or not. | 16 **Q. Did you ever tell her that you weren't** |
| 17 BY MR. TUCKER: | 17 **working over hours?** |
| 18 **Q. Did the ▒▒▒ family provide you with a** | 18 A. That I weren't? I don't remember. |
| 19 **private bedroom throughout your placement?** | 19 **Q. You testified earlier that you tracked** |
| 20 A. Yes. | 20 **your hours of work, correct?** |
| 21 **Q. Were you forced to share it?** | 21 A. Correct. |
| 22 A. No. | 22 **Q. Did your hours of work ever differ from** |

| Page 35 | Page 37 |
|---|---|
| 1 **Q. Did the ▒▒▒ family provide you with** | 1 your scheduled hours? |
| 2 **food throughout your placement?** | 2 A. No. It was usually the same times, 7 to |
| 3 A. Yes. | 3 5. |
| 4 **Q. Did they provide as much food as you** | 4 **Q. When you say usually, do you mean it** |
| 5 **needed?** | 5 **wasn't always the case?** |
| 6 A. Yes. | 6 MR. PETTERSON: Objection. |
| 7 **Q. Did they provide you with three meals a** | 7 A. There were a few times they come home |
| 8 **day?** | 8 around 4:30, sometimes 5:30. Sometimes they were a |
| 9 A. Yes. | 9 little late because of the Metro or something like |
| 10 MR. PETTERSON: Would this be a good time | 10 that, but just a few times, that I can even recall. |
| 11 for a break? | 11 Just a few times. |
| 12 MR. TUCKER: Yes. | 12 BY MR. TUCKER: |
| 13 (Whereupon, a recess was taken at | 13 **Q. If your hours of work mirrored your** |
| 14 2:01 p.m. and then the proceedings continued as | 14 **schedule, why did you track your hours?** |
| 15 follows at 2:19 p.m.:) | 15 MR. PETTERSON: Objection. |
| 16 MR. TUCKER: Go ahead and mark that. | 16 A. Because I felt that I was working more |
| 17 (Barrera Deposition Exhibit 4 was marked | 17 than 45 hours, just to keep it on my records. |
| 18 for identification.) | 18 BY MR. TUCKER: |
| 19 BY MR. TUCKER: | 19 **Q. Right. But if your schedule was more than** |
| 20 **Q. Ms. Barrera, the court reporter has handed** | 20 **45 hours -- if you were scheduled for more than 45** |
| 21 **you what has been marked as Barrera Exhibit 4. I'm** | 21 **hours each week, why would you have to keep track** |
| 22 **just going to ask you to review that document and** | 22 **of your actual hours of work if you're working your** |

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000514

Maidelyn Cristina Barrera Martinez
3/27/2018

11 (Pages 38 to 41)

Page 38

1  scheduled hours?
2      MR. PETTERSON: Objection.
3      A. Because I wanted to do it, and I always
4  keep track -- I like to do it. That's the way I
5  like to do things so....
6  BY MR. TUCKER:
7      Q. How do you define work?
8      MR. PETTERSON: Objection. It calls for a
9  legal conclusion.
10     A. The time I'm dedicated to a certain
11 activity that I report, dedicated hours
12 specifically to that.
13 BY MR. TUCKER:
14     Q. Were you working when the toddler was
15 napping?
16     A. Yes. That's exactly what I told the
17 counselor, that I can't even take a shower because
18 I have to be constantly checking on the baby
19 monitor when he's awake, if he wakes up and stuff,
20 or I was doing the laundry. So yes.
21     Q. Did you receive a weekly stipend during
22 your placement?

Page 39

1      A. Yes.
2      Q. Did you receive a stipend every week?
3      A. Every week. Every Friday.
4      Q. Who paid you your stipend?
5      A. The host dad.
6      Q. How was the stipend paid?
7      A. By deposit.
8      Q. And that was the only method of payment?
9      A. Yes.
10     Q. Did anyone other than your host family
11 ever pay you your stipend?
12     A. No.
13     Q. Did the amount of your stipend ever
14 change?
15     A. No.
16     Q. What was the amount of your stipend?
17     A. $200 a week.
18     Q. Did your host family determine the stipend
19 amount?
20     MR. PETTERSON: Objection.
21     A. The agency was $195 and some cents and
22 they said they would round it to 200 because it was

Page 40

1  easier.
2  BY MR. TUCKER:
3      Q. Can you take a look at Exhibit 3? Do you
4  see the fifth check mark on the left-hand side?
5      A. Yes.
6      Q. Can you read into the record what it says
7  there?
8      A. I/We understand that an au pair/companion
9  is to receive, at a minimum, the weekly stipend as
10 stipulated by regulations governing au pair
11 programs and set forth in Au Pair in America's
12 program materials.
13     Q. What does that mean?
14     MR. PETTERSON: Objection.
15     A. That we were to receive at the minimum
16 what they stipulated which is 195 and some cents.
17 I don't recall exactly what cents.
18 BY MR. TUCKER:
19     Q. And you received more than the minimum,
20 correct?
21     A. Yes.
22     Q. Who decided to pay you more than the

Page 41

1  minimum?
2      A. I guess the host parents.
3      Q. Did you ever ask your host family to
4  increase the stipend?
5      A. No.
6      Q. Aside from the weekly stipend, did you
7  receive any monetary payments during your
8  placement?
9      A. One time I baby sat the one weekend and
10 they paid me extra.
11     Q. How much?
12     A. I don't recall.
13     Q. You testified earlier that was the one
14 time when you worked on a weekend. Is that the
15 time to which you're referring?
16     A. Yes.
17     Q. Okay. Got it. Did you ever receive a
18 bonus?
19     A. No.
20     Q. Did you receive any benefits during your
21 placement?
22     MR. PETTERSON: Objection.

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000515

Maidelyn Cristina Barrera Martinez
3/27/2018

12 (Pages 42 to 45)

Page 42

1    A. No.
2    BY MR. TUCKER:
3      Q. Did you receive any gifts?
4      A. Small gifts.
5      Q. What gifts?
6      A. I got a jacket for Christmas and pajama
7    for my birthday, and that's it.
8      Q. You said that's it?
9      A. Yes.
10     Q. You testified earlier that you drove the
11   children. Was that with the host family's car?
12     A. Yes.
13     Q. Were you able to use the host family's car
14   for your personal purposes?
15     A. Yes. I would say the first eight months,
16   yes, and the last months, the host mom have to sell
17   her car so it was more limited. I had to be on
18   schedule with them to use the car.
19     Q. Who paid for the gas when you were using
20   the host family's car for your personal purposes?
21     A. I would say both. Sometimes they fill the
22   car once a week -- they fill it every Monday --

Page 43

1    every Sunday, sorry, and if there wasn't enough on
2    the weekends, I paid for it.
3      Q. Did they provide with you a cell phone?
4      A. Yes.
5      Q. Were you able to use it for personal
6    purposes?
7      A. Yes.
8      Q. Did you use it for personal purposes?
9      A. Yes.
10     Q. Did they pay for a cell phone plan?
11     A. Yes.
12     Q. Did you use the host family's Internet?
13     A. Yes.
14     Q. Did you pay for that?
15     A. No.
16     Q. Did you use the host family's computer?
17     A. No.
18     Q. Did your host family pay for entertainment
19   expenses?
20     A. No.
21     Q. Did your host family pay for travel
22   expenses?

Page 44

1    A. No.
2      MR. TUCKER: You want to give me a second?
3    I think I'm done, but I just want to make sure.
4    Give me, like, five minutes.
5      MR. PETTERSON: Sure.
6      (Discussion off the record.)
7      MR. TUCKER: Just a few more questions.
8    Can you mark that, please?
9      (Barrera Deposition Exhibit 5 was marked
10   for identification.)
11   BY MR. TUCKER:
12     Q. Ms. Barrera, the court reporter has handed
13   you what has been marked Barrera Exhibit 5. Please
14   take a moment to review the document and let me
15   know when you've done so.
16     A. Okay.
17     Q. Have you seen this document before?
18     A. I did.
19     Q. What is it?
20     A. That was in the family application. That
21   was even before starting the program. That's what
22   they sent to me. I recall seeing the schedule, but

Page 45

1    it didn't work like it says here, you know what I
2    mean?
3      Q. No. Please elaborate.
4      A. Okay. So I saw this, and I thought that
5    my schedule was going to be like that, but it
6    wasn't like that (indicating).
7      Q. You see there is a paragraph below the
8    schedule there where it says, "Please feel free to
9    add any additional information"? Do you see that
10   sentence?
11     A. Yes.
12     Q. Do you see the next sentence where it says
13   that the 13-month-old will be at the house half the
14   time and the other half he will be with a
15   babysitter?
16     A. Correct.
17     Q. And that didn't happen?
18     A. That didn't happen.
19     Q. Do you know why it didn't happen?
20     MR. PETTERSON: Objection.
21     A. The first week that I was here, she told
22   me that she was still looking for a babysitter, and

Movant's App. 000516

Maidelyn Cristina Barrera Martinez
3/27/2018

13 (Pages 46 to 49)

---

**Page 46**

1 then time passed and I guess she forgot that she
2 was looking for a babysitter so....
3     Q.  Did you ever work this schedule?
4     A.  No.
5        MR. TUCKER:  I think that's it for me.
6        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS
7 BY MR. PETTERSON:
8     Q.  Thank you for being with us today,
9 Ms. Barrera.  I just have a few questions for you.
10       Do you recall earlier that you were
11 testifying about being matched with the ███████
12 family?
13     A.  Yes.
14     Q.  Was that done when you were living in your
15 home country?
16     A.  That's correct.
17     Q.  And what country is that?
18     A.  Guatemala.
19     Q.  So when you were in Guatemala, did you
20 ever have any meeting with APIA representatives?
21     A.  Yes, I did.
22     Q.  What happened in those meetings?

---

**Page 47**

1     A.  She explained to me about the program, how
2 much money I was going to get a week.  She said
3 that it was $195, she didn't mention anything
4 different than that.  And she told me how the
5 process is to fill the application online and how
6 the matching process go.
7     Q.  Did she tell you how many hours you could
8 work in a week?
9     A.  Yeah.  45 a week.
10     Q.  Did she tell you if you could work
11 elsewhere?
12     A.  No.  She told me I was supposed to only
13 work with the host family.
14     Q.  Did you rely on her telling you this
15 information?
16        MR. TUCKER:  Objection to the form.
17     A.  Yes, I did.
18 BY MR. PETTERSON:
19     Q.  And she mentioned the amount you would be
20 paid; is that correct?
21     A.  Yes.
22     Q.  And what did she say you would be paid?

---

**Page 48**

1     A.  195 and some cents.
2     Q.  Did she say that you could make more than
3 that?
4     A.  No.
5     Q.  Do you remember earlier that you testified
6 about the youngest child in the family taking naps
7 during the day?
8     A.  Yes.
9     Q.  When this child was taking naps, were you
10 working?
11     A.  Yes.
12     Q.  Were you able to leave the house?
13     A.  No.
14     Q.  Were you monitoring him using a baby
15 monitor?
16     A.  Yes.
17     Q.  Do you recall earlier that you said that
18 your schedule was 7 a.m. to 5 p.m. Monday through
19 Friday?
20     A.  Yes.
21     Q.  Is that ten hours a day?
22     A.  Yes.

---

**Page 49**

1     Q.  Is that 50 hours a week?
2     A.  Yes.
3     Q.  Were you paid extra for the hours over 45
4 hours a week?
5     A.  No.
6     Q.  You were paid the same no matter what each
7 week; is that correct?
8     A.  Correct.
9     Q.  You testified earlier that the ███████
10 family had an au pair during the time that you were
11 applying; is that correct?
12     A.  Correct.
13     Q.  Did you ever speak to that au pair?
14     A.  Yes, I did.
15     Q.  Did you ever speak to that au pair about
16 the wage that he or she was earning?
17        MR. TUCKER:  Objection to the form.
18     A.  Yes.  She mentioned $200 a week.
19 BY MR. PETTERSON:
20     Q.  Do you recall earlier that you testified
21 that you spoke to the APIA counselor when you had a
22 problem with the ███████ family?

---

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000517



Page 50

1    A.   Yes.
2    Q.   Why did you speak to the counselor?
3    A.   Because she was the one that I could trust
4    and I knew that she would help me to solve the
5    problem or at least make sure that I wasn't working
6    all the hours, more than 45 hours.
7    Q.   When you were speaking with the APIA
8    representative in Guatemala, did they tell you that
9    you could use the counselor for this purpose?
10   A.   Yes.
11   Q.   Do you recall earlier that you testified
12   that you were paid $200 per week?
13   A.   Yes.
14   Q.   Why were you paid $200 instead of $195?
15       MR. TUCKER:  Objection to the form.
16   A.   They didn't say exactly why, but they said
17   it was just easier to pay me, like, $200 a month.
18   BY MR. PETTERSON:
19   Q.   When you say "they," do you mean the
20   ███████ family?
21   A.   The ███████ family, yes.
22   Q.   Do you mean $200 per month or $200 per

Page 51

1    week?
2    A.   Per week
3    Q.   Do you recall earlier that you testified
4    that you used the ███████ car for personal use?
5    A.   Yes
6    Q.   Did you also use the car to drive their
7    children?
8    A.   Yes
9    Q.   You testified earlier that you had a
10   personal cell phone; is that correct?
11   A.   Yes
12   Q.   Did you use that cell phone to communicate
13   with the ███████ family?
14   A.   Yes
15   Q.   Did you communicate with the ███████ family
16   on that cell phone on topics related to your work
17   for them?
18   A.   Yes
19       MR PETTERSON:  No further questions
20       MR TUCKER:  I just have a few follow-up
21   questions
22   FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANTS

Page 52

1    BY MR. TUCKER
2    Q.   Ms. Barrera, you just testified to a
3    meeting with an APIA representative in Guatemala,
4    correct?
5    A.   Yes.
6    Q.   And this was while you were applying to
7    the program?
8    A.   Before I applied.
9    Q.   Before you applied.  Did you meet with
10   this woman more than once?
11   A.   Yes.  Twice.
12   Q.   Do you know her name?
13   A.   I don't remember her name.
14   Q.   Did you speak with her in person?
15   A.   Yes.
16   Q.   Was anyone else present?
17   A.   No.
18   Q.   Did you record your conversations with
19   this woman?
20   A.   No.
21   Q.   How do you know she was an APIA
22   representative?

Page 53

1    A.   Because she came to my university with the
2    information about the program and she was the one
3    in charge of -- she told us she was the one in
4    charge of Au Pair in America in my country.
5        MR. TUCKER:  No further questions.
6        MR. PETTERSON:  That's it for me.
7    We'll read.
8        (Whereupon, signature not having been
9    waived by counsel in the presence of the witness,
10   the deposition of MAIDELYN CRISTINA BARRERA
11   MARTINEZ concluded at 2:47 p.m.)
12       *    *    *    *    *
13
14
15
16
17
18
19
20
21
22

Movant's App. 000518

Maidelyn Cristina Barrera Martinez
3/27/2018

15 (Pages 54 to 57)

---

Page 54

I N D E X
WITNESS:                              PAGE:
MAIDELYN CRISTINA BARRERA MARTINEZ
    Examination By Mr. Tucker .................3
    Examination By Mr. Petterson ..............46
    Examination By Mr. Tucker .................52

         E X H I B I T S

NO.: DESCRIPTION                     PAGE:
 1  Online Form ...............................7
 2  Questionnaire .............................9
 3  Agreement with host family ...............17
 4  Au Pair in America document ..............35
 5  Family application .......................44

         (Exhibits included with transcript)

---

Page 56

AL BETZ & ASSOCIATES, INC.
        Administrative Offices
        P.O. Box 665
        Westminster, Maryland 21158
PHONE - (877) 402-3376   FAX - (410) 875-2857
E-mail - productiondept@albetzreporting.com
        www.albetzreporting.com

DATE: April 9, 2018
JOB NO.: 180327dll_barrera_martinez_maidelyn_cristina
CASE CAPTION:  Beltran v. Interexchange
COURT: U.S. Dist. Court for the Dist. of Colorado
CASE NUMBER: 1:14-cv-03074-CMA-KMT
DEPONENT: Maidelyn Cristina Barrera Martinez
DATE OF DEPOSITION: March 27, 2018
ATTORNEYS/FIRMS:
Robert M. Tucker, Esq. / Ogletree Deakins
Sean A. Petterson, Esq. / Boies Schiller & Flexner

---

Page 55

CERTIFICATE OF NOTARY PUBLIC
        I, DONNA L. LINTON, RMR-CLR, and a Notary
Public in and for the District of Columbia, before
whom the foregoing deposition was taken, do hereby
certify that the witness whose testimony appears in
the foregoing deposition was duly sworn by me; that
the testimony of said witness was taken by me in
Shorthand at the time and place mentioned in the
caption hereof and thereafter transcribed by me;
that said deposition is a true record of the
testimony given by said witness; that I am neither
counsel for, related to, nor employed by any of the
parties to the action in which this deposition was
taken; and further, that I am not a relative or
employee of any counsel or attorney employed by the
parties hereto, nor financially or otherwise
interested in the outcome of this action.


_____
DONNA L. LINTON, RMR-CLR
Notary Public in and for the DISTRICT OF COLUMBIA
My Commission expires: June 30, 2019

---

Page 57

Dear Sir or Madam:

        Bound herewith is the transcript of the
above-referenced deposition.  Please read the
transcript and sign the errata pages.  Any
additions or corrections should be listed on the
errata sheets provided.  Please remove the signed
completed errata sheets, and return them to the
address listed above for processing.

        If this process has not been completed
within (30) thirty days from the date of this
letter, we will assume that the right to read the
deposition has been waived.  This is in accordance
with Rule 30(e) of the Federal Rules of Civil
Procedure and Rule 2-415 of the Maryland Rules of
Procedure.

---

Movant's App. 000519

| Page 58 | | Page 60 |
|---|---|---|

**Page 58**

READING & SIGNING PROCEDURE

1  
2  
3          The Deposition of MAIDELYN CRISTINA  
4  BARRERA MARTINEZ, taken in the matter, on the date,  
5  and at the time and place set out on the title page  
6  hereof.  
7          It was requested that the deposition be  
8  taken by the reporter and that same be reduced to  
9  typewritten form.  
10         It was agreed by and between counsel and  
11 the parties that the Deponent will read and sign  
12 the transcript of said deposition.  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  

**Page 60**

1  PAGE/LINE     CHANGE     REASON  
2  _____  
3  _____  
4  _____  
5  _____  
6  _____  
7  _____  
8  _____  
9  _____  
10 _____  
11 _____  
12 _____  
13 _____  
14 _____  
15 _____  
16 _____  
17 _____  
18 _____  
19 _____  
20 _____  
21 SIGNATURE: _____ DATE: _____  
22     MAIDELYN CRISTINA BARRERA MARTINEZ  

**Page 59**

1          DEPOSITION ERRATA SHEET  
2  RE: Al Betz & Associates, Inc.  
3  FILE: 180327dll_barrera_martinez_maidelyn_cristina  
4  CASE CAPTION: Beltran v. Interexchange  
5  DEPONENT: MAIDELYN CRISTINA BARRERA MARTINEZ  
6  DEPOSITION DATE: March 27, 2018  
7          I have read the entire transcript of my  
8  Deposition taken in the captioned matter or the  
9  same has been read to me.  I request that the  
10 changes noted on the following errata sheet be  
11 entered upon the record for the reasons indicated.  
12 I have signed my name to the Errata Sheet and  
13 authorize you to attach it to the original  
14 transcript.  
15 PAGE/LINE     CHANGE          REASON  
16 _____  
17 _____  
18 _____  
19 _____  
20 _____  
21 SIGNATURE: _____ DATE: _____  
22     MAIDELYN CRISTINA BARRERA MARTINEZ  

Movant's App. 000520

Maidelyn Cristina Barrera Martinez
3/27/2018

Page 61

| A | | | | |
|---|---|---|---|---|

**A**

**a.m (4)** 31:2,6,16 48:18
**able (9)** 6:14,16 14:16 15:11 27:8 27:12 42:13 43:5 48:12
**above-reference...** 57:4
**accept (1)** 15:11
**accommodate (1)** 5:10
**accurate (3)** 8:22 9:3 11:17
**action (3)** 1:7 55:13,17
**activities (2)** 28:13 30:15
**activity (2)** 24:17 38:11
**actual (3)** 33:9,12 37:22
**add (1)** 45:9
**additional (1)** 45:9
**additions (1)** 57:6
**address (1)** 57:9
**Administrative ...** 56:2
**affect (1)** 6:7
**afternoon (5)** 31:22 32:2,15,22 33:4
**afternoons (2)** 30:18 32:13
**age (2)** 16:21 17:10
**agency (1)** 39:21
**ages (1)** 16:3
**agreed (1)** 58:10
**agreement (3)** 18:13 19:5 54:13
**agreements (1)** 19:6
**ahead (1)** 35:16
**al (4)** 1:4,7 56:1

59:2
**aloud (1)** 4:14
**Amended (1)** 1:13
**America (8)** 3:16 3:19,19,22 14:3 23:10 53:4 54:14
**America's (1)** 40:11
**American (2)** 3:15 3:20
**amount (4)** 39:13 39:16,19 47:19
**answer (10)** 4:5 5:2,4,11,14,20 11:5 12:12 28:18 28:19
**answering (2)** 11:12 32:8
**answers (3)** 4:8 11:15 22:19
**APIA (15)** 3:18,19 11:19 15:3,16 23:20 29:5,8,18 34:8 46:20 49:21 50:7 52:3,21
**apologize (1)** 34:12
**appears (1)** 55:5
**application (5)** 13:21 14:3 44:20 47:5 54:15
**applied (2)** 52:8,9
**applying (2)** 49:11 52:6
**approximate (2)** 16:21 17:10
**approximately (3)** 11:22 12:6 17:1
**April (1)** 56:9
**area (2)** 24:18,22
**arts (1)** 30:16
**Aside (5)** 19:5 22:22 23:19 26:20 41:6
**asked (4)** 14:15

15:7 26:10 34:11
**assign (1)** 29:5
**assigned (1)** 29:3
**assist (2)** 11:8,12
**Associates (2)** 56:1 59:2
**assume (2)** 5:4 57:13
**attach (1)** 59:13
**attempted (1)** 27:12
**attend (5)** 20:3,8 20:11 21:4,13
**attended (2)** 21:8 21:16
**attorney (4)** 3:13 5:18,18 55:15
**attorneys (1)** 6:18
**ATTORNEYS/...** 56:16
**au (21)** 3:16,18,19 3:21 10:16 11:19 14:3,17 15:12 23:10 24:9,20,22 40:8,10,11 49:10 49:13,15 53:4 54:14
**August (7)** 12:2,3 12:8 13:1,3,5 14:16
**authorize (1)** 59:13
**Avenue (1)** 2:6
**awake (1)** 38:19

**B**

**B (1)** 54:8
**baby (4)** 28:10 38:18 41:9 48:14
**babysitter (4)** 23:5 45:15,22 46:2
**back (4)** 28:12,18 28:19 32:18
**Barrera (30)** 1:10 3:3,10,12 7:8,11

7:13 9:11,14,16 10:1 17:21 18:2 18:4 35:17,20,21 36:5 44:9,12,13 46:9 52:2 53:10 54:3 56:14 58:4 59:5,22 60:22
**based (1)** 29:16
**bedroom (1)** 34:19
**began (1)** 11:22
**beginning (4)** 12:9 31:1,20 32:20
**Beltran (3)** 1:4 56:11 59:4
**benefits (1)** 41:20
**best (1)** 5:6
**Betz (2)** 56:1 59:2
**bigger (1)** 28:11
**birthday (1)** 42:7
**Boies (2)** 2:5 56:18
**bonus (1)** 41:18
**bottom (1)** 18:15
**Bound (1)** 57:3
**box (2)** 30:14 56:3
**boy (11)** 17:3,12 17:13,13,16,17 17:17 21:13,16 22:8,20
**boy's (4)** 20:16,21 21:20 22:2
**break (5)** 5:9,10 5:12,13 35:11
**breakfast (2)** 28:8 30:13
**breaks (2)** 31:6,8
**briefly (2)** 15:22 16:3
**Broadway (1)** 2:14
**bus (2)** 28:9 30:15
**business (3)** 3:16 3:21
**busy (1)** 26:14

**C**

**C (2)** 2:1 3:1
**called (2)** 1:12 3:4
**calls (1)** 38:8
**camp (9)** 20:11 21:13,16,20,22 22:3,7,14,17
**caption (3)** 55:9 56:11 59:4
**captioned (1)** 59:8
**car (9)** 27:19 42:11,13,17,18 42:20,22 51:4,6
**care (3)** 16:2,5 23:2
**case (7)** 4:9 6:19 7:4 37:5 56:11 56:13 59:4
**cell (5)** 43:3,10 51:10,12,16
**cellular (1)** 28:15
**cents (4)** 39:21 40:16,17 48:1
**certain (1)** 38:10
**CERTIFICATE...** 55:1
**certify (1)** 55:5
**change (5)** 28:22 30:9 39:14 59:15 60:1
**changed (1)** 32:5
**changes (2)** 30:17 59:10
**charge (2)** 53:3,4
**check (1)** 40:4
**checking (1)** 38:18
**child (6)** 16:5 23:2 48:6,9
**children (10)** 16:19,20,22 20:3 20:8,11 23:1,4 42:11 51:7
**Christmas (1)** 42:6
**city (3)** 16:1 27:22 28:1

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000521

**Civil (3)** 1:7,15
57:15
**classes (1)** 30:19
**clear (6)** 3:22 5:15
17:4 27:10 32:11
32:19
**client (1)** 3:18
**client's (1)** 3:17
**cluster (5)** 24:11
24:14,16 25:2
26:22
**Colorado (2)** 1:2
56:12
**Columbia (3)** 1:19
55:3,21
**come (3)** 15:6
28:11 37:7
**comfortable (1)**
17:6
**coming (2)** 6:19,21
**Commission (1)**
55:22
**communicate (2)**
51:12,15
**community (1)**
23:9
**complete (1)** 6:4
**completed (8)** 8:19
9:1 10:12,14,18
10:21 57:8,11
**computer (1)**
43:16
**concern (1)** 26:18
**conclude (2)** 13:16
31:4
**concluded (2)** 12:7
53:11
**conclusion (1)**
38:9
**confidentiality (1)**
16:19
**constantly (1)**
38:18
**contact (11)** 23:20
24:1,4,13 25:1,4

25:5,10 26:21
27:12 36:13
**contacted (3)**
13:22 14:5 26:17
**continue (1)** 13:18
**continued (1)**
35:14
**conversations (1)**
52:18
**copy (2)** 30:3,5
**correct (19)** 8:10
31:3 32:13 33:1
33:5 36:11,12,20
36:21 40:20
45:16 46:16
47:20 49:7,8,11
49:12 51:10 52:4
**corrections (1)**
57:6
**counsel (9)** 1:12
3:5,8 46:6 51:22
53:9 55:12,15
58:10
**counselor (6)** 23:9
24:18 38:17
49:21 50:2,9
**country (3)** 46:15
46:17 53:4
**course (1)** 28:22
**court (9)** 1:1 4:17
7:11 9:14 18:2
35:20 44:12
56:12,12
**CPR (1)** 16:3
**craft (1)** 30:16
**Cristina (9)** 1:10
3:3 53:10 54:3
56:14 58:3 59:5
59:22 60:22

---

**D**

**D (2)** 3:1 54:1
**D.C (2)** 1:18 27:19
**dad (2)** 17:14 39:5
**date (9)** 12:17 13:2

56:9,15 57:12
58:4 59:6,21
60:21
**day (9)** 22:10,14
30:15 32:17
33:17 34:5 35:8
48:7,21
**daycare (1)** 20:9
**days (6)** 13:7 16:1
21:21 22:15 31:9
57:12
**Deakins (4)** 1:16
2:13 3:13 56:17
**Dear (1)** 57:1
**decided (3)** 13:17
15:13 40:22
**decision (1)** 27:7
**dedicated (3)** 28:1
38:10,11
**defendant (2)** 3:15
3:20
**defendants (6)** 1:8
1:13 2:11 3:5,8
51:22
**define (1)** 38:7
**depending (1)**
29:15
**Deponent (3)**
56:14 58:11 59:5
**deposit (1)** 39:7
**deposition (25)**
1:10,14 4:3,4
6:22 7:8,13 9:11
17:21 35:17 44:9
53:10 55:4,6,10
55:13 56:15 57:4
57:14 58:3,7,12
59:1,6,8
**describe (1)** 15:22
**described (1)** 16:6
**DESCRIPTION...**
54:10
**determine (1)**
39:18
**determined (1)**

29:14
**differ (1)** 36:22
**different (4)** 16:3
24:19 30:15 47:4
**dinner (2)** 28:14
30:20
**discuss (1)** 6:18
**discussed (2)**
26:21 33:6
**Discussion (1)**
44:6
**Dist (2)** 56:12,12
**District (5)** 1:1,2
1:19 55:3,21
**document (21)**
7:12,14 8:2 9:15
9:17 10:1,5,7,9
10:11 18:3,5,10
18:18,21 19:3
35:22 36:5 44:14
44:17 54:14
**documents (3)**
6:21 10:15 11:8
**doing (4)** 3:16,21
36:1 38:20
**Donna (4)** 1:18,22
55:2,20
**dressed (1)** 30:14
**drive (2)** 27:19
51:6
**drove (1)** 42:10
**duly (2)** 3:6 55:6
**duties (5)** 28:6,22
29:3,6,9

---

**E**

**E (6)** 2:1,1 3:1,1
54:1,8
**e-mail (7)** 7:3,5
14:8,14,15 15:9
56:6
**earlier (13)** 13:2
36:8,19 41:13
42:10 46:10 48:5
48:17 49:9,20

50:11 51:3,9
**earning (1)** 49:16
**easier (2)** 40:1
50:17
**eight (1)** 42:15
**eight-year-old (8)**
17:13,17 20:6,14
20:21 21:15 22:2
22:8
**elaborate (1)** 45:3
**employed (2)**
55:12,15
**employee (1)**
55:15
**employment (1)**
19:9
**ended (1)** 12:9
**English (2)** 6:13
6:14
**enter (1)** 19:5
**entered (1)** 59:11
**entertainment (1)**
43:18
**entire (1)** 59:7
**errata (6)** 57:5,7,8
59:1,10,12
**Esq (2)** 56:17,18
**ESQUIRE (2)** 2:4
2:12
**et (2)** 1:4,7
**eventually (1)**
14:10
**exact (1)** 12:17
**exactly (4)** 24:6
38:16 40:17
50:16
**examination (8)**
1:12 3:5,8 46:6
51:22 54:4,5,6
**examined (1)** 3:7
**example (1)** 16:22
**Exhibit (15)** 7:8
7:13 9:10,11,16
10:12,15 17:20
17:21 18:4 35:17

Maidelyn Cristina Barrera Martinez
3/27/2018

Page 63

35:21 40:3 44:9
44:13
**Exhibits (1)** 54:17
**expenses (2)** 43:19
43:22
**experience (2)**
10:16 15:8
**expires (1)** 55:22
**explain (1)** 14:13
**explained (1)** 47:1
**explaining (1)**
10:5
**extend (1)** 27:4
**extra (2)** 41:10
49:3
**extracurricular ...**
28:13

**F**

**family (42)** 12:16
12:22 13:13,16
13:19 14:7,11
15:1,13,15,17,20
16:7,11,18 18:13
19:6 25:12 26:10
26:18 27:17 28:7
33:9 34:18 35:1
39:10,18 41:3
43:18,21 44:20
46:12 47:13 48:6
49:10,22 50:20
50:21 51:13,15
54:13,15
**family's (8)** 13:9
16:15,19 42:11
42:13,20 43:12
43:16
**father (1)** 20:1
**FAX (1)** 56:5
**Federal (2)** 1:14
57:15
**feel (1)** 45:8
**feeling (1)** 26:1
**felt (2)** 25:5 37:16
**fifth (1)** 40:4

**FILE (1)** 59:3
**fill (3)** 42:21,22
47:5
**filled (2)** 8:13
13:21
**financially (1)**
55:16
**finish (2)** 27:4
32:7
**first (5)** 4:13 5:14
27:4 42:15 45:21
**five (4)** 19:21,22
22:12 44:4
**Flexner (2)** 2:5
56:18
**Floor (1)** 2:14
**follow-up (1)**
51:20
**following (1)**
59:10
**follows (2)** 3:7
35:15
**food (2)** 35:2,4
**forced (1)** 34:21
**foregoing (2)** 55:4
55:6
**Foreign (2)** 3:15
3:21
**forgot (1)** 46:1
**form (8)** 8:13,14
9:5 47:16 49:17
50:15 54:11 58:9
**forth (1)** 40:11
**four (3)** 32:5,12
33:3
**free (1)** 45:8
**Friday (10)** 20:19
20:20 21:2 30:20
30:22 31:10,17
33:7 39:3 48:19
**front (1)** 4:9
**full-time (1)** 19:8
**fun (1)** 24:19
**further (4)** 51:19
51:22 53:5 55:14

**G**

**G (1)** 3:1
**gas (1)** 42:19
**gender (1)** 16:21
**gestures (1)** 4:18
**gifts (3)** 42:3,4,5
**Gina (2)** 23:16,19
**give (4)** 6:4 28:12
44:2,4
**given (3)** 5:6 6:1
55:11
**glad (1)** 27:8
**go (2)** 35:16 47:6
**goes (1)** 5:17
**going (10)** 3:18
4:12 7:13 9:16
16:20 18:4 27:3
35:22 45:5 47:2
**good (2)** 6:10
35:10
**governing (1)**
40:10
**Great (1)** 8:2
**group (1)** 24:17
**Guatemala (4)**
46:18,19 50:8
52:3
**guess (2)** 41:2 46:1

**H**

**H (1)** 54:8
**half (4)** 22:10
26:15 45:13,14
**Halfway (1)** 25:9
**handed (5)** 7:12
9:15 18:3 35:20
44:12
**happen (4)** 15:6
45:17,18,19
**happened (3)** 27:2
34:12 46:22
**head (1)** 21:3
**heading (1)** 20:15
**hear (1)** 4:20
**heard (2)** 5:5 31:1

**Hello (1)** 3:12
**help (2)** 26:15 50:4
**hereof (2)** 55:9
58:6
**hereto (1)** 55:16
**herewith (1)** 57:3
**home (8)** 16:15
17:9 19:13 20:2
21:12 28:10 37:7
46:15
**host (24)** 12:15,21
13:9 18:13 19:6
19:19 28:5 29:4
33:9 39:5,10,18
41:2,3 42:11,13
42:16,20 43:12
43:16,18,21
47:13 54:13
**hour (2)** 32:12,22
**hours (37)** 22:12
25:6,6 28:2
31:16,21 32:2,14
32:17,21 33:4,10
33:12,17 34:9,13
36:11,14,17,20
36:22 37:1,13,14
37:17,20,21,22
38:1,11 47:7
48:21 49:1,3,4
50:6,6
**house (2)** 45:13
48:12

**I**

**I/We (1)** 40:8
**identification (5)**
7:9 9:12 17:22
35:18 44:10
**identify (1)** 17:8
**in-person (1)**
26:20
**inaccurate (1)**
19:2
**included (1)** 54:17
**increase (1)** 41:4

**indicated (1)**
59:11
**indicating (3)** 7:17
23:18 45:6
**individual (1)** 23:2
**individuals (2)**
16:14 17:9
**information (11)**
5:2 7:3 8:16,20
8:22 9:3 10:12
10:14 45:9 47:15
53:2
**Institute (2)** 3:15
3:20
**instructions (2)**
4:13 5:22
**interested (3)** 14:8
15:10 55:17
**Interexchange (3)**
1:7 56:11 59:4
**Internet (1)** 43:12
**interruption (1)**
28:16
**interview (6)**
14:15,19,21,22
15:4,6
**involved (1)** 29:18

**J**

**jacket (1)** 42:6
**January (1)** 12:19
**JOB (1)** 56:10
**JOHANA (1)** 1:4
**John (3)** 17:1,2,4
**join (1)** 12:21
**joined (2)** 8:10,12
**judge (1)** 4:9
**June (1)** 55:22

**K**

**K (1)** 1:17
**keep (4)** 4:13
37:17,21 38:4
**kept (3)** 30:7
33:20,21

Al Betz & Associates, Inc.
877-402-DEPO (3376)

Movant's App. 000523

Maidelyn Cristina Barrera Martinez
3/27/2018

Page 64

| | | | | |
|---|---|---|---|---|
| **kids (9)** 15:8 16:2 28:2,8,11,11 30:13,19,22 | **looking (2)** 45:22 46:2 | **meeting (5)** 24:16 26:4,20 46:20 52:3 | **N** | **oath (1)** 4:5 |

**kids (9)** 15:8 16:2 28:2,8,11,11 30:13,19,22
**kids' (1)** 29:16
**kitchen (1)** 30:8
**knew (1)** 50:4
**know (18)** 4:3 5:1 7:15 8:19 9:17 12:18 18:5 26:17 27:3,9 33:11 34:12 36:1 44:15 45:1,19 52:12,21

**L**
**L (4)** 1:18,22 55:2 55:20
**languages (1)** 6:12
**late (1)** 37:9
**laundry (2)** 30:21 38:20
**lawsuit (6)** 7:2 8:10,12 10:6,19 10:22
**learn (1)** 7:2
**leave (1)** 48:12
**left-hand (1)** 40:4
**legal (1)** 38:9
**lengthy (1)** 3:17
**let's (1)** 17:1
**letter (1)** 57:13
**Lexington (1)** 2:6
**library (1)** 30:17
**life (2)** 15:8 16:3
**limited (1)** 42:17
**Linton (4)** 1:18,22 55:2,20
**listed (2)** 57:6,9
**little (1)** 37:9
**live (1)** 25:11
**living (1)** 46:14
**LLP (1)** 2:5
**locate (1)** 13:19
**long (3)** 13:12 21:20 22:2
**look (1)** 40:3

**looking (2)** 45:22 46:2
**lunch (3)** 28:12 30:13,18
**lunches (1)** 28:9

**M**
**M (2)** 2:12 56:17
**Madam (1)** 57:1
**Maidelyn (9)** 1:10 3:3 53:10 54:3 56:14 58:3 59:5 59:22 60:22
**main (1)** 26:3
**making (1)** 33:17
**March (2)** 56:15 59:6
**mark (4)** 7:7 35:16 40:4 44:8
**marked (10)** 7:8 7:12 9:11,15 17:21 18:3 35:17 35:21 44:9,13
**Martinez (9)** 1:11 3:3 53:11 54:3 56:14 58:4 59:5 59:22 60:22
**Maryland (2)** 56:4 57:16
**match (5)** 14:10 14:13,18 15:14 15:17
**matched (1)** 46:11
**matching (1)** 47:6
**materials (1)** 40:12
**matter (4)** 6:5 49:6 58:4 59:8
**meals (1)** 35:7
**mean (7)** 12:17 24:20 37:4 40:13 45:2 50:19,22
**medications (1)** 6:7
**meet (1)** 52:9

**meeting (5)** 24:16 26:4,20 46:20 52:3
**meetings (6)** 24:8 24:11,14 25:2 26:22 46:22
**memory (2)** 6:8,10
**mention (1)** 47:3
**mentioned (4)** 26:1 47:19 49:18 55:8
**met (1)** 25:7
**method (1)** 39:8
**Metro (1)** 37:9
**middle (1)** 8:5
**mind (1)** 4:13
**minimum (4)** 40:9 40:15,19 41:1
**minutes (1)** 44:4
**mirrored (1)** 37:13
**mom (4)** 17:13 19:19 29:4 42:16
**moment (2)** 33:22 44:14
**Monday (9)** 20:19 20:20 21:2 30:19 30:22 31:10 33:7 42:22 48:18
**Mondays (1)** 31:16
**monetary (1)** 41:7
**money (1)** 47:2
**monitor (2)** 38:19 48:15
**monitoring (1)** 48:14
**month (7)** 19:18 24:5,6,9,18 50:17,22
**months (7)** 21:5,7 32:5,12 33:3 42:15,16
**morning (2)** 31:21 32:22

**N**
**N (3)** 2:1 3:1 54:1
**N-E-W-E-L-L (1)** 23:18
**name (9)** 3:12,17 8:17 17:4 23:15 23:17 52:12,13 59:12
**nap (4)** 31:15 32:14,17 33:6
**napping (1)** 38:15
**naps (4)** 31:20 32:21 48:6,9
**Nash (3)** 1:16 2:13 3:14
**necessary (2)** 4:14 5:2
**need (3)** 5:9,10,18
**needed (1)** 35:5
**neither (1)** 55:11
**never (1)** 20:2
**New (5)** 2:7,7,15 2:15 16:1
**Newell (9)** 23:16 23:19 24:1,13 25:1 26:17,22 27:12 36:9
**night (1)** 30:21
**Nodding (2)** 20:15 21:3
**nods (1)** 4:18
**nonverbal (1)** 4:19
**Northwest (1)** 1:17
**notary (5)** 1:18 3:6 55:1,2,21
**notebook (1)** 34:15
**noted (1)** 59:10
**Notice (1)** 1:13
**number (4)** 33:10 33:12 34:9 56:13

**O**
**O (1)** 3:1

**oath (1)** 4:5
**Objection (21)** 12:11 13:20 16:8 19:17 22:4,13 23:7 24:7 29:21 34:14 37:6,15 38:2,8 39:20 40:14 41:22 45:20 47:16 49:17 50:15
**observe (1)** 29:8
**occasionally (1)** 19:16
**offer (1)** 15:11
**Offices (1)** 56:2
**Ogletree (4)** 1:16 2:13 3:13 56:17
**Oh (2)** 25:13 27:22
**okay (12)** 5:21 7:16,20 9:18,20 18:9 25:13 32:16 36:2 41:17 44:16 45:4
**old (1)** 17:2
**once (6)** 24:5,6 25:5 34:7 42:22 52:10
**online (3)** 8:13 47:5 54:11
**orally (1)** 4:14
**order (1)** 16:18
**orientation (3)** 15:20,22 16:2
**original (1)** 59:13
**outcome (1)** 55:17
**outside (3)** 24:13 25:2 26:22

**P**
**P (3)** 2:1,1 3:1
**P.C (2)** 1:16 2:13
**p.m (8)** 1:15 31:5 31:7,16 35:14,15 48:18 53:11
**P.O (1)** 56:3

Movant's App. 000524

Maidelyn Cristina Barrera Martinez
3/27/2018

Page 65

**page (5)** 8:5 18:16 54:2,10 58:5
**PAGE/LINE (2)** 59:15 60:1
**pages (1)** 57:5
**paid (11)** 39:4,6 41:10 42:19 43:2 47:20,22 49:3,6 50:12,14
**pair (17)** 3:16,18 3:19,21 10:16 11:20 14:3,17 15:12 23:10 40:10,11 49:10 49:13,15 53:4 54:14
**pair/companion...** 40:8
**pairs (3)** 24:9,21 24:22
**pajama (1)** 42:6
**PAOLA (1)** 1:4
**paper (2)** 33:16,18
**paragraph (1)** 45:7
**parents (6)** 19:8 19:13 22:22 28:5 29:15 41:2
**███ (37)** 13:10 13:11,13,15,19 14:11 15:1,13,17 15:19 16:7,11,14 16:18,19 17:9 19:8,13 20:1,3,8 20:11 22:22 23:1 23:4 26:18 28:7 34:18 35:1 46:11 49:9,22 50:20,21 51:4,13,15
**part (1)** 32:20
**participate (4)** 11:19 15:3,20 16:11
**participating (1)** 12:1

**participation (4)** 12:7 23:10,21 24:2
**parties (3)** 55:13 55:16 58:11
**passed (1)** 46:1
**pay (7)** 39:11 40:22 43:10,14 43:18,21 50:17
**payment (1)** 39:8
**payments (1)** 41:7
**pending (3)** 5:12 5:14,20
**performing (1)** 29:9
**period (1)** 32:3
**person (2)** 25:15 52:14
**personal (7)** 15:8 42:14,20 43:5,8 51:4,10
**Petterson (31)** 2:4 7:18 12:11 13:20 16:8 19:17 22:4 22:13 23:7 24:7 29:21 32:7 34:14 35:10 37:6,15 38:2,8 39:20 40:14 41:22 44:5 45:20 46:7 47:18 49:19 50:18 51:19 53:6 54:5 56:18
**phone (7)** 28:15 43:3,10 51:10,12 51:16 56:5
**physically (1)** 12:21
**Piece (1)** 33:16
**place (3)** 55:8 58:5
**placed (2)** 12:15 15:19
**placement (18)** 13:12,15 16:15 17:11 19:9,14

20:12 27:16 28:7 29:1,12 32:20 34:19 35:2 36:9 38:22 41:8,21
**plaintiff (4)** 1:11 3:4 7:17 9:7
**Plaintiffs (3)** 1:5 2:3 46:6
**plan (1)** 43:10
**please (11)** 7:7,15 9:10 17:20 18:4 44:8,13 45:3,8 57:4,7
**pool (1)** 30:17
**possible (2)** 8:14 12:9
**███ (1)** 13:18
**prepare (6)** 28:8,8 28:13 30:13,13 30:20
**presence (1)** 53:9
**present (2)** 25:18 52:16
**preserve (1)** 16:18
**pretty (2)** 15:9 28:3
**previous (1)** 14:17
**private (1)** 34:19
**Probably (1)** 21:14
**problem (2)** 49:22 50:5
**Procedure (4)** 1:15 57:16,17 58:1
**proceedings (1)** 35:14
**process (4)** 14:13 47:5,6 57:11
**processing (1)** 57:9
**productiondept...** 56:6
**profile (2)** 14:7,9

**program (13)** 11:20 12:7 23:11 23:21 24:2 25:9 26:15 27:1 40:12 44:21 47:1 52:7 53:2
**programs (1)** 40:11
**provide (6)** 34:3 34:18 35:1,4,7 43:3
**provided (2)** 11:15 57:7
**public (5)** 1:19 3:6 55:1,3,21
**purpose (2)** 4:3 50:9
**purposes (4)** 42:14 42:20 43:6,8
**pursuant (1)** 1:13
**put (2)** 30:1,8

**Q**

**question (11)** 4:20 4:21 5:2,4,12,13 5:14 7:16 12:20 22:19 32:8
**questionnaire (7)** 10:21 11:3,6,10 11:13,16 54:12
**questions (18)** 4:4 4:5,12,15 5:20 7:19 11:2,5,9,13 11:16 15:7 16:17 44:7 46:9 51:19 51:21 53:5

**R**

**R (2)** 2:1 3:1
**read (11)** 6:14,16 28:18,19 40:6 53:7 57:4,13 58:11 59:7,9
**READING (1)** 58:1

**ready (2)** 30:12,14
**reason (5)** 6:3 26:3 26:5 59:15 60:1
**reasons (1)** 59:11
**recall (17)** 7:6 8:12 11:22 12:6 21:7 22:9 26:6 30:11 37:10 40:17 41:12 44:22 46:10 48:17 49:20 50:11 51:3
**receive (9)** 23:1 38:21 39:2 40:9 40:15 41:7,17,20 42:3
**received (1)** 40:19
**recess (1)** 35:13
**recollection (1)** 5:6
**record (8)** 27:10 32:11,19 40:6 44:6 52:18 55:10 59:11
**recorded (1)** 4:19
**records (2)** 34:4 37:17
**reduced (1)** 58:8
**refer (3)** 3:18 16:20 17:2
**referring (3)** 3:20 14:6 41:15
**regarding (3)** 10:15,18,22
**regulations (1)** 40:10
**related (2)** 51:16 55:12
**relationship (1)** 17:10
**relative (1)** 55:14
**rely (2)** 11:8 47:14
**remember (8)** 5:1 21:10,14,15 36:15,18 48:5

Movant's App. 000525

52:13
**remove (1)** 57:7
**repeat (1)** 4:20
**rephrase (2)** 4:22
12:20
**report (1)** 38:11
**Reported (1)** 1:21
**reporter (7)** 4:17
7:11 9:14 18:2
35:20 44:12 58:8
**represent (1)** 3:14
**representative (...**
15:3,16 23:20
29:5,8,18 34:8
50:8 52:3,22
**representatives ...**
46:20
**request (1)** 59:9
**requested (2)**
28:20 58:7
**resided (2)** 16:14
17:9
**respond (2)** 4:14
11:9
**response (3)** 11:16
26:7 27:6
**responses (1)** 4:19
**return (1)** 57:8
**review (9)** 6:21
7:14 9:16 10:11
10:15 18:5,18
35:22 44:14
**reviewed (3)** 7:22
10:9 18:22
**right (6)** 17:16,18
25:2,13 37:19
57:13
**RMR-CLR (4)**
1:18,22 55:2,20
**Robert (2)** 2:12
3:12 56:17
**robert.tucker@...**
2:17
**round (1)** 39:22
**Rule (2)** 57:15,16

**rules (7)** 1:14,14
1:15 27:15 28:4
57:15,16

---

**S**

**S (3)** 2:1 3:1 54:8
**sat (1)** 41:9
**saw (2)** 14:7 45:4
**saying (2)** 14:8
15:10
**says (7)** 8:6,17,17
40:6 45:1,8,12
**schedule (24)**
20:17,22 22:7
29:11,14,16,19
30:1,9,11 31:1,2
31:9 32:6 33:6
34:6 37:14,19
42:18 44:22 45:5
45:8 46:3 48:18
**scheduled (4)**
31:11 37:1,20
38:1
**Schhiller (1)** 2:5
**Schiller (1)** 56:18
**school (7)** 20:4,16
21:4,8,11 28:12
29:17
**Sean (2)** 2:4 56:18
**second (1)** 44:2
**see (6)** 8:5,16 40:4
45:7,9,12
**seeing (1)** 44:22
**seen (5)** 8:2 10:1
18:10 36:5 44:17
**sell (1)** 42:16
**sent (5)** 7:5 14:7
14:14 15:9 44:22
**sentence (2)** 45:10
45:12
**September (1)**
12:10
**set (5)** 9:21 28:4
36:3 40:11 58:5
**setting (1)** 29:19

**seven (1)** 17:2
**seven-year-old (1)**
17:3
**share (1)** 34:21
**sheet (4)** 33:18
59:1,10,12
**sheets (2)** 57:7,8
**Shorthand (1)**
55:8
**shower (1)** 38:17
**side (1)** 40:4
**sign (2)** 57:5 58:11
**signature (6)** 8:6,8
18:15 53:8 59:21
60:21
**signed (2)** 57:7
59:12
**signing (2)** 18:19
58:1
**simply (3)** 5:2,9,19
**Sir (1)** 57:1
**sitting (1)** 6:3
**six (2)** 16:16 17:8
**Skype (4)** 14:15,19
14:21,22
**sleep-over (1)**
22:17
**Small (1)** 42:4
**Smith (3)** 17:1,3,4
**Smoak (3)** 1:16
2:13 3:14
**solve (1)** 50:4
**sorry (2)** 28:17
43:1
**Spanish (2)** 6:13
6:16
**speak (6)** 5:18
6:12 49:13,15
50:2 52:14
**speaking (2)** 5:17
50:7
**specific (1)** 16:6
**specifically (1)**
38:12
**spetterson@bsfl...**

2:9
**spoke (3)** 25:17
36:8 49:21
**start (1)** 32:8
**started (1)** 31:2
**starting (1)** 44:21
**STATES (1)** 1:1
**stay (1)** 28:10
**stayed (1)** 19:19
**Stewart (3)** 1:16
2:13 3:14
**stipend (11)** 38:21
39:2,4,6,11,13
39:16,18 40:9
41:4,6
**stipulated (2)**
40:10,16
**stop (1)** 28:9
**street (4)** 1:17
25:11,13,14
**strike (1)** 22:11
**Study (2)** 3:15,21
**stuff (2)** 29:17
38:19
**Suite (1)** 1:17
**summer (7)** 21:4
21:10,12,14,19
21:19 22:14
**Sunday (1)** 43:1
**supposed (3)** 28:2
30:21 47:12
**sure (8)** 17:15
27:11 30:14
32:19 34:16 44:3
44:5 50:5
**surname (1)** 13:9
**survey (1)** 10:18
**swimming (1)**
30:19
**sworn (2)** 3:6 55:6

---

**T**

**T (1)** 54:8
**take (11)** 4:2 5:9
5:12,13 16:2

28:9,12 30:18
38:17 40:3 44:14
**taken (7)** 35:13
55:4,7,14 58:4,8
59:8
**talk (4)** 14:9 16:3
26:10 27:8
**talking (1)** 24:11
**tell (6)** 5:9 15:16
36:16 47:7,10
50:8
**telling (1)** 47:14
**ten (1)** 48:21
**ten-year-old (8)**
17:13,17 20:6,14
20:16 21:13,20
22:20
**testified (12)** 3:7
36:8,19 41:13
42:10 48:5 49:9
49:20 50:11 51:3
51:9 52:2
**testifying (2)** 4:9
46:11
**testimony (4)** 6:5
55:5,7,11
**Thank (5)** 9:19
17:19 18:8 32:9
46:8
**thing (1)** 5:11
**things (1)** 38:5
**think (4)** 12:3 34:2
44:3 46:5
**thirty (1)** 57:12
**thought (2)** 26:8
45:4
**three (5)** 13:8 16:1
21:21 22:15 35:7
**time (20)** 5:19
8:22 17:10 26:2
26:8 28:10 30:5
31:1,14 32:4
35:10 38:10 41:9
41:14,15 45:14
46:1 49:10 55:8

Maidelyn Cristina Barrera Martinez
3/27/2018

Page 67

58:5

**times (8)** 19:19,21
19:22 27:11 37:2
37:7,10,11

**title (1)** 58:5

**today (5)** 4:2,8 6:3
6:19 46:8

**toddler (2)** 30:16
38:14

**told (6)** 26:7 38:16
45:21 47:4,12
53:3

**topics (1)** 51:16

**track (9)** 33:9,12
33:15,20,21 34:8
37:14,21 38:4

**tracked (1)** 36:19

**tracking (1)** 34:13

**training (2)** 16:5
16:12

**transcribed (1)**
55:9

**transcript (6)**
54:17 57:3,5
58:12 59:7,14

**travel (1)** 43:21

**true (1)** 55:10

**trust (1)** 50:3

**truthful (1)** 6:4

**Tucker (47)** 2:12
3:9,13 7:7,10,21
9:10,13 12:14
14:1 16:10 17:20
18:1 19:20 22:6
22:16 23:8 24:10
28:17,21 29:22
32:9,10 34:17
35:12,16,19
37:12,18 38:6,13
40:2,18 42:2
44:2,7,11 46:5
47:16 49:17
50:15 51:20 52:1
53:5 54:4,6
56:17

**Twice (1)** 52:11

**two (12)** 20:5,5,13
20:13 25:20
31:20,21 32:2,14
32:17,21 33:4

**two-year-old (4)**
17:12,16 31:15
32:21

**typewritten (1)**
58:9

---

**U.S (2)** 16:4 56:12

**understand (12)**
4:6,10,15,21 5:7
5:22 7:19 9:6
10:7 11:3 18:21
40:8

**understood (2)** 5:5
31:2

**UNITED (1)** 1:1

**university (1)** 53:1

**use (10)** 42:13,18
43:5,8,12,16
50:9 51:4,6,12

**usually (2)** 37:2,4

---

**v (3)** 1:6 56:11
59:4

**vacation (1)** 21:19

---

**wage (1)** 49:16

**wait (2)** 5:19 14:16

**waived (2)** 53:9
57:14

**wakes (1)** 38:19

**Waking (1)** 30:12

**wall (1)** 30:8

**want (5)** 17:15
27:11 32:18 44:2
44:3

**wanted (3)** 15:11
26:14 38:3

**Washington (2)**
1:17 27:21

**wasn't (5)** 27:3
37:5 43:1 45:6
50:5

**way (1)** 38:4

**We'll (1)** 53:7

**website (3)** 13:22
14:2,4

**week (18)** 34:6,7
37:21 39:2,3,17
42:22 45:21 47:2
47:8,9 49:1,4,7
49:18 50:12 51:1
51:2

**weekend (4)** 31:11
31:13 41:9,14

**weekends (1)** 43:2

**weekly (3)** 38:21
40:9 41:6

**weren't (4)** 21:10
27:12 36:16,18

**Westminster (1)**
56:4

**witness (7)** 1:11
3:4 53:9 54:2
55:5,7,11

**woman (2)** 52:10
52:19

**word (1)** 9:7

**work (16)** 19:13
28:1 29:11 31:11
31:13 36:20,22
37:13,22 38:7
45:1 46:3 47:8
47:10,13 51:16

**worked (4)** 33:10
33:13 34:9 41:14

**working (10)** 25:6
26:2,8 36:14,17
37:16,22 38:14
48:10 50:5

**write (2)** 33:16,19

**writing (2)** 30:1
34:13

**wrong (1)** 12:2

**www.albetzrepo...**
56:7

---

**X**

**X (2)** 54:1,8

---

**Y**

**yeah (5)** 8:1 13:6
25:14 28:1 47:9

**year (5)** 13:14,17
19:18 27:4,5

**years (1)** 17:2

**York (5)** 2:7,7,15
2:15 16:1

**youngest (1)** 48:6

---

**Z**

---

**0**

---

**1**

**1 (5)** 7:8,13 10:12
10:15 54:11

**1:10 (1)** 1:15

**1:14-cv-03074-C...**
1:8 56:13

**1000 (1)** 1:17

**10019 (1)** 2:15

**10022 (1)** 2:7

**13-month-old (1)**
45:13

**17 (2)** 13:5 54:13

**1745 (1)** 2:14

**17th (2)** 12:2,3

**180327dll_barre...**
56:10 59:3

**1909 (1)** 1:17

**195 (5)** 39:21
40:16 47:3 48:1
50:14

---

**2**

**2 (4)** 9:10,11,16
54:12

**2-415 (1)** 57:16

---

**2:01 (1)** 35:14

**2:19 (1)** 35:15

**2:47 (1)** 53:11

**20 (1)** 12:8

**200 (8)** 39:17,22
49:18 50:12,14
50:17,22,22

**2014 (6)** 11:21
12:4,19 13:1,3,5

**2015 (2)** 12:8,10

**2018 (3)** 56:9,15
59:6

**2019 (1)** 55:22

**21158 (1)** 56:4

**212 (2)** 2:8,16

**22nd (1)** 2:14

**26 (1)** 1:14

**27 (2)** 56:15 59:6

---

**3**

**3 (7)** 17:20,21 18:4
20:18 40:3 54:4
54:13

**30 (3)** 1:14 55:22
57:12

**30(e) (1)** 57:15

**35 (1)** 54:14

---

**4**

**4 (3)** 35:17,21
54:14

**4:30 (1)** 37:8

**402-3376 (1)** 56:5

**410 (1)** 56:5

**44 (1)** 54:15

**446-2300 (1)** 2:8

**45 (7)** 25:6 37:17
37:20,20 47:9
49:3 50:6

**46 (1)** 54:5

**492-2500 (1)** 2:16

---

**5**

**5 (8)** 31:5,7,16
37:3 44:9,13

Movant's App. 000527

Maidelyn Cristina Barrera Martinez
3/27/2018

Page 68

```
  48:18 54:15
5:30 (1) 37:8
50 (1) 49:1
52 (1) 54:6
575 (1) 2:6

        6
665 (1) 56:3

        7
7 (8) 20:18 30:12
  31:2,6,16 37:2
  48:18 54:11

        8
875-2857 (1) 56:5
877 (1) 56:5

        9
9 (2) 54:12 56:9
```

Movant's App. 000528

NORA RAAK - 03/22/2018

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF COLORADO

 3   ----------------------------------------------------x
     JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4   BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
     JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5   JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                    Plaintiffs,

 7
                  -against-          Civil Action No:
 8                                   14-cv-03074-CMA-CBS

 9   INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
     LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10   AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
     CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11   INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
     AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12   NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
     FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13   AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
     AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14   EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
     INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15   ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAUPAIR, and
     GOAUPAIR OPERATIONS, LLC,
16                    Defendants.

17   ----------------------------------------------------x

18        EXAMINATION BEFORE TRIAL of the Plaintiff,

19   NORA RAAK, taken by the Defendant, pursuant to Court

20   Order, held at the offices of Ogletree, Deakins,

21   Nash, Smoak & Stewart, P.C., 1745 Broadway, 22nd

22   Floor, New York, New York 10019, on March 22, 2018,

23   at 11:34 a.m., before a Notary Public of the State

24   of New York.

25   ****************************************************
```

NORA RAAK - 03/22/2018                    Pages 2..5

Page 2

1  A P P E A R A N C E S :

2

3  BOISE SCHILLER FLEXNER LLP
        Attorneys for Plaintiffs
4       1999 Harrison Street
        Oakland, California 94612
5  BY:  JUAN P. VALDIVIESO, ESQ.

6

7

8

   OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
9       Attorneys for Defendants
        AMERICAN INSTITUTE FOR FOREIGN STUDY,
10      d/b/a AU PAIR IN AMERICA
        1745 Broadway
11      New York, New York 10019
12 BY:  ROBERT M. TUCKER, ESQ.

13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        S T I P U L A T I O N S

2

3

4

5

6        IT IS HEREBY STIPULATED AND AGREED by and
7  between the attorneys for the respective parties
8  herein, that filing, sealing and certification,
9  and the same are, hereby waived.

10

11       IT IS FURTHER STIPULATED AND AGREED that
12 all objections except as to the form of the
13 question, shall be reserved to the time of the
14 trial.

15

16       IT IS FURTHER STIPULATED AND AGREED that
17 the within deposition may be signed and sworn to
18 by an officer authorized to administer an oath,
19 with the same force and effect as if signed and
20 sworn to before the Court.

21
22
23
24
25

Page 4

1
2  NORA RAAK,  the witness herein, having been first
3  duly sworn by a Notary Public of the State of New
4  York, was examined and testified as follows:
5  EXAMINATION BY
6  MR. TUCKER:
7        (Whereupon, Consent To Join form was
8  marked as Raak Exhibit 1, for identification,
9  as of this date.)
10       (Whereupon, Notice of Your Right to Join
11 Lawsuit For Unpaid Wages was marked as Raak
12 Exhibit 2, for identification, as of this
13 date.)
14       (Whereupon, Host Family and Au
15 Pair/Companion Agreement was marked as Raak
16 Exhibit 3, for identification, as of this
17 date.)
18       (Whereupon, Host Family/Au Pair Agreement
19 was marked as Raak Exhibit 4, for
20 identification, as of this date.)
21 Q.  State your name for the record, please.
22 A.  Nora Raak.
23 Q.  State your address for the record, please.
24 A.  3477 Lily Way, San Jose, California 95134.
25 Q.  Hello, Ms. Raak.  My name is Robert Tucker.

Page 5

1                 N. RAAK
2  I am an attorney with Ogletree, Deakins, Nash, Smoak
3  & Stewart, P.C.  We represent the defendant,
4  American Institute For Foreign Study, doing business
5  as Au Pair in America.
6        Since my client's name is lengthy, I am going
7  to refer to my client as APIA or Au Pair in America.
8  So when I say APIA or Au Pair in America, I am
9  referring to the defendant, American Institute For
10 Foreign Study doing business as Au Pair in America;
11 is that clear?
12 A.  Yes.
13       MR. VALDIVIESO:  Rob, I'm sorry to
14 interrupt.  Do you want me to enter my
15 appearance?
16       MR. TUCKER:  Oh, yes.  Sorry, Juan.
17 Please go ahead.
18       MR. VALDIVIESO:  Juan Valdivieso, Boies
19 Schiller Flexner on behalf of Ms. Raak and
20 the plaintiffs.
21       MR. TUCKER:  Thank you.
22 Q.  We are here today so that I can take your
23 deposition.  As you may know, the purpose of this
24 deposition is for me to ask you questions and for
25 you to answer those questions under oath.  Do you

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-3   filed 05/23/19   USDC Colorado   pg 283 of 399
Case 1:14-cv-03074-CMA-KMT   Document 1071.1   Filed 05/09/18   USDC Colorado   Page 283 of 399

Page 6

**N. RAAK**

1  understand?
2
3    A.  Yes.
4    Q.  Your answers today can be used in this case
5  as if you were testifying in front of the judge.  Do
6  you understand?
7    A.  Yes.
8    Q.  As I ask you these questions, I am going to
9  ask that you keep a few instructions in mind.
10  First, it is necessary that you respond orally or
11  aloud to my questions?  Do you understand that?
12    A.  Yes.
13    Q.  The court reporter is here taking down
14  everything we say, and gestures or nods or other
15  nonverbal responses cannot be recorded by the court
16  reporter.
17      If you do not hear a question, say so, and I
18  will repeat it.  If you do not understand a
19  question, say so, and I will rephrase it.  If you do
20  not know or remember the information necessary to
21  answer a question, simply say so.  If you answer a
22  question, I will assume you have heard it,
23  understood it, and given me your best recollection.
24  Do you understand?
25    A.  Yes.

Page 7

**N. RAAK**

2    Q.  If you need to take a break, simply tell me
3  you need to take a break, and I will accommodate
4  you.  The only thing I ask is that you answer any
5  question that is pending before you take a break.
6  You may not take a break while a question is
7  pending.  You must first answer any question.  Is
8  that clear?
9    A.  Yes.
10    Q.  The same rule applies for speaking to your
11  attorney.  If you need to speak to your attorney at
12  any time, I simply ask that you wait until after you
13  answer any pending question.
14    A.  Okay.
15      MR. VALDIVIESO:  Let me just jump in
16      there.  If you do need to speak with me,
17      please pause your video and monitor and then
18      call me because any conversations that we
19      have need to be confidential in order to
20      maintain the attorney/client privilege.
21    Q.  If your pause button doesn't work, just
22  simply let me know that you need to speak with your
23  attorney, and I will pause it for you, okay?
24    A.  Okay.  I was actually going to ask because
25  now I can see it is recording, but I still cannot

Page 8

**N. RAAK**

1  see anything pause or stop or nothing like that.  I
2
3  am not able to do that.
4    Q.  Then I would ask if you need to speak with
5  Mr. Valdivieso, that you just simply let me know,
6  and I will pause the deposition.
7    A.  Okay.  Can I have just one second to put my
8  phone on do not disturb because people keep texting
9  me, and I don't want to do that.
10    Q.  Of course.  Take your time.  Just let me know
11  when you are all set.
12    A.  I forgot to do that.  I'm sorry.
13    Q.  That's fine.
14    A.  Okay.  I am back.  Thank you.
15    Q.  Okay.  Great, excellent.
16      Is there any reason sitting here today that
17  you cannot give truthful and complete testimony in
18  this matter?
19    A.  No.
20    Q.  Are you taking any medications that affect
21  your memory?
22    A.  No.
23    Q.  Do you have a good memory?
24    A.  I do.
25    Q.  Did you discuss this case with anyone other

Page 9

**N. RAAK**

2  than you attorneys before coming here today?
3    A.  No.
4    Q.  Did you review any documents before coming
5  here for your deposition?
6    A.  Yes.
7    Q.  What documents did you review?
8    A.  The contract that I signed a couple of years
9  ago with Au Pair in America.  The other document
10  that belonged to these documents.  I mean, I did
11  remember the others, but I didn't remember the exact
12  amount that I earned at that time, so I had to
13  double check how much it was.
14    Q.  Did you review any documents other than the
15  contract you signed?
16    A.  No.
17    Q.  How did you learn of this lawsuit?
18    A.  I received an e-mail a couple of months ago
19  from who I can check in my Gmail, but I can't
20  remember the name of the person that -- That's why I
21  found out.
22    Q.  Was it from someone you had a previous
23  relationship?
24    A.  No.
25    Q.  In advance of the deposition today I provided

Movant's App. 000531

Page 10

N. RAAK

1
2  to your attorney four documents, which have been
3  marked as Raak Exhibits 1, 2, 3, and 4.
4       Did you receive copies of those?
5  A.  Yes, I did.
6  Q.  Do you have them physically in front of you
7  now or are you able to --
8  A.  Yes.  I can open them in my e-mail.
9  Q.  Can you please open Raak Exhibit 1, and just
10 so we are on the same page, I am going to hold this
11 up so we can see it's this document?
12 A.  Yes.
13      MR. TUCKER:  Juan, you see that?
14      MR. VALDIVIESO:  I need one second.  I
15      had one open and I lost it.  So I am pulling
16      it up right now.  Okay.  I'm with you.
17      Exhibit 1?
18      MR. TUCKER:  Yes.
19      MR. VALDIVIESO:  Yes.  Thank you.
20 Q.  Ms. Raak, can you just please review the
21 document and let me know when you have done so.
22 A.  Sure.  I am reading it, sorry.
23 Q.  No, no.  Take your time.
24 A.  Yes.  I am done.
25 Q.  Okay.  Thank you.

Page 11

N. RAAK

1
2       Have you seen this document before?
3  A.  Honestly, I can't remember.
4  Q.  Do you know what it is?
5  A.  Yes.
6  Q.  What is it?
7  A.  It's that I agree and I wanted to join to
8  this lawsuit.  That's what I signed.
9  Q.  Did you complete the form?  Did you fill out
10 the information?
11 A.  Yes.
12 Q.  Is that your signature in about the middle of
13 the page?
14 A.  Yes.
15 Q.  Was the information on this form accurate at
16 the time you completed it?
17 A.  Yes.
18 Q.  Is there anything on the form that is
19 inaccurate as of today?
20 A.  Yes, our address.  We moved.
21 Q.  Other than your address, is there anything
22 else that is inaccurate?
23 A.  No, no.
24 Q.  Ms. Raak, I am going to ask you to take a
25 look at Raak Exhibit 2, if you could.  Just pull

Page 12

N. RAAK

1
2  that document up and review it, and let me know when
3  you have done so.  I am just going to hold this up.
4  This is what I am referring to when I say Raak
5  Exhibit 2?
6  A.  Okay, okay.  I am done.
7  Q.  Okay.  Thank you.
8       Have you seen this document before?
9  A.  I don't remember.
10 Q.  Can you identify it now?
11      MR. VALDIVIESO:  Objection to form.
12      If you understand the question, you may
13      answer it.
14 A.  I don't really understand.
15 Q.  Do you know what it is?
16 A.  I do.
17 Q.  Okay.  What is it?
18 A.  Well, it's actually the same thing that the
19 other one is, the Exhibit 1.  Just a detailed one.
20 I would say.
21 Q.  Do you understand it?
22 A.  Yes.
23 Q.  So you don't recall if you reviewed the
24 document before you completed the Consent To Join?
25 A.  No, I don't remember.

Page 13

N. RAAK

1
2  Q.  Have you completed a questionnaire in
3  connection with this lawsuit regarding your
4  experiences as an au pair?
5  A.  I started it but I didn't finish it.
6  Q.  Did you provide your responses to date to
7  your attorneys?
8  A.  Can you repeat, please.  I'm sorry.
9  Q.  Have you provided the responses you did
10 complete to your attorneys?
11 A.  No, I didn't.
12 Q.  Were there any questions on the questionnaire
13 that you did not understand?
14 A.  You mean the ones that I started and didn't
15 finish?
16 Q.  Correct.
17 A.  No.
18 Q.  Did you rely on any document to assist you in
19 answering the questions you completed so far?
20 A.  Could you repeat, please.  I'm sorry.
21 Q.  No problem.
22      Did you rely on any documents to assist you
23 in completing the responses you provided so far?
24 A.  No.
25 Q.  Did anyone assist you in answering the

Movant's App. 000532

Page 14

```
 1                  N. RAAK
 2   questions?
 3     A.  No.
 4     Q.  Are the answers you provided so far accurate?
 5     A.  Yes.
 6     Q.  When did you participate in the APIA au pair
 7   program?
 8     A.  2013, August, and I finished it in 2015,
 9   August.
10     Q.  Do the dates August 19, 2013, through
11   August 18, 2015, sound correct?
12     A.  Yes, it does.
13     Q.  Do you recall specifically when you were
14   placed with your host family?
15     A.  When I got to my host family?
16     Q.  Yes.
17     A.  I don't remember if the orientation training
18   was three or four days long.  So like, three or four
19   days after August 19th.
20     Q.  What is the host family's surname?
21     A.  ███████████
22     Q.  Can you spell that, please.
23     A.  ██████████.
24     Q.  How long did your placement last?
25     A.  My placement?
```

Page 15

```
 1                  N. RAAK
 2     Q.  Your placement with the host family?
 3         MR. TUCKER:  Let me rephrase.
 4     Q.  How long were you placed with the ████
 5   family?
 6     A.  Two years long.  I stayed with them two years
 7   long.
 8     Q.  So your placement concluded in or about
 9   August 2015; is that correct?
10     A.  I'm sorry.
11     Q.  Your stay with the ████ family concluded in
12   or about August 2015; is that accurate?
13     A.  Yes.
14     Q.  How did you locate the ████ family?
15     A.  How did I get to them or --
16     Q.  Yes.  How did you find them?
17     A.  Oh, how did I find them.  By the Au Pair in
18   America -- not website.  They had, like, a database
19   or something like that, so the families were able to
20   see me.  I couldn't see the families so the family
21   found me.
22     Q.  Can you briefly explain the process by which
23   you matched with the ████ family?
24     A.  Yes.  So there was a lady working for Au Pair
25   in America.  I can't remember her name.  I might
```

Page 16

```
 1                  N. RAAK
 2   have her e-mail, but I'm not sure, and she e-mailed
 3   me that a California family is looking for a
 4   Hungarian au pair, and she sent me the letter from
 5   the family.  When they, you know, just introduced
 6   themselves.  Then I read the letter and they were
 7   able to see me by the database when they uploaded
 8   everything, the pictures and the letter and things
 9   like that, and then we had, I think, one or two
10   Skype calls.  Then we did the match.  I mean, she
11   did the match.  My host mom did the match and that
12   was it.
13     Q.  When you say "Skype calls," were they
14   interviews?
15     A.  I would say it was an interview.
16     Q.  Did APIA participate in the interviews?
17     A.  No.
18     Q.  Who determined whether or not you were going
19   to match with the ████ family?
20     A.  I don't understand, sorry.
21     Q.  Whose decision was the match?  Who made the
22   decision to match with the ████ family?
23     A.  Well, it was -- I mean, we decided together.
24   So if I would have said no, I could have said no,
25   but she e-mailed me that after we spoke the second
```

Page 17

```
 1                  N. RAAK
 2   time -- her daughter was there too -- and then she
 3   e-mailed me that her daughter really enjoyed the
 4   conversation with me and she thought that she was
 5   going to do the match today or tomorrow.  I can't
 6   remember what she wrote but something like that, and
 7   then they did the match.  I mean, she did the match
 8   with me.
 9     Q.  When you said "we decided together," who is
10   we?
11     A.  The host mom and I.
12     Q.  Did APIA have any role in that decision?
13     A.  No.
14     Q.  You testified earlier about an orientation,
15   correct?
16     A.  Yes.
17     Q.  Did you participate in an orientation?
18     A.  Yes, I did.
19     Q.  When approximately to your arrival with your
20   host family did you participate in the orientation?
21     A.  Just a couple of days before I arrived to my
22   family.
23     Q.  What did the orientation consist of?
24     A.  You mean what we talked about and what was it
25   about?
```

Case No. 1:04-cv-03074-CMA-KMT Document 1071-10 filed 05/23/19 USDC Colorado pg 286 of 399
Case 1:14-cv-03074-CMA-KMT Document 1071.10 Filed 05/09/18 USDC Colorado Page 286 of 399

Page 18

1                    N. RAAK
2     Q.  Correct.
3     A.  So it was first day training they talked
4  about the cultural differences.  That the lady
5  actually told us that we might have to remind the
6  host families about the pocket money.  That's how
7  they called it or else they might forget it.  What
8  else?  Actually, right now that is what I can
9  recall.
10    Q.  Was there child care training at the
11 orientation?
12    A.  I don't remember.  They talked about babies.
13 That I remember.  That we should not shake them, but
14 it didn't apply to me because I was taking care of a
15 10-year-old girl, but that's what I remember.  That
16 they told us that we can never shake a baby, but
17 other child care training, no, not really.  I can't
18 remember, but I don't remember they said anything
19 about that.
20    Q.  Where did the training occur?
21    A.  Where?
22    Q.  Correct.
23    A.  In New York.  In a hotel.
24    Q.  How long did it last?
25    A.  I don't remember.  It was either three days,

Page 19

1                    N. RAAK
2  two nights or four days, three nights.
3     Q.  Ms. Raak, I am going to ask you to review now
4  the documents that have been marked Raak Exhibits 3
5  and 4.  I am going to hold them up to the screen
6  just so you see.  This is 3 and that's 4.
7     A.  Okay.  I have it here.
8         MR. TUCKER:  Folks, I apologize.  I just
9         got a notification that the Internet
10        connection is unstable.  So if for some
11        reason I start to cut out or that the video
12        feed goes dead, just let me know, and we will
13        try to resume.  Thank you.
14        THE WITNESS:  Okay.
15    Q.  Okay.  So have you had a chance to review
16 those documents?
17    A.  Not yet.  Just give me one second.
18    Q.  Yes.  Please just let me know when you are
19 finished?
20    A.  Okay.  I am done.
21    Q.  Thank you.
22        Have you seen these documents before?
23    A.  Yes.
24    Q.  Can you identify them?
25    A.  Yes.

Page 20

1                    N. RAAK
2     Q.  What are they?
3     A.  I'm sorry.
4     Q.  What are they?
5     A.  That was the form that I had to sign.  I mean
6  we, the host family and I, when we started the
7  program and also when I started my second year
8  extension program.
9     Q.  Just looking at Exhibit 3 -- This is the
10 Exhibit 3.
11    A.  Yes.
12    Q.  Is that your signature or name at the bottom
13 there?
14    A.  Yes.
15    Q.  Okay, great.
16        Now, looking as Exhibit 4, this exhibit?
17    A.  Yes.
18    Q.  Is this document cut off?
19    A.  What do you mean?  I don't understand.
20    Q.  Meaning is this the entire document?
21    A.  No, it is not.
22    Q.  Do you know what happened to the rest of the
23 document?
24    A.  No.
25    Q.  Do you have this document in full?

Page 21

1                    N. RAAK
2     A.  I do.
3     Q.  Is your signature on the bottom of this
4  document, the full document?
5     A.  Honestly, I have to check.  I have it here
6  right next to me.
7         MR. VALDIVIESO:  Rob, let me just
8         interject here.  This document was the
9         picture that I received.  If you would like
10        the full document, I am happy to provide it.
11        THE WITNESS:  Yeah.  I would like to see
12        the full document.
13        MR. VALDIVIESO:  So this is the picture
14        that I received from Ms. Raak.  Rob, if you
15        would like to get the full copy after the
16        deposition, I can have a proper copy made and
17        we can send it to you.  I just sent it to you
18        as a courtesy as quick as possible to ensure
19        that you had it.
20        MR. TUCKER:  Understood.  If she has the
21        document with her, I would ask her to go
22        ahead and review it.  If you want to send it
23        to me afterwards, that's fine.  I don't need
24        the document now.
25    Q.  So, Ms. Raak, if you have it, do you mind

Page 22

N. RAAK

2  just taking it out and looking at it?
3    A.  Yes.
4         MR. VALDIVIESO:  While Ms. Raak is
5    reviewing the document, can we go off the
6    record briefly.
7         MR. TUCKER:  That's fine.
8         (Whereupon, a discussion was held off the
9    record.)
10   Q.  So, Ms. Raak, you have found the document?
11   A.  Yes (indicating).
12   Q.  Is your signature at the bottom of the
13 document?
14   A.  No.
15   Q.  Do you recall whether you signed a document
16 before --
17   A.  I did.
18   Q.  Let me just finish.
19        -- before you entered your second year with
20 the ▆▆▆▆ family?
21   A.  Yes, I did.
22   Q.  Do you recall if it was that document, the
23 document you have in front of you and the document
24 that has been marked Exhibit 4?
25   A.  Yes.

Page 23

N. RAAK

2    Q.  So it was that document?
3    A.  Yes.
4    Q.  So the copy you have just happens to be
5  unsigned?
6    A.  Yes, because it is not a copy.  I mean,
7  because they sent me the letter with all the
8  documentations and everything about the extension
9  program around April or May.  I just can't remember
10 when the deadline was, and they enclosed this
11 document too, but we signed it when our community
12 counselor came to the family, and we had to sign
13 this form again.  Just like in the first year.
14   Q.  Great.  Thank you.
15        Do you recall if you reviewed both Exhibit 3
16 and the agreement that is marked as Exhibit 4 before
17 you signed those documents?
18   A.  Yes.
19   Q.  So you did review them?
20   A.  Yes.
21   Q.  Is there anything in these documents that's
22 inconsistent with your understanding of the au pair
23 program guidelines?
24        MR. VALDIVIESO:  Objection to form.
25   A.  You mean that if I understood everything that

Page 24

N. RAAK

2  I read?
3    Q.  No.
4         MR. TUCKER:  Let me rephrase.
5    Q.  Is there anything in these documents that is
6  inaccurate?
7         MR. VALDIVIESO:  Objection to form.
8    A.  Well, actually, yes.
9    Q.  What is inaccurate?
10   A.  For instance, the weekends.  So the days off,
11 weekends, and things like that.  It wasn't always
12 like that.  The way it is written down here.
13   Q.  What do you mean specifically?  What part of
14 the agreement?
15   A.  So also it says that "We understand that the
16 au pair is to receive a minimum of one and a half
17 days off per week in addition to one weekend, Friday
18 evening to Monday morning, off each month," and I
19 did not always have that.
20   Q.  But did you understand that the program
21 guidelines required a minimum of one and a half days
22 off per week in addition to one weekend off each
23 month?
24   A.  Yes, I did understand.
25   Q.  Is there anything else in these documents

Page 25

N. RAAK

2  that you think is inaccurate?
3         MR. VALDIVIESO:  Objection to form.
4    A.  The money that I got for studying.  In the
5  second year I didn't spend the whole $1,000.
6    Q.  Can you elaborate?
7    A.  I'm sorry.
8    Q.  Can you please elaborate about what you are
9  referring to?
10   A.  What do you mean?  I don't understand the
11 question.
12   Q.  I'm sorry.  I mean, what part of the
13 agreement are you referring to that you think is
14 inaccurate?
15   A.  So that part that "We understand the host
16 family is required, in addition to covering
17 transportation costs to and from class, to reimburse
18 tuition and related material costs," and blah, blah,
19 blah.  So that part, that one, two, three, four,
20 five, six, seven, eight.  The ninth check, and it
21 says that the EduCare Program for $1,000 for nine
22 month extension goes on the EduCare Program and I
23 wasn't EduCare, and I extended my program for
24 12 months, and I did not spend the $1,000 in the
25 second year, but I did finish my credits.  So I

Movant's App. 000535

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-10 filed 05/23/19   USDC Colorado   pg 288 of 399

Page 26

N. RAAK

1  completed my credits.
2      N. RAAK
3      Q. Is there anything else on these documents
4  that you think is inaccurate?
5          MR. VALDIVIESO: I am just going to
6      object to form again, but you may answer.
7      A. The 30 hours of child care. Sometimes it was
8  more than 30 hours.
9      Q. Okay. But was it your understanding that
10 under the au pair program guidelines, you were not
11 to provide more than 30 child care hours per week?
12         MR. VALDIVIESO: Objection to form.
13         You may answer.
14     A. No. It's actually -- I mean, it's not clear.
15     Q. Let's just back up a little bit. What I am
16 trying to talk about when I say the guidelines -- I
17 understand your experience -- You know, there's a
18 question of what you actually did and what the
19 guidelines were. Now, those things may be the same.
20 They may be different. What I am asking for is not
21 what you, yourself, did. I am asking what you
22 understood the guidelines to be. So let me ask
23 again to make sure the record is clear and we are on
24 the same page.
25         Was it your understanding that the program

Page 27

N. RAAK

1  guidelines prohibited you from providing more than
2  30 hours of child care each week?
3      A. No.
4      Q. So why did you sign the agreement?
5      A. Well --
6          MR. VALDIVIESO: I am going to object to
7      form on that one too.
8          You can answer.
9      A. No. I don't want to answer.
10         MR. VALDIVIESO: You have to. You
11     actually have to answer the questions unless
12     I instruct you that you cannot answer them,
13     but if you don't understand, you can ask for
14     clarification.
15     A. Okay. Then I would like to ask for
16 clarification.
17         MR. TUCKER: Can you just read back the
18     question.
19         (Whereupon, the record was read by the
20     reporter.)
21     Q. You testified that it was your understanding
22 that the program did not prohibit you from working
23 more than 30 hours per week, correct?
24     A. Excuse me. Can you repeat, please.

Page 28

N. RAAK

1      MR. TUCKER: Can you just repeat it.
2          (Whereupon, the record was read by the
3      reporter.)
4      A. Yeah. I mean, I thought I was going to be
5  working for 30 hours and that's it, and I trusted
6  the agency and I trusted the family.
7      Q. So was it your understanding that in the
8  program you were not to provide more than 30 hours
9  of child care per week?
10     A. Yes.
11     Q. Is there anything else on Exhibits 3 and 4
12 that you think is inaccurate? You can take your
13 time to review and just let me know.
14     A. Yeah, the payment. So my host mom didn't
15 give me the exact change. So she didn't give me
16 $146.81. She gave me $147 a week usually.
17     Q. But isn't a payment of $147 a week consistent
18 with the guidelines set forth in these documents?
19     A. Can you repeat, please. I'm sorry.
20     Q. Wasn't payment of a $147 weekly stipend
21 consistent with the guidelines set forth in these
22 documents?
23     A. You mean that if I received it every week?
24     Q. You testified you received $147 per week; is

Page 29

N. RAAK

1  that correct?
2      A. Yes.
3      Q. Was that weekly payment consistent with these
4  guidelines?
5          MR. VALDIVIESO: Objection to form.
6      A. I don't understand. I'm sorry.
7      Q. No, no. It's okay.
8          Can we look at Exhibit 4? Do you have that
9  in front of you?
10     A. Yes.
11     Q. Do you see the fifth check mark?
12     A. Yes.
13     Q. Can you read that aloud.
14     A. "We understand the au pair is to receive, at
15 a minimum, the weekly stipend of $195.75 for the
16 standard program; $250 for Extraordinaire Program;
17 $146.81 for EduCare, for each week of her program
18 extension term."
19     Q. So what does that mean?
20     A. That the family should pay $146.81 every
21 single week because I am watching their child.
22     Q. But doesn't it say at a minimum? Do you see
23 that in the document?
24     A. Yes, exactly. At least.

Movant's App. 000536

Page 30

N. RAAK

2  Q.  So is it your testimony that the au pair is
3  supposed to receive at least 146.81 per week?
4  A.  Yes.  I mean, that's what minimum means to
5  me.  At least that is what they have to pay.
6  Q.  So wasn't your weekly payment of $147.00 in
7  compliance with that guideline we just discussed?
8  A.  Yes.
9  Q.  Did you understand that guideline at the time
10 you signed these documents?
11 A.  If I understood?
12 Q.  Yes, at the time you signed these documents?
13 A.  At the time I signed, yes, I did.
14 Q.  Aside from these agreements, and by these
15 agreements I am referring to Exhibit 3 and
16 Exhibit 4, did you enter into any other agreements
17 with your host family?
18 A.  Any other agreements?  What do you mean?
19 Q.  I mean any other agreements?
20 A.  You mean extra hours or --
21 Q.  Well, let me ask you this:  What is an
22 agreement?
23 A.  Something that people agreed on.
24 Q.  Let me rephrase the question, okay?
25    Did you and your host family reach any other

Page 31

N. RAAK

2  written agreements?
3  A.  Written, no, no.
4  Q.  How many individuals resided in the host
5  family home during your placements?
6  A.  The host mom and the host kid.  Two people.
7    MR. TUCKER:  I love how you said host mom
8  and host kid.  I am just going to read a
9  little statement here about the host here, I
10 guess, because I believe there's just one,
11 so.  "I am about to ask you some questions
12 about the host family in which you were
13 placed during your participation in the au
14 pair program.  In order to preserve the
15 confidentiality of host family's child, I ask
16 that you refer to the child by gender and
17 approximate age.  So for example, if one of
18 the children is John Smith and approximately
19 seven years, I would ask that you refer to
20 John Smith as the seven-year-old boy instead
21 of by his name."
22 Q.  Are you comfortable with that?
23 A.  Yes.
24 Q.  Can you please identify those two
25 individuals?

Page 32

N. RAAK

2  A.  Okay.  But I can still call the host mom,
3  host mom?
4  Q.  Or you can refer to her by her name.  I am
5  fine with that.  I'm just really worried about
6  the --
7  A.  So ████████ and the 10-year old girl.
8  Q.  Okay, Perfect.  Thank you so much.
9    Can you spell ██████
10 A.  ██████.
11    MR. VALDIVIESO:  Actually, Rob, that's, I
12 think, a great practice.  I think you should
13 share that with your codefendants.
14    MR. TUCKER:  Off the record real quick.
15    (Whereupon, a discussion was held off the
16 record.)
17 Q.  Did Ms. ████ have full-time employment --
18 A.  Yes.
19 Q.  Let me just finish, sorry.
20    When you were placed in her home, did she
21 have full-time employment when you were placed in
22 her home?
23 A.  Yes.
24 Q.  Was that for the full extent of your
25 placement period?

Page 33

N. RAAK

2  A.  Yes.
3  Q.  Did Ms. ████ ever work from home?
4  A.  Yes, she did.
5  Q.  How frequently did she work from home?
6  A.  I don't remember.  Not very often.  Once or
7  twice month I would say, but I don't remember
8  exactly.
9  Q.  That once or twice a month, would that be a
10 full day of work at home?
11 A.  No, just conference calls in the morning.
12 Q.  Did the 10-year-old girl attend school during
13 your placement?
14 A.  Yes.
15 Q.  She didn't attend day care at all, did she?
16 A.  No.
17 Q.  Did she attend camp at any time during the
18 placement?
19 A.  Yes.
20 Q.  Do you remember approximately in which months
21 she was in school?
22 A.  Which months?  From September until -- or end
23 of August.  I don't remember.  Either from end of
24 August or the beginning of September until June.
25    MR. VALDIVIESO:  I am just going to

Case No. 1:14-cv-03074-CMA-KMT Document 1078-23 filed 05/23/18 USDC Colorado pg 290 of 399

Page 34

1                  N. RAAK
2       object with the time frame you are talking
3       about.
4              MR. TUCKER:  I said during the placement,
5       so.
6       Q.  Well, let me ask you this, I guess:  You said
7   approximately September to June, correct?
8       A.  Yes, each year.
9       Q.  So each year.
10             MR. VALDIVIESO:  I am just trying to help
11         you have a clear record.
12             THE WITNESS:  I'm sorry.
13             MR. TUCKER:  No, no, no.  I should
14         sharpen up my questions, right?
15      Q.  What was her school schedule?
16      A.  So she had full days from 8:00 a.m. until
17   3:00 p.m. Monday, Tuesday, Thursday, and Friday, and
18   Wednesday she got off early at 1:00 or 1:30.  I
19   don't remember.
20      Q.  Was that schedule consistent for both years
21   of your placement?
22      A.  I mean, she had after-school activities, so
23   it wasn't like full schedule.
24      Q.  Right.  No, no, just her --
25      A.  The school schedule was like this, yes, for

Page 35

1                  N. RAAK
2   the two years.
3       Q.  Let's talk about those after-school
4   activities.
5           What after-school activities did she
6   participate in?
7       A.  Ice skating and basketball.
8       Q.  Did those activities have a regular schedule?
9       A.  Yes, and she had before-school activities as
10   well.
11      Q.  What were those activities?
12      A.  Ice skating and orchestra.
13      Q.  Did those activities have a regular schedule?
14      A.  Yes.
15      Q.  Can you tell me the basketball schedule?
16      A.  Basketball schedule, she had games that I had
17   to take her to but no practice.  I don't remember if
18   she had practice.  Just games.
19      Q.  Do you recall how often the games were?
20      A.  Once or twice a week.
21      Q.  Do you recall approximately how long the
22   games were in duration?
23      A.  I don't remember.  Like one and a half, two
24   hours.  Something like that.
25      Q.  Did you attend the games?

Page 36

1                  N. RAAK
2       A.  Yes.
3       Q.  All of them?
4       A.  No.
5       Q.  How many games did you not attend?
6       A.  I don't remember.  Not too many.
7       Q.  So you attended more than half the games?
8              MR. VALDIVIESO:  Objection to form.
9              You may answer.
10      A.  I don't remember.
11      Q.  You testified there was ice skating in the
12   afternoon, correct?
13      A.  Yes.
14      Q.  What was the ice skating schedule for the
15   afternoon?
16      A.  It was once or twice a week in the afternoon
17   at the beginning, and then it turned to morning
18   practices.  So she had three practices each week ice
19   skating.
20      Q.  How long did the practices last?
21      A.  One hour long.  Let me think.  Okay.  I'm not
22   sure about that.  Maybe it was 30 minutes.  I don't
23   remember, sorry.
24      Q.  No.  That's fine.
25          Did you take her to the ice skating

Page 37

1                  N. RAAK
2   practices?
3       A.  Yes, I did.
4       Q.  Did you remain with her during the practices?
5       A.  Yes.
6       Q.  You testified to ice skating, basketball.
7          Was there another activity I didn't write
8   down?
9       A.  Orchestra.
10      Q.  Orchestra, that's it.  Thank you.
11          What was the orchestra schedule?
12      A.  It was just once a week.
13      Q.  How long in duration?
14      A.  I don't know because I had to take her to
15   school, so I don't know how long it took because she
16   just stayed there and she went to school to her
17   regular classes.
18      Q.  So you didn't remain with her for orchestra?
19      A.  No.  I just had to take her earlier to
20   school.
21      Q.  You testified earlier the 10-year-old girl
22   participated in camp, correct?
23      A.  Yes.
24      Q.  Was that a day camp?
25      A.  What do you mean about day camp?

Movant's App. 000538

Page 38

N. RAAK

2  Q. Well, let me ask a different question.
3  When she was participating in camp, did she
4  reside in the host family's home?
5  A. Did she reside? What does that mean? I'm
6  sorry.
7  Q. No, no, no. I am probably being a little bit
8  too formal. Let me ask a different question.
9  What camp did she participate in?
10  A. I remember surf camp, some art camp. There
11  was another camp where it was like a day care, and I
12  don't remember more.
13  Q. Were the camps seasonal?
14  A. Yes.
15  Q. Were they in the summertime?
16  A. Yes.
17  Q. Her's another way to ask the question from
18  before.
19  Were they sleep-over camps?
20  A. Some of them were and some of them were not.
21  Q. Which camps were sleep-over camps?
22  A. The surf camp was sleep-over for sure, and
23  the art camp was just like a day care. So I had to
24  take her there and I had to pick her up, and the
25  other camp that I talked about that I can't remember

Page 39

N. RAAK

2  the name of it, that was the same, and now I just
3  remembered she had a camp -- another camp. It was
4  like an acting thing, like a theater thing, and that
5  was also when I had to take her there and pick her
6  up.
7  Q. Okay. For how long did she participate in
8  the surf camp?
9  A. For how long? For a week, seven, eight days.
10  Something like that. I don't remember exactly.
11  Q. What was the schedule for the art camp?
12  A. For the art camp?
13  Q. Yes.
14  A. I don't remember. I mean, did you mean what
15  time I dropped her off and picked her up.
16  Q. Right.
17  A. Well, in the morning and, like, in the
18  afternoon. Like 3:00, 4:00 p.m. I don't remember
19  exactly.
20  Q. Do you remember the schedule for the acting
21  camp?
22  A. No. It was kind of the same. Like, in the
23  morning and picking up in the afternoon, but I don't
24  remember the exact time.
25  Q. How long did the art camp last?

Page 40

N. RAAK

2  A. Not more than a week.
3  Q. How long did the acting camp last?
4  A. I would say the same, but I'm not sure. It
5  was many years ago but something like that.
6  Q. So during your placement, you provided child
7  are for that 10-year-old girl, correct?
8  A. Yes.
9  Q. Asides from yourself and Ms. ████ was the
10  10-year-old girl the recipient of child care from
11  anyone else?
12  MR. VALDIVIESO: Objection to form.
13  A. What do you mean? Like another babysitter or
14  au pair or family member? What do you mean?
15  Q. Right. That is exactly what I mean. Other
16  than Ms. ████ and yourself, did anyone else take
17  care of her during your placement?
18  A. Yes.
19  Q. Who?
20  A. The father.
21  Q. Anyone other than the father?
22  A. Her brother.
23  Q. Anyone else?
24  A. Her sister-in-law. I mean, the 10-year-old
25  girl's sister-in-law.

Page 41

N. RAAK

2  Q. Anyone else?
3  A. Well, sometimes she had what is called play
4  dates, but I can't recall any names, honestly.
5  Q. Did she have a babysitter?
6  A. No.
7  Q. Did she have a nanny?
8  A. No.
9  Q. How often did her father take care of her?
10  A. Every other weekend but sometimes they
11  switched a weekend. So it wasn't, like, a regular
12  every other weekend. It depended on their work
13  schedule. So they mixed it up sometimes, but
14  usually two weekends each month and Tuesdays and
15  Thursdays in the afternoon.
16  Q. For how long did he take care of her on
17  Tuesdays and Thursdays?
18  A. Well, it was also different. So it depended
19  on the father's work schedule. So sometimes I
20  picked the 10-year-old girl up from school, and then
21  he came to our home and he picked her up from there,
22  and sometimes he was able to pick her up from school
23  right away. Oh, and also Friday. Whenever he was
24  taking her, he was watching her on the weekend. He
25  picked her up either from me or from school on

Case No. 1:14-cv-03074-CMA-KMT Document 1071-2 filed 05/09/18 USDC Colorado pg 1
Case 1:14-cv-03074-CMA-KMT Document 1085-2 filed 05/23/18 USDC Colorado Page 292
292 of 399

Page 42

```
                                    N. RAAK
1                    N. RAAK
2    Friday afternoons.  I forgot about that.
3       Q.  When the father was taking care of that
4    10-year-old girl, were you providing any child care?
5       A.  Yes.
6       Q.  How often?
7       A.  I don't remember.  Not very often.
8       Q.  Fewer than ten occasions?
9            MR. VALDIVIESO:  Objection to form.
10      A.  I don't remember.
11      Q.  How often did the brother take care of the
12   10-year-old girl?
13      A.  Not very often.  Just sometimes.
14      Q.  More than five times?
15      A.  I don't remember.
16      Q.  What about the sister-in-law?  How often did
17   she take care of the 10-year-old girl.
18      A.  The same.  I don't remember.  Just sometimes.
19      Q.  You testified earlier you received a weekly
20   stipend of $147, correct?
21      A.  Yes.
22      Q.  Did you receive a stipend every week?
23      A.  Sometimes it was late so, no, I did not.
24      Q.  Was there any week where you didn't
25   eventually receive a stipend payment?
```

Page 43

```
1                    N. RAAK
2       A.  Yes.
3       Q.  Do you recall specifically when?
4       A.  No, I don't remember.
5       Q.  Did it happen more than once?
6       A.  Yes.
7       Q.  Do you remember how many times it happened?
8       A.  No, I don't remember.
9       Q.  Did it happen more than five times?
10      A.  I don't remember.
11      Q.  Who paid your stipend?
12      A.  Dawn ████.
13      Q.  Did anyone, other than Ms. ████ ever pay
14   you your stipend?
15      A.  No.
16      Q.  Did the amount of the stipend ever change?
17      A.  Well, sometimes I received 150 because she
18   didn't have exact change but never more than that.
19      Q.  How often did you receive a stipend of $150?
20      A.  I don't remember.
21      Q.  Was it more than once?
22      A.  I don't remember, but it was -- Well, more
23   than once definitely.
24      Q.  More than five times?
25      A.  I don't remember.  Excuse me.  Can we take a
```

Page 44

```
1                    N. RAAK
2    break?  I need to use the restroom.
3            MR. TUCKER:  Oh, absolutely.  Do you want
4    to take a -- Do you want to be back at ten to
5    -- I guess, for you folks.
6            THE WITNESS:  I am fine with only
7    five minutes.  If it's fine with you.  Now it
8    was 9:45 here.
9            MR. TUCKER:  Okay.  Actually, why don't
10   we do it ten just to be safe.  Does that work
11   for you, Juan?
12           MR. VALDIVIESO:  Yes.  Thank you.
13           MR. TUCKER:  So we are going to go off
14   the record.
15           (Whereupon, a recess was taken at this
16   time.)
17      Q.  Did you ever receive a stipend in an amount
18   other than $147 or $150?
19      A.  I don't remember.
20      Q.  How were your stipends paid?
21      A.  How?
22      Q.  Yes.
23      A.  Cash or -- Well, now you just reminded me.
24   Cash or check, and in the second year, I received my
25   payment monthly not weekly.  So it was a different
```

Page 45

```
1                    N. RAAK
2    amount but not a different amount, if you know what
3    I mean.
4       Q.  Do you recall what those monthly payments
5    were?
6       A.  I'm sorry.
7       Q.  What were the monthly payment amounts?
8       A.  So ████ just calculated because she
9    forgot about my payment too often, so she decided to
10   give me a check every month because it was easier
11   for her, and I don't remember the exact amount, but
12   we calculated it together how much it should have
13   been.
14      Q.  What do you mean you "calculated it
15   together"?
16      A.  So she texted me if it was okay if we could
17   do it like this from that time on, and she texted me
18   also the amount, and she also told me to feel free
19   to check my math.  I remember that exactly.  That is
20   what she texted me, and I checked it, and it was
21   correct.  So I texted her back that, yes, it was
22   correct and I agreed on that.
23      Q.  Did Ms. ████ determine the stipend amounts?
24           MR. VALDIVIESO:  Objection to form.
25      A.  I don't understand the question.  I'm sorry.
```

Movant's App. 000540

| | |
|---|---|
| Page 46 | Page 48 |

**Page 46**

N. RAAK

2  Q. Did Ms. ▮▮▮ set the stipend amounts?
3      MR. VALDIVIESO: Objection to form.
4  A. No.
5  Q. Who set them?
6  A. I'm sorry.
7  Q. Who set them?
8  A. The agency.
9  Q. You testified that you received at least one
10 stipend of $150, correct?
11 A. Can you repeat, please. I'm sorry.
12 Q. You testified that you received at least one
13 stipend in the amount of $150; is that correct?
14 A. No, $146.81.
15 Q. But you testified earlier that you received a
16 stipend in the amount of $150; isn't that right?
17 A. I said sometimes.
18 Q. Right. So did the agency tell Ms. ▮▮▮ to
19 pay you $150?
20 A. No. Actually, the community counselor told
21 her when she came to our home. So she was actually
22 joking about it. That she said that -- So we had a
23 conversation, the three of us, and she said that
24 then you will have to pay Nora $146.81 and don't
25 forget about that 81 cents and she was laughing.

**Page 47**

N. RAAK

2  Q. Right, but that wasn't my question. So let's
3  just back up then.
4      So you testified earlier at times you
5  received a stipend that was $150; is that correct?
6      MR. VALDIVIESO: I am going to object
7  here actually because I think you are
8  mischaracterizing her testimony on that
9  point. We can have the court reporter read
10 back the answer on that question because I
11 would like the record to be accurate, and I
12 don't want her testimony to be
13 mischaracterized.
14     MR. TUCKER: You want to go back to that.
15     (Whereupon, the record was read by the
16 reporter.)
17     MR. TUCKER: So I don't believe that was
18 mischaracterized.
19     MR. VALDIVIESO: I believe it was because
20 I think she said it was part of the testimony
21 then to do it. The testimony speaks for
22 itself. I think you were mischaracterizing
23 it. That is her prior testimony, and you can
24 feel free to ask her questions about that
25 testimony, if you like.

**Page 48**

N. RAAK

2      MR. TUCKER: No. We are going to repeat
3  the question I just asked. You can state
4  your objection and that's fine. We will do
5  it that way. So can you just repeat the last
6  question before the objection.
7      (Whereupon, the record was read by the
8  reporter.)
9      MR. VALDIVIESO: I repeat my objection on
10 the form and to the extent that the question
11 mischaracterizes or omits portions of the
12 witness's prior testimony, but you may answer
13 the question.
14 A. The stipend was set by the agency but paid by
15 Dawn.
16 Q. That wasn't the question.
17     MR. TUCKER: Can you just repeat the
18 question one more time.
19     THE WITNESS: Then I didn't understand.
20 I'm sorry.
21     (Whereupon, the record was read by the
22 reporter.)
23 A. Yes.
24     MR. VALDIVIESO: I am going to repeat my
25 objection that I repeated earlier that it

**Page 49**

N. RAAK

2  mischaracterizes the witness's testimony and
3  omits a portion of the testimony that was
4  given. With that objection, you may answer
5  the question.
6  A. Yes.
7  Q. Did APIA set the stipend of $150 for those
8  weeks in which you received a stipend of $150?
9  A. No.
10 Q. You testified earlier that you received
11 stipends in the amount of $147; is that correct?
12 A. Yes.
13 Q. Did APIA set the stipend amount at $147 in
14 the weeks in which you received a stipend of $147?
15 A. No.
16 Q. You testified earlier you didn't receive a
17 stipend in an amount other than $147 and $150;
18 correct?
19     MR. VALDIVIESO: Objection. It
20 mischaracterized the witness's testimony.
21     You may answer.
22 A. You mean as a payment or like a weekly
23 payment?
24 Q. Correct.
25 A. I don't remember. I think it was two weeks

Case No. 1-14-cv-03074-CMA-KMT Document 1071-3 filed 05/23/18 USDC Colorado pg
Case 1:14-cv-03074-CMA-KMT Document 1071-3 filed 05/09/18 USDC Colorado Page 294
294 of 399
of 399

| Page 50 | Page 52 |
|---|---|
| N. RAAK | N. RAAK |

**Page 50**

N. RAAK

1  
2  when I received more, but I don't remember how much  
3  it was.  
4  **Q. What do you mean you "received more"?**  
5  A. More than $147 or $146.81 or more than $150.  
6  **Q. So are you testifying that twice you received**  
7  **a stipend greater than $150?**  
8  A. Yes.  
9  **Q. Do you recall the precise amount of that**  
10 **stipend?**  
11 A. Not more than $300 each week.  
12 **Q. Was it more than $200?**  
13 A. Yes.  
14 **Q. Was it more than 250?**  
15 A. I think, yes.  
16 **Q. Was it more than 275?**  
17 A. I think, yes.  
18 **Q. So in an amount between $275 and $300; is**  
19 **that correct?**  
20 A. Yes.  
21 **Q. Just to clarify, this was a weekly payment?**  
22 A. For two weeks long. No, it wasn't a weekly,  
23 no.  
24 **Q. So it was a biweekly payment?**  
25 A. No.

**Page 51**

N. RAAK

1  
2  **Q. Was the payment in between $275 and $300**  
3  **supposed to cover multiple weeks?**  
4  A. Yes.  
5  **Q. How many weeks?**  
6  A. Four.  
7  **Q. So for those four weeks, you received an**  
8  **average weekly payment of less than $100, correct?**  
9  A. Can you repeat please, sorry.  
10 **Q. You testified that you received a payment of**  
11 **between $275 and $300 for four weeks during your**  
12 **placement period, right?**  
13 A. No. What I said that two times I received a  
14 bigger amount than normal weekly payment, but it  
15 wasn't for one week. It was for more weeks. That  
16 is why I received them.  
17 **Q. Is the payment you are referring to in**  
18 **addition to the stipend?**  
19 A. No.  
20 **Q. I apologize. I am just trying to get the**  
21 **record clear here.**  
22    MR. VALDIVIESO: And I want the record to  
23 be clear here too.  
24 **Q. Let's start again.**  
25    You said that the payment that was between

**Page 52**

N. RAAK

1  
2  $275 and $300 covered more than one week?  
3  A. Yes.  
4  **Q. Did it cover two weeks?**  
5  A. Yes.  
6  **Q. But you testified just a minute ago that it**  
7  was a bigger or larger payment than normal; is that  
8  correct?  
9  A. Yes, because it was more than a week's  
10 payment but not for one week.  
11 **Q. So are you sure it only covered two weeks?**  
12 A. Yes. Two times, two weeks.  
13 **Q. So there were two times --**  
14 A. Two occasions, yeah.  
15 **Q. -- where it covered two weeks?**  
16 A. Yes.  
17 **Q. So we have two different payments each**  
18 covering two weeks of your placement; is that  
19 correct?  
20 A. Yes.  
21 **Q. Were they both in the same amount?**  
22 A. Yes.  
23 **Q. And you think that amount was between $275**  
24 and $300?  
25 A. Yes.

**Page 53**

N. RAAK

1  
2  **Q. Do you recall the method of those payments?**  
3  A. You mean cash or check?  
4  **Q. Yes.**  
5  A. I don't remember.  
6  **Q. You testified earlier that at times during**  
7  your placement in the second year, you would receive  
8  monthly payments, correct?  
9  A. Yes.  
10 **Q. Are the two payments that we have been**  
11 discussing for the past few minutes, are those  
12 separate from those monthly payments?  
13 A. Yes, they are.  
14 **Q. Did Ms. ▇▇▇ ever pay you a stipend equal to**  
15 **exactly $146.81?**  
16 A. Yes.  
17 **Q. How often?**  
18 A. Well, in the second year.  
19 **Q. How often in the seconds year?**  
20 A. During the second year, the whole second  
21 year.  
22 **Q. But you received monthly payments in the**  
23 second year, correct?  
24 A. Yes.  
25 **Q. So was the monthly payment equal to 146.81**

Movant's App. 000542

Page 54

N. RAAK

1
2  times four?
3     A.  Yes.
4     Q.  Does the amount $587.24, does that sound
5  correct for your monthly payments?
6     A.  No.
7     Q.  Was it more than $587.24?
8     A.  It was because it wasn't, like, so -- It
9  wasn't like every fourth week.  It was every month.
10  So what we did when we counted the amount was
11  $146.81 multiplied by 52 times and divided by 12, so
12  that's how I received the monthly payments.  So in
13  September I got a set amount and then in October I
14  got that set amount and so on.
15     Q.  I just want to direct your attention back to
16  Exhibits 3 and 4?
17     A.  Yes.
18     Q.  Can you look at the fifth check mark on --
19  Let's start with Exhibit 4?
20     A.  Okay, yes.
21     Q.  So you testified earlier that based on this
22  guideline the au pair was to receive a minimum
23  weekly stipend of $146.81; is that correct?
24        MR. VALDIVIESO:  Objection to form to the
25     extent you are counting her earlier

Page 55

N. RAAK

1
2     testimony.  We can read back that testimony.
3     Q.  You can answer.
4     A.  Can you repeat the question then, please.
5        (Whereupon, the record was read by the
6     reporter.)
7     A.  Yes.
8     Q.  What does it mean by at a "minimum"?  What
9  does minimum mean?
10     A.  Not less than this amount.
11     Q.  Okay.  You testified earlier that you
12  received stipends greater than that amount, correct?
13     A.  Well, in the first year a couple of times but
14  not in the second year.
15     Q.  So is the answer yes?
16     A.  Yes, in the first year.
17     Q.  So didn't you and your host mom determine the
18  weekly stipend?
19        MR. VALDIVIESO:  Objection to form.
20     A.  Can you clarify this question?
21     Q.  Right.  So what I am saying is, it says at a
22  minimum, right.  We talked about what minimum means
23  and that you are to receive a minimum payment of
24  146.81.
25        Doesn't minimum mean that the host family can

Page 56

N. RAAK

1
2  pay you more than $146.81?
3     A.  No.  Well, I mean -- Well, at least means
4  that they have to pay at least that amount, but it
5  doesn't say that they cannot pay more.
6     Q.  Right.  So wouldn't that mean they could pay
7  more than 146.81?
8     A.  Yes.
9     Q.  Didn't your host parent pay at times more
10  than 146.81?
11     A.  What do you mean about that time?  What year?
12     Q.  I meant at times, at times.
13     A.  Oh, well, only in the first year.  That is
14  what I said.  I don't know how many times I have to
15  say that.  In the first year, I did receive more a
16  couple of times, a couple of dollars more, but in
17  the second year I received this amount only.
18     Q.  Right.  So isn't it true that your host
19  parent determined the amount of the stipend?
20        MR. VALDIVIESO:  Objection to form.
21     A.  I think I really do not understand what you
22  are --
23        MR. TUCKER:  I'll just rephrase the
24     question.
25     Q.  Isn't it true that your host family set the

Page 57

N. RAAK

1
2  stipend amount?
3        MR. VALDIVIESO:  Objection to form.
4     A.  Well, they didn't determine the minimum.
5     Q.  That wasn't my question.
6     A.  Then, I'm sorry.  I don't understand.
7     Q.  My question is:  Isn't it true that your host
8  mom determined the amount of the stipends you
9  actually received when you participated in the
10  program?
11        MR. VALDIVIESO:  Objection to form.
12     A.  I'm sorry.  It is just not clear what you are
13  asking.
14     Q.  Okay.  Let me try to clarify.  You testified
15  earlier that you received stipends in varying
16  amounts during your placement, correct?
17     A.  Yes.
18     Q.  My question was:  Isn't it true that your
19  host mother, Ms. ████ set those amounts of the
20  stipends you actually received during your
21  participation in the program?
22        MR. VALDIVIESO:  Objection to form.
23     A.  It was set by the agency, not by Dawn.  So
24  did you start the question that, Is it true that
25  Dawn set the amount?  That's how you started the

Movant's App. 000543

Page 58

```
 1                     N. RAAK
 2   question.
 3       Q.  Correct.
 4       A.  Then it's not true because the agency set the
 5   amount.
 6       Q.  You are saying the agency sets the amount
 7   singular, like amount?
 8       A.  No.  The minimum that Dawn has to pay.
 9       Q.  Right.  My question was not about the
10   minimum.  My question was about what you actually
11   received.
12           So my question is:  Didn't Dawn set the
13   amounts that you actually received when you were an
14   au pair in the program?
15           MR. VALDIVIESO:  Objection to form.
16       A.  I don't know.
17       Q.  So you don't know who set the stipend amounts
18   that you actually received during your participation
19   in the program?
20           MR. VALDIVIESO:  Objection to form.
21       A.  I mean, I can just repeat what I told you
22   earlier, that I thought it was set by the agency.
23   That is what we both signed.
24       Q.  You are referring to the agreement?
25       A.  Yes.
```

Page 59

```
 1                     N. RAAK
 2       Q.  Doesn't the agreement set a minimum amount?
 3           MR. VALDIVIESO:  Objection to form.
 4           MR. TALLAI:  I think the state and
 5       federal government set minimum amounts for
 6       paying people -- inaudible -- and you are a
 7       fucking douchebag.  This guy.  You are a
 8       fucking asshole.
 9           THE WITNESS:  I am very sorry about that.
10       Q.  That's okay.  Go ahead.
11       A.  So what was your question again?
12       Q.  First of all, can you identify who that was?
13       A.  My husband.
14       Q.  Is he in the room still?
15       A.  Yes.  He's leaving now.
16       Q.  Can you ask him to leave the room?
17       A.  He is leaving right now.  He left.  I'm very
18   sorry about that.
19       Q.  That's okay.  It happens.
20           MR. TUCKER:  Can you go back, though.  I
21       want the question before he came into the
22       video.
23           (Whereupon, the record was read by the
24       reporter.)
25       Q.  So my question was back to the agreement, and
```

Page 60

```
 1                     N. RAAK
 2   my question was:  Because you referenced the
 3   agreement you testified that the stipend was set in
 4   the agreement that you signed, right; is that
 5   correct?
 6           MR. VALDIVIESO:  Objection to form.
 7       A.  Can you repeat, please.  I'm sorry.
 8           (Whereupon, the record was read by the
 9       reporter.)
10           MR. VALDIVIESO:  Objection to form.
11       A.  What agreement?  Because I signed more.  I
12   mean, we are talking about the Exhibit 4.
13       Q.  I don't know.  You testified.  You said the
14   agreement.  I didn't bring up the agreement.  So
15   whatever agreement to which you were referring?
16       A.  So the agreement that says that how much I
17   should get paid.  I was talking about that
18   agreement, and it says the minimum weekly payment as
19   an EduCare.
20       Q.  Right.  You said minimum.
21           My question was:  Doesn't the agreement set a
22   minimum stipend amount?
23           MR. VALDIVIESO:  Objection to form.
24       A.  I am just repeating the same sentence.
25       Q.  Is there anything in the agreement that
```

Page 61

```
 1                     N. RAAK
 2   prohibits the host family from paying the au pair
 3   more than $146.81?
 4           MR. VALDIVIESO:  Objection to form.
 5   ████████ ████████    ████████████████████
 6   ████████████████████████████████████████████████
 7   ████████████████████    ████████████████
 8   ████████████████████████████
 9       Q.  I understand.
10       A.  Well, the way I understood this when I signed
11   this agreement, Exhibit 4 that I am talking about
12   now, that they have to pay me at least $146.81 every
13   week, but they are free to pay more if they are
14   willing to or would like to.
15       Q.  So if they are free to pay more, if they are
16   willing to or would like to, aren't the host
17   families the ones that actually set the stipend
18   amount that is paid to au pairs?
19           MR. VALDIVIESO:  Objection to form.
20       A.  I don't think so because that amount is in
21   the agreement, that the minimum what they had to pay
22   is in the agreement.  So it is set by the agency,
23   not by the family.
24       Q.  Are you saying that the minimum is set by the
25   agency?
```

Movant's App. 000544

Page 62

```
1              N. RAAK
2         MR. VALDIVIESO:  Objection to form.
3     A.  That is how I understood that that's what
4  they have to pay me at least.  So I really don't
5  understand how I can answer this question, like,
6  more clearly or I don't know.
7     Q.  If a host family decides to pay more than the
8  minimum stipend, who makes the determination of what
9  that amount will be?
10        MR. VALDIVIESO:  Objection to the form.
11    A.  Well, I don't know.
12    Q.  Did any APIA representative ever tell you you
13 were prohibited from accepting a stipend in an
14 amount greater than $146.81?
15    A.  Do you mean if they would offer more that I
16 should not take it?  That's how you meant or --
17    Q.  That you could not take it?
18    A.  That I could not take it?
19    Q.  Yes.
20    A.  I don't remember if they said anything like
21 that.
22    Q.  Aside from the weekly stipend, did you
23 receive any monetary payments during your
24 participation in the au pair program?
25    A.  I'm sorry.  What kind of payment?  I didn't
```

Page 63

```
1              N. RAAK
2  understand word.
3     Q.  Monetary?
4     A.  What does that mean?
5     Q.  Oh, sorry.  Meaning money.
6     A.  Like an extra payment?
7     Q.  Like a bonus or extra spending money, gas
8  money, that sort of thing?
9     A.  I didn't receive gas money, but I had a gas
10 credit card, but since I was driving the 10-year-old
11 girl to school and to the afternoon activities, I
12 don't feel like it was extra money for me.  It was
13 just part of my job.  I mean, I couldn't even do my
14 job without the car.  So I don't feel it was an
15 extra bonus for me, and once she gave me, I think,
16 $40 extra because I had to watch the girl a little
17 bit longer.
18    Q.  Anything else?
19    A.  Let me think.  I don't remember.  Yes, when
20 she had to work in abroad.
21    Q.  Sorry?
22    A.  She had to work in abroad.  She had to work
23 in Switzerland.
24    Q.  Oh, abroad.
25    A.  I'm sorry, Dawn, Dawn.  I didn't state the
```

Page 64

```
1              N. RAAK
2  name, I'm sorry.  So Dawn had to work in Switzerland
3  and I can't remember.  I think it was -- I would
4  say, like, 20 days long, not more than 20 days long,
5  and she gave me more money for those weeks because I
6  had to work with the dad.
7     Q.  How much more money?
8     A.  I don't remember.
9     Q.  Was it more than $100?
10    A.  I don't remember.
11    Q.  Was it more than $50?
12    A.  I don't remember.
13    Q.  Did you receive any nonmonetary benefits
14 during your participation in the au pair program?
15        MR. VALDIVIESO:  Objection to form.
16    A.  Did you mean over the study?  So what we
17 received for studying.
18    Q.  Yes.  So that would be one thing.  Anything
19 else?
20    A.  I'm sorry.  I am trying to recall these
21 two years.  If I would receive anything else other
22 than what I mentioned.  No.  I had a gas card and
23 when she went to Switzerland and that one Saturday,
24 and I think that was all.  Oh, gym membership in the
25 first year, yeah.
```

Page 65

```
1              N. RAAK
2     Q.  Who paid for it?
3     A.  Dawn did.
4     Q.  Did you have personal use of the car?
5     A.  Yes.
6     Q.  Was that limited?
7     A.  Yes.  She said that everywhere around the
8  area where we lived at was fine, but I couldn't go
9  to the city, San Francisco.
10    Q.  Did you pay for the gas when you were using
11 the car for your personal use?
12    A.  No.
13    Q.  Did you have a cell phone that the host
14 mother paid for?
15    A.  Yes.
16    Q.  Did she pay for the cell phone plan?
17    A.  Yes, but it was also, I mean, I needed the
18 phone for work.
19    Q.  Were you able to use it for personal purposes
20 as well?
21    A.  Yes, but I couldn't work without the phone
22 because I had a GPS on it and everything and also
23 they always had to reach me, the parents.
24    Q.  Were you able to use a computer?
25    A.  My computer.  I have my own laptop.
```

Movant's App. 000545

NORA RAAK - 03/22/2018                    Pages 66..69

---

Page 66

N. RAAK

1
2    Q.  Were you able to use the host family's
3  Internet?
4    A.  Yes.
5    Q.  Did you pay for that?
6    A.  No.
7    Q.  Did you receive any gifts from your host
8  family?
9    A.  Yes, for Christmas and for my birthday and
10  Easter, sorry.
11    Q.  What gifts did you receive?
12    A.  Once a leather boot that I remember, a
13  wallet, and money.
14    Q.  What amount of money?
15    A.  That is what I can remember.  I'm sorry.  I
16  can't recall more things.
17    Q.  But I asked, though, what amount of money?
18    A.  Oh, I didn't hear you say that.  What amount,
19  I don't remember.
20    Q.  Was it more than a $100?
21    A.  Yes, I think.
22    Q.  More than $250?
23    A.  I don't remember.
24    Q.  Did your host mother pay for any
25  entertainment expenses?

---

Page 67

N. RAAK

1
2          MR. VALDIVIESO:  Objection to form.
3    A.  What do you mean by entertainment?
4    Q.  Like tickets to a show, movie tickets?
5    A.  Not my host mom.
6    Q.  No?
7    A.  No.  Other family member, but not my host
8  mom.
9    Q.  What do you mean by "other family member"?
10    A.  The 10-year-old girl's grandfather.
11    Q.  What about travel expenses?  Did your host
12  family pay for any travel expenses?
13    A.  No.  I mean, when I traveled alone, no, they
14  did not or with my friends.
15    Q.  Who was your community counselor?
16    A.  First, it was Valerie Fischer.  I think that
17  was her last name.  Then in the second year -- I
18  don't know when -- but we got a new one.  His name
19  was Simon, I can't remember his last name, but he
20  joined in the second year.
21    Q.  Was there anyone other than Valerie or Simon?
22    A.  No, no.
23    Q.  Aside from Valerie and Simon, did you have
24  contact with any other APIA representatives during
25  your participation in the program?

---

Page 68

N. RAAK

1
2    A.  I don't remember.  Maybe because of studying,
3  but I don't remember.
4    Q.  How often were you in contact with your
5  community counselors?
6    A.  Once a month.
7    Q.  Did you ever attend cluster meetings?
8    A.  Yes.
9    Q.  How often?
10    A.  To be honest, I was trying to attend them,
11  but sometimes either my schedule didn't work with
12  that or it was just very far.  So we didn't want to
13  drive all the way there or something like that, but
14  I would say in the first year I think I attended
15  every month, but in the second year I'm not sure how
16  often I attended because once Simon joined, he
17  didn't really do anything.  We just met in a
18  restaurant or a coffee shop or something like that,
19  so.
20    Q.  What were your duties during your placement?
21    A.  Driving the girl, the 10-year-old girl, to
22  school, to her morning activities and stayed there,
23  and from the morning activities I had to take her to
24  school.  Sometimes I had to take other kids as well.
25  Then when I dropped her off at school, I was off,

---

Page 69

N. RAAK

1
2  and then I had to pick her up.  Oh, I had to feed
3  her with breakfast.  I missed that.  I had to
4  prepare her snack.  So then Mondays, Tuesdays,
5  Thursdays, and Fridays I picked her up at, I think,
6  it was 3:00 picking up and I drove her home.  I had
7  to make sure that she was doing her homework, she
8  was getting everything done for school, like science
9  projects or, like big projects like that, practice
10  the viola, and took her to the afternoon activities,
11  and I had to stay there and took her home and I had
12  to stay home with her, watch her, play with her, and
13  on Mondays and Wednesdays I had to give her dinner
14  as well quite often, and on Wednesday I had to
15  either cook for her or take her to somewhere to eat
16  because she got off earlier so she didn't have lunch
17  on Wednesdays, and Wednesday afternoons were the
18  same.  Like if she had an afternoon activity, I
19  would have to take her there.  Take her home.  Make
20  sure her homework is done, projects, practicing the
21  viola.
22          Sometimes she had play dates so kids came
23  over, so I had to watch them too.  Sometimes I had
24  to take her back to school because they had an
25  event.  I had to get her ready for these events.

---

Movant's App. 000546

|  | Page 70 |
|---|---|
| 1 | N. RAAK |
| 2 | Dress her up.  Sometimes I had to go shopping with |
| 3 | her.  For instance, before school.  I mean, when the |
| 4 | whole year started or if she needed something for |
| 5 | these events. |
| 6 | It is hard to recall everything, but I am |
| 7 | cleaning up after her, of course, and in the second |
| 8 | year I had to do her laundry sometimes, and I had to |
| 9 | clean her room, but it was not just dusting and |
| 10 | vacuuming.  It was a huge mess, and I had to |
| 11 | organize everything and clean her room.  So it was a |
| 12 | big thing, and I did this two or three times.  Two |
| 13 | times for sure, but maybe three times during the |
| 14 | two years. |
| 15 | Q.  Who assigned you your duties? |
| 16 | A.  I'm sorry. |
| 17 | Q.  Who assigned you your duties? |
| 18 | A.  The host mom, Dawn ▇▇▇▇. |
| 19 | Q.  Did any APIA representative ever assign your |
| 20 | duties? |
| 21 | A.  No. |
| 22 | Q.  Did any APIA ever observe you when you were |
| 23 | assisting with childcare? |
| 24 | A.  You mean if they checked on me for doing my |
| 25 | job or what do you mean? |

|  | Page 71 |
|---|---|
| 1 | N. RAAK |
| 2 | Q.  I mean, did anyone ever watch you perform |
| 3 | your duties from APIA? |
| 4 | A.  No. |
| 5 | Q.  Did you have a work schedule during your |
| 6 | placement? |
| 7 | A.  Yes.  I mean, I kind of had a work schedule, |
| 8 | but it was different in real life. |
| 9 | Q.  Okay.  How was your schedule determined? |
| 10 | A.  Well, I have it right here, but I -- So what |
| 11 | I signed in my first year and in the second year, I |
| 12 | have it here, but it was a little bit different in |
| 13 | real life, but I can't remember the exact hours.  It |
| 14 | was the same what I just told you the Monday, |
| 15 | Tuesday, Wednesday, Thursday, Friday morning taking |
| 16 | her whatever day I had to and then school and then |
| 17 | afternoon. |
| 18 | On Monday, Tuesday, Thursday, and Friday was |
| 19 | from 3:00 p.m. to 6:30 or 7:00 -- oh, no.  Okay, |
| 20 | hold on.  Yeah, because the dad had a couple of days |
| 21 | too.  So Mondays, Wednesdays, and Fridays if it was |
| 22 | the mom's week, I had to work until 6:30 or 7:00.  I |
| 23 | can't remember exactly, but from Wednesday it |
| 24 | started from 12:30 because the 10-year-old girl got |
| 25 | off earlier from school.  On Monday and Friday my |

|  | Page 72 |
|---|---|
| 1 | N. RAAK |
| 2 | afternoon duties started at 3:00 p.m. and on |
| 3 | Tuesdays and Thursdays it depended on how far the |
| 4 | dad was working at that time because he was always |
| 5 | working different places.  I either worked from 3:00 |
| 6 | to 5:00 p.m., 6:00 p.m., or the dad just picked her |
| 7 | up from school. |
| 8 | Q.  Earlier you said, I have my schedule right |
| 9 | here. |
| 10 | Did you provide your schedule to your |
| 11 | attorney? |
| 12 | A.  I don't remember.  I don't know.  I don't |
| 13 | remember. |
| 14 | Q.  Does it have a total hours per week on it? |
| 15 | A.  Yes. |
| 16 | Q.  What are the total hours per week on the |
| 17 | schedule? |
| 18 | A.  23.  It wasn't 23 in real life. |
| 19 | MR. VALDIVIESO:  Just to help you out, I |
| 20 | think she may be referring to the document I |
| 21 | sent you this morning. |
| 22 | A.  Oh, yeah, I did. |
| 23 | Q.  That is what I was trying to get at. |
| 24 | A.  I did send them this morning, yes, sorry. |
| 25 | MR. VALDIVIESO:  I will just let the |

|  | Page 73 |
|---|---|
| 1 | N. RAAK |
| 2 | record reflect that everything I have |
| 3 | received I have sent to you. |
| 4 | MR. TUCKER:  Thank you. |
| 5 | Q.  So you said you didn't actually work 23 hours |
| 6 | each week, correct? |
| 7 | A.  Yes. |
| 8 | Q.  Did you schedule ever change? |
| 9 | MR. TUCKER:  Strike that. |
| 10 | Q.  Let me clarify that because I realize you |
| 11 | said you worked outside your schedule. |
| 12 | So did you ever change the schedule document? |
| 13 | Did you ever agree to a different schedule? |
| 14 | A.  Written down? |
| 15 | Q.  Yes. |
| 16 | A.  No. |
| 17 | Q.  Did your host family track the actual number |
| 18 | of hours you worked during your placement? |
| 19 | MR. VALDIVIESO:  Objection to form. |
| 20 | A.  Can you repeat?  Did you mean that if they |
| 21 | wanted me to work more than the schedule I signed? |
| 22 | Q.  No.  I am asking if they tracked, like kept |
| 23 | track of the actual number of hours you worked each |
| 24 | week? |
| 25 | MR. VALDIVIESO:  Objection to form. |

Page 74

N. RAAK

2    You can answer.
3    A.  Do you mean that Dawn was checking if I was
4 working already 30 hours or if she was checking if I
5 was already working 23 hours that I signed?
6    Q.  No.  I am asking if she tracked, kept track
7 of, the actual number of hours you worked?  For
8 example, in the morning, you know, you got up.  You
9 made the daughter her breakfast.  Did she keep track
10 of, Oh, okay, you know, from 7:00 a.m. until 7:45
11 you were making breakfast and then took the daughter
12 to school and then you came home and you were done
13 working.  Did she keep track of that time?
14    A.  Well, she wasn't standing next to me with a
15 clock or something like that, so it wasn't like that
16 serious, I would say.
17    Q.  Okay.  So what is the answer to my question?
18    A.  Well, she did check my hours, but not like,
19 Okay, it is one hour and 42 minutes this morning, so
20 I still have this hours and this minutes left for
21 today.  So it wasn't like this.  It was like, Okay.
22 So you wake up, you took her there.  Ice skating was
23 either 30 minutes or one hour long.  I can't
24 remember.  So it was like an approximate tracking.
25 It wasn't timing.  That's what I meant.

Page 75

N. RAAK

2    Q.  How did she do that?
3    A.  How did she do that?  I don't know.  You
4 should ask her.  I don't know.
5    Q.  Okay.  Let me ask you differently.
6       Did she keep a written record of the hours
7 that you were working?
8    A.  I don't know if she kept a record.
9    Q.  Did you keep a written record of the hours
10 you were working?
11    A.  Yes.
12    Q.  Do you have that written record of the hours
13 you were working?
14    A.  No.
15    Q.  What happened to it?
16    A.  Well, I just kept it in my phone.  I wrote
17 down the hours every day when I finished working,
18 and I just always, like, updated it.  I mean, I
19 didn't keep it in, like, an actual recording.  I was
20 just counting to make sure I was working as much as
21 I could.
22    Q.  So back to my original question:  What
23 happened to that record?
24    A.  What happened?
25    Q.  You said you don't have it anymore, right,

Page 76

N. RAAK

2 but at one time you had it.
3    A.  Yeah.  I mean, I changed phones two times.
4 So probably either it was lost or I deleted it.  I
5 don't know.
6    Q.  Did you ever send it to anyone?
7    A.  No, never.
8    Q.  Did you ever show it to anyone?
9    A.  No.
10    Q.  Other than that record, did you keep any
11 other records of the hours you were working?
12    A.  No.
13       MR. VALDIVIESO:  Rob, can we have a quick
14    break?
15       MR. TUCKER:  Yes.  That's fine.
16       MR. VALDIVIESO:  Thank you.
17       MR. TUCKER:  Let's do 15 minutes.  That's
18    fine.
19       (Whereupon, a recess was taken at this
20    time.)
21    Q.  Ms. Raak, did any APIA representative track
22 your hours of work?
23    A.  No.
24    Q.  How many hours of work did you work on
25 average per week?

Page 77

N. RAAK

2    A.  I don't remember.
3    Q.  How do you define work?
4    A.  When I am responsible for something or
5 someone.
6    Q.  When the 10-year-old daughter was at school,
7 were you working?
8    A.  Honestly, yes.  Sometimes.
9    Q.  Can you explain what you mean by that?
10    A.  For instance, when she needed her medicine.
11 I don't know if it is a rule in every single state
12 in the United States, but in California they just
13 can't give her medicine.  They need the parent's
14 permission, so Dawn, since she was a single mom, she
15 had the permission that I could bring her medicine
16 for headache.  It happened a couple of times.  I
17 don't remember how many times, but it happened more
18 than three times for sure.
19       I remember another time when she fell in what
20 is called a puddle, the water on the street, and she
21 got soaking wet, so I had to bring her a change of
22 clothes.  It was also when I was supposed to be off
23 but I had to work.  Also the 10-year-old girl wasn't
24 very organized.  So it happened many times that she
25 forgot about her instrument, she forgot about her

NORA RAAK - 03/22/2018                    Pages 78..81

---

Page 78

1                         N. RAAK
2    book, she forgot about her science project or any
3    other things that she had to take to school.  So
4    then I had to work also during my off hours, work
5    because I had to take those things to school, and
6    she got sick.
7         I think she was sick two times during those
8    two years.  She wasn't sick very often, but once I
9    do remember I had to pick her up from school because
10   she had fever.  So then I had to work also during my
11   off hours, and also when she was attending
12   sleep-over camps during that time I had to do this
13   big room cleaning stuff that I mentioned earlier.
14   So I wasn't with her, but I had to do something for
15   her, for the girl, for the 10-year-old girl.
16        Q.  You testified earlier that your work schedule
17   was approximately for 23 hours per week; is that
18   correct?
19        A.  No.  I said that's what I signed, but it was
20   more than 23 hours per week.
21        Q.  No.  I understand you are saying you worked
22   more than 23 hours per week.  I am asking if you
23   were scheduled for 23 hours per week; is that
24   correct?
25             MR. VALDIVIESO:  Objection to form.

---

Page 79

1                         N. RAAK
2        A.  It actually -- no.  I would say no because if
3    we discussed the exact schedule every single week.
4    Because the mom had either a phone call on Saturday
5    and she couldn't watch the 10-year-old girl.  So
6    something always happened or the dad couldn't get
7    her, I mean the 10-year-old girl, on time.  So we
8    discussed the exact schedule every single week.
9        Q.  So the exact schedule changed on a weekly
10   basis, correct?
11             MR. VALDIVIESO:  Objection to form.
12        A.  Not necessarily.
13        Q.  You testified earlier you don't know how many
14   hours you worked on average per week, correct?
15             MR. VALDIVIESO:  Objection to form.  It
16        misstates the witness's testimony.
17        A.  When I was working for the family?
18             MR. TUCKER:  Wait, wait, wait.  Let's
19        read that back.  I didn't misstate it.
20             (Whereupon, the record was read by the
21        reporter.)
22             MR. TUCKER:  So how was it
23        mischaracterized.
24             MR. VALDIVIESO:  You said that she
25        testified she did not know.

---

Page 80

1                         N. RAAK
2             MR. TUCKER:  Go back.  Wasn't it recall?
3        Read the most recent question.
4             (Whereupon, the record was read by the
5        reporter.)
6             MR. TUCKER:  Fair enough.  So let's clear
7        up the record.
8        Q.  So I am going to ask the question
9    differently, okay?
10       A.  Okay.
11       Q.  You testified earlier that you don't remember
12   how many hours you worked on average per week,
13   correct?
14       A.  Well, right now I cannot tell you an exact
15   number, but --
16       Q.  I am just asking about your prior testimony.
17   I am trying to confirm it.
18       A.  You are trying to what?  I'm sorry.
19       Q.  I am trying to confirm your prior testimony.
20       A.  Well, I do not remember how many hours I
21   worked, like, average hours every week, but I did
22   track them at that time.
23       Q.  Okay.
24       A.  But it was how many, three years ago now.
25   It's 2018, yeah, so.

---

Page 81

1                         N. RAAK
2        Q.  Okay, good.
3        A.  I cannot tell you an exact number right now.
4    I don't remember.
5        Q.  Did you ever work fewer than 40 hours in a
6    week?
7        A.  40.  I could work 40.
8        Q.  That's not what I am asking.
9             I am asking was there ever a week you worked
10   fewer than 40 hours?
11       A.  Yes.
12       Q.  Was there ever a week you worked fewer than
13   30 hours?
14       A.  Yes.
15       Q.  Was there ever a week you worked fewer than
16   20 hours?
17       A.  I don't remember.
18       Q.  How often did you work fewer than 30 hours?
19       A.  I don't remember.
20       Q.  Was it more than once?
21       A.  Yes.
22       Q.  Was it more than five times?
23       A.  I don't know.
24       Q.  Did your host family provide you with a
25   private bedroom throughout your placement?

Case No. 1-14-cv-03074-CMA-KMT Document 1071-10 filed 05/23/18 USDC Colorado pg 302 of 399
Case 1:14-cv-03074-CMA-KMT Document 1071.10 Filed 05/09/18 USDC Colorado Page 302 of 399

Page 82

```
1                    N. RAAK
2      A.  Yes.
3      Q.  Did you share the bedroom with anyone?
4      A.  With my friends.
5      Q.  It was for your exclusive use?
6      A.  No.  It was my room.  I didn't have to share
7   the room with anyone, no.
8      Q.  Did your host family provide you with three
9   meals each day throughout your placement?
10     A.  Well, what do you mean about providing?  If I
11  was able to open the fridge and something was there
12  to eat.  So you mean they didn't make me starve.
13  What I am trying to say that they never cooked for
14  me.  I had to cook for myself.  I always had to
15  prepare the meals.  So my host mom, Dawn, I would
16  say, cooked maybe ten times during that two years,
17  but, I mean, there was food in the fridge, but I had
18  to make it, if that is what you are asking.
19     Q.  Yeah.  That is what I am asking.
20         Did the host family provide you food
21  throughout your placement?
22     A.  Yes.
23     Q.  Did you have to pay for the food?
24     A.  No.
25     Q.  Did you have as much food as you needed?
```

Page 83

```
1                    N. RAAK
2      A.  Yes.
3      Q.  I apologize if I asked this already, but I
4   want to make sure it is on the record.
5          Did you ever work more than 40 hours in a
6   week?
7      A.  More than 40, no.
8          MR. TUCKER:  Juan, can we go off the
9      record here for about five minutes or so.  I
10     just want to the take a look at my notes and
11     then regroup.
12         MR. VALDIVIESO:  Sure.  Hey, Rob, there
13     is a document I want to ask questions about.
14     Is that something you could print out and
15     give to the court reporter.
16         MR. TUCKER:  You have a document you said
17     you want to ask questions about?
18         MR. VALDIVIESO:  Yes.
19         MR. TUCKER:  Yes.  That's fine.  If you
20     want to send it to me now, I can --
21         MR. VALDIVIESO:  It's one of the
22     documents I sent to you.  I can tell you the
23     Bates number.
24         MR. TUCKER:  Is it the letter?
25         MR. VALDIVIESO:  Yes.
```

Page 84

```
1                    N. RAAK
2          MR. TUCKER:  Okay.  I will get a copy of
3      that and print it up.
4          MR. VALDIVIESO:  Thank you very much.
5          MR. TUCKER:  It's probably going to be
6      more like ten minutes because I have to go to
7      the printer.  So why don't we reconvene then
8      at 2:40 my time, which would be, I guess,
9      11:40.
10         MR. VALDIVIESO:  Okay, thank you.
11         (Whereupon, a recess was taken at this
12     time.)
13         (Whereupon, letter was marked as Raak
14     Exhibit 5, for identification, as of this
15     date.)
16     Q.  Ms. Raak, earlier you testified there were
17  certain weeks in which you did not receive a
18  stipend; is that correct?
19     A.  Yes.
20     Q.  I can't recall your testimony precisely.  Can
21  you refresh my recollection?  How many times did
22  that happen?
23     A.  I don't remember.
24     Q.  Do you recall if it was more than once?
25     A.  More than once, yeah.
```

Page 85

```
1                    N. RAAK
2      Q.  Do you know why you didn't receive your
3   stipend in those weeks?
4      A.  I don't know.  I guess Dawn forgot about it
5   but I don't know.  I am not her, so.
6      Q.  Do you know if APIA told her not to pay the
7   stipend in those weeks?
8      A.  I don't know.
9      Q.  Did you say anything to Dawn about her
10  failure to pay the stipend in those weeks?
11     A.  Yes, I did.
12     Q.  What did you say?
13     A.  I asked her if I could get my pocket money.
14     Q.  What was her response?
15     A.  Her response was that sometimes she was,
16  like, "Oh, I forgot" or, "Oh, I thought I already
17  gave it to you."  So something like that.
18     Q.  Did you ever tell any APIA representative
19  that you didn't receive your stipend in certain
20  weeks?
21     A.  No, I did not.
22         MR. TUCKER:  Okay, thank you.
23         Juan, it's all yours.
24         MR. VALDIVIESO:  Okay, thanks.  I am
25     going to apologize to the court reporter.  I
```

Case 1:14-cv-03074-CMA-KMT Document 1071-18 filed 05/23/19 USDC Colorado pg 303 of 399

Page 86

```
 1                    N. RAAK
 2       don't have Live Notes or whatever it is
 3       called that allows you to find things.  I am
 4       going to go back a little bit but thank you.
 5       Can we go back to it's very early on in the
 6       testimony where there was discussions about
 7       program guidelines, please.  Can we go off
 8       the record for a second, please.
 9          (Whereupon, a discussion was held off the
10       record.)
11   EXAMINATION BY
12   MR. VALDIVIESO:
13     Q.  Ms. Raak, did you have an understanding as to
14   what Mr. Tucker was referring to when he used the
15   words "program guidelines"?
16     A.  Well, I understood that he was talking about
17   the agreement that he had in hand, the exhibits.  I
18   don't know what number, 4 and 3.
19     Q.  Do you recall testifying about an agency
20   today?  I think in the context of you were being
21   asked questions about who set the stipend and, I
22   believe you testified -- and we can go back to the
23   testimony if you like, Mr. Tucker -- but I believe
24   you referred to an agency.
25          Do you recall referring to an agency in your
```

Page 87

```
 1                    N. RAAK
 2   testimony?
 3     A.  I'm sorry.  Can you repeat this.  I don't
 4   understand.
 5     Q.  Do you remember using the word "agency," in
 6   your testimony earlier today?
 7     A.  I don't remember.
 8          MR. VALDIVIESO:  Maybe we should go back
 9       to the testimony.  Let's go off the record
10       again, please.
11          (Whereupon, a discussion was held off the
12       record.)
13          (Whereupon, the record was read by the
14       reporter.)
15     Q.  Ms. Raak, does that refresh your recollection
16   as to what your testimony was with respect to using
17   the words, "the agency?"
18          MR. TUCKER:  Objection to the form.
19     A.  Can you repeat, please.  I'm sorry.
20     Q.  You answered the agency in your answer to
21   that question.
22     A.  Yes.
23     Q.  Who were you referring to when you used the
24   words "the agency?"
25     A.  Oh, Au Pair in America or the AI -- What was
```

Page 88

```
 1                    N. RAAK
 2   the other that we discussed at the very beginning?
 3   The Au Pair in America, the au pair agency.  That is
 4   what I meant.
 5     Q.  Thank you.
 6          MR. VALDIVIESO:  If we could hand the
 7       witness -- or, I guess, not hand the witness.
 8       I am going to discuss what was marked as
 9       Exhibit No. 5, Rob?
10          MR. TUCKER:  Correct.  Just so we are
11       clear, we are talking about this document
12       (indicating).
13          MR. VALDIVIESO:  Yes.
14     Q.  Ms. Raak, if you can pull a document.  Do you
15   have it near you?  It is a letter dated June 25,
16   2014.
17     A.  Yes, I have it here.
18     Q.  Are you familiar with this document?
19     A.  Yes.
20     Q.  What is this document?
21     A.  It was one of those paperwork that I got for
22   my extension program, so I got a package and that
23   letter was part of it.
24     Q.  Did the package also include Exhibit No. 4,
25   if you recall?
```

Page 89

```
 1                    N. RAAK
 2     A.  One second.  Let me double check what is
 3   Exhibit 4.  Yes.
 4     Q.  You believe you received those documents at
 5   the same time?
 6     A.  Yes.
 7     Q.  Looking at Exhibit No. 5, in the second
 8   paragraph, do you see the first sentence?
 9     A.  Yes, the highlighted one.
10     Q.  Can you read that first sentence into the
11   record, please.
12     A.  "Your new program dates will be August 19,
13   2014, through August 18, 2015, and you will receive
14   a weekly stipend of $146.81 during your extension
15   term."
16     Q.  Does the word "minimum," appear in that
17   sentence, Ms. Raak?
18     A.  No.
19     Q.  What did you understand that sentence to
20   mean?
21     A.  That they have to pay me that amount.
22     Q.  What was that amount you are referring to?
23     A.  $146.81.
24     Q.  Do you know who sent this letter to you?
25     A.  I mean, there is a name here but I don't know
```

Movant's App. 000551

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 05/09/18   USDC Colorado   pg 304 of 399

NORA RAAK - 03/22/2018          Pages 90..93

Page 90
N. RAAK

1
2  her.  I don't even know how to pronounce her last
3  name, but Friedman.
4      Q.  Did you understand her to be associated with
5  a particular company?
6      A.  I'm sorry.
7      Q.  Did you understand that she was associated
8  with a particular company?
9      A.  Yes.
10     Q.  Who did you understand that she was
11 associated with?
12     A.  Well, it says, Compliance and Extension
13 Program Coordinator and the letter says Au Pair in
14 America, EduCare and the address and everything, and
15 also the bottom says AIFS of the letter.
16     Q.  You testified a little bit earlier today
17 about attending a training.  Do you remember that?
18     A.  Yes.
19     Q.  Did you receive any payments during the time
20 you were participating in the training?
21     A.  No.
22     Q.  Did you ever receive any compensation for the
23 time that you attended that training?
24     A.  No.
25     Q.  Do you remember earlier Mr. Tucker asked you

Page 91
N. RAAK

1
2  if you knew the average hours that you worked during
3  your time as an au pair?  Do you remember that?
4      A.  Yes.
5      Q.  Do you remember you testified that you don't
6  remember?
7      A.  Yes.
8      Q.  Are you able to estimate what your average
9  hours per week were during your two years as an au
10 pair?
11         MR. TUCKER:  Objection to form.
12     A.  I would say between 25 and 30 hours.
13     Q.  That's your best estimate?
14         MR. TUCKER:  Objection to the form.
15     A.  Yes.
16     Q.  Did any representative of Au Pair in America
17 ever have any discussions with you about what duties
18 you were allowed to perform as an au pair?
19     A.  I don't think so, no.
20     Q.  Did you have any understanding as to what
21 duties were allowed for the au pair program?
22     A.  I don't remember that they told us anything
23 like that.
24     Q.  I am not asking you now if they told you
25 anything.  I am asking did you have any

Page 92
N. RAAK

1
2  understanding at to what duties you were allowed to
3  perform?
4      A.  Well, yes, like -- yes.
5      Q.  What was your understanding as to what duties
6  you were allowed to perform?
7      A.  Driving the 10-year-old girl to school and
8  the other activities, before- and after-school
9  activities, feeding her and watching her when she
10 was at home, helping her with her homework, run
11 errands whenever she needed some or dropping her off
12 at her dad's place or other places like at her
13 brother's place.
14     Q.  You understood that all of those duties were
15 allowed under the au pair program?
16     A.  If they were allowed, I think, yes.
17     Q.  What was your basis for understanding that
18 certain duties were allowed?
19     A.  Can you repeat this.  I'm sorry.
20     Q.  What was your basis for understanding certain
21 duties were allowed?
22     A.  That I was allowed to, like, use the car to
23 take her to school or other activities and, like, I
24 don't know.  Using the phone if I had to order food
25 for her or reach someone who was going to pick her

Page 93
N. RAAK

1
2  up or who she is having, the 10-year-old girl, is
3  having a play date with.  These kind of things.
4      Q.  Did you understand that certain duties were
5  not allowed under the au pair program?
6      A.  We never discussed that so no.
7      Q.  Do you know if you were allowed to paint the
8  house, for example?
9      A.  Now that you are saying, they might have
10 mentioned something at the training.
11     Q.  What do you think they might have mentioned
12 at the training?
13     A.  That we -- I mean, our job would be to take
14 care of the child and the child's duties and things
15 like that, but not, for instance, not doing the
16 mom's laundry.  I am just saying -- just telling you
17 an example.
18     Q.  Who told you this?
19     A.  The lady that did the orientation training in
20 my group.
21     Q.  This was the training --
22     A.  In New York.
23     Q.  Did you have an understanding of whether that
24 person was a representative of Au Pair in America?
25     A.  Yes.

Movant's App. 000552

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 05/23/19   USDC Colorado   pg 305 of 399
Case 1:14-cv-03074-CMA-KMT   Document 1071-1   filed 05/09/18   USDC Colorado   Page 305 of 399

Page 94

N. RAAK

1
2   Q.  What is your understanding?
3   A.  Well, when she introduced herself, she said
4   she was working for Au Pair in America, and she was
5   going to do this orientation training for us, and
6   she has been doing this for a long time and etc.,
7   etc.
8   Q.  Did she give you examples of duties that you
9   were allowed to perform?
10  A.  That I am allowed to perform?  She didn't --
11  I don't think she came up with examples.  She just
12  told us we had to take care of the kid's duties, not
13  other family members' duties.
14  Q.  I see.  Mr. Tucker asked you about a few
15  instances in which you were paid amounts that were
16  different from $146.81 per week.  Do you remember
17  that?
18  A.  Yes.
19  Q.  He asked you a few different questions as to
20  who was setting the stipend amounts in those
21  instances.  Do you remember that?
22  A.  Yes.
23  Q.  What was your testimony as to who you
24  understood to be setting the stipends in those
25  instances?

Page 95

N. RAAK

1
2           MR. TUCKER:  Objection to form.
3   A.  The Au Pair in America agency.
4   Q.  One of the examples you gave was an instance
5   in which the family paid you $150 for one week.  Do
6   you remember that?
7   A.  Yes.
8   Q.  Do you have an understanding as to why they
9   paid you $150 that week?
10  A.  Yes, because Dawn didn't have the exact
11  change of the $146.81.
12          MR. VALDIVIESO:  I have no further
13          questions.
14          MR. TUCKER:  I just have a few more
15          questions.
16  CONTINUED EXAMINATION BY
17  MR. TUCKER:
18  Q.  Ms. Raak, I want to direct your attention
19  back to Exhibit 5.  This is the exhibit
20  Mr. Valdivieso just questioned you about.  Great.
21  Thank you.
22          If you recall you read into the record the
23  first sentence of the second paragraph.  Do you
24  recall that?
25  A.  Yes.

Page 96

N. RAAK

1
2   Q.  Mr. Valdivieso asked you if the word
3   "minimum" appeared in that sentence.  Do you recall
4   that?
5   A.  Yes.
6   Q.  Your testimony was that it did not appear,
7   correct?
8   A.  Yes.  It does not appear.
9   Q.  Does the phrase "no more than" appear in that
10  sentence?
11  A.  No.
12  Q.  Does the word "exactly" appear in that
13  sentence?
14  A.  No.
15  Q.  Does the word "precisely" appear in that
16  sentence?
17  A.  No.
18  Q.  Does it say anywhere in the letter that you
19  were prohibited from receiving a stipend in excess
20  of $146.81?
21  A.  I have to read the whole letter.
22  Q.  Okay.  Just let me know when you are ready.
23  A.  Okay.  No, but it says, "All of the same
24  basic program requirements will apply during your
25  extension term."  So I would say the program

Page 97

N. RAAK

1
2   required.  This is one of the program requirements,
3   the payment.
4   Q.  I am unclear as to what your answer is.  You
5   said no.
6           Let me repeat the question, okay?
7   A.  Okay.
8   Q.  I just want to make sure the record is clear.
9           Does it say in this letter that you were
10  prohibited from receiving a stipend in excess of
11  $146.81?
12  A.  Can you repeat this again, please.  I'm
13  sorry.
14  Q.  It's okay.
15          MR. TUCKER:  The court reporter is going
16          to read it back for you.
17          (Whereupon, the record was read by the
18          reporter.)
19  A.  No.
20  Q.  You testified earlier in response to a
21  question from Mr. Valdivieso about an estimate
22  average hours of work per week.  Do you recall that
23  testimony?
24  A.  Yes.
25  Q.  Then you testified the estimated average you

Movant's App. 000553

Page 98

```
1             N. RAAK
2  provided was between 25 and 30 hours; is that
3  correct?
4      A.  Yes, yes.
5      Q.  What is the basis of your estimate?
6      A.  I am just trying to think of that.  So I had
7  the average schedule that was about 23 hours that we
8  both signed in the contract, and I had to work on a
9  couple of Saturdays even though it was the dad's
10 weekend because sometimes he had to work too.  So I
11 had to work on those Saturdays too sometimes.  So
12 that means a couple of hours extra.  So I just added
13 this.  So sometimes it was -- When I didn't have to
14 work on the weekend it was about 23 hours like we
15 signed I would say, but I can't remember the exact
16 hours that I worked, and whenever I had to work on a
17 Saturday or sometimes Sunday afternoon, that it's
18 just added to these hours.  So that is how I can
19 estimate these 25 to 40 -- 25 to 30 -- sorry --
20 hours.
21     Q.  How often did you work on a Saturday or
22 Sunday?
23     A.  Quite often.  It wasn't every weekend but it
24 was often.
25     Q.  Mr. Valdivieso asked you earlier something
```

Page 99

```
1             N. RAAK
2  about painting a house.  Do you recall that?
3      A.  Yes.
4      Q.  Did you ever paint a house as part of your
5  duties for your host family?
6      A.  No.
7      Q.  Did you ever perform duties that were outside
8  of your understanding of what was permitted as an au
9  pair in the au pair program?
10     A.  I have to think.  I'm sorry.
11     Q.  Take your time.  Thank you.
12     A.  No.
13     Q.  Did you ever do laundry for the host mom?
14     A.  No.
15     Q.  Did you ever cook her meals?
16     A.  I cooked dinner for the family so for the
17 three of us.  So I would say yes.
18     Q.  Did you do that regularly?
19     A.  At the beginning, yes.
20         MR. TUCKER:  That is all the questions I
21 have.  Juan, are you all set?
22         MR. VALDIVIESO:  I can ask one more
23 question.
24 CONTINUED EXAMINATION BY
25 MR. VALDIVIESO:
```

Page 100

```
1             N. RAAK
2      Q.  Do you recall testifying that you drove other
3  children in addition to the 10-year-old girl?
4      A.  Yes.
5      Q.  Do you have an understanding as to whether
6  that was allowed under the au pair program rules?
7      A.  Honestly, I did not.  I mean, my host mom,
8  Dawn ████ sorry, so Dawn ██ told me when we had
9  the Skype interview at the very beginning before the
10 match that the 10-year-old girl would have play
11 dates.  So sometimes I would have to take care of
12 and watch more than one kid or not only the
13 10-year-old girl but driving other kids.  We never
14 talked about that.  It just happened.  I mean, I
15 found out when I was already there, in the family.
16     Q.  Did you, in fact, drive other children other
17 than the 10-year-old girl?
18     A.  Yes.
19     Q.  Did you, in fact, watch other children other
20 than the 10-year-old girl?
21         MR. TUCKER:  Objection to form.
22     A.  Yes.
23     Q.  How many times do you recall that you watched
24 other children in addition to the 10-year-old girl?
25         MR. TUCKER:  Objection to form.
```

Page 101

```
1             N. RAAK
2      A.  It wasn't that often.  I cannot tell you an
3  exact number.  Because sometimes the other girl's
4  babysitter came over too, but sometimes I was
5  watching two or three girls.  I really cannot come
6  up with a number, but it happened more than five
7  times definitely and driving even more than five.
8          MR. VALDIVIESO:  I have no further
9  questions, Rob.
10         MR. TUCKER:  I don't either.  Just a
11 couple of housekeeping items.
12         MR. VALDIVIESO:  Sure.
13         MR. TUCKER:  I just want to demand or
14 request on the record production of the full
15 agreement that is the document that was
16 marked Exhibit 4.
17         MR. VALDIVIESO:  Have you all produced
18 that document to us?
19         MR. TUCKER:  No.  I don't have that
20 document.
21         MR. VALDIVIESO:  I am actually going to
22 mirror your request and ask you to ask your
23 client to search their records to see if they
24 have this agreement in their files.  If they
25 do, to please produce that to us.
```

Movant's App. 000554

Case No. 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/23/18 USDC Colorado pg 307 of 399

NORA RAAK - 03/22/2018     Pages 102..105

Page 102

1              N. RAAK
2         MR. TUCKER:  Can you put the request in
3    writing.  I will do the same.  I just want to
4    be able to keep track of everything, if
5    that's okay.
6         MR. VALDIVIESO:  Sure.  Will you accept
7    it in an e-mail or do you want a formal
8    request in a letter?
9         MR. TUCKER:  E-mail is fine.  I will
10   probably do the same.  The last thing is we
11   just need Ms. Raak's husband's name for the
12   record.
13        THE WITNESS:  Lazlo Tallai, L-A-Z-L-O
14   T-A-L-L-A-I.
15        MR. TUCKER:  Okay, thank you.  We can go
16   off the record now.
17        MR. VALDIVIESO:  Before we go off the
18   record, I actually want to move to strike
19   whatever was said by Ms. Raak's husband
20   during the deposition.
21        MR. TUCKER:  Okay.  On what basis?
22        MR. VALDIVIESO:  On the basis that it was
23   not part of the deposition.
24        MR. TUCKER:  I mean, I think it very
25   clearly was part of the deposition.  I mean,

Page 103

1              N. RAAK
2    I think the record speaks for itself.
3         MR. VALDIVIESO:  Okay.  Well, I move to
4    strike it.
5         MR. TUCKER:  That's fine.  We can discuss
6    that offline, Juan.  I need to connect with
7    you later anyway.
8         MR. VALDIVIESO:  Yeah.  Let's talk
9    offline.
10        MR. TUCKER:  So can we go off the record
11   now?
12        MR. VALDIVIESO:  Yes.
13        MR. TUCKER:  Okay, thank you.
14        MR. VALDIVIESO:  Thanks.
15        (Time Noted:  3:23 p.m.)
16
17   _____
18                   NORA RAAK
19   Subscribed and sworn to before me
20   this ___ day of _____, 2018.
21   _____
22   Notary Public
23
24
25

Page 104

1              I N D E X
2
3    WITNESS       EXAMINATION BY        PAGE
4    Nora Raak     Mr. Tucker            4, 95
5                  Mr. Valdivieso        86, 99
6
7          E X H I B I T S
8
9    RAAK     DESCRIPTION                PAGE
10   1        Consent to Join form       4
11   2        Notice of Your Right to Join    4
12            Lawsuit For Unpaid Wages
13   3        Host Family and Au Pair/Companion    4
14            Agreement
15   4        Host Family/Au Pair Agreement   4
16   5        Letter                     84
17            {retained by counsel}
18
19          REQUESTS FOR PRODUCTION
20
21   DESCRIPTION                         PAGE
22   Copy of full agreement marked as Exhibit 4    101
23
24
25

Page 105

1              C E R T I F I C A T E
2    UNITED STATES DISTRICT COURT   ): ss.
3    FOR THE DISTRICT OF COLORADO  )
4              I, KAREN BERESHEIM, a Registered
5    Professional Reporter, Certified Live Note Reporter
6    and Notary Public (credentials) within and for the
7    State of New York, do hereby certify:
8              That NORA RAAK, the witness whose deposition
9    is hereinbefore set forth, was duly sworn by me and
10   that such deposition is a true record of the testimony
11   given by the witness.
12         Before completion of the deposition,
13   review of the transcript ( ) was  (X) was not requested;.
14   If requested, any changes made by the deponent (and
15   provided to the reporter) during the period allowed
16   are appended hereto.
17         I further certify that I am not
18   related to any of the parties to this action
19   by blood or marriage, and that I am in no way
20   interested in the outcome of this matter.
21         IN WITNESS WHEREOF, I have hereunto
22   set my hand this 11th day of April, 2018.
23
24   _____
25              KAREN BERESHEIM

NORA RAAK - 03/22/2018                    Page 106

```
                                    Page 106
1              E R R A T A   S H E E T
2
3   CASE NAME:  BELTRAN, ET AL v. INTEREXCHANGE, INC.,
4   ET AL
5   DATE OF DEPOSITION:  March 22, 2018
6   WITNESS'S NAME:  Nora Raak
7   PAGE   LINE(S)   CHANGE        REASON
8   ____|_____|_____|_____
9   ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19  ____|_____|_____|_____
20                   _____
21                            NORA RAAK
22  SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20__.
24  _____
25  NOTARY PUBLIC          MY COMMISSION EXPIRES
```

Movant's App. 000556

Case No. 1:14-cv-03074-CMA-KMT Document 1081-1 filed 05/09/18 USDC Colorado pg 309 of 399

**$**

**$1,000**
  25:5,21,24

**$100**
  51:8 64:9 66:20

**$146.81**
  28:17 29:18,21 46:14,24
  50:5 53:15 54:11,23 56:2
  61:3,12 62:14 89:14,23
  94:16 95:11 96:20 97:11

**$147**
  28:17,18,21,25 42:20
  44:18 49:11,13,14,17
  50:5

**$147.00**
  30:6

**$150**
  43:19 44:18 46:10,13,16,
  19 47:5 49:7,8,17 50:5,7
  95:5,9

**$195.75**
  29:16

**$200**
  50:12

**$250**
  29:17 66:22

**$275**
  50:18 51:2,11 52:2,23

**$300**
  50:11,18 51:2,11 52:2,24

**$40**
  63:16

**$50**
  64:11

**$587.24**
  54:4,7

**1**

**1**
  4:8 10:3,9,17 12:19

**10-year**
  32:7

**10-year-old**

18:15 33:12 37:21 40:7,
10,24 41:20 42:4,12,17
63:10 67:10 68:21 71:24
77:6,23 78:15 79:5,7
92:7 93:2 100:3,10,13,
17,20,24

**11:40**
  84:9

**12**
  25:24 54:11

**12:30**
  71:24

**146.81**
  30:3 53:25 55:24 56:7,10

**15**
  76:17

**150**
  43:17

**18**
  14:11 89:13

**19**
  14:10 89:12

**19th**
  14:19

**1:00**
  34:18

**1:30**
  34:18

**2**

**2**
  4:12 10:3 11:25 12:5

**20**
  64:4 81:16

**2013**
  14:8,10

**2014**
  88:16 89:13

**2015**
  14:8,11 15:9,12 89:13

**2018**
  80:25

**23**
  72:18 73:5 74:5 78:17,
  20,22,23 98:7,14

**25**
  88:15 91:12 98:2,19

**250**
  50:14

**275**
  50:16

**2:40**
  84:8

**3**

**3**
  4:16 10:3 19:4,6 20:9,10
  23:15 28:12 30:15 54:16
  86:18

**30**
  26:7,8,11 27:3,24 28:6,9
  36:22 74:4,23 81:13,18
  91:12 98:2,19

**3477**
  4:24

**3:00**
  34:17 39:18 69:6 71:19
  72:2,5

**3:23**
  103:15

**4**

**4**
  4:19 10:3 19:5,6 20:16
  22:24 23:16 28:12 29:9
  30:16 54:16,19 60:12
  61:11 86:18 88:24 89:3
  101:16

**40**
  81:5,7,10 83:5,7 98:19

**42**
  74:19

**4:00**
  39:18

**5**

**5**
  84:14 88:9 89:7 95:19

**52**

54:11

**5:00**
  72:6

**6**

**6:00**
  72:6

**6:30**
  71:19,22

**7**

**7:00**
  71:19,22 74:10

**7:45**
  74:10

**8**

**81**
  46:25

**8:00**
  34:16

**9**

**95134**
  4:24

**9:45**
  44:8

**A**

**a.m.**
  34:16 74:10

**able**
  8:3 10:7 15:19 16:7
  41:22 65:19,24 66:2
  82:11 91:8 102:4

**abroad**
  63:20,22,24

**absolutely**
  44:3

**accept**
  102:6

Movant's App. 000557

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-10   filed 05/09/18   USDC Colorado   pg 310 of 399

Case 1:14-cv-03074-CMA-KMT   Document 1071-10   filed 05/09/18   USDC Colorado   Page 310 of 399

NORA RAAK - 03/22/2018                    i2

**accepting**
62:13

**accommodate**
7:3

**accurate**
11:15 14:4 15:12 47:11

**acting**
39:4,20 40:3

**activities**
34:22 35:4,5,8,9,11,13
63:11 68:22,23 69:10
92:8,9,23

**activity**
37:7 69:18

**actual**
73:17,23 74:7 75:19

**added**
98:12,18

**addition**
24:17,22 25:16 51:18
100:3,24

**address**
4:23 11:20,21 90:14

**advance**
9:25

**affect**
8:20

**after-school**
34:22 35:3,5 92:8

**afternoon**
36:12,15,16 39:18,23
41:15 63:11 69:10,18
71:17 72:2 98:17

**afternoons**
42:2 69:17

**age**
31:17

**agency**
28:7 46:8,18 48:14 57:23
58:4,6,22 61:22,25
86:19,24,25 87:5,17,20,
24 88:3 95:3

**ago**
9:9,18 40:5 52:6 80:24

**agree**
11:7 73:13

**agreed**
30:23 45:22

**agreement**
4:15,18 23:16 24:14
25:13 27:5 30:22 58:24
59:2,25 60:3,4,11,14,15,
16,18,21,25 61:11,21,22
86:17 101:15,24

**agreements**
30:14,15,16,18,19 31:2

**ahead**
5:17 21:22 59:10

**AI**
87:25

**AIFS**
90:15

**allowed**
91:18,21 92:2,6,15,16,
18,21,22 93:5,7 94:9,10
100:6

**allows**
86:3

**aloud**
6:11 29:14

**America**
5:5,7,8,10 9:9 15:18,25
87:25 88:3 90:14 91:16
93:24 94:4 95:3

**American**
5:4,9

**amount**
9:12 43:16 44:17 45:2,
11,18 46:13,16 49:11,13,
17 50:9,18 51:14 52:21,
23 54:4,10,13,14 55:10,
12 56:4,17,19 57:2,8,25
58:5,6,7 59:2 60:22
61:18,20 62:9,14 66:14,
17,18 89:21,22

**amounts**
45:7,23 46:2 57:16,19
58:13,17 59:5 94:15,20

**annoying**
61:7

**answer**
5:25 6:21 7:4,7,13 12:13
26:6,13 27:9,10,12,13
36:9 47:10 48:12 49:4,21

55:3,15 62:5 74:2,17
87:20 97:4

**answered**
87:20

**answering**
13:19,25

**answers**
6:4 14:4

**anymore**
75:25

**anyway**
103:7

**APIA**
5:7,8 14:6 16:16 17:12
49:7,13 62:12 67:24
70:19,22 71:3 76:21
85:6,18

**apologize**
19:8 51:20 83:3 85:25

**appear**
89:16 96:6,8,9,12,15

**appearance**
5:15

**appeared**
96:3

**applies**
7:10

**apply**
18:14 96:24

**approximate**
31:17 74:24

**approximately**
17:19 31:18 33:20 34:7
35:21 78:17

**April**
23:9

**area**
65:8

**aren't**
61:16

**arrival**
17:19

**arrived**
17:21

**art**
38:10,23 39:11,12,25

**Aside**
30:14 62:22 67:23

**Asides**
40:9

**asked**
48:3 66:17 83:3 85:13
86:21 90:25 94:14,19
96:2 98:25

**asking**
26:20,21 57:13 73:22
74:6 78:22 80:16 81:8,9
82:18,19 91:24,25

**asshole**
59:8

**assign**
70:19

**assigned**
70:15,17

**assist**
13:18,22,25

**assisting**
70:23

**associated**
90:4,7,11

**assume**
6:22

**attend**
33:12,15,17 35:25 36:5
68:7,10

**attended**
36:7 68:14,16 90:23

**attending**
78:11 90:17

**attention**
54:15 95:18

**attorney**
5:2 7:11,23 10:2 72:11

**attorney/client**
7:20

**attorneys**
9:2 13:7,10

**au**
4:14 5:5,7,8,10 9:9 13:4

DTI Court Reporting Solutions - New York
1-800-325-3376                     www.deposition.com


Movant's App. 000558

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 311



Movant's App. 000559

clarification
27:15,17

clarify
50:21 55:20 57:14 73:10

class
25:17

classes
37:17

clean
70:9,11

cleaning
70:7 78:13

clear
5:11 7:8 26:14,23 34:11
51:21,23 57:12 80:6
88:11 97:8

clearly
62:6 102:25

client
5:7 101:23

client's
5:6

clock
74:15

close
61:6

clothes
77:22

cluster
68:7

codefendants
32:13

coffee
68:18

come
101:5

comfortable
31:22

coming
9:2,4

community
23:11 46:20 67:15 68:5

company
90:5,8

compensation
90:22

complete
8:17 11:9 13:10

completed
11:16 12:24 13:2,19 26:2

completing
13:23

compliance
30:7 90:12

computer
65:24,25

concluded
15:8,11

conference
33:11

confidential
7:19

confidentiality
31:15

confirm
80:17,19

connect
103:6

connection
13:3 19:10

Consent
4:7 12:24

consist
17:23

consistent
28:18,22 29:4 34:20

contact
67:24 68:4

context
86:20

CONTINUED
95:16 99:24

contract
9:8,15 98:8

conversation
17:4 46:23

conversations
7:18

cook
69:15 82:14 99:15

cooked
82:13,16 99:16

Coordinator
90:13

copies
10:4

copy
21:15,16 23:4,6 84:2

correct
13:16 14:11 15:9 17:15
18:2,22 27:24 29:2 34:7
36:12 37:22 40:7 42:20
45:21,22 46:10,13 47:5
49:11,18,24 50:19 51:8
52:8,19 53:8,23 54:5,23
55:12 57:16 58:3 60:5
73:6 78:18,24 79:10,14
80:13 84:18 88:10 96:7
98:3

costs
25:17,18

couldn't
15:20 63:13 65:8,21
79:5,6

counselor
23:12 46:20 67:15

counselors
68:5

counted
54:10

counting
54:25 75:20

couple
9:8,18 17:21 55:13 56:16
71:20 77:16 98:9,12
101:11

course
8:10 70:7

court
6:13,15 47:9 83:15 85:25
97:15

courtesy
21:18

cover
51:3 52:4

covered
52:2,11,15

covering
25:16 52:18

credit
63:10

credits
25:25 26:2

crying
61:7

cultural
18:4

cut
19:11 20:18

**D**

D-A-W-N
32:10

dad
64:6 71:20 72:4,6 79:6

dad's
92:12 98:9

database
15:18 16:7

date
4:9,13,17,20 13:6 84:15
93:3

dated
88:15

dates
14:10 41:4 69:22 89:12
100:11

daughter
17:2,3 74:9,11 77:6

Dawn
32:7,9 43:12 45:8 48:15
57:23,25 58:8,12 63:25
64:2 65:3 70:18 74:3
77:14 82:15 85:4,9 95:10
100:8

day
18:3 33:10,15 37:24,25
38:11,23 71:16 75:17
82:9

days

Movant's App. 000560

Case No. 1:14-cv-03074-CMA-KMT   Document 1078   filed 09/05/23   USDC Colorado   pg 313 of 399

14:18,19 17:21 18:25
19:2 24:10,17,21 34:16
39:9 64:4 71:20

**dead**
19:12

**deadline**
23:10

**Deakins**
5:2

**decided**
16:23 17:9 45:9

**decides**
62:7

**decision**
16:21,22 17:12

**defendant**
5:3,9

**define**
77:3

**definitely**
43:23 101:7

**deleted**
76:4

**demand**
101:13

**depended**
41:12,18 72:3

**deposition**
5:23,24 8:6 9:5,25 21:16
102:20,23,25

**detailed**
12:19

**determination**
62:8

**determine**
45:23 55:17 57:4

**determined**
16:18 56:19 57:8 71:9

**didn't**
9:11 13:5,11,14 18:14
25:5 28:15,16 33:15
37:7,18 42:24 43:18
48:19 49:16 55:17 56:9
57:4 58:12 60:14 62:25
63:9,25 66:18 68:11,12,
17 69:16 73:5 75:19

79:19 82:6,12 85:2,19
94:10 95:10 98:13

**differences**
18:4

**different**
26:20 38:2,8 41:18 44:25
45:2 52:17 71:8,12 72:5
73:13 94:16,19

**differently**
75:5 80:9

**dinner**
69:13 99:16

**direct**
54:15 95:18

**discuss**
8:25 88:8 103:5

**discussed**
30:7 79:3,8 88:2 93:6

**discussing**
53:11

**discussion**
22:8 32:15 86:9 87:11

**discussions**
86:6 91:17

**disturb**
8:8

**divided**
54:11

**document**
9:9 10:11,21 11:2 12:2,8,
24 13:18 20:18,20,23,25
21:4,8,10,12,21,24 22:5,
10,13,15,22,23 23:2,11
29:24 72:20 73:12 83:13,
16 88:11,14,18,20
101:15,18,20

**documentations**
23:8

**documents**
9:4,7,10,14 10:2 13:22
19:4,16,22 23:17,21
24:5,25 26:3 28:19,23
30:10,12 83:22 89:4

**doesn't**
7:21 29:23 55:25 56:5
59:2 60:21

**doing**
5:4,10 69:7 70:24 93:15
94:6

**dollars**
56:16

**don't**
8:9 12:9,14,23,25 14:17
16:20 18:12,18,25 20:19
21:23 25:10 27:10,14
29:7 33:6,7,23 34:19
35:17,23 36:6,10,22
37:14,15 38:12 39:10,14,
18,23 42:7,10,15,18
43:4,8,10,20,22,25 44:9,
19 45:11,25 46:24 47:12,
17 49:25 50:2 53:5 56:14
57:6 58:16,17 60:13
61:20 62:4,6,11,20
63:12,14,19 64:8,10,12
66:19,23 67:18 68:2,3
72:12 75:3,4,8,25 76:5
77:2,11,17 79:13 80:11
81:4,17,19,23 84:7,23
85:4,5,8 86:2,18 87:3,7
89:25 90:2 91:5,19,22
92:24 94:11 101:10,19

**door**
61:6

**double**
9:13 89:2

**douchebag**
59:7

**Dress**
70:2

**drive**
68:13 100:16

**driving**
63:10 68:21 92:7 100:13
101:7

**dropped**
39:15 68:25

**dropping**
92:11

**drove**
69:6 100:2

**duly**
4:3

**duration**
35:22 37:13

**dusting**
70:9

**duties**
68:20 70:15,17,20 71:3
72:2 91:17,21 92:2,5,14,
18,21 93:4,14 94:8,12,13
99:5,7

---

**E**

**e-mail**
9:18 10:8 16:2 102:7,9

**e-mailed**
16:2,25 17:3

**earlier**
17:14 37:19,21 42:19
46:15 47:4 48:25 49:10,
16 53:6 54:21,25 55:11
57:15 58:22 69:16 71:25
72:8 78:13,16 79:13
80:11 84:16 87:6 90:16,
25 97:20 98:25

**early**
34:18 86:5

**earned**
9:12

**easier**
45:10

**Easter**
66:10

**eat**
69:15 82:12

**Educare**
25:21,22,23 29:18 60:19
90:14

**eight**
25:20 39:9

**either**
18:25 33:23 41:25 68:11
69:15 72:5 74:23 76:4
79:4 101:10

**elaborate**
25:6,8

**employment**
32:17,21

**enclosed**
23:10

Movant's App. 000561

Case No. 1:14-cv-03074-CMA-KMT Document 1071-1 filed 05/23/19 USDC Colorado pg 314 of 399

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 314 of 399

enjoyed
17:3

ensure
21:18

enter
5:14 30:16

entered
22:19

entertainment
66:25 67:3

entire
20:20

equal
53:14,25

errands
92:11

estimate
91:8,13 97:21 98:5,19

estimated
97:25

evening
24:18

event
69:25

events
69:25 70:5

eventually
42:25

exact
9:11 28:16 39:24 43:18
45:11 71:13 79:3,8,9
80:14 81:3 95:10 98:15
101:3

exactly
29:25 33:8 39:10,19
40:15 45:19 53:15 71:23
96:12

EXAMINATION
4:5 86:11 95:16 99:24

examined
4:4

example
31:17 74:4 93:8,17

examples
94:8,11 95:4

excellent
8:15

excess
96:19 97:10

exclusive
82:5

Excuse
27:25 43:25

exhibit
4:8,12,16,19 10:9,17
11:25 12:5,19 20:9,10,16
22:24 23:15,16 29:9
30:15,16 54:19 60:12
61:11 84:14 88:9,24
89:3,7 95:19 101:16

exhibits
10:3 19:4 28:12 54:16
86:17

expenses
66:25 67:11,12

experience
26:17

experiences
13:4

explain
15:22 77:9

extended
25:23

extension
20:8 23:8 25:22 29:19
88:22 89:14 90:12 96:25

extent
32:24 48:10 54:25

extra
30:20 63:6,7,12,15,16
98:12

Extraordinaire
29:17

---

**F**

fact
100:16,19

failure
85:10

Fair

80:6

familiar
88:18

families
15:19,20 18:6 61:17

family
4:14 14:14,15 15:2,5,11,
14,20,23 16:3,5,19,22
17:20,22 20:6 22:20
23:12 25:16 28:7 29:21
30:17,25 31:5,12 40:14
55:25 56:25 61:2,23 62:7
66:8 67:7,9,12 73:17
79:17 81:24 82:8,20
94:13 95:5 99:5,16
100:15

family's
14:20 31:15 38:4 66:2

Family/au
4:18

far
13:19,23 14:4 68:12 72:3

father
40:20,21 41:9 42:3

father's
41:19

federal
59:5

feed
19:12 69:2

feeding
92:9

feel
45:18 47:24 63:12,14

fell
77:19

fever
78:10

fewer
42:8 81:5,10,12,15,18

fifth
29:12 54:18

files
101:24

fill
11:9

find
15:16,17 86:3

fine
8:13 21:23 22:7 32:5
36:24 44:6,7 48:4 65:8
76:15,18 83:19 102:9
103:5

finish
13:5,15 22:18 25:25
32:19

finished
14:8 19:19 75:17

first
4:2 6:10 7:7 18:3 23:13
55:13,16 56:13,15 59:12
64:25 67:16 68:14 71:11
89:8,10 95:23

Fischer
67:16

five
25:20 42:14 43:9,24 44:7
81:22 83:9 101:6,7

Flexner
5:19

folks
19:8 44:5

follows
4:4

food
82:17,20,23,25 92:24

Foreign
5:4,10

forget
18:7 46:25

forgot
8:12 42:2 45:9 77:25
78:2 85:4,16

form
4:7 11:9,15,18 12:11
20:5 23:13,24 24:7 25:3
26:6,12 27:8 29:6 36:8
40:12 42:9 45:24 46:3
48:10 54:24 55:19 56:20
57:3,11,22 58:15,20 59:3
60:6,10,23 61:4,19 62:2,
10 64:15 67:2 73:19,25
78:25 79:11,15 87:18
91:11,14 95:2 100:21,25

Movant's App. 000562

**formal**
38:8 102:7

**forth**
28:19,22

**found**
9:21 15:21 22:10 100:15

**four**
10:2 14:18 19:2 25:19
51:6,7,11 54:2

**fourth**
54:9

**frame**
34:2

**Francisco**
65:9

**free**
45:18 47:24 61:13,15

**frequently**
33:5

**Friday**
24:17 34:17 41:23 42:2
71:15,18,25

**Fridays**
69:5 71:21

**fridge**
82:11,17

**Friedman**
90:3

**friends**
67:14 82:4

**front**
6:5 10:6 22:23 29:10

**fucking**
59:7,8

**full**
20:25 21:4,10,12,15
32:24 33:10 34:16,23
101:14

**full-time**
32:17,21

**further**
95:12 101:8

### G

**games**
35:16,18,19,22,25 36:5,7

**gas**
63:7,9 64:22 65:10

**gender**
31:16

**gestures**
6:14

**getting**
69:8

**gifts**
66:7,11

**girl**
18:15 32:7 33:12 37:21
40:7,10 41:20 42:4,12,17
63:11,16 68:21 71:24
77:23 78:15 79:5,7 92:7
93:2 100:3,10,13,17,20,
24

**girl's**
40:25 67:10 101:3

**girls**
101:5

**give**
8:17 19:17 28:16 45:10
69:13 77:13 83:15 94:8

**given**
6:23 49:4

**Gmail**
9:19

**go**
5:17 21:21 22:5 44:13
47:14 59:10,20 65:8 70:2
80:2 83:8 84:6 86:4,5,7,
22 87:8,9 102:15,17
103:10

**goes**
19:12 25:22

**going**
5:6 6:8 7:24 10:10 11:24
12:3 16:18 17:5 19:3,5
26:5 27:7 28:5 31:8
33:25 44:13 47:6 48:2,24
61:5 80:8 84:5 85:25
86:4 88:8 92:25 94:5

97:15 101:21

**good**
8:23 81:2

**government**
59:5

**GPS**
65:22

**grandfather**
67:10

**great**
8:15 20:15 23:14 32:12
95:20

**greater**
50:7 55:12 62:14

**group**
93:20

**guess**
31:10 34:6 44:5 84:8
85:4 88:7

**guideline**
30:7,9 54:22

**guidelines**
23:23 24:21 26:10,16,19,
22 27:2 28:19,22 29:5
86:7,15

**guy**
59:7

**gym**
64:24

### H

**half**
24:16,21 35:23 36:7

**hand**
86:17 88:6,7

**happen**
43:5,9 84:22

**happened**
20:22 43:7 75:15,23,24
77:16,17,24 79:6 100:14
101:6

**happens**
23:4 59:19

**happy**
21:10

**hard**
70:6

**He's**
59:15

**headache**
77:16

**hear**
6:17 66:18

**heard**
6:22

**held**
22:8 32:15 86:9 87:11

**Hello**
4:25

**help**
34:10 72:19

**helping**
92:10

**Her's**
38:17

**Hey**
83:12

**highlighted**
89:9

**hold**
10:10 12:3 19:5 71:20

**home**
31:5 32:20,22 33:3,5,10
38:4 41:21 46:21 69:6,
11,12,19 74:12 92:10

**homework**
69:7,20 92:10

**honest**
68:10

**honestly**
11:3 21:5 41:4 77:8
100:7

**host**
4:14,18 14:14,15,20 15:2
16:11 17:11,20 18:6 20:6
25:15 28:15 30:17,25
31:4,6,7,8,9,12,15 32:2,3
38:4 55:17,25 56:9,18,25
57:7,19 61:2,16 62:7
65:13 66:2,7,24 67:5,7,
11 70:18 73:17 81:24

Movant's App. 000563

NORA RAAK - 03/22/2018                    i8

82:8,15,20 99:5,13 100:7

**hotel**
18:23

**hour**
36:21 74:19,23

**hours**
26:7,8,11 27:3,24 28:6,9
30:20 35:24 71:13 72:14,
16 73:5,18,23 74:4,5,7,
18,20 75:6,9,12,17
76:11,22,24 78:4,11,17,
20,22,23 79:14 80:12,20,
21 81:5,10,13,16,18 83:5
91:2,9,12 97:22 98:2,7,
12,14,16,18,20

**house**
93:8 99:2,4

**housekeeping**
101:11

**huge**
70:10

**Hungarian**
16:4

**husband**
59:13 102:19

**husband's**
102:11

---

**I**

**I'LL**
56:23

**I'M**
5:13 8:12 10:16 13:8,20
15:10 16:2 20:3 25:7,12
28:20 29:7 32:5 34:12
36:21 38:5 40:4 45:6,25
46:6,11 48:20 57:6,12
59:17 60:7 62:25 63:25
64:2,20 66:15 68:15
70:16 80:18 87:3,19 90:6
92:19 97:12 99:10

**ice**
35:7,12 36:11,14,18,25
37:6 74:22

**identification**
4:8,12,16,20 84:14

**identify**
12:10 19:24 31:24 59:12

**inaccurate**
11:19,22 24:6,9 25:2,14
26:4 28:13

**inaudible**
59:6

**include**
88:24

**inconsistent**
23:22

**indicating**
22:11 88:12

**individuals**
31:4,25

**information**
6:20 11:10,15

**instance**
24:10 70:3 77:10 93:15
95:4

**instances**
94:15,21,25

**Institute**
5:4,9

**instruct**
27:13

**instructions**
6:9

**instrument**
77:25

**interject**
21:8

**Internet**
19:9 66:3

**interrupt**
5:14

**interview**
16:15 100:9

**interviews**
16:14,16

**introduced**
16:5 94:3

**isn't**
28:18 46:16 56:18,25
57:7,18

**it's**
10:11 11:7 12:18 26:14
29:8 44:7 58:4 61:6
80:25 83:21 84:5 85:23
86:5 97:14 98:17

**items**
101:11

---

**J**

**job**
63:13,14 70:25 93:13

**John**
31:18,20

**join**
4:7,10 11:7 12:24

**joined**
67:20 68:16

**joking**
46:22

**Jose**
4:24

**Juan**
5:16,18 10:13 44:11 83:8
85:23 99:21 103:6

**judge**
6:5

**jump**
7:15

**June**
33:24 34:7 88:15

---

**K**

**keep**
6:9 8:8 74:9,13 75:6,9,19
76:10 102:4

**kept**
73:22 74:6 75:8,16

**kid**
31:6,8 100:12

**kid's**
94:12

**kids**
68:24 69:22 100:13

**kind**
39:22 62:25 71:7 93:3

**knew**
91:2

**know**
5:23 6:20 7:22 8:5,10
10:21 11:4 12:2,15 16:5
19:12,18 20:22 26:17
28:14 37:14,15 45:2
56:14 58:16,17 60:13
62:6,11 67:18 72:12
74:8,10 75:3,4,8 76:5
77:11 79:13,25 81:23
85:2,4,5,6,8 86:18 89:24,
25 90:2 92:24 93:7 96:22

---

**L**

**L-A-Z-L-O**
102:13

**lady**
15:24 18:4 93:19

**laptop**
65:25

**larger**
52:7

**late**
42:23

**laughing**
46:25

**laundry**
70:8 93:16 99:13

**lawsuit**
4:11 9:17 11:8 13:3

**Lazlo**
102:13

**learn**
9:17

**leather**
66:12

**leave**
59:16

**leaving**
59:15,17

**left**
59:17 74:20

Movant's App. 000564

**lengthy**
5:6

**let's**
26:15 35:3 47:2 51:24
54:19 76:17 79:18 80:6
87:9 103:8

**letter**
16:4,6,8 23:7 83:24
84:13 88:15,23 89:24
90:13,15 96:18,21 97:9
102:8

**life**
71:8,13 72:18

**Lily**
4:24

**limited**
65:6

**little**
26:15 31:9 38:7 63:16
71:12 86:4 90:16

**Live**
86:2

**lived**
65:8

**locate**
15:14

**long**
14:18,24 15:4,6,7 18:24
35:21 36:20,21 37:13,15
39:7,9,25 40:3 41:16
50:22 64:4 74:23 94:6

**longer**
63:17

**look**
11:25 29:9 54:18 83:10

**looking**
16:3 20:9,16 22:2 89:7

**lost**
10:15 76:4

**love**
31:7

**lunch**
69:16

---

**M**

**maintain**
7:20

**making**
74:11

**mark**
29:12 54:18

**marked**
4:8,11,15,19 10:3 19:4
22:24 23:16 84:13 88:8
101:16

**match**
16:10,11,19,21,22 17:5,7
100:10

**matched**
15:23

**material**
25:18

**math**
45:19

**matter**
8:18

**meals**
82:9,15 99:15

**mean**
9:10 13:14 16:10,23
17:7,24 20:5,19 23:6,25
24:13 25:10,12 26:14
28:5,24 29:20 30:4,18,
19,20 34:22 37:25 38:5
39:14 40:13,14,15,24
45:3,14 49:22 50:4 53:3
55:8,9,25 56:3,6,11
58:21 60:12 62:15 63:4,
13 64:16 65:17 67:3,9,13
70:3,24,25 71:2,7 73:20
74:3 75:18 76:3 77:9
79:7 82:10,12,17 89:20,
25 93:13 100:7,14
102:24,25

**Meaning**
20:20 63:5

**means**
30:4 55:22 56:3 98:12

**meant**
56:12 62:16 74:25 88:4

---

**medications**
8:20

**medicine**
77:10,13,15

**meetings**
68:7

**member**
40:14 67:7,9

**members'**
94:13

**membership**
64:24

**memory**
8:21,23

**mentioned**
64:22 78:13 93:10,11

**mess**
70:10

**met**
68:17

**method**
53:2

**middle**
11:12

**mind**
6:9 21:25

**minimum**
24:16,21 29:16,23 30:4
54:22 55:8,9,22,23,25
57:4 58:8,10 59:2,5
60:18,20,22 61:21,24
62:8 89:16 96:3

**minute**
52:6

**minutes**
36:22 44:7 53:11 74:19,
20,23 76:17 83:9 84:6

**mirror**
101:22

**mischaracterized**
47:13,18 49:20 79:23

**mischaracterizes**
48:11 49:2

**mischaracterizing**
47:8,22

---

**missed**
69:3

**misstate**
79:19

**misstates**
79:16

**mixed**
41:13

**mom**
16:11 17:11 28:15 31:6,7
32:2,3 55:17 57:8 67:5,8
70:18 77:14 79:4 82:15
99:13 100:7

**mom's**
71:22 93:16

**Monday**
24:18 34:17 71:14,18,25

**Mondays**
69:4,13 71:21

**monetary**
62:23 63:3

**money**
18:6 25:4 63:5,7,8,9,12
64:5,7 66:13,14,17 85:13

**monitor**
7:17

**month**
24:18,23 25:22 33:7,9
41:14 45:10 54:9 68:6,15

**monthly**
44:25 45:4,7 53:8,12,22,
25 54:5,12

**months**
9:18 25:24 33:20,22

**morning**
24:18 33:11 36:17 39:17,
23 68:22,23 71:15 72:21,
24 74:8,19

**mother**
57:19 65:14 66:24

**mother-in-law**
61:6,8

**move**
102:18 103:3

**moved**
11:20

---

Movant's App. 000565

**movie**
67:4

**multiple**
51:3

**multiplied**
54:11

_____ N _____

**name**
4:21,25 5:6 9:20 15:25
20:12 31:21 32:4 39:2
64:2 67:17,18,19 89:25
90:3 102:11

**names**
41:4

**nanny**
41:7

**Nash**
5:2

**near**
88:15

**necessarily**
79:12

**necessary**
6:10,20

**need**
7:2,3,11,16,19,22 8:4
10:14 21:23 44:2 77:11
102:11 103:6

**needed**
65:17 70:4 77:10 82:25
92:11

**never**
18:16 43:18 76:7 82:13
93:6 100:13

**new**
4:3 18:23 67:18 89:12
93:22

**nights**
19:2

**nine**
25:21

**ninth**
25:20

**nods**

6:14

**nonmonetary**
64:13

**nonverbal**
6:15

**Nora**
4:2,22 46:24

**normal**
51:14 52:7

**Notary**
4:3

**Noted**
103:15

**notes**
83:10 86:2

**Notice**
4:10

**notification**
19:9

**number**
73:17,23 74:7 80:15 81:3
83:23 86:18 101:3,6

_____ O _____

**oath**
5:25

**object**
26:6 27:7 34:2 47:6

**objection**
12:11 23:24 24:7 25:3
26:12 29:6 36:8 40:12
42:9 45:24 46:3 48:4,6,9,
25 49:4,19 54:24 55:19
56:20 57:3,11,22 58:15,
20 59:3 60:6,10,23 61:4,
19 62:2,10 64:15 67:2
73:19,25 78:25 79:11,15
87:18 91:11,14 95:2
100:21,25

**observe**
70:22

**occasions**
42:8 52:14

**occur**
18:20

**October**
54:13

**offer**
62:15

**offline**
103:6,9

**Ogletree**
5:2

**oh**
5:16 15:17 41:23 44:3
56:13 63:5,24 64:24
66:18 69:2 71:19 72:22
74:10 85:16 87:25

**okay**
7:14,23,24 8:7,14,15
10:16,25 12:6,7,17 19:7,
14,15,20 20:15 26:9
27:16 29:8 30:24 32:2,8
36:21 39:7 44:9 45:16
54:20 55:11 57:14 59:10,
19 71:9,19 74:10,17,19,
21 75:5 80:9,10,23 81:2
84:2,10 85:22,24 96:22,
23 97:6,7,14 102:5,15,21
103:3,13

**old**
32:7

**omits**
48:11 49:3

**once**
33:6,9 35:20 36:16 37:12
43:5,21,23 63:15 66:12
68:6,16 78:8 81:20
84:24,25

**ones**
13:14 61:17

**open**
10:8,9,15 82:11

**orally**
6:10

**orchestra**
35:12 37:9,10,11,18

**order**
7:19 31:14 92:24

**organize**
70:11

**organized**

77:24

**orientation**
14:17 17:14,17,20,23
18:11 93:19 94:5

**original**
75:22

**outside**
73:11 99:7

_____ P _____

**P.C.**
5:3

**p.m.**
34:17 39:18 71:19 72:2,6
103:15

**package**
88:22,24

**page**
10:10 11:13 26:24

**paid**
43:11 44:20 48:14 60:17
61:18 65:2,14 94:15
95:5,9

**paint**
93:7 99:4

**painting**
99:2

**pair**
4:18 5:5,7,8,10 9:9 13:4
14:6 15:17,24 16:4 23:22
24:16 26:10 29:15 30:2
31:14 40:14 54:22 58:14
61:2 62:24 64:14 87:25
88:3 90:13 91:3,10,16,
18,21 92:15 93:5,24 94:4
95:3 99:9 100:6

**Pair/companion**
4:15

**pairs**
61:18

**paperwork**
88:21

**paragraph**
89:8 95:23

**parent**
56:9,19

Case No. 1:14-cv-03074-CMA-KMT Document 1085 filed 05/09/18 USDC Colorado pg 319 of 399

**parent's**
77:13

**parents**
65:23

**part**
24:13 25:12,15,19 47:20
63:13 88:23 99:4 102:23,
25

**participate**
14:6 16:16 17:17,20 35:6
38:9 39:7

**participated**
37:22 57:9

**participating**
38:3 90:20

**participation**
31:13 57:21 58:18 62:24
64:14 67:25

**particular**
90:5,8

**pause**
7:17,21,23 8:2,6

**pay**
29:21 30:5 43:13 46:19,
24 53:14 56:2,4,5,6,9
58:8 61:12,13,15,21
62:4,7 65:10,16 66:5,24
67:12 82:23 85:6,10
89:21

**paying**
59:6 61:2

**payment**
28:15,18,21 29:4 30:6
42:25 44:25 45:7,9
49:22,23 50:21,24 51:2,
8,10,14,17,25 52:7,10
53:25 55:23 60:18 62:25
63:6 97:3

**payments**
45:4 52:17 53:2,8,10,12,
22 54:5,12 62:23 90:19

**pending**
7:5,7,13

**people**
8:8 30:23 31:6 59:6

**Perfect**
32:8

**perform**
71:2 91:18 92:3,6 94:9,
10 99:7

**period**
32:25 51:12

**permission**
77:14,15

**permitted**
99:8

**person**
9:20 93:24

**personal**
65:4,11,19

**phone**
8:8 65:13,16,18,21 75:16
79:4 92:24

**phones**
76:3

**phrase**
96:9

**physically**
10:6

**pick**
38:24 39:5 41:22 69:2
78:9 92:25

**picked**
39:15 41:20,21,25 69:5
72:6

**picking**
39:23 69:6

**picture**
21:9,13

**pictures**
16:8

**place**
92:12,13

**placed**
14:14 15:4 31:13 32:20,
21

**placement**
14:24,25 15:2,8 32:25
33:13,18 34:4,21 40:6,17
51:12 52:18 53:7 57:16
68:20 71:6 73:18 81:25
82:9,21

**placements**
31:5

**places**
72:5 92:12

**plaintiffs**
5:20

**plan**
65:16

**play**
41:3 69:12,22 93:3
100:10

**please**
4:21,23 5:17 7:17 10:9,
20 13:8,20 14:22 19:18
25:8 27:25 28:20 31:24
46:11 51:9 55:4 60:7
86:7,8 87:10,19 89:11
97:12 101:25

**pocket**
18:6 85:13

**point**
47:9

**portion**
49:3

**portions**
48:11

**possible**
21:18

**practice**
32:12 35:17,18 69:9

**practices**
36:18,20 37:2,4

**practicing**
69:20

**precise**
50:9

**precisely**
84:20 96:15

**prepare**
69:4 82:15

**preserve**
31:14

**previous**
9:22

**print**

**placements**
83:14 84:3

**printer**
84:7

**prior**
47:23 48:12 80:16,19

**private**
81:25

**privilege**
7:20

**probably**
38:7 76:4 84:5 102:10

**problem**
13:21

**process**
15:22

**produce**
101:25

**produced**
101:17

**production**
101:14

**program**
14:7 20:7,8 23:9,23
24:20 25:21,22,23 26:10,
25 27:23 28:9 29:17,18
31:14 57:10,21 58:14,19
62:24 64:14 67:25 86:7,
15 88:22 89:12 90:13
91:21 92:15 93:5 96:24,
25 97:2 99:9 100:6

**prohibit**
27:23

**prohibited**
27:2 62:13 96:19 97:10

**prohibits**
61:2

**project**
78:2

**projects**
69:9,20

**pronounce**
90:2

**proper**
21:16

**provide**

Movant's App. 000567

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-11   filed 05/09/23   USDC Colorado   pg 320 of 399

13:6 21:10 26:11 28:9
72:10 81:24 82:8,20

**provided**
9:25 13:9,23 14:4 40:6
98:2

**providing**
27:2 42:4 82:10

**Public**
4:3

**puddle**
77:20

**pull**
11:25 88:14

**pulling**
10:15

**purpose**
5:23

**purposes**
65:19

**put**
8:7 102:2

---

**Q**

**question**
6:17,19,21,22 7:5,6,7,13
12:12 25:11 26:18 27:19
30:24 38:2,8,17 45:25
47:2,10 48:3,6,10,13,16,
18 49:5 55:4,20 56:24
57:5,7,18,24 58:2,9,10,
12 59:11,21,25 60:2,21
62:5 74:17 75:22 80:3,8
87:21 97:6,21 99:23

**questioned**
95:20

**questionnaire**
13:2,12

**questions**
5:24,25 6:8,11 13:12,19
14:2 27:12 31:11 34:14
47:24 83:13,17 86:21
94:19 95:13,15 99:20
101:9

**quick**
21:18 32:14 76:13

**quite**

---

69:14 98:23

---

**R**

**Raak**
4:2,8,11,15,19,22,25 5:1,
19 6:1 7:1 8:1 9:1 10:1,3,
9,20 11:1,24,25 12:1,4
13:1 14:1 15:1 16:1 17:1
18:1 19:1,3,4 20:1 21:1,
14,25 22:1,4,10 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1,21 77:1
78:1 79:1 80:1 81:1 82:1
83:1 84:1,13,16 85:1
86:1,13 87:1,15 88:1,14
89:1,17 90:1 91:1 92:1
93:1 94:1 95:1,18 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1

**Raak's**
102:11,19

**reach**
30:25 65:23 92:25

**read**
16:6 24:2 27:18,20 28:3
29:14 31:8 47:9,15 48:7,
21 55:2,5 59:23 60:8
79:19,20 80:3,4 87:13
89:10 95:22 96:21 97:16,
17

**reading**
10:22

**ready**
69:25 96:22

**real**
32:14 71:8,13 72:18

**realize**
73:10

**really**
12:14 17:3 18:17 32:5

---

56:21 62:4 68:17 101:5

**reason**
8:16 19:11

**recall**
12:23 14:13 18:9 22:15,
22 23:15 35:19,21 41:4
43:3 45:4 50:9 53:2
64:20 66:16 70:6 80:2
84:20,24 86:19,25 88:25
95:22,24 96:3 97:22 99:2
100:2,23

**receive**
10:4 24:16 29:15 30:3
42:22,25 43:19 44:17
49:16 53:7 54:22 55:23
56:15 62:23 63:9 64:13,
21 66:7,11 84:17 85:2,19
89:13 90:19,22

**received**
9:18 21:9,14 28:24,25
42:19 43:17 44:24 46:9,
12,15 47:5 49:8,10,14
50:2,4,6 51:7,10,13,16
53:22 54:12 55:12 56:17
57:9,15,20 58:11,13,18
64:17 73:3 89:4

**receiving**
96:19 97:10

**recess**
44:15 76:19 84:11

**recipient**
40:10

**recollection**
6:23 84:21 87:15

**reconvene**
84:7

**record**
4:21,23 22:6,9 26:23
27:20 28:3 32:14,16
34:11 44:14 47:11,15
48:7,21 51:21,22 55:5
59:23 60:8 73:2 75:6,8,9,
12,23 76:10 79:20 82:4,7
83:4,9 86:8,10 87:9,12,
13 89:11 95:22 97:8,17
101:14 102:12,16,18
103:2,10

**recorded**
6:15

---

**recording**
7:25 75:19

**records**
76:11 101:23

**refer**
5:7 31:16,19 32:4

**referenced**
60:2

**referred**
86:24

**referring**
5:9 12:4 25:9,13 30:15
51:17 58:24 60:15 72:20
86:14,25 87:23 89:22

**reflect**
73:2

**refresh**
84:21 87:15

**regarding**
13:3

**regroup**
83:11

**regular**
35:8,13 37:17 41:11

**regularly**
99:18

**reimburse**
25:17

**related**
25:18

**relationship**
9:23

**rely**
13:18,22

**remain**
37:4,18

**remember**
6:20 9:11,20 11:3 12:9,
25 14:17 15:25 17:6
18:12,13,15,18,25 23:9
33:6,7,20,23 34:19
35:17,23 36:6,10,23
38:10,12,25 39:10,14,18,
20,24 42:7,10,15,18
43:4,7,8,10,20,22,25
44:19 45:11,19 49:25

---

Movant's App. 000568

50:2 53:5 62:20 63:19 64:3,8,10,12 66:12,15, 19,23 67:19 68:2,3 71:13,23 72:12,13 74:24 77:2,17,19 78:9 80:11,20 81:4,17,19 84:23 87:5,7 90:17,25 91:3,5,6,22 94:16,21 95:6 98:15

**remembered** 39:3

**remind** 18:5

**reminded** 44:23

**repeat** 6:18 13:8,20 27:25 28:2, 20 46:11 48:2,5,9,17,24 51:9 55:4 58:21 60:7 73:20 87:3,19 92:19 97:6,12

**repeated** 48:25

**repeating** 60:24

**rephrase** 6:19 15:3 24:4 30:24 56:23

**reporter** 6:13,16 27:21 28:4 47:9, 16 48:8,22 55:6 59:24 60:9 79:21 80:5 83:15 85:25 87:14 97:15,18

**represent** 5:3

**representative** 62:12 70:19 76:21 85:18 91:16 93:24

**representatives** 67:24

**request** 101:14,22 102:2,8

**required** 24:21 25:16 97:2

**requirements** 96:24 97:2

**reside** 38:4,5

**resided** 31:4

**respect** 87:16

**respond** 6:10

**response** 85:14,15 97:20

**responses** 6:15 13:6,9,23

**responsible** 77:4

**rest** 20:22

**restaurant** 68:18

**restroom** 44:2

**resume** 19:13

**review** 9:4,7,14 10:20 12:2 19:3, 15 21:22 23:19 28:14

**reviewed** 12:23 23:15

**reviewing** 22:5

**right** 4:10 10:16 18:8 21:6 34:14,24 39:16 40:15 41:23 46:16,18 47:2 51:12 55:21,22 56:6,18 58:9 59:17 60:4,20 71:10 72:8 75:25 80:14 81:3

**Rob** 5:13 21:7,14 32:11 76:13 83:12 88:9 101:9

**Robert** 4:25

**role** 17:12

**room** 59:14,16 70:9,11 78:13 82:6,7

**rule** 7:10 77:11

**rules** 100:6

**run** 92:10

**S**

**safe** 44:10

**San** 4:24 65:9

**Saturday** 64:23 79:4 98:17,21

**Saturdays** 98:9,11

**saying** 55:21 58:6 61:24 78:21 93:9,16

**says** 24:15 25:21 55:21 60:16, 18 90:12,13,15 96:23

**schedule** 34:15,20,23,25 35:8,13, 15,16 36:14 37:11 39:11, 20 41:13,19 68:11 71:5, 7,9 72:8,10,17 73:8,11, 12,13,21 78:16 79:3,8,9 98:7

**scheduled** 78:23

**Schiller** 5:19

**school** 33:12,21 34:15,25 37:15, 16,20 41:20,22,25 63:11 68:22,24,25 69:8,24 70:3 71:16,25 72:7 74:12 77:6 78:3,5,9 92:7,23

**science** 69:8 78:2

**screen** 19:5

**search** 101:23

**seasonal** 38:13

**second** 8:7 10:14 16:25 19:17 20:7 22:19 25:5,25 44:24 53:7,18,20,23 55:14 56:17 61:5 67:17,20 68:15 70:7 71:11 86:8 89:2,7 95:23

**seconds** 53:19

**see** 7:25 8:2 10:11,13 15:20 16:7 19:6 21:11 29:12,23 89:8 94:14 101:23

**seen** 11:2 12:8 19:22

**send** 21:17,22 72:24 76:6 83:20

**sent** 16:4 21:17 23:7 72:21 73:3 83:22 89:24

**sentence** 60:24 89:8,10,17,19 95:23 96:3,10,13,16

**separate** 53:12

**September** 33:22,24 34:7 54:13

**serious** 74:16

**set** 8:11 28:19,22 46:2,5,7 48:14 49:7,13 54:13,14 56:25 57:19,23,25 58:4, 12,17,22 59:2,5 60:3,21 61:17,22,24 86:21 99:21

**sets** 58:6

**setting** 94:20,24

**seven** 25:20 31:19 39:9

**seven-year-old** 31:20

**shake** 18:13,16

share
  32:13 82:3,6

sharpen
  34:14

shop
  68:18

shopping
  70:2

show
  67:4 76:8

sick
  78:6,7,8

sign
  20:5 23:12 27:5

signature
  11:12 20:12 21:3 22:12

signed
  9:8,15 11:8 22:15 23:11,
  17 30:10,12,13 58:23
  60:4,11 61:10 71:11
  73:21 74:5 78:19 98:8,15

Simon
  67:19,21,23 68:16

simply
  6:21 7:2,12,22 8:5

single
  29:22 77:11,14 79:3,8

singular
  58:7

sister-in-law
  40:24,25 42:16

sitting
  8:16

six
  25:20

skating
  35:7,12 36:11,14,19,25
  37:6 74:22

Skype
  16:10,13 100:9

sleep-over
  38:19,21,22 78:12

Smith
  31:18,20

Smoak
  5:2

snack
  69:4

soaking
  77:21

sorry
  5:13,16 8:12 10:22 13:8,
  20 15:10 16:20 20:3
  25:7,12 28:20 29:7 32:19
  34:12 36:23 38:6 45:6,25
  46:6,11 48:20 51:9 57:6,
  12 59:9,18 60:7 61:7
  62:25 63:5,21,25 64:2,20
  66:10,15 70:16 72:24
  80:18 87:3,19 90:6 92:19
  97:13 98:19 99:10 100:8

sort
  63:8

sound
  14:11 54:4

speak
  7:11,16,22 8:4

speaking
  7:10

speaks
  47:21 103:2

specifically
  14:13 24:13 43:3

spell
  14:22 32:9

spend
  25:5,24

spending
  63:7

spoke
  16:25

standard
  29:17

standing
  74:14

start
  19:11 51:24 54:19 57:24

started
  13:5,14 20:6,7 57:25
  70:4 71:24 72:2

starve
  82:12

state
  4:3,21,23 48:3 59:4
  63:25 77:11

statement
  31:9

States
  77:12

stay
  15:11 69:11,12

stayed
  15:6 37:16 68:22

Stewart
  5:3

stipend
  28:21 29:16 42:20,22,25
  43:11,14,16,19 44:17
  45:23 46:2,10,13,16 47:5
  48:14 49:7,8,13,14,17
  50:7,10 51:18 53:14
  54:23 55:18 56:19 57:2
  58:17 60:3,22 61:17
  62:8,13,22 84:18 85:3,7,
  10,19 86:21 89:14 94:20
  96:19 97:10

stipends
  44:20 49:11 55:12 57:8,
  15,20 94:24

stop
  8:2

street
  77:20

strike
  73:9 102:18 103:4

study
  5:4,10 64:16

studying
  25:4 64:17 68:2

stuff
  78:13

summertime
  38:15

Sunday
  98:17,22

supposed

30:3 51:3 77:22

sure
  10:22 16:2 26:23 36:22
  38:22 40:4 52:11 68:15
  69:7,20 70:13 75:20
  77:18 83:4,12 97:8
  101:12 102:6

surf
  38:10,22 39:8

surname
  14:20,21

switched
  41:11

Switzerland
  63:23 64:2,23

sworn
  4:3

---

T

T-A-L-L-A-I
  102:14

take
  5:22 7:2,3,5,6 8:10 10:23
  11:24 28:13 35:17 36:25
  37:14,19 38:24 39:5
  40:16 41:9,16 42:11,17
  43:25 44:4 62:16,17,18
  68:23,24 69:15,19,24
  78:3,5 83:10 92:23 93:13
  94:12 99:11 100:11

taken
  44:15 76:19 84:11

talk
  26:16 35:3 103:8

talked
  17:24 18:3,12 38:25
  55:22 100:14

talking
  34:2 60:12,17 61:11
  86:16 88:11

Tallai
  59:4 102:13

tell
  7:2 35:15 46:18 62:12
  80:14 81:3 83:22 85:18
  101:2

Movant's App. 000570

Case No. 1:14-cv-03074-CMA-KMT Document 1078-1 filed 05/09/18 USDC Colorado pg 323 of 399
Case 1:14-cv-03074-CMA-KMT Document 1071.1 filed 05/09/18 USDC Colorado pg 3 of 399

**telling**
93:16

**ten**
42:8 44:4,10 82:16 84:6

**term**
29:19 89:15 96:25

**testified**
4:4 17:14 27:22 28:25
36:11 37:6,21 42:19
46:9,12,15 47:4 49:10,16
51:10 52:6 53:6 54:21
55:11 57:14 60:3,13
78:16 79:13,25 80:11
84:16 86:22 90:16 91:5
97:20,25

**testifying**
6:5 50:6 86:19 100:2

**testimony**
8:17 30:2 47:8,12,20,21,
23,25 48:12 49:2,3,20
55:2 79:16 80:16,19
84:20 86:6,23 87:2,6,9,
16 94:23 96:6 97:23

**texted**
45:16,17,20,21

**texting**
8:8

**thank**
5:21 8:14 10:19,25 12:7
19:13,21 23:14 32:8
37:10 44:12 73:4 76:16
84:4,10 85:22 86:4 88:5
95:21 99:11 102:15
103:13

**thanks**
85:24 103:14

**theater**
39:4

**there's**
26:17 31:10

**thing**
7:4 12:18 39:4 63:8
64:18 70:12 102:10

**things**
16:8 24:11 26:19 66:16
78:3,5 86:3 93:3,14

**think**
16:9 25:2,13 26:4 28:13

32:12 36:21 47:7,20,22
49:25 50:15,17 52:23
56:21 59:4 61:20 63:15,
19 64:3,24 66:21 67:16
68:14 69:5 72:20 78:7
86:20 91:19 92:16 93:11
94:11 98:6 99:10 102:24
103:2

**thought**
17:4 28:5 58:22 85:16

**three**
14:18 18:25 19:2 25:19
36:18 46:23 70:12,13
77:18 80:24 82:8 99:17
101:5

**Thursday**
34:17 71:15,18

**Thursdays**
41:15,17 69:5 72:3

**tickets**
67:4

**time**
7:12 8:10 9:12 10:23
11:16 17:2 28:14 30:9,
12,13 33:17 34:2 39:15,
24 44:16 45:17 48:18
56:11 72:4 74:13 76:2,20
77:19 78:12 79:7 80:22
84:8,12 89:5 90:19,23
91:3 94:6 99:11 103:15

**times**
42:14 43:7,9,24 47:4
51:13 52:12,13 53:6
54:2,11 55:13 56:9,12,
14,16 70:12,13 76:3
77:16,17,18,24 78:7
81:22 82:16 84:21
100:23 101:7

**timing**
74:25

**today**
5:22 6:4 8:16 9:2,25
11:19 17:5 74:21 86:20
87:6 90:16

**told**
18:5,16 45:18 46:20
58:21 71:14 85:6 91:22,
24 93:18 94:12 100:8

**tomorrow**
17:5

**total**
72:14,16

**track**
73:17,23 74:6,9,13 76:21
80:22 102:4

**tracked**
73:22 74:6

**tracking**
74:24

**training**
14:17 18:3,10,17,20
90:17,20,23 93:10,12,19,
21 94:5

**transportation**
25:17

**travel**
67:11,12

**traveled**
67:13

**true**
56:18,25 57:7,18,24 58:4

**trusted**
28:6,7

**truthful**
8:17

**try**
19:13 57:14

**trying**
26:16 34:10 51:20 64:20
68:10 72:23 80:17,18,19
82:13 98:6

**Tucker**
4:6,25 5:16,21 10:13,18
15:3 19:8 21:20 22:7
24:4 27:18 28:2 31:7
32:14 34:4,13 44:3,9,13
47:14,17 48:2,17 56:23
59:20 73:4,9 76:15,17
79:18,22 80:2,6 83:8,16,
19,24 84:2,5 85:22
86:14,23 87:18 88:10
90:25 91:11,14 94:14
95:2,14,17 97:15 99:20
100:21,25 101:10,13,19
102:2,9,15,21,24 103:5,
10,13

**Tuesday**
34:17 71:15,18

**Tuesdays**
41:14,17 69:4 72:3

**tuition**
25:18

**turned**
36:17

**twice**
33:7,9 35:20 36:16 50:6

**two**
15:6 16:9 19:2 25:19
31:6,24 35:2,23 41:14
49:25 50:22 51:13 52:4,
11,12,13,14,15,17,18
53:10 64:21 70:12,14
76:3 78:7,8 82:16 91:9
101:5

---

**U**

---

**unclear**
97:4

**understand**
6:2,6,11,18,24 12:12,14,
21 13:13 16:20 20:19
24:15,20,24 25:10,15
26:17 27:14 29:7,15 30:9
45:25 48:19 56:21 57:6
61:9 62:5 63:2 78:21
87:4 89:19 90:4,7,10
93:4

**understanding**
23:22 26:9,25 27:22 28:8
86:13 91:20 92:2,5,17,20
93:23 94:2 95:8 99:8
100:5

**understood**
6:23 21:20 23:25 26:22
30:11 61:10 62:3 86:16
92:14 94:24

**United**
77:12

**Unpaid**
4:11

**unsigned**
23:5

**unstable**
19:10

**updated**

Movant's App. 000571

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-23   filed 05/09/18   USDC Colorado   pg
324 of 399

75:18

**uploaded**
16:7

**use**
44:2 65:4,11,19,24 66:2
82:5 92:22

**usually**
28:17 41:14

---

**V**

**vacuuming**
70:10

**Valdivieso**
5:13,18 7:15 8:5 10:14,
19 12:11 21:7,13 22:4
23:24 24:7 25:3 26:5,12
27:7,11 29:6 32:11 33:25
34:10 36:8 40:12 42:9
44:12 45:24 46:3 47:6,19
48:9,24 49:19 51:22
54:24 55:19 56:20 57:3,
11,22 58:15,20 59:3
60:6,10,23 61:4,19 62:2,
10 64:15 67:2 72:19,25
73:19,25 76:13,16 78:25
79:11,15,24 83:12,18,21,
25 84:4,10 85:24 86:12
87:8 88:6,13 95:12,20
96:2 97:21 98:25 99:22,
25 101:8,12,17,21 102:6,
17,22 103:3,8,12,14

**Valerie**
67:16,21,23

**varying**
57:15

**video**
7:17 19:11 59:22

**viola**
69:10,21

---

**W**

**Wages**
4:11

**wait**
7:12 79:18

**wake**
74:22

**wallet**
66:13

**want**
5:14 8:9 21:22 27:10
44:3,4 47:12,14 51:22
54:15 59:21 68:12 83:4,
10,13,17,20 95:18 97:8
101:13 102:3,7,18

**wanted**
11:7 73:21

**wasn't**
24:11 25:23 28:21 30:6
34:23 41:11 47:2 48:16
50:22 51:15 54:8,9 57:5
72:18 74:14,15,21,25
77:23 78:8,14 80:2 98:23
101:2

**watch**
63:16 69:12,23 71:2 79:5
100:12,19

**watched**
100:23

**watching**
29:22 41:24 61:8 92:9
101:5

**water**
77:20

**way**
4:24 24:12 38:17 48:5
61:10 68:13

**website**
15:18

**Wednesday**
34:18 69:14,17 71:15,23

**Wednesdays**
69:13,17 71:21

**week**
24:17,22 26:11 27:3,24
28:10,17,18,24,25 29:18,
22 30:3 35:20 36:16,18
37:12 39:9 40:2 42:22,24
50:11 51:15 52:2,10 54:9
61:13 71:22 72:14,16
73:6,24 76:25 78:17,20,
22,23 79:3,8,14 80:12,21
81:6,9,12,15 83:6 91:9
94:16 95:5,9 97:22

**week's**
52:9

**weekend**
24:17,22 41:10,11,12,24
98:10,14,23

**weekends**
24:10,11 41:14

**weekly**
28:21 29:4,16 30:6 42:19
44:25 49:22 50:21,22
51:8,14 54:23 55:18
60:18 62:22 79:9 89:14

**weeks**
49:8,14,25 50:22 51:3,5,
7,11,15 52:4,11,12,15,18
64:5 84:17 85:3,7,10,20

**went**
37:16 64:23

**wet**
77:21

**willing**
61:14,16

**witness**
4:2 19:14 21:11 34:12
44:6 48:19 59:9 88:7
102:13

**witness's**
48:12 49:2,20 79:16

**word**
63:2 87:5 89:16 96:2,12,
15

**words**
86:15 87:17,24

**work**
7:21 33:3,5,10 41:12,19
44:10 63:20,22 64:2,6
65:18,21 68:11 71:5,7,22
73:5,21 76:22,24 77:3,23
78:4,10,16 81:5,7,18
83:5 97:22 98:8,10,11,
14,16,21

**worked**
72:5 73:11,18,23 74:7
78:21 79:14 80:12,21
81:9,12,15 91:2 98:16

**working**
15:24 27:23 28:6 72:4,5
74:4,5,13 75:7,10,13,17,
20 76:11 77:7 79:17 94:4

**worried**

32:5

**wouldn't**
56:6

**write**
37:7

**writing**
102:3

**written**
24:12 31:2,3 73:14 75:6,
9,12

**wrote**
17:6 75:16

---

**Y**

**yeah**
21:11 28:5,15 52:14
64:25 71:20 72:22 76:3
80:25 82:19 84:25 103:8

**year**
20:7 22:19 23:13 25:5,25
34:8,9 44:24 53:7,18,19,
20,21,23 55:13,14,16
56:11,13,15,17 64:25
67:17,20 68:14,15 70:4,8
71:11

**years**
9:8 15:6 31:19 34:20
35:2 40:5 64:21 70:14
78:8 80:24 82:16 91:9

**York**
4:4 18:23 93:22

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF COLORADO

 3   ----------------------------------------------------x
     JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI,
 4   BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ,
     JULIANE HARNING, NICOLE MAPLEDORAM, LAURA MEJIA
 5   JIMINEZ, and SARAH CAROLINE AZUELA RASCON,

 6                    Plaintiffs,

 7
                  -against-        Civil Action No:
 8                                 14-cv-03074-CMA-CBS

 9   INTEREXCHANGE, INC., USAUPAIR, INC., GREATAUPAIR,
     LLC, EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT
10   AUPAIR, EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
     CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE,
11   INC., d/b/a CULTURAL CARE AU PAIR, AUPAIR INC.,
     AU PAIR INTERNATIONAL, INC., APF GLOBAL EXCHANGE,
12   NFP, d/b/a AU PAIR FOUNDATION, AMERICAN INSTITUTE
     FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
13   AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
     AGENT AU PAIR, A.P.E.X. AMERICAN PROFESSIONAL
14   EXCHANGE, LLC, d/b/a PROAUPAIR, 20/20 CARE EXCHANGE,
     INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
15   ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAUPAIR, and
     GOAUPAIR OPERATIONS, LLC,
16                    Defendants.
     ----------------------------------------------------x
17         EXAMINATION BEFORE TRIAL of the Plaintiff,

18   SANTOS DANIELA LEMUS TRIGUEROS, taken by the

19   Defendant, pursuant to Court Order, held at the

20   offices of Ogletree, Deakins, Nash, Smoak & Stewart,

21   P.C., 1745 Broadway, 22nd Floor, New York, New York

22   10019, on March 23, 2018, at 1:28 p.m., before a

23   Notary Public of the State of New York.

24   ****************************************************

25
```

Movant's App. 000573

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018   Pages 2..5

Page 2

1  A P P E A R A N C E S:

2

3    BOISE SCHILLER FLEXNER LLP
            Attorneys for Plaintiffs
4        1999 Harrison Street
         Oakland, California 94612
5    BY:  JUAN P. VALDIVIESO, ESQ.

6

7

8

     OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
9        Attorneys for Defendants
         AMERICAN INSTITUTE FOR FOREIGN STUDY,
10       d/b/a AU PAIR IN AMERICA
         1745 Broadway
11       New York, New York 10019
12   BY:  ROBERT M. TUCKER, ESQ.

13

14

15

16

17   ALSO PRESENT:
18       Julian Delgado - Spanish Interpreter

19

20

21

22

23

24

25

Page 3

1    S T I P U L A T I O N S

2

3

4

5

6        IT IS HEREBY STIPULATED AND AGREED by and
7    between the attorneys for the respective parties
8    herein, that filing, sealing and certification,
9    and the same are, hereby waived.

10

11       IT IS FURTHER STIPULATED AND AGREED that
12   all objections except as to the form of the
13   question, shall be reserved to the time of the
14   trial.

15

16       IT IS FURTHER STIPULATED AND AGREED that
17   the within deposition may be signed and sworn to
18   by an officer authorized to administer an oath,
19   with the same force and effect as if signed and
20   sworn to before the Court.

21

22

23

24

25

Page 4

1

2    J U L I A N   D E L G A D O, called as the
3    interpreter in this matter, was duly sworn by a
4    Notary Public of the State of New York to accurately
5    and faithfully translate the questions propounded to
6    the witness from English into Spanish and the
7    answers given by the witness from Spanish into
8    English.

9            -oOo-

10   S A N T O S   D A N I E L A   L E M U S
11   T R I G U E R O S,  the witness herein, having been
12   first duly sworn by a Notary Public of the State of
13   New York, was examined and testified as follows:
14   EXAMINATION BY
15   MR. TUCKER:

16       (Whereupon, Consent To Join form was
17       marked as Lemus Trigueros Exhibit 1, for
18       identification, as of this date.)

19       (Whereupon, Notice of Your Right to Join
20       Lawsuit For Unpaid Wages was marked as Lemus
21       Trigueros Exhibit 2, for identification, as
22       of this date.)

23       (Whereupon, Host Family and Au
24       Pair/Companion Agreement was marked as Lemus
25       Trigueros Exhibit 3, for identification, as

Page 5

1            S. LEMUS

2    of this date.)

3        (Whereupon, Host Family and Au
4    Pair/Companion Agreement was marked as Lemus
5    Trigueros Exhibit 4, for identification, as
6    of this date.)

7    Q.  State your name for the record, please.
8    A.  Santos Daniela Lemus Trigueros.
9    Q.  State your address for the record, please.
10   A.  Alpharetta, Georgia 30009.
11       MR. VALDIVIESO:  Before we start can I
12       enter my appearance?
13       MR. TUCKER: Yes.
14       MR. VALDIVIESO:  Juan Valdivieso from
15       Boise Schiller & Flexner on behalf of
16       Ms. Lemus and the plaintiffs.
17   Q.  Hello, Ms. Lemus.  My name is Robert Tucker.
18   I am an attorney with Ogletree, Deakins, Nash, Smoak
19   & Stewart, P.C., and we represent the defendant
20   American Institute For Foreign Study, doing business
21   as Au Pair in America.  Since my client's name is
22   lengthy, I am going to refer to my client as APIA or
23   Au Pair in America.  So when I say APIA or Au Pair
24   in America, I am referring to the defendant,
25   American Institute For Foreign Study doing because

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018   Pages 6..9

| Page 6 | Page 8 |
|---|---|
| 1         S. LEMUS | 1         S. LEMUS |

**Page 6**

1         S. LEMUS
2   as Au Pair in America; is that clear?
3      A.  Yes.
4      Q.  We are here today so I can take your
5   deposition.  As you may know, the purpose of this
6   deposition is for me to ask you questions and for
7   you to understand those questions under oath.  Do
8   you understand?
9      A.  Yes, I do.
10      Q.  Your answers today can be used in this case
11   as if you were testifying in front of the judge.  Do
12   you understand?
13      A.  Yes.
14      Q.  We have a Spanish interpreter here today, and
15   we understand that the testimony is not going to be
16   interpreted and my questions will not be interpreted
17   unless you request them.  So in the event you would
18   like anything interpreted, please simply say so and
19   we will have Mr. Delgado here who is our Spanish
20   interpreter to interpret it for you.
21      A.  Okay.
22      Q.  Is that clear?
23      A.  Okay, yes.
24      Q.  As I ask these questions, I am going to ask
25   that you keep a few instructions in mind.  First, it

**Page 7**

1         S. LEMUS
2   is necessary that you respond orally or aloud to my
3   questions.  The court reporter here is taking down
4   everything we say, and gestures or nods or other
5   nonverbal responses cannot be recorded.  So if you
6   do not hear a question, say so, and I will repeat
7   it.  If you do not understand a question, say so,
8   and I will rephrase it.  If you do not know or
9   remember the information necessary to answer a
10   question, simply say so.  If you answer a question,
11   I will assume that you have heard it, understood it,
12   and have given me your best recollection.  Do you
13   understand that?
14      A.  Yes.
15         MR. VALDIVIESO:  Rob --
16         MR. TUCKER:  Yes.
17         MR. VALDIVIESO:  I'm sorry to interrupt,
18      but if I could just make a suggestion.  You
19      might want to go in smaller chunks.  Just in
20      case she doesn't understand and needs it
21      translated, it might be easier to translate
22      in smaller chunks.
23         MR. TUCKER:  Are you speaking about the
24      instructions or just generally.
25         MR. VALDIVIESO:  Just generally but for

**Page 8**

1         S. LEMUS
2      these instructions as well.  It is just a
3      suggestion.
4      Q.  Well, let me ask you:  Ms. Lemus, have you
5   understood what I have said so far or has it been
6   confusing?
7      A.  Yes.  I understood that if I don't understand
8   a question, I just have to ask for the help of
9   Mr. Delgado.
10      Q.  Right.
11      A.  And if I answer a question, it is because I
12   understood.
13      Q.  Okay, good.  I will take it a little slower.
14   If at any point I am speaking too fast and because
15   of that you don't understand, just let me know and I
16   will try to slow down, okay?
17      A.  Okay.
18         MR. VALDIVIESO:  Thank you, Rob.
19         MR. TUCKER:  Sure thing.
20      Q.  If you need to take a break, simply tell me
21   you need to take a break, and I will accommodate
22   you.
23      A.  Okay.
24      Q.  The only thing I ask is that you answer any
25   question that is pending before you take a break.

**Page 9**

1         S. LEMUS
2   You may not take a break while a question is
3   pending.  You must first answer any question; is
4   that clear?
5      A.  Yes.
6      Q.  The same rule applies for speaking with your
7   attorney.  If you need to speak with Mr. Valdivieso
8   at any time, I simply ask that you wait until after
9   you answer any pending question; is that understood?
10      A.  Okay.  I have to answer all the questions
11   before talking to Mr. Valdivieso?
12      Q.  Correct.
13      A.  Okay.
14         MR. VALDIVIESO:  I am just going to jump
15      in here actually to instruct on privilege.
16      If you do need to speak with me, I request
17      that that discussion take place not through
18      the video and the Zoom program but that we
19      speak in private because any discussions
20      between you and me are privileged and
21      Mr. Tucker can't be a part of them.
22         THE WITNESS:  Yes.  That's fine.
23         MR. VALDIVIESO:  Thank you.
24      Q.  So if you tell me you need to speak to
25   Mr. Valdivieso, we will stop the recording and you

Case No. 1:14-cv-03074-CMA-KMT  Document 1071-10  filed 05/09/23  USDC Colorado  pg
328 of 399
Case 1:14-cv-03074-CMA-KMT  Document 1071-10  filed 05/09/23  USDC Colorado  Page 328
of 399

SANTOS DANIELA LEMUS TRIGUEROS – 03/23/2018 Pages 10..13

<table>
<tr><td>

Page 10

S. LEMUS
1
2  and Mr. Valdivieso will exit the video portion of
3  this and then speak as you need, okay?
4    A.  Okay.
5    Q.  Ms. Lemus, are you in a private room?
6    A.  Yes.
7    Q.  Is anyone, other than your dog, in the room
8  with you?
9    A.  No, just my cats.
10    Q.  No other humans in the room?
11    A.  No, no.
12    Q.  Participation and attendance at this
13  deposition is limited to yourself, the attorneys,
14  the court reporter, and the interpreter.  No one
15  else is allowed to participate in or attend the
16  deposition; is that clear?
17    A.  Yes.
18    Q.  In the unlikely event that someone else
19  enters the room during the deposition, please notify
20  me and direct the individual to leave the room,
21  okay?
22    A.  Okay.
23    Q.  Do you understand the instructions that I
24  have just given you?
25    A.  Yes.

</td><td>

Page 12

S. LEMUS
1
2    Q.  Did you review any documents before
3  participating in this deposition today?
4    A.  I was reading what about the demands and just
5  the rules for Au Pair in America and some documents
6  that my attorney sent me.
7        MR. VALDIVIESO:  I am going to jump in
8      here and instruct Ms. Lemus not to reveal any
9      communications between myself and you, Ms.
10      Lemus.  Sorry to interrupt.  You may
11      continue.
12        THE WITNESS:  Okay.
13    Q.  Were those the documents that were marked as
14  exhibits?
15    A.  I don't understand.
16        MR. TUCKER:  Juan, I am going to ask
17      this, but I am trying to do this in a way
18      that is not asking a privilege.
19        MR. VALDIVIESO:  Can we go off the record
20      for a second.
21        MR. TUCKER:  Yes.  Let's go off the
22      record.
23        (Whereupon, a discussion was held off the
24      record.)
25    Q.  Ms. Lemus --

</td></tr>
<tr><td>

Page 11

S. LEMUS
1
2    Q.  Is there any reason sitting here today that
3  you cannot give truthful and complete testimony in
4  this matter?
5    A.  Can you repeat.
6    Q.  I'm sorry.  That was a little fast.  I am
7  going to slow down, and I am going to pull this
8  computer a little closer here.
9        Is there any reason sitting here today that
10  you cannot give truthful and complete testimony in
11  this matter?
12    A.  No, there isn't any reason.
13    Q.  Are you taking any medications that affect
14  your memory?
15    A.  No.
16    Q.  Do you have a good memory?
17    A.  Yes.
18    Q.  What languages do you speak?
19    A.  Spanish and English.
20    Q.  Are you able to read English?
21    A.  Yes.
22    Q.  Did you discuss this case with anyone, other
23  than your attorneys, before coming here today?
24    A.  No.  Actually, just with my attorney and
25  maybe my parents that are part of my family.

</td><td>

Page 13

S. LEMUS
1
2    A.  Yes.
3    Q.  -- there is a document on the screen that
4  Mr. Valdivieso has shared.  It says at the top
5  Exhibit 1.
6        Did you see that at the very top of the
7  screen, the word exhibit and then the number 1?
8    A.  Yes.
9    Q.  Is this one of the documents you reviewed?
10    A.  I just got this so I haven't read them yet.
11        MR. TUCKER:  Can we show Exhibit 2,
12      please.
13    Q.  Ms. Lemus, do you see at the top again the
14  word exhibit and this time there is a number 2?  Do
15  you see that?
16    A.  Yes, yes.
17    Q.  Was this one of the documents you reviewed
18  before participating today?
19    A.  I think I got this one, but I haven't read it
20  completely.
21        MR. TUCKER:  Okay.  Can we show
22      Exhibit 3, please.
23        MR. VALDIVIESO:  Yes.
24    Q.  Ms. Lemus, again, this document, do you see
25  at the top it says Exhibit 3?

</td></tr>
</table>

Movant's App. 000576

Case No. 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/09/18 USDC Colorado pg 329 of 399

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018 Pages 14..17

Page 14
```
1              S. LEMUS
2    A.  Yes.
3    Q.  Was this one of the documents that you
4  reviewed?
5    A.  Yes, yes.  I read this one.  I read this one.
6            MR. TUCKER:  Can we see Exhibit 4,
7      please.
8            MR. VALDIVIESO:  Yes.
9    Q.  Then, Ms. Lemus, was this one of the
10  documents you reviewed, Exhibit 4?  You can see
11  Exhibit 4 at the top?
12   A.  Yes, yes.  I read this one.
13   Q.  Aside from these documents, did you review
14  any other documents before participating today?
15   A.  No.
16   Q.  Thank you.
17            MR. TUCKER:  Mr. Valdivieso, we can go
18      back to the full screen.
19            MR. VALDIVIESO:  Okay.
20            MR. TUCKER:  Actually, you know what, I
21      apologize.  Can we go back to Exhibit 1.
22            MR. VALDIVIESO:  Sure.
23            MR. TUCKER:  Thank you.
24   Q.  Ms. Lemus, just so the record is clear, have
25  you seen this document before?
```

Page 15
```
1              S. LEMUS
2    A.  Not in Spanish, I think.  Just I think I saw
3  it when I was filling out the application to join to
4  the demand.  I'm not sure.
5    Q.  Do you know what it is?
6    A.  Yes.  I think it is to join, like, my rights,
7  and everything.
8    Q.  Do you see towards the bottom of the page
9  there is some information, personal information, and
10  a signature?  Do you see that?
11   A.  Yes.
12   Q.  Did you complete the information on this
13  document?
14   A.  Yes.
15   Q.  Is that your signature there?
16   A.  Yes.  Yeah, it was like a signature that they
17  signed for me on my behalf.
18   Q.  Was the information on this form accurate at
19  the time you completed it?
20   A.  Yes.
21            MR. TUCKER:  Can we please see Exhibit 2,
22      please.
23            MR. VALDIVIESO:  Sure.  It should be
24      there now.
25   Q.  Ms. Lemus, do you see this document?  It says
```

Page 16
```
1              S. LEMUS
2  Exhibit 2?
3    A.  Yes.
4    Q.  Have you seen this document before?
5    A.  Yes.  I think it was at the beginning when I
6  was filling out the application.
7    Q.  What is it?
8    A.  It's information about joining to the lawsuit
9  for au pair actual wage.
10   Q.  Did you review this document before you
11  completed the information on Exhibit 1?
12   A.  Yes.
13            MR. VALDIVIESO:  Sorry to interrupt.
14      Just to make a suggestion.  Ms. Lemus, it is
15      a good idea to allow Mr. Tucker to finish his
16      question before you answer it.  Let him
17      finish his question, pause for a second, and
18      then answer so you are not speaking over each
19      other.
20            THE WITNESS:  Okay.
21            MR. TUCKER:  Thank you.
22            MR. VALDIVIESO:  Sorry.
23            MR. TUCKER:  No.  It's fine.  Can you
24      read back the last question.
25            (Whereupon, the record was read by the
```

Page 17
```
1              S. LEMUS
2      reporter.)
3    Q.  Did you understand this document after you
4  reviewed it?
5    A.  Yes.
6            MR. TUCKER:  Okay.  We don't need the
7      exhibits anymore for the time being.  Thank
8      you.
9            MR. VALDIVIESO:  Just a quick question,
10      Rob.  Can we go off the record for a second,
11      sorry.
12            MR. TUCKER:  Yes.
13            (Whereupon, a discussion was held off the
14      record.)
15   Q.  Ms. Lemus, my next question is:  Have you
16  completed a questionnaire in connection with this
17  lawsuit regarding your experiences as an au pair?
18   A.  Yes.
19   Q.  Have you provided your responses to the
20  questionnaire to your attorney?
21   A.  If I have provided the responses to my
22  attorney, yes.
23   Q.  Were there any questions on the questionnaire
24  that you did not understand?
25   A.  No.  I understood everything.
```

Page 18

S. LEMUS

1
2    Q.  Did you rely on any documents to assist you
3  in answering the questions?
4    A.  If I trust the documents, yes.
5    Q.  I apologize.  I didn't hear your response.
6    Can you repeat the question.
7    Q.  I would be happy to.
8       My question was:  Did you rely on or use any
9  documents to assist you with answering the questions
10  in the questionnaire?
11    A.  No, no, just my experience.
12    Q.  Did anyone assist you with answering the
13  questions?
14    A.  No.
15    Q.  Are the answers you provided accurate?
16    A.  Yes.
17    Q.  Ms. Lemus, when did you participate in the
18  APIA au pair program?
19    A.  It was for 2012 and then I extended for a
20  second year in 2013.
21    Q.  Do the dates January 16, 2012, through
22  October 28, 2013, sound about right?
23    A.  Yes.
24    Q.  Do you recall when you were placed with your
25  first host family?

Page 19

S. LEMUS

1
2    A.  Can you repeat the question, please.
3    Q.  Sure.
4       When were you placed with your first host
5  family?
6    A.  When?  It was after the three-day training.
7  I don't remember the exact day, but it was about
8  January 20, 2012.
9    Q.  What was that family's surname?
10    A.  ▓▓▓▓▓▓ family.
11    Q.  Is that ▓▓▓▓▓▓▓?
12    A.  Yes.
13    Q.  How long did your placement with the ▓▓▓▓
14  family last?
15    A.  I'm not sure about the exact time, but it was
16  about two months.
17    Q.  Does until March 8, 2012, sound approximately
18  correct?
19    A.  Yes, correct.
20    Q.  Why did your placement with the ▓▓▓▓▓ family
21  end?
22    A.  It was because my driving skills.  Because I
23  didn't drive very good by that time because I didn't
24  have practice in my country, and when I came to the
25  United States, it was something new for me.  So that

Page 20

S. LEMUS

1
2  is why we decided to end and go to rematch.
3    Q.  Then you were placed with a different host
4  family; is that correct?
5    A.  Yes, that's correct.
6    Q.  What was that family's surname?
7    A.  ▓▓▓▓▓▓
8    Q.  Could you spell that, please?
9    A.  ▓▓▓▓▓▓▓▓▓.
10    Q.  Then approximately how long did your
11  placement with the ▓▓▓▓ family last?
12    A.  It was approximately one year and ten months.
13    Q.  How did you locate the ▓▓▓▓▓ and ▓▓▓▓▓▓
14  families?
15       MR. VALDIVIESO:  Objection to form.
16    A.  Sorry.
17    Q.  How did you locate the ▓▓▓▓▓ and ▓▓▓▓▓▓
18  families?
19       MR. VALDIVIESO:  Objection to form.
20       You may answer.
21    A.  It was through the Au Pair in America
22  program.
23    Q.  You testified a minute or so ago about
24  rematch.
25       Can you explain what rematch is?

Page 21

S. LEMUS

1
2    A.  It is when either the au pair or the family
3  is not comfortable with each other, they can talk
4  about it with the coordinator of the program, and
5  they can decide to go with a different family for
6  any reason.
7    Q.  Who makes the decision whether to go with a
8  different family?
9    A.  The au pair coordinator.
10    Q.  Did you want your placement with the ▓▓▓▓▓▓
11  family to end?
12    A.  I think both, the family and me.  Me because
13  I didn't feel good because I didn't drive good for
14  them and because we had an accident with the car and
15  the car was damaged, and I think they decided to end
16  with me because of that accident.  Because they
17  needed someone who had better driving skills at that
18  time.  So it was a decision from both.
19    Q.  So once the decision was made to break the
20  match with the ▓▓▓▓ family, how did you come to be
21  placed with the ▓▓▓▓▓ family?
22    A.  We was looking for another family for me, and
23  suddenly my coordinator told me about a family that
24  was needing an au pair by that time, and they were
25  in the same area where I was living by then.  So I

Case 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/09/18 USDC Colorado Page 331 of 399

Page 22

S. LEMUS

1
2  think it was a good chance, and I went and
3  everything was fine.  So we matched with them again.
4      Q.  Did you have an interview with the ███
5  family?
6      A.  Yes.  I had some Skype interviews before when
7  I was in my country, and we had, like, two or three
8  interviews and by phone, I think, and everything was
9  fine.  So we decided to do the match.
10     Q.  Did you have any interviews with the ███
11 family?
12     A.  Just one.  Just one time that when I went to
13 their house and talked to them for about one hour.
14 Just one and then we decided to do the match as
15 well.
16     Q.  Did any APIA representative participate in
17 your host family interviews?
18     A.  Just in the first family.  In the second
19 family, I didn't see my coordinator any time.  It
20 was just by myself when I went there, and my
21 coordinator didn't go with me.  I was alone.
22     Q.  You testified that your coordinator
23 participated in interviews with your first family;
24 is that correct?
25     A.  No.  She didn't participate.  I didn't know

Page 23

S. LEMUS

1
2  her, but I was talking about the Au Pair in America
3  team, but they were not in the interview.  I don't
4  know if you understand me.
5      Q.  No.  I think I do, but let me just make sure
6  the record's clear.
7          You said you had some Skype interviews and a
8  couple by phone with the ███ family; is that
9  correct?
10     A.  Yes, yes.
11     Q.  My question is:  Were there any APIA
12 representatives participating in those Skypes or
13 those phone calls?
14     A.  No, not any of them.
15     Q.  Before you were placed with your host
16 families, did you participate in an orientation?
17     A.  When I first came to the United States, I
18 participated in a training for three days, but in my
19 case it was just for two days because I was late
20 because I lost the flight to New York, the
21 connecting flight.  So I was in the orientation just
22 for two days.
23     Q.  Can you briefly describe the orientation.
24     A.  I remember that it was in a hotel in
25 Connecticut, and we received training about living

Page 24

S. LEMUS

1
2  in the USA and about how to take care of children
3  and about the rules in the United States.  It was
4  just for two days for me and about CPR training
5  also.
6      Q.  You said that the training was in
7  Connecticut, correct?
8      A.  Yes.  It was Connecticut, I think, yeah.
9      Q.  Do you remember in what city in Connecticut
10 or --
11     A.  Oh, no.  I definitely do not remember.
12     Q.  You said there was training about taking care
13 of the children; is that correct?
14     A.  They were giving some advice about how to
15 treat children.  For the au pair that were going to
16 take care of babies, they were showing how to do
17 things with babies, but in my case because the
18 children that I was going to take care of they were
19 older children, they were just saying about how to
20 play with them, play games and things like that.
21         MR. TUCKER:  Mr. Valdivieso, we are ready
22         to go back to the exhibits.  If you could
23         pull up Exhibit 3, please.
24         MR. VALDIVIESO:  Sure.
25     Q.  Ms. Lemus, Mr. Valdivieso has put on the

Page 25

S. LEMUS

1
2  screen a document that has been marked Trigueros
3  Deposition Exhibit 3.
4          Do you see this document on the screen?
5      A.  Yes.
6      Q.  Do you see where it says Host Family and Au
7  Pair/Companion Agreement?
8      A.  Yes.
9      Q.  Can you take just a minute to review the
10 document, and I would ask that to the extent you
11 need Mr. Valdivieso to scroll down so you can see
12 the entire document, please just ask him when you
13 are ready.
14     A.  Okay.
15     Q.  After you are done reviewing, please let me
16 know.
17     A.  Okay.
18         THE WITNESS:  Can you scroll down,
19         please.
20     A.  Okay, I finished.
21     Q.  Okay, thank you.
22         Have you seen this document before?
23     A.  Yes.
24     Q.  What is it?
25     A.  It's, like, the agreement with the family and

Case No. 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/23/18 USDC Colorado pg 332 of 399

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018 Pages 26..29

Page 26

S. LEMUS

1
2    the Au Pair in America program.
3       Q.  Do you see at sort of the bottom of the
4    agreement, the screen, where it says signature of au
5    pair?  Do you see that?
6    A.  Yes.
7       Q.  Is that your signature?
8    A.  Yes.
9       Q.  Did you review this document before you
10   signed it?
11   A.  Yes.
12      Q.  Did you understand the document after you
13   reviewed it?
14          MR. VALDIVIESO:  Objection to form.
15          You may answer the question.
16   A.  Yes.
17      Q.  Did you understand the document when you
18   signed it?
19          MR. VALDIVIESO:  Objection to form.
20          You may answer it.
21   A.  Yes.
22      Q.  Is there anything in the document that is
23   inconsistent with your understanding of the au pair
24   program guidelines?
25          MR. VALDIVIESO:  Objection to form.

Page 27

S. LEMUS

1
2          You may answer.
3    A.  Can I have time to talk to my attorney?
4       Q.  No, not while the question is pending.  You
5    have to answer it first.
6    A.  I understood the form.
7       Q.  Okay, but that was not my question.  Would
8    you like me to have the court reporter read the
9    question back?
10   A.  Yes.
11          (Whereupon, the record was read by the
12          reporter.)
13          MR. VALDIVIESO:  Objection to form and
14          foundation.
15          You may answer the question unless
16          Mr. Tucker is going to rephrase it.
17      Q.  Please go ahead.
18   A.  No, no.  Everything was fine.  I agreed with
19   the form.
20          MR. VALDIVIESO:  I am just going to make
21          a suggestion here.
22          If Ms. Lemus doesn't understand a
23          question, I am just reminding you that you
24          are allowed to ask for a translation if the
25          question isn't clear.

Page 28

S. LEMUS

1
2          THE WITNESS:  Okay.
3       Q.  Is there anything in this document that is
4    inaccurate?
5          MR. VALDIVIESO:  Objection to form.
6    A.  No, there isn't.
7          MR. TUCKER:  Can we look at Exhibit 4,
8          please.
9          MR. VALDIVIESO:  Yes.
10         MR. TUCKER:  Thank you.
11         THE WITNESS:  Can I have time to talk to
12         my lawyer?
13         MR. TUCKER:  Yes, that's fine.  How long
14         do you want to break?
15         THE WITNESS:  Just, like, three minutes.
16         MR. TUCKER:  Okay.  Just let us know when
17         you want to start.  So we are going to go off
18         the record on the video now.  So we are now
19         off the record.
20         (Whereupon, a recess was taken at this
21         time.)
22         MR. TUCKER:  I believe before we broke I
23         asked Mr. Valdivieso if he could put
24         Exhibit 4 on the screen.
25      Q.  Ms. Lemus, do you see the document on the

Page 29

S. LEMUS

1
2    screen right now where it says Trigueros Deposition
3    Exhibit 4 at the top and the document says Host
4    Family and Au Pair Family Agreement?
5    A.  Yes.
6       Q.  Could you please take a minute to review this
7    document, and if you need Mr. Valdivieso to scroll
8    down so you can see the entire document, please ask
9    him, and then once you are done reviewing the
10   document, please let me know.
11   A.  Okay.
12      Q.  Thank you.
13         THE WITNESS:  Can you scroll down,
14         please?
15         MR. VALDIVIESO:  Yes.
16         THE WITNESS:  Can you scroll down,
17         please.
18   A.  Okay.  I finished reading.
19      Q.  Ms. Lemus, have you seen this document
20   before?
21   A.  Yes.
22      Q.  What is it?
23   A.  It is the agreement between the host family
24   and the au pair.
25      Q.  Is that your signature towards the bottom of

**Page 30**

S. LEMUS

1   the page?
2   A.  Yes, it is.
3   Q.  Did you review this document before signing
4   it?
5   A.  Yes.
6   Q.  Did you understand this document before you
7   signed it?
8   A.  Yes, I did.
9   Q.  Did you understand the document that was
10  Exhibit 3 before you signed it?
11  A.  Yes.
12  Q.  Aside from the agreements that were marked
13  Exhibit 3 and Exhibit 4, did you have any other
14  written agreements with your host families?
15  A.  No.
16  Q.  Okay.  I am going to ask you some questions
17  about the _____ family, okay?
18  A.  Okay.
19  Q.  During your placement, how many --
20        MR. VALDIVIESO:  Rob, do you want me to
21  take down the exhibit?
22        MR. TUCKER:  Oh, yes, please.  Thank you.
23  Q.  During your placement, how many individuals
24  resided in the _____ family's home?

**Page 31**

S. LEMUS

1   A.  There were five, five family members.
2   Q.  Okay, great.  So I am about to ask some
3   questions about the _____ family and the _____
4   family, but before I do so, I just want to give an
5   instruction that I would ask that we follow as long
6   as you are comfortable doing so.
7         In order to preserve the confidentiality of
8   the children of the different host families, I am
9   going to ask that you refer to the children by
10  gender and approximate age.  So, for example, if one
11  of the children was John Smith, approximately
12  seven years olds, I would ask that you refer to John
13  Smith as the seven-year-old boy instead of by his
14  full name, John Smith; is that clear?
15  A.  Yes.
16  Q.  Are you comfortable with doing that?
17  A.  Yes.
18  Q.  Okay.  Thank you very much.
19        With that instruction and understanding in
20  mind, can you please identify each of the five
21  individuals who resided in the _____ family's home?
22  A.  Yes.  It was a father and mother and it was,
23  I think, he was six years old -- six-years-old boy.
24  There was an eight-years-old boy and a

**Page 32**

S. LEMUS

1   nine-years-old boy.
2   Q.  Okay.  Just so I make sure I have the record
3   clear, you said a boy that was approximately six
4   years old?
5   A.  Yes.
6   Q.  A boy who was approximately eight years old
7   and a boy that was approximately nine years old; is
8   that correct?
9   A.  Yes, that is correct.
10  Q.  Thank you.
11        And then the father and mother also resided
12  in the _____ family home?
13  A.  Yes.
14  Q.  Now, I want to go back to the _____ family.
15        How many individuals resided in the _____
16  family's home during your placement?
17  A.  There were four family members, father,
18  mother, a 10-years-old girl and 12-years-old boy.
19  Q.  Okay.  Thank you very much.
20        Did any of your host parents have full-time
21  employment during your placements?
22        MR. VALDIVIESO:  Objection to form.
23        You may answer.
24  A.  In both families, yes.

**Page 33**

S. LEMUS

1   Q.  Who had full-time employment?
2   A.  The _____ parents and the _____ parents.
3   Q.  So all of your host parents had full-time
4   employment; is that correct?
5   A.  Yes, that's correct.
6   Q.  Did any of your host parents work from home
7   during your placement?
8   A.  No, they didn't.
9   Q.  What about occasionally?
10  A.  Never.
11  Q.  I am going to ask some questions about the
12  _____ family.
13        So for the _____ family, did any of the
14  _____ family children attend school?
15  A.  Yes.  They attended school.
16  Q.  I apologize.  I didn't hear that.
17  A.  Yes.  All of them, the three boys attended
18  school.
19  Q.  Okay, thank you.
20        Did any of the _____ children attend day
21  care?
22  A.  Day care, no.  They were in school.
23  Q.  Did any of the _____ children attend camp
24  during your placement?

Page 34

S. LEMUS

1
2   A.  No.
3   Q.  So let's talk about the ████ family.
4       Did any of the ████ family's children
5   attend school?
6   A.  Yes, both of them.
7   Q.  Did any of them attend camp?
8   A.  I remember that during one summer one boy
9   attended camp but for one week, something like that,
10  but just one.
11  Q.  So you said the ████ boy attended a
12  week-long camp one summer; is that correct?
13  A.  Yes, that's correct.
14  Q.  Was it a sleep-over camp?
15  A.  Yes.
16  Q.  So he wasn't residing at home in the week in
17  which he was participating in camp?
18  A.  No, he wasn't, just the girl.
19  Q.  Let me just make sure I have this clear.
20      So when the boy was at camp, only the girl
21  was staying at the family's home?
22  A.  You mean if the parents were home too or
23  what?
24  Q.  No, no.  I just want to know if the boy was
25  at home during the week in which --

Page 35

S. LEMUS

1
2   A.  No.  The boy was at camp but the girl was at
3   home.
4   Q.  Thank you.
5       Do you recall the school schedules for the
6   different children?
7   A.  If I -- Can you repeat the question, please.
8   Q.  Sure.  It was a little bit awkward.
9       Do you know what the scheduled hours of
10  school were for the children in your host families?
11  A.  Yes, yes, I remember.
12  Q.  The six-year-old boy in the ████ family --
13  You testified there's a six-year-old boy, correct,
14  approximately six years old?
15  A.  Yes.
16  Q.  What was his school schedule during your
17  placement?
18  A.  Well, it was from 7:00, I think, 7:00 a.m. to
19  2:30.
20  Q.  Was that Monday through Friday?
21  A.  Yes.
22  Q.  What about the eight-year-old boy?  Do you
23  recall what his schedule was?
24  A.  Yes, from 7:00 a.m. to 2:30.
25  Q.  And, again, that was Monday through Friday?

Page 36

S. LEMUS

1
2   A.  Yes.
3   Q.  And lastly the nine-year-old boy, do you
4   recall the nine-year-old boy's school schedule?
5   A.  Yes.  It was the same, from 7:00 a.m. to
6   2:30.
7   Q.  And you were not placed with the ████
8   family during summer months, correct?
9   A.  No, I wasn't.
10  Q.  Were they in school for the entirety of your
11  placement?
12  A.  Yes, two months.
13  Q.  Did they have any after-school activities?
14  A.  Yes, they had.
15  Q.  Do you remember what those were?
16  A.  Yes.  They had karate classes in the late
17  afternoon about 6:00 p.m. to 7:30.  Something like
18  that.
19  Q.  Other than karate, did they have any other
20  after-school activities?
21  A.  Yes.  The nine-years-old boy had basketball
22  practice.
23  Q.  Were there any other activities?
24  A.  No, no.  That was all.
25  Q.  The karate classes you said were from

Page 37

S. LEMUS

1
2   6:00 p.m. to 7:30 p.m.; is that correct?
3   A.  Yes.
4   Q.  What days of the week were those classes?
5   A.  I don't remember the days, but it was every
6   day from Monday to Friday, I think.
7   Q.  Was that for all three of the boys?
8   A.  No, just for two.  The youngest one -- I
9   don't really remember.  I think just for the two
10  older, but I used to take three of them with me.
11  Q.  So you took the boys to the karate classes?
12  A.  Yes, even though one of them didn't have
13  class, but I had to take him with me.
14  Q.  Did you attend the classes?
15  A.  Yes.
16  Q.  Okay.  So you were there during the classes?
17  A.  Yes.  I was there waiting.
18      MR. VALDIVIESO:  I don't know if the
19      court reporter got it.  I heard talking over
20      each other and I didn't get the last part.
21      (Whereupon, the record was read by the
22      reporter.)
23  Q.  Did the ████ children have any
24  before-school activities?
25  A.  The ████ children?

Case 1:14-cv-03074-CMA-KMT   Document 1071-1085   filed 05/09/18   USDC Colorado   Page 385 of 399

**Page 38**

S. LEMUS

2  Q.  Yes.
3  A.  Before school?
4  Q.  Yes.
5  A.  You mean before 7:00 a.m.?
6  Q.  Yes.
7  A.  No.
8  Q.  Okay, thank you.
9      I am going to ask now about the █████
10 family, okay?
11 A.  Okay.
12 Q.  What were the █████ family children's
13 scheduled hours of school?
14 A.  For the girl, the ten-years-old girl, she
15 went to school from 7:00 to 2:30, and for the boy
16 that was twelve-years-old, he was at school from
17 8:00 to 4:00 -- 4:00, yeah, 4:00, I think, 4:15.
18 Something like that.
19 Q.  Did the █████ children have after-school
20 activities?
21 A.  Yes, a lot.
22 Q.  Do you recall what the activities were?
23 A.  Yes.  For the girl, she was involved in many
24 activities like dance, ballet, cheerleading, girl
25 scouts.  Many other activities.  I don't remember

**Page 39**

S. LEMUS

2  the names of the other groups that she attended, but
3  she was busy all the time after school, five days a
4  week.  I had to driver her a lot, and the boy, he
5  had gymnastic classes, and I don't remember the
6  names of the groups neither, but he also had guitar
7  classes, but they were full, full of activities all
8  the time.  He also had tennis.  They both had
9  tennis.  Many, many activities.
10 Q.  Did you attend the █████ children's
11 activities?
12 A.  Yes.  I was with them but I wasn't part of
13 the activity.  I was just waiting for them all the
14 time.
15 Q.  Were you waiting for them where the activity
16 was occurring or were you somewhere else?
17 A.  No.  I was waiting for them inside the room,
18 yeah.
19 Q.  The █████ family children, their school
20 schedule was from Monday through Friday; is that
21 correct?
22 A.  Yes.  Yes, that's right.
23 Q.  Did they have school during the summer
24 months?
25 A.  Just the camp that I told you for the boy and

**Page 40**

S. LEMUS

2  the girl has many activities during the summer too.
3  Yes, they had activities, but I don't clearly
4  remember which ones but they have.
5  Q.  Okay, thank you.
6      Other than yourself and the host parents, did
7  anyone else take care of any of the children in the
8  host families in which you were placed?
9  A.  Nobody.  Anyone.  Just me.
10 Q.  So no babysitter?
11 A.  No, never.
12 Q.  No nanny?
13 A.  No.
14 Q.  You testified earlier about a community
15 counselor; is that correct?
16 A.  Yes.
17 Q.  Did you have a community counselor?
18 A.  Yes.
19 Q.  Do you have more than one?
20 A.  No, just one.
21 Q.  Who was your community counselor?
22 A.  Can you say her name?
23 Q.  I can't recall, but if you could just let me
24 know.
25 A.  Her name is Andrea.  Andrea Mmcmaieims.

**Page 41**

S. LEMUS

2  Something like that was the last name.  I'm not
3  sure.  I don't remember.
4  Q.  I apologize.  Did you say a name?  It was
5  Andrea and I couldn't hear the end.
6  A.  The last name I think is Mmcmaieims or
7  something like that.  Andrea, but her name is
8  Andrea.
9  Q.  Can you spell what you think the last name
10 is?
11 A.  It was M-M-C-M-A-I-E-I-M-S.
12 Q.  Okay.  Aside from Andrea, did you have
13 contact with any other APIA representative during
14 your participation in the au pair program?
15 A.  No.
16 Q.  How often were you in contact with Andrea
17 during your placement?
18 A.  We had meetings.  I'm not sure how often.  I
19 don't remember, but I think it was every
20 three months.
21 Q.  You said meetings, correct?
22 A.  Yes, meetings.
23 Q.  Are you talking about cluster meetings?
24 A.  Yes.
25 Q.  So is it your testimony that you attended

Page 42

1    S. LEMUS
2  cluster meetings every three months; is that what
3  you meant?
4    A.  Yes.
5    Q.  Aside from cluster meetings, did you
6  otherwise communicate with Andrea?
7    A.  Well, she gave us her phone number to call
8  her when we have any question or emergency or things
9  like that, and I called her several times, but she
10  never answered the phone, never.  Sometimes I used
11  to write her e-mails, but she didn't -- I don't know
12  if she didn't get them, and when she answered me it
13  was, like, two weeks after, so it was not, like, a
14  fast response.
15    Q.  What did you e-mail her about?
16    A.  Well, it was with the second family that I
17  have that I have some problems at the end, almost at
18  the end, so I was asking for her help.  So maybe she
19  could come to the house and talk to the family and
20  talk to me and see if there is any solution to our
21  problem, but she never came to the house.  She
22  responded to an e-mail and said she was going to
23  talk to the parents or maybe I should talk to them
24  and see if I can solve anything, but she never came
25  to the house to see what was happening.

Page 43

1    S. LEMUS
2    Q.  What were the problems?
3    A.  Well, everything was fine in the beginning,
4  but at the end, the father, the host father,
5  started, like, yelling at me for no reason and
6  things like that.  They weren't nice things for me.
7    Q.  I'm sorry about that.
8    A.  Okay.
9    Q.  Did any of the problems that you e-mailed
10  Andrea about concern your hours?
11    A.  Yes, yes.  I remember that I was telling her
12  that the father was telling me to do many things
13  that he wanted me to do that were not in the
14  contract, like taking care of the whole house, and
15  it was not part of the agreement and things like
16  that, and they take me more time than the time I was
17  going to work, and doing those things takes me more
18  time of my schedule, but she never answered.  She
19  never came to the house.
20    Q.  Did any of the problems you e-mailed Andrea
21  about concern your stipend?
22    A.  I have e-mails, I think, that I sent her.  I
23  have some e-mails.
24    Q.  Regarding the stipend?
25    A.  Regarding what?  Sorry.

Page 44

1    S. LEMUS
2    Q.  Regarding the stipend?
3    A.  About the amount of money they were paying?
4    Q.  No.  My question is:  Were any of your
5  e-mails with Andrea about the stipend?
6    A.  Can I have help with that question, please.
7  I'm not sure.
8    Q.  Yes.  We will have Mr. Delgado interpret it.
9  The court reporter will read the question back,
10  okay?
11    A.  Okay.
12      (Whereupon, the record was read by the
13  reporter.)
14    A.  No, not any of them.
15    Q.  Thank you.
16      MR. TUCKER:  Do you mind if we take about
17  a five-minute break?  Now is an okay time to
18  stop for me from my perspective.  Are we okay
19  with, like, a five-minute break?
20      THE WITNESS:  Yes, that's fine.
21      MR. TUCKER:  Is that okay, Juan?
22      MR. VALDIVIESO:  Yes, thank you.
23      MR. TUCKER:  We will go off the record
24  now.
25      (Whereupon, a recess was taken at this

Page 45

1    S. LEMUS
2  time.)
3    Q.  Ms. Lemus, what were your duties as an au
4  pair?
5    A.  Which family?  The first one or the second
6  one?
7    Q.  Why don't we start with the ███ family.
8  So what were your duties with the ███
9  family?
10    A.  Well, I used to get up the boys at 6:00 a.m.,
11  So my day started at 6:00 a.m.  I wake them up.
12  After that I went downstairs to make breakfast.  I
13  also get ready with the lunch for them.  After that
14  I took them to the bus, to the bus.  It was about
15  7:00 when I left them at the bus stop when the bus
16  was there.
17      After that I came back home and I had to
18  organize their bedrooms.  I had to make the beds.  I
19  have to take out the dog for a walk because they had
20  a dog.  After that I had to wash the laundry for the
21  children.  I had to fold the clothes after that and
22  organize it in their rooms.  That was for every day.
23  So it was about 10:00 a.m. when I get finished with
24  everything because I also had to prepare a snack and
25  dinner for them.

Movant's App. 000584

Page 46

S. LEMUS

2  So it was about 10:00 when I finished doing
3  my duties, and after that about 2:30 I get ready to
4  go to pick them up from the bus, and after that I
5  took them back home and I gave them the snack and I
6  helped them with the homework for all of them and I
7  gave them dinner about 5:30 and, after that I took
8  them to karate classes at 6:00, about 6:00 and it
9  finished about 7:30.  So I drive them back home and
10  after that about 8:00 or 8:30 I was free to go to my
11  room.
12  **Q.  Was that every day of the week?**
13  A.  Yes, every day.
14  **Q.  Did the schedule you just testified to ever**
15  **vary?**
16  A.  During the two months I was there, no.  It
17  was the same.
18  **Q.  So every single day you did the duties you**
19  **just testified to?**
20  A.  Yes.
21  **Q.  What about on the weekends?**
22  A.  During the weekends I was most of the time
23  free.  Just one or two times that they asked me to
24  take the boy, the older boy, to basketball practice,
25  but it was just, like, two Saturdays.  Since I was

Page 47

S. LEMUS

2  working with them not too much time just two months,
3  but most of the time during the weekend I was free.
4  **Q.  What were your duties with the ███ family?**
5  A.  With the ███ family I -- because they have
6  children that were different age and different
7  school grade, so with the girl, I used to get her up
8  at 6:00 a.m.  So my day started at 6:00 a.m. as
9  well.  After that I prepare her lunch, prepare her
10  breakfast.  I took her to the bus at 7:00 a.m.
11  After that I came back from the bus, and I go
12  to wake the boy up at around 7:00 a.m., 7:15.  So I
13  prepare his breakfast and I make his lunch and
14  everything, and after that I took him to the bus
15  about 8:00 a.m., and sometimes I have to drive him
16  to school because he didn't want to take the bus.
17  So I had to drive him.
18  After that at 8:30 I came back home, and I
19  start organizing the rooms, making their beds.  I
20  also was helping with the kitchen, to clean the
21  kitchen, and I was helping to organize the living
22  room and also other rooms in the house and also
23  doing laundry for the kids, folding the clothes,
24  organizing it in their bedrooms.  So when I finished
25  doing all those things, it was about 10:30 to 11:00

Page 48

S. LEMUS

2  a.m.
3  Then after that I just rest for two hours or
4  two and a half hours, and then I got ready to go for
5  them to pick them up from bus at 2:30.  For the girl
6  because the girl used to arrive at 2:30, and after
7  that when she was home, I had to help her with
8  homework.  Also to get her a snack, to give her a
9  snack, and after that about 4:00 I used to pick up
10  the boy from the bus because he used to come about
11  4:00, 4:15, something like that, and I did the
12  same -- making a snack, helping with homework -- and
13  at 5:00 p.m. I had to get them ready to go to the
14  different activities they had.  Like, for the girl
15  going to ballet, different classes during the week,
16  during the day.  Also, for the boy he had
17  activities.
18  I had to find a way how to drop them to the
19  classes on time on the day.  Because I used to drive
20  both of them at the same time or other times, I have
21  to go and drop off the girl to a place and then come
22  back to the house and take the boy and drop him off
23  to another place, and then I had to be moving like
24  this (indicating) all the time because they both
25  were in activities.  At the end I was free about

Page 49

S. LEMUS

2  8:30 or 9:00 p.m.
3  **Q.  So the schedule you just described,**
4  **Ms. Lemus, was that Monday through Friday?**
5  A.  Yes.
6  **Q.  What was your schedule on the weekends?**
7  A.  On the weekends I usually work on Saturday
8  because the boy had the gymnastics on Saturday
9  sometimes, but most of the weekends I was free.
10  Just, let's say, that I worked, like, two Saturdays
11  per month.
12  **Q.  What was your schedule on those Saturdays?**
13  A.  I remember that I used to get up at 8:00 and
14  get ready with the boy.  Then I took him to
15  gymnastics at 9:00 a.m., and then I pick him up
16  about 11:00, two hours and then I just drove him
17  home and at noon I was free, by noon.
18  **Q.  Did your schedule with the ███ family ever**
19  **vary?**
20  A.  Yes, during the summer.  During the summer
21  because the children didn't have to go to school, I
22  used to get them up by 9:00, 9:00 a.m., and after
23  that I used to stay with them making breakfast,
24  organizing everything in the house, and after that
25  sometimes they have some activities in the

Movant's App. 000585

| | Page 50 |
|---|---|

S. LEMUS

1 
2  afternoon, like going to the pool, and they also
3  have tennis.  So I was with them working from 9:00
4  until 6:00 or 7:00 p.m. and sometimes it was later
5  than that because the parents used to work a lot,
6  especially the mom, and sometimes they would arrive
7  about 9:00, 11:00 p.m. and sometimes -- Actually,
8  the mom had to travel a lot, and she stayed out of
9  the house for up to three days.  So I had to stay
10 with the children almost all the time because there
11 was also, like, two times both parents were out of
12 the house for, like, two nights.  So I had to stay
13 with the children, like, 24 hours a day.
14 **Q.  Okay, thank you.**
15 **    But when I said vary before, let me be a**
16 **little bit clearer.**
17 **    Were there days during your placement in**
18 **which you worked fewer than your scheduled hours?**
19 A.  Can you repeat the question, please.
20 **Q.  I think I am actually going to rephrase it.**
21 **Let me try to be a little clearer.**
22 **    Were there days in which you worked less**
23 **hours than what you were scheduled for during your**
24 **placement?**
25 A.  No, never, no.

| | Page 51 |
|---|---|

S. LEMUS

1 
2  **Q.  You always worked your full schedule?**
3  A.  Yes.
4  **Q.  Who assigned you your duties?**
5  A.  The house mother.  She was like the person in
6  charge of organizing the children's activities and
7  she was, like, sending me the activities by mail or
8  telling me or calling me because she was never at
9  home almost.  So she was calling me or sending me
10 mails about the activities.  Sometimes activities
11 changed, but most of the time, they had to be busy
12 doing something after school.
13 **Q.  The host mom you were just referring to, is**
14 **that the ▇▇▇▇ host mom?**
15 A.  Yes.
16 **Q.  Okay.  What about when you were placed with**
17 **the ▇▇▇▇ family?  Who assigned your duties when**
18 **you were placed with the ▇▇▇▇ family?**
19 A.  The host mom, Mrs.
20 **Q.  Did anyone from APIA ever assign your duties**
21 **to you?**
22 A.  No.
23 **Q.  Did anyone from APIA ever observe you**
24 **performing your duties?**
25 A.  Never, nobody.

| | Page 52 |
|---|---|

S. LEMUS

1 
2  **Q.  So you testified just a few minutes about**
3  **your schedules with your different host families,**
4  **right?**
5  A.  Yes.
6  **Q.  Did you and your host families reach an**
7  **agreement as to what your schedule was going to be?**
8  A.  If we have a written agreement?  Just the one
9  that Au Pair provided, but another agreement with
10 them, no.  She was just telling me what to do but no
11 written agreement.
12 **Q.  Did you have a written schedule with either**
13 **of your families?**
14 A.  I used to write my schedule so I can't forget
15 what to do, but they didn't give me any written
16 schedule.
17 **Q.  So you wrote down your schedule yourself?**
18 A.  Yes, with the things they told me to do and
19 the times and everything.
20 **Q.  Where did you write it down?**
21 A.  Well, in my notebook or -- I used to have a
22 notebook to write it with all the phone numbers and
23 names and addresses where sometimes I have to drive
24 the children because I used to drive them not just
25 to activities.  I used to drive them to see some

| | Page 53 |
|---|---|

S. LEMUS

1 
2  relatives, so my job was not just driving to
3  activities but also to relatives, to other families
4  or friends.
5  **Q.  Understood.  Do you still have your schedule?**
6  A.  Actually, I would have to look for the
7  notebook, but I'm not sure where I placed it.
8  **Q.  Other than in your notebook, did you keep**
9  **your schedules anyplace else?**
10 A.  No, no.  I think just in my notebook, but, I
11 think -- I'm sure I have some e-mails from my house
12 mother where she tells me the schedule for the
13 children.  I used to have some.  I think I have
14 some.
15 **Q.  Did you ever track the hours you were working**
16 **while you were an au pair?**
17 A.  Well, I counted like two times or three times
18 sometimes when I felt it was too much work during
19 the week.  So I remember that they were about
20 50 hours.
21 **Q.  But my question is:  Did you track your**
22 **hours?**
23 A.  Like written, no, no.
24 **Q.  So you didn't track them in writing?**
25 A.  No, no, but my schedule, it was the same,

Case 1:14-cv-03074-CMA-KMT   Document 1071-13   Filed 05/09/18   USDC Colorado   Page 339 of 399

Page 54

S. LEMUS

1
2  almost the same.  Also, it was there were more hours
3  during the summer, so I think there were about 50
4  all the time because it never changes.
5  **Q.  Do you know if your host families ever**
6  **tracked your hours?**
7  A.  I don't know.  I am not so sure.  Probably.
8  They never told me but maybe they track it.  I don't
9  know.
10  **Q.  Did you receive a weekly stipend during your**
11  **placements?**
12  A.  Yes.
13  **Q.  Let's start with the ████ family.**
14  **Did you receive a stipend every week in which**
15  **you were placed --**
16  A.  Yes.
17  **Q.  Let me just finish.  Just so we have a clear**
18  **record.  My question was --**
19  MR. TUCKER:  Can you just read back what
20  I started.
21  (Whereupon, the record was read by the
22  reporter.)
23  **Q.  Did you receive a stipend every week in which**
24  **you were placed with the ████ family?**
25  A.  Yes.

Page 55

S. LEMUS

1
2  **Q.  Did you receive a stipend every week in which**
3  **you were placed with the ████ family?**
4  A.  Yes.
5  **Q.  Who paid your stipends?**
6  A.  My house mothers.
7  **Q.  For both families?**
8  A.  Yes.
9  **Q.  Did anyone other than your host mothers ever**
10  **pay you your stipend?**
11  A.  No.
12  **Q.  How were your stipends paid?**
13  A.  In the first family, it was bank transfer,
14  and with my second family, it was cash.
15  **Q.  By second family you mean ████**
16  A.  Yes.
17  **Q.  Did the amount of your weekly stipends ever**
18  **change?**
19  A.  With the first family, it was 195.75 and with
20  the second family it was 200.
21  **Q.  So you testified that the ████ family paid**
22  **you a weekly stipend of 195.75; is that correct?**
23  A.  Yes.
24  **Q.  Did they ever pay you an amount that was**
25  **different from 195.75?**

Page 56

S. LEMUS

1
2  A.  No.
3  **Q.  Did the ████ family ever pay you an amount**
4  **different than $200?**
5  A.  No.
6  **Q.  How were your stipend amounts determined?**
7  A.  They were determined by Au Pair in America.
8  They said that the government -- It was a law that
9  the government said that the families had to pay
10  that to au pairs.
11  MR. TUCKER:  I'm sorry.  I couldn't --
12  Can you read back.
13  (Whereupon, the record was read by the
14  reporter.)
15  **Q.  How do you know that, Ms. Lemus?**
16  A.  Because they told me at the beginning that it
17  was, like, money -- that was money that the
18  government said that was the amount that host
19  families had to pay to au pair.  No more and no
20  less.
21  MR. TUCKER:  Did you get that?
22  (Whereupon, the record was read by the
23  reporter.)
24  **Q.  When you say "they," to whom are you**
25  **referring?**

Page 57

S. LEMUS

1
2  A.  The Au Pair in America team.
3  **Q.  Right, but who in particular?**
4  A.  Well.  That was what I read, but also the
5  person that I talked to in El Salvador, she said the
6  same.  The representative from Au Pair in America.
7  **Q.  The representative what?**
8  MR. TUCKER:  I'm sorry.  I'm having
9  trouble hearing.
10  (Whereupon, the record was read by the
11  reporter.)
12  **Q.  The representative in El Salvador you said is**
13  **from Au Pair in America?**
14  A.  Yes.
15  **Q.  What was that representative's name?**
16  A.  I don't really remember the name but her name
17  was Carmen.
18  **Q.  And you don't remember her last name?**
19  A.  No, I don't.
20  **Q.  Do you recall approximately when Carmen told**
21  **us this?**
22  A.  Can you repeat the question, please.
23  **Q.  Sure.  Do you remember when Carmen told you?**
24  A.  Yes.  It was when I was starting to apply for
25  the program.  It was about, let's see, July,

Case 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/09/18 USDC Colorado pg 340 of 399

Page 58

S. LEMUS

1  July 2011.
2  Q.  How do you know that Carmen is a
3  representative of Au Pair in America?
4  A.  Because I did all the process with her.  She
5  was, like, the guide for me.  She was guiding me
6  with all the things that I have to do.  All the
7  papers that I have to fill out.
8  Q.  Right, but did she tell you she was a
9  representative of Au Pair in America?
10  A.  Yes, yes, because she was working for them,
11  so they was a representative.
12  Q.  Did she work for another company?
13  A.  No, just for Au Pair in America.
14  Q.  When she told you about the stipends, did she
15  tell you orally?
16  A.  Yes, when I went to the interview.
17  Q.  Was anyone else present when you spoke?
18  A.  Yes.  It was a friend of mine there, and he
19  was with me when I went there.
20  Q.  Who is the friend?
21  A.  He is a friend from school.
22  Q.  Right, but what's his name?
23  A.  Isai.
24  Q.  Could you spell that, please?

Page 59

S. LEMUS

1  A.  I-S-I -- No, I'm sorry.  It's I-S-A-I.
2  Q.  His last name?
3  A.  Estrada.
4  Q.  So anyone other than Carmen, Isai, and
5  yourself present in the conversation?
6  A.  Yes, just we three.
7  Q.  It was just the three of you?
8  A.  Yes.
9  Q.  Did you record the conversation?
10  A.  No.
11  Q.  Do you know if anyone else was recording the
12  conversation?
13  A.  No, nobody.
14  Q.  Just so the record is clear, and I apologize,
15  can you say or tell me the substance of your
16  conversation with Carmen?
17  A.  I don't understand the question.
18  Q.  Would you like the question to be
19  interpreted?  Would that be helpful?
20  A.  Yes.
21  MR. TUCKER:  Do you want to just read
22  that back.
23  (Whereupon, the record was read by the
24  reporter.)

Page 60

S. LEMUS

1  A.  Do you mean the substance, like what was
2  about it?
3  Q.  Correct.
4  A.  Well, we were just talking about the program,
5  about the payments, about the requirements to apply
6  for the program.  So it was so many things that we
7  were talking about at.  All the things regarding the
8  program.
9  Q.  Right, but I am asking specifically about the
10  stipends, though.
11  What was your conversation about the stipend?
12  A.  She told me I was going to be paid $195.75
13  every week, and she told me that I was also going to
14  have like $500 a year for studies, and what else?
15  And also that I was going to have two weeks, two
16  paid weeks, for vacation during the year, and that
17  was it.
18  Q.  Did she tell you anything else about the
19  stipend?
20  A.  No.
21  MR. TUCKER:  Can you just read back the
22  testimony.  I just want to make sure.
23  (Whereupon, the record was read by the
24  reporter.)

Page 61

S. LEMUS

1  Q.  She told you you were going to be paid
2  $195.75 every week, correct?
3  A.  Yes, yes.
4  Q.  And she didn't tell you anything other than
5  that about the stipend?
6  A.  No.  She told me it was a stipend given by
7  the government.  That the government said that that
8  is the amount of money that au pairs have to be
9  paid.  She told me that.
10  Q.  Did you have a conversation about the stipend
11  with any other APIA representative?
12  A.  No.
13  Q.  So other than Carmen, you didn't discuss the
14  stipend with another APAI representative?
15  A.  Discussed, no.  They just mentioned during
16  the training that we were going to be paid that
17  amount, but discussing personally with someone from
18  the au pair program here in the United States, no.
19  I didn't discuss that with any Au Pair person.
20  Q.  Did you ever ask your host families to
21  increase the stipend amount?
22  A.  No, I never.
23  Q.  Could the host families have increased the
24  stipend amount?

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018 Pages 62..65

Page 62

S. LEMUS

1
2     MR. VALDIVIESO:  Objection to form.
3     A.  I don't understand the question.  Can you
4  repeat it.
5     Q.  Sure.  I am going to rephrase it actually.
6        If the host families wanted to pay more than
7  195.75, could they pay more?
8     MR. VALDIVIESO:  Objection to form.
9     A.  Well, actually, I didn't know if they could
10  do that, but the second family paid me 200 a week,
11  but I don't know.  I don't know if they could have
12  done that or not.
13     Q.  But you did receive --
14     A.  But --
15     Q.  Go ahead.
16     A.  Yes, but the Au Pair in America people told
17  me that 195.75 was the amount that the government
18  said that I have to be paid.  So during all the time
19  I was working as an au pair, I was like, Okay.  The
20  government says so.  So I have to be working all of
21  these hours for this money, but I didn't know if the
22  family could be paying me more than that or not.  I
23  don't know.
24     Q.  Ms. Lemus, aside from the weekly stipend, did
25  you receive any monetary payments during your

Page 63

S. LEMUS

1
2  placements?
3     A.  During my placements?  I don't understand.
4     Q.  Do you mind if we ask the interpreter to
5  assist?  Is that okay?
6     A.  Okay.
7     Q.  If you would rather me rephrase it, I can do
8  that as well.  That is your choice.
9     A.  Can you rephrase it because I don't get the
10  idea.
11     Q.  So my question was:  Aside from -- Did you
12  have trouble understanding the word placement?
13     A.  No, no.  I am fine with that.
14     Q.  Was it monetary?
15     A.  No, no.  I just don't get the idea.  If I got
16  more money during my placement?
17     Q.  You sort of got it.  I will give you an
18  example, okay?  A bonus, gas money, you know, money
19  to go to a show, you know, that sort of thing?  Now
20  that you have those examples, I am going to try the
21  question again and if you still need me to rephrase
22  it, just let me know, okay?
23     A.  Okay, okay.
24     Q.  Aside from the weekly stipend, did you
25  receive any monetary payments during your

Page 64

S. LEMUS

1
2  placements?
3     A.  No.  No, I didn't.  I didn't receive any
4  other money.
5     Q.  So you never received a bonus from your host
6  families?
7     A.  From the first family, never, but with the
8  second family during Christmas, I got a bonus.
9  $200, I think, bonus during Christmas, but that was
10  the only time.
11     Q.  Did that happen once?
12     A.  Just once.
13     Q.  If I understand correctly, so one Christmas
14  when you were placed with that family, you did not
15  receive a bonus; is that correct?
16     A.  Yes.  It was because the second Christmas I
17  was not with them.
18     Q.  Understood.  Thank you.
19        Did you receive gifts from your host
20  families?
21     A.  No.  Anything.  Just the bonus.
22     Q.  Just the bonus?
23     A.  Right.
24     Q.  So no birthday gifts?
25     A.  Just a cake.

Page 65

S. LEMUS

1
2     Q.  You testified that you drove with both host
3  families, correct?
4     A.  Yes.
5     Q.  As part of your duties, right?
6     A.  Yes.
7     Q.  Did you ever drive for your own personal
8  purposes during your placements?
9     A.  With the first family, no.  Actually, they
10  didn't allow me to use the car for personal
11  purposes.  They also told me to take the bus if I
12  want to go to downtown or something like that, but
13  with the second family, yes.  They allowed me to use
14  the car to go to my classes because I used to take
15  some classes and it was Saturday.  They allowed me
16  to use the car to go to the courses I had, and also
17  to go some days if I wanted to go to a play, they
18  allow me to use the car, but they didn't like that I
19  bring back the car so late.  So I have a time to
20  come back.
21     Q.  When you were using the car for those
22  personal purposes you just discussed, did you pay
23  for the gas you used?
24     A.  Yes, I paid for the gas.
25     Q.  Did your host families provide you with a

Movant's App. 000589

Case No. 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/09/18 USDC Colorado pg 342 of 399

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018 Pages 66..69

Page 66

S. LEMUS

1
2  cell phone?
3     A.  Yes.
4     Q.  Both families?
5     A.  Yes, both families gave me a cell phone, but
6  it was most for working because they used to call
7  me.  If they were not home, they would call me to
8  give me instructions what to do every day, and it
9  was most for working purposes than for personal
10 purposes.  Because I don't have any relatives in the
11 United States, so I didn't call anyone.  When I
12 wanted to call home I would use Skype or something
13 like that, but the phone was not for my personal
14 purposes.
15    Q.  Did you ever use it for your personal
16 purposes?
17    A.  Maybe once or two just to call a friend that
18 was around here too, but other than that, no,
19 because as I told you, I used to use Internet to
20 call to my home country.
21    Q.  So you used Internet with your host families?
22    A.  Yes.
23    Q.  Both host families?
24    A.  Yes.
25    Q.  Did you pay for the Internet?

Page 67

S. LEMUS

1
2     A.  No.
3     Q.  Did your host families provide you with a
4  computer?
5     A.  No.
6     Q.  So you used your own computer?
7     A.  Yes.
8     Q.  Did your host families pay for any travel
9  expenses?
10    A.  Travel where or how?  Vacations or --
11    Q.  Yes.  Let me actually rephrase the question.
12 Did your host family pay for any personal
13 travel expenses?
14    A.  I'm sorry.  What did you say?
15    Q.  Let me rephrase it.
16 Did your host family pay for any of your
17 personal travel expenses?
18           MR. VALDIVIESO:  Objection to form.
19    A.  Personal, like going on vacations, gas, and
20 things like that.
21    Q.  Correct.
22    A.  No.  They never paid gas or anything.  As far
23 as I remember, no.
24    Q.  What about plane tickets?
25    A.  With the second family because I had one

Page 68

S. LEMUS

1
2  week, two weeks I used to -- supposedly, I have
3  two weeks for paid vacation during the years.  So
4  they gave me one week to go and visit my family in
5  my country, and they used their SkyMiles to buy the
6  ticket for me.  The SkyMiles that the host mother
7  had, but it was all the time that -- The problem
8  with that family was I just had that week of
9  vacation.
10    I never had the second week of vacation.
11 Because what happened was that for my second week of
12 vacation, they decided to go and have a trip, and I
13 had to stay home and take care of the house and the
14 pets.  So they didn't allow me to go out during my
15 second week of vacation because I had to stay home.
16    Q.  Did you ever tell Andrea, your community
17 counselor, what your schedule of duties was when you
18 were an au pair?
19    A.  Yes.  I told her that I was having problems
20 because they had me to do things that were not in
21 the contract and, of course, she could imagine that
22 that took more time of the time that they took.  So
23 I told her about that.
24    Q.  You testified earlier that that problem arose
25 towards the end of your placement with the second

Page 69

S. LEMUS

1
2  family; is that correct?
3     A.  Yes.
4     Q.  Do you recall approximately when that problem
5  arose?
6     A.  I left the second family about October 28,
7  2013, and those problems started about three months
8  or two months before, and I was trying to contact my
9  coordinator, but she was never answering in any
10 e-mail or any phone call.
11    Q.  Aside from attempts to contact Andrea
12 regarding that problem that arose two to
13 three months before your placement concluded, were
14 there any other occasions when you spoke to or tried
15 to contact Andrea about your schedule?
16    A.  About my schedule, as far as I remember, no.
17 Because I was doing -- I was working all those
18 hours, but the family was being nice with me at the
19 beginning, but after that they changed.  So I didn't
20 feel more comfortable, and I start calling and
21 texting and writing e-mails to Andrea, but she never
22 answered.
23    Q.  Understood.  Okay.  Slightly different
24 question.
25    Did you ever contact Andrea about the hours

Page 70

S. LEMUS

2  you were working while you were an au pair?
3     A.  Yes, at the end as I told you.
4     Q.  Aside from that, was there any other contact
5  with Andrea about your hours?
6     A.  No.
7     Q.  How did your hours change in the two to three
8  months prior to your conclusion of the placement?
9     A.  Well, they were always about 50 hours, but
10 during the last months after working the same
11 schedule with 50 or more than 50 hours, they were
12 changing because the parents wanted me -- especially
13 the host dad -- he wanted me to do things that were
14 not from my contract.  Like, for example -- Can I
15 use the translator for this?
16    Q.  Absolutely.  Hold on just a second.
17    A.  Okay, okay.  During the last few months --
18         MR. TUCKER:  Do we need to do that in
19      pieces?
20         THE TRANSLATOR:  Or do it simultaneously.
21    Q.  So, I apologize, Ms. Lemus.  So the problem
22 is we either need to do it simultaneously in which
23 case it may be difficult for Mr. Delgado to hear or
24 we will have to do it consecutively, which means you
25 say a piece and you pause, and he will be able to

Page 71

S. LEMUS

2  interpret it and then you'll say another piece, and
3  we will do it in pieces.  Do you understand?
4     A.  Yes.
5     Q.  So can we try that again in shorter bursts?
6     A.  Okay.
7         MR. TUCKER:  Do you want to read back my
8      question first?
9     Q.  Would that be helpful if we the court
10 reporter reads back the question?
11    A.  Yes.
12         (Whereupon, the record was read by the
13      reporter.)
14    A.  During the last few months, the children's
15 father wanted me to do things that were not part of
16 the contract, were not part of the care of the
17 children.  For example, he asked me to be in charge
18 of fumigating in the house, and I didn't want to do
19 so because I didn't have the experience to handle
20 those types of poisons for fumigation.  Then he
21 became very angry and started to yell at me.  He
22 told me that I was lazy and that I was not doing my
23 job properly.
24         He also wanted me to dedicate more time to
25 cook different types of foods for the children

Page 72

S. LEMUS

2  because the children were not eating well.  So he
3  wanted me to, after I finished everything that I had
4  to do during the day, to have some more time to look
5  for recipes.  That would mean that I would not have
6  any rest time during the day while the children were
7  at school.  That's all.
8         MR. TUCKER:  Thank you.  Juan, did you
9      get all that?
10         MR. VALDIVIESO:  Yes.
11    Q.  Ms. Lemus, I understand from your testimony
12 just now that your host father asked you to
13 supervise fumigating; is that correct?
14    A.  Yes, that's correct.
15    Q.  Did you, in fact, do that?
16    A.  No, I didn't.
17    Q.  I also understand that he asked you to look
18 for recipes during the day.  Did you do that?
19    A.  I tried at the beginning but after that
20 because he was starting to behave bad with me and
21 yelling at me all the time, I couldn't rest anymore
22 in that house and I felt so bad that I left.
23    Q.  Do you want to take a few minutes, Ms. Lemus?
24    A.  Yes.
25    Q.  I'm sorry about that.  Take as much time as

Page 73

S. LEMUS

2  you need.  You tell me.  Would you like 10 minutes,
3  15?
4     A.  Five minutes is fine.
5         MR. TUCKER:  Five minutes, okay.  Thank
6      you.
7         THE WITNESS:  Thank you.
8         MR. TUCKER:  We are going to go off the
9      record now.
10         THE WITNESS:  Okay.
11         MR. TUCKER:  Okay, thank you.
12         (Whereupon, a recess was taken at this
13      time.)
14    Q.  Ms. Lemus, we are back on the record now.
15         Did your host families provide you with a
16 private bedroom throughout your placement?
17    A.  Yes.
18    Q.  Was the bedroom for your exclusive use?
19    A.  Yes.
20    Q.  Did your host families provide you with food
21 throughout your placement?
22    A.  Yes.
23    Q.  Did you ever want more food than the host
24 families provided?
25    A.  Yes.

Movant's App. 000591

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018 Pages 74..77

Page 74

S. LEMUS

1
2    Q.  Is that for both families?
3    A.  Yes, for both.
4    Q.  Did you ever ask for more food?
5    A.  No.
6    Q.  Were there days in which they didn't provide
7    you with food?
8    A.  Well, my second family sometimes they were
9    out of everything in the fridge, so I had to go to
10   the supermarket and buy the food for the week, but
11   after that the house mom paid me back for the
12   things.  I mean, I was the person in charge of
13   having all the necessary foods in the fridge for
14   every week.  I was more look a housekeeper, not just
15   a nanny.
16           MR. TUCKER:  Can we go off the record for
17       just a minute?
18           MR. VALDIVIESO:  Sure.
19           (Whereupon, a discussion was held off the
20       record.)
21   Q.  Ms. Lemus, did you take classes during your
22   placements?
23   A.  Yes.
24   Q.  What classes did you take?
25   A.  With my second family, I was taking grammar,

Page 75

S. LEMUS

1
2    English grammar, like for two months, and I also
3    took a course in my second year.  I took a course at
4    UGA.
5    Q.  I'm sorry.  I couldn't hear that last word.
6    Could you repeat that.
7    A.  The University at Georgia.
8    Q.  Oh, university.
9    A.  Uh-huh.  UGA.  I took a course there about --
10   it was about teaching English as a foreign language.
11   Something like that.  It lasted about three months.
12   Just Saturdays.
13   Q.  So other than the grammar course and the
14   English course, did you take any other courses
15   during your placements?
16   A.  No.
17   Q.  You said the grammar course lasted
18   approximately two months?
19   A.  Three months.
20   Q.  Oh, three months.
21       What was the class schedule for those three
22   months?
23   A.  For the English grammar, it was from -- I
24   think, it was two days a week, and it was about
25   8:00 p.m. to 10:00 p.m., two hours.

Page 76

S. LEMUS

1
2    Q.  What days of the week was that?
3    A.  It was Tuesday and Thursday, I think.
4    Q.  Then the same question for the other English
5    class.  You said that was approximately
6    three months.
7    A.  Yes.  It was Saturday from 11:00 a.m. to
8    4:00 p.m.  Just Saturdays.
9    Q.  11:00 a.m. to 4:00 p.m.; is that what you
10   said?
11   A.  Yes.
12           MR. TUCKER:  Okay.  I have no further
13       questions.  I think Mr. Valdivieso may have
14       some questions, but thank you very much.
15           THE WITNESS:  Okay.
16           MR. TUCKER:  Juan?
17           MR. VALDIVIESO:  Yes.
18           MR. TUCKER:  I am all set.
19           MR. VALDIVIESO:  Okay.  I just have a
20       couple of things to actually help you out
21       cleaning up the record.  Can the court
22       reporter go back and do a search in the
23       transcript for the word "demand."  It was in
24       the very, very beginning of the transcript.
25           MR. TUCKER:  What was the context?

Page 77

S. LEMUS

1
2           MR. VALDIVIESO:  Let's go off the record.
3           (Whereupon, a discussion was held off the
4       record.)
5    EXAMINATION BY
6    MR. VALDIVIESO:
7    Q.  Ms. Lemus, do you remember testifying about
8    joining a demand earlier in today's testimony?
9    A.  Yes, yes, I remember.
10   Q.  What did you mean by joining a demand?
11   A.  I was trying to say that I was joining to a
12   lawsuit.
13   Q.  Do you remember Mr. Tucker asked you if you
14   ever asked your host family to increase the stipend?
15   A.  Yes, I remember.
16   Q.  Do you remember what your answer was?
17   A.  Yes.  I said that no I never asked them to
18   increase my payment.
19   Q.  Why didn't you ask them to increase your
20   payment?
21   A.  I didn't ask them because when I started to
22   apply to Au Pair in America, they told me that I was
23   going to be paid $195,75 every week, and they told
24   me that the government's law said that all au pairs
25   had to get paid that and no more and no less.  That

Movant's App. 000592

|  |  |
|---|---|
| **Page 78** | **Page 80** |

Page 78

S. LEMUS

1 is why I didn't ask them to increase my payment.
2 **Q. Did you have any understanding as to what**
3 **duties were permitted as part of the au pair**
4 **program?**
5 A. If I have understanding about my duties?
6 **Q. About what duties were permitted under the**
7 **program?**
8 MR. TUCKER: Objection to form.
9 A. Yes, yes.
10 **Q. What was your understanding as to what duties**
11 **were permitted under the au pair program?**
12 MR. TUCKER: Objection to form.
13 A. I understood that my work was going to be
14 only to take care of children, and I understood that
15 I was going to be just like a nanny and not a
16 housekeeper.
17 **Q. How did you get that understanding about what**
18 **was permitted under the au pair program?**
19 A. Because I read the agreement at the
20 beginning. When I was at the beginning in El
21 Salvador, the person in charge of the program told
22 me all the things that I had to do and the things
23 that I shouldn't do. So I understood my work here
24 was going to be to be a nanny for the children.

Page 80

S. LEMUS

1 a quick call when you are back at your
2 office.
3 MR. TUCKER: Yeah, I can do that.
4 MR. VALDIVIESO: Thanks.
5 MR. TUCKER: So we are going to go off
6 the record now.
7 (Time Noted: 4:12 p.m.)
8
9 _____
10 SANTOS DANIELA LEMUS TRIGUEROS
11 Subscribed and sworn to before me
12 this ___ day of _____, 2018.
13 _____
14 Notary Public

Page 79

S. LEMUS

1 **Q. Is that the same person that you testified**
2 **about earlier? I think you gave her first name and**
3 **didn't remember her last name.**
4 A. Yes, Carmen. Yes, yes. She was Carmen.
5 **Q. Carmen, and you understood Carmen to be an Au**
6 **Pair in America representative; is that right?**
7 A. Yes.
8 **Q. I'm not sure if Mr. Tucker -- I can't**
9 **remember if he asked you or not, but you described**
10 **the orientation program that you attended. Do you**
11 **remember that?**
12 A. Yes.
13 **Q. I believe you testified you attended for**
14 **two days; is that right?**
15 A. Yes.
16 **Q. Did you receive any payments during those**
17 **two days that you attended the orientation program?**
18 A. No. I don't remember. I don't remember, but
19 I think, no, I didn't receive any payment.
20 MR. VALDIVIESO: I don't have any further
21 questions.
22 MR. TUCKER: Nor do I. Anything else you
23 want on the record or --
24 MR. VALDIVIESO: No. If you can give me

Page 81

I N D E X

WITNESS                 EXAMINATION BY        PAGE
Santos Daniela Lemus    Mr. Tucker            4
                        Mr. Valdivieso        77

E X H I B I T S

LEMUS TRIGUEROS    DESCRIPTION              PAGE
1          Consent to Join form             4
2          Notice Of Your Right to Join     4
           Lawsuit For Unpaid Wages

3          Host Family and Au Pair/Companion  4
           Agreement
4          Host Family and Au Pair/Companion  5
           Agreement

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018 Pages 82..83

Page 82

```
1              C E R T I F I C A T E
2   UNITED STATES DISTRICT COURT ): ss.
3   FOR THE DISTRICT OF COLORADO )
4          I, KAREN BERESHEIM, a Registered
5   Professional Reporter, Certified Live Note Reporter
6   and Notary Public (credentials) within and for the
7   State of New York, do hereby certify:
8          That SANTOS DANIELA LEMUS TRIGUEROS, the witness
9   whose deposition is hereinbefore set forth, was duly sworn
10  by me and that such deposition is a true record of
11  the testimony given by the witness.
12         Before completion of the deposition,
13  review of the transcript ( ) was  (X) was not requested;.
14  If requested, any changes made by the deponent (and
15  provided to the reporter) during the period allowed
16  are appended hereto.
17         I further certify that I am not
18  related to any of the parties to this action
19  by blood or marriage, and that I am in no way
20  interested in the outcome of this matter.
21         IN WITNESS WHEREOF, I have hereunto
22  set my hand this 12th day of April, 2018.
23
24  _____
25          KAREN BERESHEIM
```

Page 83

```
1            E R R A T A   S H E E T
2
3   CASE NAME:BELTRAN ET AL v. INTEREXCHANGE, INC. ET AL
4   DATE OF DEPOSITION:       March 23, 2018
5   WITNESS'S NAME:    Santos Daniela Lemus Trigueros
6
7   PAGE   LINE (S)    CHANGE        REASON
8   ____|_____|_____|_____
9   ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18  ____|_____|_____|_____
19
20         _____
21          SANTOS DANIELA LEMUS TRIGUEROS
22  SUBSCRIBED AND SWORN TO BEFORE ME
23  THIS _____ DAY OF _____, 20__.
24  _____
25   NOTARY PUBLIC        MY COMMISSION EXPIRES
```

**$**

**$195,75**
77:23

**$195.75**
60:13 61:3

**$200**
56:4 64:9

**$500**
60:15

**-**

**-ooo-**
4:9

**1**

**1**
4:17 13:5,7 14:21 16:11

**10**
73:2

**10-years-old**
32:19

**10:00**
45:23 46:2 75:25

**10:30**
47:25

**11:00**
47:25 49:16 50:7 76:7,9

**12-years-old**
32:19

**15**
73:3

**16**
18:21

**195.75**
55:19,22,25 62:7,17

**2**

**2**
4:21 13:11,14 15:21 16:2

**20**
19:8

**200**
55:20 62:10

**2011**
58:2

**2012**
18:19,21 19:8,17

**2013**
18:20,22 69:7

**24**
50:13

**28**
18:22 69:6

**2:30**
35:19,24 36:6 38:15 46:3
48:5,6

**3**

**3**
4:25 13:22,25 24:23 25:3
30:11,14

**30009**
5:10

**4**

**4**
5:5 14:6,10,11 28:7,24
29:3 30:14

**4:00**
38:17 48:9,11 76:8,9

**4:15**
38:17 48:11

**5**

**50**
53:20 54:3 70:9,11

**5:00**
48:13

**5:30**
46:7

**6**

**6:00**
36:17 37:2 45:10,11 46:8

47:8 50:4

**7**

**7:00**
35:18,24 36:5 38:5,15
45:15 47:10,12 50:4

**7:15**
47:12

**7:30**
36:17 37:2 46:9

**8**

**8**
19:17

**8:00**
38:17 46:10 47:15 49:13
75:25

**8:30**
46:10 47:18 49:2

**9**

**9:00**
49:2,15,22 50:3,7

**A**

**a.m.**
35:18,24 36:5 38:5
45:10,11,23 47:8,10,12,
15 48:2 49:15,22 76:7,9

**able**
11:20 70:25

**Absolutely**
70:16

**accident**
21:14,16

**accommodate**
8:21

**accurate**
15:18 18:15

**accurately**
4:4

**activities**
36:13,20,23 37:24 38:20,

22,24,25 39:7,9,11 40:2,
3 48:14,17,25 49:25
51:6,7,10 52:25 53:3

**activity**
39:13,15

**actual**
16:9

**address**
5:9

**addresses**
52:23

**advice**
24:14

**affect**
11:13

**after-school**
36:13,20 38:19

**afternoon**
36:17 50:2

**age**
31:11 47:6

**ago**
20:23

**agreed**
27:18

**agreement**
4:24 5:4 25:7,25 26:4
29:4,23 43:15 52:7,8,9,
11 78:20

**agreements**
30:13,15

**ahead**
27:17 62:15

**allow**
16:15 65:10,18 68:14

**allowed**
10:15 27:24 65:13,15

**aloud**
7:2

**Alpharetta**
5:10

**America**
5:21,23,24 6:2 12:5
20:21 23:2 26:2 56:7
57:2,6,13 58:4,10,14

Movant's App. 000595

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018          i2

62:16 77:22 79:7

**American**
5:20,25

**amount**
44:3 55:17,24 56:3,18
61:9,18,22,25 62:17

**amounts**
56:6

**Andrea**
40:25 41:5,7,8,12,16
42:6 43:10,20 44:5 68:16
69:11,15,21,25 70:5

**angry**
71:21

**answer**
7:9,10 8:11,24 9:3,9,10
16:16,18 20:20 26:15,20
27:2,5,15 32:24 77:16

**answered**
42:10,12 43:18 69:22

**answering**
18:3,9,12 69:9

**answers**
4:7 6:10 18:15

**anymore**
17:7 72:21

**anyplace**
53:9

**APAI**
61:15

**APIA**
5:22,23 18:18 22:16
23:11 41:13 51:20,23
61:12

**apologize**
14:21 18:5 33:17 41:4
59:15 70:21

**appearance**
5:12

**application**
15:3 16:6

**applies**
9:6

**apply**
57:24 60:6 77:22

**approximate**
31:11

**approximately**
19:17 20:10,12 31:12
32:4,7,8 35:14 57:20
69:4 75:18 76:5

**area**
21:25

**arose**
68:24 69:5,12

**arrive**
48:6 50:6

**aside**
14:13 30:13 41:12 42:5
62:24 63:11,24 69:11
70:4

**asked**
28:23 46:23 71:17 72:12,
17 77:13,14,17 79:10

**asking**
12:18 42:18 60:10

**assign**
51:20

**assigned**
51:4,17

**assist**
18:2,9,12 63:5

**assume**
7:11

**attempts**
69:11

**attend**
10:15 33:15,21,24 34:5,7
37:14 39:10

**attendance**
10:12

**attended**
33:16,18 34:9,11 39:2
41:25 79:11,14,18

**attorney**
5:18 9:7 11:24 12:6
17:20,22 27:3

**attorneys**
10:13 11:23

**au**
4:23 5:3,21,23 6:2 12:5

16:9 17:17 18:18 20:21
21:2,9,24 23:2 24:15
25:6 26:2,4,23 29:4,24
41:14 45:3 52:9 53:16
56:7,10,19 57:2,6,13
58:4,10,14 61:9,19,20
62:16,19 68:18 70:2
77:22,24 78:4,12,19 79:6

**awkward**
35:8

_____

**B**

**babies**
24:16,17

**babysitter**
40:10

**back**
14:18,21 16:24 24:22
27:9 32:15 44:9 45:17
46:5,9 47:11,18 48:22
54:19 56:12 59:23 60:22
65:19,20 71:7,10 73:14
74:11 76:22 80:2

**bad**
72:20,22

**ballet**
38:24 48:15

**bank**
55:13

**basketball**
36:21 46:24

**bedroom**
73:16,18

**bedrooms**
45:18 47:24

**beds**
45:18 47:19

**before-school**
37:24

**beginning**
16:5 43:3 56:16 69:19
72:19 76:24 78:21

**behalf**
5:15 15:17

**behave**
72:20

**believe**
28:22 79:14

**best**
7:12

**better**
21:17

**birthday**
64:24

**bit**
35:8 50:16

**Boise**
5:15

**bonus**
63:18 64:5,8,9,15,21,22

**bottom**
15:8 26:3 29:25

**boy**
31:14,24,25 32:2,4,7,8,
19 34:8,11,20,24 35:2,
12,13,22 36:3,21 38:15
39:4,25 46:24 47:12
48:10,16,22 49:8,14

**boy's**
36:4

**boys**
33:18 37:7,11 45:10

**break**
8:20,21,25 9:2 21:19
28:14 44:17,19

**breakfast**
45:12 47:10,13 49:23

**briefly**
23:23

**bring**
65:19

**broke**
28:22

**bursts**
71:5

**bus**
45:14,15 46:4 47:10,11,
14,16 48:5,10 65:11

**business**
5:20

**busy**

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018          i3

39:3 51:11

**buy**
68:5 74:10

---

**C**

**cake**
64:25

**call**
42:7 66:6,7,11,12,17,20
69:10 80:2

**called**
4:2 42:9

**calling**
51:8,9 69:20

**calls**
23:13

**camp**
33:24 34:7,9,12,14,17,20
35:2 39:25

**can't**
9:21 40:23 52:14 79:9

**car**
21:14,15 65:10,14,16,18,
19,21

**care**
24:2,12,16,18 33:22,23
40:7 43:14 68:13 71:16
78:15

**Carmen**
57:17,20,23 58:3 59:5,17
61:14 79:5,6

**case**
6:10 7:20 11:22 23:19
24:17 70:23

**cash**
55:14

**cats**
10:9

**cell**
66:2,5

**chance**
22:2

**change**
55:18 70:7

**changed**
51:11 69:19

**changes**
54:4

**changing**
70:12

**charge**
51:6 71:17 74:12 78:22

**cheerleading**
38:24

**children**
24:2,13,15,18,19 31:9,
10,12 33:15,21,24 34:4
35:6,10 37:23,25 38:19
39:19 40:7 45:21 47:6
49:21 50:10,13 52:24
53:13 71:17,25 72:2,6
78:15,25

**children's**
38:12 39:10 51:6 71:14

**choice**
63:8

**Christmas**
64:8,9,13,16

**chunks**
7:19,22

**city**
24:9

**class**
37:13 75:21 76:5

**classes**
36:16,25 37:4,11,14,16
39:5,7 46:8 48:15,19
65:14,15 74:21,24

**clean**
47:20

**cleaning**
76:21

**clear**
6:2,22 9:4 10:16 14:24
23:6 27:25 31:15 32:4
34:19 54:17 59:15

**clearer**
50:16,21

**clearly**
40:3

**client**
5:22

**client's**
5:21

**closer**
11:8

**clothes**
45:21 47:23

**cluster**
41:23 42:2,5

**come**
21:20 42:19 48:10,21
65:20

**comfortable**
21:3 31:7,17 69:20

**coming**
11:23

**communicate**
42:6

**communications**
12:9

**community**
40:14,17,21 68:16

**company**
58:13

**complete**
11:3,10 15:12

**completed**
15:19 16:11 17:16

**completely**
13:20

**computer**
11:8 67:4,6

**concern**
43:10,21

**concluded**
69:13

**conclusion**
70:8

**confidentiality**
31:8

**confusing**
8:6

**Connecticut**

23:25 24:7,8,9

**connecting**
23:21

**connection**
17:16

**consecutively**
70:24

**Consent**
4:16

**contact**
41:13,16 69:8,11,15,25
70:4

**context**
76:25

**continue**
12:11

**contract**
43:14 68:21 70:14 71:16

**conversation**
59:6,10,13,17 60:12
61:11

**cook**
71:25

**coordinator**
21:4,9,23 22:19,21,22
69:9

**correct**
9:12 19:18,19 20:4,5
22:24 23:9 24:7,13 32:9,
10 33:5,6 34:12,13 35:13
36:8 37:2 39:21 40:15
41:21 55:22 60:4 61:3
64:15 65:3 67:21 69:2
72:13,14

**correctly**
64:13

**couldn't**
41:5 56:11 72:21 75:5

**counselor**
40:15,17,21 68:17

**counted**
53:17

**country**
19:24 22:7 66:20 68:5

**couple**
23:8 76:20

Movant's App. 000597

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018                i4

**course**
68:21 75:3,9,13,14,17

**courses**
65:16 75:14

**court**
7:3 10:14 27:8 37:19
44:9 71:9 76:21

**CPR**
24:4

---

**D**

**dad**
70:13

**damaged**
21:15

**dance**
38:24

**Daniela**
5:8

**date**
4:18,22 5:2,6

**dates**
18:21

**day**
19:7 33:21,23 37:6
45:11,22 46:12,13,18
47:8 48:16,19 50:13 66:8
72:4,6,18

**days**
23:18,19,22 24:4 37:4,5
39:3 50:9,17,22 65:17
74:6 75:24 76:2 79:15,18

**Deakins**
5:18

**decide**
21:5

**decided**
20:2 21:15 22:9,14 68:12

**decision**
21:7,18,19

**dedicate**
71:24

**defendant**
5:19,24

**definitely**
24:11

**Delgado**
6:19 8:9 44:8 70:23

**demand**
15:4 76:23 77:8,10

**demands**
12:4

**deposition**
6:5,6 10:13,16,19 12:3
25:3 29:2

**describe**
23:23

**described**
49:3 79:10

**determined**
56:6,7

**didn't**
18:5 19:23 21:13 22:19,
21,25 33:9,17 37:12,20
42:11,12 47:16 49:21
52:15 53:24 61:5,14,20
62:9,21 64:3 65:10,18
66:11 68:14 69:19 71:18,
19 72:16 74:6 77:19,21
78:2 79:4,20

**different**
20:3 21:5,8 31:9 35:6
47:6 48:14,15 52:3 55:25
56:4 69:23 71:25

**difficult**
70:23

**dinner**
45:25 46:7

**direct**
10:20

**discuss**
11:22 61:14,20

**discussed**
61:16 65:22

**discussing**
61:18

**discussion**
9:17 12:23 17:13 74:19
77:3

**discussions**

9:19

**document**
13:3,24 14:25 15:13,25
16:4,10 17:3 25:2,4,10,
12,22 26:9,12,17,22
28:3,25 29:3,7,8,10,19
30:4,7,10

**documents**
12:2,5,13 13:9,17 14:3,
10,13,14 18:2,4,9

**doesn't**
7:20 27:22

**dog**
10:7 45:19,20

**doing**
5:20,25 31:7,17 43:17
46:2 47:23,25 51:12
69:17 71:22

**don't**
8:7,15 12:15 17:6 19:7
23:3 37:5,9,18 38:25
39:5 40:3 41:3,19 42:11
45:7 54:7,8 57:16,18,19
59:18 62:3,11,23 63:3,9,
15 66:10 79:19,21

**downstairs**
45:12

**downtown**
65:12

**drive**
19:23 21:13 46:9 47:15,
17 48:19 52:23,24,25
65:7

**driver**
39:4

**driving**
19:22 21:17 53:2

**drop**
48:18,21,22

**drove**
49:16 65:2

**duly**
4:3,12

**duties**
45:3,8 46:3,18 47:4 51:4,
17,20,24 65:5 68:17
78:4,6,7,11

**E**

**e-mail**
42:15,22 69:10

**e-mailed**
43:9,20

**e-mails**
42:11 43:22,23 44:5
53:11 69:21

**earlier**
40:14 68:24 77:8 79:3

**easier**
7:21

**eating**
72:2

**eight**
32:7

**eight-year-old**
35:22

**eight-years-old**
31:25

**either**
21:2 52:12 70:22

**El**
57:5,12 78:21

**emergency**
42:8

**employment**
32:22 33:2,5

**English**
4:6,8 11:19,20 75:2,10,
14,23 76:4

**enter**
5:12

**enters**
10:19

**entire**
25:12 29:8

**entirety**
36:10

**especially**
50:6 70:12

**Estrada**
59:4

---

Movant's App. 000598

Case 1:14-cv-03074-CMA-KMT   Document 1071-3   filed 05/09/18   USDC Colorado   Page 351
of 399



Movant's App. 000599

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018                    i6

**girl**
32:19 34:18,20 35:2
38:14,23,24 40:2 47:7
48:5,6,14,21

**give**
11:3,10 31:5 48:8 52:15
63:17 66:8 79:25

**given**
4:7 7:12 10:24 61:7

**giving**
24:14

**go**
7:19 12:19,21 14:17,21
17:10 20:2 21:5,7 22:21
24:22 27:17 28:17 32:15
44:23 46:4,10 47:11
48:4,13,21 49:21 62:15
63:19 65:12,14,16,17
68:4,12,14 73:8 74:9,16
76:22 77:2 80:6

**going**
5:22 6:15,24 9:14 11:7
12:7,16 24:15,18 27:16,
20 28:17 30:17 31:10
33:12 38:9 42:22 43:17
48:15 50:2,20 52:7
60:13,14,16 61:2,17 62:5
63:20 67:19 73:8 77:23
78:14,16,25 80:6

**good**
8:13 11:16 16:15 19:23
21:13 22:2

**government**
56:8,9,18 61:8 62:17,20

**government's**
77:24

**grade**
47:7

**grammar**
74:25 75:2,13,17,23

**great**
31:3

**groups**
39:2,6

**guide**
58:6

**guidelines**
26:24

**guiding**
58:6

**guitar**
39:6

**gymnastic**
39:5

**gymnastics**
49:8,15

---

**H**

**half**
48:4

**handle**
71:19

**happen**
64:11

**happened**
68:11

**happening**
42:25

**happy**
18:7

**haven't**
13:10,19

**hear**
7:6 18:5 33:17 41:5
70:23 75:5

**heard**
7:11 37:19

**hearing**
57:9

**held**
12:23 17:13 74:19 77:3

**Hello**
5:17

**help**
8:8 42:18 44:6 48:7
76:20

**helped**
46:6

**helpful**
59:20 71:9

**helping**
47:20,21 48:12

**Hold**
70:16

**home**
30:25 31:22 32:13,17
33:7 34:16,21,22,25 35:3
45:17 46:5,9 47:18 48:7
49:17 51:9 66:7,12,20
68:13,15

**homework**
46:6 48:8,12

**host**
4:23 5:3 18:25 19:4 20:3
22:17 23:15 25:6 29:3,23
30:15 31:9 32:21 33:4,7
35:10 40:6,8 43:4 51:13,
14,19 52:3,6 54:5 55:9
56:18 61:21,24 62:6
64:5,19 65:2,25 66:21,23
67:3,8,12,16 68:6 70:13
72:12 73:15,20,23 77:14

**hotel**
23:24

**hour**
22:13

**hours**
35:9 38:13 43:10 48:3,4
49:16 50:13,18,23 53:15,
20,22 54:2,6 62:21
69:18,25 70:5,7,9,11
75:25

**house**
22:13 42:19,21,25 43:14,
19 47:22 48:22 49:24
50:9,12 51:5 53:11 55:6
68:13 71:18 72:22 74:11

**housekeeper**
74:14 78:17

**humans**
10:10

---

**I**

**I'M**
7:17 11:6 15:4 19:15
41:2,18 43:7 44:7 53:7,
11 56:11 57:8 59:2 67:14
72:25 75:5 79:9

**I-S-A-I**
59:2

**I-S-I**
59:2

**idea**
16:15 63:10,15

**identification**
4:18,21,25 5:5

**identify**
31:21

**imagine**
68:21

**inaccurate**
28:4

**inconsistent**
26:23

**increase**
61:22 77:14,18,19 78:2

**increased**
61:24

**indicating**
48:24

**individual**
10:20

**individuals**
30:24 31:22 32:16

**information**
7:9 15:9,12,18 16:8,11

**inside**
39:17

**Institute**
5:20,25

**instruct**
9:15 12:8

**instruction**
31:6,20

**instructions**
6:25 7:24 8:2 10:23 66:8

**Internet**
66:19,21,25

**interpret**
6:20 44:8 71:2

**interpreted**
6:16,18 59:20

**interpreter**
4:3 6:14,20 10:14 63:4

Movant's App. 000600

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018

i7

**interrupt**
7:17 12:10 16:13

**interview**
22:4 23:3 58:17

**interviews**
22:6,8,10,17,23 23:7

**involved**
38:23

**Isai**
58:24 59:5

**isn't**
11:12 27:25 28:6

**It's**
16:8,23 25:25 59:2

---

**J**

**January**
18:21 19:8

**job**
53:2 71:23

**John**
31:12,13,15

**join**
4:16,19 15:3,6

**joining**
16:8 77:8,10,11

**Juan**
5:14 12:16 44:21 72:8
76:16

**judge**
6:11

**July**
57:25 58:2

**jump**
9:14 12:7

---

**K**

**karate**
36:16,19,25 37:11 46:8

**keep**
6:25 53:8

**kids**
47:23

**kitchen**
47:20,21

**know**
6:5 7:8 8:15 14:20 15:5
22:25 23:4 25:16 28:16
29:10 34:24 35:9 37:18
40:24 42:11 54:5,7,9
56:15 58:3 59:12 62:9,
11,21,23 63:18,19,22

---

**L**

**language**
75:10

**languages**
11:18

**lasted**
75:11,17

**lastly**
36:3

**late**
23:19 36:16 65:19

**laundry**
45:20 47:23

**law**
56:8 77:24

**lawsuit**
4:20 16:8 17:17 77:12

**lawyer**
28:12

**lazy**
71:22

**leave**
10:20

**left**
45:15 69:6 72:22

**Lemus**
4:17,20,24 5:1,4,8,16,17
6:1 7:1 8:1,4 9:1 10:1,5
11:1 12:1,8,10,25 13:1,
13,24 14:1,9,24 15:1,25
16:1,14 17:1,15 18:1,17
19:1 20:1 21:1 22:1 23:1
24:1,25 25:1 26:1 27:1,
22 28:1,25 29:1,19 30:1
31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1 45:1,

3 46:1 47:1 48:1 49:1,4
50:1 51:1 52:1 53:1 54:1
55:1 56:1,15 57:1 58:1
59:1 60:1 61:1 62:1,24
63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1,21 71:1
72:1,11,23 73:1,14 74:1,
21 75:1 76:1 77:1,7 78:1
79:1 80:1

**lengthy**
5:22

**let's**
12:21 34:3 49:10 54:13
57:25 77:2

**limited**
10:13

**little**
8:13 11:6,8 35:8 50:16,
21

**living**
21:25 23:25 47:21

**locate**
20:13,17

**long**
19:13 20:10 28:13 31:6

**look**
28:7 53:6 72:4,17 74:14

**looking**
21:22

**lost**
23:20

**lot**
38:21 39:4 50:5,8

**lunch**
45:13 47:9,13

---

**M**

**M-M-C-M-A-I-E-I-M-S**
41:11

**mail**
51:7

**mails**
51:10

**making**
47:19 48:12 49:23

**March**
19:17

**marked**
4:17,20,24 5:4 12:13
25:2 30:13

**match**
21:20 22:9,14

**matched**
22:3

**matter**
4:3 11:4,11

**mean**
34:22 38:5 55:15 60:2
72:5 74:12 77:10

**means**
70:24

**meant**
42:3

**medications**
11:13

**meetings**
41:18,21,22,23 42:2,5

**members**
31:2 32:18

**memory**
11:14,16

**mentioned**
61:16

**mind**
6:25 31:21 44:16 63:4

**mine**
58:19

**minute**
20:23 25:9 29:6 74:17

**minutes**
28:15 52:2 72:23 73:2,4,
5

**Mmcmaieims**
40:25 41:6

**mom**
50:6,8 51:13,14,19 74:11

**Monday**
35:20,25 37:6 39:20 49:4

**monetary**
62:25 63:14,25

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018                    i8

**money**
    44:3 56:17 61:9 62:21
    63:16,18 64:4

**month**
    49:11

**months**
    19:16 20:12 36:8,12
    39:24 41:20 42:2 46:16
    47:2 69:7,8,13 70:8,10,
    17 71:14 75:2,11,18,19,
    20,22 76:6

**mother**
    31:23 32:12,19 51:5
    53:12 68:6

**mothers**
    55:6,9

**moving**
    48:23

_____

**N**

**name**
    5:7,17,21 31:15 40:22,25
    41:2,4,6,7,9 57:15,16,18
    58:23 59:3 79:3,4

**names**
    39:2,6 52:23

**nanny**
    40:12 74:15 78:16,25

**Nash**
    5:18

**necessary**
    7:2,9 74:13

**need**
    8:20,21 9:7,16,24 10:3
    17:6 25:11 29:7 63:21
    70:18,22 73:2

**needed**
    21:17

**needing**
    21:24

**needs**
    7:20

**neither**
    39:6

**never**
    33:11 40:11 42:10,21,24

43:18,19 50:25 51:8,25
54:4,8 61:23 64:5,7
67:22 68:10 69:9,21
77:17

**new**
    4:4,13 19:25 23:20

**nice**
    43:6 69:18

**nights**
    50:12

**nine**
    32:8

**nine-year-old**
    36:3,4

**nine-years-old**
    32:2 36:21

**nods**
    7:4

**nonverbal**
    7:5

**noon**
    49:17

**Notary**
    4:4,12

**notebook**
    52:21,22 53:7,8,10

**Notice**
    4:19

**notify**
    10:19

**number**
    13:7,14 42:7

**numbers**
    52:22

_____

**O**

**oath**
    6:7

**Objection**
    20:15,19 26:14,19,25
    27:13 28:5 32:23 62:2,8
    67:18 78:9,13

**observe**
    51:23

**occasionally**
    33:10

**occasions**
    69:14

**occurring**
    39:16

**October**
    18:22 69:6

**office**
    80:3

**Ogletree**
    5:18

**Oh**
    24:11 30:23 75:8,20

**okay**
    6:21,23 8:13,16,17,23
    9:10,13 10:3,4,21,22
    12:12 13:21 14:19 16:20
    17:6 25:14,17,20,21 27:7
    28:2,16 29:11,18 30:17,
    18,19 31:3,19 32:3,20
    33:20 37:16 38:8,10,11
    40:5 41:12 43:8 44:10,
    11,17,18,21 50:14 51:16
    62:19 63:5,6,18,22,23
    69:23 70:17 71:6 73:5,
    10,11 76:12,15,19

**old**
    31:24 32:5,7,8 35:14

**older**
    24:19 37:10 46:24

**olds**
    31:13

**once**
    21:19 29:9 64:11,12
    66:17

**ones**
    40:4

**orally**
    7:2 58:16

**order**
    31:8

**organize**
    45:18,22 47:21

**organizing**
    47:19,24 49:24 51:6

**orientation**
    23:16,21,23 79:11,18

_____

**P**

**P.C.**
    5:19

**p.m.**
    36:17 37:2 48:13 49:2
    50:4,7 75:25 76:8,9

**page**
    15:8 30:2

**paid**
    55:5,12,21 60:13,17
    61:2,10,17 62:10,18
    65:24 67:22 68:3 74:11
    77:23,25

**pair**
    5:21,23 6:2 12:5 16:9
    17:17 18:18 20:21 21:2,
    9,24 23:2 24:15 26:2,5,
    23 29:4,24 41:14 45:4
    52:9 53:16 56:7,19 57:2,
    6,13 58:4,10,14 61:19,20
    62:16,19 68:18 70:2
    77:22 78:4,12,19 79:7

**Pair/companion**
    4:24 5:4 25:7

**pairs**
    56:10 61:9 77:24

**papers**
    58:8

**parents**
    11:25 32:21 33:3,4,7
    34:22 40:6 42:23 50:5,11
    70:12

**part**
    9:21 11:25 37:20 39:12
    43:15 65:5 71:15,16 78:4

**participate**
    10:15 18:17 22:16,25
    23:16

**participated**
    22:23 23:18

**participating**
    12:3 13:18 14:14 23:12
    34:17

Movant's App. 000602

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018                i9

**participation**
10:12 41:14

**particular**
57:3

**pause**
16:17 70:25

**pay**
55:10,24 56:3,9,19 62:6,
7 65:22 66:25 67:8,12,16

**paying**
44:3 62:22

**payment**
77:18,20 78:2 79:20

**payments**
60:6 62:25 63:25 79:17

**pending**
8:25 9:3,9 27:4

**people**
62:16

**performing**
51:24

**permitted**
78:4,7,12,19

**person**
51:5 57:5 61:20 74:12
78:22 79:2

**personal**
15:9 65:7,10,22 66:9,13,
15 67:12,17,19

**personally**
61:18

**perspective**
44:18

**pets**
68:14

**phone**
22:8 23:8,13 42:7,10
52:22 66:2,5,13 69:10

**pick**
46:4 48:5,9 49:15

**piece**
70:25 71:2

**pieces**
70:19 71:3

**place**
9:17 48:21,23

**placed**
18:24 19:4 20:3 21:21
23:15 36:7 40:8 51:16,18
53:7 54:15,24 55:3 64:14

**placement**
19:13,20 20:11 21:10
30:20,24 32:17 33:8,25
35:17 36:11 41:17 50:17,
24 63:12,16 68:25 69:13
70:8 73:16,21

**placements**
32:22 54:11 63:2,3 64:2
65:8 74:22 75:15

**plaintiffs**
5:16

**plane**
67:24

**play**
24:20 65:17

**please**
5:7,9 6:18 10:19 13:12,
22 14:7 15:21,22 19:2
20:8 24:23 25:12,15,19
27:17 28:8 29:6,8,10,14,
17 30:23 31:21 35:7 44:6
50:19 57:22 58:25

**point**
8:14

**poisons**
71:20

**pool**
50:2

**portion**
10:2

**practice**
19:24 36:22 46:24

**prepare**
45:24 47:9,13

**present**
58:18 59:6

**preserve**
31:8

**prior**
70:8

**private**
9:19 10:5 73:16

**privilege**
9:15 12:18

**privileged**
9:20

**Probably**
54:7

**problem**
42:21 68:7,24 69:4,12
70:21

**problems**
42:17 43:2,9,20 68:19
69:7

**process**
58:5

**program**
9:18 18:18 20:22 21:4
26:2,24 41:14 57:25
60:5,7,9 61:19 78:5,8,12,
19,22 79:11,18

**properly**
71:23

**propounded**
4:5

**provide**
65:25 67:3 73:15,20 74:6

**provided**
17:19,21 18:15 52:9
73:24

**Public**
4:4,12

**pull**
11:7 24:23

**purpose**
6:5

**purposes**
65:8,11,22 66:9,10,14,16

**put**
24:25 28:23

---

**Q**

**question**
7:6,7,10 8:8,11,25 9:2,3,
9 16:16,17,24 17:9,15

**18**:6,8 19:2 23:11 26:15
27:4,7,9,15,23,25 35:7
42:8 44:4,6,9 50:19
53:21 54:18 57:22 59:18,
19 62:3 63:11,21 67:11
69:24 71:8,10 76:4

**questionnaire**
17:16,20,23 18:10

**questions**
4:5 6:6,7,16,24 7:3 9:10
17:23 18:3,9,13 30:17
31:4 33:12 76:13,14
79:22

**quick**
17:9 80:2

---

**R**

**reach**
52:6

**read**
11:20 13:10,19 14:5,12
16:24,25 27:8,11 37:21
44:9,12 54:19,21 56:12,
13,22 57:4,10 59:22,24
60:22,24 71:7,12 78:20

**reading**
12:4 29:18

**reads**
71:10

**ready**
24:21 25:13 45:13 46:3
48:4,13 49:14

**really**
37:9 57:16

**reason**
11:2,9,12 21:6 43:5

**recall**
18:24 35:5,23 36:4 38:22
40:23 57:20 69:4

**receive**
54:10,14,23 55:2 62:13,
25 63:25 64:3,15,19
79:17,20

**received**
23:25 64:5

**recess**
28:20 44:25 73:12

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018          i10

**recipes**
72:5,18

**recollection**
7:12

**record**
5:7,9 12:19,22,24 14:24
16:25 17:10,14 27:11
28:18,19 32:3 37:21
44:12,23 54:18,21 56:13,
22 57:10 59:10,15,24
60:24 71:12 73:9,14
74:16,20 76:21 77:2,4
79:24 80:7

**record's**
23:6

**recorded**
7:5

**recording**
9:25 59:12

**refer**
5:22 31:10,13

**referring**
5:24 51:13 56:25

**regarding**
17:17 43:24,25 44:2 60:8
69:12

**relatives**
53:2,3 66:10

**rely**
18:2,8

**rematch**
20:2,24,25

**remember**
7:9 19:7 23:24 24:9,11
34:8 35:11 36:15 37:5,9
38:25 39:5 40:4 41:3,19
43:11 49:13 53:19 57:16,
18,23 67:23 69:16 77:7,
9,13,15,16 79:4,10,12,19

**reminding**
27:23

**repeat**
7:6 11:5 18:6 19:2 35:7
50:19 57:22 62:4 75:6

**rephrase**
7:8 27:16 50:20 62:5
63:7,9,21 67:11,15

**reporter**
7:3 10:14 17:2 27:8,12
37:19,22 44:9,13 54:22
56:14,23 57:11 59:25
60:25 71:10,13 76:22

**represent**
5:19

**representative**
22:16 41:13 57:6,7,12
58:4,10,12 61:12,15 79:7

**representative's**
57:15

**representatives**
23:12

**request**
6:17 9:16

**requirements**
60:6

**resided**
30:25 31:22 32:12,16

**residing**
34:16

**respond**
7:2

**responded**
42:22

**response**
18:5 42:14

**responses**
7:5 17:19,21

**rest**
48:3 72:6,21

**reveal**
12:8

**review**
12:2 14:13 16:10 25:9
26:9 29:6 30:4

**reviewed**
13:9,17 14:4,10 17:4
26:13

**reviewing**
25:15 29:9

**right**
4:19 8:10 18:22 29:2
39:22 52:4 57:3 58:9,23
60:10 64:23 65:5 79:7,15

**rights**
15:6

**Rob**
7:15 8:18 17:10 30:21

**Robert**
5:17

**room**
10:5,7,10,19,20 39:17
46:11 47:22

**rooms**
45:22 47:19,22

**rule**
9:6

**rules**
12:5 24:3

_____

S

**Salvador**
57:5,12 78:22

**Santos**
5:8

**Saturday**
49:7,8 65:15 76:7

**Saturdays**
46:25 49:10,12 75:12
76:8

**saw**
15:2

**saying**
24:19

**says**
13:4,25 15:25 25:6 26:4
29:2,3 62:20

**schedule**
35:16,23 36:4 39:20
43:18 46:14 49:3,6,12,18
51:2 52:7,12,14,16,17
53:5,12,25 68:17 69:15,
16 70:11 75:21

**scheduled**
35:9 38:13 50:18,23

**schedules**
35:5 52:3 53:9

**Schiller**
5:15

**school**
33:15,16,19,23 34:5
35:5,10,16 36:4,10 38:3,
13,15,16 39:3,19,23
47:7,16 49:21 51:12
58:22 72:7

**scouts**
38:25

**screen**
13:3,7 14:18 25:2,4 26:4
28:24 29:2

**scroll**
25:11,18 29:7,13,16

**search**
76:22

**second**
12:20 16:17 17:10 18:20
22:18 42:16 45:5 55:14,
15,20 62:10 64:8,16
65:13 67:25 68:10,11,15,
25 69:6 70:16 74:8,25
75:3

**see**
13:6,13,15,24 14:6,10
15:8,10,21,25 22:19
25:4,6,11 26:3,5 28:25
29:8 42:20,24,25 52:25
57:25

**seen**
14:25 16:4 25:22 29:19

**sending**
51:7,9

**sent**
12:6 43:22

**set**
76:18

**seven**
31:13

**seven-year-old**
31:14

**shared**
13:4

**shorter**
71:5

**shouldn't**
78:24

Movant's App. 000604

SANTOS DANIELA LEMUS TRIGUEROS - 03/23/2018          i11

**show**
13:11,21 63:19

**showing**
24:16

**signature**
15:10,15,16 26:4,7 29:25

**signed**
15:17 26:10,18 30:8,11

**signing**
30:4

**simply**
6:18 7:10 8:20 9:8

**simultaneously**
70:20,22

**single**
46:18

**sitting**
11:2,9

**six**
31:24 32:4 35:14

**six-year-old**
35:12,13

**six-years-old**
31:24

**skills**
19:22 21:17

**Skymiles**
68:5,6

**Skype**
22:6 23:7 66:12

**Skypes**
23:12

**sleep-over**
34:14

**Slightly**
69:23

**slow**
8:16 11:7

**slower**
8:13

**smaller**
7:19,22

**Smith**
31:12,14,15

**Smoak**
5:18

**snack**
45:24 46:5 48:8,9,12

**solution**
42:20

**solve**
42:24

**sorry**
7:17 11:6 12:10 16:13,22
17:11 20:16 43:7,25
56:11 57:8 59:2 67:14
72:25 75:5

**sort**
26:3 63:17,19

**sound**
18:22 19:17

**Spanish**
4:6,7 6:14,19 11:19 15:2

**speak**
9:7,16,19,24 10:3 11:18

**speaking**
7:23 8:14 9:6 16:18

**specifically**
60:10

**spell**
20:8 41:9 58:25

**spoke**
58:18 69:14

**start**
5:11 28:17 45:7 47:19
54:13 69:20

**started**
43:5 45:11 47:8 54:20
69:7 71:21 77:21

**starting**
57:24 72:20

**State**
4:4,12 5:7,9

**States**
19:25 23:17 24:3 61:19
66:11

**stay**
49:23 50:9,12 68:13,15

**stayed**

**50:8**

**staying**
34:21

**Stewart**
5:19

**stipend**
43:21,24 44:2,5 54:10,
14,23 55:2,10,22 56:6
60:12,20 61:6,7,11,15,
22,25 62:24 63:24 77:14

**stipends**
55:5,12,17 58:15 60:11

**stop**
9:25 44:18 45:15

**studies**
60:15

**Study**
5:20,25

**substance**
59:16 60:2

**suddenly**
21:23

**suggestion**
7:18 8:3 16:14 27:21

**summer**
34:8,12 36:8 39:23 40:2
49:20 54:3

**supermarket**
74:10

**supervise**
72:13

**supposedly**
68:2

**sure**
8:19 14:22 15:4,23 19:3,
15 23:5 24:24 32:3 34:19
35:8 41:3,18 44:7 53:7,
11 54:7 57:23 60:23 62:5
74:18 79:9

**surname**
19:9 20:6

**sworn**
4:3,12

**T**

**take**
6:4 8:13,20,21,25 9:2,17
24:2,16,18 25:9 29:6
30:22 37:10,13 40:7
43:16 44:16 45:19 46:24
47:16 48:22 65:11,14
68:13 72:23,25 74:21,24
75:14 78:15

**taken**
28:20 44:25 73:12

**takes**
43:17

**talk**
21:3 27:3 28:11 34:3
42:19,20,23

**talked**
22:13 57:5

**talking**
9:11 23:2 37:19 41:23
60:5,8

**teaching**
75:10

**team**
23:3 57:2

**tell**
8:20 9:24 58:9,16 59:16
60:19 61:5 68:16 73:2

**telling**
43:11,12 51:8 52:10

**tells**
53:12

**ten**
20:12

**ten-years-old**
38:14

**tennis**
39:8,9 50:3

**testified**
4:13 20:23 22:22 35:13
40:14 46:14,19 52:2
55:21 65:2 68:24 79:2,14

**testifying**
6:11 77:7

Movant's App. 000605

**testimony**
6:15 11:3,10 41:25 60:23
72:11 77:8

**texting**
69:21

**thank**
8:18 9:23 14:16,23 16:21
17:7 25:21 28:10 29:12
30:23 31:19 32:11,20
33:20 35:4 38:8 40:5
44:15,22 50:14 64:18
72:8 73:5,7,11 76:14

**Thanks**
80:5

**there's**
35:13

**thing**
8:19,24 63:19

**things**
24:17,20 42:8 43:6,12,
15,17 47:25 52:18 58:7
60:7,8 67:20 68:20 70:13
71:15 74:12 76:20 78:23

**think**
13:19 15:2,6 16:5 21:12,
15 22:2,8 23:5 24:8
31:24 35:18 37:6,9 38:17
41:6,9,19 43:22 50:20
53:10,11,13 54:3 64:9
75:24 76:3,13 79:3,20

**three**
22:7 23:18 28:15 33:18
37:7,10 41:20 42:2 50:9
53:17 59:7,8 69:7,13
70:7 75:11,19,20,21 76:6

**three-day**
19:6

**Thursday**
76:3

**ticket**
68:6

**tickets**
67:24

**time**
9:8 13:14 15:19 17:7
19:15,23 21:18,24 22:12,
19 27:3 28:11,21 39:3,8,
14 43:16,18 44:17 45:2
46:22 47:2,3 48:19,20,24

50:10 51:11 54:4 62:18
64:10 65:19 68:7,22
71:24 72:4,6,21,25 73:13

**times**
42:9 46:23 48:20 50:11
52:19 53:17

**today**
6:4,10,14 11:2,9,23 12:3
13:18 14:14

**today's**
77:8

**told**
21:23 39:25 52:18 54:8
56:16 57:20,23 58:15
60:13,14 61:2,7,10 62:16
65:11 66:19 68:19,23
70:3 71:22 77:22,23
78:22

**top**
13:4,6,13,25 14:11 29:3

**track**
53:15,21,24 54:8

**tracked**
54:6

**training**
19:6 23:18,25 24:4,6,12
61:17

**transcript**
76:23,24

**transfer**
55:13

**translate**
4:5 7:21

**translated**
7:21

**translation**
27:24

**translator**
70:15,20

**travel**
50:8 67:8,10,13,17

**treat**
24:15

**tried**
69:14 72:19

**Trigueros**
4:17,21,25 5:5,8 25:2
29:2

**trip**
68:12

**trouble**
57:9 63:12

**trust**
18:4

**truthful**
11:3,10

**try**
8:16 50:21 63:20 71:5

**trying**
12:17 69:8 77:11

**Tucker**
4:15 5:13,17 7:16,23
8:19 9:21 12:16,21
13:11,21 14:6,17,20,23
15:21 16:15,21,23 17:6,
12 24:21 27:16 28:7,10,
13,16,22 30:23 44:16,21,
23 54:19 56:11,21 57:8
59:22 60:22 70:18 71:7
72:8 73:5,8,11 74:16
76:12,16,18,25 77:13
78:9,13 79:9,23 80:4,6

**Tuesday**
76:3

**twelve-years-old**
38:16

**two**
19:16 22:7 23:19,22 24:4
36:12 37:8,9 42:13
46:16,23,25 47:2 48:3,4
49:10,16 50:11,12 53:17
60:16 66:17 68:2,3 69:8,
12 70:7 75:2,18,24,25
79:15,18

**types**
71:20,25

---

**U**

**UGA**
75:4,9

**Uh-huh**
75:9

**understand**
6:7,8,12,15 7:7,13,20
8:7,15 10:23 12:15 17:3,
24 23:4 26:12,17 27:22
30:7,10 59:18 62:3 63:3
64:13 71:3 72:11,17

**understanding**
26:23 31:20 63:12 78:3,
6,11,18

**understood**
7:11 8:5,7,12 9:9 17:25
27:6 53:5 64:18 69:23
78:14,15,24 79:6

**United**
19:25 23:17 24:3 61:19
66:11

**university**
75:7,8

**Unpaid**
4:20

**USA**
24:2

**use**
18:8 65:10,13,16,18
66:12,15,19 70:15 73:18

**usually**
49:7

---

**V**

**vacation**
60:17 68:3,9,10,12,15

**vacations**
67:10,19

**Valdivieso**
5:11,14 7:15,17,25 8:18
9:7,11,14,23,25 10:2
12:7,19 13:4,23 14:8,17,
19,22 15:23 16:13,22
17:9 20:15,19 24:21,24,
25 25:11 26:14,19,25
27:13,20 28:5,9,23 29:7,
15 30:21 32:23 37:18
44:22 62:2,8 67:18 72:10
74:18 76:13,17,19 77:2,6
79:21,25 80:5

**vary**
46:15 49:19 50:15

Movant's App. 000606

Case 1:14-cv-03074-CMA-KMT Document 1071-1 Filed 05/09/18 USDC Colorado Page 359 of 399



Movant's App. 000607

LISLEY G. DIAZ - 04/05/2018

```
 1    --

 2    IN THE UNITED STATES DISTRICT COURT

 3    FOR THE DISTRICT OF COLORADO

 4    ----------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO
 5    HLATSHANENI, BEAUDETTE DEETLEEFS,
      DAYANNA PAOLA CARDENAS CAICEDO,
 6    ALEXANDRA IVETTE GONZALEZ, SARAH
      CAROLINA AZUELA RASCON, LAURA
 7    MEJIA JIMENEZ, JUIANE HARNING,
      NICOLE MAPLEDORAM, and those
 8    similarly situated,
                    Plaintiffs,
 9                                  Civil Action No.
                    v.          14-cv-03074-CMA-CBS
10    INTEREXCHANGE, INC., USAUPAIR,
      INC., et al.,
11                    Defendants.

12    ----------------------------------------x

13                    10:45 a.m.
                      April 5, 2018
14
                      1745 Broadway
15                    New York, New York 10019

16

17            VIDEOTAPED DEPOSITION of LISLEY GEORGIA

18    DIAZ, a Plaintiff in the above entitled matter,

19    pursuant to Notice, before Stephen J. Moore, a

20    Registered Professional Reporter, Certified

21    Realtime Reporter and Notary Public of the State

22    of New York.

23

24

25
```

LISLEY G. DIAZ - 04/05/2018          Pages 2..5

Page 2

```
1                    LISLEY DIAZ
2
3         BOIES SCHILLER FLEXNER LLP
4               Attorneys for Plaintiffs
5               575 Lexington Avenue
6               New York, New York  10022
7
8         BY:    SEAN A. PETTERSON, ESQ.
9                (By Videoconference)
10
11        OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
12        P.C.
13               Attorneys for Defendants
14               1745 Broaday
15               New York, New York  10019
16
17        BY:    ROBERT M. TUCKER, ESQ.
18
19
20
21
22
23
24
25
```

Page 3

```
1                    LISLEY DIAZ
2     EXAMINATION BY                        PAGE
3     MR. TUCKER                               4
4     MR. PETTERSON                           68
5
6              E X H I B I T S
7
8     1    Consent form                    9  13
9     2    Document describing the lawsuit 10  21
10    3    Experience survey completed by  12  11
11         Lisley Diaz
12    4    Au pair agreement               20  17
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1                    LISLEY DIAZ
2     L I S L E Y   G E O R G I A   D I A Z,  called
3          as a witness, having been first duly sworn
4          by the Notary Public, was examined and
5          testified as follows:
6
7     EXAMINATION BY
8     MR. TUCKER:
9
10         Q     What is your full name?
11         A     Lisley Georgia Diaz.
12         Q     Good morning, Ms. Diaz.
13         A     Good morning.
14         Q     My name is Robert Tucker.  I am
15    an attorney with Ogletree Deakins Nash Smoak &
16    Stewart, PC, and we represent the Defendant,
17    American Institute for Foreign Study, doing
18    business as Au Pair in America.
19              Since my client's name is
20    lengthy, I am going to refer to my client as
21    APIA or Au Pair in America.
22              So when I say APIA or Au Pair in
23    America, I am referring to the Defendant,
24    American Institute for Foreign Study, doing
25    business as Au Pair in America.
```

Page 5

```
1                    LISLEY DIAZ
2              Is that clear?
3         A     Yes.
4         Q     We are here today so that I may
5     take your deposition.
6              As you may know, the purpose of
7     this deposition is for me to ask you questions
8     and for you to answer those questions under
9     oath.
10             Do you understand?
11        A     Yes.
12        Q     Your answers today can be used
13    in this case as if you were testifying in front
14    of the judge.
15             Do you understand?
16        A     Yes.
17        Q     As I ask you these questions,
18    I'm going to ask that you keep a few
19    instructions in mind.
20             First, it is necessary that you
21    respond orally or aloud to my questions.  The
22    court reporter here is taking down everything
23    that we say and gestures or nods or other
24    nonverbal responses cannot be recorded.
25             If you do not hear a question,
```

Movant's App. 000609

LISLEY G. DIAZ - 04/05/2018          Pages 6..9

LISLEY DIAZ

1
2  say so and I will repeat it.
3            If you do not understand a
4  question, say so and I will rephrase it.
5            If you do not know or remember
6  the information necessary to answer a question,
7  simply say so.
8            If you answer a question, I will
9  assume that you have heard it, understood it
10  and given me your best recollection.
11           Do you understand?
12      A    Yes.
13      Q    If you need to take a break,
14  simply tell me you need to take a break and I
15  will accommodate you.
16           The only thing I ask is that you
17  answer any question that is pending before you
18  take a break.
19           You may not take a break while a
20  question is pending, you must first answer any
21  questions.  Is that clear?
22      A    Yes.
23      Q    The same goes for speaking with
24  your attorneys.  If you need to speak with your
25  attorney, I simply ask that you wait until

LISLEY DIAZ

1
2  after you answer my pending question.
3            Are you in a private room?
4       A    Yes.
5       Q    Is anyone else in the room with
6  you?
7       A    No.
8       Q    Participation in and attendance
9  at this deposition is limited to yourself, the
10  attorneys and the court reporter.
11           No one else is allowed to
12  participate in or attend the deposition.
13           Is that clear?
14      A    Yes.
15      Q    In the unlikely event someone
16  else enters the room during the deposition,
17  please notify me and direct the individual to
18  leave the room.
19           Is that okay?
20      A    Yes.
21      Q    Do you understand the
22  instructions that I have just given you?
23      A    Yes.
24      Q    Is there any reason sitting here
25  today that you cannot give truthful and

LISLEY DIAZ

1
2  complete testimony in this matter?
3       A    No.
4       Q    Are you taking any medications
5  that affect your memory?
6       A    No.
7       Q    Do you have a good memory?
8       A    Yes.
9       Q    What languages do you speak?
10      A    Spanish and English.
11      Q    Are you able to read English?
12      A    Yes.
13      Q    Other than your attorneys, did
14  you discuss this case with anyone before
15  appearing here today?
16      A    No.
17      Q    Did you review any documents
18  before appearing here at your deposition?
19      A    No.
20      Q    How did you learn of this
21  lawsuit?
22      A    I received an e-mail.
23      Q    From whom?
24      A    I don't remember.
25      Q    Ms. Diaz, your attorney provided

LISLEY DIAZ

1
2  some documents to you just before the
3  deposition, is that correct?
4       A    Yes.
5       Q    Could you please take a look at
6  the document that has been labeled Lisley Diaz
7  Exhibit 1.
8            And then, after you have
9  completed your review of that document, please
10  just let me know, and just so we are clear, the
11  document looks like this, if you can see it.
12           (The above described document was
13           marked Lisley Diaz Exhibit 1 for
14           identification, as of this date.)
15      A    Wait a minute.
16           Okay.
17      Q    Take your time and just let me
18  know when you are done.  Thank you.
19      A    Okay, I have finished.
20      Q    Have you seen this document
21  before?
22      A    Yes.
23      Q    What is it?
24      A    It's a consent, my participation
25  to the lawsuit.

Movant's App. 000610

Page 10

```
1                    LISLEY DIAZ
2        Q      Did you complete this form?
3        A      Yes.
4        Q      Is that your signature in the
5    middle of the page?
6        A      Yes.
7        Q      Was the information on this form
8    accurate at the time you completed it?
9        A      Yes.
10       Q      Is the information still
11   accurate?
12       A      Yes.
13       Q      Okay, Ms. Diaz, I'm going to ask
14   that you look at the document that was marked
15   Lisley Diaz Exhibit 2.
16              And just so we are clear, it is
17   this document is three pages long, so please
18   review that document, and after you have done
19   so, let me know; okay?
20              (The above described document was
21          marked Lisley Diaz Exhibit 2 for
22          identification, as of this date.)
23       A      Thank you.
24       Q      Take your time.
25       A      It's Exhibit 2, right?
```

Page 11

```
1                    LISLEY DIAZ
2        Q      Correct.
3        A      Okay.
4        Q      Okay, thank you.
5               Have you seen this document
6    before?
7        A      Yes.
8        Q      What is it?
9        A      It is the agreement also, and it
10   describes what the lawsuit is about.
11       Q      Did you say it's the agreement?
12       A      Yeah, well, I don't know it's
13   exactly an agreement, but it describes what is
14   the lawsuit.
15       Q      Did you review this document?
16       A      Yes.
17       Q      Did you understand it?
18       A      Yes.
19       Q      Did you review the document
20   before you completed the consent form that we
21   talked about earlier that was marked Exhibit 1?
22       A      Yes.
23       Q      After you completed the consent
24   form, did you review any documents regarding
25   your experiences as an au pair?
```

Page 12

```
1                    LISLEY DIAZ
2        A      No.
3        Q      Ms. Diaz, I'm going to ask that
4    you take a look at the document that was marked
5    Exhibit 3, Lisley Diaz Exhibit 3.
6        A      Okay.
7        Q      It's several pages long, I am
8    going to ask you to please review that document
9    and let me know after you have done so.
10              (The above described document was
11          marked Lisley Diaz Exhibit 3 for
12          identification, as of this date.)
13       A      Okay.
14       Q      Thank you.
15              Have you seen this document
16   before?
17       A      Yes.
18       Q      What is it?
19       A      It is the document I filled in
20   with the information about my experience as au
21   pair.
22       Q      Was this document translated
23   into Spanish?
24       A      Now?
25       Q      No, at the time you completed
```

Page 13

```
1                    LISLEY DIAZ
2    the information?
3        A      I don't remember.  I think it
4    was exactly like this.
5        Q      Were there any questions in the
6    document that you did not understand?
7        A      No.
8        Q      And just to be clear, you
9    completed the answers to these questions?
10       A      Yes.
11       Q      When did you complete these
12   answers?
13       A      Last year.
14       Q      How long after you completed the
15   consent form did you complete these answers?
16       A      What?  Can you repeat?
17       Q      Yes.  How long after you
18   completed the consent form did you complete
19   these answers?
20       A      I don't know if it's the same
21   day or -- I don't remember.
22       Q      How much time did you take to
23   complete the survey?
24       A      Maximum, 30 minutes.
25       Q      Did you rely on any documents
```

Movant's App. 000611

```
                                    Page 14
1                  LISLEY DIAZ
2    including e-mails or texts to answer these
3    questions?
4         A    No.
5         Q    Did anyone assist you with
6    answering the questions?
7         A    No.
8         Q    Are the answers you provided
9    accurate?
10        A    Yes.
11        Q    When did you participate in the
12   APIA au pair program?
13        A    When did I -- when I went to the
14   United States, you mean?
15        Q    Well, you participated in the
16   program, right, the au pair program?
17        A    Yes.
18        Q    When did you arrive in the
19   United States for the purposes of participating
20   in the au pair program?
21        A    August 4, 2014.
22        Q    So, just so the record is clear,
23   so August 4, 2014?
24        A    Yes.
25        Q    When did your participation in
```

```
                                    Page 15
1                  LISLEY DIAZ
2    the program conclude?
3         A    It was the last week of July.
4    Right now I just -- I need to look at my
5    calendar.  Can I?
6         Q    Sure.
7         A    It was like the 25th of July,
8    2016; or the 26th.
9         Q    Were you placed with your host
10   family on August 4, 2014?
11        A    No.
12        Q    When were you placed with your
13   host family?
14        A    The following Friday; or
15   Thursday night.
16        Q    And how many days later would
17   that be?
18        A    Three.
19        Q    What was your family's surname?
20        A    ████████
21        Q    ████████
22        A    Yes.
23        Q    When did your placement end?
24        A    In July, I don't remember
25   exactly the date.
```

```
                                    Page 16
1                  LISLEY DIAZ
2         Q    July 2016?
3         A    Yes.
4         Q    Why did your placement conclude?
5         A    Because my visa was going -- my
6    visa status was ending.
7         Q    How did you locate the ████
8    family?
9              MR. PETTERSON:  Objection.
10        A    I just had the platform.
11        Q    You said platform or website?
12        A    Yes, or website.
13        Q    Could you describe the platform?
14        A    It was just like Facebook, you
15   know, you log in with an e-mail or a user name,
16   a password, and you put your photograph and
17   your information.
18        Q    Did the ████ family contact you
19   through that platform?
20        A    Yes.
21        Q    And then you matched with the
22   ████ family?
23        A    Yes.
24        Q    Could you describe the match
25   process?
```

```
                                    Page 17
1                  LISLEY DIAZ
2         A    Yeah, we got several Skype calls
3    and e-mails, and then they asked me if I would
4    like to live with them, and I say yes.
5         Q    Did you have any interviews with
6    the ████ family?
7         A    Yes.
8         Q    Were those Skype calls you were
9    referring to just a minute ago?
10        A    Yes.
11        Q    Did APIA participate in those
12   interviews?
13             MR. PETTERSON:  Objection.
14        A    Not directly, like -- no, they
15   weren't present.
16        Q    What do you mean?
17        A    But --
18        Q    Sorry, go ahead.
19        A    But I contact them by the APIA
20   or they contact me by this, they weren't
21   present during these interviews, but they found
22   me using this website.
23        Q    So you're saying APIA wasn't
24   present in the interviews, but that the ████
25   family found you through the APIA website, is
```

Movant's App. 000612



Page 18

LISLEY DIAZ

2  that correct?
3      A    Yes.
4           MR. PETTERSON:  Objection.
5      Q    Did any APIA representative tell
6  you you had to match with the ███ family?
7      A    No.
8      Q    Whose decision was it to match
9  with the ███ family?
10     A    Me and theirs.
11     Q    You said "me and theirs."
12          And by theirs, you mean the
13 ███ family?
14     A    Yes.
15     Q    Before you were placed with the
16 ███ family, did you participate in an
17 orientation?
18     A    Yes.
19     Q    Can you describe the
20 orientation?
21     A    I arrived there very late at
22 night, and then I slept, and when I woke up, we
23 were -- we ate breakfast, then we went to a
24 conference room all day long.
25          I don't know what time I

Page 19

LISLEY DIAZ

2  finished, but it was very long.  And then again
3  I rest, and the next day the same.
4      Q    How long did the orientation
5  last?
6      A    Two days.
7      Q    Where did it occur?
8      A    New Jersey.
9      Q    You said New York City?
10     A    New Jersey or -- yeah.
11     Q    What happened at the
12 orientation?
13     A    They were talking to us about
14 how to take care of the kids, and what to do in
15 case of an emergency, and the rules for
16 driving, that kind of stuff.
17     Q    Were any -- was any of the
18 instruction you received about taking care of
19 the kids, was any of that specific to the ███
20 family children?
21     A    What do you mean?
22     Q    Meaning did they tell you how to
23 take care of the ███ family children?
24     A    Yeah.
25     Q    Did they refer to the ███

Page 20

LISLEY DIAZ

2  family children by name during the training?
3      A    No.
4      Q    Did the child care training that
5  you received or --
6           MR. TUCKER:  Strike that.
7      Q    Was the training for taking care
8  of children that you received, would that have
9  been useful if you had been placed with a
10 family other than the ███ family?
11     A    Yes.
12     Q    Ms. Diaz, I'm going to ask you
13 to take a look at the document that's marked
14 Lisley Diaz Exhibit 4.
15          The document looks like this.
16          (The above described document was
17          marked Lisley Diaz Exhibit 4 for
18          identification, as of this date.)
19     A    Okay.
20     Q    I am just going to ask you to
21 review that document and let me know after you
22 have done so.
23     A    Okay.  Okay.
24     Q    Thank you.
25          Have you seen this document

Page 21

LISLEY DIAZ

2  before?
3      A    Yes.
4      Q    What is it?
5      A    It's an agreement that's signed
6  by the host family and me.
7      Q    Did you sign an agreement like
8  this?
9      A    Yes.
10     Q    Did you review the agreement
11 before signing it?
12     A    Yes.
13     Q    Did you understand the document
14 after you reviewed it?
15     A    Yes.
16     Q    Is there anything in the
17 agreement that is inaccurate?
18          MR. PETTERSON:  Objection.
19     A    No.
20     Q    Is there anything in the
21 document that is inconsistent with your
22 understanding of au pair program guidelines?
23     A    No.
24     Q    Was there anything inaccurate in
25 the document at the time you signed it?

Movant's App. 000613

Page 22

LISLEY DIAZ

2          MR. PETTERSON:  Objection.
3     A     No.
4     Q     Aside from this agreement, and
5  by this agreement I'm referring to the document
6  that's been marked Diaz Exhibit 4, did you
7  enter into any other written agreement with
8  your host family?
9     A     No.
10    Q     How many individuals resided in
11 the host family's home during your placement?
12    A     Besides me?
13    Q     Yes.
14    A     Five.
15    Q     Ms. Diaz, I'm about to ask you
16 some questions about the █████ family.
17          In order to preserve the
18 confidentiality of the family's children, I am
19 going to ask that you refer to the children by
20 gender and approximate age.
21          So, for example, if one of the
22 children was John Smith, approximately 7 years
23 old, I would ask that you refer to John Smith
24 as the 7 year old boy instead of by his name.
25          Now, my understanding is that

Page 23

LISLEY DIAZ

2  the █████ family had twins, is that correct?
3     A     Yes.
4     Q     And they were both girls, is
5  that correct?
6     A     Yeah.
7     Q     So, my request isn't going to be
8  terribly effective with respect to the girls.
9          So if we could, I'm going to
10 suggest that we refer to -- well, the two
11 girls, one of their names began with a G,
12 correct?
13    A     Yes.
14    Q     And then one began with an M, is
15 that correct?
16    A     Yes.
17    Q     So it we refer to them by the
18 first letters of their names?
19    A     Yes.
20    Q     I know it's confusing, and if
21 you slip up, that's fine.
22    A     It's not confusing.  I just feel
23 uncomfortable, because I don't have anything
24 against my host family.
25    Q     Oh, and I'm not trying to ask

Page 24

LISLEY DIAZ

2  you to say anything against your host family.
3          We are just asking you questions
4  about your experience and some of the questions
5  are going to involve questions about the
6  children, okay?
7     A     Okay.
8     Q     So, let's -- actually let me try
9  to help here.  So the -- so we had the G twin,
10 right?
11    A     Yes.
12    Q     Approximately how old was she
13 during your placement?
14    A     When I started she was 2.
15    Q     And when your placement
16 concluded, how old was she?
17    A     4.
18    Q     And that would of course also be
19 true of the M twin, correct?
20    A     Yes.
21    Q     And then there was one other
22 child, is that correct?
23    A     Yes.
24    Q     And that was an older girl?
25    A     Yes.

Page 25

LISLEY DIAZ

2     Q     And what was her age?
3     A     She was 5.
4     Q     Sorry?
5     A     She was 5 years old when I
6  started.
7     Q     And then how old was she at the
8  end of your placement?
9     A     7.
10    Q     Then there were the two host
11 parents, is that correct?
12    A     Yes.
13    Q     Did your host parents have
14 full-time employment during the placement?
15    A     No.
16    Q     Did they both not have full-time
17 employment?
18    A     No, one yes and the other one
19 no.
20    Q     Who had full-time employment?
21    A     The dad.
22    Q     And the mom did not have
23 full-time employment?
24    A     No.
25    Q     Did the mom work on a part-time

Movant's App. 000614

Page 26

LISLEY DIAZ

2 basis?
3      A    Something like that.
4      Q    What do you mean by that?
5      A    She didn't work, but she did
6 volunteer work, and she was out of the house.
7      Q    Did the host dad work from home
8 during your placement?
9      A    No.
10      Q    Did he always work outside of
11 the home?
12      A    Yes.
13      Q    Did any of the ▇ family
14 children attend school during your placement?
15      A    Yes.
16      Q    Which children?
17      A    When I started, just the big
18 one, the older one.
19      Q    The older girl?
20      A    The older girl.
21      Q    Who was approximately 5 to 7
22 during the placement?
23      A    Yes.
24      Q    So she was in school, but the
25 twins weren't?

Page 27

LISLEY DIAZ

2      A    Yes.
3           In the beginning.
4      Q    And then what about later on in
5 the placement?
6      A    The second year I was there the
7 twins started to go to school.
8      Q    Did any of the ▇ family
9 children attend daycare during your placement?
10      A    No.
11      Q    Sorry?
12      A    No.
13      Q    Did any of the ▇ family
14 children attend camp during your placement?
15      A    No.
16      Q    What was the older girl's school
17 schedule during your placement?
18      A    It started at 8:00 and she
19 finished at 1:00.
20      Q    Was that Monday through Friday?
21      A    Yes.
22      Q    When the twins were in school,
23 what was their schedule?
24      A    It was Tuesday and Thursday,
25 8:00 to -- I don't remember, it was 11:30 or

Page 28

LISLEY DIAZ

2 12:00.
3      Q    Did the older girl have any
4 after school activities?
5      A    Yes.
6      Q    What were those?
7      A    Jazz, piano, that's it.
8      Q    Did those activities take place
9 outside of the home?
10      A    Yes.
11      Q    Were you present at those
12 activities?
13      A    Yes.
14           I just remembered, she has
15 swimming classes, swimming lessons.
16      Q    Were you present at those
17 activities as well?
18      A    Yes; yes.
19      Q    When you were at those
20 activities, were the twins with you?
21      A    Sometimes.
22      Q    When they weren't with you, who
23 was taking care of them?
24      A    They were at play dates or
25 something like that.

Page 29

LISLEY DIAZ

2      Q    So, same question for the twins.
3 When they were in school, did they have any
4 after school activities?
5      A    Yes.
6      Q    What activities were those?
7      A    Ballet, swimming lessons, music.
8 Before they got to school they had more, more
9 activities.
10      Q    Let's talk about the activities
11 when they started attending school, okay?
12      A    Okay.
13      Q    For those, did you attend those
14 activities, the ballet, swimming and music?
15      A    Yes.
16      Q    What activities did they have
17 before they started attending school?
18      A    The same, plus more hours of
19 music and gymnastics.
20      Q    Did you attend those activities?
21      A    Yes.
22      Q    So, we just talked about a lot
23 of activities for the three ▇ family
24 children.
25           Did you ever not attend those

**Page 30**

```
1                LISLEY DIAZ
2  activities?
3       A     I think once.
4       Q     Did the ████ family children
5  have school during the summer months?
6       A     No.
7       Q     Do you recall when in the
8  calendar year they had school?
9       A     Can you repeat, please?
10      Q     Sure.  Do you recall when in the
11 calendar year they had school?
12      A     Yes.
13      Q     When was that?
14      A     All year except June or July to
15 August, and also December and the spring break.
16      Q     Did anyone other than yourself
17 and the ████ parents take care of the ████
18 family children during your placement?
19      MR. PETTERSON:  Objection.
20      A     Do you mean when I was off?
21      Q     I mean at any point.
22      A     Maybe during the weekend, the
23 grandmother.
24      Q     Anyone else?
25      A     No.
```

**Page 31**

```
1                LISLEY DIAZ
2       Q     Did the ████ family have a
3  babysitter?
4       A     No.
5       Q     How often did the grandmother
6  take care of the children?
7       A     Maybe twice during my stay.
8       Q     What were your duties with the
9  ████ family?
10      A     Take the girls to school or to
11 their activities, do their laundry, clean --
12 clean their rooms, make their lunches and
13 dinners and breakfast, give them the bath,
14 drive them everywhere.
15      Q     Did you have any other duties?
16      A     I can't remember.
17      Q     Who assigned those duties?
18      MR. PETTERSON:  Objection.
19      A     The host parents.
20      Q     Did any APIA representative ever
21 assign those duties to you?
22      A     She didn't assign, but she gave
23 examples.
24      Q     Who is she?
25      A     The counselor.
```

**Page 32**

```
1                LISLEY DIAZ
2       Q     Examples of what?
3       A     Of the kind of duties I was
4  going to do.
5       Q     But she didn't actually assign
6  the duties you ended up providing to the ████
7  family?
8       MR. PETTERSON:  Objection, that's
9  not a question.
10      A     Should I answer?
11      MR. PETTERSON:  He didn't ask you
12 a question.
13      MR. TUCKER:  I couldn't hear,
14 what did you say?
15      MR. PETTERSON:  I said objection,
16 that's not a question.
17      She can answer your questions, but
18 if you don't ask a question, she doesn't
19 have to say anything.
20      MR. TUCKER:  Would you read back
21 what I said.
22      (The question requested was read
23 back by the reporter.)
24      Q     I might have missed a "correct"
25 on the end of it, but I think that's it.
```

**Page 33**

```
1                LISLEY DIAZ
2       So, Ms. Diaz, let me start back.
3  So I am going to say -- but you didn't
4  actually --
5       (Discussion off the record.)
6       Q     Ms. Diaz, you testified earlier
7  that your community counselor talked to you
8  about the kind of duties you would be
9  providing, is that correct?
10      A     Yes.
11      And they also said in that
12 course we took in New York.
13      Q     The orientation?
14      A     Or New Jersey, the orientation,
15 yes.
16      Q     My question is did the counselor
17 actually assign the duties that you ended up
18 providing to the ████ family?
19      MR. PETTERSON:  Objection.
20      A     No -- well, no.
21      She gave examples.
22      Q     Did anyone at the orientation
23 actually assign the duties you ended up
24 providing to the ████ family?
25      MR. PETTERSON:  Objection.
```

Page 34

```
 1                    LISLEY DIAZ
 2        A     No; no.
 3        Q     Did any APIA representative
 4  observe you performing your duties for the
 5  █████ family?
 6        A     Observing, observing?
 7        Q     Yes.
 8        A     I don't know.
 9        Q     Who was your community
10  counselor?
11        A     I have three, so I don't
12  remember the names.
13        Q     Do you remember any of the
14  names?
15        A     Ginny Barn.
16        Q     You said Ginny Barn?
17        A     Something like that.
18        Q     But it was Barn with a B?
19        A     B-a-r-n, or something like that.
20  I don't remember how to spell it.
21        Q     Okay.  And what was the first
22  name you used?
23        A     Ginny, G-i-n-n-y.
24        Q     Do you remember any of the other
25  names?
```

Page 35

```
 1                    LISLEY DIAZ
 2        A     I see their faces, but I don't
 3  remember the names.
 4        Q     But there were two others, three
 5  total?
 6        A     Yes, yes.
 7              The second one was Jane, but I
 8  don't remember her last name.
 9        Q     Jane as in J-a-n-e?
10        A     Yes.
11        Q     Aside from your three community
12  counselors, did you have contact with any other
13  APIA representatives during your participation
14  in the program?
15        A     Yes.
16        Q     Who?
17        A     I don't remember; by e-mail.
18        Q     Do you recall in what capacity
19  that person represented APIA?
20        A     It was twice.  Once was about my
21  insurance, and the second one was about my
22  flight -- it was three times, and my extension,
23  for the second year.
24        Q     Sorry, I didn't hear you after
25  flight.
```

Page 36

```
 1                    LISLEY DIAZ
 2        A     Okay, the first one was about my
 3  insurance.  Then, when I was going to finish my
 4  first year, I contacted somebody to talk about
 5  my flight, but then I decided to stay another
 6  year.
 7              So I talk with this person to do
 8  my extension for the second year.
 9        Q     How often were you in contact
10  with your community counselors?
11        A     Around once a month.
12        Q     Do you know what a cluster
13  meeting is?
14        A     Yes.
15        Q     What is it?
16        A     When all the girls that are au
17  pairs from the same agency around the
18  neighborhood get together and talk or something
19  or do an activity.
20        Q     Did you attend cluster meetings?
21        A     Yes.
22        Q     How often?
23        A     Frequently.
24        Q     Did the ████ family set any
25  rules for you?
```

Page 37

```
 1                    LISLEY DIAZ
 2        A     Yes.
 3        Q     What rules?
 4        A     About the times I am supposed to
 5  be at home or start my work and my duties and
 6  about driving.
 7        Q     Anything else?
 8        A     No.
 9        Q     What about driving, what rules
10  were those?
11        A     Well, I need my driver's
12  license.
13        Q     That you need it while you are
14  driving, is that what you mean?
15        A     Before I started driving there I
16  should do the paperwork.  It was the only rule.
17  They say if you want to drive, you need to do
18  this thing.
19        Q     Got it.
20        Q     Did you have a schedule during
21  your placement?
22        A     Yes.
23        Q     What was the schedule?
24        A     It changed, but the one I can
25  remember, it was 8:00 to noon, and then 2:00 to
```

Movant's App. 000617

LISLEY G. DIAZ - 04/05/2018          Pages 38..41

Page 38

1                 LISLEY DIAZ
2    7:00.
3        Q    What days of the week?
4        A    Monday through Friday.
5        Q    Did you work weekends?
6        A    Sometimes.
7        Q    How often?
8        A    At least -- I can't tell, once a
9    month, maybe.
10       Q    Did you have a schedule for the
11   weekends when you did work?
12       A    Yes.
13       Q    And what was that schedule?
14       A    For example, Saturday 8:00 to
15   3:00, or Sunday, 4:00 to 9:00, exactly I can't
16   remember, but it was something like that.
17       Q    So the schedule on weekends
18   varied?
19       A    Yes.
20       Q    When you worked on weekends, did
21   you work fewer hours during that week?
22       A    No.
23       Q    Let me just clarify my question.
24            When you worked on weekends, did
25   you work fewer hours during the work week,

Page 39

1                 LISLEY DIAZ
2    which I will define as Monday through Friday?
3        A    No.
4        Q    You testified earlier that your
5    schedule changed, correct?
6        A    Yes.
7        Q    How did it change?
8        A    When the girls started to go to
9    school or when it was vacations it changed.
10       Q    So, how did it change when the
11   girls started going to school?
12       A    It was -- I don't remember, 7:00
13   or 7:30 to 8:30 or 9:00, then I have a break,
14   and then it started again, when I picked them
15   up; the younger ones.
16       Q    When did you pick them up?
17       A    At noon.
18            When? At noon, from school.
19       Q    And then when did your schedule
20   end?
21       A    I don't remember.
22            6:00 or 7:00, maybe, or 5:00, I
23   don't remember.
24       Q    How was your schedule
25   determined?

Page 40

1                 LISLEY DIAZ
2        A    Can you explain?
3        Q    Yes. How was the schedule set?
4        A    Depending on their needs.
5        Q    Whose needs?
6        A    The family.
7        Q    Who set the schedule?
8        A    The parents.
9        Q    Did you have any input on the
10   schedule?
11       A    What is input?
12       Q    Were you able to participate in
13   setting the schedule?
14       A    Yes.
15       Q    Was your schedule ever put into
16   writing?
17       A    Yes.
18       Q    Do you have a copy of your
19   schedule?
20       A    No, it was on a white board.
21       Q    Sorry, a white board, is that
22   what you said?
23       A    Yeah, it was on a calendar, on a
24   white board.
25       Q    Did your host family track the

Page 41

1                 LISLEY DIAZ
2    actual numbers -- number of hours that you
3    worked?
4        A    Maybe.
5        Q    Did you ever track your hours?
6        A    Yes.
7        Q    How did you track them?
8        A    I count them.
9        Q    Did you write that count down
10   anywhere?
11       A    My calculator, no.
12       Q    Did any AIPA representative
13   track your hours?
14            MR. PETTERSON:  Objection.
15       A    Yes.
16       Q    Who?
17       A    The last one, the last counselor
18   I had.
19       Q    How did she track your hours?
20       A    Because I had kind of a problem
21   with my host family, and I told her, and then
22   we counted the hours to see if it was like 45
23   or not yet.
24       Q    Sorry, you said -- could you
25   just repeat that, please?

LISLEY G. DIAZ - 04/05/2018                Pages 42..45

Page 42
LISLEY DIAZ
2   A    Yes, we had a problem, my host
3 family and me, about the hours.  So I contact
4 my counselor and she counted the hours to see
5 if it was my 45 already or it wasn't my 45.
6   Q    So, when did this problem occur?
7   A    The last year I was there, maybe
8 around January, February; I don't remember.
9   Q    Was it just for one week?
10  A    What?
11  Q    The problem?
12  A    No, it lasted longer.
13  Q    How long did it last?
14  A    Like two weeks.
15  Q    So, if I understand correctly,
16 the problem was that you thought you were
17 working more than 45 hours, is that correct?
18  A    No.
19  Q    Okay.  So what was the problem?
20  A    The problem was that I -- we
21 have a schedule, like a formal schedule.  For
22 example, I finished at 6:00, I don't remember
23 exactly, that day, because I have a class.
24       So I signed the class, I asked
25 my host mom if that hour was okay, because it

Page 43
LISLEY DIAZ
2 was one hour before my hours, that they
3 finished.
4       So, for, example my schedule
5 finishes at 7:00, but that day it was going to
6 finish at 6:00.
7       Because the class, I asked my
8 host mom, she say yes, and I signed the class.
9       So when they arrived I was going
10 to go to class, and they had a dinner or a
11 party or something like that, so when I said
12 I'm going to classes, my host dad just jump and
13 said what, why are you going to classes when
14 you didn't ask me?
15       And I said well, I asked you,
16 and he got really mad and -- well, I got very
17 upset also, and I contact my counselor to see
18 well, what can I do?  So should I leave my
19 class?  Should I -- what should I do?
20       And she just made a mess.  So I
21 could fix it easily, like just let it go or
22 something like that.
23       But she did a mess and my host
24 dad was mad for like two weeks.
25  Q    What do you mean she did a mess

Page 44
LISLEY DIAZ
2 or she made a mess?
3   A    The counselor, well, we could
4 fix it, she could tell me well, you know, leave
5 the class or talk with them or, I don't know.
6       And she talked to my host
7 family, and like tattle-tale, I don't know how
8 you say that.
9       Like oh, she's mad because you
10 don't respect her hours.  And it wasn't nothing
11 I said, I just wanted to know what am I
12 supposed to do.
13       Like she made a mess, because
14 she did -- she made the problem bigger than it
15 was.
16  Q    Okay.  Earlier you testified,
17 when you were talking about this problem in the
18 beginning, when you first mentioned it, you
19 said something about 45 hours.
20       What were you talking about?
21  A    Like she said, well, they can --
22 if you don't have your 45 hours, they can use
23 those hours to go out.
24       And I said yes, I know, but they
25 told me already that I can sign in this class.

Page 45
LISLEY DIAZ
2 And she said well, let's count your hours and
3 see what, if you are working extra hours or
4 not.
5       And I say well, I'm not looking
6 if I am working extra hours, I just need to
7 have the space and time to go to class.
8       So she count the hours and said
9 well, you don't have the 45 hours, so you still
10 need to work more hours.
11       Well, she didn't fix the problem
12 anyway.
13  Q    When she counted the hours, how
14 many hours did she count?
15  A    About 40, 42.
16  Q    Did you agree with her count?
17  A    Yeah, I agreed with the count.
18  Q    Other than that particular issue
19 that occurred in January or February of your
20 second year, did the counselor otherwise track
21 your hours?
22  A    No.
23       MR. PETTERSON:  Are we coming at
24 a good time for a break?
25       MR. TUCKER:  Yes, we are -- let

Movant's App. 000619

Page 46

1　　　　　　　　　　LISLEY DIAZ
2　　me just make sure, Sean.
3　　　　　　　Yes, we can take a break.  You want
4　　to do like ten minutes or fifteen, what do
5　　you want to do?
6　　　　　　　MR. PETTERSON:  Why don't we come
7　　back at the top of the hour.
8　　　　　　　MR. TUCKER:  Sounds good.  So I'm
9　　going to go off the record with the
10　　video right now.
11　　　　　　　The recording is paused, but we can
12　　still hear and you can hear me, Ms. Diaz.
13　　If you want, there is a mute button on the
14　　bottom left-hand side of your screen.
15　　　　　　　You can just click that, then I
16　　won't be able to hear what's being said,
17　　and you can mute that.
18　　　　　　　So we will reconvene in about
19　　fifteen minutes.
20　　　　　　　THE WITNESS:  Okay.
21　　　　　　　(At this point in the proceedings
22　　there was a recess, after which the
23　　deposition continued as follows:)
24　　　　　　　MR. TUCKER:  Okay, I'm going to
25　　restart the recording now.

Page 47

1　　　　　　　　　　LISLEY DIAZ
2　　　　　　　We are back on the record.
3　　　　Q　　Ms. Diaz, you testified that the
4　　████ family host mother did not work, is that
5　　correct?
6　　　　A　　I said she didn't have a job,
7　　but she did volunteer work.
8　　　　Q　　Okay.
9　　　　　　　Does that mean that she was
10　　sometimes present when you were taking care of
11　　the children?
12　　　　A　　Yes, well, she was in the house,
13　　but she wasn't with me.
14　　　　Q　　Did she ever take care of the
15　　children during your scheduled hours?
16　　　　A　　Maybe.
17　　　　Q　　Ms. Diaz, did you receive a
18　　weekly stipend during your placement?
19　　　　A　　Yes.
20　　　　Q　　Did you receive a stipend every
21　　week?
22　　　　A　　Yes.
23　　　　Q　　Who paid your stipend?
24　　　　A　　In the beginning the host
25　　family, and the second year, the grandmother.

Page 48

1　　　　　　　　　　LISLEY DIAZ
2　　　　Q　　Is this the same grandmother who
3　　you testified earlier took care of the children
4　　approximately twice during your placement?
5　　　　A　　Yes.
6　　　　Q　　I apologize if I asked this, but
7　　did you receive the stipend every week?
8　　　　A　　Yes.
9　　　　Q　　Did anyone other than your host
10　　family and the host family's grandmother ever
11　　pay you your stipend?
12　　　　A　　No.
13　　　　Q　　What were the methods of
14　　payment?
15　　　　A　　Most of the time it was a
16　　deposit, and I think twice it was a check.
17　　　　　　　I think the first week or the
18　　first two weeks it was a check.
19　　　　Q　　When you say deposit, you mean
20　　like an electronic, it was done electronically?
21　　　　A　　It was automatically.
22　　　　Q　　Deposited into your bank
23　　account?
24　　　　A　　Yes.
25　　　　Q　　Did the amount of your stipend

Page 49

1　　　　　　　　　　LISLEY DIAZ
2　　ever change?
3　　　　A　　No.
4　　　　Q　　Aside from your stipend, did you
5　　receive any other monetary payments?
6　　　　A　　Yes.
7　　　　Q　　What payments were those?
8　　　　A　　For extra hours.
9　　　　　　　Or if I went to the grocery
10　　store and I paid with my money, they reimbursed
11　　me that money.
12　　　　Q　　How often did you receive pay
13　　for extra hours?
14　　　　A　　Maybe every two months, not very
15　　frequently.
16　　　　Q　　How much pay did you receive for
17　　working extra hours?
18　　　　A　　$15 per hour.
19　　　　Q　　$15, you said?
20　　　　A　　1-5.
21　　　　Q　　$15 per hour?
22　　　　A　　Um-hum.
23　　　　Q　　Was that $15 per hour in excess
24　　of your schedule?
25　　　　A　　Sometimes.

Page 50

LISLEY DIAZ

1
2       Sometimes if they already told
3  me I was going to have the weekend off and
4  something appears, so they say could you take
5  care of the girls Saturday night hours or
6  something like that, and they paid me extra.
7       It doesn't matter if I didn't
8  have my 45 hours, just because they --
9       Q      We missed about the last 20
10 seconds of that.
11      A      Just because -- just because it
12 wasn't -- without notice, they pay me extra.
13      Q      And you said not because you
14 were working more than 45 hours, is that
15 correct?
16      A      Yeah.
17      Q      And who paid you that money?
18      A      The host parents.
19      Q      You testified earlier about the
20 groceries, you said, you said that you would be
21 reimbursed, is that correct?
22      A      Yes.
23      Q      But they weren't paying you
24 money in excess of what it cost, correct?
25      A      No, if it was $10, they paid me

Page 51

LISLEY DIAZ

1
2  $10.
3       Q      So they were just making you
4  whole?
5       A      What?
6       Q      Do you know what that means,
7  making someone whole?
8       A      No.
9       Q      They were evening it out, right,
10 you weren't benefiting from the payment?
11      A      No, never.
12      MR. PETTERSON:  Ms. Diaz, let him
13      finish his question before you speak.
14      THE WITNESS:  Sorry.
15      Q      Did you receive any gifts during
16 your placement?
17      A      Yes.
18      Q      What was that?
19      A      A necklace, and clothes.
20      Q      Anything else?
21      A      Not that I can recall.
22      Q      You testified that part of your
23 duties were driving the car to take the girls
24 different places, correct?
25      A      Yes.

Page 52

LISLEY DIAZ

1
2       Q      Were you able to use the car for
3  your personal purposes?
4       A      Yes.
5       Q      Did you pay for the gas when you
6  were using the car for your personal purposes?
7       A      Yes.
8       Q      Ms. Diaz, can you look back to
9  it the document that was marked Exhibit 3.
10 It's the answers to all those questions you
11 filled out.
12      And can you just turn to
13 question 65, and let me know once you have
14 found that.
15      A      What attachment, number what?
16      Q      Number 3.
17      A      What question?
18      Q      Question 65.
19      A      Yes.
20      Q      See where it says, "Payment
21 benefit 1," do you see that?
22      A      Yes.
23      Q      And it says, "Type of
24 payment/benefit, gas for the car."  Then it
25 says, "Estimated amount of benefit, $50," and

Page 53

LISLEY DIAZ

1
2  then for, "Time frame for payment/benefit," it
3  says, there is a checkmark where it says "per
4  week."
5       Do you see that?
6       A      Yes.
7       Q      First of all, that was your --
8  you provided that information?
9       MR. PETTERSON:  Objection.
10      Q      Can you explain what that means?
11      A      I have to read everything,
12 because I can't remember exactly.
13      Q      Okay, take your time.
14      A      Okay, sometimes they put gas to
15 the car and I could use it, but if not, I --
16 because I have, if I use it, I have to put gas,
17 but if there was gas, I just take it.
18      And I think -- I considered it
19 was like $50, because it was most of the time
20 full, or we keep it full.
21      Q      You said most of the time the
22 host family would keep it full.  Is that what
23 you said?
24      A      We, we.

Movant's App. 000621

Case 1:14-cv-03074-CMA-KMT Document 1071-10 filed 05/09/18 USDC Colorado Page 374 of 399

**Page 54**

LISLEY DIAZ

2     Q    Right?

3     A    If I use it the weekend, when

4 it's Monday, I repay what I used.

5     Q    I'm confused, and I just want to

6 make sure the record is clear.

7          Was there ever a time where you

8 used the car for your personal purpose and you

9 didn't --

10    A    Yes.

11    Q    -- and you didn't repay the

12 family for gasoline?

13    A    No.

14    Q    So either you paid for the gas

15 yourself and filled up the tank, right, or the

16 tank had gas in it and you used it and you paid

17 the family, is that correct?

18    A    I never paid the family, I

19 filled it up again like it was.

20    Q    Sticking with the response to

21 question 65, do you see where it says

22 "Payment/benefit 2," do you see that there?

23    A    Yes.

24    Q    And then it says "extra"?

25    A    Um-hum.

**Page 55**

LISLEY DIAZ

2     Q    Then it says "$40," and there is

3 a checkmark next to "per day"?

4    A    Yes.

5    Q    What does this mean?

6    A    I tried to say that if I work

7 extra hours they pay me, depending how much

8 hours I work, but it wasn't every day.

9    Q    So this is what you testified to

10 earlier, where you were paid $15 per hour?

11    A    Yes.

12    Q    So that's what this refers to?

13    A    Um-hum, yes.

14    Q    Ms. Diaz, did the ███ family

15 provide you with a cell phone during your

16 placement?

17    A    Yes.

18    Q    Were you able to use the cell

19 phone for your personal purposes?

20    A    Sometimes.

21    Q    Did you use the cell phone for

22 personal purposes?

23    A    Yes.

24    Q    Who paid for the cell phone

25 plan?

**Page 56**

LISLEY DIAZ

2     A    The host family.

3    Q    Were you able to use the host

4 family's internet?

5    A    Yes.

6    Q    Who paid for the internet?

7    A    Them.

8    Q    Did the host family pay for any

9 of your personal travel expenses?

10    A    No.

11    Q    Did the host family pay for any

12 of your personal entertainment expenses?

13    A    No.

14    Q    You said the grandmother

15 provided you with the weekly stipend in your

16 second year, is that correct?

17    A    Yes.

18    Q    Did she provide you with any

19 additional payments?

20    A    No.

21    Q    Did your host family provide you

22 with a private bedroom throughout your

23 placement?

24    A    Yes.

25    Q    Was it available for your

**Page 57**

LISLEY DIAZ

2 exclusive use?

3    A    Yes.

4    Q    Meaning you didn't have to share

5 it with anyone, is that correct?

6    A    I didn't have to share it with

7 anyone.

8    Q    Did your host family provide you

9 three meals each day throughout your placement?

10    A    Yes.

11    Q    And did you eat those meals, did

12 you accept that food?

13    A    I ate them during the week, but

14 not always on weekends.

15    Q    Is that because you didn't want

16 to eat it on the weekend?

17    A    It was because I didn't -- I

18 wasn't at home on the weekend, or I feel

19 uncomfortable going down to eat if they were

20 there because I was off.

21    Q    You testified that the host

22 family would sometimes pay you $15 an hour for

23 extra hours, correct?

24    A    Yes.

25    Q    Do you know how that $15 amount

Movant's App. 000622

LISLEY G. DIAZ - 04/05/2018          Pages 58..61

Page 58

LISLEY DIAZ

1
2  was determined?
3       A    It's about how much they paid to
4  the babysitters in the neighborhood.
5       Q    Did the host family set that
6  amount?
7            MR. PETTERSON:  Objection.
8       A    I don't remember.
9       Q    You said, "I don't remember," is
10 that what you said?
11      A    Yes, I said I don't remember.
12      Q    Did any APIA representative tell
13 you you would receive extra money in addition
14 to your weekly stipend?
15      A    I don't know.
16      Q    Speaking of your weekly stipend,
17 what was the amount of the stipend?
18      A    $250.
19      Q    How was that amount determined?
20           MR. PETTERSON:  Objection.
21      A    The agency told me that it's
22 because I was an extraordinary au pair, because
23 I have more hours of child experience --
24 childhood experience, childcare experience, I
25 was supposed to be paid more.

Page 59

LISLEY DIAZ

1
2       Q    Paid more than what?
3       A    Than the regular au pair.
4       Q    So you're saying you had prior
5  childcare experience before you participated in
6  the program?
7       A    Yes.
8       Q    Ms. Diaz, can you look back at
9  the document that was marked Exhibit 4.  It's
10 this document that you identified as the
11 agreement.
12      A    Okay.
13      Q    I am going to ask you to look at
14 the fifth box.  You see there are these boxes
15 on the left-hand side?
16      A    Okay.
17      Q    Can you read the fifth box into
18 the record, the statement -- sorry, go ahead.
19      A    "I/we understand that an au pair
20 companion is to receive at a minimum the weekly
21 stipend as stipulated by regulations governing
22 au pair programs, and set in Au Pair in
23 America's program materials."
24      Q    Okay.  You testified earlier
25 that you understood the agreement when you

Page 60

LISLEY DIAZ

1
2  signed it, right?
3       A    Yes.
4       Q    So what did you understand that
5  sentence to mean?
6       A    I understood that the program
7  said how much we were going to be paid.
8       Q    You see the phrase there, it
9  says "at a minimum"?
10      A    Yes.
11      Q    What does that mean?
12      A    That is the minimum someone is
13 supposed to be paid.
14      Q    Does that mean that a host
15 family could pay more than the minimum?
16      A    Repeat the question?
17      Q    Sure.  I said, so does that mean
18 that the host family could pay more than the
19 minimum?
20      A    Yes.
21      Q    So if the host family can pay
22 more than the minimum, isn't it the host family
23 that sets the stipend amount?
24           MR. PETTERSON:  Objection.
25      A    I don't understand that like

Page 61

LISLEY DIAZ

1
2  that.
3       A    As me, I understand that it's
4  what I am supposed to be paid.
5       Q    Your host family paid you money
6  beyond the stipend, right?
7       A    I don't understand you.
8       Q    Okay.  You testified that your
9  stipend was $250, correct?
10      A    Yes.
11      Q    And you received additional
12 money beyond the $250 for work you performed,
13 correct?
14      A    Yes.
15      Q    So, didn't your family pay more
16 than the minimum?
17      A    No, because when I signed up the
18 program, they say they were going to pay $250.
19           The program said all the host
20 families pay that.
21      Q    I'm not -- that's not my
22 question.  My question was didn't your
23 particular host family actually pay you more
24 than $250?
25      A    No, they didn't.

LISLEY G. DIAZ - 04/05/2018          Pages 62..65

Page 62

```
                    LISLEY DIAZ
1
2        Q      But you testified earlier that
3  you were paid at $15 an hour for extra work you
4  performed?
5        A      Yes, I said that, but it's not
6  every week, it was not every week.
7        Q      Right, but it's still more than
8  the stipend, right?
9        A      Yeah.
10       Q      So didn't the host family decide
11 to do that?
12       A      We did together.
13       Q      So if you decided together,
14 wasn't it you and the host family who decided
15 how much you were going to be paid during your
16 placement, and not the agency?
17              MR. PETTERSON:  Objection.
18       A      The agency said how much were we
19 supposed to be paid.
20       Q      Right, but --
21       A      So we agreed to that amount.
22       Q      Right, but wasn't that a minimum
23 amount?
24       A      I didn't know at the time it was
25 the minimum.  I didn't understood as you are
```

Page 63

```
                    LISLEY DIAZ
1
2  explaining now.
3        Q      Did any APIA representative tell
4  you you were prohibited from receiving a
5  stipend in excess of $250?
6        A      I don't know.
7              MR. TUCKER:  Can we take really
8  like a four minute break, like go to
9  12:30?
10             MR. PETTERSON:  You want to see
11 if you have anything left?
12             MR. TUCKER:  Yes.  I think I may
13 have a couple of stray things, but I
14 think I'm mostly done.
15             MR. PETTERSON:  Okay.  Can we
16 actually take ten, so I can speak to
17 Lisley and maybe just get ready to go
18 after you?
19             MR. TUCKER:  That's fine, yeah,
20 that's fine.  So back at 12:37.
21             MR. PETTERSON:  Sure.
22             MR. TUCKER:  Do you need a few
23 more minutes?  I'm fine with that too.
24             MR. PETTERSON:  That time is
25 fine.
```

Page 64

```
                    LISLEY DIAZ
1
2              MR. TUCKER:  Okay, all right.
3  Thank you.
4              (At this point in the proceedings
5  there was a recess, after which the
6  deposition continued as follows:)
7              MR. TUCKER:  We are back on the
8  record.
9        Q      Ms. Diaz, did you take classes
10 during your placement?
11       A      Yes.
12       Q      What classes did you take?
13       A      American history from the UCLA,
14 and English classes.
15       Q      What was your class schedule?
16       A      The first course was on-line.
17       Q      American history?
18       A      Yes.
19       Q      Sorry, go ahead.
20       A      And the second one was three
21 times in the evenings.
22       Q      You said three times a week?
23       A      Three times a week.
24       Q      How long were the classes?
25       A      Two hours.
```

Page 65

```
                    LISLEY DIAZ
1
2        Q      How many months long were the
3  classes?
4        A      I don't remember.
5        Q      Ms. Diaz, you testified earlier
6  about the problem you had with your host family
7  with the schedule in or about January or
8  February of your second year.
9              Do you remember that?
10       A      Yes.
11       Q      And we talked about how you and
12 the community counselor counted your hours for
13 that week and they were either 40 or 42?
14       A      Yes.
15       Q      About how many hours on average
16 did you work each week?
17       A      About that, 40 -- 38, 40 or 42.
18       Q      Did you ever work more than 45
19 hours?
20       A      Yes.
21       Q      How often?
22       A      In the first year I think one
23 month, because it was a family emergency.
24              I think it was a little bit more
25 than a month.
```

Case No. 1:14-cv-03074-CMA-KMT   Document 1071-1 filed 05/09/18   USDC Colorado   pg 377 of 399

LISLEY G. DIAZ - 04/05/2018          Pages 66..69

Page 66

LISLEY DIAZ

2   Q    You said a little bit more than
3   one month?
4   A    Yes.
5   Q    And for that time period you
6   worked more than 45 hours?
7   A    Yes.
8   Q    Other than that time period,
9   were there other occasions when you worked more
10  than 45 hours per week?
11  A    Yes.
12  Q    How many times?
13  A    Maybe once a month or less than
14  that.
15  Q    Did you receive extra payments
16  in the weeks in which you worked more than 45
17  hours?
18  A    Yes.
19  Q    And were those extra payments
20  equal to the $15 an hour payment we were
21  talking about earlier?
22  A    Yes.
23  Q    Ms. Diaz, can you look at the
24  questions that you answered in document 3 or
25  Exhibit 3, and can you look at question 87?

Page 67

LISLEY DIAZ

2   A    Yes.
3   Q    And you see how 87 is a question
4   about complaints?
5   A    Yes.
6        Let me make this bigger.
7   Q    Sure, take your time.  Just let
8   me know when you have it.
9   A    Okay.  Yes.
10  Q    Can you explain your response to
11  question 87?
12  A    Yeah.
13       It was about the same problem we
14  had.  Well, I was really upset, because this
15  got bigger, so I e-mailed somebody from the
16  agency, I can't recall the name, to say well, I
17  didn't get the help I needed, it just got
18  worse, and I never got an answer.
19       I got an e-mail making sure
20  that -- I don't know how that confirmation
21  e-mail -- but I didn't get any answer, about my
22  insurance.
23       Once in the first year I got
24  sick and wanted to know what to do, and we
25  e-mailed a bunch of times, me and my host mom,

Page 68

LISLEY DIAZ

2   and it was very difficult for us to get some
3   support.
4        MR. TUCKER:  I don't have any
5        more questions.  Sean, if you want to.
6        MR. PETTERSON:  I just have a few
7        questions for you, Ms. Diaz.  Thank you
8        for your time this morning.
9
10  EXAMINATION BY
11  MR. PETTERSON:
12
13  Q    I just want to sort of make a
14  few things clear.
15       Earlier you testified about
16  doing training in New Jersey.  Do you remember
17  that?
18  A    Yes.
19  Q    Were you paid for that training?
20  A    No.
21  Q    In that training were you ever
22  told about how much money -- were you ever told
23  by Au Pair in America how much money you would
24  be paid?
25  A    Yes.

Page 69

LISLEY DIAZ

2   Q    What did they say?
3   A    That we were going to -- regular
4   au pairs we were going to receive $190
5   something, and extraordinary au pairs were
6   going to receive $250 per week.
7   Q    And just so I understand, you
8   were a regular au pair or an extraordinary au
9   pair?
10  A    Extraordinary au pair.
11  Q    And what does that mean?
12  A    That I have more childcare
13  experience.
14  Q    And so you have a higher
15  minimum, is that correct?
16       MR. TUCKER:  Objection to the
17       form.
18  A    I didn't understand your
19  question.
20  Q    Is the reason that Au Pair in
21  America told you the minimum for extraordinary
22  au pairs is $250 a week is because you have
23  additional childcare experience?
24  A    Yes.
25  Q    And at this training were

Movant's App. 000625

Page 70

LISLEY DIAZ

2  standard and extraordinary au pairs present?
3       A      Yes.
4       Q      And the $190 figure you
5  mentioned earlier, was that a reference to
6  standard au pairs?
7       A      Yes.
8       Q      And when they just -- and when
9  Au Pair in America described these payments,
10  did they say that they would be minimums?
11       A      No; no.
12       Q      Did they tell you that you
13  should ask for more money from your host
14  family?
15       A      No.
16       Q      Did they tell you that you could
17  negotiate your price you were paid?
18       A      No.
19       Q      You laughed.  Why do you laugh
20  at that?
21       A      Because it's funny, now I
22  realize this is bigger, because when I read all
23  the information before signing this program, I
24  can't see in my mind it says minimum, it just
25  says $250 and $190 something, and I can't

Page 71

LISLEY DIAZ

2  remember that they say it's minimum in the
3  training.
4       Q      You think you would have
5  remembered if they said that was the minimum?
6       MR. TUCKER:  Objection to form.
7       A      I think yes, yes, I think I
8  could remember.
9       Q      During that training did Au Pair
10  in America explain to you the duties that you
11  would have to do as an au pair?
12       A      Yes.
13       Q      Did they ever tell you things
14  that you were not to do as an au pair?
15       A      No.
16       Q      Did they ever say that certain
17  things were not part of your duties?
18       MR. TUCKER:  Objection to form.
19       A      No.
20       They just focused that I have to
21  do everything with the kids, the laundry, their
22  lunches, the rooms, everything about the kids.
23  They never said this not.
24       Q      Did they instruct you that you
25  would have any duties to take care of the

Page 72

LISLEY DIAZ

2  family not including the kids?
3       A      What?  Can you repeat?
4       Q      Sure, let me try that again.
5       So, you mentioned that they told
6  you that your duties would be related to the
7  kids, is that right?
8       A      Yes.
9       Q      So did they say that you were
10  not to do work that was not for the kids?
11       A      Yes -- no.
12       Q      Did they tell you anything
13  about, for example, that you were to cook for
14  the kids?
15       MR. TUCKER:  Objection to the
16       form.
17       A      Yes.  Yes, they say I was
18  supposed to cook for the kids.
19       Q      Did they say anything about
20  cooking for the host parents?
21       A      Not exactly.
22       Q      What do you mean by that?
23       A      Well, the woman mentioned well,
24  you are cooking for the kids, like kind of a
25  comment.  She say well, it's okay if you cook

Page 73

LISLEY DIAZ

2  for the kids, but maybe if you put a little bit
3  of more pasta you were cooking for everybody
4  and make them a favor, something like that.
5       Q      Why would that be a favor?
6       A      Because, well, you are cooking,
7  you just put a little bit more.
8       Q      And then earlier you testified
9  that you had the use of a cell phone.  Do you
10  remember that?
11       A      Um-hum, yes.
12       Q      And did you use that cell phone
13  to communicate with your host parents?
14       A      Yes.
15       Q      Did you communicate to your host
16  parents about work related issues?
17       A      Yes.
18       Q      How would they have reached you
19  if you didn't have a cell phone?
20       A      Leave notes in the kitchen,
21  maybe.
22       Q      How would they have reached you
23  if you weren't in the home?
24       MR. TUCKER:  Objection to the
25       form.

LISLEY G. DIAZ - 04/05/2018          Pages 74..77

Page 74

LISLEY DIAZ

1
2     A     That would be impossible.
3     Q     So you needed a cell phone to
4  communicate with them?
5     A     Yes.
6     Q     And you used your cell phone to
7  communicate with them?
8     A     Yes.
9     Q     You testified earlier that you
10 used the car, the host family's car, is that
11 correct?
12    A     Yes.
13    Q     Did you use the car to transport
14 children of the family?
15    A     Yes.
16    Q     Do you recall earlier testifying
17 that you raised an issue with your counselor?
18    A     Yes.
19    Q     And why did you choose to raise
20 issues with your counselor?
21    A     Because I thought it could be
22 fixed easier, because they told us that if we
23 need something, there will be always someone
24 there for us.
25    Q     Who is they?  Who do you mean by

Page 75

LISLEY DIAZ

1
2  they?
3     A     The APIA program people.
4           They told me since I was here in
5  Merida, that if any problem happened there, I
6  will be, always be, how do you say, somebody
7  will have my back is what I would say in
8  Spanish.
9           I don't know if it works for
10 English.
11    Q     We have that expression in
12 English, too.
13          So, they told you when you were
14 still in Mexico that you have a counselor in
15 the United States, is that correct?
16    A     Yes.
17    Q     And that the counselor was there
18 to have your back, is that correct?
19    A     Yes; that was the only reason,
20 because of that, my parents let me go.
21    Q     Your parents, your biological
22 parents, you mean?
23    A     My biological parents.
24    Q     And then you ended up speaking
25 to your counselor about this problem, is that

Page 76

LISLEY DIAZ

1
2  correct?
3     A     Yes.
4     Q     And did your counselor have the
5  power to fix the situation?
6           MR. TUCKER:  Objection to the
7        form.
8     A     Yeah, she had the opportunity to
9  help me fix the problem.
10          MR. PETTERSON:  I think that's it
11       for me.  I don't have any further
12       questions.
13          MR. TUCKER:  I don't either.
14       Thank you very much, Ms. Diaz.
15          THE WITNESS:  You're welcome.
16          MR. TUCKER:  We are going to go
17       off the record now.
18          MR. PETTERSON:  Yes.
19          MR. TUCKER:  We are off the
20       record.  Thank you again.
21
22
23
24
25

Page 77

LISLEY DIAZ

1
2
3           I, the undersigned, a Certified
   Shorthand Reporter of the State of New
   York, do hereby certify:
4           That the foregoing proceedings were
   taken before me at the time and place
5  herein set forth; that any witnesses in
   the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record
   of the proceedings was made by me using
7  machine shorthand which was thereafter
   transcribed under my direction;
8           That the foregoing transcript is a
   true record of the testimony given.
9           Further, that if the foregoing
   pertains to the original transcript of a
10 deposition in a federal case before
   completion of the proceedings, review of
11 the transcript [ ] was [x] was not
   requested.
12
13          I further certify I am neither
   financially interested in the action nor a
14 relative or employee of any attorney or
   party to this action.
15          IN WITNESS WHEREOF, I have this
   date subscribed my name.
16          Dated: April 18, 2018
17
18 _____
19          Stephen J. Moore
20          RPR, CRR
21
22
23
24
25

Movant's App. 000627

LISLEY G. DIAZ - 04/05/2018          Pages 78..80

Page 78

```
1                    LISLEY DIAZ
2        DECLARATION UNDER PENALTY OF PERJURY
3           Case Name: IMMUNEX v. SANDOZ
4           Date of Deposition: January 11.
5        2018
6
7             I, LISLEY GEORGIA DIAZ, hereby
8        certify under penalty of perjury under the
9        laws of the State of New York that the
10       foregoing is true and correct.
11            Executed this _____ day of
12       _____, 2018, at
13            _____.
14
15
16       _____
17
18            LISLEY GEORGIA DIAZ
19
20
21
22
23
24
25
```

Page 79

```
1                    LISLEY DIAZ
2        DEPOSITION ERRATA SHEET
3        Case Name: BELTRAN v. INTEREXCHANGE
4        Name of Witness: LISLEY GEORGIA
5    DIAZ
6        Date of Deposition: April 5,
7    2018
8        Reason Codes:  1. To clarify the
9    record.
10       2. To conform to the facts.
11       3. To correct transcription errors.
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18   Page _____ Line _____ Reason _____
     From _____ to _____
19   Page _____ Line _____ Reason _____
     From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21   Page _____ Line _____ Reason _____
     From _____ to _____
22   Page _____ Line _____ Reason _____
     From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24   Page _____ Line _____ Reason _____
     From _____ to _____
25   Page _____ Line _____ Reason _____
     From _____ to _____
```

Page 80

```
1                    LISLEY DIAZ
2        DEPOSITION ERRATA SHEET
3    Page _____ Line _____ Reason _____
     From _____ to _____
4    Page _____ Line _____ Reason _____
     From _____ to _____
5    Page _____ Line _____ Reason _____
     From _____ to _____
6    Page _____ Line _____ Reason _____
     From _____ to _____
7    Page _____ Line _____ Reason _____
     From _____ to _____
8    Page _____ Line _____ Reason _____
     From _____ to _____
9    Page _____ Line _____ Reason _____
     From _____ to _____
10   Page _____ Line _____ Reason _____
     From _____ to _____
11   Page _____ Line _____ Reason _____
     From _____ to _____
12   Page _____ Line _____ Reason _____
     From _____ to _____
13   Page _____ Line _____ Reason _____
     From _____ to _____
14   Page _____ Line _____ Reason _____
     From _____ to _____
15   Page _____ Line _____ Reason _____
     From _____ to _____
16   Page _____ Line _____ Reason _____
     From _____ to _____
17            Subject to the above
18   changes, I certify that the transcript is
19   true and correct
20            No changes have been
21   made. I certify that the transcript  is
22   true and correct.
23
24   _____
25            LISLEY GEORGIA DIAZ
```

LISLEY G. DIAZ - 04/05/2018                          i1

**$**

**$10**
50:25 51:2

**$15**
49:18,19,21,23 55:10
57:22,25 62:3 66:20

**$190**
69:4 70:4,25

**$250**
58:18 61:9,12,18,24 63:5
69:6,22 70:25

**$40**
55:2

**$50**
52:25 53:20

**1**

**1**
9:7,13 11:21 52:21

**1-5**
49:20

**11:30**
27:25

**12:00**
28:2

**12:30**
63:9

**12:37**
63:20

**1:00**
27:19

**2**

**2**
10:15,21,25 24:14 54:22

**20**
50:9

**2014**
14:21,23 15:10

**2016**
15:8 16:2

**25th**
15:7

**26th**
15:8

**2:00**
37:25

**3**

**3**
12:5,11 52:9,16 66:24,25

**30**
13:24

**38**
65:17

**3:00**
38:15

**4**

**4**
14:21,23 15:10 20:14,17
22:6 24:17 59:9

**40**
45:15 65:13,17

**42**
45:15 65:13,17

**45**
41:22 42:5,17 44:19,22
45:9 50:8,14 65:18 66:6,
10,16

**4:00**
38:15

**5**

**5**
25:3,5 26:21

**5:00**
39:22

**6**

**65**
52:13,18 54:21

**6:00**
39:22 42:22 43:6

**7**

**7**
22:22,24 25:9 26:21

**7:00**
38:2 39:12,22 43:5

**7:30**
39:13

**8**

**87**
66:25 67:3,11

**8:00**
27:18,25 37:25 38:14

**8:30**
39:13

**9**

**9:00**
38:15 39:13

**A**

**able**
8:11 40:12 46:16 52:2
55:18 56:3

**accept**
57:12

**accommodate**
6:15

**account**
48:23

**accurate**
10:8,11 14:9

**activities**
28:4,8,12,17,20 29:4,6,9,
10,14,16,20,23 30:2
31:11

**activity**
36:19

**actual**
41:2

**addition**
58:13

**additional**
56:19 61:11 69:23

**affect**
8:5

**age**
22:20 25:2

**agency**
36:17 58:21 62:16,18
67:16

**ago**
17:9

**agree**
45:16

**agreed**
45:17 62:21

**agreement**
11:9,11,13 21:5,7,10,17
22:4,5,7 59:11,25

**ahead**
17:18 59:18 64:19

**AIPA**
41:12

**allowed**
7:11

**aloud**
5:21

**America**
4:18,21,23,25 68:23
69:21 70:9 71:10

**America's**
59:23

**American**
4:17,24 64:13,17

**amount**
48:25 52:25 57:25 58:6,
17,19 60:23 62:21,23

**answer**
5:8 6:6,8,17,20 7:2 14:2
32:10,17 67:18,21

**answered**
66:24

**answering**
14:6

**answers**
5:12 13:9,12,15,19 14:8

Case 1:14-cv-03074-CMA-KMT Document 1071-10 Filed 05/09/18 USDC Colorado Page 382



Movant's App. 000630



Movant's App. 000631

LISLEY G. DIAZ - 04/05/2018                    i4

60:1 61:1 62:1 63:1 64:1,
9 65:1,5 66:1,23 67:1
68:1,7 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1,
14

**didn't**
26:5 31:22 32:5,11 33:3
35:24 43:14 45:11 47:6
50:7 54:9,11 57:4,6,15,
17 61:15,22,25 62:10,24,
25 67:17,21 69:18 73:19

**different**
51:24

**difficult**
68:2

**dinner**
43:10

**dinners**
31:13

**direct**
7:17

**directly**
17:14

**discuss**
8:14

**discussion**
33:5

**document**
9:6,9,11,12,20 10:14,17,
18,20 11:5,15,19 12:4,8,
10,15,19,22 13:6 20:13,
15,16,21,25 21:13,21,25
22:5 52:9 59:9,10 66:24

**documents**
8:17 9:2 11:24 13:25

**doesn't**
32:18 50:7

**doing**
4:17,24 68:16

**don't**
8:24 11:12 13:3,20,21
15:24 18:25 23:23 27:25
32:18 34:8,11,20 35:2,8,
17 39:12,21,23 42:8,22
44:5,7,10,22 45:9 46:6
58:8,9,11,15 60:25 61:7
63:6 65:4 67:20 68:4
75:9 76:11,13

**drive**
31:14 37:17

**driver's**
37:11

**driving**
19:16 37:6,9,14,15 51:23

**duly**
4:3

**duties**
31:8,15,17,21 32:3,6
33:8,17,23 34:4 37:5
51:23 71:10,17,25 72:6

---

**E**

---

**e-mail**
8:22 16:15 35:17 67:19,
21

**e-mailed**
67:15,25

**e-mails**
14:2 17:3

**earlier**
11:21 33:6 39:4 44:16
48:3 50:19 55:10 59:24
62:2 65:5 66:21 68:15
70:5 73:8 74:9,16

**easier**
74:22

**easily**
43:21

**eat**
57:11,16,19

**effective**
23:8

**either**
54:14 65:13 76:13

**electronic**
48:20

**electronically**
48:20

**emergency**
19:15 65:23

**employment**
25:14,17,20,23

**ended**
32:6 33:17,23 75:24

**English**
8:10,11 64:14 75:10,12

**enter**
22:7

**enters**
7:16

**entertainment**
56:12

**equal**
66:20

**Estimated**
52:25

**evening**
51:9

**evenings**
64:21

**event**
7:15

**everybody**
73:3

**exactly**
11:13 13:4 15:25 38:15
42:23 53:13 72:21

**EXAMINATION**
4:7 68:10

**examined**
4:4

**example**
22:21 38:14 42:22 43:4
72:13

**examples**
31:23 32:2 33:21

**excess**
49:23 50:24 63:5

**exclusive**
57:2

**Exhibit**
9:7,13 10:15,21,25 11:21
12:5,11 20:14,17 22:6
52:9 59:9 66:25

**expenses**
56:9,12

**experience**
12:20 24:4 58:23,24 59:5
69:13,23

**experiences**
11:25

**explain**
40:2 53:11 67:10 71:10

**explaining**
63:2

**expression**
75:11

**extension**
35:22 36:8

**extra**
45:3,6 49:8,13,17 50:6,
12 54:24 55:7 57:23
58:13 62:3 66:15,19

**extraordinary**
58:22 69:5,8,10,21 70:2

---

**F**

---

**Facebook**
16:14

**faces**
35:2

**families**
61:20

**family**
15:10,13 16:8,18,22
17:6,25 18:6,9,13,16
19:20,23 20:2,10 21:6
22:8,16 23:2,24 24:2
26:13 27:8,13 29:23
30:4,18 31:2,9 32:7
33:18,24 34:5 36:24
40:6,25 41:21 42:3 44:7
47:4,25 48:10 53:23
54:12,17,18 55:14 56:2,
8,11,21 57:8,22 58:5
60:15,18,21,22 61:5,15,
23 62:10,14 65:6,23
70:14 72:2 74:14

**family's**
15:19 22:11,18 48:10
56:4 74:10

**favor**
73:4,5

Movant's App. 000632

Case No. 1:14-cv-03074-CMA-KMT Document 1071-108 filed 05/23/18 USDC Colorado pg
385 of 399

**February**
42:8 45:19 65:8

**feel**
23:22 57:18

**fewer**
38:21,25

**fifteen**
46:4,19

**fifth**
59:14,17

**figure**
70:4

**filled**
12:19 52:11 54:15,19

**fine**
23:21 63:19,20,23,25

**finish**
36:3 43:6 51:13

**finished**
9:19 19:2 27:19 42:22
43:3

**finishes**
43:5

**first**
4:3 5:20 6:20 23:18
34:21 36:2,4 44:18
48:17,18 53:7 64:16
65:22 67:23

**Five**
22:14

**fix**
43:21 44:4 45:11 76:5,9

**fixed**
74:22

**flight**
35:22,25 36:5

**focused**
71:20

**following**
15:14

**follows**
4:5 46:23 64:6

**food**
57:12

**Foreign**
4:17,24

**form**
10:2,7 11:20,24 13:15,18
69:17 71:6,18 72:16
73:25 76:7

**formal**
42:21

**found**
17:21,25 52:14

**four**
63:8

**frame**
53:2

**frequently**
36:23 49:15

**Friday**
15:14 27:20 38:4 39:2

**front**
5:13

**full**
4:10 53:21,23

**full-time**
25:14,16,20,23

**funny**
70:21

**further**
76:11

---

**G**

**G-I-N-N-Y**
34:23

**gas**
52:5,24 53:15,17,18
54:14,16

**gasoline**
54:12

**gender**
22:20

**Georgia**
4:11

**gestures**
5:23

**gifts**

51:15

**Ginny**
34:15,16,23

**girl**
24:24 26:19,20 28:3

**girl's**
27:16

**girls**
23:4,8,11 31:10 36:16
39:8,11 50:5 51:23

**give**
7:25 31:13

**given**
6:10 7:22

**go**
17:18 27:7 39:8 43:10,21
44:23 45:7 46:9 59:18
63:8,17 64:19 75:20
76:16

**goes**
6:23

**going**
4:20 5:18 10:13 12:3,8
16:5 20:12,20 22:19
23:7,9 24:5 32:4 33:3
36:3 39:11 43:5,9,12,13
46:9,24 50:3 57:19 59:13
60:7 61:18 62:15 69:3,4,
6 76:16

**good**
4:12,13 8:7 45:24 46:8

**governing**
59:21

**grandmother**
30:23 31:5 47:25 48:2,10
56:14

**groceries**
50:20

**grocery**
49:9

**guidelines**
21:22

**gymnastics**
29:19

---

**H**

**happened**
19:11 75:5

**hear**
5:25 32:13 35:24 46:12,
16

**heard**
6:9

**help**
24:9 67:17 76:9

**higher**
69:14

**history**
64:13,17

**home**
22:11 26:7,11 28:9 37:5
57:18 73:23

**host**
15:9,13 21:6 22:8,11
23:24 24:2 25:10,13 26:7
31:19 40:25 41:21 42:2,
25 43:8,12,23 44:6 47:4,
24 48:9,10 50:18 53:23
56:2,3,8,11,21 57:8,21
58:5 60:14,18,21,22
61:5,19,23 62:10,14 65:6
67:25 70:13 72:20 73:13,
15 74:10

**hour**
42:25 43:2 46:7 49:18,
21,23 55:10 57:22 62:3
66:20

**hours**
29:18 38:21,25 41:2,5,
13,19,22 42:3,4,17 43:2
44:10,19,22,23 45:2,3,6,
8,9,10,13,14,21 47:15
49:8,13,17 50:5,8,14
55:7,8 57:23 58:23 64:25
65:12,15,19 66:6,10,17

**house**
26:6 47:12

---

**I**

**I'M**
5:18 10:13 12:3 20:12

LISLEY G. DIAZ - 04/05/2018                                    i6

**22:**5,15 23:9,25 43:12
45:5 46:8,24 54:5 61:21
63:14,23

**I/we**
59:19

**identification**
9:14 10:22 12:12 20:18

**identified**
59:10

**impossible**
74:2

**inaccurate**
21:17,24

**including**
14:2 72:2

**inconsistent**
21:21

**individual**
7:17

**individuals**
22:10

**information**
6:6 10:7,10 12:20 13:2
16:17 53:8 70:23

**input**
40:9,11

**Institute**
4:17,24

**instruct**
71:24

**instruction**
19:18

**instructions**
5:19 7:22

**insurance**
35:21 36:3 67:22

**internet**
56:4,6

**interviews**
17:5,12,21,24

**involve**
24:5

**isn't**
23:7 60:22

**issue**
45:18 74:17

**issues**
73:16 74:20

**it's**
9:24 10:25 11:11,12 12:7
13:20 21:5 23:20,22
52:10 54:4 58:3,21 59:9
61:3 62:5,7 70:21 71:2
72:25

---

**J**

**J-A-N-E**
35:9

**Jane**
35:7,9

**January**
42:8 45:19 65:7

**Jazz**
28:7

**Jersey**
19:8,10 33:14 68:16

**job**
47:6

**John**
22:22,23

**judge**
5:14

**July**
15:3,7,24 16:2 30:14

**jump**
43:12

**June**
30:14

---

**K**

**keep**
5:18 53:21,23

**kids**
19:14,19 71:21,22 72:2,
7,10,14,18,24 73:2

**kind**
19:16 32:3 33:8 41:20
72:24

**kitchen**
73:20

**know**
5:6 6:5 9:10,18 10:19
11:12 12:9 13:20 16:15
18:25 20:21 23:20 34:8
36:12 44:4,5,7,11,24
51:6 52:13 57:25 58:15
62:24 63:6 67:8,20,24
75:9

---

**L**

**labeled**
9:6

**languages**
8:9

**lasted**
42:12

**late**
18:21

**laugh**
70:19

**laughed**
70:19

**laundry**
31:11 71:21

**lawsuit**
8:21 9:25 11:10,14

**learn**
8:20

**leave**
7:18 43:18 44:4 73:20

**left**
63:11

**left-hand**
46:14 59:15

**lengthy**
4:20

**lessons**
28:15 29:7

**let's**
24:8 29:10 45:2

**letters**
23:18

**license**
37:12

**limited**
7:9

**Lisley**
4:1,11 5:1 6:1 7:1 8:1
9:1,6,13 10:1,15,21 11:1
12:1,5,11 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1,
14,17 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1,
17 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1

**little**
65:24 66:2 73:2,7

**live**
17:4

**locate**
16:7

**log**
16:15

**long**
10:17 12:7 13:14,17
18:24 19:2,4 42:13 64:24
65:2

**longer**
42:12

**look**
9:5 10:14 12:4 15:4
20:13 52:8 59:8,13
66:23,25

**looking**
45:5

**looks**
9:11 20:15

**lot**
29:22

**lunches**
31:12 71:22

Movant's App. 000634

LISLEY G. DIAZ - 04/05/2018                    i7

**M**

**mad**
43:16,24 44:9

**making**
51:3,7 67:19

**marked**
9:13 10:14,21 11:21
12:4,11 20:13,17 22:6
52:9 59:9

**match**
16:24 18:6,8

**matched**
16:21

**materials**
59:23

**matter**
8:2 50:7

**Maximum**
13:24

**meals**
57:9,11

**mean**
14:14 17:16 18:12 19:21
26:4 30:20,21 37:14
43:25 47:9 48:19 55:5
60:5,11,14,17 69:11
72:22 74:25 75:22

**Meaning**
19:22 57:4

**means**
51:6 53:11

**medications**
8:4

**meeting**
36:13

**meetings**
36:20

**memory**
8:5,7

**mentioned**
44:18 70:5 72:5,23

**Merida**
75:5

**mess**
43:20,23,25 44:2,13

**methods**
48:13

**Mexico**
75:14

**middle**
10:5

**mind**
5:19 70:24

**minimum**
59:20 60:9,12,15,19,22
61:16 62:22,25 69:15,21
70:24 71:2,5

**minimums**
70:10

**minute**
9:15 17:9 63:8

**minutes**
13:24 46:4,19 63:23

**missed**
32:24 50:9

**mom**
25:22,25 42:25 43:8
67:25

**Monday**
27:20 38:4 39:2 54:4

**monetary**
49:5

**money**
49:10,11 50:17,24 58:13
61:5,12 68:22,23 70:13

**month**
36:11 38:9 65:23,25
66:3,13

**months**
30:5 49:14 65:2

**morning**
4:12,13 68:8

**mother**
47:4

**music**
29:7,14,19

**mute**
46:13,17

**N**

**name**
4:10,14,19 16:15 20:2
22:24 34:22 35:8 67:16

**names**
23:11,18 34:12,14,25
35:3

**Nash**
4:15

**necessary**
5:20 6:6

**necklace**
51:19

**need**
6:13,14,24 15:4 37:11,
13,17 45:6,10 63:22
74:23

**needed**
67:17 74:3

**needs**
40:4,5

**negotiate**
70:17

**neighborhood**
36:18 58:4

**never**
51:11 54:18 67:18 71:23

**New**
19:8,9,10 33:12,14 68:16

**night**
15:15 18:22 50:5

**nods**
5:23

**nonverbal**
5:24

**noon**
37:25 39:17,18

**Notary**
4:4

**notes**
73:20

**notice**
50:12

**notify**
7:17

**number**
41:2 52:15,16

**numbers**
41:2

**O**

**oath**
5:9

**objection**
16:9 17:13 18:4 21:18
22:2 30:19 31:18 32:8,15
33:19,25 41:14 53:9
58:7,20 60:24 62:17
69:16 71:6,18 72:15
73:24 76:6

**observe**
34:4

**observing**
34:6

**occasions**
66:9

**occur**
19:7 42:6

**occurred**
45:19

**Ogletree**
4:15

**oh**
23:25 44:9

**okay**
7:19 9:16,19 10:13,19
11:3,4 12:6,13 20:19,23
24:6,7 29:11,12 34:21
36:2 42:19,25 44:16
46:20,24 47:8 53:14,15
59:12,16,24 61:8 63:15
64:2 67:9 72:25

**old**
22:23,24 24:12,16 25:5,7

**older**
24:24 26:18,19,20 27:16
28:3

**on-line**
64:16

LISLEY G. DIAZ - 04/05/2018                    i8

**once**
30:3 35:20 36:11 38:8
52:13 66:13 67:23

**ones**
39:15

**opportunity**
76:8

**orally**
5:21

**order**
22:17

**orientation**
18:17,20 19:4,12 33:13,
14,22

**outside**
26:10 28:9

---

**P**

**page**
10:5

**pages**
10:17 12:7

**paid**
47:23 49:10 50:6,17,25
54:14,16,18 55:10,24
56:6 58:3,25 59:2 60:7,
13 61:4,5 62:3,15,19
68:19,24 70:17

**pair**
4:18,21,22,25 11:25
12:21 14:12,16,20 21:22
58:22 59:3,19,22 68:23
69:8,9,10,20 70:9 71:9,
11,14

**pairs**
36:17 69:4,5,22 70:2,6

**paperwork**
37:16

**parents**
25:11,13 30:17 31:19
40:8 50:18 72:20 73:13,
16 75:20,21,22,23

**part**
51:22 71:17

**part-time**
25:25

**participate**
7:12 14:11 17:11 18:16
40:12

**participated**
14:15 59:5

**participating**
14:19

**participation**
7:8 9:24 14:25 35:13

**particular**
45:18 61:23

**party**
43:11

**password**
16:16

**pasta**
73:3

**paused**
46:11

**pay**
48:11 49:12,16 50:12
52:5 55:7 56:8,11 57:22
60:15,18,21 61:15,18,20,
23

**paying**
50:23

**payment**
48:14 51:10 52:20 66:20

**payment/benefit**
52:24 53:2 54:22

**payments**
49:5,7 56:19 66:15,19
70:9

**PC**
4:16

**pending**
6:17,20 7:2

**people**
75:3

**performed**
61:12 62:4

**performing**
34:4

**period**
66:5,8

**person**
35:19 36:7

**personal**
52:3,6 54:8 55:19,22
56:9,12

**PETTERSON**
16:9 17:13 18:4 21:18
22:2 30:19 31:18 32:8,
11,15 33:19,25 41:14
45:23 46:6 51:12 53:9
58:7,20 60:24 62:17
63:10,15,21,24 68:6,11
76:10,18

**phone**
55:15,19,21,24 73:9,12,
19 74:3,6

**photograph**
16:16

**phrase**
60:8

**piano**
28:7

**pick**
39:16

**picked**
39:14

**place**
28:8

**placed**
15:9,12 18:15 20:9

**placement**
15:23 16:4 22:11 24:13,
15 25:8,14 26:8,14,22
27:5,9,14,17 30:18 37:21
47:18 48:4 51:16 55:16
56:23 57:9 62:16 64:10

**places**
51:24

**plan**
55:25

**platform**
16:10,11,13,19

**play**
28:24

**please**
7:17 9:5,9 10:17 12:8
30:9 41:25

**plus**
29:18

**point**
30:21 46:21 64:4

**power**
76:5

**present**
17:15,21,24 28:11,16
47:10 70:2

**preserve**
22:17

**price**
70:17

**prior**
59:4

**private**
7:3 56:22

**problem**
41:20 42:2,6,11,16,19,20
44:14,17 45:11 65:6
67:13 75:5,25 76:9

**proceedings**
46:21 64:4

**process**
16:25

**program**
14:12,16,20 15:2 21:22
35:14 59:6,23 60:6
61:18,19 70:23 75:3

**programs**
59:22

**prohibited**
63:4

**provide**
55:15 56:18,21 57:8

**provided**
8:25 14:8 53:8 56:15

**providing**
32:6 33:9,18,24

**Public**
4:4

**purpose**
5:6 54:8

**purposes**
14:19 52:3,6 55:19,22

Movant's App. 000636

LISLEY G. DIAZ - 04/05/2018                               i9

**put**
  16:16 40:15 53:15,17
  73:2,7

**Q**

**question**
  5:25 6:4,6,8,17,20 7:2
  29:2 32:9,12,16,18,22
  33:16 38:23 51:13 52:13,
  17,18 54:21 60:16 61:22
  66:25 67:3,11 69:19

**questions**
  5:7,8,17,21 6:21 13:5,9
  14:3,6 22:16 24:3,4,5
  32:17 52:10 66:24 68:5,7
  76:12

**R**

**raise**
  74:19

**raised**
  74:17

**reached**
  73:18,22

**read**
  8:11 32:20,22 53:12
  59:17 70:22

**ready**
  63:17

**realize**
  70:22

**really**
  43:16 63:7 67:14

**reason**
  7:24 69:20 75:19

**recall**
  30:7,10 35:18 51:21
  67:16 74:16

**receive**
  47:17,20 48:7 49:5,12,16
  51:15 58:13 59:20 66:15
  69:4,6

**received**
  8:22 19:18 20:5,8 61:11

**receiving**
  63:4

**recess**
  46:22 64:5

**recollection**
  6:10

**reconvene**
  46:18

**record**
  14:22 33:5 46:9 47:2
  54:6 59:18 64:8 76:17,20

**recorded**
  5:24

**recording**
  46:11,25

**refer**
  4:20 19:25 22:19,23
  23:10,17

**reference**
  70:5

**referring**
  4:23 17:9 22:5

**refers**
  55:12

**regarding**
  11:24

**regular**
  59:3 69:3,8

**regulations**
  59:21

**reimbursed**
  49:10 50:21

**related**
  72:6 73:16

**rely**
  13:25

**remember**
  6:5 8:24 13:3,21 15:24
  27:25 31:16 34:12,13,20,
  24 35:3,8,17 37:25 38:16
  39:12,21,23 42:8,22
  53:13 58:8,9,11 65:4,9
  68:16 71:2,8 73:10

**remembered**
  28:14 71:5

**repay**
  54:4,11

**repeat**
  6:2 13:16 30:9 41:25
  60:16 72:3

**rephrase**
  6:4

**reporter**
  5:22 7:10 32:23

**represent**
  4:16

**representative**
  18:5 31:20 34:3 41:12
  58:12 63:3

**representatives**
  35:13

**represented**
  35:19

**request**
  23:7

**requested**
  32:22

**resided**
  22:10

**respect**
  23:8 44:10

**respond**
  5:21

**response**
  54:20 67:10

**responses**
  5:24

**rest**
  19:3

**restart**
  46:25

**review**
  8:17 9:9 10:18 11:15,19,
  24 12:8 20:21 21:10

**reviewed**
  21:14

**right**
  10:25 14:16 15:4 24:10
  46:10 51:9 54:2,15 60:2
  61:6 62:7,8,20,22 64:2
  72:7

**Robert**

4:14

**room**
  7:3,5,16,18 18:24

**rooms**
  31:12 71:22

**rule**
  37:16

**rules**
  19:15 36:25 37:3,9

**S**

**Saturday**
  38:14 50:5

**saying**
  17:23 59:4

**says**
  52:20,23,25 53:3 54:21,
  24 55:2 60:9 70:24,25

**schedule**
  27:17,23 37:20,23 38:10,
  13,17 39:5,19,24 40:3,7,
  10,13,15,19 42:21 43:4
  49:24 64:15 65:7

**scheduled**
  47:15

**school**
  26:14,24 27:7,16,22 28:4
  29:3,4,8,11,17 30:5,8,11
  31:10 39:9,11,18

**screen**
  46:14

**Sean**
  46:2 68:5

**second**
  27:6 35:7,21,23 36:8
  45:20 47:25 56:16 64:20
  65:8

**seconds**
  50:10

**see**
  9:11 35:2 41:22 42:4
  43:17 45:3 52:20,21 53:5
  54:21,22 59:14 60:8
  63:10 67:3 70:24

**seen**
  9:20 11:5 12:15 20:25

Movant's App. 000637

LISLEY G. DIAZ - 04/05/2018                    i10

**sentence**
60:5

**set**
36:24 40:3,7 58:5 59:22

**sets**
60:23

**setting**
40:13

**share**
57:4,6

**she's**
44:9

**sick**
67:24

**side**
46:14 59:15

**sign**
21:7 44:25

**signature**
10:4

**signed**
21:5,25 42:24 43:8 60:2
61:17

**signing**
21:11 70:23

**simply**
6:7,14,25

**sitting**
7:24

**situation**
76:5

**Skype**
17:2,8

**slept**
18:22

**slip**
23:21

**Smith**
22:22,23

**Smoak**
4:15

**somebody**
36:4 67:15 75:6

**sorry**

17:18 25:4 27:11 35:24
40:21 41:24 51:14 59:18
64:19

**sort**
68:13

**Sounds**
46:8

**space**
45:7

**Spanish**
8:10 12:23 75:8

**speak**
6:24 8:9 51:13 63:16

**speaking**
6:23 58:16 75:24

**specific**
19:19

**spell**
34:20

**spring**
30:15

**standard**
70:2,6

**start**
33:2 37:5

**started**
24:14 25:6 26:17 27:7,18
29:11,17 37:15 39:8,11,
14

**statement**
59:18

**States**
14:14,19 75:15

**status**
16:6

**stay**
31:7 36:5

**Stewart**
4:16

**Sticking**
54:20

**stipend**
47:18,20,23 48:7,11,25
49:4 56:15 58:14,16,17
59:21 60:23 61:6,9 62:8

63:5

**stipulated**
59:21

**store**
49:10

**stray**
63:13

**Strike**
20:6

**Study**
4:17,24

**stuff**
19:16

**suggest**
23:10

**summer**
30:5

**Sunday**
38:15

**support**
68:3

**supposed**
37:4 44:12 58:25 60:13
61:4 62:19 72:18

**sure**
15:6 30:10 46:2 54:6
60:17 63:21 67:7,19 72:4

**surname**
15:19

**survey**
13:23

**swimming**
28:15 29:7,14

**sworn**
4:3

_____

          **T**
_____

**take**
5:5 6:13,14,18,19 9:5,17
10:24 12:4 13:22 19:14,
23 20:13 28:8 30:17
31:6,10 46:3 47:14 50:4
51:23 53:14,18 63:7,16
64:9,12 67:7 71:25

**talk**
29:10 36:4,7,18 44:5

**talked**
11:21 29:22 33:7 44:6
65:11

**talking**
19:13 44:17,20 66:21

**tank**
54:15,16

**tattle-tale**
44:7

**tell**
6:14 18:5 19:22 38:8
44:4 58:12 63:3 70:12,16
71:13 72:12

**ten**
46:4 63:16

**terribly**
23:8

**testified**
4:5 33:6 39:4 44:16 47:3
48:3 50:19 51:22 55:9
57:21 59:24 61:8 62:2
65:5 68:15 73:8 74:9

**testifying**
5:13 74:16

**testimony**
8:2

**texts**
14:2

**thank**
9:18 10:23 11:4 12:14
20:24 64:3 68:7 76:14,20

**theirs**
18:10,11,12

**thing**
6:16 37:18

**things**
63:13 68:14 71:13,17

**think**
13:3 30:3 32:25 48:16,17
53:19 63:12,14 65:22,24
71:4,7 76:10

**thought**
42:16 74:21

LISLEY G. DIAZ - 04/05/2018                    i11

**three**
10:17 15:18 29:23 34:11
35:4,11,22 57:9 64:20,
22,23

**Thursday**
15:15 27:24

**time**
9:17 10:8,24 12:25 13:22
18:25 21:25 45:7,24
48:15 53:2,14,20,22 54:7
62:24 63:24 66:5,8 67:7
68:8

**times**
35:22 37:4 64:21,22,23
66:12 67:25

**today**
5:4,12 7:25 8:15

**told**
41:21 44:25 50:2 58:21
68:22 69:21 72:5 74:22
75:4,13

**top**
46:7

**total**
35:5

**track**
40:25 41:5,7,13,19 45:20

**training**
20:2,4,7 68:16,19,21
69:25 71:3,9

**translated**
12:22

**transport**
74:13

**travel**
56:9

**tried**
55:6

**true**
24:19

**truthful**
7:25

**try**
24:8 72:4

**trying**
23:25

**Tucker**
4:8,14 20:6 32:13,20
45:25 46:8,24 63:7,12,
19,22 64:2,7 68:4 69:16
71:6,18 72:15 73:24
76:6,13,16,19

**Tuesday**
27:24

**turn**
52:12

**twice**
31:7 35:20 48:4,16

**twin**
24:9,19

**twins**
23:2 26:25 27:7,22 28:20
29:2

**two**
19:6 23:10 25:10 35:4
42:14 43:24 48:18 49:14
64:25

**Type**
52:23

___

**U**

**UCLA**
64:13

**Um-hum**
49:22 54:25 55:13 73:11

**uncomfortable**
23:23 57:19

**understand**
5:10,15 6:3,11 7:21
11:17 13:6 21:13 42:15
59:19 60:4,25 61:3,7
69:7,18

**understanding**
21:22 22:25

**understood**
6:9 59:25 60:6 62:25

**United**
14:14,19 75:15

**upset**
67:14

**upset also**
43:17

**use**
44:22 52:2 53:16,17 54:3
55:18,21 56:3 57:2 73:9,
12 74:13

**useful**
20:9

**user**
16:15

___

**V**

**vacations**
39:9

**varied**
38:18

**video**
46:10

**visa**
16:5,6

**volunteer**
26:6 47:7

___

**W**

**wait**
6:25 9:15

**want**
37:17 46:3,5,13 54:5
57:15 63:10 68:5,13

**wanted**
44:11 67:24

**wasn't**
17:23 42:5 44:10 47:13
50:12 55:8 57:18 62:14,
22

**website**
16:11,12 17:22,25

**week**
15:3 38:3,21,25 42:9
47:21 48:7,17 53:4 57:13
62:6 64:22,23 65:13,16
66:10 69:6,22

**weekend**
30:22 50:3 54:3 57:16,18

**weekends**
38:5,11,17,20,24 57:14

**weekly**
47:18 56:15 58:14,16
59:20

**weeks**
42:14 43:24 48:18 66:16

**welcome**
76:15

**went**
14:13 18:23 49:9

**weren't**
17:15,20 26:25 28:22
50:23 51:10 73:23

**what's**
46:16

**white**
40:20,21,24

**witness**
4:3 46:20 51:14 76:15

**woke**
18:22

**woman**
72:23

**won't**
46:16

**work**
25:25 26:5,6,7,10 37:5
38:5,11,21,25 45:10
47:4,7 55:6,8 61:12 62:3
65:16,18 72:10 73:16

**worked**
38:20,24 41:3 66:6,9,16

**working**
42:17 45:3,6 49:17 50:14

**works**
75:9

**worse**
67:18

**write**
41:9

**writing**
40:16

**written**
22:7

___

LISLEY G. DIAZ - 04/05/2018                    i12

| Y |
| --- |

**yeah**
11:12 17:2 19:10,24 23:6
40:23 45:17 50:16 62:9
63:19 67:12 76:8

**year**
13:13 22:24 27:6 30:8,
11,14 35:23 36:4,6,8
42:7 45:20 47:25 56:16
65:8,22 67:23

**years**
22:22 25:5

**York**
19:9 33:12

**you're**
17:23 59:4 76:15

**younger**
39:15

Movant's App. 000640

**Au Pair: Robyn Mason [3/15/2018]**

QUESTION 1: What was your full name when you were an au pair? **Robyn Mason**

QUESTION 2: With how many different host families were you placed in the United States from July 24, 2009 to the present? (*Note that if you were placed with the same host family more than once, count each placement separately.) * **2**

Please fill in the table below information regarding each placement since 2009:

| Job No. | Sponsor Agency | Host Family Name | Begin Date | End Date | City | State |
|---------|----------------|------------------|------------|----------|------|-------|
| 1 | Au Pair in America | ▉ | 3/26/2012 | 3/26/2013 | Houston | Texas |
| 2 | Au Pair in America | ▉ | 3/26/2013 | 12/3/2013 | Arlington | Virginia |

QUESTION 3: What is your date of birth? **4/24/1992**

QUESTION 4: What is your current address? **29 Rathkeale, Cape Road, Kabega Park, Port Elizabeth, Eastern Cape 6025, South Africa**

QUESTION 5: In what country were you living when you were first recruited to be an au pair in the U.S.? **South Africa**

QUESTION 6: Describe how you first learned about the opportunity to be an au pair in the U.S. **Through a high school friend that completed the program previously and through advertising conferences or information events.**

QUESTION 7: In approximately what month and year did you first apply to join the au pair program? **November 2011**

QUESTION 8: Did you apply to the U.S. au pair program through a single sponsor agency or did you apply to more than one? **One Sponsor**

QUESTION 9: Which sponsor did you first apply with? **Au Pair in America**

QUESTION 10: Check any other sponsor you also applied to. (Check all that apply)

QUESTION 11: What organization(s) recruited you to be an au pair in the U.S.? **Au Pair in America**

QUESTION 12: When being recruited, what were the key benefits of being an au pair, as you understood them? **Travel opportunities, weekly wages, family involvement, experience USA college**



EXHIBIT
Mason
4
APIA 8
Advantage Supp. 000641

QUESTION 13: When being recruited, what were the downsides of being an au pair, as you understood them? **Only the taxes you are expected to pay on a small salary.**

QUESTION 14: When being recruited, did you meet with a recruiter or a staff member from the sponsor agency? **Yes**

QUESTION 15: Was the weekly stipend discussed during the meeting with the recruiter or sponsor agency? **Yes**

QUESTION 16: What was said about the weekly stipend during the meeting with the recruiter or sponsor agency? **$195.75**

QUESTION 17: Did you pay any fees to participate in the au pair program? **Yes**

QUESTION 18: Please fill out the table below regarding the fees that you paid to participate in the au pair program. Include as many types of payments as you recall and approximate amounts.

| | What did you make payments for? | What was The approximate amount of each payment ($US)? | Who were Those payments made to? | Is this amount an estimate? | How certain are you about the amount? |
|---|---|---|---|---|---|
| a. | **Program fee** | **$800** | **African Ambassadors** | **Yes** | **Uncertain** |
| b. | **Total visa fee** | **$150** | **USA Embassy CPT** | **Yes** | **Uncertain** |

QUESTION 19: How many interviews did you have with potential host families before you were accepted into a placement? **Three**

QUESTION 20: Were you required to receive training by your sponsor agency prior to your placement with a host family? **Yes**

QUESTION 21: How did you receive that training? **Other**

QUESTION 22: If your training took place in the U.S., in what state did the training take place?

QUESTION 23: Approximately how many hours did the training last? **15**

QUESTION 24: Were you paid for the hours that you were trained? **No**

QUESTION 25: How much were you paid for your training per hour and/or in total?

QUESTION 26: Did any adults (other than yourself and the parents) live in the home of your host family on a permanent basis for at least a month while you were an au pair there? **No**

Movant's App. 000642

QUESTION 27: For each of the adults (other than yourself and the parents) that lived in the home of your host family while you were an au pair there, fill out the following table:

|  | First Name | Last Name | Relation to Child/Children (e.g., Aunt) | Number of months this individual lived at the home | Did this person assist with childcare? | How many hours per week did they assist with childcare? |
|---|---|---|---|---|---|---|
| Adult 1 |  |  |  |  |  |  |

QUESTION 28: Did you discuss the amount of the weekly stipend in your initial interview(s) with the host family for the position? **No**

QUESTION 29: How did you and the host family decide the amount of the weekly stipend? **We agreed to round off the amount recommended by the agency to $200 a week. The host family thought it was easier to work with a round figure.**

QUESTION 30: What was the weekly stipend that you were paid by the host family ($US)? **$200.00**

QUESTION 31: What person(s) or entity (entities) paid you the weekly stipend? **Alternated between my host mom and my host dad**

QUESTION 32: Did the amount of the weekly stipend that you received ever vary? **No**

QUESTION 33: How and why did your stipend vary?

QUESTION 34: How certain are you that you recall the amount(s) of the weekly stipend that you were paid by this host family? **Highly Certain**

QUESTION 35: How were you paid by the host family? **Check**

QUESTION 36: Did you receive any payments and/or benefits from the host family other than the weekly stipend? **No**

QUESTION 37: List the type of payment/benefit and amount(s) in $ in the table below.

|  | Type of Payment/Benefit | Estimated Amount of Payment/Benefit (in $US) | Timeframe for Payment/Benefit | | | |
|---|---|---|---|---|---|---|
|  |  |  | Per Day | Per Week | Per Month | Per Year |
| Payment/ Benefit 1 |  |  |  |  |  |  |

Movant's App. 000643

QUESTION 38: Did you take a 6 credits of classes while you were an au pair for this host family? **Yes**

QUESTION 39: Identify the university, college, or other educational institution(s) at which you took your course(s).

QUESTION 40: What was the name of the course(s) that you took?

QUESTION 41: How many children were in this host family? **Three**

QUESTION 42: For each child in the host family, fill out the following table.

|  | Age at Start of Placement | Did the Child Attend School or Daycare? | If Attended School, Number of hours per day at school |
|---|---|---|---|
| Child 1 | **2** | **Yes** | **3 hours, 3 days a week** |
| Child 2 | **7** | **Yes** | **6 hours, 5 days a week** |
| Child 3 | **11** | **Yes** | **6 hours, 5 days a week** |

QUESTION 43: What were the main childcare tasks performed for this host family? **Wake kids, breakfast, laundry, prepare school lunches, pick up from school, drop off and pick up for after school activities, supervise homework, prepare dinner, bath time.**

QUESTION 44: On what types of childcare activities did you spend most of your time as an au pair for the host family? **Preparing dinner, laundry, supervising the youngest. Summer vacation.**

QUESTION 45: How was your schedule determined for this host family? **Sat down and discussed with the host parents what they needed and expected from me. Looked at areas that they needed hep with.**

QUESTION 46: Did you provide services to the host family outside of childcare? **No**

QUESTION 47: Describe the types of services that you provided to the host family outside of childcare.

QUESTION 48: Were you expected to be available (or "on-call") for your host family at times when you were not actively scheduled to provide childcare?  Describe specific examples. **No, unless it was an event every once in a while where the children needed to be supervised e.g. end-of-year work function or date night.**

QUESTION 49: Did you have responsibilities for children waking up overnight? If so, please describe. **No**

QUESTION 50: Were there times that you provided childcare services to the host family that were unexpected or outside of your normal schedule?  If so, please provide specific examples. **No**

Movant's App. 000644

QUESTION 51: How many hours did you work on average per week (not including vacation weeks)? **40**

QUESTION 52: How many days per week did you work on average per week? **5**

QUESTION 53: For days that you worked, how many hours did work in a day on average? **8**


**Host Family 2**

QUESTION 54: Did any adults (other than yourself and the parents) live in the home of your host family on a permanent basis for at least a month while you were an au pair there? **No**

QUESTION 55: For each of the adults (other than yourself and the parents) that lived in the home of your host family while you were an au pair there, fill out the following table:

| | First Name | Last Name | Relation to Child/Children (e.g., Aunt) | Number of months this individual lived at the home | Did this person assist with childcare? | How many hours per week did they assist with childcare? |
|---|---|---|---|---|---|---|
| Adult 1 | | | | | | |

QUESTION 56: Did you discuss the amount of the weekly stipend in your initial interview(s) with the host family for the position? **No**

QUESTION 57: How did you and the host family decide the amount of the weekly stipend?  **Paid me the recommended stipend by the agency.**

QUESTION 58: What was the weekly stipend that you were paid by the host family ($US)? **$195.75**

QUESTION 59: What person(s) or entity (entities) paid you the weekly stipend? **Host dad**

QUESTION 60: Did the amount of the weekly stipend that you received ever vary? **No**

QUESTION 61: How and why did your stipend vary?

QUESTION 62: How certain are you that you recall the amount(s) of the weekly stipend that you were paid by this host family?

QUESTION 63: How were you paid by the host family? **Check**

QUESTION 64: Did you receive any payments and/or benefits from the host family other than the weekly stipend? **No**

QUESTION 65: List the type of payment/benefit and amount(s) in $ in the table below.

Movant's App. 000645

| | Type of Payment/Benefit | Estimated Amount of Payment/Benefit (in $US) | Timeframe for Payment/Benefit | | | |
|---|---|---|---|---|---|---|
| | | | Per Day | Per Week | Per Month | Per Year |
| Payment/ Benefit 1 | | | | | | |

**QUESTION 66:** Did you take a 6 credits of classes while you were an au pair for this host family? **No**

**QUESTION 67:** Identify the university, college, or other educational institution(s) at which you took your course(s).

**QUESTION 68:** What was the name of the course(s) that you took?

**QUESTION 69:** How many children were in this host family? **Two**

**QUESTION 70:** For each child in the host family, fill out the following table.

| | Age at Start of Placement | Did the Child Attend School or Daycare? | If Attended School, Number of hours per day at school |
|---|---|---|---|
| Child 1 | 6 | Yes | 6 hours |
| Child 2 | 6 | Yes | 6 hours |

**QUESTION 71:** What were the main childcare tasks performed for this host family? **Wake up children, prepare breakfast & school lunches, drop off and pick up from school and after school activities, homework supervision, prepare dinner, bath and bedtime readiness, laundry, clean bedrooms.**

**QUESTION 72:** On what types of childcare activities did you spend most of your time as an au pair for the host family? **After schools activities, driving the kids around to their different sports.**

**QUESTION 73:** How was your schedule determined for this host family? **The same schedule that their previous au pairs followed was handed over to me. The schedule was never discussed.**

**QUESTION 74:** Did you provide services to the host family outside of childcare? **No**

**QUESTION 75:** Describe the types of services that you provided to the host family outside of childcare.

**QUESTION 76:** Were you expected to be available (or "on-call") for your host family at times when you were not actively scheduled to provide childcare? Describe specific examples. **No**

Movant's App. 000646

QUESTION 77: Did you have responsibilities for children waking up overnight? If so, please describe. **No. However, my bedroom was in the basement with the children's play area, so weekends they would play from early in the morning and wake me up in my 'off' time.**

QUESTION 78: Were there times that you provided childcare services to the host family that were unexpected or outside of your normal schedule?  If so, please provide specific examples. **No**

QUESTION 79: How many hours did you work on average per week (not including vacation weeks)? **25**

QUESTION 80: How many days per week did you work on average per week? **5**

QUESTION 81: For days that you worked, how many hours did work in a day on average? **5**

QUESTION 82: On one or more occasions did you receive more than $195.75 in weekly payment(s) from your host family or host families? **Yes**

QUESTION 83: Was your schedule set by, or determined in conjunction with, your host family? **Yes**

QUESTION 84: Was your stipend paid by your host family? **Yes**

QUESTION 85: Your sponsor agency has also asked whether you have any documents relating to amounts paid to you and hours that you worked.  **I do not have any documents relating to the amounts paid to me or the hours that I worked.**

QUESTION 86: Did you make any complaint to your host family, sponsor agency, or the Department of State about your experience as an au pair? **No**

QUESTION 87: For each complaint, describe details regarding your complaint(s) including the date(s) of complaint, to whom you made the complaint(s), a description of the complaint(s), and what happened following your complaint(s).

QUESTION 88: I confirm that the information I provided is accurate and complete to the best of my knowledge. **Yes**

QUESTION 89: Do you have suggestions for improving these questions?  Please tell us here: **N/A**