Case 1:14-cv-03074-CMA-KMT Document 1008-2 Filed 05/09/18 USDC Colorado Page 1 of 12

# Exhibit 2

JOHANA PAOLA BELTRAN vs INTEREXCHANGE, INC.
Eastridge, Raquel on 12/15/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; et al., )
)
)
Plaintiffs, )
) Civil Action No.
-v- ) 1:14-cv-03074-CMA-KMT
)
INTEREXCHANGE, INC.; et al., )
)
)
Defendants. )

**COPY**

The videotaped deposition upon oral examination of RAQUEL EASTRIDGE, a witness produced and sworn before me, Drea Sasse, CSR, RPR, Notary Public in and for the County of Porter, State of Indiana, taken on behalf of the Defendant, Cultural Care, Inc., d/b/a Cultural Care Au Pair, at Eichorn & Eichorn, 200 Russell Street, Hammond, Indiana, on Friday, December 15, 2017, at 8:52 a.m., pursuant to the Federal Rules of Civil Procedure.

```
 1        did the training go?
 2   A.   Like five days that I recall.
 3   Q.   Who provided your meals during that time?
 4   A.   The school we were at.
 5   Q.   And can you describe to us the type of training
 6        that took place during that five days?
 7   A.   Safety, emergencies, and activities for kids.
 8   Q.   Were they full days --
 9   A.   Yes.
10   Q.   -- of training?  So did the training have a
11        specific focus on Cultural Care, or was it more on
12        general child care skills like you just said?
13   A.   It was focused in child care.
14   Q.   Was there also CPR and first aid?  You may have
15        said that.
16   A.   Yes.
17   Q.   Was there self-defense?
18   A.   No.
19   Q.   All right.  So let's talk about the REDACTED family.
20        How long after the training, you said it was about
21        five days, did you travel to be with the REDACTED
22        family?
23   A.   As soon as we were done with the training, I came
24        to Chicago.
25   Q.   And where did the REDACTED family live?
```

```
 1   A.   Chicago.
 2   Q.   Whereabouts in Chicago?
 3   A.   Lincoln Park area.
 4   Q.   So did they meet you at the airport?
 5   A.   Yes.
 6   Q.   Who met you?
 7   A.   The dad and the kids.
 8   Q.   And what was your impression of them when you first
 9        met them?
10   A.   They were nice.
11            MS. SMALLS:  Objection.
12            MR. WOLOSZ:
13   Q.   How many children?
14   A.   Three.
15   Q.   And what were their approximate ages at the time
16        that you started?
17   A.   It was four, six and nine.
18   Q.   And the parents, did Mr. REDACTED work?
19   A.   He did for a while, I believe, for like a month or
20        two.  Then he was mostly home.
21   Q.   And what about Ms. REDACTED, did she work?
22   A.   Yes.
23   Q.   During the month or two that Mr. REDACTED worked, what
24        did he do?
25   A.   He worked -- he said he was working for National
```

