# Exhibit 5

CONFIDENTIAL

Page 1

1        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
2       CIVIL ACTION NO. 1:14-cv-03074-CMA-KMT
-------------------------------------------x
3   JOHANA PAOLA BELTRAN,
    et al.,
4            Plaintiffs,
5            v.
6   INTEREXCHANGE, INC.,
    et al.,
7            Defendants.
-------------------------------------------x
8
9            *** CONFIDENTIAL ***
10
11           Friday, December 29, 2017
12
13      Videotaped deposition of MARIEL ANDREA
14  BOBBONI, held at the law offices of GORDON &
15  REES, One Commerce Square, 2005 Market Street,
16  Suite 2900, Philadelphia, Pennsylvania 19103,
17  beginning at 9:56 a.m., on the above date,
18  before Victoria A. Bramnick, a Professional
19  Court Reporter and Notary Public in
20  Pennsylvania, New Jersey and Delaware.
21
22
23
24
25

CONFIDENTIAL

Page 65

1    A.    No.
2    Q.    Were you still interested in
3    matching with the REDACTED family after speaking
4    with Priscila?
5    A.    Yes.
6    Q.    Did anything Priscila said make
7    you hesitate in matching with the REDACTED
8    family?
9    A.    No.
10   Q.    So, you just believed that
11   Priscila was not ready to be an au pair and
12   that was the problem, correct?
13   A.    Yes.
14   Q.    What about from Florencia, did
15   you speak with her before matching with the
16   REDACTED family?
17   A.    Yes.
18   Q.    How did you speak with her?
19   A.    Skype.  I talked to her a lot.
20   Q.    Okay.  Was she the REDACTED
21   current au pair at the time you were speaking
22   with her?
23   A.    Yes.
24   Q.    What do you remember about your
25   conversations with her?

CONFIDENTIAL

Page 66

1        A.    She told me mostly everything
2    about the family.  She didn't mention anything
3    wrong.  And she trained me for two weeks.
4        Q.    You said she didn't tell you
5    anything wrong with the family.  What did she
6    tell you about the family?
7        A.    She told me about her -- she
8    told me about her work with the kids and how
9    it was like every day.  And she told me about
10   the kids, about the parents.
11       Q.    You said she stated she worked
12   every day?
13       A.    Excuse me?
14       Q.    You said she stated her work
15   with the kids was every day; is that correct?
16             If I misunderstood you, please
17   correct --
18       A.    Yeah, I don't understand you.
19   Sorry.
20       Q.    Okay.  I thought you --
21             MS. KRUZER:  Could you, please,
22       read back the transcript?
23             (Pertinent portion of the record
24       was read.)
25   BY MS. KRUZER:

CONFIDENTIAL

Page 94

1       Q.      What is it?
2       A.      These are questions about my
3    au pair experience.
4       Q.      Who answered these questions?
5       A.      Me.
6       Q.      Did you discuss these questions
7    with anyone before answering them?
8       A.      No.
9       Q.      Did you answer these questions
10   truthfully?
11      A.      Yes.
12      Q.      Let's start with question number
13   42.
14              Question 42 states:  For each
15   child in the host family, fill out the
16   following table.  And it includes a column
17   that says Age at Start of Placement; is that
18   correct?
19      A.      Yes.
20      Q.      And a column that says, If
21   Attended School, Number of hours per day at
22   school, correct?
23      A.      Yes.
24      Q.      Is this table accurate or is
25   your testimony today accurate?

1                     MR. RODRIGUEZ:  Objection to
2            form.
3                     THE WITNESS:  I didn't read the
4            question, and the information is not
5            correct.
6       BY MS. KRUZER:
7            Q.    So, you did not read this
8       question before answering it?
9                     MR. RODRIGUEZ:  Objection to
10           form.
11                    THE WITNESS:  I did, but I was
12           confused.
13      BY MS. KRUZER:
14           Q.    What did you think this question
15      asked?
16           A.    I completed it wrong.
17           Q.    So, your testimony today is
18      accurate?
19           A.    Yes.
20           Q.    So, when considering the boys'
21      schedule, we should rely on your answer today
22      rather than on your answers in this table?
23           A.    Can you repeat the question,
24      please?
25                    MS. KRUZER:  Would you read that

CONFIDENTIAL

Page 111

1 parents communicate to you when each day would
2 end?
3     A. No.
4     Q. Did you ever ask when your days
5 would end?
6     A. Sometimes with a text message.
7     Q. And who would you text?
8     A. My house mom.
9     Q. And who would decide when your
10 day ended?
11     A. Her or his -- or the kids'
12 father.
13     Q. So, would it be fair to say that
14 your host parents set your work schedule?
15     A. I don't think so.
16     Q. Okay. So, who set your work
17 schedule?
18     A. They were the parents, but -- I
19 never knew when I was going to finish my day,
20 but I don't know.
21     Q. Did Cultural Care play any role
22 in setting your daily work schedule?
23     A. No.
24     Q. Now, I understand we have
25 established in the deposition today that there

1       they would pay you?
2               A.      The parents.
3               Q.      So, would it be fair to say that
4       the host parents determined your weekly
5       payment amount?
6               A.      Yes.
7               Q.      And Cultural Care did not
8       determine your weekly payment amount, correct?
9               A.      Correct.
10              Q.      Do you believe that your host
11      family paid you everything that you were
12      promised?
13              A.      Yes.
14              Q.      Do you believe that the host
15      family paid you what they owed you?
16              A.      Can you repeat the question,
17      please?
18                      (Pertinent portion of the record
19              was read.)
20                      THE WITNESS:  I don't think so.
21      BY MS. KRUZER:
22              Q.      What do you believe the family
23      owes you?
24              A.      The extra hours they didn't pay
25      me.

CONFIDENTIAL

Page 151

1 ▇ ▇
2 ▇
3 ▇ ▇
4 ▇
5 ▇
6 ▇ ▇
7 ▇ ▇
8 ▇ ▇
9 ▇ ▇
10 ▇ ▇
11 ▇ ▇
12      Q.      One more question back to
13 Exhibit 5, question 48.  The question is, Were
14 you expected to be available (or on-call) for
15 your host family at times when you were not
16 actively scheduled to provide childcare?
17 Describe specific examples.
18              You answered, Yes, they called
19 me any time when they needed me during my free
20 time.
21      A.      Yes.
22      Q.      Could you, please, describe
23 specific examples of what you're referring to
24 with that answer?
25      A.      Sometimes, I don't know, on a

CONFIDENTIAL

Page 152

1    weekend they wanted to go out and I was off
2    and they asked me if I could come back and
3    stay with the kids because they wanted to go
4    out.
5            Q.    Okay.  Do you have any other
6    examples?
7            A.    Sometimes they called me, but it
8    wasn't to provide childcare.  It was because
9    they needed a favor or something.  You know,
10   nothing else, but that.
11           Q.    What types of favors would they
12   ask you to do?
13           A.    I don't remember now.
14           Q.    And just to be clear, the times
15   when they would call you to work on a weekend,
16   do you mean is that referring to the same five
17   or six times a year you described earlier when
18   you watched the children for the parents to go
19   out?
20           A.    No.  Because for the times that
21   I told you before, they asked me in advance.
22   And for these ones, they didn't.  They just
23   called me.
24           Q.    So, there were about five or six
25   times per year they asked you in advance to