# Exhibit 7

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Case No. 1:14-cv-03074-CMA-KMT

- - - - - - - - - - - - - - - - - - - X

JOHANA PAOLA BELTRAN, et al.,

                    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - X


AUDIO CONFERENCE AUDIOTAPED DEPOSITION OF

CARLY FAYE FITZPATRICK

Tuesday, February 13, 2018, 6:47 p.m.

Choate Hall & Stewart LLP

Two International Place

Boston, Massachusetts 02110




--- Reporter: Kimberly A. Smith, CRR, CRC, RDR ---

Realtime Systems Administrator

```
                                                      Page 63
 1    at that time?
 2         A.   No.
 3         Q.   Did you have weekends off when you worked
 4    with the first host family?
 5         A.   I don't remember.  I think I did but not
 6    like every weekend.  Like I said, it was random.
 7         Q.   And on the weekends, what did you do with
 8    your free time?
 9         ████████████████████████████████████████████
10    ████████████████████████████████████████████
11    ████████████████████████████████████████
12         Q.   Did you ever spend any of your free time
13    with the family?
14         A.   I was never invited.  They didn't feel very
15    welcoming.
16         Q.   Who set your schedule at the first host
17    family's house?
18         A.   Host dad.
19         Q.   And Cultural Care did not set your schedule;
20    is that right?
21              MR. LIBLING:  Objection, form.
22              THE WITNESS:  No.
23    BY MS. SMYCHKOVICH:
24         Q.   And who determined what your job duties
25    would be?
```

```
 1        A.  I don't know.  I couldn't tell you.
 2        Q.  Would you say it was less than three?
 3        A.  Probably about two or three, from memory.
 4   But I don't know really.
 5        Q.  Were you still paid for the four weeks that
 6   the family was in Israel?
 7        A.  No.
 8        Q.  Did you receive any payment during those
 9   four weeks?
10        A.  No.
11        Q.  Did you notify your local childcare
12   coordinator about this?
13        A.  I'm sure I did, but I can't remember.
14        Q.  Did you talk to the host family about this?
15        A.  Well, I wasn't looking after the kids, so,
16   therefore, he shouldn't have to pay me.
17        Q.  What amount did the REDACTED family pay you
18   per week?
19        A.  Roughly about $200.
20        Q.  When you say "roughly about $200," does
21   that mean that it changed?
22        A.  It was not $200, but if I had to -- like if
23   I had to get reimbursed for petrol, if he thought I
24   took too much money out of the groceries or that I
25   bought things that the kids didn't really need, he
```

Page 82

1      Q. So you testified earlier that you worked on
2  average five days a week --
3      A. Yes.
4      Q. -- is that right? And then you testified
5  that you --
6      A. Approximately five days a week, yes.
7      Q. And approximately how many hours per day
8  did you work?
9      A. So probably two hours in the morning. And
10 then at night it would be two, maybe three or four
11 hours in the afternoon maybe. They're all kind of
12 just varied depending on where the -- if they were
13 going to a church service or if we're going out to
14 dinner or if REDACTED and REDACTED were home early. So
15 it all kind of had variations on what was actually
16 happening that day or that night.
17     Q. So I'd like to turn your attention again to
18 the survey answers that you filled out earlier.
19 And I'm going to read Question No. 79. This has to
20 do with the second host family. It says, "How many
21 hours did you work on average per week (not
22 including vacation weeks)?" And the answer you
23 wrote was "20."
24     Would you say that's accurate?
25     A. Probably more so, yes. Yes. I would say

Page 83

1      about 20.
2           Q.   All right.   Thank you.   And who set your
3      schedule at the second host family house?
4                MR. LIBLING:   Objection to form.
5                THE WITNESS:   So REDACTED would write
6      down hour to start in the morning, hour to finish in
7      the morning, and then start time and finish time.
8      And then instead of giving me a whole list of things
9      to do, she would just say, Do it in the hours you're
10     scheduled to work.
11     BY MS. SMYCHKOVICH:
12          Q.   When you say she wrote it down, where did
13     she write that down?
14          A.   So she wrote me a roster basically.   She
15     wrote me a roster and she would stick it on the
16     fridge.   A timetable maybe?
17          Q.   That makes sense.
18          A.   Yes.   And then she'd stick it on the fridge
19     so the kids would have a look at it, the older ones
20     especially.   And if I wasn't working, REDACTED didn't
21     like them to come disturb me, she said she'll deal
22     with it.   She liked me having my time like to myself
23     and not being disturbed by the kids, which was
24     really good.
25          Q.   You don't happen to have any of those

Page 91

1  BY MS. SMYCHKOVICH:
2      Q.  Do you remember writing "Washing"?
3      A.  Kind of.  The only thing I can remember,
4  I think it would have been REDACTED offered to pay me
5  extra if I did her and REDACTED washing for them.
6  So I think she offered to pay me like another $20 or
7  $30 extra if I did her and REDACTED washing.
8          Otherwise, she said I don't have to.
9  She said, I'll just do it.  She goes, but because I
10 was doing the kids' washing, she thought she'd just
11 ask.  Because she was more than happy to pay.
12     Q.  And did you ever take her up on that offer?
13     A.  Yes.  I was doing the washing anyway, so I
14 didn't really see anything -- like no reason not to
15 do it.
16     Q.  So how much did the REDACTED family pay you
17 per week?
18     A.  From memory?  It was about $225 a week.
19     Q.  Was it ever more than that?
20     A.  It could have been, but I can't remember.
21     Q.  Do you believe that the REDACTED family paid
22 you everything that you were promised?
23         MR. LIBLING:  Objection to form.
24         THE WITNESS:  Can you -- What do you
25 mean by "promised"?  Promised by them or promised by