# Exhibit 15

```
                                              Page 1

 1
 2    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO
 3    Civil Action No. 14-cv-03074-CMA-KMT
 4    ---------------------------------------x
      JOHANA PAOLA BELTRAN, LUSAPHO
 5    HLATSHANENI, BEAUDETTE DEETLEFS,
      DAYANNA PAOLA CARDENAS CAICEDO and
 6    ALEXANDRA IVETTE GONZALEZ, on behalf
      of themselves and others similarly
 7    situated,
 8                    Plaintiffs,
 9
              -against-
10
      INTEREXCHANGE, INC., et al.,
11
                    Defendants.
12    ---------------------------------------x
13
                    January 13, 2018
14                  9:07 a.m.
15
16       EXAMINATION BEFORE TRIAL of YENTL ROSE
17    PAGAN SWARTZ, one of the Plaintiffs
18    herein, taken by one of the Defendants,
19    pursuant to Notice, held at the office of
20    Boies Schiller Flexner, LLP, 575
21    Lexington Avenue, New York, New York,
22    before Lisa H. MacDonald, RPR, and Notary
23    Public of the State of New York.
24
25
```

Page 39

1  Y.R. Pagan Swartz



Page 99

```
 1              Y.R. Pagan Swartz
 2    Ridgewood and they have offices in Texas
 3    where he goes to every February.
 4        Q       In what state is Ridgewood?
 5        A       New Jersey.
 6        Q       Does your host mother,
 7    REDACTED       , work outside the home?
 8        A       No.
 9        Q       What does she typically do
10    while you're watching the children?
11        A       She either goes to school
12    meetings or she's a part of a lot of
13    things, so she goes to meetings.
14        Q       You testified that a
15    baby-sitter comes a couple days a week --
16        A       Yes.
17        Q       -- is that correct?
18                And you said either Monday
19    and Wednesday or Monday and Thursday; is
20    that correct?
21        A       Yes.
22        Q       Does another baby-sitter
23    come any other days of the week?
24        A       Yes.  If I'm not available
25    and the baby-sitter that comes during the
```

1           Y.R. Pagan Swartz
2    week is not available, then the nanny
3    that previously worked there, she helps
4    out.
5         Q      You testified earlier that
6    you have a pretty fixed schedule from
7    week to week; correct?
8         A      Yes.
9         Q      So when you state if you're
10   not available, what do you mean by that?
11        A      If I have netball or if I
12   made plans, then my host mother would
13   know about it because we'd discuss that
14   beforehand and she would make an
15   alternative plan.
16        Q      So how often do you play
17   netball?
18        A      Currently the season is
19   done, but I usually play -- I have
20   training once a week and then I have one
21   or two games on the weekends.
22        Q      So during the season, about
23   how many hours per week do you play
24   netball?
25        A      Does this include my time to

Page 138

```
 1              Y.R. Pagan Swartz
 2   and played netball.
 3       Q      We've talked a lot about
 4   your child care schedule today.  Who sets
 5   that schedule?
 6       A      My host mom.
 7       Q      Cultural Care doesn't set
 8   your schedule; correct?
 9       A      No.
10              MR. PACHECO:  Objection.
11       A      No.
12       Q      No, Cultural Care does not
13   set your schedule?
14       A      No, they do not.
15       Q      Other than caring for the
16   children, do you have any other
17   responsibilities for the REDACTED family?
18       A      No.
19       Q      You spoke a bit earlier
20   about the 195.75 per week stipend;
21   correct?
22       A      Yes.
23       Q      Do the REDACTED pay you a
24   stipend?
25       A      Yes, they do.
```

```
 1              Y.R. Pagan Swartz
 2      A      Yes.
 3      Q      And is that accurate?
 4      A      Yes.
 5      Q      And then on Exhibit 6 you
 6  answered, "It was determined by dividing
 7  my hours over a six day period."  Is that
 8  answer accurate?
 9      A      Yes.
10      Q      Is there any reason you
11  didn't mention your host mom the second
12  time you answered it?
13      A      I think I was just fed up
14  with the fact that I got kicked out and
15  had to redo it --
16      Q      Okay.
17      A      -- so --
18      Q      Understood.
19      A      Yeah.
20      Q      And it's not quite accurate
21  that your hours are always divided over a
22  six day period; correct?
23      A      No.  Like it depends
24  obviously on the Saturday.
25      Q      Have you always received
```

Page 191

1    Y.R. Pagan Swartz
2    your one weekend off per month?
3         A    Yes.
4         Q    And do you understand that
5    you're permitted under the program to
6    work fewer than 45 hours?
7         A    Permitted?  I'm allowed to?
8    Yes, I'm allowed to.
9         Q    In answering question 48 the
10   first time on Exhibit 5 it asks, "Were
11   you expected to be available or on call
12   for your host family at times when you
13   were not actively scheduled to provide
14   child care?  Describe specific examples."
15             And you answered, "Yes, when
16   my host mom went into labor."
17        A    Yes.
18        Q    Can you tell me about your
19   host mom's labor in terms of timing, like
20   when she went into labor, did she leave
21   the house?  I don't need any other
22   details.
23        A    It was at 3:00 in the
24   morning.  My phone is always on silent
25   and the only people that aren't on silent