# Exhibit 29

```
                                                          Page 1

 1         UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF COLORADO

 3

   Civil Action Number:  1:14-CV-03074-CMA-KMT
 4

 5 *******************************************

   JOHANA PAOLA BELTRAN, et al.,

 6           Plaintiffs,

   vs.

 7 INTEREXCHANGE, INC., et al.,

             Defendants.

 8 *******************************************

 9

10        DEPOSITION OF SIMONA GADIA, a witness called on

11 behalf of the respective party, taken pursuant to the

12 applicable provisions of the Massachusetts Rules of

13 Civil Procedure, before William M. Jackson, Professional

14 Court Reporter and Notary Public in and for the

15 Commonwealth of Massachusetts, at the Law Offices of

16 Choate Hall, International Place, Boston, Massachusetts,

17 on March 26, 2018, commencing at 6:00 p.m.

18

19

20

21

22

23

24
```

Page 36

1 ████████████████████████████████████████
2 █ ████████████████████ ████████████████████
3 ████████████████████████████████████████████
4 ████████████████████████ ████████████
5 ████████████████████████ ████████████████
6 ████████████████ ████████████████████████
7 ████████████████████ ████████████████████████
8 ████████████████████████ ████████████████
9 ████████████████

10  Q.  So during these five weeks, can you take me
11 through what an average day looks like in terms of what
12 kind of tasks that you performed?
13  A.  So I was waking up in the morning around six
14 a.m., making breakfast for the family. Then waking up
15 the kids. Dress them up. Let them have breakfast.
16 Prepare them for school. Bring them to school, the
17 three kids. Then come back home. Help the other girl
18 get ready for school. Bring her to school. Bring her
19 to the school bus stop. Coming back home. Cleaning the
20 kitchen. Cleaning the rooms. Doing laundry. Like
21 cleaning the house.
22  Q.  It was REDACTED who set your schedule during this
23 time?
24  A.  Yes.

```
                                                              Page 37
 1      Q.   Cultural Care did not set your schedule during
 2   this time; is that correct?
 3      A.   That is correct.
 4      Q.   It was REDACTED who told you which child care
 5   duties to perform?
 6      A.   Yes.
 7      Q.   Cultural Care had no role in telling you which
 8   child care duties to perform; is that correct?
 9      A.   Right.
10      Q.   Did REDACTED pay you the weekly stipend?
11      A.   Yes.
12      Q.   Cultural Care did not pay you the weekly stipend;
13   is that correct?
14      A.   That's correct.
15      Q.   While you were living with the REDACTED family, did
16   you have access to a car?
17      A.   I had access to a car for the working time and
18   for my free time, but I never had the free time.  Then
19   decided not to use the car any more.
20      Q.   After your placement with the REDACTED family ended,
21   how long was the transition period before you were
22   placed with the second host family?
23      A.   Almost three weeks.
24      Q.   I'm sorry.  Back to the REDACTED family for a second.
```

1    like in terms of the tasks that you performed?
2       A.   I was bringing the kids to school.  The girl to
3    school.  I was spending some time with the boy, playing
4    with him, going to the park, meeting with other parents,
5    other kids.  Then picking up the girl at school.  Help
6    her with homework.  Give them a snack.  Then the parents
7    would come home.
8       Q.   If that was an average day, were there other
9    kinds of days where your child care tasks were
10   substantially different?
11      A.   No.
12      Q.   The REDACTED family set your schedule while you
13   lived with them; is that correct?
14      A.   That's correct.
15      Q.   Cultural Care did not set your schedule; is that
16   correct?
17      A.   Right.
18      Q.   The REDACTED family determined what child care
19   tasks you would perform each day?
20      A.   No.  They told me, they gave me suggestions what
21   to do like where to bring the kids during the day.  Then
22   I was, I just let them know.
23      Q.   Just so I understand, the REDACTED family made
24   suggestions, you decided what tasks you would perform,