# Exhibit 1

# **CONFIDENTIAL**

# BELTRAN

# VS.

# INTEREXCHANGE

### Deposition

# JESSICA PARDIM ARAUJO

*03/22/2018*

---

**AB Court Reporting & Video**
216 16th Street, Suite 600
Denver Colorado, 80202
303-296-0017

***CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

---

VIDEO DEPOSITION OF JESSICA PARDIM ARAUJO
**CONFIDENTIAL**
March 22, 2018

---

JOHANA PAOLA BELTRAN; et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.,

Defendants.

---

APPEARANCES:

    TOWARDS JUSTICE
        By Alexander Hood, Esq.
           1535 High Street
           Suite 300
           Denver, Colorado 80218
           720.239.2602
           Alex@towardsjustice.org
           Appearing on behalf of Plaintiffs

    BOGDAN ENICA, PC
        By Bogdan Enica, Esq.
           111 Second Avenue NE
           Suite 900
           St. Petersburg, Florida 33701
           727.388.3472
           bogdane@hotmail.com
           Appearing on behalf of Defendant
           Expert Group International, Inc.,
           d/b/a Expert AuPair

Also Present:
        Monika Cary, Videographer

***CONFIDENTIAL**

1    Q    For example, you can say, I was not
2    required to drive children and it's written here,
3    driving children.
4    A    Oh.
5    Q    So it's just an example. It's -- that's
6    my question, is anything that's written here that you
7    were actually not required to do?
8         MR. HOOD:  Objection.
9    Q    (BY MR. ENICA)  You may answer.
10   A    No.
11   Q    So you are required to perform all the
12   tasks that are mentioned here?
13   A    Yes.
14   Q    Okay.  Were you required to perform
15   additional tasks?
16   A    Yes.
17   Q    Okay.  Can you tell me what additional
18   tasks you were required to perform.
19   A    So I need to answer before I ask for a
20   break?
21   Q    If you can.  If you know.
22   A    Can we take a break then?
23   Q    You don't know what additional tasks?  I
24   said if you know.  If you know what additional tasks
25   you are required to perform, then let me know and

1  then we can take a break.  If you don't know or you
2  can't remember, we can definitely take a break now.
3      A    Some house -- some house duties, like dish
4  washer, sometimes take the car to the -- to fix.
5  Sometimes it's stuff that wasn't for -- it wasn't for
6  my -- it wasn't a request for an au pair to do.  I
7  think that's it.
8      Q    Okay.  So if you want to take a break, we
9  can take a break.
10     A    Yes, please.
11          THE VIDEOGRAPHER:  We're off the record at
12  9:40 a.m.
13          (Recess taken.)
14          THE VIDEOGRAPHER:  The corrected date of
15  this videotape is March 22nd, 2018.
16          We are on the record at 10:04 a.m.
17          MR. HOOD:  What are the -- what are the
18  exhibit numbers, Bogdan?  Oh.
19          Plaintiff will stipulate that Exhibits 3
20  and -- I'm sorry -- 3 and 4 are authentic and
21  accurate representations of her contract -- contracts
22  with the respective host families.
23          Also, the plaintiff would like to mark her
24  testimony -- can we go off the record for a second.
25          THE VIDEOGRAPHER:  We're off the record at

Case No. 1:14-cv-03074-CMA-KMT Document 1076-1 Filed 05/09/18 USDC Colorado pg 6 of 13
Case 1:14-cv-03074-CMA-KMT Document 1085-8 filed 05/23/18 USDC Colorado Page 6 of 13
**CONFIDENTIAL**

1   A   No.

2   Q   (BY MR. ENICA)  Can you tell me where your
3   understanding that Expert AuPair hires you comes by
4   looking at this contract?

5       MR. HOOD:  Objection.

6   A   Could you --

7   Q   (BY MR. ENICA)  If you look at this
8   contract --

9   A   Uh-huh.  Okay.

10  Q   -- where does your understanding come that
11  Expert AuPair hires you?

12      MR. HOOD:  Objection.

13  A   On the whereas, A --

14  Q   (BY MR. ENICA)  Yes.

15  A   Do you want me to read it or --

16  Q   Yes, please.

17  A   Expert AuPair is the desi- -- designated
18  sponsor for the au pair program as defined in the
19  rules prescribed by the United States --

20      THE REPORTER:  Again, just slow down.  I'm
21  having trouble understanding you.

22  A   I'm sorry.  It's because my throat hurts,
23  so I can't talk louder.

24      Expert AuPair is the designate --
25  designated sponsor for the au pair program as defined

```
 1   in the rules prescribed by the United States
 2   Department of State.  Jessica Pardim Araujo applies
 3   to be an au pair, in an au pair program administered
 4   by Expert AuPair.
 5            Wait a minute.  I have to find the place.
 6            Is there a -- where it says the au pair
 7   program sponsor.
 8       Q    (BY MR. ENICA)  Okay.  So it says that it
 9   is -- it is a sponsor?
10       A    Yes.
11       Q    So in your understanding, being a sponsor
12   means hiring you?
13            MR. HOOD:  Objection.
14       A    It's more like being responsible for me
15   and taking care over me.
16       Q    (BY MR. ENICA)  Okay.
17       A    And -- yeah, that's it.
18       Q    Okay.  You mentioned that mostly when you
19   were working for the ███████ family you worked 45
20   hours a week; is that correct?
21       A    Yes.
22       Q    Were there weeks when you worked less than
23   45 hours?
24       A    Sometimes.
25       Q    Do you know approximately how many weeks
```

```
 1   where you worked less than 45 hours?
 2        A    I don't know.
 3        Q    What is the lowest number of hours that
 4   you worked for the ███████ family?
 5        A    30.
 6        Q    Okay.  But without looking at the
 7   schedule, it's impossible for you to say now how many
 8   weeks you worked 45 and how many you worked less;
 9   would that be accurate?
10        A    Yes.  But even the calendar, I don't have
11   this part anymore.
12        Q    Can you get that?
13        A    So before, the family had two au pairs,
14   for the first six months.  So a couple of weeks I
15   would work less than 45 hours, but this part of the
16   calendar, it's -- it doesn't exist anymore.
17        Q    How do you know?
18        A    Because it was deleted for the mom for the
19   first six months.
20        Q    Okay.
21        A    I only have -- I -- I am not sure because
22   it's been a long time since I saw the schedule, but I
23   think there's only showing schedule for the last
24   three or four months.
25        Q    When is the last time when you saw -- when
```

