Case 1:14-cv-03074-CMA-KMT Document 1076-2 Filed 05/09/18 USDC Colorado Page 1 of 9

# Exhibit 2

Lara Bergmann 3/30/2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; ET AL. )
)
    PLAINTIFFS, )
)
V. ) CIVIL ACTION NO.
) 1: 14-cv-03074-
INTEREXCHANGE, INC.; ET AL. ) CMA-KMT
)
    DEFENDANTS. )
_____)

VIDEOTAPED DEPOSITION OF LARA SHALAINE BERGMANN

FRIDAY, MARCH 30, 2018

REPORTED BY SHARON D. ALLEN, C.S.R. NO. 10752

Peterson Reporting Video & Litigation Services

Lara Bergmann 3/30/2018

```
 1    action and consent to the attorney fee arrangement
 2    described in the notice of your right to join
 3    lawsuit for unpaid wages.
 4         Q    Would it be accurate if I would say this is
 5    your consenting to join the lawsuit against Expert
 6    AuPair?
 7         A    Yes.
 8         Q    Are you also suing your host family?
 9         A    No, I am not.
10         Q    Why not?
11         A    Because they have only agreed to the
12    recommendation of Expert AuPair.
13         Q    Do you believe they underpaid you?
14         A    Yes, I believe so.
15         Q    How much do you believe you should have
16    been paid?
17         A    At least --
18              MR. VALDIVIESO:  Objection to form.
19              THE WITNESS:  At least minimum wage.
20    BY MR. ENICA:
21         Q    You think you were not paid minimum wage?
22         A    I have not been paid minimum wage.
23         Q    Have you been offered accommodations and
24    meals for your duration of your stay in the au pair
25    program?
```

Lara Bergmann 3/30/2018

1    A    Yes.

2    Q    Was your host family deducting the value of
3  accommodations and meals from your salary?

4         MR. VALDIVIESO:  Objection to form.

5         THE WITNESS:  No, they did not.

6  BY MR. ENICA:

7    Q    Think back to Exhibit 2.  Do you know
8  approximately when you signed this document?

9    A    I do not know.

10        MR. VALDIVIESO:  Thank you.

11        MR. ENICA:  I'm marking the next document
12  as Exhibit 3.

13        (Whereupon Defendant's Exhibit No. 3
14       was marked for identification by the
15       deposition officer and attached hereto.)

16  BY MR. ENICA:

17    Q    Take a look at it and let me know if you
18  recognize it.

19    A    I do not clearly remember this document.

20    Q    Okay.  But it looks familiar in any way?

21    A    Yes.

22    Q    Do you have any reason to believe that you
23  did not receive this document?

24    A    No.

25    Q    If you don't clearly remember, I'll just

```
 1   start with more generic questions.
 2        A    Okay.
 3        Q    Did Expert AuPair recruit you for the au
 4   pair program to the United States?
 5             MR. VALDIVIESO:  Objection to form.
 6             THE WITNESS:  No, they did not recruit me.
 7   BY MR. ENICA:
 8        Q    So how did you and the            get in
 9   contact?
10        A    Through greataupair.com.
11        Q    Greataupair.com is a website?
12        A    Correct.
13        Q    All right.  Have you ever worked for Expert
14   AuPair?
15        A    I have not.
16        Q    So I want to take you back when you met
17   this family on greataupair.com and prior to
18   contacting Expert AuPair.
19        A    Okay.
20        Q    Did you discuss with them about the amount
21   of money that you would be paid?
22        A    I did not.
23        Q    Okay.  Did you discuss with them about the
24   number of hours that you were going to work?
25        A    I did not.
```

Lara Bergmann  3/30/2018

1         MR. VALDIVIESO:  Objection to form.
2         THE WITNESS:  I don't know.
3   BY MR. ENICA:
4   Q    I'm going back to the first page and taking
5   a look at your -- strike that.
6         Let's stay at duties.  Were these duties
7   accurate and reflective of your job as -- strike.
8         Are these duties accurate and reflective of
9   the activities that you actually performed at your
10  host family?
11        MR. VALDIVIESO:  Objection to form.
12        THE WITNESS:  No.
13        MR. VALDIVIESO:  If you got the objection,
14  it was in between the question and answer.  I tried
15  to object to form.
16  BY MR. ENICA:
17  Q    Were you going to perform more duties, less
18  duties or different duties?
19  A    More duties.
20  Q    More duties.  Can you give me an example of
21  duties that are not mentioned here?
22  A    As time went on, I had to take him to more
23  activities than listed on the list as well as
24  occasionally I cleaned the parents' laundry.  I also
25  cooked for the family.

Peterson Reporting Video & Litigation Services                    32

Lara Bergmann 3/30/2018

1  Q  And who decided that you had to perform
2  these additional duties?
3  A  I don't know.
4  Q  Who told you that you have to perform these
5  additional duties?
6  A  It was an unsaid -- an unsaid comment.
7  They just left the laundry basket there or just put
8  the groceries there. So as I was cooking for ▓▓▓▓
9  it extended. So I had to cook for the family on
10 occasion.
11 Q  How often would that happen?
12 A  Two to three times a week at the most.
13 Q  And did you inform Expert AuPair of this
14 fact?
15 A  I did not.
16 Q  Now I'm going back to the first page and
17 looking a little bit at the schedule.
18    Was this schedule -- is this schedule
19 accurate?
20 A  No.
21 Q  Was your schedule for more or less hours
22 than mentioned here?
23 A  More than hours -- more than the hours
24 mentioned in the contract.
25 Q  How many hours do you think you worked per

Peterson Reporting Video & Litigation Services    33

Lara Bergmann 3/30/2018

1 week while working as an au pair?
2     A    Roundabout 47.5 hours.
3     Q    So if we look at the schedule here, would
4 you say that the workday would extend towards the
5 end or the towards the beginning, if it's clear what
6 I'm trying to say?
7         MR. VALDIVIESO: Objection to form.
8         THE WITNESS: Both.
9 BY MR. ENICA:
10     Q    Did you inform Expert AuPair that you were
11 working more than 45 hours a week?
12     A    I don't know.
13     Q    I don't know how to interpret your "I don't
14 know." You don't remember or you informed them and
15 you don't know if that constituted proper
16 information? I don't know what that means.
17         MR. VALDIVIESO: Objection to form.
18         THE WITNESS: I don't know if I have
19 informed them on a written form. I did talk to my
20 local coordinator, but there were some weeks where I
21 worked exactly the 45 hours and some exceeded the 45
22 hours. And when it was a lot more, then I talked to
23 my coordinator. But it dissolved automatically.
24 They were aware that I worked more than 45 hours.
25 BY MR. ENICA:

Lara Bergmann  3/30/2018

1   STATE OF CALIFORNIA        )
2   COUNTY OF LOS ANGELES      )  ss.
3               I, Sharon D. Allen, C.S.R. No. 10752,
4   in and for the State of California, do hereby
5   certify:
6               That prior to being examined, the
7   witness named in the foregoing deposition was by me
8   duly sworn to testify the truth, the whole truth and
9   nothing but the truth;
10              That said deposition was taken down by
11  me in shorthand at the time and place therein named,
12  and thereafter reduced to typewriting under my
13  direction, and the same is a true, correct and
14  complete transcript of said proceedings;
15              That if the foregoing pertains to the
16  original transcript of a deposition in a Federal
17  Case, before completion of the proceedings, review
18  of the transcript {X} was { } was not required.
19              I further certify that I am not
20  interested in the event of the action.
21              Witness my hand this_____ day of
22  _____, _____.
23                     _____
24                        Certified Shorthand Reporter
25