Case 1:14-cv-03074-CMA-KMT Document 1076-3 Filed 05/09/18 USDC Colorado Page 1 of 15

# Exhibit 3

Elina Lubnevska 3/15/2018

```
1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
2   - - - - - - - - - - - - - - - - - - - -x
    JOHANA PAOLA BELTRAN, et al,
3
            Plaintiffs,
4
5   -against-            Civil Action No.
                         1:14cv-03074-CMA-KMT
6
    INTEREXCHANGE, INC.; et al,
7
            Defendants.
8   - - - - - - - - - - - - - - - - - - - -x
9
                    1745 Broadway
10                  New York, New York
11                  March 15, 2018
                    9:46 a.m.
12
13
14  EXAMINATION BEFORE TRIAL of ELINA LUBNEVSKA, the
15  Non-Party Witness herein, held at the above-mentioned
16  time and place, pursuant to Notice, before Angela Arena,
17  a Notary Public in and for the State of New York.
18
19
20
21
22
23
24
25
```

Elina Lubnevska 3/15/2018

1  stuff by myself. Yeah, that was hard part, too, because
2  I just thought the person should check me, how I'm doing,
3  what's happening.
4         Maybe I need to change the family or
5  something because in other cases for some other girl
6  would be in a more harder situation than I was.
7         I think it's not good for the girls if no
8  one checks what's happening. Then it's just -- it's just
9  not safe and that's any ways so.
10        It's -- I just didn't feel that there was
11 support enough from the Expert Au Pair, which I thought
12 there should be. In the beginning I just thought that
13 there will be support, that the agency will be like --
14 they would --
15        THE INTERPRETER: Support.
16    A.    Support for me if something doesn't go how
17 it should.
18    Q.    **Do you remember the name of the person?**
19    A.    I don't remember the name, but I guess I
20 have it in my cell phone to contact, but I don't remember
21 right now if it's --
22        THE INTERPRETER: If you need.
23    A.    If you need I can check.
24    Q.    **I will tell you a name and you tell me if**
25 **you recognize it. It's Isabelle Fuerta.**

```
 1      A.      Yes.
 2      Q.      It might have been?
 3      A.      It might have been.  It should be.
 4      Q.      Basically, what you're saying is that you
 5   felt abandoned?
 6      A.      Yes.
 7      Q.      That expert Au Pair offered no support, no
 8   supervision?
 9      A.      Yes, yes.
10      Q.      You said that a person, a local
11   representative, only contacted you once?
12      A.      Yes.
13      Q.      And never e-mailed after that point?
14      A.      Yes.
15      Q.      You mentioned that you looked at the
16   program and at one point you realized you were working 11
17   hours a day and this is more of a work program rather
18   than cultural exchange?
19      A.      Yes.
20      Q.      If I correctly do the math, but if I'm
21   incorrect you will correct me, 11 hours a day five days
22   week would be 55 hours?
23      A.      55 hours, yes.  Sometimes it was even more
24   if the family didn't came back to the home in the time.
25              So I start working at 7:00 a.m. and then I
```

Elina Lubnevska 3/15/2018

```
 1   worked until 6:00 p.m., sometimes 6:30 p.m.
 2        Q.     You are not supposed to work more than
 3   45 hours?
 4        A.     Yes, and that's the thing why.  I just
 5   thought okay, it's not fair enough.  It's just why I
 6   should do that.
 7               The family paid me a little bit more, like
 8   $30 more per week, because they felt okay, if you're not
 9   okay with working more, we maybe try to get some other
10   help or something.
11               They just thought that it will be more
12   complicated and so I agreed after while.  I just realized
13   I don't have time for myself, and yeah.
14               And of course if the lady, it was Isabelle,
15   I guess if she would contact me more I would talk with
16   her.  Of course, when I signed the contract, it's the one
17   thing, but when you are exactly in the --
18               THE INTERPRETER:  Exact environment.
19        A.     Okay.  Exactly in that situation where you
20   are together with the family.  Of course you don't want
21   to be rude or something.  I just wanted -- I wanted to be
22   helpful.
23               So I -- at that time I just -- of course
24   again if Isabelle would contact me more, we should talk
25   those things through and she could do an --
```

Elina Lubnevska 3/15/2018

```
 1              THE INTERPRETER:  Remind.
 2       A.     Remind me that I don't need to work so much
 3  and maybe we would decide that I need to change family or
 4  something.
 5              So that was the part from the Expert Au
 6  Pair side.  I think that there wasn't enough support.  I
 7  just felt like I am by myself with the family and I need
 8  to deal with it by myself.
 9       Q.     Did you tell them that you were working
10  more than 45 hours?
11       A.     Expert Au Pair?
12       Q.     Right.
13       A.     No, I didn't.
14       Q.     So I'm just trying to understand.  What
15  you're saying is that when you arrived at the house, the
16  family told you that the schedule, actually it's not
17  going to be what they wrote down on the paper, but it's
18  going to be way more?
19              MS. SMALLS:  Objection.
20              MR. ENICA:  Do you want me to rephrase?
21              MS. SMALLS:  She said she doesn't remember
22  what was on the paper.
23              MR. ENICA:  Right, okay.
24              MS. SMALLS:  So the way you rephrased the
25  question.
```

