Case 1:14-cv-03074-CMA-KMT Document 1076-4 Filed 05/09/18 USDC Colorado Page 1 of 20

# Exhibit 4

1

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 3
 4   Civil Action No. 1:  14-cv-03074-CMA-KMT
 5
 6   _____
 7                                   )
     JOHANA PAOLA BELTRAN; et al.    )
 8                                   )
                Plaintiffs,          )
 9                                   )
     v.                              )
10                                   )
     INTEREXCHANGE, INC.; et al.     )
11                                   )
                Defendants.          )
12   _____)
13
14            Deposition upon oral examination
15                         of
16                 MS CHARLOTTE WOOLGAR
17                         on
18              Tuesday, March 27th, 2018
19               commencing at 10.00 am
20
21                      Taken at:
22             Bournemouth Marriott Hotel
23      105 St Michael's Road, Bournemouth, BH2 5DU
24                   UNITED KINGDOM
25
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

Case No. 1:14-cv-03074-CMA-KMT Document 1076-4 Filed 05/09/18 USDC Colorado Page 3 of 20
Case 1:14-cv-03074-CMA-KMT Document 1085-11 Filed 05/23/18 USDC Colorado pg 3 of 20

20

```
 1                      WOOLGAR - ENICA
 2            A.     First I found the family, the
 3     ▬▬▬▬, and they lived in Alaska, and Expert
 4     AuPair was the only agency available to go to
 5     Alaska with.
 6            Q.     Okay.  So you found the family by
 7     yourself?
 8            A.     Yes.
 9            Q.     How did you find them?
10            A.     On a website.
11            Q.     Do you remember the website name?
12            A.     Yes, aupair.com.
13            Q.     So you went to aupair.com and you
14     found this family?
15            A.     Yes.
16            Q.     What happened afterwards?  Did you
17     discuss anything regarding the conditions of your
18     employment with them prior to contacting Expert
19     AuPair?
20            A.     Yes.
21            Q.     What specifically did you discuss
22     with them?
23            A.     We discussed whether it would be
24     possible, how would the visa work, my hours, my
25     pay.  We discussed finding an agency, tasks that I
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                    WOOLGAR - ENICA
 2    would be doing in the house.
 3          Q.    Okay.  I'm going to mark the next
 4    document as Exhibit 4.
 5                (Woolgar Exhibit 4 marked for
 6    identification)
 7                BY MR. ENICA:
 8          Q.    I would like you to take a document
 9    and let me know when you're ready.
10          A.    (After a pause)  Okay.
11          Q.    Do you recognize this document?
12          A.    Yes.
13          Q.    Is the name on the first page your
14    name?
15          A.    Yes.
16          Q.    Do you know who filled in the names
17    on the first page?
18          A.    No.
19          Q.    Is it you who filled in the names?
20          A.    No.
21          Q.    If I look at the last page, I don't
22    see your signature.  Do you remember if you ever
23    signed this contract?
24          A.    I don't have the last page again, I
25    don't think.
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

Case No. 1:14-cv-03074-CMA-KMT Document 1076-4 Filed 05/09/18 USDC Colorado Page 5 of 20
Case 1:14-cv-03074-CMA-KMT Document 1085-11 filed 05/23/18 USDC Colorado pg 5 of 20

30

