# Exhibit 6

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
JOHANNA PAOLA BELTRAN, et al.,  )
                                )
                                )
                   Plaintiffs,  )   CIVIL ACTION NO.
             vs.                )   1:14-cv-03074-CMA-KMT
                                )
INTEREXCHANGE, INC. Et al.,     )
                                )
                   Defendants.  )
--------------------------------
```

DEPOSITION OF PATRICIA PARRA

Princeton, New Jersey

April 3, 2018

REPORTED BY:  LORI N. LEWKOWITZ, XI02229

Patricia Parra, 4/3/2018

```
 1              UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3
 4
 5   JOHANNA PAOLA BELTRAN, et al., )
                                    )
 6                                  )
                       Plaintiffs,  )  CIVIL ACTION NO.
 7            vs.                   )  1:14-cv-03074-CMA-KMT
                                    )
 8   INTEREXCHANGE, INC. Et al.,    )
                                    )
 9                     Defendants.  )
     -------------------------------
10
11            T R A N S C R I P T of the stenographic notes of
12   the videotaped proceedings in the above-entitled matter as
13   taken by and before LORI N. LEWKOWITZ, a Certified Court
14   Reporter and Notary Public of the State of New Jersey, held
15   at the REGUS NEW JERSEY CARNEGIE CENTER, 103 Carnegie
16   Center Drive, Suite 300, Princeton, New Jersey 08540, on
17   Tuesday, April 3, 2018, commencing at approximately 9:10
18   a.m., pursuant to notice.
19
20
21
22
23
24
25
```

Patricia Parra, 4/3/2018

```
 1        Q.    Friday and Saturday off?
 2        A.    Yes.
 3        Q.    Were those your hours with the second
 4   family?
 5        A.    Only for the first month.
 6        Q.    And what happened after the first
 7   month?
 8        A.    They had another person that happened
 9   in the weekend and this person had to go and I was
10   working most of the weekends.
11        Q.    This was in addition to working during
12   the week?
13        A.    Yes.
14        Q.    You would -- what were your hours
15   during the weekend?
16        A.    During the weekend, so during the week
17   I drop the kids in school in the morning and pick
18   them up in the afternoon.  It would be like two,
19   three hours a day.  And the weekends I work like for
20   like on Saturday I'm not sure something, around like
21   8:00 a.m. until 6:00 p.m. and same on Sunday.
22        Q.    So, let me write that and make sure I
23   ask the appropriate questions.  Let me back up a
24   little bit.  During the first month when the person
25   that was working during the weekends was there, did
```

**25**

Patricia Parra, 4/3/2018

```
 1   you still just do what you described earlier, that
 2   is, pick the kids up and drop them off and that was
 3   it?
 4        A.   No.
 5        Q.   What was your responsibilities during
 6   the first month?
 7        A.   The first month I would stay with the
 8   girl, wake up, making the breakfast.  The younger
 9   one was not going to school.  I would drop the older
10   one at school and I would just stay with the young
11   girl during the day.
12        Q.   What did you do after 5:00 p.m.?  That
13   was your time then?
14        A.   After 5:00 p.m. I usually -- I don't
15   really remember.  I think I just go to the room.  I
16   don't remember.
17        Q.   Let's -- after the first month, did the
18   younger one start going to school?
19        A.   Yes.
20        Q.   I see.  So, after the first month you
21   would pick them up and drop them off?
22        A.   Yes.
23        Q.   During the weekend, that would be the
24   end of your responsibilities?
25        A.   Yes.
```

**26**

Patricia Parra, 4/3/2018

```
 1          Q.    On any date did you work more than 10
 2    in any day?
 3          A.    In the weekends sometimes.
 4          Q.    What about more than 45 hours in any
 5    week?
 6          A.    There was not often, but it did happen.
 7          Q.    Do you recall how often?
 8          A.    Maybe once a month.
 9          Q.    Did you keep your written schedule
10    anywhere or I mean -- backtrack a little bit.  Did
11    you keep track of the hours you worked?
12          A.    No.
13          Q.    Was it because it was the same schedule
14    everyday basically.
15                MR. PACHECO:  Objection to form.
16          A.    Basically the same.
17                MR. PACHECO:  You can answer.
18          Q.    To be clear, unless he instructs you
19    not to answer --
20          A.    Uh-huh.
21          Q.    -- you still have to go ahead and
22    answer.  He is going to make his objections.  If
23    there is discussion, we'll have it unless he
24    instructs you.
25          A.    Yes.
```

Patricia Parra, 4/3/2018

