Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

_____

JOHANA PAOLA BELTRAN; et al.            )
                                        )
              Plaintiffs,               )
                                        )
                                        )
              -v-                       )
                                        )
INTEREXCHANGE, INC.; et al.             )
                                        )
              Defendants.               )
_____)

DEPOSITION UPON ORAL EXAMINATION

of

**MS. COURTNEY LOUISE FLYNN**

on

Wednesday, March 28th, 2018

commencing at 1.14pm

Taken at:

The Varsity Hotel
One Queen Square,
Liverpool L1 1RH
United Kingdom

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

2

```
 1
 2
 3                 A P P E A R A N C E S
 4
 5    On behalf of the Plaintiffs:
 6              BOIES SCHILLER FLEXNER LLP
 7              1999 Harrison Street, Suite 900
 8              Oakland, CA 94612
 9              BY:  MR. SEAN PHILLIPS RODRIGUEZ
10
11    On behalf of the Defendants:
12              BOGDAN ENICA, ESQ.
13              111 Second Avenue NE, Suite 900
14              St Petersburg, FL 33701
15              BY: MR. BOGDAN ENICA
16
17    Court Reporter:
18              Mr. Shola McGregor
19
20
21
22
23
24
25
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

FLYNN - ENICA

2  "yes" or "no".

3          THE WITNESS: Sorry.

4

5  BY MR. ENICA:

6          Q.     Did you pay any money to Expert

7  AuPair?

8          A.     I didn't.

9          Q.     Did you pay for your flight to the

10  United States?

11          A.     Yes, and return.

12          Q.     How did you find your family?

13          A.     Through a friend.

14          Q.     Was it before or after you

15  contacted Expert AuPair?

16          A.     I met with my family and then my

17  family found Expert AuPair.

18          Q.     So your host family found Expert

19  AuPair?

20          A.     Yes.

21          Q.     You already contacted your family

22  prior to them contacting Expert AuPair?

23          A.     Yes.

24          Q.     Did you meet them in person prior

25  to them contacting Expert AuPair?

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

```
1                    FLYNN - ENICA
2      hours a day.  What am I meant to do?  Does that
3      make sense?
4            Q.    Yes.  Normally I would summarise,
5      but I think you put it well on the record.
6            A.    Okay.  Thank you.
7            Q.    Let's stay with exhibit 1, the
8      employment contract.  Right after the paragraph
9      that you read, we have a paragraph 2, titled
10     "duties".
11           A.    Yes.
12           Q.    Here it says "list duties below"
13     and then there are some duties that are listed?
14           A.    Yes.
15           Q.    Were these your duties while being
16     an au pair in the States?
17           A.    Yes.
18           Q.    Did you have more than the duties
19     mentioned here?
20           A.    Let's put it this way, I did more
21     than just caring for the baby.  I didn't just do
22     lighthouse keeping, either.  Yes, they had a
23     housekeeper every month, but it was me on top of
24     the house; hoovering, cleaning.  It was like I was
25     a maid in the house.  I did voice my opinion to my
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
**www.depositioncenter.com**

```
 1                    FLYNN - ENICA
 2   family at one point, which is when we started to
 3   have disagreements.  Due to the fact that I had no
 4   support from Expert AuPair, is one of the main
 5   reasons I came home.
 6           Q.     You came prior to your contract
 7   ending?
 8           A.     No, no, no.  When the contract
 9   finished I didn't extend it, is what I am trying
10   to say.  Sorry, I should have worded that
11   differently.
12           Q.     No, I understood.
13           A.     Okay.
14           Q.     Put exhibit 1 on the side for a
15   second.  Let's step back; did you prepare for
16   today's deposition?
17           A.     Yes.
18           Q.     When did you prepare?
19           A.     I met with my lawyer.
20           Q.     Okay.  When was that?
21           A.     This morning.
22           Q.     For how long, approximately?
23           A.     And hour and a bit, an hour and a
24   half, something like that.
25           Q.     Did you review any documents during
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

                         FLYNN - ENICA
1
2    changed after the first couple of weeks?
3           A.      Yes.
4           Q.      Who changed the schedule?
5           A.      Nobody discussed it, it just
6    changed.  They just started to come home later.
7           Q.      When you say "they", you mean ----
8           A.      The parents.
9           Q.      So, Expert AuPair was not involved
10   in the change of schedule, is that correct?
11                  MR. RODRIGUEZ: Objection to the
12   form.
13
14   BY MR. ENICA:
15          Q.      Okay.  Was Expert AuPair involved
16   in this change of schedule?
17                  MR. RODRIGUEZ: Same objection.
18          A.      I never informed them of it.  I am
19   unsure if my family informed them, but I didn't.
20
21   BY MR. ENICA:
22          Q.      You mentioned earlier, when you
23   discussed about payments, that he rounded to $200
24   and you mentioned the name and I missed that name?
25          A.      Matthew.

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

