Case 1:14-cv-03074-CMA-KMT   Document 1073-1   Filed 05/09/16   USDC Colorado   Page 1 of 3

# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



## Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

This agreement is in effect from 13 July 2011 to 7 July 2012 and is between
█████████████, the Host Family, and Puray Pillay, the Au Pair.

### Work Schedule

|       | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|-------|--------|--------|---------|-----------|----------|--------|----------|
| From  |        | 7am    | 7am     | 7am       | 7am      | 7am    |          |
| To    |        | 9am    | 9am     | 9am       | 9am      | 9am    |          |
| From  |        | 3pm    | 3pm     | 3pm       | 3pm      | 3pm    |          |
| To    |        | 6pm    | 6pm     | 6pm       | 6pm      | 6pm    |          |

I/we hereby agree that the au pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

### House Rules

| Weekday Curfew | 10pm | Telephone Restrictions | No International Calls |
|----------------|------|------------------------|-----------------------|
| Weekend Curfew | 12am | Visitor Restrictions | No unsupervised visits, prior approval need for guests visit |
| Other Restrictions | | | no overnight guests |

### Responsibilities

| Task | Children's Area | Au Pair's Area | Other Tasks |
|------|-----------------|----------------|-------------|
| Picking up | ✓ | ✓ | Driving to lessons, activities |
| Vacuuming | ✓ | ✓ | Tutoring |
| Dusting | ✓ | ✓ | |
| Making beds | ☐ | ✓ | |
| Children's laundry | ☐ | ☐ | |
| Children's meals | ✓ | ☐ | |
| Washing dishes | ✓ | ☐ | |
| Other (please list) | | Wash clothes | |

### Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ 197.75 (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every 2 weeks.

### Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:

1. Christmas
2. Martin Luther King Birthday
3. Easter
4. Labor Day

GAP_00070569

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



**Written Agreement**

151 East 5100 South, Suite 300
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

**Au Pair Accommodations**
(please check)

☑ Private bedroom
☐ Separate quarters
☒ Private bathroom

☐ Private bedroom on separate level from family
☐ Other:
☑ Shared bathroom with whom: _____ children/guests

**Use of Car**
(please check one)

☐ No use of a car
☑ Limited personal use of a car

☐ Evening/weekend use of a car
☐ Exclusive use of a car

The Host Family must provide car insurance if the Au Pair has any use of their car. Please discuss insurance procedures with your Au Pair prior to initial use. In case of accident the au pair agrees to pay a deductible of $ _See_ (maximum $500).

**Other Benefits**
Other Privileges: _____

- Medical benefits for 12 months of basic coverage are provided by Go Au Pair.
- Coverage may be upgraded to either the Silver or Gold level and is available for a one-time annual fee
- Coverage for the 13th month is available and highly recommended.

**Termination of Contract**
To terminate this agreement, written notification with a full explanation must be submitted to both the Local Area Representative (LAR) and to the corporate office in Salt Lake City, UT. Either party terminating the agreement must give a standard two (2) week notice. Outstanding charges for phone calls made by the Au Pair may be deducted from the final paycheck. The Au Pair may have a financial obligation to the Host Family if the agreement is terminated early.

**Notes**
_____

**Certification**
I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the au pair/family and agreed to these conditions before the au pair's arrival. I, the au pair, verify that I have reviewed the host family's application and pre-departure orientation information.

Host Family Signature _____ Date 5/6/11

Au Pair Signature _____ Date 10 May 11

Print Name _____

Print Name  Craxta Tasi Pillay PURDY PILLAY (19 MAY 2011)

Go AuPair
Written Agreement  Page 2 of 2

GAP_00070570