# EXHIBIT B

Case No 1:14-cv-03074-CMA-KMT Document 1073-2 Filed 05/09/18 USDC Colorado Page 2 of 3
Case 1:14-cv-03074-CMA-KMT Document 1085-17 filed 05/23/18 USDC Colorado pg 2 of 3
HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



## Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

This agreement is in effect from **MAY 2014** to **MAY 2015** and is between _____, the Host Family, and **Cesar Henrique Coelho** the Au Pair.

### Work Schedule

|      | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|------|--------|--------|---------|-----------|----------|--------|----------|
| From | AS NEEDED | 6:30 EVERY OTHER | X | X | 6:15 | 6:15 | AS NEEDED |
| To   | EVERY | 8:00 WEEK | X | X | 8:15 | 8:15 | EVERY |
| From | OTHER | 3 POSSIBLY | 3 POSSIBLY 3 | 3 | 3 EVERY OTHER | OTHER OFF |
| To   | OFF | 6:15/30 | 6:15/30 | 6:30 | 6:30 | 6:30 | |

I/we hereby agree that the Au Pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

### House Rules

| Weekday Curfew | MIDNIGHT IF WORKING NEXT DAY / 2AM OR NONE IF OFF |
| Weekend Curfew | N/A ON WEEKENDS OFF |
| Other Restrictions | IF WORKING MIDNIGHT |

| Telephone Restrictions | TELEPHONE PROVIDED & CELLING NO INT'L CALLS OR HALF USE WIFI APPLICATIONS |
| Visitor Restrictions | NONE WHEN CHILDREN HERE OVERNIGHT GUESTS MUST BE DISCUSSED AND PRE ARRANGED |

### Responsibilities

| Task | Children's Area | Au Pair's Area | Other Tasks Pertaining to the Children |
|------|-----------------|----------------|----------------------------------------|
| Picking up | X | X | X Driving to lessons, activities |
| Vacuuming | X AS NEEDED | ☐ | X Tutoring |
| Dusting | ☐ | ☐ | X HOMEWORK |
| Making beds | X | ☐ | X PLAY DATES HOST, PICK UP & DROP OFF |
| Children's laundry | X FOLD & PUT AWAY | ☐ | |
| Children's meals | X | ☐ | |
| Washing dishes | X | X | |
| Other (please list) | | | |

### Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ **200.00** (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every **2 weeks**.

### Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:

1. Sept 1st 2014
2. Jan 1st 2015
3. Dec 25th 2014
4. Feb 16, 2015

Go Au Pair
Written Agreement

Page 2 of 2

GAP_00073086



**Written Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

## Au Pair Accommodations
(please check)

- ☐ Private bedroom
- ☐ Separate quarters
- ☐ Private bathroom

- ☒ Private bedroom on separate level from family
- ☐ Other: _____
- ☐ Shared bathroom with whom: _____

## Use of Car
(please check one)

- ☐ No use of a car
- ☐ Limited personal use of a car

- ☐ Evening/weekend use of a car
- ☒ Exclusive use of a car

The Host Family must provide car insurance if the Au Pair has any use of their car. Please discuss insurance procedures with your Au Pair prior to initial use. In case of accident that Go Au Pair determines is caused by the Au Pair, the au pair agrees to pay a deductible of $ 250.00 (amount must be listed if Au Pair will be driving- minimum $0 and maximum $500).

## Other Benefits
Other Privileges: _____

- Medical benefits for 12 months of basic coverage are provided by Go Au Pair.
- Coverage may be upgraded to either the Gold or Platinum level and is available for a one-time annual fee
- Coverage for the 30 day grace period is available and highly recommended.

## Grievance Policy
We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

**Notes** At this time it is unclear if my ex-husband would like coverage on "his" days. If my au pair "covers" this time after school it will be done at my house. There will be some nights that I am on call and I will need coverage from 4PM-MIDNIGHT, & MIDNIGHT TO 8AM. WILL NOT WORK MORE THAN 10 H in 24 H PERIOD. I WILL PROVIDE THE AU PAIR WITH A MONTHLY SCHEDULE & REVIEW WEEKLY ON SUNDAYS.

## Certification
I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the Au Pair/Host Family and agreed to these conditions before the Au Pair's arrival. I, the Au Pair, verify that I have reviewed the Host Family's application and pre-departure orientation information.

[signature redacted]  3/12/14   César Coelho  3/19/14
Date                            Au Pair Signature    Date

Print Name                      Print Name

PART OF WHAT I NEED IS A "PARTNER" IN MY HOME TO HELP WITH BOTH OF MY CHILDREN'S NEEDS. I ANTICIPATE THAT WE WILL SPEND TIME TOGETHER WITH MY CHILDREN HELPING TO MEET THEIR NEEDS.

Go Au Pair
Written Agreement                                    Page 2 of 2

GAP_00073087