**EXHIBIT C**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

12-10-09;09:25AM;AT&T                                                    ;807-264-7160         # 1/ 12

**goAUPAIR**     **WRITTEN AGREEMENT**     151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.goAUPAIR.com

This agreement is in effect from _May 26, 2010_ to _May 26, 2011_ and is between ▮▮▮▮▮▮▮▮▮▮, the Host Family, and _CHIPER ALEXANDRU_, the Au Pair.

### Work Schedule

|       | Sunday | Monday   | Tuesday  | Wednesday | Thursday | Friday  | Saturday |
|-------|--------|----------|----------|-----------|----------|---------|----------|
| From  | —      | 7:00 am  | 7:30 am  | 7:30 am   | 7:30 am  | 7:30 am | —        |
| To    | —      | 9:00 am  | 9:00 am  | 9:00 am   | 9:00 am  | 9:00 am | —        |
| From  |        | 3:30 pm  | 3:30 pm  | 3:30 pm   | 3:30 pm  | 3:30 pm |          |
| To    |        | 6:00 pm  | 6:00 pm  | 9:30 pm   | 6:00 pm  | 6:00 pm |          |

I/we hereby agree that the au pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

### House Rules

| Weekday Curfew | 11pm | Telephone Restrictions | Int'l calls not to exceed $30/mo. |
|---|---|---|---|
| Weekend Curfew | 1 am | Visitor Restrictions | Needs prior approval |
| Other Restrictions | No alcohol while driving; No texting while driving; No driving with friends in the car if boys are in the car too. | | |

### Responsibilities

| TASK | CHILDREN'S AREA | AU PAIR'S AREA | OTHER TASKS |
|---|---|---|---|
| Picking up | ☒ | ☒ | ☒ Driving to lessons, activities |
| Vacuuming | ☐ | ☐ | ☒ Tutoring |
| Dusting | ☐ | ☐ | |
| Making beds | ☒ | ☒ | |
| Children's laundry | ☒ | ☒ | |
| Children's meals | ☒ | ☒ | |
| Washing dishes | ☒ | ☒ | |
| Other (please list) | | | |

### Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ _200.00_ (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every _Friday_.

### Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:
1. _New Years Day_       2. _Thanksgiving Day_
3. _Christmas Day_        4. _4th of July_

1

GAP_00077582

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

12-10-09;09:26AM;AT&T                    ;907-264-7168           #   2/  12



**WRITTEN AGREEMENT**

161 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.goAUPAIR.com

**Au Pair Accommodations**  (please check)

- ☐ Private bedroom
- ☒ Separate quarters
- ☐ Private bathroom
- ☐ Private bedroom on separate level from family
- ☐ Other: _____
- ☐ Shared bathroom   with whom: _____

**Use of Car**  (please check one)

- ☐ No use of a car
- ☐ Limited personal use of a car
- ☐ Evening/weekend use of a car
- ☒ Exclusive use of a car (during certain months of the yr.)

The Host Family must provide car insurance if the Au Pair has any use of their car. Please discuss insurance procedures with your Au Pair prior to initial use. In case of accident the au pair agrees to pay a deductible of $ _____ (maximum $500).

**Other Benefits**

Other Privileges: Use of sports equipment including bikes; personal TV with Cable & DVD.

- Medical benefits for 12 months of basic coverage are provided by goAUPAIR.
- Coverage may be upgraded to either the Silver or Gold level and is available for a one-time annual fee
- Coverage for the 13th month is available and highly recommended.

**Termination of Contract**

To terminate this agreement, written notification with a full explanation must be submitted to both the Local Area Representative (LAR) and to the corporate office in Salt Lake City, UT. Either party terminating the agreement must give a standard two (2) week notice. Outstanding charges for phone calls made by the Au Pair may be deducted from the final paycheck. The Au Pair may have a financial obligation to the Host Family if the agreement is terminated early.

**Notes**

Au Pair should research Alaska websites to see what living here is all about. Some suggested sites are included in family letter.

**Certification**

I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the au pair/family and agreed to these conditions before the au pair's arrival. I, the au pair, verify that I have reviewed the host family's application and pre-departure orientation information.

_____  12/11/09          _____  03/03/10
                      Date              Au Pair Signature  Date

                                        CHIPER ALEXANDRU
                                        Print Name

2

GAP_00077583