Case 1:14-cv-03074-CMA-KMT Document 1073-4 Filed 05/09/18 USDC Colorado Page 1 of 8

**EXHIBIT E**

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLORADO

                        --o0o--

JOHANA PAOLA BELTRAN;
et al.

         Plaintiffs,

v.                            Civil Action No. 1:14-cv-03074
                                            CMA-KMT
INTEREXCHANGE, INC.;
et al.

         Defendants.
_____/


                        --o0o--

                  March 13, 2018

                        --o0o--

         CONFIDENTIAL - ATTORNEY EYES ONLY
                   DEPOSITION OF

                JAKUB ANDRZEJ TUK

                        --o0o--

Reported By:  Nina Olson
              California CSR No. 6366
```



Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

49

```
11:45:30   1      MS. MULL:  Yeah.
11:45:30   2      THE WITNESS:  Yes.
11:45:32   3      MS. MULL:  I'm sure the court reporter
11:45:33   4   appreciated that little dialogue.
11:45:36   5      Q.  Okay.  Were you given a choice as to which host
11:45:39   6   family to interview with?
11:45:45   7      A.  No, because I had only one family at this time.
11:45:50   8      Q.  Okay.  And that was the ▇▇▇ family?
11:45:53   9      A.  Yes.
11:45:57  10      Q.  When you were thinking about what host families
11:45:59  11   you would want to work with, what characteristics were
11:46:04  12   you looking for in those host families?
11:46:06  13      A.  I didn't look for any.  I was really open to
11:46:10  14   any family.
11:46:12  15      Q.  Were there -- were there things that mattered
11:46:14  16   most to you about the family?
11:46:17  17      A.  That they're nice, and we can get along.  Yeah.
11:46:20  18      Q.  What mattered least to you?
11:46:24  19      A.  I don't know.
11:46:26  20      Q.  Do you think the ▇▇▇ family matched with what
11:46:29  21   you were looking for?
11:46:33  22      A.  Yes.  Yeah.
11:46:36  23      Q.  And how many host families did you interview
11:46:38  24   with when you first started --
11:46:40  25      THE REPORTER:  I'm sorry, you're starting to
```

50

```
11:46:40   1   talk at the same time again.  "And how many host families
11:46:40   2   did you interview with when you first started" --
11:46:40   3      Q.  BY MS. MULL:  When you first started the au
11:46:50   4   pair program?
11:46:51   5      A.  Just one family.
11:46:53   6      Q.  And that was with the ▇▇▇ family?
11:46:55   7      A.  Yes.
11:46:58   8      Q.  How many interviews did you have with the ▇▇▇
11:47:00   9   family?
11:47:05  10      A.  We had -- we talked twice on Skype, and we
11:47:09  11   emailed a couple of times.
11:47:14  12      Q.  So can you please describe the first -- the
11:47:19  13   first conversation over Skype that you had with the ▇▇▇
11:47:21  14   family?
11:47:24  15      A.  Over Skype.  Just introducing ourselves to each
11:47:29  16   other and meeting the kids, telling me what my rules will
11:47:37  17   be.  Yeah.
11:47:39  18      Q.  What do you remember about the rules?
11:47:43  19      A.  That I'm going to -- what I'm going to do
11:47:46  20   exactly while I'll be working for them.  I will take kids
11:47:51  21   to the school, from school, help with homework, help with
11:47:55  22   food, take them to activities and sports.
11:47:59  23      Q.  And, I'm sorry, did you say roles or rules?
11:48:02  24      A.  Rules.  I'm sorry.
11:48:04  25      Q.  With a "U" or an "O"?
```

51

```
11:48:06   1      A.  "U."  Rules like -- like what my rules -- the
11:48:12   2   rules of --
11:48:12   3      Q.  Like what you're duties are or --
11:48:14   4      A.  Yeah.
11:48:15   5      Q.  Okay.  What about your second conversation with
11:48:19   6   the family?  What do you remember about that?
11:48:23   7      A.  I think we -- I don't remember much, but I
11:48:28   8   think we're just making sure like the system match, and
11:48:34   9   we want to -- we want to continue that, and I agree.  It
11:48:40  10   was like a final, you know, agreement from both sides
11:48:44  11   on -- on that.
11:48:47  12      Q.  How long were your conversations, do you think,
11:48:49  13   with the family?
11:48:54  14      A.  I don't remember.  I don't remember.  Around 30
11:49:00  15   minutes the first one, maybe 20 minutes on another one.
11:49:05  16      Q.  Was a Go Au Pair representative present on the
11:49:08  17   call?
11:49:09  18      A.  No.
11:49:12  19      Q.  What kind of questions did you ask the host
11:49:14  20   family on your Skype calls?
11:49:19  21      A.  I asked about -- you know, questions about
11:49:22  22   kids, their names, their interests, what they like to do,
11:49:27  23   what I'm going to do, my duties.  Yeah.
11:49:33  24      Q.  Did you ever ask about the hours that you would
11:49:35  25   be working with the ▇▇▇ family?
```

52

