Case 1:14-cv-03074-CMA-KMT Document 1073-9 Filed 05/09/18 USDC Colorado Page 1 of 15

# EXHIBIT F

# THE ███████ FAMILY AU PAIR HANDBOOK

## BASIC FAMILY INFORMATION

1. Address: ███████

2. Home phone number: ███████

3. Cell phone numbers:

4. Host parent work phone numbers: ███████

## THE CHILDREN – The children always come first!

1. Activities that our children enjoy, and we encourage, include:
   (Suggestions: reading, watching movies, arts and crafts, outside play, go to a friend's house or the pool)

   Reading, arts and crafts, swimming, playing outside.

2. Our children are allowed to play at the homes of these families: None without the prior consent of ███████

   Please check with parents first.

3. We encourage good behavior in our children by rewarding them with:

   Verbal praise, positive reports to ███████ to read at the end of the day.

4. When our children misbehave, you may discipline them by: **NOT BY RAISING YOUR VOICE WITH THEM. THIS ONLY ESCALATES THINGS. REMAIN CLAM AND MAINTAIN A NORMAL TALKING VOICE, INCLUDING VOLUME LEVEL, TONE AND SPEED.**

   Get on their eye level even if that means that you have to kneel on your knees or sit down on the floor beside them and have a discussion with them. Ask questions about why they did the action or said the words.

   **Listen** to them and try to talk to them in a mature and calm manner.

   If you cannot make this work then proceed with a time out, put toys on time out, take away TV, iPhone or computer privileges, and, in any event, please write ███████ note about it so we can follow up.

5. When our children are upset, this is what works best to calm them down:

   Distractions - reading, signing, joking. If it is a tantrum, ignore. If they are sad, call mom/mommy, hold him/her, sing, read a book. The kids are good at helping each other, too. E.g., if one of the girls is sad, ask ███████ to help.

6. What kind of programs are the children not allowed to watch?

- Non-kids programs; violent cartoons or inappropriate kids' programming.
- Same rules apply to watching content on the Internet.

7. Please use the additional space provided below to include further pertinent information regarding the Telephone and TV section:

No TV for kids on school days. Otherwise, we prefer to limit TV, video games, etc. to 1 hr. per day. Our kids are usually happier to be engaged, with your help, in other activities, such as board games, sports, crafts, reading or baking.

## COMPUTER & INTERNET USAGE

1. When is your au pair allowed to use the computer? How often?

   Unlimited when you are not on duty. No computer use on duty unless it's to help with a child activity such as homework.

2. When going online, things to consider include:

   Same rules as apply to TV.

3. Are there any restricted websites, games or commands on your home computer?

   No adult websites or other sites that your own parents would not be comfortable with.

4. Social Media Guidelines:

   We are a private family, so please use discretion when posting pictures or other information that include or relate to our family. Do not post updates about us, travel schedules, or pictures of our family.

## EDUCATIONAL COMPONENT

Au pairs are required by the U.S. Department of State to enroll in an accredited post-secondary institution for not less than six academic credits or its equivalent. Host families are required to pay the cost of this course, including texts/books up to, but not more than $500.

1. Nearby Institutions:

   Adult school in San Mateo
   College of San Mateo

2. Options for transportation:
   (Car? Bus? Train? Walk? Host family is required to facilitate transportation to and from class.)

   Bus and car locally, train for farther away.

3. Things to consider when choosing classes:
   (Host family work/school schedules, commuting time, etc.)

Classes should be during hours that you are off duty. Note that in the summer, your hours will include daytime as well as evening hours. So, classes in the middle of the day while kids' school is in session are best.

## POOL/SAFETY

Pool safety is EXTREMELY IMPORTANT. The pool is NEVER to be left open unless there is an adult to supervise it.

- There should be at least 1 adult for every 2 children in the pool when ▇▇▇▇▇▇ ▇▇▇▇▇ is not in/at the pool.
- Kids can jump from the side of the pool, but no running and jumping into the pool.
- No running on the flagstone when pool is open.
- When closing the pool cover, all kids must be on the grass or in the house.
- People should be dry and all pool toys put away before entering the house.

**Pool cover must be closed at all times unless you are outside with the children. Pool cover should NEVER be left open if you are not outside watching the pool and the children. Never open the cover part way. It should be all the way open or closed all the way. NO ONE IS ALLOWED IN THE POOL UNLESS THE POOL COVER IS ALL THE WAY OPEN.**

**! AGAIN – DO NOT LEAVE THE POOL COVER OPEN IF YOU ARE NOT OUTSIDE – NOT EVEN FOR ONE SECOND!**

You are responsible for cleaning the children's bedrooms, playroom/garage, book closet, homework area, under boys' beds, backyard. These are not Diana's duties.

