# EXHIBIT G

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

████████████████████████ wrote:


Responsibilities:

All child-related cleaning, laundry, cooking for ████ including, but not limited to, efficient time management of child care tasks; preparing nutritious meals and snacks and feeding her; cleaning up cooking and eating areas after meals; bathing her and attending to her hygiene, including clipping her nails; dressing her; doing her laundry, towels and linens (including ironing dresses and dressy blouses to the extent necessary); straightening her room and bathroom daily as well as doing a more thorough cleaning, vacuuming, linen changing, dusting, disinfecting etc. of these areas weekly; sewing buttons or adjusting waist bands as needed; taking her to the park, for walks, to museums, plays, the library, classes, etc.; arranging and carrying out play dates; reading to her; help teaching her manners, responsibility, developmental skills and how to care for herself and perform chores; understanding and providing solutions to any challenges and enhancing any special interests or skills; improving physical, emotional, intellectual, moral and social development skills; picking up and cleaning up after her; teaching her how to clean up after herself and assigning chores for her; designing and performing arts, crafts, musical, scientific, mathematic and other learning projects; planning and providing age-appropriate activities and educational opportunities; running child-related errands; disciplining her lovingly and firmly without physical punishment, as appropriate, transporting her to places when needed, and overseeing her homework completion and improving her organizational skills. Keeping high standards for yourself in all these matters to lead by example.


House Rules:

-no smoking in the house or in front of ████;

-no recreational drug use;

-please keep things tidy and neat without clutter or toys of your or ████ things, especially in ground floor formal spaces, including living, entry, dining, library, office and powder room areas;

-please keep kitchen clean and uncluttered of your or ████ things (i.e., nothing left overnight in the sink, on the stove, on countertops, etc. except in exceptional circumstances (e.g., soaking a stubborn pot));

-major meal eating limited to kitchen;

-no food debris left anywhere except kitchen garbage disposal or trash can (enclosed in foil/cellophane/paper bag or other packaging);

GAP_00062726

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



-no markers, paint, plaster, clay, playdoh, or other items that can cause a permanent or semi-permanent mark on ground floor other than at kitchen table (especially not on rugs, furniture and artwork);

-playing portion of play dates limited to █████ room, outdoors, or kitchen;

-at end of work day please, with █████ help, put away her toys, books, etc. in her room or elsewhere as well as her other accoutrements;

-please don't allow █████ to watch any TV or entertainment/educational DVD or play any computer game or app for more than half an hour per day;

-please enjoy all grocery items in our house;

-please don't be shy about adding special items to the grocery list, including snacks or individual food items ($50/bimonthly order);

-please remember any uncooked food in the refrigerator is fair game for all;

-please use the bottom rear shelf of the refrigerator for anything that you don't want mistakenly consumed by others;

-when you finish or get close to finishing (1/4 or less remaining) a grocery item (including spices, canned goods, and condiments) or a household supply, please add it to the grocery list;

-when you empty/throw away a food container, please add it to the grocery list;

-please turn on the exhaust fan when cooking anything on top of the stove and close the door to other rooms if it carries a strong odor;

-we promise to uphold your authority with █████ and if we have an issue with any decisions you make we will speak with you privately about them;

-in return, please don't contradict or question decisions we make in front of █████

-please set the alarm and keep the door locked at all times;

-please answer the land line telephone and take messages as necessary;

-please don't discuss █████ personal matters with anyone other than us because that is information that is personal to her;

-please carry your provided cell phone charged and on at all times;

-please inform us of any broken/lost/stolen items of ours o █████

-please inform us of any accidents/injuries/scrapes of █████ as soon as practicable based on degree/nature of injury;

GAP_00062727

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

-please turn off the lights/music/TV in a room when you leave it without an intention of returning in a few minutes;

-please let us know in advance if ███████ being transported in a private vehicle;

-please let us know of any unusual planned activities in advance;

-please limit to maximum extent possible your TV watching, phone, cell phone, pda, tablet, texting and computer usage during working hours;

-everything that happens in our house stays in our house; we expect you to hold confidential all matters (e.g., health, financial, marital, career, relationship, etc.) that occur in our household from others without exception;

-we want you to feel like a part of the family and treat our house as if it was yours, please don't hesitate to let us know if there is something you want/need to make your living quarters more livable/enjoyable. We will try to address any reasonable requests.

GAP_00062728