**EXHIBIT H**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al., )

        Plaintiffs, )

  v. )

INTEREXCHANGE, INC.; et al., )

        Defendants. )

_____

VIDEOTAPE DEPOSITION OF: WANG XUETING - February 22, 2018
(CONFIDENTIAL DESIGNATIONS PENDING)
_____

THE VIDEOTAPED DEPOSITION OF WANG XUETING was taken on February 22, 2018 at 8:56 a.m. at CC Reporting & Videoconferencing, 172 East 8th Avenue, Eugene, Oregon, before Christine Oljace, CSR, RPR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Case No. 1:14-cv-03074-CMA-KMT Document 1085-22 filed 05/23/18 USDC Colorado pg 3 of 8
Case 1:14-cv-03074-CMA-KMT Document 1073-7 Filed 05/09/18 USDC Colorado Page 3 of 8

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### Page 41

```
09:41:42  1           MR. ESBENSHADE:  Objection to form.
09:41:43  2       A.  What do you mean by know about host
09:41:45  3   families mean?
09:41:47  4   BY MS. MULL:
09:41:47  5       Q.  So when you were looking through the
09:41:49  6   website, what information did you have about the
09:41:51  7   host families?  What could you see about them?
09:41:54  8       A.  Well, I can't see any information on the
09:41:57  9   website.  They can only -- well, if the family
09:42:02 10   interesting about me, they will send me a email
09:42:07 11   about their information.
09:42:10 12       Q.  How many families were -- sent -- sent you
09:42:15 13   information about them in the first -- the first
09:42:19 14   time you started the program?
09:42:20 15       A.  I don't remember.  It was not too much but
09:42:24 16   quite a lot.
09:42:25 17       Q.  And what is quite a lot?  Do you think it
09:42:28 18   was -- can you give me a number?
09:42:31 19       A.  Around -- less than ten, I think.  Well, I
09:42:34 20   am not hundred percent remember.
09:42:36 21       Q.  So when you were given that -- the
09:42:39 22   information about those host families, what
09:42:41 23   information did you have about them?
09:42:46 24       A.  Like their name, where they live, how many
09:42:51 25   kids they have, I mean, the information about them
```

### Page 42

```
09:42:56  1   and their kids, and also I think there is two
09:43:00  2   letters about them that -- what kind of people they
09:43:05  3   were.
09:43:07  4       Q.  Did you interview with all of the families
09:43:10  5   that expressed interest in you?
09:43:14  6       A.  You mean a video chat or something?
09:43:17  7       Q.  Yeah.
09:43:18  8       A.  Not all.
09:43:19  9       Q.  How many do you remember interviewing
09:43:21 10   with?
09:43:24 11       A.  Probably three or four.  Well, I am not
09:43:27 12   hundred percent remember.
09:43:29 13       Q.  And did you do Skype interviews with
09:43:31 14   those --
09:43:31 15       A.  Yes.  Skype.
09:43:33 16       Q.  -- families?
09:43:34 17           How many interviews did you have with each
09:43:37 18   family?
09:43:39 19       A.  It is not same but -- well, before I match
09:43:46 20   with the [redacted] family, I think it was only once or
09:43:51 21   twice per family.
09:43:57 22       Q.  So you said you had three or four
09:43:59 23   interviews.
09:44:00 24       A.  Uh-huh.
09:44:00 25       Q.  Right?
```

