**EXHIBIT J**

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3

 4   Civil Action No: 1:14-cv-03074-CMA-KMT

 5

 6   - - - - - - - - - - - - - - - - - x

 7   JOHANA PAOLA BELTRAN, et al.,     :

 8                   Plaintiffs,       :

 9             v.                      :

10   INTEREXCHANGE, INC., et al.,      :

11                   Defendants.       :

12   - - - - - - - - - - - - - - - - - x

13

14                 VIDEOTAPE DEPOSTITION OF:

15                   VANESSA HERRERA ZULETA

16                       Washington, D.C.

17                    Saturday, April 7, 2018

18                          12:57 p.m.

19

20         CONFIDENTIAL - ATTORNEYS' EYES ONLY

21

22

23

24

25
```

**H+G**

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

VANESSA HERRERA ZULETA  - ATTORNEYS' EYES ONLY - 4/17/2018 - CONFIDENTIAL
Johana Paola Beltran v. Interexchange, Inc., et al.

65

```
14:28:10   1    back, go and pick her up, and she will eat a snack
14:28:15   2    and then we will play until the host dad will come.
14:28:19   3    I will cook dinner for her, and so when the host dad
14:28:26   4    came, I mean, the kid will just be with him and I
14:28:32   5    will go to my room, and that's it.
14:28:39   6         Q    Did you eat meals with the family in the
                first few weeks?
14:28:42   7
14:28:43   8         A    Yes.
14:28:43   9         Q    When did you start providing direct care to
14:28:46  10    the child?
14:28:46  11         A    Like the -- like the second -- the third
14:28:53  12    day I was there.
14:28:57  13         Q    Did you interact with the LAR during the
14:29:02  14    first few weeks that were living with the
14:29:05  15    family other than the orientation meeting?
14:29:07  16         A    I don't remember.  I remember she came, but
14:29:12  17    I really didn't have any contact with her that I
14:29:16  18    remember.
14:29:17  19         Q    During the first few weeks, or through your
14:29:21  20    whole time with the         family?
14:29:23  21         A    I mean, she reach a couple times, but it
14:29:30  22    was not a constant communication.
14:29:32  23         Q    And you just walked through the typical day
14:29:39  24    that you had with taking care of the child.  Was that
14:29:42  25    your normal schedule throughout the time that you
```

66

```
14:29:45   1    were with the         family?
14:29:47   2         A    Yeah, most of the time, yeah.
14:29:48   3         Q    Were there any other responsibilities that
14:29:50   4    you had with the         family?
14:29:54   5         A    Besides the kid?  Like you're asking me
14:29:58   6    which other stuff I had to do?
14:29:59   7         Q    Yeah.  Earlier you discussed taking her to
14:30:02   8    school, picking her up from school, making her
14:30:05   9    dinner, playing with her.  Were there any other
14:30:07  10    responsibilities that you had with the
14:30:09  11    family?
14:30:09  12         A    Yeah, I have to take the dog for a walk,
14:30:13  13    pick up their mail.  Sometimes they will leave their
14:30:20  14    own dishes in the sink, and they made me clean it for
14:30:28  15    them.
14:30:29  16         Q    When you say they, who do you mean?
14:30:31  17         A    The host parents.  So we will eat dinner,
14:30:36  18    and they will put the dishes in the sink and they
14:30:40  19    asked me to clean their plates.  I have to vacuum and
14:30:48  20    sweep the floor in the kitchen and the living room
14:30:51  21    and the steps, the stairs, and clean my bathroom and
14:30:58  22    the room.
14:31:02  23         Q    And about how many hours per week did you
14:31:08  24    work for the         family?
14:31:10  25         A    I don't remember exactly.  Probably about
```

67

