**EXHIBIT K**

Case No. 1:14-cv-03074-CMA-KMT Document 1073-9 Filed 05/09/18 USDC Colorado pg 2 of 4
Case 1:14-cv-03074-CMA-KMT Document 1085-24 filed 05/23/18 USDC Colorado Page 2 of 4

1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Civil Action No. 14-cv-03074-CMA-KMT
3    _____

4              VIDEOTAPE DEPOSITION OF:
               YANRU ZHANG - March 14, 2018
5    _____

6    JOHANA PAOLA BELTRAN, et al.,

7    Plaintiffs,

8    v.

9    INTEREXCHANGE, INC., et al.,

10   Defendants.
     _____
11
              PURSUANT TO NOTICE, the videotape
12   deposition of YANRU ZHANG, via Zoom Conference, was
     taken on behalf of the Defendant, American Cultural
13   Exchange, LLC, at 370 17th Street, Suite 4500, Denver,
     Colorado 80202, on March 14, 2018 at 3:24 p.m., before
14   Tracy R. Stonehocker, Certified Realtime Reporter,
     Registered Professional Reporter and Notary Public
15   within Colorado.

16

17

18

19

20

21

22

23

24

25
```

H+G

Hunter + Geist, Inc.

303.832.5966　　1900 Grant Street, Suite 1025　　■ www.huntergeist.com
800.525.8490　　Denver, CO 80203　　■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

YANRU ZHANG - 3/14/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

| 45 | 47 |
|---|---|

**Page 45**

```
04:41:07   1        A.  You mean the weekly pay?
04:41:11   2        Q.  That's correct.
04:41:12   3        A.  I never talk with them about the pay.
04:41:27   4             MR. SCARPATO:  If we can go to the next
04:41:29   5   page and highlight the question, "Identify the
04:41:32   6   university, college or other educational institutions
04:41:35   7   at which you took your course."
04:41:40   8        Q.  (BY MR. SCARPATO)  Where did you take
04:41:43   9   your courses when you were with the ▓▓▓▓'s family?
04:41:46  10        A.  I only remember the initial is GCCC.
04:41:54  11   It's a community college.
04:41:56  12        Q.  And --
04:41:57  13        A.  Young --
04:41:59  14        Q.  I'm sorry.
04:41:59  15        A.  I don't remember the name.  Sorry.
04:42:01  16   Uh-huh.
04:42:02  17        Q.  I'm sorry.  I didn't follow my own rule
04:42:05  18   of not talking over each other.  I apologize for that.
04:42:08  19   So the only school in Kansas was GCCC?
04:42:14  20        A.  Yep.
04:42:15  21        Q.  Where was it in Massachusetts that you
04:42:19  22   studied?
04:42:19  23        A.  Framingham State.
04:42:24  24        Q.  Was there anywhere else while you were
04:42:27  25   an au pair that you studied?
```

**Page 47**

```
04:43:38   1        A.  With ▓▓▓▓, she work as a
04:43:47   2   pharmaceutical.  She had different schedule.  So she
04:43:53   3   will get to me a schedule every week, and tell me what
04:43:58   4   the time I have to work.  And for ▓▓▓▓, her
04:44:08   5   schedule is very different because she has four kids.
04:44:14   6   We change the schedule by what kind of activity do
04:44:20   7   they have, but I totally work for them for 40 hours
04:44:25   8   per week.  That's all.
04:44:28   9        Q.  When you say that it was a very
04:44:32  10   different schedule for ▓▓▓▓, do you mean it was
04:44:36  11   very different from the schedule with the ▓▓▓▓
04:44:39  12   family?
04:44:39  13        A.  Yes.
04:44:41  14        Q.  And you said Ms. ▓▓▓▓ would give you a
04:44:49  15   different schedule each week.  Was that written down?
04:44:51  16        A.  Yes, on a piece of paper.
04:44:57  17        Q.  Do you still have that piece of paper?
04:45:00  18        A.  No.
04:45:01  19        Q.  So do you have any records of the weekly
04:45:07  20   schedule that you received each week from Ms. ▓▓▓▓?
04:45:10  21        A.  No.
04:45:10  22        Q.  How about from your scheduling with
04:45:16  23   ▓▓▓▓, did you hold on to any documents showing
04:45:19  24   those schedules?
04:45:20  25        A.  No.
```

| 46 | 48 |
|---|---|

**Page 46**

