# EXHIBIT L

1

```
 1         IN UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
 2         ---------------------------x

 3         JOHANA PAOLA BELTRAN, et al.,

 4               Plaintiffs,
                                  Civil Action No.
 5               v.               1:14-cv-03074-CMA-KMT

 6         INTEREXCHANGE, INC.; et al.

 7               Defendants.

 8         ---------------------------x
                                  April 3, 2018
 9                                2:26 p.m.

10

11            Deposition of LAURA CATALINA SARMIENTO

12         CARDOZO, taken by defendant, pursuant to

13         notice, at the offices of Boies Schiller

14         Flexner, 575 Lexington Avenue, New York, NY

15         10022, before Joseph B. Pirozzi, a

16         Registered Professional Reporter and Notary

17         Public of the State of New York.

18

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966   1900 Grant Street, Suite 1025   ■ www.huntergeist.com
800.525.8490   Denver, CO 80203                ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Case No. 1:14-cv-03074-CMA-KMT Document 1085-25 filed 05/23/18 USDC Colorado pg 3 of 3
Case 1:14-cv-03074-CMA-KMT Document 1073-16 Filed 05/09/18 USDC Colorado Page 3 of 3

LAURA CATALINA SARMIENTO CARDOZO - 4/3/2018
Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

109

1  Q. I'm going to hand you Exhibit 12,
2  the orientation agreement beginning Bates
3  79396. Do you recognize Exhibit 12?
4  A. Yes, I recognize Exhibit 12.
5  Q. What is it?
6  A. It was the orientation paper I
7  filled with the family and with the
8  coordinator of the agency.
9  Q. Do you remember who wrote the
10 information in the orientation form?
11 A. Yes. I remember it was Pam
12 Edwards, the coordinator.
13 Q. Do you remember who decided what
14 the content of the form would be?
15 A. Yes. It was ▬▬▬▬,
16 the host parents.
17 Q. So ▬▬▬▬ said what
18 the contents should be, and Pam Edwards,
19 the local area representative, wrote it in
20 the form, is that right?
21 A. That's right, yes.
22 Q. What were your -- what was your
23 time like with the ▬▬▬ family?
24     MS. HARRIS: Objection to form.
25 A. It was amazing, really. I have a

110

1  wonderful experience with the family. It
2  was so different than the first one. They
3  treat me very good. They made me feel I
4  was part of the family, was the best part.
5  Q. Did you interact with Pam
6  Edwards, the local area representative,
7  while you were with the ▬▬▬ family?
8  A. I remember I went some activities
9  with them. And Pam Edwards, sometimes she
10 sent me text, how I am, if everything is
11 okay.
12 Q. What were your responsibilities
13 for caring for the children when you were
14 with the ▬▬▬ family?
15 A. When I was with the ▬▬▬
16 family, it was most of the kids, I have to
17 help the kids with everything. Help to get
18 dressed, clean the rooms, prepare meals. I
19 remember I have to help them with the
20 homework, and I remember we have to read
21 every day. And that's it.
22 Q. And who told you what your
23 responsibilities were?
24 A. It was ▬▬▬▬▬
25 ▬▬▬

111

1  Q. Did Go Au Pair tell you what your
2  responsibilities were with the ▬▬▬
3  family?
4  A. No.
5  Q. Who set your work schedule with
6  the ▬▬▬ family?
7  A. It was the family.
8  Q. Did Go Au Pair set your work
9  schedule with the ▬▬▬ family?
10 A. No.
11 Q. Did Go Au Pair ever supervise
12 your work with the ▬▬▬ family?
13     MS. HARRIS: Objection to form.
14 A. No, never.
15 ==Q. About how many hours per week did==
16 ==you work for the ▬▬▬ family?==
17 ==A. It was -- I worked -- it was like==
18 ==45 hours per week.==
19 Q. About how many hours per day did
20 you work for the ▬▬▬ family?
21 A. It was mostly eight hours, maybe
22 nine hours sometimes.
23 Q. Did you ever work more than 45
24 hours a week with the ▬▬▬ family?
25 A. Sometimes, I have to work

112

1  overtime, because they have, like, a
2  special activity or they want to go out and
3  have dinner. So it was like a very -- you
4  know what, all the time it was very --
5  like, some of the times, like, it wasn't a
6  lot.
7  Q. I'm sorry, it was not a lot?
8  A. No.
9  Q. Is that what you said?
10 A. Yes.
11 Q. Did they pay you -- did the
12 ▬▬▬ family pay you extra for the time
13 that you worked more than 45 hours a week?
14 A. No.
15 Q. How often -- did you ever work
16 more than ten hours per day?
17 A. Yes, sometimes.
18 Q. How often?
19 A. It was a few times. It was like
20 when ▬▬▬ has some problems at his job, or
21 when ▬▬▬ she couldn't be at home on
22 time. So I work with the kids, like, for
23 two or three hours more.
24 Q. How did the ▬▬▬ family
25 communicate your work schedule to you?

28 (Pages 109 to 112)