# EXHIBIT M

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3

 4   JOHANA PAOLA BELTRAN; ET AL.,      )
                                        )
 5              PLAINTIFFS,             )
                                        )
 6        VS.                          ) CASE NO. 1:14-CV-03074
                                        )           CMA-KMT
 7   INTEREXCHANGE, INC.; ET AL.,      )
                                        )
 8              DEFENDANTS.            )
     _____)
 9

10

11                       CONFIDENTIAL

12                  ATTORNEYS' EYES ONLY

13

14

15        VIDEOTAPED DEPOSITION OF CAROLINE VILAIN

16                 FRIDAY, APRIL 6, 2018

17

18

19

20

21

22

23

24

25
```

H+G

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

Your Partner in Making the Record

■ www.huntergeist.com
■ scheduling@huntergeist.com

Court Reporting, Legal Videography, and Videoconferencing

**CAROLINE VILAIN - 4/6/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

69

10:16 1     **Q. How long had you been an au pair when she**
2     **had the third baby?**
3     A. She had the baby in February, so about
4     seven or eight months. I'm not counting right now,
10:16 5     but yeah, February of 2013.
6     **Q. What do you remember about the** ███
7     **family's work schedules while you were their au pair**
8     **for the first year?**
9     MR. ESBENSHADE: Objection to form.
10:16 10     THE WITNESS: Their work schedule?
11     **Q. BY MS. MULL: Uh-huh.**
12     A. They did not work. The mom did not work,
13     and the dad worked in the movie industry, but he
14     never had to actually go to work or anything, so he
10:17 15     was home a lot of the time.
16     **Q. So during your first year as an au pair,**
17     **were both of the** ███ **home during the day?**
18     A. Not all the time.
19     **Q. About how often?**
10:17 20     A. I mean, every day they would come home, but
21     they would go out during the day.
22     **Q. Were you working with the children and**
23     **taking care of them while the** ███ **parents were**
24     **home usually?**
10:17 25     A. Yes, I was.

---

70

10:17 1     **Q. And while they were gone?**
2     A. Yes.
3     **Q. And did you have a bedroom at the** ███
4     **family home?**
10:17 5     A. Yes.
6     **Q. And did you have a bathroom?**
7     A. Yes.
8     **Q. Did you share it or was it your own?**
9     A. In New York it was my own, and in L.A. I
10:17 10     shared it with the children.
11     **Q. So did you have your own bedroom in both**
12     **New York and in L.A.?**
13     A. Yes, I did.
14     **Q. Did you share meals with the** ███
10:18 15     **family?**
16     A. Yes.
17     **Q. About how often?**
18     A. Every day except on my days off.
19     **Q. Did the** ███ **family buy your groceries?**
10:18 20     MR. ESBENSHADE: Objection to form.
21     THE WITNESS: I ate with them, so I guess the
22     answer is yes.
23     **Q. BY MS. MULL: On your days off what did you**
24     **do for food?**
10:18 25     A. I bought my own food and ate out. I

---

71

10:18 1     wouldn't stay home on my days off.
2     **Q. Did the** ███ **ever pay for meals out of**
3     **the house?**
4     MR. ESBENSHADE: Objection to form.
10:18 5     THE WITNESS: Yes. If I was taking care of the
6     children when I went out with them, they would pay
7     for my food, yeah.
8     **Q. BY MS. MULL: When you first arrived at the**
9     ███ **family house, do you remember discussing**
10:18 10     **any ground rules?**
11     A. I believe I did. I don't remember specific
12     rules, though.
13     **Q. Did you discuss the amount that you would**
14     **be paid by the** ███ ?
10:19 15     A. No. Like I said, it was set on paper, so
16     we never really mentioned it.
17     **Q. When you arrived to work with the** ███
18     **family, did you discuss how you would be paid?**
19     A. I don't remember.
10:19 20     **Q. Do you remember if you discussed when you**
21     **would be paid?**
22     A. I don't remember either.
23     **Q. When you arrived, do you remember**
24     **discussing with the** ███ **family what your work**
10:19 25     **schedule would be?**

---

72

10:19 1     A. Not in the beginning. After about two
2     weeks they asked me to meet with them to talk about
3     my schedule, and I met with them, and they asked me
4     how I was doing. I said I was doing fine. And that
10:19 5     was the end of their meeting, and so we never
6     actually mentioned it officially.
7     **Q. And that was the meeting that you had with**
8     **the host family?**
9     A. Yes.
10:19 10     **Q. Did the** ███ **family ever provide you**
