**EXHIBIT O**

1

```
 1          IN UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
 2          ---------------------------x

 3          JOHANA PAOLA BELTRAN, et al.,

 4                  Plaintiffs,
                                        Civil Action No.
 5                  v.              1:14-cv-03074-CMA-KMT

 6          INTEREXCHANGE, INC.; et al.

 7                  Defendants.

 8          ---------------------------x
                                        April 2, 2018
 9                                      11:00 a.m.

10

11              Deposition of JAMIE DANIELS BOGERT,

12          taken by defendant, pursuant to notice, at

13          the offices of Boies Schiller Flexner, 575

14          Lexington Avenue, New York, NY 10022, before

15          Joseph B. Pirozzi, a Registered Professional

16          Reporter and Notary Public of the State of

17          New York.

18

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966   1900 Grant Street, Suite 1025   www.huntergeist.com
800.525.8490   Denver, CO 80203                scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Case No. 1:14-cv-03074-CMA-KMT Document 1073-12 Filed 05/23/18 USDC Colorado Page 3 of 5

Case 1:14-cv-03074-CMA-KMT Document 1085-27 filed 06/05/18 USDC Colorado pg 3 of 5

JAMIE DANIELS BOGERT - 4/2/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

81

1  I'm supposed to work while being an au pair
2  with them.
3      Q.   And it looks like the content is
4  written in, is that correct?
5          MR. VALDIVIESO:  Objection to
6  form.
7      A.   It looks like it.
8      Q.   Do you have an understanding of
9  who came up with the content of the chart?
10         MR. VALDIVIESO:  Objection to
11 form.
12     A.   No, I don't.
13     Q.   Do you know whether the host
14 family filled in these numbers?
15     A.   I don't know.
16     Q.   Could you please look at your
17 survey, Exhibit 4, question 45.  It says,
18 "how was your schedule determined for this
19 host family?"  And you wrote, "most times
20 remained the same, morning routine before
21 school, usually 6:30/7 to 9 a.m.  Then
22 after school, 3 to 8/9 p.m.  One weekday,
23 10 to 12 hours."
24         Do you see that?
25     A.   Yes.

82

1      Q.   And the question is, how was your
2  schedule --
3          MR. VALDIVIESO:  I'm sorry --
4          MS. MULL:  Question 45.
5      Q.   So the question is, "how was your
6  schedule determined for this family?"  Do
7  you know who determined the schedule for
8  your family, your host family?
9      A.   Do I know who set the hours, is
10 that the question?
11     Q.   Yes.  Who determined what your
12 hours would be when you were working for
13 the host family?
14     A.   For specific days?
15     Q.   The days and the time?
16     A.   The family.
17     Q.   Could you then turn to the next
18 page, question 55.  It says, "was your
19 schedule set by or determined in
20 conjunction with your host family?"  And
21 you wrote "yes."  Is that correct?
22     A.   Yes.
23     Q.   And that question is kind of
24 confusing because it's asking two questions
25 at the same time.  So can you tell me

83

1  whether the schedule was set by or
2  determined in conjunction with the host
3  family?
4          MR. VALDIVIESO:  Objection to
5  form.
6      A.   From my understanding, it was set
7  by the family.
8      Q.   Okay.  Your schedule was not set
9  by Go Au Pair, was it?
10         MR. VALDIVIESO:  Objection to
11 form.
12     Q.   The specific days and hours you
13 would be working?
14     A.   I don't think so.
15     Q.   To your understanding?
16     A.   Yes.
17     Q.   Could you turn back to the
18 written agreement, please, Exhibit 8.  Was
19 your -- was the schedule you actually
20 worked consistent with the schedule that's
21 written in the written agreement, as you
22 remember it?
23     A.   Was it consistent with this?
24     Q.   Uh-huh.
25     A.   No.

84

1      Q.   How was it different?
2      A.   My hours would vary week to week,
3  so it wasn't the same every Monday or the
4  same every Tuesday.  It would vary.
5      Q.   How did you know what your hours
6  were going to be from week to week?
