Case No. 1:14-cv-03074-CMA-KMT   Document 1085-29   filed 05/23/18   USDC Colorado   pg 1 of 4

# EXHIBIT R

Case 1:14-cv-03074-CMA-KMT   Document 1073-14   Filed 09/05/16   USDC Colorado   Page 2
of 4

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

*Confidential Video Deposition of Ivette Alexandra Gonzalez*

*September 28, 2016*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

Stevens-Koenig
Reporting

**Johana Paola Beltran, et al. vs.**
**Interexchange, Inc., et al.**

**Confidential Video Deposition of Ivette Alexandra Gonzalez**
**September 28, 2016**

---

**Page 109**

1  sometimes I was working on a Saturday, for example.
2  **Q.  Did you ever work six days a week?**
3  A.  Yes, ma'am, yes.
4  **Q.  Did you ever work seven days a week?**
5  A.  No, no.  The Sundays never, no one ever
6  touched, no.
7  **Q.  Did you ever work more than 8 hours a day?**
8  A.  Yes, she would take 9 or 10.
9  **Q.  Did you ever work more than 10 hours a**
10 **day?**
11 A.  Like I had told you initially, she would
12 ask sometimes for favors.  But it was to care for the
13 child, so that was work really.
14 **Q.  And what kind of favors would she ask for?**
15 A.  For example, I need to get a call.  So I
16 need you to be with ▆▆▆ because I can't be talking on
17 the phone and be with ▆▆▆.  Or, for example, I need you
18 to be with ▆▆▆ because I have to organize like
19 decorating the house for Christmas, like that, things
20 like that.
21 **Q.  And how often would that happen?**
22 A.  Not all the time, but -- not all the time,
23 but one time I did -- she did call me that I needed to
24 socialize more with the family, that I needed to spend
25 more time with the family.  But I did understand that to

**Page 110**

1  help around when she needed to cook or like just help her
2  out, you know, to be with the kid.  And that was work.
3  And so I told her, "If you need me, I need you to tell me
4  specifically what do you need from me?"  Then I could
5  help her.
6  **Q.  So about on average how many hours a week**
7  **on top of your work schedule were you asked to do favors**
8  **like this?**
9  A.  I cannot tell you an average.  I cannot
10 tell you all the days or all the weeks, you know.  But
11 there were some times.
12 **Q.  Before you testified you think there were**
13 **three times that you worked more than 45 hours a week**
14 **when you took into account the favors, right?**
15 MS. McELROY:  Objection.
16 A.  Like I told you, yes, there were specific
17 times, three times that I remember specifically.  But,
18 you know, there were other times.  And, you know, they
19 were all there.  And I'm not saying it was all day, but
20 there were specific moments that I remember most.
21 **Q.  (By Ms. Reilly)  Are we talking minutes a**
22 **week or hours a week that this would happen?**
23 MS. McELROY:  Objection.
24 A.  Well, sometimes it was hours.  Sometimes
25 it was minutes, 15 minutes, 10 minutes, half an hour.

**Page 111**

1  **Q.  (By Ms. Reilly)  And did you record the**
2  **amount of time you were spending working and doing these**
3  **favors for the ▆▆▆)**
4  A.  Well, I didn't because it was supposed to
5  be that I was part of the family.  And since I was part
6  of the family, you do that.  You're supposed to do that.
7  **Q.  So you have no way of going back and**
8  **recreating how much time you were actually spending**
9  **working for the ▆▆▆**
10 MS. McELROY:  Objection.
11 A.  No, I don't have that information, no.
12 **Q.  (By Ms. Reilly)  Did you ever complain to**
13 **Amanda Gray about the fact that Mrs. ▆▆▆ was asking**
14 **you to do favors outside the scheduled work schedule?**
15 A.  No.  What happened was that I understood
16 that I was part of the family, and as a part of the
17 family you do those things.
18 **Q.  So were you unhappy about doing those**
19 **extra things for the ▆▆▆ at the time?**
20 A.  Yes, because I did not believe that I was
21 taken as part of the family.  But I wanted to have a good
22 relationship with them, so I did it as a way of being
23 part of the family.
24 **Q.  What made you feel like you were not part**
25 **of the family?**

