**EXHIBIT S**

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-03074-CMA-KMT
 3
      JOHANA PAOLA BELTRAN; et al.,
 4
            Plaintiffs,
 5
         vs.
 6
      INTEREXCHANGE, INC.; et al.,
 7
            Defendants.
 8

 9

10             The videotaped confidential discovery

11    deposition of ZARA MAMANE, taken in the above-entitled

12    case, on the 24th day of March, 2018, at 10:02 o'clock

13    a.m. at the offices of Bridges Court Reporting, 10 South

14    LaSalle Street, Suite 1950, Chicago, Illinois, pursuant

15    to agreement of counsel.

16

17    Reported by:  Karyn H. Chalem, RPR, CSR
      License No.:  084-004167
18

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

ZARA MAMANE - 3/24/2018 - CONFIDENTIAL
Johana Paola Beltran, et al.  v. Interexchange, Inc., et al.

| 113 | 115 |
|---|---|
| 12:29:10  1      Do you understand who filled in the<br>12:29:13  2  checkmarks and the written text in the chart?<br>12:29:17  3      A.  The host family.<br>12:29:18  4      Q.  Not Go Au Pair?<br>12:29:20  5      A.  No.<br>12:29:30  6      Q.  And is that schedule -- sorry, the<br>12:29:35  7  responsibilities listed in Exhibit 10 consistent<br>12:29:38  8  with the responsibilities you had the second year?<br>12:29:41  9      A.  Yes.<br>12:29:42 10      Q.  All right.  And then the compensation<br>12:29:44 11  section on Exhibit 10 says "host family agrees to<br>12:29:48 12  pay the au pair pocket money in the amount of," and<br>12:29:51 13  then there's a blank, "minimum of 195.75."  And the<br>12:29:55 14  blank was filled in with 250, $250, right?<br>12:29:59 15      A.  Yes.<br>12:30:00 16      Q.  And you would be paid every week, correct?<br>12:30:03 17      A.  Yes.<br>12:30:04 18      Q.  And who filled in -- do you know who filled<br>12:30:09 19  in the $250 in the compensation section?<br>12:30:14 20      A.  My host family.<br>12:30:17 21      Q.  Did Go Au Pair decide that you would be paid<br>12:30:21 22  $250 the second year, that you know of?<br>12:30:26 23      A.  No, but they decide from where -- from what<br>12:30:30 24  I'll be paid.<br>12:30:32 25      Q.  What do you mean by that? | 12:31:51  1  of 200, which you were paid the first year, right?<br>12:31:54  2      A.  Yes.<br>12:31:55  3      Q.  So you and the host family decided that you<br>12:31:58  4  would get a raise the second year?<br>12:32:03  5      A.  They decided through my complaints, yes.<br>12:32:07  6      Q.  So you complained about the wage that you<br>12:32:12  7  were receiving for the hours you were working?<br>12:32:14  8      A.  Yes.<br>12:32:14  9      Q.  You complained to the host family?<br>12:32:16 10      A.  Yes.<br>12:32:17 11      Q.  And the host family agreed to pay you more?<br>12:32:21 12      A.  Yes.<br>12:32:21 13      Q.  Did Go Au Pair have anything to do with you<br>12:32:26 14  getting paid more than that?  Did you ask Go Au<br>12:32:30 15  Pair for more money --<br>12:32:32 16          MR. PACHECO:  Objection, form.<br>         17  BY MS. MULL:<br>12:32:34 18      Q.  -- for the second year?<br>12:32:36 19          MR. PACHECO:  Objection, form.<br>12:32:41 20          THE WITNESS:  I'm not sure.  Can you<br>12:32:48 21  ask it again, please?<br>         22  BY MS. MULL:<br>12:32:51 23      Q.  So for the second year, did you ask Go Au<br>12:32:57 24  Pair to be paid more than you had been the first<br>12:33:00 25  year?  Did you ask Go Au Pair whether you could be |

| 114 | 116 |
|---|---|
| 12:30:35  1      A.  They made -- they made the -- the starting<br>12:30:42  2  from of 195.75.<br>12:30:45  3      Q.  But the host family decided to pay you --<br>12:30:47  4      A.  250.<br>12:30:48  5      Q.  -- 250 instead of 195.75, right?<br>12:30:51  6      A.  Yes.<br>12:30:52  7      Q.  And I'll have you look at the survey again,<br>12:30:55  8  Exhibit 4, page six.<br>12:31:07  9          Okay.  The fourth one down, it says "how did<br>12:31:10 10  you and the host family decide the amount of the<br>12:31:12 11  weekly stipend," and it says "they did."<br>12:31:15 12          What do you mean by "they"?<br>12:31:16 13      A.  The host family decided of the amount of<br>12:31:19 14  weekly stipend.<br>12:31:21 15      Q.  Okay.  So for the second year, you and the<br>12:31:27 16  host family agreed that you would be paid more than<br>12:31:31 17  you were paid the first year, right?<br>12:31:33 18          MR. PACHECO:  Objection.<br>12:31:38 19          THE WITNESS:  Can you rephrase, please?<br>12:31:39 20  BY MS. MULL:<br>12:31:39 21      Q.  So the second year, you mentioned you and<br>12:31:43 22  the host family had a conversation about your<br>12:31:45 23  hours --<br>12:31:45 24      A.  Uh-huh.<br>12:31:46 25      Q.  -- and they agreed to pay you $250 instead | 12:33:04  1  paid more?<br>12:33:12  2          MR. PACHECO:  Objection.<br>12:33:16  3          THE WITNESS:  I -- I did complain about<br>12:33:18  4  how much I was paid, but they didn't set the --<br>12:33:24  5  they didn't choose how much the family will raise.<br>         6  BY MS. MULL:<br>12:33:30  7      Q.  So Go Au Pair didn't have anything to do<br>12:33:33  8  with your raise?<br>12:33:33  9          MR. PACHECO:  Objection.<br>12:33:44 10          THE WITNESS:  No.<br>         11  BY MS. MULL:<br>12:33:47 12      Q.  Did you think you were breaking any rules by<br>12:33:50 13  being paid 250 versus 195.75?<br>12:33:54 14      A.  I had no idea.<br>12:33:55 15      Q.  Were you paid $250 a week every week?<br>12:34:01 16      A.  Yes.<br>12:34:02 17      Q.  How were you paid?<br>12:34:08 18      A.  Direct deposit.<br>12:34:09 19      Q.  From the host family?<br>12:34:10 20      A.  Yes.<br>12:34:11 21      Q.  What were your childcare responsibilities<br>12:34:15 22  the second year you worked with the ▓ family?<br>12:34:18 23      A.  The same as the first year, except more<br>12:34:24 24  activities for the kids, more extra activities.<br>12:34:28 25      Q.  What kind of activities do you mean? |

29 (Pages 113 to 116)