Case 1:14-cv-03074-CMA-KMT Document 1073-17 Filed 05/09/18 USDC Colorado Page 1 of 4

# EXHIBIT W

8/28/2016 **REDACTED**

Go Au Pair Operation... Internal | Bill Kapler

### GoAuPair

Search... Search Go Au Pair Sales

Home | Knowledge | Campaigns | Leads | Accounts | Contacts | Opportunities | Cases | Reports | Dashboards | Products | Flights | Pardot | Surveys Au Pair

**Surveys Au Pair**
**SurvAP1403438**

Customize Page | Edit Layout | Printable View | Help for this Page

Activity History [0]

**Surveys Au Pair Detail** [Edit] [Delete] [Clone]

### Survey Name
| | | | |
|---|---|---|---|
| Survey Code | AP6Wk - FT | Record Type | AP6Wk [Change] |
| Survey Preview in Qualtrics | AP 6 Week | | |

### Information
| | | | |
|---|---|---|---|
| Au Pair | Ivette Alexandra Gonzalez Cortes | Opportunity | [redacted] |
| Employee | Crystal Hardman | LAR | Amanda Gray |

### Audit - Schedule
| | | | | |
|---|---|---|---|---|
| AUD.SCH.005.Q | Did you work 45 hours or less per week (30 hours for EduCare)? | AUD.SCH.005.A | Yes |
| AUD.SCH.025.Q | Did you have at least 1 5 days off each week? | AUD.SCH.025.A | Yes |
| AUD.SCH.030.Q | Did you have at least 1 weekend off? | AUD.SCH.030.A | Yes |
| AUD.SCH.010.Q | How many hours per week, on average, did you work? | AUD.SCH.010.A | 40 |
| AUD.SCH.015.Q | How many hours per day, on average, did you work? | AUD.SCH.015.A | 8 |
| AUD.SCH.020.Q | How many days per week did you work more than 10 hours per day? | AUD.SCH.020.A | 0 |

### Audit - Stipend
| | | | |
|---|---|---|---|
| AUD.STP.005.Q | Were you being paid a weekly stipend of at least $195.75 ($146 81 for EduCare Au Pairs)? | AUD.STP.005.A | Yes |
| AUD.STP.010.Q | How much was your weekly stipend? | AUD.STP.010.A | $195-$214 |
| AUD.STP.015.Q | How often were you being paid your weekly stipend? | AUD.STP.015.A | Every two weeks |

### Audit - Room
| | | | |
|---|---|---|---|
| AUD.RO.005.Q | Did you have a private room with a door? | AUD.RO.005.A | Yes |

### Regulations - Room
| | | | |
|---|---|---|---|
| REG.RO.010.Q | Please describe your room. | REG.RO.010.A | I love my room is comfortable, quiet, beautiful, big, I have wardrobe, tv, big bed, my private bathroom. And I have natural panoramic in my window. My room have a door that connexion with the yard and pool. I really I love my room. |

### Regulations - Responsibilities
| | | | |
|---|---|---|---|
| REG.RSP.005.Q | Were your work responsibilities within the program regulations? | REG.RSP.005.A | Yes |
| REG.RSP.010.Q | If no, please explain (Were your work responsibilities within the program regulations?) | REG.RSP.010.A | |

### Regulations - Education
| | | | |
|---|---|---|---|
| REG.EDU.005.Q | What is your status for the educational requirement? | REG.EDU.005.A | I have registered for class |
| REG.EDU.010.Q | What is your confidence level that you will complete the educational requirement? | REG.EDU.010.A | Excellent |
| REG.EDU.015.Q | Please explain any concerns you may have about completing the educational requirement | REG.EDU.015.A | If possible make to degree |

### Audit - Training - First Time Au Pairs Only
| | | | |
|---|---|---|---|
| AUD.TRN.005.Q | Did you complete the Au Pair training program (32 hours) prior to arriving to your Host Family? | AUD.TRN.005.A | Yes |
| AUD.TRN.010.Q | Did your Au Pair training program include 8 hours of child safety and 24 hours of child development instruction? | AUD.TRN.010.A | Yes |

