Case 1:14-cv-03074-CMA-KMT Document 1073-18 Filed 05/09/18 USDC Colorado Page 1 of 4

**EXHIBIT X**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4    Civil Action No: 1:14-cv-03074-CMA-KMT

 5

 6    - - - - - - - - - - - - - - - - -x

 7    JOHANA PAOLA BELTRAN, et al.,    :

 8                      Plaintiffs,    :

 9              v.                     :

10    INTEREXCHANGE, INC., et al.,     :

11                      Defendants.    :

12    - - - - - - - - - - - - - - - - -x

13

14              VIDEOTAPE DEPOSTITION OF:

15                   KAIRINA MARIN BAO

16                    Washington, D.C.

17                 Saturday, April 7, 2018

18                       8:31 a.m.

19

20         CONFIDENTIAL - ATTORNEYS' EYES ONLY

21

22

23          H+G

24

25      Hunter + Geist, Inc.
```

**303.832.5966**
**800.525.8490**

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

KAIRINA MARIN BAO - ATTORNEYS' EYES ONLY - 4/7/2018 - CONFIDENTIAL
Johana Paola Beltran v. Interexchange, Inc., et al.

```
                                                          81                                                             83
10:36:27   1   week?"  Do you see that?                        10:38:13   1   working more than the 45 hours per week or ten hours
10:36:28   2       A   I do.                                   10:38:18   2   per day?
10:36:28   3       Q   And then you wrote 55, correct?         10:38:18   3       A   Never.
10:36:30   4       A   Uh-huh, correct.                        10:38:18   4       Q   Did you report to anybody at GoAuPair that
10:36:31   5       Q   Does that refresh your recollection as to  10:38:20   5   you were working more than you were supposed to?
10:36:33   6   how many hours on average that you worked per week?  10:38:22   6       A   Never.
10:36:35   7       A   Yeah, it does.                          10:38:23   7       Q   Did the            family ever offer to pay you
10:36:36   8       Q   And so how many hours on average did you  10:38:27   8   more money for the extra time you were working?
10:36:38   9   work per week?                                  10:38:29   9       A   Never.
10:36:39  10       A   Fifty-five.                             10:38:30  10       Q   Did you have weekends off?
10:36:41  11       Q   And that's including time that the boy was  10:38:35  11       A   Sometimes.
10:36:44  12   at school --                                    10:38:36  12       Q   What did you do in your free time?
10:36:45  13       A   Uh-huh.                                 10:38:40  13       A   I used to go out with friends.
10:36:46  14       Q   -- and you were at home.                10:38:46  14       Q   Did you choose to spend some of your free
10:36:47  15       A   Yes.                                    10:38:50  15   time with the family?
10:36:48  16       Q   But not necessarily doing his laundry or  10:38:51  16       A   Can you ask me again?
10:36:52  17   ironing his clothes or doing other tasks that were  10:38:55  17       Q   Did you choose to spend some of your free
10:36:56  18   specifically for him.                           10:38:59  18   time with the family, the            family?
10:36:56  19       A   But I was still working for them, so I  10:39:01  19       A   Yes.
10:36:59  20   includes that time.                             10:39:01  20       Q   And who told you what your job
10:37:00  21       Q   Did you ever work more than ten hours per  10:39:06  21   responsibilities were supposed to be on a day-to-day
10:37:06  22   day?                                            10:39:08  22   basis?
10:37:07  23       A   I don't remember.                       10:39:09  23       A   My host mom.
10:37:09  24       Q   You don't remember if you worked more than  10:39:12  24       Q   GoAuPair didn't tell you what your job
10:37:15  25   ten hours per day, or how often?                10:39:15  25   responsibilities were on a day-to-day basis, did

                                                          82                                                             84
10:37:17   1       A   I don't remember if I worked -- I don't   10:39:18   1   they?
10:37:22   2   remember how often I worked more than ten hours per  10:39:19   2       A   Well, not on the day to day, but here.
10:37:25   3   day.                                            10:39:32   3       Q   When you say "here," what do you mean?
10:37:25   4       Q   So did you ever work more than ten hours  10:39:33   4       A   In the contract.  Well, actually, the
10:37:28   5   per day?                                        10:39:37   5   options that GoAuPair gave her, and then she checked
10:37:29   6       A   Yeah.                                   10:39:40   6   those options.
10:37:30   7       Q   How often?                              10:39:41   7       Q   But who decide -- and are you -- which
10:37:31   8       A   I don't remember.                       10:39:44   8   document are you referring to, when you identify the
10:37:32   9       Q   Did you ever work more than 45 hours per  10:39:47   9   exhibit?  It's written on --
10:37:36  10   week?                                           10:39:50  10       A   Seven.
10:37:36  11       A   I did.                                  10:39:50  11       Q   Okay.  It's written on the little tab at
10:37:37  12       Q   How often?                              10:39:53  12   the bottom.
10:37:38  13       A   I don't remember.                       10:39:54  13       A   Oh, eight.
10:37:38  14       Q   Was it frequently or sometimes?         10:39:55  14       Q   Eight.
10:37:45  15       A   Frequently.                             10:39:56  15       A   Uh-huh, the host mom decided that the
10:37:46  16       Q   Okay.  And you said that -- that you did  10:39:59  16   options GoAuPair gave her here on this page were
10:37:51  17   work more than ten hours per day.               10:40:02  17   going to be those for me.
10:37:54  18       A   Uh-huh.                                 10:40:04  18       Q   So on a day-to-day basis, did GoAuPair tell
10:37:54  19       Q   Okay.  How often?  Frequently,          10:40:07  19   you what your job responsibilities were?
10:37:58  20   occasionally?                                   10:40:09  20       A   No, no.
10:37:59  21       A   Frequently.                             10:40:09  21       Q   Did the LAR tell you what your job
10:38:00  22       Q   But you had agreed not to work more than  10:40:12  22   responsibilities were?
10:38:04  23   ten hours per day and 45 hours per week, correct?  10:40:12  23       A   No.
10:38:07  24       A   According to this agreement, yes, I did.  10:40:13  24       Q   Who set your work schedule?
10:38:10  25       Q   Did you report to your LAR that you were  10:40:16  25       A   The host mom.
```

Case No. 1:14-cv-03074-CMA-KMT   Document 1085-32   filed 05/23/18   USDC Colorado   pg 4 of 4

KAIRINA MARIN BAO - ATTORNEYS' EYES ONLY - 4/7/2018 - CONFIDENTIAL
Johana Paola Beltran v. Interexchange, Inc., et al.

93

