1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
       Civil Action No. 14-cv-03074-CMA-KMT
 3     _____

 4     VIDEOCONFERENCE DEPOSITION OF:    GORANA MOMCICEVIC
                                         March 23, 2018
 5     _____

 6     JOHANA PAOLA BELTRAN, et al.,

 7     Plaintiffs,

 8     v.

 9     INTEREXCHANGE, INC., et al.,

10     Defendants.
       _____
11

12              PURSUANT TO NOTICE AND STIPULATION, the
       videoconference deposition of GORANA MOMCICEVIC was
13     taken on behalf of the Defendants at 1900 Grant
       Street, Suite 1025, Denver, Colorado 80203, on
14     March 23, 2018, at 11:08 a.m., before Tracy C. Masuga,
       Registered Professional Reporter, Certified Realtime
15     Reporter, and Notary Public within Colorado.

16

17

18

19

20

21

22     H+G

23

24     Hunter+Geist, Inc.

25
       303.832.5966       1900 Grant Street, Suite 1025    ■ www.huntergeist.com
       800.525.8490       Denver, CO 80203                 ■ scheduling@huntergeist.com

                          Your Partner in Making the Record
                                  EXHIBIT 6
```

Court Reporting, Legal Videography, and Videoconferencing

RESTRICTED-ATTORNEY EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT Document 1067-35 filed 05/23/18 USDC Colorado pg 2 of 9

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### 29

1  A. I did not try.
2  Q. You said you did two Skype interviews
3  with the family in Philadelphia, right?
4  A. Yes.
5  Q. And was that the ▮▮▮▮▮▮▮ family?
6  A. Yes.
7  Q. And besides the two Skype interviews,
8  did you talk with them any other times during the
9  matching process?
10  A. Yes. We exchanged a couple of emails.
11  Q. Who made the decision for you to match
12  with that family?
13       MR. PETTERSON: Objection.
14  A. I believe my host mother decided that
15  she would like me to be her au pair.
16  Q. (BY MS. LEVY) And did you want to be
17  her au pair?
18  A. Yes.
19  Q. And did InterExchange assign you to that
20  family?
21  A. Yes.
22  Q. When you talked with that family through
23  email or on Skype, was InterExchange part of any of
24  those conversations?
25  A. No.

### 30

1  Q. Did the host mom send you an email
2  saying she was interested in talking to you?
3  A. Yes.
4  Q. And what -- why do you think that
5  InterExchange assigned you to this family?
6  A. Because they required me to fill out the
7  application with them and do the whole process through
8  them in order to go to that family. My host mother
9  was already participating in the program with prior
10  au pairs.
11  Q. But she chose you to be her au pair; is
12  that right?
13  A. Yes.
14  Q. And you chose her to be your host mom or
15  that to be your host family; is that right?
16  A. As she was the only one that I talked
17  to.
18  Q. Could you have said no if you weren't
19  interested in living with that particular family?
20  A. Could you please repeat the question? I
21  did not hear it.
22  Q. If you did not want to go live with the
23  ▮▮▮▮▮-▮▮▮▮▮ family, could you have said no?
24  A. Yes.
25  Q. When you talked with the family on

### 31

1  Skype, who exactly did you talk to?
2  A. Ms. ▮▮▮▮▮▮▮▮.
3  Q. Was that the host mom?
4  A. Yes.
5  Q. And was it just the host mom on both of
6  the Skype interviews?
7  A. And her two sons -- sons that did join
8  later on.
9  Q. And during the Skype interviews with the
10  family, did you talk about how much you would be paid?
11  A. No.
12  Q. When did you learn how much your host
13  family was going to pay you each week?
14  A. During my four-day stay in New York.
15  Q. And what was that amount that you
16  learned that you would be paid?
17  A. $195.
18  Q. And were you okay with that amount?
19  A. At that time, yes.
20  Q. Did you ever ask your host family to pay
21  you more than that amount per week?
22  A. No.
23  Q. During your Skype interviews that you
24  had with the host family, did you talk about what you
