1

```
 1           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 14-cv-03074-CMA-KMT
 3   _____

 4   VIDEOCONFERENCE DEPOSITION OF:   LUCIE VOCETKOVA
                                      March 22, 2018
 5   _____

 6   JOHANA PAOLA BELTRAN, et al.,

 7   Plaintiffs,

 8   v.

 9   INTEREXCHANGE, INC., et al.,

10   Defendants.
     _____
11

12              PURSUANT TO NOTICE AND STIPULATION, the
     videoconference deposition of LUCIE VOCETKOVA was
13   taken on behalf of the Defendants at 1900 Grant
     Street, Suite 1025, Denver, Colorado 80203, on
14   March 22, 2018, at 2:32 p.m., before Tracy C. Masuga,
     Registered Professional Reporter, Certified Realtime
15   Reporter, and Notary Public within Colorado.

16

17

18

19

20

21

22

23

24

25
```

**H+G**

**Hunter + Geist, Inc.**

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

**EXHIBIT 8**

Court Reporting, Legal Videography, and Videoconferencing

**RESTRICTED-ATTORNEY EYES ONLY**

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

25

1  I could talk to them, and then either we matched or we
2  didn't. If we didn't, then I could talk to another
3  family. But I couldn't speak to more than one family
4  at a time.
5      Q.  How was that connection made that
6  permitted you to talk to them?
7      A.  I remember emailing back and forth and
8  Skyping at the same time. So that's how.
9      Q.  So you chose -- you chose the host
10 family, and the host family chose you, and that
11 permitted you to talk to each other?
12     A.  Yes. We both agreed to make a match,
13 yes.
14     Q.  Do you remember how many host families
15 you talked with?
16     A.  I spoke to two altogether.
17     Q.  And did you interview with -- with both
18 of them or just one?
19     A.  I had a Skype with both of them.
20     Q.  How many times did you Skype with --
21 let's just take them one at a time. You had -- you
22 had two families that you matched with. The first --
23 let's -- the first family that you had an interview
24 with, did you accept them, reject them?
25     A.  The first one, they rejected me. I

26

1  didn't sit well with the mom. I don't think -- my
2  English wasn't anywhere near what it is now. So she
3  was very strict with that. She wanted somebody who
4  already speaks a lot better than I did. I think
5  that's what made the cut for her. So we didn't -- we
6  didn't match.
7      Q.  And the second family?
8      A.  The second family, we had more than one
9  Skype. Through the Skypes, I got to meet all four of
10 them, the parents and the two boys.
11     Q.  Okay. And that was the ▓▓▓▓ family?
12     A.  Yes.
13     Q.  And did the ▓▓▓▓ pick you, or did
14 you pick the ▓▓▓▓ How did that work?
15     A.  We both agreed to match. We both
16 were -- we both had to okay the match.
17     Q.  So it was a mutual decision between you
18 and the host family?
19     A.  Yes.
20     Q.  Did InterExchange assign you to the host
21 family?
22     A.  No.
23     Q.  So when you were interviewing with the
24 ▓▓▓▓ or with the first family that didn't work
25 out, was anyone from InterExchange participating in

27

1  the interview process?
2      A.  No.
3      Q.  When you chose the ▓▓▓▓ and the
4  ▓▓▓▓ chose you, did you want to go to live with
5  them?
6      A.  Yes.
7      Q.  Could you have said no if you weren't
8  interested in going to live with them?
9      A.  Absolutely.
10     Q.  During that interview process with
11 either the first family that didn't work out or the
12 ▓▓▓▓ did you talk with any member of the family
13 about how much you would be paid?
14     A.  No.
15     Q.  When did you learn how much you would be
16 paid as an au pair?
17     A.  I don't know when I learned that.
18     Q.  Did you -- during your time as an
19 au pair, did you ever ask to be paid more?
20     A.  Yes.
21     Q.  What was their response?
22     A.  Her response was that, for the extra
23 time I've worked, she started -- when I started
24 working more, she started giving me 200 instead of the
25 195.75, and that was for my extra -- whatever extra

28

1  hours I worked, that was for that.
2      Q.  And who did you ask for the extra?
3      A.  The host mom.
4      Q.  If we can back up a little bit.
5         In going back to those interviews that
6  you had with the ▓▓▓▓ via Skype, did you talk
7  about what sort of duties you would have as an
8  au pair?
9      A.  I don't remember.
10     Q.  Do you remember whether they talked
11 about what you would be doing with the children?
12     A.  Not clearly.
13     Q.  You didn't know that --
14        Well, did you know that you were going
15 to be supervising and attending to the children?
16     A.  Yes. Yes, absolutely.
17     Q.  Were those the duties that you actually
18 performed as an au pair?
19     A.  Yes.
20     Q.  During that Skype interview with the
21 ▓▓▓▓ did you -- did they -- did any member of the
22 family tell you how many hours a week you would be
23 working or how many hours per day?
24     A.  I don't remember.
25     Q.  When did you learn -- when did you first

