# EXHIBIT A

```
                                                      Page 124
 1    talks about what sponsors shall do with respect

 2    to au pair selection.

 3              Is that --

 4       A.     62.31 (d)?

 5       Q.     16.31 (d) [sic] --

 6       A.     (d)?

 7       Q.     -- and then 1 through 6 --

 8       A.     One through 6.  Okay.

 9              Yes, ma'am.

10       Q.     -- the section that we referred to

11    earlier.

12       A.     Okay.

13       Q.     And so it says, Sponsors shall

14    ensure --

15       A.     Um-hum.

16       Q.     -- that all participants in a

17    designated au pair exchange program, and then it

18    lists 1 through 6 --

19       A.     Yes.

20       Q.     -- and so my question for you are --

21    is the selection process something that is

22    solely within the purview, given the "shall," of
```



Page 125

```
 1    a sponsor designated -- a U.S.-based sponsor

 2    designated by the Department of State or whether

 3    that's appropriate for a foreign third-party

 4    partner?

 5         A.    Some --

 6               MS. LUKEY:  Objection.

 7               THE WITNESS:  -- well, if you're

 8         asking a fact-based question, okay,

 9         versus a -- are you asking for my legal

10         opinion?  Because I'm not in a position

11         to give you a legal opinion on this

12         regulation.

13    BY MS. SMALLS:

14         Q.    No.  I'm -- I'm -- you -- I forget

15    how you say it in your declaration, but you had

16    legal oversight of the Exchange Visitor Program;

17    day-to-day administration of the Office of

18    Exchange Coordination and Designation; you

19    clearly had -- you know, we can go through -- I

20    mean, you had a role in -- a senior role in the

21    administration of the Au Pair Program.  This is

22    something that would come up on a regular basis
```



MAGNA LEGAL SERVICES

```
                                                   Page 149
 1        Q.      In -- in that declaration, you
 2   recount the history of the Au Pair Program,
 3   including when it was housed at USIA; is that
 4   correct --
 5        A.      Yes, ma'am.
 6        Q.      -- starting in 1998.
 7                And you note that Congress
 8   specifically noted that the Au Pair Program was
 9   in keeping with the goals and directives of the
10   Fulbright-Hays Act and prohibited USIA from
11   altering the Au Pair Program in any respect.
12                Is that correct?
13        A.      That's correct.
14        Q.      And then in Paragraph 11, you state,
15   In 1990, Congress again reviewed the Au Pair
16   Program and, again, directed USIA to continue
17   administering it in its current form.
18                Is that correct?
19        A.      Yes.
20        Q.      And the -- as you testified earlier,
21   the basis for your attributions to Congress is
22   in the language of the Act --
```

