# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

---

## DECLARATION OF STANLEY COLVIN

1.     My name is Stanley Colvin.  I am a Principal at Colvin Consulting.

2.     I have been retained by the Defendants in this Action to discuss the history of the Exchange Visitor Program (a foreign affairs function of the United States Government) ~~and to review certain statements made in Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Class Counsel, filed in the above action on June 3, 2017 ("Class Certification Motion")~~.

3.     I am being compensated by the Defendants for my time at a rate of $375 per hour.

**Background**

4.     From May 1, 1990 through May 1, 1991, I served as an attorney advisor to the United States Information Agency ("USIA").  From May 1, 1992 through September 30, 1999, I served as the Assistant General Counsel for the USIA.  My principal responsibilities at the USIA included legal oversight of the Exchange Visitor Program, and its categories of program participation designed and implemented to further the

foreign policy objectives of the United States.  Specifically included in these duties were the legal, programmatic, and Congressional functions of the Au Pair Program.

5.      Upon the dissolution of the USIA and its integration into the United States Department of State ("DOS") in 1999, I became an Attorney-Adviser in the DOS Office of Legal Adviser.  In 2000, I was detailed as an Attorney-Adviser to the DOS' Bureau of Educational and Cultural Affairs ("ECA") to oversee the day to day administration of ECA's newly formed Office of Exchange Coordination and Designation (OECD).  This was the office to which USIA's Exchange Visitor Program function was assigned.

6.      My detail to ECA continued, uninterrupted, until 2006, when I was promoted to the career senior executive service and formally assumed the responsibilities as Director of Private Sector Exchange.  In 2008, I was promoted to the role of Deputy Assistant Secretary of State for Private Sector Exchange, again, continuing with my responsibility for all aspects of the Exchange Visitor Program, including specifically the Au Pair Program.

7.      In 2011, I became a Senior Advisor to the ECA and served in that role until 2015, when I retired from the DOS.

8.      The Au Pair Program was initially created in 1986 as a pilot program overseen by the USIA, pursuant to its authority to further the foreign policy objectives of the United States by implementing educational and cultural exchange opportunities as set forth in the Mutual Educational and Cultural Exchange Act of 1961 (the "Fulbright-Hays Act") (codified at 22 U.S.C. § 2451).

9.      In 1988, Congress directed the USIA to continue the pilot program for an additional two years in its current form.[1]  Importantly, Congress specifically noted that the Au Pair Program was "in keeping with the goals and directives of the Fulbright-Hayes [sic] Act" and prohibited the USIA from altering the Au Pair Program in any respect.[2]

10.     The USIA accordingly continued administering the Au Pair Program and expanded it from two sponsoring agencies to eight sponsoring agencies.

11.     In 1990, Congress again reviewed the Au Pair Program and again directed the USIA to continue administering it in its current form.[3]

12.     In 1994, Congress reauthorized the Au Pair Program and directed the USIA to continue administering the program "in a manner consistent with the requirements of" the Fulbright-Hays Act and to promulgate regulations for the Au Pair Program.[4]

13.     During my time at both the USIA and the DOS, I had direct responsibility for the drafting and review of dozens of regulations, proposed regulations, and guidance documents pertaining to the Exchange Visitor Program and its au pair component.  Of particular note, and pursuant to Congressional directive, I was the principal author of the

---

[1]     S. 2757, 100th Cong. tit. III (1988) (adopted by Foreign Operations, Export Financing, and Related Programs Appropriations Act, Pub. L. No. 100-461, § 555, 102 Stat. 2268-37 (1988)).

[2]     *Id.* § 301(a, b).

[3]     Eisenhower Exchange Fellowship Act of 1990, Pub. L. No. 101-454, § 8, 104 Stat. 1065.

[4]     Act of Oct. 25, 1994, Pub. L. No. 103-415, 108 Stat. 4302.

initial regulations governing the Au Pair Program, published as an interim rule on December 14, 1994[5] and as a final rule on February 15, 1995.[6]

14.     Importantly, the USIA, was consistent in its position from the very beginning that the au pair stipend – then sometimes referred to as "pocket money" – must comply with the federal minimum wage.  This position was developed pursuant to my consultation with the Wage & Hour Administrator of the United States Department of Labor.  Both the proposed and final regulations required a fixed minimum weekly stipend based upon prevailing federal minimum wage to be paid to au pair participants, as the USIA was particularly concerned with "the programmatic need for a uniform wage" to be paid by host families to au pairs.  Uniformity was and is required because the Exchange Visitor Program, including the Au Pair Program, is a foreign affairs function of the United States Government implemented nationwide.  ~~Lack of uniform implementation necessarily raises the spectre of negative foreign diplomatic relations, which in turn would undermine the purpose of the Au Pair Program and its foreign relations value.~~

15.     In 1995, Congress again directed that USIA continue to implement the Au Pair Program.[7]  In fact, Congress instructed the USIA to expand the Au Pair Program by seeking au pairs from all over the world, expanding it from the original subset of European countries that had been previously authorized.

