**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
        and those similarly situated,

        Plaintiffs,
v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

        Defendants.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO
DEFENDANTS' MOTIONS FOR FLSA DECERTIFICATION**

---

## Certificate of Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

Plaintiffs' counsel emailed counsel for AIFS, Cultural Care, Expert AuPair, Go Au Pair, and InterExchange (the "Moving Defendants") on May 30 and May 31, 2018, explaining the basis for this motion and asking that Moving Defendants inform Plaintiffs whether they consent.  As of the filing of this motion, InterExchange and Go Au Pair indicated that they oppose the motion, Cultural Care and AIFS indicated that they do not oppose the motion, and Expert AuPair had not yet responded.

## ARGUMENT

1.      Plaintiffs, by and through their undersigned counsel, and for good cause shown, seek leave of this Court to file a single consolidated brief in response to the Moving Defendants' FLSA decertification motions, ECF Nos. 1066, 1068, 1070, 1072 and 1076.  Plaintiffs' response(s) are due by June 6, 2018.

2.      Pursuant to CMA Civ. Practice Standard 10.1(c), Plaintiffs are entitled to a 15-page response to each of the Moving Defendants' motions, for a total of 75 pages. However, Plaintiffs propose to file only a single, consolidated brief that is no more than sixty (60) pages in length.

3.      Plaintiffs believe that a consolidated response is in the interests of judicial economy. Given the overlapping legal and factual issues raised by the Moving Defendants, Plaintiffs believe they can address the Moving Defendants' arguments more efficiently in a single consolidated brief.

4.      There is no prejudice to Moving Defendants in allowing Plaintiffs to submit a consolidated brief.  It has no impact on Defendants' forthcoming reply briefs, nor does it alter any other existing deadlines or briefing limits or procedures.

5.      Defendant InterExchange opposes the motion, but has provided no

explanation for its opposition.

6.      Defendant Go Au Pair opposes on the grounds that the "motions to decertify are based on each defendant's individual business practices; they should be treated separately."  Ex. A.

7.      Respectfully, Go Au Pair's desire to receive its own opposition brief is no reason to burden Plaintiffs or the Court with the submission of five, largely duplicative briefs.

8.      Go Au Pair and InterExchange are not entitled to direct the form or substance of Plaintiffs' briefing strategy, and have articulated no legitimate basis for doing so in any event.

9.      Plaintiffs have included a proposed order attached hereto as Exhibit B.

## CONCLUSION

Plaintiffs hereby respectfully request that this Court grant their Motion for Leave to File a Consolidated Opposition to Defendants' Motions for FLSA Decertification.

Dated: May 31, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ *Byron Pacheco*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**<u>Certificate of Service</u>**

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


   _/s/ Byron Pacheco_____
Byron Pacheco