# Exhibit A

**From:** Reilly, Katie [mailto:Reilly@wtotrial.com]
**Sent:** Thursday, May 31, 2018 4:23 PM
**To:** Byron Pacheco; Colaizzi, Brooke A.; Bogdan Enica; Macri, Stephen J.; Tucker, Robert M.; Cartafalsa, Joseph B.; estock@gibsondunn.com; Mull, Brett; West, Natalie; Scarpato, Bill; Hunt, Joe H.; Deeny, Raymond M.; Diane Hazel; James Lyons; Lukey, Joan; Kruzer, Lyndsey M.; Wolosz, Justin J.; O'Keefe, Kevin P.
**Cc:** Dawn Smalls; Sean Rodriguez; Joshua Libling; Juan Valdivieso; Levy, Alyssa L.
**Subject:** RE: Beltran v. InterExchange, 14-cv-3074: Consolidated Opposition to FLSA Decertification Motions

Byron,

Go Au Pair also opposes. The motions to decertify are based on each defendant's individual business practices; they should be treated separately.

Thanks,

Katie

**Katie A. Reilly | Partner**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.1983 | F 303.244.1879
reilly@wtotrial.com | wtotrial.com | vCard



**From:** Byron Pacheco [mailto:bpacheco@BSFLLP.com]
**Sent:** Thursday, May 31, 2018 2:03 PM
**To:** Colaizzi, Brooke A.; Bogdan Enica; Macri, Stephen J.; Tucker, Robert M.; Cartafalsa, Joseph B.; estock@gibsondunn.com; Reilly, Katie; Mull, Brett; West, Natalie; Scarpato, Bill; Hunt, Joe H.; Deeny, Raymond M.; Diane Hazel; James Lyons; Lukey, Joan; Kruzer, Lyndsey M.; Wolosz, Justin J.; O'Keefe, Kevin P.
**Cc:** Dawn Smalls; Sean Rodriguez; Joshua Libling; Juan Valdivieso; Levy, Alyssa L.
**Subject:** RE: Beltran v. InterExchange, 14-cv-3074: Consolidated Opposition to FLSA Decertification Motions

Counsel,

In light of InterExchange's unexplained opposition, Plaintiffs intend to seek forthwith treatment of their request to consolidate their own briefing.

To be clear, Plaintiffs have proposed limiting their briefing from the 75 pages they are entitled to, to 60 pages – none of which impacts whatever reply briefs Defendants choose to file.

Plaintiffs will file their motion and forthwith request at 5:30 p.m., est.  I ask, again, that you please indicate your position on both prior to that time.

Regards,


**Byron Pacheco, Esq.**
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7632
bpacheco@bsfllp.com
www.bsfllp.com


**From:** Colaizzi, Brooke A. [mailto:bcolaizzi@shermanhoward.com]
**Sent:** Thursday, May 31, 2018 2:59 PM
**To:** Byron Pacheco; Bogdan Enica; Macri, Stephen J.; Tucker, Robert M.; Cartafalsa, Joseph B.; estock@gibsondunn.com; Reilly, Katie; Mull, Brett; West, Natalie; Scarpato, Bill; Hunt, Joe H.; Deeny, Raymond M.; Diane Hazel; James Lyons; Lukey, Joan; Kruzer, Lyndsey M.; Wolosz, Justin J.; O'Keefe, Kevin P.
**Cc:** Dawn Smalls; Sean Rodriguez; Joshua Libling; Juan Valdivieso; Levy, Alyssa L.
**Subject:** RE: Beltran v. InterExchange, 14-cv-3074: Consolidated Opposition to FLSA Decertification Motions

Byron,
InterExchange opposes.

Thank you,
Brooke

**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as

indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Byron Pacheco [mailto:bpacheco@BSFLLP.com]
**Sent:** Wednesday, May 30, 2018 1:42 PM
**To:** Bogdan Enica <bogdane@hotmail.com>; Macri, Stephen J. <stephen.macri@ogletreedeakins.com>; Tucker, Robert M. <robert.tucker@ogletreedeakins.com>; Cartafalsa, Joseph B. <joseph.cartafalsa@ogletreedeakins.com>; estock@gibsondunn.com; Reilly, Katie <Reilly@wtotrial.com>; Mull, Brett <Mull@wtotrial.com>; West, Natalie <West@wtotrial.com>; Scarpato, Bill <Scarpato@wtotrial.com>; Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Hunt, Joe H. <JHunt@shermanhoward.com>; Deeny, Raymond M. <RDeeny@shermanhoward.com>; Diane Hazel <dhazel@lrrc.com>; James Lyons <jlyons@lrrc.com>; Lukey, Joan <joan.lukey@choate.com>; Kruzer, Lyndsey M. <lkruzer@choate.com>; Wolosz, Justin J. <jwolosz@choate.com>; O'Keefe, Kevin P. <kokeefe@choate.com>
**Cc:** Dawn Smalls <DSmalls@BSFLLP.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; Joshua Libling <jlibling@BSFLLP.com>; Juan Valdivieso <JValdivieso@BSFLLP.com>
**Subject:** Beltran v. InterExchange, 14-cv-3074: Consolidated Opposition to FLSA Decertification Motions

Counsel:

Pursuant to CMA Civ. Practice Standard 10.1, Plaintiffs intend to request permission from the Court to file a single, consolidated opposition to the five separate FLSA decertification motions Defendants filed on May 9, 2018.  Rather than submitting five separate 15-page opposition briefs (75 pages total), Plaintiffs propose to file a single opposition brief of no more than 60 pages.

Having reviewed the five defense motions, Plaintiffs believe that a consolidated opposition is in the interests of judicial economy – particularly given the overlapping legal and factual issues raised by Defendants.

Please let us know by Noon tomorrow whether you consent to Plaintiffs' request.

Regards,

**Byron Pacheco, Esq.**
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7632
bpacheco@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]