**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLI NA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING ON THEIR MOTION FOR LEAVE TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR FLSA DECERTIFICATION [ECF No. 1088]**

Plaintiffs move the Court pursuant to CMA Civ. Practice Standard 7.1A(g) for a forthwith hearing on Plaintiffs' Motion for Leave to File a Consolidated Opposition to Defendants' Motions for FLSA Decertification, ECF No. 1088.

### Certificate of Conferral Pursuant to D.C.Colo.LCivR 7.1(A)

Pursuant to D.C.Colo.L.CivR. 7.1(a), Plaintiffs conferred about the underlying Motion for Leave to File a Consolidated Opposition to Defendants' Motions for FLSA Decertification with counsel for the Moving Defendants via email on May 30, and May 31, 2018.  Plaintiffs' counsel conferred with Moving Defendants by email regarding the motion for forthwith treatment on May 31, 2018.  Counsel for Go Au Pair and InterExchange indicated that they oppose the underlying motion, but did not indicate a position on forthwith treatment.  Counsel for Cultural Care and AIFS indicated that they do not oppose the underlying motion or the motion for forthwith treatment.  Expert AuPair had not yet responded as of the filing of this motion.

### ARGUMENT

1. As explained in the underlying Motion for Leave to File a Consolidated Opposition, Plaintiffs' response(s) to Defendants' motions are due on June 6, 2018.

2. In the underlying motion, Plaintiffs seek to file a single opposition brief, rather than five separate, duplicative briefs, in the interests of judicial economy.

3. Forthwith treatment is warranted here because if the Court allows the customary 21 days for a response, and 14 additional days for reply before ruling on the underlying motion, the June 6, 2018 date will have passed.

4. Moreover, at least two Defendants do not oppose the motion, and there is no prejudice to any party in the Court's expeditious consideration of the issue.

Case No. 1:14-cv-03074-CMA-KMT   Document 1089   filed 05/31/18   USDC Colorado   pg 3 of 4

Dated: May 31, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ *Byron Pacheco*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        */s/ Byron Pacheco*
                                                        Byron Pacheco