**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Martine T. Wells hereby gives notice of her appearance on behalf of Defendant EurAupair Intercultural Child Care Programs.

Dated this 6th day of June, 2018.

                        BROWNSTEIN HYATT FARBER SCHRECK, LLP

                        By: *s/ Martine T. Wells*
                             Martine T. Wells, #42340
                             Brownstein Hyatt Farber Schreck, LLP
                             410 Seventeenth Street, Suite 2200
                             Denver, Colorado  80202-4432
                             Phone:  303-223-1100
                             mwells@bhfs.com

                        *Attorneys for Defendant EurAupair
                        Intercultural Child Care Programs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of June, 2018, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed using the CM/ECF system which will send notification of such filing to the following:

Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn Smalls
Sabria A. McElroy
Joshua J. Libling
Juan Valdivieso
Sean Rodriguez
Byron Pacheco
BOIES SCHILLER & FLEXNER, LLP
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
smcelroy@bsfllp.com
jlibling@bsfllp.com
jvaldivieso@bsfllp.com
srodriguez@bsfllp.com
bpacheco@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE - DENVER
alex@towardsjustice.org

**Counsel for Plaintiffs**

Lawrence Daniel Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

**Counsel for Defendant A.P.E.X. American Professional Exchange, LLC, and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange, Inc.**

Thomas B. Quinn
Peggy Kozal
Nathan Huey
Jennifer Arnett-Roehrich
GORDON & REES SCULLY MANSUKHANI
tquinn@gordonrees.com
pkozal@gordonrees.com
nhuey@gordonrees.com
jarnett-roehrich@grsm.com

**Counsel for Au PairCare, Inc.**

Joseph B. Cartafalsa
Stephen J. Macri
Robert M. Tucker
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Joseph.carafalsa@ogletree.com
Stephen.macri@ogletree.com
robert.tucker@ogletree.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER, LLP
estock@gibsondunn.com

**Counsel for Defendants American Institute for Foreign Study dba Au Pair in America, and APF Global Exchange, NFP dba Aupair Foundation AND American Institute for Foreign Study dba Au Pair in America**

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

**Counsel for Defendant US AuPair, Inc.**

| | | |
|---|---|---|
| Joan A. Lukey<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>Robert M. Buchanan, Jr.<br>Justin J. Wolosz<br>Michael T. Gass<br>Samuel N. Rudman<br>CHOATE HALL & STEWART<br>joan.lukey@choate.com<br>lkruzer@choate.com<br>kokeefe@choate.com<br>rbuchanan@choate.com<br>jwolosz@choate.com<br>mgass@choate.com<br>srudman@choate.com<br><br>Diane Hazel<br>James M. Lyons<br>Jessica L. Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br><br>**Counsel for Cultural Care, Inc. dba Cultural Care Au Pair** | Kathryn A. Reilly<br>Natalie E. West<br>Brett M. Mull<br>V. William Scarpato III<br>WHEELER TRIGG O'DONNELL LLP<br>reilly@wtotrial.com<br>west@wtotrial.com<br>mull@wtotrial.com<br>scarpato@wtotrial.com<br><br>Brian A. Birenbach<br>THE REITZ LAW FIRM LLC<br>brian@rietzlawfirm.com<br><br>**Counsel for Defendants American Cultural Exchange, LLC dba GoAuPair, Au Pair International, Inc., and Agent Au Pair**<br><br>Brooke A. Colaizzi<br>Heather F. Vickles<br>Alyssa L. Levy<br>Joseph H. Hunt<br>Raymond M. Deeny<br>SHERMAN & HOWARD LLC<br>bcolaizzi@shermanhoward.com<br>hvickles@shermanhoward.com<br>alevy@shermanhoward.com<br>jhunt@shermanhoward.com<br>rdeeny@shermanhoward.com<br><br>**Counsel for Defendant InterExchange, Inc.** | Adam A. Hubbard<br>Jonathan S. Bender<br>James E. Hartley<br>HOLLAND & HART<br>aahubard@hollandhart.com<br>jsbender@hollandhart.com<br>jhartley@hollandhart.com<br><br>**Counsel for Defendant Cultural Homestay International**<br><br>Bogdan Enica<br>bogdane@hotmail.com<br><br>**Counsel for Defendant Expert Group International, Inc.**<br><br>Meshach Y. Rhoades<br>Martin J. Estevao<br>Vance O. Knapp<br>ARMSTRONG TEASDALE LLP<br>mrhoades@armstrongteadale.com<br>mestevao@armstrongteasdale.com<br>vknapp@armstrongteasdale.com<br><br>**Counsel for Defendant GreatAuPair, LLC** |

*s/ Shirley M. Newman*
Shirley M. Newman, Paralegal