**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINA AZUELA RASCON,
CATHY CARAMELO,
LINDA ELIZABETH,
GABRIELA PEREZ REYES,
    and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**DECLARATION OF BYRON PACHECO IN SUPPORT OF PLAINTIFFS'
CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DECERTIFY THE
FLSA CLASSES [ECF Nos. 1066, 1068, 1072, 1076]**

I, BYRON PACHCEO, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP, counsel for Plaintiffs and for the Class. I am duly licensed to practice law in the State of New York, and am admitted to practice in the courts of that State, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge or upon information and belief, and if called upon to testify, I could and would testify competently thereto.

3. I submit this declaration in support of Plaintiffs' Consolidated Opposition to Defendants' Motions to Decertify the FLSA Classes.

4. During the opt-in discovery period, Plaintiffs produced over 200 pages of opt-in documents to Go Au Pair.

5. During the opt-in discovery period, Plaintiffs produced approximately 120 pages of opt-in documents to APIA.

6. Plaintiffs agreed with APIA to provide them with responses to a questionnaire sent to all APIA opt-ins in lieu of formal written discovery requests.

7. Plaintiffs provided APIA with approximately 760 questionnaire responses from its opt-ins.

8. In addition to the named plaintiffs, APIA deposed 20 opt-ins; Cultural Care deposed 36 opt-ins; Expert Au Pair deposed 7 opt-ins; Go Au Pair deposed 14 opt-ins; InterExchange deposed 12 opt-ins. All Defendants chose which opt-ins would sit for depositions.

9. The results of a questionnaire sent to APIA *au pairs* indicate that approximately 88% of responses reported wages within +/- 2.5% of $195.75. This number was arrived at by calculating an average, after removing outlier observations (those who reported a weekly wage of less than $100 or greater than or equal to $700), from the raw questionnaire responses. The responses of *au pairs* that responded to the questionnaire more than once were not excluded. The chart at Appendix S below contains the raw questionnaire responses from which this number was calculated, as well as a column indicating outliers that were excluded from the calculation. The raw questionnaire responses have been shared with counsel for APIA.

10. The results of a questionnaire sent to Cultural Care *au pairs* indicate that approximately 88% of responses reported wages within +/- 2.5% of $195.75. This number was arrived at by calculating an average, after removing outlier observations (those who reported a weekly wage of less than $100 or greater than or equal to $700), from the raw questionnaire responses. The responses of *au pairs* that responded to the questionnaire more than once were not excluded. The chart at Appendix T below contains the raw questionnaire responses from which this number was calculated, as well as a column indicating outliers that were excluded from the calculation. The raw questionnaire responses have been shared with counsel for Cultural Care.

11. The results of a questionnaire sent to Go Au pair *au pairs* indicate that approximately 87% of responses reported wages within +/- 2.5% of $195.75. This number was arrived at by calculating an average, after removing outlier observations

(those who reported a weekly wage of less than $100 or greater than or equal to $700), from the raw questionnaire responses.  The responses of *au pairs* that responded to the questionnaire more than once were not excluded.  The chart at Appendix U below contains the raw questionnaire responses from which this number was calculated, as well as a column indicating outliers that were excluded from the calculation.  The raw questionnaire responses have been shared with counsel for Go Au Pair.

## **Appendices**

12. Attached hereto as **Appendix A** are true and correct copies the deposition transcripts for all APIA opt-in depositions:

| Deponent | Deposition Date |
| --- | --- |
| Marcela Gonzalez Segura | 3/10/2018 |
| Nora Raak | 3/22/3018 |
| Santos Daniela Lemus Trigueros | 3/23/2018 |
| Amanda Hardman | 3/27/2018 |
| Maidelyn Barrera Cristina Rodriguez | 3/27/2018 |
| Julie Vogt | 3/29/201 |
| Liliam Carolina Rojas Arias | 3/29/2018 |
| Beatriz Fusete | 4/5/2018 |
| Lisly Diaz | 4/5/2018 |
| Cara Ouwerkerk | 4/6/2018 |
| Eileen Geoffroy | 4/6/2018 |
| Lena Gruenwald | 4/6/2018 |
| Robyn Mason | 4/6/2018 |
| Alina Guzema | 4/7/2018 |
| Carolina Ortega | 4/7/2018 |
| Epiphanie Gomes | 4/9/2018 |
| Erika Dion | 4/9/2018 |
| Grace Probyn | 4/9/2018 |
| Vicki Trudel | 4/9/2018 |
| Jessica Kivedo | 4/10/2018 |

13. Attached hereto as **Appendix B** are true and correct copies the deposition transcripts for all Cultural Care opt-in depositions.

