# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ,
SARAH CAROLINE AZUELA RASCON,
CAMILA GABRIELA PEREZ REYES,
CATHY CARAMELO, and
LINDA ELIZABETH

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., d/b/a Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, d/b/a/ Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair,
20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange,
ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GoAu Pair, and
GOAUPAIR OPERATIONS, LLC,

    Defendants.

**DECLARATION OF JND LEGAL ADMININSTRATION REGARDING FLSA OPT-IN CLASSES**

1

I, JENNIFER M. KEOUGH, declare as follows:

1. As set forth in my Declaration dated July 27, 2017, ECF No. 629-1, I am the Chief Executive Officer of JND Legal Administration ("JND"). JND was retained to act as Notice Administrator in the above-captioned litigation ("Action") pursuant to the Amended Order Granting Motion for Conditional Collective Action Certification dated April 28, 2017. ECF No. 539. This Declaration is based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. On July 5, 2017, JND established a dedicated interactive website (www.aupairwageaction.com). The website hosts copies of the Notice of Your Right to Join Lawsuit for Unpaid Wages ("Notice") and the Certification Order, and provides brief information on how to join the lawsuit and how to contact the Notice Administrator. An FAQ section containing responses to common questions about the notice and the action was added to the website on September 1, 2017. Throughout the opt-in period, the website also hosted the Consent to Join Form and provided an online Consent to Join portal. Except for the Certification Order, the website is fully localized in Spanish and Portuguese.

3. The opt-in period closed on April 19, 2018, at which time the Consent to Join Form was taken offline and the online Consent to Join portal was disabled.

4. Between July 5, 2017, and April 19, 2018, JND received a total of 4,316 unique Consent to Join Forms where the individual submitting the form identified an FLSA Defendant as their sponsor, of which 4,192 were submitted via the online Consent to Join portal and 124 were submitted by mail, email or fax. Copies of all Consent to Join Form submissions received were promptly submitted to the Court.

5. JND also received thirty-three (33) requests from au pairs who indicated that they wished to withdraw their previously submitted Consent to Join Form. JND promptly notified the Court and provided copies of the requests received.

6. A total of 4,283 unique Consent to Join Form submissions were received where the individual submitting the form identified an FLSA Defendant as their sponsor and the submission was not subsequently withdrawn. Table 1 contains a summary of the FLSA Defendants identified by individuals who submitted a unique Consent to Join Form that was not withdrawn.

| **Visa Sponsor** | **Online** | **Paper** | **Total** |
|---|---|---|---|
| AuPairCare, Inc. | 1,135 | 46 | 1,181 |
| Au Pair in America (APIA/AIFS) | 912 | 31 | 943 |
| Cultural Care Au Pair | 1,752 | 39 | 1,791 |
| Expert Au Pair | 26 | 1 | 27 |
| Go Au Pair | 158 | 1 | 159 |
| InterExchange, Inc. | 176 | 6 | 182 |
| **Total** | **4,159** | **124** | **4,283** |

*Table 1. List of FLSA Defendants identified as a visa sponsor in Consent to Join Forms*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2018, at Seattle, Washington.

By: _____
Jennifer M. Keough

3