# EXHIBIT 12

1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
2
    Civil Action No. 14-cv-03074-CMA-KMT
3   _____

4   VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                               August 30, 2016
5   _____

6   JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
    DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
7   IVETTE GONZALEZ; on behalf of themselves and others
    similarly situated,
8
    Plaintiffs,
9
    v.
10
    INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
11  EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
    EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
12  HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
    CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
13  INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
    AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
14  d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
    LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
15  AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
    and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
16  AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
    d/b/a GOAUPAIR,
17
    Defendants.
18  _____

19

20

21

22

23

24

25

H+G

Hunter + Geist, Inc.

303.832.5966        1900 Grant Street, Suite 1025        ▪ www.huntergeist.com
800.525.8490        Denver, CO 80203                     ▪ scheduling@huntergeist.com

                    Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

1

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

        Civil Action No. 14-cv-03074-CMA-KMT
        _____

        VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                     August 30, 2016
        _____

        JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
        DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
        IVETTE GONZALEZ; on behalf of themselves and others
        similarly situated,

        Plaintiffs,

        v.

        INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
        EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
        EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
        HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
        CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
        INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
        AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
        d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
        LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
        AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
        and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
        AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
        d/b/a GOAUPAIR,

        Defendants.
        _____
```

---

2

```
                PURSUANT TO NOTICE, the videotape
        deposition of JOHANA PAOLA BELTRAN was taken on behalf
        of the Defendant InterExchange, Inc., at 633 17th
        Street, Suite 3000, Denver, Colorado 80202, on
        August 30, 2016, at 9:13 a.m., before Carol M.
        Bazzanella, Registered Professional Reporter, Certified
        Realtime Reporter, and Notary Public within Colorado.

                A P P E A R A N C E S

        For the Plaintiffs:

                ALEXANDER HOOD, ESQ.
                DAVID SELIGMAN, ESQ.
                Towards Justice
                1535 High Street, Suite 300
                Denver, Colorado 80218

        For the Defendant InterExchange, Inc.:
                BROOKE A. COLAIZZI, ESQ.
                ERICA L. HERRERA, ESQ.
                Sherman & Howard L.L.C.
                633 17th Street, Suite 3000
                Denver, Colorado 80202

        For the Defendant Expert Group International Inc. d/b/a
        Expert AuPair:
                BOGDAN ENICA, ESQ.
                Law Office of Bogdan Enica
                111 2nd Avenue NE, Suite 213
                St. Petersburg, Florida 33701
                (Appearing Telephonically)

        For the Defendant EurAuPair Intercultural Child Care
        Programs:
                MARTHA L. FITZGERALD, ESQ.
                Brownstein Hyatt Farber Schreck, LLC
                410 17th Street, Suite 2200
                Denver, Colorado 80202
```

---

3

```
        For the Defendant Cultural Homestay International:
                ADAM A. HUBBARD, ESQ.
                Holland & Hart LLP
                555 17th Street, Suite 3200
                Denver, Colorado 80202

        For the Defendant Cultural Care, Inc. d/b/a Cultural
        Care Au Pair:

                JUSTIN WOLOSZ, ESQ.
                Choate Hall & Stewart LLP
                Two International Place
                Boston, Massachusetts 02110
                (Appearing Telephonically)

                DIANE HAZEL, ESQ.
                Lewis Roca Rothgerber Christie LLP
                1200 17th Street, Suite 3000
                Denver, Colorado 80202

        For the Defendant AuPairCare, Inc.:

                BRIAN P. MASCHLER, ESQ.
                Gordon Rees Scully Mansukhani LLP
                555 17th Street, Suite 3400
                Denver, Colorado 80202
                (Appearing Telephonically)

        For the Defendant APF Global Exchange, NFP:
                LAWRENCE LEE, ESQ.
                Fisher & Phillips LLP
                1801 California Street, Suite 2700
                Denver, Colorado 80202

        For the Defendants Agent Au Pair, American Cultural
        Exchange, LLC d/b/a GoAupair and Associates in Cultural
        Exchange, d/b/a GoAupair:
                KATHRYN A. REILLY, ESQ.
                Wheeler Trigg O'Donnell LLP
                370 17th Street, Suite 4500
                Denver, Colorado 80202
```

---

4

```
        For the Defendant A.P.EX. American Professional
        Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange,
        Inc., d/b/a The International Au Pair Exchange:
                KATHLEEN CRAIGMILE, ESQ.
                Nixon Shefrin Hensen Ogburn, P.C.
                5619 DTC Parkway, Suite 1200
                Greenwood Village, Colorado 80111
                (Appearing Telephonically)

        Also Present:

                Justin Grant
                John Jensen, Videographer
                Christine LaMonica-Lunn
                Michael McHugh
                Jack Mudry, Interpreter
```

**Hunter + Geist, Inc.**

**scheduling@huntergeist.com * 303-832-5966 * 800-525-8490**

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

**5**

I N D E X

EXAMINATION OF JOHANA PAOLA BELTRAN:          PAGE
August 30, 2016

By Ms. Colaizzi                                9, 209

By Ms. Reilly                                  200

By Mr. Hood                                    201

                                               INITIAL
DEPOSITION EXHIBITS:                           REFERENCE
Exhibit 15   Plaintiff's, Johana Paola Beltran,   17
             Answers to Defendant's First Set
             of Interrogatories
Exhibit 16   First Amended Complaint              75
Exhibit 17   The Au Pair Exchange Program Brochure 109
Exhibit 18   InterExchange Au Pair USA Au Pair    109
             Agreement

Exhibit 19   Blank InterExchange Au Pair USA      129
             Record of Hours Worked and Payment
             Received

Exhibit 20   22 C.F.R. 62.31 Au pairs             143
             Effective: July 21, 2008
Exhibit 21   Brochure, Know Your Rights           146
Exhibit 22   Email to Hughes from Ung,            162
             11/21/12, Subject: FW: Re-matching,
             with email attached
Exhibit 23   Email to Ung from Beltran,           169
             12/5/12, no subject, with two
             emails attached
Exhibit 24   Email to Beltran from Ung, 1/2/13,   171
             Subject: Re: Important: Immediate
             Response Needed, with two emails
             attached

**6**

Exhibit 25   United States General Accounting     191
             Office Report to Congressional
             Committees, U.S. Information Agency
             Inappropriate Uses of Educational
             and Cultural Exchange Visas,
             February 1990

Invoking of Protective Order:

Page,  Line

33       16
34        5
35       22
45       10
47        4
47       16
105      17
119      15
127      13
172      16
181      19

**7**

08:15:26   1        WHEREUPON, the following proceedings were
08:15:26   2   taken pursuant to the Federal Rules of Civil Procedure.
08:15:26   3        *     *     *     *     *
08:15:26   4        (At this time Mr. Maschler was not
08:15:26   5   present.)
09:13:47   6        THE VIDEOGRAPHER: Good morning. We are
09:13:48   7   on the record. The time is 9:13 a.m. on August 30,
09:13:53   8   2016. This is the beginning of Media Unit No. 1. We
09:13:57   9   are here for the videotaped deposition of Johana Paola
09:14:01  10   Beltran in the matter of Johana Paola Beltran, et al.,
09:14:07  11   versus InterExchange, Inc., et al., in the United
09:14:11  12   States District Court for the District of Colorado,
09:14:13  13   Civil Action No. 14-cv-30 -- excuse me --
09:14:19  14   03074-CMA-KMT.
09:14:23  15        The deposition is being held at 633 17th
09:14:26  16   Street, Suite 3000, Denver, Colorado. The videographer
09:14:31  17   is John Jensen and the court reporter is Carol
09:14:34  18   Bazzanella with Hunter + Geist, Inc., of Denver,
09:14:37  19   Colorado.
09:14:38  20        Please note that audio and video recording
09:14:40  21   will take place until all parties have agreed to go off
09:14:42  22   the record. Microphones are sensitive and may pick up
09:14:46  23   whispers, private conversations, and cellular
09:14:48  24   interference.
09:14:49  25        Will counsel please state their

**8**

09:14:51   1   appearances, beginning with the plaintiffs' counsel.
09:14:53   2        MR. HOOD: Alexander Hood and David
09:14:55   3   Seligman for the plaintiffs.
09:14:58   4        MS. COLAIZZI: Brooke Colaizzi and Erica
09:14:59   5   Herrera of Sherman & Howard on behalf of Defendant
09:14:59   6   InterExchange. Also present are Michael McHugh and
09:15:05   7   Christine LaMonica-Lunn, representatives of
09:15:08   8   InterExchange.
09:15:08   9        MR. HUBBARD: Adam Hubbard on behalf of
09:15:12  10   Cultural Homestay International.
09:15:14  11        MR. LEE: Lawrence Lee on behalf of AIFS
09:15:17  12   and APF.
09:15:19  13        MS. HAZEL: Diane Hazel on behalf of
09:15:20  14   Cultural Care.
09:15:21  15        MS. REILLY: Katie Reilly on behalf of
09:15:21  16   GoAupair, Agent Aupair, and Au Pair International.
09:15:26  17        MS. FITZGERALD: Martha Fitzgerald on
09:15:28  18   behalf of EurAuPair.
09:15:30  19        MS. COLAIZZI: If we could have
09:15:32  20   appearances on the phone, please.
09:15:35  21        MS. CRAIGMILE: Kathleen Craigmile on
09:15:37  22   behalf of A.P.EX, American Professional Exchange, and
09:15:39  23   20/20 Care Exchange.
09:15:44  24        MR. ENICA: And Bogden Enica on behalf of
09:15:47  25   Expert Au Pair.

2 (Pages 5 to 8)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

9

```
09:15:49   1        MR. WOLOSZ:  And also Justin Wolosz on
09:15:50   2   behalf of Cultural Care.
09:16:09   3        THE REPORTER:  I'm going to swear in
09:16:09   4   the depo -- or the interpreter first.
09:16:09   5        JACK MUDRY,
09:16:09   6   having been duly sworn to interpret verbatim Spanish
09:16:09   7   into English and English into Spanish.
09:16:10   8        THE INTERPRETER:  Jack Mudry, M-u-d-r-y.
09:16:10   9   I will state for the record I'm an interpreter for the
09:16:15  10   State of Colorado and a federally certified interpreter
09:16:17  11   since 2003.  I do not know the parties in this matter,
09:16:22  12   either organizations or individually, and I have no
09:16:26  13   interest in the outcome of the matter.
09:16:51  14        THE REPORTER:  I'm going to swear in the
09:16:51  15   deponent.
09:16:51  16        JOHANA PAOLA BELTRAN,
09:16:51  17   having been first duly sworn to state the whole truth,
09:16:51  18   testified as follows:
09:16:51  19             EXAMINATION
09:16:51  20   BY MS. COLAIZZI:
09:16:51  21        Q.  Good morning, Ms. Beltran.
09:16:55  22        A.  Good morning.
09:16:56  23        Q.  We have an interpreter here at the request
09:16:59  24   of your counsel.  My understanding is you wish to
09:17:09  25   proceed in Spanish; is that correct?
```

---

10

```
09:17:14   1        A.  Yes.
09:17:15   2        Q.  If that's the case, I'll ask that all
09:17:17   3   questions be translated into Spanish before you give an
09:17:21   4   answer.  Is that acceptable?
09:17:31   5        A.  That's fine.
09:17:33   6        Q.  Please state and spell your name for the
09:17:35   7   record.
09:17:41   8        A.  My name is Johana Paola Beltran.
09:17:47   9        Q.  Can you spell your name, please.
09:17:50  10        A.  J-o-h-a-n-a.  P-a-o-l-a.  My last name is
09:18:14  11   B-e-l-t-r-a-n.
09:18:17  12        Q.  Ms. Beltran, a moment ago you were placed
09:18:20  13   under oath.  Did you understand that oath?
09:18:33  14        A.  Yes.
09:18:33  15        Q.  And do you have a general understanding of
09:18:35  16   what will happen here today?
09:18:44  17        A.  Yes.
09:18:44  18        Q.  Have you ever given a deposition before?
09:18:53  19        A.  No.
09:18:59  20        Q.  I would like to go over a few rules just
09:19:02  21   to make today go as smoothly as possible for everyone.
09:19:14  22   As I said before, I'm going to ask that all questions
09:19:16  23   be translated before you respond so that we have a
09:19:19  24   clear record.  Is that acceptable?
09:19:30  25        A.  Yes.
```

---

11

```
09:19:31   1        Q.  It's very important that only one person
09:19:33   2   talk at a time whenever possible, so please allow the
09:19:43   3   interpreter to finish the translation before you begin
09:19:45   4   your answer.
09:19:53   5        A.  That's fine.
09:19:53   6        Q.  Okay.  We also need audible answers from
09:19:56   7   you so that the court reporter can accurately record
09:19:58   8   your response.  So if I ask you to verbalize your
09:20:09   9   answer, that's why I'm asking.  I'm not trying to be
09:20:12  10   rude, I just want to make sure we have a clear record.
09:20:27  11        THE DEPONENT:  (In English) Uh-huh.
09:20:27  12        Q.  (BY MS. COLAIZZI)  Can you give me a
09:20:28  13   verbal answer?
09:20:30  14        A.  Yes.
09:20:31  15        Q.  Gracias.
09:20:33  16        THE DEPONENT:  Gracias.
09:20:33  17        Q.  (BY MS. COLAIZZI)  If you do not
09:20:35  18   understand a question, please tell me so that I can ask
09:20:39  19   it again or rephrase it.
09:20:45  20        A.  Thank you.
09:20:46  21        Q.  If you don't ask me to rephrase, I'm going
09:20:49  22   to assume that you understand.  Is that fair?
09:21:00  23        A.  Yes.
09:21:03  24        Q.  We have people listening in on the
09:21:06  25   telephone this morning.
```

---

12

```
09:21:08   1        THE DEPONENT:  (In English) Uh-huh.
09:21:12   2        Q.  (BY MS. COLAIZZI)  So although I know it
09:21:14   3   can be difficult, please try to keep your voice up
09:21:17   4   today so that everybody can hear.
09:21:24   5        A.  That's fine.
09:21:26   6        Q.  We'll take breaks periodically, but if you
09:21:29   7   need one before we take a formal break, please let me
09:21:33   8   know.
09:21:43   9        A.  Thank you.
09:21:45  10        Q.  My next question is designed only to make
09:21:49  11   sure that we can proceed today.  Are you under the
09:21:58  12   influence of drugs, alcohol, or any medication or other
09:22:04  13   substances that might affect your ability to understand
09:22:09  14   or answer my questions today?
09:22:11  15        A.  No.
09:22:22  16        Q.  Are there any other circumstances you're
09:22:24  17   aware of that might affect your ability to understand
09:22:29  18   or answer my questions today?
09:22:35  19        A.  No.
09:22:40  20        Q.  Did you review any documents in
09:22:42  21   preparation for your deposition?
09:22:50  22        A.  No.
09:22:53  23        Q.  Did you speak with anyone other than your
09:22:55  24   attorneys in preparation for your deposition?
09:23:03  25        A.  No.
```

---

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

13

| | | |
|---|---|---|
| 09:23:06 | 1 | Q. Did you watch any videos or listen to any |
| 09:23:11 | 2 | audio recordings of any kind in preparation for your |
| 09:23:14 | 3 | deposition? |
| 09:23:20 | 4 | A. No. |
| 09:23:24 | 5 | Q. At any other time have you reviewed |
| 09:23:27 | 6 | documents that have been exchanged back and forth |
| 09:23:30 | 7 | between the parties in this case? |
| 09:23:40 | 8 | A. No. |
| 09:23:44 | 9 | Q. To your knowledge, have any documents in |
| 09:23:46 | 10 | this case been translated into Spanish for your |
| 09:23:50 | 11 | benefit? |
| 09:23:59 | 12 | A. No. |
| 09:24:03 | 13 | Q. Ms. Beltran, what is your date of birth? |
| 09:24:11 | 14 | A. February 18 of 1986. |
| 09:24:15 | 15 | Q. And what is your current address? |
| 09:24:23 | 16 | A. What does that mean? |
| 09:24:25 | 17 | Q. Where do you live currently? |
| 09:24:29 | 18 | A. New Jersey. |
| 09:24:29 | 19 | Q. What is your address in New Jersey? |
| 09:24:35 | 20 | A. 1087 Azalea, with a Z, Road, Union. |
| 09:24:54 | 21 | Q. Do you know the zip code? |
| 09:25:02 | 22 | A. 07083. |
| 09:25:04 | 23 | Q. How long have you been at that address? |
| 09:25:12 | 24 | A. Approximately four years. I'm sorry, less |
| 09:25:17 | 25 | than that. Approximately three years, I think. |

---

14

| | | |
|---|---|---|
| 09:25:24 | 1 | Q. So you moved there, to that address, |
| 09:25:27 | 2 | sometime in 2013? |
| 09:25:36 | 3 | A. I think so. |
| 09:25:37 | 4 | Q. Do you remember what month in 2013? |
| 09:25:43 | 5 | A. Not really. |
| 09:25:44 | 6 | Q. Do you remember if it was at the beginning |
| 09:25:45 | 7 | of the year, middle of the year, end of the year? |
| 09:25:56 | 8 | A. I think it was at the beginning of the |
| 09:25:57 | 9 | year. |
| 09:25:58 | 10 | Q. Does anyone live at that address with you? |
| 09:26:03 | 11 | A. Yes. |
| 09:26:03 | 12 | Q. Who lives there with you? |
| 09:26:10 | 13 | A. The people that support me. |
| 09:26:12 | 14 | Q. And who are those people? What are their |
| 09:26:16 | 15 | names? |
| 09:26:21 | 16 | A. Orlando Salazar. And his son. |
| 09:26:28 | 17 | Q. What is the son's name? |
| 09:26:33 | 18 | A. Andres Salazar. |
| 09:26:35 | 19 | Q. Do you know how old Andres is? |
| 09:26:41 | 20 | A. No. |
| 09:26:42 | 21 | Q. And is Orlando Salazar your former |
| 09:26:44 | 22 | attorney? |
| 09:26:49 | 23 | A. No. |
| 09:26:51 | 24 | Q. Did you have a previous attorney named |
| 09:26:53 | 25 | Orlando Salazar? |

---

15

| | | |
|---|---|---|
| 09:26:58 | 1 | A. No. |
| 09:27:01 | 2 | Q. Did anyone named Orlando Salazar ever send |
| 09:27:05 | 3 | a demand letter to the Noonan family on your behalf? |
| 09:27:16 | 4 | A. Yes. |
| 09:27:17 | 5 | Q. Is that the same Orlando Salazar? |
| 09:27:21 | 6 | A. It is. |
| 09:27:24 | 7 | Q. To your knowledge, is Orlando Salazar an |
| 09:27:26 | 8 | attorney? |
| 09:27:31 | 9 | A. He's not. |
| 09:27:45 | 10 | Q. Does anyone live with you other than |
| 09:27:47 | 11 | Orlando and Andres Salazar? |
| 09:27:53 | 12 | A. No. |
| 09:27:56 | 13 | Q. You said a moment ago that they support |
| 09:27:57 | 14 | you. What did you mean by that? |
| 09:28:09 | 15 | A. He's my sponsor. |
| 09:28:13 | 16 | Q. Sponsor of what? |
| 09:28:19 | 17 | A. Of my student visa. |
| 09:28:24 | 18 | Q. When did you first obtain that visa? |
| 09:28:33 | 19 | A. After I finished the au pair program. |
| 09:28:38 | 20 | Q. How long after? |
| 09:28:42 | 21 | A. After what? |
| 09:28:44 | 22 | Q. How long after you finished the au pair |
| 09:28:46 | 23 | program or ended the au pair program did you obtain |
| 09:28:50 | 24 | your student visa? |
| 09:29:04 | 25 | A. You could say approximately seven to eight |

---

16

| | | |
|---|---|---|
| 09:29:07 | 1 | months. |
| 09:29:07 | 2 | Q. How did you meet Mr. Orlando Salazar? |
| 09:29:17 | 3 | A. We met in Los Angeles. |
| 09:29:18 | 4 | Q. Under what circumstances did you meet him |
| 09:29:24 | 5 | in Los Angeles? |
| 09:29:26 | 6 | A. What does that mean? |
| 09:29:29 | 7 | Q. Did someone introduce you to him, did you |
| 09:29:32 | 8 | just meet him randomly, by accident? |
| 09:29:41 | 9 | A. Somebody introduced us. |
| 09:29:42 | 10 | Q. Who introduced you to Mr. Salazar? |
| 09:29:50 | 11 | A. A friend. |
| 09:29:50 | 12 | Q. What's the friend's name? |
| 09:29:55 | 13 | A. Loraina. |
| 09:29:56 | 14 | Q. Is that her first name? |
| 09:29:59 | 15 | A. Yes. |
| 09:30:00 | 16 | Q. What's Loraina's last name? |
| 09:30:05 | 17 | A. I don't know it. |
| 09:30:09 | 18 | Q. Are you still friends with Loraina today? |
| 09:30:17 | 19 | A. Yes, but we don't speak very frequently. |
| 09:30:23 | 20 | Q. Is there any particular reason why you |
| 09:30:26 | 21 | don't speak with her frequently? |
| 09:30:32 | 22 | A. Yes. |
| 09:30:32 | 23 | Q. And what's that reason? |
| 09:30:38 | 24 | A. Well, she's busy with school and with her |
| 09:30:41 | 25 | home, too, and she has work to contend with. |

---

4 (Pages 13 to 16)

JOHANA PAOLA BELTRAN - 8/30/2016

Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

17

09:30:45  1    Q.  Do you know where Loraina lives currently?
09:30:53  2    A.  No.
09:30:55  3    Q.  Do you even know what state?
09:31:00  4    A.  Not really.
09:31:02  5    Q.  Is she in the United States, as far as you
09:31:08  6  know?
09:31:09  7    A.  Yes.
09:31:09  8    Q.  When's the last time you spoke with her?
09:31:09  9    A.  I don't remember, but we always would
09:31:21  10  speak when we would have birthdays.
09:31:29  11    Q.  At any time have you spoken with Loraina
09:31:32  12  about any aspect of this lawsuit?
09:31:42  13    A.  No.
09:32:13  14    (Deposition Exhibit 15 was marked.)
09:32:15  15    MS. COLAIZZI:  We have one copy for your
09:32:15  16  side.  If you need more, let me know, we'll see what we
09:32:18  17  can do.
09:32:18  18    THE DEPONENT:  Thank you.
09:32:18  19    Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
09:32:19  20  been handed what's been marked as Exhibit 1 -- oh, I'm
09:32:24  21  sorry.  15.  My apologies.
09:32:36  22    THE DEPONENT:  (In English)  Uh-huh.
09:32:36  23    Q.  (BY MS. COLAIZZI)  The title of the
09:32:37  24  document is Plaintiff's, Johana Paola Beltran, Answers
09:32:45  25  to Defendant's (sic) First Set of Interrogatories.  Do

---

18

09:32:56  1  you recognize this document?
09:33:02  2    A.  One moment for me to look at it, please.
09:33:04  3    Q.  Of course.
09:33:06  4    (The deponent perused the exhibit.)
09:33:30  5    A.  Yes.
09:33:30  6    Q.  You have seen this document before.  Have
09:33:32  7  you read this document before today?
09:33:42  8    A.  Can you repeat the question?
09:33:45  9    Q.  I believe you said a moment ago you've
09:33:47  10  seen this document before.  Have you read this document
09:33:48  11  before today?
09:34:01  12    A.  Not very long ago.
09:34:02  13    Q.  Okay.  Do you remember how long ago?
09:34:06  14    A.  No.
09:34:08  15    Q.  Can you please turn to page 8 of
09:34:09  16  Exhibit 15.
09:34:37  17    A.  Yeah.
09:34:38  18    Q.  Is that your signature at the bottom of
09:34:39  19  page 8?
09:34:45  20    A.  It is.
09:34:47  21    Q.  And would you agree with me that the date
09:34:49  22  on page 8 is August 11, 2016?
09:35:05  23    A.  I'm reading it.  Yes.
09:35:19  24    THE INTERPRETER:  The interpreter
09:35:20  25  corrects.  The interpreter said page 15.  It should be

---

19

09:35:24  1  page 8.
09:35:25  2    Q.  (BY MS. COLAIZZI)  Did you read Exhibit 15
09:35:27  3  prior to signing Exhibit 15?
09:35:39  4    A.  Yes.
09:35:40  5    Q.  Could you please turn to page 5 of
09:35:41  6  Exhibit 15.  Do you see Interrogatory 7 in the middle
09:35:59  7  of the page on page 5 of Exhibit 15?
09:36:16  8    A.  You mean to say this part here or the one
09:36:19  9  below?
09:36:20  10    Q.  The part that's labeled Interrogatory 7.
09:36:27  11    A.  I'm looking at it.
09:36:30  12    Q.  Okay.  The third line from the bottom of
09:36:35  13  your response refers to a partner.  The sentence
09:36:49  14  states, "Beltran states that she has communicated with
09:36:51  15  her partner regarding this lawsuit."  Do you see that?
09:37:14  16    A.  The third line?
09:37:17  17    Q.  From the bottom of your answer, yes.
09:37:23  18    A.  Right here?
09:37:25  19    Q.  Where it references partner.
09:37:29  20    THE INTERPRETER:  The interpreter would
09:37:29  21  like to clarify.  The interpreter is using one word for
09:37:33  22  the word "partner," but partner in Spanish can also be
09:37:36  23  a business partner, which would be a different word.
09:37:43  24    MS. COLAIZZI:  The only word we have is
09:37:44  25  partner.

---

20

09:37:47  1    MR. HOOD:  Perhaps we could use both
09:37:48  2  words, since there are two words that could mean the
09:37:50  3  same thing.
09:38:01  4    THE DEPONENT:  (In English)  Okay.
09:38:02  5    A.  Okay.  Well, so what -- what those mean,
09:38:13  6  partner, socio, or a companion, which is the other one
09:38:18  7  for partner in English.
09:38:20  8    Q.  (BY MS. COLAIZZI)  You state here that you
09:38:21  9  have communicated with your partner regarding this
09:38:23  10  lawsuit.  Who is your partner?
09:38:39  11    A.  Orlando Salazar.
09:38:42  12    Q.  So when you refer to him as your partner,
09:38:44  13  is he your business partner or a social partner of some
09:38:48  14  sort?
09:39:02  15    A.  A sponsor.
09:39:04  16    Q.  Are you romantically involved with him in
09:39:09  17  any way?
09:39:12  18    A.  No.
09:39:18  19    Q.  What do -- what did you speak with
09:39:20  20  Mr. Salazar about regarding this lawsuit?
09:39:33  21    A.  I asked him for help to be able to
09:39:38  22  translate into English.
09:39:39  23    Q.  In what circumstances have you asked him
09:39:41  24  for help?
09:39:48  25    A.  What does that mean?

---

Hunter + Geist, Inc.

scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

21

09:39:49 1     Q. Were you looking at documents? Were you
09:39:51 2 communicating with someone else when he was helping
09:39:54 3 you? Under what circumstances was he helping you?
09:39:56 4 understand?
09:40:00 5     A. He was helping me to communicate with the
09:40:14 6 attorneys.
09:40:21 7     Q. Has Mr. Salazar been present for all of
09:40:24 8 your communications with your attorneys?
09:40:32 9     A. No.
09:40:37 10     Q. Are you able to communicate with your
09:40:39 11 attorneys without Mr. Salazar's presence?
09:40:48 12     A. Yes.
09:40:48 13     Q. Are you able to communicate with your
09:40:51 14 attorneys without an interpreter of some sort?
09:41:03 15     A. No.
09:41:23 16     Q. Have you discussed anything about the
09:41:24 17 lawsuit with Mr. Salazar outside the presence of your
09:41:28 18 attorneys?
09:41:29 19     MR. HOOD: I'm going to object. To the
09:41:31 20 extent any communication with Mr. Salazar was merely
09:41:35 21 for him to translate for the purposes of communicating
09:41:38 22 with your attorney, I instruct the witness not to
09:41:40 23 answer. To the extent any communications with
09:41:43 24 Mr. Salazar were for anything else, the witness may
09:41:46 25 answer.

---

22

09:42:11 1     A. It was for the translation to English.
09:42:15 2     Q. (BY MS. COLAIZZI) What? Translation of
09:42:15 3 what to English?
09:42:17 4     MR. HOOD: I'm going to object again and
09:42:19 5 instruct the witness that to the extent any
09:42:22 6 communication with Mr. Salazar was for the purposes of
09:42:25 7 translation to communicate with her attorney, that she
09:42:27 8 should not answer the question on attorney-client
09:42:30 9 privilege grounds. To the extent -- I'm sorry. Why
09:42:33 10 don't we do it in pieces.
09:42:53 11     To the extent any communications with
09:42:55 12 Mr. Salazar were for the purposes of doing anything
09:42:59 13 other than communicating with her attorney, I instruct
09:43:05 14 the witness that she may answer.
09:43:17 15     Q. (BY MS. COLAIZZI) Let me ask it this way.
09:43:18 16 I understand you to say that Mr. Salazar has served as
09:43:21 17 an interpreter for you when you are communicating with
09:43:24 18 your attorneys; is that correct?
09:43:42 19     A. Can you repeat that question, please.
09:43:45 20     Q. I understand that Mr. Salazar has served
09:43:48 21 as an interpreter for you when you are communicating
09:43:51 22 with your attorneys. Is that correct?
09:44:05 23     A. I don't understand the question.
09:44:06 24     MR. HOOD: I'm going to ask for a break so
09:44:08 25 that I may instruct my witness as to how she may invoke

---

23

09:44:12 1 privilege and to which questions she should answer.
09:44:15 2     MS. COLAIZZI: I'm fine. That's fine.
09:44:16 3     MR. HOOD: All right. Five minutes.
09:44:30 4     THE DEPONENT: Thank you.
09:44:31 5     THE VIDEOGRAPHER: Going off the record.
09:44:33 6 The time is 9:44 a.m.
09:44:41 7     (Recess taken, 9:44 a.m. to 9:59 a.m.)
09:59:34 8     THE VIDEOGRAPHER: We are back on the
09:59:35 9 record. The time is 9:59 a.m.
09:59:40 10     Q. (BY MS. COLAIZZI) Ms. Beltran, has
09:59:42 11 Mr. Salazar served as an interpreter for you during
09:59:47 12 communications with your attorneys?
09:59:51 13     A. Can you repeat the question?
10:00:06 14     Q. Has Mr. Salazar served as an interpreter
10:00:10 15 for you while you've been communicating with your
10:00:12 16 attorneys?
10:00:17 17     A. No.
10:00:18 18     Q. Has Mr. Salazar ever translated any
10:00:25 19 documents related to this lawsuit for you from English
10:00:29 20 into Spanish?
10:00:40 21     A. No.
10:00:43 22     Q. Before you stated that you are not
10:00:46 23 currently romantically involved with Mr. Salazar. Have
10:00:50 24 you ever been romantically involved with Mr. Salazar?
10:01:04 25     A. No.

---

24

10:01:08 1     Q. You indicated that Mr. Salazar was your
10:01:11 2 student visa sponsor.
10:01:22 3     A. Yes.
10:01:22 4     Q. Does he support you financially in any
10:01:24 5 way?
10:01:32 6     A. What does that mean?
10:01:34 7     Q. Does he give you money?
10:01:39 8     A. He's my form of support.
10:01:42 9     Q. Meaning your form of financial support?
10:01:50 10     A. Yes.
10:01:50 11     Q. Does he pay for your school?
10:01:55 12     A. Yes.
10:01:57 13     Q. Does he provide you with food and meals
10:02:00 14 financially?
10:02:08 15     A. Yes.
10:02:09 16     Q. Do you pay rent to live in his home?
10:02:15 17     A. No.
10:02:16 18     Q. Do you do any work for him of any kind in
10:02:19 19 exchange for his support? Of any kind.
10:02:29 20     A. How's that?
10:02:30 21     Q. Do you do any kind of work for
10:02:32 22 Mr. Salazar?
10:02:37 23     A. No.
10:02:41 24     Q. His son Andres. Is Andres a child?
10:02:51 25     A. He's not a child, but he's young.

---

6 (Pages 21 to 24)

JOHANA PAOLA BELTRAN - 8/30/2016

Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

25

| | | |
|---|---|---|
| 10:02:54 | 1 | Q. Is he a teenager? |
| 10:03:01 | 2 | A. I believe he's probably more than 20 years |
| 10:03:04 | 3 | old, but I'm not sure. |
| 10:03:13 | 4 | Q. Do you have any romantic relationship with |
| 10:03:16 | 5 | Andres Salazar? |
| 10:03:20 | 6 | A. No. |
| 10:03:27 | 7 | Q. What does Mr. Orlando Salazar do for a |
| 10:03:30 | 8 | living? What's his job? |
| 10:03:40 | 9 | A. He has businesses. |
| 10:03:41 | 10 | Q. What kind of businesses? |
| 10:03:45 | 11 | A. Construction. |
| 10:03:49 | 12 | Q. Anything other than construction? |
| 10:03:55 | 13 | A. Not that I know of. |
| 10:03:58 | 14 | Q. In the time that you've known Mr. Orlando |
| 10:04:01 | 15 | Salazar, has he had any kind of business other than |
| 10:04:04 | 16 | construction? |
| 10:04:14 | 17 | A. I don't know. I don't think so. |
| 10:04:23 | 18 | Q. Do you have a phone number or email or |
| 10:04:26 | 19 | other form of contact for Loraina? |
| 10:04:40 | 20 | A. I have her Facebook. |
| 10:04:51 | 21 | Q. I want you to take another look, please, |
| 10:04:53 | 22 | at Exhibit 15. |
| 10:05:02 | 23 | A. This one? |
| 10:05:05 | 24 | Q. Sí. Page 5. |
| 10:05:08 | 25 | MR. HOOD: Brooke, do you have another |

26

| | | |
|---|---|---|
| 10:05:11 | 1 | copy of the exhibit? |
| 10:05:17 | 2 | MS. COLAIZZI: We'll see. |
| 10:05:18 | 3 | MR. HOOD: If we could just have two |
| 10:05:20 | 4 | copies of the exhibits just so that David could have a |
| 10:05:23 | 5 | copy too. |
| 10:05:25 | 6 | MR. SELIGMAN: Thank you. |
| 10:05:26 | 7 | THE INTERPRETER: And the interpreter |
| 10:05:28 | 8 | would request, if we're going to go over large segments |
| 10:05:32 | 9 | of that document, it would be helpful for the |
| 10:05:35 | 10 | interpreter to have a copy as well to be able to look |
| 10:05:36 | 11 | at it to make sure the rendition is correct of what's |
| 10:05:37 | 12 | being asked. |
| 10:05:38 | 13 | MS. COLAIZZI: Erica, let's just do |
| 10:05:40 | 14 | document by document, please. |
| 10:05:41 | 15 | MS. HERRERA: Okay. |
| 10:05:41 | 16 | MR. HOOD: The priority can obviously be |
| 10:05:44 | 17 | the interpreter. |
| 10:05:45 | 18 | MS. COLAIZZI: Sure. Hang on. We've just |
| 10:05:47 | 19 | got to figure it out. |
| 10:05:53 | 20 | MS. HERRERA: It's the answers to the |
| 10:05:54 | 21 | first set of interrogatories? |
| 10:05:58 | 22 | MS. COLAIZZI: Yes. |
| 10:06:00 | 23 | MS. HERRERA: Here. |
| 10:06:01 | 24 | MS. COLAIZZI: That's all right. He can |
| 10:06:01 | 25 | give it to -- |

27

| | | |
|---|---|---|
| 10:06:03 | 1 | MR. LEE: It's right here. |
| 10:06:05 | 2 | MS. COLAIZZI: That's fine. Good. |
| 10:06:06 | 3 | MR. HOOD: You could give a copy to David. |
| 10:06:08 | 4 | Thank you. Oh, I have one. Thank you. |
| 10:06:19 | 5 | MS. COLAIZZI: Okay. Are we good? |
| 10:06:20 | 6 | MR. HOOD: We're good. |
| 10:06:21 | 7 | MS. COLAIZZI: Okay. |
| 10:06:23 | 8 | Q. (BY MS. COLAIZZI) Ms. Beltran, you state |
| 10:06:24 | 9 | in response to Interrogatory 7 that you communicated |
| 10:06:27 | 10 | with your partner, whom you've identified as |
| 10:06:30 | 11 | Mr. Orlando Salazar, regarding the lawsuit. What have |
| 10:06:50 | 12 | you discussed with Mr. Salazar about the lawsuit? |
| 10:06:54 | 13 | MR. HOOD: I'm going to instruct -- |
| 10:06:54 | 14 | objection; attorney-client privilege. I understand she |
| 10:06:57 | 15 | said previously that she had not -- that he had not |
| 10:07:00 | 16 | acted as a translator, but I know that he has. And to |
| 10:07:04 | 17 | the extent that Mr. Salazar has acted as a translator |
| 10:07:07 | 18 | for Ms. Beltran to her attorneys, I instruct her not to |
| 10:07:11 | 19 | answer the question. To the extent -- sorry. We'll go |
| 10:07:14 | 20 | in two parts. |
| 10:07:36 | 21 | To the extent that the question calls for |
| 10:07:39 | 22 | conversations with Mr. Salazar where he was not acting |
| 10:07:40 | 23 | as an interpreter with -- for your attorneys, between |
| 10:07:44 | 24 | you and your attorneys, I instruct the witness to |
| 10:07:46 | 25 | answer the questions. |

28

| | | |
|---|---|---|
| 10:08:11 | 1 | Q. (BY MS. COLAIZZI) Let's go back. Has -- |
| 10:08:16 | 2 | has Mr. Salazar interpreted for you during |
| 10:08:19 | 3 | communications with your attorneys? |
| 10:08:33 | 4 | A. I don't want to talk about that because of |
| 10:08:36 | 5 | my privilege. |
| 10:08:38 | 6 | Q. You have to answer that question. There |
| 10:08:39 | 7 | was no communication involved in that question. |
| 10:08:41 | 8 | MR. HOOD: I instruct the witness to |
| 10:08:42 | 9 | answer yes or no to that question. |
| 10:08:49 | 10 | A. Can you repeat the question, please. |
| 10:08:52 | 11 | Q. (BY MS. COLAIZZI) Has Mr. Salazar |
| 10:08:53 | 12 | interpreted for you during communications with your |
| 10:08:55 | 13 | attorneys? |
| 10:09:03 | 14 | A. Yes. |
| 10:09:03 | 15 | Q. How many times? |
| 10:09:06 | 16 | A. I don't remember. |
| 10:09:07 | 17 | Q. Does he interpret for you every time you |
| 10:09:11 | 18 | communicate with your attorneys? |
| 10:09:17 | 19 | A. No. |
| 10:09:20 | 20 | Q. Does somebody else interpret -- interpret |
| 10:09:22 | 21 | for you when you communicate with your attorneys if |
| 10:09:25 | 22 | Mr. Salazar is not present? |
| 10:09:33 | 23 | MR. HOOD: Objection. I instruct the |
| 10:09:34 | 24 | witness that she may identify the names of people who |
| 10:09:37 | 25 | translated for her, but that she may not reveal the |

7 (Pages 25 to 28)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

29

