# EXHIBIT 15



Cultural Care Au Pair

# Host Family Handbook

The leading au pair agency for over **20 YEARS**

IAPA

Winner!
Au Pair of the Year
2008 and 2009

*Cultural Care Au Pair's guide to a successful exchange year!*

CC00000329

©2010 Cultural Care Au Pair
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior permission of the publishers. Content subject to change without prior notification.

CC00000330

Dear Host Family,

Welcome to the Cultural Care Au Pair family! In selecting our program, you have opened the door to an enriching, international relationship that will benefit you and your children for years to come.

Securing dependable, flexible childcare is one of the most difficult and important decisions that parents face today. When you host a Cultural Care au pair, you provide your children with quality care in the familiar environment of your own home. You also give your family the unique cultural benefits of hosting an international visitor.

When people from different cultures live together, they are likely to experience both challenges and triumphs. The Cultural Care Au Pair Host Family Handbook has been carefully written to help you with questions and concerns that might arise as your au pair adjusts to living with your family and becomes a part of your community.

We also provide three additional communication tools that we feel will be of value to your family and au pair: Infosource, the Daily Communication Log and the Household Handbook. InfoSource is an online resource for our host families that is accessible in the host family online accounts. The Daily Communication Log is designed to encourage quality communication between you and your au pair. The Household Handbook, available on InfoSource, was created for you to customize to your family's individual household rules and expectations. It also includes the U.S. Department of State regulations and Cultural Care Au Pair program guidelines. We are confident that these tools, along with this Host Family Handbook, will complement your current communication style and facilitate a healthy relationship between your family and au pair.

With patience and understanding, you can look forward to a mutually rewarding experience that will last long after your au pair's stay in the U.S. is over.

Sincerely,
The staff at Cultural Care Au Pair

CC00000331

# Table of Contents

***Chapter 1: The History of Cultural Care Au Pair*** ......................................**8**

*The History of Cultural Care Au Pair* ..................................................9
*Cultural Care Au Pair Staff* .............................................................9
*InfoSource* ....................................................................................10
*Overview of U.S. Department of State Regulations* ........................11
*Overview Program Requirements for Au Pairs* ...............................11


***Chapter 2: Screening and Matching Process*** ........................**12**

*The Screening and Matching Process* ...........................................13
*Who are Cultural Care Au Pairs?* ..................................................14
*Cultural Care Au Pair Overseas* ...................................................14
*Screening and Orientation* ...........................................................15
*Follow up*.....................................................................................16
*Pre-departure*..............................................................................16
*Au Pair Application* ......................................................................17
*The Matching Process*..................................................................18
*Reviewing Au Pair Applications*....................................................18
*The Telephone Interview*...............................................................19
*How Can Cultural Care Help?* .......................................................19
*Making Your Decision*...................................................................20
*Sample Interview Questions* .........................................................21


***Chapter 3: Preparing to Welcome Your Au Pair*** .....................**22**

*Host Family Preparation* ...............................................................23
*Additional Resources to Help You Prepare*....................................24
*Arrival Dates and Airport/Bus Gateways*.......................................25
*The Cultural Care Training School* .................................................26
*Au Pair Training School Schedule*..................................................27
*The First Few Days*.......................................................................28
*Contact from your LCC and the Two-Week Orientation* ................28
*Program Expectations* ..................................................................29


***Chapter 4: Program Guidelines and Rules*** ............................**30**

*General Au Pair Responsibilities* ...................................................31
*Work Hours* ..................................................................................31

CC00000332

On- Vs. Off-Duty................................................................32
Weekly Stipend................................................................32
Vacation Policies .............................................................32
Sick Days ......................................................................33
Weekly Schedule .............................................................34
Weekly Meetings .............................................................34
Household Rules ..............................................................34
Host Family and Au Pair Events............................................35
Educational Component Requirements and Resources.................36
Car Use and Car Insurance .................................................36
Travel Insurance .............................................................37
Filing an Insurance Claim....................................................38
Travel Guidelines .............................................................39
Au Pair Travel and Visa Paperwork........................................40
Travel to Canada, Mexico and the Caribbean in Second Year........44
Social Security.................................................................45
Taxes and Personal Financial Matters.....................................46
Workers' Compensation .....................................................47


Chapter 5: Cross-Cultural Dynamics ...................................48
Cross-Cultural Dynamics....................................................49
Cultural Differences .........................................................49
Culture Shock and Adjustment Cycle .....................................50
Working Through Culture Shock............................................50
Setting Realistic Expectations .............................................51


Chapter 6: Communicating with Your Au Pair .......................54
Communicating with Your Au Pair .........................................55
Assertive Directing...........................................................55
Effective Listening............................................................56
Conflict Resolution Model...................................................57


Chapter 7: When Issues Arise............................................ 58
When Issues Arise............................................................59
How Your LCC Can Help ....................................................59
Mediation .....................................................................59
Two-Week Trial Period ......................................................60
Moving Forward: Transition ................................................60

*Alternate Childcare* ........................................................................................61
*Welcoming a New Au Pair*...........................................................................61
*Financial Considerations* ..............................................................................62

**Chapter 8: The Extension Program**..........................................................**64**
*Considering the Extension Program*.............................................................65

**Chapter 9: Repeat Family Rewards**...........................................................**66**
*Repeat with Cultural Care Au Pair and Earn Rewards*.......................................67

**Chapter 10: Preparing for Your Au Pair's Departure** ............................**68**
*Your Au Pair's Return Flight*..........................................................................69
*30-Day Grace Period*....................................................................................69
*Getting Another Au Pair*................................................................................70
*Reverse Culture Shock* .................................................................................70
*Saying Goodbye*...........................................................................................71
*Making the Transition to Your New Au Pair* ..................................................71

**Chapter 11: U.S. Department of State Regulations** ...............................**72**

CC00000334

# Useful Contact Information

**_Local Childcare Coordinator_**

_Name:_

_Telephone:_

_Email: firstname.lastname@lcc.culturalcare.com (i.e., jane.smith@lcc.culturalcare.com)_

_Website:_

**_Program Director_**

_Name:_

_Telephone: 1-800-333-6056  Ext:_

_Email: firstname.lastname@culturalcare.com (i.e., jane.smith@culturalcare.com)_

**_Au Pair Services_** _(Insurance, Flights, etc.)_
_Telephone: 1-800-448-5753_
_Email: aupair.operations@culturalcare.com_

_Aetna Student Health (for claims in the U.S.):_
_Telephone: 1-800-783-7447_
_Email: erika@aetna.com_

_Falck TravelCare (In case of emergency only for Nordic au pairs)_
_Telephone: 1-800-871-9211_
_Email: erika@falcktravelcare.com_

_AXA Assistance (In case of emergency for all other nationalities)_
_Telephone: 1-800-847-3948_
_Email: erika@axa-assistance.de_

**_General_**
_E-mail: **aupair@culturalcare.com**_
_Website: **www.culturalcare.com**_
_Online Community: **www.community.culturalcare.com**_
_InfoSource: **http://infosource.family.culturalcare.com/home.aspx**_
_Au Pair Answer Mom: **www.aupairanswermom.com**_
_Au Pair Training School: **www.aupairtrainingschool.com**_

CC00000335

Chapter 1

# The History of Cultural Care Au Pair



*The concentric circles in our logo represent sound waves and breaking down cultural barriers; the heart represents our commitment to caring for families nationwide.*

CC00000336

## *The History of Cultural Care Au Pair*

In 1986, the United States Information Agency (USIA) agreed to allow a select number of United States cultural exchange organizations to operate legal au pair programs. The mission of this new program was two-fold:



- *To promote international understanding through cultural exchange*

- *To help accommodate the need for flexible, live-in childcare in the United States*

In 1988, our organization was designated by the U.S. Department of State. Our first group of au pairs arrived in June of 1989 to the Boston, Chicago, Los Angeles, New York, San Francisco and Washington D.C. areas. Now we have thousands of au pairs across the United States and a network of more than 600 field staff.

Cultural Care Au Pair introduced a new program offering in 2004: the Extension Program. This program enables host families hosting an au pair the opportunity to extend their program term for an additional 12, 9 or 6 months after their full program year is completed. In 2006, the U.S. Department of State (the USIA was integrated with the U.S Dep. of State on Oct. 1, 1999) made the extension program a permanent component of the au pair program, giving families the reassurance that they could potentially enjoy up to 24 months of continuous childcare with their au pair.

In 2008 we launched the Au Pair Return Program. This program is available to all families and eligible au pairs based on the State Department's regulation allowing for au pairs who are less than 26 years old and have successfully completed the program to return as an au pair and repeat the program again after two years of residency outside the U.S.

## *Cultural Care Au Pair Staff*

### *The U.S. staff*

Cultural Care Au Pair's main office is located in Boston, MA. We also have satellite offices across the country to ensure that support is available in every U.S. time zone. The full-time staff consists of customer service staff (including the Account Services Department, Program Directors and Placement Managers), sales and development (Development

### Cultural Care Au Pair U.S. Staff Members

The following U.S. staff members are available for support during your exchange year:

- *Development Directors (DD):* The Development Directors are responsible for community building and development in the region with which they work. This role includes determining the need for recruiting and training new Local Childcare Coordinators and managing members of her/his team.

- *Local Childcare Coordinators (LCCs):* The primary role of the LCC is to provide families and au pairs with direct personal contact, support and information throughout the year. You will begin your year with an interview conducted by your LCC in your home. S/he will meet all family members, review all aspects of the program and answer any of your questions. S/he will also conduct a two-week orientation, provide your family support throughout the year and mediate should there be a problem.

CC00000337

Directors), marketing, au pair services, government compliance, finance and administrative staff. We also work with an extensive national network of field staff called Local Childcare Coordinators (LCCs).

### Your primary contacts during the year

Upon applying (or reapplying) to our program, your LCC and a member of our Sales and Development team will play a key role in educating you about the program and helping you prepare for your year ahead. At this time, you will also be in frequent contact with your Placement Manager (PM) as s/he is responsible for determining your specific needs and matching you with appropriate au pair candidates. Once you "final" with an au pair–or mutually decide to spend the year together–your primary contacts during the year will be your LCC and your Program Director (PD).

### The overseas staff

Cultural Care Au Pair's affiliate, Cultural Care, Ltd. has trained staff in all of the countries from which au pairs are recruited for the program. These offices work to recruit and screen qualified au pair candidates. The staff is very familiar with the childcare needs of American host families and screens for au pair candidates who meet those requirements. Staff in the recruitment headquarters in Luzern, Switzerland closely monitor and oversee the growth of operations in all of the recruitment countries.

## *InfoSource*

InfoSource is an online resource and searchable database created for our host families and updated on a regular basis. You can access InfoSource by logging into your Host Family Account at **www.culturalcare.com/login** and choosing the **InfoSource** section. InfoSource is divided into five sections for your convenience: **General Program Info, Before Your Au Pair Arrives, During Your Year, The End of Your Year and Extras.** You can find helpful information on U.S. State Department regulations, forms, au pair home country profiles and tips from other Cultural Care host families.

---

### U.S. staff members (cont):

- *Placement Managers (PM):*
  The Placement Managers' principal responsibilities are to match host families with prospective au pairs, and help the families and au pairs through the interview process until a final match is made.

- *Account Services Department:*
  The Account Services Department fields customer calls and provides assistance with immediate needs in regard to the Cultural Care Au Pair program.

- *Program Directors (PD):*
  The Program Directors monitor au pair placements during the year through continuous contact with the LCCs and the overseas staff, assist with crisis management, and oversee the transition process and the day-to-day activities of their assigned region. They also manage LCCs on servicing the families in their region.

To contact members of Cultural Care staff call:
**1-800-333-6056**



Cultural Care staff is committed to making your exchange year successful.

CC00000338

## *Overview of U.S. Department of State Regulations*

All designated au pair organizations follow specific regulations issued by the Department of State.

As participants in the program, Cultural Care Au Pair, our local representatives, au pairs and host families are all required to comply with these regulations. The Account Services team in the Boston headquarters works together with the LCCs and PDs to ensure that all aspects of the program are consistent with U.S. Department of State regulations. We appreciate your continued cooperation with the regulations during your program year. A copy of these regulations is included at the back of this handbook for your convenience and review.

## *Overview of Program Requirements for Au Pairs*

### *All participating au pairs will:*

- Receive a one-year J-1 cultural exchange visa

- Attend a comprehensive Screening and Orientation Meeting

- Undergo a detailed screening & interview

- Provide three references—at least one of which is from a former childcare employer

- Undergo a background evaluation including a criminal record check and a personality profile

- Submit a statement of good health from a physician

- Be proficient in English

- Receive 32 hours of child safety and child development training at the Cultural Care Training School before arriving to the host family

- Work up to 45 hours per week (a maximum of ten hours per day)

- Receive a weekly living stipend from the host family of $195.75* or in conformance with the federal minimum wage

- Take educational courses for which the host family is required to pay up to $500

*The weekly stipend is determined by the U.S. Department of Labor using a formula based on the federal minimum wage.

CC00000339

Chapter 2

# The Screening and Matching Process



*Cultural Care Au Pair's exclusive, 3 ways to match, process is what truly sets us apart from other au pair agencies. Our individualized approach helps families find the best candidate for their individual needs.*

CC00000340

## *The Screening and Matching Process*



*Host Family:*     *Au Pair:*

Pre-Application → Not accepted

Application submitted     Screening & Orientation Meeting → Not accepted

Not accepted ← Interview with Local Childcare Coordinator (LCC)     Application submitted → Not accepted

Host family and au pair pre-matched

Rematched ← Host family reviews application

Host family/au pair telephone interview

Host family and au pair mutually accept one another     Host family and/or au pair reject the pre-match

Au pair given access to host family online application

Au pair applies for visa at embassy

Au pair departs for the United States

CC00000341

## *Who are Cultural Care Au Pairs?*

At Cultural Care Au Pair we pride ourselves in providing the most thorough screening process. Our goal is to welcome suitable candidates to provide host families with a great solution to their unique childcare needs. Who are these candidates?

Successful au pair candidates are young people (ages 18-26) who have a sincere interest in children as well as travel. They have a strong desire to perfect their English and to have an experience that helps them develop personally. Many of them have an interest in the U.S. and its culture and a true desire to get to know the "real" America. While most au pair candidates are not childcare professionals, they all have documented experience with children. This is typically through babysitting, working at a kindergarten or daycare, or through tutoring or other similar activities. Au pair candidates choose this program because it is a way to experience life in another culture and language while working with children.



