# EXHIBIT 16



**2013**

## Family Packet



# Give Your Children the Gift of a Global Perspective

We all want our children to have individual attention. Combine this with exposure to another culture and you have the perfect childcare arrangement. It's within reach. Call us today at (727) 388-3472.

ExpertAuPair019985

2

# What is an au pair?

An au pair lives with a host family and provides childcare in return for a weekly stipend, accommodation, meals and an educational allowance.

The US au pair program now allows you to extend with the same au pair for a second year, so you can ensure consistency of childcare.

Live-in childcare tends to be more flexible, more personal and relaxed. But while a live-in domestic nanny is beyond the reach of many families, the au pair program is generally more affordable, and provides significant cultural advantages over domestic care. Our au pair program is remarkably affordable, at about $330 per week.

Whether you're a first-generation American who wants to expose your children to your native language, or a fifth generation American who wants your children to experience a little flavor of the world beyond our shores, this is the program for you.

# Do I qualify to host an au pair?

Here are the hosting qualifications. We check all of the following:

- Host parents must be US Citizens or Legal Permanent Residents.
- Financial check. We need you to demonstrate that you earn at least $60,000 per year, **OR** that you have at least $50,000 in liquid assets.
- You must show us the private bedroom in your home, which you intend to be the au pair's room. She must have access to bathroom facilities (which may be shared)
- All adult family members must be fluent in spoken English.
- Your convictions or arrests must be declared both to us and to your au pair, and depending on the seriousness of the crimes, may be cause for us not to accept your application.

If you had a great experience with a previous au pair, who is not yet 27, let us know. Au pairs **can** now repeat, after they have been outside the US for two years.

ExpertAuPair019986

# What makes Expert AuPair different?

All Federally designated au pair agencies have to obey the same under lying law, but there is some room for us to do everything we can to give host families the best possible experience. Here are some of the things that we do differently.

1. **More money in your pocket:** Expert AuPair is one of the most affordable of the designated au pair programs, and we are committed to a policy of no hidden fees.

2. **Low domestic transfer fees:** Our domestic transfer fee is very easy to understand. It is never more than $350 in the lower 48 states, and we pay for the au pairs first standard-sized checked bag.

3. **More money for your au pairs:** We publish the costs for au pairs to sign up for our program, and au pairs have said that our program is remarkably affordable.

4. **Premium medical insurance, standard:** If your au pair gets sick, there is normally no cost to them to visit a doctor. Our insurance offers a $0 deductible with no co-pay. As with any insurance, there are exclusions, but it's well worth comparing medical insurance before you make a decision.

5. **More affordable extension year:** A one-time extension is available at the end of a successful year. This helps your children's stability. The cost for an extension year is currently under $280 a month.

6. **Training:** All designated organizations provide 32 hours of child development and safety training to their au pairs. We train au pairs in person at our offices in St. Petersburg. All our staff know all our au pairs by name. All au pairs attend a CPR course. We offer multiple training sessions every month.

   **"We are so happy with Expert AuPair, your firm's excellent reputation was already know to us, but we are seeing it play out in our dealings with your staff and our au pair." (M.W., host parent from Florida)**

7. **Orientation that helps au pairs learn to live for themselves in the United States:** Expert Au Pair holds orientation in the quaint, downtown of Saint Petersburg, so your au pair will start to become more self-sufficient in the US, before arriving at your home.

8. **Framework of Support:** Designated organizations provide local and regional representatives to serve as a framework of support to our community of families. We hire a local representative within one hour of the home of every au pair we place and have a regional representative to support them.

4

## What if I already have found my own au pair?

Some families have found their own au pair on sites like www.greataupair.com

We offer a $400 discount if you've found your own au pair. Your pre-matched au pair will still undergo all of our background checks to ensure that they meet our program requirements, but we make every effort to bring your au pair in as quickly as possible.

> **"Thanks again, Mark, for all of the effort that you and your team put into this [prematch]. We will definitely be recommending you to anyone looking to get an au pair!" H.G., host parent from Gainesville, FL.**

## Where will my au pair be from?

We recruit in many countries around the world. Most of our au pairs are from Europe [with Germans being the largest group], Asia or South America. We also have brought in au pairs from many African countries, Australia, New Zealand, Canada and the Caribbean. Au pairs are interviewed by Expert AuPair before going to their Embassy interview.

## What will it cost me?

The weekly fees, wages, and educational stipend average approximately $330 per week for 45 hours of childcare per week. There is an EduCare program that is approximately $290 per week for 30 hours of childcare per week. As a host family, you employ the au pair, not us. Therefore the costs are divided into two distinct parts: those payable to us; and those payable directly to your au pair.

