# EXHIBIT 17



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I, _____ _____, an applicant to be an Au Pair in the goAUPAIR Operations, LLC, Au Pair program, agree to abide by the terms and conditions set forth in this agreement as outlined below.

## Preliminary Requirements

1. I certify I am between the ages of 18 and 26.
2. I have graduated from secondary school.
3. I agree to submit a certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program.
4. I agree to complete a psychometric profile and personality profile provided by goAUPAIR Operations, LLC.
5. I agree I will complete 32 hours of childcare training provided by goAUPAIR Operations, LLC, prior to arriving at my Host Family's home.
6. I agree to submit a physician's report and hereby state everything contained in the report is complete and accurate.
7. I agree to provide childcare and character references.
8. I agree to pay a Completion Security Deposit and any required Foreign Add-on Airfare.
9. I agree to abide by all appropriate regulations and laws of goAUPAIR Operations, LLC, and the U.S. government. I also agree to cooperate with all those supervising the program and to abide by any reasonable instruction.
10. I agree to be present for all flights and transportation arranged for me by goAUPAIR Operations, LLC.
11. I agree to return home at the end of my program and before the expiration of my DS-2019. I will not attempt to return to the United States without a valid visa.
12. I agree to provide my own transportation to the departure airport at my own expense.

## Duties

I understand and agree providing quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life. The child care duties I will be responsible for may include, but are not limited to the following:

1. Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing, teaching and caring for the children.
2. Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
3. I understand I am not responsible for the care of an infant less than three months of age.
4. I understand I am not responsible for overall general housework, nor am I responsible for cleaning up after any adult member living in the household.
5. I agree to keep my personal living space clean and tidy.

## Discipline

I agree to abide by the method of discipline as outlined by the Host Family. At no time will I strike a child or cause physical harm to a child. In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program and I will forfeit both my Completion Security Deposit and ticket home.

## Education

I agree to enroll in and attend six semester hours (a minimum of 72 classroom hours)* of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay. I understand my Host Family will pay up to $500 toward tuition and books. I understand my Host Family is responsible for transportation to and from school and any associated costs. I agree to be responsible for any additional amount over $500 that may be required by the institution. I agree that my course work will not interfere with my childcare duties. Additionally, I agree should I change families after I receive $500 towards my education, I will not be eligible for further financial help from my new Host Family.

## Host Family

I agree to abide by any mutually agreed upon house rules as set forth in the Written Agreement. This might include, but is not limited to, houseguests and curfew. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, or being coerced to work extra hours, I will bring the matter to the attention of the Host Family and contact my Local Area Representative (LAR). Additionally, should I be subject to any physical, sexual or emotional abuse from any member of the Host Family, I agree to immediately

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY    GAP_00000005

Case No. 1:14-cv-03074-CMA-KMT   Document 1094-17   filed 06/06/18   USDC Colorado   pg 3 of 6



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

contact my LAR. I agree to abide by all local, state and federal laws, including the 21-year old drinking age restriction during my stay in the United States. I understand failure to do so will result in my immediate termination from the program.

**Stipend and Expenses**

I agree my weekly stipend will be no less than $195.75* per week in exchange for working up to ten hours per day for a maximum of 45 hours per week. I understand I will have one and one-half days off per week with one full weekend off per month. I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.

I accept total responsibility for my own expenses, including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf. Neither goAUPAIR Operations, LLC, nor the Host Family will accept responsibility for any personal charges or extra expenses I have incurred. If I am transferred to another Host Family for any reason, I understand my present Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe the Host Family. I understand the Host Family must be able to provide me with a copy of the bills.

**J-1 Visa/DS-2019**

I agree to complete all visa requirements and to obtain a valid passport. I understand goAUPAIR Operations, LLC, is designated by the U.S. Department of State as an Au Pair Program sponsor. I agree I am a suitable candidate for a J-1 Cultural Exchange visa. I understand goAUPAIR Operations, LLC does not issue my J-1 visa. United States Consular officers issue all visas and goAUPAIR cannot guarantee I will receive a visa. I understand goAUPAIR Operations, LLC issues my DS-2019 form which is required for a visa application.

I agree to obey all United States Department of State regulations and United States laws during my stay in the United States. If I do not return to my own country at the expiration of my DS-2019 or if I leave my Host Family without the approval of goAUPAIR, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings. If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.

I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay. I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the program.

**Completion Security Deposit**

A Completion Security Deposit shall be paid to the program at the time of match with my Host Family. This Deposit will be returned to me upon my completion of a successful year in the United States. In order to receive the Deposit two weeks before the expiration of my DS-2019, I agree to:
- Submit a letter to goAUPAIR Operations, LLC, 30 days before the expiration of my DS-2019, requesting the return of my Completion Security Deposit;
- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.

I understand all requests for the return of my Completion Security Deposit must be submitted to goAUPAIR Operations, LLC no later than 90 days after the expiration of DS-2019. goAUPAIR Operations, LLC has up to 90 days after the expiration of my DS-2019 to return my Completion Security Deposit.

I will not receive my Completion Security Deposit if:
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate; or
- I do not satisfactorily complete my year as an Au Pair.

The Completion Security Deposit cannot be used for payment of any debts owed by me, nor can it be used for airfare should I not complete my commitment.

---

* $215 for Plus Au Pairs, $255 for Premiere Au Pairs; subject to change based on U.S. Federal Minimum Wage

Initials_____ Date_____

goAUPAIR
Au Pair Agreement
Page 2 of 4

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY    GAP_00000006



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I understand in the event of a late cancellation by me, where goAUPAIR Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from goAUPAIR Operations, LLC, I may be required to forfeit my Completion Security Deposit.