1   A.   She told me that I could -- that I could do
2        whatever I want, but those three hours I would
3        probably do something for the kids and the house.
4   Q.   I see.  So she told you you could do what you want,
5        but sometimes you would just use them to --
6   A.   Yes.  And sometimes she would give me some stuff to
7        do.
8   Q.   Okay.  Were there some times that you did -- that
9        you used that as your own time?
10  A.   Yeah.
11  Q.   Okay.  Could you turn to Question 51.  This
12       question says "How many hours did you work on
13       average per week (not including vacation)."  And
14       your answer is 65.  Can you tell us how you came up
15       with that number?
16  A.   Just counting the average of hours I was working
17       from 7:20 until 8:30 at night, approximately.  I
18       would not count the three hours as really a free
19       time.
20  Q.   Why not?
21  A.   Because I don't think it's -- it's right.  You
22       don't go to work and then you take three hours off
23       during that time.
24  Q.   Okay.  So -- so -- so you disagree with that sort
25       of being counted as your own time because it fell

```
 1       within two blocks when you were working?
 2  A.   Yes.  I disagree because if anything happens with
 3       the kids in school during that time, I would still
 4       have -- they would still have to count on me.
 5  Q.   Now, let's talk a little bit about once Mr. REDACTED
 6       was no longer working, so for the final ten months
 7       or so that you were with the REDACTED family.  Did he
 8       ever take the two older kids to school in the
 9       morning?
10  A.   No.
11  Q.   Did he ever take the young girl, I think REDACTED you
12       said her name is?
13  A.   Mm-hmm.
14  Q.   Did he ever take REDACTED to school?
15  A.   If he did, sometimes I -- he was with me, and we
16       took her both to school.
17  Q.   He never did it by himself?
18  A.   I don't recall.
19  Q.   So he may have, he may not have.  You don't
20       remember?
21  A.   He might just one time or two, but I don't really
22       recall.
23  Q.   Did he ever pick up REDACTED from school?
24  A.   No, I did mostly.
25  Q.   Mostly, but so some of the time, he did?
```

```
 1   A.   I don't recall.
 2        MR. WOLOSZ:  We've been going just over an
 3   hour.  Would you like to take a short break, or are
 4   you okay?
 5        THE WITNESS:  Sure.
 6        MR. WOLOSZ:  Okay.
 7        THE WITNESS:  I'll take a break.
 8        MR. WOLOSZ:  Could we take just five or ten
 9   minutes.
10        MS. SMALLS:  Sure.
11        THE VIDEOGRAPHER:  The time is 10:01, the end
12   of DVD 1.  We're off the record.
13        (A short break was taken.)
14        THE VIDEOGRAPHER:  The time is 10:14, the
15   beginning of DVD 2, and we're back on the record.
16        MR. WOLOSZ:
17   Q.   Before we broke, we were still talking about the
18        REDACTED family, and so I'd like to stay on that topic
19   for a bit.  So, Raquel, you told us about your
20   schedule.  Who set your schedule?
21   A.   The family.
22   Q.   And your schedule was not set by Cultural Care;
23   correct?
24   A.   Nope.
25   Q.   Who set your job duties?
```

```
 1    A.    The family.
 2    Q.    And, again, your job duties were not set by
 3          Cultural Care; correct?
 4    A.    No, but Cultural Care, when I first applied, said
 5          what it was about.  If it was about kids, then it
 6          would be about caring for the children.
 7                THE VIDEOGRAPHER:  Ma'am, could we bring your
 8          microphone up.
 9                THE WITNESS:  (Witness complies.)
10                THE VIDEOGRAPHER:  Thank you.
11                MR. WOLOSZ:
12    Q.    What stipend amount did the REDACTED family pay you?
13    A.    $200 a week.
14    Q.    And that was paid by the family; correct?
15    A.    Yes.
16    Q.    That was not paid by Cultural Care?
17    A.    No, it was a check from the family.
18    Q.    You said that at times you were paid more than
19          that; is that right?
20    A.    Yes.
21    Q.    How often were you paid more than $200 a week?
22    A.    Whatever time I had to work extra.
23    Q.    And define what you mean by extra?
24    A.    Over 45 hours.
25    Q.    So every time you worked over 45 hours, you were
```

```
 1         while you were with the ᴿᴱᴰᴬᶜᵀᴱᴰ family?
 2    A.   I don't recall.
 3    Q.   Did you have some weeks where you received $200?
 4    A.   Yes.
 5    Q.   So in those weeks, you worked 45 hours or fewer?
 6    A.   That was in the beginning when I did not complain
 7         about it.
 8    Q.   What do you mean by that?
 9    A.   By -- when I was working extra and I was not really
10         talking to her about it.
11    Q.   So in the beginning, you were working more than
12         45 hours, but you were being paid 200 because you
13         had not yet raised the issue with the ᴿᴱᴰᴬᶜᵀᴱᴰ family?
14    A.   Yes.
15    Q.   But then later on, you raised the issue?
16    A.   Yes.
17    Q.   And did your hours -- let me reask that question.
18             Once you raised the 45-hour issue, did the
19         ▮▮▮▮▮ family reduce your hours at all?
20    A.   No.
21    Q.   But they did start paying you more?
22    A.   Yes.
23    Q.   If we look back at Exhibit 3, I'm going to direct
24         your attention to Question No. 30.  Question 30
25         says "What was the weekly stipend that you were
```

```
 1        paid for the host family?"  And your answer was
 2        "$200."  Do you see that?
 3   A.   Yes.
 4   Q.   So do you want to clarify that answer in light of
 5        the conversation we just had?
 6   A.   Yes.  So the $200 was for the technically 45 hours
 7        of work.
 8   Q.   But once you raised the issue that you were working
 9        more than 45 hours, you were paid more than that;
10        right?
11   A.   Yes.
12   Q.   So if we consider the additional that you were paid
13        in those other weeks, then -- then you would -- if
14        we make that clarification to the question, then
15        you would answer this differently; is that right?
16   A.   I would, but I don't -- I don't really recall how
17        many was paid because every week would be
18        different.
19   Q.   And then Question No. 29 where it says "How did you
20        and the host family decide the amount of the weekly
21        stipend," your answer was "It was the amount the
22        agency told us."  Do you see that?
23   A.   Yes.
24   Q.   But in those weeks where you explained that you
25        worked more than 45 hours, that was not how the
```

| | | |
|---|---|---|
| 1 | | amount of the weekly stipend was decided; correct? |
| 2 | A. | Yes. |
| 3 | Q. | I know you said that you don't remember the most |
| 4 | | that you were paid by the family, but do you |
| 5 | | remember, were you ever paid more than $400 a week? |
| 6 | A. | No. |
| 7 | Q. | Were you ever paid more than $300 a week? |
| 8 | A. | I don't remember. |
| 9 | Q. | Okay.  So -- so possibly some weeks more than 300? |
| 10 | A. | I don't remember. |
| 11 | Q. | But you're pretty sure that you were never paid |
| 12 | | more than 400? |
| 13 | A. | Yeah, I don't remember. |
| 14 | Q. | Can you help me understand approximately how many |
| 15 | | weeks you received more than 200 compared to how |
| 16 | | many you received 200?  Like was it half the time, |
| 17 | | two-thirds, one-third? |
| 18 | A. | It was more than half of the time. |
| 19 | Q. | More than half of the time that you were paid more |
| 20 | | than $200 per week; correct? |
| 21 | A. | Yes. |
| 22 | Q. | And, again, in all those instances, it was the host |
| 23 | | family that decided how much you were being paid; |
| 24 | | correct? |
| 25 | A. | Yes, for the extra hours. |

```
 1        the --
 2   A.   What the program was about.
 3   Q.   So Cultural Care told you in broad terms the
 4        characteristics of the program?
 5   A.   Yes.
 6   Q.   But your day-to-day schedule was set by the
 7        REDACTED family; correct?
 8   A.   Correct.
 9   Q.   What was the stipend amount that the REDACTED
10        family paid you?
11   A.   200.
12   Q.   And this was built into my question, but just to be
13        clear, that was paid by the family; correct?
14   A.   Yes.
15   Q.   It was not paid by Cultural Care?
16   A.   Correct.
17   Q.   You said that it was paid by electronic transfer
18        into your bank account?
19   A.   Yes.
20   Q.   And that's a bank account at Chase?
21   A.   Yes.
22   Q.   Do you still have that account?
23   A.   Yes.
24   Q.   And that's why you said you might be able to look
25        back and see if there are records?
```