**\*\*CONFIDENTIAL\*\***

1   you saw the schedule?
2   A     My last day of work.
3   Q     Okay. So you are not sure if that
4   schedule shows anything prior, let's say four months
5   from that date when you saw it?
6   A     Yes.
7   Q     That question is super complicated. I can
8   ask again if you like.
9   A     Yes, that's it.
10  Q     So the host mother was deleting the
11  calendar from time to time?
12  A     I think so.
13  Q     And --
14  A     I am not sure.
15  Q     And do you know the name of the other au
16  pair that was there when you -- for the first six
17  months of you being with the ▮▮▮▮▮▮▮?
18  A     Yes.
19  Q     What was her name?
20  A     Chloe.
21  Q     And do you know Chloe's last name?
22  A     ▮▮▮▮▮.
23  Q     Do you know how to spell that?
24  A     ▮▮▮▮▮▮▮.
25  Q     So we looked at one of the contracts today

1 and described what your duties were. Would that
2 description be accurate for the time when you are the
3 only au pair, or for the time when there were two au
4 pairs in the house?
5    A    Both.
6    Q    Both. So probably you don't know. If you
7 don't know, you don't have to answer. But what was
8 Chloe doing when you are two au pairs in the house?
9    A    Most part of the time same thing as me.
10   Q    Okay. Just to clarify the question, both
11 of you were working in the morning and in the
12 evening, and the children were either in day care or
13 school during the day; would that be accurate?
14        MR. HOOD: Objection.
15   A    I didn't understand.
16   Q    (BY MR. ENICA) Okay. Maybe I'm wrong.
17 I'm just doing it from my memory. I think you
18 testified that you would wake up early in the
19 morning, and then work in the morning, and then drop
20 off the kids at school or day care. Would that be
21 accurate?
22        MR. HOOD: Objection.
23   A    Yes. Yes. As I said before, in a normal
24 day that I would work all day, it would work like
25 that, in a normal day.

**\*\*CONFIDENTIAL\*\***

```
 1              MR. HOOD:  Objection.
 2       Q      (BY MR. ENICA)  This is how you know,
 3  right?
 4       A      Yes, but anyone has access to that.
 5       Q      Okay.  There is no other way of -- for you
 6  to know that Expert AuPair tells their families to
 7  pay 195.75?
 8       A      The host family.
 9       Q      Okay.  Did the host family ever tell you
10  that --
11       A      She always says she couldn't pay more
12  because the amount was 195 and 75.
13       Q      Okay.  And which host family was that?
14       A      ███████ family.
15       Q      Okay.  Are you aware of any other
16  employers (sic) earning more than 195.75?
17       A      Not that I'm aware of.  Wait, wait.  Yes,
18  I know one au pair that receives more.  But that's in
19  her agreement with her host family.
20       Q      Does she have a sponsor?
21       A      Yes.
22       Q      Is she sponsored by Expert AuPair?
23       A      No.
24       Q      So she does have a sponsor and receives
25  more?
```

**CONFIDENTIAL**

1     A     Yes.

2     Q     Okay.

3     A     It's her agreement with her host family.

4     Q     Okay.

5     A     They just decided to -- they thought it
6  was unfair.

7     Q     Okay.  And what stopped you from making an
8  agreement with your host family?

9     A     She doesn't -- she doesn't accept that.
10  Actually, I -- I never asked.  Once I asked, but I
11  asked for extra hours, because I send money back home
12  every month, so I thought more would be better.

13           So I asked her if I could do extra jobs
14  and she'd pay more.  She said she couldn't because
15  with my visa and the agency, they don't accept that.

16     Q     So you asked your family for additional
17  money.  Did you ask Expert AuPair ever for additional
18  money?

19     A     No.

20     Q     Okay.

21           MR. ENICA:  Okay.  No further.

22           MR. HOOD:  Okay.  Nothing -- nothing
23  further from me.

24           THE VIDEOGRAPHER:  This concludes our
25  proceedings.  We are off the record at 12:16 p.m.

**CONFIDENTIAL**

```
 1   STATE OF COLORADO)
 2                    )  ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
```

4   I, Pamela J. Hansen, do hereby certify that
5   I am a Registered Professional Reporter and Notary
6   Public within the State of Colorado; that previous to
7   the commencement of the examination, the deponent was
8   duly sworn to testify to the truth.

9   I further certify that this deposition was
10  taken in shorthand by me at the time and place herein
11  set forth, that it was thereafter reduced to
12  typewritten form, and that the foregoing constitutes
13  a true and correct transcript.

14  I further certify that I am not related to,
15  employed by, nor of counsel for any of the parties or
16  attorneys herein, nor otherwise interested in the
17  result of the within action.

18  In witness whereof, I have affixed my
19  signature this 30th day of March, 2018.

20  My commission expires September 3, 2018.

```
                  Pamela J. Hansen, CRR, RPR, RMR
                  216 - 16th Street, Suite 600
                  Denver, Colorado  80202
```