Peterson Reporting Video & Litigation Services         27

Elina Lubnevska 3/15/2018

1  MR. ENICA: That's very fair.
2  Q. So what you're telling me -- strike.
3  Is it correct to assume that when you
4  arrived at your host family they presented you with a
5  schedule that was 11 hours a day, 55 hours a week?
6  MS. SMALLS: Objection.
7  Q. I want to know when it happened, like you
8  arrived in their house and they said from now on you work
9  this, or you started with 45 and you worked to 55?
10 That's what I'm trying to do.
11 A. I said I don't remember what was here in
12 the contract, but I guess because here I write down that
13 I can't work more than 45 hours, so I guess there was
14 45 hours I would work.
15 But when I went to the family in the first
16 week before I started to take care of child, that host
17 mom, just we go for a walk.
18 She told me that I should work 45 hours,
19 but in that case they need to find someone, other
20 babysitter, for the extra time because they can't get so
21 back to the home at the early time.
22 So they asked me if I'm okay to work extra,
23 but that they would pay me extra, but when I realized --
24 I agreed.
25 At that part I agreed and I told -- I don't

Elina Lubnevska 3/15/2018

1 remember all the conversation exactly, but I had this
2 feeling that the host mom told me that I will get more
3 money.
4     So I agreed, but then it was only $30 more
5 per week more. So it's pretty the same. After a while I
6 said to -- I just go through the routine and I felt like
7 I am stuck in the situation, and how I can get out.
8     So I just went back to my country. I told
9 them that's enough for me. If the representative would
10 contact me more or more than once, if she do that
11 regularly, then I think that I would change the host
12 family, but after the six months I was just depressed,
13 and I was overworked, and I just went back to my home.
14   Q.    **But this conversation did you have with**
15 **your host when she proposed something was not when the**
16 **local representative, I missed her name, the local**
17 **representative was there, right? Was it a different**
18 **time? Would that be accurate?**
19   A.    It was a different time.
20   Q.    **So the local representative or somebody**
21 **from Expert Au Pair was not there at the time?**
22   A.    No.
23   Q.    **So you mentioned that you left after six**
24 **months?**
25   A.    Yes.

Elina Lubnevska 3/15/2018

1   Q.   So do you remember exactly how many months
2   you stayed? I know you said you looked at your credit
3   card statement for the charges.
4   A.   Yeah. So I write down here. So it was
5   May -- so I worked au pair from November of 2011 until
6   May approximately 2012.
7   Q.   You mentioned nobody from the agency
8   contacted you to ask how you were doing and you didn't
9   contact the agency either to say that you wanted to
10  change the family?
11  A.   Yes.
12  Q.   So would it be accurate to assume that the
13  agency didn't know that you worked 55 hours?
14  A.   I guess so. I don't know if the host
15  family talked to the agency, that I have some contact
16  between them, the host family between the Expert Au Pair.
17       I don't know that. Usually we didn't talk
18  a lot with the family either. So I don't know if there
19  was relations between family and Expert Au Pair, what
20  they talked, what kind of information they exchanged.
21  Q.   How old was the child or the children that
22  you took care of?
23  A.   He was two years old and then he turned
24  three years old. He was born in 2009 and -- so she was.
25  Q.   So it's approximately?

 1      A.      It's approximately, yeah.  It was two at
 2  first.  He was two and then he turned three years old.
 3      Q.      You mentioned that you went to college or a
 4  school here in the United States?
 5      A.      Yes.
 6      Q.      Do you remember the name of the school?
 7      A.      It was Prince George Community College next
 8  to the Washington, DC.
 9      Q.      Do you remember the name of the course that
10  you took?
11      A.      It was -- I don't remember exactly.
12      Q.      I don't need to know exactly.
13      A.      It was English learning and reading for the
14  adult program or something.
15              MR. ENICA:  I will mark that as Exhibit 3.
16              (Prince George's Community College
17              Certificate was marked Defendant's Exhibit 4 for
18              identification, as of this date.)
19      Q.      This is a form that was produced by your
20  counsel yesterday?
21      A.      Yes.
22      Q.      Yesterday.  The name on the top of the
23  document, is that the name of the community college that
24  you attended?
25      A.      Yes.