```
 1                    WOOLGAR - ENICA
 2   document?
 3          A.     Again, I don't remember signing it.
 4          Q.     Okay.  Do you remember agreeing to
 5   the terms included in this document?
 6          A.     Yes.
 7          Q.     Okay.  How did you find this host
 8   family?  Was it Expert AuPair or was it yourself?
 9          A.     I found them.
10          Q.     You found them.  How did you find
11   them?
12          A.     On the same website as the first
13   family, aupair.com.
14          Q.     You testified about the previous
15   family that prior to contacting the agency you
16   discussed with them about various things.
17          A.     Yes.
18          Q.     Do you remember, regarding your
19   employment with the ▓▓▓▓ family, what did you
20   discuss with them prior to informing Expert AuPair
21   that you want to be placed with them?
22          A.     I discussed with them similar
23   things to the first family, the hours, the pay,
24   the duties.
25          Q.     And are the hours mentioned on the
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                    WOOLGAR - ENICA
 2    first page of the document the hours that you
 3    discussed with them?
 4           A.    I don't remember exactly what I
 5    discussed with them before we contacted the
 6    agency.
 7           Q.    But are these the hours that you
 8    agreed to work for them?
 9           A.    These are the hours I agreed to
10    work for them after we contacted the agency.
11           Q.    So is it possible that the hours
12    changed from before contacting the agency until
13    after you contacted the agency?
14           A.    Yes, it's possible that they
15    changed.
16           Q.    Okay.  And why were they changed?
17           A.    Because the agency has the 45-hour
18    of working week.
19           Q.    The agency has what?
20           A.    The agency has -- so you have to
21    work 45 hours for the week.
22           Q.    So it is your understanding that
23    the agency wants you to work --
24           A.    Yes.
25           Q.    -- 45 hours?
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
1                WOOLGAR - ENICA
2        A.    Yes.
3        Q.    Okay.  But if you look at the
4   contract --
5        A.    Yes.
6        Q.    -- that you have in front of you,
7   and you testified that you believed the template
8   was provided by the agency --
9        A.    Yes.
10       Q.    -- it says the Au Pair may not work
11  more than 45 hours.  Is that correct?
12       A.    Yes, it says that, yes.
13       Q.    But your understanding is still
14  that they want you to work 45 hours?
15       A.    Yes.
16       Q.    I'm going to move to page 2, 1.3,
17  "Duties".  Are these the same duties as the ones
18  mentioned in the previous contract, Exhibit 4?
19       A.    They aren't the exact same duties.
20       Q.    They are different duties?
21       A.    Some of them are different, yes.
22       Q.    And who decided on these duties?
23       A.    The family.
24       Q.    Would it be the same duties as you
25  had with the next family?
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                    WOOLGAR - ENICA
 2          A.    With the third family?
 3          Q.    Yes.
 4          A.    No, it's not the same.
 5          Q.    And do you know who filled in this
 6    portion here?
 7          A.    I don't know who filled out the
 8    document.
 9          Q.    Now, if I look at the 1.4.1
10    section, "Stipend", it says "The Host Family agree
11    to pay the Au Pair a weekly stipend of $200 per
12    week".
13          A.    Yes.
14          Q.    Were you actually paid 200 per
15    week?
16          A.    I believe I was, yes.
17          Q.    I'm not trying to trick you in any
18    way but, if I'm going back to Exhibit 1, the last
19    page --
20          A.    This page, yes.
21          Q.    -- the last page of Exhibit 1, the
22    last page of the document --
23          A.    Yes.
24          Q.    -- the last page of the --
25                MR. RODRIGUEZ:  That is Exhibit 1
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                    WOOLGAR - ENICA
 2     or --
 3              MR. ENICA:  I apologise.  It is
 4     Exhibit 3.  So the last page of Exhibit 3, the
 5     first paragraph --
 6         A.   Yes.
 7         Q.   -- it says I received $195.75 in
 8     weekly payments for from my host family.  No
 9     more".
10         A.   Yes, it says that.
11         Q.   Okay.  So looking at both
12     statements, which one is correct?  Did you receive
13     200 or 175?  Again, it is not a trick question.
14     I'm just trying to figure it out.
15         A.   From the ▮▮▮▮ family I received
16     $200 a week.  From the other families I received
17     $195.75.
18         Q.   Okay.  So I'm still on Exhibit 3.
19         A.   Yes.
20         Q.   I think that was page 5, paragraph
21     4.
22         A.   Yes.
23         Q.   In the middle of the page it says
24     "Monday October 3rd - Started working for Harty".
25         A.   Yes.
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