```
 1          Q.    You've been doing it already, but you
 2   want to be clear.  Do you know if this contract was
 3   provided to Expert Au Pair?
 4          A.    I don't know.
 5          Q.    Did you provide it to Expert Au Pair?
 6          A.    I don't remember.
 7          Q.    Did you tell Expert Au Pair when your
 8   schedule changed?
 9          A.    No.
10          Q.    Did you ever inform Expert Au Pair that
11   you were working more than ten hours in any given
12   day?
13          A.    I don't remember.
14          Q.    Did you ever tell Expert Au Pair you
15   were working more than 45 hours any --
16          A.    I don't remember.
17          Q.    Did you ever reach out to Expert
18   Au Pair during your time as an au pair?
19          A.    I don't remember.
20          Q.    Did you ever call them?  Email them?
21          A.    I might have, but not called.
22          Q.    So, how did Expert Au Pair know to
23   rematch you after the first family?
24          A.    Sorry.
25          Q.    How did Expert Au Pair know to rematch
```

**28**

Patricia Parra, 4/3/2018

1 you after the first family moved?
2  A.  Oh, because the family was working
3 with -- contact them and say I was not working.
4  Q.  Do you know who they contacted?
5  A.  I don't remember.
6  Q.  Let's, so this is the second family
7 contract, correct?
8  A.  Yes.
9  Q.  Let's go back to the first family
10 briefly. What was your schedule like for the first
11 family?
12  A.  First family was normal, I believe.
13 I'm not sure, but something like 8:00 to 5:00 or
14 8:00 6:00.
15  Q.  Was that from Monday through Friday?
16  A.  Yes.
17  Q.  Nothing during the weekends?
18  A.  No.
19  Q.  Same schedule throughout?
20  A.  Yes.
21  Q.  What sort of responsibilities did you
22 have when you were working with them?
23  A.  Something ▋▋▋. She was three years
24 old at the time, so I stayed with her during the
25 day, go to the park, library, feed her of course and

29

Patricia Parra, 4/3/2018

1 play.
2     Q. Do you recall how much you were paid by
3 the first family?
4     A. I was paid $197.75 per week.
5     Q. One ninety --
6     A. Minimum $197.75 per week.
7     Q. How were you paid?
8     A. I don't remember.
9     Q. Do you remember if it was by check?
10 Cash? Wire transfer?
11     A. I don't remember.
12     Q. Were you paid every week or every other
13 week?
14     A. Every week.
15     Q. What about the second family, how much
16 were you paid?
17     A. Two hundred.
18     Q. How were you paid by the second family?
19     A. Direct deposit.
20     Q. How did you arrive at this $200 figure
21 with the second family?
22     MR. PACHECO: Objection to form.
23     A. Because the minimum was 197 and they
24 went to 200 is easier to pay me.
25     Q. They didn't want --

30

Patricia Parra, 4/3/2018

```
1        A.    The 197 was just our number and they
2   wanted it to be an even number.  They went up to
3   200.
4        Q.    They told you this?
5        A.    Yes.
6        Q.    So, the family decided to do that?
7        A.    Yes.
8        Q.    Do you receive any other compensation
9   from the first family?
10       A.    No.
11       Q.    Birthday present?  Christmas present,
12  Easter present?
13       A.    No.
14             MR. PACHECO:  Objection to form.
15       Q.    What about the second family, anything
16  other than the $200 a week?
17             MR. PACHECO:  Objection.
18       A.    No.
19       Q.    Did you have the use of a car when you
20  were with the first family?
21       A.    No.
22       Q.    What about the second family?
23       A.    No.
24       Q.    How would you be during the second
25  family, I believe it was you testified that you
```

**31**

Patricia Parra, 4/3/2018