```
 1                    FLYNN - ENICA
 2        Q.      Who is Matthew?
 3        A.      He was the father.
 4        Q.      So he was the host father?
 5        A.      Yes.
 6        Q.      He was the only person that paid
 7   you for your whole stay as an au pair?
 8        A.      Yes.
 9        Q.      So Expert AuPair never paid you?
10        A.      No.
11        Q.      Did you receive any additional
12   money from the host family during your stay in the
13   United States, except the $200 a week?
14        A.      If I babysat outside of working
15   hours, then yes.
16        Q.      How much would you receive if you
17   -- how much did you receive if you babysat?
18        A.      It varied.
19        Q.      Was it based an hourly payment, or
20   ----
21        A.      It was normally about $8-10 an
22   hour, which is normal for a babysitter.
23        Q.      You mentioned earlier about working
24   in the weekends?
25        A.      Yes.
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

```
 1                    FLYNN - ENICA

 2          Q.     Would that working in the weekends

 3   qualify as babysitting?

 4          A.     No.  They were in the house.

 5          Q.     So what would it be, babysitting?

 6          A.     Babysitting is if they went out to

 7   dinner or they went out or an event, or if it was

 8   I was in the house alone with the children.

 9          Q.     How often would it happen?

10          A.     Every other weekend.  They had a

11   busy schedule.

12          Q.     Would they pay you by cheque or

13   cash, the amount for your babysitting?

14          A.     For a weekend?

15          Q.     Yes, for a weekend.

16          A.     Cash.

17          Q.     Do you have any record of how much

18   did you receive in cash from them for the duration

19   of your stay in the United States?

20          A.     How would I?  How would I have any

21   record of that?

22          Q.     The answer to my question usually

23   is you have or your do not?

24          A.     When somebody gives you cash in

25   hand you have no record of that, so I do not
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

```
 1                        FLYNN - ENICA
 2    understand the question.
 3                    MR. RODRIGUEZ: If I may, he is
 4    going to ask the questions.  Please, just give an
 5    answer and not in the form of a question to him.
 6                    THE WITNESS: Okay.
 7
 8    BY MR. ENICA:
 9            Q.     Thank you.  So the answer is no?
10            A.     No.
11            Q.     Did your host family provide you
12    with room and board?
13            A.     Yes.
14            Q.     Did they provide you with three
15    meals a day?
16            A.     Two.
17            Q.     Were you required to pay for your
18    third meal?
19            A.     If I wanted it, yes, but I didn't
20    really eat through the day, so -- I didn't have
21    time.
22            Q.     Except the money they paid for your
23    babysitting services and your $200 a week, did you
24    receive any other money from your host family?
25            A.     No.
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

```
 1
 2                    CERTIFICATE OF COURT REPORTER
 3
 4                    I, Shola McGregor, Court Reporter,
 5    do hereby certify that I took the stenotype notes
 6    of the foregoing deposition and that the
 7    transcript thereof is a true and accurate record
 8    transcribed to the best of my skill and ability.
 9                    I further certify that I am neither
10    counsel for, related to, nor employed by any of
11    the parties to the action in which this deposition
12    was taken, and that I am not a relative or
13    employee of any attorney or counsel employed by
14    the parties hereto, nor financially or otherwise
15    interested in the outcome of the action.
16
21    Shola McGregor
22
23
24
25
```

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com

1

2                   **CERTIFICATE OF WITNESS**

3

4               I, **COURTNEY FLYNN**, am the witness

5    in the foregoing statement under oath.  I have

6    read the foregoing statement and, having made such

7    changes and corrections as I desired, I certify

8    that the transcript is a true and accurate record

9    of my responses to the questions put to me on

10   **Wednesday, March 28th, 2018.**

11

12

13

14

15

16           Signed .........

17           Courtney Flynn

18

19           Dated this .... day of .... 2018

20

21

22

23

24

25

**MARTEN WALSH CHERER LTD.**
**LONDON, ENGLAND**
**Tel. 01144 (0) 20 7067 2900  Fax: 01144 (0) 20 7831 6864**
**(Out-of-hours tel. 01144 (0) 7833 467869)**
www.depositioncenter.com