```
11:49:37   1      A.  No.
11:49:38   2      Q.  Did they tell you how many hours you'd be
11:49:42   3   working?
11:49:42   4      A.  No.
11:49:43   5      Q.  Did you ask about how much you would be paid by
11:49:45   6   the ▇▇▇ family?
11:49:46   7      A.  No.
11:49:46   8      Q.  Did they tell you that?
11:49:47   9      A.  No.
11:49:52  10      Q.  Did you ask about any other benefits that you
11:49:54  11   would receive with the ▇▇▇ family?
11:49:55  12      A.  No.
11:49:57  13      Q.  Did you discuss any house rules?
11:50:04  14      A.  I don't remember.  I think a lot of things were
11:50:08  15   actually in their form.  They had the letter also to --
11:50:15  16   to au pairs; so I think the rules were there.  So I
11:50:18  17   didn't ask.
11:50:19  18      Q.  Okay.  So do you remember whether you discussed
11:50:21  19   driving rules?
11:50:24  20      A.  When I got to their -- when we -- when I came
11:50:27  21   here, we had a little bit of a talk.  I remember that.
11:50:32  22      Q.  Okay.  And we'll get into that when we -- when
11:50:35  23   we get there.
11:50:36  24      A.  Um-hum.
11:50:36  25      Q.  Do you remember on the Skype calls talking
```

13 (Pages 49 to 52)

Case 1:14-cv-03074-CMA-KMT Document 1073-4 Filed 05/09/18 USDC Colorado Page 4 of 8
Case No. 1:14-cv-03074-CMA-KMT Document 1085-19 filed 05/23/18 USDC Colorado pg 4 of 8

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### 53

```
11:50:39   1    about curfew?
11:50:43   2         A.   I don't remember if we talked about curfew.
11:50:50   3         Q.   Were you able to gather all the information
11:50:52   4    that you wanted when you were interviewing with the ▇
11:50:56   5    family?
11:50:57   6         A.   Most of it.
11:50:58   7         Q.   Was there anything that you remember that you
11:51:00   8    didn't know from the call that you wanted to?
11:51:06   9         A.   Probably there was a lot of questions, but I
11:51:08  10    just -- you know, I was really excited, and I didn't
11:51:11  11    really think about it when I was talking with them; and I
11:51:15  12    was nervous, too.  So I didn't ask.
11:51:20  13         Q.   So who decided whether the match was going to
11:51:23  14    happen?
11:51:26  15         A.   Both sides.  Me and the family.
11:51:31  16         Q.   Did Go Au Pair decide that you were going to be
11:51:34  17    a match?
11:51:38  18         A.   I don't think so.  I mean, I think it was up to
11:51:41  19    us if we matched, if we had a good connection.
11:51:48  20         Q.   What were your general impressions of the ▇
11:51:51  21    family?
11:51:51  22         MR. VALDIVIESO:  Objection to form.  You can
11:51:54  23    answer.
11:51:56  24         THE WITNESS:  Do I have to answer?
11:51:57  25         MS. MULL:  If you understand, you can.
```

### 54

```
11:51:58   1         THE WITNESS:  I do understand.  Nice family.
11:52:03   2    Nice family.
11:52:07   3         Q.   BY MS. MULL:  What factors influenced your
11:52:08   4    decision to choose them as a host family?
11:52:13   5         A.   They seemed really nice on the phone, and I
11:52:15   6    think -- when -- when we were interviewing, I thought
11:52:21   7    that's going to be a good match.  That's why.
11:52:24   8         Q.   Did you have any concerns about the ▇
11:52:27   9    family after you spoke with them and read their profile?
11:52:30  10         A.   No.
11:52:35  11         Q.   And you agree that the ▇ family accepted
11:52:38  12    you as their au pair?
11:52:40  13         A.   Yes.
11:52:40  14         Q.   And you accepted the ▇ family as your host
11:52:43  15    family?
11:52:43  16         A.   Yes.
11:52:43  17         Q.   And Go Au Pair didn't make that decision for
11:52:46  18    you or the host family?
11:52:47  19         A.   No.
11:52:50  20         Q.   Who handled the visa preparation?  Do you know?
11:52:59  21         A.   Me?  I think I did.  Like actually going and
11:53:03  22    get the visa.
11:53:04  23         Q.   Um-hum.
11:53:05  24         A.   Yes, me.  I had to go to the embassy.
11:53:09  25         Q.   Did you -- did you also fill out the
```

### 55