You are responsible for the children's laundry and ironing. This includes not only washing the clothes but also putting them in the dryer for 15 minutes on cold and then hanging them to dry. After the clothes are dry, you should **immediately** fold the clothes and put the clothes away in the appropriate place. There should be NO clothes on the kids' desk area when you go off duty in the evening. The children's laundry needs to be done at least twice per week. Please also spot treat any stains **before** you wash the clothes. Do not start a load of laundry if you will not be able to finish it.

3. The following chart includes special instructions for household appliances:

| Appliance | Special Instructions |
|---|---|
| Washer | Please use washer at times Diana doesn't need it. Do not do your laundry or the children's laundry on Monday during the day. This is Diana's day to do laundry. Margo & Dawn need the washer on weekends; full loads only. Baseball uniforms need to be washed and dried and ready for practice or games. |
| Dryer | Do not dry kids/family clothes; 15 mins cold only; hang dry |
| Telephone/ | Local calls and calls within the US are fine. International calls should be made with a calling card. No incoming calls on family phone after 9pm. |
| Security system/ dog fence | We will show you how this work. |

4. Please use the additional space provided below to include further pertinent information regarding the au pair's household responsibilities:

You are a member of our family and should contribute where there are needs, as appropriate, eg. if you see a newspaper, bring it in; if dogs need out, please let them out; if a child is hungry, help prepare a snack.

5. When you are on duty, your focus should be on the kids, their needs, keeping them safe and busy. **You are not allowed to text, skype, read a book or surf the Internet during the hours that you are on duty. When you are on duty, you should either be engaged with the children or doing something to help the household (i.e. – put laundry away, tidy up books, homework area, prepare snack, etc.)**

When you are on duty, be proactive about helping. Please find something to do either with the children or some task – please do not just sit and hang out – there is just too much to do. No sitting on the desk area outside the children's room.

## PAY & VACATION SCHEDULE

1. What day of the week will the au pair be paid?

    Saturday

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                             TUK_000004

2. Family vacations:

We spend many weekends in Tahoe (the mountains) during the winter and summer. We will discuss with you when you need to come with us and when you can choose not to. If you come, you would be expected to help, be proactive in helping with the kids, to have fun, etc. If you prefer not to come (maybe you have other plans or need time away from the family), we will discuss and decide whether you will have other duties, such as taking care of the dogs, will have time off or will use vacation time.

3. Au pair vacation:

If there is a specific time you would like to take vacation, please discuss with us as soon as possible. Otherwise, we will let you know when we have vacation plans and discuss whether you will join us, etc.

## FAMILY CAR POLICY

1. Automobile insurance information:
   (Include: name of company, toll free number)

   USAAA
   1 (800) 531-8111
   Policy ▮▮▮▮▮▮▮▮▮▮

2. Au pair car usage:

   - Generally, the car is for use in driving kids to school and activities.
   - You may, however, borrow the car with our permission, as long as you take care of the car (no leaving garbage in it, no leaving it on empty, follow the rules). You must clean out car on a daily basis. If you do not want to keep the car clean, please do not drive it when you are not on duty.
   - When you are off duty, you are responsible for keeping the same level of gas in the car. We require Premium Unleaded Gas only to be put in the car, and we prefer Shell, if possible. Please leave receipts for personal gas charges on the kitchen counter.
   - You are not allowed to take the car overnight.
   - You may not take the car out of town (e.g. - San Francisco, Half Moon Bay, across the Bay, to San Jose, to Palo Alto, or the like) or farther than 10 miles (whether on duty (unless requested to do so by Dawn or Margo) or off duty).
   - There is never to be anyone who has been drinking alcohol or smoking in the car.
   - You are never to drive the car if you have had any alcohol in the prior 10 hours.
   - Except for our family, no more than 1 passenger unless we have discussed first.
   - Keep the cars clean – do not allow messy food in the car, and remove all garbage, clothes, toys, etc. everyday.
   - Do not leave any belongings in sight when you leave the car.
   - Keep the doors locked – even when in the driveway.