### Page 43

```
09:44:02  1           Do you remember the families that you
09:44:06  2   interviewed with?
09:44:07  3       A.  No.
09:44:07  4       Q.  Okay.  Do you -- can you describe the
09:44:09  5   conversations that you had generally with those
09:44:13  6   families?
09:44:14  7           MR. ESBENSHADE:  Objection to form.
09:44:18  8       A.  Well, normally it is about the kids, and
09:44:25  9   they probably will -- some of them share what the
09:44:31 10   room looks like for me that -- they shared that.
09:44:37 11   And just regularly chat for most time.
09:44:41 12   BY MS. MULL:
09:44:42 13       Q.  How long were these conversations, do you
09:44:45 14   think?
09:44:45 15           MR. ESBENSHADE:  Objection to form.
09:44:48 16       A.  I don't hundred percent remember, but
09:44:51 17   should be around half hour to an hour.
09:44:55 18   BY MS. MULL:
09:44:56 19       Q.  And for these conversations, was a
09:44:58 20   Go Au Pair representative present on the call?
09:45:02 21           MR. ESBENSHADE:  Objection to form.
09:45:04 22       A.  Could you ask again?  I don't understand.
09:45:06 23   BY MS. MULL:
09:45:06 24       Q.  When you had the conversation -- these
09:45:08 25   conversations with the families --
```

### Page 44

```
09:45:09  1       A.  Uh-huh.  Uh-huh.
09:45:09  2       Q.  -- was somebody from Go Au Pair on the
09:45:12  3   Skype call?
09:45:12  4       A.  No.
09:45:14  5       Q.  It was just you and the family?
09:45:15  6       A.  Yes.
09:45:17  7       Q.  What kinds of questions did you ask the
09:45:19  8   family?
09:45:24  9       A.  I don't remember.
09:45:27 10       Q.  Did you ask about what hours you would
09:45:29 11   work?
09:45:33 12       A.  I don't remember.
09:45:33 13       Q.  Did you ask about any job
09:45:38 14   responsibilities?
09:45:44 15       A.  Well, I don't hundred percent remember
09:45:47 16   that, but probably.
09:45:48 17       Q.  Did you ever ask how much you would be
09:45:52 18   paid?
09:45:54 19       A.  I don't think on this part.
09:45:56 20       Q.  When do you -- when do you remember asking
09:45:58 21   how much you would be paid?
09:46:00 22           MR. ESBENSHADE:  Objection to form.
09:46:02 23       A.  I think I was kind of -- never ask about
09:46:06 24   it, because before I meet with them, my mom's
09:46:11 25   friend, she already told me that the payment should
```

11 (Pages 41 to 44)

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

45

```
09:46:14   1    be around -- well, that pocket money should be
09:46:17   2    around 200 dollar.
09:46:22   3    BY MS. MULL:
09:46:22   4      Q.   Did you ask about any other benefits that
09:46:24   5    you would receive from the families?
09:46:27   6           MR. ESBENSHADE:  Vague.  Sorry.
09:46:28   7    Objection to form.
09:46:30   8      A.   No.  No, because -- well, I mean, the
09:46:35   9    people from that agency told me there is no other
09:46:40  10    fees or something.
09:46:41  11    BY MS. MULL:
09:46:41  12      Q.   Do you remember talking about whether the
09:46:44  13    family would provide you with a cell phone?
09:46:48  14      A.   Oh, I do think I asked about that.
09:46:51  15      Q.   Do you remember asking about cell phones,
09:46:53  16    or did they just tell you about it?
09:47:01  17      A.   I only remember we talked about it, but I
09:47:06  18    don't remember the detail.
09:47:09  19      Q.   Do you remember discussing house rules
09:47:12  20    with the families?
09:47:17  21      A.   Well, with        family I remember I asked
09:47:22  22    is there any some special rules for them, and
09:47:25  23    they -- seems they said nothing really special.
09:47:30  24    That is what we ask.
09:47:31  25      Q.   Do you remember talking about driving with
```

46

```
09:47:34   1    the families you interviewed with?
09:47:39   2      A.   Probably, yes, and they said there is no
09:47:44   3    cars for me.  And I don't hundred percent remember.
09:47:51   4      Q.   And do you remember discussing curfews
09:47:54   5    with these families like --
09:47:56   6      A.   What's curfew?
09:47:57   7      Q.   What time you had to be home by at night.
09:48:06   8      A.   I don't remember.
09:48:10   9      Q.   And who decided whether the match was
09:48:13  10    going to happen or not?
09:48:15  11           MR. ESBENSHADE:  Objection to form.
09:48:16  12      A.   I think the host family decide they want
09:48:20  13    me or not.
09:48:21  14    BY MS. MULL:
09:48:22  15      Q.   Okay.  And did you get to decide whether
09:48:23  16    you wanted to go with them?
09:48:25  17      A.   Well, I know I have -- I know I have -- I
09:48:31  18    have rights to decide to not wish -- match with them
09:48:34  19    or not, but I didn't.  Like when they asked me, and
09:48:42  20    I feel, well, they seems quite good family, so I
09:48:46  21    just match with them.
09:48:48  22      Q.   At the very beginning, did you match with
09:48:49  23    multiple families or just the one family that you
09:48:53  24    mentioned?
09:48:56  25      A.   Could you ask again?  I don't
```