```
14:31:27   1    30, 35 hours.  I'm estimating.  I don't remember.
14:31:31   2         Q    On page 6 of your survey responses, Exhibit
14:31:35   3    4 --
14:31:38   4         A    Exhibit 4?
14:31:40   5         Q    Yeah.
14:31:42   6         A    Wait a second.
14:31:44   7         Q    I really should print the survey responses
14:31:47   8    on a different color.
14:31:48   9         A    I have it here.  Which page?
14:31:50  10         Q    Page 6.
14:31:52  11         A    Okay.
14:31:53  12         Q    About the middle of the page, you did --
14:31:58  13    you wrote, "How many hours" -- well, it says, "How
14:32:01  14    many hours did you work on average per week," and you
14:32:04  15    wrote 30.  That's consistent with what you just said.
14:32:08  16    One thing I wanted to clarify, below that, it says,
14:32:11  17    "For days that you worked, how many hours did you
14:32:13  18    work in a day on average," and it looks like you
14:32:16  19    wrote 60.  Is that what you meant?
14:32:20  20         A    No, I'm sorry, no.
14:32:26  21         Q    What number did --
14:32:29  22         A    I mean, I must have meant it 6, 6, 5:30 a
14:32:36  23    week.  I type it wrong, yeah.
14:32:38  24         Q    Did you ever work more than 45 hours a week
14:32:41  25    with the         family?
```

68

```
14:32:42   1         A    No.
14:32:42   2         Q    Did you ever work more than ten hours per
14:32:45   3    day with the         family?
14:32:47   4         A    No.
14:32:47   5         Q    Was your schedule consistent or
14:32:50   6    inconsistent with the         family?
14:32:52   7         A    No, it was consistent.
14:32:53   8         Q    And did you in fact have weekends off with
14:32:58   9    the         --
14:32:59  10         A    Yes.
14:32:59  11         Q    -- family?
14:33:00  12         A    I did.
14:33:01  13         Q    What did you do in your free time?
14:33:06  14         A    I left and came to Virginia.
14:33:08  15         Q    So during your free time, you were not at
14:33:12  16    the home?
14:33:13  17         A    Oh, no, I will leave Friday night.
14:33:16  18         Q    So you said you would leave Friday night
14:33:27  19    and just come back on Sunday?
14:33:31  20         A    Correct.
14:33:31  21         Q    Who set your job duties on a day-to-day
14:33:37  22    basis?
14:33:38  23         A    The host family.
14:33:43  24         Q    Not GoAuPair, correct?
14:33:46  25              MR. PACHECO:  Objection, form.
```

17 (Pages 65 to 68)

VANESSA HERRERA ZULETA - ATTORNEYS' EYES ONLY - 4/17/2018 - CONFIDENTIAL
Johana Paola Beltran v. Interexchange, Inc., et al.

69

```
14:33:47   1      A    Correct.
14:33:51   2      Q    As far as you were aware, did GoAuPair set
14:33:56   3   your work duties on a day-to-day basis?
14:34:00   4           MR. PACHECO:  Objection.
14:34:01   5      A    No.
14:34:02   6      Q    As far as you were aware, did the LAR
14:34:05   7   decide what your work duties would be on a day-to-day
14:34:08   8   basis?
14:34:10   9      A    No.
14:34:10  10      Q    And who set your work schedule on a
14:34:13  11   day-to-day basis?
14:34:14  12      A    The host family.
14:34:15  13      Q    And did GoAuPair set your work schedule on
14:34:19  14   a day-to-day basis as far as you were aware?
14:34:21  15      A    No.
14:34:21  16      Q    Did the LAR set your work schedule on a
14:34:24  17   day-to-day basis as far as you were aware?
14:34:26  18      A    No.
14:34:26  19      Q    Did any -- were you aware of anybody from
14:34:31  20   GoAuPair supervising your work?
14:34:33  21      A    The role of the local area representative
14:34:42  22   was to make sure everything was going well, not
14:34:49  23   supervising, because it will require her being there,
14:34:53  24   but making sure everything was getting -- we were
14:34:58  25   getting along and everything was as it was
```

70

```
14:35:01   1   stipulated.
14:35:02   2      Q    When you say stipulated, do you mean
14:35:07   3   pursuant to the written agreement?
14:35:09   4      A    Yes, in the orientation and -- uh-huh.
14:35:13   5      Q    Okay.  So as far as you know, GoAuPair
14:35:18   6   never supervised your work?
14:35:20   7           MR. PACHECO:  Objection, form.
14:35:23   8      A    The local area representative, which work
14:35:29   9   for GoAuPair, is -- I mean, she makes sure everything
14:35:36  10   was going well, so I don't know how to answer that
14:35:39  11   question by yes or no.  I don't know.
14:35:42  12      Q    But no one as far as you knew from GoAuPair
14:35:47  13   watched what you were doing on a day-to-day basis.
14:35:50  14      A    Correct.
14:35:50  15      Q    Or told you what to do or what not to do.
14:35:53  16      A    Correct.
14:35:54  17           MR. PACHECO:  I just want to object to the
14:36:01  18   form of the last question.
14:36:02  19           BY MS. MULL:
14:36:02  20      Q    Did you have a written schedule with the
14:36:10  21            family other than just what was in the
14:36:12  22   written agreement?
14:36:13  23      A    No.
14:36:14  24      Q    And did you have a driver's license that
14:36:27  25   you used in the United States?
```

71