```
04:42:28   1        A.  No.
04:42:29   2        Q.  So it was after your time as an au pair
04:42:34   3   that you went to the community college in
04:42:36   4   Massachusetts, am I right about that?
04:42:38   5        A.  Yep.
04:42:39   6        Q.  And the next question down, "What was
04:42:43   7   the name of the course that you took at GCCC?"  What
04:42:52   8   was the name of the course that you took?
04:42:54   9        A.  English.
04:42:54  10        Q.  Any others?
04:42:56  11        A.  No.
04:42:57  12        Q.  How about at Framingham?
04:43:01  13        A.  Same.
04:43:02  14        Q.  If we can go to the next page and
04:43:10  15   highlight the question, "How was your schedule
04:43:13  16   determined for this host family?"  Do you see that
04:43:16  17   question highlighted?
04:43:17  18        A.  Yes.
04:43:19  19        Q.  And do you see your answer is
04:43:23  20   highlighted as well?
04:43:24  21        A.  Yes.
04:43:25  22        Q.  So can you describe to me how those
04:43:29  23   conversations with the host family would work?
04:43:33  24             MR. PETTERSON:  Which host family?
04:43:37  25        Q.  (BY MR. SCARPATO)  Which host family?
```

**Page 48**

```
04:45:21   1        Q.  And your weekly discussions that you had
04:45:43   2   with Ms. ▓▓▓▓, was anyone from GoAuPair involved in
04:45:48   3   those conversations?
04:45:48   4        A.  I don't understand.
04:45:55   5        Q.  Was anyone else in the room when you had
04:45:59   6   those conversations with Ms. ▓▓▓▓ about what the
04:46:02   7   schedule would be each week?
04:46:03   8        A.  No.
04:46:06   9        Q.  How about with Ms. ▓▓▓▓?
04:46:12  10        A.  No.
04:46:15  11        Q.  So did you -- I'll start that over
04:46:30  12   again.
04:46:32  13             Was any employee from GoAuPair aware
04:46:36  14   that those conversations were happening?
04:46:39  15             MR. PETTERSON:  Objection, calls for
04:46:41  16   speculation.
04:46:42  17        A.  What conversation?
04:46:48  18        Q.  (BY MR. SCARPATO)  The conversations
04:46:49  19   that you would have each week with Ms. ▓▓▓▓ about
04:46:53  20   the schedule.
04:46:53  21        A.  No.
04:46:54  22        Q.  How about any scheduling conversations
04:46:58  23   with ▓▓▓▓, was anyone from GoAuPair aware of
04:47:01  24   those?
04:47:01  25        A.  No.
```

12 (Pages 45 to 48)

Case No. 1:14-cv-03074-CMA-KMT Document 1073-9 Filed 05/09/18 USDC Colorado pg 4 of 4

Case 1:14-cv-03074-CMA-KMT Document 1085-24 filed 05/23/18 USDC Colorado pg 4 of 4

YANRU ZHANG - 3/14/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

## 77

```
05:44:42   1        Q.   Did you have any concerns about the
05:44:47   2    ▌ family after those conversations but before you
05:44:50   3   joined them in the United States?
05:44:53   4        A.   I don't remember.
05:45:05   5        Q.   Who handled the preparation of your
05:45:09   6   Visa?
05:45:10   7        A.   The lady.
05:45:12   8        Q.   Would that be the Gillian who we saw
05:45:17   9   before?
05:45:17  10        A.   I don't remember her name.  The Chinese
05:45:22  11   lady.
05:45:23  12        Q.   The lady from the agency you were
05:45:25  13   speaking with in China?
05:45:26  14        A.   Yep.
05:45:27  15        Q.   Do you remember anything about rules or
05:45:37  16   restrictions that would come with the Visa that you
05:45:41  17   received?
05:45:41  18        A.   A little bit.
05:45:49  19        Q.   Can you tell me about that?
05:45:50  20        A.   Exchange culture Visa, you only can work
05:45:59  21   with your family.  You cannot work outside the family.
05:46:05  22   That's all.
05:46:12  23        Q.   Do you remember anything about the
05:46:14  24   number of hours per week you would be permitted to
05:46:20  25   work?
```

## 78