11     **with a written schedule other than what was in the**
12     **written agreement?**
13     A. No, they didn't.
14     **Q. How did you know when you were going to be**
10:19 15     **working with the** ███ **family?**
16     A. Because I knew when the kids would get up
17     in the morning.
18     **Q. How did you know when you were going to**
19     **have an off day?**
10:20 20     A. They would usually tell me the day before.
21     Sometimes they would tell me the day of after I got
22     up.
23     **Q. And that was the** ███ **family that told**
24     **you?**
10:20 25     A. Yes.

---

18 (Pages 69 to 72)

**CAROLINE VILAIN - 4/6/2018**

**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

77

10:25   1      MR. ESBENSHADE: Objection to form.
  2      THE WITNESS: I believe the mom.
  3      Q. BY MS. MULL: Do you remember her saying
  4    that when you were in the meeting with the LAR?
10:25   5      A. No. I just remember it being a rule in
  6    general.
  7      Q. So do you remember who provided the content
  8    of this form?
  9      A. No.
10:25 10      Q. Not the actually handwriting, just the
11    content?
12      A. I don't remember.
13      MR. ESBENSHADE: Objection to form.
14      THE WITNESS: It looks like the mom's ideas, but
10:25 15    I can't remember.
16      Q. BY MS. MULL: And you mentioned that you
17    only met with Felicia the one time. Right?
18      A. Yes.
19      Q. During your first few weeks with the
10:26 20    ███████ family, did you have other communications
21    with the local area representative, either Felicia
22    or somebody else?
23      A. Not that I remember.
24      Q. When did you start providing childcare to
10:26 25    the kids when you arrived to the ██████ family?

---

78

10:26   1      A. As soon as I moved in, I believe.
  2      Q. And how often did you care for the children
  3    in the first year that you were working for the
  4    ██████ family?
10:26   5      A. Every day except one day a week, unless
  6    they forgot to give me a day off.
  7      Q. Did that happen often?
  8      A. Yes.
  9      Q. About how often did they not give you a day
10:26 10    off?
11      A. It's hard to tell now, but it was fairly
12    regular. I would say at least once a month they
13    would forget.
14      Q. And it was the ██████ family that forgot
10:26 15    to give you a day off?
16      MR. ESBENSHADE: Objection to form.
17      Q. BY MS. MULL: When you say "they"?
18      A. Yes.
19      Q. On your survey, question 51 -- that's
10:27 20    Exhibit 4 -- it says:
21        "How many hours did you work on average
22      per week?"
23        And you wrote in "85." Do you see that?
24      A. Yes.
10:27 25      Q. And was that accurate for the first year

---

79

10:27   1    you were working with the ██████ family?
  2      A. Yes. It's not an exact number. It's just
  3    an estimate. But yes.
  4      Q. All right. And I'm going to hand you an
10:27   5    exhibit, and I forgot to mark this one, so we'll do
  6    that now. So this exhibit will be numbered out of
  7    order. It should be Exhibit 16. And that's
  8    beginning Bates No. 62710.
  9      (Whereupon Exhibit 16 was marked for
10:28 10      identification by the Court Reporter.)
11      Q. BY MS. MULL: And you might not have seen
12    this form before. It was I think a survey that you
13    filled out on Go Au Pair. So towards the top it
14    says "Survey Name," and then it says "AP 6 Week."
10:28 15    Do you see that?
16      A. Yes.
17      Q. And if you look on the third page of
18    Exhibit 16, at the top it says that this document
19    was reviewed on July 19, 2013. Do you see that?
10:28 20      A. Yes.
21      Q. Do you remember filling out a survey
22    shortly after you started your second year with the
23    ██████ family?
24      A. It sounds familiar.
10:29 25      Q. And if you look at the -- on the first page

---

80

10:29   1    of Exhibit 16, there's a section that says
  2    "Audit-Schedule." Do you see that?
  3      MR. ESBENSHADE: I'm sorry, Counsel. I just
  4    want to make sure we know what we're looking at
10:29   5    because it says "Highly confidential. Attorney Eyes
  6    Only." Is this a document that under the protective
  7    order she's permitted to see? Is this a document
  8    she filled out?
  9      MS. MULL: This is a document she filled out,
10:29 10    yeah. Thank you.
11      MR. ESBENSHADE: I just wanted to be clear.
12      MS. MULL: Uh-huh.
13      Q. And there's a line that says:
14        "How many hours per week on average did
10:29 15      you work?"
16      Do you see that?
17      A. Yes.