7      A.   The family would work it out on a
8  Sunday, and then on Sunday night they would
9  leave the chart in the kitchen, and that's
10 how I would go check.
11     Q.   Was this a chart that you still
12 have access to; was it written down?
13     A.   No, it was written down, but it
14 was theirs.  I'm not sure if they still
15 have it.
16     Q.   So do you have any copies of your
17 schedules from working with the ▮▮▮▮▮
18 family?
19     A.   No.  It was -- it was a thing
20 they would fill in pencil.  It was one
21 sheet, and they would erase and fill a new
22 one every week.  So there was no copies of
23 it.
24     Q.   In the second section of
25 Exhibit 8, the house rules section, do you

21 (Pages 81 to 84)

Case No. 1:14-cv-03074-CMA-KMT   Document 1073-12   Filed 05/23/18   USDC Colorado   pg 4 of 5

JAMIE DANIELS BOGERT - 4/2/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

129

1  situation where, like, I'm a person who
2  can't say no in general.  So they were kind
3  of like, if they need it, would that be
4  okay; and I didn't know that it would be
5  that often that it did happen.  And I was
6  like, yes.  And, in my head, I was like,
7  I'm in your house anyway, I'm here, I don't
8  have family and friends, so that's okay,
9  like, if you need it.  So I didn't know it
10 was that often, and, yes, I did agree to
11 work more than 45 hours.
12     Q.   Did you report to your LAR that
13 you were working more than 45 hours a week?
14     A.   I mentioned it to her, and -- I
15 mentioned it to her.  I can't remember
16 exactly when.  Because there was a weekend
17 that the family went away, the mom and the
18 dad, and I had stayed with them, and I
19 wasn't sure how to work out those hours,
20 like, is it 48 hours?  Because I'm alone
21 with the kids Saturday and Sunday, although
22 they're sleeping through the night.
23         So I wasn't sure how to work that
24 out.  And, of course, it was going over the
25 maximum of ten hours a day and stuff like

130

1  that.  So I had mentioned it to her, yes.
2      Q.   Do you remember the outcome of
3  that conversation?
4      A.   I don't.
5      Q.   Do you remember what she told you
6  about that situation in that conversation?
7      A.   I don't remember.
8      Q.   You just remember that you
9  mentioned it to her?
10     A.   Yeah.
11     Q.   Did you ever receive additional
12 money in exchange for working more than 45
13 hours a week?
14     A.   No.
15     Q.   Did you have weekends off?
16     A.   No.  Saturday off.  Off day.
17     Q.   How often did you have Saturday
18 off?
19     A.   If I'm correct, three weeks out
20 of the month, and one weekend would be
21 Saturday and Sunday.
22     Q.   What did you do in your free
23 time?
24     A.   I would be home or in the city.
25     Q.   What were you doing when you were

131

1  in the city, for example?
2      A.   Meeting a friend or -- yeah.
3      Q.   Did you go shopping, go to the
4  movies?  Can you give me some examples?
5      A.   Yeah.  Go out to lunch.  Go
6  shopping.
7      Q.   Did you choose to spend some of
8  your free time with the family?
9      A.   Sometimes I did, because the kids
10 would come calling for me, and it's hard to
11 say no to kids.  So I would go up there.
12 But it wouldn't be the same as working.
13 But, yeah, I would spend some free time
14 with them.
15     Q.   So sometimes you were spending
16 free time with the -- your free time with
17 the family, but you didn't count that
18 towards your hours?
19     A.   No.
20     Q.   No, that's not true or --
21     A.   No, I didn't count it as my
22 hours.
23     Q.   What did your childcare
24 responsibilities include?
25     A.   Bathing of the kids, putting them

132

1  to bed, taking out their school clothes for
2  the next day, preparing their lunch bags,
3  their school bags with lunch and snacks, in
4  the morning cooking breakfast, getting them
5  out of bed, getting them dressed, making
6  sure they eat breakfast, getting them on
7  the school bus.  And the 11-year-old one
8  was a bit different, because, of course, I
9  would help her brush her teeth and help her
10 with everything, feed her and stuff like
11 that.