**Page 112**

1  A.  Because one day Mrs. ▆▆▆ emphatically
2  told me, This is not a game.  This is a job.
3  **Q.  When was that?**
4  A.  I don't remember, but she told me.
5  **Q.  Was it at the beginning or towards the end**
6  **of your experience there?**
7  A.  I believe it was about half there.
8  **Q.  And what led up to her making that**
9  **comment?**
10 MS. McELROY:  Objection.
11 A.  I don't remember exactly.
12 THE VIDEOGRAPHER:  Counsel, 5 minutes
13 until media change.
14 **Q.  (By Ms. Reilly)  Did Mrs. ▆▆▆ pay you**
15 **$200 every two weeks like it says in the agreement we**
16 **just looked at?**
17 A.  Yes, she was very good in making the
18 payments on time.
19 **Q.  And how would she get the money to you?**
20 A.  In a check.
21 **Q.  Okay.  And would she pay you every week or**
22 **every other week?**
23 A.  Every two weeks.
24 **Q.  Every two weeks.  And where would you**
25 **deposit the check?**

http://www.yeslaw.net/help

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

**Confidential Video Deposition of Ivette Alexandra Gonzalez**
September 28, 2016

**Page 117**

1 sorts like a marathon, and I had to take care of the
2 child. I believe it was more than 4 hours, and the lady
3 gave me $20.
4     Q.   And had you already worked 45 hours that
5 week?
6     A.   Yes, ma'am.
7     Q.   So that was beyond the 45 hours?
8     A.   (In Spanish)  Si.
9     Q.   Is that one of the three times you
10 remember working more than 45 hours?
11     A.   Yes, ma'am.
12     Q.   And what are the other two times?
13     A.   The other one I remember exactly was at
14 Christmas time, not on Christmas Day exactly. It was in
15 the holiday season, say, in which the house was being
16 decorated. She asked me to care for the child. But like
17 I told you earlier, I was part of the family. So then I
18 suppose it was okay because I was part of the family even
19 though it was extra work.
20     Q.   How many hours that time?
21     A.   I don't remember, but it was more than one
22 hour, much more.
23     Q.   Much more than one hour?
24     A.   A little bit more than one hour.
25     Q.   And you had already worked 45 hours that

**Page 118**

1 week?
2     A.   If I am remembering it with such intensity
3 is because surely I have worked more than the 45 hours
4 already.
5     Q.   Some weeks you only worked 40 hours,
6 right?
7     A.   Yes, yes, usually, yes.
8     Q.   Usually you only worked 40 hours?
9     A.   Yes -- oh, no, 45.
10     Q.   But sometimes you worked only 40 hours per
11 week, correct?
12     A.   No, no, no. 45 hours.
13     Q.   You never worked 40 hours?
14     A.   I don't believe so, no.
15     MS. McELROY: I think the people on the
16 phone can't hear us right now. I know Lauren can't.
17     MS. REILLY: Can folks on the phone hear
18 now?
19     MS. LOUIS: Yeah.
20     MR. DREW: Yeah, I can.
21     (Exhibit 109 was marked.)
22     MR. KAPLER: What is this?
23     MS. REILLY: This is Exhibit 109.
24     Q. (By Ms. Reilly)  Do you remember taking a
25 GoAuPair survey 6 months into your au pair experience?

**Page 119**

1     A.   I do remember a questionnaire, survey.
2 But I don't remember exactly what it said.
3     Q.   Well, in the first section where it says,
4 "Audit Schedule," do you see where it says, "How many
5 hours per week on average did you work?" And it says,
6 "40 hours."
7     A.   Yes, but I don't recall if I did fill it
8 out. I do remember a questionnaire, but I don't remember
9 exactly what I filled out.
10     Q.   Okay. Well, when you filled out the
11 survey, did you answer the questions truthfully?
12     MS. McELROY: Objection.
13     A.   Yes, yes, I did fill it out with the truth
14 at that time.
15     Q. (By Ms. Reilly)  So at the time of this
16 survey you were working on average 40 hours a week?
17     MS. McELROY: Objection.
18     A.   If I did -- I suppose if I put that at
19 that time I was working 40 hours.
20     Q. (By Ms. Reilly)  At the bottom of this page
21 the last question says, "Please explain positive services
22 and/or suggested improvements." You see that?
23     A.   (In English)  I see.
24     Q.   And do you see your answer is, "The agency
25 has always taken special attention with me"?

**Page 120**

1     A.   Yes. But since, you know, this was at the
2 beginning of the program, I didn't know what was going to
3 happen.
4     Q.   Was it true when you said it?
5     MS. McELROY: Objection.
6     A.   Yes, in that moment it was truth because
7 Amanda had made some invitations to some gatherings with
8 the other girls. And, yes, because she called me at that
9 time that if I was doing okay. But then I did at that
10 time see that everything was okay.
11     Q. (By Ms. Reilly)  And going to the second
12 page where it says, "Satisfaction, Host Family," the last
13 question in that section. Do you see where it says,
14 "Please explain positive experiences and/or suggested
15 improvements"? And it says, "Please describe your
16 experience with your host family." Do you see that?
17     A.   (In Spanish)  Si.
18     Q.   And it says your response is, "I love my
19 family because help me every day. They understand that
20 it is a program of cultural exchange." Do you see that?
21 Was that accurate at the time you said it?
22     A.   Well, I don't remember exactly what I
23 wrote. I cannot tell you this is exactly what I wrote.
24 But I do know that at that moment it was the beginning of
25 the program, and I felt great with them.