### Satisfaction - Headquarters - First Time, Ext-Trans, Transition Au Pairs Only
| | | | |
|---|---|---|---|
| SAT.HQ.005.Q | Please describe the arrival processes supplied by Go Au Pair: Arrival details | SAT.HQ.005.A | 4 |
| SAT.HQ.010.Q | Please describe the arrival processes supplied by Go Au Pair: Flight / travel support | SAT.HQ.010.A | 4 |
| SAT.HQ.015.Q | Please describe the arrival processes supplied by Go Au Pair: Timeliness of response | SAT.HQ.015.A | 4 |
| SAT.HQ.020.Q | Please explain positive services and / or suggested improvements. | SAT.HQ.020.A | Always the agency has taken special attention with me |

**REDACTED**

CONFIDENTIAL



Exhibit #: 109
Name: Gonzalez
Rptr: DV Date: 9-28-16
Stevens-Koenig Reporting

1/3

GAP_00003919

8/28/2016  REDACTED

### Marketing - Local - First Time, Ext-Trans, Transition Au Pairs Only

| | | Opportunity Location | Finksburg, MD (Baltimore) |
|---|---|---|---|
| MAR.LOC.005.Q | Please describe your adjustment to life in your local community in <<Location>> | MAR.LOC.005.A | Good |
| MAR.LOC.010.Q | Please explain your ranking (Please describe your adjustment to life in your local community in the U.S.) | MAR.LOC.010.A | I have few time here I need know more. But my family help me every day |

### Satisfaction - Host Family

| | | | |
|---|---|---|---|
| SAT.HF.005.Q | Please describe your experience with your Host Family: Your relationship with the children | SAT.HF.005.A | 4 |
| SAT.HF.010.Q | Please describe your experience with your Host Family: Your relationship with the parents | SAT.HF.010.A | 4 |
| SAT.HF.015.Q | Please describe your experience with your Host Family: Your life in the Host Family's home | SAT.HF.015.A | 4 |
| SAT.HF.025.Q | Please describe your experience with your Host Family: Matched your expectations based on what you learned about the family before your arrival | SAT.HF.025.A | 4 |
| SAT.HF.020.Q | Please describe your experience with your Host Family: Overall | SAT.HF.020.A | 4 |
| SAT.HF.030.Q | Please explain positive experiences and / or suggested improvements. (Please describe your experience with your Host Family:) | SAT.HF.030.A | I love my family because help me every day, they Understand that is a program of cultura exchange I love the baby girl is so quiet. Cute,beautiful, and I like that my fAmilly [REDACTED] rs[REDACTED]y to learn my language and I like because I feel same that in Colombia house's Also the [REDACTED] family bring me a lot opportunities for my personal growing |

### Audit - LAR

| | | | |
|---|---|---|---|
| AUD.LAR.005.Q | Did your LAR contact you within 48 hours of your arrival to your Host Family? | AUD.LAR.005.A | Yes |
| AUD.LAR.010.Q | Did your LAR conduct the in-person Orientation with you and your Host Parents? | AUD.LAR.010.A | Yes |

### Regulations - LAR

| | | | |
|---|---|---|---|
| REG.LAR.005.Q | How many cultural events arranged by your LAR have you attended? | REG.LAR.005.A | 1 |

### Satisfaction - LAR

| | | | |
|---|---|---|---|
| SAT.LAR.040.Q | What cultural event would you like your LAR to hold? | SAT.LAR.040.A | Watching a good movie |
| SAT.LAR.005.Q | Please describe the quality of service you have received so far from your LAR: Helping you find local schools | SAT.LAR.005.A | 1 |
| SAT.LAR.010.Q | Please describe the quality of service you have received so far from your LAR: Helping you meet other Au Pairs or friends in the area | SAT.LAR.010.A | 4 |
| SAT.LAR.015.Q | Please describe the quality of service you have received so far from your LAR: Helping you learn more about your local area and the U.S. | SAT.LAR.015.A | 2 |
| SAT.LAR.020.Q | Please describe the quality of service you have received so far from your LAR: Helping you and your Host Family build a good relationship | SAT.LAR.020.A | 4 |
| SAT.LAR.025.Q | Please describe the quality of service you have received so far from your LAR: The in-person Orientation with your Host Family | SAT.LAR.025.A | 4 |
| SAT.LAR.030.Q | Please describe the quality of service you have received so far from your LAR: Overall | SAT.LAR.030.A | 4 |
| SAT.LAR.035.Q | Please explain positive services and / or suggested improvements. (Please describe the quality of service you have received so far from your LAR) | SAT.LAR.035.A | Maybe more accompanying |