```
10:49:19   1   credit.  Otherwise I won't get the deposit back.
10:49:22   2       Q    How many credits was that?
10:49:24   3       A    I don't remember.
10:49:25   4       Q    Do you know how many credits the first
10:49:27   5   class was that you took?
10:49:29   6       A    Like three credits, two, two and a half.  I
10:49:32   7   don't remember.
10:49:34   8       Q    Was that enough credits to --
10:49:36   9       A    Oh, no, it wasn't enough.
10:49:37  10       Q    It wasn't enough credits to meet the
10:49:40  11   GoAuPair requirement?
10:49:41  12       A    Uh-huh, it was not enough.
10:49:43  13       Q    Do you remember what the GoAuPair
10:49:45  14   requirement was?
10:49:45  15       A    Five.  Five credits.  I don't remember.
10:49:54  16       Q    Did you have any disagreements with the
10:50:03  17          family?
10:50:04  18       A    Can you ask me again?
10:50:09  19       Q    Did you have any disagreements with the
10:50:10  20          family?
10:50:11  21       A    No, I don't.
10:50:15  22       Q    Did you complain -- have any complaints
10:50:20  23   about the         family?
10:50:21  24       A    No, I don't.
10:50:25  25       Q    And if you could look at Exhibit 4, the
```

94

```
10:50:33   1   survey responses again, page 2?  There's a section
10:50:41   2   that says, "When being recruited, what were the down
10:50:45   3   sides of being an au pair as you understood them?"
10:50:51   4   Do you see that?
10:50:51   5       A    Uh-huh.
10:50:51   6
10:50:53   7
10:50:54   8
10:50:56   9
10:50:58  10
10:51:01  11
10:51:05  12
10:51:08  13
10:51:11  14                                                   Do
10:51:13  15   you see that?
10:51:13  16       A    I do.
10:51:16  17       Q    So do you remember having any disagreements
10:51:19  18   with the         family?
10:51:21  19       A    Yeah.
10:51:22  20       Q    What about?
10:51:24  21       A
10:51:30  22
10:51:34  23
10:51:38  24
10:51:41  25
```

95

```
10:51:45   1
10:51:50   2
10:51:54   3                                                   .
10:51:57   4       Q    Did you report this to the LAR?
10:52:01   5       A    No, I didn't.
10:52:02   6       Q    Did you have any other disagreements with
10:52:06   7   the         family?
10:52:07   8       A    No, that's it.
10:52:12   9       Q    Did you say that was the last week of your
10:52:19  10   placement?
10:52:20  11       A    Yes.
10:52:21  12       Q    Okay.
10:52:21  13       A    My last two weeks.
10:52:23  14       Q    So did you complete your placement even
10:52:27  15   though you had the disagreement?
10:52:29  16       A    Oh, yeah, uh-huh.
10:52:31  17       Q    Did you have any other complaints about the
10:52:33  18          family?
10:52:35  19       A    No.
10:52:38  20       Q    Do you have any written records of the
10:52:56  21   complaint -- the disagreement that you had with Mr.
10:53:00  22          ?
10:53:03  23       A    Can you ask me again?
10:53:04  24       Q    Did you have any written records of the
10:53:07  25   complaint that -- or I'm sorry, the disagreement that
```

96

```
10:53:09   1   you had with Mr.         ?
10:53:10   2       A    No, nothing.
10:53:12   3       Q    Did you -- do you have any written records
10:53:16   4   of the hours that you worked for the         family?
10:53:18   5       A    No.
10:53:18   6       Q    Do you have any written records of the
10:53:20   7   wages that you earned with the         family?
10:53:23   8       A    No.
10:53:23   9
10:53:26  10                                                   ?
10:53:27  11
10:53:33  12
10:53:35  13
10:53:37  14       Q    So you didn't return to Panama?
10:53:39  15       A    I did.  I didn't go from their house to the
10:53:45  16   airport.
10:53:45  17       Q    Okay.  Can you explain the process, where
10:53:49  18   you went in order after you left the         family?
10:53:52  19
10:53:58  20
10:54:03  21
10:54:07  22
10:54:10  23
10:54:16  24
10:54:18  25
```



24 (Pages 93 to 96)