25  would be doing with the children?

### 32

1  A. Yes.
2  Q. And what did you talk about?
3  A. About how my days would go, what my
4  responsibility and expectation from them would be.
5  Q. And how would your day go?
6  A. I'm not quite sure that I understand it.
7  Q. What did you talk about with the host
8  mom that you would be doing during the day to take
9  care of the children?
10  A. That I would start my day by taking --
11  but -- after the kids wake up, getting them breakfast,
12  getting them to school. While they were at school, I
13  would be taking care of the youngest one, getting them
14  back from school, getting them to the lunch, all the
15  way up to dinner.
16  Q. And were those the duties that you
17  actually performed when you lived with the family?
18  A. Yes.
19  Q. Okay. During the Skype interviews, did
20  your host mom tell you how many hours per day you
21  would be working?
22  A. No.
23  Q. Did you ask during the Skype interview?
24  A. Yes, yes.
25  Q. And what did the host mom say?

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**Page 37**

Q. Do you think you understood the document at the time you signed it?
A. I believe that I did not understood the document when I signed it.
Q. If you did not understand it, would you have asked someone to help you understand it?
A. I don't believe that I was given an opportunity to ask anybody at that time.
Q. What do you mean, that you were not given an opportunity?
A. Upon my arrival in New York, we met. I believe there were two ladies. We were given out the paperwork. It was just kind of a guide through the day. I did not -- knew that I kind of hadn't like asked anybody. We were not told that we could ask about the legal aspect of that. We were just kind of put it on more sort of completing our training so we can be kind of sent out to our host families.
Q. I'm going to pull this agreement up one more time. It says the agreement was signed on May 6. Do you see that?
A. Yes.
Q. And you arrived in the United States in June 2011?
A. Yes.

**Page 38**

Q. So you signed this agreement before you came to the United States; is that right?
A. Yes.
Q. So could you have asked someone in -- before you came to the United States if you did not understand this agreement?
A. Yes.
Q. Okay. All right. So after you did the training in New York City, you went to go meet your host family, right?
A. Yes.
Q. Do you remember if -- were there -- was there one or two parents in the host family you lived with?
A. Two parents.
Q. And did both of those parents work?
A. Yes.
Q. Did they work inside or outside of the home?
A. Outside.
Q. How many hours did they work outside the home?
A. Eight or nine hours.
Q. Did any other adults live in the home?
A. I'm not quite sure that I understand.

**Page 39**

Q. So there was the host mom and the host dad and you. Were there any other adults that lived in that home?
A. Just somebody who stayed with us for a little bit, their family friend.
Q. When did the family friend stay there?
A. I don't remember what time exactly during my stay there.
Q. Do you remember what time of year it was?
A. Spring. I believe so, early spring.
Q. Do you remember about how long they stayed there?
A. About a week or two.
Q. Do you remember their name?
A. I don't remember.
Q. Did that family friend help with the children while they stayed there?
A. No.
Q. How many children did you take care of for the host family?
A. Three.
Q. And how old were they?
A. At that time, the youngest one six months, the middle one was about four years old, and

**Page 40**

the oldest one was eight.
Q. And you said the four- and the eight-year-old went to school during the day; is that right?
A. Yes.
Q. And how many hours a day were they in school?
A. From -- from 8:15 until 4:00.
Q. And during that time did the six-month-old go to day care?
Oops, we lost that connection again. I'm not sure you heard me.
During that time, did the six-month-old go to day care?
A. No.