7 (Pages 25 to 28)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

| 29 | 31 |
|---|---|
| 1  learn how many hours a day or per week you would be<br>2  working?<br>3     A. I learned that from the InterExchange<br>4  contract.<br>5     Q. You read the contract when you signed<br>6  it?<br>7     A. Oh, of course.<br>8     Q. Okay. We're going to pull that document<br>9  up on all of our screens.<br>10    A. Uh-huh.<br>11    Q. And do you recognize the document as we<br>12 scroll through it?<br>13    A. Yes.<br>14    Q. And we'll go to the very bottom.<br>15       MR. PACHECO: Joe, would you mind<br>16 telling me the beginning Bates number of that<br>17 document?<br>18       MR. HUNT: Yeah, absolutely.<br>19 InterExchange 0048910, and the last number of the<br>20 document is 48925.<br>21       MR. PACHECO: Thank you.<br>22    Q. (BY MR. HUNT) Ms. Vocetkova, is that<br>23 your electronic signature --<br>24    A. Yes.<br>25    Q. -- on this page? Okay. | 1       MR. HUNT: Okay. And, Mr. Pacheco,<br>2  you're appearing from Boies Schiller's office?<br>3       MR. PACHECO: Yes. I'm appearing from<br>4  575 Lexington Avenue, New York, New York.<br>5     Q. (BY MR. HUNT) Ms. Vocetkova, you<br>6  arrived in the United States for the au pair program<br>7  in approximately when?<br>8     A. August 13, 2012.<br>9     Q. And did you do any training when you<br>10 arrived?<br>11    A. Yes.<br>12    Q. Where was that?<br>13    A. In New York City.<br>14    Q. What sort of training did you receive?<br>15    A. That the InterExchange talked to us<br>16 about what we should expect from taking care of kids,<br>17 how to take care of kids, a little bit about first<br>18 aid, and driving with the kids. Pretty much -- a<br>19 lot -- a lot of things about the kids and how -- how<br>20 we should act and communicate with the family whatever<br>21 happens.<br>22    Q. Were other au pairs part of this<br>23 training?<br>24    A. Yes.<br>25    Q. Do you know whether it was all |

| 30 | 32 |
|---|---|
| 1       And we're going to turn to 48913. It's<br>2  the fourth page of the PDF. And if you look at<br>3  item k, you acknowledge that your stipend would meet<br>4  the minimum requirements set by the United States<br>5  Department of State; is that correct?<br>6     A. Say that again.<br>7     Q. You acknowledge that your stipend would<br>8  meet the minimum requirements set by the United States<br>9  Department of State?<br>10    A. That's what it says, yes.<br>11    Q. Did you understand that at the time that<br>12 you signed it?<br>13    A. I would say yes.<br>14    Q. You read the agreement?<br>15    A. I did.<br>16       MR. HUNT: Okay. And if we could mark<br>17 that as Exhibit 2.<br>18       (Deposition Exhibit 2 was marked.)<br>19       (Discussion off the record.)<br>20    Q. (BY MR. HUNT) The court reporter has<br>21 asked whether your -- are you currently at 916<br>22 Sunnyview Oval?<br>23    A. Yes.<br>24    Q. Keasbey, New Jersey?<br>25    A. I am. | 1  InterExchange au pairs, or were other sponsors<br>2  involved?<br>3     A. I think it was just InterExchange.<br>4     Q. Were you required to receive this<br>5  training by InterExchange?<br>6     A. Yes.<br>7     Q. And how -- how many hours -- or how many<br>8  days did it last?<br>9     A. It was until Thursday or Friday that<br>10 week, Monday through Thursday or Friday.<br>11    Q. Monday through Thursday or Friday. And<br>12 how many hours per day?<br>13    A. About eight.<br>14    Q. Were you paid for the hours that you<br>15 were trained?<br>16    A. I have.<br>17    Q. By whom?<br>18    A. By the family.<br>19    Q. So when -- the family paid you when you<br>20 arrived for -- excuse me. When you --<br>21       When did they pay you for the training?<br>22    A. After the first week of being with them,<br>23 that she paid me for two weeks, the one week for, you<br>24 know, working actually for them, and one for the<br>25 training before that. |

8 (Pages 29 to 32)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

33

1   Q. So after the training in New York, did
2 you go meet your host family, the ▮▮▮▮▮
3   A. If I what? I'm sorry.
4   Q. What did you do after the training in
5 New York?
6   A. The host mom picked me up on Friday with
7 the boys, and they brought me home with them.
8   Q. Do you recall whether the host family,
9 the parents, were employed while you were an au pair?
10 Did they have jobs?
11   A. They both had jobs, yes.
12   Q. Were those jobs in the home or outside
13 of the home?
14   A. Outside.
15   Q. How many hours per week did they spend
16 outside or -- excuse me.
17     How many hours per week were they
18 working?
19   A. I don't know.
20   Q. How many hours per day were they
21 working?
22   A. I don't remember.
23   Q. Did any other adults besides the parents
24 and yourself live in the home of your host family?
25   A. No, no.

34

1   Q. And you mentioned the boys. How many
2 boys were you -- were in the house, the children?
3   A. Two boys.
4   Q. And how old were they?
5   A. When I came, one was two and a half and
6 the other four, four years old.
7   Q. And did either of the children attend
8 school or day care?
9   A. The older one did.
10   Q. And was that school or day care?
11   A. I don't know the difference.
12   Q. School would be where you learn, and I
13 guess day care is where they might receive some
14 supervision, but that -- let me just move on.
15   A. Okay.
16   Q. What were your duties with respect to
17 each -- each child?
18   A. So with the little one, she -- the host
19 mom asked me right at the beginning if I can potty
20 train him; that they need to get him to -- to school.
21 Besides that, anything from feeding them and playing
22 with them. With the older one, I did homework. I
23 drove them to activities, for play dates, cleaning
24 after them, with them, doing their laundry. I would
25 cook for them sometimes. Sometimes the mom had it