---

[5]     Exchange Visitor Program, 59 Fed. Reg. 64,296 (proposed Dec. 14, 1994).
[6]     Exchange Visitor Program, 60 Fed. Reg. 8547 (Feb. 15, 1995) (codified at 22 C.F.R. § 514.31).
[7]     An Act to Extend Au Pair Programs, Pub. L. No. 104-72, 109 Stat. 776 (1995).

16.     Thus, by the beginning of 1996, Congress, acting by and through the Senate Foreign Relations and House International Relations Committees, had directed USIA  over a seven year period and by four separate Acts, to continue its implementation of the Au Pair Program, to expand it, and to properly regulate it . Also,iIn November of 1996, I provided all au pair sponsors with a notice regarding payment of the au pair stipend.

17.     Further guidance regarding payment of the au pair stipend was provided by a Fact Sheet I authored and distributed dated March 14, 1997, which is attached here as Exhibit A.  The Fact Sheet sets forth in detail the calculation of the stipend, as more fully explained below.

18.     The USIA distributed the Fact Sheet to Au Pair Program sponsoring agencies to provide guidance as to the minimum stipend required to be paid to Au Pair Program participants consistent with the increase in the federal minimum wage.

19.     On June 27, 1997, the USIA published an interim rule which, among other items, amended the regulation governing the Au Pair Program with respect to the minimum weekly stipend to be paid to au pairs.  In lieu of stating that au pairs be paid a fixed, minimum dollar amount, the amendment restated that provision of the regulation to require that au pairs "[a]re compensated at a weekly rate based upon 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act as

interpreted and implemented by the United States Department of Labor."[8]  This interim rule was adopted as a final rule by the USIA on September 5, 1997 without change.[9] ~~This provision of the regulation concerning the minimum stipend to be paid to au pairs is the same language that governs the minimum payment of the au pair stipend today.[10]~~

20.     Furthermore, this provision's requirement that the au pairs be paid "in conformance" with the FLSA refers to the hourly federal minimum wage, and the room and board credit established by the DOL by final rule effective September 8, 1995.[11] This credit is calculated as follows:

1.5 X (1 hour minimum wage/day, and X 7/week for meals)

+

7.5 X (1 hour minimum wage for board)

=

Total room and board credit.

On the basis of a presumed 45 hour work week, this formula will always compute to a 40% room and board credit.

21.     The USIA's purpose for amending the au pair stipend language from a fixed dollar amount to the current language referencing the Fair Labor Standards Act

---

[8]     Exchange Visitor Program, 62 Fed. Reg. 34,632, 34,634 (proposed June 27, 1997).

[9]     Exchange Visitor Program, 62 Fed. Reg. 46,876 (Sept. 5, 1997) (codified at 22 C.F.R. § 514.31).

[10]    ~~22 C.F.R. § 62.31(j)(1) (2016).~~

[11]    Application of the Fair Labor Standards Act to Domestic Service, 60 Fed. Reg. 46,766, 46,768 (Sept. 8, 1995) (codified at 29 C.F.R. § 552.100).

was to ensure that, as the minimum wage increased, the au pair stipend would increase as well in accordance with the formula previously set forth in the 1997 Fact Sheet.  By changing the regulatory language pertaining to the stipend to reference the Fair Labor Standards Act, the USIA (and then the DOS) would not be required to amend the regulation each time that the minimum wage increased.  *See* 60 Fed. Reg. at 8551 ("[T]his approach will allow the weekly wage or stipend to automatically adjust, using a formula based on the minimum wage and room and board costs routinely calculated by the Department of Labor.  The [USIA] believes this method is fair to host families and au pairs, and will ensure adherence to federal law.").

22.     After this amendment to the regulation, ~~with full knowledge of the regulations adopted by the DOS at Congress' direction,~~ Congress, ~~satisfied that this was a Cultural Exchange Program in which participants were being fairly and lawfully compensated,~~ enacted a law in 1997 making the Au Pair Program a permanent part of the Fulbright-Hays Act Cultural Exchange Visitor programs.[12]  Congress did not alter or amend the form of the Au Pair Program, nor did it impose any additional requirements or otherwise modify the USIA's regulations and USIA's utilization of the federal minimum wage and DOL regulations governing the credit for room and board..