| Deponent | Deposition Date |
|---|---|
| Raquel Eastridge | 12/15/2017 |
| Erika Johana Esguerra Leon | 12/21/2017 |
| Mariel Andrea Bobboni | 12/29/2017 |
| Yentl Swartz | 1/13/2018 |
| Cecile Pavot | 1/19/2018 |
| Annika Kruschwitz | 1/23/2018 |
| Dafne Di Marco | 1/23/2018 |
| Kubra Sahin | 1/26/2018 |
| Laura Juliana Cano Ligarreto | 1/26/2018 |
| Anna Kozlowska | 1/30/2018 |
| Inti Escalante | 2/1/2018 |
| Anais Zanga Tayida | 2/2/2018 |
| Estafania Pinto | 2/2/2018 |
| Priscilla Brasileiro | 2/3/2018 |
| Ximena Uribe Zacarias | 2/6/2018 |
| Julia Heller Neves | 2/8/2018 |
| Aimee Jane Cunnane | 2/9/2018 |
| Matilda Patrick | 2/10/2018 |
| Marion Sylvie-Parnaud (Simpson) | 2/11/2018 |
| Carly Fitzpatrick | 2/13/2018 |
| Christoph Zachhuber | 2/13/2018 |
| Felecia Mhlanzi | 2/13/2018 |
| Liliana Paulin Lozano | 2/14/2018 |
| Shevonee Ellis | 2/17/2018 |
| Amy Sylla | 2/19/2018 |
| Vanessa Wiggett | 2/19/2018 |
| Giulia Montanari | 2/24/2018 |
| Maria Florencia Romero | 2/26/2018 |
| Aurelie Ruehl | 2/27/2018 |
| ZeQing Xu | 3/3/2018 |
| Nadine Brunner | 3/9/2018 |
| Lars Christoffer Stromstedt | 3/10/2018 |
| Angelines Gallardo Gonzalez | 3/11/2018 |
| Simona Gadia | 3/26/2018 |
| Jonathan Russek | 3/28/2018 |
| Daniela Henao Velasquez | 4/7/2018 |

14. Attached hereto as **Appendix C** are true and correct copies the deposition transcripts for all Expert Au Pair opt-in depositions.

| Deponent | Deposition Date |
|---|---|
| Elina Lubnevska | 3/15/2018 |
| Jessica Pardim Araujo | 3/22/2018 |
| Ired Sevilla | 3/23/2018 |
| Charlotte Woolgar | 3/27/2018 |
| Courtney Louise Flynn | 3/28/2018 |
| Lara Bergmann | 3/30/2018 |
| Patricia Rangel Parra | 4/3/2018 |

15. Attached hereto as **Appendix D** are true and correct copies the deposition transcripts for all Go Au Pair opt-in depositions.

| Deponent | Deposition Date |
|---|---|
| Michelle Aguilar | 2/5/2018 |
| Wang Xueting | 2/22/2018 |
| Manon Balta | 3/5/2018 |
| Viktoriia Myshchenko | 3/7/2018 |
| Leidy Carolina Romero Bohorquez | 3/10/2018 |
| Jakub Andrzej Tuk | 3/13/2018 |
| Yanru Zhang | 3/14/2018 |
| Zara Mamane | 3/24/2018 |
| Jamie Daniels Bogert | 4/2/2018 |
| Laura Catalina Sarmiento | 4/3/2018 |
| Bessy Carolina Pocasangre Echeverria | 4/6/2018 |
| Caroline Marion Alice Vilain | 4/6/2018 |
| Vanessa Herrera Zuleta | 4/7/2018 |
| Kairina Marin Bao | 4/7/2018 |

16. Attached hereto as **Appendix E** are true and correct copies the deposition transcripts for all InterExchange opt-in depositions.

| Deponent | Deposition Date |
|---|---|
| Alejandra Marcela Garcia Vasquez | 3/6/2018 |
| Lucie Vocetkova | 3/22/2018 |
| Wendy Paola Rivera Arias | 3/22/2018 |
| Gorana Momcicevic | 3/23/2018 |
| Nayara Calvo Gomes | 3/26/2018 |
| Laura Camila Barriga Rodriguez | 3/27/2018 |
| Mylene Gry | 3/28/2018 |
| Marianne Melo Ridgeway | 3/30/2018 |
| Sara Mejia Alvarez | 3/30/2018 |
| Tiffany Herzog | 3/31/2018 |
| Lady Milena Dederle Rodriguez | 4/3/2018 |
| Mineline Martins | 4/9/2018 |

17. Attached hereto as **Appendix F** are true and correct copies of written discovery responses of AIFS opt-ins Abby De Groot, Amanda Hardman, Leilane Gomes, Ana Arias Marturet, Lis Veras Dos Santos, and Maria Porcelli Germiniani.