```
10:09:42   1   contents of the communications.
10:10:00   2         THE DEPONENT:  That's fine.
10:10:03   3         Q.  (BY MS. COLAIZZI)  Who interprets for you
10:10:04   4   when you speak with your attorneys if Mr. Salazar is
10:10:06   5   not present?
10:10:17   6         A.  Justin.
10:10:20   7         Q.  Does Justin have a last name?
10:10:24   8         A.  Yes, but I don't remember it.  I don't
10:10:28   9   know how to pronounce it.
10:10:29  10         Q.  And who is Justin?
10:10:35  11         A.  He works with Alex.  The interpreter.
10:10:38  12         Q.  Okay.  Other than Mr. Orlando Salazar and
10:10:42  13   Justin, who works with Mr. Hood, has anyone served as
10:10:46  14   an interpreter for you during communications with your
10:10:49  15   attorneys?
10:11:00  16         A.  No.
10:11:02  17         Q.  Other than times when Mr. Salazar has been
10:11:05  18   interpreting for you during communications with your
10:11:07  19   attorneys, have you had communications with Mr. Orlando
10:11:21  20   Salazar about this lawsuit?
10:11:30  21         A.  Can you repeat the question, please.
10:11:32  22         Q.  Other than situations in which Mr. Salazar
10:11:35  23   is interpreting for you for purposes of communicating
10:11:38  24   with your attorneys, have you talked to Mr. Salazar
10:11:51  25   about this lawsuit in any way?
```

---

30

```
10:12:00   1         A.  No.
10:12:00   2         Q.  So why did you identify him in response to
10:12:04   3   Interrogatory No. 7?
10:12:15   4         A.  Because he helped me to translate into
10:12:17   5   English.
10:12:18   6         Q.  Any other reason?
10:12:21   7         A.  No.
10:12:26   8         Q.  Are there any other individuals other than
10:12:29   9   your lawyers that you've talked to about this lawsuit
10:12:32  10   in any way?
10:12:39  11         A.  No.
10:12:41  12         Q.  Prior to signing Exhibit 15 you read it,
10:12:44  13   correct?
10:12:52  14         A.  Yes.
10:12:53  15         Q.  Did you read it in English?
10:12:57  16         A.  Yes.
10:12:57  17         Q.  Were you able to understand it?
10:13:02  18         A.  Yes.
10:13:02  19         Q.  Was there any part of Exhibit 15 you did
10:13:05  20   not understand when you read it?
10:13:14  21         A.  No.  I don't think so.
10:13:20  22         Q.  Are you currently taking education classes
10:13:23  23   of some sort?
10:13:33  24         A.  Yes.
10:13:33  25         Q.  Through what school?
```

---

31

```
10:13:39   1         A.  Union County College.
10:13:43   2         Q.  How many classes are you taking currently?
10:13:56   3         A.  A full-time student.
10:13:58   4         Q.  So how many classes?
10:14:06   5         A.  Three.
10:14:09   6         Q.  Are you pursuing a degree of some sort?
10:14:17   7         A.  Yes.
10:14:18   8         Q.  What is the degree that you're seeking?
10:14:22   9         A.  Biology.
10:14:27  10         Q.  And how long have you been attending Union
10:14:32  11   County College?
10:14:38  12         A.  Around two-and-a-half years.
10:14:42  13         Q.  And how much -- how many more classes do
10:14:45  14   you need to take to complete your degree in biology?
10:15:00  15         A.  I don't know how many classes, but it's
10:15:02  16   two-and-a-half years more.
10:15:06  17         Q.  Since November of 2012, when you ended
10:15:11  18   your participation in the au pair program, have you
10:15:24  19   attended any schools other than Union County College?
10:15:33  20         A.  Yes.
10:15:34  21         Q.  What other schools have you attended?
10:15:40  22         A.  UCA.
10:15:42  23         Q.  What is UCA?  Can you . . .
10:15:48  24         A.  English classes.
10:15:49  25         Q.  And where were you taking the English
```

---

32

```
10:15:52   1   classes?
10:15:56   2         A.  In New Jersey.
10:15:59   3         Q.  How many English classes did you take?
10:16:04   4         A.  I don't remember.
10:16:05   5         Q.  When did you take them?
10:16:09   6         A.  I don't remember.
10:16:11   7         Q.  Do you remember the year?
10:16:14   8         A.  No.
10:16:15   9         Q.  Was it 2012?
10:16:21  10         A.  I don't know.
10:16:22  11         Q.  Was it before or after you got your
10:16:25  12   student visa?
10:16:33  13         A.  It was there that I got my student visa.
10:16:36  14         Q.  What do you mean, it was there that you
10:16:38  15   got your student visa?
10:16:43  16         A.  I presented my documents to be able to
10:16:45  17   study.
10:16:46  18         Q.  Okay.  So you took the English classes
10:16:48  19   after getting your student visa; is that correct?
10:16:56  20         A.  Yes.
10:16:56  21         Q.  Okay.  Other than your biology degree at
10:17:02  22   Union County College and your English classes, have you
10:17:05  23   attended any other schools since November of 2012?
10:17:22  24         A.  No.
10:17:29  25         Q.  Have you been back to Colombia at all
```

8 (Pages 29 to 32)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

33

| | |
|---|---|
| 10:17:32 1 | since November of 2012? |
| 10:17:38 2 | A. Yes. |
| 10:17:38 3 | Q. When? |
| 10:17:45 4 | A. I went a year and a half ago. |
| 10:17:49 5 | Q. So 2014? |
| 10:17:53 6 | A. Around there. |
| 10:17:53 7 | Q. Okay. Have you been back more than once? |
| 10:18:01 8 | A. Yes. |
| 10:18:02 9 | Q. So you went in 2014. When else have you |
| 10:18:05 10 | returned to Colombia? |
| 10:18:21 11 | A. I don't remember, but after I got my |
| 10:18:23 12 | student visa I went to Colombia. |
| 10:18:28 13 | Q. Were you in the United States continuously |
| 10:18:31 14 | between November 2012 and when you got your student |
| 10:18:34 15 | visa? |
| 10:18:43 16 | MR. HOOD: I'm going to mark the answer to |
| 10:18:45 17 | this question as confidential under the protective |
| 10:18:49 18 | order. But I instruct the witness to answer. |
| 10:18:57 19 | A. Can you repeat the question, please. |
| 10:18:59 20 | Q. (BY MS. COLAIZZI) Were you in the United |
| 10:19:01 21 | States continuously between November 2012 and when you |
| 10:19:04 22 | got your student visa? |
| 10:19:17 23 | A. Yes. |
| 10:19:17 24 | Q. After completing your biology degree, do |
| 10:19:20 25 | you intend to remain in the United States or return to |

34

| | |
|---|---|
| 10:19:23 1 | Colombia? |
| 10:19:33 2 | A. To return to Colombia. |
| 10:19:36 3 | Q. Since November of 2012 have you worked in |
| 10:19:40 4 | any capacity? |
| 10:19:47 5 | MR. HOOD: I'm going to mark the answer to |
| 10:19:48 6 | this question as confidential under the protective |
| 10:19:51 7 | order, but instruct the witness to answer. |
| 10:20:06 8 | A. After getting my student visa and going to |
| 10:20:09 9 | classes at the school, I did work at the school. |
| 10:20:12 10 | Q. (BY MS. COLAIZZI) What did you do at the |
| 10:20:14 11 | school? |
| 10:20:23 12 | A. In the offices of financial aid. |
| 10:20:27 13 | Q. And just to clarify, when you say, |
| 10:20:29 14 | "school," that's Union County College? |
| 10:20:34 15 | A. Yes, it is. |
| 10:20:38 16 | Q. When did you work in the financial aid |
| 10:20:40 17 | office at Union County College, what time frame? |
| 10:20:55 18 | A. I -- I don't recall very well because I'm |
| 10:20:58 19 | bad with dates. |
| 10:21:00 20 | Q. Do you recall how long you worked in the |
| 10:21:02 21 | financial aid office? |
| 10:21:10 22 | A. Let me think about it. Around six months. |
| 10:21:24 23 | Q. Do you recall what you made, what your |
| 10:21:27 24 | wage or earnings were for that job? |
| 10:21:36 25 | A. The minimum. |

35

| | |
|---|---|
| 10:21:38 1 | Q. What do you mean by, "the minimum"? |
| 10:21:47 2 | A. We were paid hourly around $8. |
| 10:21:53 3 | Q. Did you ever work overtime in the |
| 10:21:56 4 | financial aid office at Union County College? |
| 10:22:09 5 | A. I didn't have permission to work more than |
| 10:22:12 6 | 20 hours. |
| 10:22:17 7 | Q. Was there ever a week during your time at |
| 10:22:19 8 | the financial aid office when you worked more than |
| 10:22:21 9 | 20 hours? |
| 10:22:30 10 | A. Can you repeat the question, please. |
| 10:22:32 11 | Q. During the time you worked in the |
| 10:22:33 12 | financial aid office, was there ever a week where you |
| 10:22:36 13 | worked more than 20 hours? |
| 10:22:48 14 | A. No. |
| 10:22:55 15 | Q. During your time in the financial aid |
| 10:22:57 16 | office at Union County College, did you ever ask to |
| 10:23:00 17 | make more than $8 an hour? |
| 10:23:13 18 | A. No. |
| 10:23:17 19 | Q. Other than the financial aid office at |
| 10:23:19 20 | Union County College, have you worked at all since |
| 10:23:22 21 | November 2012? |
| 10:23:36 22 | MR. HOOD: I'm going to mark the answer to |
| 10:23:37 23 | this question as confidential under the protective |
| 10:23:39 24 | order, but instruct the witness to answer. |
| 10:23:48 25 | A. Can you repeat the question, please. |

36

| | |
|---|---|
| 10:23:54 1 | Q. (BY MS. COLAIZZI) Other than the |
| 10:23:55 2 | financial aid office at Union County College, have you |
| 10:23:57 3 | worked at all since November 2012? |
| 10:23:59 4 | A. No. |
| 10:24:13 5 | Q. Why did you end your employment at the |
| 10:24:17 6 | financial aid office? |
| 10:24:29 7 | A. I was taking a heavy class load that |
| 10:24:33 8 | required me to remain at -- |
| 10:24:37 9 | THE INTERPRETER: Allow the interpreter to |
| 10:24:38 10 | clarify. |
| 10:24:46 11 | A. So I was having to go -- because of my |
| 10:24:48 12 | heavy class load, going to the tutoring office there |
| 10:24:51 13 | where they help you get prepared for subjects that you |
| 10:24:55 14 | are having trouble understanding. |
| 10:25:05 15 | Q. (BY MS. COLAIZZI) Other than financial |
| 10:25:06 16 | support from Mr. Orlando Salazar, are you currently |
| 10:25:11 17 | receiving financial support from any other source? |
| 10:25:23 18 | A. Yes. |
| 10:25:23 19 | Q. From where? |
| 10:25:26 20 | A. From the school. |
| 10:25:30 21 | Q. What kind of support are you receiving |
| 10:25:32 22 | from the school? |
| 10:25:38 23 | A. Scholarships. |
| 10:25:39 24 | Q. How much are your scholarships? |
| 10:25:45 25 | A. It depends. |

9 (Pages 33 to 36)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

37

```
10:25:47   1        Q.  How much -- how much of your educational
10:25:51   2    expenses do your scholarships cover?
10:26:02   3        A.  Half.
10:26:03   4        Q.  And Mr. Orlando Salazar pays for the
10:26:07   5    remainder; is that correct?
10:26:11   6        A.  It is.
10:26:12   7        Q.  Other than the school and Mr. Orlando
10:26:15   8    Salazar, are you currently receiving financial support
10:26:17   9    from any other source?
10:26:27  10        A.  No.
10:26:29  11        Q.  Since November of 2012, other than
10:26:35  12    Mr. Orlando Salazar and your scholarships, have you
10:26:38  13    received financial support from any other source?
10:26:54  14        A.  No.
10:27:05  15        Q.  How did you first learn about the au pair
10:27:09  16    program?
10:27:17  17        A.  A friend.
10:27:18  18        Q.  What's the friend's name?
10:27:23  19        A.  Karina.
10:27:24  20        Q.  And what's Karina's last name?
10:27:29  21        A.  I think it's Camargo.
10:27:35  22        Q.  In what country does Ms. Camargo live in
10:27:38  23    currently?
10:27:42  24        A.  Currently in Colombia.
10:27:43  25        Q.  Are you still in contact with her?
```

---

38

```
10:27:47   1        A.  At times, but not very often.
10:27:52   2        Q.  And what did Ms. Camargo tell you about
10:27:55   3    the au pair program?
10:28:04   4        A.  That she was applying for the program and
10:28:07   5    that she'd already gotten a family.
10:28:11   6        Q.  So Ms. Camargo participated in the au pair
10:28:15   7    program; is that correct?
10:28:20   8        A.  Yes.
10:28:21   9        Q.  Do you know which sponsor sponsored her
10:28:28  10    visa?
10:28:30  11        A.  I'm not sure.
10:28:33  12        Q.  Do you know how many time -- was it more
10:28:36  13    than just -- strike that.
10:28:39  14            Do you know the year in which Ms. Camargo
10:28:42  15    served as an au pair?
10:28:50  16        A.  I don't know, but she traveled before I
10:28:53  17    did.
10:29:01  18        Q.  What else did Ms. Camargo tell you about
10:29:04  19    the au pair program, if anything?
10:29:13  20        A.  No, not much.
10:29:14  21        Q.  Did she tell you anything about the hours
10:29:16  22    you would work?
10:29:23  23        A.  No.
10:29:23  24        Q.  Did she tell you anything about the
10:29:25  25    stipend?
```

---

39

```
10:29:31   1        A.  What's the stipend?
10:29:33   2        Q.  The stipend is the amount you made per
10:29:36   3    week as an au pair.
10:29:42   4        A.  No.
10:29:45   5        Q.  Did Ms. Camargo tell you anything about
10:29:47   6    the job -- or about the duties you would perform for
10:29:50   7    the host family as an au pair?
10:30:06   8        A.  What family?  My family?
10:30:09   9        Q.  Any host family.  Did she generally
10:30:11  10    describe the job duties she expected to perform for the
10:30:16  11    host family?
10:30:17  12        A.  Yes.
10:30:24  13        Q.  And what did she tell you?
10:30:30  14        A.  Play with the kids, take them to school,
10:30:36  15    and helping them to organize their rooms.
10:30:42  16        Q.  Anything else that she told you?
10:30:47  17        A.  Helping them to do their homework.
10:30:51  18        Q.  Anything else?
10:30:53  19        A.  No.
10:30:57  20        Q.  Do you recall Ms. Camargo telling you
10:30:59  21    anything else about the au pair program other than what
10:31:01  22    we've just discussed?
10:31:10  23        A.  No.
10:31:14  24        Q.  Prior to you, yourself applying for the
10:31:17  25    program, other than Ms. Camargo, did you speak with
```

---

40

```
10:31:22   1    anyone about the au pair program?
10:31:34   2        A.  No.
10:31:36   3        Q.  Did you do any research about the program
10:31:38   4    on your own before applying?
10:31:48   5        A.  Not really.
10:31:51   6        Q.  "Not really" suggests that maybe you did.
10:31:53   7    Did you or did you not do any research on your own
10:31:56   8    prior to applying?
10:32:10   9        A.  I just looked at their link.
10:32:12  10        Q.  What do you mean by "their link"?
10:32:18  11        A.  Their web page.
10:32:20  12        Q.  Whose web page?
10:32:23  13        A.  InterExchange.
10:32:26  14        Q.  Why did you look at InterExchange's
10:32:30  15    website as opposed to any other sponsor?
10:32:32  16        A.  'Cause my friend recommended it to me.
10:32:40  17        Q.  Was that friend Ms. Camargo?
10:32:44  18        A.  It is.
10:32:45  19        Q.  Was she being sponsored by InterExchange?
10:32:52  20        A.  I think so.
10:32:54  21        Q.  Other than InterExchange, did Ms. Camargo
10:32:58  22    recommend any other sponsors to you?
10:33:06  23        A.  No.
10:33:09  24        Q.  You said you looked at InterExchange's
10:33:12  25    website.  What specific information did you look at on
```

---

10 (Pages 37 to 40)

JOHANA PAOLA BELTRAN - 8/30/2016

Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

41

| | |
|---|---|
| 10:33:16 | 1 |
| 10:33:36 | 2 |
| 10:33:39 | 3 |
| 10:33:44 | 4 |
| 10:33:50 | 5 |
| 10:33:53 | 6 |
| 10:33:56 | 7 |
| 10:34:13 | 8 |
| 10:34:15 | 9 |
| 10:34:23 | 10 |
| 10:34:24 | 11 |
| 10:34:27 | 12 |
| 10:34:30 | 13 |
| 10:34:31 | 14 |
| 10:34:47 | 15 |
| 10:34:50 | 16 |
| 10:34:53 | 17 |
| 10:35:15 | 18 |
| 10:35:19 | 19 |
| 10:35:23 | 20 |
| 10:35:23 | 21 |
| 10:35:26 | 22 |
| 10:35:29 | 23 |
| 10:35:39 | 24 |
| 10:35:40 | 25 |

their website?

A. Well, it was going to offer an opportunity to go abroad to study and also to have a family with which to share things.

Q. What else did you look at or read on InterExchange's website prior to applying for the au pair program?

A. In exchange for the work doing -- with the kids and helping them, that they would give us a tip to be able to study.

Q. Did you read on InterExchange's website how much you would receive for your education as part of the au pair program?

A. Nowhere.

Q. When you were looking at the InterExchange website, did you read anything about job duties that you might be expected to perform for the host family?

A. No. It just said that we would help -- specifically we'd help the children, help them with the children.

Q. When you were looking on the InterExchange website, did you read anything about the hours you might be asked to work as part of the au pair program?

A. No.

Q. When you were looking at the InterExchange

42

| | |
|---|---|
| 10:35:42 | 1 |
| 10:35:46 | 2 |
| 10:35:50 | 3 |
| 10:36:00 | 4 |
| 10:36:03 | 5 |
| 10:36:06 | 6 |
| 10:36:08 | 7 |
| 10:36:20 | 8 |
| 10:36:27 | 9 |
| 10:36:30 | 10 |
| 10:36:34 | 11 |
| 10:36:45 | 12 |
| 10:36:47 | 13 |
| 10:36:50 | 14 |
| 10:36:55 | 15 |
| 10:36:57 | 16 |
| 10:37:14 | 17 |
| 10:37:18 | 18 |
| 10:37:21 | 19 |
| 10:37:24 | 20 |
| 10:37:25 | 21 |
| 10:37:39 | 22 |
| 10:37:41 | 23 |
| 10:37:48 | 24 |
| 10:37:50 | 25 |

website, did you read anything about how much money you might make from the host families as part of the au pair program?

A. No.

Q. Is there anything else that you recall reading or looking at on the InterExchange website before you applied for the au pair program?

A. No.

Q. Other than InterExchange, did you look into applying to any of the other sponsors of the au pair program?

A. No.

Q. Other than what you were told by your friend Ms. Camargo and the research you did on the InterExchange website, did you look at anything or read anything about the au pair program before you applied?

A. No.

Q. At any time prior to applying for the au pair program, did you look at the -- at the U.S. Department of State's website?

A. No.

Q. At any -- have you ever been on the Department of State's website?

A. What is that?

Q. Do you know what the U.S. Department of

43

| | |
|---|---|
| 10:37:52 | 1 |
| 10:38:03 | 2 |
| 10:38:05 | 3 |
| 10:38:07 | 4 |
| 10:38:09 | 5 |
| 10:38:17 | 6 |
| 10:38:20 | 7 |
| 10:38:22 | 8 |
| 10:38:35 | 9 |
| 10:38:35 | 10 |
| 10:38:37 | 11 |
| 10:38:52 | 12 |
| 10:38:56 | 13 |
| 10:38:58 | 14 |
| 10:39:02 | 15 |
| 10:39:05 | 16 |
| 10:39:22 | 17 |
| 10:39:24 | 18 |
| 10:39:28 | 19 |
| 10:39:41 | 20 |
| 10:39:42 | 21 |
| 10:39:47 | 22 |
| 10:39:49 | 23 |
| 10:39:51 | 24 |
| 10:39:55 | 25 |

State is?

A. I don't understand.

Q. Do you know what the -- I'm just asking if you know what the Department of State is?  The U.S. -- United States Department of State.

A. No.

Q. Do you understand that the au pair program is run by the U.S. Government?

A. Yes.

Q. What is your understanding of the U.S. Government's involvement in the au pair program?

A. They are the ones that approve the visas.

Q. Other than approving visas, do you have any belief as to the U.S. Government's involvement in the au pair program?

A. No.

Q. Before you decided to apply to become an au pair, did you discuss your decision with anyone, your family, friends, anybody like that?

A. Family.

Q. Who in your family did you talk to?

A. With my mom.

Q. Anyone else?

A. Sisters.

Q. Anyone else?

44

| | |
|---|---|
| 10:39:57 | 1 |
| 10:40:00 | 2 |
| 10:40:02 | 3 |
| 10:40:13 | 4 |
| 10:40:13 | 5 |
| 10:40:15 | 6 |
| 10:40:18 | 7 |
| 10:40:28 | 8 |
| 10:40:30 | 9 |
| 10:40:34 | 10 |
| 10:40:41 | 11 |
| 10:40:45 | 12 |
| 10:41:03 | 13 |
| 10:41:08 | 14 |
| 10:41:13 | 15 |
| 10:41:18 | 16 |
| 10:41:33 | 17 |
| 10:41:48 | 18 |
| 10:41:51 | 19 |
| 10:41:56 | 20 |
| 10:42:05 | 21 |
| 10:42:09 | 22 |
| 10:42:12 | 23 |
| 10:42:17 | 24 |
| 10:42:20 | 25 |

A. No.

Q. Did they support your decision to apply to become an au pair?

A. Yes.

Q. So you spoke with your family.  Any friends that you spoke to other than Ms. Camargo prior to applying?

A. No.

Q. Other than Ms. Camargo, who I understand was applying for the program, did you speak with any -- anybody who had been an au pair before?  Prior to applying.

A. No.

Q. Prior to actually arriving in Colorado to live with the Noonans, did you talk to any au pairs or previous au pairs about their experience?

A. No.

Q. What did you hope to get from the au pair program?  What experiences or benefit did you hope to get?

A. To learn a new language.

Q. Anything else?

A. And a new culture.

Q. Anything else?

A. New friends.

11 (Pages 41 to 44)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

45

| 10:42:24 | 1 | Q. Anything else? |
| 10:42:26 | 2 | A. No. |
| 10:42:28 | 3 | Q. Had you ever been to the United States |
| 10:42:29 | 4 | before you arrived to work and live with the Noonans? |
| 10:42:40 | 5 | A. No. |
| 10:42:44 | 6 | Q. How much English -- strike that. |
| 10:42:48 | 7 | How would you describe your ability to |
| 10:42:50 | 8 | speak English at the time you applied to become an au |
| 10:43:01 | 9 | pair? |
| 10:43:02 | 10 | MR. HOOD: I'm going to mark the answer to |
| 10:43:03 | 11 | this question as confidential, but instruct the witness |
| 10:43:05 | 12 | to answer. |
| 10:43:07 | 13 | MS. COLAIZZI: Just -- |
| 10:43:08 | 14 | MR. HOOD: Under the protective order. I |
| 10:43:09 | 15 | apologize. |
| 10:43:17 | 16 | MS. COLAIZZI: Just -- just so I'm clear, |
| 10:43:20 | 17 | what's the grounds for the confidentiality reservation? |
| 10:43:24 | 18 | MR. HOOD: I don't think we have to |
| 10:43:26 | 19 | present our grounds now. |
| 10:43:27 | 20 | MS. COLAIZZI: Well, it's for purposes of |
| 10:43:28 | 21 | protecting confidential information. I'm just trying |
| 10:43:30 | 22 | to understand why you think it's confidential. |
| 10:43:33 | 23 | MR. HOOD: Well, you have the grounds to |
| 10:43:35 | 24 | challenge any markings under the protective order. |
| 10:43:38 | 25 | MS. COLAIZZI: Right. But I have to have |

46

| 10:43:39 | 1 | a reason. So . . . |
| 10:43:41 | 2 | MR. HOOD: Well, we can -- that's for |
| 10:43:42 | 3 | motion practice. Right now I'd just like to mark |
| 10:43:44 | 4 | things as confidential, and if you disagree, we can |
| 10:43:47 | 5 | have that disagreement later. |
| 10:43:48 | 6 | MS. COLAIZZI: So you're not willing to |
| 10:43:50 | 7 | provide a reason for confidentiality designations? |
| 10:43:51 | 8 | MR. HOOD: I'm not going to provide a |
| 10:43:53 | 9 | reason each time I mark something as confidential, nor |
| 10:43:54 | 10 | do people provide a reason each time they mark a |
| 10:43:56 | 11 | document as confidential. I'd be happy to talk about a |
| 10:44:00 | 12 | way to do this more efficiently so it doesn't interrupt |
| 10:44:03 | 13 | your questions. |
| 10:44:04 | 14 | MS. COLAIZZI: No, I just -- I understand |
| 10:44:04 | 15 | before your issues. I'm just wondering now why this is |
| 10:44:09 | 16 | confidential. |
| 10:44:09 | 17 | MR. HOOD: I -- I think -- we have the |
| 10:44:09 | 18 | right to mark things as confidential, and you have the |
| 10:44:10 | 19 | ability to challenge it under the protective order. |
| 10:44:12 | 20 | But I would be happy to discuss ways to do this more |
| 10:44:15 | 21 | efficiently if you feel like it's interrupting your |
| 10:44:17 | 22 | questions. |
| 10:44:18 | 23 | MS. COLAIZZI: It's not interrupting. |
| 10:44:19 | 24 | I -- I just don't get it, frankly. |
| 10:44:21 | 25 | MR. HOOD: Okay. |

47

| 10:44:24 | 1 | Q. (BY MS. COLAIZZI) How would you describe |
| 10:44:24 | 2 | your ability to speak English at the time you applied |
| 10:44:27 | 3 | to become an au pair? |
| 10:44:38 | 4 | MR. HOOD: And I mark the answer to this |
| 10:44:41 | 5 | question as confidential, but -- under the protective |
| 10:44:45 | 6 | order, but instruct the witness to answer the question. |
| 10:44:53 | 7 | A. The basic. |
| 10:44:53 | 8 | Q. (BY MS. COLAIZZI) What does "the basic" |
| 10:44:55 | 9 | mean to you? |
| 10:45:01 | 10 | A. Ask questions and greet people, like |
| 10:45:04 | 11 | asking, "Where's the bathroom?" Answering basic |
| 10:45:15 | 12 | questions, your name, where are you from, why are you |
| 10:45:18 | 13 | here, what are you doing. |
| 10:45:24 | 14 | Q. Prior to applying to become an au pair, |
| 10:45:26 | 15 | had you taken English classes of any kind? |
| 10:45:38 | 16 | MR. HOOD: I'm going to mark the -- this |
| 10:45:41 | 17 | line of questions regarding Ms. Beltran's English |
| 10:45:44 | 18 | proficiency as confidential under the protective order. |
| 10:45:54 | 19 | A. Yes. |
| 10:45:56 | 20 | Q. (BY MS. COLAIZZI) How many English |
| 10:45:56 | 21 | classes had you taken prior to applying to become an |
| 10:46:00 | 22 | au pair? |
| 10:46:06 | 23 | A. Around eight months. |
| 10:46:09 | 24 | Q. And did you take them while you were in |
| 10:46:11 | 25 | school or on your own, in some other way? |

48

| 10:46:23 | 1 | A. Another way. |
| 10:46:23 | 2 | Q. And tell me about those classes, where you |
| 10:46:26 | 3 | took them. |
| 10:46:33 | 4 | A. It was at a school that was called Berlitz |
| 10:46:38 | 5 | that was in Bogota, Colombia. |
| 10:46:42 | 6 | Q. And why did you start taking classes with |
| 10:46:44 | 7 | Berlitz? |
| 10:46:50 | 8 | A. Because the agency told me it's one of the |
| 10:46:53 | 9 | requirements. |
| 10:46:53 | 10 | Q. Okay. Had you already applied for the |
| 10:46:55 | 11 | au pair program at the time you took the English |
| 10:46:58 | 12 | classes? |
| 10:47:08 | 13 | A. Yes. |
| 10:47:08 | 14 | Q. Before you applied to become an au pair, |
| 10:47:11 | 15 | had you taken any English classes? |
| 10:47:21 | 16 | A. No. |
| 10:47:25 | 17 | Q. So at the time that you applied to become |
| 10:47:27 | 18 | an au pair, how had you learned the English that you |
| 10:47:30 | 19 | knew at that point? |
| 10:47:44 | 20 | A. I didn't know English. |
| 10:47:46 | 21 | Q. Well, you told me a minute ago that you |
| 10:47:48 | 22 | knew the basics at the time that you applied. Is that |
| 10:47:53 | 23 | correct? |
| 10:48:01 | 24 | A. I wanted to say when they interviewed me. |
| 10:48:06 | 25 | Q. Okay. I want to make sure I understand. |

12 (Pages 45 to 48)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

49

| | |
|---|---|
| 10:48:08 | 1 |
| 10:48:12 | 2 |
| 10:48:23 | 3 |
| 10:48:24 | 4 |
| 10:48:27 | 5 |
| 10:48:38 | 6 |
| 10:48:45 | 7 |
| 10:48:48 | 8 |
| 10:49:00 | 9 |
| 10:49:00 | 10 |
| 10:49:12 | 11 |
| 10:49:12 | 12 |
| 10:49:19 | 13 |
| 10:49:27 | 14 |
| 10:49:29 | 15 |
| 10:49:32 | 16 |
| 10:49:41 | 17 |
| 10:49:44 | 18 |
| 10:49:48 | 19 |
| 10:49:52 | 20 |
| 10:50:11 | 21 |
| 10:50:12 | 22 |
| 10:50:15 | 23 |
| 10:50:21 | 24 |
| 10:50:29 | 25 |

Before you applied to become an au pair, had you taken any English classes?

A. No.

Q. Did you know any English from another source prior to applying to become an au pair?

A. No.

Q. Before you applied to become an au pair, had you worked at any jobs in Colombia?

A. Yes.

Q. What jobs had you had prior to becoming an au pair?

A. I worked in a store at the airport. I was a filer. At the laboratory.

Q. I'm sorry, you were a filer in a laboratory, or the laboratory was in addition to being a filer?

A. It was outside of the lab.

Q. Okay. Any other jobs that you had other than the airport, the filer, and the laboratory prior to applying to become an au pair?

A. No.

Q. How much did you make when you worked at the airport?

A. I was being paid 700,000 pesos monthly.

Q. And how long did you work at the airport?

---

50

| | |
|---|---|
| 10:50:31 | 1 |
| 10:50:39 | 2 |
| 10:50:40 | 3 |
| 10:50:46 | 4 |
| 10:50:52 | 5 |
| 10:50:54 | 6 |
| 10:51:07 | 7 |
| 10:51:11 | 8 |
| 10:51:14 | 9 |
| 10:51:18 | 10 |
| 10:51:20 | 11 |
| 10:51:23 | 12 |
| 10:51:32 | 13 |
| 10:51:34 | 14 |
| 10:51:36 | 15 |
| 10:51:47 | 16 |
| 10:51:50 | 17 |
| 10:51:55 | 18 |
| 10:51:55 | 19 |
| 10:52:05 | 20 |
| 10:52:06 | 21 |
| 10:52:08 | 22 |
| 10:52:15 | 23 |
| 10:52:19 | 24 |
| 10:52:26 | 25 |

A. Approximately between eight months and a year.

Q. And why did you leave that job?

A. It was -- the ownership changed.

Q. And why did you have to leave when the ownership changed?

A. Well, because I had contracted directly with the person that ran it before, and when it went to new ownership, that new owner had already hired somebody to work that position.

Q. And was working as a filer the next job you had after leaving the airport?

A. I don't remember the order.

Q. What type of business did you work for when you worked as a filer?

A. I think it was a state company.

Q. State, meaning government company?

A. Yes.

Q. And what did you make as a filer?

A. I don't remember.

Q. Do you remember if it was more or less than you made at the airport?

A. It could have been around the same.

Q. How long did you work as a filer?

A. I think it was a year and a half.

---

51

| | |
|---|---|
| 10:52:28 | 1 |
| 10:52:33 | 2 |
| 10:52:40 | 3 |
| 10:52:42 | 4 |
| 10:52:49 | 5 |
| 10:52:49 | 6 |
| 10:52:55 | 7 |
| 10:52:57 | 8 |
| 10:52:59 | 9 |
| 10:52:59 | 10 |
| 10:53:09 | 11 |
| 10:53:11 | 12 |
| 10:53:13 | 13 |
| 10:53:15 | 14 |
| 10:53:17 | 15 |
| 10:53:18 | 16 |
| 10:53:21 | 17 |
| 10:53:31 | 18 |
| 10:53:35 | 19 |
| 10:53:38 | 20 |
| 10:53:41 | 21 |
| 10:53:44 | 22 |
| 10:53:51 | 23 |
| 10:53:57 | 24 |
| 10:54:00 | 25 |

Q. And why did you leave that job?

A. It was a temporary contract.

Q. And you also said you worked for a laboratory; is that correct?

A. Yes.

Q. How long did you work in the laboratory?

A. I don't remember, because that was my first job.

Q. Do you remember how much you made working in the laboratory?

THE INTERPRETER: I'm sorry, the interpreter would want to clarify. Are we talking about the laboratory or are we talking about the airport?

MS. COLAIZZI: I'm sorry. Laboratory. I apologize if I misspoke.

A. I don't remember, but in addition to the salary that we made, we were also given an incentive tip depending on the work that we did.

Q. (BY MS. COLAIZZI) Do you know if the pay you received from the laboratory was more or less than the 700,000 pesos a month you made at the airport?

A. I think it was more.

Q. Were you working at the time you applied to become an au pair?

---

52

| | |
|---|---|
| 10:54:12 | 1 |
| 10:54:13 | 2 |
| 10:54:15 | 3 |
| 10:54:27 | 4 |
| 10:54:29 | 5 |
| 10:54:32 | 6 |
| 10:54:34 | 7 |
| 10:54:41 | 8 |
| 10:54:46 | 9 |
| 10:54:47 | 10 |
| 10:55:02 | 11 |
| 10:55:06 | 12 |
| 10:55:08 | 13 |
| 10:55:11 | 14 |
| 10:55:18 | 15 |
| 10:55:21 | 16 |
| 10:55:23 | 17 |
| 10:55:25 | 18 |
| 10:55:37 | 19 |
| 10:55:39 | 20 |
| 10:55:44 | 21 |
| 10:55:47 | 22 |
| 10:55:50 | 23 |
| 10:56:03 | 24 |
| 10:56:05 | 25 |

A. When I was an au pair?

Q. No. At the time you applied to become an au pair, were you working?

A. I don't remember, but I think I was.

Q. Which job was it that you were working at the time you became -- or you applied to become an au pair?

A. I don't remember.

Q. Prior to applying to become an au pair, had you ever done any kind of child care work before?

A. I was watching my nephews.

Q. Did they live with you?

A. No.

Q. How often did you watch your nephews?

A. Every time that my sisters would need me to.

Q. Was it every day, every week? Can you give me some idea of the frequency?

A. There were times when it would just be the weekends, other times when it would be the entire week.

Q. Other than watching your nephews, did you do any kind of child care work before you applied to become an au pair?

A. No.

Q. Did your sister pay you to watch your

---

13 (Pages 49 to 52)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

53

| | |
|---|---|
| 10:56:06 | 1 | nephews? |
| 10:56:14 | 2 | A. Not really. |
| 10:56:20 | 3 | Q. Have you ever heard the term "cultural |
| 10:56:24 | 4 | exchange" in connection with the au pair program? |
| 10:56:36 | 5 | MR. HOOD: Objection as to the |
| 10:56:38 | 6 | translation. I don't understand. |
| 10:56:45 | 7 | MR. GRANT: He translated the name of |
| 10:56:47 | 8 | Cultural Exchange. |
| 10:56:48 | 9 | MR. HOOD: What's wrong with that? |
| 10:56:51 | 10 | MR. GRANT: Okay. Excuse me. |
| 10:56:53 | 11 | MR. HOOD: Okay. Oh. I withdraw the |
| 10:56:55 | 12 | objection. I apologize. |
| 10:56:58 | 13 | THE DEPONENT: I want to take a break. |
| 10:56:59 | 14 | Yeah? Now? Can I? |
| 10:57:00 | 15 | MS. COLAIZZI: Let's finish -- let's |
| 10:57:00 | 16 | answer this question, and then we can take a break. |
| 10:57:03 | 17 | THE DEPONENT: (In English) Okay. |
| 10:57:03 | 18 | MS. COLAIZZI: Can you read the question |
| 10:57:04 | 19 | back, please. |
| 10:56:20 | 20 | (The last question was read back as |
| 10:56:20 | 21 | follows: "Have you ever heard the term 'cultural |
| 10:56:24 | 22 | exchange' in connection with the au pair program?") |
| 10:57:22 | 23 | A. In Colombia or in the United States? |
| 10:57:27 | 24 | Q. (BY MS. COLAIZZI) At any time. |
| 10:57:38 | 25 | A. Well, what I understand is that there -- |

---

54

| | |
|---|---|
| 10:57:39 | 1 | when au pairs come here as an exchange to work and to |
| 10:57:44 | 2 | work as nannies, that that's a cultural exchange. |
| 10:57:49 | 3 | Q. Does the term "culture exchange" have any |
| 10:57:51 | 4 | other meaning for you other than what you just |
| 10:57:54 | 5 | described? |
| 10:57:57 | 6 | A. No. |
| 10:58:01 | 7 | MS. COLAIZZI: Okay. We can take a |
| 10:58:03 | 8 | ten-minute break. |
| 10:58:08 | 9 | THE VIDEOGRAPHER: Going off the record. |
| 10:58:09 | 10 | This is the end of Media Unit No. 1 in the videotaped |
| 10:58:12 | 11 | deposition of Johana Paola Beltran. The time is |
| 10:58:17 | 12 | 10:58 a.m. We are off the record. |
| 10:58:22 | 13 | (Recess taken, 10:58 a.m. to 11:14 a.m.) |
| 11:14:54 | 14 | THE VIDEOGRAPHER: We are back on the |
| 11:14:55 | 15 | record. This is the beginning of Media Unit No. 2 in |
| 11:14:59 | 16 | videotaped deposition of Johana Paola Beltran. The |
| 11:15:03 | 17 | time is 11:14 a.m. |
| 11:15:06 | 18 | Q. (BY MS. COLAIZZI) Ms. Beltran, a moment |
| 11:15:08 | 19 | ago off the record your counsel indicated that you |
| 11:15:11 | 20 | believe you were confused with respect to the questions |
| 11:15:13 | 21 | about the website that you looked at, so I'm going to |
| 11:15:29 | 22 | ask you some of the questions that we discussed before |
| 11:15:34 | 23 | so that we can have a clear record. |
| 11:15:43 | 24 | Prior to applying to become an au pair, |
| 11:15:45 | 25 | did you look at any websites as research for your |

---

55

| | |
|---|---|
| 11:15:50 | 1 | decision to apply to become an au pair? |
| 11:16:04 | 2 | A. Yes. |
| 11:16:04 | 3 | Q. How many? |
| 11:16:08 | 4 | A. One. |
| 11:16:09 | 5 | Q. Okay. What was the entity or the agency |
| 11:16:11 | 6 | that hosted that website? |
| 11:16:22 | 7 | A. I don't know. |
| 11:16:23 | 8 | Q. Do you know the name of the company whose |
| 11:16:25 | 9 | website it was? |
| 11:16:37 | 10 | A. I can show it to you. It's on my |
| 11:16:39 | 11 | telephone, the one that I saw. |
| 11:16:41 | 12 | Q. Okay. |
| 11:16:54 | 13 | MS. COLAIZZI: Counsel, with your |
| 11:16:55 | 14 | permission, I would like to move it close to the video |
| 11:16:58 | 15 | camera so that we can have a record of it. |
| 11:17:00 | 16 | MR. HOOD: Yeah, that would be fine. |
| 11:17:04 | 17 | THE VIDEOGRAPHER: I -- I can't reach that |
| 11:17:05 | 18 | far. |
| 11:17:06 | 19 | MS. COLAIZZI: Can you do that? Can |
| 11:17:06 | 20 | anyone do it? I mean, can you do it anyway? |
| 11:17:07 | 21 | THE VIDEOGRAPHER: If you can bring the |
| 11:17:07 | 22 | phone closer to me. |
| 11:17:07 | 23 | MS. COLAIZZI: Right. Right. That's what |
| 11:17:08 | 24 | I'm going to do. |
| 11:17:09 | 25 | MR. HOOD: Oh. |

---

56

| | |
|---|---|
| 11:17:09 | 1 | MS. COLAIZZI: Sorry. That's what I |
| 11:17:10 | 2 | meant. |
| 11:17:13 | 3 | MR. HOOD: Depositions in the digital era. |
| 11:17:16 | 4 | MS. COLAIZZI: I'm going to take it to him |
| 11:17:17 | 5 | so he can get a picture. Is that okay? |
| 11:17:27 | 6 | MR. HOOD: Okay. Yeah. And, Brooke, |
| 11:17:36 | 7 | maybe it would make sense to read the URL into the |
| 11:17:40 | 8 | record. |
| 11:17:40 | 9 | MS. COLAIZZI: I will. |
| 11:18:03 | 10 | THE DEPONENT: You want me to go over |
| 11:18:06 | 11 | there and -- |
| 11:18:06 | 12 | MS. COLAIZZI: Is it fine if she comes |
| 11:18:06 | 13 | down? |
| 11:18:09 | 14 | MR. HOOD: Absolutely. Yeah. Yeah. You |
| 11:18:11 | 15 | could just -- yeah. I could also take a picture of it |
| 11:18:20 | 16 | and email it to you, Brooke, if you'd like to just have |
| 11:18:23 | 17 | a paper . . . |
| 11:18:27 | 18 | MS. COLAIZZI: We might do that. I'd like |
| 11:18:29 | 19 | to -- if we could get a video of it, that makes more |
| 11:18:33 | 20 | sense. |
| 11:18:35 | 21 | MR. HOOD: Okay. |
| 11:19:06 | 22 | THE VIDEOGRAPHER: I think that's as good |
| 11:19:08 | 23 | as I'm going to get it. |
| 11:19:10 | 24 | MS. COLAIZZI: I'm going to read it into |
| 11:19:11 | 25 | the record, if I may. For the record, we have taken a |

---

14 (Pages 53 to 56)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

57