## *Cultural Care Au Pair Overseas*

In 2010 Cultural Care Au Pair became the only au pair agency designated by the U.S. State Department to recruit all of our au pairs through our own offices worldwide. Unlike other au pair agencies who use independent agents, our au pairs are recruited and screened by Cultural Care staff in one of our 20 offices around the world. This unique recruitment structure reflects our belief that investing in a quality recruitment organization is the best way to ensure that our au pairs are rigorously screened and well prepared for their year as an au pair with an American host family.

Each of our Cultural Care offices is managed by a Country Program Manager (CPM). The CPM and their staff in the office in turn manage a group of recruitment leaders based around their country to help screen and interview au pairs in their local area. Recruitment Leaders (RLs), similar to LCCs, are local staff trained to work with Cultural Care Au Pair and adhere to all of our program guidelines and processes. For instance, our German staff members work in the Cultural Care office in Berlin, and they manage recruitment leaders all over Germany in cities such as Munich, Hamburg, Frankfurt and Dusseldorf. Many of our RLs have been au pairs in the past and all are committed to ensuring that au pairs get thorough and realistic information on the program.

*Only 10% of candidates who inquire about the program will be accepted as Cultural Care au pairs.*

CC00000342

Cultural Care staff in every recruitment country receive training and direction from our central au pair recruitment headquarters in Luzern, Switzerland. With this unique overseas recruitment organization, Cultural Care Au Pair can provide our au pairs with the best preparation for their year, and our host families with the peace of mind that their au pair was recruited, interviewed and screened by Cultural Care staff overseas.

## *Screening and Orientation*

All au pair candidates who apply to Cultural Care Au Pair are initially screened by Cultural Care trained staff in their home country to ensure a fit into the Cultural Care Au Pair profile. At this initial stage staff make a preliminary assessment of the candidates' motivations and qualifications to determine if this is the right fit. Only 10% of candidates who inquire about the program will be accepted as Cultural Care au pairs.

The next step after the initial pre-screening is an invitation to an intensive Screening and Orientation Meeting, where a more extensive evaluation takes place. Screening and Orientation Meetings are held in local communities by RLs. They will usually have another former au pair attend to discuss the program. During the meetings RLs spend several hours reviewing the program in depth. They discuss au pair qualifications, responsibilities of an au pair, host family profiles and expectations, State Department regulations and much more. All details are reviewed including driving, educational component and cultural adjustment. While we want to promote the program as a great experience, we also set realistic expectations about becoming an au pair.

Either at the Screening and Orientation Meeting or shortly thereafter, candidates undergo an interview process that consists of two parts:

- *English evaluation*
  RLs or Cultural Care representatives evaluate candidates' English-speaking ability using a specially designed testing system unique to Cultural Care Au Pair. RLs score the candidates on a scale of 1 to 8 (8 = native speaker), and no applicant is accepted who is not at a level 4 or greater of proficiency.

- *Interview*
  This part of the interview process is in the candidate's native language and is facilitated by one of our trained staff

CC00000343

members. The interview, based on behavioral interviewing practices, consist of four sections: motivations, expectations, childcare abilities, and maturity. All four areas are evaluated in order to ensure suitability for placement with an American family.

## Follow up

After the Screening and Orientation meeting and interviews, local staff and office staff contact the candidate regularly to ensure that the candidate is suitable and that this is the right option for them.

In general, about 7 months elapse between when a candidate would inquire about the program until the time when s/he would submit an application.

Upon submission of all materials and verification of their references, a determination is made on acceptance. Once all materials have been submitted and reviewed and a candidate has been accepted, the application is sent to Cultural Care Au Pair in the U.S. where it is uploaded to be shown to potential host families.

## Pre-departure

Even after a candidate is accepted, preparation continues. All au pairs receive two handbooks- one on the logistics of the program and the other on appropriate expectations and tips for success. In addition we provide all au pairs with a unique Online Account with great tips and also send preparation emails to au pairs every 2 weeks for their first 6 months after acceptance. Our goal is to give each au pair all of the advice and information they need to be a successful au pair.

*To see a list of Cultural Care Au Pair's recruiting countries visit **Infosource: Before Your Au Pair Arrives: Au Pair Recruitment and Screening: Cultural Care Recruitment Countries***

CC00000344

## *Au Pair Application*

*Cultural Care au pairs complete an extensive application including:*

1. *Summary of childcare experience*
   Includes ages of children cared for, activities and responsibilities with children, hours per day of care.

2. *Summary of family and educational background*
   The au pair shares number of siblings, educational and career goals, subjects studied related to childcare.

3. *Letter or essay to the host family*
   This important application piece reveals information about the au pair's unique personality and interests.

4. *Photo collage*
   Au pairs take great pride in providing a collection of photos that give you even more insight into their personality.

5. *Au pair profile*
   Based on a personal interview and personality profile analysis

6. *Statement of good health*
   Signed by a physician

7. *English Evaluation (if non-native)*
   Based on the interview in English

8. *Copy of driver's license*
   If applicable: Most au pairs have received their driver's license from their home country prior to applying to be an au pair, although a few may be still in the process of obtaining their license as their application is submitted. If available in their home country, au pairs also obtain an International Driver's Permit, which is an official document that is a translation of their driver's license. Cultural Care staff cannot comment on the driving ability of any candidate.

9. *Copy of diploma*
   From high school or equivalent secondary institution

10. *Minimum of three references written by non-relatives*
    Cultural Care trained staff verifies all required references. At least one must be from a former childcare employer. If you have questions about the candidate's qualifications, we encourage you to call the references as well. If the reference does not speak English, ask your LCC for assistance.

11. *Criminal background check*
    Completed by the local police department

12. *Personality Profile*
    This self-awareness inventory helps our staff focus on specific aspects of an au pair's personality and behavior, and identifies their strengths and weaknesses in these areas.

Please note that when reviewing an au pair candidate's application, you may not be able to see the portion of the application that includes the driver's license, diploma, criminal background check, physician's records and the Personality Profile.

CC00000345

## *The Matching Process*

Cultural Care Au Pair provides families with a personalized, exclusive matching process. Your family will work closely with your PM and LCC to find the most suitable au pair for your family. Our **personalized matching process** enables Cultural Care Au Pair to present your family with candidates whose qualifications and interests are compatible with your specific childcare needs and your family's lifestyle. Due to the fact that our exclusive matching process enables your family to exclusively review a candidate's application, meaning no other family has the same au pair reserved for them, Cultural Care Au Pair has a three-day match viewing policy for your primary match. While we do not require that you make a final decision within this timeframe, we do ask that you confirm your interest in the candidate, and if interested, make an initial phone call.



Cultural Care Au Pair works hard to find a candidate who complements your family's lifestyle.

We also provide families with the convenience to review au pair profiles on their own time and at their convenience using our **Search and Select** feature. Using this process, host families have the ability to express interest and suggest candidates to their PM who will then review the suitability of those candidates and provide up to three candidate applications for a host family to review exclusively. Host families may also schedule a **consultative matching** appointment with their PM to review multiple candidates together over the phone. By the end of this session, a family may have up to three candidates reserved for them exclusively to review further.

As soon as a potential match is made, your PM or LCC will notify you. In your initial contact with your PM, you can establish how you would prefer to be notified as new applications are placed in your account. You can then log in to your host family online account and view the au pair's full application. Upon reviewing your potential au pair match, your LCC or PM is available to receive any feedback or to answer any questions you may have about the au pair candidate.

## *Reviewing Au Pair Applications*

Although your family is carefully matched with a Cultural Care Au Pair applicant, only you can decide with confidence if that candidate is the right one for your family. In light of this, we consider your review of the potential au pair the most vital part of the matching process. Undoubtedly, numerous factors will influence this very important deci-

CC00000346

sion; you might even have a list of requirements or desired
characteristics for your au pair. We encourage you to think
carefully about what qualities are essential in a person who
will be a part of your home and family for an entire year. It
might help to ask yourself the following questions:

- *What are the three most important characteristics
  to me in a childcare provider?*

- *What adjectives describe the type of person
  who would best fit into and would appreciate
  our family?*

The au pair application provides your family with detailed
information about the qualifications and personal characteris-
tics of a potential au pair. In addition to providing all informa-
tion required by the U.S. Department of State, the Cultural
Care Au Pair application asks candidates questions that will
give you a well-rounded impression of them. Use the applica-
tion to learn more about your au pair match and to reflect
upon questions you have about her/his experience, hobbies,
personality, etc. before your phone interview.

## The Telephone Interview

As part of the selection process, you are required by the U.S.
Department of State to interview your prospective au pair by
telephone. Although the interview process can be intimidat-
ing to both sides, it is an essential part of the matching pro-
cess. The telephone interview is your opportunity to ask the
au pair questions about qualities or skills that are important
to your family.

## How Can Cultural Care Au Pair Help?

Cultural Care Au Pair can help you conduct your phone
interview by connecting you to your au pair. From your
home, cell phone, or work, you can call us toll free at
**1-800-333-6056** between 9:00AM to 5:30PM, Monday
through Friday, and 10am-4pm EST Saturday and Sunday,
and our staff can connect you with your au pair. If you are
having trouble reaching your au pair candidate, your PM will
work with the overseas office to confirm a time at which your
au pair will be available to speak.

Please keep in mind that calling overseas can be very expen-
sive, especially if you are speaking with an au pair on her/his
cell phone and calling multiple countries, so you may want

CC00000347

to investigate international calling plans with your telephone provider and/or pre-paid international calling cards.

## *Making Your Decision*

After speaking to your au pair by phone, you and your family should sit down again with the candidate's application and decide if you would like to accept her/him as your au pair. Maintaining contact with your LCC or PM to let her/him know how you feel about your conversation with the au pair is also important. After speaking to the au pair, you may still have questions that need clarification—we will do everything possible to find the answers.

Once you make your decision, we will contact our overseas staff who will then notify the au pair. After the phone interview, it is possible that an au pair will indicate that s/he is not comfortable with your family due to the number or ages of your children or for other reasons. If this happens or if you decide not to accept the au pair candidate we present to you, your PM will immediately begin working with you to select another candidate. If you decide that your au pair candidate is the right match for you (and the feeling is mutual), we will "final" you with your au pair and begin the travel preparations.

As you await her/his arrival, your PM will notify you about your au pair's itinerary through your host family online account. You can print out her/his itinerary to the U.S., as well as the trip to your home from the Cultural Care Au Pair Training School in New York. If you have any questions, you can contact your LCC or PM.

Once you select your au pair, your account will then be managed by your PD, who will monitor your au pair placement during the year through continuous contact with your LCC and the overseas staff. Your LCC and PD will now be your contacts through the remainder of your au pair program year.

### Telephone Interview Tips:

While speaking to your prospective au pair, keep these tips in mind:

- If time allows, make an initial phone call as an introduction and schedule a later time to conduct the actual interview.

- Don't forget to be mindful of the time difference. For time zone information, please go to www. timeanddate.com.

- If you are having trouble getting through, please confirm that the au pair included the correct international calling code when listing her/his number.

- Speak slowly and clearly. Choose your words carefully. Remember, the au pair might not be used to speaking English on the phone. Avoid using slang and long or difficult words.

- Ask all the questions you need to make an informed decision.

- Ask open-ended questions to assess English speaking-ability. Avoid questions that can be answered with "yes" or "no."

- Remember that the au pair does not know everything about your family as s/he has not yet received your host family application. Give the au pair a brief description of your family and the community in which you live.

- Allow the au pair an opportunity to ask questions.

- Schedule a follow-up conversation to speak again if you are interested in moving forward with the match.

- Please remember—the phone conversation is a mandatory part of the application process.

CC00000348

## *Sample Interview Questions:*

### *Questions about the au pair's character and personal interests:*

- Why do you want to be an au pair in the United States?
- Will this be your first time away from home? What will you do if you feel homesick?
- What do you think will be the most difficult part about spending a year in the U.S. as an au pair?
- What do you like to do in your free time?
- Do you have any plans for when you finish your year and return home?
- Part of this program is about being a part of our family. How will you communicate with us if you have concerns? How will you communicate your opinions to us?

### *Questions about the au pair's general childcare experience:*

- What were the ages of the children for whom you cared?
- What were your specific responsibilities? (Refer to one job in particular.)
- What was the most difficult part of that job? What did you like most about it?
- What do you like most about taking care of children?
- What will you do if my child just won't listen to you?
- How long have you been driving? How often? Where do you drive? Would you be comfortable driving the children to school every day? (Adapt the question to your own needs and expectations.)

### *Questions relating to the care of an infant (3 months–2 years):*

- Infants sleep a lot, sometimes for several hours during the day. What will you do to remain active and challenged by your responsibilities?
- What activities might you be able to do with a baby?
- Babies can cry a lot for no apparent reason. What would you do if the baby just won't stop crying in her crib after ten minutes?
- What would you do if the doorbell or telephone rang while you were giving the baby a bath?

### *Questions relating to the care of a toddler (2-4 years):*

- What do you think is the best way to handle a toddler who loves to explore and get into things?
- What activities or games might you play on a rainy day?
- We do not allow the children to watch more than one hour of television each day. How do you feel about this? How will you keep the children active and occupied?

### *Questions relating to preschool and school-age children (4+ years):*

- On a rainy day, what kinds of activities might you plan with the children?
- Are you willing and able to help with the children's homework? Are you interested in helping the children learn your language?
- How would you react if our child says, "But Mommy and Daddy let me watch TV after dinner," even though we told you that the children are not to watch television after dinner?

*Additional interviewing questions are available online through your host family account:*
**Infosource: Extras: Tip Sheets: What to expect when interviewing an au pair.**

CC00000349

Chapter 3

# Preparing to Welcome Your Au Pair



*Making your au pair feel welcome when s/he arrives sets the stage for a great year together!*

CC00000350

## *Host Family Preparation*

Once you have selected your au pair, you and your family can begin to get excited for her/his arrival. The following are the required next steps as well as some suggestions for how to prepare for your au pair's arrival, shared with us by our host families who repeat year after year.

### *Required Preparations*

• *Complete application paperwork*
Consistent with U.S. Department of State regulations, Cultural Care Au Pair requires host families to submit a complete application, including all references and agreement forms, before an au pair can travel to the home. A complete host family application, including pictures and a letter, not only gives your au pair a preview of life with your family, but it can also assist the au pair in obtaining her/his visa. Consular officers at U.S. embassies may ask the au pair about the family s/he will be joining in the U.S., and they may request to review the host family application.

• *In-home interview*
You will also be required to participate in an in-home interview with your LCC prior to your au pair's arrival. This interview must occur each year you welcome an au pair into your home, and all people living in the home must be present for the interview. Your LCC will ask you to sign and date the interview form to acknowledge that you discussed the program requirements and rules, and that you agree to abide by them.

Host families also have an opportunity to ask any questions they may have about the program. It is important to have reviewed this handbook prior to the interview so that all questions and concerns can be addressed.