You will be expected to comply with the terms of the au pair program, which means that you will pay room and board for the au pair, provide car insurance for the au pair, and other costs that may be associated with making the au pair feel like a member of your family.

*Fees paid to Expert AuPair*

Our fees cover our costs for au pair screening, embassy fees, international airfare, orientation with 32 hours of childcare training, local and regional representatives for the full year of your program, and health insurance for your au pair during her stay.

5

| ITEM | COST | DUE |
|---|---|---|
| Application & Documentation fee | $400 | Due after matching |
| Program fee | $6,000 | Due before au pair arrival |
| Domestic Transportation | $0-$350 (depends on location in the US) | Waived with code OKTOBERFEST if your au pair arrives in 2013 |
| *TOTAL*: | **Only$6,400 plus the domestic transfer fee** | |

*Paid to your au pair*

Note: the figures below are the *minimum* required, for the regular au pair program. You are allowed to pay more to your au pairs, according to the terms of your contract with them. These figures are based on one full year of childcare.

| ITEM | COST | DUE |
|---|---|---|
| **Pay** | $10,179 ($195.75* X52 weeks) | Due according to contract |
| **Tuition allowance** | $500 | At time au pair enrolls in school |
| *TOTAL* | **$10,679** | |

*We have no reason to expect further changes in the near future, but determinations are the responsibility of the Department of Labor and the U.S. Department of State, and therefore are not under our control.
**The EduCare program provides childcare for children who are at school during the day. Au pairs on this program work only 30 hours per week and are paid at least $7,634.25 over the course of the program, which is a weekly stipend of $146.81. Their tuition allowance is $1,000, for a total of $8,634.25.*

## What if I have a problem with my au pair?

We have a replacement policy if you are having issues with your au pair. We also offer refunds if you wish to withdraw from the program. Please see the Family Service Agreement for details.

## Refund and replacement

In case your match does not work, we provide refunds and replacement au pairs as follows:

**First year au pairs - first six months**
You can select either a refund or a replacement au pair, who may still be overseas. The refund you will receive depends on how long you have left with your au pair. The amount of the refund is $200 per complete month remaining on your contract with Expert AuPair plus a $100 per month credit to future experiences with Expert AuPair.

If you select a replacement, there is a good chance that you will have to employ them for a whole year and this will increase the length of your contract with Expert AuPair. Accordingly, there is a charge of $500 per month or part of a month, that you extend your contract.

**First year au pairs - second six months**
After the first six months, the refund reduces to $100 per complete month remaining, plus a $100 credit to the future. There is no replacement policy in the second six months.

# How do I sign up today?

It's best to start applying several months before you require an au pair. It can take a month to match with your perfect au pair, and the hiring decision is not one you want to rush. Even if you have already found your perfect au pair, we would encourage you not to delay, because you and your au pair will have more time to prepare for her year.

Throughout your time with Expert AuPair, you should feel free to ask us questions. You can email us at admin@expertaupair.com or call us at (727) 388-3472.We are open from 9am to 5pm EST.

We recommend applying online at www.expertaupair.com since this is by far the quickest way to have us start looking at your application. The instructions online are the most detailed and up-to-date. All supporting paperwork can be submitted to admin@expertaupair.com or mailed or faxed to our head office in Saint Petersburg, at (727) 231-8256.

Here is what you need to do to apply:
1. Complete and sign the online application, or complete an application on paper, write a letter for us to send to your potential au pair about 1 page in length, and send 3 photos to us of your family.
2. Sign and submit all supporting documents.
    - Family Service Agreement
    - Contract - this will be your initial employment offer to your au pair after you have matched with him/her. You may change the contract at any time before hire. We will ask your au pair to sign the contract, and then we will return a copy to you.
    - 1 Employer Reference
    - 1 Personal Reference
    - Financial Verification
3. Interview the au pairs we give you by email or Skype, and choose a candidate.

ExpertAuPair019990

7

4. Schedule an interview with Expert AuPair in your home to verify you have a private room for your au pair.
5. Once your au pair has her visa, pay your agency fees of $6,400, and the domestic transfer fee, if there is one.
6. Expert AuPair will arrange your au pair's flight to Florida and train them for several days.
7. Your au pair arrives...to your door if you are located in Tampa Bay, or to your local airport if you are located elsewhere in the US. Within two weeks, your Local Representative will come to your home to conduct the orientation between your family and the au pair.

ExpertAuPair019991