### Grievance Procedure

I understand the Grievance Procedure for managing a potential problem is:
1. I will discuss the problem with my Host Family;
2. If this does not produce satisfactory results, I will discuss the problem with my Local Area Representative;
3. If this does not produce satisfactory results, I will discuss the problem with Corporate and provide them written documentation of the problem.

Only after these procedures have been completed and after notice has been given to/by my Host Family, will a rematch be considered. If a rematch occurs I understand the following:
- I am required to remain with the family for at least two weeks
- During that time I am required to continue to provide childcare services and will continue to be paid my weekly stipend
- I am responsible for all unpaid expenses I may incur including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf.
- I cannot be placed with a new Host Family in the same area unless approved by Corporate.
- If I am unable to place with another Host Family through goAUPAIR Operations, LLC, my DS-2019 will be cancelled. I will be forced to return home at my own expense and forfeit my Completion Security Deposit.

### Departures

If I leave my Host Family within the first sixty (60) days of arrival, whether it is to return home or move to a new family, I will be responsible for reimbursing my Host Family for the cost of my arrival airfare. I understand this is my responsibility and not that of goAUPAIR Operations, LLC. If I leave the Host Family at any time, I agree to give the Host Family at least two weeks notice prior to leaving. If I cannot complete my commitment to the program, I will be required to pay for my own airfare home. In addition, I will not receive my Completion Security Deposit or any accrued paid vacation stipend.

I understand if I remain in the United States past my permitted program duration I forfeit my return ticket home and will not be reimbursed for the amount. I understand the return portion of my travel can only be used at the end of my program duration.

### Non Smoking Declaration

I understand I am not permitted to smoke in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family. If I am caught doing so I will be terminated from the program, my DS-2019 will be cancelled and I will be forced to return home at my own expense and forfeit my Completion Security Deposit.

If I have indicated on my Au Pair Application I am a non-smoker, I am not permitted to smoke while in the United States. If I am caught doing so, I will be terminated from the program. My DS-2019 will be cancelled and I will be forced to return home at my own expense and forfeit my Completion Security Deposit.

### Agreement

I hereby warrant that all information I have given to goAUPAIR Operations, LLC, and goAUPAIR Operations, LLC, representatives is true, accurate and complete. I understand if any of the information is found to be false, inaccurate or incomplete, goAUPAIR Operations, LLC, will terminate my DS-2019 and I will return to my home country at my expense and will forfeit my Completion Security Deposit.

I agree to perform my duties as an Au Pair to the best of my ability. I agree to indemnify goAUPAIR Operations, LLC, and its authorized agents and representatives for any loss or damage suffered by them. I agree to indemnify goAUPAIR Operations, LLC, and its authorized agents and representatives for any claims made against them which result from any breach of contract or negligence I cause during my participation in the program.

I further warrant that goAUPAIR Operations, LLC, its affiliates, agents and employees will act on my behalf in arranging for transportation and that none of them will be under any liability to me in respect to any loss, damage, personal injury, delay or expense suffered by me resulting from any act or omission of any carrier, any member of the Host Family or any other body, corporate or non-corporate, in relation to transportation to and from and within the U.S., my duties as Au Pair or any other facility or service organized on my behalf.

Initials_____ Date_____

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY         GAP_00000007



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I hereby agree that goAUPAIR Operations, LLC, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety.

I agree that U.S. law applies to this agreement and I agree to submit to the jurisdiction of the U.S. courts.

I understand the above information and will abide by the terms, conditions and rules of goAUPAIR Operations, LLC. I have received a copy of the federal regulations and a copy of the policies and grievance procedures of goAUPAIR Operations, LLC. I have truthfully answered all questions asked of me in the application. If at any time I am found to have falsified information on my application, my DS-2019 will immediately be cancelled. I will be required to return to my home country at my own expense. I will also forfeit my Completion Security Deposit.

Applicant name (print)_____

Applicant signature_____Date_____

**Initials_____ Date_____**

goAUPAIR
Au Pair Agreement
Page 4 of 4

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                                  GAP_00000008



# Addendum to Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.goAUPAIR.com

I, _____, recognize this is an addendum to the Au Pair Agreement I have already signed with goAUPAIR Operations, LLC. This addendum only applies to the Completion Security Deposit section on the Agreement. All other sections of the original Agreement are still valid. By signing this addendum I agree to the following addition to the Completion Security Deposit section of the original Agreement.

**Completion Security Deposit**

A Completion Security Deposit shall be paid to the program at the time of match with my Host Family. This Deposit will be returned to me upon my completion of a successful year in the United States. In order to receive the Deposit two weeks before the expiration of my DS-2019, I agree to:
- Submit a letter to goAUPAIR Operations, LLC, 30 days before the expiration of my DS-2019, requesting the return of my Completion Security Deposit;
- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.
- **Provide verification of attendance to at least four (4) of the Au Pair activities held by my Local Area Representative (LAR) during my year in the United States.**

I understand all requests for the return of my Completion Security Deposit must be submitted to goAUPAIR Operations, LLC no later than 90 days after the expiration of my DS-2019. goAUPAIR Operations, LLC has up to 90 days after the expiration of my DS-2019 to return my Completion Security Deposit.

I will not receive my Completion Security Deposit if:
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate; or
- I do not satisfactorily complete my year as an Au Pair, **including completing the required education and attending the required Au Pair activities.**

The Completion Security Deposit cannot be used for payment of any debts owed by me, nor can it be used for airfare should I not complete my commitment.

I understand in the event of a late cancellation by me, where goAUPAIR Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from goAUPAIR Operations, LLC, I may be required to forfeit my Completion Security Deposit.

Applicant name (print)_____

Applicant signature_____Date_____

Initials_____ Date_____

goAUPAIR
Au Pair Agreement

Page 4 of 4

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY                                           GAP_00000009