Elina Lubnevska 3/15/2018

```
 1     Q.      Would you say that you improved your
 2   English by attending this college?
 3     A.      No.  It was just a waste of time.
 4     Q.      How come?
 5     A.      Because we actually didn't learn something
 6   new.  We just talk how we talk there and it was like
 7   chatting and nothing more.
 8             I just -- after when I finish this program
 9   I realized that my English is good enough so I could --
10   at that moment I just thought that I need to improve my
11   English.
12             But then I realize it would be better if I
13   choose some other program, which would be not language,
14   but something different.  There you would improve your
15   language more than in this language course.
16     Q.      Going back to your work as an au pair, can
17   you tell me roughly what were the tasks?  I know that you
18   mentioned some tasks in the document that we will go
19   over, but just some of what you remember.  Can you tell
20   me what the tasks were?
21     A.      When I write down all those tasks, I just
22   sit down and tried to remember everything, and exactly
23   what I needed to do and so.
24             But if I need to -- I need to tell you
25   exactly from what I remember basically?
```

Elina Lubnevska 3/15/2018

```
 1      Q.      What you remember is fine.
 2      A.      So I needed to -- when the child woke up, I
 3  needed to dress him, wash him, help him to brush the
 4  teeth.  Then I prepared the breakfast for him.  Basically
 5  all the meals I prepared for him.
 6              I did some letters, numbers.  We did some
 7  activity.  We would go outside to play outside and spend
 8  time there.  So I needed to do the child's laundry.  I
 9  needed to do the dishes, keep the house tidy.
10              So it wasn't only that taking care of the
11  child.  It was, like, part of that, but I guess because
12  it was child clothes I need to do.  So basically it was
13  everything.
14              When he gets sick, I also need to give him
15  medication and I take care of him, do the potty training,
16  which I did good, but when the family came back for the
17  weekend they just again put diaper on and the next week I
18  need to teach him again.
19              So it was like, it felt weird why they put
20  the diaper on if I already teach him how to use the
21  potty.  So I just did everything like a mother does for
22  the child.  So I just spent all the time with him.  We do
23  some drawings and that's all.
24      Q.      So were you alone with the child all day
25  long?
```

Elina Lubnevska  3/15/2018

```
1      A.     Yes, yes.
2      Q.     So the parents were not at home?
3      A.     No.
4      Q.     How would they supervise you?
5      A.     Basically, they just told me that they
6   wanted to teach the child some numbers, teach him
7   letters, read him books, do some art works, go for a
8   walk.
9             They just told me and I just did it, and
10  they write down what kind of meals I need to prepare for
11  the child and to give him.  So that was basically they
12  told me what I should need to do and I did.
13            I did what they told me.  That's all.  They
14  didn't supervise me like watch over what I'm doing or
15  something.  I just did --
16            THE INTERPRETER:  Due diligence.
17     Q.     But were they evaluating your work?  Let's
18  say at the end of the week, were you discussing what was
19  your performance, or did they ever evaluate your work?
20     A.     When I told them that I will go back to my
21  home, then I told them -- they told me that I did a great
22  work, that I do the correct and that was the only time
23  when they tell me that I'm doing well.
24            But after the week they just gave me that
25  money in the cash and then the Saturdays, the host mother
```

Elina Lubnevska  3/15/2018

```
 1   took me to get college to take the course.  That was all
 2   communication between us.
 3       Q.      But Expert Au Pair or Isabelle did not
 4   supervise you?
 5       A.      No.
 6       Q.      Would that be correct?
 7       A.      No, she didn't.  Expert Au Pair either.
 8       Q.      You mentioned that you received $225; would
 9   that be correct?
10       A.      Yes.  Maybe it's -- I'm pretty sure that
11   was the sum.  Maybe it was $220, but I think it was $225,
12   because it was $30 more than the minimum amount.  I
13   remember there was --
14               THE INTERPRETER:  Like, without, like,
15       any -- the whole sum.
16       Q.      Round sum?
17       A.      Round sum.  It was round sum and so it was
18   $225 I'm pretty sure.
19       Q.      Do you remember who was paying you?
20       A.      ████████ Mostly he paid us.  One or a
21   few times the host mom ████ paid me, but it was mostly
22   ████ just gave me money on Fridays.
23       Q.      ████████ is the host father?
24       A.      Host father, yes.
25       Q.      We will take a look at the document again,
```

Elina Lubnevska  3/15/2018

1  but if you want, I think it's a natural time to take a
2  break if you feel like it.
3          THE WITNESS:  No.
4     A.   Also, I want to tell you, you asked me
5  before if the Expert Au Pair, the last question was?
6          MR. ENICA:  Court reporter, can you read
7  it?
8     A.   About the Expert Au Pair supervisor.  That
9  was other thing.  When I participated in this program
10 before, I thought that it will be like Expert Au Pair do
11 all those things, they deal with the money or something
12 like that, but then I just realized that I am with the
13 family, and I'm just with the family.
14         Again, I just thought that I will be
15 more -- I will have more contact with the agency, that
16 they supervise me, check how I'm doing, maybe check the
17 family, how the family feels.
18         Because in the -- not only the au pair,
19 those girls need to be checked.  Maybe even family need
20 to be checked if everything is okay, but I forget --
21         (Translated.)
22    A.   Forget it.  I get confused between two
23 languages.
24    Q.   I understand.  So you're saying that none
25 of that happened, they didn't deal with the money, they