35

```
 1                    WOOLGAR - ENICA
 2         Q.    And then you listed payments as
 3   391.50.
 4         A.    Yes.
 5         Q.    Are those payments accurate?
 6         A.    No.
 7         Q.    Okay.  Well, I don't need this
 8   exhibit anymore so we're going back to the
 9   contract.
10               MR. RODRIGUEZ:  This is Exhibit 5?
11   BY MR. ENICA:
12         Q.    We are going back to Exhibit 5, if
13   possible, yes.  I'm looking at 2.2.  This is on
14   page 4.
15         A.    Yes.
16         Q.    It is "Phone privileges".
17         A.    Yes.
18         Q.    Were you able to use the family's
19   phone?
20         A.    Yes, I was.
21         Q.    Were you able to make long-distance
22   calls?
23         A.    I didn't make long-distance calls.
24         Q.    Okay.  Were you required to pay for
25   using the phone?
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                  WOOLGAR - ENICA
 2             BY MR. ENICA:
 3        Q.   So this is the document that you
 4   provided Expert AuPair with.  Would that be
 5   accurate?
 6        A.   No.
 7        Q.   Are the hours mentioned on the
 8   first page, as start time and end time, accurate
 9   for the amount of hours you worked for this
10   family?
11        A.   No, the hours stated on the
12   contract are not accurate to what I worked.
13        Q.   Okay.  Did you find this family
14   yourself?
15        A.   Yes, I did find the family.
16        Q.   Do you remember how you found this
17   family?
18        A.   The same as the first two families,
19   on aupair.com.
20        Q.   Okay.  Do you remember if you
21   discussed with them before contacting Expert
22   AuPair?
23        A.   Yes, I discussed lots of things
24   with them before I contacted the agency.
25        Q.   Okay.  Can you -- do you remember
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                    WOOLGAR - ENICA
 2   if you discussed about hours of work?
 3        A.     Yes, we discussed hours of work.
 4        Q.     Do you remember if you discussed
 5   pay, the amount of pay?
 6        A.     I don't remember what we discussed
 7   about pay.
 8        Q.     I'm going to ask you to take a look
 9   at the hours on the first page that Expert AuPair
10   provided.  Do you have any idea how many hours per
11   week are mentioned here in the contract?
12        A.     You want me to count the hours
13   written down here?
14        Q.     If you can, yes.  You can take your
15   time.  It's not a rush.
16        A.     (After a pause)  Written on this
17   contract is 31 and a half hours, I believe.
18        Q.     31 and a half.  Right?
19        A.     Yes.
20        Q.     Okay.  Well, I can't say if that's
21   accurate but it sounds more or less like right.
22   So you mentioned that the agency gave ▮▮▮▮▮▮▮▮
23   this contract with 31 and a half hours on it.
24   However, you testified earlier that it was your
25   understanding that the agency wants you to have 45
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

42

```
 1                   WOOLGAR - ENICA
 2    hours in each contract.  Is that accurate?
 3              MR. RODRIGUEZ:  Objection.
 4    Misstates.
 5         A.     No.  The agency gave this contract
 6    to ▇▇▇▇▇▇▇.  I don't know whether it was filled
 7    in or it could have been blank and I was given it
 8    to sign.
 9              BY MR. ENICA:
10         Q.     Right.  When you look at one of the
11    previous contracts --
12         A.     Yes.
13         Q.     -- you testified that the agency
14    wanted 45 hours in the contract.  They didn't want
15    less.  Is that accurate?
16         A.     Yes.
17         Q.     Okay.  However, this contract has
18    31.5, you say?
19         A.     Yes.
20         Q.     Would that change your opinion that
21    the agency wanted 45 hours in it?
22              MR. RODRIGUEZ:  Objection to the
23    characterization as opinion.
24         A.     What was the question?
25              BY MR. ENICA:
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

43

| | | |
|---|---|---|
| 1 | | WOOLGAR - ENICA |
| 2 | Q. | Would it change your testimony |
| 3 | stating that Expert AuPair wanted 45 hours in | |
| 4 | their contract? | |
| 5 | A. | No, it doesn't change my testimony. |
| 6 | Q. | How many hours did you actually |
| 7 | work for the ▇▇▇ family? | |
| 8 | A. | Actually, I just worked 24 hours a |
| 9 | day, 24/7. | |
| 10 | Q. | So you worked more than 45 hours a |
| 11 | week? | |
| 12 | A. | Yes. |
| 13 | Q. | Did you inform the agency that the |
| 14 | hours on the contract were not accurate? | |
| 15 | A. | I informed them at the end of my |
| 16 | employment. | |
| 17 | Q. | So while working for the ▇▇▇ -- |
| 18 | how many months did you work for the ▇▇▇? Do | |
| 19 | you remember? I think it's mentioned in Exhibit 3 | |
| 20 | if you want to refresh your memory. | |
| 21 | A. | From my memory, I worked for him |
| 22 | for around three months. | |
| 23 | Q. | And during this time -- you said |
| 24 | you only informed the agency at the end of your | |
| 25 | employment that you worked more than 45 hours. | |

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
1                    WOOLGAR - ENICA
2          A.    Yes.
3          Q.    Do you remember when at the end of
4    your employment?
5          A.    I sent them an email probably the
6    day that I left his house.
7          Q.    Okay.  Now, I'm going to the second
8    page on Exhibit 6.  Under 1.3, "Duties" --
9          A.    Yes.
10         Q.    -- do you know who wrote these
11   duties here?
12         A.    I don't know for sure who wrote
13   these duties, no.
14         Q.    Okay.  Are these the duties that
15   you discussed with him prior to contacting Expert
16   AuPair?
17         A.    Yes, they are the duties that I
18   discussed prior to contacting Expert AuPair, yes.
19         Q.    And are they the same duties as for
20   the previous -- any of the previous families?
21         A.    They aren't the same duties as the
22   previous families.
23         Q.    Okay.  Now, do you remember if you
24   took any vacation while working for this family?
25         A.    I did take a vacation when working
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