```
 1              MR. PACHECO:  Objection to form.
 2       A.     Mostly not.
 3       Q.     You said "mostly not?"
 4       A.     Yes, like everybody that commented,
 5   payments they are being paid, the minimum, so.
 6       Q.     So, to the best of your knowledge you
 7   were the only one being paid $200 a week?
 8       A.     Exactly.
 9       Q.     The time that you spent with the host
10   family, they housed you?
11       A.     Sorry.
12       Q.     They provided you a room?
13       A.     I had a room.
14       Q.     You had a room?
15       A.     Yes.
16       Q.     What about meals, how were they
17   handled?
18       A.     I just eat whatever was in the fridge.
19       Q.     So, the host family provided you with
20   meals?
21       A.     I was working, yes.
22       Q.     Was that all true during the weekends?
23       A.     I was working in the house yes.  If I
24   was out of the house I had to buy my own food, but
25   as long as I was in the house --
```

Patricia Parra, 4/3/2018

1    Q.   As long as you were in the house you
2 ate what the family was eating?  Is that a fair
3 statement?
4    A.   Yes.
5    Q.   Did you ever spend the entire weekends
6 out of the house?
7    A.   I don't remember.  I don't remember.  I
8 don't think so.  I work like most of the weekends,
9 so.
10   Q.   That was in addition to working during
11 the week?
12   A.   Yes.
13   Q.   I think we spoke about this briefly,
14 but let me touch back again.  Were there any weeks
15 you worked more than 45 hours?
16   A.   I believe so.  At some point happen,
17 yes.
18   Q.   I might have asked this before as well,
19 did you ever inform Expert Au Pair that you had been
20 working more than 45 hours a week?
21   A.   No, but I do have to mention that once
22 you contact in the training and from the start they
23 do tell you that they, coordinator in the area going
24 to contact you and check in every month.  I never
25 had nobody checking in on me.  So just let you know.

**56**

Patricia Parra, 4/3/2018

```
 1        Q.   You were told a coordinator would
 2   contact you every month?
 3        A.   Yes.  She should see if you need
 4   something, how the program was doing and even if
 5   some people, like they have meetings with the
 6   au pairs and that never happened to me, so.
 7        Q.   Let me back up a little bit.  You said
 8   that some people had a meeting with the coordinator
 9   and you never had one?
10        A.   Not in my area.  But all au pairs in
11   other cities in different agencies would have like
12   this monthly meeting that once I start being
13   au pair, before I sign up, the agents I was believe
14   that was a rule to have somebody checking you
15   monthly and I never had that happen.
16        Q.   Let me make sure I understood that.  So
17   you inform me that before you started the au pair
18   program you were told or you understood that
19   au pairs would have somebody meet with them monthly
20   to check up on --
21             MR. PACHECO:  I object.  She said
22    during the training she was informed.
23        A.   Yes.
24        Q.   During the training you were informed
25   that an au pair would -- a coordinator would reach
```

**57**

Patricia Parra, 4/3/2018

```
 1   to you monthly?
 2         A.    Yeah.  I had a coordinator that was in
 3   the area and like every month they would call you or
 4   mail you or, you know, how you do doing, how the
 5   program was doing for you.
 6         Q.    You also commented that you knew or I'm
 7   trying to understand what you exactly said about
 8   something about other agencies having a coordinator
 9   and in-person meetings.
10         A.    Some agencies with more au pairs in
11   other city they have a monthly meeting so the
12   au pairs can get to know each other and make
13   friends.
14         Q.    Some of the bigger agencies in the
15   bigger city would all get together in the month and
16   have meetings?
17         A.    Yes.
18         Q.    How did you learn about this?
19         A.    I, like I said before, I close --
20   before I was Expert Care.
21         Q.    Cultural Care mentioned that's what
22   they did?
23         A.    Yes, and I was in the training.  Expert
24   mentioned we had area coordinator.  She would be
25   checking on us.
```

58

Patricia Parra, 4/3/2018

**1**

C_E_R_T_I_F_I_C_A_T_E

**2**

**3**

**4**     I, LORI NOEL LEWKOWITZ, a Certified Court Reporter

**5**  and Notary Public of the State of New Jersey, certify that

**6**  the foregoing is a true and accurate transcript of the

**7**  stenographic notes of the deposition of said witness who

**8**  was first duly sworn by me, on the date and place

**9**  hereinbefore set forth.

**10**

**11**     I DO FURTHER CERTIFY that I am neither a relative,

**12** nor employee, nor attorney or counsel to any parties

**13**  involved; that I am neither related to any of the parties

**14**  to this action by blood or by marriage, and that I am not

**15** financially interested in this matter.

**16**

**17**

**18**                     ---------------------------
                     LORI NOEL LEWKOWITZ, C.C.R.
**19**                  N.J. C.C.R. No.: XI02229

**20**

**21**

**22**

**23**

**24**

**25**

**95**