```
11:53:11   1    application for the visa?
11:53:13   2         A.   Yes.
11:53:14   3         Q.   Did Go Au Pair have any part in getting --
11:53:18   4         A.   I just had the little letter, like a one-page
11:53:21   5    letter, just showing that I am a candidate for Go Au
11:53:28   6    Pair -- or Go Au Pair.
11:53:30   7         Q.   So Go Au Pair gave you that form, and you took
11:53:32   8    it --
11:53:32   9         A.   Yes.
11:53:32  10         Q.   -- and you filled it out?
11:53:33  11         A.   Yes.  There was like -- there was not a form.
11:53:35  12    There was a letter.  There was nothing to like write on
11:53:37  13    it.
11:53:38  14         Q.   Okay.  So --
11:53:39  15         A.   So it was just like a letter with like me being
11:53:45  16    a candidate or help me --
11:53:52  17         THE REPORTER:  "Or help me"?  I couldn't hear.
11:53:52  18         THE WITNESS:  The form I took with me to the
11:53:54  19    embassy.  I don't remember exactly what was in the form,
11:53:58  20    but I think it said that I am the candidate for being an
11:54:04  21    au pair in America; and I had to show it to the person in
11:54:08  22    the embassy, and I -- I think that's -- it helps you.  I
11:54:16  23    don't know.  I really don't know.  I took it with me.
11:54:20  24         Q.   BY MS. MULL:  Okay.  So other than the letter,
11:54:22  25    do you remember anything that Go Au Pair did to help you
```

### 56

```
11:54:25   1    get the visa?
11:54:27   2         A.   No.
11:54:29   3         Q.   Were there costs associated with the visa?
11:54:33   4         A.   Yeah, $160.
11:54:35   5         Q.   Who paid that?
11:54:36   6         A.   Me.
11:54:37   7         Q.   How did you pay it?
11:54:41   8         A.   Either check, or I send it like by bank.
11:54:48   9         Q.   Like a bank transfer?
11:54:50  10         A.   Yes, exactly so.
11:54:51  11         Q.   And you sent that directly to the embassy?
11:54:54  12         A.   Yes.
11:54:57  13         Q.   When you were going through the visa
11:54:58  14    application process, do you remember learning any rules
11:55:02  15    and restrictions about your visa?
11:55:04  16         A.   Do I remember?  Yes, I do remember a little
11:55:13  17    bit.
11:55:14  18         Q.   What do you remember?
11:55:14  19         A.   I remember as a J-1 on the visa -- on the J-1
11:55:21  20    visa I -- I only can work for the family.  I can't do any
11:55:27  21    other jobs or side jobs.  That's what I remember to be
11:55:34  22    honest.
11:55:36  23         Q.   Do you remember that as part of the visa
11:55:40  24    application you weren't allowed to work more than 45
11:55:42  25    hours per week?
```

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### 69

```
12:09:51  1     A.  We -- this and that. Like we did some
12:09:56  2   together, some, you know, separate because we had
12:09:59  3   different schedules a little bit.
12:10:01  4     Q.  And do you -- do you have an understanding of
12:10:04  5   why they hired two au pairs?
12:10:09  6     A.  I guess they needed more help.  That's why.
12:10:12  7   They had four kids.
12:10:16  8     Q.  Did the ▇▇▇ buy your groceries for you?
12:10:19  9     A.  Yes, or actually we did.  I did groceries.
12:10:23 10   Like we would go -- that was part of our work schedule.
12:10:29 11     Q.  Okay.  So when you say, "We," you mean you and
12:10:30 12   the other au pair?
12:10:31 13     A.  Me and Odette.  Um-hum.
12:10:33 14     Q.  Did they -- did the ▇▇▇ family reimburse you
12:10:36 15   for the groceries?
12:10:37 16     A.  They -- we had their card, like a credit card,
12:10:40 17   we could pay with.
12:10:42 18     Q.  So you went to buy the groceries, but the ▇▇▇
12:10:45 19   family paid for them?
12:10:46 20     A.  Yes.
12:10:46 21     Q.  Did you eat the same meals as the ▇▇▇ family?
12:10:51 22     A.  Most of them.  Like dinners.  Yeah.
12:10:55 23     Q.  Did the ▇▇▇ ever take you out for meals with
12:10:58 24   the family?
12:10:59 25     A.  No.  I don't remember.
```

### 70