## COMMUNICATION

It is important that both our family and you feel comfortable at home. We know how difficult the first few weeks can be while we all adjust to and learn about one another. These questions are meant to help us address the best ways to communicate together on both large and small issues

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    TUK_000005

1. How do you prefer your au pair to bring up concerns and issues?
   (Suggestions: as they happen, behind closed doors and not in front of the children, as a family, etc.)

   As they happen, directly with ▮▮▮▮▮▮▮, as appropriate. You can text or email us during the day as well. Prefer to address issues when children are not around.

2. If your au pair has a concern he or she has a hard time voicing, you suggest:
   (Writing a note, sitting down in a comfortable setting and talking, contacting the au pair liaison)

   Please try first to discuss with us. If you don't feel comfortable, you may write us a note.

**CURFEW & HOUSE RULES**

1. General curfew information:
   (Is there a curfew? What time?)

   - On work nights, you must be home and alarm is set by 10pm. For example if you are off on a Friday afternoon and Saturday but are on duty on Sunday, you do not have a curfew on Friday night, but you must be home by 10pm on Saturday night to be ready for duty on Sunday.

   - On your nights off, please let us know what time you think you will be home.

   - You are not allowed to have a girlfriend or a boyfriend spend the night at the house.

2. House rules on going out at night and dating:

   Same as above.

3. Please use the additional space provided below to include further pertinent information regarding the curfew & house rules:

   - You should be rested and ready to help at the times you are working. We work full time and try to go to bed at a reasonable time and ask that you help by not coming home late on work nights.

4. No nagging. Please **do not nag** the children. If you want them to do something, walk them there and help them if they do not do it right away. Nagging (saying the same thing over and over) is unproductive and devalues your words and makes it less likely that they will listen.

5.

**RULES ON ALCOHOL & SMOKING**

1. Under no circumstances are you allowed to drink any alcohol in our house at any time. Under no circumstances are you allowed to have anyone in our car that has had any alcohol. If you have a problem with this, let's talk about it right now. We will not accept any behavior of this type. There are other families that will allow you to drink in their house and drink and drive their car or have passengers in the car that have had alcohol. We will not. If you choose to live in our house, you will be required to follow this rule. There are no exceptions, and we have a zero tolerance rule – meaning if you do it one time, you will be asked to leave our family.

2. Can the au pair smoke in the home? In the car?           No and no.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                            TUK_000006

| | | |
|---|---|---|
| 3. | Can the au pair smoke outside, in front of the children? | No. |
| 4. | Can the au pair smoke in front of the children at all? | No. |

## VISITORS & GUESTS

1. Family policy on hosting friends and family from out of town:

   If you have friends/family that come to the Bay Area and you want to spend time with them, please let us know in advance so we can discuss work hours/days off.

2. Can boyfriends/girlfriends come to visit?

   Yes, with prior permission. Under no circumstances are they allowed to sleep at the house.

3. House rules on having overnight guests:

   No overnight guests, whether we are home or not.

4. Please use the additional space provided below to include further pertinent information regarding the Visitors & Guests section:

5. We are happy to meet your friends and include them in our home activities. At the same time, with busy schedules and varying demands, there may be times when we prefer to just have family time. So, please let us know if you want to have guests over and we can decide together when the best time would be.

## TELEPHONE & TV

1. Rules on long distance phone calls:

   Please use a calling card for international calls. If you don't have one, we can discuss options.

2. General phone etiquette:

   - No texting, personal calls, checking email or using the Internet while you are on duty. When you are on duty, you are on duty. Please take it seriously and text, skype, and email when you are not on duty.

3. Talking on the phone while caring for the children:
   (Are phone calls allowed while at home with the kids, only during naps, etc?)

   If you are responsible for watching the kids, you should not be taking personal calls or texting (unless with Dawn & Margo).

4. Au pair cell phone (if applicable):
   (Number of minutes, only for emergencies, international dialing?)

   - Local calls only.
   - There is no "data" plan on the phone. Therefore, you cannot/should not surf the web, download content, etc. This is very expensive and any costs incurred on your phone will be your responsibility.

5. What kinds of programs can be watched in front of the children/in public spaces?

   Sports or children's programming.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

TUK_000007

6. Our children enjoy eating the following snacks and meals:

   Snacks   Fresh fruit, cheese and yogurt.
   Meals    Protein (chicken/beef), vegetables, rice or pasta.

   ▓▓▓▓▓▓▓▓▓ like soup.

   Lunch    ▓▓▓ likes peanut butter and jelly. ▓▓▓ likes salami and cheese, jelly sandwich or plain bagel. The girls eat a variety of foods, but don't care much for peanut butter these days.