47

```
09:48:59   1    understanding.
09:48:59   2      Q.   Yeah.  So -- and I will rephrase it.
09:49:02   3           Did you, at the beginning --
09:49:04   4      A.   Uh-huh.
09:49:05   5      Q.   -- for your first au pair experience, did
09:49:08   6    other families ask you to work for them?
09:49:11   7      A.   During that time, no.
09:49:13   8      Q.   Yeah.  Okay.  So it was just the one
09:49:14   9    family that you ended up working with --
09:49:17  10      A.   Yep.
09:49:17  11      Q.   -- in Seattle?
09:49:18  12      A.   Yeah.
09:49:25  13      Q.   How much time passed between when you
09:49:27  14    matched with the family and when you moved to the
09:49:30  15    United States?
09:49:34  16      A.   I don't -- I don't remember the detailed
09:49:39  17    days but it should be around two month.
09:49:42  18      Q.   Two months?
09:49:43  19      A.   Uh-huh.
09:49:43  20      Q.   Do you remember what month you matched
09:49:45  21    with the family?
09:49:46  22      A.   I remember it was -- it should be April.
09:49:49  23      Q.   April?
09:49:49  24      A.   And I came to America around June.
09:49:56  25      Q.   And was that in 2014?
```

48

```
09:49:58   1      A.   Yeah.
09:49:58   2      Q.   Okay.  Who handled the visa preparation?
09:50:07   3           MR. ESBENSHADE:  Objection to form.
09:50:09   4      A.   What's means preparation?
09:50:10   5    BY MS. MULL:
09:50:11   6      Q.   So when you were preparing to get your
09:50:12   7    visa, who be handled that process?
09:50:19   8      A.   Process?  I still don't understand.
09:50:23   9      Q.   So did you have to reach out and set up
09:50:25  10    your visa, or did somebody else do that for you?
09:50:31  11      A.   Oh, I remember the agency helped me a
09:50:35  12    little bit and -- for the, I mean, meet with the
09:50:41  13    person who work for the visa, it was all by myself.
09:50:47  14      Q.   Okay.  And were there costs associated
09:50:49  15    with getting your visa?
09:50:52  16      A.   What does that mean?
09:50:54  17      Q.   Did you have to pay money to get your
09:50:56  18    visa?
09:51:00  19      A.   To the -- that --
09:51:04  20      Q.   Just general, did you have to pay money to
09:51:05  21    get your visa?
09:51:06  22      A.   I think so.
09:51:07  23      Q.   Okay.  And do you remember who you paid
09:51:10  24    that to?
09:51:14  25      A.   I remember it was online, so probably some
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

Case No. 1:14-cv-03074-CMA-KMT Document 1085-22 filed 05/23/18 USDC Colorado pg 5 of 8

Case 1:14-cv-03074-CMA-KMT Document 1073-7 Filed 05/09/18 USDC Colorado Page 5 of 8

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

93