```
14:36:28   1      A    Yes.
14:36:28   2      Q    Did you have access to a car when you were
14:36:30   3   working for the          family?
14:36:32   4      A    Yes.
14:36:32   5      Q    For what purposes?
14:36:35   6      A    Taking the kid to the bus stop if
14:36:41   7   necessary, and my own personal use.
14:36:43   8      Q    Did the          family provide you a cell
14:36:49   9   phone?
14:36:49  10      A    Yes.
14:36:49  11      Q    Did the          family pay for your cell
14:36:52  12   phone bill?
14:36:53  13      A    Yes.
14:36:53  14      Q    Were you allowed to call home with that
14:36:58  15   cell phone?
14:36:58  16      A    No.  It was just a flip phone.
14:37:02  17      Q    Did the          family ever give you any
14:37:05  18   gifts?
14:37:06  19      A    Yes.
14:37:07  20      Q    What did they give you?
14:37:09  21      A    The host mom gave me a bracelet and a watch
14:37:15  22   and some Christmas gifts.
14:37:20  23      Q    What do you remember receiving for
14:37:22  24   Christmas?
14:37:23  25      A    Like a jewelry box, sweatshirt and a
```

72

```
14:37:39   1   necklace and a pin.
14:37:41   2      Q    Did the          family ever give you a
14:37:44   3   bonus?
14:37:44   4      A    No.
14:37:45   5      Q    Did the          family pay for any
14:37:49   6   entertainment out of the house like movies, museums?
14:37:54   7      A    No.
14:37:54   8      Q    Did you travel with the          family?
14:37:58   9      A    No.  Just one time I went with the host mom
14:38:03  10   to her house in the other city.
14:38:04  11      Q    What city?
14:38:06  12      A    I think it's Harrisburg.  It's only an hour
14:38:11  13   away.
14:38:13  14      Q    Did you drive there?
14:38:14  15      A    No, we -- I was with her in the car.  She
14:38:18  16   came and then we went back.
14:38:20  17      Q    So the two of you drove to --
14:38:22  18      A    Yeah.
14:38:23  19      Q    -- her other home.
14:38:24  20      A    Correct.
14:38:25  21      Q    Did she pay for your expenses on that trip?
14:38:28  22      A    Yes.
14:38:35  23      Q    Did the          pay for anything else on
14:38:42  24   your behalf that you're aware of?
14:38:45  25      A    No.
```

18 (Pages 69 to 72)

Case 1:14-cv-03074-CMA-KMT Document 1073-8 Filed 05/09/18 USDC Colorado Page 5 of 5

Case No. 1:14-cv-03074-CMA-KMT Document 1085-23 filed 05/23/18 USDC Colorado pg 5 of 5

VANESSA HERRERA ZULETA - ATTORNEYS' EYES ONLY - 4/17/2018 - CONFIDENTIAL
Johana Paola Beltran v. Interexchange, Inc., et al.

### 81

```
14:51:29   1    Q   Do you have any written records of your
14:51:35   2   time with the        family?
14:51:38   3    A   Records?
14:51:41   4    Q   Written records?
14:51:42   5    A   No.
14:51:42   6    Q   Do you have any written records of the
14:51:44   7   complaints that you had against the        family?
14:51:48   8    A   No.
14:51:49   9    Q   And when you communicated with the LAR
14:51:51  10   about your complaints, how did you communicate with
14:51:54  11   her?
14:51:54  12    A   E-mail, and I believe I called her.  I'm
14:52:00  13   not sure, but definitely e-mail.
14:52:02  14    Q   And do you still have copies of the e-mails
14:52:05  15   that you exchanged with the LAR?
14:52:07  16    A   No.
14:52:08  17    Q   And after you left the        family, you
14:52:16  18   moved in with the                       family,
14:52:21  19           , correct?
14:52:21  20    A   Correct.
14:52:23  21         MS. MULL:  I think now is a good time for a
14:52:25  22   quick break.
14:52:26  23         THE WITNESS:  Okay.
14:52:28  24         MS. MULL:  We'll go off the record.
14:52:30  25         THE VIDEOGRAPHER:  This marks the end of
```

### 82