```
05:46:20   1        A.   40 hours.
05:46:20   2        Q.   Do you remember anything about the hours
05:46:22   3   you would be permitted to work each day as part of the
05:46:25   4   Visa?
05:46:25   5        A.   Never over 10 hours per day.
05:46:40   6             MR. SCARPATO:  7800.  It's the written
05:46:43   7   agreement.
05:46:46   8             (Deposition Exhibit 9 was marked.)
05:47:23   9        Q.   (BY MR. SCARPATO)  Yanru, you're being
05:47:26  10   shown a document that's been marked as Exhibit 9.  For
05:47:33  11   the record, it bears Bates numbers GAP 00077898 to 99.
05:47:39  12        A.   Yes.
05:47:40  13        Q.   Do you recognize this document?
05:47:42  14        A.   Can I see more, please?
05:47:50  15        Q.   Sure.
05:47:51  16        A.   Thank you.
05:48:34  17             MR. SCARPATO:  Can you page up?  It
05:48:37  18   should only be the first two pages.  Yeah.
05:48:49  19        Q.   (BY MR. SCARPATO)  So having looked
05:48:52  20   through that, do you recognize this document?
05:48:53  21        A.   Yes.
05:48:55  22        Q.   What is this document?
05:48:57  23        A.   My agreement with my first host family.
05:49:02  24        Q.   And if we look at the bottom -- well, we
05:49:05  25   have it up right now.  Do you recognize your signature
```

## 79

```
05:49:08   1   on this document?
05:49:08   2        A.   Yes.
05:49:10   3        Q.   Do you recognize the signature of
05:49:12   4   Mr. ▌ on this document?
05:49:14   5        A.   I don't remember hers.  I don't know.
05:49:20   6        Q.   Okay.  Looking at the date next to your
05:49:24   7   signature, I see April 6, 2013.  Did I read that
05:49:28   8   correctly?
05:49:28   9        A.   Yes.
05:49:29  10        Q.   So this was also before you came to the
05:49:33  11   United States to join the ▌ family?
05:49:35  12        A.   Yes.
05:49:36  13        Q.   And do you recognize any of the other
05:49:40  14   signatures that we're looking at right now next to
05:49:43  15   yours?
05:49:43  16        A.   I don't remember.
05:49:46  17        Q.   So if we go up to page 1, under the
05:50:00  18   heading "Work schedule," who was it that filled in
05:50:07  19   this work schedule table?
05:50:13  20        A.   ▌ I guess.
05:50:15  21        Q.   And it's a little tough to read the
05:50:20  22   handwriting under that table, but I'm going to read it
05:50:25  23   and you tell me if you think I'm reading it
05:50:28  24   incorrectly.  "Please note this is not a fixed
05:50:31  25   schedule.  The one half day will vary from week to
```

## 80

```
05:50:34   1   week and won't always be on Friday.  Occasional
05:50:38   2   weekends may be required."  Did I read that correctly
05:50:42   3   as best you can see?
05:50:43   4        A.   Yes.
05:50:44   5        Q.   And do you know who wrote that?
05:50:47   6        A.   My guess is the host mom.  The first
05:50:53   7   host mom.
05:50:54   8        Q.   And in the next table down under "House
05:50:58   9   rules," do you know who filled this table in?
05:51:01  10        A.   I don't know.
05:51:09  11        Q.   Well, you previously had made the guess
05:51:13  12   that it was your host mom that filled it in.  Would it
05:51:16  13   make sense for it to be the host mom in this table as
05:51:19  14   well?
05:51:19  15        A.   Okay.
05:51:23  16        Q.   Going down to the next table,
05:51:28  17   "Responsibilities," do you know who it was who checked
05:51:32  18   these boxes?
05:51:32  19        A.   Not me.
05:51:40  20        Q.   Do you have any knowledge who it was who
05:51:45  21   filled these boxes in?
05:51:46  22        A.   I don't know.
05:51:48  23        Q.   How did you receive this document?
05:51:50  24        A.   From the agent.  From the lady.
05:51:54  25        Q.   Was it filled in when you received it
```

20 (Pages 77 to 80)