18      Q. And you wrote in "55." Do you see that?
19      A. Yes.
10:29 20      Q. Did your hours change from the first year
21    to the second year?
22      A. No. I did more in the second year, I
23    guess.
24      Q. So you worked more in the second year than
10:29 25    you did in the first year?

---

**Hunter + Geist, Inc.**

scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**CAROLINE VILAIN - 4/6/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

81

10:29 1    A.  Yeah.  More than 85 probably, yes.
2    Q.  So when you wrote 55 on this document -- or
3 when you filled out this survey, why did you write
4 55?
10:30 5    A.  I don't remember, but I must have known
6 that things would have not worked out if I wrote an
7 accurate number, so I chose to write a lower number
8 so that I could extend.  That's what I would guess
9 from what I vaguely remember.
10:30 10    Q.  And you said you didn't think it would work
11 out if you wrote a bigger number?
12    A.  Well, I knew I was not supposed to work
13 more than 45 hours a week, and I was afraid that I
14 wouldn't be able to extend if I wrote the actual
10:30 15 amount of hours that I worked.
16    Q.  Okay.  So when you wrote in your survey
17 that you worked about 85 hours per week, was that
18 accurate for the first year you worked as an au pair
19 with the ▇▇▇▇ family?
10:30 20    A.  Yes.
21    Q.  And how did that number change in the
22 second year, or did it change?
23    A.  Several days I had to work throughout the
24 night because the dad would go out of town for
10:30 25 several days at a time and I would have to take care

---

82

10:30 1 of the kids at night.
2    Q.  So did you work more hours the second year?
3    A.  Yes.
4    Q.  Is that more hours than 85, do you think?
10:31 5    A.  Yes.
6    Q.  Do you have -- do you know about how many
7 hours per week you worked the second year?
8    A.  I don't because the hours during the day
9 would be similar from the first year, but regularly
10:31 10 I would also have to work throughout the night.  So
11 I would have to calculate that, but it's really
12 vague, yeah.
13    Q.  When you say you had to work throughout the
14 night, were you awake all night --
10:31 15    A.  No.
16    Q.  -- taking care of the kids?
17    Okay.  What do you mean by that?
18    A.  I mean that I would have to listen for the
19 kids waking up at night and take care of them
10:31 20 whenever they woke up.
21    Q.  Okay.  About how many days per week the
22 first year did you work for the ▇▇▇▇?
23    A.  Six to seven.
24    Q.  And about how many hours per day the first
10:32 25 year?

---

83

10:32 1    A.  Usually from 6:30 in the morning to 8:30 at
2 night.  So that would be about 14 hours.
3    Q.  And about -- we've discussed how many
4 hours per week that was.  Right?
10:32 5    A.  Uh-huh.
6    Q.  It's about 85?
7    A.  Yes.
8    Q.  Did you ever work 45 hours or less with the
9    ▇▇▇▇ family?
10:32 10    A.  Not that I remember.
11    Q.  Was the schedule consistent or inconsistent
12 that you remember the first year?
13    A.  It was consistent because the kids would
14 usually wake up and go to bed around the same time
10:32 15 every day.
16    Q.  Did you report in the first year to your
17 LAR that you were working more than 45 hours per
18 week?
19    A.  No.  For the first few months I don't
10:32 20 remember having any contact with any LAR.  I don't
21 remember ever talking to Felicia, so I'm not sure if
22 someone else got hired later.
23    And then when we came to Los Angeles, I
24 talked to the LAR here, but I don't remember
10:33 25 mentioning my hours to her.

---

84

10:33 1    Q.  Do you remember the name of the LAR that
2 was here in L.A. the first year?
3    A.  First name was Gina.  I believe her last
4 name was Smurthwaite, S-m-u-r-t-h-w-a-i-t-e.  I'm
10:33 5 not 100 percent sure on that but...
6    Q.  Did the ▇▇▇▇ ever offer to pay you
7 more money for the extra hours that you were
8 working?
9    A.  On my very last month with them, the dad
10:33 10 moved out to go work, I believe, on a movie, and
11 they asked me to take care the kids throughout the
12 night every day, and they told me they would give me
13 a raise.  And by the time I left, they gave me $800
14 instead of 783.  So I guess that's technically a
10:33 15 raise.
16    Q.  Did you have weekends off?
17    A.  No.  I believe I got one for my birthday on
18 the second year.
19    Q.  How many days off a week did you usually
10:34 20 get your first year?
21    A.  One or zero.
22    Q.  And when you had a day off the first year,
23 did you spend your time with the family?
24    A.  No, because I figured I would be working if