12         And then after they -- so the
13 twins got on the school bus at 8:00, and
14 then the 11-year-old at 9:00.  So, after
15 9:00, I was free until 3:00.  And then
16 snacks, homework, getting them ready for
17 the next day for school.  Bath, dinner,
18 into bed.  And it would generally end at
19 8:00, if the family wasn't going out.
20     Q.   Did you count the hours that the
21 children were at school as part of your
22 working hours?
23     A.   No.
24     Q.   Who told you what your job
25 responsibilities were supposed to be on a

33 (Pages 129 to 132)

JAMIE DANIELS BOGERT - 4/2/2018
Johana Paola Beltran, et al v. Interexchange, Inc., et al.

133

1  day-to-day basis?
2       MR. VALDIVIESO:  Objection to
3  form.
4       A.   The family.
5       Q.   Did Go Au Pair tell you what you
6  were supposed to be doing on a day-to-day
7  basis?
8       A.   They told me that the family
9  would tell me what my responsibilities
10 would be.
11      Q.   Did the LAR tell you what your
12 responsibilities would be on a day-to-day
13 basis?
14      A.   She covered it, but I can't say
15 she told me.
16      Q.   What do you mean, she covered it?
17      A.   She went over it with the family
18 at our first meeting.
19      Q.   But she didn't tell you on a
20 day-to-day basis what to do?
21      A.   Being there telling me what to do
22 on a day-to-day basis?
23      Q.   In any -- from anywhere?
24      A.   No.
25      Q.   And who set your work schedule?

134

1       A.   The family.
2       Q.   Did Go Au Pair set your work
3  schedule on a weekly basis?
4       A.   Not that I'm aware of.
5       Q.   Are you aware of whether your LAR
6  set your work schedule on a weekly basis?
7       A.   No.
8       Q.   Did Go Au Pair ever supervise
9  your work?
10      MR. VALDIVIESO:  Objection.
11 Form.
12      A.   No.
13      Q.   Did the LAR ever supervise your
14 work?
15      MR. VALDIVIESO:  Objection to
16 form.
17      A.   You mean supervising as in
18 physically being there watching me?
19      Q.   Yeah, keeping track of how --
20 how -- what work you're doing, how you're
21 doing it?
22      A.   She had contact -- she checked in
23 regularly with the family about how I was
24 doing my work and stuff like that, but she
25 wasn't -- I don't recall her being there

135

1  physically watching me.
2       Q.   And you mentioned that the
3  ▇▇▇▇▇▇ family filled out a calendar each
4  week for you, or a chart, is that right?
5       A.   Yes.
6       MR. VALDIVIESO:  Objection to
7  form.
8       Q.   Did they communicate any other
9  way with you about what your schedule would
10 be?
11      A.   If there were changes, they would
12 text me, or at dinner, at the dinner table,
13 request different hours or something like
14 that.
15      **Q.   And do you have any record of the**
16 **hours that you worked?**
17      **A.   No.**
18      Q.   Did you have a driver's license
19 in the US?
20      A.   I had an international driver's
21 license, yes.
22      Q.   And were you given access to a
23 car?
24      A.   For personal use?
25      Q.   First, for work use.

136

1       A.   For the kids, yes.
2       Q.   Were you given access to a car
3  for personal use?
4       A.   No.
5       Q.   Did you -- did the ▇▇▇▇▇
6  provide you with a cell phone?
7       A.   No.
8       Q.   Did you have your own cell phone
9  that you used?
10      A.   I came here and I bought a cell
11 phone, and they had deducted it from my
12 wage that week.  So I paid for my own cell
13 phone.  Because when I came here, I didn't
14 have a cell phone, and I didn't have money.
15 So they had bought me a cell phone, and
16 that week taken it from my wage.
17      Q.   Did the ▇▇▇▇▇▇ pay for your
18 monthly cell phone bill?
19      A.   No.
20      Q.   If you ever worked more than 45
21 hours a week, did the ▇▇▇▇▇▇ pay you
22 extra?
23      A.   No.
24      Q.   Did the ▇▇▇▇▇▇ give you any
25 other gifts or bonuses?

34 (Pages 133 to 136)