### Satisfaction - IR - First Time Au Pairs Only

| | | IR | Intercambios y Turismo Ltda |
|---|---|---|---|
| SAT.IR.005.Q | Please describe the quality of service you received from the agency in your home country: Personal attention and support | SAT.IR.005.A | 4 |
| SAT.IR.010.Q | Please describe the quality of service you received from the agency in your home country: Timeliness of response | SAT.IR.010.A | 4 |
| SAT.IR.015.Q | Please describe the quality of service you received from the agency in your home country: Knowledge of the Au Pair program | SAT.IR.015.A | 4 |
| SAT.IR.020.Q | Please describe the quality of service you received from the agency in your home country: Explaining the purpose of the Au Pair program to me | SAT.IR.020.A | 3 |
| SAT.IR.025.Q | Please describe the quality of service you received from the agency in your home country: Helping me achieve my goals as an Au Pair | SAT.IR.025.A | 2 |
| SAT.IR.030.Q | Please describe the quality of service you received from the agency in your home country: During the Mutual Match process | SAT.IR.030.A | 4 |
| SAT.IR.035.Q | Please describe the quality of service you received from the agency in your home country: During the embassy appointment and visa process | SAT.IR.035.A | 4 |
| SAT.IR.040.Q | Please describe the quality of service you received from the agency in your home country: Overall | SAT.IR.040.A | 4 |
| SAT.IR.045.Q | Please explain positive services and / or suggested | SAT.IR.045.A | the agency had a good service with me in Colombia, I am so |

REDACTED

2/3

CONFIDENTIAL

GAP_00003920

8/28/2016

REDACTED

| | | | |
|---|---|---|---|
| | Improvements (Please describe the quality of service you received from the agency in your home country:) | | grateful with the quality service<br>But my advice is that the agency must be more clear with the status Visa J1 and make the warning about the possible prices that in the colleges exist per classes, also that the prices depend of the visa status |
| SAT.IR.050.Q | Would you recommend <IR NAME> to a friend? | SAT.IR.050.A | Yes |

### Reviewed Information

| | | | |
|---|---|---|---|
| ReviewedBy-DirIR | Meghan Ramirez | ReviewedBy-ExecDir | Devon Kapler |
| ReviewedDt-DirIR | 9/11/2014 6:48 PM | ReviewedDt-ExecDir | |
| ReviewedResult-DirIR | None | ReviewedResult-ExecDir | |
| ReviewedBy-EduCoord | Whitney Wilson | ReviewedBy-PC | |
| ReviewedDt-EduCoord | 10/8/2014 11:22 AM | ReviewedDt-PC | |
| ReviewedResult-EduCoord | No Action Taken | ReviewedResult-PC | |
| ReviewedBy-LARCoord | Erin Mortensen | | |
| ReviewedDt-LARCoord | 9/17/2015 1:50 PM | | |
| ReviewedResult-LARCoord | Tanna reviewed. | | |
| ReviewedBy-Marketing | | | |
| ReviewedDate-Marketing | | | |
| ReviewedResult-Marketing | | | |
| InterviewRqstStat | | | |
| ReviewedBy-MngDir | Tanna Wilson | | |
| ReviewedDt-MngDir | | | |
| ReviewedResult-MngDir | | | |
| Created By | Sys Admin, 9/7/2014 12:06 PM | Last Modified By | Tanna Wilson, 9/17/2015 1:50 PM |
| | | Surveys Au Pair Name | SurvAP1403438 |

Edit | Delete | Clone

**Activity History**        Log a Call | Mail Merge | Send an Email        Activity History Help

No records to display

▲ Back To Top        Always show me   more records per related list

REDACTED

REDACTED                                                                                3/3