Q. So were you responsible for the six-month-old from 8:15 to 4:00 p.m.?
A. Yes.
Q. And when they -- the older two kids went to school, was that five days a week?
A. Yes.
Q. And the same hours every day of the week?
A. No. I'm sorry. Could you -- for the children that went to school?

10 (Pages 37 to 40)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 6
RESTRICTED-ATTORNEY EYES ONLY

Case No. 1:14-cv-03074-CMA-KMT Document 1067-2 Filed 05/23/18 USDC Colorado pg 4 of 9

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

41

1     Q. Yes. For the older two children that
2 went to school, did they go to school from 8:15 to
3 4:00 p.m. Monday through Friday?
4     A. Yes, with a few exceptions.
5     Q. And what were your -- what were those
6 exceptions?
7     A. A snow day, a cold day.
8     Q. And during -- during the day, what were
9 your duties with the six-month-old?
10     A. After I wake up, I will help my host mom
11 get his bottle or change his diaper if she was
12 unavailable, get his breakfast. Then after breakfast,
13 we would play for a little bit. He would take a nap.
14 After a nap, we would usually spend the afternoon
15 either at a toy store or, you know, or a museum, or we
16 would meet with -- at the park. And then it would be
17 a lunch, and he would take a late afternoon nap. And
18 then after a time I would be taking care of him and
19 getting him ready for dinner.
20     Q. So when did your hours start in the
21 morning?
22     A. 5:30.
23     Q. And until when at night?
24     A. 7:00 till 8:00.
25     Q. So 5:30 in the morning until -- are you

42

1 saying 7:00 or 8:00 at night?
2     A. Yes.
3     Q. And were you working that whole time,
4 from 5:30 in the morning until 7:00 or 8:00 at night?
5     A. I'm not quite sure that I understand
6 your question. Could you clarify it?
7     Q. Sure. From the hours of 5:30 in the
8 morning, for the whole day until 7:00 or 8:00 at
9 night, were you working the whole time Monday through
10 Friday?
11     A. Yes.
12     Q. And did you get any breaks during the
13 day for personal time?
14     MR. PETTERSON: Objection, asked and
15 answered.
16     Q. (BY MS. LEVY) You can answer.
17     A. For personal time, no.
18     Q. What were your responsibilities after
19 the children -- the older two children were out of
20 school at 4:00 p.m.?
21     A. I would wait for them until they get
22 back from the school bus if they needed a snack. And
23 then they would have other children either come over
24 or they would have -- I would have to take them to
25 their psychology appointment or like the homework they

43

1 would have to do. It would kind of vary from a day to
2 a day.
3     Q. And what time would the -- each parent
4 leave for work in the morning?
5     A. My host father would leave early, around
6 5:00, sometimes even before that. And my host mom
7 would leave anywhere between 8:00 till 9:30.
8     Q. And what time would they get back home
9 in the evening?
10     A. 5:00 till 7:00, during those periods of
11 time.
12     Q. For both of them?
13     A. Yes.
14     Q. And when they were at home, were they
15 helping you with the kids?
16     A. Yes.
17     Q. Did you have dinner with the host family
18 at night?
19     A. No.
20     Q. Did you provide any other sort of
21 services to the host family outside of child care?
22     A. Yes.
23     Q. And what was that?
24     A. I tried cleaning, groceries. I was
25 cleaning up the house.

44

1     Q. Were you cleaning up after the children?
2     (The connection with the deponent was
3 lost.)
4     MR. PETTERSON: She froze.
5     MS. LEVY: Can we go off the record for
6 a minute until we get this back online?
7     (Recess taken, 12:15 p.m. to 12:32 p.m.,
8 during which the connection with the deponent was
9 reestablished.)
10     MR. PETTERSON: Can we read back the
11 last question?
12     (The last question was read back as
13 follows: "Were you cleaning up after the children?")
14     A. Yes.
15     Q. (BY MS. LEVY) Were you getting