35

1 ready for us.
2   Q. And you said that you potty trained the
3 younger child in order to get him to -- I think
4 you said go to school?
5   A. Yes. She wanted him to start in school
6 for -- it was only three days a week for two, maybe
7 three hours. But the requirement was all the kids
8 have to be potty trained. In order to do that, we had
9 to train him so he can start attending the school.
10   Q. And did he eventually go to school while
11 you were --
12   A. Yes.
13   Q. Yeah. And how long -- how long was that
14 school? When did it occur during the day?
15   A. It was three days in the morning of the
16 Monday, Wednesday, Friday. Three hours tops, I think.
17 It was about three hours.
18   Q. And the -- and the older child would be
19 in school all day, or can you tell me about his
20 schedule?
21   A. The older one had school when -- when I
22 started, his school was only in the afternoon. I'm
23 sorry, in the morning. And -- and later on, I don't
24 know when he started, but he started going for the
25 whole day. So he will go -- I actually don't remember

36

1 the time, but he would have all day in school.
2   Q. When you were cooking and cleaning as
3 you described, were you doing these with the children?
4   A. Yes.
5   Q. The children were helping you and you
6 were helping the children?
7   A. They -- yes, either they were around or
8 they were actually helping.
9   Q. Did you provide any other services for
10 the host family outside of child care?
11   A. I fed the cat. One time I had to clean
12 after the parents, too, if -- you know, there was no
13 room. Sometimes you have to. You live in the same
14 house. I would cook for all of them sometimes, not
15 just the children. You know, here and there, there
16 were things that I did for the parents, too, or other
17 family members than just the kids.
18   Q. Do you remember what those activities
19 were?
20   A. Except the ones I named, more or less
21 it.
22   Q. Okay.
23   A. Cleaning, cooking, laundry.
24   Q. When you were -- when you cooked for
25 them, did they ask you to cook for them, or did you

9 (Pages 33 to 36)

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

37

1 volunteer to do that?
2   A. I volunteered.
3   Q. And you said that you had -- you were
4 cleaning after the parents. What were you doing to
5 clean after the parents?
6   A. If they left something -- for example,
7 the dad often left his work papers on the dining
8 table. If I wanted to play with the kids and didn't
9 want to get anything spilled on those papers that I
10 assumed were important, I simply put those things
11 away. Or, you know, shoes were left in the hallway
12 while the kids are running around, I put them away for
13 the safety. It was most likely to keep everything
14 running smoothly, keep it safe, or not mess up their
15 clothes or papers.
16   Q. What other -- were there any other
17 cleaning activities that you did?
18   A. After dinner, for example, I helped
19 clean up if we all ate together.
20   Q. How frequently did you all eat together?
21   A. At the beginning, I want to say at least
22 five times a week. Towards the end, I ate on my own.
23 I went out. I didn't stay -- stick around.
24   Q. And do they give you money to go eat
25 out?

38

1   A. No.
2   Q. You used your own money for that?
3   A. Yes.
4   Q. Was that part of the stipend that you
5 received, that weekly payment?
6   A. Yes.
7   Q. Did the family give you a schedule each
8 week?
9   A. Yes.
10   Q. Was it written down or through a Google
11 Calendar, or was it -- how was it communicated to you?
12   A. The host mom used this notebook from
13 InterExchange. It helped her set the schedule and
14 write down if she wanted me to do anything, you know,
15 like a note. If there was something that day to
16 remember, she would write that down, too.
17   Q. Okay. You mentioned that the notebook
18 was from InterExchange. Did InterExchange tell you --
19 did InterExchange set your schedule?
20   A. No.
21   Q. So no one at InterExchange ever gave you
22 a weekly schedule?
23   A. No.
24   Q. Did you keep those -- those calendars?
25   A. No.

39

1   Q. What was your schedule like, generally,
2 with the host family?
3   A. Can you please repeat?
4   Q. Sure. What was your schedule like
5 generally with the host family?
6   A. Are you asking about the times or the
7 activities?
8   Q. Well, let's take them one at a time.
9 Are there any additional activities that you -- that
10 you did as an au pair?
11   A. Did I mention driving the kids? I think
12 I mentioned it all.
13   Q. Okay. And how about the -- how about
14 the times? What was your schedule?
15   A. I don't remember the exact times.
16   Q. Were you -- was there a certain time
17 that you were expected to watch the kids?
18   A. Yes.
19   Q. You don't remember when that started?
20   A. I don't.
21   Q. How about when the kids went to school?
22   A. What time they went to school?
23   Q. Yeah. What did you do when they went to
24 school?
25   A. Different things. It depends.

40

1 Sometimes I went to gym. Sometimes I stayed behind
2 and did my laundry, did something, you know, I
3 needed -- I wasn't -- it was, for me, off the clock.
4   Q. You were off the clock. And so when
5 they returned from school, were you back on the clock,
6 as you said?
7   A. Yes.
8   Q. And then how long did that last?
9   A. How long that they needed me.
10   Q. Okay. So were you watching the kids in
11 the evening?
12   A. Yes.
13   Q. Until they went to bed?
14   A. Sometimes.
15   Q. What time did they normally go to bed?
16   A. I don't remember.
17   Q. Did you have a curfew?
18   A. What's a curfew?
19   Q. A time that you had to be at home. Did
20 you have a time that you had to be at home?
21   A. Like when I was out?
22   Q. Yes.
23   A. No, I didn't.
24   Q. The host family didn't tell you when you
25 had to be home at night?