23.     Under my direction, the 1997 Fact Sheet was updated and reissued by the ECA in 2001, and is attached as Exhibit B.  Following the transition of oversight responsibility for the Au Pair Program from USIA to ECA, the 2001 update to the Fact

---

[12]     An Act to Provide Permanent Authority for the Administration of Au Pair Programs, Pub. L. No. 105-48, 111 Stat. 1165 (1997).

Sheet again employed the DOL regulatory formula based on the federal minimum wage and DOL room and board credit calculation to determine the minimum weekly stipend to be paid to Au Pair Program participants.  That formula has never changed.

24,     I was involved in the review and drafting of subsequent interpretations, amendments, and guidance documents pertaining to these regulations throughout my tenure at the USIA and DOS.  I left oversight of the Exchange Visitor Program in 2011, and left the DOS in 2015

25.     I therefore have extensive knowledge of the regulatory and statutory history of the Au Pair Program from initial Program Guidelines through adoption of formal regulations and permanent statutory authority.

### ~~Review of Class Certification Motion~~

~~26,     I have reviewed the Class Certification Motion, focusing on the factual assertions related to the history of the Au Pair Program.~~

~~27.     The Class Certification Motion states on page 4 that "each and every defendant has agreed that all standard au pairs should be paid $195.75 per week." This statement is erroneous and not supported by the unambiguous regulations governing the relationship between host families and the au pair participants whom they host.  Accurately stated, each and every defendant, as a DOS-designated program sponsor, is required to comply with DOS regulations.  DOS regulations require the payment by host families of  $195.75 per week to all standard (non-Educare) Au Pair~~

~~Program participants.  Thus, there is no question regarding "agreement."  Payment by the host families of $195.75 per week to all non-Educare au pairs is a matter of required compliance with federal regulations.~~

~~28.    On page 19, the Class Certification Motion references, in a recitation of legal issues, "a single, since-withdrawn State Department notice [that] could preempt federal law and the State Department's properly promulgated au pair regulations."  I understand that the "single, since-[putatively] withdrawn State Department notice" is the most recent guidance issued by the DOS concerning the minimum weekly stipend to be paid to au pair participants, dated June 14, 2007 and entitled "Notice: Federal Minimum Wage Increase" attached hereto as Exhibit C (the "2007 Notice").  A Notice is not "withdrawn" by removing it from a website.  This Notice in question was provided to Au Pair Program sponsors for their use in program administration.  Notice can only be "withdrawn" by formal agency action, which has not occurred here.  Further, to the extent that Plaintiffs are implying that the 2007 Notice is inconsistent with DOS regulations, their assertions are wrong.  The Notice explains the DOS regulations and applicable DOL regulations regarding the weekly stipend.  It is important to note that the DOS only references the FLSA regarding the payment of federal minimum wage and the calculation of the DOL-permitted deduction from such wage for room and board.  The 2007 Notice follows the same formula to calculate the minimum weekly au pair stipend that initially appeared in the Fact Sheet that I authored in 1997, which was updated and reissued by the ECA in 2001.~~

29.   ~~In sum, the quoted language on page 19 has three false embedded premises.  First~~, the 2007 Notice was not a "single" notice; it follows a specific formula that has been in place since the issuance of program regulations in 1994.  This formula was again explained in the 1997 Fact Sheet which was updated in 2001 without change.  ~~Second, the 2007 Notice was not "withdrawn."  Third~~, the 2007 Notice does not purport to supersede federal statutes and regulations.  Rather,  the 2007 Notice, and the 1997 Fact Sheet upon which the 2007 Notice is based, both of which were published at my direction, were issued to designated sponsors of the Au Pair Program specifically to ensure compliance with the applicable federal statutes and regulations.


I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 15th day of June 2017.

/s/
Stanley Colvin

8164501v2

# EXHIBIT A

http://dosfan.lib.uic.edu/usia/GC/GC_Docs/AuPair/stipend.htm

# FACT SHEET: AU PAIR STIPEND
## (3/14/97)

On November 18 and 19, 1996, the United States Information Agency provided all au pair program sponsors with a notice regarding payment of the au pair stipend. To dispel any confusion, please be advised specifically that:

1. The U.S. Department of Labor determined in 1994 that an employer/employee relationship is established between the host family and the au pair. Accordingly, the stipend* given an au pair must conform with minimum wage law and adjustments. The Department of Labor, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly stipend. A full discussion of this matter was set forth in the February 15, 1995 Federal Register notice announcing au pair regulations.

2. Effective October 1, 1996, the au pair stipend is $128.25. This increase was based upon the increase in the minimum wage payment.
   (Calculation: 45 hours @ $4.75 = $213.75 less a Department of Labor determined credit for room and board in the amount of $85.50 per week equals the weekly stipend.)