18. Attached hereto as **Appendix G** are true and correct copies of written discovery responses of Expert Au Pair opt-ins Courtney Flynn, Charlotte Woolgar, Elina Lubnevska, Erik Ortega, Ired Sevilla, and Laura Bergmann.

19. Attached hereto as **Appendix H** are true and correct copies of written discovery responses of InterExchange opt-ins Dina Pfannkuchen, Alejandra Marcela Garcia Vasquez, Alison Paton, Brenda Mejia Canales, Laura Camila Barriga Rodriguez, Nicolle Garibalda Sartori, Sara Mejia Alvarez, Silvia Rojas Castro, Bianette Barrera Robles, Diana Carolina Gonzalez Gamboa.

20. Attached hereto as **Appendix I** is table detailing deposition testimony from APIA opt-ins on the wages they were paid and the hours that they worked. The table

7

contains endnotes with page citations to the APIA deposition transcripts where the testimony can be found (*see* Appendix A for APIA deposition transcripts).

21.  Attached hereto as **Appendix J** is a table detailing deposition testimony from Cultural Care opt-ins on the wages they were paid and the hours that they worked. The table contains endnotes with page citations to the Cultural Care deposition transcripts where the testimony can be found (*see* Appendix B for Cultural Care deposition transcripts).

22.  Attached hereto as **Appendix K** is a table detailing deposition testimony from Expert Au Pair opt-ins on the wages they were paid and the hours that they worked. The table contains endnotes with page citations to the Expert Au Pair deposition transcripts where the testimony can be found (*see* Appendix C for Expert Au Pair deposition transcripts).

23.  Attached hereto as **Appendix L** is a table detailing deposition testimony from Go Au Pair opt-ins on the wages they were paid and the hours that they worked. The table contains endnotes with page citations to the Go Au Pair deposition transcripts where the testimony can be found (*see* Appendix D for Go Au Pair deposition transcripts).

24.  Attached hereto as **Appendix M** is a table detailing deposition testimony from InterExchange opt-ins on the wages they were paid and the hours that they worked. The table contains endnotes with page citations to the InterExchange deposition transcripts where the testimony can be found (*see* Appendix E for InterExchange deposition transcripts).

25.  Attached hereto as **Appendix N** is a table detailing deposition testimony from APIA opt-ins on whether they attended training and whether they were paid for such

training. The table contains endnotes with page citations to the APIA deposition transcripts where the testimony can be found (*see* Appendix A for APIA deposition transcripts).

26. Attached hereto as **Appendix O** is a table detailing deposition testimony from Cultural Care opt-ins on whether they attended training and whether they were paid for such training. The table contains endnotes with page citations to the Cultural Care deposition transcripts where the testimony can be found (*see* Appendix B for Cultural Care deposition transcripts).

27. Attached hereto as **Appendix P** is a table detailing deposition testimony from Expert Au Pair opt-ins on whether they attended training and whether they were paid for such training. The table contains endnotes with page citations to the Expert Au Pair deposition transcripts where the testimony can be found (*see* Appendix C for Expert Au Pair deposition transcripts).

28. Attached hereto as **Appendix Q** is a table detailing deposition testimony from Go Au Pair opt-ins on whether they attended training and whether they were paid for such training. The table contains endnotes with page citations to the Go Au Pair deposition transcripts where the testimony can be found (*see* Appendix D for Go Au Pair deposition transcripts).

29. Attached hereto as **Appendix R** is a table detailing deposition testimony from InterExchange opt-ins on whether they attended training and whether they were paid for such training. The table contains endnotes with page citations to the InterExchange deposition transcripts where the testimony can be found (*see* Appendix E for InterExchange deposition transcripts).

Case No. 1:14-cv-03074-CMA-KMT   Document 1094   filed 06/06/18   USDC Colorado   pg 10 of 14

30. Attached hereto as **Appendix S** is a table reflecting all raw questionnaire responses received from *au pairs* reporting that they were sponsored by APIA regarding the wage they received for each host family placement. For *au pairs* that responded to the questionnaire more than once, all responses are included in the raw data.

31. Attached hereto as **Appendix T** is a table reflecting all raw questionnaire responses received from *au pairs* reporting that they were sponsored by Cultural Care regarding the wage they received for each host family placement. For *au pairs* that responded to the questionnaire more than once, all responses are included in the raw data.

32. Attached hereto as **Appendix U** is a table reflecting all raw questionnaire responses received from *au pairs* reporting that they were sponsored by APIA regarding the wage they received for each host family placement. For *au pairs* that responded to the questionnaire more than once, all responses are included in the raw data.

**Exhibits**

33. Attached hereto as **Exhibit 1** is a true and correct copy of the declaration of JND Legal Administration the administrator for the FLSA collective action in this case, dated June 5, 2018.