```
11:19:23   1
11:19:26   2
11:19:30   3
11:19:37   4
11:19:41   5
11:19:54   6
11:20:03   7
11:20:05   8
11:20:06   9
11:20:10  10
11:20:32  11
11:20:34  12
11:20:36  13
11:20:38  14
11:20:42  15
11:20:44  16
11:20:47  17
11:20:49  18
11:20:54  19
11:21:05  20
11:21:05  21
11:21:11  22
11:21:20  23
11:21:22  24
11:21:26  25
```

video of Ms. Beltran's cell phone that has the website
pulled up.  At the top it says, "Au Pair Exchange,"
www.aupaircol, c-o-l, .com.  In the upper left-hand
corner there is a logo, Global Exchange.
    Q.  (BY MS. COLAIZZI)  Ms. Beltran, thank you
for pulling the website up on your phone.
    A.  My pleasure.
    Q.  When you were looking at that website
prior to applying for an au pair, what prompted
you to go to that specific website?
    A.  Karina gave it to me to be able to look
for the address of their offices.
    Q.  When you say, "their offices," who are you
referring to?
    A.  Where you would go to apply for the
program.
    Q.  And were you specifically looking for the
office where you could apply to be sponsored by
InterExchange?
    A.  Yes.
    Q.  Have you ever at any point in time visited
InterExchange's website?
    A.  No.
    Q.  Other than Global Exchange, have you ever
visited any other website related to the au pair

---

58

```
11:21:29   1
11:21:40   2
11:21:43   3
11:21:45   4
11:21:49   5
11:22:11   6
11:22:14   7
11:22:20   8
11:22:26   9
11:22:28  10
11:22:36  11
11:22:39  12
11:22:48  13
11:22:50  14
11:22:54  15
11:23:05  16
11:23:09  17
11:23:09  18
11:23:12  19
11:23:14  20
11:23:22  21
11:23:22  22
11:23:24  23
11:23:31  24
11:23:33  25
```

program in any way?
    A.  No.
    Q.  Other than looking at the Global Exchange
website, did you do any other research or investigation
on your own prior to applying to become an au pair?
    A.  No.
    Q.  Thank you for allowing us to clarify.
    A.  No need to thank me.
    Q.  Where did you go to apply to become an
au pair?
    A.  Bogota.
    Q.  What specific location in Bogota?
    A.  Downtown Bogota.
    Q.  And how did you -- how did you learn that
that was the place you needed to go in order to apply?
    A.  Karina told me, and then I saw that it was
on the page.
    Q.  And by "page," are you referring to the
Global Exchange website that we just discussed a moment
ago?
    A.  Yes.
    Q.  Was anyone with you when you went to
apply?
    A.  No one.
    Q.  Did you fill out an application when you

---

59

```
11:23:36   1
11:23:45   2
11:23:51   3
11:23:53   4
11:23:53   5
11:23:54   6
11:23:57   7
11:24:06   8
11:24:08   9
11:24:13  10
11:24:15  11
11:24:18  12
11:24:27  13
11:24:29  14
11:24:31  15
11:24:41  16
11:24:43  17
11:24:45  18
11:24:46  19
11:24:50  20
11:24:57  21
11:24:59  22
11:25:07  23
11:25:11  24
11:25:14  25
```

visited the office in downtown Bogota?
    A.  The first day.
    THE DEPONENT:  (In English)  No.
    A.  Not the first day.
    Q.  (BY MS. COLAIZZI)  Okay.  What happened
the first day you visited the office in downtown
Bogota?
    A.  They told me the price, the cost, and what
I'd have to do in terms of requirements.
    Q.  Do you recall what name was on the
building or the office that you visited in downtown
Bogota?
    A.  I don't remember.
    Q.  How many people did you speak with at the
office that first time you visited?
    A.  I think it was two.
    Q.  Do you remember their names?
    A.  No.
    Q.  Were they men or women?
    A.  One man and one woman.
    Q.  And what did they tell you about the
price?
    A.  That it did -- it didn't have to be paid
all the same day, that it could be done by payments.
    Q.  And what was the total amount that they

---

60

```
11:25:15   1
11:25:26   2
11:25:30   3
11:25:35   4
11:25:37   5
11:25:42   6
11:25:53   7
11:25:57   8
11:25:57   9
11:26:06  10
11:26:06  11
11:26:08  12
11:26:13  13
11:26:19  14
11:26:22  15
11:26:27  16
11:26:29  17
11:26:34  18
11:26:38  19
11:26:43  20
11:26:55  21
11:26:57  22
11:27:01  23
11:27:03  24
11:27:05  25
```

gave you that day?
    A.  I don't remember exactly, but I think that
they said it was about 5 million pesos.
    Q.  Do you know how much that was in U.S.
dollars?
    A.  No.
    Q.  And you also indicated that they talked to
you about what you would have to do, or the
requirements; is that correct?
    A.  Yes.
    Q.  What did they tell you about the
requirements?
    A.  I would have to take English classes.
    Q.  What else?
    A.  Swimming.
    Q.  What else?
    A.  First aid.
    Q.  And what else?
    A.  Driving classes.
    Q.  What else?
    A.  I would have to be enrolled in a school
like -- well, not a secondary school, but some sort of
university course.
    Q.  Was that university course something you
would take in Colombia?

---

15 (Pages 57 to 60)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

61

11:27:13   1      A. What do you mean by that?

11:27:14   2      Q. When they talked about the university

11:27:18   3   course, were they talking about courses in Colombia or

11:27:23   4   courses in the United States?

11:27:29   5      A. In Colombia.

11:27:32   6      Q. And what was your understanding of why you

11:27:35   7   needed to take university classes in Colombia?

11:27:46   8      A. Can you repeat the question?

11:27:48   9      Q. What was your understanding of why you

11:27:50   10   needed to take university classes in Colombia before

11:27:54   11   becoming an au pair?

11:28:16   12      A. That I had to be enrolled in an

11:28:18   13   institution there so that the American Embassy would

11:28:22   14   know that I was tied to there and that when I left, I

11:28:26   15   was going to come back and I wasn't going to remain

11:28:29   16   here.

11:28:30   17      Q. You mentioned English classes, swimming,

11:28:33   18   first aid, driving, and university classes.

11:28:51   19      A. Yes.

11:28:51   20      Q. Did the two individuals that you spoke

11:28:54   21   with that first day give you any other requirements for

11:28:55   22   the au pair program?

11:29:06   23      A. I don't remember.

11:29:08   24      Q. When you visited the office that first

11:29:10   25   time did you know how to swim?

---

62

11:29:23   1      A. Not very much.

11:29:24   2      Q. Okay. Had you ever taken a first aid

11:29:27   3   course before?

11:29:29   4      A. Never.

11:29:32   5      Q. And were you able to drive?

11:29:35   6      A. No.

11:29:45   7      Q. So did you take all of the classes that

11:29:47   8   the individuals told you you needed to in order to

11:29:51   9   become an au pair?

11:30:04   10      A. Yes.

11:30:05   11      Q. Did those -- did anybody in that office

11:30:06   12   that you visited help you in signing up for those

11:30:10   13   classes, or did you do that by yourself?

11:30:22   14      A. They told us that we were the ones that

11:30:27   15   had to do everything.

11:30:29   16      Q. Did anything else happen or did you talk

11:30:32   17   about anything else on that first visit to that office

11:30:35   18   in downtown Bogota?

11:30:44   19      A. I don't -- I don't remember.

11:30:48   20      Q. At that point did you know that there were

11:30:52   21   other J-1 visa sponsors other than InterExchange?

11:31:04   22      A. No.

11:31:06   23      Q. During that first visit to the office in

11:31:09   24   downtown Bogota did they give you any papers to take

11:31:11   25   with you?

---

63

11:31:22   1      A. No.

11:31:28   2      Q. And did you visit that office again?

11:31:35   3      A. Yes.

11:31:36   4      Q. What was -- how much -- or how long after

11:31:38   5   the first visit did you go back?

11:31:45   6      A. I don't remember.

11:31:47   7      Q. Did you do anything to meet the

11:31:50   8   requirements for the au pair program between that first

11:31:53   9   visit and the second visit?

11:32:00   10      A. No.

11:32:05   11      Q. And what happened during your second visit

11:32:06   12   to the office?

11:32:14   13      A. I asked them how much the first payment

11:32:16   14   would be.

11:32:18   15      Q. What did they tell you?

11:32:26   16      A. What I remember was they told me it was --

11:32:29   17   that it was 500,000 pesos.

11:32:36   18      Q. Did anybody from the office tell you what

11:32:38   19   the money that you were paying was for?

11:32:54   20      A. No.

11:32:55   21      Q. Did you ask?

11:32:59   22      A. About the program.

11:33:01   23      Q. You asked questions about the program?

11:33:05   24      A. No.

11:33:08   25      Q. What did you ask about?

---

64

11:33:12   1      A. That day?

11:33:13   2      Q. Yes, on the second visit.

11:33:18   3      A. How much was the first payment that I

11:33:20   4   would need to pay.

11:33:21   5      Q. Okay. Did you understand what the payment

11:33:23   6   was for?

11:33:29   7      A. The value of the program.

11:33:32   8      Q. And you recall them telling you 500,000

11:33:40   9   pesos was the first payment?

11:33:45   10      A. Yes.

11:33:45   11      Q. Did anything else happen during that

11:33:47   12   second visit to the office?

11:33:53   13      A. I don't remember.

11:33:55   14      Q. Did you make a first payment of 500,000

11:33:59   15   pesos?

11:34:03   16      A. Yes.

11:34:03   17      Q. When did you make that first payment?

11:34:09   18      A. I'm not sure.

11:34:11   19      Q. Do you recall at all year, month,

11:34:12   20   anything?

11:34:20   21      A. I think, but I'm not sure that it was in

11:34:22   22   2011.

11:34:24   23      Q. Did you keep any records of the payments

11:34:26   24   that you made prior to becoming an au pair?

11:34:40   25      A. Before?

---

16 (Pages 61 to 64)

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

65

```
11:34:41  1        Q.  At any time.  Did you keep any records of
11:34:43  2   what you paid?
11:34:49  3        A.  No.
11:34:50  4             MR. HOOD:  I'm going to object as to a
11:34:52  5   translation earlier in the record.  I'm sorry, I had my
11:34:57  6   microphone covered.  I'm going to object as to a
11:34:59  7   translation earlier in the record.  She used the word
11:35:02  8   "valor," which means value or cost.  It was translated
11:35:06  9   as value, but it could mean either.
11:35:10  10            MS. COLAIZZI:  Okay.
11:35:14  11            THE INTERPRETER:  Yes, the interpreter
11:35:16  12   agrees that it could mean either.  No problem if we
11:35:19  13   want to clarify that one.
11:35:21  14       Q.  (BY MS. COLAIZZI)  So you've talked about
11:35:28  15   two visits to the office in Bogota.
11:35:37  16       A.  Up until this moment, yes.
11:35:40  17       Q.  Did you visit again?
11:35:42  18       A.  Yes.
11:35:42  19       Q.  And do you recall when that third visit
11:35:44  20   was?
11:35:48  21       A.  No.
11:35:50  22       Q.  What was the purpose of the third visit?
11:35:55  23       A.  An interview.
11:35:59  24       Q.  At the time that you visited the office
11:36:00  25   the third time, had you already applied for the au pair
```

66

```
11:36:04  1   program?
11:36:13  2       A.  Yes.
11:36:14  3       Q.  When did you apply for the au pair
11:36:15  4   program?
11:36:22  5       A.  I don't remember very well, but I think it
11:36:24  6   was in 2011.
11:36:25  7       Q.  And did you fill out an application?
11:36:30  8       A.  I don't remember.
11:36:32  9       Q.  You don't recall filling out any kind of
11:36:35  10   paperwork to apply for the program?
11:36:44  11       A.  Yes.
11:36:44  12       Q.  Okay.  When -- where were you when you
11:36:47  13   filled out the paperwork for the program?
11:36:57  14       A.  Where was I?  Did you ask me that?
11:37:00  15       Q.  Yes.
11:37:03  16       A.  In Bogota.
11:37:03  17       Q.  Were you at home, were you at the office?
11:37:06  18   Where were you?
11:37:11  19       A.  When I filled out the application?
11:37:13  20       Q.  Correct.
11:37:14  21       A.  The office.
11:37:15  22       Q.  Okay.  We've talked so far about three
11:37:18  23   visits.  Did you fill out an application during one of
11:37:20  24   those visits?
11:37:29  25       A.  Yes.
```

67

```
11:37:29  1       Q.  Okay.  Did you fill out the application
11:37:30  2   before you made the first payment of 500,000 pesos?
11:37:39  3       A.  No.
11:37:41  4       Q.  Okay.  Did you make more than one payment
11:37:43  5   before you filled out the application?
11:37:52  6       A.  Can you repeat the question?
11:37:54  7       Q.  You've talked about one payment of 500,000
11:37:58  8   pesos.  Did you make --
11:38:00  9             MS. COLAIZZI:  Sorry.  Go ahead.
11:38:02  10      Q.  (BY MS. COLAIZZI)  Did you make more
11:38:03  11   payments before you filled out the application?
11:38:09  12      A.  No.
11:38:10  13      Q.  Okay.  So which visit was it, first,
11:38:13  14   second, or third, to the office during which you filled
11:38:16  15   out the application?
11:38:29  16      A.  I think it was the first one, because when
11:38:32  17   you pay, then that's when you become an au pair.
11:38:35  18      Q.  Okay.  So it was the first visit to the
11:38:37  19   office and after your first payment of 500,000 pesos?
11:38:46  20      A.  I think so.
11:38:47  21      Q.  Did you make any other payments?
11:38:53  22      A.  After.
11:38:53  23      Q.  Okay.  When you filled out the
11:38:56  24   application, did you do it on the computer or on paper?
11:39:06  25      A.  I don't remember.
```

68

```
11:39:08  1       Q.  Was anybody with you when you filled out
11:39:09  2   the application?
11:39:14  3       A.  No.
11:39:14  4       Q.  Was the application in English or in
11:39:17  5   Spanish?
11:39:20  6       A.  English.
11:39:21  7       Q.  Were you able to understand it?
11:39:26  8       A.  No.
11:39:26  9       Q.  Did you ask anyone for assistance?
11:39:32  10      A.  In the office.
11:39:33  11      Q.  Did they help you?
11:39:36  12      A.  Not a lot.
11:39:38  13      Q.  Did you seek out any other help to fill
11:39:41  14   out the application other than the individuals in that
11:39:42  15   office in downtown Bogota?
11:39:52  16      A.  No.
11:40:03  17      Q.  In Bogota did you know a family, the Reyes
11:40:10  18   family?
11:40:15  19      A.  I don't remember.  I don't remember that
11:40:17  20   name.
11:40:18  21      Q.  Did you do any babysitting for a Reyes
11:40:21  22   family in Colombia?
11:40:28  23      A.  No.
11:40:29  24      Q.  Do you know a Corrales family in Colombia?
11:40:43  25      A.  I'm not very good with last names, so
```

17 (Pages 65 to 68)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

### 69

```
11:40:45   1    maybe the first names.
11:40:47   2        Q.  Did you do any babysitting for a family
11:40:50   3    called Corrales that you know of?
11:40:59   4        A.  No.
11:41:02   5        Q.  You mentioned before a friend with the
11:41:03   6    last name of Camargo, correct?
11:41:11   7        THE DEPONENT:  (In English)  Uh-huh.
11:41:12   8        Q.  (BY MS. COLAIZZI)  Did you know any other
11:41:14   9    families with the last name Camargo?
11:41:17  10        THE DEPONENT:  (In English)  No.  I'm
11:41:18  11    sorry.
11:41:18  12        A.  No.
11:41:20  13        Q.  (BY MS. COLAIZZI)  Did you do any
11:41:22  14    babysitting for a family with the last name Camargo?
11:41:28  15        A.  No.
11:41:40  16        Q.  We've talked about three visits to the
11:41:42  17    office in downtown Bogota.  During any of these visits
11:41:51  18    did you talk about the money you would make from the
11:41:54  19    host family for being an au pair?
11:42:10  20        A.  No.
11:42:17  21        Q.  We've talked about three visits.  Did you
11:42:19  22    visit the office a fourth time?
11:42:27  23        A.  I don't remember.
11:42:29  24        Q.  You mentioned an interview occurred on the
11:42:32  25    third visit; is that correct?
```

### 70

```
11:42:40   1        A.  What's that?
11:42:43   2        MS. COLAIZZI:  Can you read the question
11:42:44   3    back, please.
11:42:29   4        (The last question was read back as
11:42:29   5    follows:  "You mentioned an interview occurred on the
11:42:32   6    third visit; is that correct?")
11:42:57   7        A.  Yes.
11:42:59   8        Q.  (BY MS. COLAIZZI)  Was the interview in
11:43:00   9    English or in Spanish?
11:43:05  10        A.  Both of them.
11:43:07  11        Q.  At that point in time had you taken
11:43:09  12    English classes?
11:43:17  13        A.  Yes.
11:43:17  14        Q.  Who interviewed you?
11:43:22  15        A.  I don't remember.
11:43:23  16        Q.  Was it somebody who worked in that office
11:43:25  17    in downtown Bogota?
11:43:31  18        A.  Yes.
11:43:31  19        Q.  And was it just one person or more than
11:43:34  20    one person?
11:43:38  21        A.  One.
11:43:40  22        Q.  What do you recall about the questions
11:43:42  23    that were asked of you?
11:44:03  24        THE INTERPRETER:  Allow the interpreter to
11:44:05  25    clarify.
```

### 71

```
11:44:06   1        A.  Okay.  We talked about questions related
11:44:17   2    to what the consul might ask me about the au pair
11:44:24   3    program, and there were questions about babysitting.
11:44:28   4        Q.  (BY MS. COLAIZZI)  When you say questions
11:44:29   5    about the consul, what do you mean?
11:44:35   6        A.  The embassy.
11:44:38   7        Q.  Okay.  Do you recall any of the specific
11:44:40   8    questions that were presented to you that you might get
11:44:44   9    asked at the embassy?
11:44:58  10        A.  If I was studying in Colombia.
11:45:03  11        Q.  What else?
11:45:07  12        A.  And where I was going.
11:45:11  13        Q.  Meaning where you were traveling to?
11:45:14  14        A.  Yes.
11:45:15  15        Q.  What else?
11:45:19  16        A.  There were other questions that I don't
11:45:23  17    remember exactly.
11:45:24  18        Q.  Did the part of the interview related to
11:45:26  19    the embassy questions, was it in English or Spanish?
11:45:35  20        A.  In English.
11:45:36  21        Q.  Were you able to understand?
11:45:42  22        A.  Yes.  I had practiced with the agency.
11:45:47  23        Q.  Before the interview you had practiced
11:45:49  24    with the agency?
11:45:53  25        A.  Yes.
```

### 72

```
11:45:54   1        Q.  Okay.  And you also indicated that they
11:45:58   2    asked you questions about babysitting?
11:46:10   3        A.  Well, no.
11:46:12   4        Q.  At the interview at the office in downtown
11:46:15   5    Bogota on the third visit were you asked questions
11:46:18   6    about babysitting?
11:46:33   7        A.  Can you repeat the question?
11:46:36   8        Q.  Make sure we understand.  We're talking
11:46:37   9    about the interview that occurred on your third visit
11:46:40  10    to the office in downtown Bogota.  Okay?
11:46:52  11        A.  Yeah.
11:46:53  12        Q.  Okay.  You said a moment ago you were
11:46:55  13    asked questions that you might get asked at the embassy
11:46:59  14    and questions about babysitting; is that correct?
11:47:20  15        A.  No.
11:47:21  16        Q.  Okay.  What were you asked during that
11:47:24  17    interview on the third visit to the office in downtown
11:47:28  18    Bogota?
11:47:39  19        A.  About practicing for the interview with
11:47:41  20    the embassy.  Things about the kids, babysitting, if
11:47:56  21    they had a fight or something wasn't done right with
11:48:00  22    them, what had to be done to be able to handle the
11:48:04  23    situation.
11:48:05  24        Q.  Okay.  Other than a question about how you
11:48:09  25    would handle a fight between children, were there other
```

18 (Pages 69 to 72)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

73

11:48:12  1   questions that you were asked about caring for children
11:48:16  2   during that interview at the office in downtown Bogota?
11:48:36  3       A.  I don't understand the question.
11:48:39  4       Q.  You said a moment ago that you were asked
11:48:41  5   a question about how you might handle a situation where
11:48:45  6   children were fighting; is that correct?
11:48:59  7       A.  Yes.
11:48:59  8       Q.  Were you asked other questions about
11:49:00  9   taking care of children during that interview?
11:49:11 10       A.  Yes.
11:49:11 11       Q.  What were you asked?
11:49:15 12       A.  If I had baby-sat for children before.
11:49:19 13       Q.  And how did you respond?
11:49:23 14       A.  That I had with my nephews.
11:49:28 15       Q.  Anything else in response to the question
11:49:29 16   about whether you had cared for children before?
11:49:38 17       A.  No.
11:49:39 18       Q.  Were you asked any other questions about
11:49:41 19   taking care of children during that interview at the
11:49:44 20   office in downtown Bogota?
11:49:53 21       A.  No.
11:49:55 22       Q.  Were you asked questions about anything
11:49:56 23   else during that interview at the office in downtown
11:49:59 24   Bogota?
11:50:07 25       A.  I don't remember.

---

74

11:50:12  1       Q.  Other than the interview, did anything
11:50:14  2   else happen or did you talk about anything else during
11:50:16  3   that third visit to the office in downtown Bogota?
11:50:34  4       A.  Or anything else?  I don't know what you
11:50:35  5   mean by "anything else."
11:50:37  6       Q.  Did you talk to the people at the office
11:50:40  7   about anything else aside from having that interview
11:50:43  8   that day?
11:50:53  9       A.  No.
11:50:54 10       Q.  Did you visit the office in downtown
11:50:57 11   Bogota a fourth time?
11:51:05 12       A.  The truth is, to be truthful, I don't
11:51:08 13   remember.
11:51:08 14       Q.  Okay.  Do you remember any visits to that
11:51:10 15   office in downtown Bogota after the third visit where
11:51:14 16   you had your interview?
11:51:16 17       A.  I don't remember.
11:51:33 18       Q.  At some point did you, in fact, have an
11:51:35 19   interview at the U.S. Embassy in Bogota?
11:51:45 20       A.  Yes.
11:51:45 21       Q.  Was the interview in English or in
11:51:47 22   Spanish?
11:51:51 23       A.  It was in English.
11:51:52 24       Q.  Did you have any problems responding to
11:51:54 25   the questions in English?

---

75

11:52:00  1       A.  No.
11:52:01  2       Q.  Did you have any problems understanding
11:52:03  3   the questions?
11:52:08  4       A.  No.  I practiced beforehand.
11:52:13  5       Q.  Did anybody go with you to the embassy for
11:52:16  6   the interview?
11:52:20  7       A.  No.
11:52:23  8       Q.  When you practiced, did you practice with
11:52:24  9   someone?
11:52:31 10       A.  Yes.
11:52:32 11       Q.  Who did you practice with?
11:52:37 12       A.  With a person from the office where I
11:52:39 13   filled out my application.
11:52:41 14       Q.  How many times did you go to the office to
11:52:43 15   practice for the embassy interview?
11:52:53 16       A.  Once.
11:53:37 17       MS. COLAIZZI:  Exhibit 16.
11:53:45 18       (Deposition Exhibit 16 was marked.)
11:53:45 19       THE DEPONENT:  Thank you.
11:53:45 20       MS. HERRERA:  First amended complaint?
11:53:48 21       MS. COLAIZZI:  Yes.
11:53:49 22       Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
11:53:55 23   been handed what's been marked as Exhibit 16.  It's a
11:54:05 24   long document, so feel free to look at it, but I would
11:54:08 25   like to know if you've ever seen this before?

---

76

11:54:19  1       A.  Can I look at it?
11:54:21  2       Q.  Yes.
11:54:25  3       A.  Yes.
11:54:26  4       Q.  Have you read it before?
11:54:30  5       A.  Yes.
11:54:30  6       Q.  Have you read all of it?
11:54:35  7       A.  Yes.
11:54:36  8       Q.  Did you read it in English?
11:54:39  9       A.  Yes.
11:54:39 10       Q.  Were you able to understand it in English?
11:54:44 11       A.  Yes.
11:54:45 12       MR. HOOD:  I'm going to object.  To the
11:54:47 13   extent that your understanding of the -- on
11:54:49 14   attorney-client privilege grounds.  To the extent that
11:54:51 15   your understanding of the document has anything to do
11:54:54 16   with conversations you had with an attorney -- would
11:54:57 17   you like me to break this into parts?
11:55:00 18       THE INTERPRETER:  Yeah.
11:55:01 19       MR. HOOD:  Can we start with that?
11:55:02 20       MS. COLAIZZI:  Counsel, I just asked if
11:55:04 21   she understood it.  I didn't ask about any
11:55:06 22   communications.  So what's the objection?
11:55:07 23       MR. HOOD:  If she were to follow up -- so
11:55:11 24   I'll instruct the witness that she can -- she can
11:55:13 25   respond yes or no, but not to respond as to the basis

---

19 (Pages 73 to 76)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

77

11:55:15  1    of her understanding.
11:55:30  2        Q.  (BY MS. COLAIZZI)  You indicated that you
11:55:32  3    did understand it, correct?
11:55:38  4        A.  Yes.
11:55:38  5        Q.  Okay.  Can you please turn to page 68 of
11:55:42  6    Exhibit 16.  And I would like you to look at paragraph
11:56:03  7    324.  The last sentence of that paragraph reads:
11:56:16  8    "Ms. Beltran found the web of subcontractors, agents,
11:56:22  9    employees, and other entities affiliated with
11:56:25  10   InterExchange difficult to understand."
11:56:41  11       THE INTERPRETER:  Okay.  The interpreter
11:56:41  12   would like to clarify.  The sentence "found the web of
11:56:45  13   subcontractors, agents, employees, and other entities
11:56:50  14   with InterExchange difficult to understand," is that
11:56:53  15   the connection web or is that the -- anything related
11:56:56  16   to website or -- the interpreter's not clear on the
11:57:01  17   meaning of that.
11:57:02  18       MS. COLAIZZI:  It's not my complaint, but
11:57:03  19   my understanding is that it refers to an intermingling
11:57:08  20   of people, nothing connected to the Internet.
11:57:12  21       MR. HOOD:  I think we can stipulate that
11:57:14  22   it means the connecting.
11:57:14  23       MS. COLAIZZI:  Okay.  Does that clarify?
11:57:17  24       THE INTERPRETER:  Thank you.
11:57:18  25       MS. COLAIZZI:  Okay.

---

78

11:57:18  1        THE INTERPRETER:  The interpreter
11:57:20  2    thanks -- thanks you for that clarification.
11:57:37  3        Q.  (BY MS. COLAIZZI)  Is that a true
11:57:38  4    sentence?
11:57:42  5        MR. HOOD:  The -- the -- I'm going to
11:57:44  6    instruct the witness on attorney-client privileged
11:57:47  7    grounds not to answer.  She can answer yes or no to the
11:57:51  8    fact that it's true, but not to answer the basis for
11:57:55  9    that paragraph appearing in the complaint.
11:58:15  10       Q.  (BY MS. COLAIZZI)  Do you remember the
11:58:16  11   question?
11:58:19  12       A.  Can you repeat it, please.
11:58:20  13       Q.  Is that a true sentence?
11:58:26  14       A.  Yes.
11:58:26  15       Q.  Okay.  What was confusing or difficult to
11:58:30  16   understand for you?
11:58:33  17       MR. HOOD:  I'm going to object to the
11:58:35  18   question on attorney-client privileged grounds.
11:58:38  19   The -- the -- I will instruct my client not to respond
11:58:43  20   with respect to any discussions she had with her
11:58:47  21   attorney, but to the extent she -- she can respond to
11:58:51  22   the question without revealing any discussions she had
11:58:54  23   with her attorney, she may.
11:59:20  24       A.  Can you repeat the question, please.
11:59:21  25       Q.  (BY MS. COLAIZZI)  What was difficult for

---

79

11:59:22  1    you to understand?
11:59:28  2        A.  The documents that I filled out.
11:59:30  3        Q.  Okay.  Anything else?
11:59:33  4        A.  No.
11:59:34  5        Q.  Okay.  This sentence refers to people,
11:59:37  6    subcontractors, agents, and employees.  Was there
11:59:49  7    something confusing or difficult to understand about
11:59:51  8    the people that you interacted with?
12:00:05  9        A.  I don't understand the question.
12:00:07  10       Q.  Do you understand the sentence?
12:00:11  11       MR. HOOD:  I'm going to object on
12:00:13  12   attorney-client privilege grounds.  To the extent that
12:00:15  13   her understanding or lack of understanding of this
12:00:17  14   sentence requires her to reveal any discussions she's
12:00:20  15   had with her attorney, I'm going to instruct the
12:00:24  16   client -- my client not to respond.  To the extent she
12:00:27  17   can respond without revealing any conversations she had
12:00:30  18   with her attorney, she may respond.
12:01:04  19       A.  I can't answer that.
12:01:06  20       Q.  (BY MS. COLAIZZI)  Why not?
12:01:08  21       A.  It's confidential.
12:01:09  22       Q.  I'm not asking you to talk about anything
12:01:12  23   you talked about with your lawyer.  I want to know if
12:01:14  24   you -- sitting here today you understand the sentence,
12:01:17  25   what it means?

---

80

12:01:33  1        MR. HOOD:  I'm going to object on
12:01:35  2    attorney-client privilege grounds --
12:01:36  3        MS. COLAIZZI:  Counsel --
12:01:37  4        MR. HOOD:  -- and I'm going to ask for a
12:01:38  5    break to discuss with my client how she can respond to
12:01:41  6    questions about the complaint without violating client
12:01:45  7    confidences.
12:01:45  8        MS. COLAIZZI:  I'm not asking about
12:01:46  9    communications.  I want to know if she understands the
12:01:48  10   sentence.
12:01:50  11       MR. HOOD:  Brooke, this is a ridiculous
12:01:51  12   line of questioning.  She did not write the complaint.
12:01:54  13   She came to us, we had a confidential conversation, and
12:01:57  14   her attorneys assisted her in drafting the complaint.
12:02:01  15   To ask her if she understands sentences that were
12:02:03  16   drafted by attorneys after discussions with her that
12:02:05  17   are -- that are legal claims is a very tricky line of
12:02:08  18   questions.  I'm happy to talk with her about how she
12:02:12  19   can talk about the facts in the complaint without --
12:02:15  20   without revealing attorney-client confidences.
12:02:16  21       MS. COLAIZZI:  Well, we need to, because
12:02:17  22   if you're going to make representations about her
12:02:20  23   beliefs in the complaint, I'm entitled to examine her
12:02:22  24   about those.  So --
12:02:22  25       MR. HOOD:  Well, you can ask her about

---

**Hunter + Geist, Inc.**
**scheduling@huntergeist.com * 303-832-5966 * 800-525-8490**

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

81