### *Suggested Preparations:*

• *Additional phone calls*
We suggest a follow-up call after your au pair has received your family's application and has had time to think of some questions. Typical questions your au pair may have include: "What types of clothing should I bring? Is the schedule for the summer going to be different than during the school year?" The au pairs can be so excited during the initial call that they may forget to ask these questions.

**The in-home interview is conducted by your LCC and includes the following:**

• Discussion of current family situation and any anticipated changes

• A tour of the home and the au pair's bedroom

• Review of U.S. Department of State regulations

• Discussion of car use expectations

• Cultural awareness information



*We suggest at least one follow-up call after your au pair has received your family's application.*

CC00000351

- *Welcome letter*

As soon as you have confirmed your choice of au pair, you should send her/him a welcome letter or email. Correspondence will help put your au pair and her/his family at ease about the approaching year. Your au pair will read the "family essay" that is part of your application packet, but this letter can be much more personal. You can include maps of your area, a catalog from local colleges and anything else that will help introduce your au pair to the community. Our experience has shown that the more contact you have with your au pair before her/his arrival, the more comfortable the initial stages of her/his stay will be.

- *Your au pair's room*

Before your au pair's arrival day, you will want to prepare your au pair's room. The room should have a bed, a dresser and a closet. A small television, telephone and bulletin board are optional amenities. Small gestures will go a long way in making your au pair feel at home. Flowers, balloons, brochures describing local attractions and a welcome sign on the door will be appreciated. You could also put a few photos from your au pair's application in frames around the room. Imagine your au pair's surprise to arrive and see some familiar faces! If you know your au pair's favorite food, you might want to prepare a special welcome dinner.

- *Au pair driver's license*

If you are requiring your au pair to drive as part of her/his childcare duties, please contact your local DMV or your LCC as soon as possible to obtain information about state driving regulations. Although your au pair might have an international driving permit, each state has its own regulations that dictate specific requirements for overseas visitors and we recommend that au pairs obtain a state license upon arrival.

## Additional Resources to Help You Prepare

### Household Handbook

If you have not already done so, you should take some time to complete the *Household Handbook,* a tool that you customize after you finalize your au pair match but before s/he arrives to the U.S. The *Household Handbook,* allows you to create your own list of household rules, car policies, visitor rules, etc., to prepare for the upcoming year with your au pair. There is also information on selecting vacation dates, making



CC00000352

decisions about overnight guests, a how-to section on using household appliances and much more.

We have taken suggestions from our veteran host families and LCCs to create this resource (**InfoSource: Extras: Veteran Family Profiles**), and we hope that you choose to spend time creating your family's own *Household Handbook* so that your au pair can refer back to it if s/he has any questions or concerns. To start your *Household Handbook*, simply log into your Host Family online account at **culturalcare.com/login.** You can find the *Household Handbook* and tips on **InfoSource: Before Your Au Pair Arrives: Preparing to Welcome Your Au Pair: Additional Preparation Resources**. We also recommend that you read " What to expect when settling in with an au pair" on **InfoSource: Extras: Tip Sheets.**

### Daily Communication Log

We encourage you to use the *Daily Communication Log* from the start of your au pair year. The log includes pages where you can list your schedule and emergency contact information, as well as pages for you to describe the likes, dislikes and general personalities of each of your children.

## Arrival Dates and Airport/Bus Gateways

Cultural Care Au Pair arranges all travel for your au pair. Upon completion of the childcare training at our Training School in NY, your au pair will travel to your home state. Domestic transportation fees vary according to the destination.

You can view your au pair's arrival information online approximately 2-3 weeks prior to her/his arrival on your online account page. If you need to reschedule your au pair's flight arrangements after the au pair's ticket is booked, then you will be asked to pay a change fee and any airline penalties.

For New England, NY, NJ, Eastern PA, MD, Washington D.C. and VA families whose au pairs are being bussed to their area from the Cultural Care Au Pair School instead of flying, we have a toll-free message line, **1-800-590-1126**, with updated bus arrival times on the dates of travel. Host families also have the option to sign up to receive text message alerts with updated arrival information on the date of travel. If you have other questions about your au pair's arrival, please call the Cultural Care Au Pair office.

**Ways to prepare your children for your au pair's arrival include:**

- Let your children know that your au pair will need their cooperation in getting used to language and cultural differences.

- To familiarize your children with your new au pair, begin using her/his name around them and involve them in the preparation of the au pair's bedroom.

- Tell your children a little about your au pair's home country. It is also a good idea to learn to pronounce your au pair's name correctly and learn a few words in her/his native language.

- If you are already a host family preparing to greet your next au pair, your current au pair can also help with the transition. Occasional reminders such as, "When I leave, (new au pair's name) will be here to take care of you," can ease any anxiety the children might feel about the change of caregivers.

CC00000353

# *The Cultural Care Training School*

All Cultural Care au pairs initially fly into New York to participate in a mandatory 4-day training course at the Cultural Care Au Pair Training School at St. John's University. Both the curriculum and workbook used at the school were developed exclusively for Cultural Care au pairs in cooperation with The Children's Foundation, a leader in early childhood education and childcare training. Founded in 1969, The Children's Foundation sponsors the National Childcare Advocacy Project, conducts annual research on state childcare regulations, and educates adults on providing quality childcare.

The Cultural Care Au Pair Training School curriculum complements the workbook and the pre-departure assignment that au pairs are asked to complete prior to leaving their home country. This ensures that all au pairs have received 32 hours of training in child safety and child development prior to arrival to the host family home.

Through discussions, hands-on exercises and role-play, teachers at the school focus on how to create a safe and nurturing environment for children. All au pairs receive their own workbook containing information on health, safety, nutrition, positive guidance, communication and developmentally appropriate activities. Au pairs come away from the program with a well-rounded, practical knowledge of a child's needs at each stage of development.

Small class size and the unique college campus set Cultural Care Au Pair's Training School apart from other agencies' training programs. Our dedicated and experienced teachers specialize in childcare and working with young adults from other cultures. A personal safety workshop led by a New York City police officer and a communications workshop which instructs au pairs on effective communication and cultural differences in communication styles also provide au pairs with practical knowledge about their new life in the U.S.

For pictures and more information regarding our au pair Training School visit **www.aupairtrainingschool.com.**

## Frequently asked questions about the Cultural Care Au Pair Training School:

*Can I contact my au pair while s/he is at the Training School?*

Yes! You can leave a message for your au pair asking her/him to call you by calling **631-218-3708**. You can also send an email to the Training School at aupair.training.school@culturalcare.com or send a message to your au pair via fax at **631-218-3806**. Au pairs follow a very busy schedule at the school, and all classes and activities are mandatory, so return calls and e-mails are limited to designated free periods.

*Can I send something to my au pair while s/he is at the school?*

Yes, you can purchase a customized Cultural Care Au Pair Welcome Basket for your au pair to be delivered to the school while s/he is there. All of our welcome packages include a New York City tour, a Cultural Care Training School Photo CD, snacks, Cultural Care gear and other popular au pair items. You can add a note to your au pair and the basket will be waiting at the school for her/him when s/he arrives. You can visit Cultural Care Au Pair's on-line store **store.family.culturalcare.com** to order a basket. Your au pair will love all of the fun, exciting and useful gifts in the Welcome Basket. And, you have an easy, practical way to say "welcome" to your au pair!

If you'd like to send something of your own, the address of the Training School is:

St. John's University
Oakdale Campus
500 Montauk Highway
Oakdale, NY 11769

*What will my au pair be doing and learning at the school?*

The Training School schedule is intensive. Some of the topics and activities are outlined on the following page.

CC00000354

## *Au Pair Training School Schedule*

*The outline below includes many of the topics and activities covered during the week:*

|  | MON | TUES | WED | THURS | FRI |
|---|---|---|---|---|---|
| *Morning* | Au pairs arrive to the school | Classes: Introductions, Health & Childhood Illnesses | Classes: Au Pairs as Role Models, Cooperative Learning Groups on Child Development | Personal Safety Workshop<br><br>Classes: Building Positive Self-concept in Children, Behavior Management Strategies, Au Pair Stress Management | Au Pair Meeting: Preparing for Departures |
| *Afternoon* |  | Classes: Group Presentations on Child Development; Children's Activities (Arts, Crafts, and Games) | Classes: Child Safety Awareness and Emergency Procedures | New York City Trip |  |
| *Evening* | Welcome Orientation and Dinner | International Sing-a-Long | Communication Workshop |  |  |
| *Optional* | Internet access available | Internet access available | Movie shown and internet access available |  |  |

CC00000355

## *The First Few Days*

To ensure the best possible transition for your au pair, the U.S. Department of State requires that either a parent or another responsible adult be at home with her/him for the first three days after her/his arrival. Your au pair might be quiet or reserved at first. S/he probably feels fatigued, a bit confused and overwhelmed from all of the new people and places to which s/he has been introduced. Just getting used to hearing and speaking English 24-hours a day can be tiring!

Do not plan anything too ambitious in the first few days while your au pair begins the adjustment to your home and routine. Instead of a welcome party or big outing, show your au pair around your home and community. Since everything is new to your au pair, even simple errands can be an interesting way to get to know the area.

Do not assume that your au pair will arrive knowing exactly how to behave around your family. We encourage you to use both the *Daily Communication Log* and the *Household Handbook* as a means of communicating your childcare philosophies and methods of discipline, as well as general information about each of your children. Explain thoroughly each of her/his responsibilities. The *Household Handbook* includes a section for you to describe simple things like turning on the shower or washing machine, which can be different from what your au pair is used to. Your au pair might feel uncomfortable asking how to accomplish these tasks, so it is a good idea to demonstrate their proper operation right away, being as specific as possible.

## *Contact from your LCC and the Two-Week Orientation*

Your LCC will call you and your au pair within 48 hours of your au pair's arrival to your home. The purpose of this phone call is for the LCC to introduce herself/himself to the au pair, welcome her/him to the community and answer any immediate questions you or your au pair might have. The regulations require that you and your au pair meet with your LCC in your home within two weeks after your au pair's arrival. Your LCC will also let you know about other au pairs in the area and when the next monthly meeting will be held.

*Watch a short video before your screening and orientation meeting to find out what topics your LCC will cover* **Infosource: Before Your Au Pair Arrives: Preparing to Welcome Your Au Pair: Additional Preparation Resources.**

**The two-week orientation is a valuable forum for ensuring that you and your au pair are on the same page. Topics covered will include:**

- *Communication:*
  Have you and your au pair established how you will be using communication tools such as the *Daily Communication Log*?

- *Schedule:*
  Is the schedule within the regulations and has vacation been discussed?

- *Car Use:*
  Does your au pair understand your family rules on car use?

- *Educational Component:*
  Has your au pair thought about how to obtain necessary credits?

- *Health Insurance:*
  Does everyone understand the au pair's health coverage?

- *Cultural Differences:*
  Does your au pair understand differences in U.S. laws on issues such as drinking? Have you discussed a dating and overnight guest policy?

- *Phone Bills, Internet, and Safety:*
  Have you established rules about internet use and discussed safety issues and internet dating?

- *Resolving Conflicts:*
  Does everyone feel comfortable with the mediation process?

- *The Children:*
  How are you feeling about your au pair's relationship with the children?

- *General Information:*
  Has your au pair set up her/his bank account and have you established the scheduled day for paying the weekly stipend?

- *Taxes and Social Security Number*
  All au pairs are required to file taxes on income earned during program year and will need a Social Security Number.

CC00000356

# *Program Expectations*

As you and your au pair settle into life together it may be helpful to know what Cultural Care Au Pair expects from all program participants and Local Childcare Coordinators.

## *What does Cultural Care Au Pair expect from the au pair?*

- To be open and to share her/himself with the host family
- To be a goodwill ambassador of her/his country
- To be flexible, adaptable, reliable and positive
- To try her/his best at all times
- To participate in host family and community activities
- To accept and show respect for the host family and their culture
- To be open and honest with the host family about problems
- To talk with her/his Local Childcare coordinator (LCC) about any problems that cannot be resolved with the host family
- To attend monthly meetings with her/his LCC
- To abide by all Cultural Care Au Pair program and U.S. Department of State regulations and all laws

## *What does Cultural Care Au Pair expect from the host family?*

- To be open and to share themselves and their culture with their au pair
- To be adaptable, allowing their au pair to make mistakes and grow
- To treat the au pair like a family member and an adult
- To set reasonable household rules and chores for their au pair
- To hold weekly "touch base" meetings with the au pair
- To spend time to get to know the au pair
- To let their au pair know when they are happy or unhappy with something

- To talk with their LCC about any problems that cannot be resolved with their au pair
- To attend orientation meetings and family day conferences
- To limit the number of hours the au pair works to 45 per week
- To abide by all Cultural Care Au Pair program and U.S. Department of State regulations and all laws

## *What does Cultural Care Au Pair expect from the LCC?*

- To serve as a source of program information in her/his community
- To interview and screen host families in their home as they apply to the Cultural Care Au Pair program
- To conduct an orientation meeting with the host family and au pair in the host family's home no more than 2 weeks after the au pair's arrival
- To introduce the au pair to her/his group of au pairs, to provide her/him with an orientation to the community and to assist the au pair in finding suitable educational courses
- To arrange monthly social and informational meetings for the au pairs in her/his group
- To hold two host family day conferences during the program year
- To facilitate communication and provide support in the event of problems between the host family and the au pair
- To conduct four au pair meetings that focus on our Continuing Education Program (CEP)
- To enforce all Cultural Care Au Pair program and U.S. Department of State regulations

CC00000357

Chapter 4

# Program Guidelines and Rules



*Abiding by U.S. State Department regulations is a commitment that both host families and au pairs make*

CC00000358

## General Au Pair Responsibilities

Your au pair was accepted as a Cultural Care au pair for
her/his personality, adaptability, and childcare experience.
Although the needs of each host family are different, your
au pair's most important function is to take care of your
children. All Cultural Care au pairs have some previous
childcare experience. Au pairs who will look after children
under two years of age will have a minimum of 200 hours of
documented infant care experience and will be at least
19 years of age. Au pairs cannot be the sole caretaker for
infants under the age of 3 months.

Your au pair may help with tasks related to the care of the
children, such as light housekeeping, meal preparation and
errands. These optional responsibilities must be reason-
able and may never result in your au pair exceeding the
45 hour work week or 10 hours per day. Your au pair is
also informed of her/his responsibilities and obligations to
both your family and to the au pair program. S/he has read
your host family application including the "Letter to the
Au Pair" and the "Weekly Schedule." Any deviations from
the expectations outlined in your application should be dis-
cussed with your au pair. All regulations are also listed on
**Infosource: General Program Info: U.S. Department of
State Regulations** for your convenience.