45

```
 1                     WOOLGAR - ENICA
 2    for the family.
 3           Q.     You did?
 4           A.     I did.
 5           Q.     Do you remember how long?
 6           A.     Just for a couple of days.  I don't
 7    remember exactly.
 8           Q.     And did they pay for your vacation?
 9           A.     I don't think so, no.
10           Q.     Okay.  I'm going to go back to
11    Exhibit 3, page 5, paragraph 4.  If I look at the
12    bottom of it --
13           A.     Yes.
14           Q.     -- it starts with "March 14th -
15    Started working for ████ ".
16           A.     Yes.
17           Q.     Then I have the payments.  I can
18    see that all the payments are 195.75 without any
19    exception.
20           A.     Yes.
21           Q.     Okay.  You just mentioned that you
22    took at least a couple of days' vacation for which
23    you were not paid.  Was that vacation after May
24    30?
25           A.     I don't remember when my vacation
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

46

```
1                    WOOLGAR - ENICA
2    was.  I definitely did have vacation after May 30
3    but I may have had a couple of days during the
4    time with him which would be my accrued annual
5    leave.
6           Q.    So were all these payments 195.75
7    or at least one of them was smaller than 195.75?
8           A.    I think they were all 195.75
9    probably.
10          Q.    Okay.  So this means that you were
11   paid for those days of vacation.
12                MR. RODRIGUEZ:  Objection to form.
13          A.    I was paid every week 195.75 and
14   then maybe I took a vacation but I can't remember
15   when or for how long.
16                BY MR. ENICA:
17          Q.    You mentioned -- just a quick
18   question.  You mentioned you worked for ▇▇▇▇
19   ▇▇▇▇.  Was he a single father?
20          A.    ▇▇▇▇▇▇▇▇, yes, he was a single
21   father, yes.
22          Q.    So he was the only parent?
23          A.    The children didn't live with us,
24   they lived in another house with the mother.
25          Q.    So the children lived at the
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

```
 1                    WOOLGAR - ENICA
 2     different location?
 3            A.      Yes.
 4            Q.      And you would take care of them
 5     while they were over at the location where you
 6     were working?
 7            A.      No.
 8            Q.      Can you explain how you were taking
 9     care of the children while they were not living
10     with you?
11            A.      I was more employed as ▇▇▇▇▇▇▇
12     assistant rather than to look after the children.
13     However, I did travel to the mother's house to
14     look after the children.  I looked after them
15     outside of the house and in ▇▇▇▇▇▇▇ house
16     when they were there.
17            Q.      And what other duties would you
18     perform as his assistant?
19            A.      So I would be, I guess, a taxi
20     driver, a cleaner, a party planner, food shopping,
21     any kind of shopping, furniture shopping, you
22     know, food delivery.
23            Q.      Okay.  Well, I guess we'll come
24     back to this contract but I just want to go ahead
25     with the next exhibits.  That is a document
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

48

```
 1                    WOOLGAR - ENICA
 2    produced by you.
 3              (Woolgar Exhibit 7 marked for
 4    identification)
 5         A.   Yes.
 6         Q.   So you're familiar with the
 7    document?
 8         A.   Yes.
 9         Q.   Okay.  Just two questions about
10    this letter.  In the third paragraph -- let's
11    describe the letter for the record.  Who is this
12    letter from?
13         A.   This is a letter, I believe, from
14    ▇▇▇▇▇▇ to Expert AuPair Agency.
15         Q.   Okay.  So in the third paragraph he
16    is mentioning that he was driving you to the
17    store.
18         A.   Yes.
19         Q.   Would that be accurate?  Would he,
20    let's say, drive you to the store if you ever need
21    to go to the store?
22         A.   No.  He drove me one time to the
23    store.
24         Q.   Okay.  He would drive you anywhere
25    else if you need to go anywhere?
```

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com

86

1
2          CERTIFICATE OF COURT REPORTER
3
4          I, Sara Buzuk, Court Reporter, do hereby
5   certify that I took the stenotype notes of the
6   foregoing deposition and that the transcript
7   thereof is a true and accurate record.
8          I further certify that I am neither
9   counsel for, related to, nor employed by any of
10  the parties to the action in which this deposition
11  was taken, and that I am not a relative or
12  employee of any attorney or counsel employed by
13  the parties hereto, nor financially or otherwise
14  interested in the outcome of the action.


19       Sara Buzuk
20
21
22
23

MARTEN WALSH CHERER LTD.
LONDON, ENGLAND
Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864
(Out-of-hours tel. 01144 (0) 7833 467869)
www.depositioncenter.com