```
12:11:01  1     Q.  You don't remember or no?
12:11:03  2     A.  No, no.
12:11:06  3     Q.  When you got there, did you -- you mentioned
12:11:09  4   that you discussed ground rules and expectations; is that
12:11:12  5   right?
12:11:12  6     A.  Yes.
12:11:13  7     Q.  What do you remember about the rules?
12:11:15  8     A.  I wish I have it with me.  I have those rules.
12:11:18  9   It was like a big pack of pages.  There's a lot of
12:11:23 10   different rules about -- about our duties, our schedules,
12:11:36 11   what their expectations are from us, a lot of different
12:11:42 12   things.
12:11:44 13     Q.  And did the ▇▇▇ family give that to you or --
12:11:46 14     A.  Yes.
12:11:47 15     Q.  -- did Go Au Pair?
12:11:48 16     A.  The ▇▇▇ family.  They had their own handbook.
12:11:53 17     Q.  So the ▇▇▇ family prepared a handbook for
12:11:55 18   you?
12:11:56 19     A.  Yes.
12:11:59 20     Q.  Did you discuss how much you would be paid?
12:12:02 21     A.  No.
12:12:05 22     Q.  Did you discuss when you would be paid?
12:12:07 23     A.  Yes, they -- yeah, I remember it was every
12:12:11 24   Friday we get paid.
12:12:12 25     Q.  And you spoke about that when you moved to
```

### 71

```
12:12:14  1   the --
12:12:15  2     A.  Yes.
12:12:16  3     Q.  Okay.  And did you discuss how you would be
12:12:18  4   paid?
12:12:20  5     A.  Yeah.  I think she said she's going to give us
12:12:22  6   cash.
12:12:23  7     Q.  Did you discuss your work schedule?
12:12:30  8     A.  Yeah, yeah.  Yes.  Sorry.
12:12:34  9     Q.  And you said that the ▇▇▇ family provided you
12:12:38 10   with a weekly schedule; is that right?
12:12:40 11     A.  Yes.
12:12:41 12     Q.  And you said that you still have copies of
12:12:43 13   those or --
12:12:44 14     A.  Yes, I do.
12:12:44 15     Q.  Of all of them?
12:12:46 16     A.  Most of them.
12:12:50 17     Q.  And did -- at that point when you -- when you
12:12:53 18   arrived, did you discuss house rules?
12:12:57 19     A.  Before I arrived?
12:12:58 20     Q.  When you --
12:12:59 21     A.  When I arrived?
12:12:59 22     Q.  When you arrived.
12:13:00 23     A.  Yes, yes.
12:13:01 24     Q.  And what do you remember about the house rules?
12:13:03 25     A.  I remember our curfew.  I remember like what
```

### 72

```
12:13:10  1   we're supposed do with the kids, the schedule.  Yeah.
12:13:19  2     Q.  Can you describe for me what your first few
12:13:21  3   weeks with the ▇▇▇ family were like?
12:13:28  4     A.  Yeah, sure.  I -- the first weeks there was a
12:13:33  5   lot of, you know, training to just get used to the
12:13:35  6   schedule and what we have to do and what is like -- like
12:13:40  7   kind of -- I think the other au pair was more engaged in
12:13:45  8   it, to show me around, like about practice riding --
12:13:51  9   driving, sorry, driving the car, where is the school,
12:13:55 10   where is, you know, stores and all of that kind of
12:13:57 11   introducing me to the area.
12:14:00 12     Q.  When did you first start providing direct child
12:14:04 13   care to the kids?
12:14:08 14     A.  The day after I came to the states.  So I
12:14:12 15   remember I arrived really late, and I -- you know, I went
12:14:18 16   to bed, but I woke up in the morning; and I saw the other
12:14:22 17   au pair working, and I was like, "You know, what" -- they
12:14:23 18   told me I don't have to, but I was like, "You know, since
12:14:26 19   I'm awake anyway, I'm just going to do it and help you
12:14:29 20   out."  So the next day.
12:14:32 21     Q.  And do you know the name Jane Lawson?
12:14:37 22     A.  I -- I think she was my first LCC or L- --
12:14:43 23     Q.  LAR?
12:14:43 24     A.  LAR.
12:14:45 25     Q.  When you say "LCC," do you know what that
```

18 (Pages 69 to 72)

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

---

**113**