7. Additional information about the children:

   ▓▓▓▓▓▓▓▓▓ need warnings before transitions (e.g. – in 5 minutes, it's time to brush teeth...). ▓▓▓ requires reminders to stay on task. Verbal praise for doing a good job helps.

## HEALTH & SAFETY

1. The fire extinguisher is located:

   Kitchen pantry.

2. Our fire evacuation plan is:

   From Upstairs Guest Room
   -If danger outside your room, go down exterior stairs.
   -If no danger, help evacuate kids/dogs; meet at mailbox.

3. In the case of a medical emergency, you should call 911 and then:

   Call ▓▓▓▓▓▓▓▓▓▓▓▓▓ on cell.
   ▓▓▓▓▓▓▓▓▓▓▓▓▓

4. Medical Conditions

   ▓▓▓ has asthma. It is made worse by exercise and is also worse when he has a cold. He takes medicine on a daily basis. In addition, he should ALWAYS carry his rescue inhaler and should ALWAYS use his inhaler before doing physical activity.

   ▓▓▓ is allergic to grass and adhesives (bandages/tapes). After a day at the park, if his skin is itchy or red, have him take a short shower.

5. Home entry policy:
   (Who is allowed in the house when the family is not home, when to answer the door, etc.)

   Please ask ▓▓▓▓▓▓▓▓▓▓▓▓ before having guests over. No guests are allowed unless ▓▓▓▓▓ and/or ▓▓▓ are/is home. Before answering the front door, please make sure the dogs are secure. Pool maintenance or gardener may request access to backyard. The dogs MUST be in the house if pool maintenance or gardener is outside.

6. Please use the additional space provided below to include further pertinent information regarding safety:

   At some point, we may show you how to use the alarm system. Please ensure that you keep doors closed and locked. In the evening, check ALL doors to make sure they are

locked. Do not answer the door after dark unless you are expecting someone and then ONLY after looking out a window and making sure it is the person you were expecting. Do not open door for utility people, mail people or repair people unless ▇▇▇▇▇▇▇ tells you that they are expecting the person.

## WORK SCHEDULE

1. In general, your workdays and hours will vary by week and the scheduled activities of kids and parents. Your schedule will vary based on our trips to Tahoe and whether we need your help in Tahoe.

    Our work schedules vary and your work schedule will vary. We will prepare a draft schedule for the upcoming week on Saturday or Sunday.
    Our family will do various activities during the week and on the weekend, and you are always invited to join us.

2. Information about giving notice of not being able to work (e.g. you are sick and cannot work):

    Notify us as soon as possible.

    Give us no less than one month notice before you take time off for vacation.

3. Please use the additional space provided below to include further pertinent information regarding the au pair's work schedule:

    Please note schedule will vary depending on our workweek, whether the kids have school, whether the family is traveling (e.g. going to Tahoe for the weekend).

## HOUSEHOLD RESPONSIBILITIES

1. Your household responsibilities:

    You are responsible for keeping your room and bathroom tidy. We do not want or approve of a messy house and would appreciate if you could respect our desire to have a clean house, and clean your room accordingly.

    Please keep sheets on the bed, turn off lights in your room, hang towels up and keep closet doors closed. Do not put cups, bottles or dishes directly on the wood. Do not put wet clothes or towels on the furniture.

    Please empty your garbage can in the garbage cans outside the house.

    You (not Diana) are responsible for keeping the garage/playroom, book closet, toy closet, and rooms organized, including organizing toys, closets and under beds. You should involve the kids in keeping things organized and tidy. The garage should be clean every night before you go off duty.

    We also ask for your help with feeding the dogs (once in morning and once in evening) and sending the dogs out for bathroom. The dogs need to be walked down the sidewalk to the backside of the house to go to the bathroom. We do not want them to go in the back yard as it kills the grass and it's messy.