```
10:52:12  1   the boy at that time.
10:52:14  2       Q.  Okay.  And it says the total hours are 39
10:52:17  3   and a half per week.  Is that about right?
10:52:22  4       A.  Well --
10:52:23  5           MR. ESBENSHADE:  Objection to form.
10:52:25  6       A.  -- you know, I saw this one before I went
10:52:29  7   to Pennsylvania, and when I be there, there is once
10:52:33  8   I chat with my host mom, I mean,            , and
10:52:37  9   she said it is -- normally the au pair really deal
10:52:42  10  with kids more than 50 hours.  That is what she
10:52:48  11  said.
10:52:48  12  BY MS. MULL:
10:52:48  13      Q.  Okay.  Are those the hours that you worked
10:52:51  14  or --
10:52:52  15      A.  Probably -- I don't think I worked that
10:52:54  16  much because I kind of chat with them, but it is
10:52:59  17  definitely more than the 39 hour.
10:53:04  18      Q.  How many more, do you think?
10:53:07  19          MR. ESBENSHADE:  Objection to form.
10:53:09  20      A.  Well, I am not hundred percent sure,
10:53:12  21  because I didn't write everything down.  I mean,
10:53:16  22  sometimes quite more than that.  Sometimes not has
10:53:23  23  that much.
10:53:23  24  BY MS. MULL:
10:53:23  25      Q.  Okay.  So on average, how many hours a
```

94

```
10:53:26  1   week did you work for the        family?
10:53:29  2       A.  Around 45, I think.  Yeah.
10:53:32  3       Q.  And I apologize.  I should have asked
10:53:35  4   before.  How many hours on average did you work for
10:53:37  5   the        family?
10:53:39  6       A.      family.  You mean weekly?
10:53:42  7       Q.  Yeah.
10:53:48  8       A.  45, around.  I was kind of chat with them
10:53:52  9   that I don't want to work more than 45.  So every
10:53:58  10  time when they asked me to take care of the kids
10:54:02  11  when I feel I already worked for the 45 hours, I
10:54:05  12  would tell them kind of that.
10:54:07  13      Q.  Okay.  So on the next page of the Child
10:54:12  14  Care Services Agreement, it is page 3 out of 9,
10:54:15  15  Exhibit 10 --
10:54:16  16      A.  Yep.
10:54:17  17      Q.  Are those -- those are the duties and
10:54:19  18  responsibilities for the      family.  Is that
10:54:22  19  right?
10:54:24  20      A.  Yeah.  That is what they showed -- that is
10:54:28  21  what it looked like when I signed it.
10:54:31  22      Q.  And do you know who decided -- who filled
10:54:34  23  in these boxes?
10:54:36  24          MR. ESBENSHADE:  Objection to form.
10:54:37  25      A.  Probably the host family.  I am not
```

95

```
10:54:39  1   hundred percent sure.
10:54:40  2   BY MS. MULL:
10:54:40  3       Q.  Okay. Okay.  And on the next page, page 4
10:54:49  4   of 9 -- it is Exhibit 10 -- about halfway down, it
10:54:57  5   says the weekly stipend is $200 to be paid weekly.
10:55:01  6   Is that right?
10:55:02  7       A.  Yeah.
10:55:02  8       Q.  Okay.  And at the top it says, "Host
10:55:05  9   family agrees to pay the au pair at least a minimum
10:55:08  10  weekly stipend of 195.75."  Do you see that?
10:55:11  11      A.  Yep.
10:55:12  12      Q.  Okay.  So the        family and the
10:55:19  13  family both paid you $200 a week?
10:55:21  14      A.  Yep.
10:55:21  15      Q.  Okay.  And did you think that was against
10:55:25  16  the rules, to get more than 195.75?
10:55:30  17          MR. ESBENSHADE:  Objection to form.
10:55:32  18      A.  No.
10:55:32  19  BY MS. MULL:
10:55:33  20      Q.  Did you think you were breaking any rules
10:55:35  21  by accepting $200 instead of $195?
10:55:39  22          MR. ESBENSHADE:  Objection to form.
10:55:40  23      A.  No.
10:55:41  24  BY MS. MULL:
10:55:41  25      Q.  Okay.  And the    y family paid you $200
```

96