```
14:52:34   1   Tape 1 in the deposition of Vanessa Herrera Zuleta.
14:52:39   2   We are going off the record at 2:52.
14:52:43   3           (Recessed at 2:52 p.m.)
14:52:43   4           (Reconvened at 3:08 p.m.)
15:07:54   5         THE VIDEOGRAPHER:  Here begins Tape 2 in
15:08:06   6   the deposition of Vanessa Herrera Zuleta.  We are
15:08:10   7   back on the record at 3:08.
15:08:13   8   BY MS. MULL:
15:08:13   9    Q   When did you begin working for the
15:08:16  10   family?  Do you mind if we call them the        family
15:08:22  11   --
15:08:23  12    A   Yeah.
15:08:23  13    Q   -- for short?
15:08:24  14    A   Yeah, like June.  It was the summer, so
15:08:27  15   June.
15:08:27  16    Q   Of 2012?
15:08:29  17    A   Yes, yes.
15:08:32  18    Q   And how did you get to the        family
15:08:37  19   home when you were able to move in with them?
15:08:38  20    A   How did I get to their house?
15:08:46  21    Q   Did you drive or take a train or fly?
15:08:49  22    A   No, I was in the area, so my friend drove
15:08:51  23   me there.
15:08:52  24    Q   And just to go back one step, you mentioned
15:09:00  25   that you reached out to the        family after you
```

### 83

```
15:09:04   1   decided it wasn't going to work out with the
15:09:07   2   family, right?
15:09:08   3    A   Right.
15:09:08   4    Q   How did you contact them?
15:09:09   5    A   I believe e-mail or called them.  I believe
15:09:12   6   it was e-mail.
15:09:13   7    Q   And how many communications did you have
15:09:20   8   with them before you ultimately agreed to work with
15:09:22   9   them?
15:09:23  10    A   I mean, a couple.  I don't remember exactly
15:09:29  11   how many.
15:09:30  12    Q   What do you remember about the
15:09:31  13   communications that you had with the        family
15:09:34  14   before you moved in with them?
15:09:36  15    A   You mean what we would talk about?
15:09:39  16    Q   Yeah, and I mean for this period of time,
15:09:41  17   not when you first talked to them at the very
15:09:43  18   beginning.
15:09:44  19    A   Yeah, I mean, since they were the first
15:09:46  20   family that choose me, I knew like they want me to be
15:09:54  21   their au pair.  It's just that they just couldn't by
15:09:58  22   the landlord.  So when I first contact them, I asked
15:10:01  23   them about their situation, like if they got a new
15:10:05  24   home or if they had another au pair, and they told me
15:10:09  25   that they were like close to like closing the deal on
```

### 84

```
15:10:11   1   the house.
15:10:12   2         And then I told them what was happening
15:10:14   3   with the        , and I say I want to switch
15:10:18   4   families and I wonder if you guys are still
15:10:21   5   interested in taking me as an au pair, and they say
15:10:24   6   yes, that they were just waiting for find a new
15:10:28   7   house, and -- and that's it.  And then again, we just
15:10:32   8   keep waiting for the house, and -- and then they say
15:10:37   9   okay, and that's it.
15:10:39  10    Q   So did you accept the        s as your host
15:10:46  11   family?
15:10:47  12    A   Correct.
15:10:47  13    Q   And as far as you were aware, did the
15:10:50  14           accept you as their au pair?
15:10:52  15    A   Correct.
15:10:52  16    Q   Did GoAuPair require you to match with the
15:10:55  17           family --
15:10:56  18    A   No.
15:10:56  19    Q   -- as far as you knew?
15:10:58  20    A   Correct.
15:10:59  21    Q   All right, I'm handing the witness what is
15:11:07  22   marked as Exhibit 11, beginning Bates number 57917.
15:11:13  23   Let me know when you've had a chance to review.  Do
15:12:05  24   you recognize Exhibit 11?
15:12:08  25    A   Yes.
```

21 (Pages 81 to 84)