10:34 25 I stayed home.

---

21 (Pages 81 to 84)

**CAROLINE VILAIN - 4/6/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

93

10:42  1      Q.  BY MS. MULL:  Do you have any written
2  records of the wages that you earned with the
3  ████ family the first year?
4      A.  Records?  Yeah.  I might have bank
10:42  5  statements probably, yeah.
6      Q.  I'm handing the witness Exhibit 11,
7  beginning Bates No. 62645.
8        (Whereupon Exhibit 11 was marked for
9        identification by the Court Reporter.)
10:43  10     Q  BY MS. MULL:  Could you please look at
11  Exhibit 7 (sic) and let me know when you're done.
12  Exhibit 11.
13      A.  I'm done.
14      Q.  So after you worked with the ████
10:43  15  family for the first year, you decided to extend, to
16  work with them for another year.  Correct?
17      A.  Correct.
18      Q.  And that's what this Exhibit 11, the
19  12-month extension agreement is?
10:44  20     A.  Yes.
21      Q.  And it says at the bottom in the stipend
22  section:
23       "I agree my weekly pocket money will be
24      no less than 195.75 per week" --
10:44  25     Correct?

---

94

10:44  1      A.  Correct.
2      Q.  -- "in exchange for working up to ten
3      hours PER day for a maximum of 40 (sic)
4      hours per week."
10:44  5     Correct?
6      A.  Correct.
7     MR. ESBENSHADE:  Sorry.  I believe you misread
8  that.  Or maybe I misheard.
9      Q.  BY MS. MULL:  "In exchange for working
10:44  10     up to ten hours per day for a maximum of
11     45 hours per week."
12     MR. ESBENSHADE:  I think you said 40 the first
13  time.  I'm sorry.
14     MS. MULL:  I find I actually do that fairly
10:44  15  often, 40 and 45.  I don't know.
16      Q.  On the last page of Exhibit 11, is that
17  your signature at the bottom?
18      A.  Yes, it is.
19      Q.  And you signed that February 9, 2013.  Is
10:44  20  that right?
21      A.  Yes.
22      Q.  So for the first year you had worked about
23  85 hours per week --
24      A.  Yes.
10:45  25     Q.  -- with the ████ family.  Right?

---

95

10:45  1      A.  Yes.
2      Q.  And you decided to extend for another year
3  with the ████ family?
4      A.  Yes.
10:45  5     Q.  Whose idea was it to extend?
6      A.  It was the host family's.  That happened
7  right before they had a baby.  I think they had a
8  baby on February 13.  And they told me that because
9  they were going to have a baby, both of the other
10:45  10  kids were going to start going to preschool and the
11  mom would be taking care of the baby, so I wouldn't
12  have to work as much in the second year.  That was
13  their deal when they offered the extension.
14      Q.  So they offered you fewer hours?
10:45  15     A.  Yes.
16      Q.  Did they offer to pay you any more?
17      A.  No.
18      Q.  Did Go Au Pair require you, as far as you
19  knew, to extend with the ████ family?
10:45  20     MR. ESBENSHADE:  Objection to form.
21     THE WITNESS:  No.
22      Q.  BY MS. MULL:  Handing you Exhibit 12,
23  beginning Bates No. 62745.
24        (Whereupon Exhibit 12 was marked for
10:46  25       identification by the Court Reporter.)

---

96

10:46  1      Q.  BY MS. MULL:  Do you recognize Exhibit 12?
2      A.  Looks familiar.
3      Q.  And what is it?
4      A.  It is a written agreement about my schedule
10:46  5  and duties for my second year as an au pair.
6      Q.  And is that your signature on the second
7  page of Exhibit 12?
8      A.  Yes, it is.
9      Q.  When did you receive this written
10:46  10  agreement, Exhibit 12?
11      A.  It looks like I received it in May of 2013.
12  Oh, February of 2013.  My bad.
13      Q.  And did you receive this agreement before
14  you accepted to work for a second year?
10:46  15     A.  I don't remember.
16      Q.  All right.  The first page, it says "Work
17  Schedule."  Do you see that section?
18      A.  Yes.
19      Q.  At the time that you signed this agreement,
10:47  20  did you understand who filled in the content of that
21  chart?
22      A.  I believe ████ did because his
23  signature is on there.
24      Q.  So then did the ████ family, as far as
10:47  25  you understood it, set your work schedule for the

---

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**CAROLINE VILAIN - 4/6/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

---

97

10:47  1    first year -- or I'm sorry -- the second year?
       2    MR. ESBENSHADE:  Objection to form.
       3    THE WITNESS:  I remember that that's what they
       4    put on paper.  I didn't think necessarily that that
10:47  5    was what was going to happen.
       6    Q.  BY MS. MULL:  Why was that?