16 groceries for the children?
17     A. Yes.
18     Q. Did you meet any other au pairs in the
19 area when you were living with your host family?
20     A. Yes.
21     Q. And did you spend any time with those
22 au pairs?
23     A. Yes.
24     Q. What would you do together?
25     A. Went out for lunch, for a walk, went to

EXHIBIT 6
RESTRICTED-ATTORNEY EYES ONLY

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

---

Page 45

1  the mall.
2  Q. And was this during the week or on the
3  weekend?
4  A. Sometimes over the weekend. Sometimes
5  in the afternoon, in the evenings after we were done.
6  Q. Did you ever meet these other au pairs
7  during the day, Monday through Friday?
8  A. For play dates, yes.
9  Q. Did your host family give you a schedule
10 for the week?
11 A. No.
12 Q. How did you know what your schedule
13 would be each week?
14 A. It would kind of go day per day. We
15 would have always a certain time Monday through Friday
16 that the kids would wake up and go to school.
17 Sometimes my host mom would be home by 5:00.
18 Sometimes she would be home at 7:00. Sometimes she
19 wouldn't be home until like late or -- it would kind
20 of just really vary. We never had a steady, clean
21 schedule.
22 Q. Did you keep any record of the hours
23 that you worked?
24 A. I did not.
25 Q. Did anyone from InterExchange ever give

Page 46

1  you a schedule to work with your host family?
2  A. No.
3  Q. Did you work the same days every week
4  with your host family?
5  A. No.
6  Q. Did you work Monday through Friday every
7  week?
8  A. Yes.
9  Q. And did you work on Saturdays every
10 week?
11 A. No.
12 Q. Did you ever work on Saturdays?
13 A. Yes.
14 Q. How often did you work on Saturdays?
15 A. Sometimes I would work three Saturdays
16 in a row. Sometimes I would have a Saturday off and
17 then I would work two in a row, or have one -- work
18 one Saturday and then the next one be off.
19 Q. And did you work on Sundays?
20 A. Yes.
21 Q. How often did you work on Sundays?
22 A. I mean -- I'm sorry. A few, very few.
23 Q. And on Saturdays and Sundays, what were
24 your responsibilities with the children?
25 A. Generally taking care of them.

Page 47

1  Q. Can you explain what that means?
2  A. Depending on the Saturday or Sunday that
3  I worked, there was a time that my host family went
4  out, out of the city, so I spent a whole weekend
5  working with the children where I would pick them up,
6  take care of them, all throughout dinnertime, and then
7  put them to bed, wake up in the morning, take them to
8  their tennis classes or just take them to the park or
9  the play date that my host mom scheduled.
10 Q. What were the hours that you worked on
11 Saturdays, from when in the morning until when at
12 night, do you remember?
13 A. I do not remember.
14 Q. Do you remember the hours you worked on
15 Sundays?
16 A. No.
17 Q. Do you know how many hours per week you
18 worked for your host family?
19 A. No.
20 Q. Were you expected to be available or on
21 call for your host family when you were not scheduled
22 or -- to provide child care or otherwise during normal
23 5:00 to 7:00 hours?
24 A. Yes.
25 Q. Can you tell me under what circumstances

Page 48

1  you were on call?
2  A. There was -- when I was supposed to get
3  my two weeks off, I was pretty much on call. Because
4  I was due to be two whole weeks off, and I had to go
5  back and take care of the children because my host
6  parents were going out.
7  If I had a weekend off, if they wanted
8  to go out for the weekend to a restaurant or they had
9  friends and family over, I would have to take care of
10 the -- all three boys or just the youngest one.
11 Q. Did you ever have a conversation with
12 your host family about working those hours?
13 A. Yes.
14 Q. And what was that conversation about?
15 A. I wanted to know, is there a way that I
16 could know ahead like the weekend that I would have to
17 work or something because I wanted to travel.