10 (Pages 37 to 40)

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

41

1  A. No.
2  Q. Did you work the same days every week
3  with your host family?
4  A. Most of the weeks, yes.
5  Q. Which days?
6  A. Monday through Friday.
7  Q. So you didn't work on Saturdays and
8  Sundays?
9  A. Let's say once, maybe twice a month I
10 did.
11 Q. And on those occasions, how long would
12 you work?
13 A. It -- it was different every time. I
14 don't remember exactly.
15 Q. Okay. How many hours per week did you
16 work for the host family?
17     MR. PACHECO: Objection, form.
18 A. I don't remember exact number.
19 Q. (BY MR. HUNT) Could you approximate --
20 could you guess?
21 A. It was over 45.
22 Q. Okay.
23 A. I don't know exact number.
24 Q. How do you remember it being over 45?
25 A. Because I remember the conversation with

42

1  the host mom about me working more than I'm supposed
2  to. We just read the contract. It clearly said
3  45-hour workweek, and tops ten hours a day. Sometimes
4  I would work more. I would work more than 45. That's
5  how I remember I worked more.
6      I asked, "To be fair, if you want me to
7  work more, then I should be paid more." That's how
8  she told me -- started giving me the 200 instead of
9  the 195.75.
10 Q. And when did that conversation take
11 place?
12 A. It was definitely the second year with
13 them. I don't know exactly --
14 Q. In the first year --
15 A. -- actually.
16 Q. I'm sorry. I interrupted you. What did
17 you say?
18 A. I was saying that I don't know exactly
19 how far during the second year this happened, that
20 conversation.
21 Q. Okay. So in the first year, you were
22 working fewer than 45 or more than 45?
23 A. Around 45.
24 Q. Around 45. And in the second year, you
25 think you were working more than 45?

43

1  A. It was always more than 45.
2  Q. Okay. Do you have any idea how much
3  more?
4  A. I really don't remember.
5  Q. More than 50?
6  A. I don't know.
7  Q. Okay.
8  A. I really -- I can't remember.
9  Q. So in the second year, were you working
10 weekends?
11 A. It was the same as the first year.
12 Once, maybe twice a month, I did.
13 Q. Okay. So in that second year, you said
14 that both children were in school?
15 A. Yes.
16 Q. And when you say that you were working
17 more than 45 hours per week, are you counting the
18 hours that they were in school?
19 A. Yes.
20 Q. So how -- how --
21 A. Because --
22 Q. Go ahead.
23 A. Because -- hold on. Because she -- the
24 host mom would have me do their laundry, clean their
25 room, organize their toys. She made sure while -- the

44

1  second year, while they're in school, I work -- I have
2  something to do while they're in school.
3  Q. Was anyone from InterExchange telling
4  you how many hours to work?
5  A. No.
6      MR. PACHECO: Objection.
7  Q. (BY MR. HUNT) Were you expected to be
8  available or on call for the host family at times
9  during which you weren't scheduled to work?
10 A. Expected by who?
11 Q. Your host family.
12 A. I don't know how to answer this. I
13 don't know.
14 Q. Okay. Were there certain times when you
15 were expecting to be free but you were interrupted in
16 order to take care of the kids?
17 A. Yes.
18 Q. Under what -- what were those
19 circumstances?
20 A. Sometimes --
21     THE DEPONENT: Would you excuse me?
22 I've got to throw out my cat.
23     MR. HUNT: You know, maybe now is a fine
24 time for a -- for a break. So why don't we --
25     THE DEPONENT: Okay.

11 (Pages 41 to 44)

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### Page 45

1  MR. HUNT: Why don't we take, I don't
2  know, five -- five minutes, ten minutes. Is that --
3  THE DEPONENT: Perfect.
4  MR. HUNT: Okay. Ten minutes.
5  THE DEPONENT: Thank you.
6  (Recess taken, 3:41 p.m. to 3:51 p.m.)
7  Q. (BY MR. HUNT) So we're back on the
8  record after a short break.
9  Ms. Vocetkova, were there times that you
10 provided child care services for the host family that
11 were unexpected or --
12 A. Yes.
13 Q. -- outside --
14 Okay. And what -- what were those
15 examples?
16 A. For example, one that comes up right
17 now, sometimes at night when the boys were sick, my
18 room was closer than the parents'. So if I heard them
19 crying for too long, I heard them throwing up, I would
20 run in before the parents, and then we all would deal
21 with whatever was there, you know, crying or some
22 mess. We would all, like, help and clean and put them
23 back to sleep.
24 Q. Did the host family ask you to do that?
25 A. I don't recall.

### Page 46

1  Q. How frequently would that happen?
2  A. I don't know. Once in a while.
3  Q. Okay. When the parents were home, were
4  you ever with them but not on the clock or doing child
5  care?
6  A. Sometimes.
7  Q. What were you doing? What were the
8  activities that you were doing?
9  A. We would eat together. And a lot of
10 times something around the kids, playing some games
11 with them, talking about them.
12 Q. Did you ever work more than -- with your
13 host family, did you ever work more than ten hours in
14 a day?
15 A. I did.
16 Q. And was that the same -- is that true
17 for the first year?
18 A. That, I don't remember.
19 Q. It's true for the -- is it true for the
20 second year?
21 A. Absolutely, yes.
22 Q. And in the second year, were you able to
23 engage in those activities you talked about earlier,
24 like going to the gym?
25 A. Not as much.