3. Effective September 1, 1997, the au pair stipend will be increased to $139.05. This increase is also based upon the increase in minimum wage to take effect on this date.
   (Calculation: 45 hours @ $5.15 = $231.75 less a Department of Labor determined credit for room and board in the amount of $92.70 per week equals the weekly stipend.)

In response to the Agency's letter to the Department of Labor which requested an advisory opinion whether a $10 credit may be possible as an offset to educational expenses paid by host families participating in the Au Pair program, the Department of Labor** advised the agency that host families may not take credit in meeting their minimum wage obligations for either tuition costs or medical insurance. Au Pair Program Sponsors were notified on March 13, 1997 by fax and sent a copy of the advisory opinion by certified mail. Accordingly, the minimum weekly stipend has been since October 1, 1996 and remains $128.25.

NOTE: Any host family failing to abide by the effective dates of au pair stipend increases and amount of stipend to be paid to the au pairs is in violation of federally-mandated minimum wage law.

---

*The increase in minimum wage affecting the au pair stipend supersedes the stipend level of $115.00 established in the Au Pair Final Rule (22 CFR 514.31) published in the Federal Register on Wednesday, February 15,1997.

**Letter dated February 28, 1997 from Jordan R. Fraser, Acting Administrator, Employment Standards Administration, Wage and Hour Division, U.S. Department of Labor, addressed to Stanley S. Colvin, Assistant General Counsel, United States Information Agency.

# # #

# EXHIBIT B

**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**

## OFFICE OF EXCHANGE COORDINATION AND DESIGNATION

### Private Sector Programs Division

### WEEKLY WAGE DUE TO AU PAIR PROGRAM PARTICIPANTS

On November 18 and 19, 1996, the United States Information Agency[1] provided all Au Pair Program Sponsors with a notice regarding payment of the weekly wage due to au pairs[2]. Please be advised specifically that:

1. The Department of Labor (DoL) determined in 1994 that an employer/employee relationship is established between the host family and the au pair. Accordingly, the wage[3] given an Au Pair must conform to minimum wage law and adjustments. The DoL, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly wage. A full discussion of this matter was set forth in the February 15, 1995 Federal Register notice announcing Au Pair program regulations.

2. Effective September 1, 1997, the weekly wage due to au pairs is $139.05. This amount is based upon the minimum wage payment currently in effect, and is calculated as follows:

45 hours @ $5.15 = $231.75
$231.75 less $92.70 per week, credit for room and board determined by the DoL
= $139.05, the weekly wage due Au Pair program participants

Effective August 17, 2001, the existing Au Pair program regulations were amended to create the EduCare program component. Au pairs participating in the EduCare component are paid in accordance with the provisions of the Fair Labor Standards Act. However, as a matter of administrative convenience for both Department-designated sponsors and participating host families, the weekly compensation for EduCare au pairs is calculated as 75 percent of the weekly wage currently paid to all au pair participants.

$139.05, the weekly wage due Au Pair program participants
.75(139.05)
= $104.29, seventy-five percent of the weekly wage due Au Pair program participants.

In 1997, in response to a request for advisory opinion on whether $10 credit maybe possible as an offset to the educational expenses paid by host families participating in the Au Pair program, the DoL[4] advised that host families may not take credit in meeting their minimum wage obligations for either tuition costs or medical insurance. The Au Pair program sponsors were notified on March 13, 1997, and a copy of the DOL advisory opinion was provided to them.

**NOTE: ANY HOST FAMILY FAILING TO ABIDE BY THE AMOUNT OF WAGE TO BE PAID TO AU PAIRS IS IN VIOLATION OF FEDERALLY-MANDATED MINIMUM WAGE LAW.**

[1] The United State Information Agency and the Department of State consolidated in 1999. Any action taken prior to consolidation was on the part of the United States Information Agency.

[2] The term stipend was changed to wage with the publication of the Au Pair program regulations in the Federal Register on Friday, June 27, 1997.

[3] The increase in minimum wage affecting the weekly wage for au pair program participants supercedes the wage level of $115 established in the Au Pair Final Rule (22 CFR 514.31), published in the Federal Register on Wednesday, February 15, 1995.

[4] Letter dated February 28, 1997 from John R. Fraser, Acting Administrator, Employment Standards Administration, Wage and Hour Division, U.S. Department of Labor, addressed to Stanley S. Colvin, Assistant General Counsel, United States Information Agency

# EXHIBIT C



**NOTICE**

**FEDERAL MINIMUM WAGE INCREASE**

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour.  The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- On the 60th day following enactment of P.L. 110-28  (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage.  The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs.  The room and board credit currently is 40% of an au pair's credited compensation.  The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|  | Au Pair | EduCare |
|---|---|---|
| Phase I – July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007