34. Attached hereto as **Exhibit 2** is a true and correct copy of the declaration of named plaintiff Lusapho Hlatshaneni, dated July 19, 2016.

35. Attached hereto as **Exhibit 3** is a true and correct copy of the deposition transcript of named plaintiff Lusapho Hlatshaneni, dated September 7, 2016.

36. Attached hereto as **Exhibit 4** is a true and correct copy of the declaration of named plaintiff Beaudette Deetlefs, dated July 18, 2016.

37. Attached hereto as **Exhibit 5** is a true and correct copy of the deposition transcript of named plaintiff Beaudette Deetlefs, dated September 21, 2016.

38. Attached hereto as **Exhibit 6** is a true and correct copy of the deposition transcript of named plaintiff Sarah Carolina Azuela-Rascon, dated March 3, 2017.

39. Attached hereto as **Exhibit 7** is a true and correct copy of the declaration of named plaintiff Nicole Mapledoram, dated August 15, 2016

40. Attached hereto as **Exhibit 8** is a true and correct copy of the deposition transcript of named plaintiff Nicole Mapledoram, dated October 3, 2016.

41. Attached hereto as **Exhibit 9** is a true and correct copy of the declaration of named plaintiff Ivette Alexandra Gonzalez Cortes.

42. Attached hereto as **Exhibit 10** is a true and correct copy of the deposition transcript of named plaintiff Ivette Alexandra Gonzalez Cortes, dated September 28, 2016.

43. Attached hereto as **Exhibit 11** is a true and correct copy of the declaration of named plaintiff Johana Paola Beltran.

44. Attached hereto as **Exhibit 12** is a true and correct copy of the deposition transcript of named plaintiff Johana Paola Beltran, dated August 30, 2016.

45. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced to Plaintiffs by AIFS titled "APIA Training Packet" bearing production numbers AIFS00062207-95.

46. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced to Plaintiffs by AIFS titled "Au Pair in America Fact Sheet" bearing production numbers AIFS0002079-82.

47. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced to Plaintiffs by Cultural Care titled "2010 Host Family Handbook" bearing production numbers CC00000329-404.

48. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced to Plaintiffs by Expert Au Pair titled "2013 Family Packet" bearing production numbers ExpertAuPair019985-91.

49. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced to Plaintiffs by Go Au Pair titled "Au pair Agreement" bearing production numbers GAP_00000005-09.

50. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced to Plaintiffs by InterExchange titled "NYC Au Pair Orientation & Training" bearing production numbers InterExchange0028522-544.

51. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced to Plaintiffs by InterExchange titled "InterExchange Independent Public Accountant's Report on Applying Agreed-Upon Procedures December 31, 2013" bearing production numbers InterExchange00005666-6076

52. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced to Plaintiffs by InterExchange titled "InterExchange Independent Public Accountant's Report on Applying Agreed-Upon Procedures December 31, 2012" bearing production numbers InterExchange00007099-7183.

53. Attached hereto as **Exhibit 21** is a true and correct copy of Table 5A, bearing production number RFP000740, titled "Stipend Response Summary by Sponsor."

54. Attached hereto as **Exhibit 22** is a true and correct copy of the Expert Report of William O. Kerr, Ph.D. dated, January 13, 2017.

55. Attached hereto as **Exhibit 23** are true and correct copies of the documents produced to Plaintiffs by Cultural Care titled "Au Pair Monthly Contact Report" bearing production numbers CC00002868, CC00002869, CC00002933, CC00002935, CC00002941, CC00002943, CC00002958, CC00002971, CC00002973, CC00002982, CC00002984, CC00002985, CC00002992, and CC00002993.

56. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced to Plaintiffs by Go Au Pair Stipend Hours Analysis bearing production number GAP_00035647.

57. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the deposition transcript of Elizabeth H. Newlon, Ph.D., dated March 9, 2018.

58. Attached hereto as **Exhibit 26** is a true and correct copy of the Complaint, filed August 31, 2016 in *Cultural Care, Inc. v. Office of the Attorney General of Massachusetts*, Civil Action No. 16-cv-11777 (D. Mass).

59. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced to Plaintiffs by APIA titled "Au Pair in America – Internal Memorandum" bearing production numbers AIFS00058826-28.

60. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced to Plaintiffs by Defendant Cultural Care titled "Host Family Financial Responsibility Agreement" bearing production numbers CC00035029-31.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of June, 2018, at New York, New York.

Respectfully submitted,

*/s/ Byron Pacheco*
Byron Pacheco
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel. (212) 446-2300
Fax. (212) 446-2350
bpacheco@bsfllp.com

*Counsel for Plaintiffs*

14