```
12:02:23   1   those beliefs.
12:02:24   2        MS. COLAIZZI:  I did.  I asked her if she
12:02:27   3   understood what that sentence meant, if she agreed with
12:02:29   4   it.
12:02:31   5        MR. HOOD:  Well, but then she can say she
12:02:32   6   didn't --
12:02:32   7        MS. COLAIZZI:  She hasn't said anything
12:02:33   8   'cause you keep objecting and confusing the situation.
12:02:34   9   I'm not asking about any communications.  There's no
12:02:37  10   objection -- there's no question -- there's no
12:02:38  11   objectionable question.
12:02:38  12        MR. HOOD:  Well, why don't you give me
12:02:39  13   five minutes to talk to my client about how she can
12:02:42  14   respond to questions about the complaint without
12:02:45  15   revealing -- I mean, we had lengthy conversations that
12:02:48  16   are privileged that were the basis for drafting this
12:02:50  17   complaint, and it's a sticky situation for her, and
12:02:52  18   she's having difficulty understanding how to respond.
12:02:55  19   So we can -- I can go talk to her about how to do that
12:02:56  20   without violating privilege, and we'll be back in five
12:03:00  21   minutes.
12:03:00  22        MS. COLAIZZI:  Let's try to do it in five,
12:03:02  23   please.  We'll go off the record briefly.
12:03:07  24        THE VIDEOGRAPHER:  We're going off the
12:03:08  25   record.  The time is 12:02 p.m.
```

82

```
12:03:13   1        (Recess taken, 12:02 p.m. to 12:15 p.m.)
12:15:24   2        THE VIDEOGRAPHER:  We are back on the
12:15:25   3   record.  The time is 12:15 p.m.
12:15:29   4        MR. HOOD:  I've instructed my client off
12:15:31   5   the record that she may answer questions about the
12:15:35   6   complaint to the extent she can understand the
12:15:36   7   complaint with the help of her attorney, but that
12:15:39   8   she may not respond to questions regarding the
12:15:42   9   complaint to the extent they require her to reveal
12:15:49  10   attorney-client confidences.
12:16:20  11        For example, I instruct her not to answer
12:16:23  12   questions regarding why a particular paragraph or piece
12:16:26  13   of the complaint is in the complaint.
12:16:44  14        Q.  (BY MS. COLAIZZI)  And with my questions,
12:16:45  15   I'm not asking you about communications with your
12:16:47  16   counsel.  Please take another look at paragraph 324 on
12:16:57  17   page 68 of Exhibit 16, the last sentence that starts,
12:17:14  18   "Ms. Beltran found . . ."  As you sit here today, is
12:17:26  19   that sentence a true statement?
12:17:45  20        A.  Let me read it, please.
12:17:47  21        Q.  Sure.
12:17:55  22        A.  It is.
12:17:56  23        Q.  Okay.  What was -- explain to me what was
12:18:02  24   difficult to understand about subcontractors, agents,
12:18:08  25   and employees that you interacted with during the
```

83

```
12:18:11   1   application process for the au pair program.
12:18:26   2        A.  Can you repeat the question, please.
12:18:29   3        MS. COLAIZZI:  Can you read it back,
12:18:29   4   please.
12:18:00   5        (The last question was read back as
12:18:00   6   follows:  "Explain to me what was difficult to
12:18:03   7   understand about subcontractors, agents, and employees
12:18:09   8   that you interacted with during the application process
12:18:12   9   for the au pair program.")
12:19:03  10        A.  The documents, that all of them were in
12:19:06  11   English.
12:19:08  12        Q.  (BY MS. COLAIZZI)  Okay.  What else was
12:19:09  13   difficult to understand about the process?
12:19:19  14        A.  They weren't clear about the information.
12:19:23  15        Q.  Who is "they"?
12:19:30  16        A.  The people that were there attending to me
12:19:34  17   when I was filling out the application.
12:19:36  18        Q.  And the people were at the office in
12:19:38  19   downtown Bogota; is that correct?
12:19:44  20        A.  Yes.
12:19:44  21        Q.  When you say they weren't clear about the
12:19:47  22   information, explain to me what you mean.
12:19:59  23        A.  They never explained -- they never
12:20:00  24   explained to me, really, what the program was all
12:20:02  25   about.
```

84

```
12:20:03   1        Q.  Did you ask them questions?
12:20:06   2        A.  Yes.
12:20:07   3        Q.  What kind of questions did you ask them?
12:20:16   4        A.  Who would help me to comply with the
12:20:18   5   requirements for the program.
12:20:19   6        Q.  And when you say, "requirements," what
12:20:21   7   specifically are you referring to?
12:20:28   8        A.  About all the classes that I was supposed
12:20:30   9   to take.
12:20:31  10        Q.  Okay.  What else were they not clear about
12:20:33  11   in terms of the information about the program?
12:20:45  12        A.  At this time I can't recall.
12:20:50  13        Q.  During the application process, other than
12:20:50  14   the individuals who were at that office in downtown
12:20:53  15   Bogota, was there anybody else that you interacted with
12:20:56  16   or communicated with during that process about the
12:20:59  17   au pair program?
12:21:12  18        A.  When I was in Colombia?
12:21:16  19        Q.  Correct.
12:21:16  20        A.  No.  Just with them.
12:21:17  21        Q.  Okay.  How many different people at that
12:21:19  22   office did you communicate with during the application
12:21:21  23   process?
12:21:33  24        A.  That I can recall, two.
12:21:35  25        Q.  Okay.  Is there anything else about the
```

21 (Pages 81 to 84)

JOHANA PAOLA BELTRAN - 8/30/2016

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

85

12:21:40  1   application process that you found to be confusing or
12:21:43  2   difficult to understand other than what we've just
12:21:45  3   talked about?
12:22:02  4        A.  It could be, but that was quite some time
12:22:05  5   ago, so I can't recall.
12:22:06  6        Q.  Okay.  So there's nothing else you
12:22:08  7   remember about that as you sit here today other than
12:22:10  8   what we've discussed?
12:22:21  9        A.  No.  No, I don't think so.
12:22:24 10        Q.  Can you turn back to Exhibit 15, please.
12:22:32 11        MR. HOOD:  I don't know if she has it in
12:22:34 12   front of her.  Oh, it's underneath.
12:22:40 13        Q.  (BY MS. COLAIZZI)  And I want to talk
12:22:41 14   about Interrogatory 2, which is on pages 2 and 3 of
12:22:46 15   Exhibit 15.  Why don't you -- let me ask you this.  I'd
12:23:00 16   like you to refresh your recollection about the
12:23:04 17   question in Interrogatory 2 and the answer.  Are you
12:23:14 18   able to do that by reading, or do you want the
12:23:17 19   interpreter to translate it for you?
12:23:25 20        A.  Yes, can he help me, please.
12:23:27 21        Q.  Okay.
12:23:32 22        THE INTERPRETER:  Okay.  The interpreter
12:23:33 23   is looking at Interrogatory No. 2 and will then site
12:23:37 24   translate it into Spanish.
12:23:38 25        MS. COLAIZZI:  Thank you.

---

86

12:23:39  1        THE INTERPRETER:  You're welcome.
12:24:35  2        MS. COLAIZZI:  Thank you.  And then if you
12:24:38  3   could do the same with respect to Ms. Beltran's
12:24:39  4   response.
12:24:50  5        THE INTERPRETER:  The response begins at
12:24:52  6   the bottom of page 2.
12:26:35  7        MR. HOOD:  I'm going to object to the
12:26:38  8   translation only to the extent that "interchange" and
12:26:40  9   "InterExchange" were being used interchangeably, and my
12:26:45 10   understanding is all of those meant InterExchange.
12:26:48 11        MS. COLAIZZI:  I would agree with respect
12:26:49 12   to the second; however, the first one, there's a typo
12:26:53 13   in Ms. Beltran's response, so he did, in fact,
12:26:55 14   interpret it correctly.
12:26:57 15        MR. HOOD:  Okay.  Well --
12:26:57 16        MS. COLAIZZI:  But that's fine.
12:26:58 17        MR. HOOD:  Okay.  I apologize.
12:27:06 18        Q.  (BY MS. COLAIZZI)  I'd like to refer you
12:27:09 19   to the sentence towards the end of your response that
12:27:12 20   begins, "During her au pair interview . . ."  Are you
12:27:30 21   referring to the interview that you've already
12:27:32 22   described as having taken place during your third visit
12:27:55 23   to the office in downtown Bogota?
12:27:55 24        A.  Can you repeat the question?
12:27:57 25        MS. COLAIZZI:  Can you read it back,

---

87

12:27:59  1   please.
12:27:07  2        (The last question was read back as
12:27:07  3   follows:  "I'd like to refer you to the sentence
12:27:10  4   towards the end of your response that begins, 'During
12:27:12  5   her au pair interview . . .'  Are you referring to the
12:27:33  6   interview that you've already described as having taken
12:27:33  7   place during your third visit to the office in downtown
12:27:38  8   Bogota?")
12:28:39  9        A.  Yeah, that was the only interview.
12:28:40 10        Q.  (BY MS. COLAIZZI)  Okay.  And is that
12:28:44 11   sentence a true statement?
12:28:52 12        A.  Yes.
12:28:53 13        Q.  I want to describe for me the
12:28:55 14   conversation you had with the InterExchange
12:28:57 15   representative about what you would be paid per week.
12:29:15 16        A.  195 and 75 cents.
12:29:19 17        Q.  How did that conversation about the amount
12:29:21 18   come about?
12:29:28 19        A.  That was a long time ago, and I can't
12:29:31 20   remember very well.
12:29:32 21        Q.  Do you recall if the representative made
12:29:33 22   that statement to you on her -- on her or his own, or
12:29:38 23   did you ask about the weekly pay?
12:29:54 24        A.  It was within one of the agreements that I
12:29:56 25   signed with them.

---

88

12:29:57  1        Q.  Okay.  Did you discuss the amount with
12:29:59  2   anyone?
12:30:05  3        A.  No.
12:30:06  4        Q.  Did you ask any questions about the weekly
12:30:08  5   amount?
12:30:13  6        A.  No.
12:30:15  7        Q.  At the time of that interview was there
12:30:16  8   anything about the amount of 195.75 per week that
12:30:21  9   concerned you in any way?
12:30:36 10        A.  I don't understand the question.
12:30:38 11        Q.  When you heard during that interview that
12:30:40 12   you would be paid 195.75 per week, were you okay with
12:30:45 13   that?
12:31:04 14        A.  I didn't understand it very well, because
12:31:05 15   they told me in dollars.
12:31:07 16        Q.  Did you ask what that translated to in
12:31:10 17   pesos?
12:31:14 18        A.  No, they didn't tell me.
12:31:16 19        Q.  Did you ask?
12:31:18 20        A.  Yes.
12:31:18 21        Q.  And what did they tell you in response to
12:31:21 22   your question?
12:31:26 23        A.  No, they didn't explain it to me, and I
12:31:29 24   don't remember.
12:31:29 25        Q.  You don't remember what?

---

22 (Pages 85 to 88)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

89

| | | |
|---|---|---|
| 12:31:36 | 1 | A. I don't know why they didn't explain it to |
| 12:31:39 | 2 | me well. |
| 12:31:40 | 3 | Q. Did you attempt to find out from any other |
| 12:31:41 | 4 | source what 195.75 per week meant in terms of pesos? |
| 12:31:56 | 5 | A. No. |
| 12:31:59 | 6 | MS. COLAIZZI: Why don't we take an hour |
| 12:31:59 | 7 | for lunch. |
| 12:32:05 | 8 | THE DEPONENT: Thank you. |
| 12:32:05 | 9 | THE COURT: Going off the record. The |
| 12:32:06 | 10 | time is 12:31 p.m. |
| 12:32:09 | 11 | (Recess taken, 12:31 p.m. to 1:34 p.m., |
| 13:34:49 | 12 | after which time Mr. Maschler was present via |
| 13:34:49 | 13 | telephone.) |
| 13:35:01 | 14 | THE VIDEOGRAPHER: We are back on the |
| 13:35:02 | 15 | record. The time is 1:34 p.m. |
| 13:35:06 | 16 | Q. (BY MS. COLAIZZI) Good afternoon, |
| 13:35:06 | 17 | Ms. Beltran. |
| 13:35:09 | 18 | A. Good afternoon. |
| 13:35:12 | 19 | Q. Do you remember that before we broke for |
| 13:35:14 | 20 | lunch we talked about the conversation you had in |
| 13:35:18 | 21 | Colombia about the weekly stipend of 195.75? Do you |
| 13:35:24 | 22 | remember that? |
| 13:35:39 | 23 | A. Yes, ma'am. |
| 13:35:41 | 24 | Q. Do you -- did you have any other |
| 13:35:43 | 25 | conversations while you were in Colombia with anyone |

---

90

| | | |
|---|---|---|
| 13:35:46 | 1 | about the weekly pay you would receive as an au pair? |
| 13:36:01 | 2 | A. No. |
| 13:36:04 | 3 | Q. Could you take another look at Exhibit 15, |
| 13:36:06 | 4 | please. Page 2. I want to ask you a question about |
| 13:36:28 | 5 | Interrogatory 1. Do you need the interpreter to |
| 13:36:36 | 6 | translate the question and answer of Interrogatory |
| 13:36:44 | 7 | No. 1 for you? |
| 13:36:47 | 8 | A. Please. |
| 13:36:51 | 9 | THE INTERPRETER: The interpreter's |
| 13:36:53 | 10 | looking at Interrogatory 1. |
| 13:39:08 | 11 | MS. COLAIZZI: Thank you. |
| 13:39:12 | 12 | Q. (BY MS. COLAIZZI) Ms. Beltran, your |
| 13:39:15 | 13 | response to Interrogatory 1 refers to payments, as in |
| 13:39:21 | 14 | more than one payment. How many total payments did you |
| 13:39:26 | 15 | make in order to participate in the au pair program? |
| 13:39:44 | 16 | A. Two. |
| 13:39:45 | 17 | Q. Okay. I think you said before that the |
| 13:39:48 | 18 | first one was 500,000 pesos; is that correct? |
| 13:39:55 | 19 | A. Yes. |
| 13:39:55 | 20 | Q. How much was the second payment? |
| 13:40:03 | 21 | A. I'm sorry. I think I made more than two |
| 13:40:08 | 22 | payments for the program, but I don't remember. |
| 13:40:11 | 23 | Q. Do you remember the amounts of any of the |
| 13:40:13 | 24 | other payments? |
| 13:40:22 | 25 | A. I believe, but I'm not sure, that one was |

---

91

| | | |
|---|---|---|
| 13:40:25 | 1 | for 2 million pesos. |
| 13:40:27 | 2 | Q. And you believe there may have been more |
| 13:40:30 | 3 | than those two? |
| 13:40:36 | 4 | A. Yes. |
| 13:40:36 | 5 | Q. And in your response to Interrogatory 1 |
| 13:40:40 | 6 | you indicated that you paid approximately $11,000 to |
| 13:40:43 | 7 | take the various classes you needed to become an |
| 13:40:47 | 8 | au pair. Is the 11,000 figure correct, as far as you |
| 13:41:05 | 9 | know sitting here? |
| 13:41:11 | 10 | A. Yes. |
| 13:41:11 | 11 | Q. Okay. Do you remember what that was in |
| 13:41:13 | 12 | pesos? |
| 13:41:19 | 13 | A. Around 20 or 22 million pesos. |
| 13:41:24 | 14 | Q. How many post-high school classes did you |
| 13:41:27 | 15 | need to take in order to meet the requirements for the |
| 13:41:29 | 16 | au pair program? |
| 13:41:45 | 17 | A. I think it was one or two. |
| 13:41:47 | 18 | Q. And what were the subject matters of those |
| 13:41:50 | 19 | classes? |
| 13:41:58 | 20 | A. Systems. |
| 13:42:02 | 21 | Q. Anything else? |
| 13:42:04 | 22 | A. No. |
| 13:42:04 | 23 | Q. What is systems? |
| 13:42:10 | 24 | A. Like computers, computer systems. |
| 13:42:21 | 25 | Q. Ms. Beltran, I believe in the complaint it |

---

92

| | | |
|---|---|---|
| 13:42:25 | 1 | indicates that you had communications with three or |
| 13:42:29 | 2 | four potential host families; is that correct? |
| 13:42:47 | 3 | A. Yes. |
| 13:42:47 | 4 | Q. Did you select those three or four |
| 13:42:48 | 5 | families or did they select you? |
| 13:43:00 | 6 | A. Those families selected me. |
| 13:43:03 | 7 | Q. And was one of those families the Noonans? |
| 13:43:15 | 8 | A. Yes. |
| 13:43:15 | 9 | Q. How many conversations do you recall |
| 13:43:18 | 10 | having with the Noonan family prior to agreeing to |
| 13:43:22 | 11 | become their au pair? |
| 13:43:37 | 12 | A. There were many of them. I don't remember |
| 13:43:39 | 13 | how many exactly. |
| 13:43:42 | 14 | Q. More than ten or less than ten? |
| 13:43:46 | 15 | A. Probably more. |
| 13:43:47 | 16 | Q. More or less than 20? |
| 13:43:52 | 17 | A. I don't remember. |
| 13:43:55 | 18 | Q. How many conversations did you have with |
| 13:43:58 | 19 | the other host families? |
| 13:44:05 | 20 | A. There weren't -- there weren't very many |
| 13:44:07 | 21 | of them. |
| 13:44:09 | 22 | Q. Why weren't there very many conversations |
| 13:44:10 | 23 | with those other families? |
| 13:44:17 | 24 | A. Because the Noonan family was more |
| 13:44:19 | 25 | interested. |

---

23 (Pages 89 to 92)

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

93

```
13:44:19  1        Q.  Okay.  And how did you -- how was it
13:44:22  2    communicated to you that a family was or was not
13:44:25  3    interested in having you as an au pair?
13:44:42  4        A.  They would open a page where they could
13:44:44  5    see my profile, and through that page we were able to
13:44:47  6    have communication.
13:44:53  7        Q.  During your conversations with the Noonans
13:44:55  8    did you have the opportunity to communicate with all
13:44:58  9    members of the Noonan family?
13:45:00 10        A.  I only saw the girls once.
13:45:12 11        Q.  And did you speak with Mrs. Noonan more
13:45:14 12    than once?
13:45:18 13        A.  Yes.
13:45:18 14        Q.  And what about Dr. Noonan?
13:45:22 15        A.  Never.
13:45:22 16        Q.  You never spoke with Dr. Noonan?
13:45:26 17        A.  Not when I was in Colombia.
13:45:29 18        Q.  Okay.  What did you talk about with
13:45:31 19    Mrs. Noonan during those communications while you were
13:45:33 20    still in Colombia?
13:45:45 21        A.  She was interested in having me go to her
13:45:48 22    house and help her with her daughters.
13:45:50 23        Q.  Did she ask you questions?
13:45:55 24        A.  Yes.
13:45:55 25        Q.  What kinds of questions did she ask you?
```

---

94

```
13:46:04  1        A.  If I was studying and if I was playing any
13:46:09  2    instruments.
13:46:10  3        Q.  What else?
13:46:12  4        A.  She asked about my family and what they
13:46:15  5    did.
13:46:16  6        Q.  Anything else?
13:46:22  7        A.  I never had mentioned my father, so she
13:46:24  8    asked about him.
13:46:26  9        Q.  Okay.  Any other questions that you recall
13:46:28 10    Mrs. Noonan asking you?
13:46:35 11        A.  I don't remember.
13:46:36 12        Q.  Did you ask questions of Mrs. Noonan?
13:46:43 13        A.  Yes.
13:46:43 14        Q.  What kinds of things did you ask her?
13:46:52 15        A.  If the girls liked any kind of
13:46:54 16    instruments.
13:46:55 17        Q.  What else?
13:46:59 18        A.  Their favorite colors.
13:47:01 19        Q.  What else?
13:47:07 20        A.  If I could see the room where I was going
13:47:09 21    to sleep.
13:47:10 22        Q.  Did she show that to you?
13:47:16 23        A.  Yes.  She made -- she took a picture.
13:47:19 24        Q.  Okay.  And she sent that picture to you?
13:47:23 25        A.  Yes.
```

---

95

```
13:47:24  1        Q.  What other types of things did you ask
13:47:26  2    Mrs. Noonan, if any?
13:47:33  3        A.  How I was going to work with the girls.
13:47:36  4        Q.  Do you recall how she responded to that
13:47:38  5    question?
13:47:50  6        A.  She said that one of the girls was
13:47:53  7    studying Spanish, and that's one of the reasons why she
13:47:55  8    wanted to choose me, so that I could help her daughter
13:47:59  9    learn Spanish.
13:48:00 10        Q.  Did you have any difficult -- strike that.
13:48:04 11            I assume these conversations with
13:48:05 12    Mrs. Noonan were in English; is that correct?
13:48:12 13        A.  Yes, they were.
13:48:13 14        Q.  Did you have any problems communicating
13:48:14 15    with Mrs. Noonan in English during these -- during
13:48:18 16    these conversations while you were still in Colombia?
13:48:30 17        A.  Yes.
13:48:30 18        Q.  You had problems?
13:48:33 19        A.  Yes.
13:48:34 20        Q.  Did Mrs. Noonan express any concern about
13:48:38 21    her ability to communicate with you?
13:48:48 22        A.  No.
13:48:50 23        Q.  Did you have any concerns about your
13:48:51 24    ability to work for the Noonans given the language
13:48:56 25    issues?
```

---

96

```
13:49:09  1        A.  What does that mean?
13:49:11  2        Q.  Did you have any concerns about coming to
13:49:12  3    the United States and working for the Noonans as far as
13:49:15  4    your ability to communicate with them?
13:49:30  5        A.  Yes.
13:49:30  6        Q.  Did you talk about those concerns with
13:49:32  7    anyone?
13:49:38  8        A.  With -- with the lady.
13:49:39  9        Q.  With Mrs. Noonan?
13:49:41 10        A.  Yes.
13:49:42 11        Q.  And how did she respond to your concerns?
13:49:52 12        A.  She said there's no problem because the au
13:49:54 13    pairs learned English quickly.
13:49:57 14        Q.  Okay.  Did you believe the Noonan family
13:49:59 15    to have had au pairs before you?
13:50:08 16        A.  Yes.
13:50:09 17        Q.  Did you know any of those previous
13:50:12 18    au pairs personally?
13:50:19 19        A.  Yes.
13:50:20 20        Q.  Who?
13:50:24 21        A.  Priscilla.
13:50:24 22        Q.  And who is Priscilla?
13:50:27 23        A.  She was also an au pair.
13:50:29 24        Q.  And how did you meet her?
13:50:33 25        A.  At the Noonans' house.
```

24 (Pages 93 to 96)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

### 97

13:50:37 1   Q.  Was she still -- let me back up.
13:50:41 2       At the Noonans' house, after you arrived
13:50:42 3   in Colorado to begin living with the Noonans; is that
13:50:48 4   correct?
13:50:52 5       A.  Can you repeat the question?  Sorry.
13:50:56 6       Q.  You met Priscilla in the Noonans' home
13:50:59 7   after you had arrived in Colorado to begin living with
13:51:01 8   the Noonans; is that correct?
13:51:10 9       A.  True.
13:51:11 10      Q.  Okay.
13:51:12 11          MR. HOOD:  I'm just going to object to the
13:51:13 12  translation insofar as it -- it wasn't clear that --
13:51:17 13  that the question was directed to knowing when she was
13:51:20 14  in Colombia versus knowing ever the other au pairs.
13:51:27 15          MS. COLAIZZI:  I don't understand.
13:51:29 16          MR. HOOD:  When you asked whether she knew
13:51:31 17  any of the other Noonan au pairs, you asked it when she
13:51:36 18  was talking to Mrs. Noonan in Colombia.
13:51:38 19          MS. COLAIZZI:  Okay.
13:51:39 20          MR. HOOD:  Set in that point in time.  The
13:51:41 21  translation made it sound like if she'd ever came to
13:51:44 22  know.  I just want it clear --
13:51:44 23          MS. COLAIZZI:  Okay.
13:51:45 24          MR. HOOD:  -- that she may not have known
13:51:47 25  when she was talking in Colombia.

### 98

13:51:49 1          MS. COLAIZZI:  That's fine.
13:51:51 2       Q.  (BY MS. COLAIZZI) Was Priscilla still
13:51:52 3   living with the Noonans at the time you met her?
13:51:58 4       A.  Yes.
13:51:59 5       Q.  How long did she live with the Noonans
13:52:01 6   after you arrived to live with the Noonans?
13:52:13 7       A.  I think it was a month or two months.
13:52:17 8       Q.  So you both lived in the Noonans' house
13:52:19 9   for a month or two together?
13:52:28 10      A.  Yes.
13:52:28 11      Q.  During the time you were both living at
13:52:31 12  the Noonans' house, did Priscilla continue to help with
13:52:34 13  the children in any way?
13:52:50 14      A.  She gave me the introduction as far as
13:52:53 15  what I would have to do.
13:52:54 16      Q.  Okay.  But did she help you with any of
13:52:56 17  your job duties during the time you were both living in
13:53:00 18  the Noonans' house?
13:53:08 19      A.  Yes.
13:53:09 20      Q.  What did she help you with?
13:53:13 21      A.  To clean the house.
13:53:15 22      Q.  Anything else?
13:53:18 23      A.  And to --
13:53:22 24          THE INTERPRETER:  The chickens?
13:53:25 25      A.  Yeah, to take care of the chickens,

### 99

13:53:29 1   because they had chickens, the family did.
13:53:30 2       Q.  (BY MS. COLAIZZI) Okay.  Did she help you
13:53:32 3   with anything else?
13:53:33 4       A.  No.
13:53:35 5       Q.  Okay.  Do you know if --
13:53:39 6          THE DEPONENT:  (In English) I'm sorry.
13:53:39 7       A.  I'm sorry.  Can I say something else?
13:53:44 8       Q.  (BY MS. COLAIZZI) Sure.
13:53:45 9       A.  To know people around there.
13:53:47 10      Q.  She helped introduce you to people?
13:53:56 11      A.  Yes.
13:53:56 12      Q.  Okay.  Who did she introduce you to, do
13:53:58 13  you recall?
13:54:07 14      A.  People that lived there close and that
13:54:11 15  worked -- they worked in the area.
13:54:17 16      Q.  Did she introduce you to any other
13:54:18 17  au pairs, either current au pairs or former au pairs?
13:54:28 18      A.  No.
13:54:32 19      Q.  Do you know if the Noonans were paying
13:54:34 20  Priscilla during the time you were both living in the
13:54:37 21  Noonans' house?
13:54:45 22      A.  I don't think so.
13:54:46 23      Q.  Did Priscilla tell you anything about her
13:54:49 24  experience working and living with the Noonans?
13:55:01 25      A.  Something.

### 100

13:55:02 1       Q.  What did she tell you?
13:55:06 2       A.  That it was hard work.
13:55:08 3       Q.  Did she explain what she meant by "hard
13:55:12 4   work"?  Did she describe anything or identify any job
13:55:15 5   duties that she thought were hard?
13:55:27 6       A.  Yes.
13:55:27 7       Q.  What did she tell you?
13:55:37 8       A.  That before I arrived she had to clean up
13:55:40 9   something that was from the construction that they were
13:55:43 10  doing in the house.
13:55:48 11      Q.  Did she tell you what it was she had to
13:55:51 12  clean up?
13:55:53 13      A.  Yes.
13:55:54 14      Q.  What did she tell you?
13:56:00 15      A.  That the whole house needed to be cleaned
13:56:03 16  completely, the kitchen.  And to cook and to do
13:56:11 17  laundry.  And to clean the cages where the chickens
13:56:18 18  were -- would stay.  And to feed them.
13:56:27 19          MR. HOOD:  I'm going to object as to
13:56:28 20  translation.  There -- there was a point where -- can
13:56:33 21  you explain?
13:56:34 22          MR. GRANT:  Yeah.  So I thought I heard a
13:56:36 23  point where in translation the interpreter translated
13:56:41 24  it as the word "she" regarding Paola, but I think you
13:56:48 25  may have understood it as she, as Mrs. Noonan.

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

101

```
13:56:52   1         MS. COLAIZZI:  That doesn't help me at
13:56:54   2    all.  Can you be more specific about what the question
13:56:56   3    was?
13:56:58   4         MR. HOOD:  Do you remember what the
13:56:58   5    question was?
13:56:58   6         MR. GRANT:  I believe -- I believe the
13:56:58   7    question was -- it had to do with cleaning up some
13:57:01   8    construction for --
13:57:03   9         MS. COLAIZZI:  We're not talking about
13:57:04  10    Mrs. Noonan, we're talking about Priscilla.
13:57:15  11         MR. GRANT:  Or Priscilla.  I'm sorry.  I
13:57:17  12    think it was Priscilla.  But I think -- but I think
13:57:20  13    there was a misinterpretation between -- I think you
13:57:22  14    may have understood it as Priscilla when in actuality
13:57:26  15    it may have Paola.
13:57:31  16         MS. COLAIZZI:  Okay.  I'm still not sure I
13:57:32  17    understand what the exact correction is.
13:57:35  18         MR. HOOD:  Was it in the question or the
13:57:36  19    translation?
13:57:37  20         MR. GRANT:  It was in the translation.
13:57:39  21         MR. HOOD:  Of her response?
13:57:41  22         MR. GRANT:  Yes.
13:57:42  23         MR. HOOD:  So could you read back her
13:57:43  24    response to the question regarding cleaning up the
13:57:48  25    construction debris?
```

102

```
13:58:00   1         I'm going to withdraw the objection.  I
13:58:02   2    don't think it matters, so let's just carry on.  I
13:58:04   3    apologize.
13:58:05   4         THE INTERPRETER:  That's fine.  The
13:58:07   5    interpreter would just comment that if Paola was
13:58:09   6    talking about herself, she would not be using third-
13:58:12   7    person pronoun, she'd be using the first person, and
13:58:16   8    that would be yo.  But if she wasn't talking about
13:58:18   9    herself and she was talking about somebody else, she
13:58:21  10    wouldn't be using that.
13:58:22  11         MR. HOOD:  Okay.
13:58:24  12         THE INTERPRETER:  And that's just for
13:58:25  13    clarification.
13:58:25  14         MR. HOOD:  All right.  We apologize.
13:58:26  15         THE INTERPRETER:  No problem.
13:58:28  16         Q.  (BY MS. COLAIZZI)  And just for
13:58:28  17    clarification, Ms. Beltran, I've been asking you about
13:58:31  18    what Priscilla told you.  Is that how you understood
13:58:34  19    the question?
13:58:46  20         A.  Yes.
13:58:46  21         Q.  Okay.  Thank you.  Did Priscilla say
13:58:52  22    anything to you one way or the other about whether she
13:58:55  23    liked working for the Noonans or not?
13:59:07  24         A.  The work?  She liked it.
13:59:09  25         Q.  Did she have any complaints about her
```

103