*Your au pair may help with tasks related to the care of the children, such as light housekeeping, meal preparation and errands.*

## Work Hours

According to the U.S. Department of State regulations,
your au pair is allowed to work no more than 45 hours per
week, with a maximum of 10 hours in any one day. This
45-hour limit includes the direct care of your children and
all childcare-related tasks. The children's sleeping time is
counted as work time if your au pair is alone with the
children. Although many families give their au pairs the
entire weekend off, your au pair is entitled to at least one
and a half consecutive days off each week, including her/
his Sabbath, as well as one full weekend (Friday night to
Monday morning) off per month. It is your responsibil-
ity to initiate a discussion about holidays and to mutu-
ally determine which holidays your au pair will be off-
duty. Your au pair is responsible for your children only
during the 45 hours you have outlined in your schedule.



Au pairs cannot be the sole caretaker for infants under the age of 3 months.

CC00000359

## On- Vs. Off-duty

Imagine the following scene: your entire family is sitting at the dinner table and the children become restless. Your au pair is officially "off duty" this evening, but feels responsible for the children. Who should attend to the children? Unfortunately, there are no concrete rules governing this type of situation. Please keep in mind that, like you, your au pair has had a long day at work. For her/him, however, it is particularly difficult to feel "off-duty" because of the fact that s/he works at home. From the very beginning, it is important for your au pair to know that you recognize when "official" work time is over.

## Weekly Stipend



*It is important for your au pair to recognize when "official" work time is over.*

The weekly stipend you give your au pair is a living stipend of $195.75*. The stipend is based on a formula which includes the federal minimum wage and a housing credit. Any change to the minimum wage will likely result in a change to the required weekly stipend. All resulting changes as published by the Department of State must be adhered to by all program participants, regardless if such a change occurs during an existing program year.

You must choose a particular day of the week to pay your au pair. It is a good idea to get a receipt from your au pair verifying that s/he actually received the money. You cannot withhold payment for any reason, including an auto accident, outstanding telephone bill, lost time due to illness or other damages. Withholding the stipend is a violation of the U.S. Department of State regulations.

## Vacation Policies

### Au pair vacations

Your au pair is guaranteed one and a half consecutive days off per week, one full weekend off per month and two calendar weeks (14 days) of paid vacation during the year. The two weeks of vacation do not have to be taken consecutively. There are no designated holidays for au pairs; however, it is important to discuss international holidays and religious observance so that plans can be made accordingly. Your au pair eagerly anticipates her/his vacation as an opportunity to see more of the U.S. and therefore might want to plan early. Although it is up to you and your au pair to plan vacation time, Cultural Care Au Pair suggests au pairs take the first week of vacation within the first six months and then take the second week during the remaining six months. Vacations

*The weekly stipend is determined by the U.S. Department of Labor using a formula based on the federal minimum wage.

CC00000360

should always be mutually convenient. While granting single vacation days might suit your family, au pairs usually prefer to take vacation one week at a time. *Please note: should your au pair be replaced during the year, you will be responsible for accommodating the remaining vacation time (including the weekly stipend) your new au pair might not have taken.*

### Family vacations

If you require your au pair to accompany you on a family vacation and s/he will be considered "on-duty" during this time, you are expected to pay for all expenses, in addition to the weekly stipend. Please keep in mind that this time does not count as your au pair's vacation time.

If you invite your au pair to join your family on vacation as part of her/his vacation time (meaning s/he will not be responsible for providing any childcare whatsoever), your au pair should pay for her/his own expenses. We encourage you to make this very clear from the beginning and give your au pair a good idea of how much money s/he will need for the trip. Do not be offended if your au pair declines your generous invitation. Most au pairs have a limited budget and might prefer to spend their two weeks of vacation with friends.

## Sick Days

Days when your au pair is sick and cannot work are not considered vacation time and cannot be deducted from your au pair's weekly stipend. In the event your au pair is seriously ill or injured for a long period of time, you should contact your LCC.

### If your au pair needs a doctor

First, check if your family physician is in the Aetna network or go online to **www.aetna.com/docfind/erika** to find a local physician who is affiliated with the network. If your au pair has an unusual condition (something other than a common illness such as the flu or strep throat) and you have questions about full reimbursement, call Aetna Student Health at **1-800-783-7447**.

If your au pair has to be hospitalized for an illness, please call Cultural Care at **1-800-333-6056** (press 5 for an after hours emergency) so that we can contact the Emergency Assistance claims handlers and assist you.

For more information about coverage and deductibles, please reference the Medical Insurance section of this Handbook.

**According to the U.S. Department of State regulations, your au pair is allowed to work no more than 45 hours per week, with a maximum of 10 hours in any one day.**

**The following sample au pair schedule uses the maximum amount of hours allowed:**

| Time | Activity |
|------|----------|
| 7:00 | Wake up Sarah for school |
| 7:30 | Fix breakfast for Tommy and Sarah |
| 8:00 | Drive Sarah to school (car seat for Tommy) |
| 9:30 | Tommy's nap |
| 11:00 | Tommy wakes up; grocery shopping |
| 12:30 | Lunch (Tommy gets solid food!) |
| 1:00 | Play outside |
| 2:30 | Pick up Sarah from school |
| 3:00 | Tommy's nap Help Sarah with homework |
| 4:00 | Tommy wakes up |
| 5:00 | Mrs. Parker comes home: OFF |
| *Total:* | *10 hours* |

**34**   Chapter 4

## Weekly Schedule



A weekly schedule, not exceeding 45 hours (with a maximum of 10 hours in any one day), should be clearly laid out at the beginning of every week. A schedule allows your au pair to know when s/he is free to make plans. Many host families have found that a written list of specific tasks helps to avoid confusion about an au pair's duties. We suggest you outline these duties and detail the most important ones. If you need your au pair to work at a time outside of her/his normal work schedule (i.e., a Sunday afternoon while you attend a wedding), we encourage you to give your au pair as much advance notice as possible. Since most au pairs typically have evenings and weekends off, they tend to make plans with friends during this free time. The *Daily Communication Log* contains blank schedule pages to facilitate this process.

## Weekly Meetings

You should plan to set aside a specific time each week to discuss your au pair's work schedule and responsibilities. Informal meetings seem to work best but be sure to discuss all issues (good and bad) that come up during that week.

Do not ignore problems—if they are not discussed, they will only get worse. It is also appropriate at this time to review your au pair's schedule for the upcoming week and answer any questions your au pair may have.

In your weekly meetings with your au pair be sure to discuss all the issues—work schedules, children's activities, conflicts, successes, etc. In addition to your weekly meetings, have as many spontaneous discussions as needed to keep things running smoothly. If you want your au pair to change the way s/he is performing a particular task, or if you would like to add a new responsibility, be sure to let her/him know directly.

## Household Rules

Many of our host families have not yet experienced living with a young person between the ages of 18 and 26. Cultural Care au pairs are typically very independent, excited about experiencing new things, and eager to learn about living in a foreign country. You should treat your au pair as an adult. Although you will undoubtedly want to give her/him as much freedom as possible, it is much easier to adjust or eliminate rules according to the trust you have established than to add or tighten rules later in the year.

*It's a good idea to set aside a specific time each week to discuss your au pair's work schedule and responsibilities.*

CC00000362

Using the *Household Handbook*, we encourage you to immediately establish concrete and reasonable household rules regarding issues such as smoking, overnight guests, curfews, use of the car, telephone, internet, and personal and/or family computers, etc.

## Host Family and Au Pair Events

### Monthly au pair group meetings
Your LCC is responsible for organizing monthly meetings for her/his group of au pairs. This is not only a time for socializing, but also for discussing any problems that may have arisen during the month. If an au pair is shy or does not feel comfortable discussing personal issues in a group, s/he can always call the LCC at a more convenient time.

Sometimes the meetings are very informal and discussion-oriented; sometimes a guest speaker is invited or a social event is planned. Our monthly meetings are mandatory, and each one is documented by your LCC. As a result, it is your responsibility to get your au pair to the meeting, either by driving her/him or allowing her/him to drive. Meeting reports are sent each month to your Program Director in the Cultural Care Au Pair office.

### Continuing Education Program (CEP)
Four of the LCC's monthly meetings during the year will be focused on important safety information. Cultural Care Au Pair's Continuing Education Program aims to continue an au pair's safety training, begun at the Au Pair Training School, throughout her/his year. Each season, a new topic is introduced. Au pairs take a quiz to test their existing knowledge and then the safety information is presented either by the LCC or by an invited guest speaker from the community.

Topics include: household poisoning prevention, sports injury prevention, water safety/drowning prevention, playground safety, passenger safety, bicycle safety, carbon monoxide poisoning prevention, and fire prevention.

### Host Family Day Conferences
Your LCC will organize at least two host family day conferences during the program year. The U.S. Department of State guidelines require host families to attend at least one of these meetings during their program year. They provide a great opportunity to meet other Cultural Care Au Pair families in your community and discuss any issues or concerns in an informal and supportive atmosphere.

**Continuing Education Program (CEP) safety seminars are held seasonally throughout the year. The following are topics covered at our CEP safety seminars:**

- Water Safety
- Playground Safety
- Carbon Monoxide Poisoning Prevention
- Fire Safety
- Household Poisoning Prevention
- Bicycle Safety
- Sports Injury Prevention
- Passenger Safety

CC00000363

## *Educational Component Requirements and Resources*

Your au pair is required by the U.S. Department of State to fulfill an educational component of six semester hours (or their equivalent of academic credit) in a formal classroom setting at an accredited, post-secondary institution while s/he is in the U.S.

As a host family, you are responsible for paying up to $500 for enrollment and related educational expenses. Should you receive a replacement au pair at some time during the year and your first au pair has already used $500 for courses, you are still responsible for paying the balance needed—up to $500—in educational expenses for your new au pair. If your au pair does not have use of the family car, it is best if the course is accessible by public transportation, as you are responsible for covering transportation costs or providing transportation to and from the class.

We hope you will assist your au pair in looking for programs that match her/his interests and fit into her/his work schedule. The courses cannot be a tutorial, a health club membership or courses at high school evening program. You should review your au pair's Health Insurance Policy with her/him before enrolling in a course requiring physical activity. Certain sports/athletics are identified in the insurance policy as "risky" and medical treatment as a result will not be covered, unless they have purchased the sport supplement to their policy which covers risky activities. Although many au pairs take English classes, some have taken courses as varied as Economics and Psychology. Your LCC might be aware of additional resources.

The educational component must be completed at an accredited college, university or community college. For specific questions, please speak with your LCC or PD.

## *Car Use and Car Insurance*

If your au pair will be using your car while living with you, it is our understanding that they will require auto insurance coverage and, as a host family, you are responsible for the associated costs. Please check with your insurance broker for specific pricing and policy information. Also, be sure to check with your local motor vehicle department to determine if your au pair will need a state driver's license. Even if a state license is not required, it is recommended that your au pair obtains a state license if possible. Many insurance companies and/or states require your au pair to obtain a state driver's license after a certain period of time. Please inform your LCC if you encounter any changes to existing policies at your local RMV. Host families are responsible for the cost of obtaining a driver's license.

### Tips for fulfilling the Educational Component

A list of approved schools by state can be found in your and your au pair's online account: **Infosource: During Your Year: Fulfilling the Educational Component: State Directory**

For additional options please visit these two useful websites to research post-secondary accredited institutions:

U.S. Department of Education: **http://ope.ed.gov/accreditation/Search.asp**

Council for Higher Education Accreditation: **http://www.chea.org/search/default.asp**

CC00000364

It is every host family's responsibility to make sure that they feel comfortable with the au pair's driving ability before allowing them to operate their vehicle. We strongly recommend you educate your au pair about local driving practices and familiarize them with roads and highways in your area. Upon arrival, host families and au pairs are urged to sit down together and agree on rules regarding use of the family car. Because your au pair is a "family member," you should consider what rules and regulations you would consider reasonable for your own adult children. Your LCC will review car use rules with your au pair at the orientation meeting.



Finally, do not expect your au pair to immediately feel comfortable driving. Families that require their au pairs to drive larger vehicles (SUVs or minivans) should take special care to help their au pair familiarize her/himself with such an automobile. Many au pairs have never driven cars this large before and may require extra practice. It might take some time for her/him to feel confident about driving in the U.S.

By agreeing to allow your au pair use of your car, you are taking the risk that s/he will get into an accident. Your au pair's insurance does not provide coverage for any liability or property damage. You are responsible for ensuring that you have added proper insurance to your own policy if your au pair will be using your car. Your au pair's medical insurance is secondary to your auto insurance policy in case of an accident.

If your au pair is involved in a car accident while on duty, which includes travel to and from LCC meetings and classes, you will have to pay the deductible. If the accident occurs while the au pair is off-duty, the au pair is responsible for paying the deductible if s/he is at fault. S/he is not responsible for a deductible of more than $500. (Remember, the au pair's stipend cannot be withheld for this or any reason.)

## *Travel Insurance*

### *Policy types*
All Cultural Care au pairs are covered for 12 months by basic travel insurance provided by Erika Travel Insurance. The basic travel insurance provides limited coverage for medical expenses, emergency home evacuation or home repatriation.

For an additional fee, your au pair has the option to upgrade the 12 month basic travel insurance to a comprehensive extended travel insurance policy prior to leaving her/his home country. The distinction between the basic and extended travel insurance can be significant with regard to what losses are covered, so we encourage your au pair to read the insurance booklet (also

CC00000365

available at **www.erikainsurance.com**) carefully. For example, travel back to the au pair's home country in the event that an immediate family member is seriously ill or dies is not included in the basic travel insurance but is included in the extended travel insurance. Also, travel claims resulting from loss or theft as well as emergency dental treatment up to $200 are covered by only the extended travel insurance plan. If you are unsure about whether your au pair has purchased the extended travel insurance, please call Cultural Care Au Pair Services at **1-800-448-5753**.

Upon successfully completing her/his program term, your au pair is entitled to a "grace period" of one month to stay in the U.S. for travel, visiting friends, etc. Erika Travel Insurance does not automatically cover your au pair during her/his 13th month. Additional insurance must be purchased by the end of her/his program term through Cultural Care Au Pair if your au pair is planning on using her/his travel month and desires coverage.

Each au pair is given a travel insurance booklet describing the policy and a paper insurance card prior to departure from her/his home country. Please notify Cultural Care Au Pair Services in case the original card gets lost or stolen.