```
13:10:58   1   family I had, you know, the weekends off, and they didn't
13:11:01   2   overwork me.  There was nothing really -- I could really
13:11:05   3   complain; so --
13:11:08   4       Q.   Whose idea was it for you to extend?
13:11:11   5       A.   My idea.
13:11:12   6       Q.   It wasn't a host family?
13:11:14   7       A.   No.
13:11:15   8       Q.   And Go Au Pair didn't make you extend?
13:11:17   9       A.   No.  No, no, no.  That was my own decision.
13:11:21  10       Q.   How long did you extend for?
13:11:24  11       A.   Another year.
13:11:27  12       Q.   All right.  If you -- now, we look at the
13:11:30  13   Extension Agreement.  In page three of 12, which is
13:11:36  14   Exhibit 10 --
13:11:36  15       A.   Um-hum.
13:11:36  16       Q.   -- it says, "I agree my weekly stipend will be
13:11:39  17   no less than the amount on the table below," and for your
13:11:44  18   extension did you -- were you a standard au pair?
13:11:47  19       A.   Yes.
13:11:48  20       Q.   Okay.  So your weekly wage was going to be no
13:11:51  21   less than 195.75; is that right?
13:11:53  22       A.   Yes.
13:12:02  23       Q.   And Exhibit 11.
13:12:02  24       A.   Um-hum.
13:12:02  25       Q.   "Child Care Services Agreement."  So Exhibit 11
```

**114**

```
13:12:08   1   is the Child Care Services Agreement with the ▇▇▇▇▇ and
13:12:13   2   ▇▇▇▇▇ family; right?
13:12:15   3       A.   Um-hum.
13:12:15   4       Q.   And we are going to call them the ▇▇▇▇s.
13:12:17   5       A.   The ▇▇▇▇.
13:12:20   6       Q.   All right.  Who arranged for your flight to
13:12:22   7   Maryland?
13:12:23   8       A.   I believe the host family.
13:12:25   9       Q.   The ▇▇▇▇?
13:12:26  10       A.   Yes.
13:12:27  11       Q.   And who paid for that flight?
13:12:29  12       A.   The ▇▇▇▇.
13:12:31  13       Q.   When did you travel to Maryland?
13:12:36  14       A.   I think it was the 21st of April 2015.
13:12:48  15       Q.   How did you -- how did you meet the ▇▇▇▇?
13:12:52  16       A.   By -- well, the email also.  I got the email
13:12:56  17   from them, and then we spoke on Skype.
13:12:59  18       Q.   Did you get an email from any other families
13:13:01  19   besides the ▇▇▇▇ when you extended?
13:13:05  20       A.   Yes.  Yes, I did from another family from
13:13:10  21   Philadelphia.
13:13:11  22       Q.   What made you decide to go with the ▇▇▇▇
13:13:17  23   family instead of the Philadelphia family?
13:13:20  24       A.   I don't know.  Instinct like.  I liked them.  I
13:13:24  25   did like them, and that's why.
```

**115**

```
13:13:28   1       Q.   Did you interview with the ▇▇▇▇ and the
13:13:32   2   Philadelphia family?
13:13:33   3       A.   I did.  I emailed with the other family.  We
13:13:36   4   never really spoke.
13:13:37   5       Q.   Okay.  So you only did a Skype interview with
13:13:40   6   the ▇▇▇▇ family?
13:13:42   7       A.   Yes.
13:13:42   8       Q.   What were your general impressions of the
13:13:45   9   ▇▇▇▇ family when you first Skyped with them?
13:13:48  10       A.   Really nice family.  I met just the parents.  I
13:13:52  11   didn't actually meet the kids until I got there.  Really
13:13:56  12   nice, friendly.  Really open.  They were really open what
13:14:01  13   they expect -- expect from me, what I will be doing.
13:14:05  14       Q.   Did you have any concerns about the ▇▇▇▇
13:14:08  15   family after you viewed their profile?
13:14:10  16       A.   No.
13:14:11  17       Q.   Did you have any concerns after you interviewed
13:14:13  18   with them?
13:14:14  19       A.   No.
13:14:15  20       Q.   And you agree that the ▇▇▇▇ family decided to
13:14:17  21   accept you as their au pair?
13:14:19  22       A.   Yes.
13:14:20  23       Q.   And you decided to accept the ▇▇▇▇ family as
13:14:22  24   your host family?
13:14:23  25       A.   Yes.
```

**116**