2. Areas to pay particular attention to:
    (Kids' bedrooms, laundry, etc.)

# Schedule Week of May 4th

* Girls need to do Everyday Math Online and read 15 minutes everyday during the week.

| Day of the Week | AM | PM | Odette planning responsibility | Notes |
|---|---|---|---|---|
| Sunday | OB | OFF | OFF | |
| Monday | KT | 6:30-2:30 | OFF | Boys' birthday! Boys have baseball practice from 4pm - 5pm. |
| Monday | OB | OFF | OFF | Margo & Dawn leave at 7:30 am for meeting. Girls have gymnastics. OB and KT: Do kids' laundry during the time you are with them and clean/treat the clothes. Make sure to fold it as you go and not stack it on washer or dryer or desk area. Organize all toys and things in the garage area. |
| Tuesday | KT | 6:00-8:30 | | Boys need to read 30 minutes in the morning or before lights out (do NOT sign their reading log if they don't read). OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. Cook ribs and corn for dinner. |
| Tuesday | OB | 6:00-8:30; 9:00-9:30 | 3:30-8:30 | OB to watch practice guitar and piano and otherwise help with children. Margo & Dawn have meeting at school @ 6:30 pm. You can do laundry while the kids are around. OB and KT: Take toys out of closet in hallway and organize all toys. |
| Wednesday | KT | 7:00-8:00 | 1:15-8:00 | KT to watch practice guitar and piano and otherwise help with children. Boys need to read 30 minutes in the morning or before lights out. OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. OB and KT: Take toys out of the garage cabinets and clean and organize all toys, including in and on the train table. |
| Wednesday | OB | 7:00-8:00 | 12:45-9:30 | Boys have baseball game @ 5:30 v. Tigers. Boys need to be dressed and at field w/ water bottles at 4:40 pm. Margo & Dawn have a meeting from 8:00-9:30 pm. Pet saxophones by back door. Kuba to bring boys home from baseball game and OB and KT to help them with homework. |
| Thursday | KT | 6:00-8:30 | 12:45-9:30 | Take Saxophones to School for boys! Boys need to read 30 minutes in the morning or before lights out. has piano lessons at 3:30 - OB to stay with him, KT and OB: Make sure all laundry is done, folded and put away. |
| Thursday | OB | 6:00-8:30 | 12:00-7:15 | KT to watch practice guitar and piano and otherwise help the children. OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. Kuba to work with boys on spelling and vocab test! |
| Friday | KT | 7:00-8:00 | 12:00-8:00 | OB to give girls practice test for spelling. KT to give boys practice test from Wordly Wise book. Margo to pick up from school and take to doctor. OB to watch practice and otherwise help the children. OB to make sure all laundry is done and put away. |
| Friday | OB | 7:00-8:00 | 12:30-8:30 | Boys have baseball practice from 5:45pm - 7:45pm. Margo to pick boys up. Odette weekend off for May. |
| Saturday | KT | 6:00-8:30 | OFF | Boys have a baseball game at 10:45am. Cubs vs Yankees. Boys have to be dressed and on the field by 10:00am. Make sure boys have water bottles and girls have a snack for game. |
| Saturday | OB | OFF | OFF | Odette weekend off for May. |

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    TUK_000010

# Schedule Week of May 11th

*Girls need to do Everyday Math Online and read 15 minutes everyday during the week.