```
10:55:45  1   a week every week.  Correct?
10:55:48  2       A.  Yeah.
10:55:48  3       Q.  Okay.  And how did they pay you?
10:55:52  4       A.  Cash.
10:55:58  5       Q.  Who arranged for your flight to
10:56:00  6   Pennsylvania, if you know?
10:56:02  7       A.  I don't.
10:56:03  8       Q.  Okay.
10:56:03  9       A.  But I didn't pay it.
10:56:05  10      Q.  Okay.  Do you know who paid for the
10:56:07  11  flight?
10:56:07  12      A.  I don't know.
10:56:10  13      Q.  When did you travel to Pennsylvania?
10:56:16  14          MR. ESBENSHADE:  Bless you.
10:56:17  15          THE WITNESS:  Bless you.
10:56:17  16      A.  Middle of June.  I don't remember the
10:56:19  17  detail days.
10:56:19  18  BY MS. MULL:
10:56:20  19      Q.  June 2015?
10:56:21  20      A.  Probably.  I don't remember.
10:56:27  21      Q.  Okay.  What did you think of the
10:56:32  22  family when you first met them, when you got to
10:56:36  23  Pennsylvania?
10:56:38  24      A.  Well, if you are asking what I thought, it
10:56:40  25  is they are really rich.  They are having a really
```

24 (Pages 93 to 96)

Case 1:14-cv-03074-CMA-KMT Document 1073-7 Filed 05/09/18 USDC Colorado pg 6 of 8

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### 101

```
11:01:50   1    A.  So the other time normally just stay at
11:01:53   2  home.
11:01:56   3    Q.  Okay.  How long did you live with the
11:01:57   4  ▓▓▓ family?
11:01:58   5    A.  A couple month.  Not too much.
11:02:01   6    Q.  Okay.  So did you say you started in
11:02:06   7  June 2015?
11:02:08   8    A.  Yeah.
11:02:08   9    Q.  Okay.  And then when do you think you left
11:02:14  10  the ▓▓▓ family?
11:02:18  11    A.  I don't remember the detail, but it should
11:02:20  12  be around September or October.
11:02:23  13    Q.  Okay.  Did the ▓▓▓ provide a cell phone
11:02:36  14  for you?
11:02:37  15    A.  Yeah.
11:02:38  16    Q.  Did they pay for your cell phone bill?
11:02:40  17    A.  Yeah.
11:02:41  18    Q.  Were you allowed to call home from your
11:02:43  19  cell phone?
11:02:43  20    A.  No.
11:02:46  21    Q.  Were you allowed -- did you text with your
11:02:49  22  cell phone?
11:02:51  23    A.  Text --
11:02:52  24    Q.  Yeah.
11:02:52  25    A.  -- to -- I mean text to China?
```

### 102

```
11:02:56   1    Q.  Anybody.  Friends?  Family?
11:02:58   2    A.  In America, yes, but not international.
11:03:01   3    Q.  Who did you text in America?
11:03:05   4    A.  Some friends like au pair or some other
11:03:08   5  friend that I know from online.
11:03:11   6    Q.  Did the ▓▓▓ family give you a computer
11:03:16   7  to use when you worked with them?
11:03:18   8    A.  Yeah.  A laptop.
11:03:24   9    Q.  Did the ▓▓▓ family give you any gifts?
11:03:31  10    A.  Yeah.  Sometimes like lollipops.  Not
11:03:34  11  lollipop.  Lolly mushroom.  Not mushroom.
11:03:41  12  Marshmallow.  Lolly marshmallow.
11:03:42  13    Q.  Okay.  Any other gifts you can think of?
11:03:48  14    A.  Let me see.  Probably no.  Well, they -- I
11:03:52  15  mean, ▓▓▓ a try to give me some her old clothes,
11:03:58  16  but I didn't want it.
11:04:01  17    Q.  Did the ▓▓▓ family ever give you a
11:04:03  18  bonus?
11:04:06  19    A.  No.
11:04:06  20    Q.  Okay.  Did they ever pay you more than
11:04:10  21  $200?
11:04:13  22    A.  Well, sometimes they bring me and ▓▓▓ --
11:04:20  23  I mean the boy, they bring me and the boy to some
11:04:23  24  play place.  The things we have to pay for that play
11:04:28  25  place, sometimes I pay for it and they give me the
```

### 103