       7    A.  Because I knew that I had to work on the
       8    weekends because they wouldn't let me take days off
       9    on the weekend, so I knew from the beginning that
10:47 10    this was not accurate.
      11    Q.  But you signed it --
      12    A.  Yes.
      13    Q.  -- anyway?
      14    A.  Yes, I did.
10:48 15    Q.  Knowing that you were going to be
      16    potentially working more hours than was on the work
      17    schedule?
      18    MR. ESBENSHADE:  Objection to form.
      19    THE WITNESS:  I was still expecting to work
10:48 20    fewer hours because both of the kids were going to
      21    go to preschool.
      22    Q.  BY MS. MULL:  As far as you were aware, did
      23    Go Au Pair decide what the work schedule would be
      24    for the second year?
10:48 25    MR. ESBENSHADE:  Objection to form.

---

98

10:48  1    THE WITNESS:  I don't think so.
       2    Q.  BY MS. MULL:  In the next section it says
       3    "House Rules."  When you signed this agreement, did
       4    you have an understanding of who filled in the house
10:48  5    rules in this chart?
       6    A.  It looks like ▮▮▮▮▮▮▮▮ did.
       7    Q.  And were those house rules consistent with
       8    the rules that you followed in the second year with
       9    the ▮▮▮▮ family?
10:48 10    A.  Yes, I believe so.
      11    Q.  And the "Responsibilities" section of
      12    Exhibit 12, at the time that you signed this
      13    agreement, do you understand who filled in the check
      14    marks for the responsibilities chart?
10:48 15    A.  I'm guessing ▮▮▮▮▮▮▮▮ did.
      16    Q.  And were those responsibilities that were
      17    checked in Exhibit 12, the responsibilities chart,
      18    were those responsibilities consistent with the
      19    responsibilities you actually had the second year?
10:49 20    A.  I believe I did more than what is checked
      21    on there because I did do the kids' laundry some of
      22    the time and washing their dishes.
      23    Q.  And as far as you were aware at the time you
      24    signed this agreement, did Go Au Pair decide
10:49 25    what your responsibilities would be?

---

99

10:49  1    MR. ESBENSHADE:  Objection to form.
       2    THE WITNESS:  I don't think so.
       3    Q.  BY MS. MULL:  And then there's a section
       4    that says "Compensation."  It says:
10:49  5        "The host family agrees to pay the
       6        au pair pocket money in the amount of
       7        $200."  And then, quote -- or parentheses,
       8        "minimum of 195.75."
       9        Do you see that?
10:49 10    A.  Yes.
      11    Q.  Did the ▮▮▮▮▮▮ family agree to pay you
      12    $200 per week the second year?
      13    A.  According to this form, yes, but they did
      14    not actually pay me $200 per week.
10:50 15    Q.  What did -- did the ▮▮▮▮▮▮ family
      16    continue to pay you on a monthly basis --
      17    A.  Yes.
      18    Q.  -- in the second year?
      19    A.  Yes.
10:50 20    Q.  How much did they pay you each month the
      21    second year?
      22    A.  783 per month, once they started paying me
      23    again, since they didn't pay me for the six months.
      24    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10:50 25    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

100

10:50  1    A.  December of 2012.
       2    Q.  And you renewed your -- you extended in
       3    February.  Is that right?
       4    A.  Yes.
10:50  5    Q.  So when did they start paying you again in
       6    the second year that you remember?
       7    A.  I believe it was July.
       8    Q.  And when the ▮▮▮▮▮▮ family started pay
       9    you again, how did they pay you?
10:50 10    A.  The same way they did the first year.  783
      11    per month by check.
      12    Q.  How often did you care for the children the
      13    second year?
      14    A.  Six to seven days a week and sometimes
10:50 15    throughout the night.
      16    Q.  And I think we discussed earlier that
      17    although you wrote 85 hours in the survey, you think
      18    for the second year it might have been a bit more?
      19    A.  Yes.
10:51 20    Q.  Question 45 of your survey, Exhibit 4, on
      21    the last part of your answer it says:
      22        "At the end I was asked to take -- I
      23        was also asked to take care of the children
      24        at night.  This is one of the reasons why I
10:51 25        left the family."

---

25 (Pages 97 to 100)

CAROLINE VILAIN - 4/6/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

---

**133**