18 My host mom said that they have a really
19 busy life due to her job career and my host dad's job
20 career; that if I could just bear with him -- with
21 them and kind of like see how it goes. That's -- the
22 whole conversation, that was pretty much about.
23 Q. Do you remember when you had the
24 conversation?
25 A. No.

12 (Pages 45 to 48)

EXHIBIT 6
RESTRICTED-ATTORNEY EYES ONLY

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 49

1 Q. If it was early on in the year you
2 stayed with them or if it was towards the middle or
3 the end?
4     MR. PETTERSON: Objection.
5 A. Middle.
6 Q. (BY MS. LEVY) How often would that
7 happen that they would ask you to do work and take
8 care of the children outside of the normal hours?
9 A. Often.
10 Q. How often do you think that was?
11 A. Almost every two weeks. I went almost
12 six months without a full weekend off.
13 Q. Who was it that determined which days of
14 the week that you worked?
15 A. My host family.
16 Q. Did InterExchange ever tell you which
17 hours or days you had to work?
18 A. No. I don't remember.
19 Q. Could you answer that for me one more
20 time to clarify? InterExchange did not tell you which
21 hours or days to work, or you do not remember?
22 A. I do not remember.
23 Q. Okay. Thank you.
24     Did you ever have a conversation with an
25 InterExchange representative about the hours you had

### Page 50

1 to work?
2 A. I don't remember.
3 Q. Do you know if you worked more than 45
4 hours a week with your host family?
5     MR. PETTERSON: Objection.
6 A. Could you repeat the question again,
7 please?
8 Q. (BY MS. LEVY) Do you know if you worked
9 more than 45 hours a week with your host family?
10 A. Yes.
11 Q. And how do you know that?
12 A. I went six months without a whole
13 weekend off.
14 Q. Did you ever write down your hours?
15 A. No.
16 Q. Did you ever work more than ten hours a
17 day?
18 A. I don't remember.
19 Q. When you had the conversation with your
20 host family about the hours you were working and the
21 host dad told you to bear with them, what was your
22 response?
23 A. I did not respond anything to that. I
24 did -- the conversation ended up with, "Please bear
25 us," and they just kind of walked away on me, and I

### Page 51

1 did not get a chance to say anything afterwards.
2 Q. Did you bring up these concerns to
3 anyone else?
4 A. Yes.
5 Q. Who did you bring up these concerns to?
6 A. To my mother.
7 Q. And to your -- your real mother?
8 A. My biological mother, yes, my real
9 mother.
10 Q. How much did your host family pay you
11 each week?
12 A. $200.
13 Q. And how did they pay you?
14 A. In cash.
15 Q. Did you ever have a discussion with your
16 host family about the amount of those weekly payments?
17 A. Yes.
18 Q. And what was that discussion?
19 A. I expressed my concern that I felt like
20 that it's -- I work so much and I do so much that it
21 felt like that I have such a big load.
22     And my host parents agreed on, if I
23 clean up after dinner after them every night, that
24 they will pay me -- I believe at that time it was
25 $240.

### Page 52

1 Q. Do you know when they started paying you
2 that amount?
3 A. Very late in my year.
4 Q. And did you -- do you remember when that
5 amount changed from 200 to 240 late in the year?
6 A. I don't remember.
7 Q. Did InterExchange ever pay you your
8 weekly stipend?
9 A. No.
10 Q. Did the host family ever give you extra
11 money besides the stipend?
12 A. Could you please expand your question?
13 I'm not quite sure that I understand.
14 Q. Sure. Besides that amount that they
15 gave you every week, whether it was 200 or 240, did
16 they give you any other money for any reason?
17 A. No.
18 Q. Did they ever give you any gifts?
19 A. No.
20 Q. Did you celebrate holidays with them?
21 A. No.
22 Q. Did you have a computer to use at their
23 house?
24 A. Yes.
25 Q. And was it your computer or the host

13 (Pages 49 to 52)

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 53