### Page 47

1  Q. Did you meet other au pairs?
2  A. Yes.
3  Q. Were you able to spend time with them?
4  A. We had meetings once a month provided by
5  the InterExchange agent. I don't know exactly what
6  she was called. She was -- InterExchange
7  representative. And she was local -- the local agent,
8  I want to say. She would organize those monthly
9  meetings for all the au pairs from the same area.
10 That's how I would meet them.
11 Q. Does "local coordinator" sound right?
12 A. Yes. That's it, yes.
13 Q. And does "Deborah Daly" sound right?
14 A. Uh-huh.
15 Q. Okay. And were you -- did your host
16 family -- were you required to attend those monthly
17 meetings?
18 A. No.
19 Q. You talked about that discussion that
20 you had with your host mom about how many hours you
21 were working. Did you have any other concerns or
22 complaints about the schedule that she gave you or
23 that your host family gave you?
24 A. I don't remember.
25 Q. And how is that -- how was that resolved

### Page 48

1  with your host mom? You said that she paid you more.
2  Can you tell me a little bit more about that?
3  A. She paid me 200 for some period of time
4  saying whatever extra hours I work, that is for that,
5  the -- you know, what does it come down to? $3.25 is
6  the difference between 195.75 and 200. So that
7  difference would be for the extra hours.
8  And then that topic came up again when I
9  didn't agree with her. I didn't think that was fair,
10 that I would be paid that little bit more for the
11 however -- even if it was two extra hours, that was
12 inaccurate. It wouldn't be fair. It was -- I didn't
13 see it -- I didn't think it was fair from her. I
14 think she was taking advantage of me and being really
15 cheap.
16 So after that conversation, she went
17 back to 195.75.
18 Q. And did you resume working 45 hours or
19 fewer?
20 A. Then it was exactly 45 hours. Yeah.
21 Q. Okay. So how many weeks were you
22 required to work more than 45 hours per week?
23 A. I don't know.
24 Q. Okay. Well, how -- how many weeks
25 passed between the first discussion that you had with

12 (Pages 45 to 48)

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 53

1   A.  What do you mean by that?
2   Q.  You said -- you said that InterExchange
3   determined the amount of your weekly stipend; is that
4   right?
5   A.  Yes.
6   Q.  Okay.  And that you knew that based on
7   the -- what was said in the contract, the au pair
8   agreement --
9   A.  No.
10  Q.  -- that you signed?
11      Is there anything else that you know of
12  about InterExchange making that determination about
13  how much you -- the host family paid you?
14  A.  It's a very confusing question for me.
15  I'm sorry.  I'm not catching it.
16  Q.  Okay.  What do you base -- you said
17  that -- you said that InterExchange determined your
18  weekly stipend.  What do you base that statement on?
19  A.  The number was in the contract.
20  Q.  Okay.
21  A.  It said we will be paid 195.75 --
22  Q.  Okay.
23  A.  -- weekly.
24  Q.  Is there any other information that you
25  base that statement on?

Page 54

1   A.  No.
2   Q.  And just so I'm clear, it's -- it was
3   the host family who paid you?
4   A.  Yes.
5   Q.  Okay.  And it was the host family's
6   decision to pay you more?
7   A.  Yes.
8   Q.  Okay.  So you said --
9       MR. HUNT:  Why don't you pull it up
10  again.  And turn to --
11  Q.  (BY MR. HUNT)  I'm going to pull up that
12  document that we looked to -- that we looked at
13  earlier.  It's on page 2, w.  Can you see that,
14  Ms. Vocetkova?
15  A.  Yes.
16  Q.  2, w.  Page 2.  Okay.  Do you see that
17  item w?  And in that last sentence it says, "The
18  current minimum required weekly amount is one hundred
19  ninety-five dollars and seventy-five cents."
20  A.  Yes, I see that.
21  Q.  Excuse me?
22  A.  I see that, yes.
23  Q.  So you understood it to be a minimum?
24      MR. PACHECO:  Objection.
25  A.  I didn't.

Page 55

1   Q.  (BY MR. HUNT)  You didn't.  Okay.  But
2   you did read the contract?
3   A.  I did.
4   Q.  Yeah.
5   A.  I did read it.  And later -- I
6   understood it at the moment, but as we were going --
7   like in -- in my mind, I remembered clearly that we
8   always talked 195.75.  There was never ever -- I can
9   see that in the contract.  I'm just saying, it never
10  came up as a minimum any time afterwards.
11  Q.  Okay.
12  A.  Maybe that's why I assumed it wasn't a
13  minimum.  I don't know.
14  Q.  Were there any other -- were there any
15  other times that the amount varied?  Let me rephrase
16  that.
17      Were there any other times that the host
18  family paid you a different amount than 195.75?
19  A.  For a while, as mentioned before, they
20  paid me the 200.
21  Q.  Were there any other times -- I'm sorry.
22  Go ahead.
23  A.  No, that was it.
24  Q.  Okay.  Were there any other times that
25  they paid you more than 200?

Page 56

1   A.  No.
2   Q.  Were there any times that they paid you
3   less than 195.75?
4   A.  Never.  Oh, no, no, no, no, no.  That's
5   not true.  That's not true.  I remember -- yes.  At
6   the end, she stopped paying me completely, and she
7   gave me a couple bucks in my hand as I was leaving the
8   door.  I don't remember how much that was.  But she --
9   she didn't pay me for the last -- last few weeks when
10  I was there.
11  Q.  Your host family didn't pay you for the
12  last few weeks that you were there?
13  A.  Yes.
14  Q.  Except for this few dollars?
15  A.  Yeah.  She -- as I was leaving, she gave
16  me, you know, cash, a little bit in my hand, 10, 20,
17  you know, something like that.
18  Q.  Okay.  Did you -- did you complain to
19  your host family about not being paid those three
20  final weeks?
21  A.  I didn't say that was three.
22  Q.  I'm sorry.  You're right.  I think you
23  said a "few."  But go ahead.
24  A.  I did complain to them.
25  Q.  Okay.  What did they say?