```
13:59:11   1    experience that she shared with you?
13:59:22   2         A.  I'm sorry.  I wanted to go back to
13:59:24   3    something that she said.  I think that the interpreter
13:59:33   4    said that I said that she liked the job.  I wanted to
13:59:41   5    say that she didn't.  So can you ask the question
13:59:47   6    again?
13:59:48   7         Q.  I think I asked did Priscilla tell you one
13:59:52   8    way or the other whether she liked working for the
13:59:57   9    Noonans?
14:00:03  10         A.  She didn't like it.
14:00:04  11         Q.  Did she tell you why?
14:00:07  12         A.  Yes.
14:00:08  13         Q.  What did she say?
14:00:13  14         A.  That she wasn't doing an au pair's job.
14:00:23  15         Q.  Do you know whether Priscilla ever
14:00:25  16    complained to anyone about the job duties she was being
14:00:29  17    asked to perform?
14:00:39  18         A.  I don't know.
14:00:41  19         Q.  I want to go back to the conversations
14:00:42  20    that you had with Mrs. Noonan while you were still in
14:00:46  21    Colombia.
14:00:53  22         A.  That's fine.
14:00:54  23         Q.  Did you talk about what the Noonan family
14:00:56  24    was going to have you do for them during your au pair
14:01:07  25    year?
```

104

```
14:01:10   1         A.  No.  I don't remember.
14:01:17   2         Q.  Do you recall if you asked Mrs. Noonan
14:01:20   3    what she was going to have you do?
14:01:27   4         A.  Yes.
14:01:27   5         Q.  You asked?
14:01:32   6         A.  Yes.
14:01:32   7         Q.  How did she respond?
14:01:39   8         A.  That she chose me because she wanted me to
14:01:42   9    help her daughter with her Spanish.
14:01:44  10         Q.  Is that the only thing she said to you
14:01:46  11    about what she expected you to do when you lived with
14:01:48  12    her family?
14:02:01  13         A.  Well, this was a long time ago, and the
14:02:03  14    conversations were in English.
14:02:05  15         Q.  So what does that mean?  She didn't say
14:02:08  16    anything else or you didn't understand if she said
14:02:11  17    anything else?
14:02:17  18         A.  I don't think so.  I don't think she said
14:02:19  19    anything else, but I don't know.
14:02:22  20         Q.  At any point did you talk to Mrs. Noonan
14:02:25  21    about what you would be paid?
14:02:34  22         A.  Yes.
14:02:34  23         Q.  What did you talk about?
14:02:41  24         A.  Why they were paying me that.
14:02:43  25         Q.  And what did she say -- okay.  Let me back
```

26 (Pages 101 to 104)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

105

14:02:46  1   up.  When you say, "that," what are you referring to?
14:02:52  2        A.  The first week that I received a check.
14:02:54  3        Q.  Okay.  I want to stick for just a minute
14:02:57  4   with the conversations you had while you were still in
14:03:00  5   Colombia.  Okay?
14:03:07  6        A.  Okay.
14:03:08  7        Q.  While you were still in Colombia did you
14:03:10  8   have any conversations with Mrs. Noonan about what you
14:03:14  9   would be paid?
14:03:22  10       A.  No.
14:03:24  11       Q.  Did you have any conversations with
14:03:26  12   Mrs. Noonan while you were still in Colombia about how
14:03:29  13   many hours they would ask you to work in a week?
14:03:43  14       A.  I think so.
14:03:44  15       Q.  What do you recall about those
14:03:45  16   conversations?
14:03:50  17       MR. HOOD:  I'm going to mark the response
14:03:51  18   to this question and any line of questions about the
14:03:54  19   number of hours worked as confidential under the
14:03:56  20   protective order, but I instruct the witness -- I'm
14:03:59  21   sorry.  But I instruct the witness to respond to the
14:04:13  22   question.
14:04:22  23       A.  Can you repeat the question, please.
14:04:24  24       MS. COLAIZZI:  Can you read it back,
14:04:25  25   please.

---

106

14:03:44  1        (The last question was read back as
14:03:44  2   follows:  "What do you recall about those
14:03:45  3   conversations?")
14:04:38  4        Q.  (BY MS. COLAIZZI)  And just for
14:04:39  5   clarification, it was the conversations about the
14:04:41  6   number of hours they would have you work in a week.
14:04:55  7        A.  45.
14:05:15  8        Q.  Prior to going to live with the Noonans
14:05:17  9   you spent some time in New York, correct?
14:05:26  10       A.  That's true.
14:05:27  11       Q.  Okay.  And you flew to New York from
14:05:30  12   Bogota, correct?
14:05:35  13       A.  Yes.
14:05:36  14       Q.  When you flew to New York did you
14:05:37  15   understand what you would be doing during that time in
14:05:40  16   New York?
14:05:51  17       A.  Yes.
14:05:51  18       Q.  What was your understanding of what you
14:05:53  19   would be doing in New York?
14:06:01  20       A.  It was a training with other au pairs.
14:06:04  21       Q.  Did you know ahead of time what the
14:06:07  22   subject matter of that training would be?
14:06:16  23       A.  No.
14:06:18  24       Q.  Did you ask anyone?  Meaning before you
14:06:23  25   left for New York from Colombia.

---

107

14:06:27  1        A.  No.
14:06:29  2        Q.  How many days did you spend in New York
14:06:32  3   prior to going to live with the Noonans?
14:06:39  4        A.  Around a week.
14:06:42  5        Q.  And you received training during that
14:06:44  6   week; is that correct?
14:06:50  7        A.  That's true.
14:06:51  8        Q.  Okay.  What types of things did you
14:06:53  9   receive training about during that week?
14:07:08  10       A.  I don't remember everything, but I can say
14:07:10  11   that they were showing us how to change diapers, they
14:07:17  12   would have a doll that we would practice on on how to
14:07:21  13   do it.  And in case of an accident with the children,
14:07:32  14   what things we were -- we were to do.  And so we also
14:07:47  15   learned what would happen -- what to do if one of the
14:07:49  16   children were eating and started to get choking on food
14:07:53  17   and how to use first aid to -- to resolve that.
14:08:01  18       Q.  Do you recall receiving any training
14:08:03  19   during your week in New York that was not related in
14:08:05  20   some way to taking care of children?
14:08:17  21       A.  No.
14:08:27  22       Q.  When you left Colombia to travel to New
14:08:30  23   York, did you expect to be paid for your time in New
14:08:33  24   York?
14:08:42  25       A.  Yes.

---

108

14:08:42  1        Q.  And why did you expect to be paid?
14:08:50  2        A.  That was part of what happens when you
14:08:53  3   were becoming an au pair.
14:08:54  4        Q.  What do you mean, that's part of what -- I
14:08:56  5   don't understand your answer.  Can you explain?
14:09:09  6        A.  Well, when you get to the United States,
14:09:11  7   that's part of when you're becoming an au pair.
14:09:16  8        Q.  Did anybody specifically tell you that you
14:09:18  9   would be paid for any part of your time in New York?
14:09:29  10       A.  No.
14:09:31  11       Q.  Did you ask anyone that question, whether
14:09:33  12   you would be paid?
14:09:40  13       A.  No.
14:09:42  14       Q.  Did you stay in a hotel while you were in
14:09:45  15   New York?
14:09:49  16       A.  Yes.
14:09:50  17       Q.  Who paid for your hotel?
14:09:56  18       A.  I don't know very well.
14:09:57  19       Q.  Did you pay for it?
14:09:59  20       A.  No.
14:10:00  21       Q.  Did you receive any money for meals during
14:10:03  22   your time in New York?
14:10:07  23       A.  No.
14:10:17  24       Q.  Did -- during your time in New York were
14:10:19  25   you given any papers or documents to keep and take with

---

27 (Pages 105 to 108)

JOHANA PAOLA BELTRAN - 8/30/2016

Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

109

14:10:22  1  you?
14:10:32  2      A.  I don't remember.
14:10:44  3      MS. COLAIZZI:  This is 17.
14:11:04  4      (Deposition Exhibit 17 was marked.)
14:11:04  5      MS. COLAIZZI:  She'll get you another
14:11:06  6  copy.
14:11:06  7      MR. HOOD:  Okay.  Thanks.
14:11:06  8      Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
14:11:08  9  been handed what's been marked as Exhibit 17.  In
14:11:18 10  looking at this, and it comes in a variety of formats,
14:11:22 11  so are you able to tell by looking at it whether or not
14:11:25 12  you've ever seen this information before?
14:11:39 13      A.  Can I look at it?
14:11:41 14      Q.  Sure.  Absolutely.  Yeah.
14:12:05 15      (The deponent perused the exhibit.)
14:12:10 16      A.  I don't remember.
14:12:18 17      MS. COLAIZZI:  This is 18.
14:12:59 18      (Deposition Exhibit 18 was marked.)
14:12:59 19      Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
14:13:07 20  been hand -- sorry.
14:13:07 21      MS. COLAIZZI:  You may not have that one.
14:13:07 22      THE INTERPRETER:  Oh.  Okay.
14:13:07 23      Q.  (BY MS. COLAIZZI)  So let me . . .  Okay.
14:13:07 24  Ms. Beltran, you've been handed what's been marked as
14:13:10 25  Exhibit 18.  For the record, I'll state that we

---

110

14:13:16  1  received this from your counsel at approximately 7:15
14:13:20  2  last night.  Do you know what this document is?
14:13:35  3      A.  Yes.
14:13:36  4      Q.  And what is it, as far as you know?
14:13:42  5      MS. FITZGERALD:  I'm sorry, I need to
14:13:44  6  interrupt.  Which -- I don't know what you're looking
14:13:46  7  at.
14:13:47  8      MS. COLAIZZI:  Oh, I'm sorry.  It's
14:13:48  9  Beltran 518 through 543.  It may not have been in the
14:13:55 10  packet because it was a late production.  I'm sorry,
14:13:59 11  Martha.
14:14:01 12      MS. FITZGERALD:  That's all right.
14:14:03 13      A.  What page?  43?
14:14:05 14      Q.  (BY MS. COLAIZZI)  No, I'm sorry.  What is
14:14:06 15  Exhibit 18, as far as you know?
14:14:14 16      A.  I think something like this is what they
14:14:16 17  gave us.
14:14:17 18      Q.  Have you read this document before?
14:14:24 19      A.  It was in English.
14:14:25 20      Q.  Okay.  When did you receive it?
14:14:29 21      A.  I don't remember.
14:14:30 22      Q.  But this was in your possession and was
14:14:33 23  turned over to your counsel at some point; is that
14:14:35 24  correct?
14:14:46 25      A.  Can you ask me that question again?

---

111

14:14:48  1      Q.  Yes.  This was a document that you had and
14:14:51  2  then gave to your counsel; is that correct?
14:14:59  3      A.  Yes.
14:15:00  4      Q.  Okay.  And I want to make sure I
14:15:05  5  understand your answer.  Have you read this
14:15:06  6  agreement -- or this document before?
14:15:15  7      A.  Yes.
14:15:15  8      Q.  Okay.  Do you recall when you received it
14:15:17  9  the first time?
14:15:23 10      A.  I don't remember.
14:15:25 11      Q.  Do you recall if you read it when you
14:15:27 12  first received it?
14:15:35 13      A.  I tried to.
14:15:37 14      Q.  Okay.  Did you sign a document that looks
14:15:40 15  like this?
14:15:46 16      A.  I think so.
14:15:47 17      Q.  Did you attempt to get any assistance in
14:15:50 18  understanding this document before you signed it?
14:15:58 19      A.  No.
14:16:00 20      Q.  Do you recall if you received this
14:16:02 21  agreement for the first time while you were in Colombia
14:16:04 22  or while you were in the United States?
14:16:16 23      A.  I don't remember, but I think it was in
14:16:19 24  Colombia.
14:16:20 25      Q.  Why did you not try to find some

---

112

14:16:22  1  assistance in understanding the document before you
14:16:25  2  signed it?
14:16:34  3      A.  Because it was necessary to pay for
14:16:36  4  something like that.
14:16:41  5      THE DEPONENT:  (In English)  No.
14:16:44  6      THE INTERPRETER:  Oh, okay.
14:16:46  7      Q.  (BY MS. COLAIZZI)  Why don't you repeat
14:16:47  8  your answer, and we'll try again.
14:16:49  9      THE INTERPRETER:  The interpreter would
14:16:50 10  ask for a clarification.
14:16:57 11      A.  Because I had to pay for that.
14:17:02 12      Q.  (BY MS. COLAIZZI)  Meaning you had to pay
14:17:03 13  for someone to help you understand the document?
14:17:08 14      A.  Yes.
14:17:09 15      Q.  While you were living in Colombia did you
14:17:12 16  know anybody who spoke English?
14:17:17 17      A.  No.
14:17:18 18      Q.  Did anyone at the office in downtown
14:17:21 19  Bogota speak English?
14:17:27 20      A.  I don't know.
14:17:29 21      Q.  Did the people who gave you the training
14:17:32 22  in New York speak English or Spanish?
14:17:39 23      A.  English.
14:17:41 24      Q.  At any point during your week in New York
14:17:43 25  did you ask anybody who was helping with your training

---

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

113

| | |
|---|---|
| 14:17:45  1 | if they could help you understand any document? |
| 14:17:58  2 | A.  No. |
| 14:17:59  3 | Q.  Why not? |
| 14:18:04  4 | A.  Because I thought everybody there spoke |
| 14:18:06  5 | English. |
| 14:18:09  6 | Q.  But if somebody speaks English, they could |
| 14:18:12  7 | help you; isn't that right? |
| 14:18:18  8 | A.  Well, my English wasn't so good to be able |
| 14:18:20  9 | to understand it. |
| 14:18:21  10 | Q.  So you didn't think you would be able to |
| 14:18:23  11 | understand their help; is that what I'm hearing? |
| 14:18:37  12 | A.  Well, for the document, if they were to |
| 14:18:41  13 | explain it to me in English, no. |
| 14:18:42  14 | Q.  Okay.  So you believed in order to get any |
| 14:18:46  15 | assistance with the document, you needed somebody who |
| 14:18:49  16 | was bilingual in both English and Spanish; is that |
| 14:18:53  17 | correct? |
| 14:19:09  18 | A.  Yes. |
| 14:19:09  19 | Q.  When you agreed to become an au pair, did |
| 14:19:13  20 | you have any understanding of the circumstances under |
| 14:19:18  21 | which your participation in the program could end |
| 14:19:21  22 | early? |
| 14:19:38  23 | A.  What does that mean? |
| 14:19:41  24 | Q.  When you decided to become an au pair, did |
| 14:19:42  25 | you think that you could leave the program at any time? |

---

114

| | |
|---|---|
| 14:19:55  1 | A.  Yes. |
| 14:19:55  2 | Q.  Okay.  Did you believe that your host |
| 14:19:57  3 | family could decide not to have you live with them |
| 14:20:02  4 | anymore at any time? |
| 14:20:17  5 | A.  Yes. |
| 14:20:17  6 | Q.  Did you have any understanding as to |
| 14:20:19  7 | whether or not InterExchange could end your |
| 14:20:22  8 | participation in the program? |
| 14:20:34  9 | A.  No. |
| 14:20:52  10 | Q.  Prior to arriving in the United States to |
| 14:20:59  11 | begin living with the Noonans, did you have any |
| 14:21:02  12 | understanding of why your weekly pay would be 195.75? |
| 14:21:28  13 | A.  More or less. |
| 14:21:28  14 | Q.  What was your understanding? |
| 14:21:35  15 | A.  That it was a tip for helping the family |
| 14:21:37  16 | with the kids. |
| 14:21:38  17 | Q.  But do you know why the number was 195.75 |
| 14:21:43  18 | as opposed to something else? |
| 14:21:52  19 | A.  No. |
| 14:21:53  20 | Q.  At any point during your participation in |
| 14:21:55  21 | the au pair program did you come to an understanding of |
| 14:21:59  22 | why the figure was 195.75 as opposed to something else? |
| 14:22:17  23 | A.  Yes. |
| 14:22:17  24 | Q.  When did you come to an understanding of |
| 14:22:20  25 | that? |

---

115

| | |
|---|---|
| 14:22:24  1 | A.  After a week of work. |
| 14:22:25  2 | Q.  Okay.  And how did you come to that |
| 14:22:28  3 | understanding? |
| 14:22:39  4 | A.  The family said that InterExchange said |
| 14:22:42  5 | that that was going to be my weekly pay. |
| 14:22:45  6 | Q.  When did the family say that? |
| 14:22:50  7 | A.  When they gave me the first check. |
| 14:22:52  8 | Q.  How much was your first check? |
| 14:23:00  9 | A.  195 and 75 cents. |
| 14:23:03  10 | Q.  Okay.  Is that what you were expecting for |
| 14:23:05  11 | your first week of work? |
| 14:23:11  12 | A.  No. |
| 14:23:11  13 | Q.  Why not? |
| 14:23:14  14 | A.  'Cause I didn't know. |
| 14:23:16  15 | Q.  Well, weren't you told in Colombia that it |
| 14:23:19  16 | would be 195.75? |
| 14:23:27  17 | A.  Yeah, I saw that it was in a contract |
| 14:23:29  18 | there. |
| 14:23:30  19 | Q.  Okay.  So if it -- if you didn't expect to |
| 14:23:33  20 | get 195.75, what did you expect to get? |
| 14:23:47  21 | A.  I didn't understand exactly the value of |
| 14:23:50  22 | it and how much it was. |
| 14:23:53  23 | Q.  What do you mean by you didn't understand |
| 14:23:54  24 | the value of it? |
| 14:24:00  25 | A.  It was all in dollars, and it was new to |

---

116

| | |
|---|---|
| 14:24:03  1 | me. |
| 14:24:04  2 | MR. HOOD:  I'd just like to object to the |
| 14:24:06  3 | translation again, and "valor" can mean either value or |
| 14:24:10  4 | cost in English. |
| 14:24:12  5 | MS. COLAIZZI:  Okay. |
| 14:24:13  6 | Q.  (BY MS. COLAIZZI)  When you were in |
| 14:24:15  7 | Colombia, I believe it was during the interview at your |
| 14:24:18  8 | third meeting at the office in downtown Bogota you were |
| 14:24:28  9 | told that you would be paid 195.75 a week, correct? |
| 14:24:44  10 | A.  Yes, because I asked them. |
| 14:24:46  11 | Q.  Okay.  And that's what -- and you were, in |
| 14:24:48  12 | fact, paid 195.75 for your first week of work with the |
| 14:24:53  13 | Noonans, correct? |
| 14:25:03  14 | A.  Yes. |
| 14:25:03  15 | Q.  Okay. |
| 14:25:05  16 | THE VIDEOGRAPHER:  Counsel, five minutes |
| 14:25:05  17 | to media change. |
| 14:25:06  18 | MS. COLAIZZI:  Okay.  Why don't we go |
| 14:25:08  19 | ahead and change. |
| 14:25:11  20 | THE DEPONENT:  Can I have a break? |
| 14:25:13  21 | THE VIDEOGRAPHER:  Going off the record. |
| 14:25:14  22 | This is the end of Media Unit No. 2 in the videotape |
| 14:25:16  23 | deposition of Johana Paola Beltran.  The time is |
| 14:25:20  24 | 2:25 p.m.  We are off the record. |
| 14:25:24  25 | (Recess taken, 2:25 p.m. to 2:39 p.m.) |

---

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016

Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

117

14:39:52  1       THE VIDEOGRAPHER:  We are back on the
14:39:53  2   record.  This is the beginning of Media Unit No. 3 in
14:39:57  3   the videotaped deposition of Johana Paola Beltran.  The
14:40:01  4   time is 2:39 p.m.
14:40:05  5       Q.  (BY MS. COLAIZZI)  Ms. Beltran, before we
14:40:06  6   went on break we were talking about what you received
14:40:08  7   for pay your first week with the Noonans.  And you did,
14:40:20  8   in fact, receive $195.75 for the first week, correct?
14:40:33  9       A.  Yes.
14:40:33  10       Q.  Is that what you expected to receive for
14:40:35  11   your first check?
14:40:43  12       A.  Yes.
14:40:43  13       Q.  Did you have any conversations with the
14:40:45  14   Noonans about the amount of the check that first week
14:40:48  15   when you received it?
14:40:58  16       A.  Yes.
14:40:58  17       Q.  Okay.  And who started that conversation?
14:41:04  18       A.  Well, it really wasn't a conversation.
14:41:06  19       Q.  Okay.  Then tell me what you -- what you
14:41:08  20   and the Noonans talked about with respect to the check
14:41:11  21   when you received it that first week.
14:41:25  22       A.  That that was what they were going to pay
14:41:27  23   me every week because InterExchange told them that that
14:41:30  24   was the amount to pay me.
14:41:31  25       Q.  Did you have any concerns at that point

---

118

14:41:34  1   about receiving $195.75 a week?
14:41:46  2       A.  No.
14:41:55  3       Q.  Did any -- during your -- let me back up.
14:41:59  4       While you were in New York, did you meet
14:42:02  5   other individuals who were going to be au pairs in the
14:42:06  6   United States?
14:42:13  7       A.  Yes.
14:42:13  8       Q.  Did you stay in contact with any of those
14:42:16  9   individuals while you were in Colorado living with the
14:42:18  10   Noonans?
14:42:27  11       A.  Yes.
14:42:28  12       Q.  And who did you stay in contact with?
14:42:33  13       A.  With three au pairs.
14:42:35  14       Q.  Who?
14:42:38  15       A.  Adrian.  And two women.  I don't remember
14:42:45  16   their names.  We didn't speak very much.
14:42:50  17       Q.  And do you know where Adrian was living
14:42:54  18   during her time as an au pair?
14:42:58  19       A.  Yes.
14:43:03  20       Q.  Where?
14:43:05  21       A.  New Jersey.
14:43:08  22       Q.  And she was being sponsored by
14:43:10  23   InterExchange as well, as far as you know?
14:43:18  24       A.  I think she came through a different
14:43:20  25   agency.

---

119

14:43:21  1       Q.  Okay.  How many times do you think -- let
14:43:25  2   me back up.  How did you communicate with Adrian?  Am I
14:43:31  3   saying that right?  What was her name again?
14:43:33  4       A.  Adrian.
14:43:35  5       Q.  Adrian.  Sorry.  How did you communicate
14:43:40  6   with Adrian while you were living with the Noonans?
14:43:43  7   Was it telephone, email, Facebook?  What -- what
14:43:47  8   method?
14:43:48  9       A.  Facebook and Skype.
14:44:02  10       Q.  So you had access to a computer while you
14:44:04  11   were living with the Noonans?
14:44:11  12       A.  There was a computer in the room.
14:44:13  13       Q.  And were there any limits on your ability
14:44:16  14   to use it while you were living with the Noonans?
14:44:25  15       MR. HOOD:  I'm going to mark as
14:44:26  16   confidential any questions regarding Ms. Beltran's time
14:44:32  17   with the Noonans and her treatment by the Noonans under
14:44:35  18   the protective order.
14:44:54  19       Q.  (BY MS. COLAIZZI)  Do you remember the
14:44:54  20   question?
14:44:58  21       A.  Yes.
14:44:58  22       Q.  Okay.
14:45:02  23       A.  I wasn't able to use it during work hours.
14:45:05  24       Q.  And what were your work hours?
14:45:13  25       A.  I don't remember it well.  You could say

---

120

14:45:23  1   that I worked some hours in the morning, some hours in
14:45:26  2   the afternoon, and some hours at night.
14:45:31  3       Q.  Okay.  We'll come back to your experience
14:45:34  4   with the Noonans in a minute.  I want to go back to the
14:45:38  5   other two au pairs that you said that you met.  Do you
14:45:49  6   remember either of their names?
14:45:58  7       A.  I think one of them was named Valady.
14:46:03  8       THE DEPONENT:  (In English)  Lady.
14:46:04  9       THE INTERPRETER:  Lady?
14:46:04  10       THE DEPONENT:  (In English)  Uh-huh.
14:46:04  11       THE INTERPRETER:  Valady or Lady?
14:46:06  12       THE DEPONENT:  (In English)  Lady.
14:46:07  13       A.  Lady.
14:46:08  14       Q.  (BY MS. COLAIZZI)  And do you remember the
14:46:09  15   name of the other one?
14:46:11  16       A.  No.
14:46:12  17       Q.  Do you know the name of the agency that
14:46:15  18   sponsored either one of them?
14:46:22  19       A.  No.
14:46:25  20       Q.  How did you communicate with Lady and the
14:46:29  21   other au pair?
14:46:36  22       A.  Facebook.
14:46:44  23       Q.  Did Adrian tell you or post anything about
14:46:48  24   her experience as an au pair?
14:46:59  25       A.  Something.

---

Hunter + Geist, Inc.

scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

121

```
14:47:00   1          Q.  What do you recall her posting?
14:47:06   2          A.  She didn't post it, but she did tell me.
14:47:09   3          Q.  What did she tell you?
14:47:13   4          A.  Well, it was a man, not a woman.
14:47:16   5          Q.  Okay.  I'm sorry.  What did he tell you?
14:47:29   6          A.  When -- the family give him a car, and
          7   when they would go on vacation, they would continue to
14:47:32   8   pay him.
14:47:36   9          THE INTERPRETER:  Allow the interpreter to
14:47:38  10   clarify.
14:47:40  11          A.  When they would go on vacation, they would
14:47:41  12   continue to pay him.  But the kids were terrible, but
14:47:44  13   he would do things with them anyway.
14:47:56  14          Q.  (BY MS. COLAIZZI)  Anything else that he
14:48:02  15   shared with you about his au pair experience?
14:48:03  16          A.  And he was getting paid the same thing.
14:48:14  17          Q.  Meaning 195.75?
14:48:17  18          A.  Yes.
14:48:23  19          Q.  Anything else that he shared with you
14:48:25  20   about his au pair experience?
14:48:26  21          A.  I don't remember.
14:48:35  22          Q.  And all of these communications were by
14:48:39  23   Facebook or Skype?
14:48:41  24          A.  Yes.
14:48:48  25          Q.  How many times do you think you
14:48:49
```

---

122

```
14:48:50   1   communicated with him during the time you lived with
14:48:52   2   the Noonans?
14:49:03   3          A.  I don't remember.
14:49:08   4          Q.  How many times do you think you
14:49:09   5   communicated with Lady during the time you lived with
14:49:14   6   the Noonans?
14:49:22   7          A.  Not very many.
14:49:25   8          Q.  Was that a he or a she?
14:49:30   9          A.  She's a woman.
14:49:31  10          Q.  Okay.  Thank you.  Did you share anything
14:49:33  11   with you about her au pair experience?
14:49:42  12          A.  She just said that the family was nice.
14:49:46  13          Q.  Do you know what state she was living in?
14:49:54  14          A.  I'm not sure, but I think it was in
14:49:56  15   Pennsylvania.
14:49:59  16          Q.  And the other au pair that you couldn't
14:50:02  17   remember the name, do you remember how many times you
14:50:05  18   communicated with that person during the time you lived
14:50:07  19   with the Noonans?
14:50:23  20          A.  I don't think it was any more than ten
14:50:26  21   times.
14:50:26  22          Q.  Did that individual share with you --
14:50:28  23   well, let me back up.  Was it a male or a female?
14:50:32  24          A.  A woman.
14:50:33  25          Q.  Did she share anything with you about her
```

---

123

```
14:50:36   1   au pair experience?
14:50:42   2          A.  Not really.
14:50:43   3          Q.  Do you know what state she was living in?
14:50:49   4          A.  No, I don't remember.
14:50:51   5          Q.  Have you been in touch with any of these
14:50:53   6   three individuals since you left the program in
14:50:56   7   November 2012?
14:51:09   8          A.  A number of times with Adrian.
14:51:14   9          Q.  Have you communicated with him recently,
14:51:16  10   within the last six months?
14:51:21  11          A.  No.
14:51:27  12          Q.  And at any point have you discussed with
14:51:29  13   him any of the complaints you have with respect to this
14:51:32  14   lawsuit?
14:51:43  15          A.  No.
14:51:50  16          Q.  Did you meet any current or former
14:51:55  17   au pairs here in Colorado when you were living with the
14:51:58  18   Noonans?
14:52:12  19          A.  Yes.
14:52:14  20          Q.  Who did you meet?
14:52:21  21          A.  I don't remember the names of all of them,
14:52:23  22   but I remember one.
14:52:24  23          Q.  And who's that one?
14:52:29  24          A.  Kelly.
14:52:31  25          THE INTERPRETER:  Kelly?
```

---

124

```
14:52:31   1          THE DEPONENT:  (In English)  Uh-huh.
14:52:32   2          A.  Kelly.
14:52:33   3          Q.  (BY MS. COLAIZZI)  And where did you meet
14:52:34   4   Kelly?
14:52:37   5          A.  At one of the meetings of the au pairs.
14:52:45   6          Q.  During the time you lived with the Noonans
14:52:47   7   how many au pair meetings did you attend?
14:52:49   8          A.  One.
14:52:59   9          Q.  Do you recall when it was?
14:53:06  10          A.  I'm not sure, but I think it was after I
14:53:10  11   was there for a month.
14:53:12  12          Q.  Do you remember where that meeting took
14:53:15  13   place?
14:53:21  14          A.  I don't remember, but it was close there
14:53:24  15   to where I was living.
14:53:25  16          Q.  Was it in a home or some other sort of
14:53:29  17   venue?
14:53:33  18          A.  It was in a home.
14:53:34  19          Q.  Do you know whose home it was?
14:53:39  20          A.  Yes.
14:53:40  21          Q.  Whose home was it?
14:53:44  22          A.  It was a person who was a representative
14:53:46  23   of InterExchange.
14:53:48  24          Q.  Do you remember her name?
14:53:56  25          A.  I don't really remember, but I think it
```

---

31 (Pages 121 to 124)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

125

```
14:53:58   1    was something like Patti or something like that.
14:54:01   2    That's what I understood.
14:54:03   3            Q.  Could it have been Patti Hughes?
14:54:09   4            THE DEPONENT:  (In English)  I don't --
14:54:09   5        A.  I don't know.
14:54:15   6            Q.  (BY MS. COLAIZZI)  And do you remember
14:54:16   7    what -- where Kelly was from, her home country?
14:54:24   8        A.  Yes.
14:54:24   9            Q.  Where was she from?
14:54:26  10        A.  Colombia.
14:54:35  11            Q.  Did you communicate with Kelly after that
14:54:39  12    meeting where you first met her?
14:54:53  13        A.  Yes.
14:54:53  14            Q.  What method did you use, phone, email,
14:54:55  15    Skype, Facebook?
14:55:01  16        A.  Facebook.
14:55:07  17            Q.  And did Kelly share with you anything
14:55:10  18    about her au pair experience during your communications
14:55:12  19    with her?
14:55:24  20        A.  Somewhat.
14:55:24  21            Q.  What did she share with you?
14:55:36  22        A.  That we were being represented by the same
14:55:39  23    company, InterExchange.
14:55:42  24            Q.  Anything else?
14:55:47  25        A.  And she changed families.
```

126

```
14:55:49   1            Q.  Did she say why?
14:55:54   2        A.  I -- I don't think so.  I don't remember.
14:55:59   3            Q.  Anything else that you recall
14:56:01   4    communicating about with Kelly?
14:56:10   5        A.  I think she changed families two or three
14:56:14   6    times.
14:56:15   7            Q.  Anything else that you recall?
14:56:20   8        A.  She went back to Colombia.
14:56:22   9            Q.  Okay.  Do you know when that was?
14:56:25  10        A.  Oh, no.
14:56:29  11            Q.  How many times do you think you
14:56:30  12    communicated with Kelly during the time you lived with
14:56:32  13    the Noonans?
14:56:42  14        A.  I don't know.  I don't remember.
14:56:46  15            Q.  Have you been in communication with her in
14:56:48  16    the last six months?
14:56:53  17        A.  No.
14:56:54  18            Q.  Do you remember roughly when the last time
14:56:56  19    was that you communicated with her?
14:57:06  20        A.  I think it was more than a year.
14:57:10  21            Q.  Other than Kelly, were there any au pairs
14:57:12  22    that you met at that au pair meeting that you continued
14:57:15  23    to communicate with during your time with the Noonans?
14:57:26  24        A.  Can you repeat the question, please.
14:57:28  25            Q.  Other than Kelly, were there other
```

127

```
14:57:30   1    au pairs that you met at that meeting that you
14:57:32   2    continued to communicate with during your time with the
14:57:34   3    Noonans?
14:57:43   4        A.  Yes.
14:57:50   5            Q.  But you don't remember the names?
14:57:53   6        A.  No.
14:57:54   7            Q.  Do you remember countries?
14:57:59   8        A.  One was from Mexico.
14:58:02   9            Q.  Any others you recall?
14:58:04  10        A.  No.
14:58:16  11            Q.  You mentioned a little bit ago about the
14:58:21  12    hours that you worked for the Noonans.
14:58:32  13            MR. HOOD:  I'm going to mark any
14:58:36  14    descriptions of Ms. Beltran's time with the Noonans or
14:58:40  15    treatment by the Noonans as confidential under the
14:58:43  16    protective order.
14:58:54  17            Q.  (BY MS. COLAIZZI)  Did the Noonans make a
14:58:56  18    schedule for you every week?
14:59:04  19        A.  Not always.
14:59:07  20            Q.  Did they at any time create a schedule for
14:59:10  21    you?
14:59:16  22        A.  Somewhat.
14:59:20  23            Q.  Do you how many -- do you have any idea,
14:59:22  24    out of the, you know, few weeks that you were there,
14:59:24  25    how many weeks you had a schedule prepared for you?
```

128

```
14:59:40   1        A.  I don't remember.
14:59:42   2            Q.  Were you given copies of the schedules
14:59:44   3    when they were prepared?
14:59:54   4        A.  No.  Because she would make it, and then
14:59:57   5    she would change it again every -- frequently.
15:00:00   6            Q.  Was it posted somewhere in the house so
15:00:02   7    you knew what you were supposed to be doing?
15:00:17   8        A.  Yes, it was posted in the kitchen.
15:00:20   9            MR. HOOD:  I'm going to object as to the
15:00:21  10    translation of "frequently."  The meaning of what
15:00:24  11    Ms. Beltran said in Spanish was once in a while.
15:00:31  12            THE INTERPRETER:  Could the interpreter
15:00:32  13    ask to have that question repeated where that was?
15:59:42  14            (The question beginning on page 128,
15:59:42  15    line 2 was read back as follows:  "Were you given
15:59:42  16    copies of the schedules when they were prepared?")
15:00:50  17        A.  No.
15:00:58  18            Q.  (BY MS. COLAIZZI)  So you weren't given a
15:00:59  19    copy, but it was posted in the kitchen; is that
15:01:01  20    correct?
15:01:07  21        A.  The first time.
15:01:11  22            Q.  What happened with the schedule after the
15:01:12  23    first time?
15:01:23  24        A.  Well, she said that she would have to make
15:01:26  25    changes, and then she would forget and wouldn't put it
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

129

up anymore.

Q. So if you didn't have a schedule to look at, how did you know what you were supposed to be doing when?

A. And she would tell me that day from one hour to the next hour what to do.

Q. Did you keep any records of what -- let me back up.

I'm assuming that by "she," you mean Mrs. Noonan; is that correct?

A. Yes.

Q. Did you ever take direction as far as what you were supposed to be doing from anyone other than Mrs. Noonan?

A. No.

Q. Did you make any effort to keep a record of the hours that you worked or the things that the Noonans asked you to do on a daily basis?

A. No.

MS. COLAIZZI: 19.

THE DEPONENT: Thank you.

(Deposition Exhibit 19 was marked.)

Q. (BY MS. COLAIZZI) Ms. Beltran, you've been handed what's been marked as Exhibit 19. Do you recognize this document at all?

---

130

A. I'm looking at it. No.

Q. Do you recall if you received anything like this during your training in New York?

A. I'm not sure, but I don't think so.

Q. When you first arrived to work for the Noonans, did you have kind of a first conversation with Mrs. Noonan about what she was going to expect of you?

A. Like what?

Q. Was there some point when you arrived when Mrs. Noonan explained to you what she was going to expect you to do?

A. No.

Q. So did she just tell you on a day-to-day basis?

A. Yes.

Q. You mentioned before that you worked some hours in the morning. Explain to me generally what your mornings looked like while you were working for the Noonans.

A. Something around like this. That we'd start out at 7:00, clean the kitchen, and then from there do laundry and then have a break.

Q. Did Ms. Noonan schedule your breaks?

A. Well, they really weren't breaks.

Q. What were they? It was your word. So

---

131

what were they?

A. If it was like that I didn't -- she didn't need me to do anything else at that moment because I was going to do something else later on in the afternoon or in the evening.