All coverage of Erika Travel Insurance carries a per-condition deductible. The deductible varies depending on the type of travel insurance (basic or extended) and the provider used. Erika Travel Insurance partners with the Aetna Network and so we strongly recommend seeking treatment within the Aetna Network. The deductible will be $60-$100 lower than for a non-affiliated provider. To find a doctor within the Aetna network go to **www.aetna.com/docfind/erika**. Please find the exact amount of the deductible applicable to your au pair in the policy booklet. We strongly recommend going to a doctor when possible and seeking treatment in the Emergency Room only in case of a true emergency. There is an additional Emergency Room deductible ($150 for basic and $50 for extended).

## Filing an Insurance Claim

If the au pair has seen a doctor or gone to a hospital that is part of the Aetna Network then the au pair has most likely not paid for the visit up-front and consequently there is no claim to file. The au pair must bring the Erika Insurance card to the doctor's office or to the hospital so they can find the billing details and bill Aetna Student Health directly. The au pair is always responsible for paying the deductible directly to the doctor or the hospital.

If the au pair has paid for the visit and for medicine then s/he needs to send in a complete and signed Claim Form. This should be sent to Aetna Student Health together with

*All Cultural Care au pairs are covered for the length of their program term by basic travel insurance provided by Erika Travel Insurance.*

CC00000366

receipts, medical reports and any other documentation that might be relevant. If the au pair is filing a claim for a prescription, both the cash register receipt and the prescription medication label must be attached. In case of theft a police report must be attached. Aetna Student Health will review the claim and if covered send a check to the au pair. This process normally takes a month. Prior to any treatment, your au pair should contact Aetna Student Health directly at **1-800-783-7447** regarding questions about coverage for specific conditions. Many au pairs have never filed a medical claim before, particularly if they come from a country where medical treatment is free. Therefore, we hope you will help explain to your au pair how the U.S. healthcare system works. A claim form can be found at **InfoSource: During Your Year: Insurance, Social Security and Tax Information: Au Pair Travel Insurance.** All claims should be submitted directly to the Claims Handling company (not Cultural Care Au Pair) at the following address:

**Aetna Student Health, P.O. Box 14101, Lexington, KY 40512**

If you have a question about a claim or for specific information about the insurance policy, please refer to your au pair's travel insurance booklet or call the Aetna Student Health at **1-800-783-7447** (during business hours EST). Cultural Care Au Pair does not have access to the status of claims.

## Travel Guidelines

### Travel during your au pair's first year

If there is an "M" underneath the heading "Entries" on your au pair's visa stamp, this means your au pair's J-1 visa is a multiple entry visa. With this type of visa, your au pair can leave the U.S. during the 12-month program. (Please be aware, we do not recommend that au pairs travel outside of the U.S. in the last two months prior to the expiration date of the visa in the passport as they may subject to a denial of re-entry into the country.) If your au pair is planning to leave and re-enter the country, s/he must send the DS-2019 form to our Boston office to be signed by Cultural Care Au Pair. Your au pair must submit this form to us no later than six weeks before her/his date of travel. S/he must also include a self-addressed envelope and a short note with the specific departure and return travel dates and location of travel. Cultural Care Au Pair will charge an administrative fee to au pairs who submit their forms at the last minute, requiring overnight courier service. Au pairs should always contact Au Pair Services at Cultural Care Au Pair to confirm these details prior to their trip.

Au pairs should also carry the I-94 card when they travel outside the U.S. Your au pair must also be responsible for determining whether or not an additional visa is required for the country to which s/he will be traveling. One good resource for visa information is **www.embassyworld.com.**

## Emergency Situations

*Erika Travel Insurance partners with two assistance companies for serious situations.*

- Falck TravelCare
  Based in Stockholm, Sweden
  (24 hour emergency assistance team for Swedish, Danish, Norwegian, and Finnish au pairs)

  Toll free from the U.S.:
  1-800-871-9211

  Email:
  erika@falcktravelcare.com

- AXA Assistance:
  Based in Munich, Germany
  (24 hour emergency assistance team for all other nationalities)

  Toll free from the U.S.:
  1-800-847-3948

  Email: Erika@axa-assistance.de

The proper assistance company should be notified prior to surgery or hospitalization of an au pair or as soon as possible after a serious injury, illness, or accident occurs.

CC00000367

40  Chapter 4

## *Au Pair Travel and Visa Paperwork*

### *J-1 Cultural Exchange Visa*
All au pairs on the Cultural Care Au Pair program come to the U.S. on a J-1 cultural exchange visa. These visas are issued by the U.S. Embassy in the au pair's home country before s/he departs from her/his home country. The J-1 visa is affixed inside the au pair's passport and facilitates the au pair's entry into the U.S.

• *What does the J-1 Visa look like?*



• *What do I do if my au pair loses her/his passport and J-1 Visa?*
Au pairs who lose their passports must replace them immediately by contacting the embassy for their home country located in the U.S. (Embassy contact information can be found online: **www.embassyworld.com.**)

• *What do I do if my au pair's visa expires during the year?*
The expiration date on the visa should not be confused with the authorized length of stay in the United States. Au pairs may legally stay in the U.S. on J-1 status as long as they are active participants on the Cultural Care Au Pair program, even if the visa in their passport has expired. The au pair's legal program participation dates are listed on their DS-2019 form, and it is possible that the J-1 visa will expire prior to the end of their program. An expired visa does not mean that the au pair is in the US illegally- as long as the au pair entered the country on a valid J-1 visa, they will remain on legal J-1 status throughout the duration of their program year. If the visa in your au pair's passport has expired, travel outside of the US during the program year will be restricted. Please call the Au Pair Services Department at 1-800-333-3056 for more information.

Please note that since the original DS-2019 form is only issued for one year, all second year au pairs will have an expired visa in their passport which limits travel outside of the US. Extension au pairs will receive a second year DS-2019 that reflects their extended program dates, and their J-1 status will also be extended though their new program end date.

CC00000368

While the au pair's home country embassy can replace her/his passport, the J-1 visa cannot be replaced while in the U.S. This can only be replaced by visiting the U.S. Embassy in an au pair's home country. Au pairs who have lost their passport cannot travel outside of the U.S. unless they first visit the U.S. embassy in their home country and obtain a new J-1 visa stamp. Au pairs can legally stay in the U.S. after losing the J-1 visa.

### DS-2019 form
Once you have selected your au pair, s/he is issued a DS-2019 form, which s/he must bring to the U.S. Embassy in her/his home country in order to apply for the J-1 Cultural Exchange Visa. Au pairs must take this DS-2019 form with them when they travel to the U.S. to begin their au pair year. Au pairs must keep this form with their passport when traveling in or outside of the U.S. They are required to present this form together with a passport and a valid visa upon re-entering the U.S.

- *What does the DS-2019 form look like?*



- *What do I do if my au pair loses her/his DS form?*
  If your au pair loses the DS-2019 form, s/he should contact the Au Pair Services Department at Cultural Care Au Pair immediately by calling **1-800-448-5753** or emailing **aupair.operations@culturalcare.com**.

### I-94 card
It is your au pair's responsibility to ensure that s/he has her/his I-94 card upon leaving customs at the U.S. airport. The I-94 card is the white landing card which the au pair fills out before her/his flight lands in the U.S. This card will be stamped by an immigration officer at the port of entry and is stapled or placed loosely in the passport.

- *What does the I-94 card look like?*

- *What do I do if my au pair loses her/his I-94 card?*
  If au pairs lose this card, it must be replaced, as they need it when departing the U.S. at the end of the year. Au pairs can visit **http://uscis.gov** to fill out the I-102 form in order to receive a new I-94 card. The fee to replace the card is currently $320. Because Cultural Care does not issue the I-94 card, we cannot replace it for your au pair.

CC00000369

### Travel during the 30-day "Grace Period"

Upon completion of the 12-month program, your au pair is entitled to a "grace period" of one month. This 30-day grace period allows your au pair to stay in the U.S. to travel, see friends, etc. Your au pair cannot work during this 30-day period, nor can s/he travel outside of the continental U.S., unless s/he is returning home. The multiple-entry status of the J-1 visa is only applicable during the 12-month program. Au pairs are strongly urged not to travel outside the continental United States during this period. The only exception to this regulation is Hawaii. If your au pair leaves the U.S. during the grace period, s/he risks being denied re-entry. All au pairs must return to their home countries at the end of their additional month. Cultural Care Au Pair will not book any flights beyond an au pair's grace period.

Your au pair does not have insurance coverage during her/his additional month unless s/he purchases the Additional Month Insurance. To do so, s/he should call Au Pair Services at **1-800-448-5753** before making travel plans.

### Travel during the Extension Program

If your au pair decides to take advantage of Cultural Care Au Pair's Extension Program, guidelines for travel outside the U.S. will change.

Each au pair who extends her/his year with Cultural Care Au Pair will receive an updated DS-2019 form with the new program dates once her/his extension is approved by the Department of State. This form allows the au pair to stay in the U.S. for the dates indicated on the form.

### Detailed Travel and Visa Information for Extension Program Au Pairs

*Please note: This information is based on the latest information made available to Cultural Care by the U.S. Department of State but is subject to change without notice. Please call **1-800-448-5753** if you have any questions.*

Since embassy posts around the world have been informed about the second year extension program for au pair participants, extension au pairs may travel to their home country during the second year. However, the following are guidelines to consider before doing so:

1. An extension au pair wishing to travel to her/his home country and to return to the United States must have her/his J-1 visa renewed while at home before attempting to resume

**Travel advisory for second year extension au pairs and host families:**

- *International travel to countries other than an extension au pair's home country is limited unless the extension au pair completes the J-1 visa renewal process in her/his home country first.*

If an au pair fails to complete the J-1 visa renewal process before traveling internationally to a country other than her/his home country, s/he will most likely be denied reentry to the United States. An exception to this requirement exists for Canada, Mexico and adjacent islands. Please see the section on travel to those countries for more information.



participation in the program in the United States. An au pair who does not renew her/his J-1 visa risks not being allowed to re-enter the United States to continue on the program.

2. Au pairs and host families should be aware that it can sometimes take 6-8 weeks to obtain an appointment to renew a J-1 visa at U.S. embassies around the world. Au pairs must schedule appointments for J-1 visa renewals well in advance of their travel dates as waiting times for appointments vary greatly depending on time of year and demand at specific U.S. embassy posts. Cultural Care Au Pair recommends contacting the U.S. embassy no later than 6-8 weeks before traveling home. Contact information for U.S. Embassies abroad can be found at: **http:// usembassy.state.gov/.**

3. Cultural Care Au Pair is not able to book appointments at the U.S. embassy on the au pair's behalf and has no ability to affect scheduling appointments at the U.S. embassy.

4. Cultural Care Au Pair cannot guarantee the renewal of a J-1 visa. Although an au pair has been approved by the U.S. Department of State to participate in the extension program, the decision to renew the visa is at the discretion of the consular officer who interviews the au pair.

An extension au pair must have all necessary documentation and paperwork to renew her/his J-1 visa. The following steps are necessary in order for an extension au pair to renew her/his J-1 visa at the U.S. embassy in her/his home country:

1. An extension au pair wishing to renew the J-1 visa must bring her/his passport and the original copy of the DS-2019 form renewed by Cultural Care Au Pair. The form will be sent to the au pair once her/his extension is approved by the Department of State. If the au pair has questions about her/his DS-2019 s/he should call Au Pair Services at **1-800-448-5753**. The DS-2019 form will reflect the dates of the au pair's second year. At the au pair's request, Cultural Care Au Pair will also provide her/him with a letter of good standing and a copy of the U.S. Department of State cable regarding the second year extension program.

2. In addition, au pairs will need to complete the DS-160 form, available online at the U.S. Embassy website. Male au pairs have to complete a third form as well; form DS157. The forms are available at: **http://travel.state.gov/ visa/visa_1750.html**

## Travel advisory for second year extension au pairs and host families *(cont)*:

- *Au pairs traveling to their home countries at the end of their first year may experience difficulty in returning to the U.S.*

The airlines carefully review visas and visa expiration dates for U.S. bound passengers, and airline officials will not take any risks as they may be penalized with substantial fines if they allow someone to fly to the U.S. who does not have a proper visa. Consequently, even if the visa dates in the au pairs' passport are still valid, airlines are likely to deny boarding to anyone whose visa is close to expiring. To address this, Cultural Care Au Pair advises all extension au pairs returning home within 30 days of the end of their first year to complete the J-1 visa renewal process before attempting to return to the au pair program in the U.S.

CC00000371

## Travel to Canada, Mexico and the Caribbean in the Second Year

*Travel to Canada, Mexico or the Caribbean (except Cuba) for fewer than thirty days is allowed, even with an expired J-1 visa in the au pair's passport. This is known as "visa revalidation." The following conditions must apply in order for your au pair to travel to these countries:*

• Your au pair must have an unexpired I-94 card indicating the J-1 status in her/his passport when s/he enters the U.S. Your au pair should not surrender the I-94 card when s/he leaves the U.S., as s/he will not be eligible for visa revalidation.

• Your au pair must have her/his DS-2019 form with the extension program dates, signed by Cultural Care Au Pair in the Travel Validation area.

• Your au pair must have a passport valid at least six months into the future on the day s/he returns to the U.S.

• Your au pair should contact the Cultural Care Au Pair Services Department for a copy of the visa revalidation regulation.

• Your au pair can travel only to one of the destinations named above and for fewer than thirty days. For example, s/he cannot use automatic revalidation to enter Canada, depart to another country, return to Canada, and then return to the U.S. within 30 days.

• Your au pair cannot apply to renew her/his J-1 visa while in Canada, Mexico, or the Caribbean. If s/he applies for the J-1 visa during a visit to one of these destinations, s/he must wait for it to be issued before returning to the U.S. If her/his visa application is denied by the American consulate, your au pair will not be allowed to return to the U.S. Instead, s/he will be required to travel to her/his country of citizenship to apply for a new visa.

• Your au pair must have a J-1 visa (expired or valid) in her/his passport. If your au pair lost her/his passport during the first year and had it replaced, s/he will not have the J-1 visa in that new passport and therefore cannot take advantage of travel to Canada, Mexico or the Caribbean.

• If your au pair is a citizen of Syria, Iran, Iraq, Sudan, North Korea, Cuba, or Libya s/he is not eligible for visa revalidation. If your au pair is a national of one of the above countries, s/he must always have a valid visa in her/his passport to enter the United States.

• Your au pair may be required to have a visa from either Canada or Mexico to enter those countries. The visa s/he has for the United States does not automatically grant entry into these countries. We recommend that your au pair check with the Canadian or Mexican consulate in the U.S. before travel.

• The decision to allow an au pair back into the U.S. is at the discretion of the immigration officer at the port of entry. Cultural Care Au Pair cannot guarantee reentry into the United States and will not be responsible for any costs incurred due to reentry problems.

If you have any questions concerning this information, please call the Au Pair Services Department at **1-800-448-5753** or email **aupair.operations@culturalcare.com**.