```
13:14:24   1       Q.   And Go Au Pair did not decide to match you with
13:14:26   2   the ▇▇▇▇s?
13:14:27   3       A.   No.
13:14:28   4       Q.   Sorry, could you say that one more time?
13:14:30   5       A.   Yes.  I mean, no, they did not.
13:14:32   6       Q.   Okay.  You agree that Go Au Pair did not decide
13:14:35   7   to match you with the ▇▇▇▇ family?
13:14:37   8       A.   Yes.
13:14:39   9       Q.   Okay.  Yes, you agree that they did not?
13:14:41  10       A.   Yes.
13:14:42  11       Q.   Sorry.  That was a bad question on my part.
13:14:45  12       A.   No worries.
13:14:46  13       Q.   And do you recognize Exhibit 11, the Child Care
13:14:49  14   Services Agreement?
13:14:50  15       A.   Yes.
13:14:50  16       Q.   And on page nine of Exhibit 11.
13:15:02  17       A.   Page nine.  Yes.
13:15:05  18       Q.   Is that your signature at the bottom?
13:15:09  19       A.   The -- yes, it is, the online one.
13:15:15  20       Q.   And I realize now after we just had that little
13:15:18  21   conversation that my question earlier might have been
13:15:22  22   confusing with the other families.
13:15:25  23            So did the ▇▇▇▇ family decide to accept you as
13:15:28  24   their au pair?
13:15:28  25       A.   Yes.
```

29 (Pages 113 to 116)

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

117

```
13:15:29   1    Q.   Did you decide to accept the _____ family as
13:15:32   2  your host family?
13:15:33   3    A.   Yes.
13:15:33   4    Q.   Did Go Au Pair decide to match you with the
13:15:35   5  _____ family?
13:15:38   6    A.   No.
13:15:43   7    Q.   Did the _____ family decide to accept you as
13:15:45   8  their au pair?
13:15:46   9    A.   Yes.
13:15:47  10    Q.   Did the _____ family decide -- did you decide
13:15:50  11  to accept the _____ family as your host family?
13:15:54  12    A.   Yes.
13:15:54  13    Q.   And did Go Au Pair decide to match you with the
13:15:57  14  _____ family?
13:15:58  15    A.   No.
13:15:59  16    Q.   Thank you.
13:15:59  17    A.   Thank you.
13:16:01  18    Q.   Do you recognize the signature of
13:16:04  19  _____?
13:16:07  20    A.   Yes.
13:16:07  21    Q.   And you -- both you and Mr. _____ both signed
13:16:11  22  the Child Care Services Agreement on April 14th?
13:16:14  23    A.   Yes.
13:16:15  24    Q.   Please turn to the second page --
13:16:21  25    A.   Um-hum.
```

118

```
13:16:21   1    Q.   -- of Exhibit 11.  This says the "Work
13:16:27   2  Schedule."
13:16:29   3    A.   Um-hum.
13:16:29   4    Q.   Do you have an understanding of who filled in
13:16:31   5  the content of the schedule?
13:16:34   6    A.   Host family.
13:16:36   7    Q.   And you understand that the -- that Go Au Pair
13:16:38   8  did not fill in the content?
13:16:40   9    A.   Yes.
13:16:41  10    Q.   And is the schedule on page two of Exhibit 11
13:16:45  11  consistent with your work schedule?
13:16:48  12    A.   Most likely, yeah.
13:16:50  13    Q.   And the next page, page three of Exhibit 11, do
13:16:57  14  you see the "Duties and Responsibilities"?
13:16:59  15    A.   Um-hum.
13:17:00  16    Q.   Do you have an understanding of who decided --
13:17:02  17  who checked the boxes?
13:17:04  18    A.   Yes.
13:17:04  19    Q.   Who was that?
13:17:06  20    A.   Host family.
13:17:06  21    Q.   And not Go Au Pair?
13:17:08  22    A.   Not Go Au Pair.
13:17:09  23    Q.   And is the chart on page three of Exhibit 11
13:17:14  24  that sets forth the duties and responsibilities, were
13:17:17  25  those consistent with what actually happened?
```

119