| Day of the week | | AM | PM | Dinner planning / organization | Notes |
|---|---|---|---|---|---|
| Sunday | OB | OFF | OFF | | Mother's Day!!!!! |
| | KT | OFF | OFF | | BASEBALL PRACTICE AT 4:00PM. |
| Monday | OB | OFF | OFF | | Girls have gymnastics. has guitar at 3:30pm. Boys have extra baseball practice from 5:15 to 6:15pm. OB and KT: Do kids' laundry during the time you are with them and stain treat the clothes. Make sure to fold it as you go and not stack it on washer or dryer or desk area. OB and KT: Please organize garage. Boys need to read 30 minutes in the morning or before lights out (Do NOT sign their reading log if they don't read.). OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. |
| | KT | | 2:45-8:00 | | |
| Tuesday | OB | | 3:30-6:30 | | Boys need to read 30 minutes in the morning or before lights out (Do NOT sign their reading log if they don't read.). OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. Do laundry - OB and KT. |
| | KT | 6:00-8:30 | 2:45-4:45 | | |
| Wednesday | OB | | 3:45-8:30 | | KT to watch practice guitar and piano and otherwise help with the children. You can do laundry while the kids are around. Boys have baseball game @ 5:30 v. White Sox. Boys need to be dressed and at field w/ water bottles at 4:40 pm. Margo and Dawn will pick boys up from the game. Girls have a field trip Wednesday. Please pack their lunches in paper bags not lunchboxes. |
| | KT | 7:00-8:30 | 12:45-8:30 | X | Girls have a field trip and need their lunches packed in a paper bag not a lunchbox. OB to monitor practice guitar and piano and otherwise help with the children. Boys need to read 30 minutes in the morning or before lights out - EVERYDAY Mon-Thurs. OB and KT: Organize all clothes in boys' room, make sure all clothes are neatly folded, drawers under bed are cleaned out, nightstand including drawers, is cleaned out and the top is organized without tons of stuff and same with the dresser. Find a home for all the hats. Put clothes smaller than size 7 aside for Margo and Dawn to go through. Put PJs that match together in the PJ drawer. |
| Thursday | OB | 6:00-8:30 | 11:45-7:00 | X | has pitching lesson at 4:30pm. Margo at a dinner. Home late. Put saxophones by back door. |
| | KT | 6:00-8:30 | 12:45-7:15 | | Take Saxaphones to School for boys! Boys need to read 30 minutes in the morning or before lights out. has piano at 4:15pm. Odette to stay with KT and OB. Make sure all laundry is done, folded and put away. |
| Friday | OB | 7:00-8:30 | 2:30-10:00 | X | KT to watch practice guitar and piano and otherwise help the children. OB work with girls practice spelling words (out loud & writing) & boys study/practice for vocab test - EVERYDAY Mon-Thurs. Kubo to work with boys on spelling and vocab test! |
| | KT | 6:00-8:30 | 12:30-7:00 | | OB to give girls practice test for spelling. KT to give boys practice test from Wordly Wise book. OB to watch practice and otherwise help the children. OB to make sure all laundry is done and put away. OB and KT: Organize all clothes in girls' room. The current state of their closet and drawers with everything mixed together is not acceptable. Make sure all clothes are neatly folded, toys are organized as well as toy kitchen, toy beds, etc.., nightstand, including drawers, is cleaned out and the top is organized without tons of stuff and same with the dresser. For girls especially, it is important to match PJ tops and bottoms together and put them on selves in the closet together. No PJs in drawers. Put aside stained clothes or clothes with holes or size 5 or smaller for Dawn and Margo to go through. |
| Saturday | OB | 7:00-8:00 | 1:30-3:00 | X | Boys have baseball practice from 5:45pm - 7:45pm. Margo will be out of town in Portland. Boys have a baseball game. We do not know what time yet. Make sure Boys have water bottles and girls have a snack for game. Margo in Portland. Schedules are placeholders until we find out the baseball game time on Saturday. |
| | KT | 10:00-12:00 | 12:00-8:00 | | |
| | | 7:00-10:00 | 12:00-7:00 | | |

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    TUK_000011

# Schedule Week of May 18th

* Girls need to do Everyday Math Online and read 15 minutes everyday during the week.

| Day of the week | | AM | PM | Dinner planning responsibility | Notes |
|---|---|---|---|---|---|
| Sunday | OB | OFF | OFF | | Monday, Tuesday, Wednesday and Friday - Girls out at 2:50 and Boys out at 3:00. On Thursday - 1:15 (girls); 1:30 (boys); School week - Girls jobs at 6:00 / lights out 6:30; Boys jobs 6:15 / 6:50 lights out. No guests are allowed at house while Margo and Dawn are not home. |
| | KT | OFF | OFF | | |
| Monday | OB | OFF | 12:00-8:00 | x | BASEBALL PRACTICE AT 4:00PM. |
| | KT | 7:30-8:30;11:00-12:00 | 12:00-8:00 | | Girls have gymnastics; ▮ has guitar at 3:30pm. OB and KT: Do kids' laundry during the time you are with them and stain treat the clothes. Make sure to fold it as you go and not stack it on washer or dryer or desk area. |
| Tuesday | OB | 6:00-8:30 | 3:30-7:30 | x | Boys need to read 30 minutes in the morning or before lights out (Do NOT sign their reading log if they don't read.). OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. Do kids laundry - OB and KT. OB to take Jack to get a bath. |
| | KT | 7:15-8:15 | 2:45-8:00 | | |
| Wednesday | OB | 6:00-8:30 | 2:45-7:30 | x | KT to get up at 7am and eat so KT is ready to watch ▮ practice guitar and piano at 7:15pm and otherwise help with children. You can do laundry while the kids are around. OB to watch ▮ practice guitar and piano and otherwise help with the children. Boys need to read 30 minutes in the morning or before lights out. OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. |
| | KT | 7:15-8:00 | 1:45-8:00 | | |
| Thursday | OB | 6:00-8:30 | 2:45-7:30 | x | OB: Pick ▮ up from school at 2:00pm and bring to Vmware (3401 Hillview Ave, Palo Alto), ▮ has pitching lesson at 4:00pm. Put saxaphones by back door. |
| | KT | 7:15-8:00 | 12:45-8:30 | | Take Saxaphones to School for boys! Boys need to read 30 minutes in the morning or before lights out. KT and OB: Make sure all laundry is done, folded and put away. Boys have baseball game at 5:15pm vs Yankees. Boys need to be dressed and at field w/ water bottles at 4:20 pm. Open House at South School 6:30-8:00pm. |
| Friday | OB | 6:00-8:30 | 12:45-7:30 | x | KT to get up at 7am and eat so KT is ready to watch ▮ practice guitar and piano at 7:15pm and otherwise help with children. OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. OB to work with boys on spelling words and vocab test!! |
| | KT | 7:00-8:00 | 2:45-8:00 | | OB to give girls practice test for spelling. KT to give boys practice test from Wordly Wise book. OB to watch ▮ practice and otherwise help the children. OB to make sure all laundry is done and put away. We are going to Tahoe! Please pack the hard blue cooler but not before 7:30pm. |
| Saturday | OB | 6:00-8:30 | 2:45-7:30 | x | Boys have baseball practice from 5:45pm - 7:45pm. Kuba Weekend OH! KT and OB: Pack clothes for kids to wear in Tahoe. |
| | KT | 8:30-12:00 | 12:00-6:30 | | Margo and Dawn to meet with Andy at the lot at 9am. |
| | | OFF | OFF | | Kuba Weekend OFF! |