```
11:04:33   1  money after that, so sometimes they gave me a little
11:04:37   2  bit more than that.
11:04:38   3    Q.  Okay.
11:04:39   4    A.  But that is it.
11:04:41   5    Q.  And did you ever work more than 45 hours a
11:04:43   6  week for the ▓▓▓?
11:04:44   7    A.  Yeah.
11:04:45   8    Q.  And did they pay extra money when you
11:04:48   9  worked?
11:04:48  10    A.  No.
11:04:48  11    Q.  Okay.  How often do you think you worked
11:04:53  12  more than 45 hours?
11:04:54  13    A.  Well, based on my memories, quite often.
11:04:59  14  I don't remember the detail days.
11:05:04  15    Q.  Did you go -- so you said that on the
11:05:07  16  weekends usually you went from Pennsylvania to
11:05:10  17  New Jersey?
11:05:11  18    A.  Uh-huh.
11:05:12  19    Q.  Okay.  Did you go on any other vacations
11:05:13  20  with the family?
11:05:18  21    A.  No.  I mean, with the family?
11:05:20  22    Q.  With the ▓▓▓.
11:05:20  23    A.  No.
11:05:21  24    Q.  Okay.  Is there anything else that the
11:05:35  25  ▓▓▓ family paid for on your behalf?
```

### 104

```
11:05:39   1         MR. ESBENSHADE:  Objection to form.
11:05:41   2    A.  Could you explain it?
11:05:41   3  BY MS. MULL:
11:05:42   4    Q.  Yeah.  Is there anything else you can
11:05:44   5  think of that the ▓▓▓ family paid for for you?
11:05:47   6    A.  For me?  Probably the tuition of the class
11:05:58   7  I take.
11:05:59   8    Q.  Did you take a class when you were working
11:06:00   9  with the ▓▓▓ family?
11:06:01  10    A.  Yeah.  I took one, but it is not -- not
11:06:05  11  for seeks credit.
11:06:06  12    Q.  What class did you take?
11:06:08  13    A.  It is called a travel class, and that is
11:06:11  14  for a month, I think.  I mean, few weekends, and for
11:06:19  15  the last weekend we will go to Niagara Falls.  That
11:06:23  16  is all.
11:06:24  17    Q.  Did you complete that class?
11:06:25  18    A.  Yeah.
11:06:28  19    Q.  So how long was the class?
11:06:32  20    A.  I don't certain remember, but it was whole
11:06:36  21  day of one weekend or two day of weekend.  I don't
11:06:40  22  remember.
11:06:40  23    Q.  Okay.  How many days did you go to the
11:06:44  24  class?
11:06:46  25    A.  Well, because I forgot it is two day for
```

26 (Pages 101 to 104)

Case No. 1:14-cv-03074-CMA-KMT - Document 1073-7 - Filed 05/09/18 - USDC Colorado - pg 7 of 8
Case 1:14-cv-03074-CMA-KMT Document 1085-22 filed 05/23/18 USDC Colorado pg 7 of 8

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### 109

A. There is one or two families contact with me, and based on their information, they are looks not as good as ▮e, so I choose ▮e.
Q. So did the other families contact you through the au pair website, Go Au Pair website?
A. Yeah. I think so.
Q. Okay. So did the ▮ family contact you through the Go Au Pair website?
A. Well, I mean, we contact each other -- what is happened -- we contact each other by email, so I don't know what has happened on the Go Au Pair website. Just through some way they know my email address, and then they contact me.
Q. Okay.
A. That is what I know.
Q. Did you have any concerns about the ▮ family after you met with them the first time?
    MR. ESBENSHADE: Objection to form.
A. Could you ask again? Concern?
BY MS. MULL:
Q. Yeah. Was there anything you were worried about after you met with them the first time?
A. Not too much. ▮

### 110

▮
Q. So what do you mean by that? I am not sure I understand.
A. ▮
Q. Okay. So did Mr. ▮ -- did Mr. ▮ offer for you to come work with his family?
A. Yeah.
Q. And did you agree to work with the family?
A. Yeah.
Q. Did Go Au Pair require you to work with the ▮ family?
    MR. ESBENSHADE: Objection to form.
A. No.
BY MS. MULL:
Q. They didn't tell you you have to work with the ▮ family?
A. Not have to. Yeah.
Q. Okay. All right. Exhibit 11, I think --
A. How many document we have?
Q. We are almost there -- is the Child Care Services Agreement for the ▮ family.
A. Okay.
    (Deposition Exhibit No. 11 marked

### 111

for identification.)
BY MS. MULL:
Q. Do you recognize Child Care Services Agreement, Exhibit 11?
A. Yeah.
Q. When did you receive the Child Care Services Agreement, Exhibit 11?
A. In around September or October, in that period of time.
Q. Okay. And on the last page, page 9 of 9 on Exhibit 11 --
A. Yeah. 9 of 9? Here? Oh.
Q. Is -- it looks like it is an electronic signature at the bottom?
A. Yeah.
Q. Do you think that is -- is that -- do you remember signing this document?
A. Yeah, I do.
Q. Okay.
    Okay. And that was October 19, 2015?
A. Yeah. Should be.
Q. Okay. And do you recognize ▮ signature?
    MR. ESBENSHADE: Objection to form.
A. Not hundred percent remember that.

### 112

BY MS. MULL:
Q. Okay. That is fine. Okay. So on page 2 of 9 in the Child Care Services Agreement, Exhibit 11 --
A. Uh-huh.
Q. -- this is the work schedule. Is that right?
A. Yeah.
Q. Okay.
A. Still we didn't really follow.
Q. Do you know who filled out the form?
A. I'm don't. Probably --
    MR. ESBENSHADE: Objection.
A. -- the host dad.
    MR. ESBENSHADE: Objection to form.
BY MS. MULL:
Q. Okay. And it says that the total is 35 hours a week. Is that right that it says that?
A. Probably.
Q. Okay. How many hours, on average, did you work a week for the ▮ family?
A. You mean I really work for them? I didn't count, but it is not too much.
Q. Not too much?
A. No.

28 (Pages 109 to 112)

Case 1:14-cv-03074-CMA-KMT Document 1073-7 Filed 05/09/18 USDC Colorado Page 8 of 8

WANG XUETING - 2/22/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

### 113