```
11:35   1   you were working?
        2       A.  No, I don't remember.
        3       Q.  Do you remember discussing the wages that
        4   you were receiving?
11:35   5       A.  I don't remember.
        6       Q.  Can you describe for me what your childcare
        7   responsibilities were with the ▓▓▓▓ family?
        8       MR. ESBENSHADE:  Objection to form.
        9       Go ahead.
11:35  10       THE WITNESS:  Like I discussed with them in the
       11   beginning, I would take care of the kid in the
       12   morning as soon as she got out of bed, take her to
       13   school, pick her up, take care of her in the
       14   afternoon until the parents came back home.
11:35  15       Q.  BY MS. MULL:  And survey question 79, which
       16   is Exhibit 4, it says:
       17           "How many hours did you work on average
       18       per week, not including vacation weeks?"
       19       Do you see that?
11:35  20       A.  Yes.
       21       Q.  And you wrote "35."  Right?
       22       A.  Right.
       23       Q.  And is that an accurate number?  You worked
       24   about 35 hours per week with the ▓▓▓▓ family?
11:35  25       A.  I believe it is.
```

**134**

```
11:36   1       Q.  How many days per week on average did you
        2   work for the ▓▓▓▓ family?
        3       A.  Usually five.  Once in awhile I would work
        4   a little bit on Saturday night, but they would let
11:36   5   me know ahead.  And it only happened a couple times.
        6       Q.  And about how many hours per day did you
        7   work for the ▓▓▓▓ family?
        8       A.  I can look at that schedule because I know
        9   it is accurate.
11:36  10       So I guess I had about an hour and a half
       11   in the morning and then five hours in the afternoon.
       12   So that would be six and a half hours.
       13       Q.  Did you ever work more than ten hours per
       14   day when you were working with the ▓▓▓▓
11:36  15   family?
       16       A.  Not that I remember.
       17       Q.  Did you ever work more than 45 hours in a
       18   week with the ▓▓▓▓ family?
       19       A.  Not that I remember.
11:36  20       Q.  Did you have weekends off with the
       21   ▓▓▓▓ family?
       22       A.  Most of the time, yes.
       23       Q.  And who told you what your job
       24   responsibilities were on a day-to-day basis with the
11:37  25   ▓▓▓▓ family?
```

**135**