```
 1   family's computer?
 2       A.  The host family's.
 3       Q.  Did you have a cell phone while you were
 4   an au pair?
 5       A.  Yes.
 6       Q.  Was it your cell phone or the host
 7   family's cell phone?
 8       A.  It was there at the beginning, yes.  And
 9   later on, I had my own.
10       Q.  Why did you get your own phone?
11       A.  Because I did not -- the computer that I
12   was given was in my host mom and host dad's bedroom,
13   and I wanted to be in contact with my parents.  I
14   wanted to be able to actually talk to them over vIPer.
15   And the phone number -- the phone that I was provided
16   did not have -- it was a cell phone that did not have
17   like any -- it could not have a vIPer on them.  So I
18   wanted to just keep in touch with my family.
19       Q.  Did you still have the cell phone from
20   the family, even when you got your own?
21       A.  No.
22       Q.  Did they ask for it back, or you gave it
23   back because you had your own?
24       A.  It was -- they asked for it back since I
25   gave them -- since I had my own.
```

### Page 54

```
 1       Q.  When you were using the cell phone from
 2   the family, did they have any rules about using the
 3   phone?
 4       A.  No.
 5       Q.  Were you able to make personal calls?
 6       A.  I'm not quite sure that I understand.
 7       Q.  Were you able to make calls to friends
 8   on the cell phone?
 9       A.  Friends in the United States, yes.
10       Q.  Did you have a car that you could use
11   when you lived with the host family?
12       A.  I'm not quite sure that I understand
13   your question completely.
14       Q.  When you lived with the host family, did
15   you have a car to drive?
16       A.  Yes.
17       Q.  And did you use it to drive the
18   children?
19       A.  Yes.
20       Q.  And did you use it for personal use?
21       A.  Yes.
22       Q.  Did your host family give you gas money
23   for the car?
24       A.  No.
25       Q.  Did they give you money for gas to drive
```

### Page 55