14 (Pages 53 to 56)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

57

1 A. That they are right not to pay me. That
2 she has to take -- their -- I'll start from the
3 beginning.
4 Because in winter, my car froze in a
5 pile of snow. And the host dad, as he was leaving, he
6 cleaned all the cars besides mine. So -- and I walked
7 outside, and I cleaned off my car, and I had to hurry
8 because I had the boys. I had to get them somewhere.
9 Anyway, I cleaned it off, and as I was
10 pulling out, I heard something. I go outside, and my
11 front bumper froze to the snow. So the one side of it
12 ripped a little bit. I mean, it cracked. It didn't
13 rip all the way. It cracked.
14 So I parked the car back in, cleaned the
15 rest off, you know, cleared the snow so it doesn't do
16 that anymore. We drove away, and that night I told
17 the family what happened. They looked at the car and
18 said, "That's okay. It happens." That's what I
19 thought was the end.
20 And then at the end of my staying there,
21 she stopped paying me, and that was her excuse. She
22 said, "You have to pay for that car that you broke."
23 And I told -- we never had any documents
24 about it, nothing. I told her, "You told me it's
25 okay. Not to worry."

58

1 But at the end she started not paying me
2 because she said I owe her for that car.
3 Q. Okay. Did InterExchange ever pay you
4 a -- any money, a weekly stipend or any money?
5 A. No.
6 Q. When you said that you -- there was a
7 problem -- you described a problem with your car, you
8 said "my car."
9 A. I did say "my car," because I was using
10 it. But I didn't own it. It was theirs. They let me
11 use their car.
12 Q. Okay. And so they withheld your stipend
13 because of the problem with the car?
14 A. Yes.
15 Q. Okay. Did the ▮▮▮▮▮▮▮ ever give you
16 extra money for any reason?
17 A. No.
18 Q. Did they give you any gifts?
19 A. Yes.
20 Q. What kinds of gifts?
21 A. A few things for birthdays, for
22 Christmas, some ornaments on the tree. I remember
23 some pajamas or hoodie, a couple things, postcards.
24 That's about it.
25 Q. Okay. Did you have a computer to use?

59

1 A. I had my laptop.
2 Q. Did they -- did they give you the
3 laptop, or was that yours that you owned already?
4 A. That was mine.
5 Q. And did you have wireless? How did you
6 connect to the Internet?
7 A. There was a WiFi.
8 Q. Did you have a cell phone while you were
9 an au pair?
10 A. They provided a cell phone for me.
11 Q. Did they make -- did they pay the bills
12 for the cell phone?
13 A. For the most part, yes.
14 Q. Did they require you to pay bills for
15 the cell phone use?
16 A. Sometimes.
17 Q. How often?
18 A. I don't know.
19 Q. How much did you pay?
20 A. I don't remember.
21 Q. Did you give them cash? Did you pay the
22 cell phone company?
23 A. No. When that happened, she just told
24 me why is she giving me less. She took it out of my
25 paycheck.

60

1 Q. Was there something that happened to
2 your cell phone? Did it break?
3 A. It did, but that's not what I was paying
4 for. She said there was too much data.
5 Q. Too much data? Okay.
6 So did the host family have rules about
7 using the cell phone?
8 A. I don't recall.
9 Q. About no -- no cell phone use while
10 driving?
11 A. I don't remember her mentioning it.
12 Q. Were you able to make personal calls?
13 A. Yes.
14 Q. Did those involve calls outside of the
15 United States?
16 A. No, never.
17 Q. Your -- the car that you had, when did
18 you -- when did that -- the accident occur? Was it in
19 the morning or afternoon?
20 A. Oh, that, I don't know.
21 Q. Okay. Were you able to use the car for
22 your personal trips?
23 A. Yes.
24 Q. Where did you go?
25 A. To see other au pairs, to see my

15 (Pages 57 to 60)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

Page 61

```
 1   friends, sometimes just to go out of the house and,
 2   you know, sit on a beach or something.
 3        Q.   Did you do that during the week?
 4        A.   Yes.
 5        Q.   Yeah.  And those -- those are your off
 6   hours?
 7        A.   Yes.
 8        Q.   You're not counting those towards the 45
 9   that you were working?
10        A.   No.
11        Q.   Okay.  Did you drive the children?
12        A.   Yes.
13        Q.   To where?
14        A.   To their activities, to their friends,
15   to or from the parent's job -- I mean, the mom's job
16   only, not the dad.
17        Q.   Did the host family give you gas money?
18        A.   Yes.  Only for what I drove with the
19   kids, not for my personal driving.
20        Q.   So you paid -- you paid the gas for your
21   personal driving?
22        A.   Yes.
23        Q.   Did you pay for the -- the WiFi?
24        A.   No.
25        Q.   Were there other benefits that you
```