Q. So your mornings typically involved cleaning the kitchen and laundry. Anything else?

A. And then it would be starting out with the chickens.

Q. What do you mean, "starting out with the chickens"?

A. Giving them food. Feeding them.

Q. Did you feed them every day?

A. Yes.

Q. Did you do anything with the children in the mornings?

A. No.

Q. No. How old were the children?

A. I think the youngest was 9 or 10. And the oldest was 12. I think.

Q. Did you have a good relationship with the children?

A. Yes.

Q. So you mentioned that in the mornings you cleaned the kitchen. Was that every morning?

---

132

A. Yes.

Q. And did Mrs. Noonan ask you to do that?

A. Yes, of course.

Q. Did the family usually eat breakfast in the kitchen in the mornings?

A. Yes.

Q. So when you cleaned it, it would be after breakfast?

A. Before.

Q. You cleaned the kitchen before breakfast?

A. Yes.

Q. What did you have to do when you cleaned the kitchen? Walk me through the things you had to do.

A. Wash the dishes. To clean around the counters, and clean the stove. And sometimes the refrigerator.

Q. Anything else?

A. And sweep and clean the floor too.

Q. Anything else?

A. Not that I can recall.

Q. If you were cleaning before breakfast, what things were you washing?

A. The ones from the night before.

Q. Did you ever have to clean the kitchen in the -- at night?

---

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

133

| | | |
|---|---|---|
| 15:09:27 | 1 | A. In the afternoon. |
| 15:09:28 | 2 | Q. Before dinner? |
| 15:09:31 | 3 | A. Yes, of course. |
| 15:09:40 | 4 | Q. So if you cleaned the kitchen and then the |
| 15:09:42 | 5 | family ate breakfast, did you ever have to clean the |
| 15:09:45 | 6 | kitchen after they ate breakfast? |
| 15:09:56 | 7 | A. I think that those plates were from |
| 15:09:58 | 8 | breakfast. |
| 15:10:06 | 9 | Q. What -- you testified a minute ago that |
| 15:10:09 | 10 | you cleaned the kitchen before breakfast; is that |
| 15:10:11 | 11 | correct? |
| 15:10:18 | 12 | A. Yes. |
| 15:10:18 | 13 | Q. Did you clean it again after breakfast? |
| 15:10:26 | 14 | A. It was around in the afternoon. |
| 15:10:29 | 15 | Q. Okay. |
| 15:10:29 | 16 | A. Yeah. |
| 15:10:30 | 17 | Q. Did the family eat lunch or a midday meal |
| 15:10:34 | 18 | in the kitchen? |
| 15:10:40 | 19 | A. I don't know. |
| 15:10:43 | 20 | Q. Were you not in the house during the |
| 15:10:45 | 21 | midday? |
| 15:10:50 | 22 | A. Yes. |
| 15:10:50 | 23 | Q. But you don't know if they ate? |
| 15:11:02 | 24 | A. Well, no, because when they were in the |
| 15:11:04 | 25 | kitchen, she would put me out on the patio to do other |

134

| | | |
|---|---|---|
| 15:11:07 | 1 | things, so I wouldn't be in there. |
| 15:11:09 | 2 | Q. Okay. So the morning was usually cleaning |
| 15:11:14 | 3 | the kitchen, laundry, and feeding the chickens. |
| 15:11:19 | 4 | Anything else? |
| 15:11:29 | 5 | A. I don't remember many other things. |
| 15:11:31 | 6 | Q. Did you eat breakfast in the morning? |
| 15:11:36 | 7 | A. Yes. |
| 15:11:36 | 8 | Q. Did you eat with the family? |
| 15:11:39 | 9 | A. No. |
| 15:11:40 | 10 | Q. Did you eat before or after? |
| 15:11:45 | 11 | A. Before. |
| 15:11:50 | 12 | Q. So if your morning was kitchen, laundry, |
| 15:11:53 | 13 | chickens, what did you do in the afternoon? |
| 15:12:07 | 14 | A. Clean the rooms. And the rest of |
| 15:12:11 | 15 | the -- the rest of the -- and the rest of the house. |
| 15:12:17 | 16 | Q. Every day? |
| 15:12:20 | 17 | A. Yes. And the bathrooms too. |
| 15:12:26 | 18 | Q. Anything else that you did in the |
| 15:12:28 | 19 | afternoon generally? |
| 15:12:35 | 20 | A. Sometimes. |
| 15:12:35 | 21 | Q. What things? |
| 15:12:38 | 22 | A. The patio. |
| 15:12:39 | 23 | Q. What about the patio? |
| 15:12:45 | 24 | A. Things like cutting roses and things like |
| 15:12:49 | 25 | that. And to pick up the apples. |

135

| | | |
|---|---|---|
| 15:12:54 | 1 | Q. Off an apple tree? |
| 15:13:01 | 2 | A. Yes. |
| 15:13:02 | 3 | Q. What other types of things might you be |
| 15:13:04 | 4 | asked to do in the afternoon? |
| 15:13:11 | 5 | A. I'm sorry? |
| 15:13:12 | 6 | Q. Is there anything else that you were asked |
| 15:13:14 | 7 | to do in the afternoon? |
| 15:13:24 | 8 | A. I don't remember. |
| 15:13:29 | 9 | Q. Did you have to prepare breakfast for the |
| 15:13:34 | 10 | family ever? |
| 15:13:41 | 11 | A. Only when they were on vacation, around a |
| 15:13:45 | 12 | trip. |
| 15:13:45 | 13 | Q. You prepared breakfast for the family when |
| 15:13:48 | 14 | they were on vacation? |
| 15:13:55 | 15 | A. For the kids. |
| 15:13:56 | 16 | Q. When the parents were on vacation? |
| 15:14:01 | 17 | A. Yes. |
| 15:14:02 | 18 | Q. Okay. Did you ever have to prepare a |
| 15:14:04 | 19 | midday meal for the family? |
| 15:14:13 | 20 | A. Yes. |
| 15:14:13 | 21 | Q. How often? |
| 15:14:16 | 22 | A. Every day. |
| 15:14:17 | 23 | Q. Okay. Did you feed -- did you prepare a |
| 15:14:19 | 24 | midday meal for only the children or for other family |
| 15:14:23 | 25 | members as well? |

136

| | | |
|---|---|---|
| 15:14:28 | 1 | A. For the whole family. |
| 15:14:30 | 2 | Q. Was Dr. Noonan typically home during the |
| 15:14:34 | 3 | day? |
| 15:14:38 | 4 | A. No. |
| 15:14:39 | 5 | Q. So when you had to prepare a meal, it was |
| 15:14:41 | 6 | for the children and for Mrs. Noonan? |
| 15:14:50 | 7 | A. For everyone. |
| 15:14:51 | 8 | Q. For those three? |
| 15:14:55 | 9 | A. With the husband. |
| 15:14:57 | 10 | Q. But he wasn't there, right? |
| 15:15:05 | 11 | A. But what I was preparing was not lunch, it |
| 15:15:08 | 12 | was for dinner. |
| 15:15:09 | 13 | Q. Okay. Did you ever have to cook for |
| 15:15:11 | 14 | lunch? |
| 15:15:18 | 15 | A. No. It was just snacks. |
| 15:15:21 | 16 | Q. Okay. You had to prepare snacks? |
| 15:15:28 | 17 | A. Yes. |
| 15:15:28 | 18 | Q. Okay. What kinds of things? When you |
| 15:15:31 | 19 | say, "snacks," what do you mean? |
| 15:15:42 | 20 | A. Things like sausages and -- and potatoes. |
| 15:15:47 | 21 | You know, I don't know what they call them here, but |
| 15:15:50 | 22 | like things that you could just pop in the microwave. |
| 15:15:53 | 23 | Q. Okay. Did you do that every day? |
| 15:15:56 | 24 | A. Not every day. |
| 15:15:58 | 25 | Q. And those things were for -- the snacks |

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

137

15:16:00 1 were for the children and for Mrs. Noonan?

15:16:08 2 A. For the -- for the kids.

15:16:10 3 Q. Okay. Did you ever have to prepare any

15:16:12 4 lunch for anyone other than the kids?

15:16:22 5 A. No.

15:16:23 6 Q. No. And then you said earlier that you

15:16:28 7 cooked for dinner?

15:16:35 8 A. Yes.

15:16:36 9 Q. Was that every day?

15:16:39 10 A. Yes.

15:16:39 11 Q. Did anyone help you?

15:16:46 12 A. Sometimes the -- the lady -- the husband

15:16:50 13 and the wife did. I'm sorry. Sometimes the man would.

15:16:56 14 Q. Sometimes Dr. Noonan helped you cook?

15:17:00 15 A. Yeah. When there was cooking to be done

15:17:03 16 in the evening.

15:17:08 17 Q. Did you have any -- any duties that you

15:17:13 18 performed for the children in the afternoon generally?

15:17:22 19 A. No.

15:17:26 20 Q. And you also testified earlier, then, that

15:17:28 21 you had additional duties in the evening; is that

15:17:31 22 correct?

15:17:39 23 A. Yes.

15:17:39 24 Q. What were those duties?

15:17:48 25 A. Sometimes it would involve dusting around

---

138

15:17:50 1 the house.

15:17:52 2 Q. What else?

15:17:58 3 A. And if the parents were out, I had to go

15:18:01 4 tell the kids that it was bedtime.

15:18:05 5 Q. What else?

15:18:09 6 A. And to sweep up around the pool.

15:18:15 7 Q. Did the Noonans let you use the pool?

15:18:20 8 A. No.

15:18:22 9 Q. Did you ever ask?

15:18:26 10 A. Yes.

15:18:26 11 Q. And who did you ask? Mrs. Noonan?

15:18:32 12 A. Mrs. Noonan.

15:18:33 13 Q. And she told you no?

15:18:40 14 A. She said that it was just for the kids,

15:18:43 15 that was all. The boys.

15:18:45 16 Q. I'm sorry, what was the last?

15:18:47 17 A. The boys. Oh. No. It's for the girls.

15:18:52 18 Q. The girls. Okay. Did Mr. -- did Dr. or

15:18:55 19 Mrs. Noonan ever used the pool that you observed?

15:19:08 20 A. I just saw the doctor, I saw him use it

15:19:11 21 once, and with the kids.

15:19:19 22 Q. So so far the only thing you've told me

15:19:22 23 that you had to do for the kids was cook their

15:19:22 24 breakfast when their parents were gone, cook snacks

15:19:28 25 around lunch, and tell them it was bedtime. Are there

---

139

15:19:35 1 any other duties you were asked to do with respect to

15:19:38 2 the children?

15:19:58 3 A. Yes.

15:19:58 4 Q. What?

15:20:03 5 A. To pack up their water bottles before they

15:20:07 6 were getting ready to go out to play.

15:20:10 7 Q. Anything else?

15:20:10 8 A. No.

15:20:16 9 Q. Did you ever pack lunches for school?

15:20:23 10 A. No.

15:20:23 11 Q. Did you ever help with homework?

15:20:26 12 A. No.

15:20:28 13 Q. Did you ever help the one daughter with

15:20:31 14 Spanish?

15:20:37 15 A. One time.

15:20:40 16 Q. Anything else that you were asked to do

15:20:42 17 with respect to the children?

15:20:48 18 A. No.

15:20:55 19 Q. And you testified earlier that when you

15:20:57 20 were in Colombia Mrs. Noonan sent you a picture of your

15:21:01 21 bedroom; is that correct?

15:21:13 22 A. Yes.

15:21:13 23 Q. And is the room that was sent to you in

15:21:16 24 the picture the room that you actually stayed in when

15:21:19 25 you lived with the Noonans?

---

140

15:21:29 1 A. Yes.

15:21:32 2 Q. And was that bedroom satisfactory to you?

15:21:43 3 A. Yes, except for one thing.

15:21:45 4 Q. And what was that?

15:21:48 5 A. At night it was too cold.

15:21:53 6 Q. Did you talk to the Noonans about that?

15:21:57 7 A. No.

15:22:06 8 Q. You've mentioned in the course of this

15:22:07 9 lawsuit that you -- that the Noonans did not provide

15:22:11 10 you with meals; is that correct?

15:22:24 11 A. Yes.

15:22:25 12 Q. Explain to me what the arrangement was

15:22:27 13 with the Noonans in terms of your meals.

15:22:40 14 A. There was no arrangement.

15:22:41 15 Q. Were you able to use the food in the

15:22:46 16 refrigerator?

15:22:49 17 A. No.

15:22:50 18 Q. So what food were you supposed to use?

15:23:01 19 A. She would sometimes purchase things and

15:23:04 20 she would give them to me.

15:23:05 21 Q. Did you ask her to do that?

15:23:11 22 A. No.

15:23:12 23 Q. Did you eat meals with the family?

15:23:19 24 A. No.

15:23:22 25 Q. So did you have a conversation with

---

35 (Pages 137 to 140)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

## 141

```
15:23:25   1   Mrs. Noonan about how you were supposed to eat?
15:23:37   2        A.  Yes.
15:23:37   3        Q.  Tell me what happened during that
15:23:38   4   conversation.
15:23:45   5        A.  She said that we couldn't take anything
15:23:48   6   from her kitchen because it was very expensive organic
15:23:55   7   food.  But she said she was going to buy food for us
15:24:07   8   that was at a different time or a different kind of
15:24:11   9   food.
15:24:11  10        Q.  When you say, "buy food for us," who is
15:24:14  11   us?
15:24:19  12        A.  With Priscilla, when Priscilla was there.
15:24:23  13        Q.  And you're tell -- and your testimony is
15:24:26  14   that she did that sometimes, but not always, meaning
15:24:29  15   buy you food?
15:24:37  16        A.  Not always.
15:24:42  17        Q.  Did you ever have another conversation
15:24:43  18   with Mrs. Noonan about the fact that you didn't have
15:24:46  19   any -- you know, didn't have enough to eat?
15:24:55  20        A.  One time.
15:24:56  21        Q.  Okay.  Explain to me what happened during
15:24:58  22   that conversation.
15:25:08  23        A.  We told her that, and she gave us a lot of
15:25:11  24   pizza, then, that had been left over from a party that
15:25:14  25   the kids had.
```

## 142

```
15:25:17   1        Q.  Were there any other conversations you had
15:25:19   2   with Mrs. Noonan about your meal arrangements?
15:25:30   3        A.  No.
15:25:38   4        Q.  Did Priscilla say anything to you about
15:25:41   5   her experiences with the Noonans in terms of meals?
15:25:55   6        A.  Somewhat.
15:25:55   7        Q.  What did she tell you?
15:26:04   8        THE INTERPRETER:  I'm sorry, the
15:26:05   9   interpreter's having trouble understanding the . . .
15:26:08  10        A.  She said that she was disappointed.
15:26:17  11        Q.  (BY MS. COLAIZZI)  What was she
15:26:17  12   disappointed about?
15:26:23  13        A.  She was disappointed about that part of
15:26:26  14   the things with the Noonans.
15:26:29  15        Q.  So was it your understanding that
15:26:31  16   Priscilla had the same experience with meals that you
15:26:34  17   did?
15:26:45  18        A.  Yes.
15:26:45  19        Q.  Okay.
15:26:50  20        MR. HOOD:  Brooke, when you're at a good
15:26:53  21   stopping point, could we go off the record for a
15:26:55  22   minute?
15:26:56  23        MS. COLAIZZI:  Yeah.  This is fine.  We
15:26:58  24   can take a break.
15:26:59  25        THE VIDEOGRAPHER:  Going off the record.
```

## 143

```
15:27:00   1   The time is 3:26 p.m.
15:27:04   2        (Discussion off the record.)
15:28:04   3        MS. COLAIZZI:  20.
15:28:05   4        THE VIDEOGRAPHER:  We are back on the
15:28:06   5   record.  The time is 3:27 p.m.
15:28:09   6        MS. COLAIZZI:  I apologize.  I jumped the
15:28:11   7   gun.  Exhibit 20.
15:28:27   8        (Deposition Exhibit 20 was marked.)
15:28:27   9        Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
15:28:28  10   been handed what's been marked as Exhibit 20.  And,
15:28:37  11   again, you may or may not have seen this information in
15:28:40  12   a different format, but feel free to look at it, and
15:28:43  13   then I'd like to know if you've ever seen this
15:28:47  14   information before?
15:28:58  15        MS. COLAIZZI:  For the record, it's a copy
15:28:59  16   of 22 C.F.R. 62.31.  I apologize.  If you don't have
15:29:06  17   it, we can get you a copy.
15:29:12  18        MS. HAZEL:  We do.
15:29:17  19        MR. HOOD:  Brooke, can you just clarify
15:29:19  20   whether this is the -- current reg?  This says
15:29:22  21   current as of 2008.  I don't know if that's . . .
15:29:27  22        MS. COLAIZZI:  Yeah, it should be.
15:29:28  23        MR. HOOD:  Okay.
15:29:32  24        MS. COLAIZZI:  I'll double check.  It
15:29:34  25   should be.  If not, we'll substitute the current --
```

## 144

```
15:29:37   1   current version.
15:29:38   2        Q.  (BY MS. COLAIZZI)  Have you had a chance,
15:30:35   3   Ms. Beltran, to look at Exhibit 20?
15:30:42   4        A.  Read?  Yes, I looked at it just now.
15:30:45   5        Q.  Do you know if you have seen this
15:30:47   6   information before today?
15:30:55   7        A.  I don't understand.
15:30:57   8        Q.  I'll represent to you that it is a copy of
15:31:01   9   22 C.F.R. 62.31, the U.S. Department of State
15:31:16  10   regulations regarding the au pair program.  Are you
15:31:26  11   aware today that the U.S. Government has regulations
15:31:29  12   regarding the au pair program?
15:31:40  13        A.  Yes.
15:31:40  14        Q.  Before you arrived in Colorado to work
15:31:42  15   with the Noonans, were you aware that the U.S.
15:31:46  16   Government had regulations regarding the au pair
15:31:48  17   program?
15:31:59  18        A.  No.
15:32:01  19        Q.  At any time during your participation in
15:32:02  20   the program were you aware that the federal government
15:32:05  21   had regulations regarding the au pair program?
15:32:20  22        A.  Excuse me, could you repeat the question?
15:32:23  23        MS. COLAIZZI:  Can you read it back?
15:32:01  24        (The last question was read back as
15:32:01  25   follows:  "At any time during your participation in the
```

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

145

| | |
|---|---|
| 15:32:02 | 1 |

program, were you aware that the federal government had
regulations regarding the au pair program?")
    A.  No.
    Q.  (BY MS. COLAIZZI)  Do you recall a time
frame after you left the program at which you became
aware that there were U.S. Government regulations
regarding the au pair program?
    MR. HOOD:  I'm going to object as to
privilege and instruct the -- Ms. Beltran not to
respond to the extent that she had any conversations
with counsel, with her attorney, about the regulations,
but to otherwise respond to the question.
    Q.  (BY MS. COLAIZZI)  And for clarification,
I don't want to know how you learned, I want to know
when you learned.
    A.  I don't remember.
    Q.  Have you ever read the U.S. Government
regulations regarding the au pair program?
    A.  I don't remember.
    Q.  Did anyone give you a copy of them at any
point during your participation in the au pair program?
    A.  I don't remember.
    Q.  If you were given documents by anyone
during the course of your application and participation
in the program, did you keep those documents?

---

146

    A.  What does that mean?
    Q.  If you were given any documents during
your application process or during your participation
in the program, did you keep them?
    A.  Perhaps.
    Q.  Do you currently have in your possession
any documents related to your application for or
participation in the au pair program that you have not
given your lawyers?
    A.  No.
    MS. COLAIZZI:  21.
    (Deposition Exhibit 21 was marked.)
    Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
been handed what's been marked as Exhibit 21.  Feel
free to look at it.
    (The deponent perused the exhibit.)
    Q.  Ms. Beltran, have you seen Exhibit 21
before?
    A.  No.
    Q.  Can you please turn back to Exhibit 15.
I'd like to turn your attention to page 4 and 5,
Interrogatory 6.  Would you like the interpreter to
read the question and answer to you?
    A.  Please.
    MS. COLAIZZI:  Please go ahead.

---

147

    THE INTERPRETER:  The interpreter is
reading Interrogatory No. 6.
    The interpreter's finished reading the
Interrogatory No. 6.  And then the response.
    MR. HOOD:  We're going to object to the
translation, because the -- the interpreter used the
word for mistreat instead -- for abuse when translating
the response.
    MS. COLAIZZI:  What word do you think
should be used?
    MR. GRANT:  Abuse.  You could use the verb
abuso.
    THE INTERPRETER:  The interpreter
disagrees.  The abuse that's most common in Spanish
actually has to do with something that's sexual, and
the -- the corresponding term in English "abuse" I
think should be more akin to mistreatment or malos
tratos in Spanish.  So I will stick by what I used
there.
    Q.  (BY MS. COLAIZZI)  Ms. Beltran, is your
response to Interrogatory No. 6 accurate?
    A.  Yes.
    Q.  Who was it that you contacted in November
2012?
    A.  When I was working with the Noonans?

---

148

    Q.  Well, I'm referring specifically to your
response to Interrogatory 6, where you indicate that --
    THE DEPONENT:  (In English.)  Oh.
    Q.  (BY MS. COLAIZZI)  -- you contacted a
representative of InterExchange in November 2012.
    A.  Okay.
    Q.  Who did you contact?
    A.  With InterExchange in New York.
    Q.  And how did you contact them?  Phone,
email?  By what method?
    A.  By phone.
    Q.  And where did you find the phone number to
call?
    A.  Nowhere.
    Q.  Did you have the number with you when you
were living with the Noonans?
    A.  They called me.
    Q.  InterExchange called you?
    A.  Yes.
    Q.  Okay.  Who called you from InterExchange?
    A.  What's that?
    Q.  Who contacted you from InterExchange?
    A.  I don't know.
    Q.  Was it a male or female?
    A.  A woman.

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

149

15:44:25  1    Q. And why was she calling you?
15:44:32  2    A. Because she knew that I wanted to leave
15:44:35  3  the house.
15:44:36  4    Q. And how did she know that?
15:44:44  5    A. I don't know, but I think the Colorado
15:44:46  6  representative told them.
15:44:47  7    Q. Had you told the Colorado representative
15:44:49  8  that you wanted to leave?
15:44:55  9    A. No.
15:44:56  10   Q. So how would she possibly know that you
15:45:00  11  wanted to leave?
15:45:04  12   A. The family.
15:45:04  13   Q. You told the family you wanted to leave?
15:45:09  14   A. Yes.
15:45:09  15   Q. When did you tell the family you wanted to
15:45:11  16  leave?
15:45:16  17   A. I don't remember exactly.
15:45:17  18   Q. Do you remember the month?
15:45:20  19   A. No.
15:45:22  20   Q. Do you remember how long it was after you
15:45:23  21  started?
15:45:33  22   A. It was around probably when I was about
15:45:37  23  finished with three months, around there.
15:45:40  24   Q. And what did you tell the family about why
15:45:42  25  you wanted to leave?

---

150

15:45:53  1    A. I told them really that they didn't really
15:45:55  2  need an au pair, that what they really needed was a
15:46:00  3  housekeeper.
15:46:00  4    Q. Prior to talking to the family about
15:46:03  5  wanting to leave, had you talked about your concerns
15:46:05  6  with your experience with anyone else?
15:46:19  7    A. Yes.
15:46:19  8    Q. Who?
15:46:23  9    A. With my mom.
15:46:23  10   Q. Okay. Anyone other than your mother?
15:46:28  11   A. No.
15:46:29  12   Q. Who was it from the Noonan family that you
15:46:33  13  told you wanted to leave?
15:46:40  14   A. With Mrs. Noonan.
15:46:45  15   Q. And how did she respond?
15:46:52  16   A. She asked me if I could wait a little
15:46:54  17  while longer.
15:46:54  18   Q. Did she say why?
15:47:00  19   A. She had a lot of things that had piled up
15:47:03  20  on her.
15:47:04  21   Q. Like what types of things, do you know?
15:47:13  22   A. She was going to have some remodeling done
15:47:15  23  in the house, and she needed some help with that.
15:47:19  24   Q. Okay. Was Priscilla still living in the
15:47:22  25  house at the time you told Mrs. Noonan you wanted to

---

151

15:47:26  1  leave?
15:47:30  2    A. No.
15:47:35  3    Q. How did you respond to Mrs. Noonan's
15:47:38  4  request that you wait a little while longer?
15:47:50  5    A. I told her that I was sorry, but I
15:47:53  6  couldn't. I didn't want to stay any longer.
15:47:56  7    Q. And how did she respond to that?
15:48:01  8    A. She said she was going to talk to the
15:48:02  9  representative.
15:48:05  10   Q. Prior to your conversation with
15:48:07  11  Mrs. Noonan, had you made any effort to reach out to
15:48:10  12  anyone from InterExchange about your concern?
15:48:23  13   A. Yes.
15:48:23  14   Q. Who did you -- how? Or who did you try to
15:48:27  15  contact and by what method?
15:48:34  16   A. When they called me directly from
15:48:37  17  InterExchange in New York.
15:48:38  18   Q. But that was after your conversation with
15:48:40  19  Mrs. Noonan, correct?
15:48:45  20   A. Yes.
15:48:45  21   Q. Okay. Before your conversation with
15:48:47  22  Mrs. Noonan, did you make any effort to contact
15:48:50  23  InterExchange about your concern?
15:48:59  24   A. No.
15:48:59  25   Q. Why not?

---

152

15:49:02  1    A. I didn't know how to get ahold of them.
15:49:05  2    Q. You had access to a computer, right?
15:49:10  3    A. Yes.
15:49:10  4    Q. Could you have looked on the Internet?
15:49:16  5    A. I didn't know how.
15:49:18  6    Q. Did you know how to run a search engine?
15:49:27  7    A. For why?
15:49:28  8    Q. Did you know how to use the Internet at
15:49:33  9  that time?
15:49:39  10   A. The basic.
15:49:40  11   Q. You could use Facebook, right?
15:49:44  12   A. Yes.
15:49:44  13   Q. Did you ever use Google?
15:49:49  14   A. Yes.
15:49:50  15   Q. And did you know how to search for
15:49:51  16  something in Google?
15:49:57  17   A. Yes.
15:49:57  18   Q. You mentioned before you had been to a
15:49:59  19  meeting at Patti's house, correct?
15:50:07  20   THE DEPONENT: Si. (In English) Sorry.
15:50:07  21   A. Yes.
15:50:08  22   Q. (BY MS. COLAIZZI) Other than that
15:50:10  23  meeting, had you had any contact with Patti at any
15:50:13  24  other times during your experience -- during your time
15:50:15  25  with the Noonans?

---

38 (Pages 149 to 152)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

153

```
15:50:23   1        A.  Yes.
15:50:23   2        Q.  How many other times?
15:50:27   3        A.  One.
15:50:27   4        Q.  When was that?
15:50:34   5        A.  When I signed off on a piece of paper
15:50:37   6    saying that I wanted to leave the house.
15:50:39   7        Q.  At the end of your time with the Noonans?
15:50:43   8        A.  Yes.
15:50:43   9        Q.  So other than that time and the meeting at
15:50:46  10    her house, had you had any contact with Patti?
15:50:57  11        A.  Yes.
15:50:57  12        Q.  When?
15:51:00  13        A.  Excuse me.  Can you repeat the question?
15:51:02  14        MS. COLAIZZI:  Can you read it back,
15:51:04  15    please.
15:50:43  16        (The testimony beginning on page 153,
15:50:43  17    line 9 was read back as follows:
15:50:43  18        Question:  So other than that time and the
15:50:46  19    meeting at her house, had you had any contact with
15:50:48  20    Patti?
15:50:57  21        Answer:  Yes.
15:51:25  22        Question:  When?)
15:51:25  23        A.  No.
15:51:29  24        Q.  (BY MS. COLAIZZI)  Had you ever seen Patti
15:51:29  25    visit the Noonan home at any point during your time
```

---

154

```
15:51:34   1    there?
15:51:38   2        A.  Never.
15:51:41   3        Q.  During your training in New York were you
15:51:43   4    given any documents that had InterExchange contact
15:51:46   5    information on them?
15:51:59   6        A.  I don't remember.
15:52:00   7        Q.  Do you remember if you brought any papers
15:52:03   8    with you to the Noonans from your training in New York?
15:52:17   9        A.  I don't remember.  That's been a long
15:52:19  10    time.
15:52:20  11        Q.  In November 2012, when the InterExchange
15:52:24  12    employee called you, what did you say?
15:52:36  13        A.  Can you repeat the question, please.
15:52:39  14        MS. COLAIZZI:  Can you read it back,
15:52:40  15    please.
15:52:20  16        (The last question was read back as
15:52:20  17    follows:  "In November 2012, when the InterExchange
15:52:24  18    employee called you, what did you say?")
15:52:58  19        A.  I told them everything that was happening
15:53:01  20    in the house of the Noonans.
15:53:02  21        Q.  (BY MS. COLAIZZI)  Okay.  When you say,
15:53:03  22    "everything that was happening," what did you tell
15:53:05  23    them?  Tell her.
15:53:21  24        A.  I was talking about the chickens and
15:53:25  25    how -- what I was doing with the chickens and having to
```

---

155

```
15:53:28   1    clean the cages and not doing many things with the kids
15:53:31   2    and . . . and cleaning the entire house and cooking for
15:53:37   3    the entire family.  And making the lunches, doing the
15:53:45   4    laundry.
15:53:47   5        Q.  Anything else that you recall saying to
15:53:48   6    the InterExchange representative who called you?
15:53:58   7        A.  Yes.
15:53:58   8        Q.  What?
15:54:04   9        A.  That I didn't have a car like the family
15:54:06  10    had promised.  That I wasn't going to school either.
15:54:13  11        Q.  Why weren't you going to school?
15:54:21  12        A.  She didn't make any effort to register me.
15:54:25  13        Q.  Did you have a conversation with her about
15:54:27  14    that?  By "her," I mean Mrs. Noonan.
15:54:35  15        A.  Yes.
15:54:36  16        Q.  When did that conversation take place?
15:54:39  17        A.  I don't remember.
15:54:40  18        Q.  Was it at the beginning of your time with
15:54:42  19    the Noonans or towards the end of your time with the
15:54:46  20    Noonans?
15:54:50  21        A.  At the beginning.
15:54:52  22        Q.  And how did Mrs. Noonan respond?
15:54:55  23        A.  She said that right at that time it wasn't
15:55:07  24    good, maybe later on, and because the snow was coming
15:55:11  25    and a lot of things like that.
```

---

156

```
15:55:12   1        Q.  Did you make any effort to tell
15:55:15   2    InterExchange that she was not helping you register for
15:55:17   3    school?
15:55:24   4        A.  No.
15:55:27   5        Q.  When you spoke with the InterExchange
15:55:29   6    representative in November of 2012 did you use the word
15:55:33   7    "abuse"?
15:55:42   8        A.  I don't remember.
15:55:47   9        Q.  Do you recall telling her anything other
15:55:49  10    than what you've told me today?
15:55:58  11        A.  I don't know if I already said about the
15:55:59  12    school.
15:56:02  13        Q.  You did.  Anything else?
15:56:07  14        A.  No.  No.  I don't remember.
15:56:09  15        Q.  What did the InterExchange representative
15:56:12  16    say when you told her these things?
15:56:25  17        A.  That they were going to be back in contact
15:56:29  18    quickly.
15:56:32  19        Q.  And you don't remember when in November
15:56:34  20    this conversation took place?
15:56:40  21        A.  No.
15:56:43  22        Q.  Did anyone from InterExchange contact you
15:56:46  23    again?
15:56:51  24        A.  No one.
15:56:54  25        Q.  But you did, in fact, leave the Noonans'
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

157

```
15:56:58  1    home in the middle of November, correct?
15:57:04  2        A.  Yes.
15:57:04  3        Q.  Okay.  So you left, and the Noonans knew
15:57:08  4    you were leaving, correct?
15:57:13  5        A.  Yes.
15:57:13  6        Q.  Did InterExchange know you were leaving?
15:57:19  7        A.  Yes.  I'm sorry.  Can I use the bathroom?
15:57:26  8        Q.  Yeah.  Let's just finish this question, if
15:57:28  9    you can.
15:57:30 10        A.  Uh-huh.
15:57:30 11        Q.  Did InterExchange know you were leaving?
15:57:33 12        A.  Yes.
15:57:34 13        Q.  Okay.  Who told them?
15:57:41 14        A.  I think it was their representative.  I'm
15:57:43 15    not sure.
15:57:43 16        Q.  The one who called you in November 2012?
15:57:52 17        A.  No.
15:57:55 18        Q.  Patti?
15:57:57 19        A.  I think so.
15:57:58 20        Q.  But you never spoke with Patti about your
15:58:00 21    desire to leave the Noonans, correct?
15:58:05 22        A.  No.
15:58:07 23        MS. COLAIZZI:  We can go ahead and take a
15:58:08 24    break.
15:58:12 25        THE DEPONENT:  Thank you.
```

158

```
15:58:13  1        THE VIDEOGRAPHER:  Going off the record.
15:58:14  2    The time is 3:58 p.m.
15:58:16  3        (Recess taken, 3:58 p.m. to 4:13 p.m.)
16:13:36  4        THE VIDEOGRAPHER:  We are back on the
16:13:37  5    record.  The time is 4:13 p.m.
16:13:41  6        Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
16:13:42  7    know how many hours you worked each week that you were
16:13:50  8    living with the Noonans?
16:13:58  9        A.  I'm not sure, but it wasn't less than 45.
16:14:04 10        Q.  Do you know for certain that it was more
16:14:05 11    than 45?
16:14:10 12        A.  I'm not sure.
16:14:12 13        THE VIDEOGRAPHER:  I'm sorry, Ms. Beltran,
16:14:15 14    can you keep your voice up?
16:14:18 15        MR. HOOD:  She doesn't have her microphone
16:14:20 16    on.  Is that okay?
16:14:22 17        THE DEPONENT:  Sorry.  I forgot about it.
16:14:24 18        MR. HOOD:  Was that all on the record?
16:14:30 19        THE VIDEOGRAPHER:  I did pick it up,
16:14:32 20    yes.
16:14:32 21        MR. HOOD:  Oh, okay.
16:14:33 22        MS. COLAIZZI:  Thank you.
16:14:35 23        Q.  (BY MS. COLAIZZI)  And you did not keep
16:14:36 24    any records of the hours you worked on a weekly basis,
16:14:39 25    correct?
```

159

```
16:14:46  1        A.  No, I didn't.
16:14:51  2        Q.  To your knowledge, did InterExchange have
16:14:55  3    any input into how many hours a week you worked when
16:14:58  4    you lived with the Noonans?
16:15:15  5        A.  What do you mean, that they would -- they
16:15:18  6    would track them?
16:15:19  7        Q.  Yes.  Do you have any knowledge that they
16:15:22  8    tracked your hours?
16:15:28  9        A.  Not that I'm aware of.
16:15:31 10        Q.  Do you have any knowledge that they told
16:15:32 11    the Noonans how many hours you should work a week?
16:15:44 12        A.  I don't know.
16:15:46 13        Q.  Do you have any information that anyone
16:15:48 14    from InterExchange told the Noonans what duties to have
16:15:52 15    you perform?
16:16:05 16        A.  No, I don't know.
16:16:07 17        Q.  Are you aware of any communications
16:16:10 18    between the Noonans and InterExchange at all during
16:16:18 19    your time living with the Noonans?
16:16:27 20        A.  Can you repeat the question?
16:16:29 21        Q.  Let me try it this way.  Were you present
16:16:32 22    for any conversation between anyone in the Noonan
16:16:36 23    family and anyone from InterExchange during the time
16:16:39 24    you lived with the Noonans?
16:16:51 25        A.  No.
```

160