CC00000372

3. There is a non-refundable fee of USD140 to apply for the second J-1 visa. The fee is paid directly to the embassy and the au pair is responsible for covering this cost.

4. It is the au pair's responsibility to inquire with the U.S. Embassy in their home country to see if other forms are needed. It may be necessary for the au pair to bring a copy of her/his host family application, school diplomas or bank statements.

5. Cultural Care will not be responsible for any costs incurred by a visa denial or visa delay, and host families could be subject to breaks in childcare due to the renewal process.

## Social Security

It is important for your au pair to obtain a non-working Social Security number—they are required in some states to get a driver's license or to open a bank account. It is also neccessary in order for au pairs to file taxes, as well as host families to claim on their taxes.

To obtain a Social Security number, an au pair must go to the nearest Social Security office with her/his passport, I-94 card, DS-2019 form, and Social Security Letter from Cultural Care Au Pair (available in your online account). S/he will have to fill out an application form, which is available at the Social Security office. Au pairs should wait at least 10 days from the date they enter the United States before filing an application with the Social Security Administration (SSA). The SSA cannot verify their status with the Department of Homeland Security (DHS) until at least 10 days after the date of entry.

In order to grant the Social Security number, the SSA must verify the au pair's visa status. If an au pair is told that s/he is not in the database yet or cannot be verified, s/he should ask to have her/his status verified through the Student and Exchange Visitor Information System (SEVIS) instead. Her/his Social Security number application will then be faxed to a central office to be verified. This process may take several days or weeks.

If your au pair experiences a problem when applying for a Social Security number, please contact Cultural Care Au Pair and we will try to assist you. Please be sure to provide the address of the office at which your au pair is applying. You will also need to fax a copy of your au pair's I-94 card to Au Pair Services at **1-617-619-2102**. While we cannot speed up the

CC00000373

process of obtaining a Social Security number, we may be able to help in cases where the Social Security office has incorrect information in their database.

## *Taxes and Personal Financial Matters*

### *Introduction*
While Cultural Care Au Pair is not able to provide specific tax information for host families because their circumstances are so different, we are pleased to provide general guidelines regarding host family and au pair tax issues, as well as information to help au pairs complete their tax returns. Because we update these guidelines on a regular basis, we suggest that you check Infosource, Cultural Care Au Pair's online information resource for host families and au pairs for the latest version of our tax guidelines. You can also call our office and request a copy by email. Since tax laws vary from state to state and are changed on a frequent basis, we advise host families and au pairs to speak with a local professional tax advisor or directly with the Internal Revenue Service (IRS) for definitive answers to any specific questions regarding taxation.



### *Summary of Au Pair Tax Issues*
- The IRS considers au pairs to be "employees" of the host family for tax reasons, even though they are in the United States on a "cultural exchange" visa. This means that au pairs are required to file U.S. individual income tax returns even though many au pairs will not owe any taxes.
- By April 15, the au pair should file form 1040NR-EZ or 1040NR using a social security number.

- Au pairs are allowed to claim a personal exemption for themselves, but are not eligible for the standard deduction in their tax filing.
- Because the maximum tax burden for the vast majority of au pairs is less than $1,000, there is usually no need for the au pair to make quarterly estimated payments, or to have the host family withhold taxes. There are some exceptions to this rule which are explained in our more detailed guidelines.

### *Summary of Host Family Tax Issues*
- Child and Depend Care Tax Credit: As long as you have used the au pair's child care services in order to work or look for employment, the stipend paid to your au pair, the costs of room and board and the program fees paid to Cultural Care Au Pair are all eligible under the Child and Dependent Care Tax Credit.

CC00000374

- Dependent Care Reimbursement Programs: The eligibility requirements for these programs (often called "Flex-Spending Accounts" or "FSAs") are usually identical to those for the Child and Dependent Care Tax Credit. Please note that expenses paid for using Dependent Care Reimbursement Program funds are not also eligible for the Child and Dependent Care Tax Credit.
- Flex-Spending Account Paperwork: Cultural Care Au Pair is happy to provide host families with a summary statement of payments received during a tax year. We are also able to sign and complete most forms that your plan might require for reimbursement. Please note, however, that we are only able to provide you with either the total amount program fees paid in a given calendar year, or the amount of program fees paid in a given calendar year with the dates of the applicable full au pair term of service (e.g. one year, six months, etc.). Cultural Care Au Pair cannot provide documentation explicitly pro-rating payments received to a specified range of dates. Contact our office if you require any assistance in claiming a Dependent Care reimbursement.
- Withholding for Au Pair Taxes: Because the maximum tax burden for the vast majority of au pairs is less than $1,000, there is no need for the au pair to make quarterly estimated payments. In addition, because au pair wages are deemed by the IRS to be paid for domestic service in a private home, they are not subject to mandatory income tax withholding on Forms 941 and W-2 by the host family. Host families usually do not need to pay federal unemployment taxes for their au pair or withhold Social Security and Medicare taxes. There are some rare cases where this rule might not apply – please refer to our detailed tax document available online.

## *Workers' Compensation*

In preparing your family and your home for the arrival of your au pair, it is important to be clear on all of the laws and regulations in your state as it pertains to hosting an au pair. One issue to review in particular is whether your state requires workers' compensation coverage for an au pair living in your home. Check with your insurance agent/broker in order to determine the required coverage in your state.

### Tax ID Information

If your employer requires taxpayer identification numbers, you should use:

- Your au pair's social security number, in reference to payments made directly to your au pair

- Cultural Care Au Pair's federal tax ID number in reference to program fees paid to Cultural Care Au Pair. Cultural Care Au Pair's federal tax ID number is **20-2020345**

CC00000375

Chapter 5

# Cross-Cultural Dynamics



*Cultural differences are what makes our program so unique!*

CC00000376

## Cross-Cultural Dynamics

By choosing the au pair program to fulfill your childcare needs, you have chosen to add a new member to your family. If you were welcoming a parent, aunt, cousin or niece into your household, the configuration and dynamics of your family would change substantially. In hosting an au pair, you go one step further by adding a new family member who comes from an entirely different background, with different cultural beliefs, standards and practices. Combining two cultures within one family can be an exciting challenge with multiple rewards. However, it requires understanding, sensitivity and support of both differences and similarities.

## Cultural Differences

Breaking down stereotypes is critical to any cultural exchange program. Something that may seem silly or strange to you might be customary in your au pair's home country. It is important to remember cultural differences are natural and should be respected. We have created a guide on InfoSource to each Cultural Care Au Pair recruitment country, including information about customs and possible cultural differences. Recruitment country guides can be found on **InfoSource: Before Your Au Pair Arrives: Au Pair Recruitment and Screening: Cultural Care Recruitment Countries**. Please read it carefully as it will provide you with background information which will allow you to find areas of common interest.

You might also want to pick up a book in the library, bookstore or do some research online about your au pair's country. Once your au pair arrives, we suggest you all sit down and have an open discussion and ask questions about each other's countries. Use this as an opportunity to get to know each other. Seeing the humor and delight in our differences makes us seem all the more similar.

Your au pair has a genuine desire to learn about the customs and traditions of the U.S. and understand the cultural differences s/he will face during the year. It is important to make your au pair feel welcome in your home. Although you are not responsible for entertaining your au pair, make an effort to include her/him in family activities and community events. Remember to keep lines of communication open at all times—good communication is the key to a good relationship!



Seeing the humor and delight in our differences makes us seem all the more similar.

*It is important to remember cultural differences are natural and should be respected.*

CC00000377

## *Culture Shock and Adjustment Cycle*

Although many of our au pairs have traveled outside their home country before, they will undoubtedly encounter some degree of culture shock during their year in the U.S. Culture shock is not continuous—it typically comes and goes in waves. People experience culture shock in varying degrees. Some people do not notice it at all, while others seem to be affected very much. Some go through culture shock their first month, and others notice it much later. However, most people follow the same version of the adjustment cycle below.

1. *Honeymoon Stage:*
   Everything seems exciting and new.

2. *Culture Fatigue:*
   Au pair starts to see cultural differences, begins to feel uncomfortable, and is tired, both physically and mentally.

3. *Surface Adjustment:*
   Au pair begins to understand the people and their ways, and feels more comfortable.

4. *Hidden Problems:*
   Although outwardly s/he seems to be fitting in, s/he begins to question certain aspects of the culture. S/he is homesick and possibly has conflicts with family and friends. S/he might feel dissatisfied and thinks things would be better "if only . . ."

5. *Fitting In:*
   Au pair accepts the host culture and feels comfortable with the way of living. S/he might feel like a native of the host country.

6. *Going Home:*
   Au pair begins to have mixed feelings about going home.

## **Working Through Culture Shock**

Your encouragement, support and understanding can help your au pair through these difficult times. The following suggestions are likely to ease any culture shock your au pair might encounter during the program year:

**Culture Shock Symptoms:**

- Inability to hold normal conversations (the most common symptom of culture shock)

- Feelings of alienation, confusion, inadequacy, homesickness, depression, lethargy

- Yearning for certain foods or personal comforts that are reminders of home

- Seeking contact with people from home country to the exclusion of new people

- Blaming innocent parties for any problems that arise

- Not leaving the house much; spending unusual amounts of time sleeping, eating, grooming, daydreaming, reading, organizing or reorganizing their own room

CC00000378

- Encourage your au pair to meet with other au pairs in your area. Your LCC will host monthly meetings for all the au pairs and whenever possible will arrange for a "buddy."

- Keep the lines of communication open. If problems arise, discuss them. Postponing them will only make things worse.

- Allow for "downtime" or recharging for integration throughout the year. This is important for your au pair, as well as your family.

- Show genuine interest in your au pair's home country, family and culture by asking questions and creating a dialogue. Encourage her/him to prepare a favorite native meal for your family.

- Help your au pair find ways of preserving her/his sense of cultural identity. If you feel s/he is going through a period of culture shock, do not give ultimatums, such as, "No more phone calls." Doing so can create a "no-exit" feeling, since the calls might be considered a vital lifeline.



Encourage your au pair to prepare a meal native to her home country if she misses home.

## *Setting Realistic Expectations*

Building a strong relationship, despite cultural differences, starts with setting realistic expectations. Please be mindful of your own expectations. Are they fair? Realistic? Consider the following points to make sure you are paving the way for a successful exchange year with your au pair. It might also be helpful to review your expectations with your LCC.

*1. You might expect that your au pair will have no problems communicating and expressing herself/himself.*

Even au pairs with excellent English skills may have difficulty expressing their thoughts and feelings exactly. They are sometimes unfamiliar with colloquialisms, rapid speech and dialects. Speak slowly, be patient, listen carefully and take the time to clarify words or phrases your au pair might not understand. The way Americans talk about themselves or about a problem differs greatly from the way in which people from other cultures approach this subject.

CC00000379

*2. You might expect that your au pair will automatically treat your children the way you want them to.*

Your au pair is a young adult from another country, not a professional American nanny or daycare provider. If you are uncomfortable with the way s/he handled a situation, talk to her/him about it in an open, non-judgmental way. In a calm and non-accusatory manner, explain what you observed and then ask your au pair about her/his reaction. Then listen carefully. Perhaps if you understand the reasoning behind your au pair's action, you will gain a new and valuable perspective. If you would like situations handled in a different way, let her/him know specifically and explain the reasons—your au pair should be open to learning from you.

*3. You might expect that your children will instantly like and respect your au pair.*

While children generally accept adults very readily and are usually pleased with the attention, give them time to accept and trust your au pair. Your au pair is a new adult in your home and will need your support to establish credibility as an authority figure.

*4. You might expect your au pair to immediately fit in with your family.*

Building relationships takes time. Your au pair might be used to different ways of interacting with family members and might be used to entirely different routines. Explain your family's routines and invite her/him to take part in family activities. Even if s/he declines, your invitations convey caring and can give your au pair a sense of belonging. Respect your au pair as an adult moving into your family who has a life of her/his own to build while in the U.S.

*5. You might expect that your au pair will know how to do simple household tasks with little or no explanation.*

Tasks such as turning on the shower or using the washing machine might be very different from what your au pair is accustomed to at home. Explain procedures clearly and write down important points.

**Cultural Awareness Quiz**

*1. In Sweden, what is the average paid maternity/paternity leave?*

a. 6 weeks
b. 12 weeks
c. 6 months
d. 12 months

*2. What is the Day of Unity?*

a. The day the Panama Canal opened
b. The day that apartheid was abolished in South Africa
c. The day that East and West Germany were officially united
d. The end of the Civil War

*3. In Poland what is the 2nd most celebrated day after an au pair's birthday?*

a. Their Name Day
b. Christmas
c. The first day of May
d. Easter

*4. When a Brazilian makes a fist with her thumb between her forefinger and middle finger, she is...*

a. Wishing you good luck
b. Trying to hail a taxicab
c. Telling you to get lost
d. Indicating disbelief

*(Answers on next page.)*

CC00000380

*6. You might be a little anxious about having a young adult living in your home and you might not know what to expect.*

While your au pair might spend over half of her/his day caring for your children, time off will most likely be spent developing friendships and learning about American culture. Do not be surprised if your au pair leaves the house at 11:30 p.m. on a weekend night to meet friends and doesn't come home until 2:00 a.m. This is natural for young adults, including Americans, between the ages of 18 and 26. It might be difficult for you not to worry about your au pair.

Remember s/he is an adult. If you have some concerns about her/his activities or habits, discuss those concerns in a caring (not controlling) manner. Your responsibility is not to parent your au pair, and your au pair did not come here to be parented. As long as your au pair's personal life is not interfering with her/his ability to care for your children, you may want to let it be. If you feel it is interfering with your children's well-being or your family in any way, discuss the situation with your au pair and involve your LCC.

*Answers to Cultural Awareness Quiz:*

1. d) In Sweden, mothers and fathers are given 12 months of partially-paid maternity and/or paternity leave.

2. c) The Day of Unity in Germany celebrates the day that East and West Germany were officially united by treaty.

3. a) In Poland, the most celebrated day (second only to birthdays) is "Name Day" or the day of the saint for which a person was named.

4. a) This sign, called the "figa" in Brazil, is done for good luck and for protection against bad luck.

CC00000381

Chapter 6

# Communicating With Your Au Pair



*Good communication is a critical part of making your exchange year a positive one.*

CC00000382

## *Communicating with Your Au Pair*

Communication is the key to the resolution of almost any problem or situation. It is important to adhere to the "ground rules" of good communication:

• Make "I" statements instead of "you" statements.

• Allow each person to describe the situation as s/he sees it without interrupting her/him.

• Listen to each person with the intent to understand her/his perspective, rather than with the intent to respond or defend your own position. You will have your turn later to present your point of view.