```
13:17:19   1    A.   Yes.
13:17:21   2    Q.   On page four of Exhibit 11 do you see there's a
13:17:27   3  section for "Compensation."  It says, "The host family
13:17:30   4  agrees to pay the au pair at least a minimum weekly
13:17:33   5  stipend of 195.75."  Do you see that?
13:17:35   6    A.   Yes.
13:17:35   7    Q.   And then below it says that the weekly stipend
13:17:39   8  for the _____ family is $200 --
13:17:41   9    A.   Yes.
13:17:42  10    Q.   -- correct?  Correct?
13:17:44  11    A.   Correct.
13:17:46  12    Q.   And that's to be paid every two weeks; right?
13:17:48  13    A.   Yes.
13:17:50  14    Q.   Is that what happened?
13:17:52  15    A.   Yes.
13:17:52  16    Q.   And did the _____ family decide how much to
13:17:56  17  pay you?
13:17:56  18    A.   Yes.
13:17:57  19    Q.   Did Go Au Pair decide that you would be paid
13:17:59  20  $200?
13:18:00  21    A.   No.
13:18:02  22    Q.   And how did the _____ family pay you?
13:18:05  23    A.   Cash or check.
13:18:09  24    Q.   On Section 3.2 of page four, Exhibit 9 --
13:18:14  25    A.   Um-hum.
```

120

```
13:18:15   1    Q.   -- it says, "The au pair will prepare a hard
13:18:17   2  copy weekly log of the hours worked by day, stipend paid,
13:18:21   3  vacation days used, and educational financial
13:18:25   4  contributions made."
13:18:26   5    A.   Um-hum.
13:18:27   6    Q.   Do you see that?
13:18:27   7    A.   Yes.
13:18:30   8    Q.   Did you ever prepare a weekly log of hours?
13:18:33   9    A.   Not really.  So the first month I didn't really
13:18:39  10  get the schedule.  I was just -- I kind of knew how I'm
13:18:43  11  going to work, but I wasn't sure, but later on with the
13:18:47  12  year I got the schedule.
13:18:50  13    Q.   When you say you got the schedule, did the host
13:18:52  14  family prepare a schedule for you?
13:18:54  15    A.   Yes.  I asked them for it.
13:18:57  16    Q.   So you asked the _____ to prepare a schedule
13:18:59  17  for you?
13:19:00  18    A.   Yes.
13:19:04  19    Q.   How often did you care for the _____ children?
13:19:09  20    A.   Every day --
13:19:12  21       THE REPORTER:  I'm sorry, "Every day" --
13:19:12  22       THE WITNESS:  Every day except my days off.
13:19:20  23    Q.   BY MS. MULL:  About how many hours a day did
13:19:22  24  you work for the _____ family?
13:19:26  25    A.   Eight hours.  Around eight hours.
```

30 (Pages 117 to 120)

Case 1:14-cv-03074-CMA-KMT Document 1085-19 filed 05/23/18 USDC Colorado pg 8 of 8

JAKUB ANDRZEJ TUK - CONFIDENTIAL - ATTORNEY EYES ONLY - 3/13/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### 121

```
13:19:31  1    Q.  And when you say that you worked eight hours,
13:19:33  2  what activities does that include?
13:19:36  3    A.  Picking up from school -- excuse me, driving to
13:19:40  4  school first, getting ready in the morning, making
13:19:44  5  breakfast, then picking up from school, going to parks,
13:19:51  6  activities.  Yeah.
13:19:55  7    Q.  About how many hours per week did you work for
13:19:57  8  the ▇▇▇▇ family?
13:19:58  9    A.  Around 45 hours.
13:20:00 10    Q.  About 45 hours?
13:20:02 11    A.  Um-hum.
13:20:02 12    Q.  Did you ever work more than 45 hours for the
13:20:05 13  ▇▇▇▇ family?
13:20:08 14    A.  So the -- the thing is I -- I could probably,
13:20:13 15  but I didn't really -- I didn't have a plan; so I wasn't
13:20:17 16  sure if I'm working a lot of times.  Like I would be
13:20:21 17  home, and I would play with the kids, but I was not sure
13:20:24 18  if that's like my schedule.  That's why I asked for
13:20:28 19  schedules, and later on I finally got the schedule.
13:20:31 20    Q.  So when there were times when you weren't sure
13:20:33 21  if were you working, do you count that as part of your 45
13:20:37 22  hours of work?
13:20:39 23    A.  Maybe more than that.
13:20:40 24    Q.  So you think that maybe you did work more than
13:20:43 25  45 hours a week --
```

### 122