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

TUK_000012

# Schedule Week of May 25th

Monday, Tuesday, Wednesday and Friday - Girls out at 2:50 and Boys out at 3:00. On Thursday - 1:15 (girls); School week - Girls jobs at 6:00 / lights out 6:30; ** Boys jobs 6:15 / 6:30-7:00 read / 7:00 lights out. No guests are allowed at house while Margo and Dawn are not home.

| Day of the week | | AM | PM | Dinner planning/ organization | Notes |
|---|---|---|---|---|---|
| Sunday | OB | 8:00-9:00, 10:00-12:00 | 12:00-6:30 | | Kuba Weekend Off. No guests! |
| | KT | Off | 12:00-6:30 | | |
| Monday | OB | 8:00-12:00 | 12:00-4:00 | | HOLIDAY! NO SCHOOL! Boys need to read 30 minutes in the morning or before lights out (Do NOT sign their reading log if they don't read). |
| | KT | Off | Off | | |
| Tuesday | OB | 7:15-8:00 | 2:45-7:30 | | OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. Do kids laundry - OB and KT. OB cut fruit and prepare snacks before getting kids. Have lunch bag w/ snacks for ■ to eat in the car. Drop at piano, take everyone home, get snack & changed ■ OB pick up @ 4:30 & go to field. You can do laundry while the kids are around ■ has piano lesson at 3:30 pm in San Mateo at Helene's house. Boys have baseball practice from 5:00-7:00 pm. Boys need to be dressed and at field w/ water bottles at 4:45 pm. Dawn has a board dinner will be home late. |
| Wednesday | KT | *6:00-8:30 | 7:15-8:30** | x | KT to work on kids laundry, organize kids room, get kids' shower and watch ■ practice guitar and piano and otherwise help with the children. |
| | OB | *6:00-8:00 | 1:45-8:00** | x | |
| Thursday | KT | *6:00-8:30 | 1:45-9:00 | x | Take Saxaphones to School for boys!! Boys need to read 30 minutes in the morning or before lights out. KT and OB. Make sure all laundry is done, folded and put away. KT to work on kids laundry, organize kids room, get kids' shower and watch ■ practice guitar and piano and otherwise help with the children. OB work with girls practice spelling words (out loud & writing) & Boys study/practice for vocab test - EVERYDAY Mon-Thurs. Kuba to work with boys on spelling and vocab test! KT cut fruit and prepare snacks before getting kids. |
| | OB | *6:00-8:30 | 1:00-7:45 | | |
| Friday | KT | *6:00-8:30, 10:00 12:00 | 2:45-8:45*** | x | OB to give girls practice test for spelling. KT to give boys practice test from Wordly Wise book. OB to watch ■ practice and otherwise help the children. OB to make sure all laundry is done and put away & toys in girls' closet / desk area are tidy before going off duty. KT to work on kids laundry, organize kids room, get kids' shower and watch ■ practice guitar and piano and otherwise help with the children. Boys have baseball practice from 5:45pm - 7:45pm. |
| | OB | *6:00-8:00 | Off | | |
| Saturday | KT | *6:30-9:00, 11:00 12:00 | 12:00-5:00, 6:30-8:00 | x | Boys may have a baseball game. We do not know what time yet. Make sure boys have water bottles and girls have a snack for game. |