```
11:16:00  1   Q.  So do you think it is less than 35?
11:16:03  2   A.  Probably around 35.
11:16:05  3   Q.  Around 35.
11:16:07  4   A.  Or probably a little bit more.  It
11:16:09  5   depends, you know, how I call it work or not.
11:16:18  6   Q.  Okay.  So did Mr. ▮▮▮ tell you when you
11:16:21  7   would be working every week?
11:16:24  8   A.  Yeah.
11:16:25  9   Q.  Okay.  And did he tell you what to do when
11:16:27 10   you were working?
11:16:29 11   A.  Yeah.
11:16:29 12   Q.  Okay.  Did he tell you how you should do
11:16:32 13   it?
11:16:34 14   A.  No, not the detail.
11:16:35 15   Q.  Okay.  So did Mr. ▮▮▮ decide what kind of
11:16:42 16   responsibilities you would have?
11:16:45 17   A.  Yeah.  I think so.
11:16:46 18   Q.  Okay.  And if you turn to the next page,
11:16:50 19   page 3 of the Exhibit 11, 3 of 9, Child Care
11:16:53 20   Services Agreement --
11:16:55 21   A.  Wait.  Wait.  Which page?
11:16:57 22   Q.  Page 3.  Yep.  You are good.
11:17:01 23   A.  Okay.
11:17:01 24   Q.  Do you know who filled in the check marks
11:17:04 25   for the duties and responsibilities?
```

### 114