```
11:37   1       A.  The parents did.
        2       Q.  Not Go Au Pair?
        3       A.  Not that I remember.
        4       Q.  And not the LAR?
11:37   5       A.  Not that I remember either.
        6       Q.  Who told you what your schedule was
        7   supposed to be on a day-to-day basis with the
        8   ▓▓▓▓ family?
        9       A.  The family did.
11:37  10       Q.  And not Go Au Pair?
       11       A.  No.
       12       Q.  Not the LAR?
       13       A.  No.
       14       Q.  Did Go Au Pair ever supervise your work
11:37  15   with the ▓▓▓▓ family?
       16       MR. ESBENSHADE:  Objection to form.
       17       Q.  BY MS. MULL:  That you knew of.
       18       A.  I don't think so.
       19       Q.  Do you know if the LAR ever supervised your
11:37  20   work with the ▓▓▓▓ family?
       21       MR. ESBENSHADE:  Objection to form.
       22       THE WITNESS:  I don't think so.
       23       Q.  BY MS. MULL:  You don't think she did?
       24       A.  No, I don't think she did.
11:37  25       Q.  And I think you said that you thought you
```

**136**

```
11:37   1   remembered that maybe the ▓▓▓▓ wrote a
        2   schedule out for you.
        3       A.  Yes.
        4       Q.  Is that right?
11:38   5       Do you remember for sure whether they had a
        6   written schedule or not?
        7       A.  No, I don't remember for sure.
        8       Q.  And you didn't drive with the ▓▓▓▓
        9   family, did you?
11:38  10       A.  No, I didn't.
       11       Q.  Did the ▓▓▓▓ family provide you with
       12   a cell phone?
       13       A.  I don't remember.
       14       Q.  Do you remember --
11:38  15       A.  Actually, they did.  They did.
       16       Q.  They did?
       17       A.  Yes.
       18       Q.  Do you remember if they paid for your cell
       19   phone bill?
11:38  20       A.  For that one, yes.
       21       Q.  Did the ▓▓▓▓ family provide you a
       22   computer?
       23       A.  No, they didn't.
       24       Q.  But you had your own?
11:38  25       A.  Yes.
```

34 (Pages 133 to 136)