```
 1   the children?
 2       A.  Yes.
 3       Q.  Just no gas money for personal use?
 4       A.  It would kind of vary.  If I used the
 5   car in the evening for personal use, and I put in the
 6   gas, the following day if I drove the children, I
 7   would use the same gas.  I would never -- I was never
 8   given money later on for that.  Or if my host mom was
 9   using the car, she would kind of put the gas in.
10       Q.  Did you take any trips with your host
11   family?
12       A.  Yes.
13       Q.  Where did you go?
14       A.  To the Dominican Republic and Colorado.
15       Q.  And how did you get to the Dominican
16   Republic?
17       A.  By a flight.
18       Q.  And did they pay for your flight?
19       A.  Yes.
20       Q.  And by "they" I mean the host family.
21   Did your host family pay for your flight?
22       A.  Yes.
23       Q.  Okay.  And when you went to Colorado,
24   how did you get there?
25       A.  By an airplane.
```

### Page 56

```
 1       Q.  And did your host family pay for your
 2   airplane ticket?
 3       A.  No.
 4       Q.  Who paid for your airplane ticket to
 5   Colorado?
 6       A.  My host mother's mom.
 7       Q.  And when you were on those trips in both
 8   the Dominican Republic and Colorado, did you have to
 9   pay for anything on those trips?
10       A.  Yes.
11       Q.  What did you pay for?
12       A.  I paid -- in Dominican Republic, I paid
13   for the tip for the waiter.  And in Colorado, I used
14   just to pay the tip for the -- all the -- the rooms,
15   delivery service that I -- because I was told to stay
16   home -- to stay in the hotel room and watch over the
17   youngest one.
18       Q.  When you ordered room service in the
19   hotel, did that go on the hotel bill?
20       A.  Yes.
21       Q.  And did they pay for your hotel room?
22       A.  I did not have a separate room.  I was
23   staying in a room with the children.
24       Q.  Did they pay for that room, the host
25   family?
```

14 (Pages 53 to 56)

GORANA MOMCICEVIC - 3/23/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 57

1     A. Yes.
2     Q. And when you said you paid for the
3 delivery room service, did you -- did you mean for the
4 tip for the person who delivered it to your room?
5     A. Yes.
6     Q. Did you take any trips on your own?
7     A. No.
8     Q. When you were on the trips with your
9 host family, did they pay for everything else besides
10 the two tips that you mentioned?
11     A. Yes.
12     Q. Did your host family provide you with a
13 journal or a log of any type?
14     A. I don't remember.
15     Q. Did InterExchange provide you with a
16 journal or a log?
17     A. I don't remember.
18     Q. Did your host family write anything down
19 in a log for keeping track of your hours?
20     A. I don't remember.
21     Q. I want to go back to the duties that you
22 performed with the children for your host family. Did
23 InterExchange ever tell you what duties to perform for
24 your host family?
25     A. Yes.

### Page 58

1     Q. And what did they tell you?
2     A. They said that it would be generally
3 taking care of the children as getting them to school
4 and back and helping out if they need help with their
5 homework, getting their, either, breakfast, lunch, or
6 dinner and some snacks, taking them for play dates,
7 and kind of just spending time, quality time with
8 children.
9     Q. And when InterExchange told you this,
10 were they talking about all au pairs and what they
11 would be doing with their host families, or was this
12 specific to you and what you would be doing with only
13 your host family?
14     A. It was for the whole au pairs that were
15 there.
16     Q. Did anyone from InterExchange ever
17 supervise you while you were taking care of the host
18 family's children?
19     A. No.
20     Q. Did your host family ever ask you to
21 perform any duties that concerned you, other than what
22 we've already discussed?
23     A. The only thing that I can remember that
24 kind of concerned me was taking my host mom's
25 dry cleaning.

### Page 59

1     Q. Okay. How often did you do that?
2     A. About once or twice per week.
3     Q. And how long did that take you to
4 perform that duty?
5     A. About 20 minutes of a drive to the store
6 and back.
7     Q. Is it a total round trip of 20 minutes?
8     A. Yes.
9     Q. Did you take any classes when you lived
10 with the host family?
11     A. No.
12     Q. Did you ever look into classes while you
13 were an au pair?
14     A. Yes.
15     Q. And what did you look into?
16     A. I looked into taking classes at the -- I
17 believe it's called Saint Joseph's University, but
18 when I brought it up to my host mom's attention that I
19 would like to take classes, I was never given the
20 money to take those classes.
21     Q. Did you ask your host mom for the money?
22     A. Yes.
23     Q. And what did she say when you asked her
24 for the money?
25     A. She mentioned that she has forgotten

### Page 60

1 about it; that she would give it to me later on.
2     Q. And did you ever ask her later on?
3     A. I don't remember.
4     Q. Did you ever sign up for any classes?
5     A. No.
6     Q. Was there an InterExchange local
7 coordinator in Philadelphia?
8     A. Yes.
9     Q. And did you meet with that local
10 coordinator when you lived with the host family?
11     A. Yes.
12     Q. Do you remember who the local
13 coordinator was?
14     A. I don't remember her name.
15     Q. Does the name Sandra Green sound
16 correct?
17     A. It sounds familiar, but I can't -- I
18 don't really remember the name.
19     Q. Did you meet with this local coordinator
20 in person when you lived with the host family?
21     A. Yes.
22     Q. And how many times did you meet with her
23 in person?
24     A. Two times.
25     Q. Did you go to cluster meetings?

15 (Pages 57 to 60)

EXHIBIT 6
RESTRICTED-ATTORNEY EYES ONLY

**GORANA MOMCICEVIC - 3/23/2018**
**Johana Paola Beltran, et al. v. InterExchange, Inc., et al.**

### 77

1  concluded at the approximate hour of 1:33 p.m. on the
2  23rd day of March, 2018.
3      \*    \*    \*    \*    \*

### 78

I, GORANA MOMCICEVIC, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached    ( ) Yes    ( ) No

_____
GORANA MOMCICEVIC

The signature above of GORANA MOMCICEVIC was subscribed and sworn or affirmed to before me in the county of _____, state of _____, this _____ day of _____, 2018.

_____
Notary Public
My Commission expires:

Johana Paola Beltran 3/23/18 (tcm)

### 79

REPORTER'S CERTIFICATE
STATE OF COLORADO      )
                       ) ss.
CITY AND COUNTY OF DENVER )

        I, TRACY C. MASUGA, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public 19924005553, State of Colorado, do hereby certify that previous to the commencement of the examination, the said GORANA MOMCICEVIC was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.
        I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.
        IN WITNESS WHEREOF, I have affixed my signature this 26th day of March, 2018.

        My commission expires April 24, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

20 (Pages 77 to 79)

**EXHIBIT 6**
**RESTRICTED-ATTORNEY EYES ONLY**