Page 62

```
 1   received from the host family?
 2             MR. PACHECO:  Objection, foundation.
 3        A.   What do you mean exactly?
 4        Q.   (BY MR. HUNT)  Well, you said that you
 5   received the WiFi, for instance, and you received some
 6   gifts.
 7        A.   And I also had given them gifts.  That's
 8   not a benefit.
 9        Q.   Did you take any trips with the family?
10        A.   Yes.
11        Q.   And who paid for those?  Or, actually,
12   let me withdraw that question.
13             Where did you go?
14        A.   We went to Cape Cod and Boston, and the
15   Disney in Florida with just the mom and kids and me.
16        Q.   Okay.  How did you get to Cape Cod?
17        A.   I drove in the car with them.
18        Q.   And how long did you stay?
19        A.   I don't remember.
20        Q.   More or less than a week?  A few days?
21        A.   Less than a week.  I don't remember how
22   many days.
23        Q.   Did you stay near the beach?
24        A.   Yes.
25        Q.   Okay.  I guess did the host family pay
```

Page 63

```
 1   for the house or for the --
 2        A.   They had --
 3        Q.   Go ahead.
 4        A.   They had their -- they owned a little --
 5   let's call it house up there, like their summer house
 6   or something.  So that's where we stayed.
 7        Q.   Okay.  And you went to Boston, you said?
 8        A.   Yes.
 9        Q.   And was that an overnight trip?
10        A.   That was a couple days to maybe a week.
11        Q.   Did you stay at a hotel or a --
12   somewhere else?
13        A.   We stayed at the grandma's house.
14        Q.   At their --
15        A.   The father's mom's house.
16        Q.   Okay.  Did you go to any sporting
17   events, concerts?
18        A.   There were some sporting events.
19        Q.   Do you remember what they were?
20        A.   I remember ice hockey.
21        Q.   Okay.  And they bought the tickets for
22   the ice hockey game; is that correct?
23        A.   There was this one in Princeton that I
24   had to pay for my ticket.
25        Q.   And did you go to any sporting events
```

Page 64

```
 1   while you were in Boston?
 2        A.   No.
 3        Q.   Okay.  And you also went to Florida?
 4        A.   Yes.
 5        Q.   How did you get there?
 6        A.   By a plane.  We all flew together.
 7        Q.   You all flew together.  Did you purchase
 8   the ticket -- the airline flight?
 9        A.   No.
10        Q.   And how long were you in Florida?
11        A.   Less than a week.
12        Q.   Okay.  And you stayed there with the
13   family?
14        A.   Yes.
15        Q.   Were you taking care of the children
16   during that time, too?
17        A.   The whole time.
18        Q.   The whole time.
19        A.   All those trips, I was working.  They
20   didn't take me for sightseeing or because it's nice.
21   As we were driving around, they pointed here and
22   there, but all those trips, I worked.  That's why they
23   took me.
24        Q.   Okay.
25        A.   That wasn't my vacation.
```

16 (Pages 61 to 64)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

**Page 69**

She wanted to make sure I'm okay with the kids, I'm comfortable, the boys got used to me. I guess you can call it supervision. But otherwise, it was just me and the boys.

Q. Okay. You mentioned those courses, those classes that you were taking. Do you know whether you took six credits of classes while you were an au pair?
A. I did.
Q. You did. What was the university or college or institution at which you took the classes?
A. I went to Raritan Valley for some English classes. And the Niagara Falls was different, but I don't remember the name of the school.
Q. Okay. Let me back up, and I want to ask you about those trips to Cape Cod and Boston and Florida that you -- that you took with -- with the host family. Did they pay for everything while you were on the trip?
    MR. PACHECO: Objection.
A. No.
Q. (BY MR. HUNT) What did they not pay for?
A. They didn't pay for food, or if I wanted something, some souvenir, they didn't pay for that.

**Page 70**

Q. Okay. They didn't pay for your meals?
A. Not all meals, no.
Q. Not all meals.
    And we were talking about the local coordinator, Debbie.
A. Yes.
Q. How many times did you meet with her in person?
A. I don't remember.
Q. Did you ever meet with her in person at the ▇▇▇▇▇▇ home?
A. Yes.
Q. How many times?
A. I don't know.
Q. Fewer or more than five?
A. I don't think so.
Q. You don't think it was fewer or you don't think it was more than five?
A. I don't think it was more than five.
Q. Okay. And then -- and did she supervise you -- did she supervise the child care that you were providing the family?
A. Are you asking if she was actually there watching me, person to person?
Q. Yes.

**Page 71**

A. No, she didn't.
Q. Did she supervise any of your duties as an au pair?
A. No.
Q. Did she pay you any money?
A. No.
Q. Or pay you any stipend?
A. No.
Q. Do you remember interacting with anyone else from InterExchange while you were an au pair?
A. Yes.
Q. Who was that?
A. I don't remember names.
Q. And how many times did you interact?
A. I don't remember.
Q. Do you know with whom -- with whom -- or do you know how many people at InterExchange did you communicate with?
A. I don't know.
Q. Okay. But none of them supervised any of your duties as an au pair?
A. Right, none of them did.
    MR. PACHECO: Objection.
Q. (BY MR. HUNT) You -- you've -- you've been asked to -- well, we've asked you to provide

**Page 72**

documents in connection with this lawsuit. Have you searched for any documents that might relate to this lawsuit?
A. I have.
Q. Did you find any?
A. No.
Q. Do you have any of the documents that were given to you by the Student Agency, the international cooperator related to your participation in the au pair program?
A. I haven't found --
    MR. PACHECO: Objection, foundation.
Q. (BY MR. HUNT) Okay. And despite the objection, you can -- you can answer.
A. I haven't found any.
Q. Okay. Do you have any documents such as emails or -- or social media related to your work as an au pair?
A. That, I don't know.
Q. Did your host family pay you by cash or check or electronic transfer or another way?
A. Either PayPal or cash.
Q. Meaning that there was a variety of methods of payments that the host family used?
A. Yes.