```
16:16:58  1        (Interruption occurred in the
16:16:58  2    proceedings.)
16:16:58  3        MS. COLAIZZI:  Can someone press 1,
16:17:00  4    please.
16:17:01  5        MR. HOOD:  Someone press 1.
16:17:01  6        MS. COLAIZZI:  Thank you.  Boss me around.
16:17:10  7        Q.  (BY MS. COLAIZZI)  Okay.  Ms. Beltran, you
16:17:12  8    left the Noonans in mid-November 2012, correct?
16:17:24  9        A.  Yes.
16:17:24 10        Q.  At that point in time were you wanting to
16:17:26 11    find another host family to live with?
16:17:40 12        A.  How's that?
16:17:41 13        Q.  When you left the Noonans, were you
16:17:46 14    wanting to find another host family to live with as an
16:17:49 15    au pair?
16:17:50 16        A.  Yes.
16:17:59 17        Q.  And did you have conversations with anyone
16:18:02 18    from InterExchange about your desire to find another
16:18:05 19    host family?
16:18:14 20        A.  Yes.
16:18:14 21        Q.  Do you know who you were speaking with?
16:18:19 22        A.  No.
16:18:20 23        Q.  Were those communications by email or by
16:18:23 24    some other method?
16:18:30 25        A.  Telephone.
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

161

```
16:18:32   1        Q.  Were there any email communications that
16:18:34   2   you recall between yourself and InterExchange regarding
16:18:37   3   your desire to find another host family?
16:18:52   4        A.  I don't recall.
16:18:58   5        Q.  Were you able to find another host family?
16:19:04   6        A.  No.
16:19:07   7        Q.  Why not?
16:19:22   8        A.  Well, I found a family, but they had a
16:19:26   9   whole lot of kids, and they also had some that had
16:19:27  10   conditions like a syndrome, like I think it's Down
16:19:31  11   syndrome.  I don't know how to say it in English or
16:19:33  12   Spanish.
16:19:34  13        Q.  How did you find that family?
16:19:40  14        A.  On the same page.
16:19:41  15        Q.  On the InterExchange website?
16:19:47  16        A.  It was on the profile that they did of me.
16:19:50  17        Q.  Okay.  And when did you find this family
16:19:53  18   relative to when you left the Noonans?
16:20:07  19        A.  I was still with the Noonans.
16:20:09  20        Q.  Do you recall what month it was that you
16:20:10  21   found this family?
16:20:16  22        A.  No.  It was after I spoke to the Noonans.
16:20:19  23        Q.  Okay.  And eventually, after you left,
16:20:29  24   InterExchange informed you that they could not
16:20:31  25   recommend you to another family, correct?
```

162

```
16:20:34   1        A.  Yes.
16:20:45   2        Q.  Okay.  And why was that, as far as you
16:20:50   3   understood?
16:20:56   4        A.  Because of the complaints that Mrs. Noonan
16:21:00   5   had made.
16:21:01   6        Q.  And what was your understanding of the
16:21:02   7   complaints?
16:21:12   8        A.  She accused me of having stolen something
16:21:17   9   in the house.
16:21:18  10        Q.  And what did she accuse you of stealing?
16:21:27  11        A.  I don't know specifically what it was.
16:21:37  12        Q.  Hold on for just a moment, please.
16:22:02  13        MS. COLAIZZI:  Are we at 22?
16:22:05  14        THE REPORTER:  Yep.
16:22:06  15        MS. COLAIZZI:  We're getting copies.  Hold
16:22:07  16   on just a moment.
16:22:25  17        (Deposition Exhibit 22 was marked.)
16:22:26  18        MS. HERRERA:  How many copies do you need?
16:22:28  19        MS. COLAIZZI:  Two for them.  And then --
16:22:29  20   if they don't have it.  For the record, it's Bates No.
16:22:34  21   InterExchange 435.
16:22:59  22        MS. HERRERA:  Here are two.
16:23:01  23        MR. HOOD:  Thank you.
16:23:10  24        MS. COLAIZZI:  I've got an extra if
16:23:10  25   anybody needs it.  Sorry.
```

163

```
16:23:10   1        MR. HOOD:  We can go with just one if
16:23:11   2   you're really short.
16:23:13   3        MS. COLAIZZI:  We've got it, we just
16:23:14   4   need to dig them out.
16:23:17   5        MR. HOOD:  Oh, okay.  Thank you.
16:23:17   6        MS. HERRERA:  Everybody here all good?
16:23:17   7        MR. HOOD:  What number did you say?
16:23:19   8        THE REPORTER:  22.
16:23:20   9        MR. HOOD:  22.  Great.
16:23:21  10        Q.  (BY MS. COLAIZZI)  Ms. Beltran, you have
16:23:41  11   in front of you a document that's been marked
16:23:44  12   Exhibit 22.  Do you recognize this document?
16:23:56  13        A.  Yes.
16:23:56  14        Q.  And pao.18.02@hotmail.com is an email
16:24:07  15   address that was yours?
16:24:10  16        A.  Yes.
16:24:19  17        Q.  Okay.  Is that still an email address that
16:24:22  18   you use?
16:24:27  19        A.  Yes.
16:24:28  20        Q.  Do you still have on your email account
16:24:30  21   today any emails related to your au pair experience?
16:24:43  22        A.  I don't believe so.
16:24:43  23        Q.  Have you looked?
16:24:46  24        A.  I think so.
16:24:52  25        Q.  Was this the -- was the communication
```

164

```
16:24:55   1   reflected in Exhibit 22 the first time you learned of
16:24:58   2   Mrs. Noonan's complaint that you had stolen things?
16:25:14   3        A.  Yes, it's true.
16:25:17   4        Q.  Would you agree with me that the date on
16:25:19   5   this email is November 21, 2012?
16:25:30   6        A.  It says that here, but I don't remember.
16:25:33   7        Q.  Do you have any reason to believe that
16:25:34   8   this email was not sent to you on that date?
16:25:45   9        A.  I don't think so.
16:25:49  10        Q.  When you left the Noonans, where did you
16:25:51  11   go?
16:25:55  12        A.  California.
16:25:57  13        Q.  Where in California?
16:26:01  14        A.  Close to Los Angeles.
16:26:04  15        Q.  And did you know somebody there?  Why did
16:26:06  16   you pick that particular location?
16:26:12  17        A.  I knew someone there.
16:26:14  18        Q.  Who?
16:26:16  19        A.  Friends.
16:26:16  20        Q.  Who?
16:26:21  21        A.  Jorge.
16:26:22  22        Q.  Who is Jorge?
16:26:25  23        A.  A friend.
16:26:25  24        Q.  Where did you meet him?
16:26:27  25        A.  In Los Angeles.
```

41 (Pages 161 to 164)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

165

16:26:31   1      Q.  When did you meet him?
16:26:35   2      A.  When I was in Colorado.
16:26:37   3      Q.  Did you travel to Los Angeles at some
16:26:39   point while you were living in Colorado?
16:26:46   5      A.  No.
16:26:48   6      Q.  So how did you -- did you meet him here in
16:26:50   Colorado?
16:26:55   8      A.  Yes.  Through Priscilla.
16:26:57   9      Q.  Okay.  How did Priscilla know Jorge, if
16:27:02   10  you know?
16:27:02   11     A.  I really don't know.  I don't remember.
16:27:12   12     Q.  Do you know what Priscilla's last name
16:27:13   was?
16:27:17   14     A.  No.  It was a last name that was rather
16:27:26   uncommon.
16:27:26   16     Q.  Could it have been Perez Wong?
16:27:38   17     A.  I'm not sure, but I think it was something
16:27:40   like that.
16:27:42   19     Q.  Do you know what Jorge's last name was?
16:27:47   20     A.  I don't remember.
16:27:48   21     Q.  Do you know that his last name was also
16:27:50   Perez Wong?
16:28:00   23     A.  I think, yes, that it was something
16:28:02   similar to that of Priscilla.
16:28:05   25     Q.  Were Priscilla and Jorge related?

---

166

16:28:11   1      A.  I don't know.
16:28:12   2      Q.  Did InterExchange ever ask you if Jorge
16:28:15   and Priscilla were related?
16:28:22   4      A.  I don't remember.
16:28:25   5      Q.  When did you -- when, meaning month, if
16:28:28   you can give it to me, did you meet Jorge?
16:28:36   7      A.  I don't remember the month.
16:28:37   8      Q.  Okay.  But it was while you were living
16:28:40   with the Noonans?
16:28:45   10     A.  Not in person, no.
16:28:48   11     Q.  Not in person what?  I don't understand.
16:28:59   12     A.  I met him in Colorado, but I think it
16:29:01   was -- yeah, by phone.
16:29:04   14     Q.  You met him by phone?
16:29:06   15     A.  I can't remember.
16:29:08   16     Q.  Who introduced you?  Priscilla?
16:29:15   17     A.  Priscilla.
16:29:16   18     Q.  Was there a reason why she introduced you
16:29:19   to Jorge?
16:29:27   20     A.  I don't think there was any reason for it.
16:29:35   In case of needing help or anything like that, I think.
16:29:38   22     Q.  Okay.  And you only spoke with him once
16:29:44   prior to leaving the Noonans?
16:29:48   24     A.  No.  Many times.
16:29:49   25     Q.  All by phone?

---

167

16:29:52   1      A.  I don't remember.
16:29:55   2      Q.  Was Priscilla involved in these
16:29:58   conversations that you had with Jorge?
16:30:06   4      A.  No.
16:30:09   5      Q.  So at some point when you knew you were
16:30:11   going to leave the Noonans, did you contact Jorge about
16:30:14   going to California?
16:30:29   8      A.  Yes.
16:30:29   9      Q.  Okay.  And what did you say to him when
16:30:30   you contacted him?
16:30:39   11     A.  I needed a place to be able to stay.  And
16:30:47   during the meantime, I was looking for a family or some
16:30:50   stability.
16:30:52   14     Q.  And Jorge said you could come stay with
16:30:54   him in California; is that correct?
16:31:00   16     A.  Yes, because he spoke to his mom.
16:31:02   17     Q.  Okay.  So Jorge lived with his mother?
16:31:07   18     A.  Yes.
16:31:07   19     Q.  Did anybody else live with Jorge and his
16:31:11   mother?
16:31:14   21     A.  No.
16:31:15   22     Q.  Was Priscilla in California at the time?
16:31:20   23     A.  No.
16:31:21   24     Q.  Do you know where she was?
16:31:24   25     A.  Yes.

---

168

16:31:25   1      Q.  Where was she?
16:31:27   2      A.  New York.
16:31:31   3      Q.  How did you get from Colorado to Los
16:31:35   Angeles to stay with Jorge?
16:31:45   5      A.  The family took me to the airport.
16:31:47   6      Q.  Meaning the -- sorry.  Go ahead.
16:31:50   7      A.  And I took a plane.
16:31:52   8      Q.  Okay.  The Noonans drove you to the
16:31:54   airport?
16:31:55   10     A.  Yes.
16:31:56   11     Q.  Who paid for your plane ticket?
16:32:01   12     A.  I did.
16:32:04   13     Q.  How long did you stay with Jorge in
16:32:05   California?
16:32:10   15     A.  Three months.
16:32:14   16     Q.  And during that time you were looking for
16:32:16   another family to match with; is that correct?
16:32:30   18     A.  Yes.  But not the whole time.
16:32:34   19     Q.  Because InterExchange at some point
16:32:36   informed you that they couldn't rematch you, correct?
16:32:41   21     A.  I think it was just a few weeks after
16:32:53   the -- I left the house of the Noonans.
16:32:58   23     Q.  Meaning that they informed you that they
16:33:01   couldn't rematch you?
16:33:10   25     A.  Yes.

---

42 (Pages 165 to 168)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

169

16:33:11   1        MS. COLAIZZI:  This is 23.
16:33:24   2        (Deposition Exhibit 23 was marked.)
16:33:36   3        MS. COLAIZZI:  The Bates number is
16:33:37   4   InterExchange 438 to 39.
16:33:40   5        MR. HOOD:  Thank you.
16:33:59   6        MS. COLAIZZI:  23, correct?
16:34:02   7        MR. HOOD:  Yep.
16:34:02   8        Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
16:34:02   9   been handed what's been marked as Exhibit 23.  Do you
16:34:13  10   recognize these emails?
16:34:17  11        A.  Can I read it?
16:34:19  12        Q.  Absolutely.
16:34:20  13        (The deponent perused the exhibit.)
16:35:13  14        A.  Yes.  I'm sorry, yes.
16:35:17  15        Q.  You read Exhibit 23?
16:35:22  16        A.  Yeah.
16:35:22  17        Q.  Did you understand it, or do you need the
16:35:25  18   interpreter to read it?
16:35:29  19        A.  The second one, please.
16:35:33  20        MS. COLAIZZI:  Go ahead.
16:35:35  21        THE INTERPRETER:  The interpreter is
16:35:37  22   looking at the second email here in the middle of the
16:35:41  23   page with the date of Thursday, December 8, 2012.
16:35:46  24        MS. COLAIZZI:  December 8 or December 6?
16:35:48  25   Excuse me.

---

170

16:35:50   1        THE INTERPRETER:  My old eyes again.  I
16:35:52   2   think it's December 6.
16:35:53   3        MS. COLAIZZI:  Thank you.
16:35:54   4        MR. HOOD:  We'll stipulate that it's
16:35:55   5   December 6.
16:35:56   6        MS. COLAIZZI:  Thank you, Counsel.
16:37:13   7        THE DEPONENT:  Thank you.
16:37:14   8        MS. COLAIZZI:  Thank you.
16:37:14   9        Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
16:37:17  10   recall these email exchanges reflected in Exhibit 23?
16:37:31  11        A.  I don't remember the second one, but the
16:37:33  12   first one, I do remember it well.
16:37:35  13        Q.  Okay.  On the second email, is that your
16:37:37  14   email address listed in the "To" line?
16:37:48  15        A.  Yes.
16:37:48  16        Q.  Do you have any reason to believe that you
16:37:50  17   did not at some point receive the second email
16:37:53  18   reflected in Exhibit 23?
16:38:05  19        A.  No.
16:38:09  20        Q.  The date on that second email is
16:38:10  21   December 6, 2012.  Did -- sorry.  Is that the date on
16:38:20  22   which InterExchange informed you that they could not
16:38:23  23   rematch you with another family?
16:38:37  24        A.  I think so, but I don't remember the date
16:38:39  25   exactly.

---

171

16:38:40   1        Q.  Okay.  After InterExchange informed you
16:38:42   2   that they couldn't match you -- let me back up.
16:38:47   3        At the time that they informed you they
16:38:49   4   couldn't rematch you, you were still living with Jorge,
16:38:54   5   correct?
16:39:05   6        A.  Yes.
16:39:06   7        Q.  Did you understand that when you left the
16:39:08   8   program, InterExchange would have to cancel your J-1
16:39:17   9   visa?
16:39:22  10        A.  Yes.
16:39:22  11        Q.  Okay.
16:39:49  12        MS. COLAIZZI:  24.
16:39:51  13        (Deposition Exhibit 24 was marked.)
16:39:51  14        Q.  (BY MS. COLAIZZI)  Looking at document
16:39:52  15   with Bates No. InterExchange 421.
16:39:54  16        A.  Can I say something related to this?
16:40:19  17        Q.  Just a minute, please.  Sorry, bear with
16:40:25  18   us for just a moment.  Okay.  Ms. Beltran, you've
16:40:46  19   handed what's been marked as Exhibit 24.  Have you seen
16:40:55  20   this document before?
16:40:57  21        MR. HOOD:  Could I ask you to stop the
16:40:59  22   questioning until we get a copy of the exhibit?  Thank
16:41:06  23   you.
16:41:07  24        MS. COLAIZZI:  Sorry, I didn't -- sorry,
16:41:09  25   Alex.

---

172

16:41:09   1        MR. HOOD:  No.  No.  That's okay.
16:41:11   2        MS. COLAIZZI:  Do we need an extra one?
16:41:14   3   I've got an extra.
16:41:15   4        MR. HOOD:  No.  I think we can make -- we
16:41:16   5   can make do with this.
16:41:18   6        MS. COLAIZZI:  No, I got it.
16:41:19   7        MR. HOOD:  Are you sure?  Okay.  Thank
16:41:19   8   you, Brooke.
16:41:21   9        MS. COLAIZZI:  Sorry.
16:41:22  10        Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
16:41:23  11   been handed what's been marked as Exhibit 24.  Do you
16:41:28  12   recognize these emails at all?
16:41:36  13        A.  Yes.
16:41:36  14        Q.  Okay.  Would you agree with me that the
16:41:39  15   email on the bottom is dated December 28, 2012?
16:41:56  16        MR. HOOD:  I'm going to mark Ms. Beltran's
16:41:58  17   testimony with regards to her visa status at -- at the
16:42:05  18   end of her au pair experience as confidential under the
16:42:12  19   protective order.
16:42:18  20        Q.  (BY MS. COLAIZZI)  Do you remember the
16:42:19  21   question?
16:42:23  22        A.  Can you repeat it, please.
16:42:25  23        Q.  I think I just asked you if you would
16:42:26  24   agree with me that the bottom email is dated
16:42:30  25   December 28, 2012?

---

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

173

| | |
|---|---|
| 16:42:47 | 1 |
| 16:42:50 | 2 |
| 16:42:50 | 3 |
| 16:42:52 | 4 |
| 16:43:02 | 5 |
| 16:43:02 | 6 |
| 16:43:05 | 7 |
| 16:43:09 | 8 |
| 16:43:23 | 9 |
| 16:43:23 | 10 |
| 16:43:27 | 11 |
| 16:43:31 | 12 |
| 16:43:40 | 13 |
| 16:43:52 | 14 |
| 16:43:52 | 15 |
| 16:43:55 | 16 |
| 16:44:05 | 17 |
| 16:44:05 | 18 |
| 16:44:07 | 19 |
| 16:44:21 | 20 |
| 16:44:21 | 21 |
| 16:44:23 | 22 |
| 16:44:26 | 23 |
| 16:44:28 | 24 |
| 16:44:31 | 25 |

A.  It says the date there, but I'm not good at remembering dates.

Q.  Okay.  Do you have any reason to believe it was not sent to you on December 28, 2012?

A.  No.

Q.  Okay.  And would you agree with me that the email dated December 28, 2012, informs you that InterExchange would be canceling your visa?

A.  Yes.

Q.  Okay.  And there's an email in the middle of the page from you to Natalie, correct?

A.  Where?  Here?

Q.  In the middle.  It starts, "Hi, Natalie."

A.  Yes.

Q.  And do you recognize that as an email that you sent to Natalie from InterExchange?

A.  Yes.

Q.  And you would agree with me that the top email is addressed to your email account, correct?

A.  Yes.

Q.  And do you recall receiving this top email on Exhibit 24?

THE INTERPRETER:  I'm sorry, the last part of that question, ma'am?

MS. COLAIZZI:  The top exhibit on -- I'm

174

| | |
|---|---|
| 16:44:31 | 1 |
| 16:44:34 | 2 |
| 16:44:43 | 3 |
| 16:44:43 | 4 |
| 16:44:45 | 5 |
| 16:44:51 | 6 |
| 16:45:10 | 7 |
| 16:45:10 | 8 |
| 16:45:16 | 9 |
| 16:45:25 | 10 |
| 16:45:29 | 11 |
| 16:45:29 | 12 |
| 16:45:32 | 13 |
| 16:45:42 | 14 |
| 16:45:48 | 15 |
| 16:45:51 | 16 |
| 16:46:07 | 17 |
| 16:46:10 | 18 |
| 16:46:13 | 19 |
| 16:46:14 | 20 |
| 16:46:15 | 21 |
| 16:46:16 | 22 |
| 16:46:17 | 23 |
| 16:46:20 | 24 |
| 16:46:25 | 25 |

sorry.  Do you recall receiving the email on the top of Exhibit 24?

A.  Yes.

Q.  (BY MS. COLAIZZI)  Did you respond at all to Natalie's email, the top email in Exhibit 24 dated January 2, 2013?

A.  Yes.

Q.  And do you recall what that response was?

A.  Was it this one?  This is the electronic mail, the email that they sent to me, and this is my response.

Q.  I believe that your response is to the email on the bottom.  Do you disagree with that?

A.  This one?  This part?

Q.  Is the email in the middle from you your response to the email on the bottom?

A.  This one is the one -- the response to this one, I think.

MR. HOOD:  Brooke, can we go off the record for a second?

MS. COLAIZZI:  Yeah.

THE VIDEOGRAPHER:  Going off the record.  This is the end of Media Unit No. 3 in the videotape deposition of Johana Paola Beltran.  The time is 4:46 p.m.  We are off the record.

175

| | |
|---|---|
| 16:46:29 | 1 |
| 16:46:31 | 2 |
| 16:48:28 | 3 |
| 16:55:22 | 4 |
| 16:55:23 | 5 |
| 16:55:27 | 6 |
| 16:55:31 | 7 |
| 16:55:36 | 8 |
| 16:55:37 | 9 |
| 16:55:41 | 10 |
| 16:55:50 | 11 |
| 16:55:50 | 12 |
| 16:55:52 | 13 |
| 16:56:01 | 14 |
| 16:56:01 | 15 |
| 16:56:07 | 16 |
| 16:56:08 | 17 |
| 16:56:15 | 18 |
| 16:56:16 | 19 |
| 16:56:22 | 20 |
| 16:56:24 | 21 |
| 16:56:28 | 22 |
| 16:56:28 | 23 |
| 16:56:34 | 24 |
| 16:56:37 | 25 |

MR. HOOD:  I knew that.

(Discussion off the record.)

(Recess taken, 4:48 p.m. to 4:55 p.m.)

THE VIDEOGRAPHER:  We are back on the record.  This is the beginning of Media Unit No. 4 in the videotaped deposition of Johana Paola Beltran.  The time is 4:55 p.m.

Q.  (BY MS. COLAIZZI)  Ms. Beltran, at any point did you receive notification that your J-1 visa had, in fact, been canceled?

A.  Yes.

Q.  And were you still in California living with Jorge at the time?

A.  I don't remember.

Q.  Okay.  What was Jorge's mother's name?

A.  I don't remember.

Q.  Was he related to Loraina in any way?

A.  No.

Q.  Okay.  When did you meet Loraina?

A.  Many years ago.

Q.  Here -- so in Colombia you met her?

A.  Yes.

Q.  Okay.  Were you in contact with her during the time you lived with the Noonans?

A.  Yes.

176

| | |
|---|---|
| 16:56:37 | 1 |
| 16:56:40 | 2 |
| 16:56:43 | 3 |
| 16:56:47 | 4 |
| 16:56:48 | 5 |
| 16:56:51 | 6 |
| 16:56:59 | 7 |
| 16:57:02 | 8 |
| 16:57:07 | 9 |
| 16:57:08 | 10 |
| 16:57:10 | 11 |
| 16:57:13 | 12 |
| 16:57:21 | 13 |
| 16:57:22 | 14 |
| 16:57:26 | 15 |
| 16:57:29 | 16 |
| 16:57:29 | 17 |
| 16:57:31 | 18 |
| 16:57:36 | 19 |
| 16:57:43 | 20 |
| 16:57:46 | 21 |
| 16:57:48 | 22 |
| 16:57:55 | 23 |
| 16:57:56 | 24 |
| 16:58:01 | 25 |

Q.  Okay.  To your knowledge, had she participated in the au pair program at any point in time?

A.  Yes.

Q.  Okay.  And was she living in California at the time you left the Noonans?

A.  No.  I don't think so.

Q.  Where was she living, do you know?

A.  North Carolina.

Q.  Okay.  And do I remember correctly from this morning that Loraina is the one who introduced you to Orlando Salazar?

A.  Yes.

Q.  Okay.  And you met Mr. Salazar in Los Angeles?

A.  Yes.

Q.  Okay.  Did Loraina introduce you in person?  How did she introduce you if she was in North Carolina and he was in California?

A.  Over the phone.

Q.  Was there a specific reason why she introduced you to Mr. Salazar?

A.  I don't think so.

Q.  Okay.  You said you lived with Jorge for about three months, correct?

44 (Pages 173 to 176)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

177

```
16:58:07   1        A.  Yes.
16:58:07   2        Q.  Where did you go after that?
16:58:13   3        A.  To New Jersey.
16:58:14   4        Q.  Okay.  Why did you go to New Jersey?
16:58:23   5        A.  Because they had sent my papers for the
16:58:25   6   student visa.
16:58:27   7        Q.  When did -- do you recall when it was that
16:58:29   8   you first requested a student visa?
16:58:40   9        A.  When I was in California.
16:58:41  10        Q.  Do you remember a month?
16:58:44  11        A.  No.
16:58:44  12        Q.  Was it in 2012 or 2013?
16:58:51  13        A.  I don't remember.
16:58:52  14        Q.  Were you living -- you were living with
16:58:54  15   Jorge at the time you requested it; is that correct?
16:59:00  16        A.  Yes.
16:59:01  17        Q.  Okay.  So you got your student visa, and
16:59:03  18   you elected to go to New Jersey, correct?
16:59:11  19        A.  Yes.  When I sent my paperwork.
16:59:14  20        Q.  Okay.  And when you sent your paperwork,
16:59:16  21   you had to tell them where you were going to go to
16:59:19  22   school; is that correct?
16:59:26  23        A.  I sent them directly to the school.
16:59:28  24        Q.  Okay.  Why did you pick New Jersey?
16:59:35  25        A.  Because my representative lives there.
```

---

178

```
16:59:38   1        Q.  Meaning Mr. Salazar?
16:59:40   2        A.  Yes.
16:59:40   3        Q.  How did it come to be that Mr. Salazar
16:59:43   4   agreed to sponsor your student visa?
16:59:55   5        A.  Because he's from the same country.
16:59:59   6        Q.  Meaning Colombia?
17:00:00   7        A.  Yes.
17:00:01   8        Q.  Okay.  Did you ask him to sponsor it, or
17:00:04   9   did he offer?
17:00:13  10        A.  He offered it.
17:00:14  11        Q.  Okay.  And did you give him money or
17:00:16  12   anything in exchange for his agreement to sponsor your
17:00:20  13   student visa?
17:00:30  14        A.  Can you repeat the question, please.
17:00:31  15            MS. COLAIZZI:  Can you read it back,
17:00:32  16   please.
17:00:15  17            (The last question was read back as
17:00:15  18   follows:  "And did you give him money or anything in
17:00:17  19   exchange for his agreement to sponsor your student
17:00:21  20   visa?")
17:00:48  21        A.  No.
17:00:52  22        Q.  (BY MS. COLAIZZI)  And when you went to
17:00:54  23   New Jersey, did you start living with Mr. Salazar
17:00:56  24   immediately?
17:01:07  25        A.  Yes.
```

---

179

```
17:01:07   1        Q.  During your time with the Noonans did you
17:01:11   2   receive your stipend payment every week?
17:01:23   3        A.  Yes.
17:01:23   4        Q.  During your time with the Noonans were you
17:01:26   5   receiving extra financial support from anyone or any
17:01:30   6   other source?
17:01:39   7        A.  No.
17:01:42   8        Q.  I want to go back for a minute to the
17:01:43   9   testimony about your meals.  Did you leave the house at
17:01:52  10   any point in time while you were living with the
17:01:55  11   Noonans?
17:02:03  12        A.  What do you mean by that?
17:02:05  13        Q.  Did you go places?
17:02:12  14        A.  Yes.
17:02:13  15        Q.  How did you get to those places?
17:02:21  16        A.  With the bicycle.
17:02:21  17        Q.  You had a bicycle?
17:02:25  18        A.  Yes.
17:02:25  19        Q.  Was it a belonging of the Noonan family or
17:02:31  20   did you get it from somewhere else?
17:02:37  21        A.  It was from the Noonans.
17:02:38  22        Q.  Okay.  Any other way that you got around
17:02:41  23   other than bicycle?
17:02:54  24        A.  Well, Priscilla's friends, sometimes they
17:02:57  25   would come and pick us up.
```

---

180

```
17:02:58   1        Q.  Okay.  And you testified before that
17:03:01   2   Mrs. Noonan had told you you could not take food out of
17:03:05   3   her fridge, correct?
17:03:13   4        A.  Yes.
17:03:13   5        Q.  When she did buy food for you, where was
17:03:16   6   it stored?
17:03:26   7        A.  There was a small refrigerator that was in
17:03:30   8   the basement.
17:03:32   9        Q.  During the time that the Noonans didn't
17:03:34  10   buy you food, did you ever go to the grocery store on
17:03:37  11   your own?
17:03:43  12        A.  No.
17:03:43  13        Q.  Why not?
17:03:48  14        A.  I didn't have a car to be able to get
17:03:50  15   around.
17:03:50  16        Q.  Could you have gone on your bicycle?
17:03:56  17        A.  No.  What about the bags though?
17:04:00  18        Q.  Could you have carried any groceries on
17:04:02  19   your bicycle?
17:04:07  20        A.  I don't know.
17:04:08  21        Q.  Okay.  But you never tried?
17:04:11  22        A.  No.
17:04:14  23        Q.  Did Priscilla's friends ever take you to
17:04:17  24   the grocery store?
17:04:22  25        A.  No.
```

---

45 (Pages 177 to 180)

JOHANA PAOLA BELTRAN - 8/30/2016

Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

181

```
17:04:22   1        Q.  Did you ever ask them?
17:04:26   2        A.  No.
17:04:31   3        Q.  Do you currently have a Facebook account?
17:04:37   4        A.  Yes.
17:04:37   5        Q.  Was it the same Facebook account you had
17:04:40   6   when you lived with the Noonans?
17:04:47   7        A.  Yes.
17:04:47   8        Q.  Are there any materials or postings on
17:04:50   9   your Facebook account related to your experience with
17:04:52  10   the au pair program or this lawsuit?
17:05:06  11        A.  No.
17:05:10  12        Q.  During your time with the Noonans did you
17:05:13  13   ever post anything on your Facebook account about your
17:05:16  14   au pair experience?
17:05:22  15        A.  No.
17:05:33  16        Q.  Ms. Beltran, are you aware that Orlando
17:05:37  17   Salazar sent a letter to the Noonans demanding that
17:05:41  18   they pay you money for the time that you worked there?
17:06:01  19        MR. HOOD:  I'm going to mark testimony
17:06:05  20   regarding negotiation and eventual settlement with the
17:06:07  21   Noonans as confidential under the protective order.
17:06:17  22        Q.  (BY MS. COLAIZZI)  Do you remember the
17:06:17  23   question?
17:06:20  24        A.  Can you repeat it?
17:06:22  25        MS. COLAIZZI:  Read it back, please.
```

---

182

```
17:05:33   1        (The last question was read back as
17:05:33   2   follows: "Ms. Beltran, are you aware that Orlando
17:05:37   3   Salazar sent a letter to the Noonans demanding that
17:05:41   4   they pay you money for the time that you worked
17:05:44   5   there?")
17:06:49   6        A.  Yes.
17:06:51   7        Q.  (BY MS. COLAIZZI)  Whose idea was it to
17:06:53   8   send that letter?
17:06:56   9        A.  Mine.
17:06:59  10        Q.  At what point in time did you come to
17:07:01  11   believe that you were not paid enough money by the
17:07:06  12   Noonans?
17:07:18  13        A.  When I was in Colorado.
17:07:20  14        Q.  When when you were in Colorado?
17:07:29  15        A.  As I said before, I'm not very good at
17:07:31  16   remembering exact dates.
17:07:34  17        Q.  Do you remember a month?
17:07:36  18        A.  No.
17:07:38  19        Q.  What led you to the conclusion that the
17:07:41  20   Noonans were not paying you enough money?
17:07:53  21        A.  Can you repeat that for me?
17:07:55  22        MS. COLAIZZI:  Can you read it back,
17:07:56  23   please.
17:07:38  24        (The last question was read back as
17:07:38  25   follows: "What led you to the conclusion that the
```

---

183

```
17:07:41   1   Noonans were not paying you enough money?")
17:08:18   2        A.  When I met people.
17:08:19   3        Q.  (BY MS. COLAIZZI)  What people?
17:08:23   4        A.  Around Colorado.
17:08:26   5        Q.  Who?
17:08:31   6        A.  People that I had met through Priscilla,
17:08:34   7   friends of Priscilla's.
17:08:35   8        Q.  What are their names?
17:08:38   9        A.  I don't remember names.
17:08:40  10        Q.  Who were they?  Were they au pairs, were
17:08:43  11   they former au pairs?
17:08:49  12        A.  They were never au pairs, no.
17:08:51  13        Q.  Okay.  So what did these people say or do
17:08:55  14   to lead you to believe that the Noonans were not paying
17:08:58  15   you enough money?
17:09:11  16        A.  Because they were -- because they were
17:09:16  17   nannies, and they were making a lot more than what I
17:09:20  18   was making in that house.
17:09:22  19        Q.  Were these individuals from other
17:09:25  20   countries?  If you know.
17:09:33  21        A.  One of them was a Dominican.
17:09:35  22        Q.  Okay.  But this person, to your knowledge,
17:09:38  23   was not a participant in the au pair program; is that
17:09:41  24   correct?
17:09:46  25        A.  No, she wasn't.
```

---

184

```
17:09:48   1        Q.  Okay.  At any point in time did you talk
17:09:50   2   to the Noonans about your belief that they were not
17:09:53   3   paying you enough money?
17:10:03   4        A.  No.
17:10:04   5        Q.  Did you attempt to talk to InterExchange
17:10:07   6   at any point about your belief that you were not being
17:10:09   7   paid enough money?
17:10:17   8        A.  No.
17:10:19   9        Q.  Why not?
17:10:27  10        A.  Because I called them on the phone and I
17:10:29  11   explained to them what I was doing.
17:10:31  12        Q.  You called who on the phone?
17:10:37  13        A.  When the -- I talked to them when the
17:10:39  14   person from InterExchange called me.
17:10:42  15        Q.  When the person from InterExchange called
17:10:45  16   you.  And you're referring to the phone call in
17:10:51  17   November of 2012, correct?
17:10:57  18        A.  Around there.
17:10:58  19        Q.  Okay.  You're telling me that during that
17:11:00  20   conversation you indicated you did not believe you were
17:11:02  21   being paid enough; is that correct?
17:11:16  22        A.  No.
17:11:17  23        Q.  So when you said that they knew what you
17:11:19  24   were doing, what are you talking about?
17:11:30  25        A.  The work that I was doing that was not as
```

---

46 (Pages 181 to 184)

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

185

17:11:33  1   an au pair.
17:11:34  2       Q.  Okay.  So if I understand you correctly,
17:11:37  3   you're saying that because InterExchange knew about the
17:11:40  4   work you were doing, they should have known you weren't
17:11:44  5   being paid enough; is that accurate?
17:12:03  6       A.  I suppose so.
17:12:06  7       Q.  Is there anything inaccurate about that?
17:12:13  8       A.  I don't know.
17:12:16  9       Q.  Well, you indicated to me -- let me back
17:12:18 10   up.
17:12:19 11       I asked you if you ever attempted to talk
17:12:21 12   to InterExchange about the fact that you believed you
17:12:23 13   weren't being paid enough.  Do you remember that
17:12:25 14   question?
17:12:38 15       A.  Yes.
17:12:38 16       Q.  Did you ever attempt to talk to someone
17:12:40 17   from InterExchange about the belief that you had that
17:12:43 18   you were not being paid enough?
17:12:54 19       A.  No.
17:12:58 20       Q.  Did you understand that during your
17:13:01 21   participation in the au pair program you were entitled
17:13:04 22   to time off on a weekly basis?
17:13:21 23       A.  Yes.
17:13:21 24       Q.  Were there any weeks in which you did not
17:13:23 25   get the time off that you were entitled to?

186

17:13:37  1       A.  Yes.
17:13:37  2       Q.  How many weeks?
17:13:40  3       A.  I'm sorry, I didn't understand the
17:13:42  4   question well.
17:13:44  5       Q.  Did you understand that during your
17:13:46  6   participation in the program you were entitled to
17:13:47  7   one-and-a-half days off a week?
17:13:59  8       A.  Yes.
17:13:59  9       Q.  Did you get that time off every week?
17:14:07 10       A.  Yes.
17:14:07 11       Q.  Did you also understand you were entitled
17:14:09 12   to a weekend off every month?
17:14:20 13       A.  I'm not sure.
17:14:22 14       Q.  Meaning you don't know for sure if that
17:14:25 15   was something you were entitled to?
17:14:32 16       A.  Yes, I'm not sure of that.
17:14:34 17       Q.  Okay.  Did you understand that as a
17:14:37 18   participant in the program, you were entitled to
17:14:40 19   vacation time?
17:14:49 20       A.  Yes.
17:14:50 21       Q.  Okay.  Did you ask the Noonans for any
17:14:53 22   vacation time during the time you lived with them?
17:15:03 23       A.  I don't remember.
17:15:06 24       Q.  Do you know how much Mr. Salazar asked the
17:15:12 25   Noonans to pay you for your time with them?