Two of the most effective tools you can use to facilitate good communication with your au pair are assertive directing and effective listening.

## *Assertive Directing*

Assertive directing means being open and straightforward about your expectations, family routines, childcare practices, au pair responsibilities, work schedule, household rules, etc. To practice assertive directing, sit down to discuss responsibilities, household rules, work schedule and other relevant items after giving your au pair a few days to settle in.

• Be direct about your expectations.

• Openly discuss your childcare philosophy, types of activities you want your au pair to do with your children, household rules that apply to the children, issues around food/snacks, desired discipline techniques, etc.

• Use the *Household Handbook* that details their childcare and household responsibilities since it is helpful for au pairs to refer to written directions.

• Explain things carefully and thoroughly—not all at once, but probably more than once!

*Communication is the key to the resolution of almost any problem or situation.*



Your willingness to really listen to your au pair will make all the difference.

CC00000383

## *Effective Listening*

Effective listening means listening to your au pair with the intent to understand her/his feelings and needs from her/his perspective, not your own.

Most often when we think we are listening, we are not listening with the intent to understand, but rather with the intent to respond. We are either busy preparing to speak or we are already "talking over" the other person. If you want to interact effectively with anyone—your au pair, spouse, child, co-worker, supervisor, neighbor, friend—you must first understand her/him.

The two main components of effective listening are empathic listening and using reflective feeling statements:

### *Empathic Listening*
This level of communication occurs when we are willing to "walk in another person's shoes" and see the world from her/his perspective, rather than react with our own emotions, judgments, stories, suggestions, etc. It is crucial when we are dealing with cultural and language differences. It accomplishes three primary things:

- *Reduces emotion to a more manageable level*

- *Allows parties to get to and through the problem solving process*

- *Builds a relationship based on trust, credibility, and integrity*

When you are having discussions with your au pair, pay particular attention to the "feeling tone" of what is being said. Sometimes your au pair might not vocalize true feelings, but if you listen to the tone of voice and take note of facial expressions and body language, her/his feelings will be more obvious.

### *Using Reflective Feeling Statements*
It is a good idea to use statements to reflect back to your au pair what you think s/he is feeling before you offer any assistance. By accurately reflecting your au pair's feelings, you assist in diffusing emotions so s/he can open up to new possibilities. Only after you both understand the issue at hand is it appropriate to offer your assistance.

**Examples of using reflective feeling statements:**

- "You look frustrated when Johnny won't listen to you."

- "I know it can be embarrassing when Suzy acts up in the grocery store. She does that with us sometimes, too."

- "It seems like you're trying to ask me something, Britta, but maybe you are afraid to just come out and ask. Is that right?"

**Examples of using reflective feeling statements followed by an offer to help:**

- "You look frustrated when Johnny won't listen to you. He seems to have a way of testing everybody, including us! Maybe we could talk about some ideas of how to get him to do what you want him to do."

- "I know it can be embarrassing when Suzy acts up in the grocery store. She does that with us sometimes, too. Would it be helpful if we sat down and discussed ways we handle her?"

- "It seems like you're trying to ask me something, Britta, but maybe you are afraid to just come out and ask. Is that right? I really value and welcome your ideas, and I'd love to hear what's on your mind."

CC00000384

## *Conflict Resolution Model*

Every family experiences the challenge of resolving opposing needs. The conflict resolution model can be used when there is conflict between family members, including your au pair. Use it to help find a creative way to resolve problems, respecting the input, needs and rights of all concerned parties.

1. *Define the problem*

   Define the problem in terms of needs (usually feelings), not solutions.

2. *Brainstorm possible solutions*

   Withhold value judgments and do not be afraid to be completely honest and open. (If possible, write down brainstorm ideas on a chalk board or large piece of paper that everyone sees.)

3. *Evaluate the solutions*

   Evaluate the solutions in a non-judgmental manner. Explore the perceived positives and negatives of each solution.

4. *Decide on mutually acceptable solution(s)*

   Narrow down the list of possible solutions, starting with the elimination of those that are the least acceptable.

5. *Act on the solution.*

6. *Check results*

   Check results and set a time limit. Feedback is extremely important.

7. *Refer back*

   Refer back to the *Household Handbook* and *Daily Communication Log* to see if there are ways you can improve your communication.

CC00000385

Chapter 7

# When Issues Arise



*The most common reason families go into transition is not childcare related but simply a personality conflict.*

**CC00000386**

## When Issues Arise

The previous section focused on the importance of communication between you and your au pair, highlighting strategies for creative problem solving. When issues arise, it is imperative to keep these lines of communication open. Your LCC is a resource for both you and your au pair and has been trained to provide information and support when misunderstandings or conflicts occur. Your PD is dedicated to working with you and your LCC to determine a solution that is sensitive to both your family's needs and your au pair's well-being. Problems are managed on an individual basis taking all circumstances into account. When problems arise, it is Cultural Care Au Pair's policy that your LCC serve as an objective mediator and conduct a three-way mediation.



*Your LCC will serve as an objective mediator if an issue arises.*

## How Your LCC Can Help:

• Provide information and support for both you and your au pair and serve as an objective mediator when there are misunderstandings or conflicts

• Offer coaching assistance to address concerns

• Communicate your concerns and questions to your PD

• Work with you on the selection of a new au pair for your family

• Work to find a new placement for your au pair

Once you have tried to work things out with your au pair on your own, but either party still feels it is not working out, you will need to follow these guidelines:

• *Mediation*

• *Two Week Trial*

• *Moving Forward—Transition*

*During a mediation, host families and au pairs are responsible for developing a plan to resolve differences.*

## Mediation

Discussing the situation with your LCC as an impartial mediator can help to resolve issues that arise. For this reason, Cultural Care Au Pair requires that a three-way mediation take place between you, your LCC, and your au pair before any further steps are taken. During the mediation, you and your au pair should develop a plan outlining how you will both work toward resolving your differences and how you can measure your progress during a two-week trial period.

CC00000387

## *Two-Week Trial Period*

A resolution to a problem can often be met when both your family and au pair agree to modify behaviors and communicate more effectively during a two-week trial period. Using the plan you developed during your three-way mediation, you and your au pair should be monitoring your progress towards a solution. Constant communication is important during this trial period as you honestly evaluate whether outstanding issues can be resolved. It is disruptive not only to your au pair, but to you and your children to change au pairs—thus it is usually in everyone's best interest to collaboratively work toward mending your relationship.

At the end of the two-week trial period, your LCC will check in with both you and your au pair to evaluate how you should move forward. An exit interview will be necessary if both/either the family and/or au pair would like to part ways at this time.

## *Moving Forward: Transition*

By the end of a two-week trial period, most host families and au pairs will have discovered a way to solve their problems. However, if you have exhausted all options to resolve your issues, the most appropriate resolution might be to end the relationship. Before taking this step, you should fully understand the practical and financial implications of your decision. In deciding to end the relationship with your current au pair, one of three things might happen:

*1. Your family welcomes a new au pair and your previous au pair is recommended for placement with another family.*

*2. Your family welcomes a new au pair and your former au pair returns home (i.e., your au pair is homesick, has a family emergency or is not recommended for replacement).*

*3. You choose to withdraw from the program and are subject to the refund policies outlined in the Host Family Agreement.*

*For more information on the transition process visit your host family account: **Infosource: Extras: Tip Sheets: What to expect when you go into transition.***

> *Constant communication is important during the two-week trial period as you honestly evaluate whether outstanding issues can be resolved.*

CC00000388

## Alternate Childcare

Your au pair (whether s/he is going to a new family or returning home) is expected to stay with your family for a two week period *from the date of the exit interview.* Please remember we cannot guarantee continuous childcare. While your PD will work hard to get you a new au pair who meets your needs as soon as possible, you might have to secure alternate childcare for a period of time (for example, if your au pair must return home because of a family emergency, or if there is not a replacement au pair who meets your needs available immediately). If you are unsure of alternate childcare, there are likely resources available in your community. Please contact your LCC as s/he might be able to offer you referrals through her/his connections in the community.

## *Welcoming a New Au Pair*

If it is decided that the most appropriate course of action is to replace your au pair, your PD will speak with you directly to review your transition and to clarify the re-matching process. The PD will work with you during the matching process.

Your PD and LCC will also attempt to locate a new family for your current au pair providing there are no issues with her/his childcare performance. When presenting your application to a prospective au pair or your former au pair's application to a prospective host family, Cultural Care Au Pair discloses all details related to the transition.



It is important to note that a new host family application and appropriate fees must be submitted by host families who have received more than 30 program weeks in a program year, or if Cultural Care Au Pair has been in receipt of the host family application for more than 30 weeks. Cultural Care Au Pair cannot guarantee that we will be able to find a suitable replacement au pair. As always, the final decision regarding any applicant is yours.

Host families who are in "transition" are eligible to match with au pairs who are in the regular matching pool, either overseas or in the U.S. and extending for another year, or with au pairs who are currently in the country and re-matching within their first 12 months.

There are several advantages to considering an in-country au pair. S/he is already acclimated to the U.S. and you might be

CC00000389

able to get a replacement quickly. Au pairs in transition are suitable childcare providers. They are leaving their first family because of circumstances within the family (e.g. personality differences, communication problems, financial issues, etc.). It is Cultural Care Au Pair's policy to secure a recommendation from either the previous host family or the current LCC before re-matching an au pair. You have the right to contact the previous host family for further information on their experience with that au pair before making your final decision. Cultural Care Au Pair will never recommend a host family to a new au pair or an au pair to a new host family without providing full disclosure to all parties. Like you, they are very eager to find a great match and continue their year.

## Financial Considerations

If you have had 30 or more program weeks, you must submit a new host family application but then you are considered a repeat family. In being a repeat host family, you are entitled to Repeat Family Rewards (please refer to Chapter 9). If you have any questions regarding the status of your account, please contact your PD.

### Taking a new au pair from overseas

Cultural Care's program fee covers the associated costs for one program year. This initial program fee is associated with the first au pair you welcomed into your home after filling out your application. If you will be welcoming a new au pair into your home during your current program year, your account will be adjusted for your new au pair. We will credit the remaining weeks for your first au pair to your account. This credit will be applied to the program fee for your next au pair and you could be responsible for payment of any additional childcare weeks with your new au pair. In welcoming an overseas au pair, you will responsible for the two calendar weeks (14 days) of paid vacation and up to $500 for the au pair's educational component.

### Taking an in-country au pair

If you are in the process of getting a new au pair, you may want to consider an in-country au pair. An in-country au pair has already lived with another family on the program and is in the process of being placed with a new family. If you welcome an in-country au pair and your total number of weeks of childcare will be fewer than what you have currently paid for, we will either apply your credit due to your account or provide an overpayment. Please note that you will be

**Financial Example #1: Taking a new au pair from overseas**

If your first au pair stays with you for three months but returns home, and your replacement au pair stays the full 12 months, then you receive a credit for 9 months of childcare which will be applied to the program fee for your new au pair.

Childcare paid for: 12 months

Childcare received: 15 months *(between both au pairs)*

Childcare payment owed: 3 months *(Additional program fee less credit from previous au pair)*



The financial implication of going into transition depends on many factors.

CC00000390

responsible for the any unused portion of the two calendar week (14 days) of paid vacation and/or any portion of the $500 educational component that an in-country au pair did not use in her/his previous family. In making the decision to host an in-country au pair, it is essential that you speak with the former host family to confirm any unused portion of the paid vacation or educational component.

If you take an in-country au pair and your total number of childcare weeks will be more than what you currently have paid, you will be charged the prorated per-week rate, in accordance with the weeks to be received. Should you have any unused childcare weeks from your first au pair, we will credit any remaining weeks to your account. This credit will be applied to the pro-rated amount due for the estimated program weeks that your family will have with your next au pair. Please note that you will be responsible for the any unused portion of the two calendar weeks (14 days) of paid vacation and/or any portion of the $500 educational component that an in-country au pair did not use in her/his previous family.

**Financial Example #2:**
**Taking an in-country au pair:**

If your first au pair stays with you for three months but returns home, and your replacement au pair stays for 6 months, then you receive a credit for 3 months of childcare.

Amount paid for: 12 months

Amount received: 9 months
*(between both au pairs)*

Credit towards next program year:
3 months
*(pro-rated per week rate)*

CC00000391

Chapter 8

# **The Extension Program**



*Host children are usually thrilled to learn their au pair will stay for an extended term.*

**CC00000392**

## *Considering the Extension Program*

Having a great year with your au pair? Consider the Extension Program!

### *What is it?*
The Cultural Care Au Pair Extension Program is an opportunity to host your current au pair for an additional 12, 9 or 6 months. Authorized by the U.S. Department of State, this program offers the convenience of keeping your au pair for the time period of your choice.

### *How does it work?*
Choosing whether or not to take advantage of the Extension Program is an important decision, one that requires open and frank discussion with your au pair. If you decide to invite your au pair to stay with your family for an additional period of time, s/he has the option of participating in the program as a member of your household or can request placement elsewhere. If you and your au pair decide to extend your time together, you will be able to take advantage of a discounted program fee.

Four to five months before your program year ends, Cultural Care Au Pair will send literature with more information on the Extension Program to you and your au pair, including program fees, discounts, the extension process, and an application. To apply online after you and your au pair have decided to extend together, please go to **culturalcare. com/extend.**

All extension au pairs have basic travel insurance coverage. For an additional cost, your au pair may purchase an optional extended insurance policy for a 6, 9, or 12 month extension term. With extended insurance your au pair will receive unlimited medical coverage, limited baggage and property coverage, and program interruption coverage. Your au pair may purchase the extended insurance policy up until the end of his or her first year. At the beginning of the extension, your au pair will receive a new insurance card reflecting the type of insurance he/she carries and the extension program dates.

For restrictions on travel outside the U.S. during an au pair's extension year, please see the travel section of the handbook.

For more information regarding the Extensioin Program visit **Infosource: The End of Your Year: Consider the Extension Program**



**CC00000393**

Chapter 9

# Repeat Family Rewards



*Cultural Care Au Pair appreciates our repeat host families—and there are big rewards in store!*

CC00000394

# *Repeat with Cultural Care Au Pair and Earn Just Rewards*

Cultural Care Au Pair appreciates our repeat families more than ever! Our Repeat Family Rewards Program is offered exclusively to families who re-apply to extend with their current au pair or to host another Cultural Care au pair from overseas. The increased benefits to our repeat families include prioritized matching, free overseas connection services, early matching discounts and more. Repeat families can save up to $2,000 when they extend with their current au pair and up to $1,000 when welcoming an overseas au pair. See more details at right and on **InfoSource: Extras: Repeat Family Rewards**.