```
13:20:44  1    A.  Yes.
13:20:44  2    Q.  -- some weeks?  Do you know about how often you
13:20:49  3  did?
13:20:51  4    A.  How often I worked more than 45 hours?
13:20:54  5    Q.  Yes.
13:20:55  6    A.  Probably every week a little bit more.
13:20:58  7    Q.  Did you ever work more than ten hours per day?
13:21:01  8    A.  No, I don't think so.
13:21:05  9    Q.  How often -- you said it was about every week
13:21:09 10  that you worked more than 45?
13:21:10 11    A.  A little bit, yeah.
13:21:11 12    Q.  Did you report that to your LAR?
13:21:14 13    A.  No.
13:21:14 14    Q.  Did you ever ask for more money for working the
13:21:19 15  extra hours?
13:21:20 16    A.  No.
13:21:20 17    Q.  Did they -- did the ▇▇▇▇ family ever offer
13:21:23 18  more money?
13:21:24 19    A.  No.
13:21:26 20    Q.  Did you have weekends off?
13:21:31 21    A.  Yes, some of them.  It depends.  Some -- yes, I
13:21:36 22  did have for the most part, and then when I had my
13:21:39 23  schedule, there was a little change.  Like I'd work some
13:21:44 24  Saturdays or some Sundays.
13:21:46 25    Q.  Would you then get a day -- a different day off
```

### 123

```
13:21:48  1  that week so that you were -- you had at least two
13:21:52  2  days --
13:21:53  3    A.  Yes.
13:21:53  4    Q.  -- or one and a half days off?
13:21:55  5    A.  One and a half days, yes.
13:21:56  6    Q.  What did you do in your free time?
13:21:59  7    A.  Explored DC, Washington DC, and hung out with
13:22:03  8  friends, go to the gym.
13:22:07  9    Q.  And what did child care responsibilities
13:22:10 10  include with the ▇▇▇▇ family?
13:22:15 11    A.  All of listed here, most of them.  Playing with
13:22:18 12  the kids, homework, going to the parks, take them to the
13:22:26 13  activities, doing laundry, making food or helping.
13:22:34 14    Q.  So you're -- you're referring to the duties and
13:22:37 15  responsibilities chart --
13:22:38 16    A.  Yeah.
13:22:39 17    Q.  -- in Exhibit 11?
13:22:40 18    A.  Um-hum.
13:22:41 19    Q.  Yes?
13:22:41 20    A.  Yes.
13:22:43 21    Q.  Who set your job responsibilities?
13:22:46 22    A.  Host family.
13:22:47 23    Q.  Did Go Au Pair decide what your
13:22:49 24  responsibilities would be?
13:22:50 25    A.  No.
```

### 124

```
13:22:50  1    Q.  Who set your work schedule?
13:22:52  2    A.  Host family.
13:22:53  3    Q.  Did Go Au Pair decide your work schedule?
13:22:55  4    A.  No.
13:22:56  5    Q.  Did Go Au Pair ever supervise your work with
13:22:58  6  the ▇▇▇▇ family?
13:22:59  7    A.  No.
13:23:00  8    Q.  Did you have a car when you worked for the
13:23:02  9  ▇▇▇▇ family?
13:23:03 10    A.  Yes.
13:23:05 11    Q.  It was a family car that you had access to?
13:23:07 12    A.  Yes.
13:23:08 13    Q.  Were you given access to the car for your free
13:23:11 14  time?
13:23:12 15    A.  Yes.
13:23:14 16    Q.  Did the ▇▇▇▇ family provide you with a cell
13:23:17 17  phone?
13:23:17 18    A.  Yes.
13:23:18 19    Q.  Did they pay for the bill?
13:23:19 20    A.  Actually, I'm sorry.  I had my own phone that
13:23:21 21  they paid for.
13:23:22 22    Q.  They paid for the bill?
13:23:24 23    A.  For the bill, yes.
13:23:25 24    Q.  Did you also use your own computer?
13:23:29 25    A.  Yes, but they also had an extra computer for me
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490