\* Is your start time. If you need to eat breakfast, please do so before starting.
\*\*\* For the rest of this week, make lunches the night before, after kids are in bed, for next morning.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY                                   TUK_000013

## Schedule Week of June 8 — LAST WEEK OF SCHOOL!

Monday, Tuesday, Wednesday and Thursday - Girls out at 2:50 and Boys out at 3:00. On Friday - Promotion Ceremony 8:30am School Out at 10:30; School week - Girls jobs at 6:00 / lights out 6:30; ** Boys jobs at 6:15 / 6:30-7:00 read / 7:00 lights out. No guests are allowed at house while Margo and Dawn are not home.

| Day of the Week | | AM | PM | Dinner planning responsibility | Notes |
|---|---|---|---|---|---|
| Sunday | OB | 8*7:00-8:30 | 11:00-7:00 | | Make healthy breakfast for kids; fold/put away laundry; Swimming lessons @ 10:15 |
| Monday | KT | Off | Off | | OB prepare snacks for girls ■ too) to have in car after school; Bring boys home; Girls end of school year party at Vista Park 3:00-4:30 (OB take them) ■ guitar @ 3:30 |
| | OB | 8 6:00-8:30 | 2:45-7:00 | | guitar w/ Kevin @ 3:30; Boys need to read 30 minutes in the morning or before lights out. All kids should be in bed with lights out no later than 7:30pm |
| Tuesday | KT | Off | 2:45-7:30 | x | Margo take Jack & Dakota to vet @ 9:20; OB - organize girls room & do girls laundry; KT cut fruit and prepare snacks before getting kids. OB drop ■ off & pick up at piano. |
| | OB | 7:15-8:00 | 3:30-9:30 | | OB to watch ■ practice guitar and piano and otherwise help with children. You can do laundry while the kids are around. Margo & Dawn event in SF 6:00-9:00pm |
| Wednesday | KT | 8*6:00-8:30 | 1:30-6:30 | x | KT to work on kids laundry, organize kids room. Please use your on-duty hours when the kids are not home efficiently - laundry, organizing toys, etc. ■ has piching lessons at 4:30pm. OB & KT - please get kids to bed on time and after kids are in bed, make sure kids things are picked up - clothes, toys, school work, etc. |
| | OB | Off | 3:30-6:30 | | |
| Thursday | KT | 8*6:00-8:30 | 2:00-7:30 | x | NO EARLY OUT TODAY. Boys need to read 30 minutes in the morning or before lights out. KT and OB: Make sure all laundry is done, folded and put away. Go to Costco in the morning to get meat, fruit, veggies, etc. for home & for Tahoe. Swim lessons at 4pm |
| | OB | 8*6:00-8:30 | 1:30-7:30 | | |
| Friday | KT | *7:00-8:00; | 1:30-7:00 | x | KT to work on kids laundry, organize kids room, get kids' shower and watch Alex practice guitar and piano and otherwise help with the children. KT cut fruit and prepare snacks before getting kids. OB - iron boys purple checked button down shirts for the promotion ceremony. |
| | OB | 8*6:00-8:30:10:00-12:00 | 12:00-7:00 | | LAST DAY OF SCHOOL!!! Boys dress nicely (no hats - purple checked button down & pants with no hotel); Girls wear dresses (OB help w/ hair); promotion ceremony (doors open @ 8:30); Boys' end of school party Matar Family, 110 Redwood Drive - siblings are NOT invited - OB to take boys and stay with them the entire time -- Do not take your eyes of boys while in pool and take inhaler; OB & KT pack suburban for Tahoe by 11:00 am (pillows, electronics, clothes for kids, 3 big zip lock bags of dog food, Tahoe things in the pantry - everything but refrigerated food. Pack cooler with lots of ice just before we leave) |
| Saturday | OB | 8*7:00-8:30; 10:00-12:00 | 12:00-4:30; 7:00-9:00 | x | Healthy breakfast for kids; pack lunches for everyone; help kids get ready for day w/ lots of sunscreen |
| | KT | 8*6:00-8:30:10:30-12:00 | 12:00-6:45 | x | |

* Is your start time. If you need to eat breakfast, please do so before starting.
*** Make lunches the night before, after kids are in bed.

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY    TUK_000014