```
11:17:06  1        MR. ESBENSHADE:  Objection to form.
11:17:07  2   A.  I don't know.  Probably the host dad.
11:17:09  3   BY MS. MULL:
11:17:10  4   Q.  Okay.  And looking at these check marks,
11:17:15  5   are these responsibilities consistent with what you
11:17:19  6   actually did for the family?
11:17:21  7        MR. ESBENSHADE:  Objection to form.
11:17:23  8   A.  What I actually did.  I didn't drive for
11:17:26  9   them.  They said I am allowed to use it if I got a
11:17:32 10   driver's license, but still didn't.  Yeah.  That is
11:17:49 11   what I did.
11:17:49 12   BY MS. MULL:
11:17:49 13   Q.  Okay.  So that is -- other than driving --
11:17:52 14   A.  Uh-huh.
11:17:52 15   Q.  -- other than the fact that you didn't
11:17:54 16   drive --
11:17:54 17   A.  Yeah.
11:17:54 18   Q.  -- are those responsibilities on page 3 of
11:17:58 19   9 in Exhibit 11 the things that you did for the
11:18:04 20   ▮▮▮ family -- sorry -- for the ▮▮▮ family?
11:18:08 21   A.  Yeah.
11:18:08 22   Q.  Okay.  And on the next page, which says 4
11:18:14 23   of 9, on Exhibit 11, it says the host family agrees
11:18:21 24   to pay the au pair at least the minimum likely
11:18:24 25   week -- sorry -- minimum weekly stipend of 195.75.
```

### 115

```
11:18:28  1   Do you see that?
11:18:29  2   A.  Uh-huh.
11:18:29  3   Q.  Okay.  So it says that the minimum payment
11:18:32  4   is 195.75?
11:18:34  5   A.  Yep.
11:18:35  6   Q.  All right.  And below that it says that
11:18:37  7   the weekly stipend is $250 for the ▮▮▮ family.
11:18:42  8   Right?
11:18:42  9   A.  Yeah.
11:18:42 10   Q.  Okay.  Is that how much is -- did the ▮▮▮
11:18:47 11   family pay you $250 a week?
11:18:49 12   A.  Yeah.
11:18:49 13   Q.  Okay.  And in your survey --
11:18:54 14   A.  Uh-huh.
11:18:55 15   Q.  -- which is Exhibit 4 -- can you look at
11:19:00 16   that real quick?
11:19:03 17   A.  The survey?  Okay.
11:19:05 18   Q.  Yeah.  And can you please go to question
11:19:09 19   85.
11:19:11 20   A.  85.
11:19:24 21   Q.  So on question 85, Exhibit 4, you said
11:19:28 22   that you felt that the normal stipend was $200 --
11:19:34 23   A.  Uh-huh.
11:19:34 24   Q.  -- but the host family insisted to pay you
11:19:38 25   250?
```

### 116

```
11:19:39  1   A.  Yeah.
11:19:40  2   Q.  Is that right?
11:19:40  3        MR. ESBENSHADE:  Objection to form.
11:19:41  4   A.  Yeah.
11:19:41  5   BY MS. MULL:
11:19:42  6   Q.  Okay.  So did the -- did Mr. ▮▮▮ tell you
11:19:47  7   he was going to pay you $250?
11:19:49  8   A.  Yeah.
11:19:50  9   Q.  Okay.  Go Au Pair didn't tell you that you
11:19:52 10   would make $250?
11:19:54 11   A.  No.
11:19:54 12   Q.  Okay.  All right.
11:20:01 13        Okay.  So then when you worked for the
11:20:04 14   ▮▮▮ family, you made more than $195.75.  Right?
11:20:09 15   A.  Yeah.
11:20:09 16   Q.  Okay.  And did you think that was against
11:20:11 17   any rules or regulations?
11:20:13 18        MR. ESBENSHADE:  Objection to form.
11:20:14 19   A.  Well, no, not for rules.
11:20:17 20   BY MS. MULL:
11:20:18 21   Q.  Okay.  And did you actually receive $250 a
11:20:23 22   week?
11:20:23 23   A.  Yeah.
11:20:24 24   Q.  Every week?
11:20:25 25   A.  Yeah.
```

29 (Pages 113 to 116)