18 (Pages 69 to 72)

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

### 77

1  Q. Okay. Meaning you didn't make any
2  complaint, or you did make a complaint but you can't
3  remember the details of it?
4  A. I made a complaint.
5  MR. PACHECO: Objection.
6  A. I don't remember detail.
7  Q. (BY MR. HUNT) Okay. Do you remember if
8  the complaint was resolved?
9  A. I don't remember.
10 MR. HUNT: Let's take a five-minute
11 break, and I'm -- if we can go off the record.
12 THE DEPONENT: Okay.
13 (Recess taken, 4:46 p.m. to 4:59 p.m.)
14 Q. (BY MR. HUNT) We'll be back on the
15 record.
16 Ms. Vocetkova, excuse me, you extended
17 your stay as an au pair with the [redacted] is that
18 right?
19 A. Yes.
20 Q. Why did you make that decision?
21 A. I actually don't recall exactly why.
22 I -- oh, wow. I wasn't done; I wanted to stay more.
23 Really good question. I can't remember -- I can't
24 remember the exact reason why I decided to stay
25 longer. I'm not -- oh, wow, I -- this is

### 78

1  embarrassing. I don't know.
2  Q. When you made the decision, were you --
3  were you satisfied with the [redacted] and your
4  experience as an au pair?
5  A. Yes, for the most part.
6  Q. Okay. You mentioned earlier that you
7  tracked hours worked. I was just curious, how did you
8  track the hours worked? Was it by -- electronically,
9  by hand, some other form?
10 A. It was by hand. We had the notebook
11 from InterExchange that we both tracked the hours in.
12 And I mentioned it before. I'm sure she -- that's how
13 she would give me my schedule, and then if it changed,
14 I would, you know, put the actual hours that I worked.
15 And at the end of each, I would count the amount of
16 hours that I worked. That was more for me than her.
17 I don't know if she looked at it.
18 Q. So you don't know whether she was aware
19 that you were working more than 45 hours per week
20 until you brought it to her attention?
21 MR. PACHECO: Objection.
22 A. No. The way she was, I believe she knew
23 exactly how many hours I worked.
24 Q. (BY MR. HUNT) And when you say "she,"
25 you're referring to the host mom?

### 79

1  A. Yes. She was in charge of most of the
2  things that -- you know, the communication and the
3  kids, the hours. I always talked to her.
4  Q. Okay. How did she know how many hours
5  you were working if she was outside of the home during
6  those time periods?
7  MR. PACHECO: Objection.
8  A. I'm not sure I understand. We had the
9  schedule.
10 Q. (BY MR. HUNT) Okay. So did the
11 schedule reflect that you were working -- and the
12 hours -- I'm sorry. Let me say that again.
13 Did the schedule show that you were
14 working more than 45 hours a week?
15 A. Yes.
16 Q. So that's how the host mom was aware
17 that you were working more than 45 hours a week?
18 A. Yes. She scheduled me for however she
19 needed me, and she knew very well if it was more.
20 Q. Okay. Did you ever leave work early?
21 A. No.
22 Q. And did you have any other source of
23 income while you were in the United States as an
24 au pair?
25 A. No.

### 80

1  Q. No?
2  A. No.
3  Q. Did you ever acquire a babysitting job?
4  A. If I required a babysitting job?
5  Q. Did you ever obtain a babysitting job?
6  MR. PACHECO: Objection, form.
7  A. I'm not understanding still.
8  Q. (BY MR. HUNT) I'm sorry.
9  A. For somebody else's family?
10 Q. I apologize. Let me rephrase.
11 Did you ever work for another family?
12 A. No.
13 Q. Did you ever babysit other kids?
14 A. Yes.
15 Q. Were you ever paid for that work,
16 babysitting other kids?
17 A. No.
18 Q. No?
19 A. No.
20 Q. Okay. By other parents or your host
21 parents?
22 A. No.
23 MR. PACHECO: I'm just going to object
24 to the foundation because I don't know what time
25 period you're talking about. But I assume from your

20 (Pages 77 to 80)

LUCIE VOCETKOVA - 3/22/2018
Johana Paola Beltran, et al. v. InterExchange, Inc., et al.

85

I, LUCIE VOCETKOVA, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached   ( ) Yes   ( ) No

_____
LUCIE VOCETKOVA

The signature above of LUCIE VOCETKOVA was subscribed and sworn or affirmed to before me in the county of _____, state of _____, this _____ day of _____, 2018.

_____
Notary Public
My Commission expires:

Johana Paola Beltran 3/22/18 (tcm)

86

REPORTER'S CERTIFICATE
STATE OF COLORADO    )
                     ) ss.
CITY AND COUNTY OF DENVER )

I, TRACY C. MASUGA, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public 19924005553, State of Colorado, do hereby certify that previous to the commencement of the examination, the said LUCIE VOCETKOVA was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.
      I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

      IN WITNESS WHEREOF, I have affixed my signature this 26th day of March, 2018.

      My commission expires April 24, 2020.


__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

22 (Pages 85 to 86)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

EXHIBIT 8
RESTRICTED-ATTORNEY EYES ONLY