187

17:15:26  1       A.  I don't remember.
17:15:28  2       Q.  If I say it was a little bit over $12,000,
17:15:31  3   do you have any reason to disagree with that?
17:15:39  4       A.  I don't remember.
17:15:40  5       Q.  Did you at any point sit down to try to
17:15:44  6   figure out how much you believed the Noonans owed you?
17:15:57  7       A.  Yes.
17:15:57  8       Q.  And what figure did you come up with?
17:16:03  9       A.  I don't remember.
17:16:04 10       Q.  Do you remember how you did those
17:16:06 11   calculations, what information you used?
17:16:18 12       A.  Based on what a housekeeper would make.
17:16:20 13       Q.  And where did you find that information?
17:16:27 14       A.  In New Jersey.
17:16:28 15       Q.  Where in New Jersey?
17:16:36 16       A.  With a person who cleans houses, I think.
17:16:40 17       Q.  Okay.  What -- sorry.  Were you finished?
17:16:43 18       A.  That's what she was making.
17:16:44 19       Q.  Okay.  Did she live in the houses she
17:16:48 20   cleaned?
17:16:52 21       A.  I don't think so.
17:16:53 22       Q.  Did anybody help you when you were sitting
17:16:57 23   down and figuring out how much you believed the Noonans
17:17:00 24   owed you?
17:17:10 25       A.  Yes.

188

17:17:11  1       Q.  Who?
17:17:13  2       A.  Orlando.
17:17:14  3       Q.  Okay.  Of the amount, which I understand
17:17:18  4   you don't remember that you believed you were owed,
17:17:22  5   have you received any of that from any source?
17:17:34  6       A.  Yes.
17:17:34  7       Q.  How much?
17:17:38  8       A.  Around $4,500.
17:17:42  9       Q.  So sitting here today, do you have a
17:17:46 10   number that you still believe you are owed for the time
17:17:49 11   that you worked with the Noonans?
17:18:02 12       A.  Can you repeat the question, please.
17:18:04 13       MS. COLAIZZI:  Can you read it back,
17:18:05 14   please.
17:17:42 15       (The last question was read back as
17:17:42 16   follows:  "So sitting here today, do you have a number
17:17:46 17   that you still believe you are owed for the time that
17:17:49 18   you worked with the Noonans?")
17:18:26 19       A.  No.
17:18:28 20       Q.  (BY MS. COLAIZZI)  When you sat down to
17:18:29 21   try to figure out how much the Noonans owed you, how
17:18:36 22   many hours a week did you assume that you worked for
17:18:38 23   them?
17:18:53 24       A.  I don't remember.
17:18:58 25       Q.  When you lived with the Noonans did you

**Hunter + Geist, Inc.**
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

189

1 have a curfew?

2  A.  No. I don't remember, but no.

3  Q.  No, you didn't, or no, you don't remember?

4  A.  I didn't have a curfew.

5  Q.  Okay.  You testified before that when you

6 lived with the Noonans you had a computer in your

7 bedroom, correct?

8  A.  Yes.

9  Q.  Did you have access to a television?

10  A.  Yes.

11  Q.  Did you go on any vacations with the

12 Noonans?

13  A.  Yes.

14  Q.  When?

15  A.  I don't remember.

16  Q.  Where did you go?

17  A.  Vail.

18  Q.  Did you have to pay anything for your

19 hotel or accommodations or anything else on that trip

20 to Vail?

21  A.  Yes.

22  Q.  How much did you have to pay?

23  A.  I don't know. It was for the food.

24  Q.  When you were in Vail, did you eat in the

25 place that you were staying or did you go out to

---

190

1 restaurants?

2  A.  It wasn't a hotel.

3  Q.  A condo.  Whatever it was.

4  A.  Apartment.

5  Q.  Okay.  Did you eat your meals in the

6 apartment or did you go out to restaurants?

7  A.  We would eat in restaurants.

8  Q.  Did you eat with the family during your

9 trip to Vail?

10  A.  No.

11  Q.  So you ate in restaurants, but you ate by

12 yourself?

13  A.  With Priscilla.

14  Q.  Okay.  So Priscilla went with you and the

15 Noonans to Vail?

16  A.  Yes.

17  Q.  Did you have to pay for anything other

18 than food?

19  A.  No.  But just the taxi to go to the

20 mountains.

21  Q.  You had to pay for a taxi to go to the

22 mountains?

23  A.  It was kind of like a -- a cable car that

24 takes you up there.

25  Q.  Like a gondola?  Do you know that word?

---

191

1  A.  Yes.

2  Q.  Okay.  Thank you.

3      MS. COLAIZZI:  25.

4      (Deposition Exhibit 25 was marked.)

5      MS. COLAIZZI:  For the record,

6 Exhibit -- well, we're not marking it. For the record,

7 Exhibit 25 are documents Bates labeled Beltran 22

8 through 56.

9  A.  This -- this says 25.

10  Q.  (BY MS. COLAIZZI)  Right.  Exhibit 25 is

11 Bates Nos. Beltran 22 through 56.

12      MR. HOOD:  I don't think she knows what

13 the Bates number is.

14      MS. COLAIZZI:  Well, I was just saying it

15 for the record.

16      MR. HOOD:  Okay.

17      MS. COLAIZZI:  So they know.

18      MR. HOOD:  It's bueno.

19  Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you

20 recognize Exhibit 25?

21  A.  Can I look at it?

22  Q.  Sure.

23      (The deponent perused the exhibit.)

24  Q.  Ms. Beltran, have you had a chance to look

25 at Exhibit 25?

---

192

1  A.  Yes.

2  Q.  Do you recognize it?

3  A.  Not really.

4  Q.  I'll represent to you that this was a

5 document that was produced to us in response to

6 your -- the request for production that we sent to you.

7 Are you aware of that?

8  A.  I -- I don't understand the question.

9  Q.  Has this document been in your possession

10 at any point in time?

11  A.  I don't believe so.  I don't remember.

12  Q.  Okay.  So you would have no reason to know

13 why it was produced to us with your discovery

14 responses?

15      MR. HOOD:  I'm going to object as to

16 privilege.  To the extent the question calls for her to

17 respond in any way that would make her reveal a

18 conversation with counsel, I would instruct my client

19 not to answer.  Otherwise I would instruct her to

20 answer.

21      MS. COLAIZZI:  Let me do this, Counsel.

22 I'm happy to go through each of these, but these were

23 the only documents produced with her discovery

24 responses.  If they didn't come from her, are you

25 willing to stipulate to that so that we can avoid it?

---

48 (Pages 189 to 192)

JOHANA PAOLA BELTRAN - 8/30/2016

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

193

```
17:27:05   1   Because there was no --
17:27:07   2        MR. HOOD:  Can we just go off the record
17:27:08   3   for a second?
17:27:10   4        MS. COLAIZZI:  Go off the record.
17:27:11   5        THE VIDEOGRAPHER:  Going off the record.
17:27:16   6   The time is 5:27 p.m.
17:27:20   7        (Discussion off the record, after which
17:27:22   8   time Ms. Hazel was no longer present.)
17:36:39   9        THE VIDEOGRAPHER:  We are back on the
17:36:40  10   record.  The time is 5:36 p.m.
17:36:44  11        MS. COLAIZZI:  The parties have reached a
17:36:46  12   stipulation with respect to certain documents.  First
17:36:49  13   Exhibit 25, which bears Bates Nos. Beltran 22 through
17:36:55  14   56.  Bates Nos. Beltran 57 to Beltran 91.  Beltran 107
17:37:04  15   to 142.  Beltran 143 to 184.  Beltran 185 to 228.
17:37:19  16   Beltran 229 to 286.  Beltran 287 to 464.  And Beltran
17:37:34  17   465 to 466.  And I believe counsel's ready to stipulate
17:37:46  18   that none of those documents were ever in the
17:37:47  19   possession of Ms. Beltran; is that correct?
17:37:49  20        MR. HOOD:  So stipulated.
17:37:57  21        Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
17:37:58  22   know somebody named Lynn Shotwell?
17:38:02  23        A.  I don't remember.
17:38:09  24        Q.  Do you know somebody named Laura Rose?
17:38:16  25        A.  What's the name?
```

---

194

```
17:38:18   1        Q.  Laura Rose.
17:38:22   2        A.  In Spanish?
17:38:25   3        Q.  I don't think it's a Spanish name.  That's
17:38:28   4   her name.
17:38:31   5        A.  I don't remember.
17:38:32   6        Q.  Do you know someone named Ellen Hoggard?
17:38:40   7        A.  I don't remember.
17:38:41   8        Q.  Do you know somebody named Mariam Assefa?
17:38:48   9        A.  I don't remember.
17:38:49  10        Q.  Do you know somebody named Beverly
17:38:52  11   Attallah?
17:38:56  12        A.  I don't remember.
17:38:57  13        Q.  Do you know somebody named Dr. Paul
17:39:01  14   Beresford-Hill?
17:39:07  15        A.  No.
17:39:08  16        Q.  Do you know anyone named Jennifer Clinton?
17:39:16  17        A.  That name sounds familiar, but I don't
17:39:20  18   remember how.
17:39:20  19        Q.  Do you know anyone named Dr. Dan Davidson?
17:39:26  20        A.  No, I don't recall that.
17:39:28  21        Q.  Do you know somebody named Robert
17:39:31  22   Fenstermacher?
17:39:35  23        A.  No, I don't recall that.
17:39:38  24        Q.  Do you know somebody named William Gertz?
17:39:42  25        A.  No.  No, I don't recall that.
```

---

195

```
17:39:45   1        Q.  Do you know someone named Michael Hill?
17:39:56   2        A.  I don't know.  I know somebody named
17:39:58   3   Michael, but in Colorado.  I don't know if it's the
17:40:00   4   same one or not.
17:40:01   5        Q.  Where's the Michael that you know live?
17:40:06   6        A.  Colorado.
17:40:07   7        Q.  Did you meet him while you were living
17:40:09   8   with the Noonans?
17:40:15   9        A.  Yes.
17:40:15  10        Q.  Was he an au pair?
17:40:19  11        A.  No.  No.
17:40:21  12        Q.  To your knowledge, would the Michael that
17:40:23  13   you know have any information related to this lawsuit?
17:40:31  14        A.  No.
17:40:32  15        Q.  Do you know someone named Carol Jenkins?
17:40:39  16        A.  I don't remember, no.
17:40:40  17        Q.  Do you know someone named Theodore
17:40:43  18   Kattouf?
17:40:46  19        A.  No.
17:40:46  20        Q.  Do you know someone named Patti McGill
17:40:49  21   Peterson?
17:40:53  22        A.  I don't remember that.
17:40:55  23        Q.  Do you know someone named Celia Harquail?
17:41:01  24        A.  I don't believe so.
17:41:05  25        Q.  Ms. Beltran, are you aware that there's a
```

---

196

```
17:41:09   1   claim in this case that all of the J-1 visa sponsors
17:41:14   2   conspired to set the au pair stipend at 195.75?
17:41:49   3        A.  Can you ask me the question again?
17:41:52   4        MS. COLAIZZI:  Can you read it back,
17:41:53   5   please.
17:41:56   6        THE DEPONENT:  I'm sorry.
17:41:57   7        MS. COLAIZZI:  That's all right.
17:42:07   8        (The last question was read back as
17:42:07   9   follows:  "Ms. Beltran, are you aware that there's a
17:42:09  10   claim in this case that all of the J-1 visa sponsors
17:41:14  11   conspired to set the au pair stipend at 195.75?")
17:42:35  12        A.  Yes.
17:42:37  13        Q.  (BY MS. COLAIZZI)  With respect to this
17:42:38  14   next question I don't want to know about any
17:42:40  15   communications with your lawyers.  Do you have any
17:42:50  16   personal knowledge of any communications between
17:42:54  17   sponsors related to setting the stipend at 195.75?
17:43:17  18        A.  I don't understand the question.
17:43:22  19        MS. COLAIZZI:  Let's try reading it one
17:43:24  20   more time.
17:42:37  21        (The last question was read back as
17:42:37  22   follows:  "With respect to this next question I don't
17:42:39  23   want to know about any communications with your
17:42:41  24   lawyers.  Do you have any personal knowledge of any
17:42:53  25   communications between sponsors related to setting the
```

**Hunter + Geist, Inc.**

scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

197

17:42:57 1 stipend at 195.75?")

17:44:14 2    A. No.

17:44:18 3    **Q. (BY MS. COLAIZZI) When you were living at**

17:44:18 4 home in Colombia before becoming an au pair, did you do

17:44:22 5 any volunteer work with children?

17:44:37 6    A. No.

17:44:37 7    **Q. The classes that you're currently taking**

17:44:40 8 at Union County College, are they in English?

17:44:52 9    A. Yes.

17:44:52 10    **Q. Are all of them in English?**

17:44:57 11    A. All of them.

17:44:59 12    **Q. And you indicated a few moments ago that**

17:45:02 13 you still have an active Facebook account; is that

17:45:05 14 correct?

17:45:11 15    A. Yes.

17:45:12 16    **Q. Do you have any other social media sites**

17:45:14 17 or handles of any kind?

17:45:28 18    A. Yes.

17:45:29 19    **Q. What do you have?**

17:45:32 20    A. All of them.

17:45:35 21    **Q. You're going to have to list them for me.**

17:45:37 22 I'm sorry.

17:45:41 23    A. Instagram. Snapshot.

17:45:50 24    MR. HOOD: Snapchat.

17:45:52 25    A. Snapchat. Skype. Facebook. Gmail.

198

17:46:01 1 Hotmail.

17:46:07 2    **Q. (BY MS. COLAIZZI) Any others?**

17:46:09 3    A. Yes. With the school, Canvas. It's new.

17:46:22 4    **Q. What does it do?**

17:46:33 5    A. The professors send us emails with our

17:46:37 6 homework or they send us class notes.

17:46:40 7    **Q. Okay. Anything else?**

17:46:45 8    A. I don't believe so.

17:46:45 9    **Q. Okay. You had -- we've looked today at**

17:46:49 10 some emails that were sent to you at a Hotmail email

17:46:52 11 address. Is that the only Hotmail email address that

17:46:55 12 you have?

17:47:10 13    A. I have Gmail. But that was more for doing

17:47:16 14 work related to school.

17:47:18 15    **Q. So you only have the one Hotmail account;**

17:47:21 16 is that correct?

17:47:27 17    A. Yes.

17:47:27 18    MS. COLAIZZI: Okay. Let's take five. I

17:47:28 19 think I'm done, or very close to it.

17:47:31 20    MR. HOOD: Great.

17:47:32 21    THE VIDEOGRAPHER: Going off the record.

17:47:34 22 The time is 5:47 p.m.

17:47:39 23    (Recess taken, 5:47 p.m. to 5:54 p.m.)

17:55:04 24    THE VIDEOGRAPHER: We are back on the

17:55:05 25 record. The time is 5:54 p.m.

199

17:55:09 1    **Q. (BY MS. COLAIZZI) Ms. Beltran, I just**

17:55:10 2 have three last-minute questions for you. Okay?

17:55:19 3    A. Yes, that's fine.

17:55:19 4    **Q. When you went from California to New**

17:55:22 5 Jersey, did you fly or drive or take a train? How did

17:55:25 6 you get there?

17:55:34 7    A. Airplane.

17:55:34 8    **Q. Who paid for your ticket?**

17:55:38 9    A. My sponsor.

17:55:40 10    **Q. Mr. Salazar?**

17:55:42 11    A. Yes.

17:55:43 12    **Q. We talked this morning about the use of**

17:55:45 13 that word "partner" in your discovery responses whom

17:55:49 14 you identified as Mr. Salazar. Do you remember those

17:55:51 15 questions?

17:56:06 16    A. Yes.

17:56:07 17    **Q. Do you currently have a boyfriend or**

17:56:08 18 somebody that you date?

17:56:16 19    A. No.

17:56:17 20    **Q. Have you at any point in time since**

17:56:19 21 leaving the Noonans?

17:56:30 22    A. No. The -- I've been kidnapped just to be

17:56:34 23 in school all the time.

17:56:35 24    **Q. Okay. And do you know anyone named Ellen**

17:56:42 25 Goddard?

200

17:56:46 1    A. No, I don't recall that.

17:56:48 2    MS. COLAIZZI: Okay. I don't have any

17:56:49 3 further questions. I will turn it over to any other

17:56:53 4 defendant attorneys who may have questions.

17:57:04 5    MS. REILLY: Just one quick question.

17:57:07 6    MR. HOOD: Does she -- does she need to be

17:57:08 7 mic'd up to --

17:57:11 8    MS. COLAIZZI: How about you just switch

17:57:12 9 with me?

17:57:14 10    MS. REILLY: I'll go over here.

17:57:16 11    MR. HOOD: Okay.

17:57:16 12    THE DEPONENT: You can come up here and

17:57:17 13 sit down.

17:57:26 14    EXAMINATION

17:57:26 15 BY MS. REILLY:

17:57:26 16    **Q. Hi. I'm Katie Reilly. I represent**

17:57:31 17 GoAuPair, Agent Au Pair, and Au Pair in America. Not

17:57:40 18 Au Pair in America, Au Pair International. I'm sorry.

17:57:44 19 Long day. On your Facebook page, who was it who sent

17:57:53 20 you the beautiful flowers for Valentine's Day?

17:57:58 21    A. Somebody from the school.

17:58:08 22    **Q. Not Orlando?**

17:58:10 23    A. No.

17:58:13 24    MS. REILLY: Okay. Nothing further.

17:58:14 25 Thank you.

50 (Pages 197 to 200)

**JOHANA PAOLA BELTRAN - 8/30/2016**

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

201

```
17:58:30  1          MS. COLAIZZI:  Any other defendant
17:58:31  2    questions?  Counsel.
17:58:38  3          EXAMINATION
17:58:38  4    BY MR. HOOD:
17:58:38  5       Q.  Ms. Beltran, I'm just going to ask you
17:58:39  6    very few questions, and then you can be on your way to
17:58:42  7    the airport.  Okay?
17:58:43  8       A.  Yes.  That's fine.
17:58:51  9       Q.  Do you remember the questions earlier
17:58:53 10    about completing an au pair application with -- I think
17:58:56 11    you called it Global Exchange in Colombia?
17:59:11 12          MS. COLAIZZI:  Object to form.
17:59:16 13       A.  Some of them.
17:59:20 14       Q.  (BY MR. HOOD)  Do you remember you were
17:59:22 15    then asked questions about whether or not you baby-sat
17:59:24 16    for some families in Colombia?
17:59:37 17       A.  Can you repeat the question, please.
17:59:40 18       Q.  Do you remember after the questions about
17:59:41 19    the au pair application you were then asked questions
17:59:46 20    about whether or not you baby-sat for some families in
17:59:49 21    Colombia?
18:00:04 22       A.  Yes.
18:00:05 23       Q.  Do you remember you were asked about the
18:00:09 24    Reyes family, the Camargo family, and the Corrales --
18:00:19 25    Corrales family?
```

202

```
18:00:25  1       A.  I remember more the first names of those
18:00:29  2    people and not the last names.
18:00:32  3       Q.  Okay.  Did -- did you babysit for those
18:00:34  4    families?
18:00:39  5       A.  No.
18:00:41  6       Q.  Did you include these families in your
18:00:44  7    au pair application that you completed with Global
18:00:56  8    Exchange as references?
18:01:01  9       A.  I had to use references.
18:01:03 10       Q.  Why did you include them as references?
18:01:16 11       A.  In the office, they -- they asked me in
18:01:22 12    the office for references that I had to give them.
18:01:26 13       Q.  Did they know when you included those
18:01:31 14    names that you did not babysit for those families?
18:01:34 15          MS. REILLY:  Objection; foundation.
18:01:37 16          MS. COLAIZZI:  Objection; form.
18:01:39 17          MR. HOOD:  Excuse me.  I think there's
18:01:40 18    only one attorney defending right now, so I'd ask that
18:01:44 19    only Brooke offer objections.
18:01:49 20          MS. COLAIZZI:  Objection; form and
18:01:50 21    foundation.
18:01:55 22       Q.  (BY MR. HOOD)  I'll ask the question
18:01:58 23    again.  When you completed the application and included
18:02:00 24    those names, did the people at the agency know that you
18:02:05 25    didn't babysit for those families?
```

203

```
18:02:07  1          MS. COLAIZZI:  Objection; form and
18:02:08  2    foundation.
18:02:14  3          MR. HOOD:  I'm going to ask the same
18:02:15  4    question.  We need to figure out some way that you can
18:02:18  5    do objections and then still have the question
18:02:22  6    translated.  So I don't -- I don't think you need to
18:02:25  7    translate the objection.
18:02:27  8          THE INTERPRETER:  Okay.
18:02:28  9          MR. HOOD:  Would you just -- just
18:02:30 10    translate -- maybe let him translate the question, make
18:02:34 11    your objection, and then let her respond.
18:02:37 12          MS. COLAIZZI:  If she'll stop responding
18:02:39 13    long enough for me to object --
18:02:42 14          MR. HOOD:  Okay.
18:02:43 15          MS. COLAIZZI:  -- I'm happy to do that.
18:02:44 16       Q.  (BY MR. HOOD)  Did you babysit for any of
18:02:46 17    those families that you included as references in your
18:02:50 18    au pair application?
18:03:05 19       A.  No.
18:03:07 20       Q.  Did the people at Global Exchange know
18:03:09 21    that when you included the names in your au pair
18:03:13 22    application?
18:03:21 23          MS. COLAIZZI:  Objection; form and
18:03:23 24    foundation.
18:03:24 25       A.  Of course.
```

204

```
18:03:26  1       Q.  (BY MR. HOOD)  Did they tell you to
18:03:27  2    include those names anyway?
18:03:35  3       A.  Yes.
18:03:35  4       Q.  Why did they tell you to include the names
18:03:38  5    anyway?
18:03:45  6          MS. COLAIZZI:  Objection; foundation.
18:03:49  7       A.  Can I respond?
18:03:50  8       Q.  (BY MR. HOOD)  Yes.
18:03:59  9       A.  Because the only experience I had had
18:04:01 10    before was with my nephews and nieces, and they
18:04:05 11    couldn't be my references.
18:04:07 12       Q.  So when they found out that that was your
18:04:09 13    only experience, they asked you to include other names?
18:04:23 14          MS. REILLY:  Objection; form.
18:04:26 15          MR. HOOD:  Excuse me.
18:04:26 16          MS. REILLY:  Yes.
18:04:26 17          MR. HOOD:  If we're going to have
18:04:27 18    objections, it needs to come from the one attorney
18:04:29 19    who's defending.  Okay?  We can't have 20 -- we can't
18:04:31 20    have --
18:04:31 21          MS. REILLY:  She's not defending this
18:04:33 22    deposition, she's taking the deposition.  We all have a
18:04:35 23    right to be here, and --
18:04:36 24          MR. HOOD:  You all have a right to be
18:04:37 25    here, but there's only one attorney who should be
```

**Hunter + Geist, Inc.**

**scheduling@huntergeist.com * 303-832-5966 * 800-525-8490**

JOHANA PAOLA BELTRAN - 8/30/2016

**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

205

```
18:04:40   1   objecting.  We can't have 20 attorneys objecting at a
18:04:42   2   time.  Okay?
18:04:42   3            MS. COLAIZZI:  Well, Counsel, I --
18:04:43   4            MS. REILLY:  That's simply wrong.  That's
18:04:45   5   wrong.
18:04:46   6            MS. COLAIZZI:  Look, I -- Mr. Hood, I
18:04:47   7   understand that we don't want 18 people talking at
18:04:49   8   once, but I don't think you can exclude the other
18:04:51   9   defendants' attorneys from objecting to your
18:04:54  10   questions.
18:04:54  11            MR. HOOD:  I think I absolutely can.
18:04:56  12            MS. COLAIZZI:  On what grounds?  They are
18:04:57  13   defendants in this lawsuit.
18:04:59  14            MR. HOOD:  They are defendants in this
18:05:00  15   lawsuit, but there is only one attorney that should be
18:05:03  16   defending while I'm asking questions.
18:05:03  17            MS. COLAIZZI:  I can't defend on behalf of
18:05:04  18   the other 14 defendants in this case.  They're not my
18:05:08  19   clients.
18:05:08  20            MS. REILLY:  That's wrong.
18:05:08  21            MR. HOOD:  Well, then do we need -- do we
18:05:10  22   need to get everyone microphones and get them all on
18:05:11  23   the record?  I'm not -- can we go off the record for a
18:05:13  24   second?
18:05:14  25            MS. COLAIZZI:  My thing is if the
```

---

206

```
18:05:16   1   videographer is having difficulty hearing people, then
18:05:17   2   we can make logistical arrangements so that people can
18:05:18   3   object.  But I cannot object on behalf of all of the
18:05:21   4   defendants.  I don't have that authority, and it's not
18:05:23   5   my place to do so.  And I don't believe you can exclude
18:05:26   6   any of them from objecting if they feel it's necessary
18:05:28   7   on behalf of their client.
18:05:30   8            MR. HOOD:  Well, I would just ask that we
18:05:31   9   figure out some -- some efficient means here, because
18:05:34  10   if we have 15 attorneys objecting, I can't ask any
18:05:38  11   questions.
18:05:40  12            MS. COLAIZZI:  Well, she objected.
18:05:40  13            MS. REILLY:  What's not efficient is this
18:05:41  14   conversation.  I just made a simple form objection.
18:05:44  15   The court reporter got it.
18:05:46  16            MR. HOOD:  All right.  Could we read --
18:05:47  17   could we read back the last question, please.
18:04:07  18            (The last question was read back as
18:04:07  19   follows: "So when they found out that that was your
18:04:09  20   only experience, they asked you to include other
18:04:11  21   names?")
18:06:10  22            A.  Yes.
18:06:12  23            Q.  (BY MR. HOOD)  And did they know when you
18:06:13  24   included those other names that you did not babysit for
18:06:16  25   those families?
```

---

207

```
18:06:18   1            MS. COLAIZZI:  Object to foundation.
18:06:20   2   Sorry.
18:06:21   3            MR. HOOD:  That's okay.
18:06:27   4            A.  Of course.
18:06:28   5            MS. COLAIZZI:  Object to foundation.
18:06:30   6            Q.  (BY MR. HOOD)  How did they know?
18:06:33   7            MS. REILLY:  Objection to foundation.
18:06:36   8            Q.  (BY MR. HOOD)  You can answer.
18:06:49   9            A.  Because when I told them my only
18:06:51  10   experiences with babysitting were with nephews and
18:06:57  11   nieces, that they told me that I had to include other
18:06:59  12   people for references, that they couldn't use family
18:07:01  13   members of mine.
18:07:02  14            Q.  And they told you to include those names
18:07:04  15   even though you did not, in fact, babysit for them?
18:07:12  16            MS. COLAIZZI:  Object.  Object to form.
18:07:17  17            A.  Yes.
18:07:17  18            Q.  (BY MR. HOOD)  Did they have you prepare
18:07:21  19   any other materials for your au pair application?
18:07:33  20            A.  I don't remember.  Like what?
18:07:41  21            Q.  Were there any other materials that you
18:07:43  22   had to prepare to show to families as part of your
18:07:46  23   au pair application?
18:07:46  24            A.  Yes.
18:07:58  25            Q.  Like what?
```

---

208

```
18:08:00   1            A.  A video with kids.
18:08:03   2            Q.  What kids?
18:08:06   3            THE DEPONENT:  (In English)  From the
18:08:07   4   school.
18:08:10   5            A.  From the school.
18:08:11   6            Q.  (BY MR. HOOD)  And why did you include
18:08:13   7   kids from a school in your video that you prepared for
18:08:17   8   your au pair application?
18:08:28   9            A.  Because the agency told me that's -- those
18:08:32  10   are things that the families would want to see.
18:08:34  11            Q.  Did they -- did the agency instruct you to
18:08:37  12   go to the school and take a video with the children?
18:08:46  13            A.  Yes.
18:08:47  14            Q.  Did the agency know when they instructed
18:08:49  15   you that you had no other relationship with those
18:08:52  16   children?
18:09:01  17            MS. COLAIZZI:  Object to foundation.
18:09:04  18            MR. WOLOSZ:  Objection.
18:09:04  19            A.  Of course they did.
18:09:06  20            Q.  (BY MR. HOOD)  Of course they did.  How
18:09:07  21   did they know?
18:09:12  22            MS. FITZGERALD:  Foundation.
18:09:12  23            A.  They told me how to do it.
18:09:14  24            Q.  (BY MR. HOOD)  So they instructed you to
18:09:15  25   go to the school and prepare a video with children at
```

---

**Hunter + Geist, Inc.**

scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

209

18:09:19 1 the school to include in your au pair application?
18:09:30 2     MS. COLAIZZI:  Object to form.
18:09:30 3     A.  Yes.
18:09:32 4     MR. WOLOSZ:  Objection.
18:09:33 5     Q.  (BY MR. HOOD)  Did you -- did you request
18:09:34 6 permission at the school to take the video?
18:09:37 7     A.  Of course.
18:09:40 8     Q.  And were you given permission?
18:09:43 9     A.  Yes.
18:09:46 10     MR. HOOD:  That's all my questions.
18:09:52 11     EXAMINATION
18:09:52 12 BY MS. COLAIZZI:
18:09:52 13     Q.  Ms. Beltran, your counsel asked you about
18:09:55 14 your application, and he asked you about the three
18:10:01 15 families that you listed, correct?
18:10:09 16     A.  Yes.
18:10:09 17     Q.  And do you recall that along with listing
18:10:11 18 those families, you also had to indicate the specific
18:10:15 19 child care duties you performed for them?
18:10:29 20     A.  Of course.
18:10:30 21     Q.  Okay.  So you're telling us essentially
18:10:32 22 today that all of that information was false, correct?
18:10:41 23     A.  Yes.
18:10:42 24     Q.  Did you make it up or did somebody else?
18:10:50 25     A.  No.  I did what the agency told me to do.

---

210

18:10:53 1     Q.  Did the agency tell you what to write down
18:10:55 2 as far as the child care duties that you performed for
18:10:57 3 each of those families?
18:11:10 4     A.  Yes.
18:11:10 5     Q.  Did they write it out for you or did you
18:11:12 6 actually fill it in on the application?
18:11:25 7     A.  I don't remember, but I think I did it
18:11:26 8 according to their instructions.
18:11:27 9     Q.  Did you ever reveal to the Noonans that
18:11:29 10 the information they had received about you was false?
18:11:43 11     A.  She never asked anything about it.
18:11:45 12     Q.  And you certainly didn't tell her,
18:11:47 13 correct?
18:11:49 14     A.  No, I didn't.
18:11:52 15     Q.  Did it bother you at all that your -- most
18:11:55 16 of your au pair application was false?
18:12:06 17     A.  No.  Because everything that I was doing
18:12:11 18 was as a housekeeper, not a nanny.
18:12:12 19     Q.  Well, but you didn't know when you started
18:12:14 20 with the Noonans that that's what you were going to be
18:12:17 21 doing, right?
18:12:21 22     A.  No.
18:12:22 23     Q.  So when you were filling out your
18:12:23 24 application in Colombia, did it not bother you that you
18:12:26 25 were lying on your application?

---

211

18:12:40 1     A.  I followed instruction, and I thought that
18:12:43 2 they were professionals in what they were doing.
18:12:45 3     Q.  So you thought it was okay to lie?
18:12:53 4     A.  Like -- like I said, I only follow their
18:12:56 5 instructions.
18:12:56 6     Q.  Why did you continue with your application
18:12:58 7 if it became clear to you you weren't qualified for the
18:13:01 8 program?
18:13:11 9     A.  I did it with my nephews.
18:13:14 10     Q.  But that wasn't enough, correct?
18:13:21 11     A.  I watched them ever since they were born.
18:13:24 12     Q.  That wasn't my question.  That wasn't
18:13:27 13 enough experience for the program, correct?
18:13:35 14     A.  For them it was.
18:13:36 15     Q.  What do you mean, "for them"?
18:13:41 16     A.  With the people that I filled out the
18:13:43 17 application with.
18:13:44 18     Q.  Well, obviously not, because you had to
18:13:46 19 lie on the application, correct?
18:13:52 20     A.  I told them the truth.
18:13:54 21     Q.  And you put your name on an application
18:13:56 22 that was false, correct?
18:14:03 23     A.  I don't understand.
18:14:05 24     Q.  You signed an application for an au pair
18:14:08 25 position that you knew was false in terms of your

---

212

18:14:11 1 babysitting experience, correct?
18:14:21 2     A.  Yes.
18:14:22 3     MS. COLAIZZI:  Okay.  I don't have any
18:14:23 4 further questions.  Anyone else?
18:14:31 5     MR. HOOD:  I believe she's got a car
18:14:32 6 waiting downstairs.  Can you take her downstairs?
18:14:33 7     MS. COLAIZZI:  Thank you for your time.
18:14:36 8     THE VIDEOGRAPHER:  Going off the record.
18:14:37 9 This concludes the videotape deposition of Johana Paola
18:14:44 10 Beltran.  The total number of media units used is four.
18:14:48 11 The time is 6:14 p.m.  We are off the record.
12     WHEREUPON, the within proceedings were
13 concluded at the approximate hour of 6:14 p.m. on the
14 30th day of August, 2016.
15     *  *  *  *  *
16
17
...

---

53 (Pages 209 to 212)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

213

I, JOHANA PAOLA BELTRAN, do hereby certify
that I have read the above and foregoing deposition and
that the same is a true and accurate transcription of
my testimony, except for attached amendments, if any.

Amendments attached    (  ) Yes    (  ) No

_____

JOHANA PAOLA BELTRAN

The signature above of JOHANA PAOLA
BELTRAN was subscribed and sworn to before me in the
county of _____, state of Colorado, this _____
day of _____, 2016.

_____

Notary Public

My commission expires

Johana Paola Beltran 8/30/16 (cb)

214

REPORTER'S CERTIFICATE
STATE OF COLORADO          )
                           ) ss.
CITY AND COUNTY OF DENVER )
          I, CAROL M. BAZZANELLA, Registered
Professional Reporter, Certified Realtime Reporter, and
Notary Public ID 19964000498, State of Colorado, do
hereby certify that previous to the commencement of the
examination, the said JOHANA PAOLA BELTRAN was duly
sworn by me to testify to the truth in relation to the
matters in controversy between the parties hereto; that
the said deposition was taken in machine shorthand by
me at the time and place aforesaid and was thereafter
reduced to typewritten form; that the foregoing is a
true transcript of the questions asked, testimony
given, and proceedings had.

          I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of this
litigation.
          IN WITNESS WHEREOF, I have affixed my
signature this 6th day of September, 2016.

          My commission expires February 10, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

**Hunter + Geist, Inc.**
**scheduling@huntergeist.com * 303-832-5966 * 800-525-8490**

JOHANA PAOLA BELTRAN

214

REPORTER'S CERTIFICATE

STATE OF COLORADO            )
                             )  ss.
CITY AND COUNTY OF DENVER )

        I, CAROL M. BAZZANELLA, Registered
Professional Reporter, Certified Realtime Reporter, and
Notary Public ID 19964000498, State of Colorado, do
hereby certify that previous to the commencement of the
examination, the said JOHANA PAOLA BELTRAN was duly
sworn by me to testify to the truth in relation to the
matters in controversy between the parties hereto; that
the said deposition was taken in machine shorthand by
me at the time and place aforesaid and was thereafter
reduced to typewritten form; that the foregoing is a
true transcript of the questions asked, testimony
given, and proceedings had.

        I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of this
litigation.

        IN WITNESS WHEREOF, I have affixed my
signature this 6th day of September, 2016.

        My commission expires February 10, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

_____
Carol M. Bazzanella
Certified Realtime Reporter
Registered Professional Reporter