## *Apply early to maximize your savings*

With more than 20 years of providing au pair childcare, we have learned that families who complete our re-application process and start matching well in advance of their desired arrival date have an advantage over those who wait until the last minute. Now, you can increase your program fee savings by as much as $250 by submitting your complete application early! Our au pair pool is the most extensive of all au pair organizations, and your early application gives you immediate access to these candidates. Review the application deadline chart below to see by what date you must re-apply to maximize your savings (if you plan to welcome a new au pair from overseas).

## *Early matching bonus chart*

| | COMPLETED APPLICATION* DEADLINE: | |
|---|---|---|
| | **TO SAVE $250** | **TO SAVE $100** |
| Sept. 1, 2010 or later | May 1, 2010 | June 1, 2010 |
| Oct. 1, 2010 or later | June 1, 2010 | July 1, 2010 |
| Nov. 1, 2010 or later | July 1, 2010 | Aug. 1, 2010 |
| Dec. 1, 2010 or later | Aug. 1, 2010 | Sept. 1, 2010 |
| Jan. 1, 2011 or later | Sept. 1, 2010 | Oct. 1, 2010 |
| Feb. 1, 2011 or later | Oct. 1, 2010 | Nov. 1, 2010 |
| Mar. 1, 2011 or later | Nov. 1, 2010 | Dec. 1, 2010 |
| Apr. 1, 2011 or later | Dec. 1, 2010 | Jan. 1, 2011 |
| May 1, 2011 or later | Jan. 1, 2011 | Feb. 1, 2011 |
| June 1, 2011 or later | Feb. 1, 2011 | Mar. 1, 2011 |
| July 1, 2011 or later | Mar. 1, 2011 | Apr. 1, 2011 |
| Aug. 1, 2011 or later | Apr. 1, 2011 | May 1, 2011 |

AU PAIR DEPARTURE MONTH:

*A completed application must be submitted online and include a schedule, letter to the au pair, pictures and references. To qualify for this savings, families must actively enter the matching process. If your au pair departure month is not listed here, please visit your Host Family Account for more information.*

**Extend with your current au pair to take advantage of up to $2,000 in savings:**

*Application fee waiver: a $75 savings*
Extending families benefit from a waived application fee.

*Selection fee credit: a $275 savings*
As a repeat family choosing to welcome a new au pair, you are entitled to a $275 selection fee credit on your account.

*Extension program discount: up to $1,650 in savings*
Families who choose to extend with their current au pair for 12, 9, or 6 months save up to $1,650.

**Re-apply and welcome a new au pair from overseas to take advantage of up to $1,000 in savings:**

*Application fee waiver: a $75 savings*
As a repeat family, you will never have to pay an application fee to get started on our personalized, three ways to match process.

*"Price guarantee" discount: a $250 savings*
Enjoy an additional standing discount of $250 and pay a lower program fee than in 2008. These additional savings bring your average weekly cost to just $300.

*Early matching bonus: up to $250 in savings*
Benefit from additional savings of up to $250 when you complete the repeat application process early and actively enter the matching process! Please review the chart at left to determine how you can maximize your savings.

*Free overseas connection service: a $150 value*
Only Cultural Care offers families an overseas connection service to facilitate our three ways to match process. For our repeat families, we offer this service free of charge!

CC00000395

Chapter 10

# Preparing for Your Au Pair's Departure



*Most host families stay in touch
with their former au pairs
through emails, letters
and phone calls!*

CC00000396

Case No. 1:14-cv-03074-CMA-KMT Document 1094-15 filed 06/06/18 USDC Colorado pg
70 of 77
Preparing for Your Au Pair's Departure **69**

## *Your Au Pair's Return Flight*

About three months before the end of your au pair's year, s/he will receive an e-mail from Cultural Care Au Pair asking for three possible dates for her/his return flight. It is important that you discuss these dates with your au pair. Once your au pair has submitted the three dates online, you will be receiving a confirmation e-mail with the dates and airports chosen by your au pair. Should you want to make changes to the request, you will need to contact Cultural Care Au Pair within 3 days. Changes submitted after that will be subject to a change fee of $100 plus any additional fees charged by the airline.

The date on which the flight is booked depends on availability and our airline contracts. Cultural Care Au Pair can not guarantee a specific date or airport, but we will try our best to accommodate your au pair's first choice.

Your au pair can depart from any gateway Cultural Care Au Pair serves, however there may be additional fees involved if the gateway s/he departs from is different than the one to which s/he arrived. A chart listing the costs is included with the flight request form. As with the departure date, Cultural Care Au Pair cannot guarantee a specific gateway, but we will try our best to accommodate your au pair's first choice.

Approximately three to four weeks prior to departure from the U.S., your au pair can print the plane ticket from her/his online au pair account. You are responsible for ensuring that your au pair gets to the airport in time to depart.

Your au pair's last legal working day and flight information can be found in the "Current Au Pair" tab in your online account.

## *30-Day "Grace Period"*

Many au pairs take advantage of the option to travel in the U.S. during their 30-day grace period after completion of their program. The 30-day grace period cannot be taken during extension terms. If extending, the grace period can be taken at the end of the extension term. During this time, they are not permitted to work or travel outside the U.S. or to Alaska. Your au pair is responsible for returning to your area in time to depart on the requested date/flight(s). All au pairs must return to their home countries no later than 30 days after their last legal working day. Cultural Care Au Pair cannot book flights beyond this grace period.



About 3-4 weeks before s/he is scheduled to leave, your au pair will receive departure information.

*Many au pairs take advantage of the option to travel in the U.S. during their 30-day grace period after completion of their program.*

**CC00000397**

## Getting Another Au Pair

We hope that you will enjoy hosting your Cultural Care au pair and will decide to reapply to our program for another year. You can save up to $1,000 as a repeat host family welcoming a new au pair - please see Chapter 9 for more details on our Repeat Family Rewards program. To get started on re-applying, you can log into your Host Family Account and choose the "My Application" section. From there you can access your previous year's application and update it. It is recommended that you submit your repeat application at least five months before your current au pair's departure date. If you submit your completed application five months before you are eligible for an early matching bonus program fee discount of up to $250. Even though you are already participating in the program, we cannot begin the matching process until all application materials have been received. All repeat host families must participate in another in-home interview with their LCC.

## Reverse Culture Shock

As you and your au pair reflect upon the year spent together, it is natural to feel a range of emotions from sadness and confusion to relief and excitement. You might experience a renewed closeness or a loosening of bonds as you prepare for separation. In the latter case, you might notice an increase in irritability and tension. It is important to take time to express your thoughts and feelings. You and your au pair are about to make a major change and are searching for a meaningful closure. Therefore, good communication is just as important at this time during your cultural exchange year.

It has been said that cultural exchange participants travel to not one but two foreign cultures: the one they are visiting and the one to which they are returning. Upon returning home, au pairs often find their native culture strange and uninviting. You can prepare your au pair for reverse culture shock by talking about her/his feelings about going back home and asking specific questions about what expectations they have.

**Prevent reverse culture shock: questions to ask your au pair**

- Do you think your family and friends will notice the ways in which you have grown and matured while here? How will you handle it if they don't?

- You might be criticized for becoming "too American." How will you handle this if it happens?

- After initially hearing about your exchange experience once or twice nobody seems to want to hear about it any more. How will you feel and what will you do?

- You might feel a little out of step with your friends. What will you do if old friends seem to ignore you?

- How will you integrate what you have learned here into your daily life back in your home country?

CC00000398

## Saying Goodbye

If you are not hosting another au pair, or will have a gap in your live-in childcare, the reality of the loss may hit you upon returning from the airport.

You might find yourself in a state of shock and disbelief, emotionally unprepared for the fact that when you wake up tomorrow, your au pair will not be there. Whatever your emotions may be, know that it is natural to experience a period of re-adjustment after your au pair leaves. Most families find that they begin to adjust within a month or so, as they resume their routines, re-establish comfortable schedules and interact as a family with one less member again.

We encourage you to stay in contact with your au pair after s/he departs. Many families visit their previous au pairs or invite them back to the U.S. for vacations. Even though the nature of the relationship must change, the bond can last a lifetime!

## Making the Transition to Your New Au Pair

As you say farewell to one au pair and welcome another, please remember to be sensitive to the needs of both. Some families try to involve their current au pair in the selection of their next au pair. S/he can then feel that "her/his" children are in good hands. While the departing au pair will want to know s/he will be missed and was appreciated, the arriving au pair is probably nervous about being compared to her/his predecessor. Try to limit your discussion of the "old" au pair in front of the "new" au pair. Each au pair is unique and will have different personality traits, strengths and weaknesses.

Allow time for your children to adjust to your new au pair. Naturally, they will probably miss your previous au pair, and creating a bond with your new au pair might take anywhere from a few days to a few weeks. Anything you can do to ease the transition will be appreciated by both of your au pairs. If you have any questions or need help managing this transition, please call your LCC or your PD.

**Help your au pair prepare to return home by doing the following:**

- Have a family meeting with your au pair and evaluate the exchange experience.

- Discuss the good and the bad moments for each of you.

- Explore what you've learned from each other.

- Share what you've learned about yourself.

- What have you learned about each other's country and culture?

- What would you do differently if you had to do it over again?

- What would you keep the same?

- What's the one thing you will miss the most?

- Put together a scrapbook of photos and/or souvenirs, organize a farewell dinner or a weekend away, or give your au pair a special gift (family photo, art print of host city, etc.). Any of these gestures will mean a great deal to your au pair.

- Write a letter of recommendation for your au pair to help with her/his job search back home.

- Finalize all financial matters with your au pair, such as payment of phone bills, medical bills, closing of bank accounts, etc.

CC00000399

# U.S. Department of State Program Regulations

**(a) Introduction.**
This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

**(b) Program designation.**
The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

**(c) Program eligibility.**
Sponsors designated by the Department of State to conduct an au pair exchange program shall:
(1) Limit the participation of foreign nationals in such programs to not more than one year;
(2) Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;
(3) Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;
(4) Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;
(5) Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;
(6) Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7) Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.
(8) Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and
(9) Require that each local organizational representative is provided adequate support services by a regional organizational representative.

**(d) Au pair selection.**
In addition to satisfying the requirements of §62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:
(1) Are between the ages of 18 and 26;
(2) Are a secondary school graduate, or equivalent;
(3) Are proficient in spoken English;
(4) Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;
(5) Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and
(6) Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

**(e) Au pair placement.**
Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:
(1) Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;
(2) Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;
(3) Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;
(4) Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience,

skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5) Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6) Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7) Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

**(f) Au pair orientation.**
In addition to the orientation requirements set forth at §62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1) A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2) A detailed profile of the family and community in which the au pair will be placed;

(3) A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4) A detailed summary of travel arrangements; and

(5) A copy of the Department of State's written statement and brochure regarding the au pair program.

**(g) Au pair training.**
Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2) Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

**(h) Host family selection.**
Sponsors shall adequately screen all potential host families and at a minimum shall:

(1) Require that the host parents are U.S. citizens or legal permanent residents;

(2) Require that host parents are fluent in spoken English;

(3) Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4) Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5) Require that the host family have adequate financial resources to undertake all hosting obligations;

(6) Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7) Provide the host family with the prospective au pair participant's complete application, including all references.

**(i) Host family orientation.**
In addition to the requirements set forth at §62.10 sponsors shall:

(1) Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

(2) Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3) Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and

(4) Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

**(j) Wages and hours.**
Sponsors shall require that au pair participants:

(1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4) Receive two weeks of paid vacation.

**(k) Educational component.**
Sponsors must:

(1) Require that during their initial period of program participation, all EduCare au pair participants complete not less than 12 semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions and that all other au pair participants complete not less than six semester hours (or their equivalent)

CC00000401

of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs in accredited U.S. post secondary institutions and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(2) Require that during any extension of program participation, all participants ( i.e. , Au Pair or EduCare) satisfy an additional educational requirement, as follows:

(i) For a nine or 12-month extension, all au pair participants and host families shall have the same obligation for coursework and payment therefore as is required during the initial period of program participation.

(ii) For a six-month extension, EduCare au pair participants must complete not less than six semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $500. All other au pair participants must complete not less than three semester hours (or their equivalent) of academic credit in formal educational settings at accredited U.S. post-secondary institutions. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of au pairs at accredited U.S. post secondary institutions and to pay the cost of such academic coursework in an amount not to exceed $250.

**(l) Monitoring.**
Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1) Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2) Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3) Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4) Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

**(m) Reporting requirements.**
Along with the annual report required by regulations set forth at §62.17, sponsors shall file with the Department of State the following information:

(1) A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2) A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3) A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4) A report by a certified public accountant, conducted pursuant to a format designated by the Department of State,

attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5) A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6) A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

**(n) Sanctions.**
In addition to the sanctions provisions set forth at §62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1) Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2) Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3) Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

**(o) Extension of Program.**
The Department, in its sole discretion, may approve extensions for au pair participants beyond the initial 12-month program. Applications to the Department for extensions of six, nine, or 12 months, must be received by the Department not less than 30 calendar days prior to the expiration of the exchange visitor's initial authorized stay in either the Au Pair or EduCare program ( i.e. , 30-calendar days prior to the program end date listed on the exchange visitor's Form DS–2019). The request for an extension beyond the maximum duration of the initial 12-month program must be submitted electronically in the Department of Homeland Security's Student and Exchange Visitor Information System (SEVIS). Supporting documentation must be submitted to the Department on the sponsor's organizational letterhead and contain the following information:

(1) Au pair's name, SEVIS identification number, date of birth, the length of the extension period being requested;

(2) Verification that the au pair completed the educational requirements of the initial program; and

(3) Payment of the required non-refundable fee (see 22 CFR 62.90) via Pay.gov.

**(p) Repeat Participation.**
A foreign national who enters the United States as an au pair Exchange Visitor Program participant and who has successfully completed his or her program is eligible to participate again as an au pair participant, provided that he or she has resided outside the United States for at least two years following completion of his or her initial au pair program.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001; 71 FR 33238, June 8, 2006; 73 FR 34862, June 19, 2008]

**United States Department of State**
**Office of Exchange Coordination and**
**Designation**
**ECA/EC/PS - SA-44, Room 734**
**301 4th Street, S.W.**
**Washington, D.C. 20547**

**jvisas@state.gov**

CC00000402

CC00000403

## *Learn more about:*

- Cultural Care Au Pair's screening process
- How we uniquely match host families and au pairs
- Your au pair's expectations
- The exclusive Cultural Care Au Pair Training School in NY
- Tips for communicating with your au pair
- The au pair program regulations
- And lots more!





Cultural Care Au Pair
One Education Street
Cambridge, MA 02141

Phone: 1-800-333-6056
Fax: 1-617-619-1101
E-mail: aupair@culturalcare.com

CC00000404